IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>SHOWTIME DIGITAL INC., and SHOWTIME NETWORKS INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) C.A. No. 19-1978-CFC-SRF ) ) ) ) ) |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on September 30, 2020, the following document was served on the persons listed below in the manner indicated:

1. Showtime's Responses and Objections to Plaintiffs' Second Set of Common Requests for Production (Nos. 54-69)

**<u>BY EMAIL</u>**
Timothy Devlin
Veronica M. Schad
DEVLIN LAW FIRM, LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
vschad@devlinlawfirm.com

|  |  |
|---|---|
| | */s/ John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | David M. Fry (No. 5486) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Edward R. Reines | (302) 298-0700 |
| WEIL, GOTSHAL & MANGES LLP | jshaw@shawkeller.com |
| 201 Redwood Shores Parkway | kkeller@shawkeller.com |
| Redwood Shores, CA  94065-1175 | dfry@shawkeller.com |
| (650) 802-3000 | *Attorneys for Defendants* |
| William Sutton Ansley | |
| WEIL, GOTSHAL & MANGES LLP | |
| 2001 M Street NW, Suite 600 | |
| Washington, DC 20036 | |
| (202) 682-7018 | |

Rene Mai
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX 77002
(713) 546-5252

Dated: September 30, 2020

2