IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 19-1978-CFC-SRF ) |
| SHOWTIME DIGITAL INC., and SHOWTIME NETWORKS INC., | ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2021, the following document was served on Helios-Internal@devlinlawfirm.com and the persons listed below in the manner indicated:

1. Showtime's First Supplemental Responses and Objections to Plaintiffs' First Set of Common Interrogatories (Nos. 1,4,5,8,9)

**BY EMAIL**
Timothy Devlin
Veronica M. Schad
Robert Kiddie
Christopher R. Clayton
DEVLIN LAW FIRM, LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
vschad@devlinlawfirm.com
rkiddie@devlinlawfirm.com

| | |
|---|---|
| OF COUNSEL:<br>Edward R. Reines<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065-1175<br>(650) 802-3000<br><br>William Sutton Ansley<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>(202) 682-7018<br><br>Rene Mai<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX 77002<br>(713) 546-5252<br><br>Dated: February 26, 2021 | /s/ John W. Shaw<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendants* |