# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VUDU, INC. <br><br> Defendant. | C.A. No. 1:19-cv-01792-CFC-SRF |
| HELIOS STREAMING, LLC, and IDEAHUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHOWTIME DIGITAL INC., and SHOWTIME NETWORKS INC., <br><br> Defendants. | C.A. No. 1:19-cv-01978-CFC-SRF |

**<u>JOINT UNOPPOSED MOTION TO AMEND THE AMENDED SCHEDULING ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Helios Streaming, LLC and Ideahub, Inc. (collectively "Helios" or "Plaintiffs") and Defendants Vudu, Inc., Showtime Digital Inc., and Showtime Networks Inc (collectively "Defendants") hereby respectfully move to amend Paragraphs 10, 11, and 12 of the Amended Scheduling Order in the above-captioned matters to:

1. Extend Plaintiffs' deadline to serve their reply claim construction brief from March 4, 2021 until two weeks after the earlier of: (a) the denial of institution of both IPR2020-01688 and IPR2020-01689; or (b) the denial by this Court of Defendants' forthcoming

1

motion to stay the above-captioned matters pending resolution of IPR2020-01338, IPR2020-01688, and IPR2020-01689[1];

2. Extend Defendants' deadline to serve their sur-reply claim construction brief until two weeks after Plaintiffs' deadline to serve their reply claim construction brief;

3. Extend the parties' deadline to file their joint claim construction brief until two weeks after Defendants' deadline to serve their sur-reply claim construction brief;

4. Vacate the May 18, 2021 claim construction hearing date in the above-captioned matters; and

5. Vacate the June 17, 2021 date for the Court to issue its decision on claim construction.

These proposed amendments are reflected in the Proposed Amended Scheduling Order submitted herewith.

For at least two reasons, good cause exists for amending the Amended Scheduling Order entered on February 26, 2021. (No. 1:19-cv-01792-CFC-SRF, D.I. 116; No. 1:19-cv-01978-CFC-SRF, D.I. 85.) First, in the Amended Scheduling Order the Court vacated the trial date in the above-captioned matters and extended all fact and expert discovery deadlines by six months but did not alter the claim construction schedule. The parties dispute the timing and sequence of certain discovery issues relevant to claim construction, and the parties agree these issues must be resolved before claim construction can continue. The proposed extensions will allow the parties time to attempt to resolve these issues without burdening the Court.

Second, during the February 24, 2021 hearing, Defendants stated their intention to file a motion to stay the above-captioned matters pending resolution of three *inter partes* reviews at the

---

[1] In the event that Defendants' motion to stay is granted, the deadline for Plaintiffs' reply claim construction brief would be determined in conjunction with the lifting of the stay.

2

U.S. Patent Trial and Appeal Board, if IPR2020-01688 and IPR2020-01689 are instituted. The parties anticipate an institution decision on those IPRs by mid- to late-April 2021, and Defendants anticipate that they will file their motion to stay soon after those institution decisions. Thus, Defendants will likely have moved to stay the above-captioned matters well before the currently scheduled May 18, 2021 claim construction hearing.

To avoid wasting party and judicial resources, the parties believe it would be most efficient to postpone the existing claim construction deadlines until after the parties can determine whether the IPRs referenced above may narrow the issues before the Court or warrant staying these proceedings altogether.

Pursuant to Local Civil Rule 7.1.1, the parties state that they have conferred, and the parties have agreed to jointly submit this motion and the Proposed Amended Scheduling Order.

Dated: March 4, 2021

| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
| */s/ Timothy Devlin* | */s/ Andrew M. Moshos* |
| Timothy Devlin (#4241) | Jack B. Blumenfeld (#1014) |
| 1526 Gilpin Avenue | Andrew M. Moshos (#6685) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 449-9010 | P.O. Box 1347 |
| tdevlin@devlinlawfirm.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiffs Helios, LLC and Ideahub, Inc.* | jblumenfeld@morrisnichols.com |
| | amoshos@morrisnichols.com |
| | OF COUNSEL: |
| | Steven Lieberman |
| | Sharon L. Davis |
| | Brian S. Rosenbloom |
| | Jennifer B. Maisel |
| | Nicole DeAbrantes |
| | ROTHWELL, FIGG, ERNST & MANBECK, |

3

P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
(202) 783-6040
slieberman@rothwellfigg.com
sdavis@rothwellfigg.com
brosenbloom@rothwellfigg.com
jmaisel@rothwellfigg.com
ndeabrantes@rothwellfigg.com

*Attorneys for Defendant Vudu, LLC*

SHAW KELLER LLP

*/s/John Shaw*
David M. Fry (#5486)
John W. Shaw (#3362)
Karen E. Keller (#4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

OF COUNSEL:

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000

W. Sutton Ansley
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7018

*Attorneys for Defendants Showtime Digital Inc. and Showtime Networks Inc.*