IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HELIOS STREAMING, LLC, and<br>IDEAHUB, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | **Redacted- Public Version** |
| v. | ) <br> ) | C.A. No. 19-1792-CFC-SRF |
| VUDU, LLC, | ) <br> ) <br> ) | ██████████████ |
| Defendant. | ) <br> ) | |
| HELIOS STREAMING, LLC, and<br>IDEAHUB, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | **Redacted- Public Version** |
| v. | ) <br> ) | C.A. No. 19-1978-CFC-SRF |
| SHOWTIME DIGITAL INC., and<br>SHOWTIME NETWORKS INC., | ) <br> ) <br> ) | ██████████████ |
| Defendants. | ) | |

## LETTER TO THE HONORABLE SHERRY R. FALLON FROM ANDREW E. RUSSELL



Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

March 11, 2021

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801



**Redacted- Public Version**

Re:    *Helios Streaming, LLC and IdeaHub, Inc., v. Vudu, LLC, et al.* C.A. Nos. 19-
       1792-CFC-SRF and 19-1978-CFC-SRF

Dear Judge Fallon,

Defendants in the above-captioned cases submit the attached Korean and Japanese translations of Exhibits 1 and 2, respectively, to the Unopposed Motion to Issue a Letter of Request and a Letter Rogatory for International Judicial Assistance (D.I. 89). We respectfully request that the Court sign and seal both the English and translated versions of Exhibits 1 and 2. Defendants will deliver courtesy copies to the Clerk's office with flags indicating the places in Exhibits 1 and 2 that require the Court's signature and seal.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc: Clerk of Court (via Hand Delivery)
    All Counsel of Record (via CM/ECF)