**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | |
| Plaintiffs, | |
| v. | C. A. No. 1:19-cv-01792-CFC/SRF |
| VUDU, LLC | JURY TRIAL DEMANDED |
| Defendant. | |
| | |
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | C.A. No. 1:19-cv-01978-CFC/SRF |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| SHOWTIME DIGITAL INC., and SHOWTIME NETWORKS INC., | |
| Defendants. | |

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING
OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

| | |
|---|---|
| **SENDER** | The Honorable Sherry R. Fallon<br>U.S. District Court for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Unit 14<br>Room 6100<br>Wilmington, DE 19801-3555<br>United States of America |
| **CENTRAL AUTHORITY OF THE REQUESTED STATE** | National Court Administration<br>Attn.: Director of International Affairs<br>Seocho-daero 219<br>Seocho-gu<br>SEOUL 06590<br>Republic of Korea |
| **PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED** | This Court; the representatives of the parties as indicated below; the witness from whom evidence is requested as indicated below; and such person(s) that you deem proper. |
| **SPECIFICATION OF THE DATE BY WHICH THE REQUESTING AUTHORITY REQUIRES RECEIPT OF THE RESPONSE TO THE LETTER OF REQUEST** | As soon as practicable. |

\* \* \*

**IN CONFORMANCE WITH ARTICLE 3 OF THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS ("HAGUE CONVENTION"), THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:**

## I.     REQUESTING JUDICIAL AUTHORITY (Article 3, a)

The Honorable Sherry R. Fallon
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14
Room 6100
Wilmington, DE 19801-3555
United States of America

II.    **TO THE COMPETENT AUTHORITY OF (Article 3, a)**

Republic of Korea

III.    **NAME OF CASE AND ANY IDENTIFYING NUMBER**

*Helios Streaming, LLC and Ideahub, Inc. v. Vudu, LLC*, C.A. No. 1:19-cv-01792-CFC/SRF, United States District Court for the District of Delaware

*Helios Streaming, LLC and Ideahub, Inc. v. Showtime Digital Inc. and Showtime Networks Inc.*, C.A. No. 1:19-cv-01978-CFC/SRF, United States District Court for the District of Delaware

IV.    **NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES (Article 3, b)**

    A.    **Plaintiffs**

Helios Streaming, LLC and Ideahub, Inc, which are represented by:

> Timothy Devlin (#4241)
> Veronica M. Schad (#6734)
> DEVLIN LAW FIRM LLC
> 1526 Gilpin Avenue
> Wilmington, DE  19801
> (302) 449-9010
> tdevlin@devlinlawfirm.com
> vschad@devlinlawfirm.com

    B.    **Defendants**

Vudu, LLC ("Vudu"), which is represented by:

> Jack B. Blumenfeld (#1014)
> Andrew M. Moshos (#6685)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jblumenfeld@morrisnichols.com
> amoshos@morrisnichols.com
>
> Steven Lieberman
> Sharon L. Davis
> Brian S. Rosenbloom
> Jennifer B. Maisel
> Nicole DeAbrantes

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
(202) 783-6040
slieberman@rothwellfigg.com
sdavis@rothwellfigg.com
brosenbloom@rothwellfigg.com
jmaisel@rothwellfigg.com
ndeabrantes@rothwellfigg.com

Showtime Digital Inc. and Showtime Networks Inc. (collectively, "Showtime"), which are represented by:

John W. Shaw (#3362)
Karen E. Keller (#4489)
David M. Fry (#5486)
Nathan R. Hoeschen (#6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000
edward.reines@weil.com

W. Sutton Ansley
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7018
sutton.ansley@weil.com

## C.    Other Parties

None.

## V.    NATURE OF THE PROCEEDINGS (Article 3, c)

This is a civil action alleging patent infringement under the patent laws of the United States.

## VI.    SUMMARY OF COMPLAINT

In the complaints, Plaintiffs allege, *inter alia*, that Showtime and Vudu (collectively, "Defendants") infringe U.S. Patent Nos. 8,645,562 ("the '562 Patent"), 8,909,805 ("the '805 Patent"), 9,325,558 ("the '558 Patent"), 9,467,493 ("the '493 Patent"), 10,027,736 ("the '736 Patent"), 10,270,830 ("the '830 Patent"), 10,277,660 ("the '660 Patent"), 10,313,414 ("the '414 Patent"), 10,356,145 ("the '145 Patent"), and 10,362,130 ("the '130 Patent") (collectively, "the Asserted Patents").[1] *See* Ex. B (Complaint against Vudu), Ex. C (Complaint against Showtime).

Plaintiffs contend that Vudu directly or indirectly infringes at least one claim from each of the Asserted Patents by providing internet video streaming services that comply with the MPEG-DASH standard (ISO/IEC 23009-1).

Plaintiffs contend that Showtime directly or indirectly infringes at least one claim from each of the Asserted Patents by providing internet video streaming services that comply with the MPEG-DASH standard (ISO/IEC 23009-1).

Plaintiffs allege that they have suffered monetary damages and demand that Defendants pay "the maximum available reasonable royalty damages to compensate for [Defendants'] infringing activities." Ex. B at 147, Ex. C at 34.

## VII.    SUMMARY OF DEFENSE AND COUNTERCLAIM

Defendants contend, *inter alia*, that they do not infringe any of the claims of the Asserted Patents. Defendants further contend that the Asserted Patents are invalid and unenforceable.

Defendants further contend that the Asserted Patents are encumbered by a commitment to license the Asserted Patents on fair, reasonable, and non-discriminatory ("FRAND") terms, and that Defendants have breached their obligation to license the Asserted Patents on these terms, and/or should be estopped from licensing the Asserted Patents on terms that are not FRAND.

## VIII.   OTHER NECESSARY INFORMATION OR DOCUMENTS

To the extent the testimony given by any of the witnesses is deemed confidential in nature, there is a protective order in this case to protect the confidentiality of such testimony. The protective order is Exhibit D to this Letter of Request.

---

[1] Plaintiffs also asserted U.S. Patent No. 10,375,373 against Defendants but dismissed this patent from the lawsuit.

## IX.    EVIDENCE TO BE OBTAINED OR OTHER JUDICIAL ACT TO BE PERFORMED (Article 3, d)

Deposition testimony.

## X.    PURPOSE OF THE EVIDENCE OR JUDICIAL ACT SOUGHT

The witnesses identified herein are identified as inventors of at least one of the Asserted Patents. As named inventors of the Asserted Patents, these witnesses possess critical information regarding the research and development of the technology leading to the Asserted Patents, the prosecution of those patents before the United States Patent and Trademark Office, the scope of the claimed subject matter, the existence and knowledge of the prior art related to the claimed subject matter, the development and adoption of the ISO/IEC 23009-1 standard as it relates to the claimed subject matter, among other areas.  Their testimony will be used to support Defendants' defenses, counterclaims, and damages contentions at the trials in the above-captioned matters.  Some of these uses are described below.

In order to present a defense that the Asserted Patents are invalid, and because a patent may be held invalid under U.S. law for incorrectly listing the true inventors of a patent, Defendants seek information related to the inventive contributions of each individual to the claimed subject matter of the Asserted Patents.

In order to present a defense that the Asserted Patents are invalid over prior art in existence before the earliest filing dates of the Asserted Patents, and not an earlier date as permitted under U.S. patent law, Defendants seek information related to the dates that the inventors allegedly conceived of the claimed subject matter of the Asserted Patents, the dates that said subject matter was reduced to practice, and the facts and circumstances as to any reasonably continuous activity from the conception date(s) to the reduction to practice the date(s).

In order to present a defense that the Asserted Patents are invalid over prior art in existence before the earliest filing date of U.S. non-provisional applications leading to the Asserted Patents, and not before the earliest filing date of provisional applications or Korean applications leading to the Asserted Patents, Defendants seek information about the content and scope of provisional and Korean applications relative to the Asserted Patents.

In order to present a defense that the Asserted Patents are invalid because they were invented by others, Defendants seek information regarding the facts and circumstances that gave rise to conceiving the claimed subject matter of the Asserted Claims.

In order to present a defense that the Asserted Patents are invalid over the prior art, Defendants seek information regarding the existence and scope of prior art.

In order to present a defense that the Asserted Patents are unenforceable because the applicants for the Asserted Patents committed inequitable conduct before the United States Patent and Trademark Office, Defendants seek information related to the prior art known to the named inventors, prosecuting attorneys, Electronics and Telecommunications Research Institute ("ETRI"), and Industry University Cooperation Foundation Korea Aerospace University ("KAU") when the

applications leading to the Asserted Patents were filed.

In order to present defenses that the Asserted Patents are invalid over the prior art and are not infringed, Defendants seek information regarding the technical information on the scope of the alleged inventions described in the Asserted Patents.

In order to support Defendants' position on the appropriate amount of damages attributable to any alleged infringement of the Asserted Patents, Defendants seek monetary and value information related to the Asserted Patents, including payments that the witnesses have received in connection with their alleged inventions and their knowledge of the value of the technology underlying the Asserted Patents and/or ISO/IEC 23009-1.

In order to present a defense regarding whether the Asserted Patents are standard-essential and subject to FRAND terms, Defendants seek information related to the technical aspects of the Asserted Patents as they relate to ISO/IEC 23009-1.

In order to present a defense regarding whether the Asserted Patents are standard-essential and subject to FRAND terms, Defendants seek information related to the named inventors' involvement and contribution to the development and adoption of ISO/IEC 23009-1.

To further clarify the evidence sought, attached as Exhibit A is a list of topics about which counsel for Defendants intends to inquire of the witnesses to be examined.

## XI.    IDENTITY AND ADDRESS OF ANY PERSON TO BE EXAMINED (Article 3, e)

Jin Young Lee
c/o Electronics and Telecommunications Research Institute
218 Gajeong-ro, Yuseong-gu
Daejeon, 34129
Korea
Tel +82-1466-38

Seong Jun Bae
c/o Electronics and Telecommunications Research Institute
218 Gajeong-ro, Yuseong-gu
Daejeon, 34129
Korea
Tel +82-1466-38

Jung Won Kang
c/o Electronics and Telecommunications Research Institute
218 Gajeong-ro, Yuseong-gu
Daejeon, 34129
Korea
Tel +82-1466-38

Soon Heung Jung

c/o Electronics and Telecommunications Research Institute
218 Gajeong-ro, Yuseong-gu
Daejeon, 34129
Korea
Tel +82-1466-38

Sang Taick Park
c/o Electronics and Telecommunications Research Institute
218 Gajeong-ro, Yuseong-gu
Daejeon, 34129
Korea
Tel +82-1466-38

Jae Gon Kim
c/o Korea Aerospace University
76 Hanggongdaehang-ro, Deogyang-gu
Goyang-si, Gyeonggi-do, 412-791
Korea
Tel +82-2-300-0114

## XII.   QUESTIONS TO BE PUT TO THE PERSONS TO BE EXAMINED OR STATEMENT OF THE SUBJECT MATTER ABOUT WHICH THEY ARE TO BE EXAMINED (Article 3, f)

*See* Exhibit A.

## XIII.   ANY REQUIREMENT THAT THE EVIDENCE BE GIVEN ON OATH OR AFFIRMATION AND ANY SPECIAL FORM TO BE USED (Article 3, h)

This Court respectfully requests that the testimony be taken under oath.

## XIV.   SPECIAL METHODS OR PROCEDURES TO BE FOLLOWED (Article 3, i) and 9)

This Court respectfully requests that the witnesses be directed to appear for deposition as soon as practicable.

This Court respectfully requests that the witnesses be directed to answer such questions as Defendants and their counsel desire, relating to matters outlined in Exhibit A.

This Court respectfully requests that the examination be conducted in accordance with the United States Federal Rules of Evidence, and the Federal Rules of Civil Procedure.

This Court respectfully requests that the testimony be recorded by stenographer and videographer.

In view of the travel and person-to-person contact restrictions either mandated or advised during the ongoing COVID-19 pandemic, this Court respectfully requests that the witnesses appear via

Zoom or another suitable online video-communication platform.

This Court respectfully requests that the testimony be taken in the English language if the examined person(s) agree, and that, if need be, simultaneous translation be provided.

Costs incurred for complying with the Federal Rules of Evidence (court reporter, video recorder, simultaneous translation) shall be at Defendants' expense in accordance with the provisions of the Hague Convention.

XV.    **REQUEST FOR NOTIFICATION OF THE TIME AND PLACE FOR THE EXECUTION OF THE REQUEST AND IDENTITY AND ADDRESS OF ANY PERSON TO BE NOTIFIED (Article 7)**

This Court respectfully requests that you notify this Court; the representatives of the parties as indicated above; the witness from whom evidence is requested as indicated above; and such person(s) that you deem proper.

XVI.    **REQUEST FOR ATTENDANCE OR PARTICIPATION OF JUDICIAL PERSONNEL OF THE REQUESTING AUTHORITY AT THE EXECUTION OF THE LETTER OF REQUEST (Article 8)**

No judicial personnel of the requesting authority will attend or participate.

XVII.    **SPECIFICATION OF PRIVILEGE OR DUTY TO REFUSE TO GIVE EVIDENCE UNDER THE LAW OF THE STATE OF ORIGIN (Article 11, b)**

Defendants believe that the witnesses do not benefit from any privilege, and do not endorse the assertion of any such privilege or duty.

XVIII. **THE FEES AND COSTS INCURRED WHICH ARE REIMBURSABLE UNDER THE SECOND PARAGRAPH OF ARTICLE 14 OR UNDER ARTICLE 26 OF THE CONVENTION WILL BE BORNE BY**

Defendants will bear the reimbursable costs associated with this request in accordance with the provisions of the Hague Convention.

So ORDERED and SIGNED this 12th day of March , 2021.

_____
The Honorable Sherry R. Fallon
United States District Magistrate Judge

9

EXHIBIT A

## Exhibit A

Defendants respectfully request to ask specific questions on the topics identified below of Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, and Jae Gon Kim along with any follow up questions that may arise from the answers given.

## DEFINITIONS

1. "Named Inventors" means Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, Jae Gon Kim, and Nam Ho Hur.

2. "MPEG" means the Moving Pictures Expert Group, a working group of the International Organization for Standardization (ISO) and the International Electrotechnical Commission (IEC), including, without limitation, all organizational partners and members.

3. "ISO/IEC 23009-1" shall mean, individually and collectively, ISO/IEC 23009-1:2014, ISO/IEC 23009-1:2014/Amd 1:2015, ISO/IEC 23009-1:2014/Cor 1:2015, ISO/IEC 23009-1:2014/Amd 2:2015, ISO/IEC 23009-1:2014/Cor 2:2015, ISO/IEC 23009-1:2014/Amd 3:2016, and ISO/IEC 23009-1:2019, including any amendments or corrections thereto.

4. "3GPP" means the 3rd Generation Partnership Project, including, without limitation, all organizational partners, including telecommunications standard development organizations, and members.

5. "Asserted Patents" means individually or collectively U.S. Patent Nos. 10,027,736; 10,270,830; 10,277,660; 10,313,414; 10,356,145; 10,362,130; 8,645,562; 8,909,805; 9,325,558; and 9,467,493.

6. "Asserted Claims" means individually or collectively:

| Claims | Patent |
|---|---|
| 1, 3, 5, 6, 8, 11, 12, 13, 15, 18, 19, and 21 | U.S. Patent No. 10,270,830 |
| 1, 2, 3, 4, 8, 10, 11, 12, 13, 14, 18, 20, and 21 | U.S. Patent No. 10,277,660 |
| 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, and 20 | U.S. Patent No. 10,313,414 |

| | |
|---|---|
| 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17 | U.S. Patent No. 10,356,145 |
| 1, 2, 4, and 5 | U.S. Patent No. 10,362,130 |
| 1, 2, 4, 5, 7, and 8 | U.S. Patent No. 8,645,562 |
| Claims 1, 2, 3, and 4 | U.S. Patent No. 8,909,805 |
| 1, 2, 3, 4, and 5 | U.S. Patent No. 9,325,558 |
| 1, 2 and 4 | U.S. Patent No. 9,467,493 |
| 1, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, and 16 | U.S. Patent No. 10,027,736 |

7.      The words "and" and "or" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request for information.

8.      The use of a verb in any tense shall be construed as the use of a verb in all other tenses, and the singular form shall be deemed to include the plural and *vice versa*. The singular and masculine form of a noun or pronoun shall embrace, and shall be read and applied as, the plural and/or the feminine or neutral, as the particular context makes appropriate.

9.      Unless the context requires otherwise, the terms "any" and "each" include and encompass "all."

10.      "Include" or "including" mean including without limitation.

11.      "Person" means any natural person or legal entity, including individuals, corporations, businesses, firms, joint ventures, partnerships, sole proprietorships, governments, agencies or instrumentalities of governments, unincorporated associations, and cooperatives.

## **TOPICS**

## **TOPIC NO. 1**

Your contribution to the conception and development of each alleged invention of the Asserted Claims.

**TOPIC NO. 2**

The identity of the person or persons who conceived of each alleged invention of the Asserted Claims.

**TOPIC NO. 3**

The date(s) on which each alleged invention of the Asserted Claims was conceived.

**TOPIC NO. 4**

The facts and circumstances that gave rise to the conception of each alleged invention of the Asserted Claims.

**TOPIC NO. 5**

The date(s) on which each alleged invention of the Asserted Claims was reduced to practice.

**TOPIC NO. 6**

The facts and circumstances as to any reasonably continuous activity from the date(s) on which each alleged invention of the Asserted Claims was conceived to the date(s) on which each alleged invention of the Asserted Claims was reduced to practice.

**TOPIC NO. 7**

Your knowledge of any public use or disclosure of each alleged invention of the Asserted Claims before the application(s) that eventually issued as the Asserted Patents were filed, including your knowledge of any prior art, including but not limited to:

1. 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Transparent end-to-end Packet-switched Streaming Services (PSS); Protocols and codecs, 3GPP Technical Specification 26.234 V9.2.0 (Mar. 2010).

2. Ericsson, "Media Presentation Description in HTTP Streaming," 3GPPSA4 Meeting #57, TDoc S4-100080 (25-29 Jan 2010, St. Julian, Malta).

3. Information Technology – MPEG systems technologies – Part 6: Dynamic adaptive streaming over HTTP (DASH), ISO/IEC JTC 1/SC29 (January 28, 2011) (FCD

23001-6)

4. Information technology — Dynamic adaptive streaming over HTTP (DASH) — Part 1: Media presentation description and segment formats, Draft International Standard, ISO/IEC DIS 23009-1 (Aug. 30, 2011)

5. Information technology — Dynamic adaptive streaming over HTTP (DASH) — Part 1: Media presentation description and segment formats, International Standard, ISO/IEC 23009-1:2012(E) (Apr. 1, 2012)

6. Mazhar, Compliance Procedures for Dynamic Adaptive Streaming over HTTP (DASH), Master's Degree Project, KTH Royal Institute of Technology (July 30, 2011)

7. MPEG DASH Subgroup, Short Tutorial on MPEG-DASH, Dynamic Adaptive Streaming Over Internet, ISO/IEC 23009-1 (Nov. 2011).

8. Qualcomm, "Use cases for Rel-10 Adaptive HTTP Streaming," 3GPP TSG-SA4#60, TDoc S4-100580 (1-20 Aug. 2010, Erlangen, Germany)

9. Qualcomm Incorporated et al., Change Request, "Updates to Adaptive HTTP Streaming," 3GPP TSG-SA4 Meeting #57, TDoc S4-100185 (St. Julian, Malta, Jan. 2010)

10. R. Pantos, Ed., "HTTP Live Streaming," Apple Inc. (May 1, 2009 Draft)

11. Stockhammer, "3GPP Dynamic Adaptive Streaming over HTTP – Standard and Design Principles", Published in MMSys '11 proceeding of second annual ACM conference on Multimedia Systems, ACM New York NY, USA 2011, Pages 133-144

12. Stockhammer, MPEG's Dynamic Adaptive Streaming over HTTP (DASH) – Enabling Formats for Video Streaming over the Open Internet, Qualcomm Incorporated, Webinar at EBU (Nov. 22, 2011)

13. "Synchronized Multimedia Integration Language (SMIL) 1.0 Specification," W3C Recommendation (June 15, 1998).

14. Universal Mobile Telecommunications System (UMTS); LTE; Transparent end-to-end Packet-switched Streaming Service (PSS); Protocols and codecs (3GPP TS 26.234 version 9.3.0 Release 9), ETSI Technical Specification 126 234 V9.3.0 (Jun. 2010)

15. U.S. Patent Publication No. 2012/0233345 (Hannuksela)

16. U.S. Patent Publication No. 2012/0290644 (Gabin)

17. U.S. Patent No. 7,895,525 (Rees)

18. U.S. Patent No. 10,007,668 (Courtemanche)

19. U.S. Patent Publication No. 2012/0042050 (Chen 050)

20. U.S. Patent Publication No. 2012/0016965 (Chen 965)

21. U.S. Patent Publication No. 2011/0099594 (Chen 594)

## TOPIC NO. 8

Payments you received in connection with the alleged inventions of the Asserted Patents, including payments resulting from filing and/or obtaining patents on the alleged inventions, payments resulting from licenses for the use of the alleged inventions, and payments resulting from any commercialization or other use of the alleged inventions.

## TOPIC NO. 9

Any payments you may receive as a result of Helios's and Ideahub's assertion of the Asserted Patents.

## TOPIC NO. 10

The Named Inventors' role in the development and adoption of the ISO/IEC 23009-1 standard, including attendance and/or participation in any of the MPEG meetings related to the development of ISO/IEC 23009-1 standard.

## TOPIC NO. 11

The Named Inventors' role in the development and adoption of 3GPP Technical Specification 26.234 and/or 3GP-DASH, including attendance and/or participation in any of the 3GPP meetings related to the development of 3GPP Technical Specification 26.234.

**<u>TOPIC NO. 12</u>**

The content of the provisional and Korean applications to which the Asserted Patents claim priority.

**<u>TOPIC NO. 13</u>**

The identity, location, and description of any documents supporting your testimony to any of the foregoing topics.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VUDU, INC., <br><br> Defendant. | **Civil Action No. 1:19-cv-01792-CFC/SRF** <br><br><br> **JURY TRIAL DEMANDED** |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Helios Streaming, LLC ("Helios"), and Ideahub, Inc. ("Ideahub"), (collectively "Plaintiffs"), for its First Amended Complaint ("Amended Complaint") against Defendant Vudu, Inc. (referred to herein as "Vudu" or "Defendant"), alleges the following:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

## THE PARTIES

2.      Plaintiff Helios is a limited liability company organized under the laws of the State of Delaware with a place of business at 9880 Irvine Center Drive, Suite 200, Irvine, California 92618.

3.      Plaintiff Ideahub is a corporation organized under the laws of the Republic of Korea with a place of business at 7 Heolleungro, Seocho-gu, Seoul 06792 Republic of Korea.

4.      Upon information and belief, Vudu is a corporation organized under the laws of the State of Delaware with a place of business at 600 W. California Ave., Sunnyvale, California 94086.  Upon information and belief, Vudu sells, offers to sell, and/or uses products and services

throughout the United States, including in this judicial district, and introduces infringing products and services into the stream of commerce knowing that they would be sold and/or used in this judicial district and elsewhere in the United States.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

6.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

7.      Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

8.      This Court has personal jurisdiction over Vudu under the laws of the State of Delaware, due at least to their substantial business in Delaware and in this judicial district, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in the State of Delaware.  Further, this Court has personal jurisdiction and proper authority to exercise venue over Vudu because it is incorporated in Delaware and by doing so has purposely availed itself of the privileges and benefits of the laws of the State of Delaware.

## BACKGROUND

9.      This action involves eleven patents, described in detail in the counts below (collectively, the "Asserted Patents").

10.      U.S. Patent No. 10,027,736 ("the '736 patent") claims technologies for providing streaming Hypertext Transfer Protocol ("HTTP") media content using adaptive streaming methods that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

11.     U.S. Patent No. 10,270,830 ("the '830 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang and Jin Young Lee.

12.     U.S. Patent No. 10,277,660 ("the '660 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

13.     U.S. Patent No. 10,313,414 ("the '414 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang and Jin Young Lee.

14.     U.S. Patent No. 10,356,145 ("the '145 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, and Won Ryu.

15.     U.S. Patent No. 10,362,130 ("the '130 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

16.     U.S. Patent No. 10,375,373 ("the '373 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Jin Young Lee and Nam Ho Hur.

17.     U.S. Patent No. 8,645,562 ("the '562 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the

early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

18.    U.S. Patent No. 8,909,805 ("the '805 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

19.    U.S. Patent No. 9,325,558 ("the '558 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

20.    U.S. Patent No. 9,467,493 ("the '493 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

21.    Most inventors on the Asserted Patents were researchers of the Electronics and Telecommunications Research Institute ("ETRI"), the national leader in Korea in the research and development of information technologies.  Since its inception in 1976, ETRI has developed new technologies in 4M DRAM computer memory, CDMA and 4G LTE cellular phone communications, LCD displays, Video Coding, and Media Transport & Delivery, the technology at issue in this case.  ETRI employs over 1,800 research/technical staff, of whom 94% hold a post-graduate degree and 50% have earned a doctoral degree in their technological field.  Over the last five years, ETRI produced 1,524 SCI papers and has 467 standard experts, applied for a total of 16,062 patents, has contributed 7,309 proposals that have been adopted by international

and domestic standard organizations (ISO, IEC, ITU, 3GPP, JTC, IEEE etc.).  Dr. Truong Cong

Thang and Dr. Jae Gon Kim among the inventors were employees of ETRI and currently

Professors in the University of Aizu, Japan, and Korea Aerospace University, respectively.

22.    The Asserted Patents claim technologies fundamental to Dynamic Adaptive

Streaming over HTTP ("DASH"), a media-streaming model for delivering media content.

23.    DASH technology has been standardized in the ISO/IEC 23009 standards, which

were developed and published by the International Organization for Standardization ("ISO") and

the International Electrotechnical Commission ("IEC").

24.    The claimed inventions of the Asserted Patents have been incorporated into the

standard for dynamic adaptive streaming delivery of MPEG media over HTTP, ISO/IEC 23009-

1:2014, and subsequent versions of this standard (collectively, these standards are referred to

throughout as "MPEG-DASH").  The patents are thus standard essential.

25.    MPEG-DASH technologies, including those of the claimed inventions of the

Asserted Patents, facilitate high-quality streaming of media content by breaking media content—

a movie, for example—into smaller parts that are each made available at a variety of bitrates.  As

a user plays back downloaded parts of the media content, the user's device employs an algorithm

to select subsequent media parts with the highest possible bitrate that can be downloaded in time

for playback without causing delays in the user's viewing and listening experience.

26.    The MPEG-DASH standard, including the claimed inventions of the Asserted

Patents, therefore enables high-quality streaming of media content over the internet delivered

from conventional HTTP web servers, which was not previously possible on a large scale with

prior art techniques and devices.

27.     Between approximately June and August of 2018, Plaintiff Ideahub acquired the Asserted Patents.

28.     In or about August of 2018, Plaintiff Helios obtained an exclusive license to the Asserted Patents.

29.     On September 24, 2019, Plaintiffs filed a complaint for patent infringement ("Original Complaint").

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 10,027,736

30.     The allegations set forth in the foregoing paragraphs 1 through 29 are incorporated into this First Claim for Relief.

31.     On July 17, 2018, the '736 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content." A true and correct copy of the '736 patent is attached as Exhibit 1.[1]

32.     Ideahub is the assignee and owner of the right, title, and interest in and to the '736 patent.

33.     Helios holds the exclusive right to assert all causes of action arising under the '736 patent and the right to collect any remedies for infringement of it.

34.     Upon information and belief, Vudu has and continues to directly infringe at least claims 9, 12, 13, 14, 15, and 16, and to induce the direct infringement of at least claims 1, 4, 5, 6, 7, and 8 of the '736 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those

---

[1] All exhibit numbers in this First Amended Complaint refer to the exhibits filed with the Original Complaint.

available at https://www.vudu.com/content/movies/home, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 2.

35.    Upon information and belief, the Accused Instrumentalities perform methods for providing media content by a server performed by a processor, the method comprising: receiving a request for a segment of the media content using a URL of the segment from a terminal, the URL being generated based on the selected BaseURL element; providing the segment to the terminal, wherein the terminal selects a BaseURL element from the multiple BaseURL elements based on the metadata of the media content, wherein the metadata is Media Presentation Description (MPD), wherein the MPD describes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representation, wherein the representation includes one or more segments of the media content, wherein the receiver receives identical segments that are accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements, and a first BaseURL element among BaseURL elements is used as a base Universal Resource Indicator (URI).

36.    Upon information and belief, the Accused Instrumentalities perform methods for receiving media content in a terminal performed by a processor, the method comprising: receiving metadata of media content, the metadata comprising an attribute with multiple BaseURL elements, selecting a BaseURL element from the multiple BaseURL elements; sending a request for a segment of the media content using a URL of the segment to a server, the URL being generated based on the selected BaseURL element; receiving the segment from the server, wherein the metadata is Media Presentation Description (MPD), wherein the MPD describes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representation, wherein the representation includes one or more segments of the

media content, wherein the receiver receives identical segments that are accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements, and a first BaseURL element among the BaseURL elements is used as a base Universal Resource Indicator (URI).

37.     On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, and 16 of the '736 patent during the pendency of the '736 patent.

38.     Since at least approximately August 23, 2018, Vudu has had actual notice that it is directly infringing and/or inducing others to infringe the '736 patent.

39.     On or about August 23, 2018, Helios sent Vudu a notice letter ("Notice Letter") addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

40.     On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

41.     The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed

by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH],

which later led to its adoption as the first international standard for adaptive streaming

technology."

42.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-

DASH standard for the Asserted Patents, including the '736 patent, and as the MPEG-DASH

standard utilized by Vudu in its streaming VOD offerings.

43.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps

on various types of electronic devices" as reasons Vudu "would benefit from a license under the

DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service,

and because its web site and apps are the platforms on which the streaming service is offered, it

is reasonable to infer that Vudu understood that the act of offering such services not only

necessitated Vudu's own infringement, but also infringement by its customers.

44.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the

reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio"

is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was

alleging its DASH patents were essential to Vudu's use of this technology.

45.    Helios attached to the Notice Letter a listing of the patents and patent applications

comprising Helios's MPEG-DASH portfolio including, under the heading "DASH Patent

Portfolio," a table titled "U.S. DASH Patents," which explicitly identified the '736 patent by

patent number, among 11 other U.S. patents.  Five of the twelve "U.S. DASH Patents" identified

in this table are asserted in this action.

46.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-

exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to

encourage open and frank discussions and to allow [Helios] to provide further information as to the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

47.     It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations.  This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

48.     Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the '736 patent, had knowledge that Helios was alleging that the '736 patent was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the '736 patent was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '736 patent.

49.     Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's infringement and regarding the standard essentiality of Helios's MPEG-DASH patents, which Helios would share with Vudu if Vudu entered into an NDA.

50.     Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to Helios's MPEG-DASH patent portfolio, including the '736 patent, on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

51.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

52.    Helios received no reply to its September 11, 2018 email.

53.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

54.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

55.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

56.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patents identified in the Notice Letter (including the '736 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps infringed and induced the infringement of those MPEG-DASH patents, including the '736 patent.

57.    Based on the above facts, to the extent it is not reasonable to draw the inferences set forth in paragraphs 43-44 and 47-50 of this First Amended Complaint as of approximately August 23, 2018, it is reasonable to draw the inferences set forth in paragraphs 43-44 and 47-50 of this First Amended Complaint as of at least October 12, 2018.

58.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the '736 patent.

59.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

60.    Helios received no reply to its October 15, 2018 email.

61.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

62.    Helios received no reply to its October 31, 2018 email.

63.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew Helios had further details regarding Vudu's infringement of the '736 patent, which Helios would share with Vudu if Vudu entered into an NDA.

64.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu directly infringed and induced the infringement of the '736 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by

refusing to enter into an NDA with Helios, Vudu was actively avoiding learning additional information about its infringement.

65.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the '736 patent, pertained. Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

66.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide "detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . . standards, as well as other sensitive information, including our licensing terms, but require an NDA (as attached) to be in place first."

67.    Based on the above facts, it is reasonable to infer that, as of February 19, 2019, Vudu had either been investigating Helios's MPEG-DASH patents for over four months or had affirmatively misled Helios about its investigation of Helios's MPEG-DASH patents to avoid learning the details of how Vudu's DASH-enabled VOD infringed Helios's MPEG-DASH patents, including the '736 patent.

68.    Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents in its MPEG-DASH patent portfolio (including the '736 patent) were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

69.     Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew that if the '736 patent was standard-essential to MPEG-DASH there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '736 patent.

70.     On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and confirmed that Vudu had investigated patents identified in the Notice Letter.  Vudu also alleged that Helios's identified patents "appear to be assigned to entities other than Helios" and that "it is not clear to us that Helios Streaming has any standing to engage in these discussions."  Vudu also explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

71.     Helios responded the next day, on February 28, 2019, stating that "Helios Streaming was granted an exclusive license from the current assignee, Ideahub, with rights to sublicense the DASH patents."  To support these statements, Helios attached screenshots from the publicly available U.S. Patent and Trademark Office website to its email response, and these screenshots showed that all 12 MPEG-DASH patents identified in the Notice Letter, including the '736 patent, were assigned to Ideahub and were exclusively licensed to Helios Streaming.

72.     Helios also reiterated in its February 28, 2019 email that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the

possibility to resolve this matter amicably." Helios offered times it was available to discuss these issues on the phone with Vudu.

73.    Helios received no response to its February 28, 2019 communication.

74.    Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '736 patent. The following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was alleging its MPEG-DASH patents (including the '736 patent) were standard-essential to MPEG-DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide confidential claim charts demonstrating how Vudu was directly infringing and inducing the direct infringement of Helios's MPEG-DASH patents (including the '736 patent) and how Helios's patents were standard essential to MPEG-DASH.

75.    Based on the above facts, it is also reasonable to infer at least as of February 27, 2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents, including the '736 patent.

76.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

77.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

78.     On information and belief, the Accused Instrumentalities have and continue to be

used, marketed, provided to, and/or used by or for each of Defendant's partners, clients,

customers, and end users across the country and in this District.

79.     Upon information and belief, Vudu has induced and continues to induce others to

infringe at least claims 1, 4, 5, 6, 7, and 8 of the '736 patent under 35 U.S.C. § 271(b) by, among

other things, and with specific intent or willful blindness, actively aiding and abetting others to

infringe, including but not limited to Vudu's partners and customers, whose use of the Accused

Instrumentalities constitutes direct infringement of at least claims 1, 4, 5, 6, 7, and 8 of the '736

patent.  Vudu has induced and continues to induce others to infringe at least claims 1, 4, 5, 6, 7,

and 8 of the '736 patent since at least receiving the Notice Letter on or about August 23, 2018;

or, if not then, since confirming its receipt of the Notice letter and confirming it was

investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since

on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming

VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-

essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter

and Exhibit 2 thereto, which, in combination with Vudu's extensive knowledge of and

experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners,

customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications

regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and

induced the direct infringement of the asserted claims of the '736 patent.

80.     In particular, Vudu's actions that aid and abet others such as their partners and

customers to infringe include knowingly providing the Accused Instrumentalities with materials

and/or services that encourage infringing use of the Accused Instrumentalities, including icons,

instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

81.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '736 patent by the customers.  (Ex. 2 at 2, 16-17.)  The claimed methods of claims 1, 4, 5, 6, 7, and 8 of the '736 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 16-17), and this constitutes direct infringement as set forth in Exhibit 2.

82.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '736 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

83.     On information and belief, Vudu has engaged and continues to engage in such
actions with specific intent to cause infringement or with willful blindness to the resulting
infringement because Vudu has had actual knowledge of the '736 patent and that its acts were
inducing infringement of the '736 patent since at least the time of receiving the Notice Letter on
or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and
confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or,
if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that
Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH
patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original
Complaint in this matter and Exhibit 2 thereto, which, in combination with Vudu's extensive
knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was
encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties'
pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu
directly infringed and induced the direct infringement of the asserted claims of the '736 patent.

84.     Alternatively, to the extent Vudu claims it did not have actual knowledge that its
acts were inducing the infringement of the '736 patent, Vudu was willfully blind to the fact that
its acts were inducing the infringement of the '736 patent.

85.     Vudu subjectively believed that there was a high probability that the DASH-
enabled streaming VOD offered through Vudu's website and apps were infringing or inducing
the infringement of the '736 patent.  On information and belief, Vudu had been offering DASH-
enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the
MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by
Helios.  Helios identified the '736 patent as a "U.S. DASH Patent" within its "DASH Patent

Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patents (including the '736 patent) pertained since at least approximately August 23, 2018. Helios explicitly stated that its MPEG-DASH patents were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps. And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

86.    Despite the facts set forth in paragraph 85 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '736 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents, but this was a deliberate attempt to mislead Helios. When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

87.    On information and belief, based on the facts and inferences set forth in paragraphs 30-86 above, Vudu's infringement has been and continues to be willful.

88.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,270,830

89.    The allegations set forth in the foregoing paragraphs 1 through 88 are incorporated into this Second Claim for Relief.

90.    On April 23, 2019, the '830 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing

Streaming Content Using Representations."  A true and correct copy of the '830 patent is
attached as Exhibit 3.

91.     Ideahub is the assignee and owner of the right, title, and interest in and to the '830
patent.

92.     Helios holds the exclusive right to assert all causes of action arising under the
'830 patent and the right to collect any remedies for infringement of it.

93.     Upon information and belief, Vudu has and continues to directly infringe at least
claims 8, 12, and 13, and to induce the direct infringement of at least claims 1, 5, 6, 15, and 18 of
the '830 patent by selling, offering to sell, making, using, and/or providing and causing to be
used streaming media content in accordance with the MPEG-DASH standard (the "Accused
Instrumentalities"), including one or more videos on demand ("VOD") such as those available at
https://www.vudu.com/content/movies/home, as set forth in detail in the preliminary and
exemplary claim chart attached as Exhibit 4.

94.     Upon information and belief, the Accused Instrumentalities perform methods of
providing media content performed by a server or multiple servers, comprising: transmitting a
Media Presentation Description (MPD) of a media content to a client; receiving a request, from
the client, for a segment of the media content; transmitting the media content to the client,
wherein the MPD includes one or more periods, wherein each of the periods includes one or
more adaptation sets, wherein each of the adaptation sets includes one or more representations,
wherein each of the representations includes one or more segments, wherein the MPD includes
one or more attributes or elements that are common to each of the periods, each of the adaptation
sets, each of the representations, and each of the segments, wherein the period includes one or
more attributes or elements that are common to each of the adaptation sets, each of the

representations, and each of the segments for that period, wherein the adaptation set includes one or more attributes or elements that are common to each of the representations and each of the segments for that adaptation set, and wherein the representation includes one or more attributes or elements that are common to each of the segments for that representation.

95.     Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising: receiving a Media Presentation Description (MPD) of a media content; and accessing segments of the media content based on information provided by the MPD, wherein the MPD includes one or more periods, wherein each of the periods includes one or more adaptation sets, wherein each of the adaptation sets includes one or more representations, wherein each of the representations includes one or more segments, wherein the MPD includes one or more attributes or elements that are common to each of the periods, each of the adaptation sets, each of the representations, and each of the segments, wherein the period includes one or more attributes or elements that are common to each of the adaptation sets, each of the representations, and each of the segments for that period, wherein the adaptation set includes one or more attributes or elements that are common to each of the representations and each of the segments for that adaptation set, and wherein the representation includes one or more attributes or elements that are common to each of the segments for that representation.

96.     On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 5, 6, 8, 12, 13, 15, and 18 of the '830 patent during the pendency of the '830 patent.

97.     Since at least the time of receiving the Original Complaint, Vudu has had actual notice that it is directly infringing and/or inducing others to infringe the '830 patent.

98.     On or about August 23, 2018, Helios sent Vudu a notice letter addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

99.     On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

100.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH], which later led to its adoption as the first international standard for adaptive streaming technology."

101.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-DASH standard for the Asserted Patents, and as the MPEG-DASH standard utilized by Vudu in its streaming VOD offerings.

102.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps on various types of electronic devices" as reasons Vudu "would benefit from a license under the DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service,

and because its web site and apps are the platforms on which the streaming service is offered, it
is reasonable to infer that Vudu understood that the act of offering such services not only
necessitated Vudu's own infringement, but also infringement by its customers.

103.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the
reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio"
is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was
alleging its DASH patents and applications claimed this technology.

104.    Helios attached to the Notice Letter a listing of the patents and patent applications
comprising Helios's MPEG-DASH portfolio including, under the heading "U.S. DASH Patent
Portfolio," a table titled "U.S. DASH Pending Patent Applications," which explicitly identified
U.S. Patent Application No. 15/834,702 that issued through a continuation as the '830 patent,
among eight other U.S. patent applications.  Five of the eight "U.S. DASH Pending Patent
Applications" identified in this table issued, directly or through continuation applications, as
patents asserted in this action.

105.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-
exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to
encourage open and frank discussions and to allow [Helios] to provide further information as to
the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a
non-disclosure agreement ("NDA") with the Notice Letter.

106.    It is commonly understood in the technology industry, and reasonable to infer that
Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND
commitments commonly made by contributors of patented technology to standards-setting

organizations.  This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

107.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the patent application that issued through a continuation as the '830 patent, Vudu had knowledge that Helios was alleging that the application that issued through a continuation as the '830 patent claimed technology that was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the application that issued through a continuation as the '830 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '830 patent once those claims issued.

108.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement and regarding the standard essentiality of Helios's MPEG-DASH patents and applications, which Helios would share with Vudu if Vudu entered into an NDA.

109.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to Helios's MPEG-DASH patent portfolio on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

110.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

111.    Helios received no reply to its September 11, 2018 email.

112.    On or about September 20, 2018, Helios again emailed Vudu and requested
confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the
Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms.
Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH
portfolio.

113.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a
voicemail message inquiring whether Vudu had received the Notice Letter and the status of
Vudu's investigation.

114.    On or about October 12, 2018, Vudu responded with a one-sentence email
attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's
letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further
communications on this matter to me going forward," and stated Vudu "will investigate the
matter and respond in due course."

115.    Based on the above facts, it is reasonable to infer that as of at least October 12,
2018 Vudu was investigating the allegations and information in the Notice Letter, including the
claims of the U.S. MPEG-DASH patent applications identified in the Notice Letter (including
the patent application that issued through a continuation as the '830 patent) and whether Vudu's
provision of DASH-enabled streaming VOD via its website and apps would infringe and induce
the infringement of the claims of those MPEG-DASH patent applications once they issued.

116.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that
Helios had been contacting the correct entity since approximately August 23, 2018 regarding

Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the patent application that issued through a continuation as the '830 patent.

117.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

118.    Helios received no reply to its October 15, 2018 email.

119.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

120.    Helios received no reply to its October 31, 2018 email.

121.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement of the claims of the patent application that issued through a continuation as the '830 patent, including claim charts, which Helios would share with Vudu if Vudu entered into an NDA.

122.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu would directly infringe and induce the infringement of the claims of the patent application that issued through a continuation as the '830 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding learning about its likely infringement.

123.     On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior. Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the patent application that issued through a continuation as the '830 patent, pertained. Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard." In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

124.     In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide "detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . . standards, as well as other sensitive information, including our licensing terms, but require an NDA (as attached) to be in place first."

125.     Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents and applications in its MPEG-DASH patent portfolio were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

126.     Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew if the application that issued through a continuation as the '830 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and

apps, would infringe and induce the infringement of the claims of the '830 patent once those
claims issued.

127.    On or about February 27, 2019, Vudu responded via email to Helios's multiple
communications, and explicitly stated that "Vudu is not interested in receiving any confidential
information, and anything you choose to send would be considered nonconfidential."

128.    Helios responded the next day, on February 28, 2019, and reiterated that it
required an NDA to enter into substantive licensing discussions with Vudu in order to "provide
[Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have
any meaningful or substantive discussions to determine whether a license is appropriate, thereby
foreclosing the possibility to resolve this matter amicably."  Helios offered times it was available
to discuss these issues on the phone with Vudu.

129.    Helios received no response to its February 28, 2019 communication.

130.    Based on the above facts, it is reasonable to infer that at least as of February 27,
2019, Vudu subjectively believed there was a high probability that Vudu's providing and
encouraging its customers to stream DASH-enabled VOD, including VOD offered through
Vudu's website and apps, would infringe and induce the infringement of the claims of the
application that issued through a continuation as the '830 patent once those claims issued.  The
following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was
alleging its MPEG-DASH patent applications were standard-essential to MPEG-DASH, (2)
Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of
this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide
confidential claim charts demonstrating how Vudu would directly infringe and induce the direct
infringement of Helios's MPEG-DASH patent applications (including the application that issued

through a continuation as the '830 patent) and how Helios's patents and patent applications were standard essential to MPEG-DASH.

131.    Based on the above facts, it is also reasonable to infer at least as of February 27, 2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents and soon-to-issue claims from Helios's MPEG-DASH patent applications, including the application that issued through a continuation as the '830 patent.

132.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

133.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

134.    On April 23, 2019, the '830 patent issued.

135.    At least as of April 23, 2019, Vudu should have had knowledge of the '830 patent and knowledge of how Vudu was infringing and inducing infringement of the '830 patent. Since at least approximately August 23, 2018, however, Vudu consistently and deliberately acted to avoid learning of its likely infringement and induced infringement of the claims in the application that issued through a continuation as the '830 patent, despite Vudu's subjective belief that there was a high probability that its providing and causing to be used DASH-enabled streaming VOD would infringe and induce the infringement of the claims that issued in the '830 patent.

136.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

137.    Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 1, 5, 6, 15, and 18 of the '830 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 5, 6, 15, and 18 of the '830 patent.  Vudu has induced and continues to induce others to infringe at least claims 1, 5, 6, 15, and 18 of the '830 patent since at least the April 23, 2019 issue date of the '830 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 4 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '830 patent.

138.    In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons, instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

139.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its

customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '830 patent by the customers.  (Ex. 4 at 2, 12, and 22.)  The claimed methods of claims 1, 5, 6, 15, and 18 of the '830 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 12-22), and this constitutes direct infringement as set forth in Exhibit 4.

140.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '830 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

141.    On information and belief, Vudu has engaged and continues to engage in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '830 patent and that its acts were inducing infringement of the '830 patent since at least the

April 23, 2019 issue date of the '830 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 4 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '830 patent.

142.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '830 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '830 patent.

143.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '830 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the application that issued through a continuation as the '830 patent as one of Helios's "U.S. DASH Pending Patent Applications" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patent applications pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents and applications were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential

to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

144.    Despite the facts set forth in paragraph 143 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '830 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents and applications, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

145.    On information and belief, based on the facts and inferences set forth in paragraphs 89-144 above, Vudu's infringement has been and continues to be willful.

146.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 10,277,660

147.    The allegations set forth in the foregoing paragraphs 1 through 146 are incorporated into this Third Claim for Relief.

148.    On April 30, 2019, the '660 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content."  A true and correct copy of the '660 patent is attached as Exhibit 5.

149.    Ideahub is the assignee and owner of the right, title, and interest in and to the '660 patent.

150.    Helios holds the exclusive right to assert all causes of action arising under the '660 patent and the right to collect any remedies for infringement of it.

151.    Upon information and belief, Vudu has and continues to directly infringe at least claims 1, 2, 3, 4, 8, 10, 20, and 21 and to induce the direct infringement of at least claims 11, 12, 13, 14, and 18 of the '660 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.vudu.com/content/movies/home, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 6.

152.    Upon information and belief, the Accused Instrumentalities perform methods for providing a media content performed by a server or multiple servers, comprising: receiving, from a client, a Uniform Resource Locator (URL) request for a segment of the media content based on metadata of the media content, wherein the metadata comprises multiple BaseURL elements and wherein identical segments are accessible at locations indicated by URLs resolved with respect to the multiple BaseURL elements; and sending the requested segment of the media content to the client, wherein the URL of the requested segment is generated based on a selected BaseURL element among the multiple BaseURL elements.

153.    Upon information and belief, the Accused Instrumentalities perform methods of providing a media content performed by a client, comprising: transmitting to a server, a request for a segment of the media content based on a metadata, wherein the metadata comprises multiple BaseURL elements and wherein identical segments are accessible at locations indicated by URLs resolved with respect to the multiple BaseURL elements; and receiving the requested segment of the media content from the server, wherein the URL of the requested segment is generated based on a selected BaseURL element among the multiple BaseURL elements.

154.    On information and belief, the Accused Instrumentalities have been used to
infringe and continue to directly infringe at least claims 1, 2, 3, 4, 8, 10, 11, 12, 13, 14, 18, 20,
and 21 of the '660 patent during the pendency of the '660 patent.

155.    Since at least the time of receiving the Original Complaint, Vudu has had actual
notice that it is directly infringing and/or inducing others to infringe the '660 patent.

156.    On or about August 23, 2018, Helios sent Vudu a notice letter ("Notice Letter")
addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and
belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms.
Chung had authority to discuss Helios's proposal on Vudu's behalf.

157.    On information and belief, Vudu began offering streaming VOD using MPEG-
DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*,
https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed
July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-
DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the
Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that
there were patents essential to the MPEG-DASH standard, as is common with respect to
standard-setting organizations and efforts.

158.    The Notice Letter identified Helios as "the worldwide exclusive licensee of
patents and patent applications relating to [MPEG-DASH] that were researched and developed
by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH],
which later led to its adoption as the first international standard for adaptive streaming
technology."

159. The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-DASH standard for the Asserted Patents, and as the MPEG-DASH standard utilized by Vudu in its streaming VOD offerings.

160. The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps on various types of electronic devices" as reasons Vudu "would benefit from a license under the DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service, and because its web site and apps are the platforms on which the streaming service is offered, it is reasonable to infer that Vudu understood that the act of offering such services not only necessitated Vudu's own infringement, but also infringement by its customers.

161. Based on the facts set forth above, it is reasonable to infer that Vudu knew the reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio" is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was alleging its DASH patents and applications claimed this technology.

162. Helios attached to the Notice Letter a listing of the patents and patent applications comprising Helios's MPEG-DASH portfolio including, under the heading "U.S. DASH Patent Portfolio," a table titled "U.S. DASH Pending Patent Applications," which explicitly identified U.S. Patent Application No. 16/036,703 that issued through a continuation as the '660 patent, among eight other U.S. patent applications.  Five of the eight "U.S. DASH Pending Patent Applications" identified in this table issued, directly or through continuation applications, as patents asserted in this action.

163. In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to encourage open and frank discussions and to allow [Helios] to provide further information as to

the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

164.    It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations.  This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

165.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the patent application that through a continuation issued as the '660 patent, Vudu had knowledge that Helios was alleging that the application that issued through a continuation as the '660 patent claimed technology that was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the application that issued through a continuation as the '660 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '660 patent once those claims issued.

166.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement and regarding the standard essentiality of Helios's MPEG-DASH patents and applications, which Helios would share with Vudu if Vudu entered into an NDA.

167.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to

Helios's MPEG-DASH patent portfolio on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

168.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter. Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

169.    Helios received no reply to its September 11, 2018 email.

170.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter. Helios again offered to discuss the Notice Letter. Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

171.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

172.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart. Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

173.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patent applications identified in the Notice Letter (including the patent application that issued through a continuation as the '660 patent) and whether Vudu's

provision of DASH-enabled streaming VOD via its website and apps would infringe and induce
the infringement of the claims of those MPEG-DASH patent applications once they issued.

174.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that
Helios had been contacting the correct entity since approximately August 23, 2018 regarding
Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the patent application
that issued through a continuation as the '660 patent.

175.    On or about October 15, 2018, Helios responded via email to Vudu's October 12,
2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that
Helios would "be able to provide more details on the license" once the NDA was executed.

176.    Helios received no reply to its October 15, 2018 email.

177.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about
Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios.
Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including
claim charts" to Vudu regarding Vudu's alleged infringement.

178.    Helios received no reply to its October 31, 2018 email.

179.    Based on the above facts, it is reasonable to infer that at least as of October 31,
2018, Vudu knew Helios had further details regarding Vudu's likely infringement of the claims
of the patent application that issued through a continuation as the '660 patent, including claim
charts, which Helios would share with Vudu if Vudu entered into an NDA.

180.    Based on the above facts, it is reasonable to infer that at least as of October 31,
2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts
detailing how Vudu would directly infringe and induce the infringement of the claims of the
patent application that issued through a continuation as the '660 patent.  It is also reasonable to

infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding learning about its likely infringement.

181.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the patent application that issued through a continuation as the '660 patent, pertained.  Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

182.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide "detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . . standards, as well as other sensitive information, including our licensing terms, but require an NDA (as attached) to be in place first."

183.    Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents and applications in its MPEG-DASH patent portfolio were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

184.    Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew if the application that issued through a continuation as the '660 patent claimed technology that was standard-essential

to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '660 patent once those claims issued.

185.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

186.    Helios responded the next day, on February 28, 2019, and reiterated that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the possibility to resolve this matter amicably."  Helios offered times it was available to discuss these issues on the phone with Vudu.

187.    Helios received no response to its February 28, 2019 communication.

188.    Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the application that issued through a continuation as the '660 patent once those claims issued.  The following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was alleging its MPEG-DASH patent applications were standard-essential to MPEG-DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide

confidential claim charts demonstrating how Vudu would directly infringe and induce the direct

infringement of Helios's MPEG-DASH patent applications (including the application that issued

through a continuation as the '660 patent) and how Helios's patents and patent applications were

standard essential to MPEG-DASH.

189.    Based on the above facts, it is also reasonable to infer at least as of February 27,

2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a

deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-

DASH patents and soon-to-issue claims from Helios's MPEG-DASH patent applications,

including the application that issued through a continuation as the '660 patent.

190.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter

into an NDA by March 15, 2019.

191.    Helios received no response to its March 6, 2019 email and was not otherwise

contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this

lawsuit.

192.    On April 30, 2019, the '660 patent issued.

193.    At least as of April 30, 2019, Vudu should have had knowledge of the '660 patent

and knowledge of how Vudu was infringing and inducing infringement of the '660 patent.  Since

at least approximately August 23, 2018, however, Vudu consistently and deliberately acted to

avoid learning of its likely infringement and induced infringement of the claims in the

application that issued through a continuation as the '660 patent, despite Vudu's subjective belief

that there was a high probability that its providing and causing to be used DASH-enabled

streaming VOD would infringe and induce the infringement of the claims that issued in the '660

patent.

194.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

195.    Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 11, 12, 13, 14, and 18 of the '660 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 11, 12, 13, 14, and 18 of the '660 patent.  Vudu has induced and continues to induce others to infringe at least claims 11, 12, 13, 14, and 18 of the '660 patent since at least the April 30, 2019 issue date of the '660 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 6 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '660 patent.

196.    In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons, instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

197.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its

customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '660 patent by the customers.  (Ex. 6 at 2, 10, 17, and 21.)  The claimed methods of claims 11, 12, 13, 14, and 18 of the '660 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 10, 17, and 21), and this constitutes direct infringement as set forth in Exhibit 6.

198.     As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '660 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

199.     On information and belief, Vudu has engaged and continues to engage in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '660 patent and that its acts were inducing infringement of the '660 patent since at least the

April 30, 2019 issue date of the '660 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 6 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '660 patent.

200.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '660 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '660 patent.

201.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '660 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the application that issued through a continuation as the '660 patent as one of Helios's "U.S. DASH Pending Patent Applications" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patent applications pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents and applications were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential

to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

202.    Despite the facts set forth in paragraph 201 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '660 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents and applications, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

203.    On information and belief, based on the facts and inferences set forth in paragraphs 147-202 above, Vudu's infringement has been and continues to be willful.

204.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 10,313,414

205.    The allegations set forth in the foregoing paragraphs 1 through 204 are incorporated into this Fourth Claim for Relief.

206.    On June 4, 2019, the '414 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content Using Representations."  A true and correct copy of the '414 patent is attached as Exhibit 7.

207.    Ideahub is the assignee and owner of the right, title, and interest in and to the '414 patent.

208.    Helios holds the exclusive right to assert all causes of action arising under the

'414 patent and the right to collect any remedies for infringement of it.

209.    Upon information and belief, Vudu has and continues to directly infringe at least

claims 11, 12, 17, 18, 19, and 20 and to induce the direct infringement of at least claims 1, 2, 7,

8, 9, and 10 of the '414 patent by selling, offering to sell, making, using, and/or providing and

causing to be used streaming media content in accordance with the MPEG-DASH standard (the

"Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those

available at https://www.vudu.com/content/movies/home, as set forth in detail in the preliminary

and exemplary claim chart attached as Exhibit 8.

210.    Upon information and belief, the Accused Instrumentalities perform methods of

providing media content performed by a server or multiple servers, comprising: transmitting a

Media Presentation Description (MPD) of a media content to a client; receiving a request, from

the client, for a segment of the media content; transmitting the media content to the client,

wherein the MPD includes one or more periods, wherein each of the periods includes one or

more adaptation sets, wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments, wherein the MPD, the

period, the adaptation set, the representation or the segments includes one or more attributes or

elements, and, wherein the adaptation set includes one or more attributes or elements that are

common to each of the representations for that adaptation set.

211.    Upon information and belief, the Accused Instrumentalities perform methods of

providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP)

client, the method comprising: receiving a Media Presentation Description (MPD) of a media

content; and accessing segments of the media content based on information provided by the

MPD, wherein the MPD includes one or more periods, wherein each of the periods includes one or more adaptation sets, wherein each of the adaptation sets includes one or more representations, wherein each of the representations includes one or more segments, wherein the MPD, the period, the adaptation set, the representation, or the segments includes one or more attributes or elements, and wherein the adaptation set includes one or more attributes or elements that are common to each of the representations for that adaptation set.

212.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 7, 8, 9, 10, 11, 12, 17, 18, 19, and 20 of the '414 patent during the pendency of the '414 patent.

213.    Since at least the time of receiving the Original Complaint, Vudu has had actual notice that it is directly infringing and/or inducing the infringement of the '414 patent.

214.    On or about August 23, 2018, Helios sent Vudu a notice letter ("Notice Letter") addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

215.    On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

216.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH], which later led to its adoption as the first international standard for adaptive streaming technology."

217.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-DASH standard for the Asserted Patents, and as the MPEG-DASH standard utilized by Vudu in its streaming VOD offerings.

218.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps on various types of electronic devices" as reasons Vudu "would benefit from a license under the DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service, and because its web site and apps are the platforms on which the streaming service is offered, it is reasonable to infer that Vudu understood that the act of offering such services not only necessitated Vudu's own infringement, but also infringement by its customers.

219.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio" is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was alleging its DASH patents and applications claimed this technology.

220.    Helios attached to the Notice Letter a listing of the patents and patent applications comprising Helios's MPEG-DASH portfolio including, under the heading "U.S. DASH Patent Portfolio," a table titled "U.S. DASH Pending Patent Applications," which explicitly identified U.S. Patent Application No. 15/834,702 that issued through continuations as the '414 patent, among eight other U.S. patent applications.  Five of the eight "U.S. DASH Pending Patent

Applications" identified in this table issued, directly or through continuation applications, as patents asserted in this action.

221.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to encourage open and frank discussions and to allow [Helios] to provide further information as to the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

222.    It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations.  This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

223.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the patent application that issued through continuations as the '414 patent, Vudu had knowledge that Helios was alleging that the application that issued through continuations as the '414 patent claimed technology that was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the application that issued through continuations as the '414 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '414 patent once those claims issued.

224.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's likely

infringement and regarding the standard essentiality of Helios's MPEG-DASH patents and applications, which Helios would share with Vudu if Vudu entered into an NDA.

225.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to Helios's MPEG-DASH patent portfolio on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

226.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

227.    Helios received no reply to its September 11, 2018 email.

228.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

229.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

230.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

231.     Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patent applications identified in the Notice Letter (including the patent application that issued through continuations as the '414 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps would infringe and induce the infringement of the claims of those MPEG-DASH patent applications once they issued.

232.     Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the patent application that issued through continuations as the '414 patent.

233.     On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

234.     Helios received no reply to its October 15, 2018 email.

235.     On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

236.     Helios received no reply to its October 31, 2018 email.

237.     Based on the above facts, it is reasonable to infer that at least as of October 31, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement of the claims of the patent application that issued through continuations as the '414 patent, including claim charts, which Helios would share with Vudu if Vudu entered into an NDA.

238.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu would directly infringe and induce the infringement of the claims of the patent application that issued through continuations as the '414 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding learning about its likely infringement.

239.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the patent application that issued through continuations as the '414 patent, pertained.  Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

240.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide "detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . . standards, as well as other sensitive information, including our licensing terms, but require an NDA (as attached) to be in place first."

241.    Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents and applications in its MPEG-DASH patent portfolio were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

242.    Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew if the application that issued through continuations as the '414 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '414 patent once those claims issued.

243.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

244.    Helios responded the next day, on February 28, 2019, and reiterated that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the possibility to resolve this matter amicably."  Helios offered times it was available to discuss these issues on the phone with Vudu.

245.    Helios received no response to its February 28, 2019 communication.

246.    Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the application that issued through continuations as the '414 patent once those claims issued.  The following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was

alleging its MPEG-DASH patent applications were standard-essential to MPEG-DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide confidential claim charts demonstrating how Vudu would directly infringe and induce the direct infringement of Helios's MPEG-DASH patent applications (including the application that issued through continuations as the '414 patent) and how Helios's patents and patent applications were standard essential to MPEG-DASH.

247.    Based on the above facts, it is also reasonable to infer at least as of February 27, 2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents and soon-to-issue claims from Helios's MPEG-DASH patent applications, including the application that issued through continuations as the '414 patent.

248.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

249.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

250.    On June 4, 2019, the '414 patent issued.

251.    At least as of June 4, 2019, Vudu should have had knowledge of the '414 patent and knowledge of how Vudu was infringing and inducing infringement of the '414 patent.  Since at least approximately August 23, 2018, however, Vudu consistently and deliberately acted to avoid learning of its likely infringement and induced infringement of the claims in the application that issued through continuations as the '414 patent, despite Vudu's subjective belief

that there was a high probability that its providing and causing to be used DASH-enabled streaming VOD would infringe and induce the infringement of the claims that issued in the '414 patent.

252.     On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

253.     Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 1, 2, 7, 8, 9, and 10 of the '414 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, 7, 8, 9, and 10 of the '414 patent.  Vudu has induced and continues to induce others to infringe at least claims 1, 2, 7, 8, 9, and 10 of the '414 patent since at least the June 4, 2019 issue date of the '414 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 8 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '414 patent.

254.     In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons,

instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

255.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '414 patent by the customers.  (Ex. 8 at 3, 13.)  The claimed methods of claims 1, 2, 7, 8, 9, and 10 of the '414 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 3, 13), and this constitutes direct infringement as set forth in Exhibit 8.

256.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '414 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

257.    On information and belief, Vudu has engaged and continues to engage in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '414 patent and that its acts were inducing infringement of the '414 patent since at least the June 4, 2019 issue date of the '414 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 8 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '414 patent.

258.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '414 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '414 patent.

259.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '414 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the application that issued through continuations as the '414 patent as one of Helios's "U.S. DASH Pending Patent Applications" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patent applications pertained since at least approximately August 23, 2018.  Helios explicitly

stated that its MPEG-DASH patents and applications were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

260.    Despite the facts set forth in paragraph 259 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '414 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents and applications, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

261.    On information and belief, based on the facts and inferences set forth in paragraphs 205-260 above, Vudu's infringement has been and continues to be willful.

262.    Plaintiffs have been harmed by Vudu's infringing activities.

### COUNT V – INFRINGEMENT OF U.S. PATENT NO. 10,356,145

263.    The allegations set forth in the foregoing paragraphs 1 through 262 are incorporated into this Fifth Claim for Relief.

264.    On July 16, 2019, the '145 Patent was duly and legally issued by the United States Patent and Trademark Office under the title "Method and Device for Providing Streaming Content."  A true and correct copy of the '145 patent is attached as Exhibit 9.

265.     Ideahub is the assignee and owner of the right, title, and interest in and to the '145 patent.

266.     Helios holds the exclusive right to assert all causes of action arising under the '145 patent and the right to collect any remedies for infringement of it.

267.     Upon information and belief, Vudu has and continues to directly infringe at least claims 1, 2, 11, 12, 13, 14, 15, and 16, and to induce the direct infringement of at least claims 3, 4, 5, 6, 7, 8, 9, and 10 of the '145 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.vudu.com/content/movies/home, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 10.

268.     Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a server or multiple servers, comprising: receiving a request for the media content from a client based on a media presentation description (MPD) with respect to the media content; and providing a segment of media content through streaming to the client in response to the request, wherein the MPD includes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representations, wherein the representation includes one or more segments, wherein the group includes one or more group elements for each of the groups, and wherein a group element provides a summary of values of all representations with a group.

269.     Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a client, the method comprising: transmitting a request for the media content to a server based on a media presentation description (MPD) with respect to

the media content; and receiving a segment of media content through streaming from the server in response to the request, wherein the MPD includes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representations, wherein the representation includes one or more segments, wherein the group includes one or more group elements for each of the groups, and wherein a group element provides a summary of values of all representations within a group.

270.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16 of the '145 patent during the pendency of the '145 patent.

271.    On or about August 23, 2018, Helios sent Vudu a notice letter ("Notice Letter") addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

272.    On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

273.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed

by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH],

which later led to its adoption as the first international standard for adaptive streaming

technology."

274.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-

DASH standard for the Asserted Patents, and as the MPEG-DASH standard utilized by Vudu in

its streaming VOD offerings.

275.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps

on various types of electronic devices" as reasons Vudu "would benefit from a license under the

DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service,

and because its web site and apps are the platforms on which the streaming service is offered, it

is reasonable to infer that Vudu understood that the act of offering such services not only

necessitated Vudu's own infringement, but also infringement by its customers.

276.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the

reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio"

is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was

alleging its DASH patents and applications claimed this technology.

277.    Helios attached to the Notice Letter a listing of the patents and patent applications

comprising Helios's MPEG-DASH portfolio including, under the heading "U.S. DASH Patent

Portfolio," a table titled "U.S. DASH Pending Patent Applications," which explicitly identified

U.S. Patent Application No. 15/785,275 that issued through a continuation as the '145 patent,

among eight other U.S. patent applications.  Five of the eight "U.S. DASH Pending Patent

Applications" identified in this table issued, directly or through continuation applications, as

patents asserted in this action.

278.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-exclusive license of the DASH patent portfolio under fair and reasonable terms." And, "to encourage open and frank discussions and to allow [Helios] to provide further information as to the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

279.    It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations. This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

280.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the patent application that issued through a continuation as the '145 patent, Vudu had knowledge that Helios was alleging that the application that issued through a continuation as the '145 patent claimed technology that was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the application that issued through a continuation as the '145 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '145 patent once those claims issued.

281.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's likely

infringement and regarding the standard essentiality of Helios's MPEG-DASH patents and applications, which Helios would share with Vudu if Vudu entered into an NDA.

282.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to Helios's MPEG-DASH patent portfolio on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

283.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

284.    Helios received no reply to its September 11, 2018 email.

285.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

286.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

287.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

288.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patent applications identified in the Notice Letter (including the patent application that issued through a continuation as the '145 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps would infringe and induce the infringement of the claims of those MPEG-DASH patent applications once they issued.

289.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the patent application that issued through a continuation as the '145 patent.

290.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

291.    Helios received no reply to its October 15, 2018 email.

292.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

293.    Helios received no reply to its October 31, 2018 email.

294.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement of the claims of the patent application that issued through a continuation as the '145 patent, including claim charts, which Helios would share with Vudu if Vudu entered into an NDA.

295.    Based on the above facts, it is reasonable to infer that at least as of October 31,

2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts

detailing how Vudu would directly infringe and induce the infringement of the claims of the

patent application that issued through a continuation as the '145 patent.  It is also reasonable to

infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to

enter into an NDA with Helios, Vudu was actively avoiding learning about its likely

infringement.

296.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios

was still waiting for the results of Vudu's investigation, which Vudu had represented it began

almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH

standard to which Helios's MPEG-DASH patent portfolio, including the patent application that

issued through a continuation as the '145 patent, pertained.  Helios also informed Vudu that

Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios

attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence

Vudu's use of MPEG-DASH in its streaming VOD.

297.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide

"detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . .

standards, as well as other sensitive information, including our licensing terms, but require an

NDA (as attached) to be in place first."

298.    Based on the above facts, to the extent Vudu did not already know Helios was

alleging the patents and applications in its MPEG-DASH patent portfolio were standard-essential

to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19,

2019 email.

299.    Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew if the application that issued through a continuation as the '145 patent claimed technology that was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the '145 patent once those claims issued.

300.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

301.    Helios responded the next day, on February 28, 2019, and reiterated that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the possibility to resolve this matter amicably."  Helios offered times it was available to discuss these issues on the phone with Vudu.

302.    Helios received no response to its February 28, 2019 communication.

303.    Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe and induce the infringement of the claims of the application that issued through a continuation as the '145 patent once those claims issued.  The

following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was

alleging its MPEG-DASH patent applications were standard-essential to MPEG-DASH, (2)

Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of

this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide

confidential claim charts demonstrating how Vudu would directly infringe and induce the direct

infringement of Helios's MPEG-DASH patent applications (including the application that issued

through a continuation as the '145 patent) and how Helios's patents and patent applications were

standard essential to MPEG-DASH.

304.    Based on the above facts, it is also reasonable to infer at least as of February 27,

2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a

deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-

DASH patents and soon-to-issue claims from Helios's MPEG-DASH patent applications,

including the application that issued through a continuation as the '145 patent.

305.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter

into an NDA by March 15, 2019.

306.    Helios received no response to its March 6, 2019 email and was not otherwise

contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this

lawsuit.

307.    On July 16, 2019, the '145 patent issued.

308.    At least as of July 19, 2019, Vudu should have had knowledge of the '145 patent

and knowledge of how Vudu was infringing and inducing infringement of the '145 patent.  Since

at least approximately August 23, 2018, however, Vudu consistently and deliberately acted to

avoid learning of its likely infringement and induced infringement of the claims in the

application that issued through a continuation as the '145 patent, despite Vudu's subjective belief

that there was a high probability that its providing and causing to be used DASH-enabled

streaming VOD would infringe and induce the infringement of the claims that issued in the '145

patent.

309.    On information and belief, the Accused Instrumentalities have and continue to be

used, marketed, provided to, and/or used by or for each of Defendant's partners, clients,

customers, and end users across the country and in this District.

310.    Upon information and belief, Vudu has induced and continues to induce others to

infringe at least claims 3, 4, 5, 6, 7, 8, 9, and 10 of the '145 patent under 35 U.S.C. § 271(b) by,

among other things, and with specific intent or willful blindness, actively aiding and abetting

others to infringe, including but not limited to Vudu's partners and customers, whose use of the

Accused Instrumentalities constitutes direct infringement of at least claims 3, 4, 5, 6, 7, 8, 9, and

10 of the '145 patent.  Vudu has induced and continues to induce others to infringe at least

claims 3, 4, 5, 6, 7, 8, 9, and 10 of the '145 patent since at least the July 16, 2019 issue date of

the '145 patent; or, if not then, since at least the time of receiving the Original Complaint in this

matter and Exhibit 6 thereto, which, in combination with Vudu's extensive knowledge of and

experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners,

customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications

regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and

induced the direct infringement of the asserted claims of the '145 patent.

311.    In particular, Vudu's actions that aid and abet others such as their partners and

customers to infringe include knowingly providing the Accused Instrumentalities with materials

and/or services that encourage infringing use of the Accused Instrumentalities, including icons,

instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

312.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '145 patent by the customers.  (Ex. 10 at 2, 16, 30, and 65.)  The claimed methods of claims 3, 4, 5, 6, 7, 8, 9, and 10 of the '145 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 16, 30, and 65), and this constitutes direct infringement as set forth in Exhibit 10.

313.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '145 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

314.    On information and belief, Vudu has engaged and continues to engage in such
actions with specific intent to cause infringement or with willful blindness to the resulting
infringement because Vudu has had actual knowledge of or should have had actual knowledge of
the '145 patent and that its acts were inducing infringement of the '145 patent since at least the
July 16, 2019 issue date of the '145 patent; or, if not then, since at least the time of receiving the
Original Complaint in this matter and Exhibit 10 thereto, which, in combination with Vudu's
extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it
was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the
parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed
how Vudu directly infringed and induced the direct infringement of the asserted claims of the
'145 patent.

315.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its
acts were inducing the infringement of the '145 patent, Vudu was willfully blind to the fact that
its acts were inducing the infringement of the '145 patent.

316.    Vudu subjectively believed that there was a high probability that the DASH-
enabled streaming VOD offered through Vudu's website and apps were infringing or inducing
the infringement of the '145 patent.  On information and belief, Vudu had been offering DASH-
enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the
MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by
Helios.  Helios identified the application that issued through a continuation as the '145 patent as
one of Helios's "U.S. DASH Pending Patent Applications" within its "DASH Patent Portfolio"
and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH
patent applications pertained since at least approximately August 23, 2018.  Helios explicitly

stated that its MPEG-DASH patents and applications were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps. And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

317.    Despite the facts set forth in paragraph 316 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '145 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents and applications, but this was a deliberate attempt to mislead Helios. When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

318.    On information and belief, based on the facts and inferences set forth in paragraphs 263-317 above, Vudu's infringement has been and continues to be willful.

319.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 10,362,130

320.    The allegations set forth in the foregoing paragraphs 1 through 319 are incorporated into this Sixth Claim for Relief.

321.    On July 23, 2019, the '130 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Contents." A true and correct copy of the '130 patent is attached as Exhibit 11.

322.    Ideahub is the assignee and owner of the right, title, and interest in and to the '130 patent.

323.    Helios holds the exclusive right to assert all causes of action arising under the '130 patent and the right to collect any remedies for infringement of it.

324.    Upon information and belief, Vudu has and continues to directly infringe at least claims 1, 2, 4, and 5 of the '130 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.vudu.com/content/movies/home, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 12.

325.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a processor in a server, the method comprising: receiving a request for the media content from a client; transmitting the media to the client based on a Media Presentation Description (MPD) of the media content, wherein the MPD comprises one or more periods, wherein the period comprises one or more groups, wherein the group comprises one or more representations, wherein the representation comprises one or more segments, wherein the representation includes bandwidth attribute related to bandwidth for a hypothetical constant bitrate channel in bits per second (bps), wherein the client is assured of having enough data continuously playout after buffering for minbuffertime, when the representation is delivered to the client, wherein the segment includes sub-segments indexed by segment index, wherein the MPD includes at least one of (i) frame rate, or (ii) timescale describing the number of time units in one second.

326.    On information and belief, the Accused Instrumentalities have infringed and continue to directly infringe at least claims 1, 2, 4, and 5 of the '130 patent during the pendency of the '130 patent.

327.    Since at least the time of receiving the Original Complaint, Vudu has had actual notice that it is directly infringing and/or inducing others to infringe the '130 patent.

328.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

329.    On or about August 23, 2018, Helios sent Vudu a notice letter ("Notice Letter") addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

330.    On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

331.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH],

which later led to its adoption as the first international standard for adaptive streaming

technology."

332.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-

DASH standard for the Asserted Patents, and as the MPEG-DASH standard utilized by Vudu in

its streaming VOD offerings.

333.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps

on various types of electronic devices" as reasons Vudu "would benefit from a license under the

DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service,

and because its web site and apps are the platforms on which the streaming service is offered, it

is reasonable to infer that Vudu understood that the act of offering such services not only

necessitated Vudu's own infringement, but also infringement by its customers.

334.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the

reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio"

is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was

alleging its DASH patents and applications claimed this technology.

335.    Helios attached to the Notice Letter a listing of the patents and patent applications

comprising Helios's MPEG-DASH portfolio including, under the heading "U.S. DASH Patent

Portfolio," a table titled "U.S. DASH Pending Patent Applications," which explicitly identified

U.S. Patent Application No. 15/069,443 that issued as the '130 patent, among eight other U.S.

patent applications.  Five of the eight "U.S. DASH Pending Patent Applications" identified in

this table issued, directly or through continuation applications, as patents asserted in this action.

336.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-

exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to

encourage open and frank discussions and to allow [Helios] to provide further information as to
the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a
non-disclosure agreement ("NDA") with the Notice Letter.

337.    It is commonly understood in the technology industry, and reasonable to infer that
Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND
commitments commonly made by contributors of patented technology to standards-setting
organizations.  This presents another basis for inferring that Vudu understood that Helios was
alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

338.    Based on the facts set forth above, it is reasonable to infer that as of
approximately August 23, 2018, Vudu had knowledge of the patent application that issued as the
'130 patent, Vudu had knowledge that Helios was alleging that the application that issued as the
'130 patent claimed technology that was standard-essential for MPEG-DASH, and that Vudu
subjectively knew that if the application that issued as the '130 patent claimed technology that
was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's Accused
Instrumentalities, including VOD offered through Vudu's website and apps, would infringe
claims of the '130 patent once those claims issued.

339.    Based on the facts set forth above, it is also reasonable to infer that as of
approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's likely
infringement and regarding the standard essentiality of Helios's MPEG-DASH patents and
applications, which Helios would share with Vudu if Vudu entered into an NDA.

340.    Based on the facts set forth above, it is also reasonable to infer that as of
approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to

Helios's MPEG-DASH patent portfolio on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

341.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

342.    Helios received no reply to its September 11, 2018 email.

343.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

344.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

345.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

346.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patent applications identified in the Notice Letter (including the patent application that issued as the '130 patent) and whether Vudu's provision of DASH-

enabled streaming VOD via its website and apps would infringe the claims of those MPEG-DASH patent applications once they issued.

347.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the patent application that issued as the '130 patent.

348.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

349.    Helios received no reply to its October 15, 2018 email.

350.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

351.    Helios received no reply to its October 31, 2018 email.

352.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement of the claims of the patent application that issued as the '130 patent, including claim charts, which Helios would share with Vudu if Vudu entered into an NDA.

353.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu would directly infringe the claims of the patent application that issued as the '130 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018

communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding

learning about its likely infringement.

354.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios

was still waiting for the results of Vudu's investigation, which Vudu had represented it began

almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH

standard to which Helios's MPEG-DASH patent portfolio, including the patent application that

issued as the '130 patent, pertained.  Helios also informed Vudu that Helios "confirmed that

Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the

February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH

in its streaming VOD.

355.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide

"detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . .

standards, as well as other sensitive information, including our licensing terms, but require an

NDA (as attached) to be in place first."

356.    Based on the above facts, to the extent Vudu did not already know Helios was

alleging the patents and applications in its MPEG-DASH patent portfolio were standard-essential

to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19,

2019 email.

357.    Based on the above facts, including Vudu's extensive experience with MPEG-

DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is

reasonable to infer that as of February 19, 2019 Vudu subjectively knew if the application that

issued as the '130 patent claimed technology that was standard-essential to MPEG-DASH, there

was a high likelihood that Vudu's Accused Instrumentalities, including VOD offered through

Vudu's website and apps, would infringe and induce the infringement of the claims of the '130 patent once those claims issued.

358.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

359.    Helios responded the next day, on February 28, 2019, and reiterated that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the possibility to resolve this matter amicably."  Helios offered times it was available to discuss these issues on the phone with Vudu.

360.    Helios received no response to its February 28, 2019 communication.

361.    Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, would infringe claims of the application that issued as the '130 patent once those claims issued.  The following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was alleging its MPEG-DASH patent applications were standard-essential to MPEG-DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide confidential claim charts demonstrating how Vudu would directly infringe Helios's MPEG-DASH patent applications (including the application that

issued as the '130 patent) and how Helios's patents and patent applications were standard essential to MPEG-DASH.

362.    Based on the above facts, it is also reasonable to infer at least as of February 27, 2019, that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents and soon-to-issue claims from Helios's MPEG-DASH patent applications, including the application that issued as the '130 patent.

363.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

364.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

365.    On July 23, 2019, the '130 patent issued.

366.    At least as of July 23, 2019, Vudu should have had knowledge of the '130 patent and knowledge of how Vudu was infringing the '130 patent.  Since at least approximately August 23, 2018, however, Vudu consistently and deliberately acted to avoid learning of its likely infringement of the claims in the application that issued as the '130 patent, despite Vudu's subjective belief that there was a high probability that its providing and causing to be used DASH-enabled streaming VOD would infringe the claims that issued in the '130 patent.

367.     On information and belief, based on the facts and inferences set forth in paragraphs 320-366 above, Vudu's infringement has been and continues to be willful.

368.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT VII – INFRINGEMENT OF U.S. PATENT NO. 10,375,373

369.    The allegations set forth in the foregoing paragraphs 1 through 368 are

incorporated into this Seventh Claim for Relief.

370.    On August 6, 2019, the '373 patent was duly and legally issued by the United

States Patent and Trademark Office under the title "Method and Apparatus for Encoding Three-

Dimensional (3D) Content."  A true and correct copy of the '373 patent is attached as Exhibit 13.

371.    Ideahub is the assignee and owner of the right, title, and interest in and to the '373

patent.

372.    Helios holds the exclusive right to assert all causes of action arising under the

'373 patent and the right to collect any remedies for infringement of it.

373.    Upon information and belief, Vudu has and continues to directly infringe at least

claims 1, 2, 5, 6, 7, 8, 9, 10, 13, 14, 15, and 16, and to induce the direct infringement of at least

claims 17, 18, 21, 22, 23, and 24 of the '373 patent by selling, offering to sell, making, using,

and/or providing and causing to be used streaming media content in accordance with the MPEG-

DASH standard (the "Accused Instrumentalities"), including one or more videos on demand

("VOD") such as those available at https://www.vudu.com/content/movies/home, as set forth in

detail in the preliminary and exemplary claim chart attached as Exhibit 14.

374.    Upon information and belief, the Accused Instrumentalities perform methods of

adaptive streaming service performed by a server or multiple servers, the method comprising:

receiving a request, from a client, for a segment of a media content based on metadata of the

media content, wherein the metadata is a Media Presentation Description (MPD), and wherein

the MPD is a description of a media presentation related to the media content; and providing the

media content based on the request, wherein the MPD includes at least one period, wherein each

period includes at least one adaptation set comprising a media content component, wherein each

adaptation set includes at least one representation, wherein each representation includes at least one segment, and wherein the MPD provides information that enables the client to switch from one representation to another representation to adapt to a network condition.

375. Upon information and belief, the Accused Instrumentalities perform methods of providing adaptive streaming services performed by a client, the methods comprising: transmitting a request, to a server or multiple servers, for a segment of a media content based on metadata of the media content, wherein the metadata is a Media Presentation Description (MPD), and wherein the MPD is a description of a media presentation related to the media content; and receiving the media content, based on the request, from the server or multiple servers, wherein the MPD includes at least one period, wherein each period includes at least one adaptation set comprising a media content component, wherein each adaptation set includes at least one representation, wherein each representation includes at least one segment, and wherein the MPD provides information that enables the client to switch from one representation to another representation to adapt to a network condition.

376. On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 21, 22, 23, and 24 of the '373 patent during the pendency of the '373 patent.

377. Since at least the time of receiving the Original Complaint, Vudu has had actual notice that it is directly infringing and/or inducing others to infringe the '373 patent.

378. On or about August 23, 2018, Helios sent Vudu a notice letter ("Notice Letter") addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart. Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

379.    On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

380.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH], which later led to its adoption as the first international standard for adaptive streaming technology."

381.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-DASH standard for the Asserted Patents, and as the MPEG-DASH standard utilized by Vudu in its streaming VOD offerings.

382.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps on various types of electronic devices" as reasons Vudu "would benefit from a license under the DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service, and because its web site and apps are the platforms on which the streaming service is offered, it is reasonable to infer that Vudu understood that the act of offering such services not only necessitated Vudu's own infringement, but also infringement by its customers.

383.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the
reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio"
is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was
alleging its DASH patents and applications claimed this technology.

384.    Helios attached to the Notice Letter a listing of the patents and patent applications
comprising Helios's MPEG-DASH portfolio including, under the heading "U.S. DASH Patent
Portfolio," a table titled "U.S. DASH Pending Patent Applications," which explicitly identified
U.S. Patent Application No. 15/977,218 that issued as the '373 patent, among eight other U.S.
patent applications.  Five of the eight "U.S. DASH Pending Patent Applications" identified in
this table issued, directly or through continuation applications, as patents asserted in this action.

385.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-
exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to
encourage open and frank discussions and to allow [Helios] to provide further information as to
the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a
non-disclosure agreement ("NDA") with the Notice Letter.

386.    It is commonly understood in the technology industry, and reasonable to infer that
Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND
commitments commonly made by contributors of patented technology to standards-setting
organizations.  This presents another basis for inferring that Vudu understood that Helios was
alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

387.    Based on the facts set forth above, it is reasonable to infer that as of
approximately August 23, 2018, Vudu had knowledge of the patent application that issued as the
'373 patent, Vudu had knowledge that Helios was alleging that the application that issued as the

'373 patent claimed technology that was standard-essential for MPEG-DASH, and that Vudu

subjectively knew that if the application that issued as the '373 patent claimed technology that

was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and

encouraging its customers to stream DASH-enabled VOD, including VOD offered through

Vudu's website and apps, would infringe and induce the infringement of the claims of the '373

patent once those claims issued.

388.     Based on the facts set forth above, it is also reasonable to infer that as of

approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's likely

infringement and regarding the standard essentiality of Helios's MPEG-DASH patents and

applications, which Helios would share with Vudu if Vudu entered into an NDA.

389.     Based on the facts set forth above, it is also reasonable to infer that as of

approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to

Helios's MPEG-DASH patent portfolio on allegedly "fair and reasonable terms," consistent with

the licensing of standard-essential patents.

390.     On or about September 11, 2018, Helios emailed Vudu and requested

confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the

Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

391.     Helios received no reply to its September 11, 2018 email.

392.     On or about September 20, 2018, Helios again emailed Vudu and requested

confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the

Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms.

Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH

portfolio.

393.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

394.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

395.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patent applications identified in the Notice Letter (including the patent application that issued as the '373 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps would infringe and induce the infringement of the claims of those MPEG-DASH patent applications once they issued.

396.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the patent application that issued as the '373 patent.

397.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

398.    Helios received no reply to its October 15, 2018 email.

399.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

400.    Helios received no reply to its October 31, 2018 email.

401.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018, Vudu knew Helios had further details regarding Vudu's likely infringement of the claims of the patent application that issued as the '373 patent, including claim charts, which Helios would share with Vudu if Vudu entered into an NDA.

402.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu would directly infringe and induce the infringement of the claims of the patent application that issued as the '373 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding learning about its likely infringement.

403.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the patent application that issued as the '373 patent, pertained.  Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

404.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide

"detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . .

standards, as well as other sensitive information, including our licensing terms, but require an

NDA (as attached) to be in place first."

405.    Based on the above facts, to the extent Vudu did not already know Helios was

alleging the patents and applications in its MPEG-DASH patent portfolio were standard-essential

to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19,

2019 email.

406.    Based on the above facts, including Vudu's extensive experience with MPEG-

DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is

reasonable to infer that as of February 19, 2019 Vudu subjectively knew if the application that

issued as the '373 patent claimed technology that was standard-essential to MPEG-DASH, there

was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-

enabled VOD, including VOD offered through Vudu's website and apps, would infringe and

induce the infringement of the claims of the '373 patent once those claims issued.

407.    On or about February 27, 2019, Vudu responded via email to Helios's multiple

communications, and explicitly stated that "Vudu is not interested in receiving any confidential

information, and anything you choose to send would be considered nonconfidential."

408.    Helios responded the next day, on February 28, 2019, and reiterated that it

required an NDA to enter into substantive licensing discussions with Vudu in order to "provide

[Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have

any meaningful or substantive discussions to determine whether a license is appropriate, thereby

foreclosing the possibility to resolve this matter amicably." Helios offered times it was available
to discuss these issues on the phone with Vudu.

409.    Helios received no response to its February 28, 2019 communication.

410.    Based on the above facts, it is reasonable to infer that at least as of February 27,
2019, Vudu subjectively believed there was a high probability that Vudu's providing and
encouraging its customers to stream DASH-enabled VOD, including VOD offered through
Vudu's website and apps, would infringe and induce the infringement of the claims of the
application that issued as the '373 patent once those claims issued. The following facts and
inferences, in particular, support this inference: (1) Vudu knew Helios was alleging its MPEG-
DASH patent applications were standard-essential to MPEG-DASH, (2) Helios had confirmed
Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to
Vudu via screenshots, and (3) Helios had offered repeatedly to provide confidential claim charts
demonstrating how Vudu would directly infringe and induce the direct infringement of Helios's
MPEG-DASH patent applications (including the application that issued as the '373 patent) and
how Helios's patents and patent applications were standard essential to MPEG-DASH.

411.    Based on the above facts, it is also reasonable to infer at least as of February 27,
2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a
deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-
DASH patents and soon-to-issue claims from Helios's MPEG-DASH patent applications,
including the application that issued as the '373 patent.

412.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter
into an NDA by March 15, 2019.

413.    Helios received no response to its March 6, 2019 email and was not otherwise
contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this
lawsuit.

414.    On August 6, 2019, the '373 patent issued.

415.    At least as of August 6, 2019, Vudu should have had knowledge of the '373
patent and knowledge of how Vudu was infringing and inducing infringement of the '373 patent.
Since at least approximately August 23, 2018, however, Vudu consistently and deliberately acted
to avoid learning of its likely infringement and induced infringement of the claims in the
application that issued as the '373 patent, despite Vudu's subjective belief that there was a high
probability that its providing and causing to be used DASH-enabled streaming VOD would
infringe and induce the infringement of the claims that issued in the '373 patent.

416.    On information and belief, the Accused Instrumentalities have and continue to be
used, marketed, provided to, and/or used by or for each of Defendant's partners, clients,
customers, and end users across the country and in this District.

417.    Upon information and belief, Vudu has induced and continues to induce others to
infringe at least claims 17, 18, 21, 22, 23, and 24 of the '373 patent under 35 U.S.C. § 271(b) by,
among other things, and with specific intent or willful blindness, actively aiding and abetting
others to infringe, including but not limited to Vudu's partners and customers, whose use of the
Accused Instrumentalities constitutes direct infringement of at least claims 17, 18, 21, 22, 23,
and 24 of the '373 patent.  Vudu has induced and continues to induce others to infringe at least
claims 17, 18, 21, 22, 23, and 24 of the '373 patent since at least the August 6, 2019 issue date of
the '373 patent; or, if not then, since at least the time of receiving the Original Complaint in this
matter and Exhibit 14 thereto, which, in combination with Vudu's extensive knowledge of and

experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '373 patent.

418.   In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons, instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

419.   For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '373 patent by the customers.  (Ex. 14 at 2, 16, and 30.)  The claimed methods of claims 17, 18, 21, 22, 23, and 24 of the '373 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 16, and 30), and this constitutes direct infringement as set forth in Exhibit 14.

420.   As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '373 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

421.    On information and belief, Vudu has engaged and continues to engage in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '373 patent and that its acts were inducing infringement of the '373 patent since at least the August 6, 2019 issue date of the '373 patent; or, if not then, since at least the time of receiving the Original Complaint in this matter and Exhibit 14 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '373 patent.

422.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '373 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '373 patent.

423.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '373 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the application that issued as the '373 patent as one of Helios's "U.S. DASH Pending Patent Applications" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patent applications pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents and applications were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

424.    Despite the facts set forth in paragraph 423 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '373 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents and applications, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

425.    On information and belief, based on the facts and inferences set forth in paragraphs 369-424 above, Vudu's infringement has been and continues to be willful.

426.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT VIII – INFRINGEMENT OF U.S. PATENT NO. 8,645,562

427.    The allegations set forth in the foregoing paragraphs 1 through 426 are incorporated into this Eighth Claim for Relief.

428.    On February 4, 2014, the '562 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content." A true and correct copy of the '562 patent is attached as Exhibit 15.

429.    Ideahub is the assignee and owner of the right, title, and interest in and to the '562 patent.

430.    Helios holds the exclusive right to assert all causes of action arising under the '562 patent and the right to collect any remedies for infringement of it.

431.    Upon information and belief, Vudu has and continues to induce the direct infringement of at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.vudu.com/content/movies/home. The preliminary claim chart attached as Exhibit 16 sets forth an exemplary instance of such direct infringement.

432.    Upon information and belief, the Accused Instrumentalities are used to perform methods for providing media, the method comprising: receiving metadata of media, the metadata comprising one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a

BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment, wherein the request is sent using an HTTP GET method, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

433.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent during the pendency of the '562 patent.

434.    Since at least approximately August 23, 2018, Vudu has had actual notice that it is inducing others to infringe the '562 patent.

435.    On or about August 23, 2018, Helios sent Vudu a notice letter addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

436.    On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

437.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed

by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH],

which later led to its adoption as the first international standard for adaptive streaming

technology."

438.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-

DASH standard for the Asserted Patents, including the '562 patent, and as the MPEG-DASH

standard utilized by Vudu in its streaming VOD offerings.

439.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps

on various types of electronic devices" as reasons Vudu "would benefit from a license under the

DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service,

and because its web site and apps are the platforms on which the streaming service is offered, it

is reasonable to infer that Vudu understood that the act of offering such services not only

necessitated Vudu's own infringement, but also infringement by its customers.

440.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the

reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio"

is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was

alleging its DASH patents were essential to Vudu's use of this technology.

441.    Helios attached to the Notice Letter a listing of the patents and patent applications

comprising Helios's MPEG-DASH portfolio including, under the heading "DASH Patent

Portfolio," a table titled "U.S. DASH Patents," which explicitly identified the '562 patent by

patent number, among 11 other U.S. patents.  Five of the twelve "U.S. DASH Patents" identified

in this table are asserted in this action.

442.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-

exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to

encourage open and frank discussions and to allow [Helios] to provide further information as to

the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a

non-disclosure agreement ("NDA") with the Notice Letter.

443.    It is commonly understood in the technology industry, and reasonable to infer that

Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND

commitments commonly made by contributors of patented technology to standards-setting

organizations.  This presents another basis for inferring that Vudu understood that Helios was

alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

444.    Based on the facts set forth above, it is reasonable to infer that as of

approximately August 23, 2018, Vudu had knowledge of the '562 patent, had knowledge that

Helios was alleging that the '562 patent was standard-essential for MPEG-DASH, and that Vudu

subjectively knew that if the '562 patent was standard-essential to MPEG-DASH, there was a

high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled

VOD, including VOD offered through Vudu's website and apps, infringed and induced the

infringement of the '562 patent.

445.    Based on the facts set forth above, it is also reasonable to infer that as of

approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's

infringement and regarding the standard essentiality of Helios's MPEG-DASH patents, which

Helios would share with Vudu if Vudu entered into an NDA.

446.    Based on the facts set forth above, it is also reasonable to infer that as of

approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to

Helios's MPEG-DASH patent portfolio, including the '562 patent, on allegedly "fair and

reasonable terms," consistent with the licensing of standard-essential patents.

447.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

448.    Helios received no reply to its September 11, 2018 email.

449.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

450.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

451.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

452.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patents identified in the Notice Letter (including the '562 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps infringed and induced the infringement of those MPEG-DASH patents, including the '562 patent.

453.    Based on the above facts, to the extent it is not reasonable to draw the inferences set forth in paragraphs 439-440 and 443-446 of this First Amended Complaint as of approximately August 23, 2018, it is reasonable to draw the inferences set forth in paragraphs 439-440 and 443-446 of this First Amended Complaint as of at least October 12, 2018.

454.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the '562 patent.

455.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

456.    Helios received no reply to its October 15, 2018 email.

457.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

458.    Helios received no reply to its October 31, 2018 email.

459.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew Helios had further details regarding Vudu's infringement of the '562 patent, which Helios would share with Vudu if Vudu entered into an NDA.

460.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu directly infringed and induced the infringement of the '562 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by

refusing to enter into an NDA with Helios, Vudu was actively avoiding learning additional

information about its infringement.

461.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios

was still waiting for the results of Vudu's investigation, which Vudu had represented it began

almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH

standard to which Helios's MPEG-DASH patent portfolio, including the '562 patent, pertained.

Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In

support of this point, Helios attached screenshots to the February 19, 2019 email that

demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

462.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide

"detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . .

standards, as well as other sensitive information, including our licensing terms, but require an

NDA (as attached) to be in place first."

463.    Based on the above facts, it is reasonable to infer that, as of February 19, 2019,

Vudu had either been investigating Helios's MPEG-DASH patents for over four months or had

affirmatively misled Helios about its investigation of Helios's MPEG-DASH patents to avoid

learning the details of how Vudu's DASH-enabled VOD infringed Helios's MPEG-DASH

patents, including the '562 patent.

464.    Based on the above facts, to the extent Vudu did not already know Helios was

alleging the patents in its MPEG-DASH patent portfolio (including the '562 patent) were

standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of

Helios's February 19, 2019 email.

465.     Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew that if the '562 patent was standard-essential to MPEG-DASH there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '562 patent.

466.     On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and confirmed that Vudu had investigated patents identified in the Notice Letter.  Vudu also alleged that Helios's identified patents "appear to be assigned to entities other than Helios" and that "it is not clear to us that Helios Streaming has any standing to engage in these discussions."  Vudu also explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

467.     Helios responded the next day, on February 28, 2019, stating that "Helios Streaming was granted an exclusive license from the current assignee, Ideahub, with rights to sublicense the DASH patents."  To support these statements, Helios attached screenshots from the publicly available U.S. Patent and Trademark Office website to its email response, and these screenshots showed that all 12 MPEG-DASH patents identified in the Notice Letter, including the '562 patent, were assigned to Ideahub and were exclusively licensed to Helios Streaming.

468.     Helios also reiterated in its February 28, 2019 email that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the

possibility to resolve this matter amicably." Helios offered times it was available to discuss these issues on the phone with Vudu.

469. Helios received no response to its February 28, 2019 communication.

470. Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '562 patent. The following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was alleging its MPEG-DASH patents (including the '562 patent) were standard-essential to MPEG-DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide confidential claim charts demonstrating how Vudu was directly infringing and inducing the direct infringement of Helios's MPEG-DASH patents (including the '562 patent) and how Helios's patents were standard essential to MPEG-DASH.

471. Based on the above facts, it is also reasonable to infer at least as of February 27, 2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents, including the '562 patent.

472. On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

473. Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

474.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

475.    Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent.  Vudu has induced and continues to induce others to infringe at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent since at least receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit 16 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '562 patent.

476.    In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons,

instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

477.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '562 patent by the customers.  (Ex. 16 at 2, 8 and 15.)  The claimed methods of claims 1, 2, 4, 5, 7, and 8 of the '562 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 8, and 15), and this constitutes direct infringement as set forth in Exhibit 16.

478.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '562 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

479.    On information and belief, Vudu has engaged and continues to engage in such actions with specific intent specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '562 patent and that its acts were inducing infringement of the '562 patent since at least the time of receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit 16 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '562 patent.

480.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '562 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '562 patent.

481.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '562 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by

Helios.  Helios identified the '562 patent as a "U.S. DASH Patent" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patents (including the '562 patent) pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

482.    Despite the facts set forth in paragraph 481 above, Vudu actively and deliberately avoided learning the details of its induced infringement of the '562 patent.  Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents, and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

483.    On information and belief, based on the facts and inferences set forth in paragraphs 427-482 above, Vudu's infringement has been and continues to be willful.

484.    Plaintiffs have been harmed by Vudu's infringing activities.

## <u>COUNT IX – INFRINGEMENT OF U.S. Patent No. 8,909,805</u>

485.    The allegations set forth in the foregoing paragraphs 1 through 484 are incorporated into this Ninth Claim for Relief.

486.    On December 9, 2014, the '805 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content."  A true and correct copy of the '805 patent is attached as Exhibit 17.

487.    Ideahub is the assignee and owner of the right, title, and interest in and to the '805 patent.

488.    Helios holds the exclusive right to assert all causes of action arising under the '805 patent and the right to collect any remedies for infringement of it.

489.    Upon information and belief, Vudu has and continues to induce the direct infringement of at least claims 1, 2, 3, and 4 of the '805 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.vudu.com/content/movies/home. The preliminary claim chart attached as Exhibit 18 sets forth an exemplary instance of such direct infringement.

490.    Upon information and belief, the Accused Instrumentalities are used to perform methods for providing media, the method comprising: receiving metadata of media, the metadata comprising one or more periods; processing the received metadata and extracting information included in the metadata, wherein the metadata includes a range attribute; requesting a segment suitable for a specific interval based on a request for bytes of a resource indicated by a URL that are designated by the range attribute; accessing segments of the media based on information provided by the metadata; decoding and rendering data of the media that is included in the segments; wherein each of the periods comprises one or more representations of the media, wherein each of the representations starts from a beginning point of a period including each of

the representation and continues to an ending point of the period, and comprises one or more segments; and wherein determining the start of a first period among one or more period comprises: when a start attribute exists in the first period element of the first period, a start time of the first period is equivalent to a value of the start attribute, when a start attribute does not exist in the first period element of the first period, and when a second period element of the second period includes a duration attribute, the start time of the first period is obtained by adding a value of the duration attribute of the second period element to a start time of the second period, and when a start attribute does not exist in the first period element of the first period, and when the first period is the first of the one or more periods, the start time of the first period is zero.

491. On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 3, and 4 of the '805 patent during the pendency of the '805 patent.

492. Since at least approximately August 23, 2018, Vudu has had actual notice that it is inducing others to infringe the '805 patent.

493. On or about August 23, 2018, Helios sent Vudu a notice letter addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart. Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

494. On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter. (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed July 15, 2020).) It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the

Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

495.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH], which later led to its adoption as the first international standard for adaptive streaming technology."

496.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-DASH standard for the Asserted Patents, including the '805 patent, and as the MPEG-DASH standard utilized by Vudu in its streaming VOD offerings.

497.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps on various types of electronic devices" as reasons Vudu "would benefit from a license under the DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service, and because its web site and apps are the platforms on which the streaming service is offered, it is reasonable to infer that Vudu understood that the act of offering such services not only necessitated Vudu's own infringement, but also infringement by its customers.

498.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio" is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was alleging its DASH patents were essential to Vudu's use of this technology.

499.    Helios attached to the Notice Letter a listing of the patents and patent applications comprising Helios's MPEG-DASH portfolio including, under the heading "DASH Patent

Portfolio," a table titled "U.S. DASH Patents," which explicitly identified the '805 patent by patent number, among 11 other U.S. patents. Five of the twelve "U.S. DASH Patents" identified in this table are asserted in this action.

500.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-exclusive license of the DASH patent portfolio under fair and reasonable terms." And, "to encourage open and frank discussions and to allow [Helios] to provide further information as to the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

501.    It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations. This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

502.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the '805 patent, had knowledge that Helios was alleging that the '805 patent was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the '805 patent was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '805 patent.

503.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's

infringement and regarding the standard essentiality of Helios's MPEG-DASH patents, which

Helios would share with Vudu if Vudu entered into an NDA.

504.    Based on the facts set forth above, it is also reasonable to infer that as of

approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to

Helios's MPEG-DASH patent portfolio, including the '805 patent, on allegedly "fair and

reasonable terms," consistent with the licensing of standard-essential patents.

505.    On or about September 11, 2018, Helios emailed Vudu and requested

confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the

Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

506.    Helios received no reply to its September 11, 2018 email.

507.    On or about September 20, 2018, Helios again emailed Vudu and requested

confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the

Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms.

Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH

portfolio.

508.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a

voicemail message inquiring whether Vudu had received the Notice Letter and the status of

Vudu's investigation.

509.    On or about October 12, 2018, Vudu responded with a one-sentence email

attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's

letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further

communications on this matter to me going forward," and stated Vudu "will investigate the

matter and respond in due course."

510.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patents identified in the Notice Letter (including the '805 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps infringed and induced the infringement of those MPEG-DASH patents, including the '805 patent.

511.    Based on the above facts, to the extent it is not reasonable to draw the inferences set forth in paragraphs 497-498 and 501-504 of this First Amended Complaint as of approximately August 23, 2018, it is reasonable to draw the inferences set forth in paragraphs 497-498 and 501-504 of this First Amended Complaint as of at least October 12, 2018.

512.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the '805 patent.

513.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

514.    Helios received no reply to its October 15, 2018 email.

515.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

516.    Helios received no reply to its October 31, 2018 email.

517.    Based on the above facts, it is reasonable to infer that at least as of October 31,

2018 Vudu knew Helios had further details regarding Vudu's infringement of the '805 patent,

which Helios would share with Vudu if Vudu entered into an NDA.

518.    Based on the above facts, it is reasonable to infer that at least as of October 31,

2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts

detailing how Vudu directly infringed and induced the infringement of the '805 patent.  It is also

reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by

refusing to enter into an NDA with Helios, Vudu was actively avoiding learning additional

information about its infringement.

519.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios

was still waiting for the results of Vudu's investigation, which Vudu had represented it began

almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH

standard to which Helios's MPEG-DASH patent portfolio, including the '805 patent, pertained.

Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In

support of this point, Helios attached screenshots to the February 19, 2019 email that

demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

520.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide

"detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . .

standards, as well as other sensitive information, including our licensing terms, but require an

NDA (as attached) to be in place first."

521.    Based on the above facts, it is reasonable to infer that, as of February 19, 2019,

Vudu had either been investigating Helios's MPEG-DASH patents for over four months or had

affirmatively misled Helios about its investigation of Helios's MPEG-DASH patents to avoid

learning the details of how Vudu's DASH-enabled VOD infringed Helios's MPEG-DASH patents, including the '805 patent.

522.    Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents in its MPEG-DASH patent portfolio (including the '805 patent) were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

523.    Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew that if the '805 patent was standard-essential to MPEG-DASH there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '805 patent.

524.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and confirmed that Vudu had investigated patents identified in the Notice Letter.  Vudu also alleged that Helios's identified patents "appear to be assigned to entities other than Helios" and that "it is not clear to us that Helios Streaming has any standing to engage in these discussions."  Vudu also explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

525.    Helios responded the next day, on February 28, 2019, stating that "Helios Streaming was granted an exclusive license from the current assignee, Ideahub, with rights to sublicense the DASH patents."  To support these statements, Helios attached screenshots from the publicly available U.S. Patent and Trademark Office website to its email response, and these

screenshots showed that all 12 MPEG-DASH patents identified in the Notice Letter, including the '805 patent, were assigned to Ideahub and were exclusively licensed to Helios Streaming.

526.    Helios also reiterated in its February 28, 2019 email that it required an NDA to enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or substantive discussions to determine whether a license is appropriate, thereby foreclosing the possibility to resolve this matter amicably."  Helios offered times it was available to discuss these issues on the phone with Vudu.

527.    Helios received no response to its February 28, 2019 communication.

528.    Based on the above facts, it is reasonable to infer that at least as of February 27, 2019, Vudu subjectively believed there was a high probability that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '805 patent.  The following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was alleging its MPEG-DASH patents (including the '805 patent) were standard-essential to MPEG-DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to provide confidential claim charts demonstrating how Vudu was directly infringing and inducing the direct infringement of Helios's MPEG-DASH patents (including the '805 patent) and how Helios's patents were standard essential to MPEG-DASH.

529.    Based on the above facts, it is also reasonable to infer at least as of February 27, 2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a

deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents, including the '805 patent.

530.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

531.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

532.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

533.    Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 1, 2, 3, and 4 of the '805 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, 3, and 4 of the '805 patent.  Vudu has induced and continues to induce others to infringe at least claims 1, 2, 3, and 4 of the '805 patent since at least receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit 18 thereto, which, in combination with Vudu's extensive knowledge of and

experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '805 patent.

534.    In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons, instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

535.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '805 patent by the customers.  (Ex. 18 at 2.)  The claimed methods of claims 1, 2, 3, and 4 of the '805 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2), and this constitutes direct infringement as set forth in Exhibit 18.

536.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '805 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

537.    On information and belief, Vudu has engaged and continues to engage in such actions with specific intent specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '805 patent and that its acts were inducing infringement of the '805 patent since at least the time of receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit 18 thereto, which, in combination with Vudu's extensive knowledge of and experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the

patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '805 patent.

538.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '805 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '805 patent.

539.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '805 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the '805 patent as a "U.S. DASH Patent" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patents (including the '805 patent) pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

540.    Despite the facts set forth in paragraph 539 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '805 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents,

and presented with the opportunity to review more detailed confidential information regarding Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential information" and then cut off all further communication to avoid learning of its infringement.

541.    On information and belief, based on the facts and inferences set forth in paragraphs 485-540 above, Vudu's infringement has been and continues to be willful.

542.    Plaintiffs have been harmed by Vudu's infringing activities.

## COUNT X – INFRINGEMENT OF U.S. PATENT NO. 9,325,558

543.    The allegations set forth in the foregoing paragraphs 1 through 542 are incorporated into this Tenth Claim for Relief.

544.    On April 26, 2016, the '558 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content."  A true and correct copy of the '558 patent is attached as Exhibit 19.

545.    Ideahub is the assignee and owner of the right, title, and interest in and to the '558 patent.

546.    Helios holds the exclusive right to assert all causes of action arising under the '558 patent and the right to collect any remedies for infringement of it.

547.    Upon information and belief, Vudu has and continues to induce the direct infringement of at least claims 1, 2, 3, 4, and 5 of the '558 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.vudu.com/content/movies/home. The preliminary claim chart attached as Exhibit 20 sets forth an exemplary instance of such direct infringement.

548.     Upon information and belief, the Accused Instrumentalities are used to perform methods for providing media content including one or more periods, the method comprising: receiving metadata of the media content from a server, the metadata comprising a minBufferTime attribute indicating a minimum amount of initially buffered media content that is required to ensure playout of the media content, the minBufferTime attribute being defined in segment unit, wherein the metadata  is a media presentation description (MPD) that provides descriptive information that enables a client to select one or more representations; receiving the media content from the server, and buffering the received media content by at least the minimum amount; and playing back the media content, wherein the minBufferTime attribute relates to the one or more periods, and wherein the minBufferTime attribute relates to providing a minimum amount of initially buffered media at a beginning of a media presentation, at a beginning of the one or more periods of the media presentation, or at any random access point of the media presentation.

549.     On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 3, 4, and 5 of the '558 patent during the pendency of the '558 patent.

550.     Since at least approximately August 23, 2018, Vudu has had actual notice that it is inducing others to infringe the '558 patent.

551.     On or about August 23, 2018, Helios sent Vudu a notice letter addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

552.    On information and belief, Vudu began offering streaming VOD using MPEG-
DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*,
https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed
July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-
DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the
Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that
there were patents essential to the MPEG-DASH standard, as is common with respect to
standard-setting organizations and efforts.

553.    The Notice Letter identified Helios as "the worldwide exclusive licensee of
patents and patent applications relating to [MPEG-DASH] that were researched and developed
by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH],
which later led to its adoption as the first international standard for adaptive streaming
technology."

554.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-
DASH standard for the Asserted Patents, including the '558 patent, and as the MPEG-DASH
standard utilized by Vudu in its streaming VOD offerings.

555.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps
on various types of electronic devices" as reasons Vudu "would benefit from a license under the
DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service,
and because its web site and apps are the platforms on which the streaming service is offered, it
is reasonable to infer that Vudu understood that the act of offering such services not only
necessitated Vudu's own infringement, but also infringement by its customers.

556.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio" is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was alleging its DASH patents were essential to Vudu's use of this technology.

557.    Helios attached to the Notice Letter a listing of the patents and patent applications comprising Helios's MPEG-DASH portfolio including, under the heading "DASH Patent Portfolio," a table titled "U.S. DASH Patents," which explicitly identified the '558 patent by patent number, among 11 other U.S. patents.  Five of the twelve "U.S. DASH Patents" identified in this table are asserted in this action.

558.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to encourage open and frank discussions and to allow [Helios] to provide further information as to the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

559.    It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations.  This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

560.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the '558 patent, had knowledge that Helios was alleging that the '558 patent was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the '558 patent was standard-essential to MPEG-DASH, there was a

high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '558 patent.

561.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's infringement and regarding the standard essentiality of Helios's MPEG-DASH patents, which Helios would share with Vudu if Vudu entered into an NDA.

562.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to Helios's MPEG-DASH patent portfolio, including the '558 patent, on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

563.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

564.    Helios received no reply to its September 11, 2018 email.

565.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

566.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

567.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further communications on this matter to me going forward," and stated Vudu "will investigate the matter and respond in due course."

568.    Based on the above facts, it is reasonable to infer that as of at least October 12, 2018 Vudu was investigating the allegations and information in the Notice Letter, including the claims of the U.S. MPEG-DASH patents identified in the Notice Letter (including the '558 patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and apps infringed and induced the infringement of those MPEG-DASH patents, including the '558 patent.

569.    Based on the above facts, to the extent it is not reasonable to draw the inferences set forth in paragraphs 555-556 and 559-562 of this First Amended Complaint as of approximately August 23, 2018, it is reasonable to draw the inferences set forth in paragraphs 555-556 and 559-562 of this First Amended Complaint as of at least October 12, 2018.

570.    Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that Helios had been contacting the correct entity since approximately August 23, 2018 regarding Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the '558 patent.

571.    On or about October 15, 2018, Helios responded via email to Vudu's October 12, 2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that Helios would "be able to provide more details on the license" once the NDA was executed.

572.    Helios received no reply to its October 15, 2018 email.

573.    On or about October 31, 2018, Helios wrote again to Vudu to inquire about Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios. Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including claim charts" to Vudu regarding Vudu's alleged infringement.

574.    Helios received no reply to its October 31, 2018 email.

575.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew Helios had further details regarding Vudu's infringement of the '558 patent, which Helios would share with Vudu if Vudu entered into an NDA.

576.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu directly infringed and induced the infringement of the '558 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding learning additional information about its infringement.

577.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the '558 patent, pertained. Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

578.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide "detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . .

standards, as well as other sensitive information, including our licensing terms, but require an NDA (as attached) to be in place first."

579.    Based on the above facts, it is reasonable to infer that, as of February 19, 2019, Vudu had either been investigating Helios's MPEG-DASH patents for over four months or had affirmatively misled Helios about its investigation of Helios's MPEG-DASH patents to avoid learning the details of how Vudu's DASH-enabled VOD infringed Helios's MPEG-DASH patents, including the '558 patent.

580.    Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents in its MPEG-DASH patent portfolio (including the '558 patent) were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

581.    Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew that if the '558 patent was standard-essential to MPEG-DASH there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '558 patent.

582.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and confirmed that Vudu had investigated patents identified in the Notice Letter.  Vudu also alleged that Helios's identified patents "appear to be assigned to entities other than Helios" and that "it is not clear to us that Helios Streaming has any standing to engage in these discussions."  Vudu also explicitly stated that "Vudu is not interested in receiving any

confidential information, and anything you choose to send would be considered

nonconfidential."

583.    Helios responded the next day, on February 28, 2019, stating that "Helios

Streaming was granted an exclusive license from the current assignee, Ideahub, with rights to

sublicense the DASH patents." To support these statements, Helios attached screenshots from

the publicly available U.S. Patent and Trademark Office website to its email response, and these

screenshots showed that all 12 MPEG-DASH patents identified in the Notice Letter, including

the '558 patent, were assigned to Ideahub and were exclusively licensed to Helios Streaming.

584.    Helios also reiterated in its February 28, 2019 email that it required an NDA to

enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim

charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or

substantive discussions to determine whether a license is appropriate, thereby foreclosing the

possibility to resolve this matter amicably." Helios offered times it was available to discuss

these issues on the phone with Vudu.

585.    Helios received no response to its February 28, 2019 communication.

586.    Based on the above facts, it is reasonable to infer that at least as of February 27,

2019, Vudu subjectively believed there was a high probability that Vudu's providing and

encouraging its customers to stream DASH-enabled VOD, including VOD offered through

Vudu's website and apps, infringed and induced the infringement of the '558 patent. The

following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was

alleging its MPEG-DASH patents (including the '558 patent) were standard-essential to MPEG-

DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided

evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to

provide confidential claim charts demonstrating how Vudu was directly infringing and inducing the direct infringement of Helios's MPEG-DASH patents (including the '558 patent) and how Helios's patents were standard essential to MPEG-DASH.

587.    Based on the above facts, it is also reasonable to infer at least as of February 27, 2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents, including the '558 patent.

588.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

589.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

590.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

591.    Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 1, 2, 3, 4, and 5 of the '558 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, 3, 4, and 5 of the '558 patent.  Vudu has induced and continues to induce others to infringe at least claims 1, 2, 3, 4, and 5 of the '558 patent since at least receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating

Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about

February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD

utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-

essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter

and Exhibit 20 thereto, which, in combination with Vudu's extensive knowledge of and

experience with MPEG-DASH and Vudu's knowledge of how it was encouraging its partners,

customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications

regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and

induced the direct infringement of the asserted claims of the '558 patent.

592.    In particular, Vudu's actions that aid and abet others such as their partners and

customers to infringe include knowingly providing the Accused Instrumentalities with materials

and/or services that encourage infringing use of the Accused Instrumentalities, including icons,

instructions, or statements that actively encourage their partners' or customers' infringing use of

the Accused Instrumentalities.

593.    For example, Vudu has and continues to knowingly and strategically places one-

click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its

customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming

constitutes infringement of the '558 patent by the customers.  (Ex. 20 at 2.)  The claimed

methods of claims 1, 2, 3, 4, and 5 of the '558 patent are necessarily performed by the

customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2),

and this constitutes direct infringement as set forth in Exhibit 20.

594.    As a further example, Vudu has and continues to actively and knowingly

encourage infringement of the '558 patent by, in addition to continuing to provide the "Watch"

and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

595. On information and belief, Vudu has engaged and continues to engage in such actions with specific intent specific intent to cause infringement or with willful blindness to the resulting infringement because Vudu has had actual knowledge of or should have had actual knowledge of the '558 patent and that its acts were inducing infringement of the '558 patent since at least the time of receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit 20 thereto, which, in combination with Vudu's extensive knowledge of and experience with

MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '558 patent.

596.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '558 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '558 patent.

597.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '558 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the '558 patent as a "U.S. DASH Patent" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patents (including the '558 patent) pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

598.    Despite the facts set forth in paragraph 597 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '558 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents, but this was

a deliberate attempt to mislead Helios.  When confronted with additional information and

evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents,

and presented with the opportunity to review more detailed confidential information regarding

Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential

information" and then cut off all further communication to avoid learning of its infringement.

599.    On information and belief, based on the facts and inferences set forth in

paragraphs 543-598 above, Vudu's infringement has been and continues to be willful.

600.    Plaintiffs have been harmed by Vudu's infringing activities.

### COUNT XI – INFRINGEMENT OF U.S. PATENT NO. 9,467,493

601.    The allegations set forth in the foregoing paragraphs 1 through 600 are

incorporated into this Eleventh Claim for Relief.

602.    On October 11, 2016, the '493 patent was duly and legally issued by the United

States Patent and Trademark Office under the title "Apparatus and Method for Providing

Streaming Content."  A true and correct copy of the '493 patent is attached as Exhibit 21.

603.    Ideahub is the assignee and owner of the right, title, and interest in and to the '493

patent.

604.    Helios holds the exclusive right to assert all causes of action arising under the

'493 patent and the right to collect any remedies for infringement of it.

605.    Upon information and belief, Vudu has and continues to induce the direct

infringement of at least claims 1, 2, and 4 of the '493 patent by selling, offering to sell, making,

using, and/or providing and causing to be used streaming media content in accordance with the

MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on

demand ("VOD") such as those available at https://www.vudu.com/content/movies/home.

The preliminary claim chart attached as Exhibit 22 sets forth an exemplary instance of such direct infringement.

606.    Upon information and belief, the Accused Instrumentalities are used to perform methods for providing media, the methods comprising: receiving metadata of media, the metadata comprising one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment, wherein the metadata selectively comprises a sourceURL attribute of the segment, and wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

607.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, and 4 of the '493 patent during the pendency of the '493 patent.

608.    Since at least approximately August 23, 2018, Vudu has had actual notice that it is inducing others to infringe the '493 patent.

609.    On or about August 23, 2018, Helios sent Vudu a notice letter addressed to Ms. Jamie Elizabeth Chung, General Counsel for Walmart.  Upon information and belief, as of approximately August 23, 2018, Walmart was the parent company of Vudu, and Ms. Chung had authority to discuss Helios's proposal on Vudu's behalf.

610.    On information and belief, Vudu began offering streaming VOD using MPEG-DASH more than two years before receiving the Notice Letter.  (*See*, *e.g.*, https://castlabs.com/news/vudu-android-app-castlabs-technology/, Mar. 11, 2016 (last accessed

July 15, 2020).)  It is therefore reasonable to infer that Vudu had intimate knowledge of MPEG-DASH and how Vudu's streaming VOD complied with MPEG-DASH before receiving the Notice Letter.  On information and belief, and also reasonably inferred, Vudu was aware that there were patents essential to the MPEG-DASH standard, as is common with respect to standard-setting organizations and efforts.

611.    The Notice Letter identified Helios as "the worldwide exclusive licensee of patents and patent applications relating to [MPEG-DASH] that were researched and developed by [ETRI]," and noted that "ETRI was a key contributor to the development of [MPEG-DASH], which later led to its adoption as the first international standard for adaptive streaming technology."

612.    The Notice Letter specifically identified ISO/IEC 23009-1 as the relevant MPEG-DASH standard for the Asserted Patents, including the '493 patent, and as the MPEG-DASH standard utilized by Vudu in its streaming VOD offerings.

613.    The Notice Letter identified Vudu's website, "https://www.vudu.com/," and "apps on various types of electronic devices" as reasons Vudu "would benefit from a license under the DASH patent portfolio."  Because Vudu's primary offering to consumers is a streaming service, and because its web site and apps are the platforms on which the streaming service is offered, it is reasonable to infer that Vudu understood that the act of offering such services not only necessitated Vudu's own infringement, but also infringement by its customers.

614.    Based on the facts set forth above, it is reasonable to infer that Vudu knew the reason Helios suggested Vudu "would benefit from a license under the DASH patent portfolio" is that Vudu's website and apps provided DASH-enabled streaming VOD, and Helios was alleging its DASH patents were essential to Vudu's use of this technology.

615.    Helios attached to the Notice Letter a listing of the patents and patent applications comprising Helios's MPEG-DASH portfolio including, under the heading "DASH Patent Portfolio," a table titled "U.S. DASH Patents," which explicitly identified the '493 patent by patent number, among 11 other U.S. patents.  Five of the twelve "U.S. DASH Patents" identified in this table are asserted in this action.

616.    In the Notice Letter, Helios also expressed its willingness to offer Vudu "a non-exclusive license of the DASH patent portfolio under fair and reasonable terms."  And, "to encourage open and frank discussions and to allow [Helios] to provide further information as to the reasons Walmart would benefit under a license of the DASH portfolio," Helios enclosed a non-disclosure agreement ("NDA") with the Notice Letter.

617.    It is commonly understood in the technology industry, and reasonable to infer that Vudu knew, that a reference to "fair and reasonable terms" relates to so-called FRAND commitments commonly made by contributors of patented technology to standards-setting organizations.  This presents another basis for inferring that Vudu understood that Helios was alleging that Vudu's use of MPEG-DASH technology necessarily infringed Helios's patents.

618.    Based on the facts set forth above, it is reasonable to infer that as of approximately August 23, 2018, Vudu had knowledge of the '493 patent, had knowledge that Helios was alleging that the '493 patent was standard-essential for MPEG-DASH, and that Vudu subjectively knew that if the '493 patent was standard-essential to MPEG-DASH, there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '493 patent.

619.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios had further details regarding Vudu's infringement and regarding the standard essentiality of Helios's MPEG-DASH patents, which Helios would share with Vudu if Vudu entered into an NDA.

620.    Based on the facts set forth above, it is also reasonable to infer that as of approximately August 23, 2018, Vudu knew Helios was willing to offer Vudu a license to Helios's MPEG-DASH patent portfolio, including the '493 patent, on allegedly "fair and reasonable terms," consistent with the licensing of standard-essential patents.

621.    On or about September 11, 2018, Helios emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios further offered to discuss the Notice Letter and reattached the Notice Letter and NDA for Vudu's review.

622.    Helios received no reply to its September 11, 2018 email.

623.    On or about September 20, 2018, Helios again emailed Vudu and requested confirmation of receipt of Helios's August 23, 2018 letter.  Helios again offered to discuss the Notice Letter.  Helios further inquired as to whether there was a better point of contact than Ms. Chung with whom Helios could discuss a potential Vudu license to Helios's MPEG-DASH portfolio.

624.    On or about October 2, 2018, Mr. Emil Kim of Helios called Ms. Chung and left a voicemail message inquiring whether Vudu had received the Notice Letter and the status of Vudu's investigation.

625.    On or about October 12, 2018, Vudu responded with a one-sentence email attaching a letter from Diana Luo, Senior Associate General Counsel of Walmart.  Ms. Luo's letter confirmed receipt of the Notice Letter, asked that Helios "[p]lease direct all further

communications on this matter to me going forward," and stated Vudu "will investigate the

matter and respond in due course."

626.     Based on the above facts, it is reasonable to infer that as of at least October 12,

2018 Vudu was investigating the allegations and information in the Notice Letter, including the

claims of the U.S. MPEG-DASH patents identified in the Notice Letter (including the '493

patent) and whether Vudu's provision of DASH-enabled streaming VOD via its website and

apps infringed and induced the infringement of those MPEG-DASH patents, including the '493

patent.

627.     Based on the above facts, to the extent it is not reasonable to draw the inferences

set forth in paragraphs 613-614 and 617-620 of this First Amended Complaint as of

approximately August 23, 2018, it is reasonable to draw the inferences set forth in paragraphs

613-614 and 617-620 of this First Amended Complaint as of at least October 12, 2018.

628.     Based on Ms. Luo's October 12, 2018 letter, it is also reasonable to infer that

Helios had been contacting the correct entity since approximately August 23, 2018 regarding

Vudu taking a license to Helios's MPEG-DASH patent portfolio, including the '493 patent.

629.     On or about October 15, 2018, Helios responded via email to Vudu's October 12,

2018 letter.  In its response, Helios again inquired as to the status of the NDA and reiterated that

Helios would "be able to provide more details on the license" once the NDA was executed.

630.     Helios received no reply to its October 15, 2018 email.

631.     On or about October 31, 2018, Helios wrote again to Vudu to inquire about

Vudu's investigation.  Helios repeated its request that Vudu enter into an NDA with Helios.

Helios wrote that "[a]s soon as the NDA is in place, [Helios] can provide more details, including

claim charts" to Vudu regarding Vudu's alleged infringement.

632.    Helios received no reply to its October 31, 2018 email.

633.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew Helios had further details regarding Vudu's infringement of the '493 patent, which Helios would share with Vudu if Vudu entered into an NDA.

634.    Based on the above facts, it is reasonable to infer that at least as of October 31, 2018 Vudu knew that, if it entered into an NDA with Helios, it would receive claim charts detailing how Vudu directly infringed and induced the infringement of the '493 patent.  It is also reasonable to infer that, by not responding to Vudu's October 31, 2018 communication and by refusing to enter into an NDA with Helios, Vudu was actively avoiding learning additional information about its infringement.

635.    On or about February 19, 2019, Helios emailed Vudu and reiterated that Helios was still waiting for the results of Vudu's investigation, which Vudu had represented it began almost four months prior.  Helios again identified ISO/IEC 23009-1 as the MPEG-DASH standard to which Helios's MPEG-DASH patent portfolio, including the '493 patent, pertained. Helios also informed Vudu that Helios "confirmed that Vudu utilizes the DASH standard."  In support of this point, Helios attached screenshots to the February 19, 2019 email that demonstrated with pictorial evidence Vudu's use of MPEG-DASH in its streaming VOD.

636.    In its February 19, 2019 email to Vudu, Helios also repeated its offer to provide "detailed claim charts evidencing that the patents in our portfolios are essential to the DASH . . . standards, as well as other sensitive information, including our licensing terms, but require an NDA (as attached) to be in place first."

637.    Based on the above facts, it is reasonable to infer that, as of February 19, 2019, Vudu had either been investigating Helios's MPEG-DASH patents for over four months or had

affirmatively misled Helios about its investigation of Helios's MPEG-DASH patents to avoid learning the details of how Vudu's DASH-enabled VOD infringed Helios's MPEG-DASH patents, including the '493 patent.

638.    Based on the above facts, to the extent Vudu did not already know Helios was alleging the patents in its MPEG-DASH patent portfolio (including the '493 patent) were standard-essential to MPEG-DASH, it is reasonable to infer Vudu knew this at least as of Helios's February 19, 2019 email.

639.    Based on the above facts, including Vudu's extensive experience with MPEG-DASH through its provision of DASH-enabled streaming VOD on its website and apps, it is reasonable to infer that as of February 19, 2019 Vudu subjectively knew that if the '493 patent was standard-essential to MPEG-DASH there was a high likelihood that Vudu's providing and encouraging its customers to stream DASH-enabled VOD, including VOD offered through Vudu's website and apps, infringed and induced the infringement of the '493 patent.

640.    On or about February 27, 2019, Vudu responded via email to Helios's multiple communications, and confirmed that Vudu had investigated patents identified in the Notice Letter.  Vudu also alleged that Helios's identified patents "appear to be assigned to entities other than Helios" and that "it is not clear to us that Helios Streaming has any standing to engage in these discussions."  Vudu also explicitly stated that "Vudu is not interested in receiving any confidential information, and anything you choose to send would be considered nonconfidential."

641.    Helios responded the next day, on February 28, 2019, stating that "Helios Streaming was granted an exclusive license from the current assignee, Ideahub, with rights to sublicense the DASH patents."  To support these statements, Helios attached screenshots from

the publicly available U.S. Patent and Trademark Office website to its email response, and these

screenshots showed that all 12 MPEG-DASH patents identified in the Notice Letter, including

the '493 patent, were assigned to Ideahub and were exclusively licensed to Helios Streaming.

642.    Helios also reiterated in its February 28, 2019 email that it required an NDA to

enter into substantive licensing discussions with Vudu in order to "provide [Vudu] with claim

charts, licensing terms, and so forth. . . .  Without the NDA, we cannot have any meaningful or

substantive discussions to determine whether a license is appropriate, thereby foreclosing the

possibility to resolve this matter amicably."  Helios offered times it was available to discuss

these issues on the phone with Vudu.

643.    Helios received no response to its February 28, 2019 communication.

644.    Based on the above facts, it is reasonable to infer that at least as of February 27,

2019, Vudu subjectively believed there was a high probability that Vudu's providing and

encouraging its customers to stream DASH-enabled VOD, including VOD offered through

Vudu's website and apps, infringed and induced the infringement of the '493 patent.  The

following facts and inferences, in particular, support this inference: (1) Vudu knew Helios was

alleging its MPEG-DASH patents (including the '493 patent) were standard-essential to MPEG-

DASH, (2) Helios had confirmed Vudu's streaming VOD utilized MPEG-DASH and provided

evidence of this confirmation to Vudu via screenshots, and (3) Helios had offered repeatedly to

provide confidential claim charts demonstrating how Vudu was directly infringing and inducing

the direct infringement of Helios's MPEG-DASH patents (including the '493 patent) and how

Helios's patents were standard essential to MPEG-DASH.

645.    Based on the above facts, it is also reasonable to infer at least as of February 27,

2019 that Vudu's refusal to honor the confidentiality of Helios's offered claim charts was a

deliberate act calculated to avoid learning the details of Vudu's infringement of Helios's MPEG-DASH patents, including the '493 patent.

646.    On March 6, 2019, Helios emailed Vudu to request that Vudu respond and enter into an NDA by March 15, 2019.

647.    Helios received no response to its March 6, 2019 email and was not otherwise contacted by Vudu between February 27, 2019 and Helios's filing the Original Complaint in this lawsuit.

648.    On information and belief, the Accused Instrumentalities have and continue to be used, marketed, provided to, and/or used by or for each of Defendant's partners, clients, customers, and end users across the country and in this District.

649.    Upon information and belief, Vudu has induced and continues to induce others to infringe at least claims 1, 2, and 4 of the '493 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Vudu's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, and 4 of the '493 patent. Vudu has induced and continues to induce others to infringe at least claims 1, 2, and 4 of the '493 patent since at least receiving the Notice Letter on or about August 23, 2018; or, if not then, since confirming its receipt of the Notice letter and confirming it was investigating Helios's MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February 19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit 22 thereto, which, in combination with Vudu's extensive knowledge of and experience with

MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '493 patent.

650.    In particular, Vudu's actions that aid and abet others such as their partners and customers to infringe include knowingly providing the Accused Instrumentalities with materials and/or services that encourage infringing use of the Accused Instrumentalities, including icons, instructions, or statements that actively encourage their partners' or customers' infringing use of the Accused Instrumentalities.

651.    For example, Vudu has and continues to knowingly and strategically place one-click "Watch" or "Watch Free" buttons with its DASH-enabled VOD content to encourage its customers to stream Vudu's DASH-enabled VOD content, knowing that such streaming constitutes infringement of the '493 patent by the customers.  (Ex. 22 at 2, 11.)  The claimed methods of claims 1, 2, and 4 of the '493 patent are necessarily performed by the customer's terminal upon the customer's clicking the "Watch" or "Watch Free" buttons (*id.* at 2, 11), and this constitutes direct infringement as set forth in Exhibit 22.

652.    As a further example, Vudu has and continues to actively and knowingly encourage infringement of the '558 patent by, in addition to continuing to provide the "Watch" and "Watch Free" buttons mentioned above, instructing users of Roku streaming devices, smart TVs, PC and Mac devices, Chromecast devices, Android devices, iOS devices, Blu-ray players, Xbox devices, and Windows 10 devices, among others, to stream Vudu's DASH-enabled VOD:



(https://www.vudu.com/content/movies/aboutus (last accessed July 15, 2020).)

653.    On information and belief, Vudu has engaged and continues to engage in such

actions with specific intent specific intent to cause infringement or with willful blindness to the

resulting infringement because Vudu has had actual knowledge of or should have had actual

knowledge of the '493 patent and that its acts were inducing infringement of the '493 patent

since at least the time of receiving the Notice Letter on or about August 23, 2018; or, if not then,

since confirming its receipt of the Notice letter and confirming it was investigating Helios's

MPEG-DASH patents on or about October 12, 2018; or, if not then, since on or about February

19, 2019, when Helios emailed screenshots showing that Vudu's streaming VOD utilized

MPEG-DASH and Helios reiterated that its MPEG-DASH patents were standard-essential to

MPEG-DASH; or, if not then, since receiving the Original Complaint in this matter and Exhibit

22 thereto, which, in combination with Vudu's extensive knowledge of and experience with

MPEG-DASH and Vudu's knowledge of how it was encouraging its partners, customers, and

users to stream its DASH-enabled VOD and the parties' pre-suit communications regarding the

patents and Vudu's website and apps, detailed how Vudu directly infringed and induced the direct infringement of the asserted claims of the '493 patent.

654.    Alternatively, to the extent Vudu claims it did not have actual knowledge that its acts were inducing the infringement of the '493 patent, Vudu was willfully blind to the fact that its acts were inducing the infringement of the '493 patent.

655.    Vudu subjectively believed that there was a high probability that the DASH-enabled streaming VOD offered through Vudu's website and apps were infringing or inducing the infringement of the '493 patent.  On information and belief, Vudu had been offering DASH-enabled streaming VOD since at least 2016, and therefore Vudu had extensive knowledge of the MPEG-DASH standard and how its VOD was utilizing MPEG-DASH before being contacted by Helios.  Helios identified the '493 patent as a "U.S. DASH Patent" within its "DASH Patent Portfolio" and clearly and consistently identified MPEG-DASH as the standard to which its MPEG-DASH patents (including the '493 patent) pertained since at least approximately August 23, 2018.  Helios explicitly stated that its MPEG-DASH patents were essential to MPEG-DASH and provided proof that it knew Vudu was utilizing the MPEG-DASH standard in providing streaming VOD via its website and apps.  And Vudu knew that if a patent was standard-essential to MPEG-DASH, that patent was necessarily being infringed by streaming VOD utilizing MPEG-DASH.

656.    Despite the facts set forth in paragraph 655 above, Vudu actively and deliberately avoided learning the details of its infringement and/or induced infringement of the '493 patent. Vudu informed Helios that Vudu was investigating Helios's MPEG-DASH patents, but this was a deliberate attempt to mislead Helios.  When confronted with additional information and evidence that its DASH-enabled streaming VOD was infringing Helios's MPEG-DASH patents,

and presented with the opportunity to review more detailed confidential information regarding

Vudu's infringement, Vudu stated that "Vudu is not interested in receiving any confidential

information" and then cut off all further communication to avoid learning of its infringement.

657.     On information and belief, based on the facts and inferences set forth in

paragraphs 601-656 above, Vudu's infringement has been and continues to be willful.

658.     Plaintiffs have been harmed by Vudu's infringing activities.

## STATEMENT REGARDING FRAND OBLIGATION

659.     Plaintiffs contend that, pursuant to relevant ISO and IEC guidelines, bylaws, and

policies, many of the claims of the Asserted Patents are subject to Fair, Reasonable, and Non-

Discriminatory ("FRAND") licensing obligations to willing licensees.

660.     To the extent Vudu refuses to willingly take a license under such claims of the

Asserted Patents under FRAND terms, Plaintiffs reserve the right to treat Vudu as an unwilling

licensee, such that Plaintiffs would not be bound by any FRAND licensing obligation for

purposes of this action or any license to Vudu.  Accordingly, Plaintiffs seek the maximum

available reasonable royalty damages to compensate for Vudu's infringing activities.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by

jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment for itself and against Vudu as follows:

A.     An adjudication that Vudu has infringed each of the Asserted Patents;

B.     An award of damages to be paid by Vudu adequate to compensate Plaintiffs for

Vudu's past infringement of each of the Asserted Patents, and any continuing or future

infringement through the date such judgment is entered, including interest, costs, expenses and

an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

      C.      A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of

Plaintiffs' reasonable attorneys' fees; and

      D.      An award to Plaintiffs of such further relief at law or in equity as the Court deems

just and proper.

Dated: July 15, 2020             DEVLIN LAW FIRM LLC

                              */s/ Timothy Devlin*
                              Timothy Devlin (No. 4241)
                              1526 Gilpin Avenue
                              Wilmington, Delaware 19806
                              Telephone: (302) 449-9010
                              Facsimile: (302) 353-4251
                              tdevlin@devlinlawfirm.com

                              *Attorney for Plaintiffs Helios Streaming, LLC, and Ideahub, Inc.*

EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DELAWARE

HELIOS STREAMING, LLC, and
IDEAHUB, INC.,

               Plaintiffs,

     v.

SHOWTIME DIGITAL INC. and
SHOWTIME NETWORKS INC.

               Defendants.

Civil Action No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Helios Streaming, LLC ("Helios"), and Ideahub, Inc. ("Ideahub") (collectively "Plaintiffs"), for its Complaint against Defendants Showtime Digital Inc. ("Showtime Digital") and Showtime Networks Inc. ("Showtime Networks"), (referred to collectively herein as "Showtime" or "Defendants"), alleges the following:

## NATURE OF THE ACTION

1.     This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

2.     Plaintiff Helios is a limited liability company organized under the laws of the State of Delaware with a place of business at 9880 Irvine Center Drive, Suite 200, Irvine, California 92618.

3.     Plaintiff Ideahub is a corporation organized under the laws of the Republic of Korea with a place of business at 7 Heolleungro, Seocho-gu, Seoul 06792 Republic of Korea.

4.      Upon information and belief, Showtime Digital is a corporation organized under the laws of the State of Delaware with a place of business at 1633 Broadway, New York, NY 10019.  Upon information and belief, Showtime Digital sells, offers to sell, and/or uses products and services throughout the United States, including in this judicial district, and introduces infringing products and services into the stream of commerce knowing that they would be sold and/or used in this judicial district and elsewhere in the United States.

5.      Upon information and belief, Showtime Networks is a corporation organized under the laws of the State of Delaware with a place of business at 1633 Broadway, New York, NY 10019.  Upon information and belief, Showtime Networks sells, offers to sell, and/or uses products and services throughout the United States, including in this judicial district, and introduces infringing products and services into the stream of commerce knowing that they would be sold and/or used in this judicial district and elsewhere in the United States.

## JURISDICTION AND VENUE

6.      This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

7.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8.      Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

9.      This Court has personal jurisdiction over Showtime Digital under the laws of the State of Delaware, due at least to its substantial business in Delaware and in this judicial district, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in the State of Delaware.  Further, this Court has personal jurisdiction and proper authority to

exercise venue over Showtime Digital because it is incorporated in Delaware and by doing so

has purposely availed itself of the privileges and benefits of the laws of the State of Delaware.

10.    This Court has personal jurisdiction over Showtime Networks under the laws of

the State of Delaware, due at least to its substantial business in Delaware and in this judicial

district, directly or through intermediaries, including: (i) at least a portion of the infringements

alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses

of conduct and/or deriving substantial revenue from goods and services provided to individuals

in the State of Delaware.  Further, this Court has personal jurisdiction and proper authority to

exercise venue over Showtime Networks because it is incorporated in Delaware and by doing so

has purposely availed itself of the privileges and benefits of the laws of the State of Delaware.

## **BACKGROUND**

11.    This action involves eleven patents, described in detail in the counts below

(collectively, the "Asserted Patents").

12.    U.S. Patent No. 10,027,736 ("the '736 patent") claims technologies for providing

streaming Hypertext Transfer Protocol ("HTTP") media content using adaptive streaming

methods that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young

Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae

Gon Kim.

13.    U.S. Patent No. 10,270,830 ("the '830 patent") claims technologies for providing

adaptive HTTP streaming services using metadata of media content that were developed in the

early 2010s by inventors Truong Cong Thang and Jin Young Lee.

14.    U.S. Patent No. 10,277,660 ("the '660 patent") claims technologies for providing

adaptive HTTP streaming services using metadata of media content that were developed in the

early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

15.     U.S. Patent No. 10,313,414 ("the '414 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang and Jin Young Lee.

16.     U.S. Patent No. 10,356,145 ("the '145 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, and Won Ryu.

17.     U.S. Patent No. 10,362,130 ("the '130 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

18.     U.S. Patent No. 10,375,373 ("the '373 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Jin Young Lee and Nam Ho Hur.

19.     U.S. Patent No. 8,645,562 ("the '562 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

20.     U.S. Patent No. 8,909,805 ("the '805 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the

early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

21.    U.S. Patent No. 9,325,558 ("the '558 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

22.    U.S. Patent No. 9,467,493 ("the '493 patent") claims technologies for providing adaptive HTTP streaming services using metadata of media content that were developed in the early 2010s by inventors Truong Cong Thang, Jin Young Lee, Seong Jun Bae, Jung Won Kang, Soon Heung Jung, Sang Taick Park, Won Ryu, and Jae Gon Kim.

23.    The Asserted Patents were mostly invented by researchers of the Electronics and Telecommunications Research Institute ("ETRI"), the national leader in Korea in the research and development of information technologies.  Since its inception in 1976, ETRI has developed new technologies in 4M DRAM computer memory, CDMA and 4G LTE cellular phone communications, LCD displays, Video Coding, and Media Transport & Delivery, the technology at issue in this case.  ETRI employs over 1,800 research/technical staff, of whom 94% hold a post-graduate degree and 50% have earned a doctoral degree in their technological field.  Over the last five years, ETRI produced 1,524 SCI papers and has 467 standard experts, applied for a total of 16,062 patents, has contributed 7,309 proposals that have been adopted by international and domestic standard organizations (ISO, IEC, ITU, 3GPP, JTC, IEEE etc.).  Dr. Truong Cong Thang and Dr. Jae Gon Kim among the inventors were employees of ETRI and currently Professors in the University of Aizu, Japan, and Korea Aerospace University, respectively.

24.    The Asserted Patents claim technologies fundamental to Dynamic Adaptive Streaming over HTTP ("DASH"), a media-streaming model for delivering media content.

25.    DASH technology has been standardized in the ISO/IEC 23009 standards, which were developed and published by the International Organization for Standardization ("ISO") and the International Electrotechnical Commission ("IEC").

26.    The claimed inventions of the Asserted Patents have been incorporated into the standard for dynamic adaptive streaming delivery of MPEG media over HTTP, ISO/IEC 23009-1:2014, and subsequent versions of this standard (collectively, these standards are referred to throughout as "MPEG-DASH").

27.    MPEG-DASH technologies, including those of the claimed inventions of the Asserted Patents, facilitate high-quality streaming of media content by breaking media content—a movie, for example—into smaller parts that are each made available at a variety of bitrates. As a user plays back downloaded parts of the media content, the user's device employs an algorithm to select subsequent media parts with the highest possible bitrate that can be downloaded in time for playback without causing delays in the user's viewing and listening experience.

28.    The MPEG-DASH standard, including the claimed inventions of the Asserted Patents, therefore enables high-quality streaming of media content over the internet delivered from conventional HTTP web servers, which was not previously possible on a large scale with prior art techniques and devices.

29.    Between approximately June and August of 2018, Plaintiff Ideahub acquired the Asserted Patents.

30.    In or about August of 2018, Plaintiff Helios obtained an exclusive license to the Asserted Patents.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 10,027,736

31.     The allegations set forth in the foregoing paragraphs 1 through 30 are

incorporated into this First Claim for Relief.

32.     On July 17, 2018, the '736 patent was duly and legally issued by the United States

Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming

Content."  A true and correct copy of the '736 patent is attached as Exhibit 1.

33.     Ideahub is the assignee and owner of all right, title, and interest in and to the '736

patent.

34.     Helios holds the exclusive right to assert all causes of action arising under the

'736 patent and the right to collect any remedies for infringement of it.

35.     Upon information and belief, Showtime has and continues to directly infringe at

least claims 9, 12, 13, 14, 15, and 16, and to induce the direct infringement of at least claims 1, 4,

5, 6, 7, and 8 of the '736 patent by selling, offering to sell, making, using, and/or providing and

causing to be used streaming media content in accordance with the MPEG-DASH standard (the

"Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those

available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in the

preliminary and exemplary claim chart attached as Exhibit 2.

36.     Upon information and belief, the Accused Instrumentalities perform methods for

providing media content by a server performed by a processor, the method comprising: receiving

a request for a segment of the media content using a URL of the segment from a terminal, the

URL being generated based on the selected BaseURL element; providing the segment to the

terminal, wherein the terminal selects a BaseURL element from the multiple BaseURL elements

based on the metadata of the media content, wherein the metadata is Media Presentation

Description (MPD), wherein the MPD describes one or more periods, wherein the period

Page 7 of 35

includes one or more groups, wherein the group includes one or more representation, wherein the representation includes one or more segments of the media content, wherein the receiver receives identical segments that are accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements, and a first BaseURL element among BaseURL elements is used as a base Universal Resource Indicator (URI).

37.     Upon information and belief, the Accused Instrumentalities perform methods for receiving media content in a terminal performed by a processor, the method comprising: receiving metadata of media content, the metadata comprising an attribute with multiple BaseURL elements, selecting a BaseURL element from the multiple BaseURL elements; sending a request for a segment of the media content using a URL of the segment to a server, the URL being generated based on the selected BaseURL element; receiving the segment from the server, wherein the metadata is Media Presentation Description (MPD), wherein the MPD describes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representation, wherein the representation includes one or more segments of the media content, wherein the receiver receives identical segments that are accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements, and a first BaseURL element among the BaseURL elements is used as a base Universal Resource Indicator (URI).

38.     On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, and 16 of the '736 patent during the pendency of the '736 patent.

39.     Since at least approximately August 23, 2018, Showtime has had actual notice that it is directly infringing the '736 patent.

40.     On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

41.     Upon information and belief, since at least approximately August 23, 2018, Showtime has induced and continues to induce others to infringe at least claims 1, 4, 5, 6, 7, and 8 of the '736 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 4, 5, 6, 7, and 8 of the '736 patent.

42.     In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '736 patent and that its acts were inducing infringement of the '736 patent since at least approximately August 23, 2018.

43.     On information and belief, Showtime's infringement has been and continues to be willful.

44.     Plaintiffs have been harmed by Showtime's infringing activities.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 10,270,830

45.     The allegations set forth in the foregoing paragraphs 1 through 44 are incorporated into this Second Claim for Relief.

46.     On April 23, 2019, the '830 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing

Streaming Content Using Representations." A true and correct copy of the '830 patent is attached as Exhibit 3.

47.    Ideahub is the assignee and owner of all right, title, and interest in and to the '830 patent.

48.    Helios holds the exclusive right to assert all causes of action arising under the '830 patent and the right to collect any remedies for infringement of it.

49.    Upon information and belief, Showtime has and continues to directly infringe at least claims 8, 11, 12, and 13, and to induce the direct infringement of at least claims 1, 3, 5, 6, 15, 18, 19, and 21 of the '830 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 4.

50.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a server or multiple servers, comprising: transmitting a Media Presentation Description (MPD) of a media content to a client; receiving a request, from the client, for a segment of the media content; transmitting the media content to the client, wherein the MPD includes one or more periods, wherein each of the periods includes one or more adaptation sets, wherein each of the adaptation sets includes one or more representations, wherein each of the representations includes one or more segments, wherein the MPD includes one or more attributes or elements that are common to each of the periods, each of the adaptation sets, each of the representations, and each of the segments, wherein the period includes one or more attributes or elements that are common to each of the adaptation sets, each of the

representations, and each of the segments for that period, wherein the adaptation set includes one or more attributes or elements that are common to each of the representations and each of the segments for that adaptation set, and wherein the representation includes one or more attributes or elements that are common to each of the segments for that representation.

51.     Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising: receiving a Media Presentation Description (MPD) of a media content; and accessing segments of the media content based on information provided by the MPD, wherein the MPD includes one or more periods, wherein each of the periods includes one or more adaptation sets, wherein each of the adaptation sets includes one or more representations, wherein each of the representations includes one or more segments, wherein the MPD includes one or more attributes or elements that are common to each of the periods, each of the adaptation sets, each of the representations, and each of the segments, wherein the period includes one or more attributes or elements that are common to each of the adaptation sets, each of the representations, and each of the segments for that period, wherein the adaptation set includes one or more attributes or elements that are common to each of the representations and each of the segments for that adaptation set, and wherein the representation includes one or more attributes or elements that are common to each of the segments for that representation.

52.     On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 3, 5, 6, 8, 11, 12, 13, 15, 18, 19, and 21 of the '830 patent during the pendency of the '830 patent.

53.     Since at least April 4, 2019, Showtime has had actual notice that it is directly infringing the '830 patent.

54.     On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

55.     Upon information and belief, since at least April 4, 2019, Showtime has induced and continues to induce others to infringe at least claims 1, 3, 5, 6, 15, 18, 19, and 21 of the '830 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 3, 5, 6, 15, 18, 19, and 21 of the '830 patent.

56.     In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '830 patent and that its acts were inducing infringement of the '830 patent since at least April 4, 2019.

57.     On information and belief, Showtime's infringement has been and continues to be willful.

58.     Plaintiffs have been harmed by Showtime's infringing activities.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 10,277,660

59.     The allegations set forth in the foregoing paragraphs 1 through 58 are incorporated into this Third Claim for Relief.

60.     On April 30, 2019, the '660 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content."  A true and correct copy of the '660 patent is attached as Exhibit 5.

61.     Ideahub is the assignee and owner of all right, title, and interest in and to the '660 patent.

62.     Helios holds the exclusive right to assert all causes of action arising under the '660 patent and the right to collect any remedies for infringement of it.

63.     Upon information and belief, Showtime has and continues to directly infringe at least claims 1, 2, 3, 4, 8, 10, 20, and 21, and to induce the direct infringement of at least claims 11, 12, 13, 14, and 18 of the '660 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 6.

64.     Upon information and belief, the Accused Instrumentalities perform methods for providing a media content performed by a server or multiple servers, comprising: receiving, from a client, a Uniform Resource Locator (URL) request for a segment of the media content based on metadata of the media content, wherein the metadata comprises multiple BaseURL elements and wherein identical segments are accessible at locations indicated by URLs resolved with respect to the multiple BaseURL elements; and sending the requested segment of the media content to the client, wherein the URL of the requested segment is generated based on a selected BaseURL element among the multiple BaseURL elements.

65.     Upon information and belief, the Accused Instrumentalities perform methods of providing a media content performed by a client, comprising: transmitting, to a server, a request for a segment of the media content based on a metadata, wherein the metadata comprises multiple BaseURL elements and wherein identical segments are accessible at locations indicated

by URLs resolved with respect to the multiple BaseURL elements; and receiving the requested
segment of the media content from the server, wherein the URL of the requested segment is
generated based on a selected BaseURL element among the multiple BaseURL elements.

66.    On information and belief, the Accused Instrumentalities have been used to
infringe and continue to directly infringe at least claims 1, 2, 3, 4, 8, 10, 11, 12, 13, 14, 18, 20,
and 21 of the '660 patent during the pendency of the '660 patent.

67.    Since at least April 4, 2019 Showtime has had actual notice that it is directly
infringing the '660 patent.

68.    On information and belief, the Accused Instrumentalities are used, marketed,
provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users
across the country and in this District.

69.    Upon information and belief, since at least April 4, 2019, Showtime has induced
and continues to induce others to infringe at least claims 11, 12, 13, 14, and 18 of the '660 patent
under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness,
actively aiding and abetting others to infringe, including but not limited to Showtime's partners
and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at
least claims 11, 12, 13, 14, and 18 of the '660 patent.

70.    In particular, Showtime's actions that aid and abet others such as their partners
and customers to infringe include distributing the Accused Instrumentalities and providing
materials and/or services related to the Accused Instrumentalities.  On information and belief,
Showtime has engaged in such actions with specific intent to cause infringement or with willful
blindness to the resulting infringement because Showtime has had actual knowledge of the '660
patent and that its acts were inducing infringement of the '660 patent since at least April 4, 2019.

71.    On information and belief, Showtime's infringement has been and continues to be willful.

72.    Plaintiffs have been harmed by Showtime's infringing activities.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 10,313,414

73.    The allegations set forth in the foregoing paragraphs 1 through 72 are incorporated into this Fourth Claim for Relief.

74.    On June 4, 2019, the '414 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content Using Representations."  A true and correct copy of the '414 patent is attached as Exhibit 7.

75.    Ideahub is the assignee and owner of all right, title, and interest in and to the '414 patent.

76.    Helios holds the exclusive right to assert all causes of action arising under the '414 patent and the right to collect any remedies for infringement of it.

77.    Upon information and belief, Showtime has and continues to directly infringe at least claims 11, 14, 15, 16, and 17 and to induce the direct infringement of at least claims 1, 4, 5, 6, and 7 of the '414 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 8.

78.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a server or multiple servers, comprising: transmitting a Media Presentation Description (MPD) of a media content to a client; receiving a request, from

the client, for a segment of the media content; transmitting the media content to the client, wherein the MPD includes one or more periods, wherein each of the periods includes one or more adaptation sets, wherein each of the adaptation sets includes one or more representations, wherein each of the representations includes one or more segments, wherein the MPD, the period, the adaptation set, the representation or the segments includes one or more attributes or elements, and, wherein the adaptation set includes one or more attributes or elements that are common to each of the representations for that adaptation set.

79.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising: receiving a Media Presentation Description (MPD) of a media content; and accessing segments of the media content based on information provided by the MPD, wherein the MPD includes one or more periods, wherein each of the periods includes one or more adaptation sets, wherein each of the adaptation sets includes one or more representations, wherein each of the representations includes one or more segments, wherein the MPD, the period, the adaptation set, the representation, or the segments includes one or more attributes or elements, and wherein the adaptation set includes one or more attributes or elements that are common to each of the representations for that adaptation set.

80.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 4, 5, 6, 7, 11, 14, 15, 16, and 17 of the '414 patent during the pendency of the '414 patent.

81.    Since at least April 4, 2019, Showtime has had actual notice that it is directly infringing the '414 patent.

82.     On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

83.     Upon information and belief, since at least April 4, 2019, Showtime has induced and continues to induce others to infringe at least claims 1, 4, 5, 6, and 7 of the '414 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 4, 5, 6, and 7 of the '414 patent.

84.     In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '414 patent and that its acts were inducing infringement of the '414 patent since at least April 4, 2019.

85.     On information and belief, Showtime's infringement has been and continues to be willful.

86.     Plaintiffs have been harmed by Showtime's infringing activities.

**COUNT V – INFRINGEMENT OF U.S. PATENT NO. 10,356,145**

87.     The allegations set forth in the foregoing paragraphs 1 through 86 are incorporated into this Fifth Claim for Relief.

88.     On July 16, 2019, the '145 Patent was duly and legally issued by the United States Patent and Trademark Office under the title "Method and Device for Providing Streaming Content."  A true and correct copy of the '145 patent is attached as Exhibit 9.

89.    Ideahub is the assignee and owner of all right, title, and interest in and to the '145 patent.

90.    Helios holds the exclusive right to assert all causes of action arising under the '145 patent and the right to collect any remedies for infringement of it.

91.    Upon information and belief, Showtime has and continues to directly infringe at least claims 1, 2, 11, 13, 14, 15, and 16, and to induce the direct infringement of at least claims 3, 4, 5, 7, 8, 9, 10, and 17 of the '145 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 10.

92.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a server or multiple servers, comprising: receiving a request for the media content from a client based on a media presentation description (MPD) with respect to the media content; and providing a segment of media content through streaming to the client in response to the request, wherein the MPD includes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representations, wherein the representation includes one or more segments, wherein the group includes one or more group elements for each of the groups, and wherein a group element provides a summary of values of all representations with a group.

93.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a client, the method comprising: transmitting a request for the media content to a server based on a media presentation description (MPD) with respect to

the media content; and receiving a segment of media content through streaming from the server

in response to the request, wherein the MPD includes one or more periods, wherein the period

includes one or more groups, wherein the group includes one or more representations, wherein

the representation includes one or more segments, wherein the group includes one or more group

elements for each of the groups, and wherein a group element provides a summary of values of

all representations within a group.

94.     On information and belief, the Accused Instrumentalities have been used to

infringe and continue to directly infringe at least claims 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 13, 14, 15,

16, and 17 of the '145 patent during the pendency of the '145 patent.

95.     Since at least June 17, 2019, Showtime has had actual notice that it is directly

infringing the '145 patent.

96.     On information and belief, the Accused Instrumentalities are used, marketed,

provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users

across the country and in this District.

97.     Upon information and belief, since at least June 17, 2019, Showtime has induced

and continues to induce others to infringe at least claims 3, 4, 5, 7, 8, 9, 10, and 17 of the '145

patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful

blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's

partners and customers, whose use of the Accused Instrumentalities constitutes direct

infringement of at least claims 3, 4, 5, 7, 8, 9, 10, and 17 of the '145 patent.

98.     In particular, Showtime's actions that aid and abet others such as their partners

and customers to infringe include distributing the Accused Instrumentalities and providing

materials and/or services related to the Accused Instrumentalities.  On information and belief,

Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '145 patent and that its acts were inducing infringement of the '145 patent since at least June 17, 2019.

99.    On information and belief, Showtime's infringement has been and continues to be willful.

100.    Plaintiffs have been harmed by Showtime's infringing activities.

## COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 10,362,130

101.    The allegations set forth in the foregoing paragraphs 1 through 100 are incorporated into this Sixth Claim for Relief.

102.    On July 23, 2019, the '130 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Contents."  A true and correct copy of the '130 patent is attached as Exhibit 11.

103.    Ideahub is the assignee and owner of all right, title, and interest in and to the '130 patent.

104.    Helios holds the exclusive right to assert all causes of action arising under the '130 patent and the right to collect any remedies for infringement of it.

105.    Upon information and belief, Showtime has and continues to directly infringe at least claims 1, 2, 4, and 5 of the '130 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in the preliminary and exemplary claim chart attached as Exhibit 12.

106.    Upon information and belief, the Accused Instrumentalities perform methods of providing media content performed by a processor in a server, the method comprising: receiving a request for the media content from a client; transmitting the media to the client based on a Media Presentation Description (MPD) of the media content, wherein the MPD comprises one or more periods, wherein the period comprises one or more groups, wherein the group comprises one or more representations, wherein the representation comprises one or more segments, wherein the representation includes a bandwidth attribute related to bandwidth for a hypothetical constant bitrate channel in bits per second (bps), wherein the client is assured of having enough data continuously playout after buffering for minbuffertime, when the representation is delivered to the client, wherein the segment includes sub-segments indexed by segment index, wherein the MPD includes at least one of (i) frame rate, or (ii) timescale describing the number of time units in one second.

107.    On information and belief, the Accused Instrumentalities have infringed and continue to directly infringe at least claims 1, 2, 4, and 5 of the '130 patent during the pendency of the '130 patent.

108.    Since at least April 4, 2019, Showtime has had actual notice that it is directly infringing the '130 patent.

109.    On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

110.    On information and belief, Showtime's infringement has been and continues to be willful.

111.    Plaintiffs have been harmed by Showtime's infringing activities.

## COUNT VII – INFRINGEMENT OF U.S. PATENT NO. 10,375,373

112.    The allegations set forth in the foregoing paragraphs 1 through 111 are

incorporated into this Seventh Claim for Relief.

113.    On August 6, 2019, the '373 patent was duly and legally issued by the United

States Patent and Trademark Office under the title "Method and Apparatus for Encoding Three-

Dimensional (3D) Content."  A true and correct copy of the '373 patent is attached as Exhibit 13.

114.    Ideahub is the assignee and owner of all right, title, and interest in and to the '373

patent.

115.    Helios holds the exclusive right to assert all causes of action arising under the

'373 patent and the right to collect any remedies for infringement of it.

116.    Upon information and belief, Showtime has and continues to directly infringe at

least claims 1, 2, 3, 4, 5, 6, 7, 8, and 9, and to  induce the direct infringement of at least claims

17, 18, 19, 21, 22, 23, and 24 of the '373 patent by selling, offering to sell, making, using, and/or

providing and causing to be used streaming media content in accordance with the MPEG-DASH

standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD")

such as those available at https://www.showtime.com/#/movies/allmovies, as set forth in detail in

the preliminary and exemplary claim chart attached as Exhibit 14.

117.    Upon information and belief, the Accused Instrumentalities perform methods for

providing media content performed by a server or multiple servers, the method comprising:

receiving a request, from a client, for a segment of a media content based on metadata of the

media content, wherein the metadata is a Media Presentation Description (MPD), and wherein

the MPD is a description of a media presentation related to the media content; and providing the

media content based on the request, wherein the MPD includes at least one period, wherein each

period includes at least one adaptation set comprising a media content component, wherein each

adaptation set includes at least one representation, wherein each representation includes at least

one segment, and wherein the MPD provides information that enables the client to switch from

one representation to another representation to adapt to a network condition.

118.    Upon information and belief, the Accused Instrumentalities perform methods of

providing adaptive streaming services performed by a client, the methods comprising:

transmitting a request, to a server or multiple servers, for a segment of a media content based on

metadata of the media content, wherein the metadata is a Media Presentation Description (MPD),

and wherein the MPD is a description of a media presentation related to the media content; and

receiving the media content, based on the request, from the server or multiple servers, wherein

the MPD includes at least one period, wherein each period includes at least one adaptation set

comprising a media content component, wherein each adaptation set includes at least one

representation, wherein each representation includes at least one segment, and wherein the MPD

provides information that enables the client to switch from one representation to another

representation to adapt to a network condition.

119.    On information and belief, the Accused Instrumentalities have been used to

infringe and continue to directly infringe at least claims 1, 2, 3, 4, 5, 6, 7, 8, 9, 17, 18, 19, 21, 22,

23, and 24 of the '373 patent during the pendency of the '373 patent.

120.    Since at least April 4, 2019, Showtime has had actual notice that it is directly

infringing the '373 patent.

121.    On information and belief, the Accused Instrumentalities are used, marketed,

provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users

across the country and in this District.

122.    Upon information and belief, since at least April 4, 2019, Showtime has induced and continues to induce others to infringe at least claims 17, 18, 19, 21, 22, 23, and 24 of the '373 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 17, 18, 19, 21, 22, 23, and 24 of the '373 patent.

123.    In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '373 patent and that its acts were inducing infringement of the '373 patent since at least April 4, 2019.

124.    On information and belief, Showtime's infringement has been and continues to be willful.

125.    Plaintiffs have been harmed by Showtime's infringing activities.

**COUNT VIII – INFRINGEMENT OF U.S. PATENT NO. 8,645,562**

126.    The allegations set forth in the foregoing paragraphs 1 through 125 are incorporated into this Eighth Claim for Relief.

127.    On February 4, 2014, the '562 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Content."  A true and correct copy of the '373 patent is attached as Exhibit 15.

128.    Ideahub is the assignee and owner of all right, title, and interest in and to the '562 patent.

129.    Helios holds the exclusive right to assert all causes of action arising under the '562 patent and the right to collect any remedies for infringement of it.

130.    Upon information and belief, Showtime has and continues to induce the direct infringement of at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies. The preliminary claim chart attached as Exhibit 16 sets forth an exemplary instance of such direct infringement.

131.    Upon information and belief, the Accused Instrumentalities are used to perform methods for providing media, the method comprising: receiving metadata of media, the metadata comprising one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment, wherein the request is sent using an HTTP GET method, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

132.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent during the pendency of the '562 patent.

133.    Since at least approximately August 23, 2018, Showtime has had actual notice that it is inducing the direct infringement of the '562 patent.

134.    On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

135.    Upon information and belief, since at least approximately August 23, 2018, Showtime has induced and continues to induce others to infringe at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, 4, 5, 7, and 8 of the '562 patent.

136.    In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '562 patent and that its acts were inducing infringement of the '562 patent since at least approximately August 23, 2018.

137.    On information and belief, Showtime's infringement has been and continues to be willful.

138.    Plaintiffs have been harmed by Showtime's infringing activities.

### COUNT IX – INFRINGEMENT OF U.S. PATENT NO. 8,909,805

139.    The allegations set forth in the foregoing paragraphs 1 through 138 are incorporated into this Ninth Claim for Relief.

140.    On December 9, 2014, the '805 patent was duly and legally issued by the United

States Patent and Trademark Office under the title "Apparatus and Method for Providing

Streaming Content."  A true and correct copy of the '805 patent is attached as Exhibit 17.

141.    Ideahub is the assignee and owner of all right, title, and interest in and to the '805

patent.

142.    Helios holds the exclusive right to assert all causes of action arising under the

'805 patent and the right to collect any remedies for infringement of it.

143.    Upon information and belief, Showtime has and continues to induce the direct

infringement of at least claims 1, 2, 3, and 4 of the '805 patent by selling, offering to sell,

making, using, and/or providing and causing to be used streaming media content in accordance

with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos

on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies.

The preliminary claim chart attached as Exhibit 18 sets forth an exemplary instance of such

direct infringement.

144.    Upon information and belief, the Accused Instrumentalities are used to perform

methods for providing media, the method comprising: receiving metadata of media, the metadata

comprising one or more periods; processing the received metadata and extracting information

included in the metadata, wherein the metadata includes a range attribute; requesting a segment

suitable for a specific interval based on a request for bytes of a resource indicated by a URL that

are designated by the range attribute; accessing segments of the media based on information

provided by the metadata; decoding and rendering data of the media that is included in the

segments; wherein each of the periods comprises one or more representations of the media,

wherein each of the representations starts from a beginning point of a period including each of

the representation and continues to an ending point of the period, and comprises one or more

segments; and wherein determining the start of a first period among one or more period

comprises: when a start attribute exists in the first period element of the first period, a start time

of the first period is equivalent to a value of the start attribute, when a start attribute does not

exist in the first period element of the first period, and when a second period element of the

second period includes a duration attribute, the start time of the first period is obtained by adding

a value of the duration attribute of the second period element to a start time of the second period,

and when a start attribute does not exist in the first period element of the first period, and when

the first period is the first of the one or more periods, the start time of the first period is zero.

145.    On information and belief, the Accused Instrumentalities have been used to

infringe and continue to directly infringe at least claims 1, 2, 3, and 4 of the '805 patent during

the pendency of the '805 patent.

146.    Since at least approximately August 23, 2018, Showtime has had actual notice

that it is inducing the direct infringement of the '805 patent.

147.    On information and belief, the Accused Instrumentalities are used, marketed,

provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users

across the country and in this District.

148.    Upon information and belief, since at least approximately August 23, 2018,

Showtime has induced and continues to induce others to infringe at least claims 1, 2, 3, and 4 of

the '805 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or

willful blindness, actively aiding and abetting others to infringe, including but not limited to

Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes

direct infringement of at least claims 1, 2, 3, and 4 of the '805 patent.

149.    In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '805 patent and that its acts were inducing infringement of the '805 patent since at least approximately August 23, 2018.

150.    On information and belief, Showtime's infringement has been and continues to be willful.

151.    Plaintiffs have been harmed by Showtime's infringing activities.

## COUNT X – INFRINGEMENT OF U.S. PATENT NO. 9,325,558

152.    The allegations set forth in the foregoing paragraphs 1 through 151 are incorporated into this Tenth Claim for Relief.

153.    On April 26, 2016, the '558 patent was duly and legally issued by the United States Patent and Trademark Office under the title "Apparatus and Method for Providing Streaming Contents."  A true and correct copy of the '558 patent is attached as Exhibit 19.

154.    Ideahub is the assignee and owner of all right, title, and interest in and to the '558 patent.

155.    Helios holds the exclusive right to assert all causes of action arising under the '558 patent and the right to collect any remedies for infringement of it.

156.    Upon information and belief, Showtime has and continues to induce the direct infringement of at least claims 1, 2, 3, 4, and 5 of the '558 patent by selling, offering to sell, making, using, and/or providing and causing to be used streaming media content in accordance with the MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos

Page 29 of 35

on demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies.
The preliminary claim chart attached as Exhibit 20 sets forth an exemplary instance of such
direct infringement.

157.    Upon information and belief, the Accused Instrumentalities are used to perform
methods for providing media content including one or more periods, the method comprising:
receiving metadata of the media content from a server, the metadata comprising a
minBufferTime attribute indicating a minimum amount of initially buffered media content that is
required to ensure playout of the media content, the minBufferTime attribute being defined in
segment unit, wherein the metadata  is a media presentation description (MPD) that provides
descriptive information that enables a client to select one or more representations; receiving the
media content from the server, and buffering the received media content by at least the minimum
amount; and playing back the media content, wherein the minBufferTime attribute relates to the
one or more periods, and wherein the minBufferTime attribute relates to providing a minimum
amount of initially buffered media at a beginning of a media presentation, at a beginning of the
one or more periods of the media presentation, or at any random access point of the media
presentation.

158.    On information and belief, the Accused Instrumentalities have been used to
infringe and continue to directly infringe at least claims 1, 2, 3, 4, and 5 of the '558 patent during
the pendency of the '558 patent.

159.    Since at least approximately August 23, 2018, Showtime has had actual notice
that it is inducing the direct infringement of the '558 patent.

160.    On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

161.    Upon information and belief, since at least approximately August 23, 2018, Showtime has induced and continues to induce others to infringe at least claims 1, 2, 3, 4, and 5 of the '558 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, 3, 4, and 5 of the '558 patent.

162.    In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '558 patent and that its acts were inducing infringement of the '558 patent since at least approximately August 23, 2018.

163.    On information and belief, Showtime's infringement has been and continues to be willful.

164.    Plaintiffs have been harmed by Showtime's infringing activities.

**COUNT XI – INFRINGEMENT OF U.S. PATENT NO. 9,467,493**

165.    The allegations set forth in the foregoing paragraphs 1 through 164 are incorporated into this Eleventh Claim for Relief.

166.    On October 11, 2016, the '493 patent was duly and legally issued by the United

States Patent and Trademark Office under the title "Apparatus and Method for Providing

Streaming Content."  A true and correct copy of the '493 patent is attached as Exhibit 21.

167.    Ideahub is the assignee and owner of all right, title, and interest in and to the '493

patent.

168.    Helios holds the exclusive right to assert all causes of action arising under the

'493 patent and the right to collect any remedies for infringement of it.

169.    Upon information and belief, Showtime has and continues to induce the direct

infringement of at least claims 1, 2, and 4 of the '493 patent by selling, offering to sell, making,

using, and/or providing and causing to be used streaming media content in accordance with the

MPEG-DASH standard (the "Accused Instrumentalities"), including one or more videos on

demand ("VOD") such as those available at https://www.showtime.com/#/movies/allmovies.

The preliminary claim chart attached as Exhibit V sets forth an exemplary instance of such direct

infringement.

170.    Upon information and belief, the Accused Instrumentalities are used to perform

methods for providing media, the methods comprising: receiving metadata of media, the

metadata comprising one or more BaseURL elements; sending a request for a segment of the

media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with

respect to a BaseURL element; receiving the segment; and decoding and rendering data of the

media that is included in the segment, wherein the metadata selectively comprises a sourceURL

attribute of the segment, and wherein, when the metadata selectively comprises the sourceURL

attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the

sourceURL attribute, so that the URL is generated.

171.    On information and belief, the Accused Instrumentalities have been used to infringe and continue to directly infringe at least claims 1, 2, and 4 of the '493 patent during the pendency of the '493 patent.

172.    Since at least approximately August 23, 2018, Showtime has had actual notice that it is inducing the direct infringement of the '493 patent.

173.    On information and belief, the Accused Instrumentalities are used, marketed, provided to, and/or used by or for each of Defendants' partners, clients, customers, and end users across the country and in this District.

174.    Upon information and belief, since at least approximately August 23, 2018, Showtime has induced and continues to induce others to infringe at least claims 1, 2, and 4 of the '493 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Showtime's partners and customers, whose use of the Accused Instrumentalities constitutes direct infringement of at least claims 1, 2, and 4 of the '493 patent.

175.    In particular, Showtime's actions that aid and abet others such as their partners and customers to infringe include distributing the Accused Instrumentalities and providing materials and/or services related to the Accused Instrumentalities.  On information and belief, Showtime has engaged in such actions with specific intent to cause infringement or with willful blindness to the resulting infringement because Showtime has had actual knowledge of the '493 patent and that its acts were inducing infringement of the '493 patent since at least approximately August 23, 2018.

176.    On information and belief, Showtime's infringement has been and continues to be willful.

177.    Plaintiffs have been harmed by Showtime's infringing activities.

## STATEMENT REGARDING FRAND OBLIGATION

178.    Plaintiffs contend that, pursuant to relevant ISO and IEC guidelines, bylaws, and policies, many of the claims of the Asserted Patents are subject to Fair, Reasonable, and Non-Discriminatory ("FRAND") licensing obligations to willing licensees.

179.    To the extent Showtime refuses to willingly take a license under such claims of the Asserted Patents under FRAND terms, Plaintiffs reserve the right to treat Showtime as an unwilling licensee, such that Plaintiffs would not be bound by any FRAND licensing obligation for purposes of this action or any license to Showtime.  Accordingly, Plaintiffs seek the maximum available reasonable royalty damages to compensate for Showtime's infringing activities.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment for itself and against Showtime as follows:

A.    An adjudication that Showtime has infringed each of the Asserted Patents;

B.    An award of damages to be paid by Showtime adequate to compensate Plaintiffs for Showtime's past infringement of each of the Asserted Patents, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C.    A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Plaintiffs' reasonable attorneys' fees; and

D.    An award to Plaintiffs of such further relief at law or in equity as the Court deems just and proper.

Dated: October 17, 2019                    DEVLIN LAW FIRM LLC

                                           /s/ Timothy Devlin
                                           Timothy Devlin (No. 4241)
                                           1526 Gilpin Avenue
                                           Wilmington, Delaware 19806
                                           Telephone: (302) 449-9010
                                           Facsimile: (302) 353-4251
                                           tdevlin@devlinlawfirm.com

                                           *Attorney for Plaintiffs Helios Streaming, LLC,
                                           and Ideahub, Inc.*

# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 1:19-cv-01792-CFC/SRF |
| VUDU, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 1:19-cv-01818-CFC/SRF |
| CRACKLE, INC., CRACKLE PLUS, LLC, CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., SONY PICTURES TELEVISION, INC., and SONY PICTURES ENTERTAINMENT, INC., | JURY TRIAL DEMANDED |
| Defendants. | |
| HELIOS STREAMING, LLC, and IDEAHUB, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 1:19-cv-01978-CFC/SRF |
| SHOWTIME DIGITAL, INC. and SHOWTIME NETWORKS, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and subject to the approval of the Court, by and between the parties and by their respective undersigned counsel, that this Stipulation and Order shall govern the handling of documents, depositions, deposition exhibits, interrogatory responses, admissions, and any other information produced, given, or exchanged by and among the parties and any non-parties to each of the respective above-captioned actions. Although submitted jointly in connection with each of the above-captioned actions, each such action shall be treated as separate and independent in terms of the protection of a party's confidential information, and, unless specifically provided for in this Stipulation and Order, nothing in this Stipulation and Order shall be construed to permit access by a party in one of the above-captioned actions to the confidential information produced by a party in another of the actions absent agreement of the producing party and/or separate order of the Court.

Accordingly, based upon the agreement of the parties, IT IS HEREBY ORDERED pursuant to Rule 26(c) of the Federal Rules of Civil Procedure that the following Procedures shall be adopted for the protection of confidential and proprietary information:

## PROCEDURES FOR PROTECTION OF CONFIDENTIAL
## AND PROPRIETARY INFORMATION

1. **DEFINITIONS**

    1.1    <u>Challenging Party</u>: a Party or Non-Party that challenges the designation of information or items under this Order.

    1.2    <u>"CONFIDENTIAL" Information or Items</u>: information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c).

    1.3    <u>Counsel (without qualifier)</u>: Outside Counsel of Record (as well as their support staff).

    1.4    <u>Designated In-House Counsel</u>: In-House Counsel who have access to "CONFIDENTIAL" information in this matter.

    1.5    <u>Designating Party</u>: a Party or Non-Party that designates information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."

    1.6    <u>Disclosure or Discovery Material</u>: all items or information, regardless of the medium or manner in which it is generated, stored, or maintained (including, among other things, testimony, transcripts, and tangible things), that are produced or generated in disclosures or responses to discovery in the above-captioned actions.

    1.7    <u>Expert</u>: a person with specialized knowledge or experience in a matter pertinent to the respective litigations who (1) has been retained by a Party or its counsel to serve as an expert witness or as a consultant in one or more of the above-captioned actions, (2) is not a current

employee of a Party or of a Party's competitor, and (3) at the time of retention, is not anticipated to become an employee of a Party or of a Party's competitor.

       1.8    "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items: extremely sensitive "CONFIDENTIAL Information or Items," disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

       1.9    "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items: extremely sensitive "CONFIDENTIAL Information or Items" representing computer code (i.e., computer instructions and data definitions expressed in a form suitable for input to an assembler, compiler or other translator) and associated comments and revision histories, disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

       1.10   In-House Counsel: attorneys who are employees of a Party to one of the above-captioned actions. In-House Counsel does not include Outside Counsel of Record or any other outside counsel.

       1.11   Non-Party: any natural person, partnership, corporation, association, or other legal entity not named as a Party to an above-captioned action in question.  A defendant in one of the above-captioned actions shall be deemed a Party to that action but a Non-Party to the other actions.

       1.12   Outside Counsel of Record: attorneys who are not employees of a Party to an above-captioned action but are retained to represent or advise a Party to that action and have appeared in the action on behalf of that Party or are affiliated with a law firm which has appeared on behalf of that Party.

1.13    Party: a party to an above-captioned action or a Defendant Group[1] from an above-captioned action, including all of its officers, directors, employees, consultants, retained experts, and Outside Counsel of Record (and their support staffs).

1.14    Producing Party: a Party or Non-Party that produces Disclosure or Discovery Material in an above-captioned action.

1.15    Professional Vendors: persons or entities that provide litigation support services (e.g., photocopying, videotaping, translating, preparing exhibits or demonstrations, and organizing, storing, or retrieving data in any form or medium) and their employees and subcontractors.

1.16    Protected Material: any Disclosure or Discovery Material that is designated as "CONFIDENTIAL," or as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or as "HIGHLY CONFIDENTIAL – SOURCE CODE."

1.17    Receiving Party: a Party that receives Disclosure or Discovery Material from a Producing Party.

1.18    Relevant Technology:  products, devices, and services that can be used to stream media content in accordance with the MPEG-DASH standard.

## 2.    **SCOPE**

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material. However, the protections conferred by this Stipulation and Order do not cover the following

---

[1] As this term is defined in the Scheduling Order.  (D.I. 36)

information: (a) any information that the Receiving Party can show is in the public domain at the time of disclosure to a Receiving Party or becomes part of the public domain after its disclosure to a Receiving Party as a result of publication not involving a violation of this Order, including becoming part of the public record through trial or otherwise; and (b) any information that the Receiving Party can clearly show was known to the Receiving Party prior to the disclosure or obtained by the Receiving Party after the disclosure from a source who obtained the information lawfully and under no obligation of confidentiality to the Designating Party.  Before the Receiving Party discloses any Protected Material that falls under (a) or (b) to any Non-Party, the Receiving Party shall follow the procedures in Section 5, *infra*.

For clarity, nothing herein shall affect the right of the Designating Party to disclose to its officers, directors, employees, attorneys, consultants or Experts, or to any other person, its own information.  Such disclosure shall not waive the protections of this Protective Order and shall not entitle other Parties or their attorneys to disclose such information in violation of it, unless by such disclosure of the Designating Party the information becomes public knowledge.  Similarly, the Protective Order shall not preclude a Party from showing its own information to its officers, directors, employees, attorneys, consultants or experts, or to any other person, which information has been filed under seal by another Party.

Any use of Protected Material at trial shall be governed by a separate agreement or order.

3.    **DURATION**

Even after final disposition of each of the above-captioned actions, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs.  Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in an action, with or without prejudice; and

(2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of that action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

4.  **DESIGNATING PROTECTED MATERIAL**

    4.1    <u>Exercise of Restraint and Care in Designating Material for Protection</u>.  Each Party or Non-Party that designates information or items for protection under this Order must take care to limit any such designation to material that qualifies under the appropriate standards.  To the extent it is practical to do so, the Designating Party must designate for protection only those parts of material, documents, items, or oral or written communications that qualify—so that other portions of the material, documents, items, or communications for which protection is not warranted are not swept unjustifiably within the ambit of this Order.

    If it comes to a Designating Party's attention that information or items that it designated for protection do not qualify for protection at all or do not qualify for the level of protection initially asserted, that Designating Party must promptly notify all other Parties in its respective action that it is withdrawing the mistaken designation.

    4.2    <u>Manner and Timing of Designations</u>.  Except as otherwise provided in this Order (see, e.g., second paragraph of section 4.2(a) below), or as otherwise stipulated or ordered, Disclosure or Discovery Material that qualifies for protection under this Order must be clearly so designated before the material is disclosed or produced.

    Designation in conformity with this Order requires:

        (a)    for information in documentary form (e.g., paper or electronic documents, but excluding transcripts of depositions or other pretrial or trial proceedings), that the Producing Party affix the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS'

7

EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to each page that contains protected material.

A Party or Non-Party that makes original documents or materials available for inspection need not designate them for protection until after the inspecting Party has indicated which material it would like copied and produced.  During the inspection and before the designation, all of the material made available for inspection shall be deemed "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."  After the inspecting Party has identified the documents it wants copied and produced, the Producing Party must determine which documents, or portions thereof, qualify for protection under this Order.  Then, before producing the specified documents, the Producing Party must affix the appropriate legend ("CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY") to each page that contains Protected Material.  The procedures in this paragraph do not govern the inspection of source code, which is separately addressed in Section 8 of this Protective Order.

(b)     for testimony given in deposition or in other pretrial or trial proceedings, that the Designating Party identify on the record, before the close of the deposition, hearing, or other proceeding, all protected testimony and specify the level of protection being asserted. When it is impractical to identify separately each portion of testimony that is entitled to protection and it appears that substantial portions of the testimony may qualify for protection, the Designating Party may invoke on the record (before the deposition, hearing, or other proceeding is concluded) a right to place the entirety of the testimony under the protection of this Order. When practical, the Designating Party may later withdraw, or reduce the level of, protections under this order for portions of the testimony that it designated for protection.

Parties shall give the other parties notice if they reasonably expect a deposition, hearing or other proceeding to include Protected Material so that the other parties can ensure that only authorized individuals who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A) are present at those proceedings. The use of a document as an exhibit at a deposition shall not in any way affect its designation as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL – SOURCE CODE."

Transcripts containing Protected Material shall have an obvious legend on the title page that the transcript contains Protected Material, and the title page shall be followed by a list of all pages (including line numbers as appropriate) that have been designated as Protected Material and the level of protection being asserted by the Designating Party. The Designating Party shall inform the court reporter of these requirements.

(c)    for information produced in some form other than documentary and for any other tangible items, that the Producing Party affix in a prominent place on the exterior of the container or containers in which the information or item is stored the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE". If only a portion or portions of the information or item warrant protection, the Producing Party, to the extent practicable, shall identify the protected portion(s) and specify the level of protection being asserted.

4.3    <u>Inadvertent Failures to Designate</u>. If timely corrected after recognition by a Producing Party of an inadvertent failure to designate, an inadvertent failure to designate qualified information or items does not, standing alone, waive the Producing Party's right to secure protection under this Order for such material. Upon timely correction of a designation

after recognition by a Producing Party, the Receiving Party must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Order.

      4.4   <u>Right to Seek Additional Protections.</u>  This Order is entered without prejudice to the right of any Party to seek additional protections from the Court as may be necessary under particular circumstances.

## 5.    <u>CHALLENGING CONFIDENTIALITY DESIGNATIONS</u>

      5.1   <u>Timing of Challenges</u>.  Any Party or Non-Party may challenge a designation of confidentiality at any time.  Unless a prompt challenge to a Designating Party's confidentiality designation is necessary to avoid foreseeable, substantial unfairness, unnecessary economic burdens, or a significant disruption or delay of the litigation, a Party does not waive its right to challenge a confidentiality designation by electing not to mount a challenge promptly after the original designation is disclosed.

      5.2   <u>Meet and Confer</u>.  The Challenging Party shall initiate the dispute resolution process by providing written notice of each designation it is challenging and describing the basis for each challenge.  To avoid ambiguity as to whether a challenge has been made, the written notice must recite that the challenge to confidentiality is being made in accordance with this specific paragraph of the Protective Order.  The parties shall attempt to resolve each challenge in good faith and must begin the process by conferring directly (in voice to voice dialogue; other forms of communication are not sufficient) within 14 days of the date of service of notice. In conferring, the Challenging Party must explain the basis for its belief that the confidentiality designation was not proper and must give the Designating Party an opportunity to review the designated material, to reconsider the circumstances, and, if no change in designation is offered, to explain the basis for the chosen designation.  A Challenging Party may proceed to the next

stage of the challenge process only if it has engaged in this meet and confer process first or establishes that the Designating Party is unwilling to participate in the meet and confer process in a timely manner.

5.3    <u>Judicial Intervention</u>.  If the Parties cannot resolve a challenge without court intervention, the Challenging Party shall contact the Court pursuant to Section 4(f) of the Scheduling Order within 21 days of the initial notice of challenge or within 14 days of the parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier. Each motion filed pursuant to this paragraph must be accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed in the preceding paragraph.  Failure by the Challenging Party to contact the Court pursuant to Section 4(f) of the Scheduling Order, within 21 days (or 14 days, if applicable), or include the required declaration, shall automatically waive a challenge to the confidentiality designation for each challenged designation.

The burden of persuasion in any such challenge proceeding shall be on the Designating Party.

## 6.    <u>ACCESS TO AND USE OF PROTECTED MATERIAL</u>

6.1    <u>Basic Principles</u>.  Absent further Order from the Court, the Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with an above-captioned action only for prosecuting, defending, or attempting to settle that particular action.  Such Protected Material may be disclosed only to the categories of persons and under the conditions described in this Order.  When the litigation has been terminated, a Receiving Party must comply with the provisions of section 14 below (FINAL DISPOSITION).

Protected Material must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized to access Protected Material under this Order.

6.2     Disclosure of "CONFIDENTIAL" Information or Items.  Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "CONFIDENTIAL" only to:

(a)     the Receiving Party's Outside Counsel of Record in the action in which it is produced, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for that particular litigation;

(b)     current officers, directors, or employees (including Designated In-House Counsel) of the Receiving Party to whom disclosure is reasonably necessary for the litigation in which said information is produced, following identification of such individuals to each of the other parties and approval by the other parties, such approval not to be unreasonably delayed or withheld, and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

(c)     Experts (as defined in this Order) of the Receiving Party (1) to whom disclosure is reasonably necessary for the litigation in which said information is produced (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 6.5(a), below, have been followed;

(d)     the court and its personnel;

(e)     court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for the litigation in which it is produced;

12

(f)      during their depositions, witnesses in the action to whom disclosure is

reasonably necessary, unless otherwise specified by the Designating Party or ordered by the

court.  Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected

Material must be separately bound by the court reporter and may not be disclosed to anyone

except as permitted under this Stipulated Protective Order; and

(g)      the author or recipient of a document containing the information or a

custodian or other person who otherwise possessed or knew the information or is employed by

the Designating Party.

6.3      Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

Information or Items.  Unless otherwise ordered by the court or permitted in writing by the

Designating Party, a Receiving Party may disclose any information or item designated

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" only to:

(a)      the Receiving Party's Outside Counsel of Record in the action in which it

is produced, as well as employees of said Outside Counsel of Record to whom it is reasonably

necessary to disclose the information in that particular litigation;

(b)      Experts of the Receiving Party (1) to whom disclosure is reasonably

necessary for the litigation in which such information is produced, (2) who have signed the

"Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures

set forth in paragraph 6.5(a), below, have been followed;

(c)      the court and its personnel;

(d)      court reporters and their staff, professional jury or trial consultants, and

Professional Vendors to whom disclosure is reasonably necessary for the litigation in which it is

produced; and

(e)      the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information or is employed by the Designating Party.

6.4      Disclosure of "HIGHLY CONFIDENTIAL – SOURCE CODE" Information or Items.  Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – SOURCE CODE" only to the following persons:

(a)      the Receiving Party's Outside Counsel of Record in the above-captioned action in which it is produced as well as employees of such Outside Counsel of Record to whom it is reasonably necessary to disclose the information for that particular litigation;

(b)      Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for the litigation in which it is produced, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 6.5(a), below, have been followed; and

(c)      the court and its personnel;

(d)      court reporters and their staff, professional jury or trial consultants, and Professional Vendors to whom disclosure is reasonably necessary for the litigation in which it is produced; and

(e)      the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information or is employed by the Designating Party.

6.5     Procedures for Approving or Objecting to Disclosure of "CONFIDENTIAL,"

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL

– SOURCE CODE" Information or Items to Experts.

(a)     Unless otherwise ordered by the court or agreed to in writing by the

Designating Party, a Receiving Party that seeks to disclose to an Expert (as defined in this Order)

any information or item that has been designated "CONFIDENTIAL," "HIGHLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "HIGHLY CONFIDENTIAL –

SOURCE CODE" pursuant to paragraphs 6.2(c), 6.3(b) and 6.4(b) first must make a written

request via e-mail to the Designating Party's Outside Counsel of Record that (1) sets forth the

full name of the Expert and the city and state of his or her primary residence, (2) attaches a copy

of the Expert's current resume, including a list of publications from the past ten years, and (3)

identifies (by name and number of the case and location of court) any litigation in connection

with which the Expert has offered expert testimony, including through a declaration, report, or

testimony at a deposition or trial, during the preceding four years. The Designating Party shall

have seven (7) business days after such notice is given to object in writing via e-mail to the

Receiving Party's Outside Counsel of Record that made the written e-mail request disclosing the

Expert.

(b)     A Receiving Party that makes a request and provides the information

specified in the preceding respective paragraphs shall not disclose the subject Protected Material

to the identified Expert until expiration of the 7 day notice period.  Any such objection must set

forth in detail the grounds on which it is based.  If during the notice period the Designating Party

serves an objection upon the Receiving Party desiring to disclose Protected Material to the

Expert, there shall be no disclosure of Protected Material to such individual pending resolution of the objection.

(c)    A Receiving Party that receives a timely written objection must meet and confer with the Designating Party (through direct voice to voice dialogue) to try to resolve the matter by agreement within seven (7) business days after the written objection is served. The Designating Party shall then have fourteen (14) business days after such objection is served to, if no agreement is reached, contact the Court pursuant to Section 4(f) of the Scheduling Order. Any motion filed pursuant to this paragraph must describe the circumstances with specificity, and set forth in detail the reasons why the disclosure to the Expert should not be made.  In addition, any such motion must be accompanied by a competent declaration describing the parties' efforts to resolve the matter by agreement (i.e., the extent and the content of the meet and confer discussions) and setting forth the reasons advanced by the Designating Party for its refusal to approve the disclosure.

No document designated by a Designating Party as Protected Material shall be disclosed by a Receiving Party to an Expert until after the individual has signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A).  Such written agreement shall be retained by the Outside Counsel of Record for the party that has retained the Expert, but need not be disclosed to any other Party.

In any such proceeding, the Designating Party opposing disclosure to the Expert shall bear the burden of proving that the risk of harm that the disclosure would entail (under the safeguards proposed) outweighs the Receiving Party's need to disclose the Protected Material to its Expert.

6.6     It is understood that Outside Counsel of Record for a Party may give advice and opinions to his or her client based on his or her evaluation of information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" which is provided from the opposing Party to such Outside Counsel of Record in his or her respective action, provided that such rendering of advice and opinions shall not reveal the content or substance of such information, except by prior written agreement with counsel for the Producing Party.  For the avoidance of doubt, nothing in this provision permits the use or disclosure by a party in one of the above-captioned actions of Protected Material originally produced by a Defendant in another of the above-captioned actions absent agreement of the producing Defendant and/or separate order of the Court.

6.7     Nothing in this Stipulation and Order shall be construed as preventing Outside Counsel for defendants in any of the above-captioned actions from discussing amongst themselves any of plaintiffs' information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" to which each such Outside Counsel individually has lawful access through plaintiffs' productions and/or disclosures in the respective actions.

## 7.     **PROSECUTION BAR**

7.1     <u>Prosecution Bar</u>.  Individuals associated with one or both of the Plaintiffs who personally review any technical HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY or HIGHLY CONFIDENTIAL – SOURCE CODE Material are prohibited from participating in an administrative proceeding for the examination and reexamination of a patent or patent application insofar as the participation involves input into the drafting, revising or amending of a patent claim related to the Relevant Technology, if such administrative proceeding (e.g., patent

17

application filing) was commenced less than two years following the final termination of this action (including any appeals).  This prosecution bar does not prevent an individual from participating in a reexamination, *inter partes* review, or other post-grant review proceedings involving the patents-at-issue or patents related thereto, except that the individual is prohibited from participating in, or otherwise providing input into, the drafting of any claim or amendment to any claim.

8.   **SOURCE CODE**

(a)   To the extent production of source code becomes necessary in this case, a Producing Party may designate source code as "HIGHLY CONFIDENTIAL - SOURCE CODE" if it comprises or includes confidential, proprietary or trade secret source code.  Source code includes, but is not limited to, files in programming languages such as C++, Java, and Flash.  For the avoidance of doubt, the Producing Party may designate as source code make files, link files, algorithms, pseudocode, comments, revision histories, and other human-readable files used in the generation, building or compiling of software or firmware.  Production or designation of Confidential Source Code shall not be construed as a representation or admission by a party that Confidential Source Code is properly discoverable in this action, nor does the inclusion of Confidential Source Code as part of this agreement obligate any party to produce Confidential Source Code.

(b)   Protected Material designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" may be disclosed only to the individuals as set forth in Paragraph 6.4.  The following additional restrictions shall apply to the inspection and production of HIGHLY CONFIDENTIAL - SOURCE CODE, unless otherwise advised by the Producing Party or otherwise Ordered by the Court:

(c)     Any source code produced in discovery shall be made available for inspection, in electronic (e.g., native) format.  The Producing Party shall produce source code for inspection in electronic (e.g., native) format at the office of its counsel in Delaware, or at another location agreed on by the parties.  Any single reviewing session (conducted during one business day or during consecutive business days of review) shall be conducted during regular business hours (9:00 A.M. to 6:00 P.M. local time) on three (3) calendar days' written (including email) notice, or during such other hours as may be mutually and reasonably agreed upon on reasonable notice.

(d)     Source code that is designated "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be produced for inspection and review subject to the following provisions, unless otherwise agreed by the Producing Party:

(i)     The source code shall be made available for inspection on a secured computer in a secured room without Internet access or network access to other computers (the "Source Code Computer"), and the Receiving Party shall not copy, remove, or otherwise transfer any portion of the source code onto any recordable media or recordable device absent prior agreement of the Producing Party.

(ii)     The electronic source code shall be produced as it is kept in the normal course of business, or as it would be collected in the normal course of business.  The Receiving Party's outside counsel and/or Experts shall be entitled to take handwritten notes relating to the source code.  Such notes shall be labeled "HIGHLY CONFIDENTIAL – SOURCE CODE".  Such notes may include excerpts of the source code when reasonably necessary to guide the note taker's use of later-requested paper copies of the source code.  Otherwise, no copies of all or any portion of the source code may leave the room in which the

19

source code is inspected except as otherwise provided in this Protective Order.  Further, no other written or electronic record of the source code is permitted except as otherwise provided in this Protective Order.

        (iii)     The source code provider shall provide a manifest of the contents of the computer to include a list of source code files available for review to the extent practicable.

        (iv)     The Source Code Computer shall include software utilities which will allow counsel and experts to view and search the source code.  At a minimum, these utilities must provide the ability to (a) view, search, and line-number any source file, and (b) search for a given pattern of text through a number of files.

        (v)     The Receiving Party may request copies of reasonable portions of the source code identified in a reasonable manner.  In the event that the Receiving Party requests more than 15 consecutive pages, or an aggregate of more than 100 pages, of print outs of source code, the parties shall have a meet and confer in good faith.  A text editor will be provided on the source code computer so that the list of files to be printed may be saved directly to the source code computer.  If the Producing Party objects that identified files are not reasonably necessary, the Producing Party shall make such objection known to the Receiving Party within five (5) business days of the identification of any files by the Receiving party.  If, after meeting and conferring, the Producing Party and the Receiving Party cannot resolve the objection, the Producing Party shall be entitled to seek a judicial resolution of whether or not the identified source code in question is reasonably necessary to any case preparation activity.  At the request of the Receiving Party, in the absence of any objection the Producing Party shall provide within seven (7) business days of such request, paper copies of the source code identified at the time of

inspection by the Receiving Party.  The Producing Party shall print, label such files with the

file's complete path name, and append production numbers and the designation "HIGHLY

CONFIDENTIAL – SOURCE CODE".  The paper copies must be kept in a secured location at

the offices of the Receiving Party's Outside Counsel at all times.  The Receiving Party may

make no more than five additional paper copies of any portions of the source code files, not

including copies attached to court filings or trial and hearing demonstrative exhibits.  The

Receiving Party shall only make additional paper copies if such additional copies are (1)

necessary to prepare court filings, pleadings, or other papers (including a testifying expert's

expert report), or (2) necessary for deposition.  The Receiving Party shall request printing of only

such portions as are relevant to the claims and defenses in the case and are reasonably necessary

for such purpose.  Such printouts are to be of minimum 10-point, fixed-width font, and shall not

exceed sixty-five (65) lines of text per page.  The Producing Party may challenge the amount of

source code requested in hard copy form pursuant to the dispute resolution procedure and

timeframes set forth herein whereby the Producing Party is the "Challenging Party," and the

Receiving Party is the "Designating Party" for purposes of dispute resolution.

       (vi)    Except as provided in this Protective Order, no electronic copies of

the electronic source code shall be made.

       (vii)    Unless otherwise agreed in advance by the parties in writing, the

Receiving Party's Outside Counsel and/or Experts shall remove all notes, documents, and all

other materials from the source code viewing room that may contain work product and/or

attorney-client privileged information at the end of each day.  Materials inadvertently left in the

source code viewing room do not operate as a waiver of the attorney work product doctrine or

any other applicable privilege and shall be returned to the owner promptly. The Producing Party shall not be responsible for any items left in the source code viewing room.

(viii) Copies of source code that are marked as deposition exhibits shall not be provided to the court reporter or attached to deposition transcripts; rather, the deposition record will identify the exhibit by its production numbers and the Party that brought the source code to the deposition will keep possession of the marked deposition source code exhibit. If the deposition exhibit has been marked up or altered in any way by the deponent, the Receiving Party shall store the exhibit in its marked form and provide one copy to outside counsel for the other Party.

(ix) Except as provided in this sub-paragraph, absent express written permission from the Producing Party, the Receiving Party and any persons receiving source code from Receiving Party may not create electronic images, or any other images, or make electronic copies, of the source code from any paper copy of source code for use in any manner (including by way of example only, the Receiving Party and any persons receiving source code from Receiving Party may not scan the source code to a PDF or photograph the code). A party may make and use snippets and images of the source code if necessary for court filings, expert reports, discovery responses and other similar documents. All such documents shall be clearly marked "HIGHLY CONFIDENTIAL – SOURCE CODE" and, if filed, shall be filed under seal. Unless agreed by the parties, images or copies of source code shall not be included in correspondence between the parties (references to production numbers shall be used instead).

9. **PROTECTED MATERIAL SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION**

If a Party is served with a subpoena or a court order issued in other litigation that compels disclosure of any information or items designated in this action as "CONFIDENTIAL" or

"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" that Party must:

(a)     promptly notify in writing the Designating Party.  Such notification shall include a copy of the subpoena or court order;

(b)     promptly notify in writing the Party who caused the subpoena or order to issue in the other litigation that some or all of the material covered by the subpoena or order is subject to this Protective Order.  Such notification shall include a copy of this Stipulated Protective Order; and

(c)     cooperate with respect to all reasonable procedures sought to be pursued by the Designating Party whose Protected Material may be affected.  If the Designating Party timely seeks a protective order, the Party served with the subpoena or court order shall not produce any information designated in this action as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" before a determination by the court from which the subpoena or order issued, unless the Party has obtained the Designating Party's permission.  The Designating Party shall bear the burden and expense of seeking protection in that court of its confidential material—and nothing in these provisions should be construed as authorizing or encouraging a Receiving Party in this action to disobey a lawful directive from another court.

Other Proceedings.  By entering this order and limiting the disclosure of information in each of the respective above-captioned actions, the Court does not intend to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or party subject to this order who becomes subject to a motion to disclose another party's information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –

ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to this order shall promptly notify that party of the motion so that the party may have an opportunity to appear and be heard on whether that information should be disclosed.

**10.    A NON-PARTY'S PROTECTED MATERIAL SOUGHT TO BE PRODUCED IN THIS LITIGATION**

The terms of this Order are applicable to information produced by a Non-Party in an above-captioned action and designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."  Such information produced by Non-Parties in connection with that particular litigation is protected by the remedies and relief provided by this Order.  Nothing in these provisions should be construed as prohibiting a Non-Party from seeking additional protections.

In the event that a Party is required, by a valid discovery request, to produce a Non-Party's confidential information in its possession, and the Party is subject to an agreement with the Non-Party not to produce the Non-Party's confidential information then the party shall: (i) promptly notify in writing the Requesting Party that some or all of the information requested is subject to a confidentiality agreement with a Non-Party; and (ii) promptly provide the Non-Party with a copy of the Stipulated Protective Order in this litigation, the relevant discovery request(s), and a reasonably specific description of the information requested, and inform the Non-Party that it has thirty (30) days to object to the information being provided to the Requesting Party. If the Non-Party fails to seek a protective order from this Court within thirty (30) days of receiving the notice and accompanying information, the Party may produce the Non-Party's confidential information responsive to the discovery request. If the Non-Party timely seeks a protective order, the Party shall not produce any information in its possession or control that is subject to the confidentiality agreement with the Non-Party before a determination by the Court.

11.   **UNAUTHORIZED DISCLOSURE OF PROTECTED MATERIAL**

If a Receiving Party learns that, by inadvertence or otherwise, it has disclosed Protected Material to any person or in any circumstance not authorized under this Stipulated Protective Order, the Receiving Party must immediately (a) notify in writing the Designating Party of the unauthorized disclosures, (b) use its best efforts to retrieve all unauthorized copies of the Protected Material, (c) inform the person or persons to whom unauthorized disclosures were made of all the terms of this Order, and (d) request such person or persons to execute the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A.

12.   **INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE PROTECTED MATERIAL**

Pursuant to Federal Rule of Evidence 502, the inadvertent production or disclosure of any document or thing (including information and Protected Material) otherwise protected by the attorney-client privilege, work-product immunity, or other privilege or immunity shall not operate as a waiver of any such privilege or immunity.  If any Receiving Party recognizes that any Producing Party (or Non-Party) may have inadvertently produced such protected information, it shall notify the Producing Party promptly, and follow such procedures as set forth in this Order.  If, after recognizing that privileged information has been produced or disclosed (through notice by a Receiving Party or otherwise), the Producing Party who made the inadvertent production or disclosure sends to each Receiving Party a written request for return of the inadvertently produced or disclosed document or thing within a reasonably prompt period of time.  Within ten (10) days of receiving such a request, the Receiving Party shall (a) return to the Producing Party all such documents and things identified by the Producing Party as being protected by the attorney-client privilege, work-product immunity, or other privilege or immunity and as having been inadvertently produced, and (b) delete any electronic records

25

thereof.  The Receiving Party shall not utilize the information contained in the inadvertently produced documents or things for any purpose, or disseminate or transmit such information, except as provided in subparagraph (a) below.

(a)      If the Receiving Party wishes to contest that any such document or thing is protected by the attorney-client privilege or by work-product immunity, the Receiving Party shall so notify the Producing Party in writing when the document or thing is returned to the Producing Party ("Notice of Designation").  The Receiving Party may retain one (1) copy of the document(s) or thing(s) at issue for the purposes of filing a motion to contest the designation. The copy retained by the Receiving Party must be sequestered, and may not be used for any purpose except to present the information to the Court for a determination of the claim of privilege.

(b)      Within five (5) days after receiving a Notice of Designation, the Producing Party shall provide to the Receiving Party for each such document or thing a description of the basis for the claim of privilege or immunity.

(c)      Within five (5) days after receiving such description, the Receiving Party may seek relief from the Court to compel production of such documents and things, the protection of which is still disputed.   Any motion filed pursuant to this paragraph shall be filed under seal in accordance with the procedures set forth herein for filing Protected Material with the court.  If the Receiving Party does not contact the Court pursuant to Section 4(f) of the Scheduling Order to contest the designation within such five (5)-day period, the one (1) copy, if any, retained by the Receiving Party as set forth in subparagraph (a) of this section 12 shall be immediately returned to the Producing Party.  Likewise, in the event that the Court rejects the Receiving Party's challenge to the privileged status of the inadvertent production, the one (1) copy, if any,

26

retained by the Receiving Party as set forth in subparagraph (a) of this section 12 shall be immediately returned to the Producing Party.

(d)      With respect to documents and things subsequently generated by a Receiving Party, which documents and things contain information derived from such inadvertently produced documents and things, if the Receiving Party does not notify the Producing Party that the Receiving Party disputes the claims of attorney-client privilege or work-product immunity, or if the Court rejects any challenge by the Receiving Party to the privileged status of the inadvertent production, the Receiving Party shall make reasonable efforts to either destroy the derivative documents and things or redact from them all such derivative privilege or work-product information in a manner such that the derivative information cannot in any way be retrieved or reproduced.

(e)      The procedures set forth in this section 12 for challenging the privileged status of an inadvertent production shall not result in any waiver of the attorney-client privilege, the work product immunity, or any other privilege or immunity.  There shall be no waiver of the attorney-client privilege, the work product immunity, or any other privilege or immunity for an inadvertent disclosure or production if the Producing Party complies with the procedures set forth in this Section 12 with respect to such inadvertent disclosure or production.

## 13.    __MISCELLANEOUS__

13.1    __Right to Further Relief__. Nothing in this Order abridges the right of any person to seek its modification by the Court in the future.

13.2    __Right to Assert Other Objections__. By stipulating to the entry of this Protective Order no Party waives any right it otherwise would have to object to disclosing or producing any information or item on any ground not addressed in this Stipulated Protective Order.  Similarly,

no Party waives any right to object on any ground to use in evidence of any of the material covered by this Protective Order.

      13.3    <u>Filing Protected Material</u>.  All documents of any nature, including briefs, that have been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" and that are filed with the Court, shall be filed under seal in accordance with the Local Rules of the United States District Court for the District of Delaware.  The parties filing any brief, memorandum, motion, letter or other document (a "Filing") under seal with the Court because the Filing would disclose information from a document that is otherwise required to be filed under seal pursuant to the provisions of this Stipulation and Order shall comply with the provisions set forth in this Stipulation and Order, including the procedures for filing and marking such materials as set forth above.  Any Party who objects to the continued restriction on public access to any document filed under seal pursuant to the provisions of this Stipulation and Order shall give written notice of his objection to the Designating Party.  A Party does not waive its right to challenge a confidentiality designation by electing not to mount a challenge promptly after the original designation is disclosed.

      13.4    <u>Service by Email Permitted</u>.  The parties hereby consent that all documents required to be served in this case may be served by an email directed to a representative of the opposing party's lead and local counsel.

## 14.    **FINAL DISPOSITION**

      Within 60 days after the final disposition of an above-captioned action, as defined in paragraph 3, each Receiving Party must return all Protected Material to the Producing Party or destroy such material.  Whether the Protected Material is returned or destroyed, the Receiving Party must submit a written certification to the Producing Party (and, if not the same person or

entity, to the Designating Party) by the 60-day deadline confirming the return or destruction of the Protected Material.  Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition, and hearing transcripts, legal memoranda, correspondence, deposition and trial exhibits, expert reports, attorney work product, and consultant and expert work product, even if such materials contain Protected Material.  Any such archival copies that contain or constitute Protected Material remain subject to this Protective Order as set forth in Section 3 (DURATION).

**IT IS SO STIPULATED.**

DEVLIN LAW FIRM LLC

/s/ Timothy Devlin
Timothy Devlin (#4241)
1526 Gilpin Avenue
Wilmington, DE 19801
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiffs*

FISH & RICHARDSON, P.C.

/s/ Warren K. Mabey Jr.
Warren K. Mabey Jr. (#5775)
Ronald P. Golden III (#6254)
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
302-652-5070
mabey@fr.com
golden@fr.com

*Attorney for Defendants CRACKLE PLUS, LLC,*
*CHICKEN SOUP FOR*
*THE SOUL ENTERTAINMENT, INC., SONY*
*PICTURES TELEVISION INC., AND*
*SONY PICTURES ENTERTAINMENT INC.*
*(CRACKLE INC. IS A NON-EXISTING*
*ENTITY)*

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

OF COUNSEL:
Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000
edward.reines@weil.com

W. Sutton Ansley
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Andrew M. Moshos (#6685)
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
amoshos@mnat.com

OF COUNSEL:
Steven Lieberman
Sharon L. Davis
Brian S. Rosenbloom
Jennifer B. Maisel
Nicole DeAbrantes
ROTHWELL, FIGG, ERNST & MANBECK,
P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
(202) 783-6040
slieberman@rothwellfigg.com
sdavis@rothwellfig.com

30

Washington, DC 20036                    brosenbloom@rothwellfigg.com
(202) 682-7018                          jmaisel@rothwellfigg.com
sutton.ansley@weil.com                  ndeabrantes@rothwellfigg.com

*Attorneys for Defendants SHOWTIME*     *Attorneys for Defendant VUDU, INC.*
*DIGITAL INC., and SHOWTIME*
*NETWORKS INC.,*


SO ORDERED this _____ day of _____, 2020.


_____
United States District Court Judge

## EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of

_____ [print or type full address], declare under

penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order

that was issued by the United States District Court for the District of Delaware on [date] in the

cases of *Helios Streaming, LLC et al v. Crackle, Inc. et al*, Civil Case No. 1:19-cv-01818-CFC-

SRF, *Helios Streaming, LLC et al v. Vudu, Inc.*, Civil Case No. 1:19-cv-01792-CFC-SRF, and

*Helios Streaming, LLC et al v. Showtime Digital Inc. et al*, Civil Case No. 1:19-cv-01978-CFC-

SRF ("the Actions"). I agree to comply with and to be bound by all the terms of this Stipulated

Protective Order and I understand and acknowledge that failure to so comply could expose me to

sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in

any manner any information or item that is subject to this Stipulated Protective Order to any person

or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the

District of Delaware for the purpose of enforcing the terms of this Stipulated Protective Order,

even if such enforcement proceedings occur after termination of this Action.


Date: _____


City and State where sworn and signed: _____


Printed name: _____


Signature: _____

# EXHIBIT E

US008645562B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 8,645,562 B2**
(45) Date of Patent: **Feb. 4, 2014**

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT**

(75) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignees: **Electronics and Telecommunications Research Institute**, Daejeon (KR); **Industry-University Cooperation Foundation Korea Aerospace University**, Goyang-si Gyeonggi-do (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/820,955**

(22) PCT Filed: **Sep. 6, 2011**

(86) PCT No.: **PCT/KR2011/006573**
§ 371 (c)(1),
(2), (4) Date: **Mar. 5, 2013**

(87) PCT Pub. No.: **WO2012/033319**
PCT Pub. Date: **Mar. 15, 2012**

(65) **Prior Publication Data**
US 2013/0166771 A1      Jun. 27, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/380,277, filed on Sep. 6, 2010, provisional application No. 61/390,328, filed on Oct. 6, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/417,931, filed on Nov. 30, 2010, provisional application No. 61/434,036, filed on Jan. 19, 2011.

(30) **Foreign Application Priority Data**

Sep. 6, 2011    (KR) ........................ 10-2011-0089923

(51) **Int. Cl.**
*G06F 12/00*           (2006.01)

(52) **U.S. Cl.**
USPC .......................................... **709/231**; 709/236

(58) **Field of Classification Search**
USPC .......... 709/203, 217–218, 223–229, 231, 236
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,512,665  B1 *  3/2009  Cragun ........................ 709/217
8,468,145  B2 *  6/2013  Fedorynski et al. .......... 707/709
(Continued)

FOREIGN PATENT DOCUMENTS

KR       1020050000490  A      1/2005
KR       1020050075633  A      7/2005
(Continued)

*Primary Examiner* — Zarni Maung
(74) *Attorney, Agent, or Firm* — William Park & Associates Patent Ltd.

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of content are provided. The metadata may include one or more BaseURL elements. Uniform Resource Locators (URLs) of segments forming media may be generated based on the BaseURL elements. Additionally, a URL of a segment may be generated by mapping a BaseURL element among the BaseURL elements to a sourceURL attribute of the segment. Segments indicated by generated URLs may be identical to each other.

**12 Claims, 6 Drawing Sheets**



**US 8,645,562 B2**

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

2008/0034424  A1*   2/2008  Overcash et al.  ...............  726/22
2008/0050096  A1    2/2008  Ryu
2008/0126943  A1*   5/2008  Parasnis et al.  ...............  715/730
2008/0222244  A1*   9/2008  Huang et al.  .................  709/203

2009/0217354  A1*   8/2009  Blum et al.  .......................  726/3

FOREIGN PATENT DOCUMENTS

KR        1020080108568  A    12/2008
WO             03/073768  A1    9/2003

* cited by examiner

**FIG. 1**



U.S. Patent          Feb. 4, 2014          Sheet 2 of 6          US 8,645,562 B2

**FIG. 2**



U.S. Patent          Feb. 4, 2014          Sheet 3 of 6          US 8,645,562 B2

## FIG. 3



**FIG. 4**



**U.S. Patent**     Feb. 4, 2014     **Sheet 5 of 6**     **US 8,645,562 B2**

**FIG. 5**



**FIG. 6**



US 8,645,562 B2

**1**

## APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT

### TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

### BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

### DISCLOSURE OF INVENTION

#### Technical Goals

An aspect of the present invention provides an apparatus and method that may interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Another aspect of the present invention provides an apparatus and method that may generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

#### Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media, the method including: receiving metadata of media, the metadata including one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment.

The request may be sent using an HTTP GET method.

The metadata may include a range attribute.

The request may include a request for bytes of a resource indicated by the URL that are designated by the range attribute.

The URL may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements.

**2**

A first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL may be generated.

The metadata may be a Media Presentation Description (MPD) of the media.

The media may include a sequence of one or more periods.

A BaseURL element may include one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods.

A URL of a segment included in each of the periods may be resolved with respect to a period level BaseURL element.

The period level BaseURL elements may be resolved with respect to the MPD level BaseURL elements.

Each of the periods may include one or more groups.

The BaseURL element may further include one or more group level BaseURL elements of the groups.

A URL of a segment included in each of the groups may be resolved with respect to a group level BaseURL element.

The group level BaseURL elements may be resolved with respect to the period level BaseURL elements.

Each of the groups may include one or more representations.

Each of the representations may be a structured collection of one or more components of the media within a period.

The BaseURL element may further include one or more representation level BaseURL elements of the representations

A URL of a segment included in each of the representations may be resolved with respect to a representation level BaseURL element.

The representation level BaseURL elements may be resolved with respect to the group level BaseURL elements or the period level BaseURL elements.

According to another aspect of the present invention, there is provided a terminal, including: an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata including one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and a media engine to receive the data of the media from the access engine, and to output the media.

#### Effect of the Invention

According to embodiments of the present invention, it is possible to interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Additionally, according to embodiments of the present invention, it is possible to generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

#### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

US 8,645,562 B2

**3**

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

FIG. **6** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP cashes.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies.

Media content and content may be used as interchangeable terms.

A media presentation (or media) may be a structured collection of data used to establish bounded or unbounded presentation of media content including components of continuous media.

In other words, the media presentation may be a structured collection of data that is accessible to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description for a media presentation.

The media presentation may be described by an MPD including possible updates of the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

Intervals may be interchangeable with periods. The term period may be used as a term of 3rd Generation Partnership Project (3GPP) adaptive HTTP streaming.

A period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation.

In other words, the media presentation may include a sequence of one or more periods.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

**4**

The metadata may be an MPD.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may refer to a smallest unit within segments that may be indexed by a segment index at the segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content.

A representation may refer to a structured collection of one or more media components within a single period. A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal **100** may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server **110** may perform hosting on DASH segments. The server **110** may be compatible with a server specified in RFC 2616.

US 8,645,562 B2

**5**

In operation **120**, the terminal **100** may receive metadata of media (or content) from the server **110**. In other words, the server **110** may transmit the metadata of the media to the terminal **100**.

The metadata may include BaseURL elements. One or more BaseURL elements may be provided.

In operation **130**, the terminal **100** may process the received metadata. In operation **130**, the terminal **100** may extract information provided by the metadata, or information included in the metadata.

In operations **140** through **150**, the terminal **100** may access a segment of the media based on the information provided by the metadata.

Each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The metadata may describe a group element describing each of the groups.

In operation **140**, the terminal **100** may send a request for a segment of the media to the server **110** using a URL of the segment. The URL may be resolved with respect to one of the above-described BaseURL elements. For example, the URL of the segment may be generated based on a BaseURL element.

The terminal **100** may request the server **110** to transmit a segment suitable for a specific interval based on the processed metadata. In other words, the requested segment may be selected based on the metadata. The request may be sent using the HTTP GET method.

The metadata may include a range attribute. The request may include a request for bytes of a resource indicated by a URL that are designated by the range attribute.

The URL of the segment may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements. In other words, identical segments may be selectively accessible by the URLs provided by the BaseURL elements.

Additionally, a first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL of the segment may be generated.

In operation **145**, in several cases, the server **110** may need to parse content (for example, a Moving Picture Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC)), and may extract a data part suitable for the requested segment.

In operation **150**, the server **110** may transmit, to the terminal **100**, segments suitable for each request from the terminal **100**. The terminal **100** may receive the segments from the server.

In operation **160**, the terminal **100** may perform decoding and rendering on data of the media included in the segment, to play back the media.

The terminal **100** may play back the media using the received segments by repeating operations **120** through **160**.

Here, a BaseURL element may include an MPD level BaseURL element of an MPD, and a period level BaseURL

**6**

element of each period. The period level BaseURL element may refer to a BaseURL element applied to a period to which the period level BaseURL element belongs. In other words, a URL of a segment included in each period may be resolved with respect to the period level BaseURL element.

One or more MPD level BaseURL elements may be provided, and one or more period level BaseURL elements may be provided.

Additionally, the BaseURL element may further include a group level BaseURL element of a group. A URL of a segment included in each group may be resolved with respect to the group level BaseURL element. One or more group level BaseURL elements may be provided.

The BaseURL element may further include a representation level BaseURL element of a representation. A URL of a segment included in each representation may be resolved with respect to the representation level BaseURL element.

A BaseURL element of a specific level may be resolved with respect to a BaseURL element of a higher level. For example, a period level BaseURL element may be resolved with respect to an MPD level BaseURL element. A group level BaseURL element may be resolved with respect to a period level BaseURL element. A representation level BaseURL element may be resolved with respect to a group level BaseURL element or a period level BaseURL element.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information **210**: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information **220**: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information **230**: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **240**: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. **1**, parameters requested by the client may be derived from the information of categories 1) through 3).

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **310**, interval-level information **320**, QoS information **330**, and mapping information **340**. Linking of related parts of the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information **310** and interval-level information **320** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only

US 8,645,562 B2

7

the content-level information **310** and interval-level information **320** are sent to the client, a processing model may be "server-based."

When the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340**) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **310** may be sent once, and only the interval-level information **320** may be periodically updated. Similarly, a single file containing the QoSInfo **330** may be used for different intervals and different contents.

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization (ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may

8

employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the following tables, the syntax elements may be described hierarchically. In other words, a child element may be shown in a column on the right of a parent element of the child element. "Leaf"-level elements may be shown in italic, and parent elements may be shown in bold letter. A parent element may be represented by a corresponding XML type and a file box.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <minOccurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may equally be applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| **HttpStr** | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreamingType | 'htps' box |
| | **GeneralInfo** | | 0 . . . N | Contains the general information of the described content | GeneralInfoType | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in 1 second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStartTime | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |
| | | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | | DefaultIntDuration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |
| | | MinUpdateTime | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |
| | | ConsistentQoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the | boolean | flag of the |

US 8,645,562 B2

9 | 10

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | | whole content duration. | | |
| DefaultContentLoc | 0 . . . 1 | Provides a default location for the content. | anyURI | box string of URL |
| IntervalsRef | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | IntervalsRefType | 'iref' box |
| Interval | 0 . . . N | Provides information of an interval of content. The information of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfoType | 'inti' box |
| QoSInfoRef | 0 . . . 1 | Provides reference to description represented by QoSInfo element. If QosInfoRef element is present, QoSInfo element may not be present at the same level. | dia:ReferenceType | 'qref' box |
| QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| MappingInfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:ReferenceType | 'mref' box |
| MappingInfo | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc element (if not, DefaultContentLoc) can be used to retrieve content. If MappingInfo element is present, MappingInfoRef element may not be present. | MappingInfoType | 'mapi' box |
| NextIntervalsRef | 0 . . . 1 | Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | IntervalsRefType, may be extended from dia:ReferenceType | 'nref' box |
| PreviousIntervalsRef | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. | IntervalsRefType, may be extended from dia:ReferenceType | 'nref' box |

US 8,645,562 B2

**11**                                                                    **12**

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | | Within the current time window, only the first interval may contain NextIntervalsRef element. | | |

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | | | | | |
| | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:Reference Type | string (representing url) |
| IntervalInfo | | | | | |
| | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
| | StartTime | 0 . . . 1 | Indicates the start time of the interval. | | |
| | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
| | DefaultFrag Duration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |
| | DefaultContent Int Loc | 0 . . . 1 | Provides a default location for the content interval. | anyURI type | string |
| | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef | | | | | |
| | startTime | | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration | |
| | AvailableTime | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |
| | Index | 1 | Indicates the order (starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |

US 8,645,562 B2

**13**                  **14**

TABLE 2-continued

| | | | | |
|---|---|---|---|---|
| Location | 1 | Provides reference to description file that contains Interval descriptions. | sx: anyURI type or uri element in dia: Reference Type | string (representing url) |

The following Table 3 describes the QoSInfo element.

TABLE 3

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some tems or names. | dia:DescriptionMetadataType | 'csmr' box |
| | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:DescriptionMetadataType | a url string |
| (1) | Resource | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UFDataType in DIA-Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UFDataType | 'adpo' box |
| (3) | Utility | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UFDataType | 'util' box |
| | UtilityRank | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |
| | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

50

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some tems or | dia:DescriptionMetadataType | 'csmr' box |

US 8,645,562 B2

15 16

### TABLE 4-continued

| | Element | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|---|
| | | scheme | 1 . . . N | names. Provides reference to a classification scheme. | Attr. alias & href in dia:DescriptionMetadataType | a url string |
| (1) | Resource | | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UFDataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator | | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UFDataType | 'adpo' box |
| (3) | Utility | | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UFDataType | 'util' box |
| | UtilityRank | | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |
| | | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

| Element (1), (2), (3) | | | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|
| | Name | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find semantics of the identifier in a classification scheme. | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |
| | CSref_ind | 0 . . . 1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
| | LevelNum | 0 . . . 1 | Indicates the number of levels. | Not applicable | unsigned int(16) |
| | LevelIndex | 1 . . . N | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| | Value | 1 . . . N | Indicates the value of a resource type (adaptation operator, or utility) of an alternative. The number of instances of Value element is equal to the number of alternatives. | a component in dia:VectorDataType | unsigned int(32) |

The following Table 5 shows mapping information.

### TABLE 5

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|
| MappingInfo | | 0 . . . 1 | | MappingInfoType | 'mapi'box |
| | AlterLocID | 0 . . . 1 | Provides a location ID for each alternative described in QoSInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:IntegerVectorType | 'aloc' box |

US 8,645,562 B2

**17**                                                                 **18**

TABLE 5-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|
| | Value | 1 . . . N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of alternatives. The $n^{th}$ instance of Value element corresponds to the $n^{th}$ alternative of QoSInfo description. | integer | unsigned int(16) |
| ReqQoSPara | | 0 . . . N | Indicates a parameter of QoSInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoSParaType that extends dia:BooleanVectorType | 'reqp' box |
| | RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |
| | All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| | ReqFlag | 0 . . . N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of BooleanVectorType | unsigned int(8) |
| LocationList | | 1 | Provides a list of locations for retrieving content alternatives | LocationListType | 'locl' box |
| | Location | 1 . . . N | Provides information of a location | LocationType | 'loca' box |

Semantics of Location elements may be further provided as shown in Table 6.

TABLE 6

| | | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudocode (MP4) |
|---|---|---|---|---|---|---|
| Location | | | 0 . . . N | | LocationType | 'loca' box |
| | LocID | | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |
| | StrLocation | | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocationType | 'stlo' box |
| | | FragNum | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
| | | StreamUrl | 0 . . . 1 | Describes a URL of a stream | anyURItype | string |
| | | FragmentUrl | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURItype | string |
| | | FragTime | 0 . . . 1 | Provides durations of fragments. | dia:VectorDataType | 'frtm' box |
| | | | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |

US 8,645,562 B2

| 19 | | | | | 20 |
|---|---|---|---|---|---|

### TABLE 6-continued

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudocode (MP4) |
|---|---|---|---|---|---|
| RandAccess | | 0 . . . 1 | Describes fragments that support random access. | dia:VectorDataType | 'rdac' box |
| | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
| MP2TSPara | | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TSParaType | 'mp2p' box |
| | PID | 0 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
| FragBoundaries | | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | FragBoundariesType | 'frbd' box |
| | MP2TSBoundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TSBoundaryType | 'mp2b' box |
| | ISOFileBoundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | ISOFileBoundaryType | 'isfb' box |
| | ByteRanges | 1 | Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRangesType | 'brag' box |

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

### TABLE 7

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| MP2TS Boundary | | | | MP2TS Boundary Type | 'mp2b' box |
| | PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |

US 8,645,562 B2

21

22

TABLE 7-continued

| | | | | | |
|---|---|---|---|---|---|
| | PCR_base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
| | PCR_ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
| | Appearance | 1 | Describes the appearance order (e.g., 1st, 2nd) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. | integer | unsigned int(16) |
| | Media_PID | 1 . . . N | Describes PID of a media (e.g., video) of a program. The number of instances of Media_PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
| | Media_Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media Offset is associated with the $n^{th}$ instance of Media_PID. | integer | unsigned int(16) |
| ISOFile Boundary | | | | ISOFile BoundaryType integer | 'isfb' box unsigned int(16) |
| | SequenceNo | 1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |
| ByteRanges | | | | ByteRanges Type integer | 'brag' box unsigned int(32) |
| | Start | 1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
| | End | 1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |
| | Media_PID | 0 . . . N | Describes PID of a media (e.g., video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Hereinafter, a Client Request Will be Described.

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the client may be URIs, and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-Based Scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information 310 and general interval information 320.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation 140):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed Scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information 310, general interval information 320, and QoS information 330.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part (of the request in operation 140) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

US 8,645,562 B2

23

b) "oper1", "oper2", . . . , and "operN": "operi" carries a value of an $i^{th}$ adaptation operation that appears in the QoS information.

c) "res1", "res2", . . . , "resN": "resi" carries a value of an $i^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5&bitrate=550."

3) Client-Based Scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

24

example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of MappingInfo.

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation **140**) may be used.

1) For an MPEG-2 TS boundary, Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End

Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

Start-End pairs may be used by a range header of an HTTP request message. For example, if {(Start=0, End=99); (Start=200, End=299)}, the header may be "Range: bytes=0-99, 200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

TABLE 8

```
<complexType name="HTTPStreamingType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="GeneralInfo" type="GeneralInfoType" minOccurs="0"/>
        <choice minOccurs="0" maxOccurs="unbounded">
          <element name="IntervalsRef" type="IntervalsRefType"/>
          <element name="Interval" type="IntervalType"/>
        </choice>
      </sequence>   </complexContent>
</complexType>
```

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

TABLE 9

```
<complexType name="GeneralInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="LiveStartTime" type="dateTime" minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultIntDuration" type="integer" minOccurs="0"/>
        <element name="MinUpdateTime" type="integer" minOccurs="0"/>
        <element name="ConsistentQoSInfo" type="boolean" minOccurs="0"/>
        <element name="DefaultContentLoc" type="anyURI" minOccurs="0"/>
      </sequence>
    </extension>
```

US 8,645,562 B2

**25**                                                                                      **26**

TABLE 9-continued

```
  </complexContent>
</complexType>
```

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOccurs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

The following Table 11 shows syntax representation of IntervalType in the XML format.

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType" minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:ReferenceType"/>
        </choice>
        <element name="PreviousIntervalsRef" type="IntervalsRefType" minOccurs="0"/>
        <element name="NextIntervalsRef" type="IntervalsRefType" minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 12 shows syntax representation of IntervalInfoType in the XML format.

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer" minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI" minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

The following Table 13 shows syntax representations of ISOFileBoundaryType and ByteRangesType in the XML format.

US 8,645,562 B2

27
28

TABLE 13

```
<complexType name="ISOFileBoundaryType" >
  <sequence>
    <element name="SequenceNo" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code format will be described. Representation of the above syntax elements may be provided in the MP4 pseudo-code format.

The following Table 14 shows syntax representation of HTTPStreamingBox in the MP4 pseudo-code format.

TABLE 14

```
HTTPStreamingBox
  Box Type: 'htps'
  Container: Signaling file
  Mandatory: Yes
  Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

FIG. 4 is a diagram illustrating detecting of virtual boundaries in an MPEG-2 TS according to an embodiment of the present invention.

In a TS, PCR packets of a given program may be carried with fixed PIDs (namely, PCR_PID), and may be inserted at least every 100 ms.

The PCT packets (with increasing values) may be considered as anchor points of the program. On the other hand, each media of a program may be carried by packets of a given PID (namely, Media_PID).

Accordingly, a fragment boundary of a media stream may be defined or identified by 1) a specific anchor point and 2) an offset from the anchor to the packet at the boundary.

The offset may be counted by the packets of the same Media_PID.

PCR values may be occasionally reset (discontinuity). For example, when one or more PCR packets have the same PCR value in an interval, an appearance order of PCR packets used as anchors may be indicated.

A sourceURL attribute may be changed from required to optional. This is because baseURL already provides a complete URL. The sourceURL may be unnecessary.

The use of multiple byte ranges may provide flexibility in downloading "virtual segments." For example, a segment of a low frame rate (that is able to be used in a trickmode) may be extracted on-the-fly from a stream or an original segment.

In addition, to support using multiple URLs for a Representation, the following modifications may be applied to the schema of 3GPP Adaptive HTTP Streaming.

Hereinafter, Multiple Locations for the Same Resource/Content Will be Described.

Each level of description (a top-level, a Period level, and a Representation level) may provide only a single BaseURL for building absolute URLs from the description.

Multiple BaseURLs may be provided at each description level. Multiple BaseURLs may signal availability of resources at multiple locations.

Depending on an actual location of a client, the client may select one or more BaseURLs in a process of retrieving resources.

Such a modification may be implemented by different ways. One way may be to use an additional attribute called "morebaseURLs," or an element called "BaseURLs."

The attribute or element may be a string formed of multiple (base) URLs. The string may be separated by several special characters, for example ";" (namely, a semicolon and a space).

For example, when a semicolon or space appears within a URL, the semicolon or space may be encoded by the rules of RFC 2616.

The morebaseURLs attribute (or BaseURLs element) of a lower description level may override the same attribute (or element) of the higher description level.

For clarity, the morebaseURLs attribute and BaseURLs element may be restricted to be mutually exclusive. In other words, only a single type may exist in a whole description.

Another way may be to use a MoreBaseURL element of any URI type with multiple instances, where each instance provides a BaseURL.

The different ways may be merely examples of ideas for providing multiple BaseURLs. The ideas may be implemented in many other ways or even other languages.

Hereinafter, Multiple Locations for Resource/Content Components Will be Described.

Resource/content may be divided into one or more components/streams. Each of the one or more components/streams may be delivered from a location. The delivering may be supported by allowing multiple instances of an UrlTemplate element or a Url element set in SegmentInfoType. A modification "<xs:choice maxOccurs="unbounded">" in SegmentInfoType may be used for the above purpose.

The appearance order of an UrlTemplate instance or a Url set instance may indicate importance of "location/stream." A more important location may appear before a less important location. For example, a video Representation may include two streams (for example, a spatial base layer, and a spatial enhancement layer). Each of the two streams may be delivered from a location described by UrlTemplate. Subsequently, the first instance of UrlTemplate may be a location for the spatial base layer.

Moreover, multiple instances of InitialisationSegmentURL may be allowed. An $n^{th}$ instance of InitialisationSegmentURL may correspond to an $n^{th}$ instance of a location (by either the UrlTemplate element or the Url element set).

For example, when only a single instance of InitialisationSegmentURL exists, the instance may be used for all locations.

The following Tables 15 through 19 show the schema of 3GPP AdaptiveHTTPStreaming.

US 8,645,562 B2

**29**

**30**

TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
   attributeFormDefault="unqualified"
   elementFormDefault="qualified"
   xmlns:xs="http://www.w3.org/2001/XMLSchema"
   xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
   <xs:annotation>
     <xs:appinfo>Media Presentation Description</xs:appinfo>
     <xs:documentation xml:lang="en">
       This Schema defines 3GPP Media Presentation Description!
     </xs:documentation>
   </xs:annotation>   <!-- MPD: main element -->
   <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
   <xs:sequence>
     <xs:element     minOccurs="0"     name="ProgramInformation"
type="ProgramInformationType"/>
     <xs:choice maxOccurs="unbounded">
        <xs:element name="Period" type="PeriodType"/>
        <xs:element name="PeriodsRef" type="PeriodsRefType"/>
     </xs:choice>
     <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
     <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
     <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
   <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
   <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
   <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
   <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
   <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
   <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
   <xs:attribute name="baseUrl" type="xs:anyURI"/>
   <xs:attribute name="morebaseUrls" type="xs:string"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
   <xs:sequence>
     <xs:element name="Location" type="xs:anyURI"/>
   </xs:sequence>
   <xs:attribute name="startTime" type="xs:duration"/>
   <xs:attribute name="duration" type="xs:duration"/>
   <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
   <xs:restriction base="xs:string">
     <xs:enumeration value="OnDemand"/>
     <xs:enumeration value="Live"/>
   </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
   <xs:sequence>
     <xs:element     minOccurs="0"     name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
     <xs:element     maxOccurs="unbounded"     name="Representation"
type="RepresentationType"/>
     <xs:element     minOccurs="0"     name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
     <xs:element minOccurs="0" name="NextPeriodsRef" type="xs:PeriodsRef"/>
     <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="start" type="xs:duration"/>
   <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
   <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
   <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
```

US 8,645,562 B2

**31**

**32**

TABLE 16-continued

```
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
   <xs:sequence>
      <xs:element   minOccurs="0" name="Title" type="xs:string"/>
      <xs:element   minOccurs="0" name="Source" type="xs:string"/>
      <xs:element   minOccurs="0" name="Copyright" type="xs:string"/>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
   <xs:sequence>
      <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
      <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="baseURL" type="xs:anyURI"/>
   <xs:attribute name="morebaseUrls" type="xs:string"/>
   <xs:attribute name="duration" type="xs:duration"/>
   <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
   <xs:sequence>
      <xs:element name="SegmentInfo" type="SegmentInfoType"/>
      <xs:element   minOccurs="0"   name="ContentProtection"
type="ContentProtectionType"/>
      <xs:element minOccurs="0" name="TrickMode" type="TrickModeType"/>
      <xs:element   minOccurs="0"   maxOccurs="unbounded"   name="Quality"
type="QualityType"/>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
      <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
   <xs:attribute name="width" type="xs:unsignedInt"/>
   <xs:attribute name="height" type="xs:unsignedInt"/>
   <xs:attribute name="lang" type="xs:string"/>
   <xs:attribute name="mimeType" type="xs:string" use="required"/>
   <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>
   <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
   <xs:attribute name="requestPara" type="xs:string"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
   <xs:sequence>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="name" type="xs:QualityNameType"/>
   <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
   <xs:restriction base="xs:string">
      <xs:enumeration value="PSNR"/>
      <xs:enumeration value="MOS"/>
      <xs:enumeration value="ODG"/>
      <xs:enumeration value="DI"/>
```

US 8,645,562 B2

**33**

**34**

TABLE 18-continued

```
    </xs:restriction>
  </xs:simpleType>
  <!-- Segment access information -->
  <xs:complexType name="SegmentInfoType">
    <xs:sequence>
      <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
      <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
      <xs:element     minOccurs="0"     maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
      <xs:choice maxOccurs="unbounded">
        <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
        <xs:sequence>
          <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
          <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
      </xs:choice>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="randAccess" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  <!-- A Segment URL -->
  <xs:complexType name="UrlType">
    <xs:sequence>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
    <xs:attribute name="range" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
```

TABLE 19

```
  <!-- A URL template -->
  <xs:complexType name="UrlTemplateType">
    <xs:sequence>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs : attribute name="sourceURL" type="xs:anyURI"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
    <xs:attribute name="endIndex" type="xs:unsignedInt/">
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  <!-- Gives information about the content protection -->
  <xs:complexType name="ContentProtectionType">
    <xs:sequence>
      <xs:element minOccurs="0" name="SchemeInformation" type="xs:string"/>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  <!-- Gives information about trick mode -->
  <xs:complexType name="TrickModeType">
    <xs:sequence>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
</xs:schema>
```

US 8,645,562 B2

35

FIG. **5** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

A controller **510** may perform operations **130** and **140**. Specifically, the controller **510** may process the metadata of the interval.

A transceiver **520** that selects a fragment suitable for the interval based on the processing may perform operations **120**, **140**, and **150**. Specifically, the transceiver **520** may receive the metadata of the interval of the content from the server **110**, may send a request for the fragment suitable for the interval to the server, and may receive the fragment from the server.

FIG. **6** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

The terminal **100** may include an access engine **610**, and a media engine **620**.

The access engine **610** may be a DASH access engine.

The access engine **610** may receive metadata (for example, an MPD) from the server **110**.

The access engine **610** may form requests, and may issue the formed requests to the server **110**. The access engine **610** may receive media (for example, segments or parts of the segments) from the server **110**. The access engine may request a segment of the media using a URL of the segment.

The access engine **610** may receive segments of the media based on information provided by the metadata. Here, each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The access engine **610** may provide the media to the media engine **620**. The access engine **610** may decode data of the media included in the segments.

An output of the access engine **610** may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **610** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **620** may play back the provided media. Specifically, the media engine **620** may receive data of the media from the access engine, and may output the media. The media engine **620** may output the media using the data of the media and the timing information that are output from the access engine **610**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **5** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as floptical disks; and hardware devices that are specially configured to store and perform program

36

instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method for providing media, the method comprising:
receiving metadata of media, the metadata comprising one or more BaseURL elements;
sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element;
receiving the segment; and
decoding and rendering data of the media that is included in the segment,
wherein the request is sent using an HTTP GET method, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

**2**. The method of claim **1**, wherein the metadata is a Media Presentation Description (MPD) of the media.

**3**. The method of claim **2**, wherein the media comprises a sequence of one or more periods,
wherein a BaseURL element comprises one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods, and
wherein a URL of a segment included in each of the periods is resolved with respect to a period level BaseURL element.

**4**. A method for providing media, the method comprising:
receiving metadata of media, the metadata comprising one or more BaseURL elements;
sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element;
receiving the segment; and
decoding and rendering data of the media that is included in the segment,
wherein the metadata comprises a range attribute, and
wherein the request comprises a request for bytes of a resource indicated by the URL that are designated by the range attribute, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

**5**. The method of claim **4**, wherein the metadata is a Media Presentation Description (MPD) of the media.

**6**. The method of claim **5**, wherein the media comprises a sequence of one or more periods,
wherein a BaseURL element comprises one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods, and
wherein a URL of a segment included in each of the periods is resolved with respect to a period level BaseURL element.

US 8,645,562 B2

37

**7**. A method for providing media, the method comprising:

receiving metadata of media, the metadata comprising one or more BaseURL elements;

sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element;

receiving the segment; and

decoding and rendering data of the media that is included in the segment,

wherein the URL is an absolute URL or a relative URL, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

**8**. The method of claim **7**, wherein the metadata is a Media Presentation Description (MPD) of the media.

**9**. The method of claim **8**, wherein the media comprises a sequence of one or more periods,

wherein a BaseURL element comprises one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods, and

wherein a URL of a segment included in each of the periods is resolved with respect to a period level BaseURL element.

**10**. A terminal, comprising:

an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata comprising one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and

a media engine to receive the data of the media from the access engine, and to output the media,

38

wherein the request is sent using an HTTP GET method, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

**11**. A terminal, comprising:

an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata comprising one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and

a media engine to receive the data of the media from the access engine, and to output the media,

wherein the metadata comprises a range attribute, and

wherein the request comprises a request for bytes of a resource indicated by the URL that are designated by the range attribute, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

**12**. A terminal, comprising:

an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata comprising one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and

a media engine to receive the data of the media from the access engine, and to output the media,

wherein the URL is an absolute URL or a relative URL, the BaseURL element specifies one or more common locations for segments, and the segment is one of the segments.

* * * * *

EXHIBIT F

US008909805B2

(12) **United States Patent**
Thang et al.

(10) Patent No.:    **US 8,909,805 B2**
(45) Date of Patent:    *Dec. 9, 2014

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT**

(75) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignees: **Electronics and Telecommunications Research Institute**, Daejeon (KR); **Industry-University Cooperation Foundation Korea Aerospace University**, Gyeonggi-do (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.
This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/824,995**

(22) PCT Filed: **Oct. 6, 2011**

(86) PCT No.: **PCT/KR2011/007387**
§ 371 (c)(1),
(2), (4) Date: **Mar. 18, 2013**

(87) PCT Pub. No.: **WO2012/047028**
PCT Pub. Date: **Apr. 12, 2012**

(65) **Prior Publication Data**
US 2013/0185398 A1    Jul. 18, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/434,036, filed on Jan. 19, 2011, provisional application No. 61/417,931, filed on Nov. 30, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/390,328, filed on Oct. 6, 2010.

(30) **Foreign Application Priority Data**
Oct. 4, 2011    (KR) ........................ 10-2011-0100706

(51) **Int. Cl.**
| | | |
|---|---|---|
| G06F 15/16 | (2006.01) |
| H04N 21/61 | (2011.01) |
| H04N 21/43 | (2011.01) |
| H04L 29/06 | (2006.01) |
| H04N 21/235 | (2011.01) |
| H04N 21/2343 | (2011.01) |
| H04N 21/84 | (2011.01) |

| | | |
|---|---|---|
| G06Q 90/00 | (2006.01) |
| H04L 29/08 | (2006.01) |
| H04N 21/845 | (2011.01) |
| H04N 21/8541 | (2011.01) |

(52) **U.S. Cl.**
CPC ............ **H04L 65/60** (2013.01); **H04N 21/6125** (2013.01); **H04N 21/43** (2013.01); **H04L 65/4069** (2013.01); **H04N 21/2358** (2013.01); **H04N 21/23439** (2013.01); **H04L 65/80** (2013.01); **H04N 21/84** (2013.01); **H04L 65/4092** (2013.01); **G06Q 90/00** (2013.01); **H04L 67/02** (2013.01); **H04L 65/4084** (2013.01); **H04N 21/845** (2013.01); **H04N 21/8541** (2013.01)
USPC ........................................... **709/230**; 709/231

(58) **Field of Classification Search**
USPC ......... 709/203, 217, 218, 223–229, 219, 231, 709/236, 21, 230; 725/716, 723
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,512,665 | B1 * | 3/2009 | Cragun ........................ 709/217 |
| 7,552,228 | B2 * | 6/2009 | Parasnis et al. .............. 709/231 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2005-020588 A | 1/2005 |
| JP | 2008-259001 A | 10/2008 |
| KR | 1020050055820 A | 6/2005 |

OTHER PUBLICATIONS

Universal Mobile Telecommunications System, ETSI TS 126 234, V9.3.0, Jun. 2010.

*Primary Examiner* — Jimmy H Tran

(74) *Attorney, Agent, or Firm* — William Park & Associates Patent Ltd.

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of media content are provided. The media content may include a sequence of one or more periods. The metadata may include a start time attribute and/or a duration attribute of each of the periods. The metadata may determine a start time of each of the periods, and a start time of each of segments included in each of the periods. A terminal may access segments included in each of the periods, may decode and render data of media content included in the segments, and may play back the media content.

**4 Claims, 5 Drawing Sheets**



US 8,909,805 B2

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,624,337 B2 * | 11/2009 | Sull et al. | 715/201 |
| 7,725,829 B1 * | 5/2010 | Wong et al. | 715/726 |
| 7,823,055 B2 * | 10/2010 | Sull et al. | 715/201 |
| 8,201,204 B2 * | 6/2012 | Connery et al. | 725/87 |
| 8,209,609 B2 * | 6/2012 | Dunton et al. | 715/716 |
| 8,230,343 B2 * | 7/2012 | Logan et al. | 715/723 |
| 8,365,271 B2 * | 1/2013 | Blum et al. | 726/12 |
| 8,468,145 B2 * | 6/2013 | Fedorynski et al. | 707/709 |
| 8,533,310 B2 * | 9/2013 | Huang et al. | 709/223 |
| 8,635,360 B2 * | 1/2014 | Brase et al. | 709/232 |
| 2003/0093790 A1 * | 5/2003 | Logan et al. | 725/38 |
| 2004/0064577 A1 * | 4/2004 | Dahlin et al. | 709/235 |
| 2005/0005308 A1 * | 1/2005 | Logan et al. | 725/135 |
| 2005/0076136 A1 * | 4/2005 | Cho et al. | 709/231 |
| 2005/0102371 A1 * | 5/2005 | Aksu | 709/217 |
| 2005/0193408 A1 * | 9/2005 | Sull et al. | 725/32 |
| 2005/0193425 A1 * | 9/2005 | Sull et al. | 725/135 |
| 2005/0203927 A1 * | 9/2005 | Sull et al. | 707/100 |
| 2005/0204385 A1 * | 9/2005 | Sull et al. | 725/45 |
| 2005/0273514 A1 * | 12/2005 | Milkey et al. | 709/232 |
| 2006/0235883 A1 * | 10/2006 | Krebs | 707/104.1 |
| 2007/0003251 A1 * | 1/2007 | Chung et al. | 386/96 |
| 2007/0033170 A1 * | 2/2007 | Sull et al. | 707/3 |
| 2007/0033292 A1 * | 2/2007 | Sull et al. | 709/238 |
| 2007/0033515 A1 * | 2/2007 | Sull et al. | 715/500.1 |
| 2007/0033521 A1 * | 2/2007 | Sull et al. | 715/523 |
| 2007/0033533 A1 * | 2/2007 | Sull | 715/752 |
| 2007/0038612 A1 * | 2/2007 | Sull et al. | 707/3 |
| 2007/0044010 A1 * | 2/2007 | Sull et al. | 715/500.1 |
| 2008/0034424 A1 * | 2/2008 | Overcash et al. | 726/22 |
| 2008/0050096 A1 * | 2/2008 | Ryu | 386/99 |
| 2008/0126943 A1 * | 5/2008 | Parasnis et al. | 715/730 |
| 2008/0155602 A1 * | 6/2008 | Collet et al. | 725/46 |
| 2008/0222244 A1 * | 9/2008 | Huang et al. | 709/203 |
| 2008/0313227 A1 * | 12/2008 | Shafton et al. | 707/104.1 |
| 2009/0217354 A1 * | 8/2009 | Blum et al. | 726/3 |
| 2010/0169303 A1 * | 7/2010 | Biderman et al. | 707/723 |
| 2010/0174823 A1 * | 7/2010 | Huang | 709/230 |
| 2010/0235472 A1 * | 9/2010 | Sood et al. | 709/219 |
| 2010/0235528 A1 * | 9/2010 | Bocharov et al. | 709/231 |
| 2010/0262618 A1 | 10/2010 | Hedinsson | |
| 2011/0093492 A1 * | 4/2011 | Sull et al. | 707/769 |
| 2011/0307545 A1 * | 12/2011 | Bouazizi | 709/203 |
| 2012/0016965 A1 * | 1/2012 | Chen et al. | 709/219 |
| 2012/0042050 A1 * | 2/2012 | Chen et al. | 709/219 |
| 2012/0042091 A1 * | 2/2012 | McCarthy et al. | 709/231 |
| 2012/0124179 A1 * | 5/2012 | Cappio et al. | 709/219 |
| 2012/0284371 A1 * | 11/2012 | Begen et al. | 709/219 |

* cited by examiner

U.S. Patent          Dec. 9, 2014          Sheet 1 of 5          US 8,909,805 B2

FIG. 1



**U.S. Patent**          Dec. 9, 2014          Sheet 2 of 5          **US 8,909,805 B2**

**FIG. 2**



U.S. Patent          Dec. 9, 2014          Sheet 3 of 5          US 8,909,805 B2

FIG. 3



FIG. 4



**U.S. Patent**     Dec. 9, 2014     **Sheet 5 of 5**     **US 8,909,805 B2**

**FIG. 5**



US 8,909,805 B2

**1**

## APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT

### TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

### BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

### DISCLOSURE OF INVENTION

#### Technical Goals

An aspect of the present invention provides an apparatus and method that may play back media including a sequence of one or more periods, using segments that are classified for each period.

Another aspect of the present invention provides an apparatus and method that may use metadata that represents a start time attribute and/or a duration attribute of each of one or more periods, to play back media including a sequence of the one or more periods.

#### Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media, the method including: receiving metadata of media, the metadata including one or more periods; accessing segments of the media based on information provided by the metadata; and decoding and rendering data of the media that is included in the segments, wherein each of the periods includes one or more representations of the media, and wherein each of the representations starts from a beginning point of a period and continues to an ending point of the period, and includes one or more segments.

The metadata may be a Media Presentation Description (MPD) of the media.

Each of the periods may be defined by a period element.

The period element may include a start attribute indicating a start time of a period.

**2**

The period element may include a duration attribute indicating a duration of a period.

The duration attribute may specify a start time of a period subsequent to the period.

The start time of the period may determine a start time of each of segments included in the period.

The period element may include a reference attribute indicating a reference to an external period element, and each of the periods may be defined by the external period element.

According to another aspect of the present invention, there is provided a terminal, including: an access engine to receive metadata of media, to receive segments of the media based on information provided by the metadata, and to decode data of the media that is included in the segments, the metadata including one or more periods; and a media engine to receive the data of the media from the access engine, and to output the media, wherein each of the periods includes one or more representations of the media, and wherein each of the representations starts from a beginning point of a period and continues to an ending point of the period, and includes one or more segments.

#### Effect of the Invention

According to embodiments of the present invention, it is possible to use segments included in each of one or more periods, to play back media including a sequence of the one or more periods.

Additionally, according to embodiments of the present invention, it is possible to use metadata that represents a start time attribute and/or a duration attribute of each of one or more periods, to play back media including a sequence of the one or more periods.

#### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a client according to an embodiment of the present invention.

#### BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP caches.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

US 8,909,805 B2

3

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies.

Hereinafter, media content, media, and content may be used as interchangeable terms.

A media presentation (or media) may be a structured collection of data used to establish bounded or unbounded presentation of media content including components of continuous media.

In other words, the media presentation may be a structured collection of data that is accessible to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description for a media presentation.

The media presentation may be described by an MPD including possible updates of the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

Hereinafter, intervals may be interchangeable with periods. The term period may be used as a term in 3rd Generation Partnership Project (3GPP) adaptive HTTP streaming. In other words, a period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation.

In other words, the media presentation may include one or more periods. Alternatively, the media presentation may include a sequence of one or more periods.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into segments. Hereinafter, segments may be interchangeable with fragments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may refer to a smallest unit within segments that may be indexed by a segment index at the segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content. Accordingly, each period may include one or more representations of media content.

Hereinafter, groups may be interchangeable with adaptation sets.

4

A representation may refer to a structured collection of one or more media components within a single period. In other words, a representation may be one of alternative choices of a complete set or subset of media content components forming media content during a defined period. A representation may include one or more media streams. Each of the media streams may be an encoded version of a single media content component.

A representation may start from a beginning point of a period (namely, a period including the representation), and may continue to an ending point of the period.

A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

FIG. 1 is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal 100 may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server 110 may perform hosting on DASH segments. The server 110 may be compatible with a server specified in RFC 2616.

In operation 120, the terminal 100 may receive metadata of media (or content) from the server 110. In other words, the server 110 may transmit the metadata of the media to the terminal 100. The media may include one or more periods.

The metadata may include BaseURL elements. One or more BaseURL elements may be provided.

In operation 130, the terminal 100 may process the received metadata. In operation 130, the terminal 100 may extract information provided by the metadata, or information included in the metadata.

In operations 140 through 150, the terminal 100 may access a segment of the media based on the information provided by the metadata.

Each of the periods may include one or more groups, and each of the groups may include one or more representations of the media. In other words, each of the periods may include the one or more representations of the media. Accordingly, each of the representations may start from a beginning point of a period including each of the representations, and may continue to an ending point of the period. Each of the representations may include one or more segments.

US 8,909,805 B2

**5**

Each of the periods may be defined by a period element.

The period element may include a start attribute indicating a start time of a period. Additionally, the period element may include a duration attribute indicating a duration of a period.

To specify a start time of a first period among one or more periods, the following methods 1) through 3) may be applied. Hereinafter, a second period may be subsequent to the first period.

Method 1): When a start attribute exists in a first period element of the first period, a start time of the first period may be equivalent to a value of the start attribute.

Method 2): When a start attribute does not exist in the first period element of the first period, and when a second period element of the second period includes a duration attribute, a start time of the first period may be obtained by adding a value of the duration attribute of the second period element to a start time of the second period. Accordingly, a duration attribute of a period may specify a start time of a period subsequent to the period.

Method 3): When a start attribute does not exist in the first period element of the first period, and when the first period is the first of the one or more periods, the start time of the first period may be 0.

The period element may include a reference attribute indicating a reference to an external period element. A period may be defined by the external period element.

In operation **140**, the terminal **100** may send a request for a segment of the media to the server **110** using a URL of the segment. The URL may be resolved with respect to one of the above-described BaseURL elements. For example, the URL of the segment may be generated based on a BaseURL element.

The terminal **100** may request the server **110** to transmit a segment suitable for a specific interval based on the processed metadata. In other words, the requested segment may be selected based on the metadata. The terminal **100** may perform the HTTP GET method, to request the server **110** to transmit the segment.

The metadata may include a range attribute. The request may include a request for bytes of a resource indicated by a URL that are designated by the range attribute.

The URL of the segment may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements. In other words, identical segments may be selectively accessible by the URLs provided by the BaseURL elements.

Additionally, a first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL of the segment may be generated.

In operation **145**, in several cases, the server **110** may need to parse content (for example, a Moving Picture Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC), and may extract a data part suitable for the requested segment.

**6**

In operation **150**, the server **110** may transmit, to the terminal **100**, segments suitable for each request from the terminal **100**. The terminal **100** may receive the segments from the server.

In operation **160**, the terminal **100** may perform decoding and rendering on data of the media included in the segment, to play back the media.

A start time of a period may determine a start time of each of segments included in the period. Accordingly, to play back media using segments, the terminal **100** may determine a playback time based on a start time of a period including the segments.

The terminal **100** may play back the media using the received segments by repeating operations **120** through **160**.

Here, a BaseURL element may include an MPD level BaseURL element of an MPD, and a period level BaseURL element of each period. The period level BaseURL element may refer to a BaseURL element applied to a period to which the period level BaseURL element belongs. In other words, a URL of a segment included in each period may be resolved with respect to the period level BaseURL element.

One or more MPD level BaseURL elements may be provided, and one or more period level BaseURL elements may be provided.

Additionally, the BaseURL element may further include a group level BaseURL element of a group. A URL of a segment included in each group may be resolved with respect to the group level BaseURL element. One or more group level BaseURL elements may be provided.

The BaseURL element may further include a representation level BaseURL element of a representation. A URL of a segment included in each representation may be resolved with respect to the representation level BaseURL element.

A BaseURL element of a specific level may be resolved with respect to a BaseURL element of a higher level. For example, a period level BaseURL element may be resolved with respect to an MPD level BaseURL element. A group level BaseURL element may be resolved with respect to a period level BaseURL element. A representation level BaseURL element may be resolved with respect to a group level BaseURL element or a period level BaseURL element.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information **210**: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information **220**: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information **230**: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **240**: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. **1**, parameters requested by the client may be derived from the information of categories 1) through 3).

US 8,909,805 B2

7

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **310**, interval-level information **320**, QoS information **330**, and mapping information **340**. Linking of related parts of the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information **310** and interval-level information **320** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information **310** and interval-level information **320** are sent to the client, a processing model may be "server-based."

When the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340**) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **310** may be sent once, and only the interval-level information **320** may be periodically updated. Similarly, a single file containing the QoSInfo **330** may be used for different intervals and different contents.

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

8

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization (ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the following tables, the syntax elements may be described hierarchically. In other words, a child element may be shown in a column on the right of a parent element of the child element. "Leaf"-level elements may be shown in italic, and parent elements may be shown in bold letter. A parent element may be represented by a corresponding XML type and a file box.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <minOccurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may be equally applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreaming-Type | 'htps' box |
| | General-Info | | 0 . . . N | Contains the general information of the described content | GeneralInfo-Type | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in 1 second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStart-Time | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |

US 8,909,805 B2

| 9 | | | | 10 |
|---|---|---|---|---|

TABLE 1-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | DefaultInt-Duration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |
| | MinUpdate-Time | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |
| | Consistent-QoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the whole content duration. | boolean | flag of the box |
| | Default-Content-Loc | 0 . . . 1 | Provides a default location for the content. | anyURI | string of URL |
| Intervals-Ref | | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | Intervals-RefType | 'iref' box |
| Interval | | 0 . . . N | Provides information of an interval of content. The information of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| | IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfo-Type | 'inti' box |
| | QoSInfo-Ref | 0 . . . 1 | Provides reference to description represented by QoSInfo element. If QoSInfoRef element is present, QoSInfo element may not be present at the same level. | dia:Reference-Type | 'qref' box |
| | QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| | Mapping-InfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:Reference-Type | 'mref' box |
| | Mapping-Info | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc element (if not, DefaultContentLoc) can be used to retrieve content. If MappingInfo element is present, MappingInfoRef element may not be present. | MappingInfo-Type | 'mapi' box |
| | NextIntervalsRef | 0 . . . 1 | Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | Intervals-RefType, may be extended from dia:Reference-Type | 'nref' box |

US 8,909,805 B2

11                                                                                                12

TABLE 1-continued

|  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| Previous-Intervals-Ref | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the first interval may contain NextIntervalsRef element. | Intervals-RefType, may be extended from dia:Reference-Type | 'nref' box |

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

|  |  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef |  |  |  |  |  |
|  | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
|  | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo |  |  |  |  |  |
|  | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
|  | StartTime | 0 . . . 1 | Indicates the start time of the interval. |  |  |
|  | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
|  | DefaultFragDuration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |
|  | DefaultContentIntLoc | 0 . . . 1 | Provides a default location for the content interval. | anyURItype | string |
|  | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef |  |  |  |  |  |
|  | startTime |  | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration |  |
|  | AvailableTime | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |

US 8,909,805 B2

**13**

**14**

TABLE 2-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| Index | 1 | Indicates the order (starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| Location | 1 | Provides reference to description file that contains Interval descriptions. | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

The following Table 3 describes the QoSInfo element.

TABLE 3

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:Adaptive-QoSType | 'QoSi' box |
| | ClassSchemeRef | 0...1 | Provides a list of classification schemes. The classification schemes provide semantics for some terms or names. | dia:Description MetadataType | 'csmr' box |
| | scheme | 1...N | Provides reference to a classification scheme. | Attr. alias & href in dia:Description MetadataType | a url string |
| (1) | Resource | 0...N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UF DataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptionOperator | 0...N | Each instance of AdaptionOperator element describes, for a list of alternatives, values of a certain adaption type (e.g., remove temporal layers). | dia:UF DataType | 'adpo' box |
| (3) | Utility | 0...N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UF DataType | 'util' box |
| | UtilityRank | 0...1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |
| | Value | 1...N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

| Element (1), (2), (3) | | | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | Name | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |

US 8,909,805 B2

**15**                                                                                                    **16**

TABLE 4-continued

| Element (1), (2), (3) | | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | | semantics of the identifier in a classification scheme. | | |
| CSref_ind | 0...1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
| LevelNum | 0...1 | Indicates the number of levels. | Not applicable | unsigned int(16) |
| LevelIndex | 0...1 | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| Value | 1...N | Indicates the value of a resource type (adaptation operator, or utility) of an alternative. The number of instances of Value element is equal to the number of alternatives. | a component in dia:Vector DataType | unsigned int(32) |

The following Table 5 shows mapping information.

TABLE 5

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| MappingInfo | | 0...1 | | MappingInfo Type | 'mapi' box |
| | AlterLocID | 0...1 | Provides a location ID for each alternative described in QoSInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:IntegerVectorType | 'aloc' box |
| | Value | 1...N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of alternatives. The nth instance of Value element corresponds to the nth alternative of QoSInfo description. | integer | unsigned int(16) |
| | ReqQoS Para | 0...N | Indicates a parameter of QoSInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoS ParaType that extends dia:BooleanVectorType | 'reqp' box |
| | RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |
| | All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| | ReqFlag | 0...N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of Boolean VectorType | unsigned int(8) |
| | LocationList | 1 | Provides a list of locations for retrieving content alternatives | LocationListType | 'locl' box |
| | Location | 1...N | Provides information of a location | LocationType | 'loca' box |

US 8,909,805 B2

**17**

Semantics of Location elements may be further provided as shown in Table 6.

**18**

TABLE 6

| | | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|---|
| Location | | | 0 . . . N | | LocationType | 'loca' box |
| | LocID | | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |
| | StrLocation | | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocationType | 'stlo' box |
| | | FragNum | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
| | | Stream Url | 0 . . . 1 | Describes a URL of a stream | anyURI type | string |
| | | FragmentUrl | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURI type | string |
| | | FragTime | 0 . . . 1 | Provides durations of fragments. | dia:VectorDataType | 'frtm' box |
| | | | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |
| | | RandAccess | 0 . . . 1 | Describes fragments that support random access. | dia:VectorDataType | 'rdac' box |
| | | | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
| | | MP2TS Para | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TS ParaType | 'mp2p' box |
| | | | PID | 0 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
| | | FragBoundaries | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | FragBoundaries Type | 'frbd' box |
| | | | MP2TSBoundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TS BoundaryType | 'mp2b' box |
| | | | ISOFileBoundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the | ISOFile BoundaryType | 'isfb' box |

US 8,909,805 B2

| 19 | 20 |

TABLE 6-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| | | starting boundary. The ending boundary is right before the starting boundary of the next fragment. | | |
| Byte Ranges | 1 | Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRangesType | 'brag' box |

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

TABLE 7

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| MP2TSBoundary | | | | MP2TSBoundaryType | 'mp2b' box |
| | PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |
| | PCR_base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
| | PCR_ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
| | Appearance | 1 | Describes the appearance order (e.g., 1st, 2nd) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. | integer | unsigned int(16) |
| | Media_PID | 1 . . . N | Describes PID of a media (e.g., video) of a program. The number of instances of Media_PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
| | Media_Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media_Offset is associated with the $n^{th}$ instance of Media_PID. | integer | unsigned int(16) |
| ISOFileBoundary | | | | ISOFileBoundaryType | 'isfb' box |
| | SequenceNo | 1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |
| ByteRanges | | | | ByteRangesType | 'brag' box |
| | Start | 1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
| | End | 1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |

US 8,909,805 B2

21                                                                                      22

TABLE 7-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| Media_PID | 0 . . . N | Describes PID of a media (e.g., video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the client may be URIs, and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-Based Scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information **310** and general interval information **320**.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation **140**):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed Scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information **310**, general interval information **320**, and QoS information **330**.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part (of the request in operation **140**) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

b) "oper1", "oper2", . . . , and "operN": "operi" carries a value of an $i^{th}$ adaptation operation that appears in the QoS information.

c) "res1", "res2", . . . , "resN": "resi" carries a value of an $i^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5 &bitrate=550."

3) Client-Based Scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of MappingInfo.

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation **140**) may be used.

1) For an MPEG-2 TS boundary, Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End

Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

Start-End pairs may be used by a range header of an HTTP request message. For example, if {(Start=0, End=99); (Start=200, End=299)}, the header may be "Range: bytes=0-99,200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

US 8,909,805 B2

23

**TABLE 8**

```
<complexType name="HTTPStreamingType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="GeneralInfo" type="GeneralInfoType"
        minOccurs="0"/>
        <choice minOccurs="0" maxOccurs="unbounded">
          <element name="IntervalsRef" type="IntervalsRefType"/>
          <element name="Interval" type="IntervalType"/>
        </choice>
      </sequence>   </complexContent>
</complexType>
```

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

**TABLE 9**

```
<complexType name="GeneralInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="LiveStartTime" type="dateTime"
        minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultIntDuration" type="integer"
        minOccurs="0"/>
        <element name="MinUpdateTime" type="integer"
        minOccurs="0"/>
        <element name="ConsistentQoSInfo" type="boolean"
        minOccurs="0"/>
        <element name="DefaultContentLoc" type="anyURI"
        minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

**TABLE 10**

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOccurs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

The following Table 11 shows syntax representation of IntervalType in the XML format.

**TABLE 11**

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType"
        minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
```

24

**TABLE 11-continued**

```
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:Reference-
Type"/>
        </choice>
        <element name="PreviousIntervalsRef" type="IntervalsRefType"
minOccurs="0"/>
        <element name="NextIntervalsRef" type="IntervalsRefType"
minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 12 shows syntax representation of IntervalInfoType in the XML format.

**TABLE 12**

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer"
    minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI"
    minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

The following Table 13 shows syntax representations of ISOFileBoundaryType and ByteRangesType in the XML format.

**TABLE 13**

```
<complexType name="ISOFileBoundaryType">
  <sequence>
    <element name="SequenceNo" type="integer"
    maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code format will be described. Representation of the above syntax elements may be provided in the MP4 pseudo-code format.

The following Table 14 shows syntax representation of HTTPStreamingBox in the MP4 pseudo-code format.

**TABLE 14**

```
HTTPStreamingBox
  Box Type: 'htps'
  Container: Signaling file
  Mandatory: Yes
  Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

Hereinafter, Several Other Options of PeriodsRef Element Will be Described.

XInclude may be a World Wide Web Consortium (W3C) technology that provides an inclusion mechanism used to merge XML documents.

US 8,909,805 B2

25

The above PeriodsRef and XInclude may be similar in using any URI type (with the Location element and href attribute) to refer to a resource/description. However, there are major differences between the above two approaches.

XInclude may be used to merge XML documents. In other words, the merged documents may need to be obtained before being optionally further processed. Conversely, PeriodsRef may be used to refer to past or future periods. The past or future periods may not always need to be merged. The intention of PeriodsRef may be to allow a user to retrieve appropriate period information only when the user wants.

In association with specific attributes/elements, startTime and availableTime of PeriodsRef may be unique for retrieval of period information. Among the attributes/elements of XInclude, "fallback" and "xpointer" may be used to improve functionality of PeriodsRef, while "parse", "encoding", "accept", and "accept-language" may be unnecessary for PeriodsRef.

Based on the above description, two additional options for referencing periods may be proposed: 1) enhanced PeriodsRef, and 2) XInclude-extending PeriodsRef.

1) Enhanced PeriodsRef: enables enhancement of existing PeriodsRef by fallback element and xpointer attribute of XInclude. The option may have an advantage of simplicity in syntax and processing. The syntax of modified PeriodsRef may be provided in Table 15 below.

2) XInclude-extending PeriodsRef: enables building of PeriodsRef by simply extending XInclude with startTime and availableTime attributes. The operation may have an advantage of the use of standard XInclude. To avoid always merging documents initially, the semantics of PeriodsRef may need to mandate that "clients are allowed to decide whether merging needs to be completed." The syntax of PeriodsRef may be provided in Table 16 below.

In the above syntax, an ids attribute may be added to indicate ids of referenced Periods used in the current media presentation. Additionally, to have consistency with the href attribute of XInclude, the Location element may be changed to an optional location attribute.

TABLE 15

```
<xs:complexType name="PeriodsRefType">
  <xs:choice minOccurs="0" maxOccurs="unbounded">
    <xs:element  minOccurs="0"  maxOccurs="unbounded"
      name="fallback"
```

26

TABLE 15-continued

```
type="fallbackType"/>
      <xs:any  namespace="##other"  processContents="lax"
      minOccurs="0"
maxOccurs="unbounded"/>
  </xs:choice>
  <xs:attribute name="ids" type="xs:string"/>
  <xs:attribute name="location" type="xs:anyURI"/>
  <xs:attribute name="xpointer" type="xs:string"/>
  <xs:attribute name="startTime" type="xs:duration"/>
  <xs:attribute name="availableTime" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="fallbackType">
  <xs:choice minOccurs="0" maxOccurs="unbounded">
    <xs:element name="PeriodsRef" type="PeriodsRefType"/>
    <xs:any namespace="##other" processContents="lax"/>
  </xs:choice>
  <xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

TABLE 16

```
<xs:schema
...
  xmlns:xi="http://www.w3.org/2001/XInclude"
...
<xs:complexType name="PeriodsRefType">
  <xs:complexContent>
    <xs:extension base="xi:includeType">
      <xs:attribute name="ids" type="xs:string"/>
      <xs:attribute name="startTime" type="xs:duration"/>
      <xs:attribute name="availableTime" type="xs:duration"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
```

The semantics of the above elements/attributes may be provided as shown in Table 17.

TABLE 17

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| Period | E | 1 . . . N | O | Provides information of Period. |
| PeriodsRef | E | 1 . . . N | O | Provides reference to description containing one or more instances of Period element. One or more instances of Period element represent a sequence of consecutive Period(s). The information of Period may be either included as |

US 8,909,805 B2

27

28

TABLE 17-continued

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| | | | | an instance of Period element or referenced by PeriodsRef element. |
| ids | A | | O. | Provides id(s) of referenced Period(s). When multiple consecutive Periods are referenced, the id's conveyed by this string are separated by semicolon. |
| locatoin | A | | O. | Provides reference to description of Period(s). |
| xpointer | A | | O. | Provides an XPointer to identify a portion of the referenced description. If xpointer attribute is absent, location attribute needs to be present. |
| startTime | A | 0 . . . 1 | O. | Indicates the start time of the referenced sequence of Periods, relative to the start time of content. StartTime element may help a client to determine whether referenced information needs to be retrieved. |
| availableTime | A | 0 . . . 1 | O. | Indicates the time the description of referenced Period(s) is available. The time is the relative time from the start time of content. If availableTime attribute is absent, the description is already available. |

Hereinafter, Period Timeline Will be Described.

Each period may have a start attribute indicating a start time of a period. However, the above approach may not be flexible in modifying a timeline of periods.

For example, to insert an advertisement period into an MPD for VOD, start times of all periods after the inserted period need to be modified. Furthermore, when the same advertisement period is played repeatedly (for example, every 1 hour), the period may be continuously inserted. In the same manner, when one or more periods are removed from an MPD, start times of remaining periods after periods are removed in space time may be modified.

In the embodiment, for flexibility of period management, the following modifications may be proposed:

1) Add a new attribute called "duration" to a Period

2) Change a current start attribute of a Period to optional

3) Add a new element called PeriodTimeline to the MPD type

The PeriodTimeline element may provide information about presentation of periods based on a timeline. Semantics and syntax of the PeriodTimeline element may be provided in Tables 18 through 20 below.

Using PeriodTimeline, description of a Period may be independent of a presentation time. Accordingly, a Period may be reused (fully or partially) in the same media presentation or in another media presentation. To modify the presentation time, only the Period Timeline needs to be changed.

In addition, the PartialPlay element may allow (re)play of one or more parts of a Period. For example, after an advertisement Period is presented, a part of the advertisement Period (denoted by beginning and ending) may be occasionally repeated during the whole session.

The PeriodTimeline element may impose an explicit timeline of Periods. Without the PeriodTimeline element, the implicit timeline of Periods may be inferred from the ordered sequence of Periods. To support the replay of a Period in the case of implicit timeline, the PartialPlay element may also be provided as a child element of the Period element.

TABLE 18

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| PeriodTimeline | E | 0 . . . 1 | O | Provides the presentation timeline of Periods of the Media Presentation. |
| PeriodsTime | E | 1 . . . N | O | Provides time information for presenting Period. |
| id | A | | O. | Indicates an id of Period of the Media Presentation. This value is equal to the value of the id attribute of Period, if the id attribute of Period is present. If no id attributes are present, this value is equal to the appearance order of Period in the MPD. |
| start | A | | O. | Provides accurate start time of Period relative to the value of the attribute availabilityStart time of the Media Presentation. The start attribute overrides start attribute of corresponding Period (i.e., an instance of Period element). The start attribute may be present for the first Period of the timeline. For other Periods, if information about presentation duration of previous Periods is available, this value may be deduced and the attribute may be absent. |

US 8,909,805 B2

29 | | 30

TABLE 18-continued

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| PartialPlay | E | 0 . . . N | O. | Provides information for presenting a (temporal) part of Period. |
| beginning | A | | O. | Indicates a beginning point of a part of Period. This time value is relative to the beginning of the Period. |
| ending | A | | O. | Indicates an ending point of a part of Period. This time value is relative to the beginning of the Period. |
| Period | E | 1 . . . N | M | Provides information of Period. |
| start | A | | O | Indicates a start time of Period. |
| id | A | | O | Indicates an ID of Period. When the Period is a (partial) repeat of another Period, the value of id attribute is equal to an ID or an appearance order of a referred Period. |
| duration | A | | O. | Indicates duration of Period. If start attribute is absent, duration attribute may be present. Also, for the last Period of a Media Presentation, if availabilityEndTime and SegmentTimeline are not available, the duration attribute of the Period may be present. |
| PartialPlay | E | 0 . . . N | O. | Provides information for presenting a (temporal) part of Period. |
| beginning | A | | O. | Indicates a beginning point of a part of Period. This time value is relative to the beginning of the Period. |
| ending | A | | O. | Indicates an ending point of a part of Period. This time value is relative to the beginning of the Period. |
| Representation | E | 0 . . . N | | Representation element contains description of Representation. |

TABLE 19

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
...
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element  minOccurs="0"   name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:element  minOccurs="0"   name="PeriodTimeline"
type="PeriodTimelineType"/>
        <xs:element maxOccurs="unbounded" name="Period"
        type="PeriodType"/>
        <xs:any   namespace="##other"   processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
```

TABLE 19-continued

```
        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration"
        use="required"/>
        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
        <xs:attribute name="baseUrl" type="xs:anyURI"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
    <!-- Type of presentation - live or on-demand -->
    <xs:simpleType name="PresentationType">
        <xs:restriction base="xs:string">
            <xs:enumeration value="OnDemand"/>
            <xs:enumeration value="Live"/>
        </xs:restriction>
    </xs:simpleType>
    <!-- Period Timeline -->
    <xs:complexType name="PeriodTimelineType">
        <xs:sequence>
            <xs:element   maxOccurs="unbounded"   name="PeriodTime"
type="PeriodTimeType"/>
            <xs:any   namespace="##other"   processContents="lax"
            minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
```

TABLE 20

```
<xs:complexType name="PeriodTimeType">
    <xs:sequence>
        <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="PartialPlay"
type="PartialPlayType"/>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string" use="required"/>
    <xs:attribute name="start" type="xs:duration"/>
```

US 8,909,805 B2

**31**

TABLE 20-continued

```
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PartialPlayType">
  <xs:sequence>
    <xs:any  namespace="##other  processContents"="lax"  minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="beginning" type="xs:duration"/>
  <xs:attribute name="ending" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
  <xs:sequence>
    <xs:element  minOccurs="0"  name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
    <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="PartialPlay"
type="PartialPlayType"/>
    <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="Representation"
type="RepresentationType"/>
    <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="start" type="xs:duration"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
  <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
...
</xs:schema>
```

As no repeated Period needs to contain representation description again, the minimum number of Representation instances may be changed to 0.

Rather than using the id attribute directly, a special attribute indicating an id value of a previous Period to be repeated may be used.

FIG. **5** is a diagram illustrating a configuration of a client according to an embodiment of the present invention.

The client **100** includes an access engine **510**, and a media engine **520**.

The access engine **510** may be a DASH access engine.

The access engine **510** may receive metadata (for example, an MPD) from the server **110**.

The access engine **510** may form requests, and may issue the formed requests to the server **110**.

The access engine **510** may receive content (for example, segments or parts of the segments) from the server **110**. The access engine **510** may provide the content to the media engine **520**.

An output of the access engine **510** may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **510** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **520** may play back the provided content. Specifically, the media engine **520** may output the media using the media and the timing information that are output from the access engine **510**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **4** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

**32**

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; to magneto-optical media such as floptical disks; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method for providing media, the method comprising:
    receiving metadata of media, the metadata comprising one or more periods;

US 8,909,805 B2

33

processing the received metadata and extracting information included in the metadata, wherein the metadata includes a range attribute;

requesting a segment suitable for a specific interval based on a request for bytes of a resource indicated by a URL that are designated by the range attribute;

accessing segments of the media based on information provided by the metadata;

decoding and rendering data of the media that is included in the segments;

wherein each of the periods comprises one or more representations of the media,

wherein each of the representations starts from a beginning point of a period including each of the representation and continues to an ending point of the period, and comprises one or more segments; and

wherein determining the start of a first period among one or more period comprises:

when a start attribute exists in the first period element of the first period, a start time of the first period is equivalent to a value of the start attribute,

34

when a start attribute does not exist in the first period element of the first period, and when a second period element of the second period includes a duration attribute, the start time of the first period is obtained by adding a value of the duration attribute of the second period element to a start time of the second period, and

when a start attribute does not exist in the first period element of the first period, and when the first period is the first of the one or more periods, the start time of the first period is zero.

**2**. The method of claim **1**, wherein the metadata is a Media Presentation Description (MPD) of the media.

**3**. The method of claim **1**, wherein each of the periods is defined by a period element.

**4**. The method of claim **3**, wherein the period element comprises a start attribute indicating a start time of a period.

\* \* \* \* \*

EXHIBIT G

US009325558B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 9,325,558 B2**
(45) Date of Patent: **Apr. 26, 2016**

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENTS**

(75) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignees: **Industry-Univeristy Cooperation Foundation Korea Aerospace University**, Goyang-si, Gyeonggi-do (KR); **Electronics and Telecommunications Research Institute**, Daejeon (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 288 days.

(21) Appl. No.: **13/811,376**

(22) PCT Filed: **Jul. 20, 2011**

(86) PCT No.: **PCT/KR2011/005357**
§ 371 (c)(1),
(2), (4) Date: **Jan. 21, 2013**

(87) PCT Pub. No.: **WO2012/011743**
PCT Pub. Date: **Jan. 26, 2012**

(65) **Prior Publication Data**
US 2013/0124749 A1    May 16, 2013

**Related U.S. Application Data**

(66) Substitute for application No. 61/417,931, filed on Nov. 30, 2010.

(60) Provisional application No. 61/365,860, filed on Jul. 20, 2010, provisional application No. 61/366,203, (Continued)

(30) **Foreign Application Priority Data**

Jul. 19, 2011    (KR) ........................ 10-2011-0071671

(51) Int. Cl.
G06F 15/16    (2006.01)
H04L 29/06    (2006.01)
(Continued)

(52) U.S. Cl.
CPC ...... *H04L 29/06027* (2013.01); *H04L 65/4092* (2013.01); *H04L 65/604* (2013.01);
(Continued)

(58) Field of Classification Search
USPC .................. 709/203, 217–218, 223–229, 250
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2002/0105951 A1    8/2002    Hannuksela et al.
2005/0076136 A1    4/2005    Cho et al.
(Continued)

OTHER PUBLICATIONS

Universal Mobile Telecommunications System; LTE; Transparent end-to-end Packet-switched Streaming Service; Protocols and codecs, ETSI TS 126 234 version 9.3.0 Release 9, Sophia Antipolis Cedex, France.

*Primary Examiner* — Zarni Maung
(74) *Attorney, Agent, or Firm* — William Park & Associates Ltd.

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of content are provided. The metadata may include a minBufferTime attribute indicating a minimum amount of initially buffered media content. A terminal may receive content from a server before playback of the content, and may buffer the content by at least the minimum amount. The metadata may include a range attribute that designates a range of a target indicated by a Uniform Resource Locator (URL). The terminal may receive bytes designated by the range attribute from the URL, and may play back the content using the received bytes.

**18 Claims, 6 Drawing Sheets**



**US 9,325,558 B2**

Page 2

### Related U.S. Application Data

filed on Jul. 21, 2010, provisional application No. 61/375,262, filed on Aug. 20, 2010, provisional application No. 61/380,277, filed on Sep. 6, 2010, provisional application No. 61/390,328, filed on Oct. 6, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/434,036, filed on Jan. 19, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 21/24* | (2011.01) |
| *H04N 21/44* | (2011.01) |
| *H04N 21/6543* | (2011.01) |
| *H04N 21/6547* | (2011.01) |
| *G06F 12/00* | (2006.01) |
| *H04N 21/235* | (2011.01) |
| *H04N 21/238* | (2011.01) |

(52) **U.S. Cl.**

CPC .............. *H04L65/608* (2013.01); *H04L 65/80* (2013.01); *H04N 21/2401* (2013.01); *H04N 21/2402* (2013.01); *H04N 21/44004* (2013.01); *H04N 21/6543* (2013.01); *H04N 21/6547* (2013.01); *H04N 21/2353* (2013.01); *H04N 21/23805* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/0102371 A1 | 5/2005 | Aksu |
| 2006/0109856 A1 | 5/2006 | Deshpande |
| 2007/0003251 A1 | 1/2007 | Chung et al. |
| 2010/0011274 A1* | 1/2010 | Stockhammer et al. ...... 714/752 |
| 2013/0007223 A1* | 1/2013 | Luby et al. ................... 709/219 |

* cited by examiner

**FIG. 1**



U.S. Patent          Apr. 26, 2016          Sheet 2 of 6          US 9,325,558 B2

**FIG. 2**



FIG. 3



U.S. Patent          Apr. 26, 2016          Sheet 4 of 6          US 9,325,558 B2

FIG. 4



**FIG. 5**



**FIG. 6**



US 9,325,558 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENTS**

TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

DISCLOSURE OF INVENTION

Technical Goals

An aspect of the present invention provides an apparatus and method that may designate a minimum amount of initially buffered media during playback of content.

Another aspect of the present invention provides an apparatus and method that may receive bytes within a specific range from a target indicated by a Uniform Resource Locator (URL), and may play back content.

Technical Solutions

According to an aspect of the present invention, there is provided a method by which a client provides media content including one or more periods, the method including: receiving metadata of the media content from a server, the metadata including a minBufferTime attribute indicating a minimum amount of initially buffered media content that is required to ensure playout of the media content; receiving the media content from the server, and buffering the received media content by at least the minimum amount; and playing back the media content.

The metadata may be a Media Presentation Description (MPD) of the media content.

The minBufferTime attribute may indicate the minimum amount of the initially buffered media content that is required to ensure playout of the media content when the media content is continuously delivered at or above a value of a bandwidth attribute of the metadata.

Each of the periods may include one or more representations of the media content. Each of the representations may be a structured collection of one or more media components within a period.

The bandwidth attribute may be an attribute of each of the representations.

The bandwidth attribute may describe a minimum bandwidth of a hypothetical constant bitrate channel over which each of the representations are able to be continuously delivered after the client buffers each of the representations for at least minBufferTime.

Each of the representations may include one or more segments.

According to another aspect of the present invention, there is provided a terminal for providing media content including one or more periods, the terminal including: an access engine to receive metadata of the media content, to receive the media content from the server, and to buffer the received media content by at least a minimum amount indicated by a minBufferTime attribute, the metadata including the minBufferTime attribute indicating the minimum amount of initially buffered media content that is required to ensure playout of the media content; and a media engine to receive the media content from the access engine, and to play back the media content.

According to still another aspect of the present invention, there is provided a method by which a client provides media content including one or more periods, the method including: receiving metadata of the media content from a server, the metadata including a Uniform Resource Locator (URL) attribute and a range attribute; receiving bytes designated by the range attribute from a URL indicated by the URL attribute; and playing back the media content using the received bytes.

The bytes designated by the range attribute may designate segments of the media content.

The range attribute may indicate multiple byte ranges.

The bytes may be received by a partial HTTP GET command for the URL instructed by the byte range.

According to yet another aspect of the present invention, there is provided a terminal for providing media content including one or more periods, the terminal including: an access engine to receive metadata of the media content, and to receive bytes designated by a range attribute from a URL indicated by a URL attribute, the metadata including the URL attribute and the range attribute; and a media engine to play back the media content using the received bytes.

The bytes designated by the range attribute may designate segments of the media content.

The range attribute may indicate multiple byte ranges.

The bytes may be received by a partial HTTP GET command for the URL instructed by the byte range.

According to a further aspect of the present invention, there is provided a method by which a client processes content including one or more intervals, the method including: receiving metadata of an interval of the content from a server; processing the metadata and sending, to the server, a request for a fragment suitable for the interval based on the processed metadata; and receiving the fragment from the server.

The content may be content on demand, or live content.

The metadata may include general information, and the general information may include a general description of the content, and a general description of the interval.

The general description of the content may include at least one of a duration and a start time.

US 9,325,558 B2

**3**

The metadata may include Quality of Service (QoS) information, and the QoS information may describe characteristics of each of alternatives of the content.

The characteristics may include at least one of a bitrate, a resolution, and a quality.

Each of the alternatives may be physical, or virtual.

The fragment may be selected based on information of the alternatives.

The metadata may include mapping information, and the mapping information may describe locations to retrieve the content.

The metadata may include content-level information, and interval-level information, and all computations for deciding alternatives and resolving locations may be performed by the server.

The request may define an order value of the fragment in the interval, and a start time of the fragment in the interval.

The metadata may include content-level information, interval-level information, and QoS information, and all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server.

The request may include one of an order value of an alternative that appears in the QoS information based on the order value, values of adaptation operators that appear in the QoS information, and values of resources that appear in the QoS information.

The adaptation operators may include at least one of a number of scalable audio layers to be discarded, a number of temporal layers of a scalable video to be discarded, a number of spatial layers of a scalable video to be discarded, a number of quality layers of a scalable video to be discarded, and a number of priority layers of a scalable video to be discarded.

A type of the resources may include at least one of an average bitrate of the alternative, a vertical resolution of the alternative, a horizontal resolution of the alternative, and a frame rate of the alternative.

The metadata may include content-level information, interval-level information, QoS information, and mapping information, and all computations for deciding alternatives and resolving locations may be performed by the client.

The request may include at least one of a parameter for Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) boundary, a parameter for International Organization for Standardization (ISO) media file boundary, and parameters for a file considered as a raw byte-sequence.

The metadata may be physically separated into content-level information, interval-level information, QoS information, and mapping information, and linking of related parts of the content-level information, the interval-level information, the QoS information, and the mapping information may be performed by reference.

According to a further aspect of the present invention, there is provided a method by which a server provides content including one or more intervals, the method including: transmitting metadata of an interval of the content to a client; receiving a request for a fragment from the client, the fragment being selected based on the metadata and being suitable for the interval; parsing the content, and extracting a data part suitable for the fragment; and transmitting the fragment to the client.

According to a further aspect of the present invention, there is provided a client for processing content including one or more intervals, the client including: a transceiver to receive metadata of an interval of the content from a server, to send, to the server, a request for a fragment suitable for the interval, and to receive the fragment from the server; and a controller

**4**

to process the metadata, and to select the fragment suitable for the interval based on the processed metadata.

### Effect of the Invention

According to embodiments of the present invention, it is possible to designate a minimum amount of initially buffered media during playback of content.

Additionally, according to embodiments of the present invention, it is possible to receive bytes within a specific range from a target indicated by a Uniform Resource Locator (URL), and to play back content.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a client **100** according to an embodiment of the present invention.

FIG. **6** is a diagram illustrating a configuration of a client **100** according to an embodiment of the present invention.

### BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) transferring of media content from an HTTP server to an HTTP client, and 2) caching of content by standard HTTP caches.

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts that have specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships showing how to present the media components as programs or movies (for example, individually, jointly, or mutually exclusive).

Media content and content may be used as interchangeable terms.

A media presentation may be a structured collection of data used to establish bounded or unbounded presentation of media content including consecutive media components.

In other words, the media presentation may be a structured collection of data enabling access to a DASH client in order to provide a streaming service to a user.

US 9,325,558 B2

5

A Media Presentation Description (MPD) may be a formalized description of a media presentation.

The media presentation may include possible updates of the MPD, and may be described by the MPD.

The content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

Intervals may be interchangeable with periods. The term period may be used as a term of 3rd Generation Partnership Project (3GPP) adaptive HTTP streaming.

A period may be an interval of a media presentation. Consecutive sequences of all periods may form a media presentation.

In other words, the media presentation may include one or more periods.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may define a format to notify resource identifiers for segments. The MPD may provide a context regarding resources identified in the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range). The metadata may include a URL attribute, and a range attribute. A client may receive bytes designated by the range attribute from a URL indicated by the URL attribute. In other words, the bytes may be received by a partial HTTP GET command for the URL instructed by the byte range. The bytes designated by the range attribute may represent the above-described segment.

The range attribute may indicate multiple byte ranges.

The client may play back media content using the received bytes (namely, the segment).

A sub-segment may refer to a smallest unit in segments that may be indexed by a segment index in a segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content.

The representation may refer to a structured collection of one or more media components in a single period.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

6

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

A client 100 may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server 110 may perform hosting on DASH segments. The server 110 may be compatible with a server specified in RFC 2616.

In operation 120, the client 100 may receive, from the server 110, 1) metadata of content, or 2) metadata of a specific interval of the content. In other words, the server 110 may transmit, to the client 100, 1) the metadata of the content, or 2) the metadata of the specific interval of the content. The specific interval may indicate a currently processed interval among one or more intervals forming the content.

In operation 130, the client 100 may process the metadata of the specific interval.

In operation 140, the client 100 may send a request for a fragment to the server 110. The client 100 may request the server 110 to transmit fragments suitable for the specific interval based on the processed metadata. In other words, the requested fragments may be selected based on the metadata.

In operation 145, in several cases, the server may need to parse content (for example, a Moving Picture Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC)), and to extract a data part suitable for the requested fragment.

In operation 150, the server 110 may transmit, to the client 100, a fragment suitable for each request from the client 100. The client 100 may receive the fragment from the server.

Subsequently, the entire process may be executed from the beginning. In other words, operation 120 may be repeated on the next interval to the specific interval.

The client 100 may play back content using fragments received when operations 120 through 150 are repeated.

FIG. 2 is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information 210: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information 220: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

US 9,325,558 B2

7

3) Mapping information **230**: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **240**: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. **1**, parameters requested by the client may be derived from the information of categories 1) through 3).

Objectives of signaling are in the following 1) through 4):

1) Support for different media storage/delivery approaches: the signaling information may be general enough to support typical cases (also various cases) of storage and delivery, such as MPEG-2 Transport Stream (TS), MP4 file including Advanced Video Coding (AVC)/SVC alternatives. Additionally, multi-channel delivery may be required for advanced scenarios (for example, an SVC layer in a single HTTP connection).

2) Support for different cases of decision-making for adaptivity: the signaling information may be flexible to support different locations of decision making, such as a client-based case, a distributed case, and a server-based case.

3) Efficiency: the format of signaling information may allow a small data size and easy handling (for example, parsing, or modifying).

4) Compatibility with a standard HTTP request: the signaling information may provide appropriate description items so that request parameters may be put in an HTTP 1.1 request message, without requiring extensions (for example, new header fields).

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **310**, interval-level information **320**, QoS information **330**, and mapping information **340**. Linking of related parts of the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information **310** and interval-level information **320** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information **310** and interval-level information **320** are sent to the client, a processing model may be "server-based."

When the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340**) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **310** may be sent once, and only the interval-level information **320** may be periodically

8

updated. Similarly, a single file containing the QoSInfo **330** may be used for different intervals and different contents.

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

XML may be a general language for description. XML may provide rich tools to describe almost everything. XML may also be very well-structured, and be suitable for building database. However, XML may have disadvantages of big data size and complexity. In particular, description in XML may require special software (for example, a Document Object Model (DOM), or Simple Application Programming Interface for XML (SAX)), to parse and process the metadata. XML may be often used for syntax of bitstream (MPEG-1, MPEG-2 video bitstream, and file formats). An advantage of the above approach may be compactness of description, but it may not be very flexible to describe various types of syntax element.

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization (ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the following tables, the syntax elements may be described hierarchically. In other words, a child element may be shown in a column on the right of a parent element of the child element. "Leaf"-level elements may be shown in italic, and parent elements may be shown in bold letter. A parent element may be represented by a corresponding XML type and a file box.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <minOccurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may equally be applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

US 9,325,558 B2

9

10

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreamingType | 'htps' box |
| | GeneralInfo | | 0 . . . N | Contains the general information of the described content | GeneralInfoType | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStartTime | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |
| | | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | | DefaultIntDuration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |
| | | MinUpdateTime | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |
| | | ConsistentQoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the whole content duration. | boolean | flag of the box |
| | | DefaultContentLoc | 0 . . . 1 | Provides a default location for the content. | anyURI | string of URL |
| | IntervalsRef | | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | IntervalsRefType | 'iref' box |
| | Interval | | 0 . . . N | Provides information of an interval of content. The information of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| | | IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfoType | 'inti' box |
| | | QoSInfoRef | 0 . . . 1 | Provides reference to description represented by QoSInfo. If QoSInfoRef element is present, QoSInfo element may not be present at the same level. | dia:ReferenceType | 'qref' box |
| | | QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| | | MappingInfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:ReferenceType | 'mref' box |
| | | MappingInfo | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc element (if not, DefaultContentLoc) can be used to retrieve content. | MappingInfoType | 'mapi' box |

US 9,325,558 B2

11

12

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| NextIntervalsRef | 0 . . . 1 | If MappingInfo element is present, MappingInfoRef element may not be present. Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | IntervalsRefType, may be extended from dia:ReferenceType | 'nref' box |
| PreviousIntervalsRef | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the first interval may contain NextIntervalsRef element. | IntervalsRefType, may be extended from dia:ReferenceType | 'nref' box |

35

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
| | StartTime | 0 . . . 1 | Indicates the start time of the interval. | | |
| | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
| | DefaultFragDuration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |

US 9,325,558 B2

13

14

TABLE 2-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | DefaultContentIntLoc | 0 . . . 1 | Provides a default location for the content interval. | anyURItype | string |
| | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef | startTime | | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration | |
| | AvailableTime | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |
| | Index | 1 | Indicates the order (starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description file that contains Interval descriptions. | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

The following Table 3 describes the QoSInfo element.

TABLE 3

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| QoSInfo | | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some terms or names. | dia:DescriptionMetadataType | 'csmr' box |
| | | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:DescriptionMetadataType | a url string |
| (1) | Resource | | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UFDataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator | | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UFDataType | 'adpo' box |
| (3) | Utility | | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UFDataType | 'util' box |
| | UtilityRank | | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |
| | | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

US 9,325,558 B2

**15**

**16**

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

| Element (1), (2), (3) | | | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | Name | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find semantics of the identifier in a classification scheme. | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |
| | CSref_ind | 0 . . . 1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
| | LevelNum | 0 . . . 1 | Indicates the number of levels. | Not applicable | unsigned int(16) |
| | LevelIndex | 1 . . . N | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| | Value | 1 . . . N | Indicates the value of a resource type (adaptation operator, or utility) of an alternative. The number of instances of Value element is equal to the number of alternatives. | Component in dia:VectorDataType | unsigned int(32) |

The following Table 5 shows mapping information.

TABLE 5

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| MappingInfo | | 0 . . . 1 | | MappingInfoType | 'mapi' box |
| | AlterLocID | 0 . . . 1 | Provides a location ID for each alternative described in QoSInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:IntegerVectorType | 'aloc' box |
| | | Value | 1 . . . N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of alternatives. The $n^{th}$ instance of Value element corresponds to the $n^{th}$ alternative of QoSInfo description. | integer | unsigned int(16) |
| | ReqQoSPara | 0 . . . N | Indicates a parameter of QoSInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoSParaType that extends dia:BooleanVectorType | 'reqp' box |
| | | RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |

US 9,325,558 B2

17      18

TABLE 5-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| | ReqFlag | 0 . . . N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of BooleanVectorType | unsigned int(8) |
| LocationList | | 1 | Provides a list of locations for retrieving content alternatives | LocationListType | 'locl' box |
| | Location | 1 . . . N | Provides information of a location | LocationType | 'loca' box |

Semantics of Location elements may be further provided as shown in Table 6.

TABLE 6

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| Location | | | 1 . . . N | | Location Type | 'loca' box |
| | LocID | | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |
| | StrLocation | | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocationType | 'stlo' box |
| | | FragNum | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
| | | StreamUrl | 0 . . . 1 | Describes a URL of a stream | anyURI type | string |
| | | FragmentUrl | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURI type | string |
| | | FragTime | 0 . . . 1 | Provides durations of fragments. | dia:VectorDataType | 'frtm' box |
| | | | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |
| | | RandAccess | 0 . . . 1 | Describes fragments that support random access. | dia:VectorDataType | 'rdac' box |
| | | | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
| | | MP2TSPara | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TSParaType | 'mp2p' box |
| | | | PID | 1 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
| | | FragBoundaries | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. | FragBoundariesType | 'frbd' box |

US 9,325,558 B2

**19**                                                                **20**

TABLE 6-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | | The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | | |
| MP2TSBoundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TSBoundaryType | 'mp2b' box |
| ISOFileBoundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | ISOFileBoundaryType | 'isfb' box |
| ByteRanges | 1 | Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRangesType | 'brag' box |

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

TABLE 7

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| MP2TSBoundary | | | | MP2TSBoundaryType | 'mp2b' box |
| | PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |

US 9,325,558 B2

21                                                                                          22

TABLE 7-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| PCR__base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
| PCR__ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
| Appearance | 1 | Describes the appearance order (e.g., 1st, 2nd) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. | integer | unsigned int(16) |
| Media_PID | 1 . . . N | Describes PID of a media (e.g., video) of a program. The number of instances of Media_PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
| Media_Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media_Offset is associated with the $n^{th}$ instance of Media_PID. | integer | unsigned int(16) |
| ISOFileBoundary | | | ISOFileBoundaryType | 'isfb' box |
| SequenceNo | 1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |
| ByteRanges | | | ByteRangesType | 'brag' box |
| Start | 1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
| End | 1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |
| Media_PID | 0 . . . N | Describes PID of a media (e.g. video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Hereinafter, a Client Request will be Described.

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the request may be Uniform Resource Identifiers (URIs), and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-based scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information **310** and general interval information **320**.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation **140**):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information **310**, general interval information **320**, and QoS information **330**.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part (of the request in operation **140**) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

US 9,325,558 B2

23

b) "oper**1**", "oper**2**", . . . , and "operN": "operi" carries a value of an i$^{th}$ adaptation operation that appears in the QoS information.

c) "res**1**", "res**2**", . . . , "resN": "resi" carries a value of an i$^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5&bitrate=550."

3) Client-based scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of MappingInfo.

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation **140**) may be used.

1) For an MPEG-2 TS boundary, Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End

Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

24

Start-End pairs may be used by a range header of an HTTP request message. For example, if {(Start=0, End=99); (Start=200, End=299)}, the header may be "Range: bytes=0-99,200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

TABLE 8

```
<complexType name="HTTPStreamingType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="GeneralInfo" type="GeneralInfoType"
        minOccurs="0"/>
        <choice minOccurs="0" maxOccurs="unbounded">
          <element name="IntervalsRef" type="IntervalsRefType"/>
          <element name="Interval" type="IntervalType"/>
        </choice>
      </sequence>    </complexContent>
</complexType>
```

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

TABLE 9

```
<complexType name="GeneralInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="LiveStartTime" type="dateTime"
        minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultIntDuration" type="integer"
        minOccurs="0"/>
        <element name="MinUpdateTime" type="integer"
        minOccurs="0"/>
        <element name="ConsistentQoSInfo" type="boolean"
        minOccurs="0"/>
        <element name="DefaultContentLoc" type="anyURI"
        minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer"
        minOccurs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

US 9,325,558 B2

**25**

The following Table 11 shows syntax representation of IntervalType in the XML format.

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType"
        minOccurs="0">
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef"
          type="dia:ReferenceType"/>
        </choice>
        <element    name="PreviousIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>
        <element    name="NextIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 12 shows syntax representation of IntervalInfoType in the XML format.

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer"
    minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI"
    minOccurs="0"/>
    <element name="Last"  type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

The following Table 13 shows syntax representation of QoSInfoType in the XML format.

TABLE 13

```
<complexType name="QoSInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element    name="DescriptionMetadata"
type="dia:DescriptionMetadataType" minOccurs="0"/>
        <element name="Description" type="dia:AdaptationQoSType"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 14 shows syntax representation of MappingInfoType in the XML format.

TABLE 14

```
<complexType name="MappingInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element    name="AlterLocIDs"
```

**26**

TABLE 14-continued

```
type="IntegerVectorType" minOccurs="0"/>
        <element name="ReqQoSPara" type="ReqQoSParaType"
minOccurs="0" maxOccurs="unbounded">
        <element name="LocationList" type="LocationListType"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 15 shows syntax representation of ReqQoSParaType in the XML format.

TABLE 15

```
<complexType name="ReqQoSParaType">
  <complexContent>
    <extension base="dia:BooleanVectorType">
      <attribute name="all" type="boolean" use="optional"/>
      <attribute name="iOPinRef" type="anyURI" use="required"/>
    </extension>
  </complexContent>
</complexType>
```

The following Table 16 shows syntax representation of LocationListType in the XML format.

TABLE 16

```
<complexType name="LocationListType">
  <sequence>
    <element name="Location" type="LocationType"
    maxOccurs="unbounded"/>
  </sequence>
</complexType>
```

The following Table 17 shows syntax representation of LocationType in the XML format.

TABLE 17

```
<complexType name="LocationType">
  <sequence>
    <element    name="StrLocation"    type="StrLocationType"
maxOccurs="unbounded"/>
  </sequence>
  <attribute name="locID" type="integer" use="required"/>
</complexType>
```

The following Table 18 shows syntax representation of StrLocationType in the XML format.

TABLE 18

```
<complexType name="StrLocationType">
  <sequence>
    <element name="FragNum" type="integer" minOccurs="0" />
    <choice>
      <element name="StreamUrl" type="anyURI"/>
      <element name="FragmentUrl" type="anyURI"
      maxOccurs="unbounded"/>
    </choice>
```

US 9,325,558 B2

27

### TABLE 18-continued

```
    <element name="FragTime" type="dia:IntegerVectorType"
minOccurs="0" />
    <element name="RandAccess" type="dia:IntegerVectorType"
minOccurs="0" />
    <element name="MP2TSPara" type="MP2TSParaType"
minOccurs="0"/>
    <element    name="FragBoundaries"    type="FragBoundariesType"
maxOccurs="unbounded"/>
    </sequence>
</complexType>
```

The following Table 19 shows syntax representation of MP2TSParaType in the XML format.

### TABLE 19

```
<complexType name="MP2TSParaType">
  <sequence>
    <element name="PID" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
```

The following Table 20 shows syntax representation of FragBoundariesType in the XML format.

### TABLE 20

```
  <complexType name="FragBoundariesType">
    <sequence>
      <choice>
        <element    name="MP2TSBoundary"
type="MP2TSBoundaryType" maxOccurs="2"/>
        <element    name="ISOFileBoundary"
type="ISOFileBoundaryType" maxOccurs="2"/>
        <element name="ByteRanges" type="ByteRangesType"/>
      </choice>
    </sequence>
  </complexType>
```

The following Table 21 shows syntax representation of MP2TSBoundaryType in the XML format.

### TABLE 21

```
  <complexType name="MP2TSBoundaryType">
    <sequence>
      <element name="PCR_PID" type="integer"/>
      <element name="PCR_base" type="long"/>
      <element name="PCR_ext" type="integer"/>
      <element name="Appearance" type="integer"/>
      <element name="Media_PID" type="integer"
maxOccurs="unbounded"/>
      <element name="Media_Offset" type="integer"
maxOccurs="unbounded"/>
    </sequence>
  </complexType>
```

The following Table 22 shows syntax representations of ISOFileBoundaryType and ByteRangesType in the XML format.

### TABLE 22

```
<complexType name="ISOFileBoundaryType">
  <sequence>
    <element name="SequenceNo" type="integer"
maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
```

28

### TABLE 22-continued

```
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code format will be described. Representation of the above syntax elements may be provided in the MP4 pseudo-code format.

The following Table 23 shows syntax representation of HTTPStreamingBox in the MP4 pseudo-code format.

### TABLE 23

HTTPStreamingBox

```
Box Type: 'htps'
Container: Signaling file
Mandatory: Yes
Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

The following Table 24 shows syntax representation of GeneralInfoBox in the MP4 pseudo-code format.

### TABLE 24

GeneralInfoBox

```
Box Type: 'geni'
Container: 'htps'
Mandatory: No
Quantity: One
    Aligned(8) class GeneralInfoBox extends Box('geni') {
        bit(1)  consistentQoSInfo_flag;
        bit(1)  timescale_flag;
        bit(1)  live_start_time_flag;
        bit(1)  duration_flag;
        bit(1)  default_interval_duration_flag;
        bit(1)  min_update_time_flag;
        bit(1)  default_content_loc_flag;
        bit(1)  reserved;
        if (timescale_flag==1) { unsigned int(32)          timescale;}
        if (live_start_time_flag==1) { unsigned int(64)   live_start_time;}
        if (duration_flag==1)   {unsigned int(32)          duration;}
        if   (default_interval_duration_flag==1)   {unsigned   int(32)
        default_interval_duration;}
        if (min_update_time==1) {unsigned int(32) min_update_time;}
        if (default_content_loc_ref ==1)
        {string default_content_loc_ref;}
    }
```

Hereinafter, interval-level information will be described.

The following Table 25 shows syntax representation of IntervalBox in the MP4 pseudo-code format.

### TABLE 25

IntervalBox

```
Box Type: 'intv'
Container: 'htps'
Mandatory: No
Quantity: One or more
    Aligned(8) class IntervalBox extends Box('intv') {
    }
```

US 9,325,558 B2

**29**

The following Table 26 shows syntax representation of IntervalRefBox in the MP4 pseudo-code format.

TABLE 26

| IntervalRefBox |
| --- |
| Box Type: 'iref'<br>Container: 'htps'<br>Mandatory: No<br>Quantity: One or more<br>   Aligned(8) class IntervalRefBox extends Box('iref') {<br>      unsigned int(8) index;<br>      string            location;<br>   } |

The following Table 27 shows syntax representation of QoSInfoRefBox in the MP4 pseudo-code format.

TABLE 27

| QoSInfoRefBox |
| --- |
| Box Type: 'qref'<br>Container: 'intv'<br>Mandatory: No<br>Quantity: Zero or more<br>   Aligned(8) class QoSInfoRef extends Box('qref') {<br>      unsigned int(8) index;<br>      string            location;<br>   } |

The following Table 28 shows syntax representation of MappingInfoRefBox in the MP4 pseudo-code format.

TABLE 28

| MappingInfoRefBox |
| --- |
| Box Type: 'mref'<br>Container: 'intv'<br>Mandatory: No<br>Quantity: Zero or more<br>   Aligned(8) class MappingInfoRef extends Box('mref') {<br>      unsigned int(8) index;<br>      string            location;<br>   } |

The following Table 29 shows syntax representation of IntervalInfoBox in the MP4 pseudo-code format.

TABLE 29

| IntervalInfoBox |
| --- |
| Box Type: 'inti'<br>Container: 'intv'<br>Mandatory: No<br>Quantity: Zero or more<br>   Aligned(8) class IntervalInfoBox extends Box('geni') {<br>      bit(1) last_flag;<br>      bit(1) timescale_flag;<br>      bit(1) start_time_flag;<br>      bit(1) duration_flag;<br>      bit(1) default_frag_duration_flag;<br>      bit(1) default_content_interval_loc_flag;<br>      bit(2) reserved;<br>      if (timescale_flag==1) {unsigned int(32) timescale;}<br>      if (start_time_flag==1) {unsigned int(32) start_time;}<br>      if (duration_flag==1) {unsigned int(32) duration;}<br>      if (default_frag_duration==1) {unsigned int(32)<br>      default_frag_duration;}<br>      if    (default_content_interval_loc_flag==1)    {string<br>default_content_interval_loc;}<br>   } |

**30**

The following Table 30 shows syntax representation of NextIntervalRefBox in the MP4 pseudo-code format.

TABLE 30

| NextIntervalRefBox |
| --- |
| Box Type: 'nref'<br>Container: 'intv'<br>Mandatory: No<br>Quantity: Zero or more<br>   Aligned(8) class NextIntervalRef extends Box('nref') {<br>      unsigned int(32)         available_time;<br>      unsigned int(8) index;<br>      string            location;<br>   } |

Hereinafter, QoS information will be described.

The following Table 31 shows syntax representation of QoSInfoBox in the MP4 pseudo-code format.

TABLE 31

| QoSInfoBox |
| --- |
| Box Type: 'QoSi'<br>Container: 'intv' or 'htps'<br>Mandatory: No<br>Quantity: Zero or more<br>Note: when a 'QoSi' box is stored separately from other signaling metadata, it will stay directly in 'htps' box for the purpose of easy referencing.<br>   Aligned(8) class QoSInfoBox extends Box('QoSi') {<br>   } |

The following Table 32 shows syntax representation of ClassSchemeRefBox in the MP4 pseudo-code format.

TABLE 32

| ClassSchemeRefBox |
| --- |
| Box Type: 'csmr'<br>Container: 'QoSi'<br>Mandatory: No<br>Quantity: Zero or more<br>   Aligned(8) class ClassSchemeRef extends Box('csmr') {<br>      unsigned int(32)   entry_count;<br>      for (i=1; i <= entry_count ; i++) {<br>         string scheme;            //URL<br>      }<br>   } |

The following Table 33 shows syntax representation of ResourceBox in the MP4 pseudo-code format.

TABLE 33

| ResourceBox |
| --- |
| Box Type: 'resi'<br>Container: 'QoSi'<br>Mandatory: No<br>Quantity: Zero or more<br>   Aligned(8) class ResouceBox extends Box('resi') {<br>      unsigned int(32)   name;<br>      if<br>(name=="r000"\|\|name=="r001"\|\|name=="r002"\|\|name=="r003"\|\|<br>name=="r004"\|\|name=="r005"\|\|name=="r006"\|\|name=="r007"\|\|<br>name=="r008"\|\|(name=="r009")<br>     {<br>        unsigned int(16)       csref_ind;<br>        unsigned int(16)       level_num;<br>        for (i=1; i <= level_num ; i++) {<br>           unsigned int(32)      level_index;<br>        }<br>     } |

US 9,325,558 B2

**31**

## TABLE 33-continued

| ResourceBox |
| --- |
| ```
for (i=1;   ; i++) {
    unsigned int(32)        value;
}
}
``` |

We define some typical names of resource types as follows
- o 'bitr' means average bitrate of the content
- o 'frar' means frame rate of video content
- o "verr" means vertical resolution of video frame
- o "horr" means horizontal resolution of video frame

When a resource type defined in some Classification Scheme should be used, the resource takes a "dummy name" among {'r000', 'r001', ...., 'r009'}
and some special parameters (csref_ind, level_num, level_index) are used to associate that "dummy name" with a term of semantics in the Classification Scheme.

The following Table 34 shows syntax representation of AdaptationOperatorBox in the MP4 pseudo-code format.

## TABLE 34

| AdaptationOperatorBox |
| --- |
| ```
Box Type: 'adpo'
Container: 'QoSi'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class AdaptationOperatorBox extends Box('adpo') {
        unsigned int(32)    name;
        if
(name=="a000"||name=="a001"||name=="a002"||name=="a003"||
name=="a004"||name=="a005"||name=="a006"||name=="a007"||
name=="a008"||name=="a009")
        {
            unsigned int(16)        csref_ind;
            unsigned int(16)        level_num;
            for (i=1; i <= level_num ; i++) {
                unsigned int(32)        level_index;
            }
        }
        for (i=1;   ; i++) {
            unsigned int(32)        value;
        }
    }
}
``` |

We define some typical names of adaptation operator types as follows
- o 'spals' means the number of spatial layers to be discarded, from the highest one.
- o 'quls' means the number of quality layers to be discarded, from the highest one.
- o 'tmls' means the number of temporal layers to be discarded, from the highest one.

When a adaptation operator type defined in some Classification Scheme (outside this standard) should be used, the operator takes a "dummy name" among {'a000', 'a001', ..., 'a009'} and some special parameters (csref_ind, level_num, level_index) are used to associate that "dummy name" with a term of semantics in the Classification Scheme.

The following Table 35 shows syntax representation of UtilityBox in the MP4 pseudo-code format.

## TABLE 35

| UtilityBox |
| --- |
| ```
Box Type: 'util'
Container: 'QoSi'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class UtilityBox extends Box('util') {
        unsigned int(32)    name;
``` |

**32**

## TABLE 35-continued

| UtilityBox |
| --- |
| ```
    if
(name=="u000"||name=="u001"||name=="u002"||name=="u003"||
name=="u004"||name=="u005"||name=="u006"||name=="u007"||
name=="u008"||name=="u009" )
        {
            unsigned int(16)        csref_ind;
            unsigned int(16)        level_num;
            for (i=1; i <= level_num ; i++) {
                unsigned int(32)        level_index;
            }
        }
        for (i=1;   ; i++) {
            unsigned int(32)        value;
        }
    }
}
``` |

We define some typical names of utilities as follows
- o 'psnr'
- o 'mos'

When a utility type defined in some Classification Scheme (outside this standard) should be used, the operator takes a "dummy name" among {'u000', 'u001', ..., 'u009'} and some special parameters (csref_ind, level_num, level_index) are used to associate that "dummy name" with a term of semantics in the Classification Scheme.

The following Table 36 shows syntax representation of UtilityRankBox in the MP4 pseudo-code format.

## TABLE 36

| UtilityRankBox |
| --- |
| ```
Box Type: 'utir'
Container: 'QoSi'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class UtilityRankBox extends Box('utir') {
        for (i=1;   ; i++) {
            unsigned int(32)        value;
        }
    }
}
``` |

Hereinafter, mapping information will be described.

The following Table 37 shows syntax representation of MappingInfoBox in the MP4 pseudo-code format.

## TABLE 37

| MappingInfoBox |
| --- |
| ```
Box Type: 'mapi'
Container: 'intv' or 'htps'
Mandatory: No
Quantity: Zero or more
    Note: when a 'mapi' box is stored separately from other signaling
metadata, it will stay directly in 'htps' box for the purpose of easy
referencing.
    Aligned(8) class MappingInfoBox extends Box('mapi') {
    }
``` |

The following Table 38 shows syntax representation of AlterLocIDBox in the MP4 pseudo-code format.

## TABLE 38

| AlterLocIDBox |
| --- |
| ```
Box Type: 'aloc'
Container: 'mapi'
``` |

US 9,325,558 B2

33

34

**TABLE 38-continued**

| AlterLocIDBox |
|---|
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class AlterLocIDBox extends Box('aloc') { |
|    for (i=1;  ; i++) { |
|      unsigned int(32)  value; |
|    } |
| } |

The following Table 39 shows syntax representation of ReqQoSParaBox in the MP4 pseudo-code format.

**TABLE 39**

| ReqQoSParaBox |
|---|
| Box Type: 'reqp' |
| Container:'mapi' |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class ReqQoSParaBox extends Box('reqp') { |
|    bit(1)  all_flag; |
|    bit(7)  reserved; |
|    unsigned int(32) refindex; |
|    if ( all_flag == 0) { |
|      for (i=1;  ; i++) { |
|        unsigned int(8) req_flag; |
|      } |
|    } |
| } |

The following Table 40 shows syntax representation of ReqQoSParaBox in the MP4 pseudo-code format.

**TABLE 40**

| ReqQoSParaBox |
|---|
| Box Type: 'locl' |
| Container: 'mapi' |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class LocationListBox extends Box('locl') { |
| } |

The following Table 41 shows syntax representation of LocationBox in the MP4 pseudo-code format.

**TABLE 41**

| LocationBox |
|---|
| Box Type: 'loca' |
| Container: 'locl' |
| Mandatory: Yes |
| Quantity: One or more |
| Aligned(8) class LocationBox extends Box('loca') { |
|    unsigned int(16)  frag_num; |
|    unsigned int(16)  locID; |
| } |

The following Table 42 shows syntax representation of FragTimeBox in the MP4 pseudo-code format.

**TABLE 42**

| FragTimeBox |
|---|
| Box Type: 'frtm' |
| Container: 'loca' |
| Mandatory: No |
| Quantity: Zero or more |

**TABLE 42-continued**

| FragTimeBox |
|---|
| Aligned(8) class FragTimeBox extends Box('frtm') { |
|    for (i=1;  ; i++)  { |
|      unsigned int(32)  value; |
|    } |
| } |

The following Table 43 shows syntax representation of RandAccessBox in the MP4 pseudo-code format.

**TABLE 43**

| RandAccessBox |
|---|
| Box Type: 'rdac' |
| Container: 'loca' |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class RandAccessBox extends Box('rdac') { |
|    for (i=1;  ; i++)  { |
|      unsigned int(16)  value; |
|    } |
| } |

The following Table 44 shows syntax representation of StrLocationBox in the MP4 pseudo-code format.

**TABLE 44**

| StrLocationBox |
|---|
| Box Type: 'stlo' |
| Container: 'loca' |
| Mandatory: Yes |
| Quantity: One or more |
| Aligned(8) class StrLocationBox extends Box('stlo') { |
|    bit(1)  stream_url_flag; |
|    bit(7)  reserved; |
|    if (stream_url_flag == 1) { |
|      string stream_url; |
|    } else { |
|      for (i=1;  ; i++)  { |
|        string  fragment_url; |
|      } |
|    } |
| } |

The following Table 45 shows syntax representation of MP2TSParaBox in the MP4 pseudo-code format.

**TABLE 45**

| MP2TSParaBox |
|---|
| Box Type: 'mp2p' |
| Container: 'loca' |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class MP2TSParaBox extends Box('mp2p') { |
|    for (i=1;  ; i++)  { |
|      unsigned int(16)  PID; |
|    } |
| } |

US 9,325,558 B2

35

The following Table 46 shows syntax representation of FragBoundariesBox in the MP4 pseudo-code format.

TABLE 46

| FragBoundariesBox |
| --- |
| Box Type: 'frbd'<br>Container: 'loca'<br>Mandatory: No<br>Quantity: Zero or more<br>    Aligned(8) class FragBoundariesBox extends Box('frbd') {<br>    } |

The following Table 47 shows syntax representation of MP2TSBoundaryBox in the MP4 pseudo-code format.

TABLE 47

| MP2TSBoundaryBox |
| --- |
| Box Type: 'mp2b'<br>Container: 'frbd'<br>Mandatory: No<br>Quantity: Zero or more<br>  Aligned(8) class MP2TSBoundaryBox extends Box('mp2b') {<br>    unsigned int(16)    appearance;<br>    unsigned int(16)    PCR_ID;<br>    unsigned int(40)    PCR_base;<br>    unsigned int(16)    PCR_ext;<br>    for (i=1;   ; i++)  {<br>        unsigned int(16)    media_PID;<br>    }<br>    for (i=1;   ; i++)  {<br>        unsigned int(16)    media_offset;<br>    }<br>  } |

The following Table 48 shows syntax representation of ISOFileBoundaryBox in the MP4 pseudo-code format.

TABLE 48

| ISOFileBoundaryBox |
| --- |
| Box Type: 'isfb'<br>Container: 'frbd'<br>Mandatory: No<br>Quantity: Zero or more<br>  Aligned(8) class ISOFileBoundaryBox extends Box('isfb') {<br>    unsigned int(16)    sequence_no;<br>  } |

36

The following Table 49 shows syntax representation of ISOFileBoundaryBox in the MP4 pseudo-code format.

TABLE 49

| ByteRangesBox |
| --- |
| Box Type: 'isfb'<br>Container: 'frbd'<br>Mandatory: No<br>Quantity: Zero or more<br>  Aligned(8) class ByteRangesBox extends Box('brag') {<br>    for (i=1;   ; i++)  {<br>        unsigned int(32)    start;<br>        unsigned int(32)    end;<br>    }<br>  } |

FIG. **4** is a diagram illustrating detecting of virtual boundaries in an MPEG-2 TS according to an embodiment of the present invention.

In a TS, PCR packets of a given program may be carried with fixed PIDs (namely, PCR_PID), and may be inserted at least every 100 ms.

The PCT packets (with increasing values) may be considered as anchor points of the program. On the other hand, each media of a program may be carried by packets of a given PID (namely, Media_PID).

Accordingly, a fragment boundary of a media stream may be defined or identified by 1) a specific anchor point and 2) an offset from the anchor to the packet at the boundary.

The offset may be counted by the packets of the same Media_PID.

PCR values may be occasionally reset (discontinuity). For example, when one or more PCR packets have the same PCR value in an interval, an appearance order of PCR packets used as anchors may be indicated.

Accordingly, a fragment boundary of a media stream in a MPEG-2 TS may be identified by the following parameters in Table 50.

TABLE 50

| | |
| --- | --- |
| PCR_PID | Describes a PID carrying a PCR of a concerned content/program. |
| PCR_base | Describes a value of a PCR base field |
| PCR_ext | Describes a value of a PCR extension field |
| Appearance | Describes the appearance order (e.g., $1^{st}$, and $2^{nd}$) of the TS packet including the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. |
| Media_PID | Describes a PID of a media (e.g., video) of a program. |
| Media_Offset | Describes an offset (in TS packets of the same Media_PID) from the above identified PCR packet to the first media packet of a fragment. |

Hereinafter, Mapping and Extension of Several Syntax Elements in 3GPP Adaptive HTTP Streaming Schema will be Described.

The 3GPP has enabled standardization of a standard for adaptive HTTP streaming. Mapping of several syntax elements described above into the schema of 3GPP adaptive HTTP streaming is shown.

Several other different syntax may be used to represent ideas in the following embodiment.

In the above schema, the term "period" may be equal to the term "interval" discussed above. Semantics of added elements/attributes are provided in Table 51.

US 9,325,558 B2

37                                                                                                   38

TABLE 51

| PeriodsRef | Equivalent to IntervalsRef element in the syntax. Child elements (Location, startTime, and availableTime) are already defined in the table. To make it consistent with change of Period's start/duration attributes, the same duration attribute of Period may be used in PeriodsRef. |
|---|---|
| NextPeriodRef | Equivalent to PreviousIntervalsRef in the syntax. |
| PreviousPeriodsRef | Equivalent to PreviousIntervalsRef in the syntax. |
| lastPeriodFlag | Equivalent to Last element in the syntax. |
| Quality | Equivalent to Utility element of AdaptationInfo (or QoSInfo) in the syntax. Quality element has the following two attributes: 1) name: describes a quality type (e.g., MOS, and PSNR). The name attribute has the type of QualityNameType. Semantics of quality names listed in QualityNameType are defined by classification scheme AdaptationQoSCS of MPEG-21 DIA. 2) value: describes a quality value. |
| requestPara | Equivalent to ReqQoSPara element in the syntax. The requestPara attribute is a text string with the format defined as follows. If the string does not start with "?," the string may be formed of a sequence of values separated by spaces. Each value indicates the order of an attribute of Representation that is used as a parameter in a query. A name and value of a query parameter are a name and value of a corresponding attribute. For example, if the string is "2 3" and the second and third attributes of the Representation are [ . . . with="320" height="240" . . .], the query part may be "with=320&height=240." If the string starts with "?," an exact query string for a request of the given Representation may be provided, for example, "bandwidth=1000&with=320&height=240." URL encoding (as defined in RFC 2616) may be applied here to support special characters. Several special characters that will be defined below may be also used in the text string. |
| randAccess | Equivalent to RandAccess element in the syntax. The randAccess attribute is a text string that is formed of a sequence of values separated by spaces. Each value indicates the order of a segment of the Representation. Segments identified by the randAccess attribute may support random access. |

Furthermore, the semantics of the range attribute of Url-Type may be extended to support multiple byte ranges, for example, "0-500,1000-1500." Such a modification may enable the range attribute to be equivalent to ByteRanges element of the above syntax.

Additionally, a sourceURL attribute may be changed from required to optional. This is because baseURL already provides a complete URL. The sourceURL may be unnecessary.

The use of multiple byte ranges may provide flexibility in downloading "virtual segments." For example, a segment of a low frame rate (that is able to be used in a trickmode) may be extracted on-the-fly from a stream or an original segment.

In addition, to support using multiple URLs for a Representation, the following modifications may be applied to the schema of 3GPP Adaptive HTTP Streaming.

Hereinafter, Multiple Locations for the Same Resource/Content will be Described.

Each level of description (a top-level, a Period level, and a Representation level) may provide only a single base URL for building absolute URLs from the description.

Multiple base URLs may be provided at each description level. Multiple base URLs may signal availability of resources at multiple locations.

Depending on an actual location of a client, the client may select one or more base URLs in a process of retrieving resources.

Such a modification may be implemented by different ways. One way may be to use an additional attribute called "morebaseURLs," or an element called "BaseURLs."

The attribute or element may be a string formed of multiple (base) URLs. The string may be separated by several special characters, for example ";" (namely, a semicolon and a space).

For example, when a semicolon or space appears within a URL, the semicolon or space may be encoded by the rules of RFC 2616.

The morebaseURLs attribute (or BaseURLs element) of a lower description level may override the same attribute (or element) of the higher description level.

For clarity, the morebaseURLs attribute and BaseURLs element may be restricted to be mutually exclusive. In other words, only a single type may exist in a whole description.

Another way may be to use a MoreBaseURL element of any URI type with multiple instances, where each instance provides a base URL.

The different ways may be merely examples of ideas for providing multiple base URLs. The ideas may be implemented in many other ways or even other languages.

Hereinafter, Multiple Locations for Resource/content Components will be Described.

Resource/content may be divided into one or more components/streams. Each of the one or more components/streams may be delivered from a location. The delivering may be supported by allowing multiple instances of an UrlTemplate element or a Url element set in SegmentInfoType. A modification "<xs:choice maxOccurs="unbounded">" in SegmentInfoType may be used for the above purpose.

US 9,325,558 B2

39

The appearance order of a UrlTemplate instance or a Url set instance may indicate importance of "location/stream." A more important location may appear before a less important location. For example, a video Representation may include two streams (for example, a spatial base layer, and a spatial enhancement layer). Each of the two streams may be delivered from a location described by UrlTemplate. Subsequently, the first instance of UrlTemplate may be a location for the spatial base layer.

40

Moreover, multiple instances of InitialisationSegmentURL may be allowed. An $n^{th}$ instance of InitialisationSegmentURL may correspond to an $n^{th}$ instance of a location (by either the UrlTemplate element or the Url element set).

For example, when only a single instance of Initialisation-SegmentURL exists, the instance may be used for all locations.

The following Tables 52 through 55 show the schema of 3GPP AdaptiveHTTPStreaming.

TABLE 52

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation>    <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element          minOccurs="0"          name="ProgramInformation"
type="ProgramInformationType">
            <xs:choice maxOccurs="unbounded">
                <xs:element name="Period" type="PeriodType"/>
                <xs:element name="PeriodsRef" type="PeriodsRefType"/>
            </xs:choice>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
            <xs:any     namespace="##other"     processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 53

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element          minOccurs="0"          name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element          maxOccurs="unbounded"          name="Representation"
```

US 9,325,558 B2

**41**

**42**

TABLE 53-continued

```
type="RepresentationType"/>
    <xs:element minOccurs="0" name="PreviousPeriodsRef" type="xs:PeriodsRef"/>
    <xs:element minOccurs="0" name="NextPeriodsRef" type="xs:PeriodsRef"/>
    <xs:any       namespace="##other"      processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="start" type="xs:duration"/>
  <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
  <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
  <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
  <xs:sequence>
    <xs:element   minOccurs="0" name="Title" type="xs:string"/>
    <xs:element   minOccurs="0" name="Source" type="xs:string"/>
    <xs:element   minOccurs="0" name="Copyright" type="xs:string"/>
    <xs:any       namespace="##other"      processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 54

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
  <xs:sequence>
    <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
    <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="MoreBaseUrl"
type="xs:anyURI"/>
    <xs:any       namespace="##other"      processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:attribute name="morebaseUrls" type="xs:string"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
  <xs:sequence>
    <xs:element name="SegmentInfo" type="SegmentInfoType"/>
    <xs:element           minOccurs="0"          name="ContentProtection"
type="ContentProtectionType"/>
    <xs:element minOccurs="0" name="TrickMode" type="TrickModeType"/>
    <xs:element    minOccurs="0"    maxOccurs="unbounded"     name="Quality"
type="QualityType"/>
    <xs:any       namespace="##other"      processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
    <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="xs:string"/>
  <xs:attribute name="mimeType" type="xs:string" use="required"/>
  <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>
  <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
  <xs:attribute name="requestPara" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
  <xs:sequence>
    <xs:any       namespace="##other"      processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="name" type="xs:QualityNameType"/>
  <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

US 9,325,558 B2

43                                                                              44

TABLE 55

```
<xs:simpleType name="QualityNameType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="PSNR"/>
    <xs:enumeration value="MOS"/>
    <xs:enumeration value="ODG"/>
    <xs:enumeration value="DI"/>
  </xs:restriction>
</xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
  <xs:sequence>
    <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
    <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
    <xs:element            minOccurs="0"            maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
    <xs:choice maxOccurs="unbounded">
      <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
      <xs:sequence>
        <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
        <xs:any     namespace="##other"     processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:any      namespace="##other"       processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
    </xs:choice>
  </xs:sequence>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:attribute name="morebaseUrls" type="xs:string"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="randAccess" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Segment URL   -->
<xs:complexType name="UrlType">
  <xs:sequence>
    <xs:any      namespace="##other"       processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
  <xs:attribute name="range" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 56

```
<!-- A URL template   -->
<xs:complexType name="UrlTemplateType">
  <xs:sequence>
    <xs:any      namespace="##other"       processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="sourceURL" type="xs:anyURI"/>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
  <xs:attribute name="endIndex" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation" type="xs:string"/>
    <xs:any      namespace="##other"       processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
  <xs:sequence>
    <xs:any      namespace="##other"       processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

US 9,325,558 B2

**45**

Hereinafter, Several Other Options of a PeriodsRef Element will be Described.

XInclude may be a World Wide Web Consortium (W3C) technology that provides an inclusion mechanism used to merge XML documents.

The above PeriodsRef and XInclude may be similar in using any URI type (with the Location element and href attribute) to refer to a resource/description. However, there are major differences between the above two approaches.

XInclude may be used to merge XML documents. In other words, the merged documents may need to be obtained before being optionally further processed. Conversely, PeriodsRef may be used to refer to past or future periods. The past or future periods may not always need to be merged. The intention of PeriodsRef may be to allow a user to retrieve appropriate period information only when the user wants.

In association with specific attributes/elements, startTime and availableTime of PeriodsRef may be unique for retrieval of period information. Among the attributes/elements of XInclude, "fallback" and "xpointer" may be used to improve functionality of PeriodsRef, while "parse", "encoding", "accept", and "accept-language" may be unnecessary for

**46**

PeriodsRef.

Based on the above description, two additional options for referencing periods may be proposed: 1) enhanced PeriodsRef, and 2) XInclude-extending PeriodsRef.

Enhanced PeriodsRef: enables enhancement of existing PeriodsRef by the fallback element and xpointer attribute of XInclude. This option may have an advantage of simplicity in syntax and processing. The syntax of modified PeriodsRef may be provided in Table 57 below.

XInclude-extending PeriodsRef: enables building of PeriodsRef by simply extending XInclude with startTime and availableTime attributes. This option may have an advantage of the use of the standard XInclude. To avoid always merging documents initially, the semantics of PeriodsRef may need to mandate that "clients are allowed to decide whether merging needs to be completed." The syntax of PeriodsRef may be provided in Table 58 below.

In the above syntax, an ids attribute may be added to indicate ids of referenced Periods used in the current media presentation. Additionally, to have consistency with a href attribute of XInclude, the Location element may be changed to an optional location attribute.

TABLE 57

```
<xs:complexType name="PeriodsRefType">
  <xs:choice minOccurs="0" maxOccurs="unbounded">
    <xs:element    minOccurs="0"    maxOccurs="unbounded"    name="fallback"
type="fallbackType"/>
    <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
  </xs:choice>
  <xs:attribute name="ids" type="xs:string"/>
  <xs:attribute name="location" type="xs:anyURI"/>
  <xs:attribute name="xpointer" type="xs:string"/>
  <xs:attribute name="startTime" type="xs:duration"/>
  <xs:attribute name="availableTime" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="fallbackType">
  <xs:choice minOccurs="0" maxOccurs="unbounded">
    <xs:element name="PeriodsRef" type="PeriodsRefType"/>
    <xs:any namespace="##other" processContents="lax"/>
  </xs:choice>
  <xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

US 9,325,558 B2

**47**

TABLE 58

```
<xs:schema
. . .
    xmlns:xi="http://www.w3.org/2001/XInclude"
. . .
<xs:complexType name="PeriodsRef">
  <xs:complexContent>
    <xs:extension base="xi:includeType">
      <xs:attribute name="ids" type="xs:string"/>
      <xs:attribute name="startTime" type="xs:duration"/>
      <xs:attribute name="availableTime" type="xs:duration"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
```

The semantics of the above elements/attributes may be provided as shown in Table 59.

TABLE 59

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| Period | E | 1 . . . N | O | Provides information of Period. |
| PeriodsRef | E | 1 . . . N | O | Provides reference to description containing one or more instances of Period element. One or more instances of Period element represent a sequence of consecutive Period(s). The information of Period may be either included as an instance of Period element or referenced by PeriodsRef element. |
| ids | A | | O. | Provides id(s) of referenced Period(s). When multiple consecutive Periods are referenced, the id's conveyed by this string are separated by semicolon. |
| locatoin | A | | O. | Provides reference to description of Period(s). |
| xpointer | A | | O. | Provides an XPointer to identify a portion of the referenced description. If xpointer attribute is absent, location attribute needs to be present. |
| startTime | A | 0 . . . 1 | O. | Indicates the start time of the referenced sequence of Periods, relative to the start time of content. StartTime element may help a client to determine whether referenced information needs to be retrieved. |
| availableTime | A | 0 . . . 1 | O. | Indicates the time the description of referenced Period(s) is available. The time is the relative time from the start time of content. If availableTime attribute is absent, the description is already available. |

Hereinafter, Period Timeline will be Described.

Each period may have a start attribute indicating a start time of a period. However, the above approach may not be flexible in modifying a timeline of periods.

For example, to insert an advertisement period into an MPD for VOD, start times of all periods after the inserted period need to be modified. Furthermore, when the same advertisement period is played repeatedly (for example, every 1 hour), the period may be continuously inserted. In the same manner, when one or more periods are removed from an

**48**

MPD, start times of remaining periods after periods are removed in space time may be modified.

In the embodiment, for flexibility of period management, the following modifications may be proposed:

1) Add a new attribute called "duration" to a Period

2) Change a current start attribute of a Period to optional

3) Add a new element called PeriodTimeline to the MPD type

The PeriodTimeline element may provide information about presentation of periods based on a timeline. Semantics and syntax of the PeriodTimeline element may be provided in Tables 60 through 62 below.

Using PeriodTimeline, description of a Period may be independent of a presentation time. Accordingly, a Period may be reused (fully or partially) in the same media presentation or in another media presentation. To modify the presentation time, only the Period Timeline needs to be changed.

In addition, the PartialPlay element may allow (re)play of one or more parts of a Period. For example, after an advertisement Period is presented, a part of the advertisement Period (denoted by beginning and ending) may be occasionally repeated during the whole session.

The PeriodTimeline element may impose an explicit timeline of Periods. Without the PeriodTimeline element, the implicit timeline of Periods may be inferred from the ordered sequence of Periods. To support the replay of a Period in the case of implicit timeline, the PartialPlay element may also be provided as a child element of the Period element.

US 9,325,558 B2

49                                                                                50

TABLE 60

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . |  |  |  |  |
| PeriodTimeline | E | 0 . . . 1 | O | Provides the presentation timeline of Periods of the Media Presentation. |
| PeriodsTime | E | 1 . . . N | O | Provides time information for presenting Period. |
| id | A |  | O. | Indicates an id of Period of the Media Presentation. This value is equal to the value of the id attribute of Period, if the id attribute of Period is present. If no id attributes are present, this value is equal to the appearance order of Period in the MPD. |
| start | A |  | O. | Provides accurate start time of Period relative to the value of the attribute availabilityStart time of the Media Presentation. The start attribute overrides start attribute of corresponding Period (i.e., an instance of Period element). The start attribute may be present for the first Period of the timeline. For other Periods, if information about presentation duration of previous Periods is available, this value may be deduced and the attribute may be absent. |
| PartialPlay | E | 0 . . . N | O. | Provides information for presenting a (temporal) part of Period. |
| beginning | A |  | O. | Indicates a beginning point of a part of Period. This time value is relative to the beginning of the Period. |
| ending | A |  | O. | Indicates an ending point of a part of Period. This time value is relative to the beginning of the Period. |
| Period | E | 1 . . . N | M | Provides information of Period. |
| start | A |  | O |  |
| id | A |  | O | Indicates an ID of Period. When the Period is a (partial) repeat of another Period, the value of id attribute is equal to an ID or an appearance order of a referred Period. |
| duration | A |  | O. | Indicates duration of Period. If start attribute is absent, duration attribute may be present. Also, for the last Period of a Media Presentation, if availabilityEndTime and SegmentTimeline are not available, the duration attribute of the Period may be present. |
| PartialPlay | E | 0 . . . N | O. | Provides information for presenting a (temporal) part of Period. |
| beginning | A |  | O. | Indicates a beginning point of a part of Period. This time value is relative to the beginning of the Period. |
| ending | A |  | O. | Indicates an ending point of a part of Period. This time value is relative to the beginning of the Period. |
| Representation | E | 0 . . . N |  | Representation element contains description of Representation. |

TABLE 61

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
...
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element         minOccurs="0"         name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:element         minOccurs="0"                 name="PeriodTimeline"
```

US 9,325,558 B2

**51**

**52**

TABLE 61-continued

```
type="PeriodTimelineType">
    <xs:element maxOccurs="unbounded" name="Period" type="PeriodType"/>
    <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period Timeline -->
<xs:complexType name="PeriodTimelineType">
    <xs:sequence>
        <xs:element        maxOccurs="unbounded"        name="PeriodTime"
type="PeriodTimeType"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 62

```
<xs:complexType name="PeriodTimeType">
    <xs:sequence>
        <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="PartialPlay"
type="PartialPlayType"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string" use="required"/>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PartialPlayType">
    <xs:sequence>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="beginning" type="xs:duration"/>
    <xs:attribute name="ending" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element        minOccurs="0"              name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="PartialPlay"
type="PartialPlayType"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
    <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
...
</xs:schema>
```

US 9,325,558 B2

**53**

As no a repeated Period needs to contain representation description again, the minimum number of Representation instances may also be changed to 0.

Rather than using the id attribute directly, a special attribute indicating an id value of a previous Period to be repeated may be used.

Hereinafter, Supplementary Info will be Described.

To provide a professional service, a provider may need clients to present supplementary information (together with

**54**

main content), such as a provider's logo or advertisement banners. The supplementary information may be independent of the timeline of the Period.

Each supplementary item may be provided for the highest resolution of content. For example, when content is downscaled to several small terminals, a supplementary item and location parameters (xOffset, and yOffset) of the supplementary item may also be downscaled proportionally.

Semantics and syntax of SupplementaryInfo may be provided in Tables 63 through 65.

TABLE 63

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . |  |  |  |  |
| SupplementaryInfo | E | 0 . . . 1 | O | Provides supplementary information and presentation of the supplementary information for the Media Presentation. |
| SupplementaryItem | E | 1 . . . N | M | Provides a supplementary item and presentation of the supplementary item for the Media Presentation. |
| itemURL | A |  | O. | Provides a URL of the supplementary item. |
| mime | A |  | O. | Provides MIME type of the item. |
| Presentation | E | 0 . . . N | O. | Provides information for presenting the item. If both On and Off elements are absent, the item is always presented. The On and Off elements may appear alternatively. |
| On | E | 0 . . . N | O. | Indicates time duration where the supplementary item is presented. |
| Off | E | 0 . . . N | O. | Indicates time duration where the supplementary item is not presented. |
| xOffset | A |  | O | Indicates a horizontal location of the item on a screen of a client. The horizontal location is counted in pixels, and is relative to the top left corner. |
| yOffset | A |  | O | Indicates a vertical location of the item on a screen of a client. The vertical location is counted in pixels, and is relative to the top left corner. |
| transparency | A |  | O | Indicates the transparency degree (%) of the supplementary item. |

TABLE 64

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
...
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element          minOccurs="0"           name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:element          minOccurs="0"           name="SupplementaryInfo"
type="SupplementaryInfoType"/>
        <xs:element maxOccurs="unbounded" name="Period" type="PeriodType"/>
        <xs:any     namespace="##other"     processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
```

US 9,325,558 B2

**55**

**56**

TABLE 64-continued

```
  <xs:attribute name="baseUrl" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="OnDemand"/>
    <xs:enumeration value="Live"/>
  </xs:restriction>
</xs:simpleType>
<!-- Supplementary Info -->
<xs:complexType name="SupplementaryInfoType">
  <xs:sequence>
    <xs:element    maxOccurs="unbounded"    name="SupplementaryItem"
type="SupplementaryItemType"/>
    <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 65

```
<xs:complexType name="SupplementaryItemType">
  <xs:sequence>
    <xs:element minOccurs="0" name="Presentation" type="PresentationType"/>
    <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="itemURL" type="xs:anyURL"/>
  <xs:attribute name="mime" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PresentationType">
  <xs:sequence>
    <xs:choice minOccurs="0" maxOccurs="unbounded">
      <xs:element name="On" type="xs:duration"/>
      <xs:element name="Off" type="xs:duration"/>
      <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:choice>
  </xs:sequence>
  <xs:attribute name="xOffset" type="xs:unsignedInt"/>
  <xs:attribute name="yOffset" type="xs:unsignedInt"/>
  <xs:attribute name="transparency" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
  <xs:sequence>
    <xs:element    minOccurs="0"    name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
    <xs:element    maxOccurs="unbounded"    name="Representation"
type="RepresentationType"/>
    <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="start" type="xs:duration"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
  <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
...
</xs:schema>
```

Hereinafter, Definitions of a Buffering Amount will be Described.

A minimum amount of initially buffered media of a client may be defined in time unit. In several cases, it is difficult for a client to make sure a temporal duration of buffered media is enough. Another option may be provided to enable the initially buffered media to be specified in data size unit.

For example, when two options (namely, the time unit, and the data size unit) are provided at the same time, a provider may specify a priority for each of the two options. The client may select an option from the two options.

The above idea may be implemented by adding another optional attribute called minBufferSize to the MPD, as shown in Tables 66 and 67 below. At least one of the two attributes (minBufferTime, and minBufferSize) may need to be present.

US 9,325,558 B2

57

58

Table 66 shows semantics of minBufferSize.

TABLE 66

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | |
| minBufferTime | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in time duration. |
| minBufferSize | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in datasize (kilo byte). |

TABLE 67

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
... ...
    <xs:complexType name="MPDtype">
      <xs:sequence>
         <xs:element   name="ProgramInformation"   type="ProgramInformationType"
minOccurs="0"/>
         <xs:element name="Period" type="PeriodType" maxOccurs="unbounded"/>
         <xs:element    name="BaseURL"    type="BaseURLType"    minOccurs="0"
maxOccurs="unbounded"/>
         <!-- NEW: Alternate base URL specifications -->
         <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="type" type="PresentationType" default="OnDemand"/>
      <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
      <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
      <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
      <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
      <xs:attribute name="minBufferTime" type="xs:duration" use="optional"/>
      <xs:attribute name="minBufferSize" type="xs:unsignedInt" use="optional"/>
      <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
      <xs:attribute name="baseURL" type="xs:anyURI"/>
      <xs:any Attribute namespace="##other" processContents="lax"/>
   </xs:complexType>
...
</xs:schema>
```

US 9,325,558 B2

**59**

Hereinafter, Bandwidth Information for Different Amounts of Initially Buffered Media will be Described.

Bandwidth information of each representation may be provided for a given minimum amount of initially buffered media. However, different clients may have different pre-set amounts of initially buffered media, and accordingly different bandwidth information may be required for different clients.

Hereinafter, Different Bandwidth Values Corresponding to Different Minimum Amounts of Initially Buffered Media will be Described for Each Representation.

An advantage of such a solution may be that multiple MPDs corresponding to multiple minimum amounts of initially buffered media are not required.

**60**

Accordingly, a schema of MPEG DASH may be changed as follows:

1) More values may be added to the MPD for minimum amounts of initially buffered media. As described above, the amount of buffering may be either in the time unit or data size unit.

2) For each representation, bandwidth values corresponding to the minimum amounts of initially buffered media may be provided.

The above changes may be implemented by the MinBuffer element in MPDtype or the BandwidthInfo@repBandwidth element in RepresentationType.

Table 68 shows semantics of MinBuffer.

TABLE 68

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | |
| BaseURL | 0 . . . N | Describes a URL that may be used on the MPD level, instead of baseURL attribute, or in addition to baseURL attribute. |
| MinBuffer | 0 . . . N | Provides a minimum amount of initially buffered media that is needed to ensure smooth playout. |
| id | M | Provides an ID of MinBuffer element. The value of this attribute may be greater than 0. |
| minBufferTime | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in time duration. |
| minBufferSize | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in datasize (kilo byte). At least one attribute among minBufferTime and minBufferSize may be present in MinBuffer element. |

Table 69 shows semantics of BandwidthInfo.

TABLE 69

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| SegmentInfo | 1 | Provides Segment access information. |
| BandwidthInfo | 0 . . . N | Provides bandwidth information corresponding to a specific amount of initially buffered media. |
| id | M | Indicates an ID of MinBuffer element of the MPD. If the value of this attribute is 0, the value corresponds to the minimum amount of initially buffered media provided by minBufferTime or minBufferSize of the MPD. |
| repBandwidth | O | Provides a bandwidth value for the representation corresponding to the minimum amount of initially buffered media provided in the associated MinBuffer element. The repBandwidth attribute may be absent if the value of id attribute is 0. |

US 9,325,558 B2

**61**                                                                                                          **62**

Tables 70 and 71 show XML syntax of Bandwidth Info.

TABLE 70

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
   attributeFormDefault="unqualified"
   elementFormDefault="qualified"
   xmlns:xs="http://www.w3.org/2001/XMLSchema"
   xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
......
   <xs:complexType name="MPDtype">
     <xs:sequence>
       <xs:element   name="ProgramInformation"   type="ProgramInformationType"
minOccurs="0"/>
       <xs:element name="Period" type="PeriodType" maxOccurs="unbounded"/>
       <xs:element      name="BaseURL"      type="BaseURLType"      minOccurs="0"
maxOccurs="unbounded"/>
       <xs:element      name="MinBuffer"      type="MinBufferType"      minOccurs="0"
maxOccurs="unbounded"/>
       <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
     </xs:sequence>
     <xs:attribute name="type" type="PresentationType" default="OnDemand"/>
     <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
     <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
     <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
     <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
     <xs:attribute name="minBufferTime" type="xs:duration" use="optional"/>
     <xs:attribute name="minBufferSize" type="xs:unsignedInt" use="optional"/>
     <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
     <xs:attribute name="baseUrl" type="xs:anyURI"/>
     <xs:anyAttribute namespace="##other" processContents="lax"/>
   </xs:complexType>
   <xs:complexType name="MinBufferType">
     <xs:sequence>
       <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
     </xs:sequence>
     <xs:attribute name="id" type="xs:string" use="required"/>
     <xs:attribute name="minBufferTime" type="xs:duration"/>
     <xs:attribute name="minBufferSize" type="xs:unsignedInt"/>
     <xs:anyAttribute namespace="##other" processContents="lax"/>
   </xs:complexType>
...
```

TABLE 71

```
   <xs:complexType name="RepresentationType">
     <xs:complexContent>
       <xs:extension base="RepresentationBaseType">
         <xs:sequence>
           <xs:element name="SegmentInfo" type="SegmentInfoType"/>
           <xs:element         minOccurs="0"         maxOccurs="unbounded"
name="BandwidthInfo" type="BandwidthInfoType"/>
           <xs:element         name="TrickMode"         type="TrickModeType"
minOccurs="0"/>
         </xs:sequence>
         <xs:attribute name="id" type="xs:string" use="required"/>
         <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
         <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
         <xs:attribute name="depid" type="StringVectorType"/>
         <xs:attribute name="default" type="xs:boolean"/>
       </xs:extension>
     </xs:complexContent>
   </xs:complexType>
<!-- Bandwidth Info  -->
<xs:complexType name="BandwidthInfoType">
   <xs:sequence>
     <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="id" type="xs:string"/>
   <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

US 9,325,558 B2

63

Hereinafter, a Segment Bandwidth will be Described.

A bandwidth attribute may be provided for each representation over the whole duration of a period. However, for quality consistence, the bitrate of encoded video may usually have busty characteristics. A bitrate of one segment may be

64

several times higher than a bitrate of another segment. Bandwidth information of each segment may be additionally provided, so that a client may more efficiently adapt to network variations.

Table 72 describes semantics of SegmentBandwidth.

TABLE 72

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| Representation | | | | |
| SegmentInfo | | | | |
| SegmentBandwidth | E | 0 . . . 1 | O. | Provides bandwidth information for segments of a representation. |
| Range | E | 1 . . . N | M. | Provides bandwidth information for a range of consecutive segments of a representation. The first range may start from the first segment of the representation. |
| offset | | | | Indicates a difference between a representation bandwidth and a segment bandwidth. A negative (non-negative) value means the segment bandwidth smaller (higher) than the representation bandwidth. A bandwidth of a segment is the sum of an offset value and a representation bandwidth. |
| repeat | | | | Indicates the number of consecutive segments that have the same bandwidth. |

30

Tables 73 and 74 show syntax of SegmentBandwidth.

TABLE 73

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
......
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
    <xs:sequence>
        <xs:element          minOccurs="0"          name="InitialisationSegmentURL"
type="UrlType"/>
        <xs:choice minOccurs="0">
            <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
            <xs:sequence>
                <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
                <xs:any namespace="##other" processContents="lax" minOccurs="0"
                maxOccurs="unbounded"/>
            </xs:sequence>
            <xs:any namespace="##other" processContents="lax" minOccurs="0"
            maxOccurs="unbounded"/>
        </xs:choice>
        <xs:element          minOccurs="0"          name="SegmentBandwidths"
type="SegmentBandwidthsType"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

US 9,325,558 B2

65

66

TABLE 74



TABLE 74-continued

```
<xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
</xs:schema>
```

When a long segment causes large fluctuations of a bandwidth within a duration of the segment, it is necessary to describe sub-segment bandwidths. The above description may be implemented by changing the repeat attribute to the duration attribute (type="xs:duration"), to indicate an interval of sub-segments instead of segments.

The above idea may be represented in a more general way using the IntervalBandwidth element, as described below. An advantage of the way may be that an interval is unnecessarily aligned with segment boundaries. In the following syntax, multiple values of minimum initial buffering may be taken into account.

Table 75 shows syntax of IntervalBandwidth.

TABLE 75

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| SegmentInfo | 1 | Provides Segment access information. |
| BandwidthInfo | 0 . . . N | Provides bandwidth information corresponding to a specific amount of initially buffered media. |
| id | M | Indicates an ID of MinBuffer element of the MPD. If the value of this attribute is 0, the value corresponds to the minimum amount of initially buffered media provided by minBufferTime or minBufferSize attributes of the MPD. |
| repBandwidth | O | Provides a bandwidth value for the representation corresponding to the minimum amount of initially buffered media provided in MinBuffer element. The repBandwidth attribute may be absent if the value of id attribute is 0. |
| IntervalBandwidth | 0 . . . N | Provides bandwidth information for an interval of the representation. The bandwidth information corresponds to the minimum amount of initially buffered media identified by the id attribute. The first interval may start from the beginning of the representation. |
| offset | M | Indicates a difference between a representation bandwidth and a segment bandwidth. A negative (non-negative) value means the segment bandwidth smaller (higher) than the representation bandwidth. A bandwidth of a segment is the sum of an offset value and a representation bandwidth. |
| duration | M | Indicates duration of the interval. |

US 9,325,558 B2

**67**

**68**

Table 76 shows syntax of IntervalBandwidth.

TABLE 76

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:MPEG:ns:DASH"
  attributeFormDefault="unqualified"
  elementFormDefault="qualified"
  xmlns:xs="http://www.w3.org/2001/XMLSchema"
  xmlns:xlink="http://www.w3.org/1999/xlink"
  xmlns="urn:MPEG:ns:DASH">
......
  <xs:complexType name="RepresentationType">
    <xs:complexContent>
      <xs:extension base="RepresentationBaseType">
        <xs:sequence>
          <xs:element name="SegmentInfo" type="SegmentInfoType"/>
          <xs:element          minOccurs="0"          maxOccurs="unbounded"
name="BandwidthInfo" type="BandwidthInfoType"/>
          <xs:element          name="TrickMode"          type="TrickModeType"
minOccurs="0"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
        <xs:attribute name="depid" type="StringVectorType"/>
        <xs:attribute name="default" type="xs:boolean"/>
      </xs:extension>
    </xs:complexContent>
  </xs:complexType>
<!-- Bandwidth Info, taken from the above Section   -->
<xs:complexType name="BandwidthInfoType">
  <xs:sequence>
    <xs:element          minOccurs="0"          maxOccurs="unbounded"
name="IntervalBandwidth" type="IntervalBandwidthType"/>
    <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="IntervalBandwidthType">
  <xs:sequence>
    <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="offset" type="xs:integer"/>
  <xs:attribute name="duration" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
</xs:schema>
```

Hereinafter, Extension to Support Virtual Segments will be Described.

Media may be prepared before delivery. In particular, an original media file may be segmented, and several in-band metadata may be inserted into media data.

Description may be given of "virtual segments" that describe different representations, so that a demand for media manipulation may be minimized A virtual segment may be defined as a set of data part(s) inside a stream (or a segment).

Goals of virtual segments may include the following goals 1) and 2):

1) Ease in creation and management of media files: obviously using virtual segments, the number of physical files may be reduced. Additionally, original media files may remain unchanged, and may be augmented by out-of-band signaling metadata.

2) Flexibility in segment provisioning: different types of segments may be obtained from a stream.

In the MPEG DASH, a media segment to be requested by a client may be addressed by a URL and a byte range. The addressing may be rather limited, since a media segment may be formed of different parts of a media stream, in particular when a media stream includes different representations

inside. The URL with multiple byte ranges may be used to identify virtual segments. Additionally, different techniques may be used to reduce an increased metadata size caused by using multiple byte ranges.

Semantics of UrlType of the MPD may be changed as follows.

range attribute: [ . . . ]. A format of this string may support multiple byte ranges. (for example, "0-500, 1000-1500")

When decoding a representation obtained by byte ranges, several parts of media header boxes (for example, moov or moof boxes) may include information that is different from representation description. Here, the information may be ignored.

To represent the byte ranges in a compact way, a new element called MoreAddressingInfo may be added. Metadata fragmentation may be applied to the MoreAddressingInfo element, to reduce a size of an initial MPD.

To support the feature that there is no need to modify original media file(s), the segment index boxes (and other related boxes, for example, a box corresponding to a Ranges element) may be conveyed out-of-band. Accordingly, the MoreAddressingInfo element may also include information that includes a URL and byte ranges, for addressing segment index boxes of each media segment.

US 9,325,558 B2

**69**

The SegmentInfo element improved by the MoreAddressingInfo element is described as shown in Table 77.

TABLE 77

| Element or Attribute Name | Use | Description |
|---|---|---|
| SegmentInfo | M | Provide Segment access information. |
| . . . |  |  |
| UrlList | 0 . . . N | Provides a list of explicit URL(s) for Segments. |
| MoreAddressingInfo | 0 . . . 1 | Provides more addressing information for different representations that may be extracted from the segments identified by the above UrlTemplate, Urls, or UrlList. |
| baseURL | O | Provides the base URL for more addressing information. |
| xlink:href | O | Provides reference to external MoreAddressingInfo element. |
| ByteRanges | 0 . . . 1 | Provides byte ranges of different representations. |
| xlink:href |  | Provides reference to external ByteRanges element. |
| sameRep | O | If sameRep is true, indicates that each Ranges element contains byte ranges of different segments of a representation. If sameRep is false, indicates that each Ranges element contains byte ranges of segments having the same segment order of different representations. The ordering of segments/representations is the same as that in corresponding representation description. If sameRep attribute is absent, which indicates that each Ranges element contains byte ranges for a segment of a representation. The ordering of segments/representations is the same as that in corresponding representation description. When the first representation needs no byte ranges, corresponding Ranges elements for the representation may be absent. |
| Ranges | 0 . . . N | Provides byte ranges of representations (possibly consisting of multiple segments). Ranges element is based on string type representing a sequence of byte ranges. A byte range is denoted by "x-y" where x and y are a start value and an end value. Byte ranges of different segments (if any) are separated by semicolon character (";"), while different byte ranges within a segment are separated by comma character (","). When two or more byte ranges corresponding to the same segment order have the same x/y values, one or more x/y values may be absent and then referred from a corresponding value that is present. |
| xlink:href |  | Provides reference to external ByteRanges element. |
| IdxBoxes | 0 . . . 1 | Provide address of segment index boxes of segments. IdxBoxes element is based on string type representing a sequence of byte ranges. A byte range is denoted by "x-y" where x and y are a start value and an end value. Byte ranges for different segments (if any) are separated by semicolon character (";"), while different byte ranges for a segment are separated by comma character (","). When a segment index box is used out-of-band (i.e., not in a media segment), the reference_offset value of the index box may be referenced from the first byte of the segment. |
| idxFileUrl | O | Provides URL of a file containing the index boxes of the segments. |

Here, conditions may be hold only when xlink:href is not used. When linking is used, all elements may be "optional," and <minOccurs=0>.

**70**

Elements are bold, and attributes are non-bold.

Tables 78 and 79 show XML syntax of MoreAddressingInfo.

TABLE 78

```
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
  <xs:sequence>
    <xs:element         name="InitialisationSegmentURL"        type="UrlType"
minOccurs="0"/>
    <xs:element   name="BaseURL"   type="BaseURLType"   minOccurs="0"
maxOccurs="unbounded"/>
    <xs:element       name="SegmentTimeline"       type="SegmentTimelineType"
minOccurs="0"/>
    <xs:choice minOccurs="0">
      <xs:element name="UrlTemplate" type="UrlTemplateType" minOccurs="0"/>
      <xs:sequence>
```

US 9,325,558 B2

71

72

TABLE 78-continued

```
        <xs:element name="Url" type="UrlType" maxOccurs="unbounded"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
            maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:element name="UrlList" type="UrlListType" minOccurs="0"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
            maxOccurs="unbounded"/>
        </xs:choice>
        <xs:element     name="MoreAddressingInfo"     type="MoreAddressingInfoType"
minOccurs="0"/>
    </xs:sequence>
    <xs:attributeGroup ref="SegmentInfoAttrGroup"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="MoreAddressingInfoType">
    <xs:sequence>
        <xs:element name="ByteRanges" type="ByteRangesType" minOccurs="0"/>
        <xs:element name="IdxBoxes" type="IdxBoxesType" minOccurs="0"/>
    </xs:sequence>
    <xs:attribute ref="xlink:href"/>
    <xs:attribute ref="xlink:actuate" default="onRequest"/>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="ByteRangesType">
    <xs:sequence>
        <xs:element     name="Ranges"     type="RangesType"     minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute ref="xlink:href"/>
    <xs:attribute ref="xlink:actuate" default="onRequest"/>
    <xs:attribute name="sameRep" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 79

```
<xs:complexType name="RangesType">
    <xs:simpleContent>
        <xs:extension base="xs:string">
            <xs:attribute ref="xlink:href"/>
            <xs:attribute ref="xlink:actuate" default="onRequest"/>
            <xs:anyAttribute namespace="##other" processContents="lax"/>
        </xs:extension>
    </xs:simpleContent>
</xs:complexType>
<xs:complexType name="IdxBoxesType">
    <xs:simpleContent>
        <xs:extension base="xs:string">
            <xs:attribute name="idxFileUrl" type="xs:anyURI"/>
            <xs:anyAttribute namespace="##other" processContents="lax"/>
        </xs:extension>
    </xs:simpleContent>
</xs:complexType>
```

To further reduce the size of the MoreAddressingInfo element, the MoreAddressingInfo element may be represented by the pseudo-code format.

An example of representing the ByteRanges element in the pseudo-code format is shown in the following Table 80.

TABLE 80

```
aligned(8) class ByteRangesBox extends FullBox('brgb', 0, 0) {
    bit(1)                same_rep;
    unsigned int(31)     segment_count;
    unsigned int(8)      rep_count;
    if (same_rep){
        for( i=0; i < rep_count; i++)
            for ( j=0; j < segment_count; j++){
                unsigned int(8) range_count;
```

TABLE 80-continued

```
                for ( k=0; k < range_count; k++){
                    unsigned int(32) start;
                    unsigned int(32) end;
                }
            }
        }
    }
    if (!same_rep){
        for( i=0; i < segment_count; i++){
            unsigned int(32) segment_offset;
            for ( j=0; VVVj < rep_count; j++){
                unsigned int(7) range_count;
                bit(1) same_start;
                if (!same_start){
                    for ( k=0; k < range_count; k++){
                        unsigned int(32) start;
                        unsigned int(32) end;
                    }
                }
                if (same_start){
                    for ( k=0; k < range_count; k++)
                        unsigned int(32) end;
                }
            }
        }
    }
}
```

Here, same_rep indicates whether each sequence of byte ranges below is for segments of the same representation or segments having the same order in different representations.

segment_count indicates the number of segments in each representation.

rep_count indicates the number of representations.

range_count indicates the number of byte ranges.

start and end indicate a start value and an end value of each of byte ranges.

US 9,325,558 B2

**73**

same_start indicates whether the following set of byte ranges has the same start values as a previous set of byte ranges.

To describe characteristics of representations provided by the MoreAddressingInfo element, different ways may be used. Hereinafter, two typical ways will be described: 1) using representations of a representation group and 2) using sub-representations of a representation.

Using Representations of Representation Group

SegmentInfoDefaultType of a RepresentationGroup element may be directly extended from the SegmentInfoType, as shown in the following Table 81. When a SegmentInfoDefault element of the RepresentationGroup element is used to convey addressing information of segments, the SegmentInfo element in the Representation element may be absent. Each representation of the representation group may have the same identifier value as an (corresponding) identifier value indicated by the Ranges element of MoreAddressingInfo.

TABLE 81

```
<xs:complexType name="SegmentInfoDefaultType">
  <xs:complexContent>
    <xs:extension base="SegmentInfoType">
      <xs:attribute name="sourceURLTemplatePeriod"
      type="xs:string"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
```

Using Sub-representations in Representation

A new element called SubReps may be used to describe different (sub-) representations of a (parent) representation. The SegmentInfo element of a parent representation (as described above) may be used to convey the addressing information.

Table 82 describes semantics of SubReps.

TABLE 82

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation . . . | 1 | Provides Segment access information. |
| SegmentInfo | 1 | Provides Segment access information. (revised as above) |
| SubReps | 0 . . . 1 | Provides information about sub-representations of a representation. |
| SubRep | 0 . . . N | Provides information about a sub-representation of a representation. SubRep element is of RepresentationType. An identifier of the sub-representation may be equal to an identifier of corresponding RepRanges in SegmentInfo element. Attributes of a sub-representation (if present) may override attributes of the parent representation. |

Table 83 shows XML syntax of the SubReps element.

TABLE 83

```
<xs:complexType name="RepresentationType">
  <xs:complexContent>
    <xs:extension base="RepresentationBaseType">
      <xs:sequence>
        <xs:element name="SegmentInfo"
        type="SegmentInfoType"/>
        <xs:element        name="TrickMode"
```

**74**

TABLE 83-continued

```
type="TrickModeType" minOccurs="0"/>
        <xs:element name="SubReps" type="SubRepsType"
        minOccurs="0"/>
      </xs:sequence>
      <xs:attribute name="id" type="xs:string" use="required"/>
      <xs:attribute name="bandwidth" type="xs:unsignedInt"
      use="required"/>
      <xs:attribute name="qualityRanking"
      type="xs:unsignedInt"/>
      <xs:attribute name="depid" type="StringVectorType"/>
      <xs:attribute name="default" type="xs:boolean"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
<xs:complexType name="SubRepsType">
  <xs:sequence>
    <xs:element   name="SubRep"   type="RepresentationType"
    minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Hereinafter, an Adaptation Hint will be Described.

In several cases, measuring quality values may be expensive. Accordingly, instead of explicitly providing quality information, a provider may provide a few hints in selecting different representations.

Hereinafter, an adaptation hint that suggests selected representations in a given context (for example, at a bandwidth constraint of 1 Mbps) is described. Elements and semantics of the adaptation hint are shown below. AdaptationHint may be a child element of Period or Subset. When AdaptationHint is used in SubSet, AdaptationHint may only consider representations that belong to the SubSet.

In practice, a client may use AdaptationHint not only to select representations in described context, but also to infer (for example, interpolate) representations in other possible contexts.

Table 84 shows semantics of AdaptationHint.

TABLE 84

| Element or Attribute Name | Use | Description |
|---|---|---|
| Period . . . | M | Provides information of Period. |
| AdaptationHint | 0 . . . 1 | Provides hint to select representations for supporting adaptivity. The hint includes a list of nodes, each describing a given set of constraints (e.g., bandwidth and display size) and the corresponding selected representations. |
| xlink:href | | Provides reference to external AdaptationHint element |
| Node | 1 . . . N | Describes a given context (e.g., bandwidth and display size) and the corresponding selected representations. |
| bandwidth | O | Describes the bandwidth constraint |
| width | O | Describes the width constraint |
| height | O | Describes the height constraint |
| frameRate | O | Describes the frame rate constraint |
| SelectedRep | 1 . . . N | Describes a selected representation. |
| id | M | Describes an identifier of a selected representation. |
| Subset | 0 . . . N | Subset element contains a description of Subset. |
| AdaptationHint | O | Provides hint to select representations for adaptivity. The hint includes a list of nodes, each describing 1) a given set of constraints (e.g., bandwidth and display size) and 2) the corresponding selected representations within SubSet. |

US 9,325,558 B2

**75**

Tables 85 and 86 show syntax of AdaptationHint.

TABLE 85

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
   attributeFormDefault="unqualified"
   elementFormDefault="qualified"
   xmlns:xs="http://www.w3.org/2001/XMLSchema"
   xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
......
   <!-- Period of a presentation -->
   <xs:complexType name="PeriodType">
     <xs:sequence>
        <xs:element    name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>
        <xs:element         name="Representation"         type=
"RepresentationType" minOccurs="1" maxOc-curs="unbounded"/>
        <xs:element    name="RepresentationGroup"    type=
"RepresentationGroupType" minOccurs="0" maxOc-curs="unbounded"/>
        <xs:element       name="Subset"       type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>
        <xs:element         name="AdaptationHint"
type="AdaptationHintType" minOccurs="0"/>
        <xs:any     namespace="##other"     processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
     </xs:sequence>
     <xs:attribute ref="xlink:href"/>
     <xs:attribute ref="xlink:actuate" default="onRequest"/>
     <xs:attribute name="start" type="xs:duration"/>
     <xs:attribute name="id" type="xs:string" />
     <xs:attribute name="duration" type="xs:duration"/>
     <xs:attribute          name="segmentAlignmentFlag"
type="xs:boolean" default="false"/>
     <xs:attribute          name="bitStreamSwitchingFlag"
type="xs:boolean" default="false"/>
     <xs:anyAttribute namespace="##other" processContents="lax"/>
   </xs:complexType>
   <xs:complexType name="SubsetType">
     <xs:sequence>
        <xs:element    name="Contains"    type="ContainsType"
minOccurs="1" maxOccurs="unbounded"/>
        <xs:element         name="AdaptationHint"
type="AdaptationHintType" minOccurs="0"/>
        <xs:any     namespace="##other"     processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
     </xs:sequence>
     <xs:anyAttribute namespace="##other" processContents="lax"/>
   </xs:complexType>
<!-- Adaptation Hint   -->
<xs:complexType name="AdaptationHintType">
   <xs:sequence>
      <xs:element name="Node" type="NodeType"
```

**76**

TABLE 85-continued

```
maxOccurs="unbounded"/>
      <xs:any     namespace="##other"     processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 86

```
<!-- Node -->
<xs:complexType name="NodeType">
    <xs:sequence>
       <xs:element          name="SelectedRep"
type="SelectedRepType" maxOccurs="unbounded"/>
       <xs:any    namespace="##other"    processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="bandwidth" type="xs:unsignedInt"/>
    <xs:attribute name="width" type="xs:unsignedInt"/>
    <xs:attribute name="height" type="xs:unsignedInt"/>
    <xs:attribute name="frameRate" type="xs:double"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Selected Rep   -->
<xs:complexType name="SelectedRepType">
    <xs:sequence>
       <xs:any     namespace="##other"     processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string" use="required"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

Hereinafter, a Bandwidth Range for a Group of Sub-representations will be Described.

Scalable content may be more and more popular due to flexibility in extracting sub-streams to meet various constraints of user devices. A file format may also provide a wide variety of tools to extract sub-streams from a full (scalable) stream. To support scalable content in DASH, a new attribute called bandwidthRange for a Representation may be proposed. The bandwidthRange attribute may provide bandwidth values of sub-streams (or sub-representations) that are extractable from the full stream/representation.

To download the segments of the full representation, a client may use only URLs provided together with representation description. However, to download segments of a sub-representation, the client may include a query parameter called "bandwidth" to each URL (For example, "?bandwidth=1000").

US 9,325,558 B2

**77**                                                                **78**

Table 87 describes semantics of bandwidthRange.

TABLE 87

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| id | M | Describes a unique identifier for Representation within Period. The string may only contain characters permitted to form a valid http-URL according to RFC1738. For scalable content, the string may contain a list of ids (separated by semicolon character ";") corresponding to the sub-representations whose bandwidth values are provided in bandwidthRange attribute. The first id of the list may be an id of the (full) representation. |
| bandwidth | O | Describes a minimum bandwidth of a hypothetical constant bitrate channel in bits per second (bps) over which the Representation (i.e., the collection of all Segments of a Representation) may be delivered such that a client, after buffering for exactly minBufferTime may be assured of having enough data for continuous playout. |
| bandwidthRange | O | Describes a string containing a list of bandwidth values (separated by semicolon character ";") of sub-representations extractable from the representation. To request a sub-representation, a client may include in the request a query parameter called "bandwidth." A value of "bandwidth" is a bandwidth value of the required sub-representation. |

bandwidthRange may be used for RepresentationGroup as well. Here, the sub-representations may become representations of RepresentationGroup.

Similarly to the bandwidth, other attributes, such as resolution, or frame rate, may be augmented by corresponding resolutionRange and framerateRange.

Hereinafter, Bandwidth Information will be Additionally Described.

Description related to a bandwidth and initial buffering delay may be improved to enable flexibility and accuracy in supporting adaptivity.

minBufferTime at MPD Level

A bandwidth value of each representation may be defined with respect to a certain minimum initial buffering time value (minBufferTime). The initial buffering time may be provided at the MPD level. However, it may be unclear whether minBufferTime is applied only to the beginning of the media presentation, or to any RAPs.

Semantics of minBufferTime at the MPD level may be revised to one of the following options:

1) to provide the minimum amount of initially buffered media (at the beginning of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation.

2) to provide the minimum amount of initially buffered media (at the beginning of any Period of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation.

3) to provide the minimum amount of initially buffered media (at any RAPs of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation.

minBufferTime at Period Level

For example, when the minBufferTime attribute at the MPD level is specific to the starting point of the presentation, minBufferTime may be added to each Period. The adding minBufferTime to each Period may override a value of minBufferTime at the MPD level. The overriding may enable appropriate initial buffering before starting a Period.

First, minBufferTime at the MPD level may be changed to an "optional attribute" as shown in Table 88.

Table 88 describes minBufferTime.

TABLE 88

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | |
| minBufferTime | O | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of bandwidth attribute of the Representation. |

Semantics and syntax of the minBufferTime attribute at the Period level are shown in Tables 89 and 90.

TABLE 89

| Element or Attribute Name | Use | Description |
|---|---|---|
| Period | 1 | Provides information of Period. |
| . . . | | |
| minBufferTime | O | Options of semantics: 1) Provides the minimum amount of initially buffered media (at the beginning of the current Period) that is needed to ensure smooth playout provided that each Representation of the current |

US 9,325,558 B2

79

80

TABLE 89-continued

| Element or Attribute Name | Use | Description |
|---|---|---|
| | | Period is delivered at or above the value of the bandwidth attribute of the Representation. If present, minBufferTime attribute overrides the minBufferTime attribute at MPD level. 1) Provides the minimum amount of initially buffered media (at any RAPs within the current Period) that is needed to ensure smooth playout provided that each Representation of the current Period is delivered at or above the value of the bandwidth attribute of the Representation. If present, minBufferTime attribute overrides the minBufferTime attribute at MPD level. |

TABLE 90

```
<!-- Period of a presentation -->
  <xs:complexType name="PeriodType">
    <xs:sequence>
      <xs:element   name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>
      <xs:element      name="Representation"       type=
"RepresentationType" minOccurs="1" maxOccurs="unbounded"/>
        <xs:element  name="RepresentationGroup"  type=
"RepresentationGroupType" minOccurs="0" maxOccurs="unbounded"/>
        <xs:element      name="Subset"       type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>
        <xs:any     namespace="##other"      processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute ref="xlink:href"/>
    <xs:attribute ref="xlink:actuate" default="onRequest"/>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute name="id" type="xs:string" />
```

TABLE 90-continued

```
      <xs:attribute name="duration" type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration"
      use="optional"/>
        <xs:attribute         name="segmentAlignmentFlag"
type="xs:boolean" default="false"/>
        <xs:attribute         name="bitStreamSwitchingFlag"
type="xs:boolean" default="false"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
```

Hereinafter, Revised Definition of the Bandwidth will be Described.

The definition of the bandwidth may guarantee continuous playout of a representation in a Period. However, there is no guarantee that representation(s) in the next Period (if any) will be sufficiently buffered before representations start. To support continuous playout across Periods, semantics of the bandwidth attribute may be changed as shown in Table 91.

TABLE 91

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| id | M | Describes a unique identifier for Representation within Period. The string may only contain characters permitted to form a valid http-URL according to RFC1738. |
| bandwidth | M | Describes a minimum bandwidth of a hypothetical constant bitrate channel in bits per second (bps) over which the Representation (i.e., the collection of all Segments of a Representation) may be delivered such that a client, after buffering for exactly minBufferTime may be assured of having enough data for continuous playout. Also, the value of bandwidth may enable 1) transparent splicing between the current Period and the next Period and 2) continuous playout in the next Period. |

US 9,325,558 B2

81

All media data of the current Period may be received well before the start of the next Period. Accordingly, all media data of the next Period may be sufficiently buffered (for continuous playout) before the start of the next Period.

Hereinafter, Multiple Pairs of Bandwidth-minBufferTime will be Described.

Different devices, receiving the same MPD, may respect minBufferTime in the MPD. However, different devices may require different amounts of initially buffered media (or different minimum initial buffering delays).

For example, one device may prefer low delay (at the cost of high bandwidth), while another device with low-bandwidth connection may accept a large delay.

Having multiple pairs of bandwidth-minBufferTime may provide a great flexibility in selecting QoS levels.

Hereinafter, 1) different values/instances of minBufferTime and 2) different bandwidth values (for each representa-

82

tion) that correspond to different values of minBufferTime will be described. An advantage of such a solution may be that multiple MPDs corresponding to multiple values of minBufferTime are not required.

Accordingly, the schema of MPEG DASH may be changed as follows:

1) More values for minimum initial buffering delay may be added to the MPD.

2) For each representation, bandwidth values corresponding to values of the minimum initial buffering delays may be provided.

The above changes may be implemented by 1) MinBufferTime elements at the MPD level and Period level, and by 2) the BandwidthInfo element in a Representation.

Other pairs of bandwidth-minBufferTime may be interpolated from the provided pairs of bandwidth-minBufferTime.

Table 92 shows semantics of MinBufferTime at the MPD level.

TABLE 92

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | |
| BaseURL | 0 . . . N | Describes a URL that may be used on the MPD level, instead of or in addition to baseURL attribute. |
| minBufferTime | 0 . . . N | Provides a minimum amount of initially buffered media that is needed to ensure smooth playout. |
| id | M | Provides an ID of MinBuffer element. The value of id attribute may be greater than 0. |
| vaule | O | 1) Provides the minimum amount of initially buffered media (at the beginning of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. 2) Provides the minimum amount of initially buffered media (at the beginning of any Period of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. 3) Provides the minimum amount of initially buffered media (at any RAPs of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. |

Table 93 shows semantics of MinBufferTime at the Period level.

TABLE 93

| Element or Attribute Name | Use | Description |
|---|---|---|
| Period | 1 | Provides information of Period. |
| . . . | | |
| minBufferTime | 0 . . . N | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout. When MinBufferTime is present, MinBufferTime elements at MPD level are ignored. |
| id | M | Provides an ID of MinBufferTime element. The value of id attribute may be greater than 0. |
| vaule | O | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. |

US 9,325,558 B2

**83**  **84**

Table 94 shows semantics of BandwidthInfo.

TABLE 94

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| ... | | |
| SegmentInfo | 01 | Provides Segment access information. |
| BandwidthInfo | 0...N | Provides bandwidth information corresponding to a specific amount of initially buffered media (provided by minBufferTime attribute or MinBufferTime element). |
| id | 01 | Indicates an ID of MinBufferTime element of the MPD. If the value of id attribute is 0, id attribute corresponds to the minimum amount of initially buffered media provided by minBufferTime attribute. |
| repBandwidth | 0...N | Provides a bandwidth value for the representation corresponding to the minimum amount of initially buffered media provided in associated MinBufferTime element. If the value of the id attribute is 0, the bandwidth attribute of the Representation may be used instead of repBandwidth attribute. |

Tables 95 through 97 show syntax of MinBufferTime and BandwidthInfo.

TABLE 95

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
......
    <xs:complexType name="MPDtype">
        <xs:sequence>
            <xs:element   name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>
            <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>
            <xs:element   name="BaseURL"   type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
            <xs:element           name="MinBufferTime"
type="MinBufferTimeType" minOccurs="0" maxOccurs="unbounded"/>
            <xs:any   namespace="##other"   processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="type" type="PresentationType"
default="OnDemand"/>
        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
        <xs:attribute name="mediaPresentationDuration"
type="xs:duration"/>
        <xs:attribute name="minimumUpdatePeriodMPD"
type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>
        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
        <xs:attribute name="baseUrl" type="xs:anyURI"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
    <xs:complexType name="MinBufferTimeType">
        <xs:sequence>
            <xs:any   namespace="##other"   processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="value" type="xs:duration"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 96

```
<!-- Period of a presentation -->
    <xs:complexType name="PeriodType">
        <xs:sequence>
            <xs:element   name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>
            <xs:element   name="MinBufferTime"
type="MinBufferTimeType" minOccurs="0" maxOccurs="unbounded"/>
            <xs:element      name="Representation"      type=
"RepresentationType" minOccurs="1" maxOccurs="unbounded"/>
            <xs:element   name="RepresentationGroup"   type=
"RepresentationGroupType" minOccurs="0" maxOccurs="unbounded"/>
            <xs:element   name="Subset"   type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>
            <xs:any   namespace="##other"   processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute ref="xlink:href"/>
        <xs:attribute ref="xlink:actuate" default="onRequest"/>
        <xs:attribute name="start" type="xs:duration"/>
        <xs:attribute name="id" type="xs:string"/>
        <xs:attribute name="duration" type="xs:duration"/>
        <xs:attribute name="duration" type="xs:duration"
use="optional"/>
        <xs:attribute          name="segmentAlignmentFlag"
type="xs:boolean" default="false"/>
        <xs:attribute          name="bitStreamSwitchingFlag"
type="xs:boolean" default="false"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
...
    <xs:complexType name="RepresentationType">
        <xs:complexContent>
            <xs:extension base="RepresentationBaseType">
                <xs:sequence>
                    <xs:element name="SegmentInfo"
type="SegmentInfoType"/>
                    <xs:element        minOccurs="0"        maxOccurs=
"unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>
                    <xs:element           name="TrickMode"
type="TrickModeType" minOccurs="0"/>
                </xs:sequence>
                <xs:attribute name="id" type="xs:string" use="required"/>
                <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
                <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
                <xs:attribute name="depid" type="StringVectorType"/>
                <xs:attribute name="default" type="xs:boolean"/>
            </xs:extension>
        </xs:complexContent>
    </xs:complexType>
```

US 9,325,558 B2

85

TABLE 97

```
<!-- Bandwidth Info -->
    <xs:complexType name="BandwidthInfoType">
    <xs:sequence>
        <xs:any  namespace="##other"  processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
</xs:schema>
```

Hereinafter, Multiple Pairs of Bandwidth-minBufferTime for Each RAP will be Described.

In general, each RAP of a representation may be provided with multiple pairs of bandwidth-minBufferTime. Such information may enable a client to buffer enough initial data before playing the initial data from a RAP (for example, in the case of random accessing).

Table 98 describes semantics of RAPInfo.

TABLE 98

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| SegmentInfo | 1 | Provides Segment access information. |
| RAPInfo | 0 . . . 1 | Provides information about bandwidth and initial delay at RAPs of the representation. |
| xlink:href | O | Provides reference to external RAPInfo element. |
| RAPPoint | 1 . . . N | Provides pairs of bandwidth and initial delay at a RAP |
| timePoint | M | Provides the time point of the RAP. The time point is relative to the beginning of the representation. |
| BandwidthDelayPair | 1 . . . N | Provides a pair of bandwidth and initial delay of the RAP. |
| id | M | Provides the id of the pair. |
| delay | M | Provides a possible initial delay before playout from the RAP. |
| bandwidth | M | Provides bandwidth corresponding to the above delay value. |

Tables 99 and 100 describe syntax of RAPInfo.

TABLE 99

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:complexType name="RepresentationType">
        <xs:complexContent>
            <xs:extension base="RepresentationBaseType">
                <xs:sequence>
                    <xs:element name="SegmentInfo"
                    type="SegmentInfoType"/>
                    <xs:element        minOccurs="0"        maxOccurs=
"unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>
                    <xs:element        name="TrickMode"        type=
"TrickModeType" minOccurs="0"/>
                    <xs:element name="RAPInfo" type="RAPInfoType"
                    minOccurs="0"/>
                </xs:sequence>
                <xs:attribute name="id" type="xs:string" use="required"/>
                <xs:attribute name="bandwidth" type="xs:unsignedInt"
                use="required"/>
```

86

TABLE 99-continued

```
            <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
            <xs:attribute name="depid" type="StringVectorType"/>
            <xs:attribute name="default" type="xs:boolean"/>
        </xs:extension>
    </xs:complexContent>
</xs:complexType>
```

TABLE 100

```
<xs:complexType name="RAPInfoType">
    <xs:sequence>
        <xs:element    name="RAPPoint"    type="RAPPointType"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute ref="xlink:href"/>
</xs:complexType>
<xs:complexType name="RAPPointType">
    <xs:sequence>
        <xs:element   name="BandwidthDelayPair"
```

TABLE 100-continued

```
type="BandwidthDelayPairType" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="timePoint" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Bandwidth-Delay Pair    -->
<xs:complexType name="BandwidthDelayPairType">
    <xs:sequence>
        <xs:any    namespace="##other"    processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute name="bandwidth" type="xs:unsignedInt"/>
    <xs:attribute name="delay" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
</xs:schema>
```

The RAPInfo element and child elements of the RAPInfo element may be converted to pseudo-code format/boxes for compactness. Furthermore, the pseudo-code boxes of the RAPInfo element and child elements of the RAPInfo element may be stored separately or inserted into a media bitstream (for example, in front of each RAP).

Hereinafter, Playout Curve will be Described.

Providing bandwidth-delay information for each RAP may be costly. Another solution is to represent an approximation of a playout curve of a representation. When the playout curve

US 9,325,558 B2

| 87 | 88 |

(or the approximation of the playout curve), and a selected bandwidth (corresponding to a specific initial delay) are known, an initial delay at each RAP may be easily computed as a time offset of a playout curve and a curve representing the selected bandwidth.

Table 101 describes semantics of AppPlayoutCurve.

TABLE 101

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| SegmentInfo | 0 . . . N | Provides Segment access information. |
| AppPlayoutCurve | 0 . . . 1 | Provides a piece-wise approximation curve of the playout curve (i.e., cumulative data size vs. time) of the representation. |
| xlink:href | O | Provides reference to external AppPlayoutCurve element. |
| shift | O | Provides the starting time of the approximation curve. The starting time is relative to the start of the actual playout curve. |
| Interval | 1 . . . N | Describes an interval of the approximation curve. |
| datasize | M | Describes the increased data size of the interval. |
| duration | M | Indicates the duration of the interval. |

Table 102 shows syntax of IntervalBandwidth.

TABLE 102

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:MPEG:ns:DASH"
  attributeFormDefault="unqualified"
  elementFormDefault="qualified"
  xmlns:xs="http://www.w3.org/2001/XMLSchema"
  xmlns:xlink="http://www.w3.org/1999/xlink"
  xmlns="urn:MPEG:ns:DASH">
  ......
  <xs:complexType name="RepresentationType">
    <xs:complexContent>
      <xs:extension base="RepresentationBaseType">
        <xs:sequence>
          <xs:element name="SegmentInfo"
          type="SegmentInfoType"/>
          <xs:element    name="AppPlayoutCurve"
type="AppPlayoutCurveType" minOccurs="0"/>
          <xs:element         name="TrickMode"
type="TrickModeType" minOccurs="0"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
        <xs:attribute name="depid" type="StringVectorType"/>
        <xs:attribute name="default" type="xs:boolean"/>
      </xs:extension>
    </xs:complexContent>
  </xs:complexType>
<xs:complexType name="AppPlayoutCurveType">
  <xs:sequence>
    <xs:element name="Interval" type="IntervalType"
    maxOccurs="unbounded"/>
    <xs:any      namespace="##other"      processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute name="shift" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="IntervalType">
  <xs:sequence>
    <xs:any        namespace="##other"        processContents="lax"
```

TABLE 102-continued

```
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="datasize" type="xs:unsignedInt"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

FIG. 5 is a diagram illustrating a configuration of the client 100 according to an embodiment of the present invention.

A controller 510 may perform operations 130 and 140. Specifically, the controller 510 may process the metadata of the interval.

A transceiver 520 that selects the fragment suitable for the interval based on the processing may perform operations 120, 140, and 150. Specifically, the transceiver 520 may receive the metadata of the interval of the content from the server 110, may send the request for the fragment suitable for the interval to the server, and may receive the fragment from the server.

FIG. 6 is a diagram illustrating a configuration of the client 100 according to an embodiment of the present invention.

The client 100 may include an access engine 610, and a media engine 620.

The access engine 610 may be a DASH access engine.

The access engine 610 may receive metadata (for example, an MPD) from the server 110.

The access engine 610 may form requests, and may issue the formed requests to the server 110.

The access engine 610 may receive content (for example, segments or parts of the segments) from the server 110.

The access engine 610 may provide the content to the media engine 620.

An output of the access engine 610 may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine 610 may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine 610 may play back the provided content. Specifically, the media engine 610 may output media using the media and the timing information that are output from the access engine 610.

Technical information according to the embodiments of the present invention described above with reference to FIGS. 1 through 4 may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as optical discs; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like.

US 9,325,558 B2

89

90

Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method by which a client provides media content including one or more periods, the method comprising:

receiving metadata of the media content from a server, the metadata comprising a minBufferTime attribute indicating a minimum amount of initially buffered media content that is required to ensure playout of the media content, the minBufferTime attribute being defined in segment unit,

wherein the metadata is a media presentation description (MPD) that provides descriptive information that enables a client to select one or more representations;

receiving the media content from the server, and buffering the received media content by at least the minimum amount; and

playing back the media content,

wherein the minBufferTime attribute relates to the one or more periods, and

wherein the minBufferTime attribute relates to providing a minimum amount of initially buffered media at a beginning of a media presentation, at a beginning of the one or more periods of the media presentation, or at any random access point of the media presentation.

**2**. The method of claim **1**, wherein the metadata is the Media Presentation Description of the media content.

**3**. The method of claim **1**, wherein the minBufferTime attribute indicates the minimum amount of the initially buffered media content that is required to ensure playout of the media content when the media content is continuously delivered at or above a value of a bandwidth attribute of the metadata.

**4**. The method of claim **1**, wherein each of the periods comprises one or more representations of the media content, each of the representations being a structured collection of one or more media components within a period, and

wherein the bandwidth attribute is an attribute of each of the representations, and describes a minimum bandwidth of a hypothetical constant bitrate channel over which each of the representations are able to be continuously delivered after the client buffers each of the representations for at least minBufferTime.

**5**. The method of claim **4**, wherein each of the representations comprises one or more segments.

**6**. A terminal for providing media content including one or more periods, the terminal comprising:

an access engine to receive metadata of the media content, to receive the media content from the server, and to buffer the received media content by at least a minimum amount indicated by a minBufferTime attribute defined in segment unit, the metadata comprising the minBufferTime attribute indicating the minimum amount of initially buffered media content that is required to ensure playout of the media content,

wherein the metadata is a media presentation description (MPD) that provides descriptive information that enables a client to select one or more representations; and

a media engine to receive the media content from the access engine, and to play back the media content,

wherein the minBufferTime attribute relates to the one or more periods, and

wherein the minBufferTime attribute relates to providing a minimum amount of initially buffered media at a beginning of a media presentation, at a beginning of the one or more periods of the media presentation, or at any random access point of the media presentation.

**7**. The terminal of claim **6**, wherein the metadata is the Media Presentation Description of the media content.

**8**. The terminal of claim **6**, wherein the minBufferTime attribute indicates the minimum amount of the initially buffered media content that is required to ensure playout of the media content when the media content is continuously delivered at or above a value of a bandwidth attribute of the metadata.

**9**. The terminal of claim **6**, wherein each of the periods comprises one or more representations of the media content, each of the representations being a structured collection of one or more media components within a period, and

wherein the bandwidth attribute is an attribute of each of the representations, and describes a minimum bandwidth of a hypothetical constant bitrate channel over which each of the representations are able to be continuously delivered after the client buffers each of the representations for at least minBufferTime.

**10**. The terminal of claim **9**, wherein each of the representations comprises one or more segments.

**11**. A method by which a client provides media content including one or more periods, the method comprising:

receiving metadata of the media content from a server, the metadata comprising a Uniform Resource Locator (URL) attribute and a range attribute,

wherein the metadata is a media presentation description (MPD) that provides descriptive information that enables a client to select one or more representations;

receiving bytes designated by the range attribute from a URL indicated by the URL attribute; and

playing back the media content using the received bytes, wherein the range attribute indicates multiple byte ranges, and

wherein the multiple range bytes allow virtual segments to be downloaded.

**12**. The method of claim **11**, wherein the metadata is the Media Presentation Description of the media content.

**13**. The method of claim **11**, wherein each of the periods comprises one or more representations of the media content, each of the representations being a structured collection of one or more media components within a period,

wherein each of the representations comprises one or more segments, and

wherein the bytes designated by the range attribute designate segments of the media content.

**14**. The method of claim **11**, wherein the bytes are received by a partial HTTP GET command for the URL instructed by the byte range.

**15**. A terminal for providing media content including one or more periods, the terminal comprising:

an access engine to receive metadata of the media content, and to receive bytes designated by a range attribute from

US 9,325,558 B2

91

a Uniform Resource Locator (URL) indicated by a URL attribute, the metadata comprising the URL attribute and the range attribute,

wherein the metadata is a media presentation description (MPD) that provides descriptive information that enables a client to select one or more representations; and

a media engine to play back the media content using the received bytes,

wherein the range attribute indicates multiple byte ranges, and

wherein the multiple range bytes allow virtual segments to be downloaded.

**16**. The terminal of claim **15**, wherein the metadata is the Media Presentation Description of the media content.

**17**. The terminal of claim **15**, wherein each of the periods comprises one or more representations of the media content, each of the representations being a structured collection of one or more media components within a period,

wherein each of the representations comprises one or more segments, and

wherein the bytes designated by the range attribute designate segments of the media content.

**18**. The terminal of claim **15**, wherein the bytes are received by a partial HTTP GET command for the URL instructed by the byte range.

\* \* \* \* \*

EXHIBIT H

US009467493B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 9,467,493 B2**
(45) Date of Patent: *\*Oct. 11, 2016*

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT**

(71) Applicants: **Electronics and Telecommunications Research Institute**, Daejeon (KR); **INDUSTRY-UNIVERSITY COOPERATION FOUNDATION KOREA AEROSPACE UNIVERSITY**, Goyang-si Gyeonggi-do (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignees: **Electronics and Telecommunication Research Institute**, Daejeon (KR); **Industry-University Cooperation Foundation Korea Aerospace University**, Gyeonggi-do (KR)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 270 days.
This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/146,500**

(22) Filed: **Jan. 2, 2014**

(65) **Prior Publication Data**
US 2014/0122739 A1    May 1, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/820,955, filed as application No. PCT/KR2011/006573 on Sep. 6, 2011, now Pat. No. 8,645,562.

(60) Provisional application No. 61/380,277, filed on Sep. 6, 2010, provisional application No. 61/390,328, filed
(Continued)

(30) **Foreign Application Priority Data**
Sep. 6, 2011 (KR) ........................ 10-2011-0089923

(51) **Int. Cl.**
G06F 15/16 (2006.01)
H04L 29/06 (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ....... **H04L 65/608** (2013.01); **H04L 29/06027** (2013.01); **H04L 65/4084** (2013.01);
(Continued)

(58) **Field of Classification Search**
USPC ......... 709/203, 217–218, 223–229, 231, 236
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,512,665 B1 \* 3/2009 Cragun .............. G06F 17/3089
709/203
(Continued)

FOREIGN PATENT DOCUMENTS

EP       1302869 A1    4/2003
JP    2005071318 A    3/2005

OTHER PUBLICATIONS

Ying Chen et al., "Response to the CfP on HTTP Streaming: Adaptive Video Streaming based on AVC," International Organisation for Standardisation, Jul. 2010, pp. 1-20, ISO/IEC JTC1/SC29/WG11, MPEG2010/MI7909, Qualcomm Incorporated, Geneva, Switzerland.
(Continued)

*Primary Examiner* — Zarni Maung

(74) *Attorney, Agent, or Firm* — William Park & Associates Ltd.

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of content are provided. The metadata may include one or more BaseURL elements. Uniform Resource Locators (URLs) of segments forming media may be generated based on the BaseURL elements. Additionally, a URL of a segment may be generated by mapping a BaseURL element among the BaseURL elements to a sourceURL attribute of the segment. Segments indicated by generated URLs may be identical to each other.

**12 Claims, 6 Drawing Sheets**



US 9,467,493 B2

Page 2

**Related U.S. Application Data**

on Oct. 6, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/417,931, filed on Nov. 30, 2010, provisional application No. 61/434,036, filed on Jan. 19, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 29/08* | (2006.01) |
| *H04N 21/2343* | (2011.01) |
| *H04N 21/262* | (2011.01) |
| *H04N 21/472* | (2011.01) |
| *H04N 21/61* | (2011.01) |
| *H04N 21/658* | (2011.01) |
| *H04N 21/84* | (2011.01) |
| *H04N 21/8543* | (2011.01) |
| *G06F 12/00* | (2006.01) |
| *H04N 21/43* | (2011.01) |

(52) **U.S. Cl.**
CPC ............. *H04L65/607* (2013.01); *H04L 67/02* (2013.01); *H04N 21/23439* (2013.01); *H04N 21/26258* (2013.01); *H04N 21/47202* (2013.01); *H04N 21/6125* (2013.01); *H04N 21/6175* (2013.01); *H04N 21/6581* (2013.01); *H04N 21/84* (2013.01); *H04N 21/8543* (2013.01); *H04N 21/4305* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,468,145 B2 * | 6/2013 | Fedorynski ....... | G06F 17/30864 707/709 |
| 8,645,562 B2 * | 2/2014 | Thang ................ | H04N 21/6125 709/231 |
| 8,909,805 B2 * | 12/2014 | Thang ................ | H04N 21/6125 709/230 |
| 2006/0218143 A1 | 9/2006 | Najork | |
| 2010/0235472 A1 | 9/2010 | Sood et al. | |
| 2012/0023251 A1 * | 1/2012 | Pyle ............... | H04N 21/234327 709/231 |

OTHER PUBLICATIONS

"Universal Mobile Telecommunications System," ETSI TS 126 234, Jun. 2010, pp. 1-184, V9.3.0, Sophia Antipolis Cedex, France.

* cited by examiner

**FIG. 1**



**FIG. 2**





FIG. 3

U.S. Patent          Oct. 11, 2016          Sheet 4 of 6          US 9,467,493 B2

**FIG. 4**



Stream of TS packet

Offset−1

First TS packet of new fragment

TS packet with PCR field

**FIG. 5**



FIG. 6

US 9,467,493 B2

**1**

## APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT

### TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

### BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

### DISCLOSURE OF INVENTION

#### Technical Goals

An aspect of the present invention provides an apparatus and method that may interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Another aspect of the present invention provides an apparatus and method that may generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

#### Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media, the method including: receiving metadata of media, the metadata including one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment.

The request may be sent using an HTTP GET method.

The metadata may include a range attribute.

The request may include a request for bytes of a resource indicated by the URL that are designated by the range attribute.

The URL may be an absolute URL or a relative URL.

**2**

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements.

A first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL may be generated.

The metadata may be a Media Presentation Description (MPD) of the media.

The media may include a sequence of one or more periods.

A BaseURL element may include one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods.

A URL of a segment included in each of the periods may be resolved with respect to a period level BaseURL element.

The period level BaseURL elements may be resolved with respect to the MPD level BaseURL elements.

Each of the periods may include one or more groups.

The BaseURL element may further include one or more group level BaseURL elements of the groups.

A URL of a segment included in each of the groups may be resolved with respect to a group level BaseURL element.

The group level BaseURL elements may be resolved with respect to the period level BaseURL elements.

Each of the groups may include one or more representations.

Each of the representations may be a structured collection of one or more components of the media within a period.

The BaseURL element may further include one or more representation level BaseURL elements of the representations

A URL of a segment included in each of the representations may be resolved with respect to a representation level BaseURL element.

The representation level BaseURL elements may be resolved with respect to the group level BaseURL elements or the period level BaseURL elements.

According to another aspect of the present invention, there is provided a terminal, including: an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata including one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and a media engine to receive the data of the media from the access engine, and to output the media.

#### Effect of the Invention

According to embodiments of the present invention, it is possible to interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Additionally, according to embodiments of the present invention, it is possible to generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

US 9,467,493 B2

3

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

FIG. **6** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP caches.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies.

Media content and content may be used as interchangeable terms.

A media presentation (or media) may be a structured collection of data used to establish bounded or unbounded presentation of media content including components of continuous media.

In other words, the media presentation may be a structured collection of data that is accessible to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description for a media presentation.

The media presentation may be described by an MPD including possible updates of the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

Intervals may be interchangeable with periods. The term period may be used as a term of $3^{rd}$ Generation Partnership Project (3GPP) adaptive HTTP streaming.

A period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation.

In other words, the media presentation may include a sequence of one or more periods.

4

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may define a format to announce resource identifiers for segments.

The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may refer to a smallest unit within segments that may be indexed by a segment index at the segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content.

A representation may refer to a structured collection of one or more media components within a single period. A representation may be one of alternative choices of the media content or a subset of the media content typically differing the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal **100** may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

US 9,467,493 B2

5

A server **110** may perform hosting on DASH segments. The server **110** may be compatible with a server specified in RFC 2616.

In operation **120**, the terminal **100** may receive metadata of media (or content) from the server **110**. In other words, the server **110** may transmit the metadata of the media to the terminal **100**.

The metadata may include BaseURL elements. One or more BaseURL elements may be provided.

In operation **130**, the terminal **100** may process the received metadata. In operation **130**, the terminal **100** may extract information provided by the metadata, or information included in the metadata.

In operations **140** through **150**, the terminal **100** may access a segment of the media based on the information provided by the metadata.

Each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The metadata may describe a group element describing each of the groups.

In operation **140**, the terminal **100** may send a request for a segment of the media to the server **110** using a URL of the segment. The URL may be resolved with respect to one of the above-described BaseURL elements. For example, the URL of the segment may be generated based on a BaseURL element.

The terminal **100** may request the server **110** to transmit a segment suitable for a specific interval based on the processed metadata. In other words, the requested segment may be selected based on the metadata. The request may be sent using the HTTP GET method.

The metadata may include a range attribute. The request may include a request for bytes of a resource indicated by a URL that are designated by the range attribute.

The URL of the segment may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements. In other words, identical segments may be selectively accessible by the URLs provided by the BaseURL elements.

Additionally, a first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL of the segment may be generated.

In operation **145**, in several cases, the server **110** may need to parse content (for example, a Moving Picture Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC)), and may extract a data part suitable for the requested segment.

In operation **150**, the server **110** may transmit, to the terminal **100**, segments suitable for each request from the terminal **100**. The terminal **100** may receive the segments from the server.

In operation **160**, the terminal **100** may perform decoding and rendering on data of the media included in the segment, to play back the media.

6

The terminal **100** may play back the media using the received segments by repeating operations **120** through **160**.

Here, a BaseURL element may include an MPD level BaseURL element of an MPD, and a period level BaseURL element of each period. The period level BaseURL element may refer to a BaseURL element applied to a period to which the period level BaseURL element belongs. In other words, a URL of a segment included in each period may be resolved with respect to the period level BaseURL element.

One or more MPD level BaseURL elements may be provided, and one or more period level BaseURL elements may be provided.

Additionally, the BaseURL element may further include a group level BaseURL element of a group. A URL of a segment included in each group may be resolved with respect to the group level BaseURL element. One or more group level BaseURL elements may be provided.

The BaseURL element may further include a representation level BaseURL element of a representation. A URL of a segment included in each representation may be resolved with respect to the representation level BaseURL element.

A BaseURL element of a specific level may be resolved with respect to a BaseURL element of a higher level. For example, a period level BaseURL element may be resolved with respect to an MPD level BaseURL element. A group level BaseURL element may be resolved with respect to a period level BaseURL element. A representation level BaseURL element may be resolved with respect to a group level BaseURL element or a period level BaseURL element.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information **210**: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information **220**: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information **230**: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **240**: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. **1**, parameters requested by the client may be derived from the information of categories 1) through 3).

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **310**, interval-level information **320**, QoS information **330**, and mapping information **340**. Linking of related parts of the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

US 9,467,493 B2

7

For example, when only the content-level information **310** and interval-level information **320** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information **310** and interval-level information **320** are sent to the client, a processing model may be "server-based."

When the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340**) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **310** may be sent once, and only the interval-level information **320** may be periodically updated. Similarly, a single file containing the QoSInfo **330** may be used for different intervals and different contents.

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM

8

profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization (ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <minOccurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may equally be applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreamingType | 'htps' box |
| | GeneralInfo | | 0 . . . N | Contains the general information of the described content | GeneralInfoType | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in 1 second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStartTime | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |
| | | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | | DefaultIntDuration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |
| | | MinUpdateTime | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |
| | | ConsistentQoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the whole content duration. | boolean | flag of the box |
| | | DefaultContentLoc | 0 . . . 1 | Provides a default location for the content. | anyURI | string of URL |

US 9,467,493 B2

9 10

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| IntervalsRef | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | Intervals RefType | 'iref' box |
| Interval | 0 . . . N | Provides information of an interval of content. The information of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfoType | 'inti' box |
| QoSInfoRef | 0 . . . 1 | Provides reference to description represented by QoSInfo element. If QosInfoRef element is present, QoSInfo element may not be present at the same level. | dia:ReferenceType | 'qref' box |
| QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| MappingInfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:ReferenceType | 'mref' box |
| MappingInfo | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc (if not, DefaultContentLoc) can be used to retrieve content. If MappingInfo element is present, MappingInfoRef element may not be present. | MappingInfoType | 'mapi' box |
| NextIntervalsRef | 0 . . . 1 | Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |
| PreviousIntervalsRef | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the first interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |

US 9,467,493 B2

| 11 | 12 |

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
| | StartTime | 0 . . . 1 | Indicates the start time of the interval. | | |
| | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
| | DefaultFragDuration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |
| | DefaultContentIntLoc | 0 . . . 1 | Provides a default location for the content interval. | anyURItype | string |
| | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalsRef | startTime | | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration | |
| | AvailableTime | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |
| | Index | 1 | Indicates the order (starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description file that contains Interval descriptions. | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

The following Table 3 describes the QoSInfo element.

TABLE 3

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some terms or names. | dia:Description MetadataType | 'csmr' box |
| | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:Description MetadataType | a url string |
| (1) | Resource | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain | Element constraint of dia:UF DataType | 'resi' box |

US 9,467,493 B2

13             14

TABLE 3-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | | | resource type (e.g., bitrate). | in DIA Utility-FunctionType | |
| (2) | AdaptationOperator | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UF DataType | 'adpo' box |
| (3) | Utility | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UF DataType | 'util' box |
| | UtilityRank | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |
| | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

| Element (1), (2), (3) | Name | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find semantics of the identifier in a classification scheme. | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |
| | CSref_ind | 0 . . . 1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
| | LevelNum | 0 . . . 1 | Indicates the number of levels. | Not applicable | unsigned int(16) |
| | LevelIndex | 1 . . . N | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| | Value | 1 . . . N | Indicates the value of a resource type (adaptation operator, or utility). The number of instances of Value element is equal to the number of alternatives. | a component in dia:VectorDataType | unsigned int(32) |

50

The following Table 5 shows mapping information.

TABLE 5

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| MappingInfo | | 0 . . . 1 | | MappingInfoType | 'mapi'box |
| | AlterLocID | 0 . . . 1 | Provides a location ID for each alternative described in QoSInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:IntegerVectorType | 'aloc' box |
| | Value | 1 . . . N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of | integer | unsigned int(16) |

US 9,467,493 B2

15                                                                                                16

TABLE 5-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | | alternatives. The $n^{th}$ instance of Value element corresponds to the $n^{th}$ alternative of QoSInfo description. | | |
| ReqQoSPara | 0 . . . N | Indicates a parameter of QoSInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoS ParaType that extends dia:BooleanVectorType | 'reqp' box |
| RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |
| All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| ReqFlag | 0 . . . N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of Boolean VectorType | unsigned int(8) |
| LocationList | 1 | Provides a list of locations for retrieving content alternatives | LocationListType | 'locl' box |
| Location | 1 . . . N | Provides information of a location | LocationType | 'loca' box |

30

Semantics of Location elements may be further provided as shown in Table 6.

TABLE 6

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| Location | | 0 . . . N | | LocationType | 'loca' box |
| LocID | | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |
| StrLocation | | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocationType | 'stlo' box |
| FragNum | | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
| StreamUrl | | 0 . . . 1 | Describes a URL of a stream | anyURI type | string |
| FragmentUrl | | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURI type | string |
| FragTime | | 0 . . . 1 | Provides durations of fragments. | dia:VectorDataType | 'frtm' box |
| | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |
| RandAccess | | 0 . . . 1 | Describes fragments that support random access. | dia:VectorDataType | 'rdac' box |
| | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
| MP2TSPara | | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TSParaType | 'mp2p' box |

US 9,467,493 B2

**17**                                                                              **18**

TABLE 6-continued

|  |  | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
|  | PID | 0 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
| FragBoundaries |  | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | FragBoundariesType | 'frbd' box |
|  | MP2TSBoundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TSBoundaryType | 'mp2b' box |
|  | ISOFileBoundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | ISOFileBoundaryType | 'isfb' box |
|  | ByteRanges | 1 | Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRangesType | 'brag' box |

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

TABLE 7

|  |  | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| MP2TSBoundary |  |  |  | MP2TSBoundaryType | 'mp2b' box |
|  | PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |
|  | PCR_base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
|  | PCR_ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
|  | Appearance | 1 | Describes the appearance order (e.g., 1$^{st}$, 2$^{nd}$) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of | integer | unsigned int(16) |

US 9,467,493 B2

19      20

TABLE 7-continued

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| | Media_PID | 1 . . . N | PCR, a PCR value may appear more than once during an interval. Describes PID of a media (e.g., video) of a program. The number of instances of Media_PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
| | Media_Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media_Offset is associated with the $n^{th}$ instance of Media_PID. | integer | unsigned int(16) |
| ISOFileBoundary | | | | ISOFileBoundaryType | 'isfb' box |
| | SequenceNo | 1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |
| ByteRanges | | | | ByteRangesType | 'brag' box |
| | Start | 1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
| | End | 1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |
| | Media_PID | 0 . . . N | Describes PID of a media (e.g., video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Hereinafter, a client request will be described.

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the client may be URIs, and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-Based Scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information **310** and general interval information **320**.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation **140**):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed Scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information **310**, general interval information **320**, and QoS information **330**.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part (of the request in operation **140**) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

b) "oper1", "oper2", . . . , and "operN": "operi" carries a value of an $i^{th}$ adaptation operation that appears in the QoS information.

c) "res1", "res2", . . . , "resN": "resi" carries a value of an $i^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

US 9,467,493 B2

21

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5&bitrate=550."

3) Client-Based Scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of Mapping-Info.

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation **140**) may be used.

1) For an MPEG-2 TS boundary, Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End

Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

Start-End pairs may be used by a range header of an HTTP request message. For example, if {(Start=0, End=99); (Start=200, End=299)}, the header may be "Range: bytes=0-99, 200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

22

TABLE 8

```
<complexType name="HTTPStreamingType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="GeneralInfo"
                    type="GeneralInfoType" minOccurs="0"/>
                <choice minOccurs="0"
                maxOccurs="unbounded">
                    <element name="IntervalsRef"
                        type="IntervalsRefType"/>
                    <element name="Interval"
                        type="IntervalType"/>
                </choice>
            </sequence> </complexContent>
    </complexType>
```

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

TABLE 9

```
<complexType name="GeneralInfoType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="TimeScale"
                    type="integer" minOccurs="0"/>
                <element name="LiveStartTime"
                    type="dateTime" minOccurs="0"/>
                <element name="Duration"
                    type="integer" minOccurs="0"/>
                <element name="DefaultIntDuration"
                    type="integer" minOccurs="0"/>
                <element name="MinUpdateTime"
                    type="integer" minOccurs="0"/>
                <element name="ConsistentQoSInfo"
                    type="boolean" minOccurs="0"/>
                <element name="DefaultContentLoc"
                    type="anyURI" minOccurs="0"/>
            </sequence>
        </extension>
    </complexContent>
</complexType>
```

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

TABLE 10

```
<complexType name="IntervalsRefType">
    <complexContent>
        <extension base="dia:ReferenceType">
            <sequence>
                <element name="AvaliableTime" type="integer"
                    minOccurs="0"/>
            </sequence>
            <attribute name="startTime" type="xs:duration"
                use="optional"/>
        </extension>
    </complexContent>
</complexType>
```

The following Table 11 shows syntax representation of IntervalType in the XML format.

TABLE 11

```
<complexType name="IntervalType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="IntervalInfo"
                    type="IntervalInfoType" minOccurs="0"/>
                <choice minOccurs="0">
                    <element name="QoSInfo"
```

US 9,467,493 B2

23

TABLE 11-continued

```
              type="QoSInfoType"/>
            <element name="QoSInfoRef"
              type="dia:ReferenceType"/>
          </choice>
          <choice minOccurs="0">
            <element name="MappingInfo"
              type="MappingInfoType"/>
            <element name="MappingInfoRef"
              type="dia:ReferenceType"/>
          </choice>
          <element name="PreviousIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>
          <element name="NextIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>
        </sequence>
      </extension>
    </complexContent>
</complexType>
```

The following Table 12 shows syntax representation of
IntervalInfoType in the XML format.

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer"
    minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI"
    minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

The following Table 13 shows syntax representations of
ISOFileBoundaryType and ByteRangesType in the XML
format.

TABLE 13

```
<complexType name="ISOFileBoundaryType">
    <sequence>
      <element name="SequenceNo" type="integer"
      maxOccurs="unbounded"/>
    </sequence>
  </complexType>
  <complexType name="ByteRangesType">
    <sequence maxOccurs="unbounded">
      <element name="Start" type="integer"/>
      <element name="End" type="integer"/>
      <element name="Media_PID" type="integer"
      minOccurs="0"/>
    </sequence>
  </complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code
format will be described. Representation of the above syntax
elements may be provided in the MP4 pseudo-code format.
The following Table 14 shows syntax representation of
HTTPStreamingBox in the MP4 pseudo-code format.

TABLE 14

HTTPStreamingBox

```
Box Type: 'htps'
Container: Signaling file
Mandatory: Yes
Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

24

FIG. **4** is a diagram illustrating detecting of virtual bound-
aries in an MPEG-2 TS according to an embodiment of the
present invention.

In a TS, PCR packets of a given program may be carried
with fixed PIDs (namely, PCR_PID), and may be inserted at
least every 100 ms.

The PCT packets (with increasing values) may be con-
sidered as anchor points of the program. On the other hand,
each media of a program may be carried by packets of a
given PID (namely, Media_PID).

Accordingly, a fragment boundary of a media stream may
be defined or identified by 1) a specific anchor point and 2)
an offset from the anchor to the packet at the boundary.

The offset may be counted by the packets of the same
Media_PID.

PCR values may be occasionally reset (discontinuity). For
example, when one or more PCR packets have the same
PCR value in an interval, an appearance order of PCR
packets used as anchors may be indicated.

A sourceURL attribute may be changed from required to
optional. This is because baseURL already provides a com-
plete URL. The sourceURL may be unnecessary.

The use of multiple byte ranges may provide flexibility in
downloading "virtual segments." For example, a segment of
a low frame rate (that is able to be used in a trickmode) may
be extracted on-the-fly from a stream or an original segment.

In addition, to support using multiple URLs for a Repre-
sentation, the following modifications may be applied to the
schema of 3GPP Adaptive HTTP Streaming.

Hereinafter, multiple locations for the same resource/
content will be described.

Each level of description (a top-level, a Period level, and
a Representation level) may provide only a single BaseURL
for building absolute URLs from the description.

Multiple BaseURLs may be provided at each description
level. Multiple BaseURLs may signal availability of
resources at multiple locations.

Depending on an actual location of a client, the client may
select one or more BaseURLs in a process of retrieving
resources.

Such a modification may be implemented by different
ways. One way may be to use an additional attribute called
"morebaseURLs," or an element called "BaseURLs."

The attribute or element may be a string formed of
multiple (base) URLs. The string may be separated by
several special characters, for example ";" (namely, a semi-
colon and a space).

For example, when a semicolon or space appears within
a URL, the semicolon or space may be encoded by the rules
of RFC 2616.

The morebaseURLs attribute (or BaseURLs element) of a
lower description level may override the same attribute (or
element) of the higher description level.

For clarity, the morebaseURLs attribute and BaseURLs
element may be restricted to be mutually exclusive. In other
words, only a single type may exist in a whole description.

Another way may be to use a MoreBaseURL element of
any URI type with multiple instances, where each instance
provides a BaseURL.

US 9,467,493 B2

25

The different ways may be merely examples of ideas for providing multiple BaseURLs. The ideas may be implemented in many other ways or even other languages.

Hereinafter, multiple locations for resource/content components will be described.

Resource/content may be divided into one or more components/streams. Each of the one or more components/streams may be delivered from a location. The delivering may be supported by allowing multiple instances of an UrlTemplate element or a Url element set in SegmentInfo-Type. A modification "<xs:choice maxOccurs="unbounded">" in SegmentInfoType may be used for the above purpose.

The appearance order of an UrlTemplate instance or a Url set instance may indicate importance of "location/stream." A more important location may appear before a less important

26

location. For example, a video Representation may include two streams (for example, a spatial base layer, and a spatial enhancement layer). Each of the two streams may be delivered from a location described by UrlTemplate. Subsequently, the first instance of UrlTemplate may be a location for the spatial base layer.

Moreover, multiple instances of InitialisationSegmentURL may be allowed. An $n^{th}$ instance of InitialisationSegmentURL may correspond to an $n^{th}$ instance of a location (by either the UrlTemplate element or the Url element set).

For example, when only a single instance of InitialisationSegmentURL exists, the instance may be used for all locations.

The following Tables 15 through 19 show the schema of 3GPP AdaptiveHTTPStreaming.

TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation> <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element name="Period" type="PeriodType"/>
            <xs:element name="PeriodsRef" type="PeriodsRefType"/>
        </xs:choice>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

US 9,467,493 B2

**27**

**28**

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element maxOccurs="unbounded"
name="Representation" type="RepresentationType"/>
        <xs:element minOccurs="0" name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:element minOccurs="0" name="NextPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>
    <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>
    <xs:attribute default="false" name="lastPeriodFlag"
type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
    <xs:sequence>
        <xs:element minOccurs="0" name="Title" type="xs:string"/>
        <xs:element minOccurs="0" name="Source" type="xs:string"/>
        <xs:element minOccurs="0" name="Copyright"
type="xs:string"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls"
type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
    <xs:sequence>
        <xs:element name="SegmentInfo" type="SegmentInfoType"/>
        <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>
        <xs:element minOccurs="0" name="TrickMode"
type="TrickModeType"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
name="Quality" type="QualityType"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
```

TABLE 17-continued

```
        <xs:attribute default="0" name="group"
type="xs:unsignedInt"/>
    <xs:attribute name="width" type="xs:unsignedInt"/>
    <xs:attribute name="height" type="xs:unsignedInt"/>
    <xs:attribute name="lang" type="xs:string"/>
    <xs:attribute name="mimeType" type="xs:string"
use="required"/>
    <xs:attribute default="false" name="startWithRAP"
type="xs:boolean"/>
    <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
    <xs:attribute name="requestPara" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="name" type="xs:QualityNameType"/>
    <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="PSNR"/>
        <xs:enumeration value="MOS"/>
        <xs:enumeration value="ODG"/>
        <xs:enumeration value="DI"/>
    </xs:restriction>
</xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls"
type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element minOccurs="0" name="UrlTemplate"
type="UrlTemplateType"/>
            <xs:sequence>
                <xs:element maxOccurs="unbounded" name="Url"
type="UrlType"/>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
            </xs:sequence>
            <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:choice>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="randAccess" type="xs:string"/>
    <xs:anyAttribute namespace="##other"
processContents="lax"/>
</xs:complexType>
<!-- A Segment URL -->
<xs:complexType name="UrlType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI"
use="optional"/>
    <xs:attribute name="range" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

US 9,467,493 B2

**29**

TABLE 19

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
    <xs:attribute name="endIndex" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
    <xs:sequence>
        <xs:element minOccurs="0" name="SchemeInformation"
type="xs:string"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

FIG. **5** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

A controller **510** may perform operations **130** and **140**. Specifically, the controller **510** may process the metadata of the interval.

A transceiver **520** that selects a fragment suitable for the interval based on the processing may perform operations **120**, **140**, and **150**. Specifically, the transceiver **520** may receive the metadata of the interval of the content from the server **110**, may send a request for the fragment suitable for the interval to the server, and may receive the fragment from the server.

FIG. **6** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

The terminal **100** may include an access engine **610**, and a media engine **620**.

The access engine **610** may be a DASH access engine.

The access engine **610** may receive metadata (for example, an MPD) from the server **110**.

The access engine **610** may form requests, and may issue the formed requests to the server **110**. The access engine **610** may receive media (for example, segments or parts of the segments) from the server **110**. The access engine may request a segment of the media using a URL of the segment.

The access engine **610** may receive segments of the media based on information provided by the metadata. Here, each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The access engine **610** may provide the media to the media engine **620**. The access engine **610** may decode data of the media included in the segments.

An output of the access engine **610** may include media (or a part of the media) of an MPEG container (for example, an

**30**

ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **610** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **620** may play back the provided media. Specifically, the media engine **620** may receive data of the media from the access engine, and may output the media. The media engine **620** may output the media using the data of the media and the timing information that are output from the access engine **610**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **5** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as floptical disks; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method for providing media, the method comprising:
receiving metadata of media, the metadata comprising one or more BaseURL elements;
sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element;
receiving the segment; and
decoding and rendering data of the media that is included in the segment,
wherein the metadata selectively comprises a sourceURL attribute of the segment, and
wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

**2**. The method of claim **1**, wherein the metadata is a Media Presentation Description (MPD) of the media.

US 9,467,493 B2

31

**3**. The method of claim **2**, wherein the media comprises a sequence of one or more periods,

wherein a BaseURL element comprises one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods, and

wherein a URL of a segment included in each of the periods is resolved with respect to a period level BaseURL element.

**4**. A method for providing media, the method comprising:

receiving metadata of media, the metadata comprising one or more BaseURL elements;

sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element;

receiving the segment; and

decoding and rendering data of the media that is included in the segment,

wherein the metadata is a Media Presentation Description (MPD) of the media,

wherein the metadata selectively comprises a sourceURL attribute of the segment, and

wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

**5**. The method of claim **4**, wherein the media comprises a sequence of one or more periods,

wherein a BaseURL element comprises one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods, and

wherein a URL of a segment included in each of the periods is resolved with respect to a period level BaseURL element.

**6**. The method of claim **5**, wherein the period level BaseURL elements are resolved with respect to the MPD level BaseURL elements.

**7**. The method of claim **5**, wherein each of the periods comprises one or more groups,

wherein the BaseURL element further comprises one or more group level BaseURL elements of the groups, and

wherein a URL of a segment included in each of the groups is resolved with respect to a group level BaseURL element.

**8**. The method of claim **7**, wherein the group level BaseURL elements are resolved with respect to the period level BaseURL elements.

**9**. The method of claim **7**, wherein each of the groups comprises one or more representations,

32

wherein each of the representations is a structured collection of one or more components of the media within a period,

wherein the BaseURL element further comprises one or more representation level BaseURL elements of the representations, and

wherein a URL of a segment included in each of the representations is resolved with respect to a representation level BaseURL element.

**10**. The method of claim **9**, wherein the representation level BaseURL elements are resolved with respect to the group level BaseURL elements or the period level BaseURL elements.

**11**. A terminal, comprising:

an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata comprising one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element;

a media engine to receive the data of the media from the access engine, and to output the media,

wherein the metadata selectively comprises a sourceURL attribute of the segment, and

wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

**12**. A terminal, comprising:

an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata comprising one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and

a media engine to receive the data of the media from the access engine, and to output the media,

wherein the metadata is a Media Presentation Description (MPD) of the media,

wherein the metadata selectively comprises a sourceURL attribute of the segment, and

wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

* * * * *

EXHIBIT I

US010027736B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 10,027,736 B2**
(45) Date of Patent: ***Jul. 17, 2018**

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT**

(71) Applicants:**Electronics and Telecommunications Research Institute**, Daejeon (KR); **INDUSTRY-UNIVERSITY COOPERATION FOUNDATION KOREA AEROSPACE UNIVERSITY**, Goyang-si, Gyeonggi-do (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignees: **Electronics and Telecommunications Research Institute**, Daejeon (KR); **INDUSTRY-UNIVERSITY COOPERATION FOUNDATION KOREA AEROSPACE UNIVERSITY**, Goyang-si, Gyeonggi-do (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/287,260**

(22) Filed: **Oct. 6, 2016**

(65) **Prior Publication Data**

US 2017/0026451 A1    Jan. 26, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/146,500, filed on Jan. 2, 2014, now Pat. No. 9,467,493, which is a
(Continued)

(30) **Foreign Application Priority Data**

Sep. 6, 2011    (KR) ........................ 10-2011-0089923

(51) **Int. Cl.**
*G06F 15/16*      (2006.01)
*H04L 29/08*      (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H04L 67/02* (2013.01); *H04L 29/06027* (2013.01); *H04L 65/4084* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. H04L 65/608; H04L 29/06027; H04L 65/4084; H04L 65/60; H04L 65/607;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,645,562 B2 * | 2/2014 | Thang ................ | H04N 21/6125 709/231 |
| 9,467,493 B2 * | 10/2016 | Thang ................ | H04L 65/4084 |
| 2006/0218143 A1 | 9/2006 | Najork | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1302869 A1 | 4/2003 |
| WO | 2011038032 A2 | 3/2011 |

OTHER PUBLICATIONS

"Universal Mobile Telecommunications System," ETSI TS 126 234, Jun. 2010, pp. 1-184, V9.3.0, Sophia Antipolis Cedex, France.
(Continued)

*Primary Examiner* — Zarni Maung
(74) *Attorney, Agent, or Firm* — William Park & Associates Ltd.

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of con-
(Continued)



## US 10,027,736 B2

Page 2

tent are provided. The metadata may include one or more BaseURL elements. Uniform Resource Locators (URLs) of segments forming media may be generated based on the BaseURL elements. Additionally, a URL of a segment may be generated by mapping a BaseURL element among the BaseURL elements to a sourceURL attribute of the segment. Segments indicated by generated URLs may be identical to each other.

**16 Claims, 6 Drawing Sheets**

### Related U.S. Application Data

continuation of application No. 13/820,955, filed as application No. PCT/KR2011/006573 on Sep. 6, 2011, now Pat. No. 8,645,562.

(60) Provisional application No. 61/434,036, filed on Jan. 19, 2011, provisional application No. 61/417,931, filed on Nov. 30, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/390,328, filed on Oct. 6, 2010, provisional application No. 61/380,277, filed on Sep. 6, 2010.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *H04L 29/06* | (2006.01) | |
| *H04N 21/2343* | (2011.01) | |
| *H04N 21/262* | (2011.01) | |
| *H04N 21/472* | (2011.01) | |
| *H04N 21/61* | (2011.01) | |
| *H04N 21/658* | (2011.01) | |
| *H04N 21/84* | (2011.01) | |
| *H04N 21/8543* | (2011.01) | |
| *G06F 12/00* | (2006.01) | |
| *H04N 21/43* | (2011.01) | |

(52) **U.S. Cl.**
CPC .......... *H04L 65/607* (2013.01); *H04L 65/608* (2013.01); *H04N 21/23439* (2013.01); *H04N 21/26258* (2013.01); *H04N 21/47202* (2013.01); *H04N 21/6125* (2013.01); *H04N 21/6175* (2013.01); *H04N 21/6581* (2013.01); *H04N 21/84* (2013.01); *H04N 21/8543* (2013.01); *H04N 21/4305* (2013.01)

(58) **Field of Classification Search**
CPC ..... H04L 67/02; H04L 47/30; H04L 65/4069; H04L 65/4092; H04L 65/602; H04L 65/604; H04L 65/80; H04L 67/2804; H04N 21/2401; H04N 21/2353; H04N 21/23805
See application file for complete search history.

(56) **References Cited**

OTHER PUBLICATIONS

Thomas Stockhammer et al., "Information technology—MPEG systems technologies—Part 6: Dynamic adaptive streaming over HTTP (DASH)", International Organization for Standardization, ISO/IEC JTC1/SC29/WG11 Coding of Moving Pictures and Audio, ISO/IEC CD 23001-6, Oct. 15, 2010, Guangzhou, China.

\* cited by examiner

**U.S. Patent**    Jul. 17, 2018    Sheet 1 of 6    US 10,027,736 B2

**FIG. 1**



FIG. 2





FIG. 3

U.S. Patent    Jul. 17, 2018    Sheet 4 of 6    US 10,027,736 B2

FIG. 4



Stream of TS packet

Offset=1

First TS packet of new fragment

TS packet with PCR field

**FIG. 5**





FIG. 6

US 10,027,736 B2

1

# APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT

## CROSS-REFERENCE TO RELATED APPLICATION

The present application is a continuation application of U.S. application Ser. No. 14/146,500, filed on Jan. 2, 2014, which is incorporated herein by reference in its entirety, and the present application claims priority under 35 U.S.C. § 119(a) to U.S. Provisional application Ser. 61/380,277, filed on Sep. 6, 2010.

## TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

## BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

## DISCLOSURE OF INVENTION

### Technical Goals

An aspect of the present invention provides an apparatus and method that may interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Another aspect of the present invention provides an apparatus and method that may generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

### Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media, the method including: receiving metadata of media, the metadata including one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect

2

to a BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment.

The request may be sent using an HTTP GET method.

The metadata may include a range attribute.

The request may include a request for bytes of a resource indicated by the URL that are designated by the range attribute.

The URL may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements.

A first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL may be generated.

The metadata may be a Media Presentation Description (MPD) of the media.

The media may include a sequence of one or more periods.

A BaseURL element may include one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods.

A URL of a segment included in each of the periods may be resolved with respect to a period level BaseURL element.

The period level BaseURL elements may be resolved with respect to the MPD level BaseURL elements.

Each of the periods may include one or more groups.

The BaseURL element may further include one or more group level BaseURL elements of the groups.

A URL of a segment included in each of the groups may be resolved with respect to a group level BaseURL element.

The group level BaseURL elements may be resolved with respect to the period level BaseURL elements.

Each of the groups may include one or more representations.

Each of the representations may be a structured collection of one or more components of the media within a period.

The BaseURL element may further include one or more representation level BaseURL elements of the representations

A URL of a segment included in each of the representations may be resolved with respect to a representation level BaseURL element.

The representation level BaseURL elements may be resolved with respect to the group level BaseURL elements or the period level BaseURL elements.

According to another aspect of the present invention, there is provided a terminal, including: an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata including one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and a media engine to receive the data of the media from the access engine, and to output the media.

### Effect of the Invention

According to embodiments of the present invention, it is possible to interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

US 10,027,736 B2

3

Additionally, according to embodiments of the present invention, it is possible to generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

FIG. **6** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP caches.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies.

Media content and content may be used as interchangeable terms.

A media presentation (or media) may be a structured collection of data used to establish bounded or unbounded presentation of media content including components of continuous media.

In other words, the media presentation may be a structured collection of data that is accessible to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description for a media presentation.

The media presentation may be described by an MPD including possible updates of the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

4

Intervals may be interchangeable with periods. The term period may be used as a term of 3$^{rd}$ Generation Partnership Project (3GPP) adaptive HTTP streaming

A period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation.

In other words, the media presentation may include a sequence of one or more periods.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may refer to a smallest unit within segments that may be indexed by a segment index at the segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content.

A representation may refer to a structured collection of one or more media components within a single period. A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

US 10,027,736 B2

5

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal **100** may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616 .

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server **110** may perform hosting on DASH segments. The server **110** may be compatible with a server specified in RFC 2616.

In operation **120**, the terminal **100** may receive metadata of media (or content) from the server **110**. In other words, the server **110** may transmit the metadata of the media to the terminal **100**.

The metadata may include BaseURL elements. One or more BaseURL elements may be provided.

In operation **130**, the terminal **100** may process the received metadata. In operation **130**, the terminal **100** may extract information provided by the metadata, or information included in the metadata.

In operations **140** through **150**, the terminal **100** may access a segment of the media based on the information provided by the metadata.

Each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The metadata may describe a group element describing each of the groups.

In operation **140**, the terminal **100** may send a request for a segment of the media to the server **110** using a URL of the segment. The URL may be resolved with respect to one of the above-described BaseURL elements. For example, the URL of the segment may be generated based on a BaseURL element.

The terminal **100** may request the server **110** to transmit a segment suitable for a specific interval based on the processed metadata. In other words, the requested segment may be selected based on the metadata. The request may be sent using the HTTP GET method.

The metadata may include a range attribute. The request may include a request for bytes of a resource indicated by a URL that are designated by the range attribute.

The URL of the segment may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements. In other words, identical segments may be selectively accessible by the URLs provided by the BaseURL elements.

Additionally, a first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL of the segment may be generated.

In operation **145**, in several cases, the server **110** may need to parse content (for example, a Moving Picture

6

Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC)), and may extract a data part suitable for the requested segment.

In operation **150**, the server **110** may transmit, to the terminal **100**, segments suitable for each request from the terminal **100**. The terminal **100** may receive the segments from the server.

In operation **160**, the terminal **100** may perform decoding and rendering on data of the media included in the segment, to play back the media.

The terminal **100** may play back the media using the received segments by repeating operations **120** through **160**.

Here, a BaseURL element may include an MPD level BaseURL element of an MPD, and a period level BaseURL element of each period. The period level BaseURL element may refer to a BaseURL element applied to a period to which the period level BaseURL element belongs. In other words, a URL of a segment included in each period may be resolved with respect to the period level BaseURL element.

One or more MPD level BaseURL elements may be provided, and one or more period level BaseURL elements may be provided.

Additionally, the BaseURL element may further include a group level BaseURL element of a group. A URL of a segment included in each group may be resolved with respect to the group level BaseURL element. One or more group level BaseURL elements may be provided.

The BaseURL element may further include a representation level BaseURL element of a representation. A URL of a segment included in each representation may be resolved with respect to the representation level BaseURL element.

A BaseURL element of a specific level may be resolved with respect to a BaseURL element of a higher level. For example, a period level BaseURL element may be resolved with respect to an MPD level BaseURL element. A group level BaseURL element may be resolved with respect to a period level BaseURL element. A representation level BaseURL element may be resolved with respect to a group level BaseURL element or a period level BaseURL element.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information **210**: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information **220**: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information **230**: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **240**: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. **1**, parameters requested by the client may be derived from the information of categories 1) through 3).

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

US 10,027,736 B2

7

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **310**, interval-level information **320**, QoS information **330**, and mapping information **340**. Linking of related parts of the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information **310** and interval-level information **320** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information **310** and interval-level information **320** are sent to the client, a processing model may be "server-based."

When the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340**) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **310** may be sent once, and only the interval-level information **320** may be periodically updated. Similarly, a single file containing the QoSInfo **330** may be used for different intervals and different contents.

8

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization (ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <min Occurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may equally be applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreamingType | 'htps' box |
| | General Info | | 0 . . . N | Contains the general information of the described content | GeneralInfoType | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in 1 second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStartTime | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |
| | | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | | DefaultIntDuration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |

US 10,027,736 B2

| 9 | | | | 10 |
|---|---|---|---|---|

TABLE 1-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | MinUpdateTime | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |
| | ConsistentQoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the whole content duration. | boolean | flag of the box |
| | Default Content Loc | 0 . . . 1 | Provides a default location for the content. | anyURI | string of URL |
| IntervalsRef | | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | IntervalsRefType | 'iref' box |
| Interval | | 0 . . . N | Provides information of an interval of content. The infomation of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| | IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfoType | 'inti' box |
| | QoSInfo Ref | 0 . . . 1 | Provides reference to description represented by QoSInfo element. If QosInfoRef element is present, QoSInfo element may not be present at the same level. | dia:ReferenceType | 'qref' box |
| | QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| | MappingInfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:ReferenceType | 'mref' box |
| | MappingInfo | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc element (if not, DefaultContentLoc) can be used to retrieve content. If MappingInfo element is present, MappingInfoRef element may not be present. | MappingInfoType | 'mapi' box |
| | NextIntervalsRef | 0 . . . 1 | Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The infomation of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |

US 10,027,736 B2

11

12

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| PreviousIntervalsRef | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the first interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
| | StartTime | 0 . . . 1 | Indicates the start time of the interval. | | |
| | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
| | DefaultFragDuration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |
| | DefaultContentIntLoc | 0 . . . 1 | Provides a default location for the content interval. | anyURI type | string |
| | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef | startTime | | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration | |
| | Available Time | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |
| | Index | 1 | Indicates the order (starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description file that contains Interval descriptions. | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

US 10,027,736 B2

**13**                                                                    **14**

The following Table 3 describes the QoSInfo element.

TABLE 3

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some terms or names. | dia:Description MetadataType | 'csmr' box |
| | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:Description MetadataType | a url string |
| (1) | Resource | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UF DataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UF DataType | 'adpo' box |
| (3) | Utility | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UF DataType | 'util' box |
| | UtilityRank | | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRank Type | 'utir' box |
| | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

| Element (1), (2), (3) | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | Name | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find semantics of the identifier in a classification scheme. | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |
| | CSref_ind | 0 . . . 1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
| | LevelNum | 0 . . . 1 | Indicates the number of levels. | Not applicable | unsigned int(16) |

US 10,027,736 B2

<table>
<tr><td colspan="2">15</td><td>16</td></tr>
</table>

TABLE 4-continued

| Element (1), (2), (3) | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | LevelIndex | 1 . . . N | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| | Value | 1 . . . N | Indicates the value of a resource (adaptation operator, or utility) of an alternative. The number of instances of Value element is equal to the number of alternatives. | a component in dia:VectorDataType | unsigned int(32) |

The following Table 5 shows mapping information.

TABLE 5

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| MappingInfo | | 0 . . . 1 | | MappingInfoType | 'mapi' box |
| | AlterLocID | 0 . . . 1 | Provides a location ID for each alternative described in QosInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:IntegerVectorType | 'aloc' box |
| | | Value | 1 . . . N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of alternatives. The $n^{th}$ instance of Value element corresponds to the $n^{th}$ alternative of QoSInfo description. | integer | unsigned int(16) |
| | ReqQoSPara | 0 . . . N | Indicates a parameter of QosInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoS ParaType that extends dia:BooleanVectorType | 'reqp' box |
| | | RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QosInfo | unsigned int(16) |
| | | All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| | | ReqFlag | 0 . . . N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of Boolean VectorType | unsigned int(8) |
| | LocationList | 1 | Provides a list of locations for retrieving content alternatives | LocationListType | 'locl' box |
| | | Location | 1 . . . N | Provides information of a location | LocationType | 'loca' box |

US 10,027,736 B2

17                                                                                                        18

Semantics of Location elements may be further provided as shown in Table 6.

TABLE 6

|  |  |  | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|---|
| Location |  |  | 0 . . . N |  | LocationType | 'loca' box |
|  | LocID |  | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |
|  | StrLocation |  | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocationType | 'stlo' box |
|  |  | FragNum | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
|  |  | StreamUrl | 0 . . . 1 | Describes a URL of a stream | anyURI type | string |
|  |  | FragmentUrl | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURI type | string |
|  |  | FragTime | 0 . . . 1 | Provides durations of fragments. | dia:VectorDataType | 'frtm' box |
|  |  | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |
|  |  | RandAccess | 0 . . . 1 | Describes fragments that support random access. | dia:VectorDataType | 'rdac' box |
|  |  | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
|  |  | MP2TSPara | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TSParaType | 'mp2p' box |
|  |  | PID | 0 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
|  |  | FragBoundaries | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | FragBoundariesType | 'frbd' box |
|  |  | MP2TSBoundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TSBoundaryType | 'mp2b' box |
|  |  | ISOFileBoundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the starting boundary. The ending | ISOFileBoundaryType | 'isfb' box |

US 10,027,736 B2

| 19 | | | | 20 |

TABLE 6-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| ByteRanges | 1 | boundary is right before the starting boundary of the next fragment. Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRangesType | 'brag' box |

15

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

TABLE 7

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| MP2TSBoundary | | | MP2TSBoundaryType | 'mp2b' box |
| PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |
| PCR_base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
| PCR_ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
| Appearance | 1 | Describes the appearance order (e.g., $1^{st}$, $2^{nd}$) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. | integer | unsigned int(16) |
| Media_PID | 1 . . . N | Describes PID of a media (e.g., video) of a program. The number of instances of Media_PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
| Media_Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media_Offset is associated with the $n^{th}$ instance of Media_PID. | integer | unsigned int(16) |
| ISOFileBoundary | | | ISOFileBoundaryType | 'isfb' box |
| SequenceNo | 1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |

US 10,027,736 B2

21                                                                                                 22

TABLE 7-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| ByteRanges | | | ByteRangesType | 'mp2b' 'brag' box |
| Start | 1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
| End | 1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |
| Media_PID | 0 . . . N | Describes PID of a media (e.g., video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Hereinafter, a Client Request Will Be Described.

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the client may be URIs, and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-Based Scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information 310 and general interval information 320.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation 140):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed Scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information 310, general interval information 320, and QoS information 330.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part (of the request in operation 140) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

b) "oper1", "oper2", . . . , and "operN": "operi" carries a value of an $i^{th}$ adaptation operation that appears in the QoS information.

c) "res1", "res2", . . . , "resN": "resi" carries a value of an $i^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5 &bitrate=550."

3) Client-Based Scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of Mapping-Info.

US 10,027,736 B2

23

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation 140) may be used.

1) For an MPEG-2 TS boundary, Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End

Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

Start-End pairs may be used by a range header of an HTTP request message. For example, if {(Start=0, End=99); (Start=200, End=299) }, the header may be "Range: bytes=0-99,200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

TABLE 8

```
<complexType name="HTTPStreamingType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="GeneralInfo"
                    type="GeneralInfoType" minOccurs="0"/>
                <choice minOccurs="0"
                    maxOccurs="unbounded">
                    <element name="IntervalsRef"
                        type="IntervalsRefType"/>
                    <element name="Interval"
                        type="IntervalType"/>
                </choice>
            </sequence> </complexContent>
</complexType>
```

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

TABLE 9

```
<complexType name="GeneralInfoType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="TimeScale"
                    type="integer" minOccurs="0"/>
                <element name="LiveStartTime"
                    type="dateTime" minOccurs="0"/>
                <element name="Duration"
                    type="integer" minOccurs="0"/>
                <element name="DefaultIntDuration"
                    type="integer" minOccurs="0"/>
                <element name="MinUpdateTime"
                    type="integer" minOccurs="0"/>
                <element name="ConsistentQoSInfo"
                    type="boolean" minOccurs="0"/>
```

24

TABLE 9-continued

```
                <element name="DefaultContentLoc"
                    type="anyURI" minOccurs="0"/>
            </sequence>
        </extension>
    </complexContent>
</complexType>
```

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

TABLE 10

```
<complexType name="IntervalsRefType">
    <complexContent>
        <extension base="dia:ReferenceType">
            <sequence>
                <element name="AvaliableTime" type="integer"
                    minOccurs="0"/>
            </sequence>
            <attribute name="startTime" type="xs:duration"
                use="optional"/>
        </extension>
    </complexContent>
</complexType>
```

The following Table 11 shows syntax representation of IntervalType in the XML format.

TABLE 11

```
<complexType name="IntervalType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="IntervalInfo"
                    type="IntervalInfoType" minOccurs="0"/>
                <choice minOccurs="0">
                    <element name="QoSInfo"
                        type="QoSInfoType"/>
                    <element name="QoSInfoRef"
                        type="dia:ReferenceType"/>
                </choice>
                <choice minOccurs="0">
                    <element name="MappingInfo"
                        type="MappingInfoType"/>
                    <element name="MappingInfoRef"
                        type="dia:ReferenceType"/>
                </choice>
                <element name="PreviousIntervalsRef"
                    type="IntervalsRefType" minOccurs="0"/>
                <element name="NextIntervalsRef"
                    type="IntervalsRefType" minOccurs="0"/>
            </sequence>
        </extension>
    </complexContent>
</complexType>
```

The following Table 12 shows syntax representation of IntervalInfoType in the XML format.

TABLE 12

```
<complexType name="IntervalInfoType">
    <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="StartTime" type="dateTime" minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultFragDuration" type="integer"
            minOccurs="0"/>
        <element name="DefaultContentIntLoc" type="anyURI"
            minOccurs="0"/>
        <element name="Last" type="boolean" minOccurs="0"/>
    </sequence>
</complexType>
```

US 10,027,736 B2

25

The following Table 13 shows syntax representations of ISOFileBoundaryType and ByteRangesType in the XML format.

TABLE 13

```
<complexType name="ISOFileBoundaryType">
    <sequence>
        <element name="SequenceNo" type="integer"
        maxOccurs="unbounded"/>
    </sequence>
</complexType>
<complexType name="ByteRangesType">
    <sequence maxOccurs="unbounded">
        <element name="Start" type="integer"/>
        <element name="End" type="integer"/>
        <element name="Media_PID" type="integer"
        minOccurs="0"/>
    </sequence>
</complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code format will be described. Representation of the above syntax elements may be provided in the MP4 pseudo-code format.

The following Table 14 shows syntax representation of HTTPStreamingBox in the MP4 pseudo-code format.

TABLE 14

| HTTPStreamingBox |
|---|
| Box Type: 'htps'<br>Container: Signaling file<br>Mandatory: Yes<br>Quantity: One<br>    Aligned(8) class HTTPStreamingBox extends Box('htps') {<br>    } |

FIG. **4** is a diagram illustrating detecting of virtual boundaries in an MPEG-2 TS according to an embodiment of the present invention.

In a TS, PCR packets of a given program may be carried with fixed PIDs (namely, PCR_PID), and may be inserted at least every 100 ms.

The PCT packets (with increasing values) may be considered as anchor points of the program. On the other hand, each media of a program may be carried by packets of a given PID (namely, Media_PID).

Accordingly, a fragment boundary of a media stream may be defined or identified by 1) a specific anchor point and 2) an offset from the anchor to the packet at the boundary.

The offset may be counted by the packets of the same Media_PID.

PCR values may be occasionally reset (discontinuity). For example, when one or more PCR packets have the same PCR value in an interval, an appearance order of PCR packets used as anchors may be indicated.

A sourceURL attribute may be changed from required to optional. This is because baseURL already provides a complete URL. The sourceURL may be unnecessary.

The use of multiple byte ranges may provide flexibility in downloading "virtual segments." For example, a segment of a low frame rate (that is able to be used in a trickmode) may be extracted on-the-fly from a stream or an original segment.

In addition, to support using multiple URLs for a Representation, the following modifications may be applied to the schema of 3GPP Adaptive HTTP Streaming.

Hereinafter, Multiple Locations for the Same Resource/Content will be Described.

Each level of description (a top-level, a Period level, and a Representation level) may provide only a single BaseURL for building absolute URLs from the description.

26

Multiple BaseURLs may be provided at each description level. Multiple BaseURLs may signal availability of resources at multiple locations.

Depending on an actual location of a client, the client may select one or more BaseURLs in a process of retrieving resources.

Such a modification may be implemented by different ways. One way may be to use an additional attribute called "morebaseURLs," or an element called "BaseURLs."

The attribute or element may be a string formed of multiple (base) URLs. The string may be separated by several special characters, for example ";" (namely, a semi-colon and a space).

For example, when a semicolon or space appears within a URL, the semicolon or space may be encoded by the rules of RFC 2616.

The morebaseURLs attribute (or BaseURLs element) of a lower description level may override the same attribute (or element) of the higher description level.

For clarity, the morebaseURLs attribute and BaseURLs element may be restricted to be mutually exclusive. In other words, only a single type may exist in a whole description.

Another way may be to use a MoreBaseURL element of any URI type with multiple instances, where each instance provides a BaseURL.

The different ways may be merely examples of ideas for providing multiple BaseURLs. The ideas may be implemented in many other ways or even other languages.

Hereinafter, Multiple Locations for Resource/Content Components will be Described.

Resource/content may be divided into one or more components/streams. Each of the one or more components/streams may be delivered from a location. The delivering may be supported by allowing multiple instances of an UrlTemplate element or a Url element set in SegmentInfoType. A modification "<xs:choice maxOccurs="unbounded">" in SegmentInfoType may be used for the above purpose.

The appearance order of an UrlTemplate instance or a Url set instance may indicate importance of "location/stream." A more important location may appear before a less important location. For example, a video Representation may include two streams (for example, a spatial base layer, and a spatial enhancement layer). Each of the two streams may be delivered from a location described by UrlTemplate. Subsequently, the first instance of UrlTemplate may be a location for the spatial base layer.

Moreover, multiple instances of InitialisationSegmentURL may be allowed. An $n^{th}$ instance of InitialisationSegmentURL may correspond to an $n^{th}$ instance of a location (by either the UrlTemplate element or the Url element set).

For example, when only a single instance of InitialisationSegmentURL exists, the instance may be used for all locations.

The following Tables 15 through 19 show the schema of 3GPP AdaptiveHTTPStreaming.

US 10,027,736 B2

27              28

TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
        attributeFormDefault="unqualified"
        elementFormDefault="qualified"
        xmlns:xs="http://www.w3.org/2001/XMLSchema"
        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation> <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element name="Period" type="PeriodType"/>
            <xs:element name="PeriodsRef" type="PeriodsRefType"/>
        </xs:choice>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element maxOccurs="unbounded"
name="Representation" type="RepresentationType"/>
        <xs:element minOccurs="0" name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:element minOccurs="0" name="NextPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>
    <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>
```

TABLE 16-continued

```
        <xs:attribute default="false" name="lastPeriodFlag"
type="xs:boolean"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
    <xs:sequence>
        <xs:element minOccurs="0" name="Title" type="xs:string"/>
        <xs:element minOccurs="0" name="Source" type="xs:string"/>
        <xs:element minOccurs="0" name="Copyright"
type="xs:string"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
```

US 10,027,736 B2

29

### TABLE 17-continued

```
        <xs:sequence>
                <xs:element minOccurs="0" name="BaseUrls"
                type="xs:string"/>
                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="baseURL" type="xs:anyURI"/>
        <xs:attribute name="morebaseUrls" type="xs:string"/>
        <xs:attribute name="duration" type="xs:duration"/>
        <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
        <xs:sequence>
                <xs:element name="SegmentInfo" type="SegmentInfoType"/>
                <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>
                <xs:element minOccurs="0" name="TrickMode"
type="TrickModeType"/>
                <xs:element minOccurs="0" maxOccurs="unbounded"
name="Quality" type="QualityType"/>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
                <xs:attribute default="0" name="group"
type="xs:unsignedInt"/>
        <xs:attribute name="width" type="xs:unsignedInt"/>
        <xs:attribute name="height" type="xs:unsignedInt"/>
        <xs:attribute name="lang" type="xs:string"/>
        <xs:attribute name="mimeType" type="xs:string"
use="required"/>
        <xs:attribute default="false" name="startWithRAP"
type="xs:boolean"/>
        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
        <xs:attribute name="requestPara" type="xs:string"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
        <xs:sequence>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="name" type="xs:QualityNameType"/>
        <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

### TABLE 18

```
<xs:simpleType name="QualityNameType">
        <xs:restriction base="xs:string">
                <xs:enumeration value="PSNR"/>
                <xs:enumeration value="MOS"/>
                <xs:enumeration value="ODG"/>
                <xs:enumeration value="DI"/>
        </xs:restriction>
</xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
        <xs:sequence>
                <xs:element minOccurs="0" name="BaseUrls"
                type="xs:string"/>
                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>
                <xs:element minOccurs="0" maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
                <xs:choice maxOccurs="unbounded">
                        <xs:element minOccurs="0" name="UrlTemplate"
                        type="UrlTemplateType"/>
                        <xs:sequence>
                                <xs:element maxOccurs="unbounded" name="Url"
                                type="UrlType"/>
```

30

### TABLE 18-continued

```
                                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
                        </xs:sequence>
                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
                </xs:choice>
        </xs:sequence>
        <xs:attribute name="baseURL" type="xs:anyURI"/>
        <xs:attribute name="morebaseUrls" type="xs:string"/>
        <xs:attribute name="duration" type="xs:duration"/>
        <xs:attribute name="randAccess" type="xs:string"/>
        <xs:anyAttribute namespace="##other"
        processContents="lax"/>
</xs:complexType>
<!-- A Segment URL -->
<xs:complexType name="UrlType">
        <xs:sequence>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="sourceURL" type="xs:anyURI"
use="optional"/>
        <xs:attribute name="range" type="xs:string"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

### TABLE 19

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
        <xs:sequence>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="sourceURL" type="xs:anyURI"/>
        <xs:attribute name="id" type="xs:string"/>
        <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
        <xs:attribute name="endIndex" type="xs:unsignedInt"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
        <xs:sequence>
                <xs:element minOccurs="0" name="SchemeInformation"
                type="xs:string"/>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
        <xs:sequence>
                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

FIG. **5** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

A controller **510** may perform operations **130** and **140**. Specifically, the controller **510** may process the metadata of the interval.

A transceiver **520** that selects a fragment suitable for the interval based on the processing may perform operations **120**, **140**, and **150**. Specifically, the transceiver **520** may receive the metadata of the interval of the content from the server **110**, may send a request for the fragment suitable for the interval to the server, and may receive the fragment from the server.

US 10,027,736 B2

31

FIG. **6** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

The terminal **100** may include an access engine **610**, and a media engine **620**.

The access engine **610** may be a DASH access engine.

The access engine **610** may receive metadata (for example, an MPD) from the server **110**.

The access engine **610** may form requests, and may issue the formed requests to the server **110**. The access engine **610** may receive media (for example, segments or parts of the segments) from the server **110**. The access engine may request a segment of the media using a URL of the segment.

The access engine **610** may receive segments of the media based on information provided by the metadata. Here, each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The access engine **610** may provide the media to the media engine **620**. The access engine **610** may decode data of the media included in the segments.

An output of the access engine **610** may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **610** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **620** may play back the provided media. Specifically, the media engine **620** may receive data of the media from the access engine, and may output the media. The media engine **620** may output the media using the data of the media and the timing information that are output from the access engine **610**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **5** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as floptical disks; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be

32

appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method for receiving media content in a terminal performed by a processor, the method comprising:
receiving metadata of media content, the metadata comprising an attribute with multiple BaseURL elements, selecting a BaseURL element from the multiple BaseURL elements;
sending a request for a segment of the media content using a URL of the segment to a server, the URL being generated based on the selected BaseURL element;
receiving the segment from the server,
wherein the metadata is Media Presentation Description (MPD),
wherein the MPD describes one or more periods,
wherein the period includes one or more groups
wherein the group includes one or more representation,
wherein the representation includes one or more segments of the media content,
wherein the receiver receives identical segments that are accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements, and a first BaseURL element among the BaseURL elements is used as a base Universal Resource Indicator (URI).

**2**. The method of claim **1**, wherein the BaseURL element include an MPD level Base URL element of MPD, a period level Base URL element of each period, a group level Base URL element of each group, and a representation level Base URL element of each representation.

**3**. The method of claim **2**, wherein the BaseURL element of a specific level is resolved with respect to a BaseURL element of a higher level,
wherein the period level BaseURL element is resolved with respect to the MPD level BaseURL element,
wherein the group level BaseURL element is resolved with respect to the period level BaseURL element,
wherein the representation level BaseURL element is resolved with respect to the group level BaseURL element.

**4**. The method of claim **1**, wherein the media content is requested using a URI generated based on a resource type including bitrate, vertical resolution, or horizontal resolution.

**5**. The method of claim **1**, wherein the request is sent using an HTTP GET method.

**6**. The method of claim **1**, wherein the metadata comprises a range attribute, and
wherein the request comprises a request for bytes of a resource indicated by the URL that are designated by the range attribute.

**7**. The method of claim **1**, wherein the URL is an absolute URL or a relative URL.

**8**. The method of claim **1**, wherein the metadata selectively comprises a sourceURL attribute of the segment, and
wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

**9**. A method of providing media content by a server performed by a processor, the method comprising:

US 10,027,736 B2

33

receiving a request for a segment of the media content using a URL of the segment from a terminal, the URL being generated based on the selected BaseURL element;

providing the segment to the terminal,

wherein the terminal selects a BaseURL element from the multiple BaseURL elements based on the metadata of the media content,

wherein the metadata is Media Presentation Description (MPD),

wherein the MPD describes one or more periods,

wherein the period includes one or more groups

wherein the group includes one or more representation,

wherein the representation includes one or more segments of the media content,

wherein the receiver receives identical segments that are accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements, and a first BaseURL element among the BaseURL elements is used as a base Universal Resource Indicator (URI).

**10**. The method of claim **9**, wherein the BaseURL element include an MPD level Base URL element of MPD, a period level Base URL element of each period, a group level Base URL element of each group, and a representation level Base URL element of each representation.

**11**. The method of claim **10**, wherein the BaseURL element of a specific level is resolved with respect to a BaseURL element of a higher level,

34

wherein the period level BaseURL element is resolved with respect to the MPD level BaseURL element,

wherein the group level BaseURL element is resolved with respect to the period level BaseURL element,

wherein the representation level BaseURL element is resolved with respect to the group level BaseURL element.

**12**. The method of claim **9**, wherein the media content is requested using a URI generated based on a resource type including bitrate, vertical resolution, or horizontal resolution.

**13**. The method of claim **9**, wherein the request is sent using an HTTP GET method.

**14**. The method of claim **9**, wherein the metadata comprises a range attribute, and

wherein the request comprises a request for bytes of a resource indicated by the URL that are designated by the range attribute.

**15**. The method of claim **9**, wherein the URL is an absolute URL or a relative URL.

**16**. The method of claim **9**, wherein the metadata selectively comprises a sourceURL attribute of the segment, and

wherein, when the metadata selectively comprises the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements is mapped to the sourceURL attribute, so that the URL is generated.

\*　\*　\*　\*　\*

# EXHIBIT J

US010270830B2

(12) **United States Patent**
Thang et al.

(10) **Patent No.: US 10,270,830 B2**
(45) **Date of Patent: Apr. 23, 2019**

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT USING REPRESENTATIONS**

(71) Applicant: **Electronics and Telecommunications Research Institute**, Daejeon (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR)

(73) Assignee: **Ideahub**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/168,933**

(22) Filed: **Oct. 24, 2018**

(65) **Prior Publication Data**

US 2019/0058746 A1    Feb. 21, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/834,702, filed on Dec. 7, 2017, now Pat. No. 10,122,780, which is a (Continued)

(30) **Foreign Application Priority Data**

Mar. 16, 2011    (KR) ........................ 10-2011-0023271
Mar. 16, 2012    (KR) ........................ 10-2012-0026862

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*H04L 29/06* (2006.01)
*H04N 21/84* (2011.01)
*H04N 21/2343* (2011.01)
*H04N 21/258* (2011.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H04L 65/601* (2013.01); *H04L 65/4084* (2013.01); *H04L 65/602* (2013.01); *H04N*

*21/23439* (2013.01); *H04N 21/25825* (2013.01); *H04N 21/6125* (2013.01); (Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,806,615 B2    8/2014 Ahuja et al.
8,914,835 B2    12/2014 Chen et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN    101589625 A    11/2009
EP    2 224 732 A1    9/2010
(Continued)

OTHER PUBLICATIONS

"HTTP Streaming: Media presentation data model", 3GPP TSG-SA4 #56, Sophia Antipolis, France, Nov. 9-13, 2009 (13 pages in English).
(Continued)

*Primary Examiner* — Melvin H Pollack
(74) *Attorney, Agent, or Firm* — NSIP Law

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of media content are provided. The media content may include a sequence of one or more periods. Each of the periods may include one or more representations. The metadata may include information used to describe a relationship between the representations, and include information for terminals having different display bit depth.

**35 Claims, 5 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 14/004,644, filed as application No. PCT/KR2012/001922 on Mar. 16, 2012, now Pat. No. 9,860,293.

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 21/845* | (2011.01) |
| *H04N 21/61* | (2011.01) |
| *H04N 21/8543* | (2011.01) |

(52) **U.S. Cl.**
CPC ......... *H04N 21/84* (2013.01); *H04N 21/8456* (2013.01); *H04N 21/8543* (2013.01)

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,935,249 B2 | 1/2015 | Traub et al. |
| 8,966,106 B2 | 2/2015 | Wang et al. |
| 9,037,502 B2 | 5/2015 | Mikkelsen et al. |
| 9,176,984 B2 | 11/2015 | Hull et al. |
| 9,319,448 B2 | 4/2016 | Chen et al. |
| 9,473,476 B2 | 10/2016 | Raju et al. |
| 9,497,290 B2 | 11/2016 | Furbeck et al. |
| 9,531,779 B2 | 12/2016 | Pantos et al. |
| 9,558,282 B2 | 1/2017 | Biderman et al. |
| 9,607,655 B2 | 3/2017 | Bloch et al. |
| 9,646,352 B2 | 5/2017 | McClements, IV |
| 9,652,559 B2 | 5/2017 | Byrne et al. |
| 9,716,736 B2 | 7/2017 | Harrison |
| 9,729,830 B2 | 8/2017 | May, Jr. et al. |
| 9,762,635 B2 | 9/2017 | Sebastian et al. |
| 9,838,450 B2 | 12/2017 | McGowan |
| 9,872,329 B2 | 1/2018 | Kimmich et al. |
| 9,917,874 B2 | 3/2018 | Luby et al. |
| 9,961,388 B2 | 5/2018 | Harrison et al. |
| 9,978,023 B2 | 5/2018 | Levin et al. |
| 2005/0071755 A1 | 3/2005 | Harrington et al. |
| 2006/0047779 A1 | 3/2006 | Deshpande |
| 2006/0174315 A1 | 8/2006 | Kim et al. |
| 2008/0002776 A1 | 1/2008 | Borer et al. |
| 2009/0141895 A1 | 6/2009 | Anderson et al. |
| 2010/0266042 A1 | 10/2010 | Koo et al. |
| 2011/0050727 A1 | 3/2011 | Mukawa |
| 2011/0081083 A1 | 4/2011 | Lee et al. |
| 2011/0123115 A1 | 5/2011 | Lee et al. |
| 2011/0307545 A1 | 12/2011 | Bouazizi |
| 2013/0185398 A1 | 7/2013 | Thang et al. |
| 2016/0239749 A1 | 8/2016 | Peredriy et al. |
| 2016/0269461 A9 | 9/2016 | Thang et al. |
| 2017/0142180 A1 | 5/2017 | McGowan et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002-335519 A | 11/2002 |
| KR | 10-2004-0025994 A | 3/2004 |
| KR | 10-2006-0087793 A | 8/2006 |
| KR | 10-0687730 B1 | 2/2007 |
| WO | WO 2008/049446 A1 | 5/2008 |
| WO | WO 2010/082786 A2 | 7/2010 |

### OTHER PUBLICATIONS

3rd Generation Partnership Project, "Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)", 3GPP TS 26.247 V1.0.0, Release 10, 4DVANCED LTE, 2010, pp. 1-35.

Christian Timmerer, et al., "HTTP Streaming of MPEG Media," Proceedings of Streaming Day, Sep. 2010 (4 pages, in English).

Huawei Technologies Co., Ltd. "Partial Representation Management". 3GPP Draft; 3rd Generation Partnership Project (3GPP). 3GPP TSG-SA4 Meeting #60 S4-100642. XP050638790. Aug. 16-20, 2010. (3 pages, in English).

"3rd Generation Partnership Project; Technical Specification Group Services and System Aspects Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)(Release 10)." 3rd Generation Partnership Project (3GPP). 3GPP TS 26.cde. V1.0.0 (Aug. 2010). XP050442029. Aug. 25, 2010. (34 pages, in English).

"Information Technology—Dynamic Adaptive Streaming over HTTP (DASH)—Part 1: Media presentation description and segment format" of ISO/IEC DIS 23009-1. Aug. 30, 2011 (134 pages, in English).

International Search Report dated Oct. 4, 2012 in counterpart International Application No. PCT/KR2012/001922 (5 pages, in Korean, with complete English translation).

Chinese Office Action dated Jan. 25, 2016, in counterpart Chinese Application No. 201280013527.7 (10 pages, in Chinese).

ETSI "Universal Mobile Telecommunications System (UMTS); LTE; Transparent end-to-end Packet-switched Streaming Service (PSS); Protocols and codecs," *European Telecommunications Standards Institute*, (3GPP TS 26.234 version 9.3.0 Release 9). Jun. 2010, France, pp. 1-186 (In English).

3GPP "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)," *3GPP Organizational Partners*, (Release 10) Aug. 2010, France, pp. 1-34 (In English).

**FIG. 1**

U.S. Patent          Apr. 23, 2019          Sheet 2 of 5          US 10,270,830 B2

FIG. 2



**FIG. 3**



**FIG. 4**





**FIG. 5**



US 10,270,830 B2

1

**APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT USING REPRESENTATIONS**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. application Ser. No. 15/834,702, filed on Dec. 7, 2017 which is a Continuation of U.S. application Ser. No. 14/004,644, filed on Sep. 11, 2013, now U.S. Pat. No. 9,860,293 B2 issued on Jan. 2, 2018 which is a National Stage of International Application No. PCT/KR2012/001922, filed Mar. 16, 2012 and published as WO 2012/125006 on Sep. 20, 2012, which claims the benefit under 35 USC 119(a) and 365(b) of Korean Patent Application No. 10-2012-0026862, filed on Mar. 16, 2012 and Korean Patent Application No. 10-2011-0023271, filed on Mar. 16, 2011, the entire disclosures of which are incorporated herein by reference for all purposes.

TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using a representation of the media content.

BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service using a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols. A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP, and may transmit a request associated with a streaming service to the server.

DISCLOSURE OF INVENTION

Technical Goals

An aspect of the present invention provides an apparatus and method that may play back media content using representations including accessibility information.

Another aspect of the present invention provides an apparatus and method that may play back media content using information used to describe a relationship between representations of the media content.

Still another aspect of the present invention provides an apparatus and method that may play back media content using information of different representations for terminals having different display bit depths.

2

Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media content, the method including: receiving metadata of media content, the metadata including one or more periods; accessing segments of the media content based on information provided by the metadata; and decoding and rendering data of the media content that is included in the segments, wherein each of the periods includes one or more representations of the media content, and wherein each of the representations includes information used to support disabled users who have difficulties in perceiving the media content.

A media component of each of the representations may be enhanced to cope with a problem of a disabled user, and enhancement of the media component may include at least one of adjustment of a contrast and adjustment of a colour.

The information included in each of the representations may indicate an intended use of each of the representations, and the intended use may include at least one of a sign language, a subtitle, a caption, and a description.

The information included in each of the representations may indicate an attribute providing a reference to an external Moving Picture Experts Group (MPEG)-21 Digital Item Adaptation (DIA).

According to another aspect of the present invention, there is provided a method for providing media content, including: receiving metadata of media content, the metadata including one or more periods; accessing segments of the media content based on information provided by the metadata; and decoding and rendering data of the media content that is included in the segments, wherein each of the periods includes one or more representations of the media content, and wherein the metadata includes an attribute describing a relationship between the representations.

A first representation among the representations may include an attribute indicating a list of a part of the representations, and may be used together with a representation among the part of the representations.

The first representation may be a representation used for audio description.

Each of the part of the representations may be a representation used for a video component.

A first representation among the representations may include an attribute indicating a list of a part of the representations.

A representation among the part of the representations may be replaced by the first representation.

According to still another aspect of the present invention, there is provided a method for providing media content, including: receiving metadata of media content, the metadata including one or more periods; accessing segments of the media content based on information provided by the metadata; and decoding and rendering data of the media content that is included in the segments, wherein each of the periods includes one or more representations of the media content, and wherein each of the representations includes a bit depth attribute used to select different representations for terminals having different display bit depths.

The bit depth attribute may indicate a number of bits used to represent a luma/chroma sample of visual content.

According to yet another aspect of the present invention, there is provided a terminal including: an access engine to receive metadata of media content, to receive segments of the media content based on information provided by the metadata, and to decode data of the media content that is included in the segments, the metadata including one or

US 10,270,830 B2

3

more periods; and a media engine to receive the data of the media content from the access engine, and to output the media content, wherein each of the periods includes one or more representations of the media content, and wherein each of the representations includes information used to support disabled users who have difficulties in perceiving the media content.

According to a further aspect of the present invention, there is provided a terminal including: an access engine to receive metadata of media content, to receive segments of the media content based on information provided by the metadata, and to decode data of the media content that is included in the segments, the metadata including one or more periods; and a media engine to receive the data of the media content from the access engine, and to output the media content, wherein each of the periods includes one or more representations of the media content, and wherein the metadata includes an attribute describing a relationship between the representation.

According to a further aspect of the present invention, there is provided a terminal including: an access engine to receive metadata of media content, to receive segments of the media content based on information provided by the metadata, and to decode data of the media content that is included in the segments, the metadata including one or more periods; and a media engine to receive the data of the media content from the access engine, and to output the media content, wherein each of the periods includes one or more representations of the media content, and wherein each of the representations includes a bit depth attribute used to select different representations for terminals having different display bit depths.

Effect of the Invention

According to embodiments of the present invention, it is possible to play back media content using representations including accessibility information.

Additionally, according to embodiments of the present invention, it is possible to play back media content using information used to describe a relationship between representations of the media content.

Furthermore, according to embodiments of the present invention, it is possible to play back media content using information of different representations for terminals having different display bit depths.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a diagram illustrating a Dynamic Adaptive Streaming over HTTP (DASH) high-level data model.

FIG. 2 is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

FIG. 3 is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. 4 is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. 5 is a diagram illustrating a configuration of a terminal according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in

4

the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

The entire document "Dynamic Adaptive Streaming over HTTP (DASH)—Part 1: Media presentation description and segment format" of ISO/IEC DIS 23009-1 published on Aug. 30, 2011, will be cited as references in the present application, and will used to describe the following embodiments.

Hereinafter, embodiments of the present invention will be further described with reference to the accompanying drawings, however, there is no limitation to the embodiments of the present invention. Like reference numerals refer to the like elements throughout.

The terms "specify," "indicate," and "mean" used herein may have the same meaning. Additionally, the terms "Uniform Resource Locator (URL)" and "Uniform Resource Identifier (URI)" used herein may have the same meaning, and may be interchangeable.

When indexes for a specific element are from 1 to N, or from 0 to N, the number of specific elements may be one or more. N may be an integer equal to or greater than 0.

Hereinafter, examples of terms used in embodiments will be described.

DASH may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP caches. The formats may include, for example, an Extensible Markup Language (XML) format, or a binary format.

Media content may be a single media content period, or a contiguous sequence of media content periods. Hereinafter, media content, media, and content may be used as interchangeable terms. Media content may be a set of media content components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies. Media content may be content on demand, or live content.

Content may be divided into one or more intervals. In other words, the content may include one or more intervals. Hereinafter, an interval and a period may be used as interchangeable terms. The term period may be used as a term in $3^{rd}$ Generation Partnership Project (3GPP) adaptive HTTP streaming. In other words, a period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals. The metadata may be a Media Presentation Description (MPD) that will be described later.

A media content component may be a continuous component of media content with an assigned media component type. A media content component may be encoded individually into a media stream. A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

A media stream may be an encoded version of a media content component

A media component type may be a single type of media content, such as audio, video, or text.

US 10,270,830 B2

5

A media presentation may be a collection of data used to establish a bounded or unbounded presentation of media content. The media presentation may be a collection of data that is accessible to a DASH client to provide a streaming service to a user. An MPD may be described by an MPD. The media presentation may be a collection of data that is accessible to a DASH client to provide a streaming service to a user.

An MPD may be a formalized description for a media presentation to provide a streaming service. The MPD may be a document containing metadata required by a DASH client, to provide a user with a streaming service, and to construct appropriate HTTP-URLs to access segments. The media presentation may be described by an MPD including possible updates of the MPD.

An MPD may be a document containing metadata requested to a DASH client to construct appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative. The MPD may be an XML-document.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-URLs. URLs may be restricted by a byte range attribute.

A period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation. In other words, the media presentation may include one or more periods. Alternatively, the media presentation may include a sequence of one or more periods.

A representation may be a collection and encapsulation of one or more media streams in a delivery format, and may be associated with descriptive metadata. The representation may be a structured collection of one or more media components within a single period. In other words, the representation may be one of alternative choices of a complete set or subset of media content components forming media content during a defined period. The representation may include one or more media streams.

A representation may start at a beginning point of a period (namely, a period including the representation), and may continue to an ending point of the period.

A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

Hereinafter, a representation and a media representation may be used as interchangeable terms.

Two or more sets of segments corresponding to a single interval may exist. Each of the sets may be called a representation, or an alternative.

A segment may be a smallest addressable unit in an MPD with a defined format. Hereinafter, a segment and a media segment may be used as interchangeable terms.

Each interval may be divided into segments. Hereinafter, a segment and a fragment may be used as interchangeable terms. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

6

A segment may mean an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may mean a smallest unit within segments that may be indexed by a segment index at a segment level.

A sub-representation may be a part of a representation described in an MPD that is present in the entire period.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

The DASH may provide a media-streaming model for delivery of media content. A client may exclusively control a session of the delivery. Clients may request data using the HTTP protocol from standard web servers that do not have DASH-specific capabilities. Accordingly, the DASH standard may focus on data formats used to provide a DASH media presentation.

A collection of encoded and deliverable versions of media content, and an appropriate description of the versions may form a media presentation. Media content may include one or more contiguous media content periods in time. Each media content period may include one or more media content components, for example audio components in various languages and a video component. A media content component type may be assigned to each media content component, and may include, for example, audio or video.

Each media content component may have one or more encoded versions. An encoded version of a media content component may be referred to as a "media stream." Each media stream may inherit attributes of media content used to encode media content, a media content period, or a media stream. Additionally, to each media stream, properties of an encoding process, such as sub-sampling, codec parameters, encoding bitrate, and the like, may be assigned. Accordingly, metadata may be relevant for static and dynamic selection of media content components and media streams.

FIG. 1 is a diagram illustrating a DASH high-level data model.

A DASH may be based on a hierarchical data model, as shown in FIG. 1.

A DASH media presentation may be described by an MPD document. The MPD may describe a sequence of periods in time. The sequence of the periods may form a media presentation. A period may typically represent a media content period during which a consistent set of encoded versions of media content is available. In other words, during a single period, bitrates, languages, captions, subtitles, and the like, may not be changed.

A period may include one or more adaptation sets. An adaptation set may represent a set of interchangeable encoded versions of one or more media content components. For example, an adaptation set for a main video component, and a separate adaptation set for a main audio component may exist. For example, when there are other available materials, for example captions or audio descriptions, the other available materials may each have a separate adaptation set.

An adaptation set may include one or more representations. A representation may describe a deliverable encoded version of one or more media content components. A representation may include one or more media streams. A

US 10,270,830 B2

7

single representation within an adaptation set may be sufficient to render the media content components includeded in the single representation. Typically, a client may switch from one representation to another representation during a period, in order to adapt to network conditions or other factors. The client may also ignore representations that rely on codecs or other rendering technologies that are not supported by the client, or that are otherwise unsuitable.

Within a representation, the content may be divided in time into segments. In other words, the representation may include one or more segments. A segment may be a basic unit of data that is advertised in an MPD. A URL may be provided for each segment. The providing of the URL may indicate that a segment is the largest unit of data that may be retrieved with a single HTTP request. The MPD may include a byte range of the URL, with the URL. Accordingly, the segment may be included in a byte range of other larger resources.

Hereinafter, a relationship between components of the above-described data model will be described.

An MPD may include a sequence of one or more periods.

Each of the periods may include one or more adaptation sets. When an adaptation set includes one or more media content components, each of the media content components may be individually defined.

Each of the adaptation sets may include one or more representations.

Each of the representations may include one or more sub-representations.

Each of the representations may include one or more segments.

Segments may include media data, and/or metadata to access, decode, and present media content including the segments.

Adaptation sets, representations and sub-representations may share common attributes and elements.

Each of the segments may include one or more subsegments.

An MPD document indicating an MPD may include an element "MPD."

The following Table 1 shows an XML schema of MPD.

TABLE 1

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:mpeg:DASH:schema:MPD:2011"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns:xlink="http://www.w3.org/1999/xlink"
    xmlns="urn:mpeg:DASH:schema:MPD:2011">
    <xs:import namespace="http://www.w3.org/1999/xlink"
        schemaLocation="http://www.w3.org/1999/xlink.xsd"/>
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines the Media Presentation Description for
            MPEG-DASH.
        </xs:documentation>
    </xs:annotation>
    <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
    ...
</xs:schema>
```

Table 1 shows an initial part of the XML schema of the MPD. The initial part may include namespace and other definitions.

A mechanism for referencing remote elements from a local MPD may be defined. A subset of World Wide Web

8

Consortium (W3C) XLINK simple links may be defined, consisting of 1) restricted syntax and semantics, and 2) a processing model.

XLINK attributes used in a part of ISO/IEC 23009 are provided as follows:

"xlink:type" may define a type of W3C XLINK that is being used.

"xlink:href" may identify a remote element using a URI, as defined in IETF RFC 3986.

"xlink:show" may define a desired behaviour of a remote element once dereferenced from within an MPD, as defined in W3C XLINK.

"xlink:actuate" may define a desired timing of dereferencing a remote element from within an MPD, as defined in W3C XLINK.

The following Table 2 shows an XML schema of XLINK.

TABLE 2

```
<?xml version='1.0' encoding='UTF-8'?>
<xs:schema xmlns:xs="http://www.w3.org/2001/XMLSchema"
    targetNamespace="http://www.w3.org/1999/xlink"
    xmlns:xlink="http://www.w3.org/1999/xlink">
    <xs:attribute name="type" type="xs:token" fixed="simple"/>
    <xs:attribute name="href" type="xlink:hrefType"/>
    <xs:simpleType name="hrefType">
        <xs:restriction base="xs:anyURI"/>
    </xs:simpleType>
    <xs:attribute name="show" type="xs:token" fixed="embed"/>
    <xs:attribute          name="actuate"
type="xlink:actuateType" default="onRequest"/>
    <xs:simpleType name="actuateType">
        <xs:restriction base="xs:token">
            <xs:enumeration value="onLoad"/>
            <xs:enumeration value="onRequest"/>
        </xs:restriction>
    </xs:simpleType>
</xs:schema>
```

In the schema, a namespace, a name, a type, and a default value of each element or each attribute may be described. Additionally, a hierarchical relationship between elements and attributes may be described.

Rules applied to process URI references within the attribute "xlink:href" are provided as follows:

URI references to remote elements that cannot be resolved may be treated as invalid references, and may invalidate the MPD.

URI references to remote elements that are inappropriate targets for a given reference may be treated as invalid references, and may invalidate the MPD.

URI references that directly or indirectly reference themselves may be treated as invalid circular references, and may invalidate the MPD.

A reference to a remote element may be an HTTP-URL. When a URI reference is relative, a reference resolution may be applied.

Semantics of the element "MPD" are described as follows:

1) The element "MPD" may have the following attributes:

"id" may specify an identifier for a media presentation. "id" may be an identifier that is unique within a scope in which the media presentation is published.

"type" may specify whether the MPD may be updated.

"mediaPresentationDuration" may specify a duration of the entire media presentation. When "mediaPresentationDuration" is absent, the duration of the media presentation may be unknown.

"maxSegmentDuration" may specify a maximum duration of a segment in a representation in the media presentation.

US 10,270,830 B2

9

2) The element "MPD" may have the following elements:

"ProgramInformation" may have an index of 0 to N, and may specify descriptive information about a program. Having an index of N may indicate that a number of instances of an element may be unbounded. Having an index of 0 may indicate that an element may be optional. Having an index of 1 may indicate that an element is mandatory. In other words, a range of index may represent occurrence or cardinality.

"BaseURL" may have an index of 0 to N, and may specify a base URL that may be used for reference resolution and alternative URL selection.

"Location" may have an index of 0 to N, and may specify a location at which the MPD is available.

"Period" may have an index of 1 to N, and may specify information of a period.

"Metrics" may have an index of 0 to N, and may specify DASH metrics.

The following Table 3 shows an XML syntax of the element "MPD".

TABLE 3

```
<!-- MPD Type -->
<xs:complexType name="MPDtype">
  <xs:sequence>
    <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"
maxOccurs="unbounded"/>
    <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Location" type="xs:anyURI" minOccurs="0"
maxOccurs="unbounded"/>
    <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>
    <xs:element name="Metrics" type="MetricsType" minOccurs="0"
maxOccurs="unbounded"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute name="profiles" type="xs:string"/>
  <xs:attribute name="type" type="PresentationType" default="static"/>
  <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
  <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
  <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
  <xs:attribute name="minimumUpdatePeriod" type="xs:duration"/>
  <xs:attribute name="minBufferTime" type="xs:duration"
use="required"/>
  <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
  <xs:attribute name="suggestedPresentationDelay" type="xs:duration"/>
  <xs:attribute name="maxSegmentDuration" type="xs:duration"/>
  <xs:attribute name="maxSubsegmentDuration" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Presentation Type enumeration -->
<xs:simpleType name="PresentationType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="static"/>
    <xs:enumeration value="dynamic"/>
  </xs:restriction>
</xs:simpleType>
```

A media presentation may include one or more periods. Each of the periods may be defined by the element "Period" in the element "MPD."

Periods may be classified into regular periods and early available periods. Additionally, a PeriodStart time of a regular period may be defined as follows:

When attribute "start" is included in the element "Period", a period may be a regular period, and the PeriodStart time may be equal to a value of the attribute "start".

When the attribute "start" is absent, but a previous element "Period" includes attribute "duration", a period

10

may be a regular period. The start time of the period "PeriodStart" may be a sum of a start time of a previous period and a value of the attribute "duration" of the previous period.

1) When the attribute "start" is absent, 2) when the element "Period" is the first in the MPD, and 3) when the attribute "type" of the MPD is "static," the Period-Start time may be set to "0."

1) When the attribute "start" is absent, 2) when a previous element "Period" does not include attribute "duration", or when the element "Period" is the first in the MPD, and 3) when the attribute "type" of the MPD is "dynamic", a period may be an early available period.

Semantics of the element "Period" are described as follows:

1) The element "Period" may have the following attributes:

"xlink:href" may specify a reference to an external element "Period."

"xlink:actuate" may specify processing instructions. "link:actuate" may have a value of either "onload" or "onRequest."

"id" may specify an identifier of a period. "id" may be a unique identifier within a scope of a media presentation.

"start" may specify a PeriodStart time of a period. The PeriodStart time may be used as an anchor to determine an MPD start time of each media segment, as well as to determine a presentation time of each access unit in a media presentation timeline.

"duration" may specify a duration of a period to determine a PeriodStart time of a next period.

2) The element "Period" may have the following elements:

"BaseURL" may have an index of 0 to N, and may be used for reference resolution and alternative URL selection.

"AdaptationSet" may have an index of 1 to N, and may specify information of an adaptation set.

"Subset" may have an index of 0 to N, and may specify a subset.

The following Table 4 shows an XML syntax of the element "Period."

TABLE 4

```
<!-- Period -->
<xs:complexType name="PeriodType">
  <xs:sequence>
    <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="SegmentBase" type="SegmentBaseType"
minOccurs="0"/>
    <xs:element name="SegmentList" type="SegmentListType"
minOccurs="0"/>
    <xs:element name="SegmentTemplate"
type="SegmentTemplateType" minOccurs="0"/>
    <xs:element name="AdaptationSet" type="AdaptationSetType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute name="start" type="xs:duration"/>
  <xs:attribute name="duration" type="xs:duration"/>
```

US 10,270,830 B2

11

TABLE 4-continued

```
<xs:attribute name="bitstreamSwitching" type="xs:boolean"
default="false"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Each period may include one or more adaptation sets. Each of the adaptation sets may be described by element "AdaptationSet" included in the element "Period."

An adaptation set may include alternate encodings of one or more media content components. Each of the alternate encodings may be included in a representation. All representations included in a single adaptation set may represent the same media content components, and may include one or more media streams that are determined to be perceptually equivalent.

One or more representations may be arranged in an adaptation set based on properties of media content components present in the representations. The properties of the media content components may include 1) a language described by attribute "lang", 2) a media component type described by attribute "contentType", 3) a picture aspect ratio described by attribute "par", 4) a role property described by element "Role", 5) an accessibility property described by element "Accessibility", 6) a viewpoint property as described by element "ViewPoint", 7) a rating property described by element "Rating," and the like.

The element "AdaptationSet" may include default values for elements and attributes associated with one or more representations included in an adaptation set. Hereinafter, a list of possible present elements and attributes that are common to the elements "AdaptationSet" and "Representation" will be described.

The element "AdaptationSet" may support description of ranges for attributes "bandwidth," "width," "height" and "framerate" that are associated with one or more representations included in an adaptation set. The description may provide a summary of all values for all of the representations included in the adaptation set. The representations included in the adaptation set may not have values outside the ranges defined in the adaptation set.

Adaptation sets may be classified into groups, using attribute "group".

Semantics of the element "AdaptationSet" are described as follows:

1) The element "AdaptationSet" may have the following attributes:

"xlink:href" may specify a reference to external element "AdaptationSet."

"xlink:actuate" may specify processing instructions. "link:actuate" may have a value of either "onload" or "onRequest."

"id" may specify an identifier of an adaptation set in the scope of the period. "id" may be a unique identifier within a scope including the containing Period. "id" may not exist in a remote element.

"group" may specify an identifier of a group that is unique in the scope of the period.

"lang" may declare language code(s) of an adaptation set. Syntax and semantics based on IETF RFC 5646 may be used.

"contentType" may specify a media content component type of an adaptation set. "type" may be a content-type of top-level. "type" may be defined in RFC1521.

12

"par" may specify a picture aspect ratio. "par" may include two integers. When "par" is present, attributes "width" and "height" for representations may also be present.

"minBandWidth" may specify a minimum value of the attribute "bandwidth" in all representations in an adaptation set.

"maxBandWidth" may specify a maximum value of the attribute "bandwidth" in all representations in an adaptation set.

"minWidth" may specify a minimum value of the attribute "width" in all representations in an adaptation set.

"maxWidth" may specify a maximum value of the attribute "width" in all representations in an adaptation set.

"minHeight" may specify a minimum value of the attribute "height" in all representations in an adaptation set.

"maxHeight" may specify a maximum value of the attribute "height" in all representations in an adaptation set.

"minFrameRate" may specify a minimum value of the attribute "frameRate" in all representations in an adaptation set.

"maxFrameRate" may specify a maximum value of the attribute "frameRate" in all representations in an adaptation set.

2) The element "AdaptationSet" may have the following elements:

"Accessibility" may have an index of 0 to N, and may specify information on an accessibility scheme.

"Role" may have an index of 0 to N, and may specify information on a role annotation scheme.

"Rating" may have an index of 0 to N, and may specify information on a rating scheme.

"Viewpoint" may have an index of 0 to N, and may specify information on a viewpoint annotation scheme.

"ContentComponent" may have an index of 0 to N, and may specify properties of a media content component included in an adaptation set.

"BaseURL" may have an index of 0 to N, and may be used for reference resolution and alternative URL selection.

"Representation" may have an index of 0 to N, and may specify a representation. At least one representation element may be included in each adaptation set. "Representation" may be a part of a remote element.

The following Table 5 shows an XML syntax of the element "AdaptationSet."

TABLE 5

```
<!-- Adaptation Set -->
<xs:complexType name="AdaptationSetType">
    <xs:complexContent>
        <xs:extension base="RepresentationBaseType">
            <xs:sequence>
                <xs:element name="Accessibility" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="Role" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="Rating" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="Viewpoint" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="ContentComponent"
type="ContentComponentType" minOccurs="0"
maxOccurs="unbounded"/>
                <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="SegmentBase" type="SegmentBaseType"
minOccurs="0"/>
                <xs:element name="SegmentList" type="SegmentListType"
```

US 10,270,830 B2

13

14

TABLE 5-continued

```
minOccurs="0"/>
        <xs:element name="SegmentTemplate"
type="SegmentTemplateType" minOccurs="0"/>
        <xs:element name="Representation" type="RepresentationType"
minOccurs="0" maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute ref="xlink:href"/>
      <xs:attribute ref="xlink:actuate" default="onRequest"/>
      <xs:attribute name="id" type="xs:unsignedInt"/>
      <xs:attribute name="group" type="xs:unsignedInt"/>
      <xs:attribute name="lang" type="xs:language"/>
      <xs:attribute name="contentType" type="xs:string"/>
      <xs:attribute name="par" type="xs:string"/>
      <xs:attribute name="minBandwidth" type="xs:unsignedInt"/>
      <xs:attribute name="maxBandwidth" type="xs:unsignedInt"/>
      <xs:attribute name="minWidth" type="xs:unsignedInt"/>
      <xs:attribute name="maxWidth" type="xs:unsignedInt"/>
      <xs:attribute name="minHeight" type="xs:unsignedInt"/>
      <xs:attribute name="maxHeight" type="xs:unsignedInt"/>
      <xs:attribute name="minFrameRate" type="xs:string"/>
      <xs:attribute name="maxFrameRate" type="xs:string"/>
      <xs:attribute name="segmentAlignment"
type="ConditionalUintType" default="false"/>
      <xs:attribute name="subsegmentAlignment"
type="ConditionalUintType" default="false"/>
      <xs:attribute name="subsegmentStartsWithSAP" type="SAPType"
default="0"/>
      <xs:attribute name="bitstreamSwitching" type="xs:boolean"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
<!-- Conditional Unsigned Integer (unsignedInt or boolean) -->
<xs:simpleType name="ConditionalUintType">
  <xs:union memberTypes="xs:unsignedInt xs:boolean"/>
</xs:simpleType>
```

An adaptation set may include one or more media content components. Properties of each of the media content components may be described by the element "ContentComponet." When a single media content component is included in an adaptation set, properties of the media content component may be described directly by the element "AdaptationSet."

Semantics of the element "ContentComponent" are described as follows:

1) The element "ContentComponent" may have the following attributes:

"id" may specify an identifier of a media component. "id" may be unique within a scope of an adaptation set.

"lang" may declare language code(s) of a media content component. Syntax and semantics based on IETF RFC 5646 may be used.

"contentType" may specify a type of a media content component. A value of the top-level content-type, namely "type", may be defined in RFC1521.

"par" may specify a picture aspect ratio. "par" may include two integers. When "par" is present, attributes "width" and "height" for representations may also be present.

2) The element "ContentComponent" may have the following elements:

"Accessibility" may have an index of 0 to N, and may specify information on an accessibility scheme.

"Role" may have an index of 0 to N, and may specify information on a role annotation scheme.

"Rating" may have an index of 0 to N, and may specify information on a ration scheme.

"Viewpoint" may have an index of 0 to N, and may specify information on a viewpoint annotation scheme. The following Table 6 shows an XML syntax of the element "ContentComponent."

TABLE 6

```
<!-- Content Component -->
<xs:complexType name="ContentComponentType">
  <xs:sequence>
    <xs:element  name="Accessibility"  type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element  name="Role"  type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element  name="Rating"  type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element  name="Viewpoint"  type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:any  namespace="##other"  processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="id" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="xs:language"/>
  <xs:attribute name="contentType" type="xs:string"/>
  <xs:attribute name="par" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Representations may be described by the element "Representation." The element "AdaptationSet" may include one or more elements "Representation."

A representation may be one of alternative choices of a complete set or subset of media content components forming media content during a defined period.

A representation may start at the start of the PeriodStart of a period, and may continue to the end of the period. In other words, the end of the period may be the start of a next period, or the end of a media presentation.

Each representation may include one or more media streams. Each of the media streams may be an encoded version of a media content component.

A representation may include one or more segments.

Semantics of the element "Representation" are described as follows:

1) The element "Representation" may have the following attributes:

"id" may specify an identifier of a representation. When a representation is functionally different from another representation within the same period, "id" may be unique within the scope of the period. "id" may not include whitespace characters.

"bandwidth" may specify a bound on a data rate and data rate variation of a representation.

"qualityRanking" may specify, a quality ranking of a representation, relative to other representations in the same adaptation set.

"dependencyID" may specify all complementary representations that depend on in decoding and/or presentation process. "dependencyID" may be a whitespace-separated list of values of "id."

2) The element "Representation" may have the following elements:

"BaseURL" may have an index of 0 to N, and may be used for reference resolution and alternative URL selection.

"SubRepresentation" may have an index of 0 to N, and may specify information on a sub-representation that is embedded in a representation. "SubRepresentation" may be used for reference resolution and alternative URL selection.

US 10,270,830 B2

15

The following Table 7 shows an XML syntax of the element "AdaptationSet."

TABLE 7

```
<!-- Representation -->
<xs:complexType name="RepresentationType">
  <xs:complexContent>
    <xs:extension base="RepresentationBaseType">
      <xs:sequence>
        <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
        <xs:element name="SubRepresentation"
type="SubRepresentationType" minOccurs="0"
maxOccurs="unbounded"/>
        <xs:element name="SegmentBase" type="SegmentBaseType"
minOccurs="0"/>
        <xs:element name="SegmentList" type="SegmentListType"
minOccurs="0"/>
        <xs:element name="SegmentTemplate"
type="SegmentTemplateType" minOccurs="0"/>
      </xs:sequence>
      <xs:attribute name="id" type="xs:string" use="required"/>
      <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
      <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
      <xs:attribute name="dependencyId" type="StringVectorType"/>
      <xs:attribute name="mediaStreamStructureId"
type="StringVectorType"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of strings -->
<xs:simpleType name="StringVectorType">
  <xs:list itemType="xs:string"/>
</xs:simpleType>
```

A sub-representation may be embedded in a regular representation, and may be described by the element "Sub-Representation." The element "Representation" may include the element "SubRepresentation." The element "SubRepresentation" may describe properties of one or more media content components that are embedded in a representation. A representation and sub-representation may share common attributes and elements.

Semantics of the element "SubRepresentation" are described as follows:

The element "SubRepresentation" may have the following attributes:

"level" may specify a level of a sub-representation.

"dependency" may specify a set of sub-representations within a representation in which sub-representations depend on in decoding and/or presentation process, as a whitespace-separated list of values of "level."

"bandwidth" may be identical to the attribute "bandwidth" of the element "Representation," but may be applied to a sub-representation.

"contentComponet" may specify a set of all media content components that are included in a sub-representation, as a whitespace-separated list of values of "id" of the element "ContentComponent."

The following Table 8 shows an XML syntax of the element "SubRepresentation."

TABLE 8

```
<!-- SubRepresentation -->
<xs:complexType name="SubRepresentationType">
  <xs:complexContent>
    <xs:extension base="RepresentationBaseType">
      <xs:attribute name="level" type="xs:unsignedInt"/>
      <xs:attribute name="dependencyLevel" type="UIntVectorType"/>
      <xs:attribute name="bandwidth" type="xs:unsignedInt"/>
```

16

TABLE 8-continued

```
      <xs:attribute name="contentComponent"
type="StringVectorType"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of unsigned integers -->
<xs:simpleType name="UIntVectorType">
  <xs:list itemType="xs:unsignedInt"/>
</xs:simpleType>
```

Hereinafter, common attributes and elements of the elements "AdaptationSet," "Representation," and "SubRepresentation" will be described.

1) The elements "AdaptationSet," "Representation," and "SubRepresentation" may have the following common attributes:

"profile" may specify a profile between associated representation(s) conforming to media presentation profiles. A value of "profile" may be a subset of a value in a predetermined higher level of a document hierarchy (representation, adaptation set, MPD). When "profile" is absent, the value of "profile" may be inferred to be the same as in a next higher level of the document hierarchy. For example, when "profile" is absent for a representation, "profile" at an adaptation set level may be valid for the representation.

"width" may specify a horizontal visual presentation size of a video media type on a grid determined by the attribute "sat" When "sar" is absent, a width and height may be specified as if a value of "sar" is "1:1."

"height" may specify a vertical visual presentation size of a video media type, on a grid determined by the attribute "sat"

"sar" may specify a sample aspect ratio of a video media component type. "sar" may be in the form of a string including two integers separated by ":". A first integer may specify a horizontal size of encoded video pixels in arbitrary units. A second integer may specify a vertical size of the encoded video pixels in arbitrary units.

"frameRate" may specify an output frame rate of a video media type in a representation. For example, when a frame or field rate is changed, a value of "frameRate" may be an average frame or half an average field rate over the entire duration of a representation.

"audioSampleRate" may be either a decimal integer value specifying a sampling rate of an audio media component type, or a whitespace separated pair of decimal integer values specifying a minimum sampling rate and a maximum sampling rate of the audio media component type. A value of "audioSampleRate" may be in samples per second.

"mimeType" may specify a MIME type of a concatenation of initialisation segment.

"codecs" may specify codecs that are present within a representation.

2) The elements "AdaptationSet," "Representation," and "SubRepresentation" may have the following common elements:

"FramePacking" may have an index of 0 to N, and may specify frame-packing arrangement information of a video media component type.

"AudioChannelConfiguration" may have an index of 0 to N, and may specify an audio channel configuration of an audio media component type.

US 10,270,830 B2

17

"ContentProtection" element may have an index of 0 to N, and may specify information on content protection schemes used for associated representations.

The following Table 9 shows common XML syntax of the elements "AdaptationSet," "Representation," and "SubRepresentation."

TABLE 9

```
<!-- Representation base (common attributes and elements) -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="FramePacking" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="AudioChannelConfiguration"
type="DescriptorType" minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="ContentProtection" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="profiles" type="xs:string"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="sar" type="xs:string"/>
  <xs:attribute name="frameRate" type="xs:string"/>
  <xs:attribute name="audioSamplingRate" type="xs:string"/>
  <xs:attribute name="mimeType" type="xs:string"/>
  <xs:attribute name="segmentProfiles" type="xs:string"/>
  <xs:attribute name="codecs" type="xs:string"/>
  <xs:attribute name="maximumSAPPeriod" type="xs:double"/>
  <xs:attribute name="startWithSAP" type="SAPType"/>
  <xs:attribute name="maxPlayoutRate" type="xs:double"/>
  <xs:attribute name="codingDependency" type="xs:boolean"/>
  <xs:attribute name="scanType" type="VideoScanType"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Stream Access Point type enumeration -->
<xs:simpleType name="SAPType">
  <xs:restriction base="xs:unsignedInt">
    <xs:minInclusive value="0"/>
    <xs:maxInclusive value="6"/>
  </xs:restriction>
</xs:simpleType>
<!-- Video Scan type enumeration -->
<xs:simpleType name="VideoScanType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="progressive"/>
    <xs:enumeration value="interlaced"/>
    <xs:enumeration value="unknown"/>
  </xs:restriction>
</xs:simpleType>
```

A segment may have a defined format, and may be the smallest addressable unit described by an MPD.

A segment may be referenced by an HTTP-URL included in the MPD. The HTTP-URL may be defined as an <absolute-URI> according to RFC 3986. The HTTP-URL may have a fixed scheme of "http://" or "https://," and may be restricted by a byte range when attribute "range" is provided together with the URL. The byte range may be expressed as "byte-range-spec" as defined in RFC 2616. The byte range may be restricted to a single expression identifying a contiguous range of bytes.

Segment information may be assigned to representations, through presence of elements "BaseURL," "SegmentBase," "SegmentTemplate" and/or "SegmentList." The segment information may provide information on location, availability and properties of all of one or more segments included in a representation. In particular, information on the presence and location of initialisation, media, index and bitstream switching segments may be provided.

The elements "SegmentBase," "SegmentTemplate" and "SegmentList" may be included in the element "Representation." In addition, to express default values, the elements

18

"SegmentBase," "SegmentTemplate" and "SegmentList" may be included in the element "Period" or "AdaptationSet." When either "SegmentTemplate" or "SegmentList" exists in a level of a hierarchy, the other element may not be present on a lower hierarchy level. The elements "SegmentBase," "SegmentTemplate" and "SegmentList" may inherit attributes and elements from the same element on a higher level. When the same attribute or element is present on both levels, an attribute or element on a lower level may have precedence over the attribute or element on the higher level.

The element "SegmentBase" may include information that is sufficient, when only a single media segment is provided per Representation and a media segment URL is included in the element "BaseURL." When multiple media segments are present, either the element "SegmentList" or "SegmentTemplate" may be used to share the multiple segment base information.

When a representation includes one or more media segments, either the attribute "duration," or element "SegmentTimeLine" may be present.

A segment list may be defined by one or more elements "SegmentList". Each of the elements "SegmentList" may include a list of elements "SegmentURL" for a consecutive list of segment URLs. Each of the segment URLs may include a media segment URL, and a byte range. The element "SegmentURL" may also include an index segment.

A segment template may be defined by the element "SegmentTemplate." To create a list of segments, specific identifiers that are substituted by dynamic values may be assigned to segments.

The segment information may provide the following information:

Presence or absence of initialisation, index and bitstream switching segment information.

HTTP-URL and possibly a byte range for each accessible segment in each representation.

All valid segment URLs declared by an MPD.

For services with attribute "type" of an MPD indicating "dynamic," segment availability start time and segment availability end time of each segment.

Approximate media presentation start time of each media segment in a media presentation timeline within a period.

A segment element or a sub-element of the segment element may include the following attributes:

"duration" may specify a constant approximate segment duration. All segments within element "Representation" may have the same duration. However, a duration of a last segment within a period may be different from the other segments.

"sourceURL" may specify a source URL part. "sourceURL" may be formatted either as an <absolute-URI> according to RFC 3986. "sourceURL" may have a fixed scheme of "http://" or "https://" or as a <relative-ref> according to RFC 3986. For example, when "sourceURL" is absent, element "BaseURL" may be mapped to the attribute "sourceURL." Additionally, when "sourceURL" is absent, attribute "range" may be provided.

"range" may specify a byte range restricting the HTTP-URL. The byte range may be expressed and formatted as a byte-range-spec as defined in RFC 2616. For example, when "range" is absent, the element may refer to the entire resource referenced in the attribute "sourceURL."

US 10,270,830 B2

19

The following Table 10 shows an XML syntax of information associated with a segment.

TABLE 10

```
<!-- Segment information base -->
<xs:complexType name="SegmentBaseType">
    <xs:sequence>
        <xs:element name="Initialisation" type="URLType"
minOccurs="0"/>
        <xs:element name="RepresentationIndex" type="URLType"
minOccurs="0"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="timescale" type="xs:unsignedInt"/>
    <xs:attribute name="presentationTimeOffset"
type="xs:unsignedInt"/>
    <xs:attribute name="indexRange" type="xs:string"/>
    <xs:attribute name="indexRangeExact" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Multiple Segment information base -->
<xs:complexType name="MultipleSegmentBaseType">
    <xs:complexContent>
        <xs:extension base="SegmentBaseType">
            <xs:sequence>
                <xs:element name="SegmentTimeline"
type="SegmentTimelineType" minOccurs="0"/>
                <xs:element name="BitstreamSwitching" type="URLType"
minOccurs="0"/>
            </xs:sequence>
            <xs:attribute name="duration" type="xs:unsignedInt"/>
            <xs:attribute name="startNumber" type="xs:unsignedInt"/>
        </xs:extension>
    </xs:complexContent>
</xs:complexType>
<!-- Segment Info item URL/range -->
<xs:complexType name="SegmentURLType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI"/>
    <xs:attribute name="range" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>    <xs:enumeration value="progressive"/>
        <xs:enumeration value="interlaced"/>
        <xs:enumeration value="unknown"/>
    </xs:restriction>
</xs:simpleType>
```

Hereinafter, an additional configuration to select a representation based on a user characteristics and terminal characteristics will be described.

Based on the above-described solutions for DASH, representations may be described with various metadata. Characteristics of representations may be mostly used to select representations based on terminal characteristics, for example a resolution, a connection bandwidth, and the like.

Accessibility features of a representation may be used to support disabled users who have difficulties in perceiving multimedia content. The following embodiments to support accessibility may include 1) Moving Picture Experts Group (MPEG)-21 Digital Item Adaptation (DIA) accessibility description and 2) several hints used to facilitate enhancement/replacement of content components. In essence, the MPEG-21 DIA accessibility description including elements "VisualImpairmentType" and/or "AuditoryImpairmentType" of ISO/IEC 21000-7 may enable description of various symptoms of visual and auditory impairments of a user. The visual and auditory impairments may include, for example, a colour deficiency or low vision.

The following rule may be applied to URIs to identify specific accessibility schemes. For example, the schemes may be included in the above-described element "Accessibility."

20

For representations containing audio and/or visual content, a URI may be defined as shown in Table 11 below.

TABLE 11

urn:mpeg:mpegB:dash:dash:mp21accessibility:<value>

The URI may be defined to indicate accessibility schemes based on accessibility description of ISO/IEC 21000-7.

For example, when <value> is "s0," an appropriate representation may be prepared in advance, and an associated accessibility description may be described by the element "Accessibility." Different ways may be used to convey the description. For example, the accessibility description may be either conveyed by element "MP21Access," or referenced by attribute "xlink:href" that will be defined below.

When <value> is "s1," a provider may somehow obtain an accessibility description of a disabled user, and may provide appropriate content to the disabled user.

In the context of DASH, when a representation is associated with an accessibility description, the representation may be used for a disabled user whose specific symptoms are described by the accessibility description. Usually, media of the representation may be enhanced (e.g. adjusting contrast or colour) to cope with a problem of the disabled user. In this instance, the enhancement of the media may include, for example, adjustment of a contrast or adjustment of colour.

The above-described element "Accessibility" may be extended as follows. A new child element called "MP21Access" may be used as a container for MPEG-21 DIA accessibility description. Additionally, an optional attribute "xlink:href" may be added to the element "Accessibility" to reference an external description including MPEG-21 DIA accessibility elements.

Furthermore, a new attribute called "use" may be employed as a hint to let a client know the intended use of a representation, for the purpose of accessibility. The above new element and attributes may be applied to a representation group (or an adaptation set), a representation, and a sub-representation.

Semantics of elements and attributes to support accessibility are described as follows:

1) To support accessibility, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following attributes:

"use" may indicate an intended use of representation(s). The attribute "use" may have values "signLang," "subtitle," "caption," "description," "plusDesc," and the like. The value "signLang" may indicate a use as a sign language. The value "subtitle" may indicate a use as a subtitle. The value "caption" may indicate a use as a caption, namely, a subtitle with additional description. The value "description" may indicate a use as description, for example audio description of a movie. The value "plusDesc" may indicate that content of a corresponding representation is enhanced with description, for example, may indicate a sound track enhanced with audio description.

"xlink:href" may provide a reference to an external MPEG-21 DIA description with elements "AuditoryImpairmentType" and/or "VisualImpairmentType" of ISO/IEC IS 21000-7. The representation or representation group associated with the description may be suitable for disabled users whose problems are described by the description.

US 10,270,830 B2

21

"xlink:actuate" may provide processing instructions. The processing instructions may be either "onLoad" or "onRequest." When "xlink:href" is absent, "xlink:actuate" may not exist.

2) To support accessibility, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following elements:

"Accessibility" may have an index of 0 to N, and may provide information on an accessibility information scheme.

"MP21Access" may have an index of 0 to 1, and may include MPEG-21 DIA description with the elements "AuditoryImpairmentType" and/or "VisualImpairmentType" of ISO/IEC 21000-7. Representations or representation group associated with the description may be suitable for disabled users whose problems are described by the description.

The following Table 12 shows an XML syntax of the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation", to support accessibility.

TABLE 12

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="ContentProtection"
      type="ContentDescriptorType" minOccurs="0"
      maxOccurs="unbounded"/>
    <xs:element name="Accessibility" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Rating" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Viewpoint" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element        name="MultipleViews"
type="MultipleViewsType" minOccurs="0"/>
      <xs:any    namespace="##other"    processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="parx" type="xs:unsignedInt"/>
  <xs:attribute name="pary" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="LangVectorType"/>
  <xs:attribute name="mimeType" type="xs:string"/>
  <xs:attribute name="startWithRAP" type="xs:boolean"/>
  <xs:attribute name="frameRate" type="xs:double"/>
  <xs:attribute name="maximumRAPPeriod" type="xs:double"/>
  <xs:attribute name="numberOfChannels" type="StringVectorType"/>
  <xs:attribute name="samplingRate" type="StringVectorType"/>
  <xs:attribute name="use" type="UseType"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:simpleType name="UseType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="signLang"/>
    <xs:enumeration value="subtitle"/>
    <xs:enumeration value="caption"/>
    <xs:enumeration value="description"/>
    <xs:enumeration value="plusDesc"/>
  </xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name="ContentDescriptorType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation"
      type="xs:string"/>
    <xs:element minOccurs="0" name="MP21Access"
      type="xs:string"/>
      <xs:any    namespace="##other"    processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI" use="required"/>
```

22

TABLE 12-continued

```
<xs:attribute ref="xlink:href"/>
<xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Hereinafter, metadata describing a relationship between representations will be described.

There is little metadata for describing a relationship between representation groups. It is difficult for a client to know, for example, which video stream is associated with a given audio description. In several cases, two representation groups may be semantically equivalent, and only a single representation group may need to be selected based on a context. Hereinafter, two simple attributes are proposed for the above-described purpose. The metadata described hereinafter may be useful for accessibility as well as for adaptivity in general.

To describe the relationship between representations, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following attributes:

"usedWith" may indicate a list of one or more representations or representation groups. When a current representation or a current representation group is used, "usedWith" may be used with a predetermined item of the list. For example, a representation group for audio description may be used with a specific representation group of a video component. A value of "usedWith" may be a whitespace-separated list. Each item of the whitespace-separated list may be identification of a single representation group or a single representation. Identification of a representation group may be a value of attribute "group" or "adaptationSet." Identification of a representation may have a format of attribute "repid." The attribute "repid" may be a value of attribute "id" of the representation.

"equivalentTo" may indicate a list of one or more representations or representation groups. A current representation may be used instead of a predetermined item of the list. For example, a representation group for a subtitle may be used instead of a specific representation group of an audio component. The attribute "equivalentTo" may have the same format as the attribute "usedWith."

The following Table 13 shows an XML syntax of the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation", to describe a relationship between representations.

TABLE 13

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="ContentProtection"
      type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Accessibility" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Rating" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Viewpoint" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element        name="MultipleViews"
type="MultipleViewsType" minOccurs="0"/>
      <xs:any    namespace="##other"    processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
```

US 10,270,830 B2

23

**TABLE 13-continued**

```
<xs:attribute name="group" type="xs:unsignedInt"/>
<xs:attribute name="width" type="xs:unsignedInt"/>
<xs:attribute name="height" type="xs:unsignedInt"/>
<xs:attribute name="parx" type="xs:unsignedInt"/>
<xs:attribute name="pary" type="xs:unsignedInt"/>
<xs:attribute name="lang" type="LangVectorType"/>
<xs:attribute name="mimeType" type="xs:string"/>
<xs:attribute name="startWithRAP" type="xs:boolean"/>
<xs:attribute name="frameRate" type="xs:double"/>
<xs:attribute name="maximumRAPPeriod" type="xs:double"/>
<xs:attribute name="numberOfChannels" type="StringVectorType"/>
<xs:attribute name="samplingRate" type="StringVectorType"/>
<xs:attribute name="usedWith" type="StringVectorType"/>
<xs:attribute name="equivalentTo" type="StringVectorType"/>
<xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Type for space delimited list of strings -->
<xs:simpleType name="StringVectorType">
  <xs:list itemType="xs:string"/>
</xs:simpleType>
```

Hereinafter, metadata for bit depth will be described.

To select different representations for terminals having different display bit depths, the following attributes for a representation and a representation group may be used. A bit depth may refer to a number of bits used to represent a luma/chroma sample of visual content.

Semantics of attributes for bit depth are described as follows:

To provide a bit depth, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following attributes:

"bitDepth" may indicate a number of bits used to represent a luma/chroma sample of visual content. When the bit depth varies, for example, in different video pictures, a value of "bitDepth" may be a maximum value of bit depths.

The following Table 14 shows an XML syntax of the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation", to support a bit depth.

**TABLE 14**

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="ContentProtection"
      type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Accessibility" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Rating" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Viewpoint" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element    name="MultipleViews"
type="MultipleViewsType" minOccurs="0"/>
    <xs:any   namespace="##other"   processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="parx" type="xs:unsignedInt"/>
  <xs:attribute name="pary" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="LangVectorType"/>
  <xs:attribute name="mimeType" type="xs:string"/>
  <xs:attribute name="startWithRAP" type="xs:boolean"/>
  <xs:attribute name="frameRate" type="xs:double"/>
  <xs:attribute name="maximumRAPPeriod" type="xs:double"/>
  <xs:attribute name="numberOfChannels" type="StringVectorType"/>
  <xs:attribute name="samplingRate" type="StringVectorType"/>
  <xs:attribute name="use" type="UseType"/>
```

24

**TABLE 14-continued**

```
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:simpleType name="UseType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="signLang"/>
    <xs:enumeration value="subtitle"/>
    <xs:enumeration value="caption"/>
    <xs:enumeration value="description"/>
    <xs:enumeration value="plusDesc"/>
  </xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name="ContentDescriptorType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation"
      type="xs:string"/>
    <xs:element minOccurs="0" name="MP21Access"
      type="xs:string"/>
    <xs:any   namespace="##other"   processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI" use="required"/>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Correspondingly, two attributes "minBitDepth" and "maxBitDepth" may be added to elements "Representation Group" or "AdaptationSet".

Semantics of attributes to describe a maximum bit depth and a minimum bit depth are described as follows:

To describe the maximum bit depth and the minimum bit depth, the elements "Representation Group," "Group," or "AdaptationSet" may further include the following attributes:

"xlink:href" may indicate a reference to external element "Group" or element "AdaptationSet".

"xlink:actuate" may provide processing instructions. The processing instructions may be either "onLoad" or "onRequest".

"minBitDepth" may indicate a minimum bit depth value, in all representations in a group or an adaptation set.

"maxBitDepth" may indicate a maximum bit depth value, in all representations in a group or an adaptation set.

The following Table 15 shows an XML syntax of the elements "Representation Group", "Group", or "AdaptationSet", to support the maximum bit depth value and the minimum bit depth value.

**TABLE 15**

```
<!-- Group to contain information common to a group;
extends RepresentationBaseType -->
<xs:complexType name="GroupType">
  <xs:complexContent>
    <xs:extension base="RepresentationBaseType">
      <xs:sequence>
        <xs:element name="Representation" type="RepresentationType"
          minOccurs="0" maxOccurs="unbounded"/>
        <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>
      </xs:sequence>
      <xs:attribute ref="xlink:href"/>
      <xs:attribute ref="xlink:actuate" default="onRequest"/>
      <xs:attribute name="minBandwidth" type="xs:unsignedInt"/>
      <xs:attribute name="maxBandwidth" type="xs:unsignedInt"/>
      <xs:attribute name="minWidth" type="xs:unsignedInt"/>
      <xs:attribute name="maxWidth" type="xs:unsignedInt"/>
      <xs:attribute name="minHeight" type="xs:unsignedInt"/>
      <xs:attribute name="maxHeight" type="xs:unsignedInt"/>
      <xs:attribute name="minFrameRate" type="xs:double"/>
      <xs:attribute name="maxFrameRate" type="xs:double"/>
```

US 10,270,830 B2

25

TABLE 15-continued

```
    <xs:attribute name="minBitDepth" type="xs:unsignedInt"/>
    <xs:attribute name="maxBitDepth" type="xs:unsignedInt"/>
    <xs:attribute    name="subsegmentAlignment"
type="xs:boolean" default="false"/>
    <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"/>
    <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:extension>
 </xs:complexContent>
</xs:complexType>
```

FIG. **2** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal **200** may be a DASH client described above.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server **210** may perform hosting on DASH segments. The server **210** may be compatible with a server specified in RFC 2616.

In operation **220**, the terminal **200** may receive metadata of media content from the server **210**. In other words, the server **210** may transmit the metadata of the media content to the terminal **200**. The media content may include one or more periods.

Metadata may be an MPD.

The MPD may provide sufficient information to the terminal to provide a user with a streaming service by accessing segments through a protocol specified in a scheme of defined resources. The specified protocol may be an HTTP/1.1. The server **210** may provide an MPD delivery function. The MPD may be generated based on DASH media presentation preparation.

In operation **230**, the terminal **200** may process the received metadata. In operation **230**, the terminal **200** may extract information provided by the metadata, or information included in the metadata.

In operations **240** through **250**, the terminal **200** may access a segment of the media content based on the information provided by the metadata. The server **210** may be an HTTP server used to provide a DASH segment transfer function.

Each of the periods may include one or more groups, and each of the groups may include one or more representations of the media content. In other words, each of the periods may include the one or more representations of the media content. Accordingly, each of the representations may start from a beginning point of a period including each of the representations, and may continue to an ending point of the period. Each of the representations may include one or more segments.

In operation **240**, the terminal **200** may send a request for a segment of the media content to the server **210** using a URL of the segment. The URL may be resolved with respect to the above-described element "BaseURL." For example, the URL of the segment may be generated based on the element "BaseURL."

The MPD may provide the terminal **200** with sufficient information to provide a user with a streaming service, by 1) requesting the server **210** to transmit segments, and by 2) demultiplexing, decoding, and rendering media streams included in a segment.

26

The terminal **200** may request the server **210** to transmit a segment suitable for a specific period based on the processed metadata. In other words, the requested segment may be selected based on the metadata. The terminal **200** may perform the HTTP GET method, to request the server **210** to transmit the segment.

The metadata may include an attribute "range". The request may include a request for bytes of a resource indicated by a URL that are designated by the attribute "range."

The URL of the segment may be an absolute URL or a relative URL.

The terminal **200** may select a period, an adaptation set, a representation, and the like, using an element or attribute included in the metadata, and may select a segment to be requested, based on an element or attribute of the selected period, the selected adaptation set, or the selected representation.

For example, each of one or more representations included in a period may include information used to support disabled users who have difficulties in perceiving media content. A media component of each of the representations may be enhanced to cope with a problem of a disabled user. Enhancement of the media component may include at least one of adjustment of a contrast and adjustment of colour. Additionally, information included in each of the representations may indicate an intended use of each of the representations. The intended use may include at least one of a sign language, a subtitle, a caption, and a description. The information included in each of the representations may include an attribute providing a reference to an external MPEG-21 DIA.

For example, metadata may include an attribute describing a relationship between one or more representations. A first representation among the representations may include an attribute indicating a list of a part of the representations. The first representation may be used together with a representation among the part of the representations. The first representation may be a representation used for audio description, and each of the part of the representations may be a representation used for a video component. Additionally, a second representation among the representations may include an attribute indicating a list of a part of the representations, and a representation among the part of the representations may be replaced by the second representation.

For example, each of one or more representations included in a period may include a bit depth attribute used to select different representations for terminals having different display bit depths.

The bit depth attribute may indicate a number of bits used to represent a luma/chroma sample of visual content.

In operation **245**, in several cases, the server **210** may need to parse media content (for example, an MPEG layer 4 (MP4) file for Scalable Video Coding (SVC)), and may extract a data part suitable for the requested segment.

In operation **250**, the server **210** may transmit, to the terminal **200**, segments suitable for each request from the terminal **200**. The terminal **200** may receive the segments from the server **210**.

In operation **260**, the terminal **200** may perform decoding and rendering on data of the media content included in the segment, to play back the media content.

The terminal **200** may play back the media content using the received segments by repeating operations **220** through **260**.

US 10,270,830 B2

27

28

Technical information according to the embodiments of the present invention described above with reference to FIG. 1 may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

FIG. 3 is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information 310: may include common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information 320: may describe characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information 330: may describe locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request 340: this type of signaling information may conform to a format of HTTP 1.1 request message. Parameters requested by a client may be derived from the information of categories 1) through 3).

FIG. 4 is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information 410, interval-level information 420, QoS information 430, and mapping information 440. Linking of related parts of the content-level information 410, the interval-level information 420, the QoS information 430, and the mapping information 440 may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information 410 and interval-level information 420 are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information 410 and interval-level information 420 are sent to the client, a processing model may be "server-based."

When the content-level information 410, the interval-level information 420, and the QoS information 430 are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information 410, the interval-level information 420, and the QoS information 430 are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information 410, the interval-level information 420, the QoS information 430, and the mapping information 440 is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information 410 may be sent once,

and only the interval-level information 420 may be periodically updated. Similarly, a single file containing the QoSInfo 430 may be used for different intervals and different contents.

FIG. 5 is a diagram illustrating a configuration of a terminal according to an embodiment of the present invention.

A structure of a terminal 100 may represent logical components of a conceptual DASH client model.

The terminal 100 may include an access engine 510, and a media engine 520.

The access engine 510 may be a DASH access engine.

The access engine 510 may receive metadata (for example, an MPD) from a server 110.

The access engine 510 may form requests, and may issue the formed requests to the server 110.

The access engine 510 may receive content (for example, segments or parts of the segments) from the server 110.

The access engine 510 may provide the content to the media engine 520.

An output of the access engine 510 may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 transport stream). Additionally, the output of the access engine 510 may include timing information used to map internal timing of the media to a timeline of a media presentation.

Additionally, the access engine 510 may perform functions of the terminal 200 that are described in operations 220 through 260 of FIG. 2.

The media engine 520 may play back the provided content. Specifically, the media engine 520 may output the media using the media and the timing information that are output from the access engine 510.

Technical information according to the embodiments of the present invention described above with reference to FIGS. 1 through 4 may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as floptical disks; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be

US 10,270,830 B2

29

30

made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1.** A method of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising:

receiving a Media Presentation Description (MPD) of a media content; and

accessing segments of the media content based on information provided by the MPD,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments,

wherein the MPD includes one or more attributes or elements that are common to each of the periods, each of the adaptation sets, each of the representations, and each of the segments,

wherein the period includes one or more attributes or elements that are common to each of the adaptation sets, each of the representations, and each of the segments for that period,

wherein the adaptation set includes one or more attributes or elements that are common to each of the representations and each of the segments for that adaptation set, and

wherein the representation includes one or more attributes or elements that are common to each of the segments for that representation.

**2.** The method of claim **1**, wherein the attribute included at an MPD level is a suggestedPresentationDelay.

**3.** The method of claim **1**, wherein the element included at a period level is a SegmentTemplate.

**4.** The method of claim **1**, wherein the element included at an adaptation set level is a SegmentTemplate.

**5.** The method of claim **1**, wherein the attribute included at an adaptation set level is a subsegmentStartsWithSAP.

**6.** The method of claim **1**, wherein the element included at a representation level is a SegmentBase.

**7.** The method of claim **1**, wherein the element included at a representation level is a SegmentTemplate.

**8.** A method of providing media content performed by a server or multiple servers, comprising:

transmitting a Media Presentation Description (MPD) of a media content to a client;

receiving a request, from the client, for a segment of the media content;

transmitting the media content to the client,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments,

wherein the MPD includes one or more attributes or elements that are common to each of the periods, each of the adaptation sets, each of the representations, and each of the segments,

wherein the period includes one or more attributes or elements that are common to each of the adaptation sets, each of the representations, and each of the segments for that period,

wherein the adaptation set includes one or more attributes or elements that are common to each of the representations and each of the segments for that adaptation set, and

wherein the representation includes one or more attributes or elements that are common to each of the segments for that representation.

**9.** The method of claim **8**, wherein the attribute included at an MPD level is a suggestedPresentationDelay.

**10.** The method of claim **8**, wherein the element included at an MPD level is a SegmentTemplate.

**11.** The method of claim **8**, wherein the element included at an adaptation set level is a SegmentTemplate.

**12.** The method of claim **8**, wherein the attribute included at an adaptation set level is a subsegmentStartsWithSAP.

**13.** The method of claim **8**, wherein the element included at a representation level is a SegmentBase.

**14.** The method of claim **8**, wherein the element included at a representation level is a SegmentTemplate.

**15.** A method of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising:

receiving a Media Presentation Description (MPD) of a media content; and

accessing segments of the media content based on information provided by the MPD,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments,

wherein information on a location, availability or property for the one or more segments in a representation are comprised in a SegmentBase element.

**16.** The method of claim **8**, wherein the SegmentBase element is included at a period level.

**17.** The method of claim **8**, wherein the SegmentBase element is included at an adaptation set level.

**18.** The method of claim **8**, wherein the SegmentBase element is included at a representation level.

**19.** A method of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising:

receiving a Media Presentation Description (MPD) of a media content; and

accessing segments of the media content based on information provided by the MPD,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments,

wherein information on a location, availability or property for the one or more segments in a representation are comprised in a SegmentTemplate element.

**20.** The method of claim **19**, wherein the SegmentTemplate element is included at a period level.

**21.** The method of claim **19**, wherein the SegmentTemplate element is included at an adaptation set level.

**22.** The method of claim **19**, wherein the SegmentTemplate element is included at a representation level.

US 10,270,830 B2

31

**23**. The method of claim **19**, wherein a duration attribute and a SegmentTimeLine element are included at a period level, an adaptation set level, or a representation level.

**24**. The method of claim **19**, wherein when a Segment-TimeLine element is absent, a duration attribute is comprised in the SegmentTemplate element.

**25**. A method of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising:

receiving a Media Presentation Description (MPD) of a media content; and

accessing segments of the media content based on information provided by the MPD,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments,

wherein information on a location, availability or property for the one or more segments in a representation are comprised in a SegmentList element.

**26**. The method of claim **25**, wherein the SegmentList element is included at a period level.

**27**. The method of claim **25**, wherein the SegmentList element is included at an adaptation set level.

**28**. The method of claim **25**, wherein the SegmentList element is included at a representation level.

**29**. The method of claim **25**, wherein a duration attribute and a SegmentTimeLine element are provided.

32

**30**. The method of claim **25**, wherein when a Segment-TimeLine element is absent, a duration attribute is comprised in the SegmentList element.

**31**. A method of providing media content performed by a server or multiple servers, comprising:

transmitting a Media Presentation Description (MPD) of a media content to a client;

receiving a request, from the client, for a segment of the media content;

transmitting the media content to the client,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments, and

wherein information on a location, availability or property for the one or more segments in a representation is comprised in a SegmentList element.

**32**. The method of claim **31**, wherein the SegmentList element is included at a period level.

**33**. The method of claim **31**, wherein the SegmentList element is included at an adaptation set level.

**34**. The method of claim **31**, wherein the SegmentList element is included at a representation level.

**35**. The method of claim **31**, wherein a duration attribute and a SegmentTimeLine element are provided.

* * * * *

# EXHIBIT K

US010277660B1

(12) **United States Patent**  
Thang et al.

(10) Patent No.: **US 10,277,660 B1**  
(45) Date of Patent: **\*Apr. 30, 2019**

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT**

(71) Applicant: **IDEAHUB INC.**, Seoul (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignee: **IDEAHUB INC.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/228,097**

(22) Filed: **Dec. 20, 2018**

**Related U.S. Application Data**

(63) Continuation of application No. 16/036,703, filed on Jul. 16, 2018, which is a continuation of application (Continued)

(30) **Foreign Application Priority Data**

Sep. 6, 2011   (KR) ........................ 10-2011-0089923

(51) **Int. Cl.**  
*G06F 15/16* (2006.01)  
*H04L 29/08* (2006.01)  
(Continued)

(52) **U.S. Cl.**  
CPC ........ *H04L 67/02* (2013.01); *H04L 29/06027* (2013.01); *H04L 65/4084* (2013.01); (Continued)

(58) **Field of Classification Search**  
CPC .............. H04L 67/02; H04L 29/06027; H04L 65/4084; H04L 65/607; H04L 65/608; (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,512,665 B1    3/2009  Cragun  
7,552,228 B2    6/2009  Parasnis et al.  
(Continued)

FOREIGN PATENT DOCUMENTS

EP        1302869 A1    4/2003  
JP        2005020588 A    1/2005  
(Continued)

OTHER PUBLICATIONS

"3GPP TS 26.cde V1.0.0, 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH) (Release 10)", Aug. 2010, Valbonne, France.  
(Continued)

*Primary Examiner* — Jonathan A Bui  
(74) *Attorney, Agent, or Firm* — William Park & Associates Ltd.

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of content are provided. The metadata may include one or more BaseURL elements. Uniform Resource Locators (URLs) of segments forming media may be generated based on the BaseURL elements. Additionally, a URL of a segment may be generated by mapping a BaseURL element among the BaseURL elements to a sourceURL attribute of the segment. Segments indicated by generated URLs may be identical to each other.

**21 Claims, 6 Drawing Sheets**



US 10,277,660 B1

Page 2

### Related U.S. Application Data

No. 15/287,260, filed on Oct. 6, 2016, now Pat. No. 10,027,736, which is a continuation of application No. 14/146,500, filed on Jan. 2, 2014, now Pat. No. 9,467,493, which is a continuation of application No. 13/820,955, filed as application No. PCT/KR2011/006573 on Sep. 6, 2011, now Pat. No. 8,645,562.

(60) Provisional application No. 61/434,036, filed on Jan. 19, 2011, provisional application No. 61/417,931, filed on Nov. 30, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/390,328, filed on Oct. 6, 2010, provisional application No. 61/380,277, filed on Sep. 6, 2010.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 29/06* | (2006.01) |
| *H04N 21/8543* | (2011.01) |
| *H04N 21/84* | (2011.01) |
| *H04N 21/658* | (2011.01) |
| *H04N 21/61* | (2011.01) |
| *H04N 21/472* | (2011.01) |
| *H04N 21/262* | (2011.01) |
| *H04N 21/2343* | (2011.01) |
| *H04N 21/43* | (2011.01) |

(52) **U.S. Cl.**

CPC .......... *H04L 65/607* (2013.01); *H04L 65/608* (2013.01); *H04N 21/23439* (2013.01); *H04N 21/26258* (2013.01); *H04N 21/47202* (2013.01); *H04N 21/6125* (2013.01); *H04N 21/6175* (2013.01); *H04N 21/6581* (2013.01); *H04N 21/84* (2013.01); *H04N 21/8543* (2013.01); *H04N 21/4305* (2013.01)

(58) **Field of Classification Search**

CPC ............. H04N 21/84; H04N 21/47202; H04N 21/6125; H04N 21/6175; H04N 21/8543; H04N 21/235; H04N 21/2353

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,624,337 B2 | 11/2009 | Sull et al. | |
| 7,725,829 B1 | 5/2010 | Wong et al. | |
| 7,823,055 B2 | 10/2010 | Sull et al. | |
| 8,201,204 B2 | 6/2012 | Connery et al. | |
| 8,209,609 B2 | 6/2012 | Dunton et al. | |
| 8,230,343 B2 | 7/2012 | Logan et al. | |
| 8,365,271 B2 | 1/2013 | Blum et al. | |
| 8,468,145 B2 | 6/2013 | Fedorynski et al. | |
| 8,533,310 B2 | 9/2013 | Huang et al. | |
| 8,635,360 B2 | 1/2014 | Brase et al. | |
| 8,645,562 B2 | 2/2014 | Thang et al. | |
| 8,909,805 B2 | 12/2014 | Thang et al. | |
| 9,264,069 B2 | 2/2016 | Watson et al. | |
| 9,281,847 B2 | 3/2016 | Stockhammer et al. | |
| 9,319,448 B2 | 4/2016 | Chen et al. | |
| 9,325,558 B2 | 4/2016 | Thang et al. | |
| 9,467,493 B2 | 10/2016 | Thang et al. | |
| 2002/0105951 A1 | 8/2002 | Hannuksela et al. | |
| 2003/0093790 A1 | 5/2003 | Logan et al. | |
| 2003/0236912 A1* | 12/2003 | Klemets ................. | H04L 29/06 709/236 |
| 2004/0064577 A1 | 4/2004 | Dahlin et al. | |
| 2004/0208120 A1 | 10/2004 | Shenoi | |
| 2005/0005308 A1 | 1/2005 | Logan et al. | |
| 2005/0076136 A1 | 4/2005 | Cho et al. | |
| 2005/0102371 A1 | 5/2005 | Aksu | |
| 2005/0193408 A1 | 9/2005 | Sull et al. | |
| 2005/0193425 A1 | 9/2005 | Sull et al. | |
| 2005/0203927 A1 | 9/2005 | Sull et al. | |
| 2005/0204385 A1 | 9/2005 | Sull et al. | |
| 2005/0273514 A1 | 12/2005 | Milkey et al. | |
| 2006/0109856 A1 | 5/2006 | Deshpande | |
| 2006/0218143 A1 | 9/2006 | Najork | |
| 2006/0235883 A1 | 10/2006 | Krebs | |
| 2006/0251093 A1 | 11/2006 | Curcio et al. | |
| 2007/0003251 A1 | 1/2007 | Chung et al. | |
| 2007/0033170 A1 | 2/2007 | Sull et al. | |
| 2007/0033292 A1 | 2/2007 | Sull et al. | |
| 2007/0033515 A1 | 2/2007 | Sull et al. | |
| 2007/0033521 A1 | 2/2007 | Sull et al. | |
| 2007/0033533 A1 | 2/2007 | Sull | |
| 2007/0038612 A1 | 2/2007 | Sull et al. | |
| 2007/0044010 A1 | 2/2007 | Sull et al. | |
| 2008/0034424 A1 | 2/2008 | Overcash et al. | |
| 2008/0050096 A1 | 2/2008 | Ryu | |
| 2008/0126943 A1 | 5/2008 | Parasnis et al. | |
| 2008/0155602 A1 | 6/2008 | Collet et al. | |
| 2008/0172441 A1 | 7/2008 | Speicher et al. | |
| 2008/0222244 A1 | 9/2008 | Huang et al. | |
| 2008/0313227 A1 | 12/2008 | Shafton et al. | |
| 2009/0157859 A1* | 6/2009 | Morris ............... | H04L 29/12594 709/223 |
| 2009/0185040 A1* | 7/2009 | Yang ................... | H04L 65/4092 348/207.11 |
| 2009/0217354 A1 | 8/2009 | Blum et al. | |
| 2009/0300204 A1 | 12/2009 | Zhang et al. | |
| 2010/0011274 A1 | 1/2010 | Stockhammer et al. | |
| 2010/0107090 A1* | 4/2010 | Hearst ................ | H04N 7/17318 715/760 |
| 2010/0169303 A1 | 7/2010 | Biderman et al. | |
| 2010/0174823 A1 | 7/2010 | Huang | |
| 2010/0217887 A1 | 8/2010 | Bouazizi et al. | |
| 2010/0235472 A1 | 9/2010 | Sood et al. | |
| 2010/0235528 A1 | 9/2010 | Bocharov et al. | |
| 2010/0262618 A1 | 10/2010 | Hedinsson et al. | |
| 2011/0080940 A1 | 4/2011 | Bocharov et al. | |
| 2011/0093492 A1 | 4/2011 | Sull et al. | |
| 2011/0096828 A1 | 4/2011 | Chen et al. | |
| 2011/0119394 A1 | 5/2011 | Wang et al. | |
| 2011/0185058 A1 | 7/2011 | Priddle et al. | |
| 2011/0231519 A1 | 9/2011 | Luby et al. | |
| 2011/0231569 A1 | 9/2011 | Luby et al. | |
| 2011/0238789 A1 | 9/2011 | Luby et al. | |
| 2011/0239078 A1 | 9/2011 | Luby et al. | |
| 2011/0302618 A1* | 12/2011 | Odlund ............. | H04N 21/2183 725/109 |
| 2011/0307545 A1 | 12/2011 | Bouazizi | |
| 2012/0013746 A1 | 1/2012 | Chen et al. | |
| 2012/0016965 A1 | 1/2012 | Chen et al. | |
| 2012/0023155 A1* | 1/2012 | Myers ............ | H04N 21/234327 709/203 |
| 2012/0023249 A1 | 1/2012 | Chen et al. | |
| 2012/0023251 A1 | 1/2012 | Pyle et al. | |
| 2012/0042050 A1 | 2/2012 | Chen et al. | |
| 2012/0042091 A1 | 2/2012 | McCarthy et al. | |
| 2012/0124179 A1 | 5/2012 | Cappio et al. | |
| 2012/0185570 A1 | 7/2012 | Bouazizi et al. | |
| 2012/0233345 A1 | 9/2012 | Hannuksela | |
| 2012/0284371 A1 | 11/2012 | Begen et al. | |
| 2012/0317305 A1 | 12/2012 | Einarsson et al. | |
| 2013/0007223 A1 | 1/2013 | Luby et al. | |
| 2013/0042100 A1 | 2/2013 | Bouazizi et al. | |
| 2013/0117413 A1 | 5/2013 | Kaneko | |
| 2013/0182643 A1 | 7/2013 | Pazos et al. | |
| 2013/0191550 A1 | 7/2013 | Hannuksela | |
| 2013/0254631 A1 | 9/2013 | Luby et al. | |
| 2013/0262567 A1 | 10/2013 | Walker et al. | |
| 2013/0258865 A1 | 10/2013 | ElArabawy et al. | |
| 2013/0290492 A1 | 10/2013 | ElArabawy et al. | |
| 2013/0298170 A1 | 11/2013 | ElArabawy et al. | |
| 2014/0137168 A1 | 5/2014 | Takahashi et al. | |
| 2014/0258861 A1 | 9/2014 | Baldwin | |
| 2015/0172348 A1 | 6/2015 | Lohmar et al. | |

## US 10,277,660 B1

Page 3

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2015/0280965 A1* | 10/2015 | Kervadec | | H04L 65/4084 |
| | | | | 709/203 |
| 2016/0165210 A1* | 6/2016 | Lee | | H04N 21/816 |
| | | | | 348/43 |
| 2018/0159909 A1* | 6/2018 | Huang | | H04N 21/845 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2005071318 | A | 3/2005 |
| JP | 2008259001 | A | 10/2008 |
| KR | 1020050000490 | A | 1/2005 |
| KR | 1020050055820 | A | 6/2005 |
| KR | 1020050075633 | A | 7/2005 |
| KR | 1020080108568 | A | 12/2008 |
| WO | 03073768 | A1 | 9/2003 |
| WO | 2011038032 | A2 | 3/2011 |

### OTHER PUBLICATIONS

"Universal Mobile Telecommunications System; LTE; Transparent end-to-end Packet-switched Streaming Service (PSS); Protocols and codecs (3GPP TS 26.234 version 93.0 Release 9)," ETSI TS 126 234, V9.3.0, Jun. 2010, pp. 1-184, ETSI, France.

"Use cases for Rel-10 Adaptive HTTP Streaming", 3GPP TSG-SA4#60, Qualcomm Incorporated, Aug. 16-20, 2010, Erlangen, Germany.

Thomas Stockhammer et al., "Information technology—MPEG systems technologies—Part 6: Dynamic adaptive streaming over HTTP (DASH)", International Organization for Standardization, ISO/IEC JTC1/SC29/WG11 Coding of Moving Pictures and Audio, ISO/IEC CD 23001-6, Oct. 15, 2010, Guangzhou, China.

Ying Chen et al., "Response to the CfP on HTTP Streaming: Adaptive Video Streaming based on AVC," International Organisation for Standardisation, Jul. 2010, pp. 1-20, ISO/IEC JTC1/SC29/WG11, MPEG2010/MI7909, Qualcomm Incorporated, Geneva, Switzerland.

* cited by examiner

**U.S. Patent**    Apr. 30, 2019    Sheet 1 of 6    US 10,277,660 B1

**FIG. 1**



FIG. 2



**FIG. 3**





**FIG. 4**



Stream of TS packet

Offset=1

First TS packet of new fragment

TS packet with PCR field

U.S. Patent    Apr. 30, 2019    Sheet 5 of 6    US 10,277,660 B1

FIG. 5





FIG. 6

US 10,277,660 B1

**1**

## APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT

### TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

### BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

### DISCLOSURE OF INVENTION

#### Technical Goals

An aspect of the present invention provides an apparatus and method that may interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Another aspect of the present invention provides an apparatus and method that may generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

#### Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media, the method including: receiving metadata of media, the metadata including one or more BaseURL elements; sending a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, the URL being resolved with respect to a BaseURL element; receiving the segment; and decoding and rendering data of the media that is included in the segment.

The request may be sent using an HTTP GET method.

The metadata may include a range attribute.

The request may include a request for bytes of a resource indicated by the URL that are designated by the range attribute.

The URL may be an absolute URL or a relative URL.

**2**

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements.

A first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL may be generated.

The metadata may be a Media Presentation Description (MPD) of the media.

The media may include a sequence of one or more periods.

A BaseURL element may include one or more MPD level BaseURL elements of the MPD, and one or more period level BaseURL elements of the periods.

A URL of a segment included in each of the periods may be resolved with respect to a period level BaseURL element.

The period level BaseURL elements may be resolved with respect to the MPD level BaseURL elements.

Each of the periods may include one or more groups.

The BaseURL element may further include one or more group level BaseURL elements of the groups.

A URL of a segment included in each of the groups may be resolved with respect to a group level BaseURL element.

The group level BaseURL elements may be resolved with respect to the period level BaseURL elements.

Each of the groups may include one or more representations.

Each of the representations may be a structured collection of one or more components of the media within a period.

The BaseURL element may further include one or more representation level BaseURL elements of the representations.

A URL of a segment included in each of the representations may be resolved with respect to a representation level BaseURL element.

The representation level BaseURL elements may be resolved with respect to the group level BaseURL elements or the period level BaseURL elements.

According to another aspect of the present invention, there is provided a terminal, including: an access engine to receive metadata of media, to send a request for a segment of the media using a Uniform Resource Locator (URL) of the segment, to receive the segment, and to decode data of the media that is included in the segment, the metadata including one or more BaseURL elements, and the URL being resolved with respect to a BaseURL element; and a media engine to receive the data of the media from the access engine, and to output the media.

#### Effect of the Invention

According to embodiments of the present invention, it is possible to interpret a Uniform Resource Locator (URL) of a segment using one or more BaseURL elements during playback of content.

Additionally, according to embodiments of the present invention, it is possible to generate a URL of a segment by mapping a BaseURL element among one or more BaseURL elements to a sourceURL attribute of the segment.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

US 10,277,660 B1

3

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

FIG. **6** is a diagram illustrating a configuration of a terminal **100** according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP cashes.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies.

Media content and content may be used as interchangeable terms.

A media presentation (or media) may be a structured collection of data used to establish bounded or unbounded presentation of media content including components of continuous media.

In other words, the media presentation may be a structured collection of data that is accessible to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description for a media presentation.

The media presentation may be described by an MPD including possible updates of the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

Intervals may be interchangeable with periods. The term period may be used as a term of $3^{rd}$ Generation Partnership Project (3GPP) adaptive HTTP streaming.

A period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation.

In other words, the media presentation may include a sequence of one or more periods.

4

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may refer to a smallest unit within segments that may be indexed by a segment index at the segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content.

A representation may refer to a structured collection of one or more media components within a single period. A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

FIG. **1** is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal **100** may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

US 10,277,660 B1

5

A server **110** may perform hosting on DASH segments. The server **110** may be compatible with a server specified in RFC 2616.

In operation **120**, the terminal **100** may receive metadata of media (or content) from the server **110**. In other words, the server **110** may transmit the metadata of the media to the terminal **100**.

The metadata may include BaseURL elements. One or more BaseURL elements may be provided.

In operation **130**, the terminal **100** may process the received metadata. In operation **130**, the terminal **100** may extract information provided by the metadata, or information included in the metadata.

In operations **140** through **150**, the terminal **100** may access a segment of the media based on the information provided by the metadata.

Each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The metadata may describe a group element describing each of the groups.

In operation **140**, the terminal **100** may send a request for a segment of the media to the server **110** using a URL of the segment. The URL may be resolved with respect to one of the above-described BaseURL elements. For example, the URL of the segment may be generated based on a BaseURL element.

The terminal **100** may request the server **110** to transmit a segment suitable for a specific interval based on the processed metadata. In other words, the requested segment may be selected based on the metadata. The request may be sent using the HTTP GET method.

The metadata may include a range attribute. The request may include a request for bytes of a resource indicated by a URL that are designated by the range attribute.

The URL of the segment may be an absolute URL or a relative URL.

Identical segments may be accessible at multiple locations indicated by URLs resolved with respect to the respective BaseURL elements. In other words, identical segments may be selectively accessible by the URLs provided by the BaseURL elements.

Additionally, a first BaseURL element among the BaseURL elements may be used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element may be used as alternative BaseURL elements.

The metadata may selectively include a sourceURL attribute of the segment. When the metadata selectively includes the sourceURL attribute of the segment, a BaseURL element among the BaseURL elements may be mapped to the sourceURL attribute, so that the URL of the segment may be generated.

In operation **145**, in several cases, the server **110** may need to parse content (for example, a Moving Picture Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC)), and may extract a data part suitable for the requested segment.

In operation **150**, the server **110** may transmit, to the terminal **100**, segments suitable for each request from the terminal **100**. The terminal **100** may receive the segments from the server.

In operation **160**, the terminal **100** may perform decoding and rendering on data of the media included in the segment, to play back the media.

6

The terminal **100** may play back the media using the received segments by repeating operations **120** through **160**.

Here, a BaseURL element may include an MPD level BaseURL element of an MPD, and a period level BaseURL element of each period. The period level BaseURL element may refer to a BaseURL element applied to a period to which the period level BaseURL element belongs. In other words, a URL of a segment included in each period may be resolved with respect to the period level BaseURL element.

One or more MPD level BaseURL elements may be provided, and one or more period level BaseURL elements may be provided.

Additionally, the BaseURL element may further include a group level BaseURL element of a group. A URL of a segment included in each group may be resolved with respect to the group level BaseURL element. One or more group level BaseURL elements may be provided.

The BaseURL element may further include a representation level BaseURL element of a representation. A URL of a segment included in each representation may be resolved with respect to the representation level BaseURL element.

A BaseURL element of a specific level may be resolved with respect to a BaseURL element of a higher level. For example, a period level BaseURL element may be resolved with respect to an MPD level BaseURL element. A group level BaseURL element may be resolved with respect to a period level BaseURL element. A representation level BaseURL element may be resolved with respect to a group level BaseURL element or a period level BaseURL element.

FIG. **2** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information **210**: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information **220**: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information **230**: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **240**: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. **1**, parameters requested by the client may be derived from the information of categories 1) through 3).

FIG. **3** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **310**, interval-level information **320**, QoS information **330**, and mapping information **340**. Linking of related parts of the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

US 10,277,660 B1

7

8

For example, when only the content-level information **310** and interval-level information **320** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information **310** and interval-level information **320** are sent to the client, a processing model may be "server-based."

When the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **310**, the interval-level information **320**, and the QoS information **330** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **310**, the interval-level information **320**, the QoS information **330**, and the mapping information **340**) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **310** may be sent once, and only the interval-level information **320** may be periodically updated. Similarly, a single file containing the QoSInfo **330** may be used for different intervals and different contents.

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization

(ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the following tables, the syntax elements may be described hierarchically. In other words, a child element may be shown in a column on the right of a parent element of the child element. "Leaf"-levels elements may be shown in italic, and parent elements may be shown in bold letter. A parent element may be represented by a corresponding XML type and a file box.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <min Occurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may equally be applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreamingType | 'htps' box |
| | GeneralInfo | | 0 . . . N | Contains the general information of the described content | GeneralInfoType | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in 1 second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStartTime | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |
| | | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | | DefaultIntDuration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |
| | | MinUpdateTime | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |

US 10,277,660 B1

9                                                                                              10

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | ConsistentQoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the whole content duration. | boolean | flag of the box |
| | DefaultContentLoc | 0 . . . 1 | Provides a default location for the content. | anyURI | string of URL |
| IntervalsRef | | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | Intervals RefType | 'iref' box |
| Interval | | 0 . . . N | Provides information of an interval of content. The information of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| | IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfoType | 'inti' box |
| | QoSInfoRef | 0 . . . 1 | Provides reference to description represented by QoSInfo element. If QoSInfoRef element is present, QoSInfo element may not be present at the same level. | dia:ReferenceType | 'qref' box |
| | QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| | MappingInfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:ReferenceType | 'mref' box |
| | MappingInfo | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc element (if not, DefaultContentLoc) can be used to retrieve content. If MappingInfo element is present, MappingInfoRef element may not be present. | MappingInfoType | 'mapi' box |
| | NextIntervalsRef | 0 . . . 1 | Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |
| | PreviousIntervalsRef | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |

US 10,277,660 B1

**11**

**12**

TABLE 1-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| | | Within the current time window, only the first interval may contain NextIntervalsRef element. | | |

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
| | StartTime | 0 . . . 1 | Indicates the start time of the interval. | | |
| | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
| | DefaultFragDuration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |
| | DefaultContentIntLoc | 0 . . . 1 | Provides a default location for the content interval. | anyURI type | string |
| | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef | startTime | | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration | |
| | Available Time | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |
| | Index | 1 | Indicates the order(starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description file that contains Interval descriptions. | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

US 10,277,660 B1

13        14

The following Table 3 describes the QoSInfo element.

TABLE 3

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some tems or names. | dia:Description MetadataType | 'csmr' box |
| | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:Description MetadataType | a url string |
| (1) | Resource | 0 . . . N | Element instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UF DataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UF DataType | 'adpo' box |
| (3) | Utility | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UF DataType | 'util' box |
| | UtilityRank | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRank Type | 'utir' box |
| | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfo | | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptiveQoSType | 'QoSi' box |
| | ClassSchemeRef | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some tems or names. | dia:Description MetadataType | 'csmr' box |
| | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:Description MetadataType | a url string |
| (1) | Resource | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UF DataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UF DataType | 'adpo' box |
| (3) | Utility | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UF DataType | 'util' box |
| | UtilityRank | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |

US 10,277,660 B1

15                                                                                                    16

TABLE 4-continued

| | | | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |
| Element (1), (2), (3) | | | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
| | Name | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find semantics of the identifier in a classification scheme. | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |
| | CSref_ind | 0 . . . 1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
| | LevelNum | 0 . . . 1 | Indicates the number of levels. | Not applicable | unsigned int(16) |
| | LevelIndex | 1 . . . N | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| | Value | 1 . . . N | Indicates the value of a resource type (adaptation operator, or utility) of an alternative. The number of instances of Value element is equal to the number of alternatives. | a component in dia:VectorDataType | unsigned int(32) |

The following Table 5 shows mapping information.

TABLE 5

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|---|
| Mapping Info | | | 0 . . . 1 | | Mapping InfoType | 'mapi' box |
| | AlterLoc ID | | 0 . . . 1 | Provides a location ID for each alternative described in QoSInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:Integer Vector Type | 'aloc' box |
| | | Value | 1 . . . N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of alternatives. The $n^{th}$ instance of Value element corresponds to the $n^{th}$ alternative of QoSInfo description. | integer | unsigned int(16) |
| | ReqQoS Para | | 0 . . . N | Indicates a parameter of QoSInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoS ParaType that extends dia:Boolean Vector Type | 'reqp' box |
| | | RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |

US 10,277,660 B1

17

18

TABLE 5-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudocode (File format box) |
|---|---|---|---|---|---|
| | All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| | ReqFlag | 0 . . . N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of Boolean VectorType | unsigned int(8) |
| Location List | | 1 | Provides a list of locations for retrieving content alternatives | Location ListType | 'locl' box |
| | Location | 1 . . . N | Provides information of a location | Location Type | 'loca' box |

Semantics of Location elements may be further provided[20] as shown in Table 6.

TABLE 6

| | | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudocode (MP4) |
|---|---|---|---|---|---|---|
| Location | | | 0 . . . N | | Location Type | 'loca' box |
| | LocID | | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |
| | StrLocation | | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocation Type | 'stlo' box |
| | | FragNum | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
| | | Stream Url | 0 . . . 1 | Describes a URL of a stream | anyURI type | string |
| | | Fragment Url | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURI type | string |
| | | FragTime | 0 . . . 1 | Provides durations of fragments. | dia:Vector DataType | 'frtm' box |
| | | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |
| | | RandAccess | 0 . . . 1 | Describes fragments that support random access. | dia:Vector DataType | 'rdac' box |
| | | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
| | | MP2TS Para | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TS ParaType | 'mp2p' box |
| | | PID | 0 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
| | | FragBoundaries | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | FragBoundaries Type | 'frbd' box |

US 10,277,660 B1

**19**                                                                                    **20**

TABLE 6-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudocode (MP4) |
|---|---|---|---|---|
| MP2TS Boundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TS Boundary Type | 'mp2b' box |
| ISOFile Boundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | ISOFile Boundary Type | 'isfb' box |
| ByteRanges | 1 | Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRanges Type | 'brag' box |

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

TABLE 7

| | | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| MP2TSBoundary | | | | MP2TSBoundaryType | 'mp2b' box |
| | PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |
| | PCR_base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
| | PCR_ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
| | Appearance | 1 | Describes the appearance order (e.g., $1^{st}$, $2^{nd}$) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. | integer | unsigned int(16) |
| | Media_PID | 1 . . . N | Describes PID of a media (e.g., video) of a program. The number of instances of Media_PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
| | Media_Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the | integer | unsigned int(16) |

US 10,277,660 B1

21    22

TABLE 7-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| | | above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media_Offset is associated with the $n^{th}$ instance of Media_PID. | | |
| ISOFileBoundary | | | ISOFileBoundaryType | 'isfb' box |
| | SequenceNo  1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |
| ByteRanges | | | ByteRangesType | 'brag' box |
| | Start  1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
| | End  1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |
| | Media_PID  0 . . . N | Describes PID of a media (e.g., video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Hereinafter, a client request will be described.

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the client may be URIs, and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-Based Scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information 310 and general interval information 320.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation 140):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed Scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information 310, general interval information 320, and QoS information 330.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part of the request in operation 140) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

b) "oper1", "oper2", . . . , and "operN": "operi" carries a value of an $i^{th}$ adaptation operation that appears in the QoS information.

c) "res1", "res2", . . . , "resN": "resi" carries a value of an $i^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

US 10,277,660 B1

23

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5&bitrate=550."

3) Client-Based Scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of Mapping-Info.

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation **140**) may be used.

1) For an MPEG-2 TS boundary. Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

Start-End pairs may be used by a range header of an HTTP request message. For example, if {(Start=0, End=99); (Start=200, End=299)}, the header may be "Range: bytes=0-99,200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

TABLE 8

```
<complexType name="HTTPStreamingType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="GeneralInfo" type="GeneralInfoType"
          minOccurs="0"/>
        <choice minOccurs="0" maxOccurs="unbounded">
          <element name="IntervalsRef" type="IntervalsRefType"/>
          <element name="Interval" type="IntervalType"/>
        <choice>
```

24

TABLE 8-continued

```
    <sequence> <complexContent>
</complexType>
```

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

TABLE 9

```
<complexType name="GeneralInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="LiveStartTime" type="dateTime"
          minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultIntDuration" type="integer"
          minOccurs="0"/>
        <element name="MinUpdateTime" type="integer"
          minOccurs="0"/>
        <element name="ConsistentQoSInfo" type="boolean"
          minOccurs="0"/>
        <element name="DefaultContentLoc" type="anyURI"
          minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvailableTime" type="integer" minOccurs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

The following Table 11 shows syntax representation of IntervalType in the XML format.

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType"
          minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef"
            type="dia:ReferenceType"/>
        </choice>
        <element name="PreviousIntervalsRef"
          type="IntervalsRefType"
          minOccurs="0"/>
        <element name="NextIntervalsRef" type="IntervalsRefType"
          minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

US 10,277,660 B1

25

The following Table 12 shows syntax representation of IntervalInfoType in the XML format.

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" tninOccurs="0"/>
    <element name="DefaultFragDuration" type="integer"
      minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI"
      minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</compleType>
```

The following Table 13 shows syntax representations of ISOFileBoundaryType and ByteRangesType in the XML format.

TABLE 13

```
<complexType name="ISOFileBoundaryType">
  <sequence>
    <element name="SequenceNo" type="integer"
      maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code format will be described. Representation of the above syntax elements may be provided in the MP4 pseudo-code format.

The following Table 14 shows syntax representation of HTTPStreamingBox in the MP4 pseudo-code format.

TABLE 14

| HTTPStreamingBox |
| --- |
| Box Type: 'htps'<br>Container: Signaling file<br>Mandatory: Yes<br>Quantity: One<br>    Aligned(8) class HTTPStreamingBox extends Box('htps') {<br>    } |

FIG. 4 is a diagram illustrating detecting of virtual boundaries in an MPEG-2 TS according to an embodiment of the present invention.

In a TS, PCR packets of a given program may be carried with fixed PIDs (namely, PCR_PID), and may be inserted at least every 100 ms.

The PCT packets (with increasing values) may be considered as anchor points of the program. On the other hand, each media of a program may be carried by packets of a given PID (namely, Media_PID).

Accordingly, a fragment boundary of a media stream may be defined or identified by 1) a specific anchor point and 2) an offset from the anchor to the packet at the boundary.

The offset may be counted by the packets of the same Media_PID.

PCR values may be occasionally reset (discontinuity). For example, when one or more PCR packets have the same

26

PCR value in an interval, an appearance order of PCR packets used as anchors may be indicated.

A sourceURL attribute may be changed from required to optional. This is because baseURL already provides a complete URL. The sourceURL may be unnecessary.

The use of multiple byte ranges may provide flexibility in downloading "virtual segments." For example, a segment of a low frame rate (that is able to be used in a trickmode) may be extracted on-the-fly from a stream or an original segment.

In addition, to support using multiple URLs for a Representation, the following modifications may be applied to the schema of 3GPP Adaptive HTTP Streaming.

Hereinafter, multiple locations for the same resource/content will be described.

Each level of description (a top-level, a Period level, and a Representation level) may provide only a single BaseURL for building absolute URLs from the description.

Multiple BaseURLs may be provided at each description level. Multiple BaseURLs may signal availability of resources at multiple locations.

Depending on an actual location of a client, the client may select one or more BaseURLs in a process of retrieving resources.

Such a modification may be implemented by different ways. One way may be to use an additional attribute called "morebaseURLs," or an element called "BaseURLs."

The attribute or element may be a string formed of multiple (base) URLs. The string may be separated by several special characters, for example ";" (namely, a semicolon and a space).

For example, when a semicolon or space appears within a URL, the semicolon or space may be encoded by the rules of RFC 2616.

The morebaseURLs attribute (or BaseURLs element) of a lower description level may override the same attribute (or element) of the higher description level.

For clarity, the morebaseURLs attribute and BaseURLs element may be restricted to be mutually exclusive. In other words, only a single type may exist in a whole description.

Another way may be to use a MoreBaseURL element of any URI type with multiple instances, where each instance provides a BaseURL.

The different ways may be merely examples of ideas for providing multiple BaseURLs. The ideas may be implemented in many other ways or even other languages.

Hereinafter, multiple locations for resource/content components will be described.

Resource/content may be divided into one or more components/streams. Each of the one or more components/streams may be delivered from a location. The delivering may be supported by allowing multiple instances of an UrlTemplate element or a Url element set in SegmentInfoType. A modification "<xs:choice maxOccurs="unbounded">" in SegmentInfoType may be used for the above purpose.

The appearance order of an UrlTemplate instance or a Url set instance may indicate importance of "location/stream." A more important location may appear before a less important location. For example, a video Representation may include two streams (for example, a spatial base layer and a spatial enhancement layer). Each of the two streams may be delivered from a location described by UrlTemplate. Subsequently, the first instance of UrlTemplate may be a location for the spatial base layer.

Moreover, multiple instances of InitialisationSegmentURL may be allowed. An $n^{th}$ instance of InitialisationSeg-

US 10,277,660 B1

<table>
<tr><td>27</td><td>28</td></tr>
</table>

mentURL may correspond to an $n^{th}$ instance of a location (by either the UrlTemplate element or the Url element set).

For example, when only a single instance of InitialisationSegmentURL exists, the instance may be used for all locations.

The following Tables 15 through 19 show the schema of 3GPP AdaptiveHTTPStreaming.

### TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:
2009"
attributeformDefault="unqualified"
elementFormDefault="qualified"
xmlns:xs="http://www.w3.org/2001/XMLSchema"
xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation> <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!--MPD Type-->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType">
            <xs:choice maxOccurs="unbounded">
                <xs:element name="Period" type="PeriodType"/>
                <xs:element name="PeriodsRef" type="PeriodsRefType"/>
            </xs:choice>
            <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
            <xs:element minOccurs="0" maxOccurs="unbounded"
            name="MoreBaseUrl"
type="xs:anyURI"/>
            <xs:any namespace="##other" processContents="lax"
            minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
        <xs:attribute name="minimumUpdatePeriodMPD"
type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration"
use="required"/>
        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
        <xs:attribute name="baseUrl" type="xs:anyURI"/>
        <xs:attribute name="morebaseUrls" type="xs:string"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

### TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element minOccurs="0" name="SegmentInfoDefault"
```

### TABLE 16-continued

```
type="SegmentInfoDefaultType">
            <xs:element maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>
            <xs:element minOccurs="0" name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
            <xs:element minOccurs="0" name="NextPeriodsRef "
            type="xs:PeriodsRef"/>
            <xs:any namespace="##other" processContents="lax"
            minOccurs="0"
maxOccurs="unbounded"/>
        <xs:attribute name="start" type="xs:duration"/>
        <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>
        <xs:attribute default="false" name="bitStreamSwitchingFlag"
        type="xs:boolean"/>
        <xs:attribute default="false" name="lastPeriodFlag"
        type="xs:boolean"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
    <xs:sequence>
        <xs:element minOccurs="0" name="Title" type="xs:string"/>
        <xs:element minOccurs="0" name="Source" type="xs:string"/>
        <xs:element minOccurs="0" name="Copyright" type="xs:string"/>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:element name="moreInformationURL" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

### TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
        name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
    <xs:any Attribute namespace="##other" processContents="lax"/>
</xs:complex:Type>
<!-- A Representation of the presentation content for a
specific Period -->
<xs:complexType name="RepresentationType">
    <xs:sequence>
        <xs:element name="SegmentInfo" type="SegmentInfoType"/>
        <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType">
            <xs:element minOccurs="0" name="TrickMode"
type="TrickModeType">
            <xs:element minOccurs="0" maxOccurs="unbounded"
            name="Quality"
type="QualityType">
            <xs:any namespace="##other" processContents="lax"
            minOccurs="0"
maxOccurs="unbounded"/>
        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
        <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
        <xs:attribute name="width" type="xs: unsignedInt"/>
        <xs:attribute name="height" type="xs:unsignedInt"/>
        <xs:attribute name="lang" type="xs:string"/>
        <xs:attribute name="mimeType" type="xs:string" use="required"/>
        <xs:attribute default="false" name="startWithRAP"
```

US 10,277,660 B1

29

30

TABLE 17-continued

```
type="xs:boolean"/>
    <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
    <xs:attribute name="requestPara" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType natne="QualityType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="name" type="xs:QualityNameType"/>
    <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="PSNR"/>
        <xs:enumeration value="MOS"/>
        <xs:enumeration value="ODG"/>
        <xs:enumeration value="DI"/>
    </xs:restriction>
</xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
        name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:element minOccurs="0" maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element minOccurs="0" name="UrlTemplate"
            type="UrlTemplateType"/>
            <xs:sequence>
                <xs:element maxOccurs="unbounded" name="Url"
                type="UrlType"/>
                <xs:any namespace="##other" processContents="lax"
                minOccurs="0"
maxOccurs="unbounded"/>
            </xs:sequence>
            <xs:any namespace="##other" processContents="lax"
            minOccurs="0"
maxOccurs="unbounded"/>
        </xs:choice>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="randAccess" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!--A Segment URL -->
<xs:complexType name="UrlType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
    <xs:attribute name="range" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 19

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
```

TABLE 19-continued

```
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs : attribute default="1" name="startIndex"
    type="xs: unsignedInt"/>
    <xs:attribute name="endIndex" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives infomation about the content protection -->
<xs:complexType name="ContentProtectionType">
    <xs:sequence>
        <xs:element minOccurs="0" name="SchemeInformation"
        type="xs:string"/>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
    <xs:any Attribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

FIG. **5** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

A controller **510** may perform operations **130** and **140**. Specifically, the controller **510** may process the metadata of the interval.

A transceiver **520** that selects a fragment suitable for the interval based on the processing may perform operations **120**, **140**, and **150**. Specifically, the transceiver **520** may receive the metadata of the interval of the content from the server **110**, may send a request for the fragment suitable for the interval to the server, and may receive the fragment from the server.

FIG. **6** is a diagram illustrating a configuration of the terminal **100** according to an embodiment of the present invention.

The terminal **100** may include an access engine **610**, and a media engine **620**.

The access engine **610** may be a DASH access engine.

The access engine **610** may receive metadata (for example, an MPD) from the server **110**.

The access engine **610** may form requests, and may issue the formed requests to the server **110**. The access engine **610** may receive media (for example, segments or parts of the segments) from the server **110**. The access engine **610** may request a segment of the media using a URL of the segment.

The access engine **610** may receive segments of the media based on information provided by the metadata. Here, each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The access engine **610** may provide the media to the media engine **620**. The access engine **610** may decode data of the media included in the segments.

An output of the access engine **610** may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/

US 10,277,660 B1

31

32

IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **610** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **620** may play back the provided media. Specifically, the media engine **620** may receive data of the media from the access engine, and may output the media. The media engine **620** may output the media using the data of the media and the timing information that are output from the access engine **610**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **5** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape: optical media such as CD ROM disks and DVDs; magneto-optical media such as floptical disks: and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method for providing a media content performed by a server or multiple servers, comprising:

receiving, from a client, a Uniform Resource Locator (URL) request for a segment of the media content based on metadata of the media content, wherein the metadata comprises multiple BaseURL elements and wherein identical segments are accessible at locations indicated by URLs resolved with respect to the multiple BaseURL elements; and

sending the requested segment of the media content to the client,

wherein the URL of the requested segment is generated based on a selected BaseURL element among the multiple BaseURL elements.

**2**. The method of claim **1**, wherein the first BaseURL element among the multiple BaseURL elements is used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element are used as alternative BaseURL elements.

**3**. The method of claim **1**, wherein the URL is an absolute URL or a relative URL.

**4**. The method of claim **1**, wherein the metadata of the media content is a Media Presentation Description (MPD), wherein the MPD is a formalized description of a media presentation related to the media content, wherein the media presentation includes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representations, and wherein the representation includes one or more segments of the media content.

**5**. The method of claim **4**, wherein the multiple BaseURL elements are included at only the MPD level.

**6**. The method of claim **4**, wherein the multiple BaseURL elements are included at only the period level.

**7**. The method of claim **4**, wherein the multiple BaseURL elements are included at only the group level.

**8**. The method of claim **4**, wherein the multiple BaseURL elements are included at only the representation level.

**9**. The method of claim **4**, wherein the MPD includes multiple BaseURL elements at the MPD level and multiple BaseURL elements at the period level.

**10**. The method of claim **1**, further comprising:

sending metadata of the media content to the client.

**11**. A method of providing a media content performed by a client, comprising:

transmitting, to a server, a request for a segment of the media content based on a metadata, wherein the metadata comprises multiple BaseURL elements and wherein identical segments are accessible at locations indicated by URLs resolved with respect to the multiple BaseURL elements; and

receiving the requested segment of the media content from the server,

wherein the URL of the requested segment is generated based on a selected BaseURL element among the multiple BaseURL elements.

**12**. The method of claim **11**, wherein the first BaseURL element among the multiple BaseURL elements is used as a basic Universal Resource Indicator (URI), and BaseURL elements other than the first BaseURL element are used as alternative BaseURL elements.

**13**. The method of claim **11**, wherein the URL is an absolute URL or a relative URL.

**14**. The method of claim **11**, wherein the metadata of the media content is a Media Presentation Description (MPD), wherein the MPD is a formalized description of a media presentation related to the media content, wherein the media presentation includes one or more periods, wherein the period includes one or more groups, wherein the group includes one or more representations, and wherein the representation includes one or more segments of the media content.

**15**. The method of claim **14**, wherein the multiple BaseURL elements are included at only the MPD level.

**16**. The method of claim **14**, wherein the multiple BaseURL elements are included at only the period level.

**17**. The method of claim **14**, wherein the multiple BaseURL elements are included at only the group level.

**18**. The method of claim **14**, wherein the multiple BaseURL elements are included at only the representation level.

**19**. The method of claim **14**, wherein the MPD includes multiple BaseURL elements at the MPD level and multiple BaseURL elements at the period level.

**20**. A method for providing a media content performed by a server or multiple servers, comprising:

US 10,277,660 B1

33

receiving, from a client, a Uniform Resource Locator (URL) request for a segment of the media content based on a metadata of the media content, wherein the metadata comprises a BaseURL element; and

sending the requested segment to the client;

wherein when the metadata does not comprise a sourceURL attribute of the requested segment, the BaseURL element is used to replace the sourceURL attribute, so that the URL is generated.

21. A method for providing a media content performed by a server or multiple servers, comprising:

receiving, from a client, a Uniform Resource Locator (URL) request for a segment of the media content based on a metadata, wherein the metadata comprises multiple BaseURL elements; and

sending the requested segment to the client;

wherein when the metadata does not comprise a sourceURL attribute of the requested segment, a BaseURL element among the multiple BaseURL elements is used to replace the sourceURL attribute, so that the URL is generated.

34

\*  \*  \*  \*  \*

# EXHIBIT L

US010313414B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 10,313,414 B2**
(45) Date of Patent: **Jun. 4, 2019**

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT USING REPRESENTATIONS**

(71) Applicant: **Electronics and Telecommunications Research Institute**, Daejeon (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR)

(73) Assignee: **Ideahub**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/229,092**

(22) Filed: **Dec. 21, 2018**

(65) **Prior Publication Data**
US 2019/0132374 A1     May 2, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/168,933, filed on Oct. 24, 2018, which is a continuation of application (Continued)

(30) **Foreign Application Priority Data**

Mar. 16, 2011     (KR) ........................ 10-2011-0023271
Mar. 16, 2012     (KR) ........................ 10-2012-0026862

(51) **Int. Cl.**
*G06F 15/16*     (2006.01)
*H04L 29/06*     (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ *H04L 65/601* (2013.01); *H04L 65/4084* (2013.01); *H04L 65/602* (2013.01); (Continued)

(58) **Field of Classification Search**
CPC . H04L 65/601; H04L 65/4084; H04L 65/602; H04N 21/23439; H04N 21/25825; (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,782,268 B2 * 7/2014 Pyle ............... H04N 21/234327
                                                    709/219
8,806,615 B2   8/2014 Ahuja et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN     101589625 A     11/2009
EP     2 224 732 A1     9/2010
(Continued)

OTHER PUBLICATIONS

"HTTP Streaming: Media presentation data model", 3GPP TSG-SA4 #56, Sophia Antipolis, France, Nov. 9-13, 2009 (13 pages in English).

(Continued)

*Primary Examiner* — Melvin H Pollack
(74) *Attorney, Agent, or Firm* — NSIP Law

(57)     **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of media content are provided. The media content may include a sequence of one or more periods. Each of the periods may include one or more representations. The metadata may include information used to describe a relationship between the representations, and include information for terminals having different display bit depth.

**30 Claims, 5 Drawing Sheets**



## US 10,313,414 B2

Page 2

### Related U.S. Application Data

No. 15/834,702, filed on Dec. 7, 2017, now Pat. No. 10,122,780, which is a continuation of application No. 14/004,644, filed as application No. PCT/KR2012/001922 on Mar. 16, 2012, now Pat. No. 9,860,293.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 21/8543* | (2011.01) |
| *H04N 21/61* | (2011.01) |
| *H04N 21/845* | (2011.01) |
| *H04N 21/258* | (2011.01) |
| *H04N 21/2343* | (2011.01) |
| *H04N 21/84* | (2011.01) |

(52) **U.S. Cl.**
CPC . *H04N 21/23439* (2013.01); *H04N 21/25825* (2013.01); *H04N 21/6125* (2013.01); *H04N 21/84* (2013.01); *H04N 21/8456* (2013.01); *H04N 21/8543* (2013.01)

(58) **Field of Classification Search**
CPC .............. H04N 21/6125; H04N 21/84; H04N 21/8456; H04N 21/8543
USPC ........................................................ 709/219
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,914,835 | B2 | 12/2014 | Chen et al. |
| 8,935,249 | B2 | 1/2015 | Traub et al. |
| 8,966,106 | B2 | 2/2015 | Wang et al. |
| 9,037,502 | B2 | 5/2015 | Mikkelsen et al. |
| 9,160,779 | B2 * | 10/2015 | Cherian ............... H04L 65/605 |
| 9,176,984 | B2 | 11/2015 | Hull et al. |
| 9,277,252 | B2 * | 3/2016 | Ha .................... H04N 21/23439 |
| 9,319,448 | B2 | 4/2016 | Chen et al. |
| 9,369,687 | B2 * | 6/2016 | Braness ............... G11B 20/00086 |
| 9,467,493 | B2 * | 10/2016 | Thang ............... H04L 65/4084 |
| 9,473,476 | B2 | 10/2016 | Raju et al. |
| 9,497,290 | B2 * | 11/2016 | Furbeck ............... H04L 65/1083 |
| 9,531,579 | B2 * | 12/2016 | Willig ............... H04L 65/1016 |
| 9,531,779 | B2 | 12/2016 | Pantos et al. |
| 9,558,282 | B2 | 1/2017 | Biderman et al. |
| 9,607,655 | B2 | 3/2017 | Bloch et al. |
| 9,621,610 | B2 * | 4/2017 | Gabin ............... H04L 65/4084 |
| 9,646,352 | B2 | 5/2017 | McClements, IV |
| 9,652,559 | B2 | 5/2017 | Byrne et al. |
| 9,661,104 | B2 * | 5/2017 | Furbeck ............... H04L 65/4084 |
| 9,699,486 | B2 * | 7/2017 | Kwon ............ H04N 21/234327 |
| 9,716,736 | B2 | 7/2017 | Harrison |
| 9,729,830 | B2 * | 8/2017 | May, Jr. ............ H04N 7/17318 |
| 9,756,364 | B2 * | 9/2017 | Ha ............... H04N 21/23439 |
| 9,762,635 | B2 | 9/2017 | Sebastian et al. |
| 9,781,188 | B2 * | 10/2017 | Lee ............... H04N 21/23439 |
| 9,813,472 | B2 * | 11/2017 | Furbeck ............... H04N 7/17336 |
| 9,838,450 | B2 | 12/2017 | McGowan |
| 9,860,573 | B2 * | 1/2018 | Kwon ............... H04N 21/23439 |
| 9,872,329 | B2 | 1/2018 | Kimmich et al. |
| 9,917,874 | B2 * | 3/2018 | Luby ............... H04N 21/23106 |
| 9,961,388 | B2 | 5/2018 | Harrison et al. |
| 9,967,598 | B2 * | 5/2018 | Ha ............... H04N 21/2402 |
| 9,978,023 | B2 | 5/2018 | Levin et al. |
| 10,032,485 | B2 * | 7/2018 | Ahsan ................... G11B 20/10 |
| 2005/0071755 | A1 | 3/2005 | Harrington et al. |
| 2006/0047779 | A1 | 3/2006 | Deshpande |
| 2006/0174315 | A1 | 8/2006 | Kim et al. |
| 2008/0002776 | A1 | 1/2008 | Borer et al. |
| 2009/0141895 | A1 | 6/2009 | Anderson et al. |
| 2010/0266042 | A1 | 10/2010 | Koo et al. |
| 2011/0050727 | A1 | 3/2011 | Mukawa |
| 2011/0081083 | A1 | 4/2011 | Lee et al. |
| 2011/0123115 | A1 | 5/2011 | Lee et al. |
| 2011/0179185 | A1 * | 7/2011 | Wang .................. H04L 65/4084 709/231 |
| 2011/0307545 | A1 | 12/2011 | Bouazizi |
| 2013/0182643 | A1 * | 7/2013 | Pazos .............. H04L 65/4076 370/328 |
| 2013/0185398 | A1 | 7/2013 | Thang et al. |
| 2016/0239749 | A1 | 8/2016 | Peredriy et al. |
| 2016/0269461 | A9 | 9/2016 | Thang et al. |
| 2017/0142180 | A1 | 5/2017 | McGowan et al. |
| 2019/0075179 | A1 * | 3/2019 | Thang .............. H04L 67/2804 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002-335519 A | 11/2002 |
| KR | 10-2004-0025994 A | 3/2004 |
| KR | 10-2006-0087793 A | 8/2006 |
| KR | 10-0687730 B1 | 2/2007 |
| WO | WO 2008/049446 A1 | 5/2008 |
| WO | WO 2010/082786 A2 | 7/2010 |

#### OTHER PUBLICATIONS

ETSI "Universal Mobile Telecommunications System (UMTS) LTE; Transparent end-to-end Packet-switched Streaming Service (PSS); Protocols and codecs," European Telecommunications Standards Institute, (3GPP TS 26.234 version 9.3.0 Release 9). Jun. 2010, France, pp. 1-186 (In English).

3rd Generation Partnership Project, "Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)", 3GPP TS 26.247 V1.0.0, Release 10, 4DVANCED LTE, 2010, pp. 1-35.

3GPP "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)," 3GPP Organizational Partners, (Release 10) Aug. 2010, France, pp. 1-34 (In English).

Christian Timmerer, et al., "HTTP Streaming of MPEG Media," Proceedings of Streaming Day, Sep. 2010 (4 pages, in English).

Huawei Technologies Co., Ltd. "Partial Representation Management". 3GPP DRAFT; 3rd Generation Partnership Project (3GPP). 3GPP TSG-SA4 Meeting #60 S4-100642. XP050638790. Aug. 16-20, 2010. (3 pages, in English).

"3rd Generation Partnership Project; Technical Specification Group Services and System Aspects Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)(Release 10)." 3rd Generation Partnership Project (3GPP). 3GPP TS 26.cde. V1.0.0 (Aug. 2010). XP050442029. Aug. 25, 2010. (34 pages, in English).

"Information Technology—Dynamic Adaptive Streaming over HTTP (DASH)—Part 1: Media presentation description and segment format" of ISO/IEC DIS 23009-1. Aug. 30, 2011 (134 pages, in English).

International Search Report dated Oct. 4, 2012 in counterpart International Application No. PCT/KR2012/001922 (5 pages, in Korean, with complete English translation).

Chinese Office Action dated Jan. 25, 2016, in counterpart Chinese Application No. 201280013527.7 (10 pages, in Chinese).

* cited by examiner

**FIG. 1**

**FIG. 2**



FIG. 3



U.S. Patent     Jun. 4, 2019     Sheet 4 of 5     US 10,313,414 B2



FIG. 4

**FIG. 5**



US 10,313,414 B2

1

**APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENT USING REPRESENTATIONS**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. application Ser. No. 16/168,933, filed on Oct. 24, 2018, which is a Continuation of U.S. application Ser. No. 15/834,702, filed on Dec. 7, 2017, now U.S. Pat. No. 10,122,780 B2, issued on Nov. 6, 2018, which is a Continuation of U.S. application Ser. No. 14/004,644, filed on Sep. 11, 2013, now U.S. Pat. No. 9,860,293 B2, issued on Jan. 2, 2018, which is a National Stage of International Application No. PCT/KR2012/001922, filed Mar. 16, 2012 and published as WO 2012/125006 on Sep. 20, 2012, which claims the benefit under 35 USC 119(a) and 365(b) of Korean Patent Application No. 10-2012-0026862, filed on Mar. 16, 2012, and Korean Patent Application No. 10-2011-0023271, filed on Mar. 16, 2011, the respective entire disclosures of all of the above are incorporated herein by reference for all purposes.

TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using a representation of the media content.

BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service using a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols. A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP, and may transmit a request associated with a streaming service to the server.

DISCLOSURE OF INVENTION

Technical Goals

An aspect of the present invention provides an apparatus and method that may play back media content using representations including accessibility information.

Another aspect of the present invention provides an apparatus and method that may play back media content using information used to describe a relationship between representations of the media content.

Still another aspect of the present invention provides an apparatus and method that may play back media content

2

using information of different representations for terminals having different display bit depths.

Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media content, the method including: receiving metadata of media content, the metadata including one or more periods; accessing segments of the media content based on information provided by the metadata; and decoding and rendering data of the media content that is included in the segments, wherein each of the periods includes one or more representations of the media content, and wherein each of the representations includes information used to support disabled users who have difficulties in perceiving the media content.

A media component of each of the representations may be enhanced to cope with a problem of a disabled user, and enhancement of the media component may include at least one of adjustment of a contrast and adjustment of a colour.

The information included in each of the representations may indicate an intended use of each of the representations, and the intended use may include at least one of a sign language, a subtitle, a caption, and a description.

The information included in each of the representations may indicate an attribute providing a reference to an external Moving Picture Experts Group (MPEG)-21 Digital Item Adaptation (DIA).

According to another aspect of the present invention, there is provided a method for providing media content, including: receiving metadata of media content, the metadata including one or more periods; accessing segments of the media content based on information provided by the metadata; and decoding and rendering data of the media content that is included in the segments, wherein each of the periods includes one or more representations of the media content, and wherein the metadata includes an attribute describing a relationship between the representations.

A first representation among the representations may include an attribute indicating a list of a part of the representations, and may be used together with a representation among the part of the representations.

The first representation may be a representation used for audio description.

Each of the part of the representations may be a representation used for a video component.

A first representation among the representations may include an attribute indicating a list of a part of the representations.

A representation among the part of the representations may be replaced by the first representation.

According to still another aspect of the present invention, there is provided a method for providing media content, including: receiving metadata of media content, the metadata including one or more periods; accessing segments of the media content based on information provided by the metadata; and decoding and rendering data of the media content that is included in the segments, wherein each of the periods includes one or more representations of the media content, and wherein each of the representations includes a bit depth attribute used to select different representations for terminals having different display bit depths.

The bit depth attribute may indicate a number of bits used to represent a luma/chroma sample of visual content.

According to yet another aspect of the present invention, there is provided a terminal including: an access engine to receive metadata of media content, to receive segments of

US 10,313,414 B2

3

the media content based on information provided by the
metadata, and to decode data of the media content that is
included in the segments, the metadata including one or
more periods; and a media engine to receive the data of the
media content from the access engine, and to output the
media content, wherein each of the periods includes one or
more representations of the media content, and wherein each
of the representations includes information used to support
disabled users who have difficulties in perceiving the media
content.

According to a further aspect of the present invention,
there is a terminal including: an access engine to
receive metadata of media content, to receive segments of
the media content based on information provided by the
metadata, and to decode data of the media content that is
included in the segments, the metadata including one or
more periods; and a media engine to receive the data of the
media content from the access engine, and to output the
media content, wherein each of the periods includes one or
more representations of the media content, and wherein the
metadata includes an attribute describing a relationship
between the representations.

According to a further aspect of the present invention,
there is a terminal including: an access engine to
receive metadata of media content, to receive segments of
the media content based on information provided by the
metadata, and to decode data of the media content that is
included in the segments, the metadata including one or
more periods; and a media engine to receive the data of the
media content from the access engine, and to output the
media content, wherein each of the periods includes one or
more representations of the media content, and wherein each
of the representations includes a bit depth attribute used to
select different representations for terminals having different
display bit depths.

### Effect of the Invention

According to embodiments of the present invention, it is
possible to play back media content using representations
including accessibility information.

Additionally, according to embodiments of the present
invention, it is possible to play back media content using
information used to describe a relationship between repre-
sentations of the media content.

Furthermore, according to embodiments of the present
invention, it is possible to play back media content using
information of different representations for terminals having
different display bit depths.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a diagram illustrating a Dynamic Adaptive
Streaming over HTTP (DASH) high-level data model.

FIG. **2** is a signal flowchart illustrating a content process-
ing method according to an embodiment of the present
invention.

FIG. **3** is a diagram illustrating categories of signaling
information according to an embodiment of the present
invention.

FIG. **4** is a diagram illustrating a hierarchy of content
division and levels of signaling information according to an
embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a
terminal according to an embodiment of the present inven-
tion.

4

### BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of
the present invention, examples of which are illustrated in
the accompanying drawings, wherein like reference numer-
als refer to the like elements throughout. The embodiments
are described below in order to explain the present invention
by referring to the figures.

The entire document "Dynamic Adaptive Streaming over
HTTP (DASH)—Part 1: Media presentation description and
segment format" of ISO/IEC DIS 23009-1 published on
Aug. 30, 2011, will be cited as references in the present
application, and will used to describe the following embodi-
ments.

Hereinafter, embodiments of the present invention will be
further described with reference to the accompanying draw-
ings, however, there is no limitation to the embodiments of
the present invention. Like reference numerals refer to the
like elements throughout.

The terms "specify," "indicate," and "mean" used herein
may have the same meaning. Additionally, the terms "Uni-
form Resource Locator (URL)" and "Uniform Resource
Identifier (URI)" used herein may have the same meaning,
and may be interchangeable.

When indexes for a specific element are from 1 to N, or
from 0 to N, the number of specific elements may be one or
more. N may be an integer equal to or greater than 0.

Hereinafter, examples of terms used in embodiments will
be described.

DASH may specify formats that enable 1) delivery of
media content from an HTTP server to an HTTP client,
and enable 2) caching of content by standard HTTP
caches. The formats may include, for example, an
Extensible Markup Language (XML) format, or a
binary format.

Media content may be a single media content period, or
a contiguous sequence of media content periods. Here-
inafter, media content, media, and content may be used
as interchangeable terms. Media content may be a set
of media content components having a common time-
line, for example audios, videos, or timed texts. Addi-
tionally, media components may have relationships on
how the media components may be presented (for
example, individually, jointly, or mutually exclusive) as
programs or movies. Media content may be content on
demand, or live content.

Content may be divided into one or more intervals. In
other words, the content may include one or more intervals.
Hereinafter, an interval and a period may be used as inter-
changeable terms. The term period may be used as a term in
3rd Generation Partnership Project (3GPP) adaptive HTTP
streaming. In other words, a period may be an interval of a
media presentation. A continuous sequence of all periods
may constitute the media presentation.

One or more intervals may be a basic unit. One or more
intervals may be described by signaling metadata. In other
words, metadata may describe each of the one or more
intervals. The metadata may be a Media Presentation
Description (MPD) that will be described later.

A media content component may be a continuous
component of media content with an assigned media com-
ponent type. A media content component may be
encoded individually into a media stream. A media
component may be an encoded version of individual

US 10,313,414 B2

5

media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

A media stream may be an encoded version of a media content component

A media component type may be a single type of media content, such as audio, video, or text.

A media presentation may be a collection of data used to establish a bounded or unbounded presentation of media content. The media presentation may be a collection of data that is accessible to a DASH client to provide a streaming service to a user. An MPD may be described by an MPD. The media presentation may be a collection of data that is accessible to a DASH client to provide a streaming service to a user.

An MPD may be a formalized description for a media presentation to provide a streaming service. The MPD may be a document containing metadata required by a DASH client, to provide a user with a streaming service, and to construct appropriate HTTP-URLs to access segments. The media presentation may be described by an MPD including possible updates of the MPD.

An MPD may be a document containing metadata requested to a DASH client to construct appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative. The MPD may be an XML-document.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-URLs. URLs may be restricted by a byte range attribute.

A period may be an interval of a media presentation. A continuous sequence of all periods may constitute the media presentation. In other words, the media presentation may include one or more periods. Alternatively, the media presentation may include a sequence of one or more periods.

A representation may be a collection and encapsulation of one or more media streams in a delivery format, and may be associated with descriptive metadata. The representation may be a structured collection of one or more media components within a single period. In other words, the representation may be one of alternative choices of a complete set or subset of media content components forming media content during a defined period. The representation may include one or more media streams.

A representation may start at a beginning point of a period (namely, a period including the representation), and may continue to an ending point of the period.

A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

Hereinafter, a representation and a media representation may be used as interchangeable terms.

Two or more sets of segments corresponding to a single interval may exist. Each of the sets may be called a representation, or an alternative.

A segment may be a smallest addressable unit in an MPD with a defined format. Hereinafter, a segment and a media segment may be used as interchangeable terms.

6

Each interval may be divided into segments. Hereinafter, a segment and a fragment may be used as interchangeable terms. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may mean an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range).

A terminal may play back media content using received bytes (namely, a segment).

A sub-segment may mean a smallest unit within segments that may be indexed by a segment index at a segment level.

A sub-representation may be a part of a representation described in an MPD that is present in the entire period.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

The DASH may provide a media-streaming model for delivery of media content. A client may exclusively control a session of the delivery. Clients may request data using the HTTP protocol from standard web servers that do not have DASH-specific capabilities. Accordingly, the DASH standard may focus on data formats used to provide a DASH media presentation.

A collection of encoded and deliverable versions of media content, and an appropriate description of the versions may form a media presentation. Media content may include one or more contiguous media content periods in time. Each media content period may include one or more media content components, for example audio components in various languages and a video component. A media content component type may be assigned to each media content component, and may include, for example, audio or video.

Each media content component may have one or more encoded versions. An encoded version of a media content component may be referred to as a "media stream." Each media stream may inherit attributes of media content used to encode media content, a media content period, or a media stream. Additionally, to each media stream, properties of an encoding process, such as sub-sampling, codec parameters, encoding bitrate, and the like, may be assigned. Accordingly, metadata may be relevant for static and dynamic selection of media content components and media streams.

FIG. **1** is a diagram illustrating a DASH high-level data model.

A DASH may be based on a hierarchical data model, as shown in FIG. **1**.

A DASH media presentation may be described by an MPD document. The MPD may describe a sequence of periods in time. The sequence of the periods may form a media presentation. A period may typically represent a media content period during which a consistent set of encoded versions of media content is available. In other words, during a single period, bitrates, languages, captions, subtitles, and the like, may not be changed.

A period may include one or more adaptation sets. An adaptation set may represent a set of interchangeable encoded versions of one or more media content components. For example, an adaptation set for a main video component, and a separate adaptation set for a main audio component may exist. For example, when there are other available materials, for example captions or audio descriptions, the other available materials may each have a separate adaptation set.

US 10,313,414 B2

7

An adaptation set may include one or more representations. A representation may describe a deliverable encoded version of one or more media content components. A representation may include one or more media streams. A single representation within an adaptation set may be sufficient to render the media content components included in the single representation. Typically, a client may switch from one representation to another representation during a period, in order to adapt to network conditions or other factors. The client may also ignore representations that rely on codecs or other rendering technologies that are not supported by the client, or that are otherwise unsuitable.

Within a representation, the content may be divided in time into segments. In other words, the representation may include one or more segments. A segment may be a basic unit of data that is advertised in an MPD. A URL may be provided for each segment. The providing of the URL may indicate that a segment is the largest unit of data that may be retrieved with a single HTTP request. The MPD may include a byte range of the URL, with the URL. Accordingly, the segment may be included in a byte range of other larger resources.

Hereinafter, a relationship between components of the above-described data model will be described.

An MPD may include a sequence of one or more periods.

Each of the periods may include one or more adaptation sets. When an adaptation set includes one or more media content components, each of the media content components may be individually defined.

Each of the adaptation sets may include one or more representations.

Each of the representations may include one or more sub-representations.

Each of the representations may include one or more segments.

Segments may include media data, and/or metadata to access, decode, and present media content including the segments.

Adaptation sets, representations and sub-representations may share common attributes and elements.

Each of the segments may include one or more subsegments.

An MPD document indicating an MPD may include an element "MPD."

The following Table 1 shows an XML schema of MPD.

TABLE 1

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:mpeg:DASH:schema:MPD:2011"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns:xlink="http://www.w3.org/1999/xlink"
    xmlns="urn:mpeg:DASH:schema:MPD:2011">
    <xs:import namespace="http://www.w3.org/1999/xlink"
        schemaLocation="http://www.w3.org/1999/xlink.xsd"/>
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines the Media Presentation
Description for MPEG-DASH.
        </xs:documentation>
    </xs:annotation>
    <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
    . . .
</xs:schema>
```

8

Table 1 shows an initial part of the XML schema of the MPD. The initial part may include namespace and other definitions.

A mechanism for referencing remote elements from a local MPD may be defined. A subset of World Wide Web Consortium (W3C) XLINK simple links may be defined, consisting of 1) restricted syntax and semantics, and 2) a processing model.

XLINK attributes used in a part of ISO/IEC 23009 are provided as follows:

"xlink:type" may define a type of W3C XLINK that is being used.

"xlink:href" may identify a remote element using a URI, as defined in IETF RFC 3986.

"xlink:show" may define a desired behaviour of a remote element once dereferenced from within an MPD, as defined in W3C XLINK.

"xlink:actuate" may define a desired timing of dereferencing a remote element from within an MPD, as defined in W3C XLINK.

The following Table 2 shows an XML schema of XLINK.

TABLE 2

```
<?xml version='1.0' encoding='UTF-8'?>
<xs:schema xmlns:xs="http://www.w3.org/2001/XMLSchema"
    targetNamespace='http://www.w3.org/1999/xlink'
    xmlns:xlink='http://www.w3.org/1999/xlink'>
    <xs:attribute name="type" type="xs:token" fixed="simple"/>
    <xs:attribute name="href" type="xlink:hrefType"/>
    <xs:simpleType name="hrefType">
        <xs:restriction base="xs:anyURI"/>
    </xs:simpleType>
    <xs:attribute name="show" type="xs:token" fixed="embed"/>
    <xs:attribute name="actuate" type="xlink:actuateType"
default="onRequest"/>
    <xs:simpleType name="actuateType">
        <xs:restriction base="xs:token">
            <xs:enumeration value="onLoad"/>
            <xs:enumeration value="onRequest"/>
        </xs:restriction>
    </xs:simpleType>
</xs:schema>
```

In the schema, a namespace, a name, a type, and a default value of each element or each attribute may be described. Additionally, a hierarchical relationship between elements and attributes may be described.

Rules applied to process URI references within the attribute "xlink:href" are provided as follows:

URI references to remote elements that cannot be resolved may be treated as invalid references, and may invalidate the MPD.

URI references to remote elements that are inappropriate targets for a given reference may be treated as invalid references, and may invalidate the MPD.

URI references that directly or indirectly reference themselves may be treated as invalid circular references, and may invalidate the MPD.

A reference to a remote element may be an HTTP-URL. When a URI reference is relative, a reference resolution may be applied.

Semantics of the element "MPD" are described as follows:

1) The element "MPD" may have the following attributes:

"id" may specify an identifier for a media presentation. "id" may be an identifier that is unique within a scope in which the media presentation is published.

US 10,313,414 B2

9

"type" may specify whether the MPD may be updated.

"mediaPresentationDuration" may specify a duration of the entire media presentation. When "mediaPresentationDuration" is absent, the duration of the media presentation may be unknown.

"maxSegmentDuration" may specify a maximum duration of a segment in a representation in the media presentation.

2) The element "MPD" may have the following elements:

"ProgramInformation" may have an index of 0 to N, and may specify descriptive information about a program. Having an index of N may indicate that a number of instances of an element may be unbounded. Having an index of 0 may indicate that an element may be optional. Having an index of 1 may indicate that an element is mandatory. In other words, a range of index may represent occurrence or cardinality.

"BaseURL" may have an index of 0 to N, and may specify a base URL that may be used for reference resolution and alternative URL selection.

"Location" may have an index of 0 to N, and may specify a location at which the MPD is available.

"Period" may have an index of 1 to N, and may specify information of a period.

"Metrics" may have an index of 0 to N, and may specify DASH metrics.

The following Table 3 shows an XML syntax of the element "MPD".

TABLE 3

```
<!-- MPD Type -->
<xs:complexType name="MPDtype">
  <xs:sequence>
    <xs:element name="ProgramInformation"
type="ProgramInformationType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="BaseURL" type="BaseURLType" minOccurs="0"
maxOccurs="unbounded"/>
    <xs:element name="Location" type="xs:anyURI" minOccurs="0"
maxOccurs="unbounded"/>
    <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>
    <xs:element name="Metrics" type="MetricsType" minOccurs="0"
maxOccurs="unbounded"/>
    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute name="profiles" type="xs:string"/>
  <xs:attribute name="type" type="PresentationType" default="static"/>
  <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
  <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
  <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
  <xs:attribute name="minimumUpdatePeriod" type="xs:duration"/>
  <xs:attribute name="minBufferTime" type="xs:duration"
use="required"/>
  <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
  <xs:attribute name="suggestedPresentationDelay" type="xs:duration"/>
  <xs:attribute name="maxSegmentDuration" type="xs:duration"/>
  <xs:attribute name="maxSubsegmentDuration" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Presentation Type enumeration -->
<xs:simpleType name="PresentationType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="static"/>
    <xs:enumeration value="dynamic"/>
  </xs:restriction>
</xs:simpleType>
```

A media presentation may include one or more periods. Each of the periods may be defined by the element "Period" in the element "MPD."

10

Periods may be classified into regular periods and early available periods. Additionally, a PeriodStart time of a regular period may be defined as follows:

When attribute "start" is included in the element "Period", a period may be a regular period, and the PeriodStart time may be equal to a value of the attribute "start".

When the attribute "start" is absent, but a previous element "Period" includes attribute "duration", a period may be a regular period. The start time of the period "PeriodStart" may be a sum of a start time of a previous period and a value of the attribute "duration" of the previous period.

1) When the attribute "start" is absent, 2) when the element "Period" is the first in the MPD, and 3) when the attribute "type" of the MPD is "static," the PeriodStart time may be set to "0."

1) When the attribute "start" is absent, 2) when a previous element "Period" does not include attribute "duration", or when the element "Period" is the first in the MPD, and 3) when the attribute "type" of the MPD is "dynamic," a period may be an early available period.

Semantics of the element "Period" are described as follows:

1) The element "Period" may have the following attributes:

"xlink:href" may specify a reference to an external element "Period."

"xlink:actuate" may specify processing instructions. "link:actuate" may have a value of either "onload" or "onRequest.

"id" may specify an identifier of a period. "id" may be a unique identifier within a scope of a media presentation.

"start" may specify a PeriodStart time of a period. The PeriodStart time may be used as an anchor to determine an MPD start time of each media segment, as well as to determine a presentation time of each access unit in a media presentation timeline.

"duration" may specify a duration of a period to determine a PeriodStart time of a next period.

2) The element "Period" may have the following elements:

"BaseURL" may have an index of 0 to N, and may be used for reference resolution and alternative URL selection.

"AdaptationSet" may have an index of 1 to N, and may specify information of an adaptation set.

"Subset" may have an index of 0 to N, and may specify a subset.

The following Table 4 shows an XML syntax of the element "Period."

TABLE 4

```
<!-- Period -->
<xs:complexType name="PeriodType">
  <xs:sequence>
    <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="SegmentBase" type=
"SegmentBaseType" minOccurs="0"/>
    <xs:element name="SegmentList" type="SegmentListType"
minOccurs="0"/>
    <xs:element name="SegmentTemplate" type=
"SegmentTemplateType" minOccurs="0"/>
    <xs:element name="AdaptationSet" type="AdaptationSetType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Subset" type="SubsetType" minOccurs="0"
maxOccurs="unbounded"/>
```

US 10,313,414 B2

11

12

TABLE 4-continued

```
    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute ref="xlink:href"/>
    <xs:attribute ref="xlink:actuate" default="onRequest"/>
    <xs:attribute name="id" type="xs:string" />
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="bitstreamSwitching" type="xs:boolean"
default="false"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Each period may include one or more adaptation sets. Each of the adaptation sets may be described by element "AdaptationSet" included in the element "Period."

An adaptation set may include alternate encodings of one or more media content components. Each of the alternate encodings may be included in a representation. All representations included in a single adaptation set may represent the same media content components, and may include one or more media streams that are determined to be perceptually equivalent.

One or more representations may be arranged in an adaptation set based on properties of media content components present in the representations. The properties of the media content components may include 1) a language described by attribute "lang", 2) a media component type described by attribute "contentType", 3) a picture aspect ratio described by attribute "par", 4) a role property described by element "Role", 5) an accessibility property described by element "Accessibility", 6) a viewpoint property as described by element "ViewPoint", 7) a rating property described by element "Rating", and the like.

The element "AdaptationSet" may include default values for elements and attributes associated with one or more representations included in an adaptation set. Hereinafter, a list of possible present elements and attributes that are common to the elements "AdaptationSet" and "Representation" will be described.

The element "AdaptationSet" may support description of ranges for attributes "bandwidth", "width", "height" and "framerate" that are associated with one or more representations included in an adaptation set. The description may provide a summary of all values for all of the representations included in the adaptation set. The representations included in the adaptation set may not have values outside the ranges defined in the adaptation set.

Adaptation sets may be classified into groups, using attribute "group".

Semantics of the element "AdaptationSet" are described as follows:

1) The element "AdaptationSet" may have the following attributes:

"xlink:href" may specify a reference to external element "AdaptationSet."

"xlink:actuate" may specify processing instructions. "link:actuate" may have a value of either "onload" or "onRequest."

"id" may specify an identifier of an adaptation set in the scope of the period. "id" may be a unique identifier within a scope including the containing Period. "id" may not exist in a remote element.

"group" may specify an identifier of a group that is unique in the scope of the period.

"lang" may declare language code(s) of an adaptation set. Syntax and semantics based on IETF RFC 5646 may be used.

"contentType" may specify a media content component type of an adaptation set. "type" may be a content-type of top-level. "type" may be defined in RFC1521.

"par" may specify a picture aspect ratio. "par" may include two integers. When "par" is present, attributes "width" and "height" for representations may also be present.

"minBandWidth" may specify a minimum value of the attribute "bandwidth" in all representations in an adaptation set.

"maxBandWidth" may specify a maximum value of the attribute "bandwidth" in all representations in an adaptation set.

"minWidth" may specify a minimum value of the attribute "width" in all representations in an adaptation set.

"maxWidth" may specify a maximum value of the attribute "width" in all representations in an adaptation set.

"minHeight" may specify a minimum value of the attribute "height" in all representations in an adaptation set.

"maxHeight" may specify a maximum value of the attribute "height" in all representations in an adaptation set.

"minFrameRate" may specify a minimum value of the attribute "frameRate" in all representations in an adaptation set.

"maxFrameRate" may specify a maximum value of the attribute "frameRate" in all representations in an adaptation set.

2) The element "AdaptationSet" may have the following elements:

"Accessibility" may have an index of 0 to N, and may specify information on an accessibility scheme.

"Role" may have an index of 0 to N, and may specify information on a role annotation scheme.

"Rating" may have an index of 0 to N, and may specify information on a rating scheme.

"Viewpoint" may have an index of 0 to N, and may specify information on a viewpoint annotation scheme.

"ContentComponent" may have an index of 0 to N, and may specify properties of a media content component included in an adaptation set.

"BaseURL" may have an index of 0 to N, and may be used for reference resolution and alternative URL selection.

"Representation" may have an index of 0 to N, and may specify a representation. At least one representation element may be included in each adaptation set. "Representation" may be a part of a remote element.

The following Table 5 shows an XML syntax of the element "AdaptationSet."

TABLE 5

```
<!-- Adaptation Set -->
<xs:complexType name="AdaptationSetType">
    <xs:complexContent>
        <xs:extension base="RepresentationBaseType">
            <xs:sequence>
                <xs:element name="Accessibility" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="Role" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="Rating" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="Viewpoint" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
                <xs:element name="ContentComponent" type=
```

US 10,313,414 B2

13

TABLE 5-continued

```
"ContentComponentType" minOccurs="0" maxOccurs="unbounded"/>
        <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
          <xs:element name="SegmentBase" type="SegmentBaseType"
minOccurs="0"/>
          <xs:element name="SegmentList" type="SegmentListType"
minOccurs="0"/>
          <xs:element name="SegmentTemplate" type=
"SegmentTemplateType" minOccurs="0"/>
          <xs:element name="Representation" type=
"RepresentationType" minOccurs="0" maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute ref="xlink:href"/>
        <xs:attribute ref="xlink:actuate" default="onRequest"/>
        <xs:attribute name="id" type="xs:unsignedInt"/>
        <xs:attribute name="group" type="xs:unsignedInt"/>
        <xs:attribute name="contentType" type="xs:language"/>
        <xs:attribute name="lang" type="xs:language"/>
        <xs:attribute name="par" type="xs:string"/>
        <xs:attribute name="minBandwidth" type="xs:unsignedInt"/>
        <xs:attribute name="maxBandwidth" type="xs:unsignedInt"/>
        <xs:attribute name="minWidth" type="xs:unsignedInt"/>
        <xs:attribute name="maxWidth" type="xs:unsignedInt"/>
        <xs:attribute name="minHeight" type="xs:unsignedInt"/>
        <xs:attribute name="maxHeight" type="xs:unsignedInt"/>
        <xs:attribute name="minFrameRate" type="xs:string"/>
        <xs:attribute name="maxFrameRate" type="xs:string"/>
        <xs:attribute name="segmentAlignment" type=
"ConditionalUintType" default="false"/>
        <xs:attribute name="subsegmentAlignment" type=
"ConditionalUintType" default="false"/>
        <xs:attribute name="subsegmentStartsWithSAP" type=
"SAPType" default="0"/>
        <xs:attribute name="bitstreamSwitching" type="xs:boolean"/>
      </xs:extension>
    </xs:complexContent>
</xs:complexType>
<!-- Conditional Unsigned Integer (unsignedInt or boolean) -->
<xs:simpleType name="ConditionalUintType">
    <xs:union memberTypes="xs:unsignedInt xs:boolean"/>
</xs:simpleType>
```

An adaptation set may include one or more media content components. Properties of each of the media content components may be described by the element "ContentComponet." When a single media content component is included in an adaptation set, properties of the media content component may be described directly by the element "AdaptationSet."

Semantics of the element "ContentComponent" are described as follows:

1) The element "ContentComponent" may have the following attributes:

"id" may specify an identifier of a media component. "id" may be unique within a scope of an adaptation set.

"lang" may declare language code(s) of a media content component. Syntax and semantics based on IETF RFC 5646 may be used.

"contentType" may specify a type of a media content component. A value of the top-level content-type, namely "type", may be defined in RFC1521.

"par" may specify a picture aspect ratio. "par" may include two integers. When "par" is present, attributes "width" and "height" for representations may also be present.

2) The element "ContentComponent" may have the following elements:

"Accessibility" may have an index of 0 to N, and may specify information on an accessibility scheme.

"Role" may have an index of 0 to N, and may specify information on a role annotation scheme.

"Rating" may have an index of 0 to N, and may specify information on a ration scheme.

14

"Viewpoint" may have an index of 0 to N, and may specify information on a viewpoint annotation scheme.

The following Table 6 shows an XML syntax of the element "ContentComponent."

TABLE 6

```
<!-- Content Component -->
<xs:complexType name="ContentComponentType">
    <xs:sequence>
        <xs:element name="Accessibility" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
        <xs:element name="Role" type="DescriptorType" minOccurs="0"
maxOccurs="unbounded"/>
        <xs:element name="Rating" type="DescriptorType" minOccurs="0"
maxOccurs="unbounded"/>
        <xs:element name="Viewpoint" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:unsignedInt"/>
    <xs:attribute name="lang" type="xs:language"/>
    <xs:attribute name="contentType" type="xs:string"/>
    <xs:attribute name="par" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Representations may be described by the element "Representation." The element "AdaptationSet" may include one or more elements "Representation."

A representation may be one of alternative choices of a complete set or subset of media content components forming media content during a defined period.

A representation may start at the start of the PeriodStart of a period, and may continue to the end of the period. In other words, the end of the period may be the start of a next period, or the end of a media presentation.

Each representation may include one or more media streams. Each of the media streams may be an encoded version of a media content component.

A representation may include one or more segments. Semantics of the element "Representation" are described as follows:

1) The element "Representation" may have the following attributes:

"id" may specify an identifier of a representation. When a representation is functionally different from another representation within the same period, "id" may be unique within the scope of the period. "id" may not include whitespace characters.

"bandwidth" may specify a bound on a data rate and data rate variation of a representation.

"qualityRanking" may specify, a quality ranking of a representation, relative to other representations in the same adaptation set.

"dependencyID" may specify all complementary representations that depend on in decoding and/or presentation process. "dependencyID" may be a whitespace-separated list of values of "id."

2) The element "Representation" may have the following elements:

"BaseURL" may have an index of 0 to N, and may be used for reference resolution and alternative URL selection.

"SubRepresentation" may have an index of 0 to N, and may specify information on a sub-representation that is embedded in a representation. "SubRepresentation" may be used for reference resolution and alternative URL selection.

US 10,313,414 B2

15

The following Table 7 shows an XML syntax of the element "AdaptationSet."

TABLE 7

```
<!-- Representation -->
  <xs:complexType name="RepresentationType">
    <xs:complexContent>
      <xs:extension base="RepresentationBaseType">
        <xs:sequence>
          <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>
          <xs:element name="SubRepresentation" type=
"SubRepresentationType" minOccurs="0" maxOccurs="unbounded"/>
          <xs:element name="SegmentBase" type="SegmentBaseType"
minOccurs="0"/>
          <xs:element name="SegmentList" type="SegmentListType"
minOccurs="0"/>
          <xs:element name="SegmentTemplate" type=
"SegmentTemplateType" minOccurs="0"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
        <xs:attribute name="dependencyId" type="StringVectorType"/>
        <xs:attribute name="mediaStreamStructureId" type=
"StringVectorType"/>
      </xs:extension>
    </xs:complexContent>
  </xs:complexType>
<!-- Whitespace-separated list of strings -->
<xs:simpleType name="StringVectorType">
  <xs:list itemType="xs:string"/>
</xs:simpleType>
```

A sub-representation may be embedded in a regular representation, and may be described by the element "Sub-Representation." The element "Representation" may include the element "SubRepresentation." The element "SubRepresentation" may describe properties of one or more media content components that are embedded in a representation. A representation and sub-representation may share common attributes and elements.

Semantics of the element "SubRepresentation" are described as follows:

The element "SubRepresentation" may have the following attributes:

"level" may specify a level of a sub-representation.

"dependency" may specify a set of sub-representations within a representation in which sub-representations depend on in decoding and/or presentation process, as a whitespace-separated list of values of "level."

"bandwidth" may be identical to the attribute "bandwidth" of the element "Representation," but may be applied to a sub-representation.

"contentComponet" may specify a set of all media content components that are included in a sub-representation, as a whitespace-separated list of values of "id" of the element "ContentComponent."

The following Table 8 shows an XML syntax of the element "SubRepresentation."

TABLE 8

```
<!-- SubRepresentation -->
<xs:complexType name="SubRepresentationType">
  <xs:complexContent>
    <xs:extension base="RepresentationBaseType">
      <xs:attribute name="level" type="xs:unsignedInt"/>
      <xs:attribute name="dependencyLevel" type=
"UIntVectorType"/>
      <xs:attribute name="bandwidth" type="xs:unsignedInt"/>
```

16

TABLE 8-continued

```
      <xs:attribute name="contentComponent" type=
"StringVectorType"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of unsigned integers -->
<xs:simpleType name="UIntVectorType">
  <xs:list itemType="xs:unsignedInt"/>
</xs:simpleType>
```

Hereinafter, common attributes and elements of the elements "AdaptationSet," "Representation," and "SubRepresentation" will be described.

1) The elements "AdaptationSet," "Representation," and "SubRepresentation" may have the following common attributes:

"profile" may specify a profile between associated representation(s) conforming to media presentation profiles. A value of "profile" may be a subset of a value in a predetermined higher level of a document hierarchy (representation, adaptation set, MPD). When "profile" is absent, the value of "profile" may be inferred to be the same as in a next higher level of the document hierarchy. For example, when "profile" is absent for a representation, "profile" at an adaptation set level may be valid for the representation.

"width" may specify a horizontal visual presentation size of a video media type on a grid determined by the attribute "sat" When "sar" is absent, a width and height may be specified as if a value of "sar" is "1:1."

"height" may specify a vertical visual presentation size of a video media type, on a grid determined by the attribute "sar."

"sar" may specify a sample aspect ratio of a video media component type. "sar" may be in the form of a string including two integers separated by ":". A first integer may specify a horizontal size of encoded video pixels in arbitrary units. A second integer may specify a vertical size of the encoded video pixels in arbitrary units.

"frameRate" may specify an output frame rate of a video media type in a representation. For example, when a frame or field rate is changed, a value of "frameRate" may be an average frame or half an average field rate over the entire duration of a representation.

"audioSampleRate" may be either a decimal integer value specifying a sampling rate of an audio media component type, or a whitespace separated pair of decimal integer values specifying a minimum sampling rate and a maximum sampling rate of the audio media component type. A value of "audioSampleRate" may be in samples per second.

"mimeType" may specify a MIME type of a concatenation of initialisation segment.

"codecs" may specify codecs that are present within a representation.

2) The elements "AdaptationSet," "Representation," and "SubRepresentation" may have the following common elements:

"FramePacking" may have an index of 0 to N, and may specify frame-packing arrangement information of a video media component type.

"AudioChannelConfiguration" may have an index of 0 to N, and may specify an audio channel configuration of an audio media component type.

US 10,313,414 B2

17

"ContentProtection" element may have an index of 0 to N, and may specify information on content protection schemes used for associated representations.

The following Table 9 shows common XML syntax of the elements "AdaptationSet," "Representation," and "SubRepresentation."

TABLE 9

```
<!-- Representation base (common attributes and elements) -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="FramePacking" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="AudioChannelConfiguration" type=
"DescriptorType" minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="ContentProtection" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="profiles" type="xs:string"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="sar" type="xs:string"/>
  <xs:attribute name="frameRate" type="xs:string"/>
  <xs:attribute name="audioSamplingRate" type="xs:string"/>
  <xs:attribute name="mimeType" type="xs:string"/>
  <xs:attribute name="segmentProfiles" type="xs:string"/>
  <xs:attribute name="codecs" type="xs:string"/>
  <xs:attribute name="maximumSAPPeriod" type="xs:double"/>
  <xs:attribute name="startWithSAP" type="SAPType"/>
  <xs:attribute name="maxPlayoutRate" type="xs:double"/>
  <xs:attribute name="codingDependency" type="xs:boolean"/>
  <xs:attribute name="scanType" type="VideoScanType"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Stream Access Point type enumeration -->
<xs:simpleType name="SAPType">
  <xs:restriction base="xs:unsignedInt">
    <xs:minInclusive value="0"/>
    <xs:maxInclusive value="6"/>
  </xs:restriction>
</xs:simpleType>
<!-- Video Scan type enumeration -->
<xs:simpleType name="VideoScanType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="progressive"/>
    <xs:enumeration value="interlaced"/>
    <xs:enumeration value="unknown"/>
  </xs:restriction>
</xs:simpleType>
```

A segment may have a defined format, and may be the smallest addressable unit described by an MPD.

A segment may be referenced by an HTTP-URL included in the MPD. The HTTP-URL may be defined as an <absolute-URI> according to RFC 3986. The HTTP-URL may have a fixed scheme of "http://" or "https://," and may be restricted by a byte range when attribute "range" is provided together with the URL. The byte range may be expressed as "byte-range-spec" as defined in RFC 2616. The byte range may be restricted to a single expression identifying a contiguous range of bytes.

Segment information may be assigned to representations, through presence of elements "BaseURL," "SegmentBase," "SegmentTemplate" and/or "SegmentList." The segment information may provide information on location, availability and properties of all of one or more segments included in a representation. In particular, information on the presence and location of initialisation, media, index and bitstream switching segments may be provided.

The elements "SegmentBase," "SegmentTemplate" and "SegmentList" may be included in the element "Representation." In addition, to express default values, the elements

18

"SegmentBase," "SegmentTemplate" and "SegmentList" may be included in the element "Period" or "Adaptation-Set." When either "SegmentTemplate" or "SegmentList" exists in a level of a hierarchy, the other element may not be present on a lower hierarchy level. The elements "Segment-Base," "SegmentTemplate" and "SegmentList" may inherit attributes and elements from the same element on a higher level. When the same attribute or element is present on both levels, an attribute or element on a lower level may have precedence over the attribute or element on the higher level.

The element "SegmentBase" may include information that is sufficient, when only a single media segment is provided per Representation and a media segment URL is included in the element "BaseURL." When multiple media segments are present, either the element "SegmentList" or "SegmentTemplate" may be used to share the multiple segment base information.

When a representation includes one or more media segments, either the attribute "duration," or element "Segment-TimeLine" may be present.

A segment list may be defined by one or more elements "SegmentList". Each of the elements "SegmentList" may include a list of elements "SegmentURL" for a consecutive list of segment URLs. Each of the segment URLs may include a media segment URL, and a byte range. The element "SegmentURL" may also include an index segment.

A segment template may be defined by the element "SegmentTemplate." To create a list of segments, specific identifiers that are substituted by dynamic values may be assigned to segments.

The segment information may provide the following information:

Presence or absence of initialisation, index and bitstream switching segment information.

HTTP-URL and possibly a byte range for each accessible segment in each representation.

All valid segment URLs declared by an MPD.

For services with attribute "type" of an MPD indicating "dynamic," segment availability start time and segment availability end time of each segment.

Approximate media presentation start time of each media segment in a media presentation timeline within a period.

A segment element or a sub-element of the segment element may include the following attributes:

"duration" may specify a constant approximate segment duration. All segments within element "Representation" may have the same duration. However, a duration of a last segment within a period may be different from the other segments.

"sourceURL" may specify a source URL part. "sourceURL" may be formatted either as an <absolute-URI> according to RFC 3986. "sourceURL" may have a fixed scheme of "http://" or "https://" or as a <relative-ref> according to RFC 3986. For example, when "sourceURL" is absent, element "BaseURL" may be mapped to the attribute "sourceURL." Additionally, when "sourceURL" is absent, attribute "range" may be provided.

"range" may specify a byte range restricting the HTTP-URL. The byte range may be expressed and formatted as a byte-range-spec as defined in RFC 2616. For example, when "range" is absent, the element may refer to the entire resource referenced in the attribute "sourceURL."

The following Table 10 shows an XML syntax of information associated with a segment.

US 10,313,414 B2

**19**

TABLE 10

```
<!-- Segment information base -->
<xs:complexType name="SegmentBaseType">
  <xs:sequence>
    <xs:element name="Initialisation" type="URLType"
minOccurs="0"/>
    <xs:element name="RepresentationIndex" type="URLType"
minOccurs="0"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="timescale" type="xs:unsignedInt"/>
  <xs:attribute name="presentationTimeOffset" type=
"xs:unsignedInt"/>
  <xs:attribute name="indexRange" type="xs:string"/>
  <xs:attribute name="indexRangeExact" type="xs:boolean"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Multiple Segment information base -->
<xs:complexType name="MultipleSegmentBaseType">
  <xs:complexContent>
    <xs:extension base="SegmentBaseType">
      <xs:sequence>
        <xs:element name="SegmentTimeline" type=
"SegmentTimelineType" minOccurs="0"/>
        <xs:element name="BitstreamSwitching" type="URLType"
minOccurs="0"/>
      </xs:sequence>
      <xs:attribute name="duration" type="xs:unsignedInt"/>
      <xs:attribute name="startNumber" type="xs:unsignedInt"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
<!-- Segment Info item URL/range -->
<xs:complexType name="URLType">
  <xs:sequence>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="sourceURL" type="xs:anyURI"/>
  <xs:attribute name="range" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>  <xs:enumeration value="progressive"/>
    <xs:enumeration value="interlaced"/>
    <xs:enumeration value="unknown"/>
  </xs:restriction>
</xs:simpleType>
```

Hereinafter, an additional configuration to select a representation based on a user characteristics and terminal characteristics will be described.

Based on the above-described solutions for DASH, representations may be described with various metadata. Characteristics of representations may be mostly used to select representations based on terminal characteristics, for example a resolution, a connection bandwidth, and the like.

Accessibility features of a representation may be used to support disabled users who have difficulties in perceiving multimedia content. The following embodiments to support accessibility may include 1) Moving Picture Experts Group (MPEG-21) Digital Item Adaptation (DIA) accessibility description and 2) several hints used to facilitate enhancement/replacement of content components. In essence, the MPEG-21 DIA accessibility description including elements "VisualImpairmentType" and/or "AuditoryImpairmentType" of ISO/IEC 21000-7 may enable description of various symptoms of visual and auditory impairments of a user. The visual and auditory impairments may include, for example, a colour deficiency or low vision.

The following rule may be applied to URIs to identify specific accessibility schemes. For example, the schemes may be included in the above-described element "Accessibility."

For representations containing audio and/or visual content, a URI may be defined as shown in Table 11 below.

**20**

TABLE 11

urn:mpeg:mpegB:dash:dash:mp21accessibility:<value>

The URI may be defined to indicate accessibility schemes based on accessibility description of ISO/IEC 21000-7.

For example, when <value> is "s0," an appropriate representation may be prepared in advance, and an associated accessibility description may be described by the element "Accessibility." Different ways may be used to convey the description. For example, the accessibility description may be either conveyed by element "MP21Access," or referenced by attribute "xlink:href" that will be defined below.

When <value> is "s1," a provider may somehow obtain an accessibility description of a disabled user, and may provide appropriate content to the disabled user.

In the context of DASH, when a representation is associated with an accessibility description, the representation may be used for a disabled user whose specific symptoms are described by the accessibility description. Usually, media of the representation may be enhanced (e.g. adjusting contrast or colour) to cope with a problem of the disabled user. In this instance, the enhancement of the media may include, for example, adjustment of a contrast or adjustment of colour.

The above-described element "Accessibility" may be extended as follows. A new child element called "MP21Access" may be used as a container for MPEG-21 DIA accessibility description. Additionally, an optional attribute "xlink:href" may be added to the element "Accessibility" to reference an external description including MPEG-21 DIA accessibility elements.

Furthermore, a new attribute called "use" may be employed as a hint to let a client know the intended use of a representation, for the purpose of accessibility. The above new element and attributes may be applied to a representation group (or an adaptation set), a representation, and a sub-representation.

Semantics of elements and attributes to support accessibility are described as follows:

1) To support accessibility, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following attributes:

"use" may indicate an intended use of representation(s). The attribute "use" may have values "signLang," "subtitle," "caption", "description", "plusDesc," and the like. The value "signLang" may indicate a use as a sign language. The value "subtitle" may indicate a use as a subtitle. The value "caption" may indicate a use as a caption, namely, a subtitle with additional description. The value "description" may indicate a use as description, for example audio description of a movie. The value "plusDesc" may indicate that content of a corresponding representation is enhanced with description, for example, may indicate a sound track enhanced with audio description.

"xlink:href" may provide a reference to an external MPEG-21 DIA description with elements "AuditoryImpairmentType" and/or "VisualImpairmentType" of ISO/IEC IS 21000-7. The representation or representation group associated with the description may be suitable for disabled users whose problems are described by the description.

"xlink:actuate" may provide processing instructions. The processing instructions may be either "onLoad" or "onRequest. When "xlink:href" is absent, "xlink:actuate" may not exist.

US 10,313,414 B2

**21**

2) To support accessibility, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following elements:

"Accessibility" may have an index of 0 to N, and may provide information on an accessibility information scheme.

"MP21Access" may have an index of 0 to 1, and may include MPEG-21 DIA description with the elements "AuditoryImpairmentType" and/or "VisualImpairmentType" of ISO/IEC 21000-7. Representations or representation group associated with the description may be suitable for disabled users whose problems are described by the description.

The following Table 12 shows an XML syntax of the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation", to support accessibility.

TABLE 12

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="ContentProtection" type=
      "ContentDescriptorType" minOccurs="0"
      maxOccurs="unbounded"/>
      <xs:element name="Accessibility" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
      <xs:element name="Rating" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
      <xs:element name="Viewpoint" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
      <xs:element name="MultipleViews" type="MultipleViewsType"
minOccurs="0"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name=" group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="parx" type="xs:unsignedInt"/>
  <xs:attribute name="pary" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="LangVectorType"/>
  <xs:attribute name="mimeType" type="xs:string"/>
  <xs:attribute name="startWithRAP" type="xs:boolean"/>
  <xs:attribute name="frameRate" type="xs:double"/>
  <xs:attribute name="maximumRAPPeriod" type="xs:double"/>
  <xs:attribute name="numberOfChannels" type=
"StringVectorType"/>
  <xs:attribute name="samplingRate" type="StringVectorType"/>
  <xs:attribute name="use" type="UseType"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:simpleType name="UseType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="signLang"/>
    <xs:enumeration value="subtitle"/>
    <xs:enumeration value="caption"/>
    <xs:enumeration value="description"/>
    <xs:enumeration value="plusDesc"/>
  </xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name="ContentDescriptorType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation"
type="xs:string"/>
    <xs:element minOccurs="0" name="MP21Access"
type="xs:string"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI"
use="required"/>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

**22**

Hereinafter, metadata describing a relationship between representations will be described.

There is little metadata for describing a relationship between representation groups. It is difficult for a client to know, for example, which video stream is associated with a given audio description. In several cases, two representation groups may be semantically equivalent, and only a single representation group may need to be selected based on a context. Hereinafter, two simple attributes are proposed for the above-described purpose. The metadata described hereinafter may be useful for accessibility as well as for adaptivity in general.

To describe the relationship between representations, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following attributes:

"usedWith" may indicate a list of one or more representations or representation groups. When a current representation or a current representation group is used, "usedWith" may be used with a predetermined item of the list. For example, a representation group for audio description may be used with a specific representation group of a video component. A value of "usedWith" may be a whitespace-separated list. Each item of the whitespace-separated list may be identification of a single representation group or a single representation. Identification of a representation group may be a value of attribute "group" or "adaptationSet." Identification of a representation may have a format of attribute "repid." The attribute "repid" may be a value of attribute "id" of the representation.

"equivalentTo" may indicate a list of one or more representations or representation groups. A current representation may be used instead of a predetermined item of the list. For example, a representation group for a subtitle may be used instead of a specific representation group of an audio component. The attribute "equivalentTo" may have the same format as the attribute "usedWith."

The following Table 13 shows an XML syntax of the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation", to describe a relationship between representations.

TABLE 13

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="ContentProtection" type=
      "ContentDescriptorType" minOccurs="0"
      maxOccurs="unbounded"/>
    <xs:element name="Accessibility" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Rating" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Viewpoint" type="ContentDescriptorType"
      minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="MultipleViews" type="MultipleViewsType"
minOccurs="0"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="parx" type="xs:unsignedInt"/>
  <xs:attribute name="pary" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="LangVectorType"/>
  <xs:attribute name="mimeType" type="xs:string"/>
```

US 10,313,414 B2

23
24

TABLE 13-continued

```
<xs:attribute name="startWithRAP" type="xs:boolean"/>
<xs:attribute name="frameRate" type="xs:double"/>
<xs:attribute name="maximumRAPPeriod" type="xs:double"/>
<xs:attribute name="numberOfChannels" type="StringVectorType"/>
<xs:attribute name="samplingRate" type="StringVectorType"/>
<xs:attribute name="usedWith" type="StringVectorType"/>
<xs:attribute name="equivalentTo" type="StringVectorType"/>
<xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Type for space delimited list of strings -->
<xs:simpleType name="StringVectorType">
  <xs:list itemType="xs:string"/>
</xs:simpleType>
```

Hereinafter, metadata for bit depth will be described.

To select different representations for terminals having different display bit depths, the following attributes for a representation and a representation group may be used. A bit depth may refer to a number of bits used to represent a luma/chroma sample of visual content.

Semantics of attributes for bit depth are described as follows:

To provide a bit depth, the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation" may further include the following attributes:

"bitDepth" may indicate a number of bits used to represent a luma/chroma sample of visual content. When the bit depth varies, for example, in different video pictures, a value of "bitDepth" may be a maximum value of bit depths.

The following Table 14 shows an XML syntax of the elements "Group", "AdaptationSet", "Representation" or "SubRepresentation", to support a bit depth.

TABLE 14

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name="RepresentationBaseType">
  <xs:sequence>
    <xs:element name="ContentProtection" type=
    "ContentDescriptorType" minOccurs="0"
    maxOccurs="unbounded"/>
    <xs:element name="Accessibility" type="ContentDescriptorType"
    minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Rating" type="ContentDescriptorType"
    minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="Viewpoint" type="ContentDescriptorType"
    minOccurs="0" maxOccurs="unbounded"/>
    <xs:element name="MultipleViews" type="MultipleViewsType"
minOccurs="0"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="parx" type="xs:unsignedInt"/>
  <xs:attribute name="pary" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="LangVectorType"/>
  <xs:attribute name="mimeType" type="xs:string"/>
  <xs:attribute name="startWithRAP" type="xs:boolean"/>
  <xs:attribute name="frameRate" type="xs:double"/>
  <xs:attribute name="maximumRAPPeriod" type="xs:double"/>
  <xs:attribute name="numberOfChannels" type="StringVectorType"/>
  <xs:attribute name="samplingRate" type="StringVectorType"/>
  <xs:attribute name="use" type="UseType"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:simpleType name="UseType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="signLang"/>
    <xs:enumeration value="subtitle"/>
    <xs:enumeration value="caption"/>
```

TABLE 14-continued

```
    <xs:enumeration value="description"/>
    <xs:enumeration value="plusDesc"/>
  </xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name="ContentDescriptorType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation"
type="xs:string"/>
    <xs:element minOccurs="0" name="MP21Access"
type="xs:string"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI"
use="required"/>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Correspondingly, two attributes "minBitDepth" and "maxBitDepth" may be added to elements "Representation Group" or "AdaptationSet".

Semantics of attributes to describe a maximum bit depth and a minimum bit depth are described as follows:

To describe the maximum bit depth and the minimum bit depth, the elements "Representation Group," "Group," or "AdaptationSet" may further include the following attributes:

"xlink:href" may indicate a reference to external element "Group" or element "AdaptationSet".

"xlink:actuate" may provide processing instructions. The processing instructions may be either "onLoad" or "onRequest".

"minBitDepth" may indicate a minimum bit depth value, in all representations in a group or an adaptation set.

"maxBitDepth" may indicate a maximum bit depth value, in all representations in a group or an adaptation set.

The following Table 15 shows an XML syntax of the elements "Representation Group", "Group", or "AdaptationSet", to support the maximum bit depth value and the minimum bit depth value.

TABLE 15

```
<!-- Group to contain information common to a group;
extends RepresentationBaseType -->
<xs:complexType name="GroupType">
  <xs:complexContent>
    <xs:extension base="RepresentationBaseType">
      <xs:sequence>
        <xs:element name="Representation" type="RepresentationType"
          minOccurs="0" maxOccurs="unbounded"/>
        <xs:element name="SegmentInfoDefault" type=
"SegmentInfoDefaultType" minOccurs="0"/>
      </xs:sequence>
      <xs:attribute ref="xlink:href"/>
      <xs:attribute ref="xlink:actuate" default="onRequest"/>
      <xs:attribute name="minBandwidth" type="xs:unsignedInt"/>
      <xs:attribute name="maxBandwidth" type="xs:unsignedInt"/>
      <xs:attribute name="minWidth" type="xs:unsignedInt"/>
      <xs:attribute name="maxWidth" type="xs:unsignedInt"/>
      <xs:attribute name="minHeight" type="xs:unsignedInt"/>
      <xs:attribute name="maxHeight" type="xs:unsignedInt"/>
      <xs:attribute name="minFrameRate" type="xs:double"/>
      <xs:attribute name="maxFrameRate" type="xs:double"/>
      <xs:attribute name="minBitDepth" type="xs:unsignedInt"/>
      <xs:attribute name="maxBitDepth" type="xs:unsignedInt"/>
      <xs:attribute name="subsegmentAlignment" type="xs:boolean"
default="false"/>
      <xs:attribute name="segmentAlignmentFlag"
type="xs:boolean"/>
```

US 10,313,414 B2

25

26

TABLE 15-continued

```
            <xs:attribute name="bitStreamSwitchingFlag"
type="xs:boolean"/>
                <xs:anyAttribute namespace="##other" processContents="lax"/>
            </xs:extension>
        </xs:complexContent>
</xs:complexType>
```

FIG. 2 is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A terminal **200** may be a DASH client described above.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server **210** may perform hosting on DASH segments. The server **210** may be compatible with a server specified in RFC 2616.

In operation **220**, the terminal **200** may receive metadata of media content from the server **210**. In other words, the server **210** may transmit the metadata of the media content to the terminal **200**. The media content may include one or more periods.

Metadata may be an MPD.

The MPD may provide sufficient information to the terminal to provide a user with a streaming service by accessing segments through a protocol specified in a scheme of defined resources. The specified protocol may be an HTTP/1.1. The server **210** may provide an MPD delivery function. The MPD may be generated based on DASH media presentation preparation.

In operation **230**, the terminal **200** may process the received metadata. In operation **230**, the terminal **200** may extract information provided by the metadata, or information included in the metadata.

In operations **240** through **250**, the terminal **200** may access a segment of the media content based on the information provided by the metadata. The server **210** may be an HTTP server used to provide a DASH segment transfer function.

Each of the periods may include one or more groups, and each of the groups may include one or more representations of the media content. In other words, each of the periods may include the one or more representations of the media content. Accordingly, each of the representations may start from a beginning point of a period including each of the representations, and may continue to an ending point of the period. Each of the representations may include one or more segments.

In operation **240**, the terminal **200** may send a request for a segment of the media content to the server **210** using a URL of the segment. The URL may be resolved with respect to the above-described element "BaseURL." For example, the URL of the segment may be generated based on the element "BaseURL."

The MPD may provide the terminal **200** with sufficient information to provide a user with a streaming service, by 1) requesting the server **210** to transmit segments, and by 2) demultiplexing, decoding, and rendering media streams included in a segment.

The terminal **200** may request the server **210** to transmit a segment suitable for a specific period based on the processed metadata. In other words, the requested segment may

be selected based on the metadata. The terminal **200** may perform the HTTP GET method, to request the server **210** to transmit the segment.

The metadata may include an attribute "range". The request may include a request for bytes of a resource indicated by a URL that are designated by the attribute "range."

The URL of the segment may be an absolute URL or a relative URL.

The terminal **200** may select a period, an adaptation set, a representation, and the like, using an element or attribute included in the metadata, and may select a segment to be requested, based on an element or attribute of the selected period, the selected adaptation set, or the selected representation.

For example, each of one or more representations included in a period may include information used to support disabled users who have difficulties in perceiving media content. A media component of each of the representations may be enhanced to cope with a problem of a disabled user. Enhancement of the media component may include at least one of adjustment of a contrast and adjustment of colour. Additionally, information included in each of the representations may indicate an intended use of each of the representations. The intended use may include at least one of a sign language, a subtitle, a caption, and a description. The information included in each of the representations may include an attribute providing a reference to an external MPEG-21 DIA.

For example, metadata may include an attribute describing a relationship between one or more representations. A first representation among the representations may include an attribute indicating a list of a part of the representations. The first representation may be used together with a representation among the part of the representations. The first representation may be a representation used for audio description, and each of the part of the representations may be a representation used for a video component. Additionally, a second representation among the representations may include an attribute indicating a list of a part of the representations, and a representation among the part of the representations may be replaced by the second representation.

For example, each of one or more representations included in a period may include a bit depth attribute used to select different representations for terminals having different display bit depths.

The bit depth attribute may indicate a number of bits used to represent a luma/chroma sample of visual content.

In operation **245**, in several cases, the server **210** may need to parse media content (for example, an MPEG layer 4 (MP4) file for Scalable Video Coding (SVC)), and may extract a data part suitable for the requested segment.

In operation **250**, the server **210** may transmit, to the terminal **200**, segments suitable for each request from the terminal **200**. The terminal **200** may receive the segments from the server **210**.

In operation **260**, the terminal **200** may perform decoding and rendering on data of the media content included in the segment, to play back the media content.

The terminal **200** may play back the media content using the received segments by repeating operations **220** through **260**.

Technical information according to the embodiments of the present invention described above with reference to FIG. **1** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

US 10,313,414 B2

27                                                           28

FIG. **3** is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information **310**: may include common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information **320**: may describe characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

3) Mapping information **330**: may describe locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request **340**: this type of signaling information may conform to a format of HTTP 1.1 request message. Parameters requested by a client may be derived from the information of categories 1) through 3).

FIG. **4** is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information **410**, interval-level information **420**, QoS information **430**, and mapping information **440**. Linking of related parts of the content-level information **410**, the interval-level information **420**, the QoS information **430**, and the mapping information **440** may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information **410** and interval-level information **420** are sent to a client, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information **410** and interval-level information **420** are sent to the client, a processing model may be "server-based."

When the content-level information **410**, the interval-level information **420**, and the QoS information **430** are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information **410**, the interval-level information **420**, and the QoS information **430** are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information **410**, the interval-level information **420**, the QoS information **430**, and the mapping information **440** is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, metadata of the content-level information **410** may be sent once, and only the interval-level information **420** may be periodically updated. Similarly, a single file containing the QoSInfo **430** may be used for different intervals and different contents.

FIG. **5** is a diagram illustrating a configuration of a terminal according to an embodiment of the present invention.

A structure of a terminal **100** may represent logical components of a conceptual DASH client model.

The terminal **100** may include an access engine **510**, and a media engine **520**.

The access engine **510** may be a DASH access engine.

The access engine **510** may receive metadata (for example, an MPD) from a server **110**.

The access engine **510** may form requests, and may issue the formed requests to the server **110**.

The access engine **510** may receive content (for example, segments or parts of the segments) from the server **110**.

The access engine **510** may provide the content to the media engine **520**.

An output of the access engine **510** may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 transport stream). Additionally, the output of the access engine **510** may include timing information used to map internal timing of the media to a timeline of a media presentation.

Additionally, the access engine **510** may perform functions of the terminal **200** that are described in operations **220** through **260** of FIG. **2**.

The media engine **520** may play back the provided content. Specifically, the media engine **520** may output the media using the media and the timing information that are output from the access engine **510**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **4** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as floptical disks; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

US 10,313,414 B2

29

The invention claimed is:

**1.** A method of providing media content performed by a DASH (Dynamic Adaptive Streaming over HTTP) client, the method comprising:

receiving a Media Presentation Description (MPD) of a media content; and

accessing segments of the media content based on information provided by the MPD,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments,

wherein the MPD, the period, the adaptation set, the representation, or the segments includes one or more attributes or elements, and

wherein the adaptation set includes one or more attributes or elements that are common to each of the representations for that adaptation set.

**2.** The method of claim **1**, wherein the attribute included at an MPD level is a maxSegmentDuration, wherein the maxSegmentDuration is a maximum duration of a segment in a representation.

**3.** The method of claim **1**, wherein the element included at an adaptation set level is an Accessibility, wherein the Accessibility specifies information on an accessibility scheme.

**4.** The method of claim **1**, wherein the attribute included at an adaptation set level is an audioSampleRate, wherein the audioSampleRate specifies a sampling rate of an audio media component type.

**5.** The method of claim **1**, wherein the element included at an adaptation set level is an AudioChannelConfiguration, wherein the AudioChannelConfiguration specifies an audio channel configuration of an audio media component type.

**6.** The method of claim **1**, wherein the attribute included in an adaptation set level is a contentType, wherein the contentType specifies a type of a media content component.

**7.** The method of claim **1**, wherein the attribute included at an adaptation set level is a sample aspect ratio of a video media component type.

**8.** The method of claim **1**, wherein the attribute included at a representation level is an audioSampleRate, wherein the audioSampleRate specifies a sampling rate of an audio media component type.

**9.** The method of claim **1**, wherein the element included at a representation level is an AudioChannelConfiguration, wherein the AudioChannelConfiguration specifies an audio channel configuration of an audio media component type.

**10.** The method of claim **1**, wherein the attribute included at a representation level is a sample aspect ratio of a video media component type.

**11.** A method of providing media content performed by a server or multiple servers, comprising:

transmitting a Media Presentation Description (MPD) of a media content to a client;

receiving a request, from the client, for a segment of the media content;

transmitting the media content to the client,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

30

wherein each of the representations includes one or more segments,

wherein the MPD, the period, the adaptation set, the representation or the segments includes one or more attributes or elements, and,

wherein the adaptation set includes one or more attributes or elements that are common to each of the representations for that adaptation set.

**12.** The method of claim **11**, wherein the attribute included at an MPD level is a maxSegmentDuration, wherein the maxSegmentDuration is a maximum duration of a segment in a representation.

**13.** The method of claim **11**, wherein the element included at an adaptation set level is an Accessibility, wherein the Accessibility specifies information on an accessibility scheme.

**14.** The method of claim **11**, wherein the attribute included at an adaptation set level is an audioSampleRate, wherein the audioSampleRate specifies a sampling rate of an audio media component type.

**15.** The method of claim **11**, wherein the element included at an adaptation set level is an AudioChannelConfiguration, wherein the AudioChannelConfiguration specifies an audio channel configuration of an audio media component type.

**16.** The method of claim **11**, wherein the attribute included at an adaptation set level is a contentType, wherein the contentType specifies a type of a media content component.

**17.** The method of claim **11**, wherein the attribute included at an adaptation set level is a sample aspect ratio of a video media component type.

**18.** The method of claim **11**, wherein the attribute included at a representation level is an audioSampleRate, wherein the audioSampleRate specifies a sampling rate of an audio media component type.

**19.** The method of claim **11**, wherein the element included at a representation level is an AudioChannelConfiguration, wherein the AudioChannelConfiguration specifies an audio channel configuration of an audio media component type.

**20.** The method of claim **11**, wherein the attribute included at a representation level includes a sample aspect ratio of a video media component type.

**21.** A method of providing media content performed by a server or multiple servers, comprising:

transmitting a Media Presentation Description (MPD) of a media content to a client;

receiving a request, from the client, for a segment of the media content;

transmitting the media content to the client,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments, and

wherein information on a location, availability or property for the one or more segments in a representation is comprised in a SegmentBase element.

**22.** The method of claim **21**, wherein the SegmentBase element is included at a period level.

**23.** The method of claim **21**, wherein the SegmentBase element is included at an adaptation set level.

**24.** The method of claim **21**, wherein the SegmentBase element is included at a representation level.

**25.** A method of providing media content performed by a server or multiple servers, comprising:

US 10,313,414 B2

31

32

transmitting a Media Presentation Description (MPD) of a media content to a client;

receiving a request, from the client, for a segment of the media content;

transmitting the media content to the client,

wherein the MPD includes one or more periods,

wherein each of the periods includes one or more adaptation sets,

wherein each of the adaptation sets includes one or more representations,

wherein each of the representations includes one or more segments, and

wherein information on a location, availability or property for the one or more segments in a representation is comprised in a SegmentTemplate element.

**26**. The method of claim **25**, wherein the SegmentTemplate element is included at a period level.

**27**. The method of claim **25**, wherein the SegmentTemplate element is included at an adaptation set level.

**28**. The method of claim **25**, wherein the SegmentTemplate element is included at a representation level.

**29**. The method of claim **25**, wherein a duration attribute and a SegmentTimeline element are provided.

**30**. The method of claim **25**, wherein when a SegmentTimeline element is absent, a duration attribute is comprised in the SegmentList element.

\*    \*    \*    \*    \*

# EXHIBIT M

US010356145B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 10,356,145 B2**
(45) Date of Patent: **\*Jul. 16, 2019**

(54) **METHOD AND DEVICE FOR PROVIDING STREAMING CONTENT**

(71) Applicant: **IDEAHUB INC.**, Seoul (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR)

(73) Assignee: **IDEAHUB, INC.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/224,555**

(22) Filed: **Dec. 18, 2018**

(65) **Prior Publication Data**

US 2019/0124130 A1      Apr. 25, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/785,275, filed on Oct. 16, 2017, now Pat. No. 10,178,142, which is a
(Continued)

(30) **Foreign Application Priority Data**

Sep. 1, 2010    (KR) ........................ 10-2010-0085527
Sep. 1, 2010    (KR) ........................ 10-2011-0088325

(51) **Int. Cl.**
*H04L 29/06*      (2006.01)
*H04L 29/08*      (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *H04L 65/60* (2013.01); *H04L 65/4084* (2013.01); *H04L 67/2804* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC combination set(s) only.
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2005/0076136 A1      4/2005    Cho et al.
2008/0168132 A1      7/2008    Chun
(Continued)

FOREIGN PATENT DOCUMENTS

KR      1020050075633 A      7/2005
KR      1020080108568 A      12/2008

OTHER PUBLICATIONS

"Universal Mobile Telecommunications System; LTE; Transparent end-to-end Packet-switched Streaming Service (PSS); Protocols and codecs (3GPP TS 26.234 version 9.3.0 Release 9)," ETSI TS 126 234, V9.3.0, Jun. 2010, pp. 1-184, ETSI, Sophia Antipolis Valbonne, France.

(Continued)

*Primary Examiner* — El Hadji M Sall
(74) *Attorney, Agent, or Firm* — One LLP

(57) **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of content are provided. The metadata of the content may be efficiently divided for a purpose of use of a terminal based on general media information or specific media information, and may be transmitted to the terminal. A group may include one or more representations of content. The metadata may include a group element, and the group element may provide a summary of attributes of one or more representations included in the group.

**20 Claims, 7 Drawing Sheets**



US 10,356,145 B2

Page 2

### Related U.S. Application Data

continuation of application No. 13/820,408, filed as application No. PCT/KR2011/006496 on Sep. 1, 2011, now Pat. No. 9,794,312.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 21/239* | (2011.01) |
| *H04N 21/845* | (2011.01) |
| *H04N 21/2343* | (2011.01) |
| *H04N 21/258* | (2011.01) |
| *H04N 21/262* | (2011.01) |
| *H04N 21/658* | (2011.01) |
| *H04N 21/643* | (2011.01) |
| *H04N 21/6437* | (2011.01) |

(52) **U.S. Cl.**
CPC ...  *H04N 21/2393* (2013.01); *H04N 21/23439* (2013.01); *H04N 21/25825* (2013.01); *H04N 21/26258* (2013.01); *H04N 21/8456* (2013.01); *H04N 21/6437* (2013.01); *H04N 21/64322* (2013.01); *H04N 21/6582* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2009/0207866 | A1 | 8/2009 | Cholas et al. |
| 2009/0259766 | A1 | 10/2009 | Karlsson et al. |
| 2010/0106770 | A1 | 4/2010 | Taylor et al. |
| 2010/0169303 | A1 | 7/2010 | Biderman et al. |
| 2011/0099594 | A1 | 4/2011 | Chen et al. |
| 2012/0013746 | A1* | 1/2012 | Chen ................... G11B 27/034 348/180 |
| 2012/0042050 | A1 | 2/2012 | Chen et al. |
| 2012/0290644 | A1 | 11/2012 | Gabin et al. |

### OTHER PUBLICATIONS

"Use cases for Rel-10 adaptive HTTP Streaming," 3GPP TSG-SA4#60, Aug. 16-20, 2010, pp. 1-5.

3Generation Partnership Project Organization Partner, "Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH)", 3GPP TS 26.cde V1.0.0, Aug. 2010, pp. 3-34, Valbonne, France.

Alex Zambelli, IIS Smooth Streaming Technical Overview, Mar. 2009, Microsoft Corporation.

Description of Evaluation Experiments on ISO/IEC 23001-6, Dynamic Adaptive Streaming over HTTP, ISO/IEC JTC1/SC29/WG11, Jul. 2010, MPEG2010/N11450, Geneva, Switzerland.

Harry Pyle et al., "Microsoft HTTP Smooth Streaming: Microsoft response to the ISO/IEC/JTC1/SC29/WG11/N1338 Call for Proposal on HTTP Streaming," MPEG2010/M17902, Jul. 2010, pp. 1-31, Microsoft Corporation, Geneva, Switzerland.

Partial Representation Management, 3GPP TSG-SA4 Meeting #60, Aug. 16-20, 2010, pp. 1-3, Huawei Technologies Co. Ltd. Erlangen, Germany.

R. Fielding et al., "Hypertext Transfer Protocol—HTTP1.1," RFC 2616, Jun. 1999, pp. 1-176, The Internet Society.

Thomas Stockhammer et al., "WD 0.1 of 23001-6 Dynamic Adaptive Streaming over HTTP (DASH)," MPEG2010 Geneva/m11398, Jul. 30, 2010, pp. 1-16, ISO/IEC 2003.

Truong Cong Thang et al. "Signaling Metadata for Adaptive HTTP Streaming", 93. MPEG Meeting; Jul. 26, 2010-Jul. 30, 2010; Geneva; (Motion Picture Expert Group or ISO/IEC JTC1/SC29/WG11), No. M17771, Jul. 21, 2010, XP030046361, p. 12, line 1-p. 13, last line; p. 1, line 1-p. 3, last line.

* cited by examiner

**U.S. Patent**     Jul. 16, 2019     **Sheet 1 of 7**     **US 10,356,145 B2**

FIG. 1



U.S. Patent          Jul. 16, 2019          Sheet 2 of 7          US 10,356,145 B2

FIG. 2



U.S. Patent          Jul. 16, 2019          Sheet 3 of 7          US 10,356,145 B2

FIG. 3



U.S. Patent          Jul. 16, 2019          Sheet 4 of 7          US 10,356,145 B2

FIG. 4



U.S. Patent        Jul. 16, 2019        Sheet 5 of 7        US 10,356,145 B2

FIG. 5



**U.S. Patent**    **Jul. 16, 2019**    **Sheet 6 of 7**    **US 10,356,145 B2**

FIG. 6



FIG. 7



US 10,356,145 B2

**1**

## METHOD AND DEVICE FOR PROVIDING STREAMING CONTENT

### CROSS-REFERENCES TO RELATED APPLICATION

The present application is a Continuation of U.S. application Ser. No. 15/785,275, filed on Oct. 16, 2017, which is a Continuation of U.S. application Ser. No. 13/820,408, filed on Mar. 1, 2013, which is a national stage of PCT/KR2011/006496 filed on Sep. 1, 2011, which claims priority to Korean application number 10-2010-0085527, filed on Sep. 1, 2010, and Korean application number 10-2011-0088325, filed on Sep. 1, 2011, in the Korean Intellectual Property Office, which is incorporated herein by reference in to its entirety.

### TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

### BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

### DISCLOSURE OF INVENTION

#### Technical Goals

An aspect of the present invention provides an apparatus and method that may efficiently divide and transmit media information for a purpose of use of a terminal in an active Hypertext Transfer Protocol (HTTP) streaming, by using general media information and specific media information.

Another aspect of the present invention provides an apparatus and method that may use a group element that provides a summary of attributes of one or more representations included in a group in an active HTTP streaming.

#### Technical Solutions

According to an aspect of the present invention, there is provided a method for providing media, the method includ-

**2**

ing: receiving metadata of media including one or more periods; accessing segments of the media based on information provided by the metadata; and decoding and rendering data of the media that is included in the segments, wherein each to of the periods includes one or more groups, each of the groups includes one or more representations of the media, and each of the representations is a structured collection of one or more media components within a period, and includes one or more segments.

The metadata may be a Media Presentation Description (MPD) of the media.

The metadata may include a group element describing each of the groups.

The group element may provide a summary of values of attributes of all representations within a group described by the group element.

The metadata may include an attribute indicating a minimum value among bandwidth attributes of all representations within a group, and an attribute indicating a maximum value among the bandwidth attributes.

The metadata may include an attribute indicating a minimum value among horizontal resolution attributes of all representations within a group, and an attribute indicating a maximum value among the horizontal resolution attributes.

The metadata may include an attribute indicating a minimum value among frame rate attributes of all representations within a group, and an attribute indicating a maximum value among the frame rate attributes.

According to another aspect of the present invention, there is provided a terminal, including: an access engine to receive metadata of media including one or more periods, to receive segments of the media based on information provided by the metadata, and to output the media by decoding data of the media that is included in the segments; and a media engine to receive the data of the media from the access engine, and to output the media, wherein each of the periods includes one or more groups, each of the groups includes one or more representations of the media, and each of the representations is a structured collection of one or more media components within a period, and includes one or more segments.

According to still another aspect of the present invention, there is provided a method by which a terminal requests content through Hypertext Transfer Protocol (HTTP) streaming to receive the content through the HTTP streaming, the method including: transmitting, to a server, a transmission request message including attributes of the terminal; receiving, from the server, a specific Media Presentation Description (MPD) suitable for the terminal, the specific MPD including descriptions of representations of the content; selecting an appropriate representation from among the representations in the specific MPD, based on the descriptions of the representations; and requesting the server to transmit content corresponding to the selected representation.

The transmission request message may be an HTTP request message, the attributes to may be transferred as parameters of the HTTP request message, and the HTTP request message may transfer parameters representing the attributes to the server using a query of an HTTP.

The attributes may be transferred as parameters of the HTTP request message, and the HTTP request message may include the parameters in an HTTP header and may transfer the parameters representing the attributes to the server.

The attributes may include a capability of the terminal and a preference of the terminal.

US 10,356,145 B2

3

The attributes may include a minimum bandwidth, a maximum bandwidth, and an average bandwidth of a network resource that are acceptable by the terminal, may include a vertical resolution and a horizontal resolution of the terminal, and may include a frame rate of the terminal.

The specific MPD may include Uniform Resource Identifiers (URIs) of the descriptions.

The requesting may include requesting the server to transmit the content corresponding to the selected representation, using a URI of the selected representation.

According to yet another aspect of the present invention, there is provided a method for providing content through HTTP streaming, the method including: receiving, from a terminal, a transmission request message including attributes of the terminal; transmitting, to the terminal, a specific Media Presentation Description (MPD) suitable for the terminal based on the attributes, the specific MPD including descriptions of representations specific to a predetermined category of the terminal, and URIs of the specific representations; receiving, from the terminal, a request for content corresponding to a representation selected by the terminal, the content corresponding to the selected representation being requested via a URI of the selected representation in the specific MPD; and transmitting the content corresponding to the selected representation to the terminal through the HTTP streaming.

The method may further include analyzing the attributes and generating the specific MPD suitable for the terminal.

The specific MPD may be generated based on a general MPD, and the general MPD may include descriptions of all representations of the content, and URIs of all of the representations.

The method may further include analyzing the attributes and selecting the specific MPD suitable for the terminal from among specific MPDs that are generated in advance.

According to a further aspect of the present invention, there is provided a method by which a terminal requests content through HTTP streaming to receive the content through the HTTP streaming, the method including: transmitting a transmission request message to a server; receiving a general MPD from the server, the general MPD including parameters to describe each of one or more specific MPDs; selecting a specific MPD from among the one or more specific MPDs based on the parameters, the specific MPD including representations of the content; requesting the server to transmit the selected specific MPD; receiving the selected specific MPD from the server; requesting the server to transmit one or more content representations of the content adapted to the use of the terminal, using the selected specific MPD; and receiving, from the server, the one or more content representations.

The method may further include selecting an appropriate representation from among the one or more content representations, requesting the server to transmit content corresponding to the selected representation using the selected representation, and receiving, from the server, the content corresponding to the selected representation through the HTTP streaming.

The method may further include receiving an update of the specific MPD from the server.

The parameters may include a Uniform Resource Locator (URL) indicating a location of the specific MPD.

The requesting for the selected specific MPD may include requesting the server to transmit the selected specific MPD using a URL of the selected specific MPD.

4

The selecting of the specific MPD may include determining whether each of the one or more specific MPDs is suitable, based on the parameters.

The parameters may include a view identifier (ID) of multi-view video of the content, and may include a complexity and quality of audio/video of the content.

The requesting for the one or more content representations may include requesting the server to transmit the one or more content representations of the content adapted to the use of the terminal, using the selected specific MPD, after a predetermined period of time elapses.

According to a further aspect of the present invention, there is provided a method for providing content through HTTP streaming, the method including: receiving a transmission request message from a terminal; transmitting a general MPD to the terminal, the general MPD including parameters to describe each of one or more specific MPDs; receiving, from the terminal, a request for a specific MPD selected from among the one or more specific MPDs, the selected specific MPD including descriptions of representations specific to a predetermined category of terminals and URIs of the specific representations; transmitting the selected specific MPD to the terminal; receiving, from the terminal, a request for one or more content representations adapted to the use of the terminal among the specific representations; and transmitting the one or more content representations to the terminal.

The method may further include receiving, from the terminal, a request for content corresponding to a representation selected from among the one or more content representations, and transmitting, to the terminal, the content corresponding to the selected representation through the HTTP streaming.

### Effect of the Invention

According to embodiments of the present invention, it is possible to efficiently divide and transmit media information for a purpose of use of a terminal in an active Hypertext Transfer Protocol (HTTP) streaming, by using general media information and specific media information.

Additionally, according to embodiments of the present invention, it is possible to use a group element that provides a summary of attributes of one or more representations included in a group in an active HTTP streaming.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a diagram illustrating different types of Media Presentation Description (MPD) according to an embodiment of the present invention.

FIG. **2** is a flowchart illustrating a server-driven content transmission negotiation method according to an embodiment of the present invention.

FIG. **3** is a flowchart illustrating a terminal-driven content transmission negotiation method according to an embodiment of the present invention.

FIG. **4** is a diagram illustrating a configuration of a server **100** according to an embodiment of the present invention.

FIG. **5** is a diagram illustrating a configuration of a terminal **110** according to an embodiment of the present invention.

FIG. **6** is a signal flowchart illustrating a method for providing media according to an embodiment of the present invention.

US 10,356,145 B2

5

FIG. **7** is a diagram illustrating a configuration of the terminal **110** according to an embodiment of the present invention.

### BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference to numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) delivery of media content from an HTTP server to an HTTP client, and enable 2) caching of content by standard HTTP caches.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts with specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships on how the media components may be presented (for example, individually, jointly, or mutually exclusive) as programs or movies.

Media content and content may be used as interchangeable terms.

A media presentation may be a structured collection of data used to establish bounded or unbounded presentation of media content including components of continuous media.

In other words, the media presentation may be a structured collection of data that is accessible to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description for a media presentation. The MPD may be an MPD of a "Dynamic Adaptive HTTP Streaming of MPEG (DASH)."

The media presentation may be described by an MPD including possible updates of the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals. Intervals may be interchangeable with periods. The term period may be used as a term of $3^{rd}$ Generation Partnership Project (3GPP) adaptive HTTP streaming.

A period may be an interval of a media presentation. A sequence of all periods may constitute the media presentation.

In other words, the media presentation may include one or more periods.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may include description of a representation (or an expression) of all possible media to be transmitted to all types of clients. In other words, the MPD may include description of combinations of video, audio, languages, and the like that may be used by all types of clients. To provide an adaptive streaming service employing an HTTP, a server needs to transmit an MPD of a media presentation to a terminal **110**. To transmit the MPD, a server **100** needs to

6

write the MPD of the media presentation, and the server and the terminal need to perform negotiation for transmission of the MPD.

The MPD may define a format to announce resource identifiers for segments. The MPD may provide a context for identified resources within the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a partial GET request for a part indicated by a byte range).

A sub-segment may refer to a smallest unit within segments that may be indexed by a segment index at the segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation.

Each period may include one or more groups.

Each group may include one or more representations of are same media content.

A representation may refer to a structured collection of one or more media components within a single period. A representation may be one of alternative choices of the media content or a subset of the media content typically differing by the encoding choice, for example by a bitrate, a resolution, a language, a codec, and the like. In other words, the representation may represent a combination of video, audio, languages, and the like that may constitute media.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

FIG. **1** illustrates different types of MPD according to an embodiment of the present invention.

The server **100** may transfer an MPD as a single large file to the terminal **110**.

Generally, only a few representations among MPDs provided by the server **100** may be suitable for the terminal **110**.

Accordingly, for transmission of a file in the entire session, a network resource (for example, a bandwidth, and the like) may be wasted. Additionally, the terminal **110** may waste processing power to search for an available media representation (for example, a client needs to at least parse the entire description file). Therefore, there is a need for a method that may efficiently transmit a list file to minimize resource waste.

US 10,356,145 B2

7

The server **100** (namely, a provider) may generate (in advance, or on the fly) different MPDs for different categories of the terminal **110** (namely, a client).

The first type of MPD may be a "general MPD **120**." The general MPD **120** may be called a first MPD.

The general MPD **120** may include description of all representations of content, and Uniform Resource Identifiers (URIs) of all of the representations.

Additionally, the provider **100** may include "specific MPD(s) **130**" as the second type. The specific MPD **130** may include only descriptions of representations specific to a certain category of the terminal **110**, and URIs of the specific representations.

For example, the provider **100** may have three specific MPDs **132**, **134**, and **136** for three categories of the terminal **110** (namely, a High-Definition TeleVision (HDTV), a Personal Computer (PC), and a mobile phone). The specific MPD **132**, **134**, or **136** may be called a second MPD.

Clearly, no mobile phone may take into consideration representations used for an HDTV.

Actually, the provider **100** may have a specific description that provides hints so that to the terminal **110** may select appropriate representations from an MPD (in particular, the general MPD **120**).

In particular, the description may provide a list of compositions. Each of the compositions may indicate representations (or groups of a representation) that may be used for a given purpose (for example, for a French-speaking user using a mobile phone).

FIG. **2** is a flowchart illustrating a server-driven content transmission negotiation method according to an embodiment of the present invention.

The server-driven content transmission negotiation method may be based on a general server-driven transmission negotiation scheme according to an HTTP/1.1 technology.

In operation **210**, the terminal **110** may transmit, to the server **100**, a transmission request message including several specific attributes (for example, capabilities and preferences of the terminal **110**).

The transmission request message may be an HTTP request message. Additionally, the specific attributes may be transferred as parameters of the HTTP request message.

The HTTP request message may transfer parameters representing the specific attributes to the server **100**, using a query of an HTTP.

The HTTP request message may include parameters in an HTTP header, and may transfer parameters representing the specific attributes to the server **100**.

The specific attributes (namely, parameters) included in the transmission request message may enable the server **100** to verify capabilities and preferences of the terminal **110**.

Table 1 shows examples of specific attributes (namely, parameters)

TABLE 1

| Name | Description |
|---|---|
| capability | Information associated with a capability of a terminal |
| preference | Information associated with a preference of a terminal or a user of a terminal |
| minBand | Minimum bandwidth of a network resource acceptable by a terminal (namely, minimum bandwidth of network connection of a terminal) (in Mbps) |
| maxBand | Maximum bandwidth of a network resource acceptable by a terminal (in Mbps) |

8

TABLE 1-continued

| Name | Description |
|---|---|
| averBand | Average bandwidth of a network resource acceptable by a terminal (in Mbps) |
| width | Horizontal resolution of a terminal screen (in pixels) |
| height | Vertical resolution of a terminal screen (in pixels) |
| framerate | Maximum video frame rate supported by a terminal |
| lang | Language code of media content supported by a terminal (language code may conform to RFC 5646) |
| mime | Multipurpose Internet Mail Extensions (MIME) type supported by a terminal. The MIME type may include codec parameters for all media types. Codec parameters may include profile and level information. |

Parameters other than the parameters of Table 1 may be added, to support features of content (for example, a view identifier (ID) of a multi-view video, a complexity and quality of audio/video, and the like).

Based on the specific attributes, the server **100** may transmit, to the terminal, the specific MPD **130** suitable for the terminal **110**.

In operation **220**, the server **100** may generate the specific MPD **130** suitable for the terminal **110** by analyzing the specific attributes of the terminal **110**. The server **100** may generate the specific MPD **130** based on the general MPD **120**.

Alternatively, the server **100** may analyze the specific attributes of the terminal **110**, to and may select a specific MPD **130** suitable for the terminal **110** from among specific MPDs **130** that are generated in advance.

In operation **230**, the server **100** may transmit, to the terminal **110**, the specific MPD **130** that is generated or selected.

In operation **240**, the terminal **110** may select an appropriate representation from among representations of content within the specific MPD **130**. In other words, the terminal **110** may select a content version based on descriptions of representations.

In operation **250**, the terminal **110** may send, to the server **100**, a request for content corresponding to the selected representation, using a URI of the selected representation (namely, a URI associated with the selected representation).

In operation **260**, the server **100** may transmit, to the terminal **110**, the content corresponding to the selected representation through HTTP streaming.

FIG. **3** is a flowchart illustrating a terminal-driven content transmission negotiation method according to an embodiment of the present invention.

The terminal-driven content transmission negotiation method may be based on a general terminal-driven transmission negotiation scheme according to the HTTP/1.1 technology.

In operation **310**, the terminal **110** may transmit, to the server **100**, a basic transmission request message.

In operation **320**, the server **100** may transmit the general MPD **120** to the terminal **110**.

The terminal **110** may retrieve the general MPD **120**, and may use the general MPD **120** to immediately receive appropriate content lists.

The general MPD **120** may be a parameter to describe each of the specific MPDs **130**.

US 10,356,145 B2

9

Parameters used to describe the specific MPD **130** may be represented in an XML format. The parameters may be represented by a "SpecificMPD element." The SpecificMPD element may be of a "SpecificMPDType" type.

Table 2 shows an example of the SpecificMPD element.

TABLE 2

| Name | Description |
|---|---|
| URL | Indicates location of specific MPD 120. Each specific MPD 120 may be associated with the URL indicating the location of the specific MPD 120. If specific MPD 120 is not generated in advance, a URL parameter may be absent. |
| parameters about | Parameters about component representations correspond to a group of parameters. |

10

TABLE 2-continued

| Name | Description |
|---|---|
| component representations | The group of parameters may have a plurality of instances. In other words, the group of parameters may appear several times in the general MPD 120. Each of the plurality of instances corresponds to a group of MPD. The group of parameters may be represented in the XML by a "ComponentRepresentations" element, as shown in Table 3 below. |

The following Table 3 shows attributes of a group element as an example of parameters about component representations.

The MPD may include a group element describing a group. The group element may provide a summary of values of attributes of all representations within a group described by the group element. The above-described parameters may include attributes of a group element described in Table 3.

TABLE 3

| Parameter Name (or Attribute) | Occurrence | Description | XML representation |
|---|---|---|---|
| group | 1 | Indicates an ID of a group. | unsignedInt |
| repIDs | 0 . . . 1 | Indicates a list of representation IDs. | string including a list of representation IDs that are separated by white spaces |
| minBandwidth | 0 . . . 1 | Indicates a minimum value among bandwidth attributes of all representations in a group. | unsignedInt |
| maxBandwidth | 0 . . . 1 | Indicates a maximum value among bandwidth attributes of all representations in a group. | unsignedInt |
| minWidth | 0 . . . 1 | Indicates a minimum value among horizontal resolution attributes of all representations in a group. The horizontal resolution may be counted in pixels. | unsignedInt |
| maxWidth | 0 . . . 1 | Indicates a maximum value among horizontal resolution attributes of all representations in a group. | unsignedInt |
| minHeight | 0 . . . 1 | Indicates a minimum value among minimum height attributes of all representations in a group. The vertical resolution may be counted in pixels. | unsignedInt |
| maxHeight | 0 . . . 1 | Indicates a maximum value among maximum height attributes of all representations in a group. | unsignedInt |
| minFrameRate | 0 . . . 1 | Indicates a minimum value among frame rate attributes of all representations in a group. | unsignedInt |
| maxFrameRate | 0 . . . 1 | Indicates a maximum value among frame rate attributes of all representations in a group. | unsignedInt |
| lang | 0 . . . 1 | Declares language code(s) of a corresponding representation. Language code may conform to Request for Comments (RFC) 5646. | string |
| mimeType | 0 . . . 1 | Gives MIME type of a group. The MIME type may include codec parameters for all media types. Codec parameters may include profile and level information. | string |

US 10,356,145 B2

11

A group (or a representation group) may correspond to the specific MPD 130. In other words, "representations in a group (or one or more representations included in a group)" may refer to "representations included in the specific MPD 130."

When the specific MPD 130 includes one or more periods, a minimum parameter (or a maximum parameter) may be a minimum value (or a maximum value) across the periods.

The parameters of Table 3 may be extended to support other features of content (for example, a view ID of a multi-view video, a complexity and quality of audio/video, and the like). In the XML format, syntax elements "xs: anyAttribute" and "xs:any" may be used to support the scalability.

The SpecificMPD element may be used in different places (or different parts).

For example, the SpecificMPD element may be used in the general MPD 120. In this example, a SpecificMPDs element may include a plurality of instances of the Specific-MPD element.

Additionally, the SpecificMPDs element may be added as a direct child element of the general MPD 120.

Each of the instances of the SpecificMPD element may be used to reference the specific MPD 130.

Additionally, each of the instances of the SpecificMPD element may be used to select an appropriate representation from the general MPD 120. For example, when repID exists in an instance, the terminal 110 may go directly to representations described by the instance of the SpecificMPD element.

The server 100 may transmit, to the terminal 110, the general MPD 120 including only the SpecificMPDs element. Here, the terminal 110 may need to first receive the specific MPD 130 to obtain information regarding specific representations.

The SpecificMPD element may be used in other places (or parts). The SpecificMPD element may be used in a separate description of typical combinations of representations (for example, composition description). Here, each composition may be associated with the specific MPD 130 (for example, the SpecificMPD element is used as a child element of a combination element).

In operation 330, the terminal 110 may select the specific MPD 130.

The terminal 110 may decide whether the related specific MPD 130 is suitable for the terminal 110, based on the parameters about component representations, and may select the specific MPD 130 based on the decision.

In operation 340, the terminal 110 may send, to the server 100, a request for the selected specific MPD 130.

The terminal 110 may request the server 100 to transit the selected specific MPD 130, using a URL of the selected specific MPD 130.

In operation 350, the server 100 may transmit the selected specific MPD 130 to the terminal 110.

The terminal 110 may receive the selected specific MPD 130 from the server 100.

In operation 360, after a predetermined period of time (for example, a duration or first period of the general MPD 120) elapses, the terminal 110 may send, to the server 100, a request for content representation(s) adapted to use of the terminal, by using the specific MPD 130.

In operation 370, the server 100 may transmit, to the terminal 110, the requested content representation(s).

The terminal 110 may receive the content representation(s) from the server 100.

12

Later on, the terminal 110 may receive, from the server 100, an update of only the specific MPD 130, not the general MPD 120. Periods where the update is performed may be called second periods or backend periods.

In operation 380, the terminal 110 may select an appropriate representation from among the requested content representation(s).

In operation 390, the terminal 110 may send, to the server 100, a request for content corresponding to the selected representation, using a URL of the selected representation.

In operation 395, the server 100 may transmit, to the terminal 110, the content corresponding to the selected representation through HTTP streaming.

The following Table 4 shows an example of a location of the 'SpecificMPD' element, 'ComponentRepresentation-sType' complexType, 'MPDtype' complexType, and the SpecificMPDs element in the general MPD 120.

TABLE 4

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
  attributeFormDefault="unqualified
  elementFormDefault="qualified
  xmlns:xs="http://www.w3.org/2001/XMLSchema"
  xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
  <xs:annotation>
    <xs:appinfo>Media Presentation Description</xs:appinfo>
    <xs:documentation xml:lang="en">
      This Schema defines 3GPP PSS Media Presentation Description!
    </xs:documentation>
  </xs:annotation>     <!-- MPD: main element -->
  <xs:element name="MPD" type="MPDtype"/>
  <xs:element name="SpecificMPD" type="SpecificMPDType"/>
  ...
  </xs:complexType>
  <xs:complexType name="ComponentRepresentationsType">
  ...
  </xs:complexType>
  <!-- MPD Type -->
  <xs:complexType name="MPDtype">
  ...
  </xs:complexType>
  <xs:complexType name="SpecificMPDsType">
  ...
  </xs:complexType>
  ...
  ...
</xs:schema>
```

Table 5 shows syntax of the SpecificMPD element.

TABLE 5

```
<xs:element name="SpecificMPD" type="SpecificMPDType"/>
<!-- Information about specific MPD -->
<xs:complexType name="SpecificMPDType">
  <xs:sequence>
    <xs:element minOccurs="0" name="MPDURL" type="xs:anyURI"/>
    <xs:element         minOccurs="0"       maxOccurs="unbounded"
name="ComponentRepresentations"
type="xs:ComponentRepresentationsType"/>
    <xs:any     namespace="##other"
processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Table 6 shows syntax of ComponentRepresentationsType complexType.

US 10,356,145 B2

13                                                          14

TABLE 6

```
<xs:complexType name="ComponentRepresentationsType">
  <xs:sequence>
    <xs:any  namespace="##other"  processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="group" type="xs:unsignedInt"/>
  <xs:attribute name="repIDs" type="xs:string"/>
  <xs:attribute name="minBandwidth" type="xs:unsignedInt"
use="required"/>
  <xs:attribute name="maxBandwidth" type="xs:unsignedInt"
use="required"/>
  <xs:attribute name="minWidth" type="xs:unsignedInt"/>
  <xs:attribute name="maxWidth" type="xs:unsignedInt"/>
  <xs:attribute name="minHeight" type="xs:unsignedInt"/>
  <xs:attribute name="maxHeight" type="xs:unsignedInt"/>
  <xs:attribute name="minFramerate" type="xs:unsignedInt"/>
  <xs:attribute name="maxFramerate" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="xs:string"/>
  <xs:attribute name="mimeType" type="xs:string" use="required"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Table 7 shows syntax of MPDtype complexType.

TABLE 7

```
<xs:complexType name="MPDtype">
  <xs:sequence>
    <xs:element    minOccurs="0"    name="ProgramInformation"
type="ProgramInformationType"/>
    <xs:element    minOccurs="0"    name="SpecificMPDs"
type="SpecificMPDsType"/>
    <xs:element maxOccurs="unbounded" name="Period"
type="PeriodType"/>
    <xs:any  namespace="##other"  processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
  <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
  <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
  <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
  <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
  <xs:attribute name="minBufferTime" type="xs:duration"
use="required"/>
  <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
  <xs:attribute name="baseUrl" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Table 8 shows syntax of the SpecificMPDs element.

TABLE 8

```
<xs:complexType name="SpecificMPDsType">
  <xs:sequence>
    <xs:element    maxOccurs="unbounded"
name="SpecificMPD" type="xs:SpecificMPDType"/>
    <xs:any  namespace="##other"  processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

FIG. 4 is a diagram illustrating a configuration of the server 100 according to an embodiment of the present invention.

The server 100 may include a controller 410, and a transceiver 420.

The controller 410 may perform processing in response to a request from the terminal 110, and may generate an individual that is to be transmitted to the terminal 110.

The controller 410 may generate the general MPD 120, the specific MPD 130, a representation of content, and the like.

The transceiver 420 may receive, from the terminal 110, a request message, a request for a specific MPD, a request for content representations, a request for content, and the like, to and may transmit, to the terminal 110, the general MPD 120, the specific MPD 130, a representation of content, and content corresponding to a selected representation.

Technical information according to the embodiments of the present invention described above with reference to FIGS. 1 through 3 may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

FIG. 5 is a diagram illustrating a configuration of the terminal 110 according to an embodiment of the present invention.

The server 100 may include a controller 510, and a transceiver 520.

The controller 510 may perform processing in response to a request from the server 100, and may generate an individual that is to be transmitted to the server 100.

The controller 510 may generate a transmission request message, and may perform processing, analyzing, and selecting of the general MPD 120, the specific MPD 130, a representation of content, and the like that are received from the server 100.

The transceiver 520 may transmit, to the server 100, a request message, a request for a specific MPD, a request for content representations, a request for content, and the like, and may receive, from the server 100, the general MPD 120, the specific MPD 130, a representation of content, and content corresponding to a selected representation.

Technical information according to the embodiments of the present invention described above with reference to FIGS. 1 through 4 may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

FIG. 6 is a signal flowchart illustrating a method for providing media according to an embodiment of the present invention.

In operation 610, the terminal 110 may receive, from the server 100, 1) metadata of media (or content), or 2) metadata of a specific period (or a specific interval) of the media. In other words, the server 100 may transmit, to the terminal 110, 1) the metadata of the media, or the metadata of the specific period of the media. The media may include one or more periods, and the specific period may indicate a currently processed period among the one or more periods of the media.

The metadata may be media information.

In operation 620, the terminal 110 may process the metadata of the specific period. In operation 620, the terminal 110 may extract information provided by the metadata.

In operations 630 through 650, the terminal 110 may access segments of the media, based on the information provided by the metadata. Here, each of the periods may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The metadata may describe a group element describing a group.

In operation 630, the terminal 110 may send, to the server 100, a request for segments. The terminal 110 may request the server 100 to transmit segments suitable for the specific period based on the processed metadata. In other words, the requested segments may be selected based on the metadata.

In operation 640, in several cases, the server may need to parse media (for example, an MPEG layer 4 (MP4) file for

US 10,356,145 B2

15

Scalable Video Coding (SVC), and to extract a data part suitable for the requested segments.

In operation **650**, the server **100** may transmit, to the terminal **110**, segments suitable for each request from the terminal **110**. The terminal **110** may receive the segments from the server.

In operation **660**, the terminal **110** may perform decoding and rendering on data of the media included in the segments, to play back the media.

The terminal **110** may play back the media using the received segments by repeating operations **610** through **660**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **5** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

FIG. **7** is a diagram illustrating a configuration of the terminal **110** according to an embodiment of the present invention.

The terminal **110** may include an access engine **710**, and a media engine **720**.

The access engine **710** may be a DASH access engine.

The access engine **710** may receive metadata (for example, an MPD) from the server **100**.

The access engine **710** may form requests, and may issue the formed requests to the server **100**. The access engine **710** may receive media (for example, segments or parts of the segments) from the server **100**.

The access engine **710** may receive segments of the media based on information provided by the metadata. Here, each period may include one or more groups, and each of the groups may include one or more representations of the media. Each of the representations may include one or more segments.

The access engine **710** may provide the media to the media engine **720**. The access engine **710** may decode data of the media that is included in the segments.

An output of the access engine **710** may include media (or parts of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **710** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **720** may play back the provided media. Specifically, the media engine **720** may receive data of the media from the access engine, and may output the media. The media engine **720** may output the media using the data of the media and the timing information that are output from the access engine **710**.

Technical information according to the embodiments of the present invention described above with reference to FIGS. **1** through **6** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape;

16

optical media such as CD ROM disks and DVDs; magneto-optical media such as optical discs; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method of providing media content performed by a server or multiple servers, the method comprising:

receiving a request for the media content from a client based on a media presentation description (MPD) with respect to the media content; and

providing a segment of media content through streaming to the client in response to the request,

wherein the MPD includes one or more periods,

wherein the period includes one or more groups,

wherein the group includes one or more representations,

wherein the representation includes one or more segments,

wherein the group includes one or more group elements for each of the groups, and

wherein a group element provides a summary of values of all representations with a group.

**2**. The method of claim **1**, wherein the group element includes at least one of (i) an ID of the group, (ii) a minBandWidth indicating a minimum value among bandwidth attributes of all representations in the group, (iii) a maxBandwidth indicating a maximum value among bandwidth attributes of all representations in the group, (iv) a minWidth indicating a minimum value among width attributes of all representations in the group, (v) a maxWidth indicating a maximum value among width attributes of all representations in the group, (vi) a minHeight indicating a minimum value among height attributes of all representations in the group, (vii) a maxHeight indicating a maximum value among height attributes of all representations in the group, (viii) a minFrameRate indicating a minimum value among frame rate attributes of all representations in the group, (ix) a maxFrameRate indicating a maximum value among frame rate attributes of all representations in the group, (x) a language attribute indicating the language of all representations in the group, (xi) a mimeType attribute indicating the mime type for all representation in the group, and (xii) a codec indicating a codec that is used for all representations in the group.

**3**. A method of providing media content performed by a client, the method comprising:

transmitting a request for the media content to a server based on a media presentation description (MPD) with respect to the media content; and

receiving a segment of media content through streaming from the sever in response to the request,

wherein the MPD includes one or more periods,

wherein the period includes one or more groups,

US 10,356,145 B2

17

wherein the group includes one or more representations, wherein the representation includes one or more segments,

wherein the group includes one or more group elements for each of the groups, and

wherein a group element provides a summary of values of all representations within a group.

**4.** The method of claim **3**, wherein the group element includes at least one of (i) an ID of the group, (ii) a minBandWidth indicating a minimum value among bandwidth attributes of all representations in the group, (iii) a maxBandWidth indicating a maximum value among bandwidth attributes of all representations in the group, (iv) a minWidth indicating a minimum value among width attributes of all representations in the group, (v) a maxWidth indicating a maximum value among width attributes of all representations in the group, (vi) a minHeight indicating a minimum value among height attributes of all representations in the group, (vii) a maxHeight indicating a maximum value among height attributes of all representations in the group, (viii) a minFrameRate indicating a minimum value among frame rate attributes of all representations in the group, (ix) a maxFrameRate indicating a maximum value among frame rate attributes of all representations in the group, (x) a language attribute indicating the language of all representations in the group, (xi) a mimeType attribute indicating the mime type for all representation in the group, and (xii) a codec indicating a codec that is used for all representations in the group.

**5.** A method of providing content performed by a client, the method comprising:

transmitting, to a server, a transmission request message from the client;

receiving, from the server, a specific Media Presentation Description (MPD) suitable for the client, the specific MPD comprising descriptions of representations of the content suitable for the client;

selecting an appropriate representation from among the representations in the specific MPD based on the descriptions of the representations; and

requesting the server to transmit content corresponding to the selected representation,

wherein the specific MPD includes one or more periods,

wherein the period includes one or more groups,

wherein the group includes one or more representations,

wherein the representation includes one or more segments,

wherein the specific MPD includes one or more group elements for each of the groups, and

wherein the group element is related to a summary of values of attributes of all representations within the group.

**6.** The method of claim **5**, wherein the transmission request message from the client includes specific attributes of the client including at least one of (i) capability, (ii) preference, (iii) minBand, (iv) maxBand, (v) averBand, (vi) width, (vii) height, (viii) framerate, (ix) lang, (x) mime, (xi) a view identifier (ID) of a multi-view video, and (xii) a complexity and quality of audio or video.

**7.** The method of claim **5**, wherein the specific MPD is selected among multiple specific MPDs that are generated in advance.

**8.** The method of claim **5**, wherein the representations in the specific MPD are specific to a predetermined category of a terminal.

18

**9.** The method of claim **8**, wherein the terminal is one of a high-definition television (HDTV), a personal computer, and a mobile phone.

**10.** The method of claim **5**, wherein the group element is related to a summary of values of attributes of all representations within the group, wherein the attribute of the group includes at least one of (i) minBandWidth for indicating a minimum value among bandwidth attributes of all representations in the group, (ii) maxBandWidth for indicating a maximum value among bandwidth attributes of all representations in a group, (iii) minWidth for indicating a minimum value among horizontal resolution attributes of all representations in a group, (iv) maxWidth for indicating a maximum value among horizontal resolution attributes of all representations in a group, (v) minHeight for indicating a minimum value among minimum height attributes of all representations in a group, (vi) maxHeight for indicating a maximum value among maximum height attributes of all representations in a group, (vii) minFrameRate for indicating a minimum value among frame rate attributes of all representations in a group, and (viii) maxFrameRate for indicating a maximum value among frame rate attributes of all representations in a group.

**11.** A method of providing content performed by a server or multiple servers, the method comprising:

receiving, from a client, a transmission request message from the client;

transmitting, to the client, a specific Media Presentation Description (MPD) suitable for the client, the specific MPD comprising descriptions of representations suitable for the client;

receiving, from the client, a request for content corresponding to a representation in the specific MPD selected by the client, and

transmitting the content corresponding to the selected representation in the specific MPD to the client,

wherein the specific MPD includes one or more periods,

wherein the period includes one or more groups,

wherein the group includes one or more representations,

wherein the representation includes one or more segments,

wherein the specific MPD includes one or more group elements for each of the groups, and

wherein the group element is related to a summary of values of attributes of all representations within the group.

**12.** The method of claim **11**, wherein the transmission request message from the client includes specific attributes of the client including at least one of (i) capability, (ii) preference, (iii) minBand, (iv) maxBand, (v) averBand, (vi) width, (vii) height, (viii) framerate, (ix) lang, (x) mime, (xi) a view identifier (ID) of a multi-view video, and (xii) a complexity and quality of audio or video.

**13.** The method of claim **11**, wherein the specific MPD is selected among multiple specific MPDs that are generated in advance.

**14.** The method of claim **11**, wherein the representations in the specific MPD are specific to a predetermined category of a terminal.

**15.** The method of claim **14**, wherein the terminal is one of a high-definition television (HDTV), a personal computer, and a mobile phone.

**16.** The method of claim **14**, wherein the group element is related to a summary of values of attributes of all representations within the group, wherein the attribute of the group includes at least one of (i) minBandwidth for indicating a minimum value among bandwidth attributes of all

US 10,356,145 B2

19

representations in the group, (ii) maxBandwidth for indicating a maximum value among bandwidth attributes of all representations in a group, (iii) minWidth for indicating a minimum value among horizontal resolution attributes of all representations in a group, (iv) maxWidth for indicating a maximum value among horizontal resolution attributes of all representations in a group, (v) minHeight for indicating a minimum value among minimum height attributes of all representations in a group, (vi) maxHeight for indicating a maximum value among maximum height attributes of all representations in a group, (vii) minFrameRate for indicating a minimum value among frame rate attributes of all representations in a group, and (viii) maxFrameRate for indicating a maximum value among frame rate attributes of all representations in a group.

**17**. A method of providing content performed by a client, the method comprising:

transmitting, to a server, a transmission request message from the client;

receiving, from the server, a specific Media Presentation Description (MPD), the specific MPD comprising a subset of all representations in a general MPD that are suitable for the client;

selecting an appropriate representation from among the representations in the specific MPD, based on the descriptions of the representations; and

requesting the server to transmit content corresponding to the selected representation,

wherein the specific MPD includes one or more periods,

wherein the period includes one or more groups,

wherein the group includes one or more representations,

wherein the representation includes one or more segments,

wherein the specific MPD includes one or more group elements for each of the groups, and

20

wherein the group element is related to a summary of values of attributes of all representations within the group.

**18**. The method of claim **17**, wherein the representations in the specific MPD are specific to a predetermined category of a terminal.

**19**. A method of providing content performed by a server or multiple servers, the method comprising:

receiving, from a client, a transmission request message from the client;

transmitting, to the client, a specific Media Presentation Description (MPD) suitable for the client, the specific MPD comprising descriptions of representations suitable for the client;

receiving, from the client, a request for content corresponding to a representation in the specific MPD selected by the client, and

transmitting the content corresponding to the selected representation in the specific MPD to the client,

wherein the specific MPD includes one or more periods,

wherein the period includes one or more groups,

wherein the group includes one or more representations,

wherein the representation includes one or more segments,

wherein the specific MPD includes one or more group elements for each of the groups, and

wherein the group element is related to a summary of values of attributes of all representations within the group.

**20**. The method of claim **19**, wherein the representations in the specific MPD are specific to a predetermined category of a terminal.

\* \* \* \* \*

EXHIBIT N

US010362130B2

(12) **United States Patent**
Thang et al.

(10) Patent No.: **US 10,362,130 B2**
(45) Date of Patent: *Jul. 23, 2019

(54) **APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENTS**

(71) Applicants:**Electronics and Telecommunications Research Institute**, Daejeon (KR); **INDUSTRY-UNIVERSITY COOPERATION FOUNDATION KOREA AEROPSACE UNIVERSITY**, Goyang-si, Gyeonggi-do (KR)

(72) Inventors: **Truong Cong Thang**, Daejeon (KR); **Jin Young Lee**, Daejeon (KR); **Seong Jun Bae**, Daejeon (KR); **Jung Won Kang**, Daejeon (KR); **Soon Heung Jung**, Daejeon (KR); **Sang Taick Park**, Daejeon (KR); **Won Ryu**, Daejeon (KR); **Jae Gon Kim**, Goyang-si (KR)

(73) Assignee: **IDEAHUB INC.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/069,443**

(22) Filed: **Mar. 14, 2016**

(65) **Prior Publication Data**

US 2016/0198013 A1    Jul. 7, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 13/811,376, filed as application No. PCT/KR2011/005357 on Jul. 20, 2011, now Pat. No. 9,325,558.

(Continued)

(30) **Foreign Application Priority Data**

Jul. 19, 2011    (KR) ........................ 10-2011-0071671

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*H04L 29/08* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .... *H04L 67/2804* (2013.01); *H04L 29/06027* (2013.01); *H04L 47/30* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ........... H04N 21/2401; H04N 21/2353; H04N 21/23805; H04N 21/44004;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,512,665 B1    3/2009 Cragun
7,552,228 B2    6/2009 Parasnis et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP        1302869 A1    4/2003
JP    2005020588 A    1/2005
(Continued)

OTHER PUBLICATIONS

"3GPP TS 26.cde V1.0.0, 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects Transparent end-to-end Packet-switched Streaming Service (PSS); Progressive Download and Dynamic Adaptive Streaming over HTTP (3GP-DASH) (Release 10)", Aug. 2010, Valbonne, France.

*Primary Examiner* — Zarni Maung
(74) *Attorney, Agent, or Firm* — William Park & Associates Ltd.

(57)    **ABSTRACT**

A method and apparatus for an adaptive Hypertext Transfer Protocol (HTTP) streaming service using metadata of content are provided. The metadata may include a minBuffer-
(Continued)



## US 10,362,130 B2

Page 2

Time attribute indicating a minimum amount of initially buffered media content. A terminal may receive content from a server before playback of the content, and may buffer the content by at least the minimum amount. The metadata may include a range attribute that designates a range of a target indicated by a Uniform Resource Locator (URL). The terminal may receive bytes designated by the range attribute from the URL, and may play back the content using the received bytes.

**6 Claims, 6 Drawing Sheets**

### Related U.S. Application Data

(60) Provisional application No. 61/434,036, filed on Jan. 19, 2011, provisional application No. 61/417,931, filed on Nov. 30, 2010, provisional application No. 61/414,462, filed on Nov. 17, 2010, provisional application No. 61/405,674, filed on Oct. 22, 2010, provisional application No. 61/390,328, filed on Oct. 6, 2010, provisional application No. 61/380,277, filed on Sep. 6, 2010, provisional application No. 61/375,262, filed on Aug. 20, 2010, provisional application No. 61/366,203, filed on Jul. 21, 2010, provisional application No. 61/365,860, filed on Jul. 20, 2010.

(51) **Int. Cl.**

| | |
|---|---|
| *H04L 29/06* | (2006.01) |
| *H04N 21/24* | (2011.01) |
| *H04N 21/44* | (2011.01) |
| *H04N 21/6543* | (2011.01) |
| *H04N 21/6547* | (2011.01) |
| *H04L 12/835* | (2013.01) |
| *G06F 12/00* | (2006.01) |
| *H04N 21/235* | (2011.01) |
| *H04N 21/238* | (2011.01) |

(52) **U.S. Cl.**
CPC ........ *H04L 65/4092* (2013.01); *H04L 65/602* (2013.01); *H04L 65/604* (2013.01); *H04L 65/608* (2013.01); *H04L 65/80* (2013.01); *H04N 21/2401* (2013.01); *H04N 21/2402* (2013.01); *H04N 21/44004* (2013.01); *H04N 21/6543* (2013.01); *H04N 21/6547* (2013.01); *H04N 21/2353* (2013.01); *H04N 21/23805* (2013.01)

(58) **Field of Classification Search**
CPC ........... H04N 21/6543; H04N 21/2402; H04N 21/6547; H04N 21/23439; H04N 21/235; H04N 21/2358; H04N 21/236; H04N 21/2381; H04N 21/26258; H04N 21/2662; H04N 21/43
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,624,337 | B2 | 11/2009 | Sull et al. |
| 7,725,829 | B1 | 5/2010 | Wong et al. |
| 7,823,055 | B2 | 10/2010 | Sull et al. |
| 8,201,204 | B2 | 6/2012 | Connery et al. |
| 8,209,609 | B2 | 6/2012 | Dunton et al. |
| 8,230,343 | B2 | 7/2012 | Logan et al. |
| 8,365,271 | B2 | 1/2013 | Blum et al. |
| 8,468,145 | B2 | 6/2013 | Fedorynski et al. |
| 8,533,310 | B2 | 9/2013 | Huang et al. |
| 8,635,360 | B2 | 1/2014 | Brase et al. |
| 8,645,562 | B2 | 2/2014 | Thang et al. |
| 8,909,805 | B2 | 12/2014 | Thang et al. |
| 9,264,069 | B2 | 2/2016 | Watson et al. |
| 9,281,847 | B2 | 3/2016 | Stockhammer et al. |
| 9,319,448 | B2 | 4/2016 | Chen et al. |
| 9,325,558 | B2 * | 4/2016 | Thang .................. H04L 65/4092 |
| 9,467,493 | B2 | 10/2016 | Thang et al. |
| 2002/0105951 | A1 | 8/2002 | Hannuksela et al. |
| 2003/0093790 | A1 | 5/2003 | Logan et al. |
| 2003/0236912 | A1 | 12/2003 | Klemets et al. |
| 2004/0064577 | A1 | 4/2004 | Dahlin et al. |
| 2004/0208120 | A1 | 10/2004 | Shenoi |
| 2005/0005308 | A1 | 1/2005 | Logan et al. |
| 2005/0076136 | A1 | 4/2005 | Cho et al. |
| 2005/0102371 | A1 | 5/2005 | Aksu |
| 2005/0193408 | A1 | 9/2005 | Sull et al. |
| 2005/0193425 | A1 | 9/2005 | Sull et al. |
| 2005/0203927 | A1 | 9/2005 | Sull et al. |
| 2005/0204385 | A1 | 9/2005 | Sull et al. |
| 2005/0273514 | A1 | 12/2005 | Milkey et al. |
| 2006/0109856 | A1 | 5/2006 | Deshpande |
| 2006/0218143 | A1 | 9/2006 | Najork |
| 2006/0235883 | A1 | 10/2006 | Krebs |
| 2006/0251093 | A1 | 11/2006 | Curcio et al. |
| 2007/0003251 | A1 | 1/2007 | Chung et al. |
| 2007/0033170 | A1 | 2/2007 | Sull et al. |
| 2007/0033292 | A1 | 2/2007 | Sull et al. |
| 2007/0033515 | A1 | 2/2007 | Sull et al. |
| 2007/0033521 | A1 | 2/2007 | Sull et al. |
| 2007/0033533 | A1 | 2/2007 | Sull |
| 2007/0038612 | A1 | 2/2007 | Sull et al. |
| 2007/0044010 | A1 | 2/2007 | Sull et al. |
| 2008/0034424 | A1 | 2/2008 | Overcash et al. |
| 2008/0050096 | A1 | 2/2008 | Ryu |
| 2008/0126943 | A1 | 5/2008 | Parasnis et al. |
| 2008/0155602 | A1 | 6/2008 | Collet et al. |
| 2008/0172441 | A1 | 7/2008 | Speicher et al. |
| 2008/0222244 | A1 | 9/2008 | Huang et al. |
| 2008/0313227 | A1 | 12/2008 | Shafton et al. |
| 2009/0157859 | A1 | 6/2009 | Morris |
| 2009/0185040 | A1 | 7/2009 | Yang et al. |
| 2009/0217354 | A1 | 8/2009 | Blum |
| 2009/0300204 | A1 | 12/2009 | Zhang et al. |
| 2010/0011274 | A1 * | 1/2010 | Stockhammer ... H03M 13/2789 714/752 |
| 2010/0107090 | A1 | 4/2010 | Hearst et al. |
| 2010/0169303 | A1 | 7/2010 | Biderman et al. |
| 2010/0174823 | A1 | 7/2010 | Huang |
| 2010/0217887 | A1 * | 8/2010 | Bouazizi ................ H04L 1/0041 709/231 |
| 2010/0235472 | A1 | 9/2010 | Sood et al. |
| 2010/0235528 | A1 | 9/2010 | Bocharov et al. |
| 2010/0262618 | A1 | 10/2010 | Hedinsson et al. |
| 2011/0080940 | A1 | 4/2011 | Bocharov et al. |
| 2011/0093492 | A1 | 4/2011 | Sull et al. |
| 2011/0096828 | A1 | 4/2011 | Chen et al. |
| 2011/0119394 | A1 | 5/2011 | Wang et al. |
| 2011/0185058 | A1 | 7/2011 | Priddle et al. |
| 2011/0231519 | A1 | 9/2011 | Luby et al. |
| 2011/0231569 | A1 | 9/2011 | Luby et al. |
| 2011/0238789 | A1 | 9/2011 | Luby et al. |
| 2011/0239078 | A1 | 9/2011 | Luby et al. |
| 2011/0302618 | A1 | 12/2011 | Odlund et al. |
| 2011/0307545 | A1 | 12/2011 | Bouazizi |
| 2012/0013746 | A1 | 1/2012 | Chen et al. |
| 2012/0016965 | A1 * | 1/2012 | Chen ................. H04N 21/23439 709/219 |
| 2012/0023155 | A1 | 1/2012 | Myers et al. |
| 2012/0023249 | A1 | 1/2012 | Chen et al. |
| 2012/0023251 | A1 | 1/2012 | Pyle et al. |
| 2012/0042050 | A1 | 2/2012 | Chen et al. |
| 2012/0042091 | A1 | 2/2012 | McCarthy et al. |
| 2012/0124179 | A1 | 5/2012 | Cappio et al. |
| 2012/0185570 | A1 | 7/2012 | Bouazizi et al. |
| 2012/0233345 | A1 | 9/2012 | Hannuksela |
| 2012/0284371 | A1 | 11/2012 | Begen et al. |
| 2012/0317305 | A1 | 12/2012 | Einarsson et al. |

# US 10,362,130 B2
Page 3

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0007223 A1* | 1/2013 | Luby | H04N 21/23106 |
| | | | 709/219 |
| 2013/0042100 A1 | 2/2013 | Bouazizi et al. | |
| 2013/0117413 A1 | 5/2013 | Kaneko | |
| 2013/0182643 A1 | 7/2013 | Pazos et al. | |
| 2013/0191550 A1 | 7/2013 | Hannuksela | |
| 2013/0254631 A1 | 9/2013 | Luby et al. | |
| 2013/0262567 A1 | 10/2013 | Walker et al. | |
| 2013/0286879 A1 | 10/2013 | Elarabawy et al. | |
| 2013/0290492 A1 | 10/2013 | Elarabawy et al. | |
| 2013/0298170 A1 | 11/2013 | Elarabawy et al. | |
| 2014/0137168 A1 | 5/2014 | Takahashi et al. | |
| 2014/0258861 A1 | 9/2014 | Baldwin | |
| 2015/0172348 A1 | 6/2015 | Lohmar et al. | |
| 2015/0280965 A1 | 10/2015 | Kervadec | |
| 2016/0165210 A1 | 6/2016 | Lee et al. | |
| 2018/0159909 A1 | 6/2018 | Huang | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2005071318 A | 3/2005 |
| JP | 2008259001 A | 10/2008 |
| KR | 1020050000490 A | 1/2005 |
| KR | 1020050055820 A | 6/2005 |
| KR | 1020050075633 A | 7/2005 |
| KR | 1020080108568 A | 12/2008 |
| WO | 03073768 A1 | 9/2003 |
| WO | 2011038032 A2 | 3/2011 |

## OTHER PUBLICATIONS

"Universal Mobile Telecommunications System; LTE; Transparent end-to-end Packet-switched Streaming Service (PSS); Protocols and codecs (3GPP TS 26.234 version 9.3.0 Release 9)," ETSI TS 126 234, V9.3.0, Jun. 2010, pp. 1-184, ETSI, France.
"Use cases for Rel-10 Adaptive HTTP Streaming", 3GPP TSG-SA4#60, Qualcomm Incorporated, Aug. 16-20, 2010, Erlangen, Germany.
Thomas Stockhammer et al., "Information technology—MPEG systems technologies—Part 6: Dynamic adaptive streaming over HTTP (DASH)", International Organization for Standardization, ISO/IEC JTC1/SC29/WG11 Coding of Moving Pictures and Audio, ISO/IEC CD 23001-6, Oct. 15, 2010, Guangzhou, China.
Ying Chen et al., "Response to the CfP on HTTP Streaming: Adaptive Video Streaming based on AVC," International Organisation for Standardisation, Jul. 2010, pp1-20, ISO/IEC JTC1/SC29/WG11, MPEG2010/MI7909, Qualcomm Incorporated, Geneva, Switzerland.

* cited by examiner

**FIG. 1**



FIG. 2





FIG. 3

**FIG. 4**



U.S. Patent          Jul. 23, 2019        Sheet 5 of 6          US 10,362,130 B2

**FIG. 5**





FIG. 6

US 10,362,130 B2

**1**

**APPARATUS AND METHOD FOR PROVIDING STREAMING CONTENTS**

TECHNICAL FIELD

The present invention relates to a technology for providing streaming content, and more particularly, to an apparatus and method for providing media content using adaptive streaming.

BACKGROUND ART

Streaming is one of schemes for transmitting and playing back multimedia content such as sounds, moving images, and the like. A client may play back content while receiving the content through the streaming.

An adaptive streaming service refers to providing a streaming service employing a communication scheme with a request of a client and a response of a server in response to the request.

The client may request a media sequence suitable for an environment of the client (for example, a transmission channel of the client), using the adaptive streaming service. The server may provide a media sequence matched to the request of the client among media sequences with various qualities that are included in the server.

The adaptive streaming service may be provided based on various protocols.

A Hypertext Transfer Protocol (HTTP) adaptive streaming service refers to an adaptive streaming service provided based on an HTTP protocol. A client of the HTTP adaptive streaming service may receive content from a server using the HTTP protocol, and may transmit a request associated with a streaming service to the server.

DISCLOSURE OF INVENTION

Technical Goals

An aspect of the present invention provides an apparatus and method that may designate a minimum amount of initially buffered media during playback of content.

Another aspect of the present invention provides an apparatus and method that may receive bytes within a specific range from a target indicated by a Uniform Resource Locator (URL), and may play back content.

Technical Solutions

According to an aspect of the present invention, there is provided a method by which a client provides media content including one or more periods, the method including: receiving metadata of the media content from a server, the metadata including a minBufferTime attribute indicating a minimum amount of initially buffered media content that is required to ensure playout of the media content; receiving the media content from the server, and buffering the received media content by at least the minimum amount; and playing back the media content.

The metadata may be a Media Presentation Description (MPD) of the media content.

The minBufferTime attribute may indicate the minimum amount of the initially buffered media content when the media content is continuously delivered at or above a value of a bandwidth attribute of the metadata.

**2**

Each of the periods may include one or more representations of the media content. Each of the representations may be a structured collection of one or more media components within a period.

The bandwidth attribute may be an attribute of each of the representations.

The bandwidth attribute may describe a minimum bandwidth of a hypothetical constant bitrate channel over which each of the representations are able to be continuously delivered after the client buffers each of the representations for at least minBufferTime.

Each of the representations may include one or more segments.

According to another aspect of the present invention, there is provided a terminal for providing media content including one or more periods, the terminal including: an access engine to receive metadata of the media content, to receive the media content from the server, and to buffer the received media content by at least a minimum amount indicated by a minBufferTime attribute, the metadata including the minBufferTime attribute indicating the minimum amount of initially buffered media content that is required to ensure playout of the media content; and a media engine to receive the media content from the access engine, and to play back the media content.

According to still another aspect of the present invention, there is provided a method by which a client provides media content including one or more periods, the method including: receiving metadata of the media content from a server, the metadata including a Uniform Resource Locator (URL) attribute and a range attribute; receiving bytes designated by the range attribute from a URL indicated by the URL attribute; and playing back the media content using the received bytes.

The bytes designated by the range attribute may designate segments of the media content.

The range attribute may indicate multiple byte ranges.

The bytes may be received by a partial HTTP GET command for the URL instructed by the byte range.

According to yet another aspect of the present invention, there is provided a terminal for providing media content including one or more periods, the terminal including: an access engine to receive metadata of the media content, and to receive bytes designated by a range attribute from a URL indicated by a URL attribute, the metadata including the URL attribute and the range attribute; and a media engine to play back the media content using the received bytes.

The bytes designated by the range attribute may designate segments of the media content.

The range attribute may indicate multiple byte ranges.

The bytes may be received by a partial HTTP GET command for the URL instructed by the byte range.

According to a further aspect of the present invention, there is provided a method by which a client processes content including one or more intervals, the method including: receiving metadata of an interval of the content from a server; processing the metadata and sending, to the server, a request for a fragment suitable for the interval based on the processed metadata; and receiving the fragment from the server.

The content may be content on demand, or live content.

The metadata may include general information, and the general information may include a general description of the content, and a general description of the interval.

The general description of the content may include at least one of a duration and a start time.

US 10,362,130 B2

3

The metadata may include Quality of Service (QoS) information, and the QoS information may describe characteristics of each of alternatives of the content.

The characteristics may include at least one of a bitrate, a resolution, and a quality.

Each of the alternatives may be physical, or virtual.

The fragment may be selected based on information of the alternatives.

The metadata may include mapping information, and the mapping information may describe locations to retrieve the content.

The metadata may include content-level information, and interval-level information, and all computations for deciding alternatives and resolving locations may be performed by the server.

The request may define an order value of the fragment in the interval, and a start time of the fragment in the interval.

The metadata may include content-level information, interval-level information, and QoS information, and all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server.

The request may include one of an order value of an alternative that appears in the QoS information based on the order value, values of adaptation operators that appear in the QoS information, and values of resources that appear in the QoS information.

The adaptation operators may include at least one of a number of scalable audio layers to be discarded, a number of temporal layers of a scalable video to be discarded, a number of spatial layers of a scalable video to be discarded, a number of quality layers of a scalable video to be discarded, and a number of priority layers of a scalable video to be discarded.

A type of the resources may include at least one of an average bitrate of the alternative, a vertical resolution of the alternative, a horizontal resolution of the alternative, and a frame rate of the alternative.

The metadata may include content-level information, interval-level information, QoS information, and mapping information, and all computations for deciding alternatives and resolving locations may be performed by the client.

The request may include at least one of a parameter for Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) boundary, a parameter for International Organization for Standardization (ISO) media file boundary, and parameters for a file considered as a raw byte-sequence.

The metadata may be physically separated into content-level information, interval-level information, QoS information, and mapping information, and linking of related parts of the content-level information, the interval-level information, the QoS information, and the mapping information may be performed by reference.

According to a further aspect of the present invention, there is provided a method by which a server provides content including one or more intervals, the method including: transmitting metadata of an interval of the content to a client; receiving a request for a fragment from the client, the fragment being selected based on the metadata and being suitable for the interval; parsing the content, and extracting a data part suitable for the fragment; and transmitting the fragment to the client.

According to a further aspect of the present invention, there is provided a client for processing content including one or more intervals, the client including: a transceiver to receive metadata of an interval of the content from a server, to send, to the server, a request for a fragment suitable for the

4

interval, and to receive the fragment from the server; and a controller to process the metadata, and to select the fragment suitable for the interval based on the processed metadata.

Effect of the Invention

According to embodiments of the present invention, it is possible to designate a minimum amount of initially buffered media during playback of content.

Additionally, according to embodiments of the present invention, it is possible to receive bytes within a specific range from a target indicated by a Uniform Resource Locator (URL), and to play back content.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. 2 is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

FIG. 3 is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

FIG. 4 is a diagram illustrating detection of virtual boundaries in a Moving Picture Experts Group-2 Transport Stream (MPEG-2 TS) according to an embodiment of the present invention.

FIG. 5 is a diagram illustrating a configuration of a client 100 according to an embodiment of the present invention.

FIG. 6 is a diagram illustrating a configuration of a client 100 according to an embodiment of the present invention.

BEST MODE FOR CARRYING OUT THE INVENTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below in order to explain the present invention by referring to the figures.

A Dynamic Adaptive Streaming over HTTP (DASH) may specify formats that enable 1) transferring of media content from an HTTP server to an HTTP client, and 2) caching of content by standard HTTP cashes.

FIG. 1 is a signal flowchart illustrating a content processing method according to an embodiment of the present invention.

A media component may be an encoded version of individual media types, such as audios, videos, or timed texts that have specific attributes, for example bandwidths, languages, or resolutions.

Media content may be a set of media components having a common timeline, for example audios, videos, or timed texts. Additionally, media components may have relationships showing how to present the media components as programs or movies (for example, individually, jointly, or mutually exclusive).

Media content and content may be used as interchangeable terms.

A media presentation may be a structured collection of data used to establish bounded or unbounded presentation of media content including consecutive media components.

US 10,362,130 B2

5

In other words, the media presentation may be a structured collection of data enabling access to a DASH client in order to provide a streaming service to a user.

A Media Presentation Description (MPD) may be a formalized description of a media presentation.

The media presentation may include possible updates of the MPD, and may be described by the MPD.

Content may be content on demand, or live content.

The content may be divided into one or more intervals. In other words, the content may include one or more intervals.

Intervals may be interchangeable with periods. The term period may be used as a term of 3rd Generation Partnership Project (3GPP) adaptive HTTP streaming.

A period may be an interval of a media presentation. Consecutive sequences of all periods may form a media presentation.

In other words, the media presentation may include one or more periods.

One or more intervals may be a basic unit. One or more intervals may be described by signaling metadata. In other words, metadata may describe each of the one or more intervals.

The metadata may be an MPD.

The MPD may define a format to notify resource identifiers for segments. The MPD may provide a context regarding resources identified in the media presentation. The resource identifiers may be HTTP-Uniform Resource Locators (URLs). URLs may be restricted by a byte range attribute.

Each interval may be divided into fragments.

Fragments may be interchangeable with segments. The term segment may be used as a term of 3GPP adaptive HTTP streaming.

A segment may refer to an entity body of a response to an HTTP/1.1 GET request for an HTTP-URL, for example as defined in RFC 2616, (or a GET request for a part indicated by a byte range). The metadata may include a URL attribute, and a range attribute. A client may receive bytes designated by the range attribute from a URL indicated by the URL attribute. In other words, the bytes may be received by a partial HTTP GET command for the URL instructed by the byte range. The bytes designated by the range attribute may represent the above-described segment.

The range attribute may indicate multiple byte ranges.

The client may play back media content using the received bytes (namely, the segment).

A sub-segment may refer to a smallest unit in segments that may be indexed by a segment index in a segment level.

Two or more sets of fragments corresponding to a single interval may exist. Each of the sets may be called an alternative.

An alternative may be interchangeable with a representation (or an expression).

Each period may include one or more groups.

Each group may include one or more representations of the same media content.

The representation may refer to a structured collection of one or more media components in a single period.

An MPD (or an MPD element) may provide descriptive information that enables a client to select one or more representations.

A Random Access Point (RAP) may be a specific location in a media segment. The RAP may be identified as a location in which playback may be started continuously from a location of the RAP using only information included in a media segment.

6

Each representation may be formed of one or more segments. In other words, a representation may include one or more segments.

An MPD may be a document including metadata required to a DASH client to form appropriate HTTP-URLs in order to 1) access segments and to 2) provide a user with a streaming service. The HTTP-URLs may be absolute or relative.

The MPD may be an Extensible Markup Language (XML)-document.

The MPD may include an MPD element. The MPD may include only a single MPD element.

A client 100 may be a DASH client.

The DASH client may be compatible with a client specified in RFC 2616.

The DASH client may typically use an HTTP GET method or an HTTP partial GET method, as specified in RFC 2616, to access segments or parts of segments.

A server 110 may perform hosting on DASH segments. The server 110 may be compatible with a server specified in RFC 2616.

In operation 120, the client 100 may receive, from the server 110, 1) metadata of content, or 2) metadata of a specific interval of the content. In other words, the server 110 may transmit, to the client 100, 1) the metadata of the content, or 2) the metadata of the specific interval of the content. The specific interval may indicate a currently processed interval among one or more intervals forming the content.

In operation 130, the client 100 may process the metadata of the specific interval.

In operation 140, the client 100 may send a request for a fragment to the server 110. The client 100 may request the server 110 to transmit fragments suitable for the specific interval based on the processed metadata. In other words, the requested fragments may be selected based on the metadata.

In operation 145, in several cases, the server may need to parse content (for example, a Moving Picture Experts Group (MPEG) layer 4 (MP4) file for Scalable Video Coding (SVC)), and to extract a data part suitable for the requested fragment.

In operation 150, the server 110 may transmit, to the client 100, a fragment suitable for each request from the client 100. The client 100 may receive the fragment from the server.

Subsequently, the entire process may be executed from the beginning. In other words, operation 120 may be repeated on the next interval to the specific interval.

The client 100 may play back content using fragments received when operations 120 through 150 are repeated.

FIG. 2 is a diagram illustrating categories of signaling information according to an embodiment of the present invention.

The signaling information (namely, metadata) may be divided into the following categories 1) through 4):

1) General information 210: includes common description of content, and general description of each interval, such as a duration, and a start time.

2) Quality of Service (QoS) information 220: describes characteristics of each alternative, such as a bitrate, a resolution, and a quality. In other words, the QoS information describes characteristics of each of alternatives of content.

An alternative may be physical (namely, created in advance), or may be virtual (namely, to be created on the fly). Based on information of alternatives, the client may select a fragment of an appropriate alternative. Accordingly, adaptivity to contexts of terminals and networks may be supported.

US 10,362,130 B2

7

3) Mapping information 230: describes locations to retrieve content. Depending on specific cases, different alternatives may have the same or different locations.

4) Client request 240: this type of signaling information may conform to a format of HTTP 1.1 request message. As shown in FIG. 1, parameters requested by the client may be derived from the information of categories 1) through 3).

Objectives of signaling are in the following 1) through 4):

1) Support for different media storage/delivery approaches: the signaling information may be general enough to support typical cases (also various cases) of storage and delivery, such as MPEG-2 Transport Stream (TS), MP4 file including Advanced Video Coding (AVC)/SVC alternatives. Additionally, multi-channel delivery may be required for advanced scenarios (for example, an SVC layer in a single HTTP connection).

2) Support for different cases of decision-making for adaptivity: the signaling information may be flexible to support different locations of decision making, such as a client-based case, a distributed case, and a server-based case.

3) Efficiency: the format of signaling information may allow a small data size and easy handling (for example, parsing, or modifying).

4) Compatibility with a standard HTTP request: the signaling information may provide appropriate description items so that request parameters may be put in an HTTP 1.1 request message, without requiring extensions (for example, new header fields).

FIG. 3 is a diagram illustrating a hierarchy of content division and levels of signaling information according to an embodiment of the present invention.

Signaling of metadata according to an embodiment of the present invention may be physically separated into content-level information 310, interval-level information 320, QoS information 330, and mapping information 340. Linking of related parts of the content-level information 310, the interval-level information 320, the QoS information 330, and the mapping information 340 may be performed by reference.

These parts of signaling information may be combined in different ways to support the flexibility.

For example, when only the content-level information 310 and interval-level information 320 are sent to a server, all computations for deciding alternatives and resolving locations may be performed by a server. Accordingly, when only the content-level information 310 and interval-level information 320 are sent to the client, a processing model may be "server-based."

When the content-level information 310, the interval-level information 320, and the QoS information 330 are sent to the client, all computations for deciding alternatives and resolving locations may be distributed and performed by the client and the server. Accordingly, when the content-level information 310, the interval-level information 320, and the QoS information 330 are sent to the client, the model may be "distributed."

When all the signaling information (namely, the content-level information 310, the interval-level information 320, the QoS information 330, and the mapping information 340) is sent to the client, the model may be client-based, because most (or all) processing (namely, computations for deciding alternatives and resolving locations) is performed by the client.

The separation of metadata parts may enable efficiency in storage and delivery. For example, during a session, meta-data of the content-level information 310 may be sent once, and only the interval-level information 320 may be periodi-

8

cally updated. Similarly, a single file containing the QoSInfo 330 may be used for different intervals and different contents.

There are different ways to represent a set of metadata, for example XML, pseudo-code, a Session Description Protocol (SDP), and the like.

XML may be a general language for description. XML may provide rich tools to describe almost everything. XML may also be very well-structured, and be suitable for building database. However, XML may have disadvantages of big data size and complexity. In particular, description in XML may require special software (for example, a Document Object Model (DOM), or Simple Application Programming Interface for XML (SAX)), to parse and process the meta-data. XML may be often used for syntax of bitstream (MPEG-1, MPEG-2 video bitstream, and file formats). An advantage of the above approach may be compactness of description, but it may not be very flexible to describe various types of syntax element.

In embodiments of the present invention, both XML and pseudo-code may be used to represent signaling syntax. XML syntax may be used for clients that support an XLM profile based on an MPEG-21 and similar schema. On the other hand, pseudo-code syntax may be based on a "language" of an International Organization for Standardization (ISO) base media file format and the like, and may be used in non-XML clients. In particular, a profile of the pseudo-code syntax may employ a parsing module similar to a parsing module of file-format parsing. To design the syntax for the above purpose, a table of common elements may be defined and elements in each format may be represented, in the following embodiments.

The proposed syntax may be represented by any other languages.

Hereinafter, tables of general syntax elements will be described.

In the following tables, the syntax elements may be described hierarchically. In other words, a child element may be shown in a column on the right of a parent element of the child element. "Leaf"-levels elements may be shown in italic, and parent elements may be shown in bold letter. A parent element may be represented by a corresponding XML type and a file box.

In the column of occurrence, "0 . . . N" may mean that the number of instances of an occurrence element may be from 0 to "unbounded." The minimum occurrence of 0 may mean that an element may be optional (namely, not present). A minimum occurrence equal to or greater than 1 may mean that an element is mandatory in the syntax.

Occurrence may be interchangeable with cardinality.

In a row of type, A indicates an attribute, and E indicates an element. In a row of optionality, M indicates mandatory, and O indicates optional. For attributes, M indicates mandatory, O indicates optional, OD indicates optional with default value, and CM indicates conditionally mandatory. For elements, elements may be represented as <minOccurs> . . . <maxOccurs>. Here, N may be unbounded.

The above meaning may equally be applied to other tables in the present specification.

Additionally, QoSInfo may be also called AdaptationInfo to make QoSInfo more specific. Moreover, a few elements may be revised to increase flexibility of the syntax.

US 10,362,130 B2

9 10

The following Table 1 describes general information.

TABLE 1

| | | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File fomat box) |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | Describes the top-level element of signaling metadata for HTTP streaming | HttpStreamingType | 'htps' box |
| | GeneralInfo | | 0 . . . N | Contains the general information of the described content | GeneralInfoType | 'geni' box |
| | | TimeScale | 0 . . . 1 | Describes the number of time units in 1 second. This value is used with time-related elements, when a time unit is not specified. | integer | unsigned int(32) |
| | | LiveStartTime | 0 . . . 1 | If LiveStartTime element is not present, the content is of VoD type. The presence of LiveStartTime element indicates a live content that is to be displayed at a time value of LiveStartTime. If LiveStartTime has a time value of 0, the display time is unknown. | dateTime | unsigned int(64) |
| | | Duration | 0 . . . 1 | If present, indicates duration of the content. Otherwise, the duration is unknown. | integer | unsigned int(32) |
| | | DefaultIntDuration | 0 . . . 1 | If present, indicates a default duration of each interval of the content. | integer | unsigned int(32) |
| | | MinUpdateTime | 0 . . . 1 | If present, indicates the minimum waiting time before requesting the main description file again. | integer | unsigned int(32) |
| | | ConsistentQoSInfo | 0 . . . 1 | If true, indicates that QoS information is the same as the whole content duration. | boolean | flag of the box |
| | | DefaultContentLoc | 0 . . . 1 | Provides a default location for the content. | anyURI | string of URL |
| | IntervalsRef | | 0 . . . N | Provides reference to description containing one or more instances of Interval element. One or more instances of Interval element represent a sequence of consecutive interval(s). | Intervals RefType | 'iref' box |
| | Interval | | 0 . . . N | Provides information of an interval of content. The information of the interval may be either included as an instance of Interval element or referenced by IntervalsRef element. | IntervalType | 'intv' box |
| | | IntervalInfo | 0 . . . 1 | Provides general information of an interval. | IntervalInfoType | 'inti' box |
| | | QoSInfoRef | 0 . . . 1 | Provides reference to description represented by QoSInfo element. If QosInfoRef element is present, QoSInfo element may not be present at the same level. | dia:ReferenceType | 'qref' box |
| | | QoSInfo | 0 . . . 1 | Provides information about alternatives of content, such as resource characteristics and quality/utility. If QoSInfo element is present, QoSInfoRef element may not be present. | QoSInfoType | 'QoSi' box |
| | | MappingInfoRef | 0 . . . 1 | Provides reference to description represented by MappingInfo element. If MappingInfoRef element is present, MappingInfo element may not be present at the same level. | dia:ReferenceType | 'mref' box |
| | | MappingInfo | 0 . . . 1 | Provides information about locations of content alternatives. If the information is not provided, DefaultContentIntLoc element (if not, DefaultContentLoc) can be used to retrieve content. If MappingInfo element is present, MappingInfoRef element may not be present. | MappingInfoType | 'mapi' box |

US 10,362,130 B2

11 12

TABLE 1-continued

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| | NextIntervalsRef | 0 . . . 1 | Provides reference to information of next interval(s). The information of next interval(s) is description containing one or more instances of Interval element. The information of next interval(s) is description represented by Interval element. Using NextIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the final interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |
| | PreviousIntervalsRef | 0 . . . 1 | Provides reference to information of previous interval(s). The information of next interval(s) is description containing one or more instances of Interval element. Using PreviousIntervalsRef element, the client does not need to reload the main description represented by HttpStr element. Within the current time window, only the first interval may contain NextIntervalsRef element. | Intervals RefType, may be extended from dia:ReferenceType | 'nref' box |

The following Table 2 describes IntervalsRef, NextIntervalsRef, PreviousIntervalsRef, QoSInfoRef, MappingInfoRef a, and IntervalInfo.

TABLE 2

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | Index | 1 | Indicates the order (starting from 1) of the referenced description or box (Interval, QoSInfo, MappingInfo) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
| | Location | 1 | Provides reference to description represented by Interval, QoSInfo, or MappingInfo. | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo | TimeScale | 0 . . . 1 | Describes the number of time units in one second. This value is used with time-related elements, when a time unit is not specified. TimeScale element, if present, overrides the time scale provided by GeneralInfo. | integer | unsigned int(32) |
| | StartTime | 0 . . . 1 | Indicates the start time of the interval. | | |
| | Duration | 0 . . . 1 | Indicates the duration of the interval. | integer | unsigned int(32) |
| | DefaultFragDuration | 0 . . . 1 | Indicates the default duration of fragments of the interval (except the last fragment). | integer | unsigned int(32) |
| | DefaultContentIntLoc | 0 . . . 1 | Provides a default location for the content interval. | anyURItype | string |
| | Last | 0 . . . 1 | If true, indicates the final interval of the content. | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef | startTime | | Indicates the start time of the referenced sequence of intervals/periods relative to the start time of the content (LiveStartTime for live content and 0 for on-demand content). | xs:duration | |
| | AvailableTime | 0 . . . 1 | Indicates the time the description of the next interval is available. The is the relative time from the start time of the content. | integer | unsigned int(32) |

US 10,362,130 B2

13                                    14

TABLE 2-continued

|  |  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
|  | Index | 1 | Indicates the order (starting from 1) of the referenced interval description (or box) in the description file referenced by the next Location element. | not applicable | unsigned int(8) |
|  | Location | 1 | Provides reference to description file that contains Interval descriptions. | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

The following Table 3 describes the QoSInfo element.

TABLE 3

|  |  |  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| QoSInfo |  |  | 1 | Provides information about a list of content alternatives, such as resource characteristics and quality/utility. | QoSInfoType containing a UtilityFunction of dia:AdaptationQoSType | 'QoSi' box |
|  | ClassSchemeRef |  | 0 . . . 1 | Provides a list of classification schemes. The classification schemes provide semantics for some terms or names. | dia:Description MetadataType | 'csmr' box |
|  |  | scheme | 1 . . . N | Provides reference to a classification scheme. | Attr. alias & href in dia:Description MetadataType | a url string |
| (1) | Resource |  | 0 . . . N | Each instance of Resource element describes, for a list of alternatives, characteristic values of a certain resource type (e.g., bitrate). | Element constraint of dia:UFDataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptationOperator |  | 0 . . . N | Each instance of AdaptationOperator element describes, for a list of alternatives, values of a certain adaptation type (e.g., remove temporal layers). | dia:UFDataType | 'adpo' box |
| (3) | Utility |  | 0 . . . N | Each instance of Utility element describes, for a list of alternatives, values in a certain quality/utility type (e.g., MOS). | dia:UFDataType | 'util' box |
|  | UtilityRank |  | 0 . . . 1 | Describes the quality ranking for a list of alternatives. | dia:UtilityRankType | 'utir' box |
|  |  | Value | 1 . . . N | Indicates the quality/utility rank of an alternative. The number of instances of Value element is equal to the number of alternatives. | integer | unsigned int(16) |

The following Table 4 shows common semantics of (1) Resource, (2) AdaptationOperator, and (3) Utility of Table 3.

TABLE 4

|  |  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| Element (1), (2), (3) | Name | 1 | Describes an identifier for a certain type of the element. When the identifier is not semantically defined by the above embodiment, next three elements are used to find semantics of the identifier in a classification scheme. | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |
|  | CSref_ind | 0 . . . 1 | Indicates the reference index of a classification scheme in the list provided by ClassSchemeRef element. | Not applicable | unsigned int(16) |
|  | LevelNum | 0 . . . 1 | Indicates the number of levels. | Not applicable | unsigned int(16) |

US 10,362,130 B2

15 | 16

### TABLE 4-continued

| | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| LevelIndex | 1 . . . N | Each instance of LevelIndex element represents an index value at a level of the classification scheme. | Not applicable | unsigned int(16) |
| Value | 1 . . . N | Indicates the value of a resource type (adaptation operator, or utility) of an alternative. The number of instances of Value element is equal to the number of alternatives. | Component in dia:VectorDataType | unsigned int(32) |

The following Table 5 shows mapping information.

### TABLE 5

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| MappingInfo | | 0 . . . 1 | | MappingInfoType | 'mapi' box |
| | AlterLocID | 0 . . . 1 | Provides a location ID for each alternative described in QoSInfo. If AlterLocID element is not present, the first location in the location list may be used for all alternatives. | dia:IntegerVectorType | 'aloc' box |
| | Value | 1 . . . N | Indicates a location ID for an alternative. The number of instances of this element is equal to the number of alternatives. The $n^{th}$ instance of Value element corresponds to the $n^{th}$ alternative of QoSInfo description. | integer | unsigned int(16) |
| | ReqQoSPara | 0 . . . N | Indicates a parameter of QoSInfo that may be put in the request (for an alternative) sent by the client to the server. A parameter may be an instance of Resource, AdaptationOperator, Utility, or UtilityRank elements. | ReqQoSParaType that extends dia:BooleanVectorType | 'reqp' box |
| | RefIndex | 1 | Indicates instance index/reference in the instance list of Resource, AdaptationOperator, Utility and UtilityRank elements. | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |
| | All | 1 | If true, the parameter needs to be requested for all alternatives and ReqFlag may be skipped. | boolean | flag |
| | ReqFlag | 0 . . . N | Each instance of ReqFlag element corresponds to an alternative. If ReqFlag is true, the request for the corresponding alternative has the parameter identified above. | component of BooleanVectorType | unsigned int(8) |
| | LocationList | 1 | Provides a list of locations for retrieving content alternatives | LocationListType | 'locl' box |
| | Location | 1 . . . N | Provides information of a location | LocationType | 'loca' box |

Semantics of Location elements may be further provided as shown in Table 6.

### TABLE 6

| | | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|
| Location | | 1 . . . N | | LocationType | 'loca' box |
| | LocID | 1 | Indicate an ID of an instance of Location element. Location element is referred to by AlterLocID. | integer | unsigned int(16) |

US 10,362,130 B2

17                                                                                   18

TABLE 6-continued

|  |  |  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|---|---|
| StrLocation |  |  | 0 . . . N | Provides location information of a stream of a content interval. Each stream is provided by either a stream URL or a number of fragment URLs. | StrLocationType | 'stlo' box |
|  | FragNum |  | 0 . . . 1 | Provides the number of fragments | integer | unsigned int(16) |
|  | StreamUrl |  | 0 . . . 1 | Describes a URL of a stream | anyURI type | string |
|  | FragmentUrl |  | 0 . . . N | Describes a URL of a fragment. The number of instances of FragmentUrl element is the number of fragments. | anyURI type | string |
|  | FragTime |  | 0 . . . 1 | Provides durations of fragments. | dia:VectorDataType | 'frtm' box |
|  |  | Value | 1 . . . N | Indicates a duration of a fragment. The number of instances of Value element is the number of fragments. | integer | unsigned int(32) |
|  | RandAccess |  | 0 . . . 1 | Describes fragments that support random access. | dia:VectorDataType | 'rdac' box |
|  |  | Value | 1 . . . N | Indicates the order of a random-access fragment. | integer | unsigned int(16) |
|  | MP2TSPara |  | 0 . . . 1 | Describes additional parameters (beside URL) for locating a content/program in a MPEG-2 TS. | MP2TSParaType | 'mp2p' box |
|  |  | PID | 1 . . . N | Describes values of PIDs of content/program in a MPEG-2 TS. | integer | unsigned int(16) |
|  | FragBoundaries |  | 0 . . . 1 | Describes boundaries of (virtual) fragments in a stream. The number of instances of FragBoundaries element is equal to the number of fragments of the stream. Only one type of following elements is present in a FragBoundaries instance. | FragBoundariesType | 'frbd' box |
|  |  | MP2TSBoundary | 0 . . . N | Describes parameters for detecting (virtual) fragment boundary in a MPEG-2 TS. If there are two instances of MP2TSBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of MP2TSBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | MP2TSBoundaryType | 'mp2b' box |
|  |  | ISOFileBoundary | 1 . . . 2 | Describes parameters for detecting (virtual) fragment boundary in a file based on ISO base media file format. If there are two instances of ISOFileBoundary element, the two instances are starting and ending boundaries of a fragment. If there is only one instance of ISOFileBoundary element, the instance is the starting boundary. The ending boundary is right before the starting boundary of the next fragment. | ISOFileBoundaryType | 'isfb' box |

US 10,362,130 B2

19          20

TABLE 6-continued

|  | Occurrence | Semantics | XML syntax (based on MPEG-21) | Pseudo-code (File format box) |
|---|---|---|---|---|
| ByteRanges | 1 | Describes byte ranges that identify a part/fragment of a file. Parameters provided by ByteRanges element may be used for byte range options in an HTTP request. | ByteRangesType | 'brag' box |

Semantics of MP2TSBoundary, ISOFileBoundary, and ByteRanges may be further provided as shown in Table 7.

TABLE 7

|  |  | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|---|
| MP2TSBoundary |  |  |  | MP2TSBoundaryType | 'mp2b' box |
|  | PCR__PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |
|  | PCR__base | 1 | Describes a value of a PCR base field | long | unsigned int(40) |
|  | PCR__ext | 1 | Describes a value of a PCR extension field. | integer | unsigned int(16) |
|  | Appearance | 1 | Describes the appearance order (e.g., $1^{st}$, $2^{nd}$) of the TS packet containing the PCR value identified by the above two elements. If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. | integer | unsigned int(16) |
|  | Media__PID | 1 . . . N | Describes PID of a media (e.g., video) of a program. The number of instances of Media__PID element is equal to the number of media of the program/content. | integer | unsigned int(16) |
|  | Media__Offset | 1 . . . N | Describes the offset (in TS packets of the same media PID) from the above identified PCR packet to the first media packet of a fragment. The $n^{th}$ instance of Media__Offset is associated with the $n^{th}$ instance of Media__PID. | integer | unsigned int(16) |
| ISOFileBoundary |  |  |  | ISOFileBoundaryType | 'isfb' box |
|  | SequenceNo | 1 | Describes the sequence number provided in the mfhd box. The mfhd box defines a fragment of an MP4 file. SequenceNo with a value of 0 indicates the beginning of the file. | integer | unsigned int(16) |
| ByteRanges |  |  |  | ByteRangesType | 'brag' box |
|  | Start | 1 . . . N | Describes the starting value of a byte range. A value of '−1' means that this value in the HTTP request is missing. | integer | unsigned int(32) |
|  | End | 1 . . . N | Describes the ending value of a byte range. A value of '−1' means that this value in the HTTP request is missing. Start-End instances are present in pair. The $n^{th}$ instance of End is associated with the $n^{th}$ instance of Start. | integer | unsigned int(32) |

US 10,362,130 B2

| 21 | | | | 22 |

TABLE 7-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| Media_PID | 0 . . . N | Describes PID of a media (e.g., video) that needs to be extracted from the byte range of the above pair of Start-End. Media_PID element is used when the byte range is a segment of MPEG-2 TS, and all PIDs do not need to be delivered. | integer | unsigned int(16) |

Hereinafter, a Client Request Will be Described.

Signaling of metadata obtained by a client may include different parts or levels of signaling information. Accordingly, a request from the client to a server may include parameters of different levels of details.

Main parameters of the client may be Uniform Resource Identifiers (URIs), and may be associated with a query part.

Three main scenarios are examined as follows:

1) Server-Based Scenario

In the server-based scenario, the metadata provided from the server to the client may include general content information **310** and general interval information **320**.

For an URI of requested content, DefaultContentIntLoc (if not, DefaultContentIntLoc) may be used. To enable the client to request a specific fragment of content, the following parameters a) and b) are defined in the query part (of the request in operation **140**):

a) "fragno": Order value of the fragment in the interval

b) "fragti": Start time of the fragment in the interval

For example, a request URI may be "HTTP://server.com/file.mp4?fragno=5."

2) Distributed Scenario

In the distributed scenario, the metadata provided from the server to the client may include general content information **310**, general interval information **320**, and QoS information **330**.

In addition to the above parameters, the following QoS-related parameters a) through c) are defined in the query part (of the request in operation **140**) to enable the client to request an appropriate alternative:

a) "alter": Order value of an alternative. Based on the order value of the alternative, the alternative may appear in the QoS information.

b) "oper1", "oper2", . . . , and "operN": "operi" carries a value of an $i^{th}$ adaptation operation that appears in the QoS information.

c) "res1", "res2", . . . , "resN": "resi" carries a value of an $i^{th}$ resource that appears in the QoS information.

Only one of the above three options may be used in a single request.

With typical adaptation operators and resource types, specific parameter names for better intelligibility and interoperability may be defined.

Adaptation operators are as the following a) through e).

a) audiolayers: indicates the number of scalable audio layers to be discarded.

b) temporallayers: indicates the number of temporal layers of scalable video to be discarded.

c) spatiallayers: indicates the number of spatial layers of scalable video to be discarded.

d) qualitylayers: indicates the number of quality layers of scalable video to be discarded.

e) prioritylayers: indicates the number of priority layers of scalable video to be discarded.

Resource types are as the following a) through d).

a) bitrate: indicates the average bitrate (in Kbps) of the requested alternative.

b) vertresolution: indicates the vertical resolution of the requested alternative.

c) horiresolution: indicates the horizontal resolution of the requested alternative.

d) framerate: indicates the framerate of the requested alternative.

Using the pre-defined parameters, an example of a request URI based on the bitrate may be "http://server.com/file.mp4?fragno=5&bitrate=550."

3) Client-Based Scenario

In the client-based scenario, the metadata provided from the server to the client may include general content, general interval information, QoS information, and mapping information.

The QoS-related parameters used in the request may be indicated by a ReqQoSPara part of QoSInfo metadata. For example, when RefIndex of ReqQoSPara is 0 or null, the "alter" parameter may be used instead of other options.

When ReqQoSPara is not present in the QoSInfo metadata, the QoS-related parameters may not be used. Alternatives in this case may be implied by locations of Mapping-Info.

A URI of content may be derived from rich description of MappingInfo. When content/program is conveyed in an MPEG-2 TS, one or more PIDs may be used to locate the content in the stream.

When additional information for detecting fragment boundaries are provided, the following parameters 1) through 3) for the query part (of the request in operation **140**) may be used.

1) For an MPEG-2 TS boundary, Appearance, PCR_PID, PCR_base, PCR_ext, Media_PID, and Media_Offset

2) For an ISO media file boundary, SequenceNo

3) For a file considered as a raw byte-sequence, Start and End

Semantics of the above parameters may be provided in semantics of a FragBoundaries element.

Start-End pairs may be used by a range header of an HTTP request message. For example, if {Start=0, End=99); (Start=200, End=299)}, the header may be "Range: bytes=0-99, 200-299."

Hereinafter, syntax representation in an XML format will be described. Representations of the above syntax elements may be provided in the XML format. Semantics of each element may be traced back in the above Tables 1 through 7.

US 10,362,130 B2

**23**

Several elements may be extensions of several types defined in an MPEG-21 DIA. Several few elements may take several types defined in the MPEG-21 DIA.

The following Table 8 shows syntax representation of HTTPStreamingType in the XML format.

TABLE 8

```
<complexType name="HTTPStreamingType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="GeneralInfo" type="GeneralInfoType"
        minOccurs="0"/>
        <choice minOccurs="0" maxOccurs="unbounded">
          <element name="IntervalsRef" type="IntervalsRefType"/>
          <element name="Interval" type="IntervalType"/>
        </choice>
```

TABLE 8-continued

```
      </sequence>  </complexContent>
</complexType>
```

The following Table 9 shows syntax representation of GeneralInfoType in the XML format.

TABLE 9

```
<complexType name="GeneralInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="LiveStartTime" type="dateTime"
        minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultIntDuration" type="integer"
        minOccurs="0"/>
        <element name="MinUpdateTime" type="integer"
        minOccurs="0"/>
        <element name="ConsistentQoSInfo" type="boolean"
        minOccurs="0"/>
        <element name="DefaultContentLoc" type="anyURI"
        minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

**24**

The following Table 10 shows syntax representation of IntervalRefType in the XML format.

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOc-
        curs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

The following Table 11 shows syntax representation of IntervalType in the XML format.

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType" minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:ReferenceType"/>
        </choice>
        <element         name="PreviousIntervalsRef"
        type="IntervalsRefType"
        minOccurs="0"/>
        <element         name="NextIntervalsRef"         type="IntervalsRefType"
        minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 12 shows syntax representation of IntervalInfoType in the XML format.

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer"
    minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI"
    minOccurs="0"/>
    <element name="Last"  type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

The following Table 13 shows syntax representation of QoSInfoType in the XML format.

TABLE 13

```
<complexType name="QoSInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element         name="DescriptionMetadata"
        type="dia:DescriptionMetadataType" minOccurs="0"/>
```

US 10,362,130 B2

**25**

TABLE 13-continued

```
        <element name="Description" type="dia:AdaptationQoSType"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 14 shows syntax representation of MappingInfoType in the XML format.

TABLE 14

```
<complexType name="MappingInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element          name="AlterLocIDs"          type="IntegerVectorType"
minOccurs="0"/>
          <element  name="ReqQoSPara"  type="ReqQoSParaType"  minOccurs="0"
maxOccurs="unbounded"/>
            <element name="LocationList" type="LocationListType"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

The following Table 15 shows syntax representation of ReqQoSParaType in the XML format.

TABLE 15

```
<complexType name="ReqQoSParaType">
  <complexContent>
    <extension base="dia:BooleanVectorType">
      <attribute name="all" type="boolean" use="optional"/>
        <attribute name="iOPinRef" type="anyURI" use="required"/>
    </extension>
```

TABLE 15-continued

```
  </complexContent>
</complexType>
```

The following Table 16 shows syntax representation of LocationListType in the XML format.

TABLE 16

```
<complexType name="LocationListType">
  <sequence>
    <element name="Location" type="LocationType"
```

**26**

TABLE 16-continued

```
maxOccurs="unbounded"/>
  </sequence>
</complexType>
```

The following Table 17 shows syntax representation of LocationType in the XML format.

TABLE 17

```
<complexType name="LocationType">
  <sequence>
    <element          name="StrLocation"          type="StrLocationType"
maxOccurs="unbounded"/>
  </sequence>
  <attribute name="locID" type="integer" use="required"/>
</complexType>
```

The following Table 18 shows syntax representation of StrLocationType in the XML format.

TABLE 18

```
<complexType name="StrLocationType">
  <sequence>
    <element name="FragNum" type="integer" minOccurs="0" />
    <choice>
      <element name="StreamUrl" type="anyURI"/>
      <element name="FragmentUrl" type="anyURI" maxOccurs="unbounded"/>
    </choice>
    <element name="FragTime" type="dia:IntegerVectorType" minOccurs="0" />
    <element name="RandAccess" type="dia:IntegerVectorType" minOccurs="0" />
    <element name="MP2TSPara" type="MP2TSParaType" minOccurs="0"/>
    <element          name="FragBoundaries"          type="FragBoundariesType"
maxOccurs="unbounded"/>
  </sequence>
</complexType>
```

The following Table 19 shows syntax representation of MP2TSParaType in the XML format.

TABLE 19

```
<complexType name="MP2TSParaType">
  <sequence>
    <element name="PID" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
```

The following Table 20 shows syntax representation of FragBoundariesType in the XML format.

US 10,362,130 B2

27

28

TABLE 20

```
<complexType name="FragBoundariesType">
  <sequence>
    <choice>
      <element          name="MP2TSBoundary"       type="MP2TSBoundaryType"
maxOccurs="2"/>
      <element          name="ISOFileBoundary"      type="ISOFileBoundaryType"
maxOccurs="2"/>
      <element name="ByteRanges" type="ByteRangesType"/>
    </choice>
  </sequence>
</complexType>
```

The following Table 21 shows syntax representation of MP2TSBoundaryType in the XML format.

TABLE 21

```
<complexType name="MP2TSBoundaryType">
  <sequence>
    <element name="PCR_PID" type="integer"/>
    <element name="PCR_base" type="long"/>
    <element name="PCR_ext" type="integer"/>
    <element name="Appearance" type="integer"/>
    <element name="Media_PID" type="integer" maxOccurs="unbounded"/>
    <element name="Media_Offset" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
```

The following Table 22 shows syntax representations of ISOFileBoundaryType and ByteRangesType in the XML format.

TABLE 22

```
<complexType name="ISOFileBoundaryType">
  <sequence>
    <element name="SequenceNo" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

Hereinafter, syntax representation in an MP4 pseudo-code format will be described. Representation of the above syntax elements may be provided in the MP4 pseudo-code format.

The following Table 23 shows syntax representation of HTTPStreamingBox in the MP4 pseudo-code format.

TABLE 23

HTTPStreamingBox

Box Type: 'htps'
Container: Signaling file

TABLE 23-continued

HTTPStreamingBox

Mandatory: Yes
Quantity: One
  Aligned(8) class HTTPStreamingBox extends Box('htps') {
  }

The following Table 24 shows syntax representation of GeneralInfoBox in the MP4 pseudo-code format.

TABLE 24

GeneralInfoBox
Box Type: 'geni'
Container: 'htps'
Mandatory: No
Quantity: One
  Aligned(8) class GeneralInfoBox extends Box('geni') {
    bit(1)       consistentQoSInfo_flag;
    bit(1)       timescale_flag;
    bit(1)       live_start_time_flag;
```

US 10,362,130 B2

29

30

TABLE 24-continued

```
bit(1)        duration_flag;
bit(1)        default_interval_duration_flag;
bit(1)        min_update_time_flag;
bit(1)        default_content_loc_flag;
bit(1)        reserved;
if (timescale_flag==1) { unsigned int(32)              timescale;}
if (live_start_time_flag==1) { unsigned int(64)        live_start_time;}
if (duration_flag==1) { unsigned int(32)               duration;}
if        (default_interval_duration_flag==1)          {unsigned        int(32)
default_interval_duration; }
if (min_update_time==1) {unsigned int(32)       min_update_time; }
if (default_content_loc_ref ==1) {string default_content_loc_ref; }
1
```

Hereinafter, interval-level information will be described. The following Table 25 shows syntax representation of IntervalBox in the MP4 pseudo-code format.

TABLE 25

IntervalBox

```
Box Type: 'intv'
Container: 'htps'
Mandatory: No
Quantity: One or more
  Aligned(8) class IntervalBox extends Box('intv') {
  }
```

The following Table 26 shows syntax representation of IntervalRefBox in the MP4 pseudo-code format.

TABLE 26

```
IntervalRefBox
Box Type: 'iref'
Container: 'htps'
Mandatory: No
Quantity: One or more
  Aligned(8) class IntervalRefBox extends Box('iref') {
    unsigned int(8) index;
    string                         location;
  }
```

The following Table 27 shows syntax representation of QoSInfoRefBox in the MP4 pseudo-code format.

TABLE 27

QoSInfoRefBox

```
Box Type: 'qref'
Container: 'intv'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class QoSInfoRef extends Box('qref') {
      unsigned int(8) index;
      string                      location;
    }
```

The following Table 28 shows syntax representation of MappingInfoRefBox in the MP4 pseudo-code format.

TABLE 28

MappingInfoRefBox

```
Box Type: 'mref'
Container: 'intv'
Mandatory: No
Quantity: Zero or more
  Aligned(8) class MappingInfoRef extends Box('mref') {
    unsigned int(8) index;
    string                      location;
  }
```

The following Table 29 shows syntax representation of IntervalInfoBox in the MP4 pseudo-code format.

TABLE 29

IntervalInfoBox

```
Box Type: 'inti'
Container: 'intv'
Mandatory: No
Quantity: Zero or more
  Aligned(8) class IntervalInfoBox extends Box('geni') {
    bit(1)    last_flag;
    bit(1)    timescale_flag;
    bit(1)    start_time_flag;
    bit(1)    duration_flag;
    bit(1)    default_frag_duration_flag;
    bit(1)    default_content_interval_loc_flag;
    bit(2)    reserved;
    if (timescale_flag==1) {unsigned int(32) timescale;}
    if (start_time_flag==1) {unsigned int(32) start_time;}
    if (duration_flag==1) {unsigned int(32) duration;}
    if (default_frag_duration==1) {unsigned int(32) default_frag_duration; }
    if             (default_content_interval_loc_flag==1)       {string
default_content_interval_loc; }
  }
```

US 10,362,130 B2

31

The following Table 30 shows syntax representation of NextIntervalRefBox in the MP4 pseudo-code format.

TABLE 30

| NextIntervalRefBox |
| --- |
| Box Type: 'nref'<br>Container: 'intv'<br>Mandatory: No<br>Quantity: Zero or more |

32

TABLE 30-continued

| NextIntervalRefBox |
| --- |
| Aligned(8) class NextIntervalRef extends Box('nref') {<br>  unsigned int(32)             available_time;<br>  unsigned int(8)        index;<br>  string                  location;<br>} |

Hereinafter, QoS information will be described.

The following Table 31 shows syntax representation of QoSInfoBox in the MP4 pseudo-code format.

TABLE 31

| QoSInfoBox |
| --- |
| Box Type: 'QoSi'<br>Container: 'intv' or 'htps'<br>Mandatory: No<br>Quantity: Zero or more<br>Note: when a 'QoSi' box is stored separately from other signaling metadata, it will stay directly in 'htps' box for the purpose of easy referencing.<br>  Aligned(8) class QoSInfoBox extends Box('QoSi') {<br>  } |

The following Table 32 shows syntax representation of ClassSchemeRefBox in the MP4 pseudo-code format.

TABLE 32

| ClassSchemeRefBox |
| --- |
| Box Type: 'csmr'<br>Container: 'QoSi'<br>Mandatory: No<br>Quantity: Zero or more<br>  Aligned(8) class ClassSchemeRef extends Box('csmr') {<br>    unsigned int(32)          entry_count;<br>    for (i=1; i <= entry_count ; i++)        {<br>      string        scheme;              //URL<br>    }<br>  } |

The following Table 33 shows syntax representation of ResourceBox in the MP4 pseudo-code format.

TABLE 33

| ResourceBox |
| --- |
| Box Type: 'resi'<br>Container: 'QoSi'<br>Mandatory: No<br>Quantity: Zero or more<br>  Aligned(8) class ResourceBox extends Box('resi') {<br>    unsigned int(32)         name;<br>    if<br>(name=="r000"‖name=="r001"‖name=="r002"‖name=="r003"‖name=="r004"‖<br>name=="r005"‖name=="r006"‖name=="r007"‖name=="r008"‖name=="r009")<br>    {<br>      unsigned int(16)         csref_ind;<br>      unsigned int(16)         level_num;<br>      for (i=1; i <= level_num ; i++)        {<br>        unsigned int(32)         level_index;<br>      }<br>    }<br>    for (i=1;      ; i++)    {<br>      unsigned int(32)        value;<br>    }<br>  }<br>We define some typical names of resource types as follows<br>  'bitr' means average bitrate of the content<br>  "frar" means frame rate of video content<br>  "verr" means vertical resolution of video frame<br>  "horr" means horizontal resolution of video frame |

US 10,362,130 B2

**33**

**34**

TABLE 33-continued

| ResourceBox |
| --- |
| When a resource type defined in some Classification Scheme should be used, the resource takes a "dummy name" among {'r000', 'r001', ....,'r009'} and some special parameters (csref_ind, level_num, level_index) are used to associate that "dummy name" with a term of semantics in the Classification Scheme. |

The following Table 34 shows syntax representation of AdaptationOperatorBox in the MP4 pseudo-code format.

TABLE 34

| AdaptationOperatorBox |
| --- |
| Box Type: 'adpo' |
| Container: 'QoSi' |
| Mandatory: No |
| Quantity: Zero or more |
|    Aligned(8) class AdaptationOperatorBox extends Box('adpo') { |
|       unsigned int(32)        name; |
|       if |
| (name=="a000"\|\|name=="a001"\|\|name=="a002"\|\|name=="a003"\|\|name=="a004"\|\| |
| name=="a005"\|\|name=="a006"\|\|name=="a007"\|\|name=="a008"\|\|name=="a009") |
|       { |
|          unsigned int(16)       csref_ind; |
|          unsigned int(16)       level_num; |
|          for (i=1; i <= level_num ; i++)    { |
|            unsigned int(32)       level_index; |
|          } |
|       } |
|       for (i=1;     ; i++)    { |
|          unsigned int(32)       value; |
|       } |
|    } |
|    We define some typical names of adaptation operator types as follows |
| 'spals' means the number of spatial layers to be discarded, from the highest one. |
| 'quls' means the number of quality layers to be discarded, from the highest one. |
| 'tmls' means the number of temporal layers to be discarded, from the highest one. |
|    When a adaptation operator type defined in some Classification Scheme (outside this standard) should be used, the operator takes a "dummy name" among {'a000', 'a001', ..., 'a009'} and some special parameters (csref_ind, level_num, level_index) are used to associate that "dummy name" with a term of semantics in the Classification Scheme. |

The following Table 35 shows syntax representation of UtilityBox in the MP4 pseudo-code format.

TABLE 35

| UtilityBox |
| --- |
| Box Type: 'util' |
| Container: 'QoSi' |
| Mandatory: No |
| Quantity: Zero or more |
|    Aligned(8) class UtilityBox extends Box('util') { |
|       unsigned int(32)        name; |
|       if |
| (name=="u000"\|\|name=="u001"\|\|name=="u002"\|\|name=="u003"\|\|name=="u004"\|\| |
| name=="u005"\|\|name=="u006"\|\|name=="u007"\|\|name=="u008"\|\|name=="u009") |
|       { |
|          unsigned int(16)       csref_ind; |
|          unsigned int(16)       level_num; |
|          for (i=1; i <= level_num ; i++)    { |
|            unsigned int(32)       level_index; |
|          } |
|       } |
|       for (i=1;   ; i++)    { |
|          unsigned int(32) value; |
|       } |
|    } |
|    We define some typical names of utilities as follows |

US 10,362,130 B2

| 35 | 36 |

**TABLE 35-continued**

| UtilityBox |
|---|
| 'psnr'<br>'mos'<br>  When a utility type defined in some Classification Scheme (outside this standard) should be used, the operator takes a "dummy name" among {'u000', 'u001', ..., 'u009'} and some special parameters (csrefind, level_num, level_index) are used to associate that "dummy name" with a term of semantics in the Classification Scheme. |

The following Table 36 shows syntax representation of UtilityRankBox in the MP4 pseudo-code format.

**TABLE 36**

| UtilityRankBox |
|---|
| Box Type: 'utir'<br>Container: 'QoSi'<br>Mandatory: No<br>Quantity: Zero or more<br>    Aligned(8) class UtilityRankBox extends Box('utir') {<br>        for (i=1;  ; i++)  {<br>            unsigned int(32)    value;<br>        }<br>    } |

Hereinafter, mapping information will be described.

The following Table 37 shows syntax representation of MappingInfoBox in the MP4 pseudo-code format.

**TABLE 37**

| MappingInfoBox |
|---|
| Box Type: 'mapi'<br>Container: 'intv' or 'htps'<br>Mandatory: No<br>Quantity: Zero or more<br>  Note: when a 'mapi' box is stored separately from other signaling metadata, it will stay directly in 'htps' box for the purpose of easy referencing.<br>    Aligned(8) class MappingInfoBox extends Box('mapi') {<br>    } |

The following Table 38 shows syntax representation of AlterLocIDBox in the MP4 pseudo-code format.

**TABLE 38**

| AlterLocIDBox |
|---|
| Box Type: 'aloc'<br>Container: 'mapi'<br>Mandatory: No<br>Quantity: Zero or more<br>    Aligned(8) class AlterLocIDBox extends Box('aloc') {<br>        for (i=1;  ; i++)  {<br>            unsigned int(32)    value;<br>        }<br>    } |

The following Table 39 shows syntax representation of ReqQoSParaBox in the MP4 pseudo-code format.

**TABLE 39**

| ReqQoSParaBox |
|---|
| Box Type: 'reqp'<br>Container: 'mapi'<br>Mandatory: No<br>Quantity: Zero or more |

**TABLE 39-continued**

| ReqQoSParaBox |
|---|
| Aligned(8) class ReqQoSParaBox extends Box('reqp') {<br>    bit(1)   all_flag;<br>    bit(7)   reserved;<br>    unsigned int(32) refindex;<br>    if ( all_flag == 0) {<br>        for (i=1;  ; i++)  {<br>            unsigned int(8) req_flag;<br>        }<br>    }<br>} |

The following Table 40 shows syntax representation of ReqQoSParaBox in the MP4 pseudo-code format.

**TABLE 40**

| ReqQoSParaBox |
|---|
| Box Type: 'locl'<br>Container: 'mapi'<br>Mandatory: No<br>Quantity: Zero or more<br>    Aligned(8) class LocationListBox extends Box('locl') {<br>    } |

The following Table 41 shows syntax representation of LocationBox in the MP4 pseudo-code format.

**TABLE 41**

| LocationBox |
|---|
| Box Type: 'loca'<br>Container: 'locl'<br>Mandatory: Yes<br>Quantity: One or more<br>    Aligned(8) class LocationBox extends Box('loca') {<br>        unsigned int(16)    frag_num;<br>        unsigned int(16)    locID;<br>    } |

The following Table 42 shows syntax representation of FragTimeBox in the MP4 pseudo-code format.

US 10,362,130 B2

37      38

### TABLE 42

FragTimeBox

```
Box Type: 'frtm'
Container: 'loca'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class FragTimeBox extends Box('frtm') {
        for (i=1;  ; i++)  {
            unsigned int(32)      value;
        }
    }
```

The following Table 43 shows syntax representation of RandAccessBox in the MP4 pseudo-code format.

### TABLE 43

RandAccessBox

```
Box Type: 'rdac'
Container: 'loca'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class RandAccessBox extends Box('rdac') {
        for (i=1;  ; i++)  {
            unsigned int(16)      value;
        }
    }
```

The following Table 44 shows syntax representation of StrLocationBox in the MP4 pseudo-code format.

### TABLE 44

StrLocationBox

```
Box Type: 'stlo'
Container: 'loca'
Mandatory: Yes
Quantity: One or more
    Aligned(8) class StrLocationBox extends Box('stlo') {
        bit(1)   stream_url_flag;
        bit(7)   reserved;
        if (stream_url_flag == 1) {
            string stream_url;
        } else {
            for (i=1;  ; i++)  {
                string     fragment_url;
            }
        }
    }
```

The following Table 45 shows syntax representation of MP2TSParaBox in the MP4 pseudo-code format.

### TABLE 45

MP2TSParaBox

```
Box Type: 'mp2p'
Container: 'loca'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class MP2TSParaBox extends Box('mp2p') {
        for (i=1;  ; i++)  {
            unsigned int(16)      PID;
        }
    }
```

The following Table 46 shows syntax representation of FragBoundariesBox in the MP4 pseudo-code format.

### TABLE 46

FragBoundariesBox

```
Box Type: 'frbd'
Container: 'loca'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class FragBoundariesBox extends Box('frbd') {
    }
```

The following Table 47 shows syntax representation of MP2TSBoundaryBox in the MP4 pseudo-code format.

### TABLE 47

MP2TSBoundaryBox

```
Box Type: 'mp2b'
Container: 'frbd'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class MP2TSBoundaryBox extends Box('mp2b') {
        unsigned int(16)     appearance;
        unsigned int(16)     PCR_ID;
        unsigned int(40)     PCR_base;
        unsigned int(16)     PCR_ext;
        for (i=1;  ; i++)      unsigned int(16)     media_PID;
        for (i=1;  ; i++)      unsigned int(16)     media_offset;
    }
```

The following Table 48 shows syntax representation of ISOFileBoundaryBox in the MP4 pseudo-code format.

### TABLE 48

ISOFileBoundaryBox

```
Box Type: 'isfb'
Container: 'frbd'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class ISOFileBoundaryBox extends Box('isfb') {
        unsigned int(16)     sequence_no;
    }
```

The following Table 49 shows syntax representation of ISOFileBoundaryBox in the MP4 pseudo-code format.

### TABLE 49

ByteRangesBox

```
Box Type: 'isfb'
Container: 'frbd'
Mandatory: No
Quantity: Zero or more
    Aligned(8) class ByteRangesBox extends Box('brag') {
        for (i=1;  ; i++)  {
            unsigned int(32)      start;
            unsigned int(32)      end;
        }
    }
```

FIG. **4** is a diagram illustrating detecting of virtual boundaries in an MPEG-2 TS according to an embodiment of the present invention.

In a TS, PCR packets of a given program may be carried with fixed PIDs (namely, PCR_PID), and may be inserted at least every 100 ms.

The PCT packets (with increasing values) may be considered as anchor points of the program. On the other hand,

US 10,362,130 B2

39

each media of a program may be carried by packets of a given PID (namely, Media_PID).

Accordingly, a fragment boundary of a media stream may be defined or identified by 1) a specific anchor point and 2) an offset from the anchor to the packet at the boundary.

The offset may be counted by the packets of the same Media_PID.

PCR values may be occasionally reset (discontinuity). For example, when one or more PCR packets have the same PCR value in an interval, an appearance order of PCR packets used as anchors may be indicated.

Accordingly, a fragment boundary of a media stream in a MPEG-2 TS may be identified by the following parameters in Table 50.

TABLE 50

| PCR_PID | Describes a PID carrying a PCR of a concerned content/program. |
|---|---|
| PCR_base | Describes a value of a PCR base field |
| PCR_ext | Describes a value of a PCR extension field |
| Appearance | Describes the appearance order (e.g., 1st, and 2nd) of the TS packet including the PCR value identified by the above two elements. |
| | If there is resetting/discontinuity of PCR, a PCR value may appear more than once during an interval. |
| Media_PID | Describes a PID of a media (e.g., video) of a program. |
| Media_Off-set | Describes an offset (in TS packets of the same Media_PID) from the above identified PCR packet to the first media packet of a fragment. |

Hereinafter, Mapping and Extension of Several Syntax Elements in 3GPP Adaptive HTTP Streaming Schema Will be Described.

The 3GPP has enabled standardization of a standard for adaptive HTTP streaming Mapping of several syntax elements described above into the schema of 3GPP adaptive HTTP streaming is shown.

Several other different syntax may be used to represent ideas in the following embodiment.

In the above schema, the term "period" may be equal to the term "interval" discussed above. Semantics of added elements/attributes are provided in Table 51.

TABLE 51

| PeriodsRef | Equivalent to IntervalsRef element in the syntax. Child elements (Location, startTime, and availableTime) are already defined in the table. To make it consistent with change of Period's start/duration attributes, the same duration attribute of Period may be used in PeriodsRef. |
|---|---|
| NextPeriodRef | Equivalent to PreviousIntervalsRef in the syntax. |
| Previous-PeriodsRef | Equivalent to PreviousIntervalsRef in the syntax. |
| lastPeriodFlag | Equivalent to Last element in the syntax. |
| Quality | Equivalent to Utility element of AdaptationInfo (or QoSInfo) in the syntax. Quality element has the following two attributes: 1) name: describes a quality type (e.g., MOS, and PSNR). The name attribute has the type of QualityNameType. Semantics of quality names listed in QualityNameType are defined by classification scheme AdaptationQoSCS of MPEG-21 DIA. 2) value: describes a quality value. |
| requestPara | Equivalent to ReqQoSPara element in the syntax. The requestPara attribute is a text string with the format defined as follows. If the string does not start with "?," the string may be formed of a sequence of values separated by spaces. Each value indicates the order of an attribute of Representation that is used as a parameter in a query. A name and value of a query parameter |

40

TABLE 51-continued

| | are a name and value of a corresponding attribute. For example, if the string is "2 3" and the second and third attributes of the Representation are [ . . . with="320" height="240" . . . ], the query part may be "with=320&height=240." If the string starts with "?," an exact query string for a request of the given Representation may be provided, for example, "bandwidth=1000&with=320&height=240." URL encoding (as defined in RFC 2616) may be applied here to support special characters. Several special characters that will be defined below may be also used in the text string. |
|---|---|
| randAccess | Equivalent to RandAccess element in the syntax. The randAccess attribute is a text string that is formed of a sequence of values separated by spaces. Each value indicates the order of a segment of the Representation. Segments identified by the randAccess attribute may support random access. |

Furthermore, the semantics of the range attribute of UrlType may be extended to support multiple byte ranges, for example, "0-500, 1000-1500." Such a modification may enable the range attribute to be equivalent to ByteRanges element of the above syntax.

Additionally, a sourceURL attribute may be changed from required to optional. This is because baseURL already provides a complete URL. The sourceURL may be unnecessary.

The use of multiple byte ranges may provide flexibility in downloading "virtual segments." For example, a segment of a low frame rate (that is able to be used in a trickmode) may be extracted on-the-fly from a stream or an original segment.

In addition, to support using multiple URLs for a Representation, the following modifications may be applied to the schema of 3GPP Adaptive HTTP Streaming

Hereinafter, Multiple Locations for the Same Resource/Content Will be Described.

Each level of description (a top-level, a Period level, and a Representation level) may provide only a single base URL for building absolute URLs from the description.

Multiple base URLs may be provided at each description level. Multiple base URLs may signal availability of resources at multiple locations.

Depending on an actual location of a client, the client may select one or more base URLs in a process of retrieving resources.

Such a modification may be implemented by different ways. One way may be to use an additional attribute called "morebaseURLs," or an element called "BaseURLs."

The attribute or element may be a string formed of multiple (base) URLs. The string may be separated by several special characters, for example ";" (namely, a semi-colon and a space).

For example, when a semicolon or space appears within a URL, the semicolon or space may be encoded by the rules of RFC 2616.

The morebaseURLs attribute (or BaseURLs element) of a lower description level may override the same attribute (or element) of the higher description level.

For clarity, the morebaseURLs attribute and BaseURLs element may be restricted to be mutually exclusive. In other words, only a single type may exist in a whole description.

Another way may be to use a MoreBaseURL element of any URI type with multiple instances, where each instance provides a base URL.

The different ways may be merely examples of ideas for providing multiple base URLs. The ideas may be implemented in many other ways or even other languages.

US 10,362,130 B2

41

Hereinafter, Multiple Locations for Resource/Content Components Will be Described.

Resource/content may be divided into one or more components/streams. Each of the one or more components/streams may be delivered from a location. The delivering may be supported by allowing multiple instances of an UrlTemplate element or a Url element set in SegmentInfoType. A modification "<xs:choice maxOccurs="unbounded">" in SegmentInfoType may be used for the above purpose.

The appearance order of a UrlTemplate instance or a Url set instance may indicate importance of "location/stream." A more important location may appear before a less important location. For example, a video Representation may include two streams (for example, a spatial base layer, and a spatial enhancement layer). Each of the two streams may be delivered from a location described by UrlTemplate. Subsequently, the first instance of UrlTemplate may be a location for the spatial base layer.

Moreover, multiple instances of InitialisationSegmentURL may be allowed. An $n^{th}$ instance of InitialisationSegmentURL may correspond to an $n^{th}$ instance of a location (by either the UrlTemplate element or the Url element set).

For example, when only a single instance of InitialisationSegmentURL exists, the instance may be used for all locations.

The following Tables 52 through 55 show the schema of 3 GPP AdaptiveHTTPStreaming.

TABLE 52

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
  targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
  xmlns:xs="http://www.w3.org/2001/XMLSchema"
  xmlns:="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
  <xs:annotation>
    <xs:appinfo>Media Presentation Description</xs:appinfo>
    <xs:documentation xml:lang="en">
      This Schema defines 3GPP Media Presentation Description!
    </xs:documentation>
  </xs:annotation> <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
  <xs:sequence>
    <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType">
      <xs:choice maxOccurs="unbounded">
        <xs:element name="Period" type="PeriodType"/>
        <xs:element name="PeriodsRef" type="PeriodsRefType"/>
      </xs:choice>
      <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
      <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl"
type="xs:anyURI">
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
  <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
  <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
  <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
  <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
  <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
  <xs:attribute name="minBufferTime" type="xs:duration"
use="required"/>
  <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
  <xs:attribute name="baseUrl" type="xs:anyURI"/>
  <xs:attribute name="morebaseUrls" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
```

42

TABLE 52-continued

```
  <xs:sequence>
    <xs:element name="Location" type="xs:anyURI"/>
  </xs:sequence>
  <xs:attribute name="startTime" type="xs:duration"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>>
```

TABLE 53

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="OnDemand"/>
    <xs:enumeration value="Live"/>
  </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType">
      <xs:element maxOccurs="unbounded" name="Representation"
type="RepresentationType">
        <xs:element minOccurs="0" name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:element minOccurs="0" name="NextPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
  <xs:attribute name="start" type="xs:duration"/>
  <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>
  <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>
  <xs:attribute default="false" name="lastPeriodFlag"
type="xs:boolean"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
  <xs:sequence>
    <xs:element minOccurs="0" name="Title" type="xs:string"/>
    <xs:element minOccurs="0" name="Source" type="xs:string"/>
    <xs:element minOccurs="0" name="Copyright" type="xs:string"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs :complexType>
```

TABLE 54

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
  <xs:sequence>
    <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
    <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl"
type="xs:anyURI">
      <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:attribute name="morebaseUrls" type="xs:string"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a
```

US 10,362,130 B2

43

44

### TABLE 54-continued

```
specific Period -->
<xs:complexType name="RepresentationType">
  <xs:sequence>
    <xs:element name="SegmentInfo" type="SegmentInfoType"/>
    <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>
    <xs:element minOccurs="0" name="TrickMode"
type="TrickModeType"/>
    <xs:element minOccurs="0" maxOccurs="unbounded"
name="Quality"
type="QualityType"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>
  <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
  <xs:attribute name="width" type="xs:unsignedInt"/>
  <xs:attribute name="height" type="xs:unsignedInt"/>
  <xs:attribute name="lang" type="xs:string"/>
  <xs:attribute name="mimeType" type="xs:string" use="required"/>
  <xs:attribute default="false" name="startWithRAP"
type="xs:boolean"/>
  <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
  <xs:attribute name="requestPara" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
  <xs:sequence>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="name" type="xs:QualityNameType"/>
  <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

### TABLE 55

```
<xs:simpleType name="QualityNameType">
  <xs:restriction base="xs:string">
    <xs:enumeration value="PSNR"/>
    <xs:enumeration value="MOS"/>
    <xs:enumeration value="ODG"/>
    <xs:enumeration value="DI"/>
  </xs:restriction>
</xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
  <xs:sequence>
    <xs:element minOccurs="0" name="BaseUrls"
type="xs:string"/>
    <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl"
type="xs:anyURI"/>
    <xs:element minOccurs="0" maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
    <xs:choice maxOccurs="unbounded">
      <xs:element minOccurs="0" name="UrlTemplate"
type="UrlTemplateType"/>
      <xs:sequence>
        <xs:element maxOccurs="unbounded" name="Url"
type="UrlType"/>
        <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
    </xs:choice>
  </xs:sequence>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:attribute name="morebaseUrls" type="xs:string"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="randAccess" type="xs:string"/>
```

### TABLE 55-continued

```
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Segment URL -->
<xs:complexType name="UrlType">
  <xs:sequence>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="sourceURL" type="xs:anyURI"
use="optional"/>
  <xs:attribute name="range" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

### TABLE 56

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
  <xs:sequence>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="sourceURL" type="xs:anyURI"/>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute default="1" name="startIndex"
type="xs:unsignedInt"/>
  <xs:attribute name="endIndex" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other"
processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation"
type="xs:string"/>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other"
processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
  <xs:sequence>
    <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
  <xs:anyAttribute namespace="##other"
processContents="lax"/>
</xs:complexType>
</xs:schema>
```

Hereinafter, Several Other Options of a PeriodsRef Element Will be Described.

XInclude may be a World Wide Web Consortium (W3C) technology that provides an inclusion mechanism used to merge XML documents.

The above PeriodsRef and XInclude may be similar in using any URI type (with the Location element and href attribute) to refer to a resource/description. However, there are major differences between the above two approaches.

XInclude may be used to merge XML documents. In other words, the merged documents may need to be obtained before being optionally further processed. Conversely, PeriodsRef may be used to refer to past or future periods. The past or future periods may not always need to be merged. The intention of PeriodsRef may be to allow a user to retrieve appropriate period information only when the user wants.

US 10,362,130 B2

45

In association with specific attributes/elements, startTime and availableTime of PeriodsRef may be unique for retrieval of period information. Among the attributes/elements of XInclude, "fallback" and "xpointer" may be used to improve functionality of PeriodsRef, while "parse", "encoding", "accept", and "accept-language" may be unnecessary for PeriodsRef.

Based on the above description, two additional options for referencing periods may be proposed: 1) enhanced PeriodsRef, and 2) XInclude-extending PeriodsRef.

Enhanced PeriodsRef: enables enhancement of existing PeriodsRef by the fallback element and xpointer attribute of XInclude. This option may have an advantage of simplicity in syntax and processing. The syntax of modified PeriodsRef may be provided in Table 57 below.

XInclude-extending PeriodsRef: enables building of PeriodsRef by simply extending XInclude with startTime and availableTime attributes. This option may have an advantage of the use of the standard XInclude. To avoid always merging documents initially, the semantics of PeriodsRef may need to mandate that "clients are allowed to decide whether merging needs to be completed." The syntax of PeriodsRef may be provided in Table 58 below.

In the above syntax, an ids attribute may be added to indicate ids of referenced Periods used in the current media presentation. Additionally, to have consistency with a href attribute of XInclude, the Location element may be changed to an optional location attribute.

TABLE 57

```
<xs:complexType name="PeriodsRefType">
  <xs:choice minOccurs="0" maxOccurs="unbounded">
    <xs:element minOccurs="0" maxOccurs="unbounded"
      name="fallback"
```

TABLE 57-continued

```
type="fallbackType"/>
    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
  </xs:choice>
  <xs:attribute name="ids" type="xs:string"/>
  <xs:attribute name="location" type="xs:anyURI"/>
  <xs:attribute name="xpointer" type="xs:string"/>
  <xs:attribute name="startTime" type="xs:duration"/>
  <xs:attribute name="availableTime" type="xs:duration"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="fallbackType">
  <xs:choice minOccurs="0" maxOccurs="unbounded">
    <xs:element name="PeriodsRef" type="PeriodsRefType"/>
    <xs:any namespace="##other" processContents="lax"/>
  </xs:choice>
  <xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

TABLE 58

```
<xs:schema
...
  xmlns:xi="http://www.w3.org/2001/XInclude"
...
<xs:complexType name="PeriodsRefType">
  <xs:complexContent>
    <xs:extension base="xi:includeType">
      <xs:attribute name="ids" type="xs:string"/>
      <xs:attribute name="startTime" type="xs:duration"/>
      <xs:attribute name="availableTime" type="xs:duration"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:extension>
  </xs:complexContent>
</xs:complexType>
```

The semantics of the above elements/attributes may be provided as shown in Table 59.

TABLE 59

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| Period | E | 1 . . . N | O | Provides information of Period. |
| PeriodsRef | E | 1 . . . N | O | Provides reference to description containing one or more instances of Period element. One or more instances of Period element represent a sequence of consecutive Period(s). The information of Period may be either included as an instance of Period element or referenced by PeriodsRef element. |
| ids | A | | O. | Provides id(s) of referenced Period(s). When multiple consecutive Periods are referenced, the id's conveyed by this string are separated by semicolon. |
| locatoin | A | | O. | Provides reference to description of Period(s). |
| xpointer | A | | O. | Provides an XPointer to identify a portion of the referenced description. If xpointer attribute is absent, location attribute needs to be present. |
| startTime | A | 0 . . . 1 | O. | Indicates the start time of the referenced sequence of Periods, relative to the start time of content. StartTime element may help a client to determine whether referenced information needs to be retrieved. |

US 10,362,130 B2

47

48

TABLE 59-continued

| Element or Attribute Name | Type (Attribute or Element) | Cardi- nality | Option- ality | Description |
|---|---|---|---|---|
| availableTime | A | 0 . . . 1 | O. | Indicates the time the description of referenced Period(s) is available. The time is the relative time from the start time of content. If availableTime attribute is absent, the description is already available. |

Hereinafter, Period Timeline Will Be Described.

Each period may have a start attribute indicating a start time of a period. However, the above approach may not be flexible in modifying a timeline of periods.

For example, to insert an advertisement period into an MPD for VOD, start times of all periods after the inserted period need to be modified. Furthermore, when the same advertisement period is played repeatedly (for example, every 1 hour), the period may be continuously inserted. In the same manner, when one or more periods are removed from an MPD, start times of remaining periods after periods are removed in space time may be modified.

In the embodiment, for flexibility of period management, the following modifications may be proposed:

1) Add a new attribute called "duration" to a Period
2) Change a current start attribute of a Period to optional
3) Add a new element called PeriodTimeline to the MPD type

The PeriodTimeline element may provide information about presentation of periods based on a timeline. Semantics and syntax of the PeriodTimeline element may be provided in Tables 60 through 62 below.

Using PeriodTimeline, description of a Period may be independent of a presentation time. Accordingly, a Period may be reused (fully or partially) in the same media presentation or in another media presentation. To modify the presentation time, only the Period Timeline needs to be changed.

In addition, the PartialPlay element may allow (re)play of one or more parts of a Period. For example, after an advertisement Period is presented, a part of the advertisement Period (denoted by beginning and ending) may be occasionally repeated during the whole session.

The PeriodTimeline element may impose an explicit timeline of Periods. Without the PeriodTimeline element, the implicit timeline of Periods may be inferred from the ordered sequence of Periods. To support the replay of a Period in the case of implicit timeline, the PartialPlay element may also be provided as a child element of the Period element.

TABLE 60

| Element or Attribute Name | Type (Attribute or Element) | Cardi- nality | Option- ality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| PeriodTimeline | E | 0 . . . 1 | O | Provides the presentation timeline of Periods of the Media Presentation. |
| PeriodsTime | E | 1 . . . N | O | Provides time information for presenting Period. |
| id | A | | O. | Indicates an id of Period of the Media Presentation. This value is equal to the value of the id attribute of Period, if the id attribute of Period is present. If no id attributes are present, this value is equal to the appearance order of Period in the MPD. |
| start | A | | O. | Provides accurate start time of Period relative to the value of the attribute availabilityStart time of the Media Presentation. The start attribute overrides start attribute of corresponding Period (i.e., an instance of Period element). The start attribute may be present for the first Period of the timeline. For other Periods, if information about presentation duration of previous Periods is available, this value may be deduced and the attribute may be absent. |
| PartialPlay | E | 0 . . . N | O. | Provides information for presenting a (temporal) part of Period. |
| beginning | A | | O. | Indicates a beginning point of a part of Period. This time value is relative to the beginning of the Period. |
| ending | A | | O. | Indicates an ending point of a part of Period. This time value is relative to the beginning of the Period. |

US 10,362,130 B2

49                                                                50

## TABLE 60-continued

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| Period | E | 1 . . . N | M | Provides information of Period. |
| start | A | | O | |
| id | A | | O | Indicates an ID of Period. When the Period is a (partial) repeat of another Period, the value of id attribute is equal to an ID or an appearance order of a referred Period. |
| duration | A | | O. | Indicates duration of Period. If start attribute is absent, duration attribute may be present. Also, for the last Period of a Media Presentation, if availabilityEndTime and SegmentTimeline are not available, the duration attribute of the Period may be present. |
| PartialPlay | E | 0 . . . N | O. | Provides information for presenting a (temporal) part of Period. |
| beginning | A | | O. | Indicates a beginning point of a part of Period. This time value is relative to the beginning of the Period. |
| ending | A | | O. | Indicates an ending point of a part of Period. This time value is relative to the beginning of the Period. |
| Representation | E | 0 . . . N | | Representation element contains description of Representation. |

## TABLE 61

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:
AdaptiveHTTPStreamingMPD:2009"
   attributeFormDefault="unqualified"
   elementFormDefault="qualified"
   xmlns:xs="http://www.w3.org/2001/XMLSchema"
   xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
...
<!-- MPD Type -->
<xs:complexType name="MPDtype">
   <xs:sequence>
      <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>
      <xs:element minOccurs="0" name="PeriodTimeline"
type="PeriodTimelineType"/>
      <xs:element maxOccurs="unbounded" name="Period"
         type="PeriodType"/>
      <xs:any namespace="##other" processContents="lax"
         minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
   <xs:attribute name="availabilityStartTime"
type="xs:dateTime"/>
   <xs:attribute name="availabilityEndTime"
type="xs:dateTime"/>
   <xs:attribute name="mediaPresentationDuration"
type="xs:duration"/>
   <xs:attribute name="minimumUpdatePeriodMPD"
type="xs:duration"/>
   <xs:attribute name="timeShiftBufferTime" type="xs:duration"
use="required"/>
   <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
   <xs:attribute name="baseUrl" type="xs:anyURI"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
   <xs:restriction base="xs:string">
      <xs:enumeration value="OnDemand"/>
      <xs:enumeration value="Live"/>
   </xs:restriction>
</xs:simpleType>
<!-- Period Timeline -->
<xs:complexType name="PeriodTimelineType">
```

## TABLE 61-continued

```
   <xs:sequence>
      <xs:element maxOccurs="unbounded" name="PeriodTime"
type="PeriodTimeType"/>
      <xs:any namespace="##other" processContents="lax"
         minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

## TABLE 62

```
<xs:complexType name="PeriodTimeType">
   <xs:sequence>
      <xs:element minOccurs="0" maxOccurs="unbounded"
         name="PartialPlay"
type="PartialPlayType"/>
      <xs:any namespace="##other" processContents="lax"
         minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="id" type="xs:string" use="required"/>
   <xs:attribute name="start" type="xs:duration"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PartialPlayType">
   <xs:sequence>
      <xs:any namespace="##other" processContents="lax"
         minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="beginning" type="xs:duration"/>
   <xs:attribute name="ending" type="xs:duration"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
   <xs:sequence>
      <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
      <xs:element minOccurs="0" maxOccurs="unbounded"
         name="PartialPlay"
```

US 10,362,130 B2

| 51 | 52 |

**TABLE 62-continued**

```
type="PartialPlayType"/>
      <xs:element minOccurs="0" maxOccurs="unbounded"
      name="Representation"
type="RepresentationType"/>
      <xs:any namespace="##other" processContents="lax"/>
```

Each supplementary item may be provided for the highest resolution of content. For example, when content is downscaled to several small terminals, a supplementary item and location parameters (xOffset, and yOffset) of the supplementary item may also be downscaled proportionally.

Semantics and syntax of SupplementaryInfo may be provided in Tables 63 through 65.

**TABLE 63**

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | | | |
| SupplementaryInfo | E | 0 . . . 1 | O | Provides supplementary information and presentation of the supplementary information for the Media Presentation. |
| SupplementaryItem | E | 1 . . . N | M | Provides a supplementary item and presentation of the supplementary item for the Media Presentation. |
| itemURL | A | | O. | Provides a URL of the supplementary item. |
| mime | A | | O. | Provides MIME type of the item. |
| Presentation | E | 0 . . . N | O. | Provides information for presenting the item. If both On and Off elements are absent, the item is always presented. The On and Off elements may appear alternatively. |
| On | E | 0 . . . N | O. | Indicates time duration where the supplementary item is presented. |
| Off | E | 0 . . . N | O. | Indicates time duration where the supplementary item is not presented. |
| xOffset | A | | O | Indicates a horizontal location of the item on a screen of a client. The horizontal location is counted in pixels, and is relative to the top left corner. |
| yOffset | A | | O | Indicates a vertical location of the item on a screen of a client. The vertical location is counted in pixels, and is relative to the top left corner. |
| transparency | A | | | Indicates the transparency degree (%) of the supplementary item. |

**TABLE 62-continued**

```
      minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="start" type="xs:duration"/>
      <xs:attribute name="duration" type="xs:duration"/>
      <xs:attribute name="id" type="xs:string"/>
      <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>
      <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
...
</xs:schema>
```

As no a repeated Period needs to contain representation description again, the minimum number of Representation instances may also be changed to 0.

Rather than using the id attribute directly, a special attribute indicating an id value of a previous Period to be repeated may be used.

Hereinafter, Supplementary Info Will be Described.

To provide a professional service, a provider may need clients to present supplementary information (together with main content), such as a provider's logo or advertisement banners. The supplementary information may be independent of the timeline of the Period.

**TABLE 64**

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:
AdaptiveHTTPStreamingMPD:2009"
      attributeFormDefault="unqualified"
      elementFormDefault="qualified"
      xmlns:xs="http://www.w3.org/2001/XMLSchema"
      xmlns="urn:3GPP:ns:PSS:
AdaptiveHTTPStreamingMPD:2009">
...
<!-- MPD Type -->
<xs:complexType name="MPDtype">
      <xs:sequence>
            <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>
            <xs:element minOccurs="0" name="SupplementaryInfo"
type="SupplementaryInfoType"/>
            <xs:element maxOccurs="unbounded" name="Period"
type="PeriodType"/>
            <xs:any namespace="##other" processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
      <xs:attribute name="availabilityStartTime"
type="xs:dateTime"/>
      <xs:attribute name="availabilityEndTime"
type="xs:dateTime"/>
```

US 10,362,130 B2

| 53 | 54 |

TABLE 64-continued

```
    <xs:attribute name="mediaPresentationDuration"
    type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD"
    type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration"
    use="required"/>
    <xs:attribute name="timeShiftBufferDepth"
    type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other"
    processContents="lax"/>
</xs:complexType>
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Supplementary Info -->
<xs:complexType name="SupplementaryInfoType">
    <xs:sequence>
        <xs:element maxOccurs="unbounded"
        name="SupplementaryItem"
    type="SupplementaryItemType">
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
    maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:anyAttribute namespace="##other"
    processContents="lax"/>
</xs:complexType>
```

TABLE 65

```
<xs:complexType name="SupplementaryItemType">
    <xs:sequence>
        <xs:element minOccurs="0" name="Presentation"
        type="PresentationType"/>
        <xs:any namespace="##other" processContents="lax"
        minOccurs="0"
    maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="itemURL" type="xs:anyURL"/>
    <xs:attribute name="mime" type="xs:string"/>
    <xs:anyAttribute namespace="##other"
    processContents="lax"/>
</xs:complexType>
<xs:complexType name="PresentationType">
    <xs:sequence>
        <xs:choice minOccurs="0" maxOccurs="unbounded">
            <xs:element name="On" type="xs:duration"/>
            <xs:element name="Off" type="xs:duration"/>
            <xs:any namespace="##other"
            processContents="lax" minOccurs="0"
```

TABLE 65-continued

```
    maxOccurs="unbounded"/>
        </xs:choice>
        <xs:sequence>
            <xs:attribute name="xOffset" type="xs:unsignedInt"/>
            <xs:attribute name="yOffset" type="xs:unsignedInt"/>
            <xs:attribute name="transparency"
            type="xs:unsignedInt"/>
            <xs:anyAttribute namespace="##other"
            processContents="lax"/>
</xs:complexType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element minOccurs="0"
        name="SegmentInfoDefault"
    type="SegmentInfoDefaultType"/>
        <xs:element maxOccurs="unbounded"
        name="Representation"
    type="RepresentationType">
        <xs:any namespace="##other"
        processContents="lax" minOccurs="0"
    maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute default="false"
    name="segmentAlignmentFlag" type="xs:boolean"/>
    <xs:attribute default="false"
    name="bitStreamSwitchingFlag" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other"
    processContents="lax"/>
</xs:complexType>
...
...
</xs:schema>
```

Hereinafter, Definitions of a Buffering Amount Will be Described.

A minimum amount of initially buffered media of a client may be defined in time unit. In several cases, it is difficult for a client to make sure a temporal duration of buffered media is enough. Another option may be provided to enable the initially buffered media to be specified in data size unit.

For example, when two options (namely, the time unit, and the data size unit) are provided at the same time, a provider may specify a priority for each of the two options. The client may select an option from the two options.

The above idea may be implemented by adding another optional attribute called minBufferSize to the MPD, as shown in Tables 66 and 67 below. At least one of the two attributes (minBufferTime, and minBufferSize) may need to be present.

Table 66 shows semantics of minBufferSize.

TABLE 66

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . . | | |
| minBufferTime | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in time duration. |

US 10,362,130 B2

55

56

**TABLE 66-continued**

| Element or Attribute Name | Use | Description |
|---|---|---|
| minBufferSize | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in datasize (kilo byte). |

**TABLE 67**

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
... ...
    <xs:complexType name="MPDtype">
        <xs:sequence>
            <xs:element name="ProgramInformation"
            type="ProgramInformationType"
minOccurs="0"/>
            <xs:element name="Period" type="PeriodType"
            maxOccurs="unbounded"/>
            <xs:element name="BaseURL" type="BaseURLType"
            minOccurs="0"
maxOccurs="unbounded"/>
            <!-- NEW: Alternate base URL specifications -->
            <xs:any namespace="##other"
            processContents="lax" minOccurs="0" process
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="type" type="PresentationType"
        default="OnDemand"/>
        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
        <xs:attribute name="mediaPresentationDuration"
        type="xs:duration"/>
        <xs:attribute name="minimumUpdatePeriodMPD"
        type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration"
        use="optional"/>
        <xs:attribute name="minBufferSize" type="xs:unsignedInt"
        use="optional"/>
        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
        <xs:attribute name="baseURL" type="xs:anyURI"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

**TABLE 67-continued**

```
        </xs:complexType>
...
</xs:schema>
```

Hereinafter, Bandwidth Information for Different Amounts of Initially Buffered Media Will be Described.

Bandwidth information of each representation may be provided for a given minimum amount of initially buffered media. However, different clients may have different pre-set amounts of initially buffered media, and accordingly different bandwidth information may be required for different clients.

Hereinafter, Different Bandwidth Values Corresponding to Different Minimum Amounts of Initially Buffered Media Will be Described for Each Representation.

An advantage of such a solution may be that multiple MPDs corresponding to multiple minimum amounts of initially buffered media are not required.

Accordingly, a schema of MPEG DASH may be changed as follows:

1) More values may be added to the MPD for minimum amounts of initially buffered media. As described above, the amount of buffering may be either in the time unit or data size unit.

2) For each representation, bandwidth values corresponding to the minimum amounts of initially buffered media may be provided.

The above changes may be implemented by the MinBuffer element in MPDtype or the BandwidthInfo@repBandwidth element in Representation-Type.

Table 68 shows semantics of MinBuffer.

**TABLE 68**

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| ... | | |
| BaseURL | 0 . . . N | Describes a URL that may be used on the MPD level, instead of baseURL attribute, or in addition to baseURL attribute. |
| MinBuffer | 0 . . . N | Provides a minimum amount of initially buffered media that is needed to ensure smooth playout. |
| id | M | Provides an ID of MinBuffer element. The value of this attribute may be greater than 0. |
| minBufferTime | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this attribute is represented in time duration. |
| minBufferSize | Optional | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above a bandwidth value of the Representation. The bandwidth value of the Representation corresponds to this amount of buffered media. The value of this |

US 10,362,130 B2

| 57 | | 58 |
|---|---|---|

TABLE 68-continued

| Element or Attribute Name | Use | Description |
|---|---|---|
| | | attribute is represented in datasize (kilo byte). At least one attribute among minBufferTime and minBufferSize may be present in MinBuffer element. |

Table 69 shows semantics of BandwidthInfo

TABLE 69

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation ... | M | Representation element contains description of Representation. |
| SegmentInfo | 1 | Provides Segment access information. |
| BandwidthInfo | 0 . . . N | Provides bandwidth information corresponding to a specific amount of initially buffered media. |
| id | M | Indicates an ID of MinBuffer element of the MPD. If the value of this attribute is 0, the value corresponds to the minimum amount of initially buffered media provided by minBufferTime or minBufferSize of the MPD. |
| repBandwidth | O | Provides a bandwidth value for the representation corresponding to the minimum amount of initially buffered media provided in the associated MinBuffer element. The repBandwidth attribute may be absent if the value of id attribute is 0. |

Tables 70 and 71 show XML syntax of Bandwidth Info.

TABLE 70

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
......
    <xs:complexType name="MPDtype">
        <xs:sequence>
            <xs:element name="ProgramInformation"
            type="ProgramInformationType"
minOccurs="0"/>
            <xs:element name="Period" type="PeriodType"
            maxOccurs="unbounded"/>
                <xs:element name="BaseURL" type="BaseURLType"
                minOccurs="0"
maxOccurs="unbounded"/>
                <xs:element name="MinBuffer" type="MinBufferType"
                minOccurs="0"
maxOccurs="unbounded"/>
                <xs:any namespace="##other" processContents="lax"
                minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="type" type="PresentationType"
        default="OnDemand"/>
        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
        <xs:attribute name="minimumUpdatePeriodMPD"
        type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration"
        use="optional"/>
        <xs:attribute name="minBufferSize" type="xs:unsignedInt"
        use="optional"/>
        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
        <xs:attribute name="baseUrl" type="xs:anyURI"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
    <xs:complexType name="MinBufferType">
        <xs:sequence>
```

TABLE 70-continued

```
            <xs:any namespace="##other" processContents="lax"
            minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="minBufferTime" type="xs:duration"/>
        <xs:attribute name="minBufferSize" type="xs:unsignedInt"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
...
```

TABLE 71

```
    <xs:complexType name="RepresentationType">
        <xs:complexContent>
            <xs:extension base="RepresentationBaseType">
                <xs:sequence>
                    <xs:element name="SegmentInfo" type="SegmentInfoType"/>
                    <xs:element minOccurs="0" maxOccurs="unbounded"
name="BandwidthInfo" type="BandwidthInfoType"/>
                    <xs:element name="TrickMode" type="TrickModeType"
minOccurs="0"/>
                </xs:sequence>
                <xs:attribute name="id" type="xs:string" use="required"/>
                <xs:attribute name="bandwidth" type="xs:unsignedInt"
                use="required"/>
                <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
                <xs:attribute name="depid" type="StringVectorType"/>
                <xs:attribute name="default" type="xs:boolean"/>
            </xs:extension>
        </xs:complexContent>
    </xs:complexType>
    <!-- Bandwidth Info -->
    <xs:complexType name="BandwidthInfoType">
        <xs:sequence>
            <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string"/>
```

US 10,362,130 B2

| 59 | 60 |
|---|---|

**TABLE 71-continued**

```
    <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
</xs:schema>
```

Hereinafter, a Segment Bandwidth Will be Described.

A bandwidth attribute may be provided for each representation over the whole duration of a period. However, for quality consistence, the bitrate of encoded video may usually have busty characteristics. A bitrate of one segment may be several times higher than a bitrate of another segment. Bandwidth information of each segment may be additionally provided, so that a client may more efficiently adapt to network variations.

Table 72 describes semantics of SegmentBandwidth.

**TABLE 72**

| Element or Attribute Name | Type (Attribute or Element) | Cardinality | Optionality | Description |
|---|---|---|---|---|
| MPD | E | 1 | M | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . Representation SegmentInfo | | | | |
| SegmentBandwidth | E | 0 . . . 1 | O. | Provides bandwidth information for segments of a representation. |
| Range | E | 1 . . . N | M. | Provides bandwidth information for a range of consecutive segments of a representation. The first range may start from the first segment of the representation. |
| offset | | | | Indicates a difference between a representation bandwidth and a segment bandwidth. A negative (non-negative) value means the segment bandwidth smaller (higher) than the representation bandwidth. A bandwidth of a segment is the sum of an offset value and a representation bandwidth. |
| repeat | | | | Indicates the number of consecutive segments that have the same bandwidth. |

Tables 73 and 74 show syntax of SegmentBandwidth.

**TABLE 73**

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:
AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
......
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
  <xs:sequence>
    <xs:element minOccurs="0" name="InitialisationSegmentURL"
type="UrlType"/>
    <xs:choice minOccurs="0">
      <xs:element minOccurs="0" name="UrlTemplate"
        type="UrlTemplateType"/>
      <xs:sequence>
        <xs:element maxOccurs="unbounded"
          name="Url" type="UrlType"/>
        <xs:any namespace="##other"
          processContents="lax" minOccurs="0"
          maxOccurs="unbounded"/>
      </xs:sequence>
```

**TABLE 73-continued**

```
    <xs:any namespace="##other"
      processContents="lax" minOccurs="0"
        maxOccurs="unbounded">
  </xs:choice>
  <xs:element minOccurs="0" name="SegmentBandwidths"
type="SegmentBandwidthsType"/>
  </xs:sequence>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

**TABLE 74**

```
<!-- Segment Bandwidths -->
<xs:complexType name="SegmentBandwidthsType">
  <xs:sequence>
      <xs:element maxOccurs="unbounded"
      name="Range" type="RangeType"/>
    <xs:any namespace="##other"
      processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:anyAttribute namespace="##other"
    processContents="lax"/>
</xs:complexType>
<xs:complexType name="RangeType">
  <xs:sequence>
    <xs:any namespace="##other"
      processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="offset" type="xs:integer"/>
  <xs:attribute name="repeat" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other"
    processContents="lax"/>
</xs:complexType>
...
</xs:schema>
```

US 10,362,130 B2

<table>
<tr><td>61</td><td>62</td></tr>
</table>

When a long segment causes large fluctuations of a bandwidth within a duration of the segment, it is necessary to describe sub-segment bandwidths. The above description may be implemented by changing the repeat attribute to the duration attribute (type="xs:duration"), to indicate an interval of sub-segments instead of segments.

The above idea may be represented in a more general way using the IntervalBandwidth element, as described below. An advantage of the way may be that an interval is unnecessarily aligned with segment boundaries. In the following syntax, multiple values of minimum initial buffering may be taken into account.

Table 75 shows syntax of IntervalBandwidth.

TABLE 75

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| Segment-Info | 1 | Provides Segment access information. |
| Bandwidth-Info | 0 . . . N | Provides bandwidth information corresponding to a specific amount of initially buffered media. |

TABLE 75-continued

| Element or Attribute Name | Use | Description |
|---|---|---|
| id | M | Indicates an ID of MinBuffer element of the MPD. If the value of this attribute is 0, the value corresponds to the minimum amount of initially buffered media provided by minBufferTime or minBufferSize attributes of the MPD. |
| repBand-width | 0 | Provides a bandwidth value for the representation corresponding to the minimum amount of initially buffered media provided in MinBuffer element. The repBandwidth attribute may be absent if the value of id attribute is 0. |
| Interval-Bandwidth | 0 . . . N | Provides bandwidth information for an interval of the representation. The bandwidth information corresponds to the minimum amount of initially buffered media indicated by the id attribute. The first interval may start from the beginning of the representation. |
| offset | M | Indicates a difference between a representation bandwidth and a segment bandwidth. A negative (non-negative) value means the segment bandwidth smaller (higher) than the representation bandwidth. A bandwidth of a segment is the sum of an offset value and a representation bandwidth. |
| duration | M | Indicates duration of the interval. |

Table 76 shows syntax of IntervalBandwidth.

TABLE 76

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:MPEG:ns:DASH"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns:xlink="http://www.w3.org/1999/xlink"
    xmlns="urn:MPEG:ns:DASH">
......
    <xs:complexType name="RepresentationType">
        <xs:complexContent>
            <xs:extension base="RepresentationBaseType">
                <xs:sequence>
                    <xs:element name="SegmentInfo" type="SegmentInfoType"/>
                    <xs:element          minOccurs="0"          maxOccurs="unbounded"
name="BandwidthInfo" type="BandwidthInfoType"/>
                    <xs:element        name="TrickMode"        type="TrickModeType"
minOccurs="0"/>
                </xs:sequence>
                <xs:attribute name="id" type="xs:string" use="required"/>
                <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
                <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
                <xs:attribute name="depid" type="StringVectorType"/>
                <xs:attribute name="default" type="xs:boolean"/>
            </xs:extension>
        </xs:complexContent>
    </xs:complexType>
<!-- Bandwidth Info, taken from the above Section    -->
<xs:complexType name="BandwidthInfoType">
    <xs:sequence>
        <xs:element          minOccurs="0"          maxOccurs="unbounded"
name="IntervalBandwidth" type="IntervalBandwidthType"/>
        <xs:any        namespace="##other"        processContents="lax"        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="IntervalBandwidthType">
    <xs:sequence>
        <xs:any        namespace="##other"        processContents="lax"        minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="offset" type="xs:integer"/>
```

US 10,362,130 B2

63

64

TABLE 76-continued

```
    <xs:attribute name="duration" type="xs:unsignedInt"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
</xs:schema>
```

Hereinafter, Extension to Support Virtual Segments Will be Described.

Media may be prepared before delivery. In particular, an original media file may be segmented, and several in-band metadata may be inserted into media data.

Description may be given of "virtual segments" that describe different representations, so that a demand for media manipulation may be minimized A virtual segment may be defined as a set of data part(s) inside a stream (or a segment).

Goals of virtual segments may include the following goals 1) and 2):

1) Ease in creation and management of media files: obviously using virtual segments, the number of physical files may be reduced. Additionally, original media files may remain unchanged, and may be augmented by out-of-band signaling metadata.

2) Flexibility in segment provisioning: different types of segments may be obtained from a stream.

In the MPEG DASH, a media segment to be requested by a client may be addressed by a URL and a byte range. The addressing may be rather limited, since a media segment may be formed of different parts of a media stream, in particular when a media stream includes different representations inside. The URL with multiple byte ranges may be used to identify virtual segments. Additionally, different techniques may be used to reduce an increased metadata size caused by using multiple byte ranges.

Semantics of UrlType of the MPD may be changed as follows.

range attribute: [ . . . ]. A format of this string may support multiple byte ranges. (for example, "0-500, 1000-1500")

When decoding a representation obtained by byte ranges, several parts of media header boxes (for example, moov or moof boxes) may include information that is different from representation description. Here, the information may be ignored.

To represent the byte ranges in a compact way, a new element called MoreAddressingInfo may be added. Metadata fragmentation may be applied to the MoreAddressing-Info element, to reduce a size of an initial MPD.

To support the feature that there is no need to modify original media file(s), the segment index boxes (and other related boxes, for example, a box corresponding to a Ranges element) may be conveyed out-of-band. Accordingly, the MoreAddressingInfo element may also include information that includes a URL and byte ranges, for addressing segment index boxes of each media segment.

The SegmentInfo element improved by the MoreAddressingInfo element is described as shown in Table 77.

TABLE 77

| Element or Attribute Name | Use | Description |
|---|---|---|
| SegmentInfo ............. | M | Provide Segment access information. |
| UrlList | 0...N | Provides a list of explicit URL(s) for Segments. |
| MoreAddressingInfo | 0...1 | Provides more addressing information for different representations that may be extracted from the segments identified by the above UrlTemplate, Urls, or UrlList. |
| baseURL | O | Provides the base URL for more addressing information. |
| xlink:href | O | Provides reference to external MoreAddressingInfo element. |
| ByteRanges | 0...1 | Provides byte ranges of different representations. |
| xlink:href | | Provides reference to external ByteRanges element. |
| sameRep | O | If sameRep is true, indicates that each Ranges element contains byte ranges of different segments of a representation. If sameRep is false, indicates that each Ranges element contains byte ranges of segments having the same segment order of different representations. The ordering of segments/representations is the same as that in corresponding representation description. If sameRep attribute is absent, which indicates that each Ranges element contains byte ranges for a segment of a representation. The ordering of segments/representations is the same as that in corresponding representation description. When the first representation needs no byte ranges, corresponding Ranges elements for the representation may be absent. |
| Ranges | 0...N | Provides byte ranges of representations (possibly consisting of multiple segments). Ranges element is based on string type representing a sequence of byte ranges. A byte range is denoted by "x-y" where x and y are a start value and an end value. Byte ranges of different segments (if any) are separated by semicolon character (";"), while different byte ranges within a segment are separated by comma character (","). |

US 10,362,130 B2

65                                                                          66

TABLE 77-continued

| Element or Attribute Name | Use | Description |
|---|---|---|
| | | When two or more byte ranges corresponding to the same segment order have the same x/y values, one or more x/y values may be absent and then referred from a corresponding value that is present. |
| xlink:href | | Provides reference to external ByteRanges element. |
| IdxBoxes | 0...1 | Provide address of segment index boxes of segments. IdxBoxes element is based on string type representing a sequence of byte ranges.A byte range is denoted by "x-y" where x and y are a start value and an end value. Byte ranges for different segments (if any) are separated by semicolon character (";"), while different byte ranges for a segment are separated by comma character (","). When a segment index box is used out-of-band (i.e., not in a media segment), the reference_offset value of the index box may be referenced from the first byte of the segment. |
| idxFileUrl | O | Provides URL of a file containing the index boxes of the segments. |

20

Here, conditions may be hold only when xlink:href is not used. When linking is used, all elements may be "optional," and <minOccurs=0>.

Elements are bold, and attributes are non-bold.

Tables 78 and 79 show XML syntax of MoreAddressingInfo.

TABLE 78

```
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
  <xs:sequence>
    <xs:element    name="InitialisationSegmentURL"    type="UrlType"    minOccurs="0"/>
    <xs:element    name="BaseURL"    type="BaseURLType"    minOccurs="0" maxOccurs="unbounded"/>
    <xs:element    name="SegmentTimeline"    type="SegmentTimelineType"    minOccurs="0"/>
    <xs:choice minOccurs="0">
      <xs:element name="UrlTemplate" type="UrlTemplateType" minOccurs="0"/>
      <xs:sequence>
        <xs:element name="Url" type="UrlType" maxOccurs="unbounded"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
          maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:element name="UrlList" type="UrlListType" minOccurs="0"/>
      <xs:any namespace="##other" processContents="lax" minOccurs="0"
        maxOccurs="unbounded"/>
    </xs:choice>
    <xs:element    name="MoreAddressingInfo"    type="MoreAddressingInfoType"    minOccurs="0"/>
  </xs:sequence>
  <xs:attributeGroup ref="SegmentInfoAttrGroup"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="MoreAddressingInfoType">
  <xs:sequence>
    <xs:element name="ByteRanges" type="ByteRangesType" minOccurs="0"/>
    <xs:element name="IdxBoxes" type="IdxBoxesType" minOccurs="0"/>
  </xs:sequence>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="ByteRangesType">
  <xs:sequence>
    <xs:element    name="Ranges"    type="RangesType"    minOccurs="0" maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute ref="xlink:href"/>
  <xs:attribute ref="xlink:actuate" default="onRequest"/>
  <xs:attribute name="sameRep" type="xs:boolean"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

US 10,362,130 B2

67

TABLE 79

```
<xs:complexType name="RangesType">
    <xs:simpleContent>
        <xs:extension base="xs:string">
            <xs:attribute ref="xlink:href"/>
            <xs:attribute ref="xlink:actuate" default="onRequest"/>
            <xs:anyAttribute namespace="##other" processContents="lax"/>
        </xs:extension>
    </xs:simpleContent>
</xs:complexType>
<xs:complexType name="IdxBoxesType">
    <xs:simpleContent>
        <xs:extension base="xs:string">
            <xs:attribute name="idxFileUrl" type="xs:anyURI"/>
            <xs:anyAttribute namespace="##other" processContents="lax"/>
        </xs:extension>
    </xs:simpleContent>
</xs:complexType>
```

To further reduce the size of the MoreAddressingInfo element, the MoreAddressingInfo element may be represented by the pseudo-code format.

An example of representing the ByteRanges element in the pseudo-code format is shown in the following Table 80.

TABLE 80

```
aligned(8) class ByteRangesBox extends FullBox('brgb', 0, 0) {
    bit(1)                              same_rep;
    unsigned int(31)                    segment_count;
    unsigned int(8)                     rep_count;
    if (same_rep){
        for( i=0; i < rep_count; i++)
            for ( j=0; j < segment_count; j++){
                unsigned int(8) range_count;
                for ( k=0; k < range_count; k++){
                    unsigned int(32) start;
                    unsigned int(32) end;
                }
            }
    }
    if (!same_rep){
        for( i=0; i < segment_count; i++)
            unsigned int(32) segment_offset;
            for ( j=0; j < rep_count; j++){
                unsigned int(7) range_count;
                bit(1) same_start;
                if (!same_start){
                    for ( k=0; k < range_count; k++){
                        unsigned int(32) start;
                        unsigned int(32) end;
                    }
                }
                if (same_start){
```

68

TABLE 80-continued

```
                    for ( k=0; k < range_count; k++)
                        unsigned int(32) end;
                }
            }
        }
    }
}
```

Here, same_rep indicates whether each sequence of byte ranges below is for segments of the same representation or segments having the same order in different representations.

segment_count indicates the number of segments in each representation.

rep_count indicates the number of representations.

range_count indicates the number of byte ranges.

start and end indicate a start value and an end value of each of byte ranges.

same_start indicates whether the following set of byte ranges has the same start values as a previous set of byte ranges.

To describe characteristics of representations provided by the MoreAddressingInfo element, different ways may be used. Hereinafter, two typical ways will be described: 1) using representations of a representation group and 2) using sub-representations of a representation.

Using Representations of Representation Group

SegmentInfoDefaultType of a RepresentationGroup element may be directly extended from the SegmentInfoType, as shown in the following Table 81. When a SegmentInfo-Default element of the RepresentationGroup element is used to convey addressing information of segments, the SegmentInfo element in the Representation element may be absent. Each representation of the representation group may have the same identifier value as an (corresponding) identifier value indicated by the Ranges element of MoreAddressingInfo.

TABLE 81

```
<xs:complexType name="SegmentInfoDefaultType">
    <xs:complexContent>
        <xs:extension base="SegmentInfoType">
            <xs:attribute name="sourceURLTemplatePeriod" type="xs:string"/>
        </xs:extension>
    </xs:complexContent>
</xs:complexType>
```

Using Sub-Representations in Representation

A new element called SubReps may be used to describe different (sub-) representations of a (parent) representation. The SegmentInfo element of a parent representation (as described above) may be used to convey the addressing information.

Table 82 describes semantics of SubReps.

TABLE 82

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation ........... | 1 | Provides Segment access information. |
| SegmentInfo | 1 | Provides Segment access information. (revised as above) |
| SubReps | 0...1 | Provides information about sub-representations of a representation. |
| SubRep | 0...N | Provides information about a sub-representation of a representation. SubRep element is of RepresentationType. An identifier of the sub-representation may be equal to an identifier of corresponding RepRanges in SegmentInfo element. Attributes of a sub-representation (if present) may override attributes of the parent representation. |

US 10,362,130 B2

69

70

Table 83 shows XML syntax of the SubReps element.

TABLE 83

```
<xs:complexType name="RepresentationType">
    <xs:complexContent>
        <xs:extension base="RepresentationBaseType">
            <xs:sequence>
                <xs:element name="SegmentInfo" type="SegmentInfoType"/>
                <xs:element    name="TrickMode"    type="TrickModeType"
minOccurs="0"/>
                <xs:element name="SubReps" type="SubRepsType" minOccurs="0"/>
            </xs:sequence>
            <xs:attribute name="id" type="xs:string" use="required"/>
            <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
            <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
            <xs:attribute name="depid" type="StringVectorType"/>
            <xs:attribute name="default" type="xs:boolean"/>
        </xs:extension>
    </xs:complexContent>
</xs:complexType>
<xs:complexType name="SubRepsType">
    <xs:sequence>
        <xs:element    name="SubRep"    type="RepresentationType"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

Hereinafter, an Adaptation Hint Will be Described.

In several cases, measuring quality values may be expensive. Accordingly, instead of explicitly providing quality information, a provider may provide a few hints in selecting different representations.

Hereinafter, an adaptation hint that suggests selected representations in a given context (for example, at a bandwidth constraint of 1 Mbps) is described. Elements and semantics of the adaptation hint are shown below. Adapta-

tionHint may be a child element of Period or Subset. When AdaptationHint is used in SubSet, AdaptationHint may only consider representations that belong to the SubSet.

In practice, a client may use AdaptationHint not only to select representations in described context, but also to infer (for example, interpolate) representations in other possible contexts.

Table 84 shows semantics of AdaptationHint.

TABLE 84

| Element or Attribute Name | Use | Description |
|---|---|---|
| Period | M | Provides information of Period. |
| ............ | | |
| AdaptationHint | 0...1 | Provides hint to select representations for supporting adaptivity. The hint includes a list of nodes, each describing a given set of constraints (e.g., bandwidth and display size) and the corresponding selected representations. |
| xlink:href | | Provides reference to external AdaptationHint element |
| Node | 1...N | Describes a given context (e.g., bandwidth and display size) and the corresponding selected representations. |
| bandwidth | O | Describes the bandwidth constraint |
| width | O | Describes the width constraint |
| height | O | Describes the height constraint |
| frameRate | O | Describes the frame rate constraint |
| SelectedRep | 1...N | Describes a selected representation. |
| id | M | Describes an identifier of a selected representation. |
| Subset | 0...N | Subset element contains a description of Subset. |
| AdaptationHint | O | Provides hint to select representations for adaptivity. The hint includes a list of nodes, each describing 1) a given set of constraints (e.g., bandwidth and display size) and 2) the corresponding selected representations within SubSet. |

Tables 85 and 86 show syntax of AdaptationHint.

TABLE 85

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
```

US 10,362,130 B2

71

72

### TABLE 85-continued

```
xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
   <xs:sequence>
      <xs:element      name="SegmentInfoDefault"      type="SegmentInfoDefaultType"
minOccurs="0"/>
      <xs:element      name="Representation"      type="RepresentationType"
minOccurs="1" maxOc-curs="unbounded"/>
      <xs:element      name="RepresentationGroup"      type="RepresentationGroupType"
minOccurs="0" maxOc-curs="unbounded"/>
      <xs:element      name="Subset"      type="SubsetType"      minOccurs="0"
maxOccurs="unbounded"/>
      <xs:element      name="AdaptationHint"      type="AdaptationHintType"
minOccurs="0"/>
      <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute ref="xlink:href"/>
   <xs:attribute ref="xlink:actuate" default="onRequest"/>
   <xs : attribute name="start" type="xs:duration"/>
   <xs:attribute name="id" type="xs:string" />
   <xs:attribute name="duration" type="xs:duration"/>
   <xs:attribute      name="segmentAlignmentFlag"      type="xs:boolean"
default="false"/>
   <xs:attribute      name="bitStreamSwitchingFlag"      type="xs:boolean"
default="false"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="SubsetType">
   <xs:sequence>
      <xs:element      name="Contains"      type="ContainsType"      minOccurs="1"
maxOccurs="unbounded"/>
      <xs:element      name="AdaptationHint"      type="AdaptationHintType"
minOccurs="0"/>
      <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Adaptation Hint   -->
<xs:complexType name="AdaptationHintType">
   <xs:sequence>
      <xs:element name="Node" type="NodeType" maxOccurs="unbounded"/>
      <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

### TABLE 86

```
<!-- Node   -->
<xs:complexType name="NodeType">
   <xs:sequence>
      <xs:element      name="SelectedRep"      type="SelectedRepType"
maxOccurs="unbounded"/>
      <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="bandwidth" type="xs:unsignedInt"/>
   <xs:attribute name="width" type="xs:unsignedInt"/>
   <xs:attribute name="height" type="xs:unsignedInt"/>
   <xs:attribute name="frameRate" type="xs:double"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Selected Rep   -->
<xs:complexType name="SelectedRepType">
   <xs:sequence>
      <xs:any      namespace="##other"      processContents="lax"      minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="id" type="xs:string" use="required"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

US 10,362,130 B2

73

Hereinafter, a Bandwidth Range for a Group of Sub-Representations Will be Described.

Scalable content may be more and more popular due to flexibility in extracting sub-streams to meet various constraints of user devices. A file format may also provide a wide variety of tools to extract sub-streams from a full (scalable) stream. To support scalable content in DASH, a new attribute called bandwidthRange for a Representation may be proposed. The bandwidthRange attribute may provide bandwidth values of sub-streams (or sub-representations) that are extractable from the full stream/representation.

To download the segments of the full representation, a client may use only URLs provided together with representation description. However, to download segments of a sub-representation, the client may include a query parameter called "bandwidth" to each URL (For example, "?bandwidth=1000").

Table 87 describes semantics of bandwidthRange.

74

provided at the MPD level. However, it may be unclear whether minBufferTime is applied only to the beginning of the media presentation, or to any RAPs.

Semantics of minBufferTime at the MPD level may be revised to one of the following options:

1) to provide the minimum amount of initially buffered media (at the beginning of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation.

2) to provide the minimum amount of initially buffered media (at the beginning of any Period of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation.

3) to provide the minimum amount of initially buffered media (at any RAPs of the media presentation) that is needed

TABLE 87

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| id | M | Describes a unique identifier for Representation within Period. The string may only contain characters permitted to form a valid http-URL according to RFC1738. For scalable content, the string may contain a list of ids (separated by semicolon character ";") corresponding to the sub-representations whose bandwidth values are provided in bandwidthRange attribute. The first id of the list may be an id of the (full) representation. |
| bandwidth | O | Describes a minimum bandwidth of a hypothetical constant bitrate channel in bits per second (bps) over which the Representation (i.e., the collection of all Segments of a Representation) may be delivered such that a client, after buffering for exactly minBufferTime may be assured of having enough data for continuous playout. |
| bandwidthRange | O | Describes a string containing a list of bandwidth values (separated by semicolon character ";") of sub-representations extractable from the representation. To request a sub-representation, a client may include in the request a query parameter called "bandwidth." A value of "bandwidth" is a bandwidth value of the required sub-representation. |

bandwidthRange may be used for RepresentationGroup as well. Here, the sub-representations may become representations of RepresentationGroup.

Similarly to the bandwidth, other attributes, such as resolution, or frame rate, may be augmented by corresponding resolutionRange and framerateRange.

Hereinafter, Bandwidth Information Will be Additionally Described.

Description related to a bandwidth and initial buffering delay may be improved to enable flexibility and accuracy in supporting adaptivity.

minBufferTime at MPD Level

A bandwidth value of each representation may be defined with respect to a certain minimum initial buffering time value (minBufferTime). The initial buffering time may be

to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation.

minBufferTime at Period Level

For example, when the minBufferTime attribute at the MPD level is specific to the starting point of the presentation, minBufferTime may be added to each Period. The adding minBufferTime to each Period may override a value of minBufferTime at the MPD level. The overriding may enable appropriate initial buffering before starting a Period.

First, minBufferTime at the MPD level may be changed to an "optional attribute" as shown in Table 88.

US 10,362,130 B2

75

76

Table 88 describes minBufferTime.

TABLE 88

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | |
| minBufferTime | O | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of bandwidth attribute of the Representation. |

Semantics and syntax of the minBufferTime attribute at the Period level are shown in Tables 89 and 90.

TABLE 89

| Element or Attribute Name | Use | Description |
|---|---|---|
| Period | 1 | Provides information of Period. |
| . . . | | |
| minBufferTime | O | Options of semantics: 1) Provides the minimum amount of initially buffered media (at the beginning of the current Period) that is needed to ensure smooth playout provided that each Representation of the current Period is delivered at or above the value of the bandwidth attribute of the Representation. If present, minBufferTime attribute overrides the minBufferTime attribute at MPD level. 1) Provides the minimum amount of initially buffered media (at any RAPs within the current Period) that is needed to ensure smooth playout provided that each Representation of the current Period is delivered at or above the value of the bandwidth attribute of the Representation. If present, minBufferTime attribute overrides the minBufferTime attribute at MPD level. |

TABLE 90

```
<!-- Period of a presentation -->
    <xs:complexType name="PeriodType">
        <xs:sequence>
            <xs:element name="SegmentInfoDefault" type="SegmentInfoDefaultType"
minOccurs="0"/>
            <xs:element name="Representation" type="RepresentationType"
minOccurs="1" maxOccurs="unbounded"/>
            <xs:element name="RepresentationGroup" type="RepresentationGroupType"
minOccurs="0" maxOccurs="unbounded"/>
            <xs:element name="Subset" type="SubsetType" minOccurs="0"
maxOccurs="unbounded"/>
            <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute ref="xlink:href"/>
        <xs:attribute ref="xlink:actuate" default="onRequest"/>
        <xs:attribute name="start" type="xs:duration"/>
        <xs:attribute name="id" type="xs:string" I>
        <xs:attribute name="duration" type="xs:duration"/>
            <xs:attribute name="minBufferTime" type="xs:duration" use="optionar>
        <xs:attribute       name="segmentAlignmentFlag"      type="xs:boolean"
default="false"/>
        <xs:attribute       name="bitStreamSwitchingFlag"    type="xs:boolean"
default="false"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
```

Hereinafter, Revised Definition of the Bandwidth Will be Described.

The definition of the bandwidth may guarantee continuous playout of a representation in a Period. However, there is no guarantee that representation(s) in the next Period (if any) will be sufficiently buffered before representations start. To support continuous playout across Periods, semantics of the bandwidth attribute may be changed as shown in Table 91.

US 10,362,130 B2

77

78

TABLE 91

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| id | M | Describes a unique identifier for Representation within Period. The string may only contain characters permitted to form a valid http-URL according to RFC1738. |
| bandwidth | M | Describes a minimum bandwidth of a hypothetical constant bitrate channel in bits per second (bps) over which the Representation (i.e., the collection of all Segments of a Representation) may be delivered such that a client, after buffering for exactly minBufferTime may be assured of having enough data for continuous playout. Also, the value of bandwidth may enable 1) transparent splicing between the current Period and the next Period and 2) continuous play-out in the next Period. |

All media data of the current Period may be received well before the start of the next Period. Accordingly, all media data of the next Period may be sufficiently buffered (for continuous playout) before the start of the next Period.

Hereinafter, Multiple Pairs of Bandwidth-minBufferTime Will be Described.

Different devices, receiving the same MPD, may respect minBufferTime in the MPD. However, different devices may require different amounts of initially buffered media (or different minimum initial buffering delays).

For example, one device may prefer low delay (at the cost of high bandwidth), while another device with low-bandwidth connection may accept a large delay.

Having multiple pairs of bandwidth-minBufferTime may provide a great flexibility in selecting QoS levels.

Hereinafter, 1) different values/instances of minBufferTime and 2) different bandwidth values (for each representation) that correspond to different values of minBufferTime will be described. An advantage of such a solution may be that multiple MPDs corresponding to multiple values of minBufferTime are not required.

Accordingly, the schema of MPEG DASH may be changed as follows:

1) More values for minimum initial buffering delay may be added to the MPD.

2) For each representation, bandwidth values corresponding to values of the minimum initial buffering delays may be provided.

The above changes may be implemented by 1) MinBufferTime elements at the MPD level and Period level, and by 2) the BandwidthInfo element in a Representation.

Other pairs of bandwidth-minBufferTime may be interpolated from the provided pairs of bandwidth-minBufferTime.

Table 92 shows semantics of MinBufferTime at the MPD level.

TABLE 92

| Element or Attribute Name | Use | Description |
|---|---|---|
| MPD | 1 | Describes a root element that carries a Media Presentation Description (MPD) for a Media Presentation. |
| . . . | | |
| BaseURL | 0 . . . N | Describes a URL that may be used on the MPD level, instead of or in addition to baseURL attribute. |
| minBufferTime | 0 . . . N | Provides a minimum amount of initially buffered media that is needed to ensure smooth playout. |
| id | M | Provides an ID of MinBuffer element. The value of id attribute may be greater than 0. |
| vaule | O | 1) Provides the minimum amount of initially buffered media (at the beginning of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. 2) Provides the minimum amount of initially buffered media (at the beginning of any Period of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. 3) Provides the minimum amount of initially buffered media (at any RAPs of the media presentation) that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. |

US 10,362,130 B2

<table>
<tr><td>79</td><td>80</td></tr>
</table>

Table 93 shows semantics of MinBufferTime at the Period level.

TABLE 93

| Element or Attribute Name | Use | Description |
| --- | --- | --- |
| Period | 1 | Provides information of Period. |
| ... | | |
| minBufferTime | 0 . . . N | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout. When MinBufferTime is present, MinBufferTime elements at MPD level are ignored. |
| id | M | Provides an ID of MinBufferTime element. The value of id attribute may be greater than 0. |
| vaule | O | Provides the minimum amount of initially buffered media that is needed to ensure smooth playout provided that each Representation is delivered at or above the value of the bandwidth attribute of the Representation. |

Table 94 shows semantics of BandwidthInfo

TABLE 94

| Element or Attribute Name | Use | Description |
| --- | --- | --- |
| Representation | M | Representation element contains description of Representation. |
| ... | | |
| SegmentInfo | 01 | Provides Segment access information. |
| BandwidthInfo | 0 . . . N | Provides bandwidth information corresponding to a specific amount of initially buffered media (provided by minBufferTime attribute or MinBufferTime element). |
| id | 01 | Indicates an ID of MinBufferTime element of the MPD. If the value of id attribute is 0, id attribute corresponds to the minimum amount of initially buffered media provided by minBufferTime attribute. |
| repBandwidth | 0 . . . N | Provides a bandwidth value for the representation corresponding to the minimum amount of initially buffered media provided in associated MinBufferTime element. If the value of the id attribute is 0, the bandwidth attribute of the Representation may be used instead of repBandwidth attribute. |

Tables 95 through 97 show syntax of MinBufferTime and BandwidthInfo

TABLE 95

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
. . .
    <xs:complexType name="MPDtype">
        <xs:sequence>
            <xs:element name="ProgramInformation" type="ProgramInformationType"
minOccurs="0"/>
            <xs:element name="Period" type="PeriodType" maxOccurs="unbounded"/>
            <xs:element name="BaseURL" type="BaseURLType" minOccurs="0"
maxOccurs="unbounded"/>
            <xs:element name="MinBufferTime" type="MinBufferTimeType"
minOccurs="0" maxOccurs="unbounded"/>
            <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="type" type="PresentationType" default="OnDemand"/>
        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
        <xs:attribute name="minBufferTime" type="xs:duration" use="optional"/>
        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
        <xs:attribute name="baseUrl" type="xs:anyURI"/>
```

US 10,362,130 B2

81                                                                82

## TABLE 95-continued

```
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
    <xs:complexType name="MinBufferTimeType">
        <xs:sequence>
            <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="value" type="xs:duration"/>
        <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
```

## TABLE 96

```
<!-- Period of a presentation -->
    <xs:complexType name="PeriodType">
        <xs:sequence>
            <xs:element name="SegmentInfoDefault" type="SegmentInfoDefaultType"
minOccurs="0"/>
            <xs:element name="MinBufferTime" type="MinBufferTimeType"
minOccurs="0" maxOccurs="unbounded"/>
            <xs:element name="Representation" type="RepresentationType"
minOccurs="1" maxOccurs="unbounded"/>
            <xs:element name="RepresentationGroup" type="RepresentationGroupType"
minOccurs="0" maxOccurs="unbounded"/>
            <xs:element name="Subset" type="SubsetType" minOccurs="0"
maxOccurs="unbounded"/>
            xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
        </xs:sequence>
        <xs:attribute ref="xlink:href"/>
        <xs:attribute ref="xlink:actuate" default="onRequest"/>
        <xs : attribute name="start" type="xs:duration"/>
        <xs:attribute name="id" type="xs:string"/>
        <xs:attribute name="duration" type="xs:duration"/>
            <xs:attribute name="minBufferTime" type="xs:duration" use="optional"/>
        <xs:attribute         name="segmentAlignmentFlag"         type="xs:boolean"
default="false"/>
        <xs:attribute         name="bitStreamSwitchingFlag"         type="xs:boolean"
default="false"/>
            <xs:anyAttribute namespace="##other" processContents="lax"/>
    </xs:complexType>
. . .
    <xs:complexType name="RepresentationType">
        <xs:complexContent>
            <xs:extension base="RepresentationBaseType">
                <xs:sequence>
                    <xs:element name="SegmentInfo" type="SegmentInfoType"/>
                    <xs:element         minOccurs="0"         maxOccurs="unbounded"
name="BandwidthInfo" type="BandwidthInfoType"/>
                    <xs:element         name="TrickMode"         type="TrickModeType"
minOccurs="0"/>
                </xs:sequence>
                <xs:attribute name="id" type="xs:string" use="required"/>
                <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
                <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
                <xs:attribute name="depid" type="StringVectorType"/>
                <xs:attribute name="default" type="xs:boolean"/>
            </xs:extension>
        </xs:complexContent>
    </xs:complexType>
```

## TABLE 97

```
<!-- Bandwidth Info-->
    <xs:complexType name="BandwidthInfoType">
    <xs:sequence>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string"/>
```

US 10,362,130 B2

**83**

**84**

TABLE 97-continued

```
<xs:attribute name="repBandwidth" type="xs:unsignedInt"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
   </xs:complexType>
</xs:schema>
```

Hereinafter, Multiple Pairs of Bandwidth-minBufferTime for Each RAP Will be Described.

In general, each RAP of a representation may be provided with multiple pairs of bandwidth-minBufferTime. Such information may enable a client to buffer enough initial data before playing the initial data from a RAP (for example, in the case of random accessing).

Table 98 describes semantics of RAPInfo.

TABLE 98

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| SegmentInfo | 1 | Provides Segment access information. |
| RAPInfo | 0 . . . 1 | Provides information about bandwidth and initial delay at RAPs of the representation. |
| xlink:href | O | Provides reference to external RAPInfo element. |
| RAPPoint | 1 . . . N | Provides pairs of bandwidth and initial delay at a RAP |
| timePoint | M | Provides the time point of the RAP. The time point is relative to the beginning of the representation. |
| BandwidthDelayPair | 1 . . . N | Provides a pair of bandwidth and initial delay of the RAP. |
| id | M | Provides the id of the pair. |
| delay | M | Provides a possible initial delay before playout from the RAP. |
| bandwidth | M | Provides bandwidth corresponding to the above delay value. |

Tables 99 and 100 describe syntax of RAPInfo.

TABLE 99

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
   attributeFormDefault="unqualified"
   elementFormDefault="qualified"
   xmlns ?xs="http://www.w3.org/2001/XMLSchema"
   xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
   <xs:complexType name="RepresentationType">
      <xs:complexContent>
         <xs:extension base="RepresentationBaseType">
            <xs:sequence>
               <xs:element name="SegmentInfo" type="SegmentInfoType"/>
               <xs:element    minOccurs="0"    maxOccurs="unbounded"
name="BandwidthInfo" type="BandwidthInfoType"/>
               <xs:element   name="TrickMode"   type="TrickModeType"
minOccurs="0"/>
               <xs:element name="RAPInfo" type="RAPInfoType" minOccurs="0"/>
            </xs:sequence>
            <xs:attribute name="id" type="xs:string" use="required"/>
            <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
            <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
            <xs:attribute name="depid" type="StringVectorType"/>
            <xs:attribute name="default" type="xs:boolean"/>
         </xs:extension>
      </xs:complexContent>
   </xs:complexType>
```

TABLE 100

```
<xs:complexType name="RAPInfoType">
      <xs:sequence>
         <xs:element name="RAPPoint" type="RAPPointType" minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute ref="xlink:href"/>
   </xs:complexType>
```

US 10,362,130 B2

<table>
<tr><td>85</td><td>86</td></tr>
</table>

TABLE 100-continued

```
<xs:complexType name="RAPPointType">
    <xs:sequence>
        <xs:element name="BandwidthDelayPair" type="BandwidthDelayPairType"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="timePoint" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Bandwidth-Delay Pair -->
<xs:complexType name="BandwidthDelayPairType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute name="bandwidth" type="xs:unsignedInt"/>
    <xs:attribute name="delay" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

20

The RAPInfo element and child elements of the RAPInfo element may be converted to pseudo-code format/boxes for compactness. Furthermore, the pseudo-code boxes of the RAPInfo element and child elements of the RAPInfo element may be stored separately or inserted into a media bitstream (for example, in front of each RAP).

Hereinafter, Playout Curve Will be Described.

Providing bandwidth-delay information for each RAP may be costly. Another solution is to represent an approxi-

mation of a playout curve of a representation. When the playout curve (or the approximation of the playout curve), and a selected bandwidth (corresponding to a specific initial delay) are known, an initial delay at each RAP may be easily computed as a time offset of a playout curve and a curve representing the selected bandwidth.

Table 101 describes semantics of AppPlayoutCurve.

TABLE 101

| Element or Attribute Name | Use | Description |
|---|---|---|
| Representation | M | Representation element contains description of Representation. |
| . . . | | |
| SegmentInfo | 0 . . . N | Provides Segment access information. |
| AppPlayoutCurve | 0 . . . 1 | Provides a piece-wise approximation curve of the playout curve (i.e., cumulative data size vs. time) of the representation. |
| xlink:href | O | Provides reference to external AppPlayoutCurve element. |
| shift | O | Provides the starting time of the approximation curve. The starting time is relative to the start of the actual playout curve. |
| Interval | 1 . . . N | Describes an interval of the approximation curve. |
| datasize | M | Describes the increased data size of the interval. |
| duration | M | Indicates the duration of the interval. |

Table 102 shows syntax of IntervalBandwidth.

TABLE 102

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:MPEG:ns:DASH"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns:xlink="http://www.w3.org/1999/xlink"
    xmlns="urn:MPEG:ns:DASH">
    . . .
    <xs:complexType name="RepresentationType">
        <xs:complexContent>
            <xs:extension base="RepresentationBaseType">
                <xs:sequence>
                    <xs:element name="SegmentInfo" type="SegmentInfoType"/>
                    <xs:element name="AppPlayoutCurve" type="AppPlayoutCurveType"
minOccurs="0"/>
                    <xs:element name="TrickMode" type="TrickModeType"
minOccurs="0"/>
                </xs:sequence>
```

US 10,362,130 B2

87                                                                                                          88

TABLE 102-continued

```
        <xs:attribute name="id" type="xs:string" use="required"/>
        <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
        <xs:attribute name="depid" type="StringVectorType"/>
        <xs:attribute name="default" type="xs:boolean"/>
      </xs:extension>
    </xs:complexContent>
  </xs:complexType>
<xs:complexType name="AppPlayoutCurveType">
    <xs:sequence>
      <xs:element name="Interval" type="IntervalType" maxOccurs="unbounded"/>
      <xs:any          namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute ref="xlink:href"/>
    <xs : attribute name="shift" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="IntervalType">
    <xs:sequence>
      <xs:any          namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="datasize" type="xs:unsignedInt"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

FIG. **5** is a diagram illustrating a configuration of the client **100** according to an embodiment of the present invention.

A controller **510** may perform operations **130** and **140**. Specifically, the controller **510** may process the metadata of the interval.

A transceiver **520** that selects the fragment suitable for the interval based on the processing may perform operations **120**, **140**, and **150**. Specifically, the transceiver **520** may receive the metadata of the interval of the content from the server **110**, may send the request for the fragment suitable for the interval to the server, and may receive the fragment from the server.

FIG. **6** is a diagram illustrating a configuration of the client **100** according to an embodiment of the present invention.

The client **100** may include an access engine **610**, and a media engine **620**.

The access engine **610** may be a DASH access engine.

The access engine **610** may receive metadata (for example, an MPD) from the server **110**.

The access engine **610** may form requests, and may issue the formed requests to the server **110**.

The access engine **610** may receive content (for example, segments or parts of the segments) from the server **110**.

The access engine **610** may provide the content to the media engine **620**.

An output of the access engine **610** may include media (or a part of the media) of an MPEG container (for example, an ISO/IEC 14492-12 ISO base media file format, or an ISO/IEC 13818-2 MPEG-2 TS). Additionally, the output of the access engine **610** may include timing information used to map internal timing of the media to a timeline of a media presentation.

The media engine **610** may play back the provided content. Specifically, the media engine **610** may output media using the media and the timing information that are output from the access engine **610**.

Technical information according to the embodiments of the present invention described above with reference to

FIGS. **1** through **4** may equally be applied to the present embodiment. Accordingly, further description thereof will be omitted.

The method according to the above-described embodiments of the present invention may be recorded in computer-readable media including program instructions to implement various operations embodied by a computer. The media may also include, alone or in combination with the program instructions, data files, data structures, and the like. The program instructions recorded on the media may be those specially designed and constructed for the purposes of the embodiments, or they may be of the kind well-known and available to those having skill in the computer software arts. Examples of computer-readable media include magnetic media such as hard disks, floppy disks, and magnetic tape; optical media such as CD ROM disks and DVDs; magneto-optical media such as optical discs; and hardware devices that are specially configured to store and perform program instructions, such as read-only memory (ROM), random access memory (RAM), flash memory, and the like. Examples of program instructions include both machine code, such as produced by a compiler, and files containing higher level code that may be executed by the computer using an interpreter. The described hardware devices may be configured to act as one or more software modules in order to perform the operations of the above-described embodiments of the present invention, or vice versa.

Although a few embodiments of the present invention have been shown and described, the present invention is not limited to the described embodiments. Instead, it would be appreciated by those skilled in the art that changes may be made to these embodiments without departing from the principles and spirit of the invention, the scope of which is defined by the claims and their equivalents.

The invention claimed is:

**1**. A method for providing media content performed by a processor in a server, the method comprising:

receiving a request for the media content from a client;

transmitting the media to the client based on a Media Presentation Description (MPD) of the media content,

US 10,362,130 B2

89

wherein the MPD comprises one or more periods,

wherein the period comprises one or more groups,

wherein the group comprises one or more representations,

wherein the representation comprises one or more segments,

wherein the representation includes bandwidth attribute related to bandwidth for a hypothetical constant bitrate channel in bits per second (bps),

wherein the client is assured of having enough data continuously playout after buffering for minbuffertime, when the representation is delivered to the client,

wherein the segment includes sub-segments indexed by segment index,

wherein the MPD includes at least one of (i) frame rate, or (ii) timescale describing the number of time units in one second.

**2**. The method of claim **1**, wherein each of the representations starts from a start time of the period and continues to an ending point of the period.

**3**. The method of claim **2**, wherein the start time of the period is determined below methods,

i) when a start attribute exists in a first period element of the first period, a start time of the first period is equal to the start attribute,

ii) when a start attribute does not exist in the first period element of the first period, and when a second period element of the second period includes a duration attribute, the start time of the first period is determined by adding the duration attribute of the second period element to a start time of the second period,

iii) when a start attribute does not exist in the first period element of the first period, and when the first period is the first of the one or more periods, the start time of the first period is set to 0,

wherein the second period is previous period with respect to the first period.

**4**. A server for providing media content, the server comprising:

90

one or more processor configured to:

receive a request for the media content from a client;

transmit the media to the client based on a Media Presentation Description (MPD) of the media content,

wherein the MPD comprises one or more periods,

wherein the period comprises one or more groups,

wherein the group comprises one or more representations,

wherein the representation comprises one or more segments,

wherein the representation includes bandwidth attribute related to bandwidth for a hypothetical constant bitrate channel in bits per second (bps),

wherein the client is assured of having enough data continuously playout after buffering for minbuffertime, when the representation is delivered to the client,

wherein the segment includes sub-segments indexed by segment index,

wherein the MPD includes at least one of (i) frame rate, or (ii) timescale describing the number of time units in one second.

**5**. The server of claim **4**, wherein each of the representations starts from a start time of the period and continues to an ending point of the period.

**6**. The server of claim **5**, wherein the start time of the period is determined below methods,

i) when a start attribute exists in a first period element of the first period, a start time of the first period is equal to the start attribute,

ii) when a start attribute does not exist in the first period element of the first period, and when a second period element of the second period includes a duration attribute, the start time of the first period is determined by adding the duration attribute of the second period element to a start time of the second period,

iii) when a start attribute does not exist in the first period element of the first period, and when the first period is the first of the one or more periods, the start time of the first period is set to 0,

wherein the second period is previous period with respect to the first period.

*    *    *    *    *