# 合衆国地方裁判所
## デラウェア地区

| | |
|---|---|
| 有限会社ヘリオスストリーミング及び アイディアハブ株式会社、<br><br>原告、<br><br>対<br><br>有限会社ヴデゥー 、<br><br>被告。 | C. A. No. 1:19-cv-01792-CFC/SRF<br><br>陪審裁判要求 |
| 有限会社ヘリオスストリーミング及び アイディアハブ株式会社、<br><br>原告、<br><br>対<br><br>ショータイムデジタル株式会社及び ショータイムネットワークス株式会社、<br><br>被告。 | C.A. No. 1:19-cv-01978-CFC/SRF<br><br>陪審裁判要求 |

### 日本の証人に関する書簡

日本の適切司法当局宛：

J. Caleb Boggs フェデラルビル 844 North King Street, Wilmington, Delaware 19801-3555 に所在する合衆国地方裁判所デラウエア地区は、日本の司法局に対し称賛を示し、上記の案件について本裁判所での民事訴訟で使用される証拠を入手するため国際司法支援を要請する。本裁判所は、合衆国法典 (28 U.S.C. § 1781(b)(2)) に基づき、この書簡を提出する権限を持つ。

本裁判所は、正当さの利害のために、本書に記載されている支援を必要に応じて要請する。要請している支援は、日本の適切な司法当局が、Dr. Cong-Thang Truong（チョオン コンタン）を適切かつ通常の召喚のプロセスによって、貴管轄内の適切な裁判官の前に出頭させ、本書簡の添付書類に記載されている質問に回答するよう命令する事である。提示書類A *参照。*

信頼性のある情報によると、チョオン博士はベトナム人である。信頼性のある情報によると、チョオン博士の母親の母国語は、ベトナム語で彼は英語も話す。チョオン博士の自宅の住所又は在住所は分からないが、職場の住所は：Dr. Cong-Thang Truong （チョオン コンタン）
上級准教授
会津大学
日本国福島県会津若松市
一箕町鶴賀
郵便番号 965-8580

チョオン博士の会津大学のウエブページは（https://www.u-aizu.ac.jp/~thang/）、追加の連絡先として以下を明らかにしている：

Tel: +81-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　Fax: +81-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
Email: thang@u-aizu.ac.jp, tcthang@kaist.ac.kr

本裁判所は、この要請が裁判に必要な証拠を提出するために必要である事に意を満たしている。司法及び司法経済の利害のため、本裁判所は日本の適切な司法当局が、上記に記載されている案件において、その様な証言が公判前証拠開示目的に使用される事を許可する様要請する。

## I.　本件のアクションの概要

上記案件、原告、有限会社ヘリオスストリーミングそして、株式会社アイディアハブ （総称 "原告"とする）は 、被告、有限会社ヴドゥー（"ヴドゥー"）、ショータイムデジタル株式会社そして、ショータイムネットワークス株式会社（ショータイムデジ

タルと一緒で総称"ショータイム") が、とりわけ以下の特許を侵害しているとの申し立てをする訴状を提出した。合衆国特許番号 8,645,562 ("the '562 特許")、 8,909,805 (" '805 特許")、 9,325,558 ("'558 特許")、 9,467,493 ("'493 特許")、 10,027,736 (" '736 特許")、 10,270,830 ("'830 特許")、 10,277,660 (" '660 特許")、 10,313,414 ("the '414 特許")、 10,356,145 ("'145 特許")、 及び 10,362,130 ("'130 特許") (総称 "主張特許")。提示書類B参照 (ヴドゥーに対する訴状)、提示書類C (ショータイムに対する訴状)。原告は、ヴドゥーが、MPEG-DASH 規格 (ISO/IEC 23009-1) に準拠したインターネットストリーミングサービスを提供する事によって、各主張特許から少なくても1つのクレームを直接的、または間接的に侵害していると主張する。同様に、原告は、ショータイムがMPEG-DASH 規格 (ISO/IEC 23009-1) に準拠したインターネットストリーミングサービスを提供する事によって、各主張特許から少なくても1つのクレームを直接的、または間接的に侵害していると主張する。原告は、金銭的損害を被ったとして、ヴドゥーとショータイム (総称 "被告") が、"［被告の］侵害行為を補償するため利用可能な最大の適正なローヤルティー"を支払うべきであるとする。提示書類Bの147、 提示書類Cの34。

上記案件に関しては、事実開示が進行中となっている。 被告は、主張特許に関しての開示を要求した。しかしながら、要求されている情報の一部は、特許を所持している発明者によって所有されているが、名前が挙げられている発明者の一人も合衆国に在住する者はいない。 Truong博士は、名前が挙がっている発明者の一人である。名前が挙がっている発明者の一人として、 Truong 博士は、その他の分野の中でもクレームされた主題に関するISO/IEC 23009-1規格の開発と採用、クレームされた主題の範囲、

クレームされた主題に関する先行技術の存在及び知識、米国特許商標庁でのこれらの特許訴追、主張特許につながる技術の研究開発などの情報を所持している。Truong博士の証言は、上記案件裁判での被告の弁護、反訴、および損害賠償の裏付けに使用される。

**II.    要求されている証言**

本裁判所は、日本の適切である司法当局が、 Truong博士に適切である裁判官の前に出頭し、本書簡に添付された書面による質問書に宣誓下で口頭において証言する事を命じる様要求する。 提示書類 A*参照*。

日本の法律下で適用される特権に加え、Truong博士は、米国の法律下でもその様な回答が、本人を米国における刑事責任に該当する危険性の対象になるであろう場合は、質問への回答を拒否してもよい。同様に、Truong博士は、法律上の助言を求める事に関し、質問に答えることがTruong博士と弁護士との間の特権的かつ機密のコミュニケーションを開示する事となってしまう場合は質問への回答を拒否する事が出来る。Truong博士の証言が本質的に機密であるとみなされる範囲で、この場合、Truong博士の証言の機密性を保護するための保護命令がある。この保護命令については、本書簡の提示書類 Dを参照。

**III.    特別方法と手順の要請**

日本の適用法で認められる範囲で、本裁判所は、日本の適切な司法当局が、本書で要求された証言に関し、以下の方法及び手順に従う事を敬意をもって要請する：

1.    証人は、適切な裁判官の前に（直接、または優先遠隔ビデオ会議対応を介して）出頭するように召喚され、提示書類Aに記載されている質問を読み、裁判官が必要または適切と判断した場合は適切なフォローアップの質問を

する事により証人審査を実施する;

2. Truong博士の審査は 実行可能な限り早く行われる事;

3. 証人審査は、口頭で行われる事;

4. Truong博士は、証人審査にあたり、正直な証言をするために宣誓下に置かれる事;

5. 速記記録者は、審査を逐語的に記録することを許可される事;

6. チョオン博士が日本語で話すことに抵抗がある場合は、英語の通訳を使用し、チョオン博士の証人審査中に、この書簡と共に提出されている提示書類 A の英語訳を提供する。

7. 裁判官、または適切な非指名人（速記者など）は、Truong博士による証言を含む証人審査の公式逐語的記録を作成する事;

8. 証人審査の公式記録は、実行可能な限り速やかに、本裁判所に送付される事。

## IV.　被告の弁護士

ショータイム被告団は、以下、日本人弁護士により代表され、チョオン博士の証人審査に出席する。

東崎 賢治
茨城 雄志
長嶋・大野・常松 法律事務所
郵便番号100-7036 東京都千代田区丸の内二丁目7番2号 JP タワー（受付36階）
電話番号：+81-03-6889-7614 ファックス：+81-6889-8614

**V.     相互利益と費用の償還**

本裁判所は、日本の司法裁判所と同様の支援を提供する準備が出来ている。本書

簡に対する返答への支援を提供するにあたり発生する費用に関し、当裁判所は適切な法

人は以下によって償還されるとみなす：

Vudu
c/o Rothwell, Figg, Ernst and Manbeck, P.C.
607 14th Street Northwest, Suite 800
Washington, DC 20005

Showtime
c/o Weil, Gotshal & Manges LLP
2001 M Street Northwest, Suite 600
Washington, DC 20036

合衆国地方裁判所デラウエア地区は、日本に最高の敬意と配慮の保証を表する。

要請日：March 12, 2021

名誉裁判官 シェリー・R・ファロン (Sherry R. Fallon) 殿
デラウェア地区連邦地方裁判所
J. ケイレブ・ボッグス連邦ビル
844 N. King Street
Unit 14
Room 6100
Wilmington, DE 19801-3555



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Letter Rogatory"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**



### 翻訳精度に関する証明書

**Sun IP プロジェクト # 21-740 および # 21-860**

以下の書類の英語から日本語の翻訳:

- **Ex A – Witness Examination Questions**
- **Ex B – Helios v Vudu First Amended Complaint**
- **Ex C – Helios v. Showtime Complaint**
- **Ex D – Protective Order**
- **Ex E – U.S. Patent No. 8,645,562**
- **Ex F – U.S. Patent No. 8,909,805**
- **Ex G – U.S. Patent No. 9,325,558**
- **Ex H – U.S. Patent No. 9,467,493**
- **Ex I – U.S. Patent No. 10,027,736**
- **Ex J – U.S. Patent No. 10,270,830**
- **Ex K – U.S. Patent No. 10,277,660**
- **Ex L – U.S. Patent No. 10,313,414**
- **Ex M – US Patent No. 10,356,145**
- **Ex N – U.S. Patent No. 10,362,130**
- **Letter Rogatory**

**Sun IP は、添付の翻訳が経験豊富な有資格の翻訳者によって翻訳されており、**
**当社の知る限り、翻訳は原文の内容、意味、スタイルを反映しており、原本の真実かつ正確な**
**翻訳であることをここに証明する.**

**2021 年 3 月 10 日**

*Allison Donald*

**プロジェクト・マネージャー**



**Certification of Accuracy of Translation**

**Sun IP Project # 21-740 and # 21-860**

**English to Japanese translations of the following documents:**

- **Ex A – Witness Examination Questions**
- **Ex B – Helios v Vudu First Amended Complaint**
- **Ex C – Helios v. Showtime Complaint**
- **Ex D – Protective Order**
- **Ex E – U.S. Patent No. 8,645,562**
- **Ex F – U.S. Patent No. 8,909,805**
- **Ex G – U.S. Patent No. 9,325,558**
- **Ex H – U.S. Patent No. 9,467,493**
- **Ex I – U.S. Patent No. 10,027,736**
- **Ex J – U.S. Patent No. 10,270,830**
- **Ex K – U.S. Patent No. 10,277,660**
- **Ex L – U.S. Patent No. 10,313,414**
- **Ex M – US Patent No. 10,356,145**
- **Ex N – U.S. Patent No. 10,362,130**
- **Letter Rogatory**

**Sun IP hereby certifies that the attached translations have been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙　**A**

## 証拠　A

### コン・サン・トゥロングの証人喚問用質問

1. フルネームと郵送用住所を述べてください。

2. 今日真実で正確な証言ができない理由がありますか？

3. あなたが発明者として名前が記載されている複数の特許について証言をするためにここにいることを理解していますか？

4. 今特許のコピーをお見せします。それらは調査書簡に証拠EからNとして添付されています。 特許とは：

    a. 米国特許8,645,562号

    b. 米国特許8,909,805号

    c. 米国特許9,325,558号

    d. 米国特許9,467,493号

    e. 米国特許10,027,736号

    f. 米国特許10,270,830号

    g. 米国特許10,277,660号

    h. 米国特許10,313,414号

    i. 米国特許10,356,145号

    j. 米国特許10,362,130号

5. 以前これらの特許を見ましたか？

6. これらの特許がメディアコンテンツをインターネットでストリーム配信できる多様な米国の会社に対して主張されていることを知っていましたか？

7. この証人喚問中、これらの特許は、「主張特許」と呼ばれます。 わかりますか？

8. あなたはElectronics and Telecommunications Research Institute、または略してETRIと呼ばれる組織で働いたことがありますか？

9. ETRIで最初に働き始めたのはいつですか？

10. ETRIで働くのをやめたのはいつですか？

11. ETRIでのあなたの役割や責任は何でしたか？

12. ETRIにいる間、MPEG-DASH基準の一部となった技術について仕事をしましたか？

13. この技術について働き始めたのはいつですか？

14. なぜMPEG-DASH技術について働きはじめたのですか？

15. あなたがMPEG-DASH技術についてETRIで働いている時、誰と一緒に働いていましたか？

16. 主張特許にはたくさんの発明者名が記載されています。これらにはジン・ヤン・リー、セオン・ジュン・ベー、ジュン・ウォン・カン、スン・ヒュン・ジャン、サン・テイック・パク、ウォン・リュ、及びジェイ・ゴン・キムが含まれます。 ETRIでMPEG-DASH技術について働いている時、他にだれかと一緒に働きましたか？

17. ETRIでMPEG-DASH技術について働いている時、他に誰といっしょに働きましたか？

18. 氏名が記載されている発明者のグループのうち、主張特許に表現された発明のどの特定のアイデアにあなたが貢献しましたか？

19. MPEG-DASH技術について働き始める前、インターネット上のビデオストリーミングは存在しましたか？

20. MPEG-DASHの前に、インターネット上でダイナミックアダプティブストリーミングの他の方法は存在しましたか？

21. あなたが発明したMPEG-DASH技術はどこが新しく、異なるものでしたか？

22. サーバーコンピューターのメディアコンテンツをMPEG-DASHで「セグメント」と呼ばれる小さいメディアファイルに分割するというコンセプトを初めに考えたのは、あなたまたは名前が記載された発明者でしたか？

23. メディア・プレゼンテーション・デスクリプション（MPD）ファイルをクライアントコンピューターに送って、クライアントコンピューターがサーバー上に保存されたメディアセグメントへのアクセスの仕方を知るようにする、というコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

24. 少なくとも期間、表現のグループ、表現、及びメディアセグメントで構成される階層を用いて、メディアセグメントについての情報をメディアプレゼンテーションデスクリプション（MPD）ファイルに整理するというコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

25. メディアコンテンツが一定の帯域幅でストリームされるときメディアコンテンツが必ず継続してプレイバックされるように、メディアのバッファーを最小限の時間にする、
「minBufferTime」と呼ばれるメディアプレゼンテーションデスクリプション（MPD）ファイルの属性を使う、というコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

26. 表現のグループ内のすべての表現の価値の概要を提供するメディアプレゼンテーションデスクリプション（MPD）ファイルの属性を使うというコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

27. URLを構成するためにベースＵＲＬの要素をメディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルに含める、というコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

28. URLを構成するためにメディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルにベースＵＲＬの要素とソースＵＲＬの属性を含めるというコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

29. 同一のセグメントが保存されている異なった位置を示すためにメディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルに複数のベースＵＲＬの要素を含めるというコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

30. メディアコンテンツの一期間のためにメディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルの開始属性を次の三つのうち一つの方法で定義することを初めに考えたのはあなたまたは名前が記載された発明者でしたか？
（１）目録ファイルの期間要素に示される開始属性を使う、（２）開始属性を定義するために前の期間の開始時間と長さの属性を使う、（３）初めの期間の開始属性のために零秒の開始時間を使う。

31. 特定のメディアプレゼンテーションデスクリプション（MPD）ファイルが一般メディアプレゼンテーションデスクリプション（MPD）ファイルの全情報のサブセットである、一般メディアプレゼンテーションデスクリプション（MPD）と特定メディアプレゼンテーションデスクリプション（MPD）ファイル、というコンセプトを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

32. セグメントのURL位置を定義するためにメディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルのテンプレートを使うことを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

33. 表現の一つまたは複数のセグメントの位置、使用可能性、または特徴の情報を含めた要素をメディアプレゼンテーションデスクリプション（ＭＰＤ）のファイルに含めるというということを初めに考えたのはあなたまたは名前が記載された発明者でしたか？

34. 例えばオーディオサンプルレートやオーディオ設定など、メディアファイルの音声特徴を定義するのにメディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルの属性を初めに考えたのはあなたまたは名前が記載された発明者でしたか？

35. あなたまたは名前が記載された発明者は、メディアプレゼンテーションデスクリプション（ＭＰＤ）ファイルに含めるためにどのような特定の属性または要素に至りましたか？

36. あなたのMPEG-DASH特許に基づいて、何等かの金銭を受け取りましたか？

37. あなたはなぜMPEG-DASH特許に基づいて金銭を受け取ったのですか？

38. いくら受け取りましたか？

39. 特許侵害のケースであなたのMPEG-DASH特許の主張に基づいて金銭を受け取る権利がありますか？

40. あなたは、米国でヘリオス及びアイデアハブが主張特許の権利主張をすることにより金銭をうけとる、またはうけとることができますか？

41. MPEG-DASHの採用に関連するMPEG会議に貢献する書類を提出または投稿しましたか？

42. そのような貢献をした書類の主題は何でしたか？

43. MPEG-DASHの採用に関連するMPEG会議に出席したことはありますか？

44. MPEG-DASH採用に関連するMPEG会議のどれに出席しましたか？

45. なぜMPEG-DASHの採用に関連するMPEG会議に出席したのですか？

46. あなたはMPEG-DASHの採用に関連するMPEG会議での話し合いに参加しましたか？

47. MPEG-DASHの採用に関するMPEG会議でだれと話をしましたか？

48. あなたが参加したMPEG-DASHの採用に関連するMPEGのそれぞれの打ち合わせでどの会議またはプレゼンテーションに参加しましたか?

49. MPEG-DASHの採用に関連するいずれかのMPEG会議で資料を発表しましたか?

50. MPEG-DASHの採用に関連するMPEG会議で発表した資料は何でしたか?

51. MPEG-DASHの採用に関するMPEG会議で他の人の発表を聞きましたか?

52. MPEG-DASHの採用に関するMPEG会議でどの発表を聞きましたか?

53. 誰がそのような発表をしましたか?

54. MPEG-DASHの採用に関連するクアルコムからのMPEG会議で何らかの発表を聞きましたか?

55. MPEG-DASHの採用に関連するエリクソンからのMPEG会議で何らかの発表を聞きましたか?

56. MPEG-DASHの採用に関連するMPEG会議での出力書類を受け取りましたか?

57. 2012年4月のMPEG-DASH基準発表前に、最終的にMPEG-DASH基準となった草案を受け取りましたか?

58. 2012年4月より前に、3GPPの適応 型HTTP ストリーミング(AHS) リリース 9のコピーを受け取りましたか?

59. 2012年4月より前に、MPEG-DASH 国際基準案 (DIS) 23009-1の何らかの書類を受け取りましたか?

60. 2012年4月より前に、MPEG-DASH 国際基準案 (DIS) 23001-6の書類を受け取りましたか?

61. 2012年4月にMPEG-DASH基準の公表より前の適応型HTTPストリーミングに関連して他にどのような書類を受け取りましたか?

62. 名前が記載された発明者の他に、MPEG-DASH貢献者からの何等かのアイデアが、主張特許に含まれていますか?

63. 主張特許の中のどの情報が、名前が記載された発明者以外の貢献者に由来する情報ですか?

64. MPEG-
DASH基準全体を考慮すると、基準の他の貢献者に関連して、標準化された技術の
おおよそ何パーセントをあなた及び名前が記載された発明者が発見したのですか？

65. MPEGまたはMPEGに関係する誰かがMPEG-
DASH技術の数的な価値を予測した発言を知っていますか？

66. その場合、誰がこれらの発言を行いましたか？

67. 予測された数的な価値は何でしたか？

68. 今日の証人喚問の準備で、ヘリオスまたはアイデアハブの弁護士または他の代表者
と会ったか、話したか、または連絡をとりましたか？

69. 今日の証人喚問の準備で、ＥＴＲＩの弁護士または他の代表者と会ったか、話した
か、または連絡をとりましたか？

70. 証人尋問の準備でこのような人物と会った、話した、または連絡をとったのであれ
ば、彼らと何を話しましたか？

71. これら質問のどれが証人喚問の一部であると事前に言われましたか？

72. もしそうなら、だれがそのような質問について言いましたか？

73. 証人喚問の事前にいかなる質問についても提供されましたか？

74. 回答や証言がどうあるべきか、だれかがあなたに話しましたか？

75. その場合、誰があなたと話し合い、何と言いましたか？



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-869**

**English to Japanese translation of "Ex A - Witness Examination Questions"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙　**B**

## 米国デラウェア州連邦地方裁判所

| | |
|---|---|
| HELIOS STREAMING, LLC、<br>IDEAHUB, INC.<br><br>　　　　　　　　原告<br><br>　　　　　v.<br><br>VUDU, INC.<br><br>　　　　　　　　被告 | 民事訴訟第 **1:19-CV-01792-CFC/SRF**<br><br>陪審員裁判を要求 |

## 特許侵害に関する第一修正訴状

原告 Helios Streaming, LLC（以下「Helios」）および Ideahub, Inc. (以下「Ideahub」)（両者を以下「原告」と称す）は、被告 Vudu, Inc.（以下「Vudu」または「被告」）に対して以下を主張する。

## 本訴訟の性質

1.　　　これは、米国特許法、合衆国法典第 35 編 1 § 1 等に基づいて発生した特許侵害に関する訴訟である。

## 当事者

2.　　　原告 Helios は、ビジネス拠点を 9880 Irvine Center Drive, Suite 200, Irvine, California 92618 に置くデラウェア州法に基づいて組織された有限責任会社である。

3.　　　原告 Ideahub は、大韓民国の法律に基づいて組織された法人であり、大韓民国 7 Heolleungro, Seocho-gu, Seoul 06792 にビジネス拠点を置く。

4.　　　情報と信念に基づき、Vudu はデラウェア州法に基づいて組織された企業であり、ビジネス拠点を 600 W. California Ave, Sunnyvale, California 94086 に置く。情報と信念に基づき、Vudu は、本司法管轄区を含む米国全土で、製品およびサービスを販売する、販売提供

する、および/または使用しており、特許を侵害する製品とサービスが本司法管轄区や米国内の他の場所で販売されたり使用されたりすることを知りながら、商取引の流れの中に導入した。

### 司法権と裁判地

5.　　これは、米国の特許法、合衆国法典の第 35 編に基づいて発生した特許権侵害の訴訟である。

6.　　本法廷は、合衆国法典第 28 編 §§ 1331 および 1338(a)に基づく事物管轄権を有する。

7.　　合衆国法典第 28 編 §1400(b)に基づき、本司法管轄区での裁判地は適切である。

8.　　本法廷は、デラウェア州の法律に基づき、(i) ここに主張された侵害の少なくとも一部、および (ii) 定期的に事業を行うか、勧誘する、その他の持続的な一連の行動に関与する、および/またはデラウェア州内の個人に提供された製品やサービスから多額の収益を得ていることを含め、少なくともデラウェア州および本司法管轄区での直接または仲介者を介する相当な事業があるために、Vudu に対して人的管轄権を有する。さらに、Vudu はデラウェア州で法人化されており、そうすることでデラウェア州の法律の特権と恩恵を意図的に利用しているため、本法廷は Vudu に対して裁判地を行使する人的管轄権と適切な権限を有する。

### 背景

9.　　本訴訟には 11 件の特許(これらを「主張特許」と総称)が含まれ、以下の訴因で詳述する。

10.　　米国特許第 10,027,736 号(以下「736 特許」という)は、発明者の Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発されたアダプティブストリ

ーミング方式を使用してハイパーテキスト転送プロトコル(以下、「HTTP」という)メディアコンテンツをストリーミングで提供する技術について請求する。

11.    米国特許第 10,270,830 号(「830 特許」)は、発明者の Truong Cong Thang と Jin Young Lee によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

12.    米国特許第 10,277,660 号(「660 特許」)は、発明者である Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを利用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

13.    米国特許第 10,313,414 号(以下「414 特許」)は、発明者の Truong Cong Thang と Jin Young Lee によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

14.    米国特許第 10,356,145 号(以下、「145 号特許」という)は、2010 年代初頭に発明者 Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、および Won Ryu によって開発された、メディアコンテンツのメタデータを利用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

15.    米国特許第 10,362,130 号(以下、「130 特許」という)は、発明者の Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

16.    米国特許第 10,375,373 号(以下、「373 特許」)は、発明者の Jin Young Lee と Nam Ho Hur によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

17.    米国特許第 8,645,562 号(以下、「562 号特許」)は、発明者の Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用して HTTP アダプティブストリーミングサービスを提供する技術について請求する。

18.    米国特許第 8,909,805 号(以下、「805 特許」)は、発明者の Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

19.    米国特許第 9,325,558 号(以下、「558 特許」という)は、発明者である Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを使用した HTTP アダプティブストリーミングサービスを提供する技術について請求する。

20.    米国特許第 9,467,493 号(以下、「493 特許」という)は、発明者である Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、および Jae Gon Kim によって 2010 年代初頭に開発された、メディアコンテンツのメタデータを利用した HTTP アダプティブストリーミングサービスを提供する技術につい

て請求する。

21.　本件主張特許の発明者の多くは、韓国の情報技術の研究開発における国家的リーダーである電子通信研究院（以下「ETRI」）の研究者であった。ETRIは、1976年の設立以来、4M DRAMコンピュータメモリ、CDMAおよび4G LTE携帯電話通信、LCDディスプレイ、ビデオコーディング、および本件で問題となるメディア転送と配信の新しい技術を開発してきた。ETRIは1,800人以上の研究・技術スタッフを雇用しており、そのうち94％が大学院の学位を、また50％が自らの技術分野で博士号を取得している。過去5年間で、ETRIは1,524件のSCI論文を作成し、467人の標準専門家を擁し、合計16,062件の特許を出願し、さらに国内外の標準化団体（ISO、IEC、ITU、3GPP、JTC、IEEE等）により採択された7,309件の提案に貢献してきた。

発明者の中でもDr. Truong Cong ThangとDr. Jae Gon Kimは、ともにETRIの元職員であり、現在はそれぞれ日本の会津大学と韓国航空宇宙大学校の教授を務めている。

22.　本主張特許は、HTTPでメディアコンテンツを配信するためのメディアストリーミングモデルであるDASH（HTTPダイナミックアダプティブストリーミング）の基盤となる技術を請求する。

23.　DASHの技術は、国際標準化機構 (ISO)と国際電気標準会議(IEC)によって開発・発行したISO/IEC 23009規格で標準化されている。

24.　本主張特許の請求される発明は、HTTPを使ったMPEGメディアのダイナミックアダプティブストリーミングの規格であるISO/IEC 23009-1:2014およびそれ以降のバージョンに組み込まれており（以下これらの規格を「MPEG-DASH」と総称する）、従ってこれらは、標準必須特許である。

25.　MPEG-DASH技術は、本主張特許の請求される発明を含めて、例えば映画な

どのメディアコンテンツを様々なビットレートで利用可能な小さな部分に分割することにより、メディアコンテンツの質の高いストリーミングを容易にする技術である。ユーザがメディアコンテンツのダウンロードされた部分を再生する際に、ユーザのデバイスがユーザの視聴体験に遅延を生じさせることなく、再生に間に合うペースでダウンロードできる最高のビットレートでメディアの後続部分を選択するアルゴリズムを採用する。

26.　　したがって、本主張特許の請求される発明を含むMPEG-DASH規格は、従来のHTTPウェブサーバから配信されるインターネットでのメディアコンテンツのストリーミングを質の高いものにすることが可能で、先行技術の手法とデバイスでは大規模にこれを実現することは不可能であった。

27.　　2018年6月頃から8月頃の間に、原告Ideahubは、本主張特許を取得した。

28.　　2018年8月頃、原告Heliosは、本件主張特許の独占的ライセンスを取得した。

29.　　2019年9月24日、原告は、特許権侵害に関する訴状（以下「初版訴状」）を提出した。

## 訴因 1-米国特許第 10,027,736 号の侵害

30.　　前記第1項から第29項に述べる主張は、本第1救済請求に含まれる。

31.　　2018年7月17日、736特許は、「Apparatus and Method for Providing Streaming Content（ストリーミングコンテンツの提供用の機器と方法）」というタイトルで米国特許商標庁により正式かつ合法的に交付された。736特許の真正なコピーをExhibit 1[1]として添

---

[1] この第1修正訴状のすべてのExhibitの番号は、初版訴状とともに提出された証拠書類を指します。

付する。

32.　Ideahub は、736 特許に関する権利、権原および利益の譲受人および所有者である。

33.　Helios は、736 特許に基づいて発生するすべての訴訟原因を主張する独占的な権利と、特許侵害に関連する救済措置を受け取る権利を有する。

34.　情報および信念によると、Vudu は、Exhibit 2 として添付された暫定的で例示的なクレーム表に詳述されるように https://www.vudu.com/content/movies/home で入手可能な 1 つまたは複数のビデオ・オン・デマンド（「VOD」）を含む作品などの MPEG-DASH 規格に準拠したメディアコンテンツのストリーミング（以下「被疑侵害手段」という）を販売する、販売提供する、作成する、使用する、および/または提供し、使用させることにより、736 特許の少なくとも請求項 9、12、13、14、15 および 16 を継続して直接侵害しており、また、少なくとも請求項 1、4、5、6、7 および 8 の直接侵害を引き続き誘導している。

35.　情報と信念によると、被疑侵害手段は、プロセッサによって実行されるサーバによってメディアコンテンツを配信する方法を実行するもので、その方法は以下のとおり。端末からのセグメントの URL を使ってメディアコンテンツのセグメントを求めるリクエストを受信し、その URL が選択されたベース URL エレメントに基づいて生成される、端末にそのセグメントを提供すると、そこでその端末はメディアコンテンツのメタデータに基づいて複数のベース URL エレメントの中からベース URL エレメントを一つ選択し、そこでそのメタデータがメディアプレゼンテーション記述（MPD）であり、そこでその MPD が 1 つ以上のピリオドを記述し、そのピリオドはグループを 1 つ以上含み、そのグループはリプリゼンテーションを 1 つ以上含み、そのリプリゼンテーションは、メディアコンテンツのセグメントを 1 つ以上含み、そこでレシーバは、そのそれぞれのベース URL エレメントに関して解決された複数の URL により示される複数のロケーション

でアクセス可能な同一のセグメントを受信し、ベース URL エレメントのうちの最初のベース URL エレメントがベース・ユニバーサル・リソース・インジケータ(URI)として使用される。

36.　　情報と信念によると、被疑侵害手段は、プロセッサによって実行される端末でメディアコンテンツを受信する方法を実行するもので、その方法は以下のとおり。メディアコンテンツのメタデータを受信し、そのメタデータは複数のベース URL エレメントを持つ1つの属性から構成され、その複数のベース URL エレメントの中から一つのベース URL 要素を選択する、そのセグメントの URL を使用してそのメディアコンテンツの1つのセグメントを求めるリクエストをサーバに送信すると、選択されたそのベース URL 要素に基づいて URL が生成される、サーバからそのセグメントを受信すると、そこでそのメタデータがメディアプレゼンテーション記述(MPD)であり、そこでその MPD が1つ以上のピリオドを記述し、そのピリオドはグループを 1 つ以上含み、そのグループはリプリゼンテーションを 1 つ以上含み、そのリプリゼンテーションは、そのメディアコンテンツのセグメントを 1 つ以上含み、レシーバは、そのそれぞれのベース URL エレメントに関して解決された複数の URL により示される複数のロケーションでアクセス可能な同一のセグメントを受信し、そのベース URL エレメントのうちの最初のベース URL エレメントがベース・ユニバーサル・リソース・インジケータ(URI)として使用される。

37.　　情報と信念によると、被疑侵害手段は、736 特許の係属中に、736 特許の少なくとも請求項 1、4、5、6、7、8、9、12、13、14、15、および 16 を侵害するように使用されており、現在も直接侵害する使用が継続している。

38.　　少なくとも 2018 年 8 月 23 日頃から、Vudu は、736 特許を直接侵害している、および/または他者に侵害するように誘導しているという実際の通知を受け取っていた。

39.　　2018 年 8 月 23 日頃、Helios は Vudu に対して、Walmart の総合弁護士である Jamie Elizabeth Chung 氏宛に通知書(以下「通知書」)を送付した。情報と信念によると、2018

年 8 月 23 日頃の時点で、Walmart は Vudu の親会社であり、Chung 氏は Vudu を代表して Helios の提案を協議する権限を持っていた。

40.　　　　情報と信念によると、Vudu は、通知書を受け取る 2 年以上前から、MPEG-DASH を使用した VOD（ビデオオンデマンド）ストリーミングの提供を開始していた。(*例えば、* https://castlabs.com/news/vudu-android-app-castlabs-technology/ *を参照、*2016 年 3 月 11 日 (最後にアクセスしたのは 2020 年 7 月 15 日)*)* したがって、Vudu は、通知書を受け取る前に、MPEG-DASH と Vudu のストリーミング VOD がどのように MPEG-DASH に準拠しているかを熟知していたと推論するのが妥当である。情報と信念、さらに合理的な推論によると、Vudu は、標準化を推進する団体やそのような努力に関して一般的にみられるようにように、MPEG-DASH 規格に必須特許があることを認識していた。

41.　　　　通知書の中では、Helios を「[ETRI]により研究開発された[MPEG-DASH]に関連する特許および特許出願の世界的な独占的実施権者(ライセンシー)」と特定し、「ETRI は [MPEG-DASH] の開発に重要な貢献者であり、後にアダプティブストリーミング技術の最初の国際標準として採用されることになった」と記載されていた。

42.　　　　通知書は、特に、ISO/IEC 23009-1 を、736 特許を含む主張特許に関連する MPEG-DASH 規格として、また、Vudu が VOD のストリーミングサービスで使用する MPEG-DASH 規格として特定した。

43.　　　　通知書では、Vudu のウェブサイト「https://www.vudu.com/」と「様々な種類の電子機器用アプリ」という表現から Vudu が「DASH の特許ポートフォリオの下でライセンスの恩恵を受けることができる」理由として記載されていた。Vudu が消費者に提供する主要なサービスはストリーミングサービスであり、そのウェブサイトとアプリがストリーミングサービスを提供するプラットフォームであることから、そのようなサービスを提供する行為は、Vudu が自ら特許を侵害

するのみならず、Vudu の顧客も侵害せざるを得ないことを Vudu が理解していたと推論するの
が妥当である。

44.　　上記の事実に基づいて、Helios 側が Vudu に「DASH 特許ポートフォリオのライ
センス供与により利益を得るだろう」と示唆した理由が、Vudu のウェブサイトとアプリが
DASH 対応ストリーミング VOD を提供していることと、Vudu がこの技術を使用するのに
DASH 特許が必須であると Helios が主張していることを Vudu が知っていたからであると推
論するのが妥当である。

45.　　Helios は通知書に、Helios の MPEG-DASH ポートフォリオを構成する特許およ
び特許出願のリストを添付し、しかも「DASH 特許ポートフォリオ」という見出しの下「米国
DASH 特許」と題する表には、他の 11 の米国特許の中から 736 特許が特許番号によって明
示されていた。この表で特定された 12 の「U.S. DASH 特許」のうち 5 つが本訴訟で主張されて
いる。

46.　　Helios は通知書の中で、Vudu に「公正かつ合理的な条件で DASH 特許ポ
ートフォリオの非独占的ライセンスを提供する意思」を表明した。そして、「オープンで率直な
議論を奨励し、Walmart が DASH ポートフォリオのライセンスを取得することで恩恵を得る理
由についてのさらなる情報を[Helios が] 提供できるようにする」ために、Helios は通知書に秘
密保持契約書（NDA）を同封した。

47.　　技術業界では一般的に理解されている、いわゆる FRAND コミットメントに関連
する「公正かつ合理的な約束」が、標準化団体に特許技術の貢献をする当事者が一般的に行
うものであることを Vudu が知っていたと推論するのが妥当である。このことは、Vudu が MPEG-
DASH 技術を使用することで、Vudu が Helios の特許を必然的に侵害すると主張していること
を Vudu が理解していたと推論するもう一つの根拠となる。

48.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は 736 特許の知識を持ち、736 特許が MPEG-DASH 規格に必須であると Helios が主張していたことを知っており、また Vudu は、736 特許が MPEG-DASH 規格に必須であるとすれば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することが、736 特許を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

49.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu の侵害に関する更なる詳細情報、及び Helios の MPEG-DASH 特許の標準必須性に関する情報を Helios が持っていることを認識しており、Vudu が NDA を締結したならば、Helios が Vudu と情報共有するであろうと推論することも妥当である。

50.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Helios が、標準必須特許のライセンス供与と矛盾しない「公正かつ合理的な条件」で、736 特許を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを Vudu に供与する意思があることを知っていたと推論することも妥当である。

51.    2018 年 9 月 11 日頃、Helios は Vudu に電子メールを送り、2018 年 8 月 23 日の Helios のレターの受領確認を求めた。Helios はさらに、通知書について話し合うことを申し出、Vudu が検討するために通知書と NDA を再度添付した。

52.    Helios の 2018 年 9 月 11 日のメールに返信はなかった。

53.    2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送り、2018 年 8 月 23 日の Helios の書簡の受領確認を求めた。Helios は、再度、通知書について話し合うことを申し出た。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu とのライセンス供与の可能性について話し合う適任者が Chung 氏の他にいるかどうかを問い合わせた。

54.    2018 年 10 月 2 日頃、Helios の Emil Kim 氏は Chung 氏に電話をかけ、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねる留守電メッセージを残した。

55.    2018 年 10 月 12 日頃、Vudu は、Walmart のシニア・アソシエート・ジェネラル・カウンセルである Diana Luo 氏からのレターを添付した 1 文の電子メールで回答し、Luo 氏のレターは、通知書の受領を確認し、Helios に対し、「今後この件に関するのすべての連絡を私宛に送信してください」と要請し、Vudu は「この件を調査し、いずれ対応する」と述べた。

56.    上記の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は、通知書に特定された米国の（736 特許を含む）MPEG-DASH 特許の請求を含む通知書の主張と情報を調査していたこと、さらにウェブサイトおよびアプリにより DASH 対応 VOD のストリーミングを Vudu が提供することが、736 特許を含むこれらの MPEG-DASH 特許を侵害し、その侵害を誘発するかどうかを調査していたと推察するのが妥当である。

57.    以上の事実に基づき、2018 年 8 月 23 日頃の時点で本件第 1 修正訴状第 43-44 項及び第 47-50 項に記載された推論に至ることが妥当ではない範囲で、少なくとも 2018 年 10 月 12 日頃の時点では、本件第 1 修正訴状第 43-44 項及び第 47-50 項に記載された推論に至ることが妥当である。

58.    Luo 氏の 2018 年 10 月 12 日の書簡に基づいて、Vudu が 736 特許を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを取得することに関して、2018 年 8 月 23 日頃から Helios が正しい事業体と連絡を取っていたと推論するのも妥当である。

59.    2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の書簡に対して電子メールで回答した。その回答の中で、Helios は NDA の状況について再度問い合わせ、NDA が締結された時点で「さらにライセンスに関する詳細情報を提供できる」と再度繰り返した。

60.　　Helios の 2018 年 10 月 15 日のメールには返信がなかった。

61.　　2018 年 10 月 31 日頃、Helios は、Vudu の調査について問い合わせるために、再度 Vudu に書簡を書いた。Helios は、Vudu が Helios と NDA を締結するよう繰り返し要求した。Helios は、「NDA が締結されたらすぐに [Helios] はクレーム表と Vudu 側の侵害の主張を含むさらなる詳細を提供することができる」と書簡に書いた。

62.　　Helios の 2018 年 10 月 31 日のメールには返信がなかった。

63.　　上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は、Vudu が NDA を締結したら、Helios が Vudu と共有することになる Vudu の 736 特許侵害に関するさらなる詳細を Helios が保有していることを知っていたと推論するのが妥当である。

64.　　上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が Helios と NDA を締結した場合、Vudu が 736 特許を直接侵害し、侵害を誘発した方法を詳細に記載したクレーム表を受け取ることを知っていたと推論するのが妥当である。また、Vudu の 2018 年 10 月 31 日の連絡に応答せず、さらに Helios との NDA 締結を拒否した Vudu は、侵害に関する追加情報を入手することを積極的に回避していたと推論するのも妥当である。

65.　　2019 年 2 月 19 日頃、Helios は Vudu に電子メールを送り、Helios は Vudu の調査結果をまだ待っていると繰り返したが、この調査は、Vudu が約 4 ヶ月前に開始したと説明していた。Helios は、ISO/IEC 23009-1 を 736 特許を含む Helios の MPEG-DASH 特許ポートフォリオが関連する MPEG-DASH 規格として再度特定した。また、Helios は、Helios 側で「Vudu が DASH 規格を利用していることを確認した」と Vudu に伝えた。この点を裏付けるために、Helios は 2019 年 2 月 19 日の電子メールに、Vudu が同社のストリーミング VOD で MPEG-DASH を使用していることを画像の証拠で実証したスクリーンショットを添付した。

66.　　2019 年 2 月 19 日に Helios は、Vudu への電子メールの中で、「使用許諾条件を含むその他の極秘情報とともに Helios のポートフォリオの特許が DASH 規格に必須であることを証明する詳細にわたるクレーム表を提供するが、その前に（添付の）NDA を締結する必要がある」という申し出を繰り返した。

67.　　上記の事実に基づき、2019 年 2 月 19 日の時点で、Vudu が 4 ヶ月以上にわたって Helios の MPEG-DASH 特許を調査していたか、または、Vudu の DASH 対応 VOD が 736 特許を含む Helios の MPEG-DASH 特許をどのように侵害したかの詳細を知ることを避けるために、MPEG-DASH 特許の Vudu の調査について Helios に積極的に誤解を与えていたと推論するのが妥当である。

68.　　上記の事実に基づき、Helios の（736 特許を含む）MPEG-DASH の特許ポートフォリオが MPEG-DASH の標準必須特許であると主張していることを Vudu が既に知らなかったとしても、少なくとも 2019 年 2 月 19 日の Helios の電子メールを送信した時点で Vudu がこのことを知っていたと推察するのが妥当である。

69.　　以上の事実から、Vudu は、DASH 対応ストリーミング VOD をウェブサイトとアプリで提供しており、MPEG-DASH を利用した豊富な経験を有していることから、2 月 19 日現在、2019 Vudu は、736 特許が MPEG-DASH に標準必須特許であるならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む、DASH 対応 VOD のストリーミングを顧客に提供し、奨励することが、736 特許の侵害を侵害し、誘発する可能性が高いことを主観的に知っていたと推察するのが妥当である。

70.　　2019 年 2 月 27 日頃、Vudu は、Helios の複数の連絡に対して電子メールで回答し、Vudu が通知書で特定された特許の調査を実施したことを確認した。Vudu は、また、Helios が特定した特許が「Helios 以外の事業体に譲渡されているように見受けられる」と主張

し、「Helios Streaming がこのような議論に関与するのに適格であるかは当社に明確ではない」
とも主張した。さらに Vudu は「Vudu は機密情報を受け取ることに興味がなく、Helios が送信
を選択したものについてはすべて非機密情報とみなす」と明示的に述べた。

71.　Helios は翌日の 2019 年 2 月 28 日に返信し、「Helios Streaming は現在の譲
受人である Ideahub から DASH 特許をサブライセンスする権利を持つ独占ライセンスを付与さ
れた」と伝えた。このような記述を裏付けるために Helios は、公開されている米国特許商標庁
のウェブサイトからのスクリーンショットをメールでの回答に添付し、これらのスクリーンショットに
は、736 特許を含む通知書で特定された 12 の MPEG-DASH 特許はすべて Ideahub に譲渡
され、Helios Streaming に独占的に使用許可されていることが示されていた。

72.　また、Helios は 2019 年 2 月 28 日のメールで、「クレーム表、使用許諾条件な
どを[Vudu]に提供する」ために、Vudu との実質的なライセンス供与の協議を始めるためには
NDA が必要であると改めて知らせた。「NDA がなければ、ライセンスが適切であるかどうかを
判断するために意味のある、あるいは実質的な議論を行うことができず、その結果この件を友
好的に解決する可能性を排除することになりかねない。」Helios は、Vudu とこのような問題を
電話で議論するために時間を取ると申し出た。

73.　Helios は、2019 年 2 月 28 日の連絡に対して何の返信も受け取らなかった。

74.　上記事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu が、Vudu の
ウェブサイト及びアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを顧
客に提供し、奨励することが 736 特許を侵害し、その侵害を誘発している可能性が高いと主
観的に考えていたと推論するのが妥当である。特に以下の事実と推論は、この推論を裏付け
るものである。(1) Vudu は、Helios が自社の(736 特許を含む)MPEG-DASH 特許が MPEG-
DASH の標準必須特許であると主張していることを知っていた、(2) Helios が Vudu のストリー

ミング VOD が MPEG-DASH を利用していることを確認し、さらにスクリーンショットにより Vudu にその確認の証拠を提供していた、そして(3)Helios は、Vudu が Helios の（736 特許を含む）MPEG-DASH 特許をどのように直接侵害し、直接侵害を誘発していたか、Helios の特許がいかに MPEG-DASH 規格に必須なものであったかを示す機密のクレーム表を何度も提供することを申し出ていた。

75.　　上記の事実に基づいて、少なくとも 2019 年 2 月 27 日の時点で、Vudu が Helios の申し出たクレーム表の機密性尊重を拒否したことは、736 特許を含む Helios の MPEG-DASH 特許を Vudu が侵害した詳細を知ることを避けるために計算された意図的な行為であったと推論することも妥当である。

76.　　2019 年 3 月 6 日、Helios は、2019 年 3 月 15 日までに Vudu が回答し、NDA を締結するよう Vudu に電子メールで要請した。

77.　　Helios は、2019 年 3 月 6 日の電子メールへの返信を受けておらず、2019 年 2 月 27 日から Helios が本訴訟の初版訴状を提出するまでの間、Vudu からのそれ以外の連絡もなかった。

78.　　情報と信念によると、被疑侵害手段は、全米および本地区で被告のパートナー、クライアント、顧客およびエンドユーザによって、または被告のパートナー、クライアント、顧客及びエンドユーザの各々のために継続して使用され、販売され、提供され、および/または使用されている。

79.　　情報と信念によると、Vudu は、とりわけ特定の意図をもつか、あるいは故意に無視することにより、Vudu のパートナーおよび顧客を含むがこれに限定されない他者の侵害を積極的に幇助し、教唆することにより、合衆国法典第 35 編 § 271(b)に基づく736 特許の少なくとも請求項 1、4、5、6、7、および 8 を侵害するよう他者を誘発し、その誘発を続けてきたし、こ

のような他者の被疑侵害手段の使用は、少なくとも 736 特許の請求項 1、4、5、6、7、および 8 の直接侵害にあたる。少なくとも 2018 年 8 月 23 日頃に通知書を受領して以来、またはその時に受領していないなら、2018 年 10 月 12 日頃に通知書の受領を確認して Helios の MPEG-DASH 特許を調査していることを確認して以来、あるいは、その時点でないならば、2019 年 2 月 19 日頃に、Helios が Vudu のストリーミング VOD が MPEG-DASH を利用していることを示すスクリーンショットを電子メールで送信し、Helios がその MPEG-DASH 特許が MPEG-DASH 規格に必須であることを再確認して以来、あるいはその時点でないならば、Vudu の MPEG-DASH に関する広範な知識と経験、および Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励していた方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 736 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状とそれに添付された Exhibit 2 を受け取って以来 Vudu は、少なくとも 736 特許の請求項 1、4、5、6、7、および 8 を侵害するように他者を誘導し、またその誘導を続けている。

　　　　80.　　特に、パートナーや顧客などの他者の侵害を幇助し、教唆する Vudu の行為には、パートナーまたは顧客に被疑侵害手段の特許を侵害するような使用を積極的に奨励するようなアイコンや指示、または声明など、被疑侵害手段の特許侵害的使用を促す資料および/またはサービスを故意に被疑侵害手段を提供することが含まれる。

　　　　81.　　例えば、Vudu は、ストリーミングが顧客による 736 特許の侵害になることを知りながら、Vudu の DASH 対応 VOD コンテンツスのストリーミングを顧客に奨励するために故意にかつ戦略的に Vudu の DASH 対応 VOD コンテンツにワンクリックの「視聴」または「無料で視聴」ボタンを設置し、現在も設置し続けている。(Ex. 2 の 2, 16-17 参照) 736 特許の請求項 1、4、5、6、7、8 の主張する方法は、顧客が「視聴」または「無料で視聴」ボタンをクリックする

と、必然的に顧客の端末によって実行されるものであり (*同文献の* 2, 16-17.)、Exhibit 2 に述

べるように、これは直接侵害となる。

82.　さらに他の例として、Vudu は、上記の「視聴」および「無料で視聴」ボタンを提

供し続けることに加えて、Roku ストリーミングデバイス、スマートテレビ、PC および Mac デバイ

ス、Chromecast デバイス、Android デバイス、iOS デバイス、Blu-ray プレイヤー、Xbox デバイ

ス、および Windows 10 デバイスなどのユーザに対して、Vudu の DASH 対応 VOD をストリー

ミングで視聴を指示することにより、積極的かつ故意に 736 特許の侵害を奨励し続けている。



https://www.vudu.com/content/movies/aboutus（最終アクセスは 2020 年 7 月 15 日）。

83.　情報と確信に基づき、Vudu は、少なくとも 2018 年 8 月 23 日頃に通知書を受領

した時から、あるいはそうでないなら、2018 年 10 月 12 日頃に通知書の受領を確認し、Helios

の MPEG-DASH 特許を調査していることを確認した時点から、その時点でなければ、2019 年

2 月 19 日頃、Vudu のストリーミング VOD が MPEG-DASH を利用していることを示すスクリー

ンショットを Helios が電子メールで送信し、Helios がその MPEG-DASH 特許が MPEG-DASH

の標準必須特許であることを再度確認して以来、あるいはその時点でないならば、Vudu の

MPEG-DASH に関する広範な知識と経験、および Vudu のパートナー、顧客、およびユーザ

に DASH 対応 VOD のストリーミングを奨励する方法かに関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 736 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状と添付の Exhibit 2 を受け取って以来、Vudu が 736 特許を実際に知り、その行為が 736 特許の侵害を誘発していたことを知っていたため、侵害を引き起こすという特定の意図を持って、またはその結果として生じる侵害を故意に無視して、そのような行為に従事し、現在も従事している。

84.    別の見方をすると、Vudu が、自らの行為が 736 特許の侵害を誘発していたということを実際に認識していなかったと主張する点では、Vudu は、自分の行為が 736 特許の侵害を誘発していたという事実を故意に見て見ぬふりをしていたことになる。

85.    Vudu は、Vudu のウェブサイトやアプリを通じて提供される DASH 対応ストリーミング VOD が 736 特許を侵害している、または侵害を誘発している可能性が高いと主観的に考えていた。情報と信念によると、Vudu は少なくとも 2016 年から DASH 対応ストリーミング VOD を提供していたため、Vudu は Helios から連絡を受ける前に MPEG-DASH 規格とその VOD がどのように MPEG-DASH を利用しているかについて幅広い知識を持っていた。Helios は、少なくとも 2018 年 8 月 23 日頃から、736 特許を自社の「DASH 特許ポートフォリオ」の中の「米国 DASH 特許」と位置付けており、自社の（736 特許を含む）MPEG-DASH 特許が規格としての MPEG-DASH に関連することを明確かつ一貫して識別していた。Helios は、自社の MPEG-DASH 特許が MPEG-DASH に必須であることを明言し、Vudu が自社のウェブサイトやアプリを介してストリーミング VOD を提供する際に MPEG-DASH 規格を利用していることを認識していたことを証明する証拠を提供した。そして、Vudu は、MPEG-DASH 規格に必須の特許であれば、その特許が MPEG-DASH を利用したストリーミング VOD により必然的に侵害されること

を知っていた。

86.　　上記第 85 段落に記載された事実にもかかわらず、Vudu は、736 特許の侵害

のおよび/または誘導された侵害の詳細を知ることを積極的かつ故意に回避していた。Vudu

は、Vudu が Helios の MPEG-DASH 特許を調査していると Helios に伝えたが、これは Helios

を欺く意図的な試みであった。DASH 対応ストリーミング VOD が Helios の MPEG-DASH 特

許を侵害しているという追加の情報と証拠を突きつけられ、Vudu の侵害に関するより詳細な

機密情報を検討する機会を与えられたとき、Vudu は「Vudu は機密情報を受け取ることに全く

興味がない」と述べ、侵害情報の入手を避けるために、それ以降、コミュニケーションをすべて

遮断した。

87.　　情報と信念によると、上記第 30-86 項に記載された事実と推論に基

づき、Vudu の侵害は故意に行われており、現在もそれが継続している。

88.　　原告は、Vudu の侵害行為によって損害を被っている。

### 訴因 2-米国特許第 10,270,830 号の侵害

89.　　前記第 1 項から第 88 項に述べる主張は、本第 2 救済請求に含まれる。

90.　　2019 年 4 月 23 日、830 特許は、「Apparatus and Method for Providing

Streaming Content Using Representations (リプリゼンテーションを使用したストリーミングコ

ンテンツの提供用の機器と方法)」というタイトルで米国特許商標庁により正式かつ合法的

に交付された。830 特許の真正なコピーを Exhibit 3 として添付する。

91.　　Ideahub は、830 特許の権利、権原および利益の譲受人および所有者である。

92.　　Helios は、830 特許に基づいて発生するすべての訴訟原因を主張する独

占的な権利と、特許侵害に対する救済措置を受け取る権利を保有する。

93.　情報と信念によると、Vudu は、Exhibit 4 として添付された暫定的で例示的なクレーム表に詳述されるように https://www.vudu.com/content/movies/home で入手可能な 1 つまたは複数のビデオ・オン・デマンド（「VOD」）を含む作品などの MPEG-DASH 規格に準拠したメディアコンテンツのストリーミング（以下「被疑侵害手段」という）を販売する、販売提供する、作成する、使用する、および/または提供し、使用させることにより、830 特許の少なくとも請求項 8、12、および 13 を継続して直接侵害しており、また少なくとも請求項 1、5、6、15、および 18 の直接侵害を引き続き誘導している。

94.　情報と信念によると、被疑侵害手段は、サーバまたは複数のサーバによって実行されるメディアコンテンツを配信する方法を実行するもので、その方法は次のとおり。メディアコンテンツのメディアプレゼンテーション記述（MPD）をクライアントに送信する、そのクライアントからメディアコンテンツのセグメントを求めるリクエストを受信する、そのクライアントにそのメディアコンテンツを送信すると、その MPD は 1 つ以上のピリオドを含み、そこで各ピリオドは 1 つ以上のアダプテーションセットを含み、そこで各アダプテーションセットは 1 つ以上のリプリゼンテーションを含み、そこで各リプリゼンテーションは 1 つ以上のセグメントを含み、そこでその MPD は、各ピリオドと、各アダプテーションセット、各リプリゼンテーション、さらに各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含み、そこでそのピリオドは、当該ピリオドの各アダプテーションセットと、各リプリゼンテーション、さらに各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含み、そこでそのアダプテーションセットは、当該アダプテーションセットの各リプリゼンテーションと、各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含み、さらにそこでそのリプリゼンテーションは、当該リプリゼンテーションの各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含む。

95.     情報と信念によると、被疑侵害手段は、DASH (HTTP を使ったダイナミックアダプティブストリーミング) クライアントによって実行されるメディアコンテンツを提供する方法を実行し、その方法は以下のとおり。メディアコンテンツのメディアプレゼンテーション記述（MPD）を受信する、そして MPD によって提供された情報に基づいてそのメディアコンテンツのセグメントにアクセスすると、そこでその MPD は 1 つ以上のピリオドを含み、そこで各ピリオドは 1 つ以上のアダプテーションセットを含み、そこで各アダプテーションセットは 1 つ以上のリプリゼンテーションを含み、そこで各リプリゼンテーションは 1 つ以上のセグメントを含み、そこでその MPD は、各ピリオドと、各アダプテーションセット、各リプリゼンテーション、および各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含み、そこでそのピリオドは、当該ピリオドの各アダプテーションセットと、各リプリゼンテーション、さらに各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含み、そこでそのアダプテーションセットは、当該アダプテーションセットの各リプリゼンテーションと、各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含み、さらにそこでそのリプリゼンテーションは、当該リプリゼンテーションの各セグメントに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含む。

96.     情報と信念によると、被疑侵害手段は、830 特許の係属中に、830 特許の少なくとも請求項 1、5、6、8、12、13、15、および 18 を侵害するように使用され、現在も直接侵害する使用が継続している。

97.     少なくとも初版訴状を受け取った時点から、Vudu は、830 特許を直接侵害していること、および/または他者に侵害するように誘導しているという内容の実際の通知書を受け取っていた。

98.     2018 年 8 月 23 日頃、Helios は Vudu に対して、Walmart の総合弁護士である Jamie Elizabeth Chung 氏宛に通知書を送付した。情報と信念によると、2018 年 8 月 23 日

頃の時点で、Walmart は Vudu の親会社であり、Chung 氏は Vudu を代表して Helios の提案を協議する権限を有していた。

　　99.　　情報と信念によると、Vudu は、通知書を受け取る 2 年以上前から、MPEG-DASH を使用した VOD（ビデオオンデマンド）ストリーミングの提供を開始していた。(*例えば、*https://castlabs.com/news/vudu-android-app-castlabs-technology/ *を参照のこと、*2016 年 3 月 11 日 (最後にアクセスしたのは 2020 年 7 月 15 日)) したがって、Vudu は、通知書を受け取る前に、MPEG-DASH と Vudu のストリーミング VOD がどのように MPEG-DASH に準拠しているかを熟知していたと推論するのが妥当である。情報と信念、さらに合理的な推論によると、Vudu は、標準化を推進する団体やそのような努力に関して一般的にみられるようにように、MPEG-DASH 規格に必須特許があることを認識していた。

　　100.　　通知書の中では、Helios を「[ETRI]により研究開発された[MPEG-DASH]に関連する特許および特許出願の世界的な独占的実施権者(ライセンシー)」と特定し、「ETRI は [MPEG-DASH] の開発に重要な貢献者であり、後にアダプティブストリーミング技術の最初の国際標準として採用されることになった」と記載されていた。

　　101.　　通知書は、特に主張特許の関連する MPEG-DASH 規格として、また、Vudu のストリーミング VOD サービスで使用する MPEG-DASH 規格として ISO/IEC 23009-1 を特定した。

　　102.　　通知書では、Vudu のウェブサイト「https://www.vudu.com/」と「様々な種類の電子機器用アプリ」という表現から Vudu が「DASH 特許ポートフォリオの下でライセンスの恩恵を受けることができる」理由として記載されていた。Vudu が消費者に提供する主要なサービスはストリーミングサービスであり、そのウェブサイトとアプリがストリーミングサービスを提供するプラットフォームであることから、そのようなサービスを提供する行為は、Vudu が自ら特許を侵害す

るのみならず、Vudu の顧客も侵害せざるを得ないことを Vudu が理解していたと推論するのが妥当である。

103.　上記の事実に基づいて、Helios 側が Vudu に「DASH 特許ポートフォリオのライセンス供与により利益を得るだろう」と示唆した理由が、Vudu のウェブサイトとアプリが DASH 対応ストリーミング VOD を提供していることと、Vudu がこの技術を使用するのに DASH 特許が必須であると Helios が主張していることを Vudu が知っていたからであると推論するのが妥当である。

104.　Helios は通知書に、Helios の MPEG-DASH ポートフォリオを構成する特許および特許出願リストを添付し、しかも「DASH 特許ポートフォリオ」という見出しの下「米国 DASH 係属中特許出願」というタイトルの表には、8 つの米国特許出願のうち、継続出願で 830 特許として認められた米国特許出願第 15/834,702 号が明記されていた。この表で特定された 8 つの「U.S. DASH 係属中特許出願」のうち 5 つが直接または継続出願で特許として認められ、本訴訟で主張されている。

105.　Helios は通知書の中で、Vudu に「公正かつ合理的な条件で DASH 特許ポートフォリオの非独占ライセンスを提供する意思」を表明した。そして、「オープンで率直な議論を奨励し、Walmart が DASH ポートフォリオのライセンスを取得することで恩恵を得る理由についてのさらなる情報を[Helios が] 提供できるようにする」ために、Helios は通知書に秘密保持契約書（NDA）を同封した。

106.　技術業界では一般的に理解されている、いわゆる FRAND コミットメントに関連する「公正かつ合理的な約束」が、標準化団体に特許技術の貢献をする当事者が一般的に行うものであることを Vudu が知っていたと推論するのが妥当である。このことは、Vudu が MPEG-DASH 技術を使用することで、Vudu が Helios の特許を必然的に侵害すると主張して

いることを Vudu が理解していたと推論するもう一つの根拠となる。

107.　上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、継続出願の結果 830 特許として特許となった特許出願について認識しており、Helios が継続出願して 830 特許となった出願が、MPEG-DASH の標準に必須の技術を主張すると申し立てていたことを知っており、さらに Vudu は、Helios が継続出願して 830 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することで 830 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

108.　上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Vudu の侵害の恐れのあるさらなる詳細情報、および Helios の MPEG-DASH 特許と出願の標準必須性に関する情報を Helios が持っていることを認識しており、Vudu が NDA を締結したならば、Helios が Vudu と情報共有するであろうと推論することも妥当である。

109.　上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Helios が標準的な必須特許のライセンスと矛盾しない「公正かつ合理的な条件」で Helios の MPEG-DASH 特許ポートフォリオのライセンスを Vudu に提供する意思があることを知っていたと推論することも合理的である。

110.　2018 年 9 月 11 日頃、Helios は Vudu に電子メールを送り、2018 年 8 月 23 日の Helios のレターの受領確認を求めた。Helios はさらに、通知書について話し合うことを申し出、Vudu が検討するために通知書と NDA を再度添付した。

111.　Helios の 2018 年 9 月 11 日のメールに返信はなかった。

112.　2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送り、2018 年 8 月 23 日の Helios の書簡の受領確認を求めた。Helios は、再度、通知書について話し合うことを申し

出た。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu とのライセンス供与の可能性について話し合う適任者が Chung 氏の他にいるかどうかを問い合わせた。

113. 2018 年 10 月 2 日頃、Helios の Emil Kim 氏は Chung 氏に電話をかけ、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねる留守電メッセージを残した。

114. 2018 年 10 月 12 日頃、Vudu は、Walmart のシニア・アソシエート・ジェネラル・カウンセルである Diana Luo 氏からのレターを添付した 1 文の電子メールで回答し、Luo 氏のレターは、通知書の受領を確認し、Helios に対し、「今後この件に関するのすべての連絡を私宛に送信してください」と要請し、Vudu は「この件を調査し、いずれ対応する」と述べた。

115. 上記の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は、通知書に特定された米国の（継続出願を経て 830 特許として特許と認められた特許出願を含め）MPEG-DASH 特許出願の請求を含む通知書の主張と情報を調査していたこと、さらにウェブサイトおよびアプリにより DASH 対応ストリーミング VOD を Vudu が提供することが、出願が認められたら、これらの MPEG-DASH 特許出願の請求を侵害し、その侵害を誘発するかどうかを調査していたと推察するのが妥当である。

116. Luo 氏の 2018 年 10 月 12 日の書簡に基づいて、Vudu が継続出願を経て 830 特許として特許と認められた特許出願を含め Helios の MPEG-DASH 特許ポートフォリオのライセンス供与を受けることに関して、2018 年 8 月 23 日頃から Helios が正しい事業体と連絡を取っていたと推論するのも妥当である。

117. 2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の書簡に対して電子メールで回答した。その回答の中で、Helios は NDA の状況について再度問い合わせ、NDA が締結された時点で「さらにライセンスに関する詳細情報を提供できる」と再度繰り返した。

118.　Helios の 2018 年 10 月 15 日のメールには返信がなかった。

119.　2018 年 10 月 31 日頃、Helios は、Vudu の調査について問い合わせるために、再度 Vudu に書簡を書いた。Helios は、Vudu が Helios と NDA を締結するよう繰り返し要求した。Helios は、「NDA が締結されたらすぐに [Helios] はクレーム表と Vudu 側の侵害の主張を含むさらなる詳細を提供することができる」と書簡に書いた。

120.　Helios の 2018 年 10 月 31 日のメールには返信がなかった。

121.　上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は、Vudu が NDA を締結したら、Helios が Vudu と共有することになるクレーム表を含む継続出願を経て 830 特許として特許と認められた特許出願の請求など Vudu の侵害の恐れのある、さらなる詳細を Helios が保有していることを知っていたと推論するのが妥当である。

122.　上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が Helios と NDA を締結した場合、Vudu が継続出願を経て 830 特許として特許と認められた特許出願の請求を直接侵害し、侵害を誘発するような方法を詳細に記載したクレーム表を受け取ることを知っていたと推論するのが妥当である。また、Vudu の 2018 年 10 月 31 日の連絡に応答せず、さらに Helios との NDA 締結を拒否した Vudu は、侵害する可能性が高いことを知るのを積極的に回避していたと推論するのも妥当である。

123.　2019 年 2 月 19 日頃、Helios は Vudu に電子メールを送り、Helios は Vudu の調査結果をまだ待っていると繰り返したが、この調査は、Vudu が約 4 ヶ月前に開始したと説明していた。Helios は、継続出願を経て 830 特許として特許と認められた特許出願を含む Helios の MPEG-DASH 特許ポートフォリオが関連する MPEG-DASH 規格として ISO/IEC 23009-1 を再度特定した。また、Helios は、Helios 側で「Vudu が DASH 規格を利用していることを確認した」と Vudu に伝えた。この点を裏付けるために、Helios は 2019 年 2 月 19 日の

電子メールに、Vudu が同社のストリーミング VOD で MPEG-DASH を使用していることを画像の証拠で実証したスクリーンショットを添付した。

124.   2019 年 2 月 19 日に Helios は、Vudu への電子メールの中で、「使用許諾条件を含むその他の極秘情報とともに Helios のポートフォリオの特許が DASH 規格に必須であることを証明する詳細にわたるクレーム表を提供するが、その前に（添付の）NDA を締結する必要がある」という申し出を繰り返した。

125.   上記の事実に基づき、Helios が MPEG-DASH の特許ポートフォリオに含まれる特許および出願が MPEG-DASH の標準必須特許であると主張していることを Vudu が既に知らなかったとしても、少なくとも 2019 年 2 月 19 日に Helios が電子メールを送信した時点で Vudu がそれを認識していたと推察するのが妥当である。

126.   Vudu のウェブサイト及びアプリでの DASH 対応ストリーミング VOD の提供を通じた MPEG-DASH に関する Vudu の豊富な経験を含む上記の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は、Helios が継続出願して 830 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することが、830 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

127.   2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対して電子メールで回答し、「Vudu はいかなる機密情報の受信にも興味がなく、Helios が送信を選択したものについては非機密情報とみなす」と明言した。

128.   Helios は翌日の 2019 年 2 月 28 日に返信し、「クレーム表、使用許諾条件などを[Vudu]に提供する」ために、Vudu との実質的なライセンス供与の協議を始めるためには

NDA が必要であると改めて知らせた。「NDA がなければ、ライセンスが適切であるかどうかを判断するために意味のある、あるいは実質的な議論を行うことができず、その結果この件を友好的に解決する可能性を排除することになりかねない。」Helios は、Vudu とこのような問題を電話で議論するために時間を取ると申し出た。

129.　Helios は、2019 年 2 月 28 日の連絡に対して何の返信も受け取らなかった。

130.　上記事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu が、Vudu のウェブサイト及びアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを顧客に提供し、奨励することが請求の受理後、継続出願して 830 特許となった出願の請求を侵害し、その侵害を誘発する可能性が高いと主観的に考えていたと推論するのが妥当である。特に以下の事実と推察は、この推論を裏付けるものである。(1) Vudu は、Helios が自社の特許出願が MPEG-DASH 特許が MPEG-DASH の標準必須特許であると主張していることを知っていた、(2) Helios が Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認し、さらにスクリーンショットにより Vudu にその確認の証拠を提供していた、そして(3) Helios は、Vudu が Helios の（継続出願して 830 特許となった出願を含めて）MPEG-DASH 特許出願をどのように直接侵害し、直接侵害を誘発するか、Helios の特許がいかに MPEG-DASH 規格に必須なものであったかを示す機密のクレーム表を何度も提供することを申し出ていた。

131.　上記の事実に基づいて、少なくとも 2019 年 2 月 27 日の時点で、Vudu が Helios の申し出たクレーム表の機密性尊重を拒否したことは、Helios の MPEG-DASH 特許と継続出願して 830 特許となった出願を含む MPEG-DASH 特許出願からの間もなく認められる請求を Vudu が侵害した詳細を知ることを避けるために計算された意図的な行為であったと推論することも妥当である。

132.　2019 年 3 月 6 日、Helios は、2019 年 3 月 15 日までに Vudu が回答し、NDA

を締結するよう Vudu に電子メールで要請した。

133.　Helios は、2019 年 3 月 6 日の電子メールへの返信を受けておらず、2019 年 2 月 27 日から Helios が本訴訟の初版訴状を提出するまでの間、Vudu からのそれ以外の連絡もなかった。

134.　2019 年 4 月 23 日、830 特許が発行した。

135.　少なくとも 2019 年 4 月 23 日の時点で、Vudu は、830 特許についての知識と、Vudu が 830 特許を侵害し、侵害を誘発する方法についての知識を持っていたはずである。しかし、少なくとも 2018 年 8 月 23 日頃から、Vudu は、DASH 対応ストリーミング VOD を提供し、使用させることが、Vudu が 830 特許の請求を侵害し、侵害を誘発する可能性が高いと Vudu が主観的に信じていたにもかかわらず、継続で 830 特許として発行した出願の請求侵害の可能性と侵害の誘導についての知識を回避するために故意に、かつ一貫して行動した。

136.　情報と信念によると、被疑侵害手段は、全米および本地区で被告のパートナー、クライアント、顧客およびエンドユーザによって、または被告のパートナー、クライアント、顧客及びエンドユーザの各々のために継続して使用され、販売され、提供され、および/または使用されている。

137.　情報と信念によると、Vudu は、とりわけ特定の意図をもつか、あるいは故意に無視することにより、Vudu のパートナーおよび顧客を含むがこれに限定されない他者の侵害を積極的に幇助し、教唆することにより、合衆国法典第 35 編第 271 条(b)に基づく 830 特許の少なくとも請求項 1、5、6、15、および 18 を侵害するよう他者を誘発し、その誘発を続けてきたし、このような他者の被疑侵害手段の使用は、少なくとも 830 特許の請求項 1、5、6、15、および 18 の直接侵害に当たる。少なくとも、830 特許の発行日の 2019 年 4 月 23 日以来、あるいは、その時点でないならば Vudu の MPEG-DASH に関する広範な知識と経験、および Vudu のパー

トナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励していた方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 830 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状とそれに添付された Exhibit 4 を受け取って以来、Vudu は、少なくとも 830 特許の請求項 1、5、6、15、および 18 を侵害するように他者を誘導し、またその誘導を続けている。

138.    特に、パートナーや顧客のような他者の侵害を幇助・教唆する Vudu の行為には、パートナーや顧客に特許侵害を招く被疑侵害手段の使用を積極的に奨励するアイコンや指示、または声明など故意に被疑侵害手段の使用を奨励する資料および/またはサービスとともに被疑侵害手段を提供することが含まれる。

139.    例えば、Vudu は、ストリーミングが顧客による 830 特許の侵害になることを知りながら、Vudu の DASH 対応 VOD コンテンツスのストリーミングを顧客に奨励するために故意にかつ戦略的に Vudu の DASH 対応 VOD コンテンツスにワンクリックの「視聴」または「無料で視聴」ボタンを設置し、現在も設置し続けている。(Ex.4 の 2、12、22 参照) 830 特許の請求項 1、5、6、15、および 18 の主張する方法は、顧客が「視聴」または「無料で視聴」ボタンをクリックすると、必然的に顧客の端末によって実行されるものであり (*同文献の* 2, 12-22.)、Exhibit 4 に述べるように、これは直接侵害となる。

140.    さらに他の例として、Vudu は、上記の「視聴」および「無料で視聴」ボタンを提供し続けることに加えて、Roku ストリーミングデバイス、スマートテレビ、PC および Mac デバイス、Chromecast デバイス、Android デバイス、iOS デバイス、Blu-ray プレイヤー、Xbox デバイス、および Windows 10 デバイスなどのユーザに対して、Vudu の DASH 対応 VOD をストリーミングで視聴を指示することにより、積極的かつ故意に 830 特許の侵害を奨励し続けている。



https://www.vudu.com/content/movies/aboutus（最終アクセスは 2020 年 7 月 15 日）

141.    情報と信念のもとに、Vudu は、少なくとも 830 特許が発行した 2019 年 4 月 23 日以来ずっと、あるいはそうでないなら、Vudu の MPEG-DASH に関する広範な知識と経験、および Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励する方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 830 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状と添付の Exhibit 2 を受け取って以来、Vudu が 830 特許を実際に認識しており、その行為が 830 特許の侵害を誘発していたことを知っていたため、侵害を引き起こすという具体的な意図を持って、またはその結果として生じる侵害を故意に無視して、そのような行為に従事し、現在も従事している。

142.    別の見方をすると、Vudu が、自らの行為が 830 特許の侵害を誘発していたということを実際に認識していなかったと主張する点では、Vudu は、自分の行為が 830 特許の侵害を誘発していたという事実をわざと目をそむけていたことになる。

143.    Vudu は、Vudu のウェブサイトやアプリを通じて提供される DASH 対応ストリーミング VOD が 830 特許を侵害している、または侵害を誘発している可能性が高いと主観的に考

えていた。情報と信念によると、Vudu は少なくとも 2016 年から DASH 対応ストリーミング VOD を提供していたため、Vudu は Helios から連絡を受ける前に MPEG-DASH 規格とその VOD がどのように MPEG-DASH を利用しているかについて幅広い知識を持っていた。Helios は、少なくとも 2018 年 8 月 23 日頃から、継続出願で 830 特許となった出願を自社の「DASH 特許ポートフォリオ」の中の「米国 DASH 係属特許出願」と位置付けており、自社の MPEG-DASH 特許出願が規格としての MPEG-DASH に関連することを明確かつ一貫して識別していた。Helios は、自社の MPEG-DASH 特許が MPEG-DASH に必須であることを明言し、Vudu が同社のウェブサイトやアプリを介してストリーミング VOD を提供する際に MPEG-DASH 規格を利用していることを認識していたことを証明する証拠を提供した。そして、Vudu は、MPEG-DASH 規格に必須の特許であれば、その特許が MPEG-DASH を使うストリーミング VOD により必然的に侵害されることを知っていた。

144.　上記第 143 段落に記載された事実にもかかわらず、Vudu は、830 特許の侵害のおよび/または誘導された侵害の詳細を知ることを積極的かつ故意に回避していた。Vudu は、Vudu が Helios の MPEG-DASH 特許および出願を調査していると Helios に伝えたが、これは Helios を欺く意図的な試みであった。DASH 対応ストリーミング VOD が Helios の MPEG-DASH 特許を侵害しているという追加の情報と証拠を突きつけられ、Vudu の侵害に関するより詳細な機密情報を検討する機会を与えられたとき、Vudu は「Vudu は機密情報を受け取ることに全く興味がない」と述べ、侵害情報の入手を避けるために、それ以降、コミュニケーションをすべて遮断した。

145.　情報と信念によると、上記第 89-144 項に記載された事実と推論に基づき、Vudu の侵害は故意に行われており、現在もそれが継続している。

146.　原告は、Vudu の侵害行為によって損害を受けている。

## 訴因 3-米国特許第 10,277,660 号の侵害

147.　前記第 1 項から第 146 項に述べる主張は、本第 3 救済請求に含ま

れる。

148.　2019 年 4 月 30 日、660 特許は、「Apparatus and Method for Providing

Streaming Content（ストリーミングコンテンツの提供用の機器と方法）」というタイトルで米国

特許商標庁により正式かつ合法的に発行した。660 特許の真正なコピーを Exhibit 5 とし

て添付する。

149.　Ideahub は、660 特許に関する権利、権原および利益の譲受人および所有

者である。

150.　Helios は、660 特許に基づいて発生するすべての訴訟原因を主張する独

占的な権利と、特許侵害に関連する救済措置を受け取る権利を保有する。

151.　情報と信念によると、Vudu は、Exhibit 6 として添付された暫定的で例示的なク

レーム表に詳述されるように https://www.vudu.com/content/movies/home で入手可能な 1 つま

たは複数のビデオ・オン・デマンド（「VOD」）を含む作品などの MPEG-DASH 規格に準拠した

メディアコンテンツのストリーミング（以下「被疑侵害手段」という）を販売する、販売提供する、

作成する、使用する、および/または提供し、使用させることにより、660 特許の少なくとも請求

項 1、2、3、4、8、10、20、および 21 を継続して直接侵害しており、また少なくとも請求項 11、

12、13、14、および 18 の直接侵害を引き続き誘導している。

152.　情報と信念によると、被疑侵害手段は、サーバまたは複数のサーバによって実

行されるメディアコンテンツの提供方法を実行することで、その方法は、以下のとおり。まずクラ

イアントから、メディアコンテンツのメタデータに基づいて、メディアコンテンツのセグメントを求め

る URL（ユニフォームリソースロケーター）リクエストを受信する、そのメタデータは複数のベース URL 要素から構成され、同一のセグメントは、該当する複数のベース URL 要素に関して解決された URL によって表示される場所でアクセス可能である、そして要求されたメディアコンテンツのセグメントをクライアントに送信する、リクエストされたそのセグメントの URL は、複数のベース URL 要素の中から選択されたベース URL 要素に基づいて生成される。

153.　情報と信念によると、被疑侵害手段は、クライアントによって実行されるメディアコンテンツの提供方法を実行することで、その方法は次のとおり。メタデータに基づいてメディアコンテンツのセグメントを求めるリクエストをサーバに送信する、そのメタデータは複数のベース URL 要素から構成され、同一のセグメントは、該当する複数のベース URL 要素に関して解決された URL によって表示される場所でアクセス可能である、そしてメディアコンテンツのセグメント求めるリクエストをサーバから受信し、リクエストされたセグメントの URL は、複数のベース URL 要素の中から選択されたベース URL 要素に基づいて生成される。

154.　情報と信念によると、被疑侵害手段は、660 特許の係属中に、660 特許の少なくとも請求項 1、2、3、4、8、10、11、12、13、14、18、20、および 21 を侵害するように使用され、現在も直接侵害する使用が継続している。

155.　少なくとも初版訴状を受け取った時点から、Vudu は、660 特許を直接侵害していること、および/または他者に侵害するように誘導しているという内容の実際の通知書を受け取っていた。

156.　2018 年 8 月 23 日頃、Helios は Vudu に対して、Walmart の総合弁護士である Jamie Elizabeth Chung 氏宛に通知書（以下「通知書」）を送付した。情報と信念によると、2018 年 8 月 23 日頃の時点で、Walmart は Vudu の親会社であり、Chung 氏は Vudu を代表して Helios の提案を協議する権限を持っていた。

157.    情報と信念によると、Vudu は、通知書を受け取る 2 年以上前から、MPEG-DASH を使用した VOD（ビデオオンデマンド）ストリーミングの提供を開始していた。(*例えば、*https://castlabs.com/news/vudu-android-app-castlabs-technology/ *を参照、* 2016 年 3 月 11 日 (最後にアクセスしたのは 2020 年 7 月 15 日)*)* したがって、Vudu は、通知書を受け取る前に、MPEG-DASH と Vudu のストリーミング VOD がどのように MPEG-DASH に準拠しているかを熟知していたと推論するのが妥当である。情報と信念、さらに合理的な推論によると、Vudu は、標準化を推進する団体やそのような努力に関して一般的にみられるようにように、MPEG-DASH 規格に必須特許があることを認識していた。

158.    通知書の中では、Helios を「[ETRI]により研究開発された[MPEG-DASH]に関連する特許および特許出願の世界的な独占的実施権者(ライセンシー)」と特定し、「ETRI は [MPEG-DASH] の開発に重要な貢献者であり、後にアダプティブストリーミング技術の最初の国際標準として採用されることになった」と記載されていた。

159.    通知書は、特に主張特許の関連する MPEG-DASH 規格として、また、Vudu のストリーミング VOD サービスで使用する MPEG-DASH 規格として ISO/IEC 23009-1 を特定した。

160.    通知書では、Vudu のウェブサイト「https://www.vudu.com/」と「*様々な種類の電子機器用アプリ*」という表現から Vudu が「*DASH の特許ポートフォリオの下でライセンスの恩恵を受けることができる*」理由として記載されていた。Vudu が消費者に提供する主要なサービスはストリーミングサービスであり、そのウェブサイトとアプリがストリーミングサービスを提供するプラットフォームであることから、そのようなサービスを提供する行為は、Vudu が自ら特許を侵害するのみならず、Vudu の顧客も侵害せざるを得ないことを Vudu が理解していたと推論するのが妥当である。

161.    上記の事実に基づいて、Helios 側が Vudu に「DASH 特許ポートフォリオのライセンス供与により利益を得るだろう」と示唆した理由が、Vudu のウェブサイトとアプリが DASH 対応ストリーミング VOD を提供していることと、Vudu がこの技術を使用するのに DASH 特許が必須であると Helios が主張していることを Vudu が知っていたからであると推論するのが妥当である。

162.    Helios は通知書に、Helios の MPEG-DASH ポートフォリオを構成する特許および特許出願リストを添付し、しかも「DASH 特許ポートフォリオ」という見出しの下「米国 DASH 係属中特許出願」というタイトルの表には、8 つの米国特許出願のうち、継続出願で 660 特許として認められた米国特許出願第 16/036,703 号が明記されていた。この表で特定された 8 つの「U.S. DASH 係属中特許出願」のうち 5 つが直接または継続出願で特許として発行され、本訴訟で主張されている。

163.    Helios は通知書の中で、Vudu に「公正かつ合理的な条件で DASH 特許ポートフォリオの非独占ライセンスを提供する意思」を表明した。そして、「オープンで率直な議論を奨励し、Walmart が DASH ポートフォリオのライセンスを取得することで恩恵を得る理由についてのさらなる情報を[Helios が] 提供できるようにする」ために、Helios は通知書に秘密保持契約書（NDA）を同封した。

164.    技術業界では一般的に理解されている、いわゆる FRAND コミットメントに関連する「公正かつ合理的な約束」が、標準化団体に特許技術の貢献をする当事者が一般的に行うものであることを Vudu が知っていたと推論するのが妥当である。このことは、Vudu が MPEG-DASH 技術を使用することで、Vudu が Helios の特許を必然的に侵害すると主張していることを Vudu が理解していたと推論するもう一つの根拠となる。

165.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、継続出願で 660 特許と

なった特許出願について認識しており、Helios が継続出願して 660 特許となった出願が、

MPEG-DASH の標準に必要の技術を主張すると申し立てていたことを知っており、さらに

Vudu は、Helios が継続出願して 660 特許となった出願が、MPEG-DASH の標準に必要の技

術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対

応 VOD のストリーミングを顧客に提供し、奨励することで 660 特許の請求を侵害し、その侵害

を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

166.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Vudu の侵害の恐れの

あるさらなる詳細情報、および Helios の MPEG-DASH 特許と出願の標準必須性に関する

情報を Helios が持っていることを認識しており、Vudu が NDA を締結したならば、Helios が

Vudu と情報共有するであろうと推論することも妥当である。

167.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Helios が標準的

な必須特許のライセンスと矛盾しない「公正かつ合理的な条件」で Helios の MPEG-

DASH 特許ポートフォリオのライセンスを Vudu に提供する意思があることを知っていた

と推論することも合理的である。

168.    2018 年 9 月 11 日頃、Helios は Vudu に電子メールを送り、2018 年 8 月 23 日

の Helios のレターの受領確認を求めた。Helios はさらに、通知書について話し合うことを申し

出、Vudu の検討用に通知書と NDA を再度添付した。

169.    Helios の 2018 年 9 月 11 日のメールに返信はなかった。

170.    2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送り、2018 年 8 月 23 日

の Helios の書簡の受領確認を求めた。Helios は、再度、通知書について話し合うことを申し

出た。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu とのライセンス

供与の可能性について話し合う適任者が Chung 氏の他にいるかどうかを問い合わせた。

171. 2018 年 10 月 2 日頃、Helios の Emil Kim 氏は Chung 氏に電話をかけ、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねる留守電メッセージを残した。

172. 2018 年 10 月 12 日頃、Vudu は、Walmart のシニア・アソシエート・ジェネラル・カウンセルである Diana Luo 氏からのレターを添付した 1 文の電子メールで回答し、Luo 氏のレターは、通知書の受領を確認し、Helios に対し、「今後この件に関するのすべての連絡を私宛に送信してください」と要請し、Vudu は「この件を調査し、いずれ対応する」と述べた。

173. 上記の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は、通知書に特定された米国の（継続出願を経て 660 特許として特許と認められた特許出願を含め）MPEG-DASH 特許出願の請求を含む通知書の主張と情報を調査していたこと、さらにウェブサイトおよびアプリにより DASH 対応ストリーミング VOD を Vudu が提供することが、出願が認められたら、これらの MPEG-DASH 特許出願の請求を侵害し、その侵害を誘発するかどうかを調査していたと推察するのが妥当である。

174. Luo 氏の 2018 年 10 月 12 日の書簡に基づいて、Vudu が継続出願として 660 特許となった特許出願を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを取得することに関して、2018 年 8 月 23 日頃から Helios が正しい事業体と連絡を取っていたと推論するのも妥当である。

175. 2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の書簡に対して電子メールで回答した。その回答の中で、Helios は NDA の状況について再度問い合わせ、NDA が締結された時点で「さらにライセンスに関する詳細情報を提供できる」と再度繰り返した。

176. Helios の 2018 年 10 月 15 日のメールには返信がなかった。

177. 2018 年 10 月 31 日頃、Helios は、Vudu の調査について問い合わせるために、

再度 Vudu に書簡を書いた。Helios は、Vudu が Helios と NDA を締結するよう繰り返し要求した。Helios は、「NDA が締結されたらすぐに [Helios] はクレーム表と Vudu 側の侵害の主張を含むさらなる詳細を提供することができる」と書簡に書いた。

178.    Helios の 2018 年 10 月 31 日のメールには返信がなかった。

179.    上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は、Vudu が NDA を締結したら、Helios が Vudu と共有することになるクレーム表を含む継続出願を経て 660 特許として特許と認められた特許出願の請求など Vudu の侵害の恐れのある、さらなる詳細を Helios が保有していることを知っていたと推論するのが妥当である。

180.    上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が Helios と NDA を締結した場合、Vudu が継続出願を経て 660 特許として特許と認められた特許出願の請求を直接侵害し、侵害を誘発するような方法を詳細に記載したクレーム表を受け取ることを知っていたと推論するのが妥当である。また、Vudu の 2018 年 10 月 31 日の連絡に応答せず、さらに Helios との NDA 締結を拒否した Vudu は、侵害する可能性が高いことを知るのを積極的に回避していたと推論するのも妥当である。

181.    2019 年 2 月 19 日頃、Helios は Vudu に電子メールを送り、Helios は Vudu の調査結果をまだ待っていると繰り返したが、この調査は、Vudu が約 4 ヶ月前に開始したと説明していた。Helios は、継続出願を経て 660 特許として特許と認められた特許出願を含む Helios の MPEG-DASH 特許ポートフォリオが関連する MPEG-DASH 規格として ISO/IEC 23009-1 を再度特定した。また、Helios は、Helios 側で「Vudu が DASH 規格を利用していることを確認した」と Vudu に伝えた。この点を裏付けるために、Helios は 2019 年 2 月 19 日の電子メールに、Vudu が同社のストリーミング VOD で MPEG-DASH を使用していることを画像の証拠で実証したスクリーンショットを添付した。

182.　2019 年 2 月 19 日に Helios は、Vudu への電子メールの中で、「使用許諾条件を含むその他の極秘情報とともに Helios のポートフォリオの特許が DASH 規格に必須であることを証明する詳細にわたるクレーム表を提供するが、その前に（添付の）NDA を締結する必要がある」という申し出を繰り返した。

183.　上記の事実に基づき、Helios が MPEG-DASH の特許ポートフォリオに含まれる特許および出願が MPEG-DASH の標準必須特許であると主張していることを Vudu が既に知らなかったとしても、少なくとも 2019 年 2 月 19 日に Helios が電子メールを送信した時点で Vudu がそれを認識していたと推察するのが妥当である。

184.　Vudu のウェブサイト及びアプリでの DASH 対応ストリーミング VOD の提供を通じた MPEG-DASH に関する Vudu の豊富な経験を含む上記の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は、Helios が継続出願して 660 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することが、660 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

185.　2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対して電子メールで回答し、「Vudu はいかなる機密情報の受信にも興味がなく、Helios が送信を選択したものについては非機密情報とみなす」と明言した。

186.　Helios は翌日の 2019 年 2 月 28 日に返信し、「クレーム表、使用許諾条件などを[Vudu]に提供する」ために、Vudu との実質的なライセンス供与の協議を始めるためには NDA が必要であると改めて知らせた。「NDA がなければ、ライセンスが適切であるかどうかを判断するために意味のある、あるいは実質的な議論を行うことができず、その結果この件を友

好的に解決する可能性を排除することになりかねない。」Helios は、Vudu とこのような問題を電話で議論するために時間を取ると申し出た。

187.　Helios は、2019 年 2 月 28 日の連絡に対して何の返信も受け取らなかった。

188.　上記事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu が、Vudu のウェブサイト及びアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを顧客に提供し、奨励することが請求の受理後、継続出願して 660 特許となった出願の請求を侵害し、その侵害を誘発する可能性が高いと主観的に考えていたと推論するのが妥当である。特に以下の事実と推察は、この推論を裏付けるものである。(1) Vudu は、Helios が自社の特許出願が MPEG-DASH 特許が MPEG-DASH の標準必須特許であると主張していることを知っていた、(2) Helios が Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認し、さらにスクリーンショットにより Vudu にその確認の証拠を提供していた、そして(3)Helios は、Vudu が Helios の（継続出願して 660 特許となった出願を含めて）MPEG-DASH 特許出願をどのように直接侵害し、直接侵害を誘発するか、Helios の特許がいかに MPEG-DASH 規格に必須なものであったかを示す機密のクレーム表を何度も提供することを申し出ていた。

189.　上記の事実に基づいて、少なくとも 2019 年 2 月 27 日の時点で、Vudu が Helios の申し出たクレーム表の機密性尊重を拒否したことは、Helios の MPEG-DASH 特許と継続出願して 660 特許となった出願を含む MPEG-DASH 特許出願からの間もなく認められる請求を Vudu が侵害した詳細を知ることを避けるために計算された意図的な行為であったと推論することも妥当である。

190.　2019 年 3 月 6 日、Helios は、2019 年 3 月 15 日までに Vudu が回答し、NDA を締結するよう Vudu に電子メールで要請した。

191.    Helios は、2019 年 3 月 6 日の電子メールへの返信を受けておらず、2019 年 2 月 27 日から Helios が本訴訟の初版訴状を提出するまでの間、Vudu からのそれ以外の連絡もなかった。

192.    2019 年 4 月 30 日、660 特許が発行した。

193.    少なくとも 2019 年 4 月 30 日の時点で、Vudu は、660 特許についての知識と、Vudu が 660 特許を侵害し、侵害を誘発する方法についての知識を持っていたはずである。しかし、少なくとも 2018 年 8 月 23 日頃から、Vudu は、DASH 対応ストリーミング VOD を提供し、使用させることが、Vudu が 660 特許の請求を侵害し、侵害を誘発する可能性が高いと Vudu が主観的に信じていたにもかかわらず、継続で 660 特許として発行した出願の請求侵害の可能性と侵害の誘導についての知識を回避するために故意に、かつ一貫して行動した。

194.    情報と信念によると、被疑侵害手段は、全米および本地区で被告のパートナー、クライアント、顧客およびエンドユーザによって、または被告のパートナー、クライアント、顧客及びエンドユーザの各々のために継続して使用され、販売され、提供され、および/または使用されている。

195.    情報と信念によると、Vudu は、とりわけ特定の意図をもつか、あるいは故意に無視することにより、Vudu のパートナーおよび顧客を含むがこれに限定されない他者の侵害を積極的に幇助し、教唆することにより、合衆国法典第 35 編第 271 条(b)に基づく 660 特許の少なくとも請求項 11、12、13、14、および 18 を侵害するよう他者を誘発し、その誘発を続けてきたし、このような他者の被疑侵害手段の使用は、少なくとも 660 特許の請求項 11、12、13、14、および 18 の直接侵害に当たる。少なくとも、660 特許の発行日の 2019 年 4 月 30 日以来、あるいは、その時点でないならば Vudu の MPEG-DASH に関する広範な知識と経験、および Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励していた

方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 830 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状とそれに添付された Exhibit 6 を受け取って以来、Vudu は、少なくとも 660 特許の請求項 11、12、13、14、および 18 を侵害するように他者を誘導し、またその誘導を続けている。

196.  特に、パートナーや顧客のような他者の侵害を幇助・教唆する Vudu の行為には、パートナーや顧客に特許侵害を招く被疑侵害手段の使用を積極的に奨励するアイコンや指示、または声明など故意に被疑侵害手段の使用を奨励する資料および/またはサービスとともに被疑侵害手段を提供することが含まれる。

197.  例えば、Vudu は、ストリーミングが顧客による 660 特許の侵害になることを知りながら、Vudu の DASH 対応 VOD コンテンツスのストリーミングを顧客に奨励するために故意にかつ戦略的に Vudu の DASH 対応 VOD コンテンツにワンクリックの「視聴」または「無料で視聴」ボタンを設置し、現在も設置し続けている。(Ex.6 の 2、10、17 および 21 参照) 660 特許の請求項 11、12、13、14、および 18 の主張する方法は、顧客が「視聴」または「無料で視聴」ボタンをクリックすると、必然的に顧客の端末によって実行されるものであり (*同文献の* 2、10、17、21.)、Exhibit 6 に述べるように、これは直接侵害となる。

198.  更なる例として、さらに他の例として、Vudu は、上記の「視聴」および「無料で視聴」ボタンを提供し続けることに加えて、Roku ストリーミングデバイス、スマートテレビ、PC および Mac デバイス、Chromecast デバイス、Android デバイス、iOS デバイス、Blu-ray プレイヤー、Xbox デバイス、および Windows 10 デバイスなどのユーザに対して、Vudu の DASH 対応 VOD をストリーミングで視聴を指示することにより、積極的かつ故意に 660 特許の侵害を奨励し続けている。



https://www.vudu.com/content/movies/aboutus（最終アクセスは 2020 年 7 月 15 日）。

199.　情報と信念のもとに、Vudu は、少なくとも 660 特許が発行した 2019 年 4 月 30 日以来ずっと、あるいはそうでないなら、Vudu の MPEG-DASH に関する広範な知識と経験、および Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励する方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 660 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状と添付の Exhibit 6 を受け取って以来、Vudu が 660 特許を実際に認識しており、その行為が 660 特許の侵害を誘発していたことを知っていたため、侵害を引き起こすという具体的な意図を持って、またはその結果として生じる侵害を故意に無視して、そのような行為に従事し、現在も従事している。

200.　別の見方をすると、Vudu が、自らの行為が 660 特許の侵害を誘発していたということを実際に認識していなかったと主張する点では、Vudu は、自分の行為が 660 特許の侵害を誘発していたという事実からわざと目をそむけていたことになる。

201.　Vudu は、Vudu のウェブサイトやアプリを通じて提供される DASH 対応ストリーミング VOD が 660 特許を侵害している、または侵害を誘発している可能性が高いと主観的に考

えていた。情報と信念によると、Vudu は少なくとも 2016 年から DASH 対応ストリーミング VOD を提供していたため、Vudu は Helios から連絡を受ける前に MPEG-DASH 規格とその VOD がどのように MPEG-DASH を利用しているかについて幅広い知識を持っていた。Helios は、少なくとも 2018 年 8 月 23 日頃から、継続出願で 660 特許となった出願を自社の「DASH 特許ポートフォリオ」の中の「米国 DASH 係属特許出願」と位置付けており、自社の MPEG-DASH 特許出願が規格としての MPEG-DASH に関連することを明確かつ一貫して識別していた。Helios は、自社の MPEG-DASH 特許が MPEG-DASH に必須であることを明言し、Vudu が同社のウェブサイトやアプリを介してストリーミング VOD を提供する際に MPEG-DASH 規格を利用していることを認識していたことを証明する証拠を提供した。そして、Vudu は、MPEG-DASH 規格に必須の特許であれば、その特許が MPEG-DASH を使うストリーミング VOD により必然的に侵害されることを知っていた。

202.    上記段落 201 に記載された事実にもかかわらず、Vudu は、660 特許の侵害のおよび/または誘導された侵害の詳細を知ることを積極的かつ故意に回避していた。Vudu は、Vudu が Helios の MPEG-DASH 特許および出願を調査していると Helios に伝えたが、これは Helios を欺く意図的な試みであった。DASH 対応ストリーミング VOD が Helios の MPEG-DASH 特許を侵害しているという追加の情報と証拠を突きつけられ、Vudu の侵害に関するより詳細な機密情報を検討する機会を与えられたとき、Vudu は「Vudu は機密情報を受け取ることに全く興味がない」と述べ、侵害情報の入手を避けるために、それ以降、コミュニケーションをすべて遮断した。

203.    情報と信念によると、上記第 147-202 項に記載された事実と推論に基づき、Vudu の侵害は故意に行われており、現在もそれが継続している。

204.    原告は、Vudu の侵害行為によって損害を受けている。

## 訴因 IV-米国特許第 10,313,414 号の侵害

205.　前記第 1 項から第 204 項に述べる主張は、本第 3 救済請求に含ま

れる。

206.　2019 年 6 月 4 日、414 特許は、「Apparatus and Method for Providing

Streaming Content Using Representations（リプリゼンテーションを使用したストリーミングコンテン

ツ提供用の機器と方法）」というタイトルで米国特許商標庁により正式かつ合法的に発行し

た。414 特許の真正なコピーを別紙 5 として添付する。

207.　Ideahub は、414 特許に関する権利、権原および利益の譲受人および所有者

である。

208.　Helios は、414 特許に基づいて発生するすべての訴訟原因を主張する独

占的な権利と、特許侵害に関連する救済措置を受け取る権利を保有する。

209.　情報と信念によると、Vudu は、Exhibit 8 として添付された暫定的で例示的なク

レーム表に詳述されるように https://www.vudu.com/content/movies/home で入手可能な 1 つま

たは複数のビデオ・オン・デマンド（「VOD」）を含む作品などの MPEG-DASH 規格に準拠した

メディアコンテンツのストリーミング（以下「被疑侵害手段」という）を販売する、販売提供する、

作成する、使用する、および/または提供し、使用させることにより、414 特許の少なくとも請求

項 11、12、17、18、19、および 20 を継続して直接侵害しており、また少なくとも請求項 1、2、

7、8、9、および 10 の直接侵害を引き続き誘導している。

210.　情報と信念によると、被疑侵害手段は、サーバまたは複数のサーバによって

実行されるメディアコンテンツを提供する方法を実行するもので、その方法は次のとおり。メデ

ィアコンテンツのメディアプレゼンテーション記述（MPD）をクライアントに送信する、そのクライ

アントからメディアコンテンツのセグメントを求めるリクエストを受信する、そのクライアントにそのメディアコンテンツを送信すると、その MPD は 1 つ以上のピリオドを含み、そこで各ピリオドは 1 つ以上のアダプテーションセットを含み、そこで各アダプテーションセットは 1 つ以上のリプリゼンテーションを含み、そこで各リプリゼンテーションは 1 つ以上のセグメントを含み、そこでその MPD やそのピリオド、そのアダプテーションセットやそのリプリゼンテーション、あるいはそのセグメントは、1 つ以上のアトリビュート（属性）またはエレメントを含み、さらにそこでそのアダプテーションセットは、当該アダプテーションセットの各リプリゼンテーションに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含む。

211.　情報と信念によると、被疑侵害手段は、DASH (HTTP を使ったダイナミックアダプティブストリーミング) クライアントによって実行されるメディアコンテンツを提供する方法を実行し、その方法は以下のとおり。メディアコンテンツのメディアプレゼンテーション記述 (MPD)を受信する、そして MPD によって提供された情報に基づいてそのメディアコンテンツのセグメントにアクセスすると、そこでその MPD は 1 つ以上のピリオドを含み、そこで各ピリオドは 1 つ以上のアダプテーションセットを含み、そこで各アダプテーションセットは 1 つ以上のリプリゼンテーションを含み、そこで各リプリゼンテーションは 1 つ以上のセグメントを含み、そこでその MPD やそのピリオド、そのアダプテーションセットやそのリプリゼンテーション、あるいはそのセグメントは、1 つ以上のアトリビュート（属性）またはエレメントを含み、さらにそこでそのアダプテーションセットは、当該アダプテーションセットの各リプリゼンテーションに共通する 1 つ以上のアトリビュート（属性）またはエレメントを含む。

212.　情報と信念によると、被疑侵害手段は、414 特許の係属中に、414 特許の少なくとも請求項 1、2、7、8、9、10、11、12、17、18、19、および 20 を侵害するように使用され、現在も直接侵害する使用が継続している。

213.　少なくとも初版訴状を受領した時点から、Vudu は、Vudu が 414 特許を直接侵害していること、および/または 414 特許の侵害を誘発していることを実際に通知していた。

214.　2018 年 8 月 23 日頃、Helios は Vudu に対して、Walmart の総合弁護士である Jamie Elizabeth Chung 氏宛に通知書(以下「通知書」)を送付した。情報と信念によると、2018 年 8 月 23 日頃の時点で、Walmart は Vudu の親会社であり、Chung 氏は Vudu を代表して Helios の提案を協議する権限を持っていた。

215.　情報と信念によると、Vudu は、通知書を受け取る 2 年以上前から、MPEG-DASH を使用した VOD(ビデオオンデマンド)ストリーミングの提供を開始していた。(例えば、https://castlabs.com/news/vudu-android-app-castlabs-technology/ を参照、2016 年 3 月 11 日 (最後にアクセスしたのは 2020 年 7 月 15 日))したがって、Vudu は、通知書を受け取る前に、MPEG-DASH と Vudu のストリーミング VOD がどのように MPEG-DASH に準拠しているかを熟知していたと推論するのが妥当である。情報と信念、さらに合理的な推論によると、Vudu は、標準化を推進する団体やそのような努力に関して一般的にみられるようにように、MPEG-DASH 規格に必須特許があることを認識していた。

216.　通知書の中では、Helios を「[ETRI]により研究開発された[MPEG-DASH]に関連する特許および特許出願の世界的な独占的実施権者(ライセンシー)」と特定し、「ETRI は [MPEG-DASH] の開発に重要な貢献者であり、後にアダプティブストリーミング技術の最初の国際標準として採用されることになった」と記載されていた。

217.　通知書は、特に主張特許の関連する MPEG-DASH 規格として、また、Vudu のストリーミング VOD サービスで使用する MPEG-DASH 規格として ISO/IEC 23009-1 を特定した。

218.　通知書では、Vudu のウェブサイト「https://www.vudu.com/」と「様々な種類の電

子機器用アプリ」という表現から Vudu が「DASH の特許ポートフォリオの下でライセンスの恩恵
を受けることができる」理由として記載されていた。Vudu が消費者に提供する主要なサービス
はストリーミングサービスであり、そのウェブサイトとアプリがストリーミングサービスを提供するプ
ラットフォームであることから、そのようなサービスを提供する行為は、Vudu が自ら特許を侵害
するのみならず、Vudu の顧客も侵害せざるを得ないことを Vudu が理解していたと推論するの
が妥当である。

219.     上記の事実に基づいて、Helios 側が Vudu に「DASH 特許ポートフォリオのラ
イセンス供与により利益を得るだろう」と示唆した理由が、Vudu のウェブサイトとアプリが
DASH 対応ストリーミング VOD を提供していることと、Vudu がこの技術を使用するのに
DASH 特許が必須であると Helios が主張していることを Vudu が知っていたからであると推
論するのが妥当である。

220.     Helios は通知書に、Helios の MPEG-DASH ポートフォリオを構成する特許およ
び特許出願リストを添付し、しかも「DASH 特許ポートフォリオ」という見出しの下「米国 DASH
係属中特許出願」というタイトルの表には、8 つの米国特許出願のうち、継続出願で 414 特許と
して認められた米国特許出願第 15/834,702 号が明記されていた。この表で特定された 8 つの
「U.S. DASH 係属中特許出願」のうち 5 つが直接または継続出願で特許として発行され、本訴
訟で主張されている。

221.     Helios は通知書の中で、Vudu に「公正かつ合理的な条件で DASH 特許ポー
トフォリオの非独占ライセンスを提供する意思」を表明した。そして、「オープンで率直な議論
を奨励し、Walmart が DASH ポートフォリオのライセンスを取得することで恩恵を得る理由に
ついてのさらなる情報を[Helios が] 提供できるようにする」ために、Helios は通知書に秘密保
持契約書（NDA）を同封した。

222.    技術業界では一般的に理解されている、いわゆる FRAND コミットメントに関連する「公正かつ合理的な約束」が、標準化団体に特許技術の貢献をする当事者が一般的に行うものであることを Vudu が知っていたと推論するのが妥当である。このことは、Vudu が MPEG-DASH 技術を使用することで、Vudu が Helios の特許を必然的に侵害すると主張していることを Vudu が理解していたと推論するもう一つの根拠となる。

223.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、継続出願で 414 特許となった特許出願について認識しており、Helios が継続出願して 414 特許となった出願が、MPEG-DASH の標準に必須の技術を主張すると申し立てていたことを知っており、さらに Vudu は、Helios が継続出願して 414 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することで 414 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

224.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Vudu の侵害の恐れのあるさらなる詳細情報、および Helios の MPEG-DASH 特許と出願の標準必須性に関する詳細情報を Helios が持っていることを認識しており、Vudu が NDA を締結したならば、Helios が Vudu と情報共有するであろうと推論することも妥当である。

225.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Helios が標準的な必須特許のライセンスと矛盾しない「公正かつ合理的な条件」で Helios の MPEG-DASH 特許ポートフォリオのライセンスを Vudu に提供する意思があることを知っていたと推論することも合理的である。

226.    2018 年 9 月 11 日頃、Helios は Vudu に電子メールを送り、2018 年 8 月 23 日の Helios のレターの受領確認を求めた。Helios はさらに、通知書について話し合うことを申し

出、Vudu の検討用に通知書と NDA を再度添付した。

227.　Helios の 2018 年 9 月 11 日のメールに返信はなかった。

228.　2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送り、2018 年 8 月 23 日の Helios の書簡の受領確認を求めた。Helios は、再度、通知書について話し合うことを申し出た。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu とのライセンス供与の可能性について話し合う適任者が Chung 氏の他にいるかどうかを問い合わせた。

229.　2018 年 10 月 2 日頃、Helios の Emil Kim 氏は Chung 氏に電話をかけ、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねる留守電メッセージを残した。

230.　2018 年 10 月 12 日頃、Vudu は、Walmart のシニア・アソシエート・ジェネラル・カウンセルである Diana Luo 氏からのレターを添付した 1 文の電子メールで回答し、Luo 氏のレターは、通知書の受領を確認し、Helios に対し、「今後この件に関するのすべての連絡を私宛に送信してください」と要請し、Vudu は「この件を調査し、いずれ対応する」と述べた。

231.　上記の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は、通知書に特定された米国の（継続出願を経て 414 特許として特許と認められた特許出願を含め）MPEG-DASH 特許出願の請求を含む通知書の主張と情報を調査していたこと、さらにウェブサイトおよびアプリにより DASH 対応ストリーミング VOD を Vudu が提供することが、出願が認められたら、これらの MPEG-DASH 特許出願の請求を侵害し、その侵害を誘発するかどうかを調査していたと推察するのが妥当である。

232.　Luo 氏の 2018 年 10 月 12 日の書簡に基づいて、Vudu が継続出願として 414 特許となった特許出願を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを取得することに関して、2018 年 8 月 23 日頃から Helios が正しい事業体と連絡を取っていたと推論

するのも妥当である。

233.　2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の書簡に対して電子メールで回答した。その回答の中で、Helios は NDA の状況について再度問い合わせ、NDA が締結された時点で「さらにライセンスに関する詳細情報を提供できる」と再度繰り返した。

234.　Helios の 2018 年 10 月 15 日のメールには返信がなかった。

235.　2018 年 10 月 31 日頃、Helios は、Vudu の調査について問い合わせるために、再度 Vudu に書簡を書いた。Helios は、Vudu が Helios と NDA を締結するよう繰り返し要求した。Helios は、「NDA が締結されたらすぐに [Helios] はクレーム表と Vudu 側の侵害の主張を含むさらなる詳細を提供することができる」と書簡に書いた。

236.　Helios の 2018 年 10 月 31 日のメールには返信がなかった。

237.　上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は、Vudu が NDA を締結した場合に Helios が Vudu と共有することになるクレームチャートを含む、'414 特許として継続して発行した特許出願のクレームの侵害の可能性に関する更なる詳細を Helios が持っていることを知っていたと推論するのが妥当である。

238.　上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が Helios と NDA を締結した場合、Vudu が継続出願を経て 414 特許として特許と認められた特許出願の請求を直接侵害し、侵害を誘発するような方法を詳細に記載したクレーム表を受け取ることを知っていたと推論するのが妥当である。また、Vudu の 2018 年 10 月 31 日の連絡に応答せず、さらに Helios との NDA 締結を拒否した Vudu は、侵害する可能性が高いことを知るのを積極的に回避していたと推論するのも妥当である。

239.　2019 年 2 月 19 日頃、Helios は Vudu に電子メールを送り、Helios は Vudu の調査結果をまだ待っていると繰り返したが、この調査は、Vudu が約 4 ヶ月前に開始したと説

明していた。Helios は、継続出願を経て 414 特許として特許と認められた特許出願を含む

Helios の MPEG-DASH 特許ポートフォリオが関連する MPEG-DASH 規格として ISO/IEC

23009-1 を再度特定した。また、Helios は、Helios 側で「Vudu が DASH 規格を利用している

ことを確認した」と Vudu に伝えた。この点を裏付けるために、Helios は 2019 年 2 月 19 日の

電子メールに、Vudu が同社のストリーミング VOD で MPEG-DASH を使用していることを画

像の証拠で実証したスクリーンショットを添付した。

241.    2019 年 2 月 19 日に Helios は、Vudu への電子メールの中で、「使用許諾条件

を含むその他の極秘情報とともに Helios のポートフォリオの特許が DASH 規格に必須である

ことを証明する詳細にわたるクレーム表を提供するが、その前に（添付の）NDA を締結する必

要がある」という申し出を繰り返した。

241.    上記の事実に基づき、Helios が MPEG-DASH の特許ポートフォリオに含まれる

特許および出願が MPEG-DASH の標準必須特許であると主張していることを Vudu が既に知

らなかったとしても、少なくとも 2019 年 2 月 19 日に Helios が電子メールを送信した時点で

Vudu がそれを認識していたと推察するのが妥当である。

242.    Vudu のウェブサイト及びアプリでの DASH 対応ストリーミング VOD の提供を通

じた MPEG-DASH に関する Vudu の豊富な経験を含む上記の事実に基づき、2019 年 2 月 19

日の時点で、Vudu は、Helios が継続出願して 414 特許となった出願が、MPEG-DASH の標準

に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含

む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することが、414 特許の請求を侵害

し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

243.    2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対して電子メールで回

答し、「Vudu はいかなる機密情報の受信にも興味がなく、Helios が送信を選択したものにつ

いては非機密情報とみなす」と明言した。

244.　Helios は翌日の 2019 年 2 月 28 日に返信し、「クレーム表、使用許諾条件な

どを[Vudu]に提供する」ために、Vudu との実質的なライセンス供与の協議を始めるためには

NDA が必要であると改めて知らせた。「NDA がなければ、ライセンスが適切であるかどうかを

判断するために意味のある、あるいは実質的な議論を行うことができず、その結果この件を友

好的に解決する可能性を排除することになりかねない。」Helios は、Vudu とこのような問題を

電話で議論するために時間を取ると申し出た。

245.　Helios は、2019 年 2 月 28 日の連絡に対して何の返信も受け取らなかった。

246.　上記事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu が、Vudu

のウェブサイト及びアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを

顧客に提供し、奨励することが請求の受理後、継続出願して 414 特許となった出願の請求

を侵害し、その侵害を誘発する可能性が高いと主観的に考えていたと推論するのが妥当で

ある。特に以下の事実と推察は、この推論を裏付けるものである。(1) Vudu は、Helios が自

社の特許出願が MPEG-DASH 特許が MPEG-DASH の標準必須特許であると主張してい

ることを知っていた、(2) Helios が Vudu のストリーミング VOD が MPEG-DASH を利用してい

ることを確認し、さらにスクリーンショットにより Vudu にその確認の証拠を提供していた、そし

て(3) Helios は、Vudu が Helios の（継続出願して 414 特許となった出願を含めて）MPEG-

DASH 特許出願をどのように直接侵害し、直接侵害を誘発するか、Helios の特許がいかに

MPEG-DASH 規格に必須なものであったかを示す機密のクレーム表を何度も提供すること

を申し出ていた。

247.　上記の事実に基づいて、少なくとも 2019 年 2 月 27 日の時点で、Vudu が

Helios の申し出たクレーム表の機密性尊重を拒否したことは、Helios の MPEG-DASH 特許と

継続出願して 414 特許となった出願を含む MPEG-DASH 特許出願からの間もなく認められる請求を Vudu が侵害した詳細を知ることを避けるために計算された意図的な行為であったと推論することも妥当である。

248.　2019 年 3 月 6 日、Helios は、2019 年 3 月 15 日までに Vudu が回答し、NDA を締結するよう Vudu に電子メールで要請した。

249.　Helios は、2019 年 3 月 6 日の電子メールへの返信を受けておらず、2019 年 2 月 27 日から Helios が本訴訟の初版訴状を提出するまでの間、Vudu からのそれ以外の連絡もなかった。

250.　2019 年 6 月 4 日、414 特許が発行した。

251.　少なくとも 2019 年 6 月 4 日の時点で、Vudu は、414 特許についての知識と、Vudu が 414 特許を侵害し、侵害を誘発する方法についての知識を持っていたはずである。しかし、少なくとも 2018 年 8 月 23 日頃から、Vudu は、DASH 対応ストリーミング VOD を提供し、使用させることが、Vudu が 414 特許の請求を侵害し、侵害を誘発する可能性が高いと Vudu が主観的に信じていたにもかかわらず、継続で 414 特許として発行した出願の請求侵害の可能性と侵害の誘導についての知識を回避するために故意に、かつ一貫して行動した。

252.　情報と信念によると、被疑侵害手段は、全米および本地区で被告のパートナー、クライアント、顧客およびエンドユーザによって、または被告のパートナー、クライアント、顧客及びエンドユーザの各々のために継続して使用され、販売され、提供され、および/または使用されている。

253.　情報と信念によると、Vudu は、とりわけ特定の意図をもつか、あるいは故意に無視することにより、Vudu のパートナーおよび顧客を含むがこれに限定されない他者の侵害を積極的に幇助し、教唆することにより、合衆国法典第 35 編第 271 条(b)に基づく 414 特許の少な

くとも請求項 1、2、7、8、9、および 10 を侵害するよう他者を誘発し、その誘発を続けてきたし、このような他者の被疑侵害手段の使用は、少なくとも 414 特許の請求項 1、2、7、8、9、および 10 の直接侵害に当たる。少なくとも、414 特許の発行日の 2019 年 6 月 4 日以来、あるいは、その時点でないならば Vudu の MPEG-DASH に関する広範な知識と経験、および Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励していた方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 414 特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前のコミュニケーションとともに、本件の初版訴状とそれに添付された Exhibit 8 を受け取って以来、Vudu は、少なくとも 414 特許の請求項 1、2、7、8、9、および 10 を侵害するように他者を誘導し、またその誘導を続けている。

254.    特に、パートナーや顧客のような他者の侵害を幇助・教唆する Vudu の行為には、パートナーや顧客に特許侵害を招く被疑侵害手段の使用を積極的に奨励するアイコンや指示、または声明など故意に被疑侵害手段の使用を奨励する資料および/またはサービスとともに被疑侵害手段を提供することが含まれる。

255.    例えば、Vudu は、ストリーミングが顧客による 414 特許の侵害になることを知りながら、Vudu の DASH 対応 VOD コンテンツスのストリーミングを顧客に奨励するために故意にかつ戦略的に Vudu の DASH 対応 VOD コンテンツにワンクリックの「視聴」または「無料で視聴」ボタンを設置し、現在も設置し続けている。(Ex. 8 の 3、13 参照) 414 特許の請求項 1、2、7、8、9、10 の主張する方法は、顧客が「視聴」または「無料で視聴」ボタンをクリックすると、必然的に顧客の端末によって実行されるものであり (*同文献の* 3、13.)、Exhibit 8 に述べるように、これは直接侵害となる。

256.    さらに他の例として、Vudu は、上記の「視聴」および「無料で視聴」ボタンを提

供し続けることに加えて、Roku ストリーミングデバイス、スマートテレビ、PC および Mac デバイ
ス、Chromecast デバイス、Android デバイス、iOS デバイス、Blu-ray プレイヤー、Xbox デバイ
ス、および Windows 10 デバイスなどのユーザに対して、Vudu の DASH 対応 VOD をストリー
ミングで視聴を指示することにより、積極的かつ故意に 414 特許の侵害を奨励し続けている。



https://www.vudu.com/content/movies/aboutus（最終アクセスは 2020 年 7 月 15 日）。

257.　　情報と信念のもとに、Vudu は、少なくとも 414 特許が発行した 2019 年 6 月 4 日
以来ずっと、あるいはそうでないなら、Vudu の MPEG-DASH に関する広範な知識と経験、お
よび Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励する
方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 414 特許
の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟前
のコミュニケーションとともに、本件の初版訴状と添付の Exhibit 8 を受け取って以来、Vudu が
414 特許を実際に認識しており、その行為が 414 特許の侵害を誘発していたことを知っていた
ため、侵害を引き起こすという具体的な意図を持って、またはその結果として生じる侵害を故意
に無視して、そのような行為に従事し、現在も従事している。

258.　　別の見方をすると、Vudu が、自らの行為が 414 特許の侵害を誘発していたと

いうことを実際に認識していなかったと主張する点では、Vodu は、自分の行為が 414 特許の侵害を誘発していたという事実からわざと目をそむけていたことになる。

259.    Vodu は、Vodu のウェブサイトやアプリを通じて提供される DASH 対応ストリーミング VOD が 414 特許を侵害している、または侵害を誘発している可能性が高いと主観的に考えていた。情報と信念によると、Vodu は少なくとも 2016 年から DASH 対応ストリーミング VOD を提供していたため、Vodu は Helios から連絡を受ける前に MPEG-DASH 規格とその VOD がどのように MPEG-DASH を利用しているかについて幅広い知識を持っていた。Helios は、少なくとも 2018 年 8 月 23 日頃から、継続出願で 414 特許となった出願を自社の「DASH 特許ポートフォリオ」の中の「米国 DASH 係属特許出願」と位置付けており、自社の MPEG-DASH 特許出願が規格としての MPEG-DASH に関連することを明確かつ一貫して識別していた。Helios は、自社の MPEG-DASH 特許が MPEG-DASH に必須であることを明言し、Vodu が同社のウェブサイトやアプリを介してストリーミング VOD を提供する際に MPEG-DASH 規格を利用していることを認識していたことを証明する証拠を提供した。そして、Vodu は、MPEG-DASH 規格に必須の特許であれば、その特許が MPEG-DASH を使うストリーミング VOD により必然的に侵害されることを知っていた。

260.    上記段落 259 に記載された事実にもかかわらず、Vodu は、414 特許の侵害のおよび/または誘導された侵害の詳細を知ることを積極的かつ故意に回避していた。Vodu は、Vodu が Helios の MPEG-DASH 特許および出願を調査していると Helios に伝えたが、これは Helios を欺く意図的な試みであった。DASH 対応ストリーミング VOD が Helios の MPEG-DASH 特許を侵害しているという追加の情報と証拠を突きつけられ、Vodu の侵害に関するより詳細な機密情報を検討する機会を与えられたとき、Vodu は「Vodu は機密情報を受け取ることに全く興味がない」と述べ、侵害情報の入手を避けるために、それ以降、コミュニケーションを

すべて遮断した。

261.　情報と信念によると、上記第 205‑260 項に記載された事実と推論に

基づき、Vudu の侵害は故意に行われており、現在もそれが継続している。

262.　原告は、Vudu の侵害行為によって損害を受けている。

**訴因 V-米国特許第 10,356,145 号の侵害**

263.　前記第 1 項から第 262 項に述べる主張は、本第 3 救済請求に含ま

れる。

264.　2019 年 7 月 16 日、145 特許は、「Method and Device for Providing Streaming

Content（ストリーミングコンテンツの提供方法とデバイス）」というタイトルで米国特許商標庁によ

り正式かつ合法的に交付された。145 特許の真正なコピーを Exhibit 9 として添付する。

265.　Ideahub は、145 特許に関する権利、権原および利益の譲受人および所有者

である。

266.　Helios は、145 特許に基づいて発生するすべての訴訟原因を主張する独

占的な権利と、特許侵害に関連する救済措置を受け取る権利を保有する。

267.　情報と信念によると、Vudu は、Exhibit 10 として添付された暫定的で例示的な

クレーム表に詳述されるように https://www.vudu.com/content/movies/home で入手可能な 1

つまたは複数のビデオ・オン・デマンド（「VOD」）を含む作品などのメディアコンテンツのストリ

ーミング（以下「被疑侵害手段」という）を販売する、販売提供する、作成する、使用する、およ

び/または提供し、使用させることにより、145 特許の少なくとも請求項 1、2、11、12、13、14、

15、および 16 を継続して直接侵害しており、また少なくとも請求項 3、4、5、6、7、8、9、および

10 の直接侵害を引き続き誘導している。

268.　情報と信念によると、被疑侵害手段は、サーバまたは複数のサーバによって実行されるメディアコンテンツを提供する方法を実行するもので、その方法は次のとおり。メディアコンテンツに関するメディアプレゼンテーション記述（MPD）に基づきクライアントからメディアコンテンツを求めるリクエストを受信する、そしてそのリクエストに応じてそのクライアントにストリーミングを通じてメディアコンテンツのセグメントを提供すると、そこでその MPD は 1 つ以上のピリオドを含み、そこでそのピリオドは 1 つ以上のグループを含み、そこでそのグループは、1 つ以上のリプリゼンテーション含み、そこでそのリプリゼンテーションは 1 つ以上のセグメントを含み、そこでそのグループは、各グループ用の1つ以上のグループエレメントを含み、さらにそこでグループエレメントはグループとともにすべてのリプリゼンテーションの値のサマリーを提供する。

269.　情報と信念によると、被疑侵害手段は、クライアントよって実行されるメディアコンテンツを提供する方法を実行するもので、その方法は次のとおり。メディアコンテンツに関するメディアプレゼンテーション記述（MPD）に基づきサーバにメディアコンテンツを求めるリクエストを送信する、そしてそのリクエストに応じてそのサーバからストリーミングを通じてメディアコンテンツのセグメントを受信すると、そこでその MPD は 1 つ以上のピリオドを含み、そこでそのピリオドは 1 つ以上のグループを含み、そこでそのグループは、1 つ以上のリプリゼンテーション含み、そこでそのリプリゼンテーションは 1 つ以上のセグメントを含み、そこでそのグループは、各グループ用の1つ以上のグループエレメントを含み、さらにそこでグループエレメントはグループ内のすべてのリプリゼンテーションの値のサマリーを提供する。

270.　情報と信念によると、被疑侵害手段は、145 特許の係属中に、145 特許の少なくとも請求項 1、2、3、4、5、6、7、8、9、10、11、12、13、14、15、および 16 を侵害するように使用され、現在も直接侵害する使用が継続している。

271.　2018 年 8 月 23 日頃、Helios は Vudu に対して、Walmart の総合弁護士である Jamie Elizabeth Chung 氏宛に通知書(以下「通知書」)を送付した。情報と信念によると、2018 年 8 月 23 日頃の時点で、Walmart は Vudu の親会社であり、Chung 氏は Vudu を代表して Helios の提案を協議する権限を持っていた。

272.　情報と信念によると、Vudu は、通知書を受け取る 2 年以上前から、MPEG-DASH を使用した VOD(ビデオオンデマンド)ストリーミングの提供を開始していた。(例えば、 https://castlabs.com/news/vudu-android-app-castlabs-technology/ を参照、2016 年 3 月 11 日 (最後にアクセスしたのは 2020 年 7 月 15 日))したがって、Vudu は、通知書を受け取る前 に、MPEG-DASH と Vudu のストリーミング VOD がどのように MPEG-DASH に準拠している かを熟知していたと推論するのが妥当である。情報と信念、さらに合理的な推論によると、 Vudu は、標準化を推進する団体やそのような努力に関して一般的にみられるようにように、 MPEG-DASH 規格に必須特許があることを認識していた。

273.　通知書の中では、Helios を「[ETRI]により研究開発された[MPEG-DASH]に 関連する特許および特許出願の世界的な独占的実施権者(ライセンシー)」と特定し、「ETRI は [MPEG-DASH] の開発に重要な貢献者であり、後にアダプティブストリーミング技術の最 初の国際標準として採用されることになった」と記載されていた。

274.　通知書は、特に主張特許の関連する MPEG-DASH 規格として、また、Vudu の ストリーミング VOD サービスで使用する MPEG-DASH 規格として ISO/IEC 23009-1 を特定し た。

275.　通知書では、Vudu のウェブサイト「https://www.vudu.com/」と「様々な種類の電 子機器用アプリ」という表現から Vudu が「DASH の特許ポートフォリオの下でライセンスの恩恵 を受けることができる」理由として記載されていた。Vudu が消費者に提供する主要なサービス

はストリーミングサービスであり、そのウェブサイトとアプリがストリーミングサービスを提供するプ
ラットフォームであることから、そのようなサービスを提供する行為は、Vudu が自ら特許を侵害
するのみならず、Vudu の顧客も侵害せざるを得ないことを Vudu が理解していたと推論するの
が妥当である。

276.    上記の事実に基づいて、Helios 側が Vudu に「DASH 特許ポートフォリオのラ
イセンス供与により利益を得るだろう」と示唆した理由が、Vudu のウェブサイトとアプリが
DASH 対応ストリーミング VOD を提供していることと、Vudu がこの技術を使用するのに
DASH 特許が必須であると Helios が主張していることを Vudu が知っていたからであると推
論するのが妥当である。

277.    Helios は通知書に、Helios の MPEG-DASH ポートフォリオを構成する特許およ
び特許出願リストを添付し、しかも「DASH 特許ポートフォリオ」という見出しの下「米国 DASH
係属中特許出願」というタイトルの表には、8 つの米国特許出願のうち、継続出願で 145 特許と
して認められた米国特許出願第 15/785,275 号が明記されていた。この表で特定された 8 つの
「U.S. DASH 係属中特許出願」のうち 5 つが直接または継続出願で特許として発行され、本訴
訟で主張されている。

278.    Helios は通知書の中で、Vudu に「公正かつ合理的な条件で DASH 特許ポー
トフォリオの非独占ライセンスを提供する意思」を表明した。そして、「オープンで率直な議論
を奨励し、Walmart が DASH ポートフォリオのライセンスを取得することで恩恵を得る理由に
ついてのさらなる情報を[Helios が] 提供できるようにする」ために、Helios は通知書に秘密保
持契約書（NDA）を同封した。

279.    技術業界では一般的に理解されている、いわゆる FRAND コミットメントに関連
する「公正かつ合理的な約束」が、標準化団体に特許技術の貢献をする当事者が一般的に行

うものであることを Vudu が知っていたと推論するのが妥当である。このことは、Vudu が MPEG-DASH 技術を使用することで、Vudu が Helios の特許を必然的に侵害すると主張していることを Vudu が理解していたと推論するもう一つの根拠となる。

280.　上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、継続出願で 145 特許となった特許出願について認識しており、Helios が継続出願して 145 特許となった出願が、MPEG-DASH の標準に必須の技術を主張すると申し立てていたことを知っており、さらに Vudu は、Helios が継続出願して 145 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することで 145 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

281.　上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Vudu の侵害の恐れのあるさらなる詳細情報、および Helios の MPEG-DASH 特許と出願の標準必須性に関する情報を Helios が持っていることを認識しており、Vudu が NDA を締結したならば、Helios が Vudu と情報共有するであろうと推論することも妥当である。

282.　上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Helios が標準的な必須特許のライセンスと矛盾しない「公正かつ合理的な条件」で Helios の MPEG-DASH 特許ポートフォリオのライセンスを Vudu に提供する意思があることを知っていたと推論することも合理的である。

283.　2018 年 9 月 11 日頃、Helios は Vudu に電子メールを送り、2018 年 8 月 23 日の Helios のレターの受領確認を求めた。Helios はさらに、通知書について話し合うことを申し出、Vudu の検討用に通知書と NDA を再度添付した。

284.　Helios の 2018 年 9 月 11 日のメールに返信はなかった。

285.    2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送り、2018 年 8 月 23 日
の Helios の書簡の受領確認を求めた。Helios は、再度、通知書について話し合うことを申し
出た。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu とのライセンス
供与の可能性について話し合う適任者が Chung 氏の他にいるかどうかを問い合わせた。

286.    2018 年 10 月 2 日頃、Helios の Emil Kim 氏は Chung 氏に電話をかけ、Vudu
が通知書を受け取ったかどうかと Vudu の調査状況を尋ねる留守電メッセージを残した。

287.    2018 年 10 月 12 日頃、Vudu は、Walmart のシニア・アソシエート・ジェネラ
ル・カウンセルである Diana Luo 氏からのレターを添付した 1 文の電子メールで回答し、
Luo 氏のレターは、通知書の受領を確認し、Helios に対し、「今後この件に関するのすべ
ての連絡を私宛に送信してください」と要請し、Vudu は「この件を調査し、いずれ対応す
る」と述べた。

288.    上記の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は、通知
書に特定された米国の（継続出願を経て 145 特許として特許と認められた特許出願を含め）
MPEG-DASH 特許出願の請求を含む通知書の主張と情報を調査していたこと、さらにウェブ
サイトおよびアプリにより DASH 対応ストリーミング VOD を Vudu が提供することが、出願が認
められたら、これらの MPEG-DASH 特許出願の請求を侵害し、その侵害を誘発するかどうか
を調査していたと推察するのが妥当である。

289.    Luo 氏の 2018 年 10 月 12 日の書簡に基づいて、Vudu が継続出願として 145
特許となった特許出願を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを取得
することに関して、2018 年 8 月 23 日頃から Helios が正しい事業体と連絡を取っていたと推論
するのも妥当である。

290.    2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の書簡に対して電子メールで回答した。その回答の中で、Helios は NDA の状況について再度問い合わせ、NDA が締結された時点で「さらにライセンスに関する詳細情報を提供できる」と再度繰り返した。

291.    Helios の 2018 年 10 月 15 日のメールには返信がなかった。

292.    2018 年 10 月 31 日頃、Helios は、Vudu の調査について問い合わせるために、再度 Vudu に書簡を書いた。Helios は、Vudu が Helios と NDA を締結するよう繰り返し要求した。Helios は、「NDA が締結されたらすぐに [Helios] はクレーム表と Vudu 側の侵害の主張を含むさらなる詳細を提供することができる」と書簡に書いた。

293.    Helios の 2018 年 10 月 31 日のメールには返信がなかった。

294.    上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は、Vudu が NDA を締結したら、Helios が Vudu と共有することになるクレーム表を含む継続出願を経て 145 特許として特許と認められた特許出願の請求など Vudu の侵害の恐れのある、さらなる詳細を Helios が保有していることを知っていたと推論するのが妥当である。

295.    上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が Helios と NDA を締結した場合、Vudu が継続出願を経て 145 特許として特許と認められた特許出願の請求を直接侵害し、侵害を誘発するような方法を詳細に記載したクレーム表を受け取ることを知っていたと推論するのが妥当である。また、Vudu の 2018 年 10 月 31 日の連絡に応答せず、さらに Helios との NDA 締結を拒否した Vudu は、侵害する可能性が高いことを知るのを積極的に回避していたと推論するのも妥当である。

296.    2019 年 2 月 19 日頃、Helios は Vudu に電子メールを送り、Helios は Vudu の調査結果をまだ待っていると繰り返したが、この調査は、Vudu が約 4 ヶ月前に開始したと説明していた。Helios は、継続出願を経て 145 特許として特許と認められた特許出願を含む

Helios の MPEG-DASH 特許ポートフォリオが関連する MPEG-DASH 規格として ISO/IEC 23009-1 を再度特定した。また、Helios は、Helios 側で「Vudu が DASH 規格を利用していることを確認した」と Vudu に伝えた。この点を裏付けるために、Helios は 2019 年 2 月 19 日の電子メールに、Vudu が同社のストリーミング VOD で MPEG-DASH を使用していることを画像の証拠で実証したスクリーンショットを添付した。

297.　2019 年 2 月 19 日に Helios は、Vudu への電子メールの中で、「使用許諾条件を含むその他の極秘情報とともに Helios のポートフォリオの特許が DASH 規格に必須であることを証明する詳細にわたるクレーム表を提供するが、その前に（添付の）NDA を締結する必要がある」という申し出を繰り返した。

298.　上記の事実に基づき、Helios が MPEG-DASH の特許ポートフォリオに含まれる特許および出願が MPEG-DASH の標準必須特許であると主張していることを Vudu が既に知らなかったとしても、少なくとも 2019 年 2 月 19 日に Helios が電子メールを送信した時点で Vudu がそれを認識していたと推察するのが妥当である。

299.　Vudu のウェブサイト及びアプリでの DASH 対応ストリーミング VOD の提供を通じた MPEG-DASH に関する Vudu の豊富な経験を含む上記の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は、Helios が継続出願して 145 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することが、145 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

300.　2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対して電子メールで回答し、「Vudu はいかなる機密情報の受信にも興味がなく、Helios が送信を選択したものにつ

いては非機密情報とみなす」と明言した。

301.　Helios は翌日の 2019 年 2 月 28 日に返信し、「クレーム表、使用許諾条件な

どを[Vudu]に提供する」ために、Vudu との実質的なライセンス供与の協議を始めるためには

NDA が必要であると改めて知らせた。「NDA がなければ、ライセンスが適切であるかどうかを

判断するために意味のある、あるいは実質的な議論を行うことができず、その結果この件を友

好的に解決する可能性を排除することになりかねない。」Helios は、Vudu とこのような問題を

電話で議論するために時間を取ると申し出た。

302.　Helios は、2019 年 2 月 28 日の連絡に対して何の返信も受け取らなかった。

303.　上記事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu が、Vudu

のウェブサイト及びアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを

顧客に提供し、奨励することが請求の受理後、継続出願して 145 特許となった出願の請求

を侵害し、その侵害を誘発する可能性が高いと主観的に考えていたと推論するのが妥当で

ある。特に以下の事実と推察は、この推論を裏付けるものである。(1) Vudu は、Helios が自

社の特許出願が MPEG-DASH 特許が MPEG-DASH の標準必須特許であると主張してい

ることを知っていた、(2) Helios が Vudu のストリーミング VOD が MPEG-DASH を利用してい

ることを確認し、さらにスクリーンショットにより Vudu にその確認の証拠を提供していた、そし

て(3) Helios は、Vudu が Helios の（継続出願して 145 特許となった出願を含めて）MPEG-

DASH 特許出願をどのように直接侵害し、直接侵害を誘発するか、Helios の特許がいかに

MPEG-DASH 規格に必須なものであったかを示す機密のクレーム表を何度も提供すること

を申し出ていた。

304.　上記の事実に基づいて、少なくとも 2019 年 2 月 27 日の時点で、Vudu が

Helios の申し出たクレーム表の機密性尊重を拒否したことは、Helios の MPEG-DASH 特許と

継続出願して 145 特許となった出願を含む MPEG-DASH 特許出願からの間もなく認められる請求を Vudu が侵害した詳細を知ることを避けるために計算された意図的な行為であったと推論することも妥当である。

305.　2019 年 3 月 6 日、Helios は、2019 年 3 月 15 日までに Vudu が回答し、NDA を締結するよう Vudu に電子メールで要請した。

306.　Helios は、2019 年 3 月 6 日の電子メールへの返信を受けておらず、2019 年 2 月 27 日から Helios が本訴訟の初版訴状を提出するまでの間、Vudu からのそれ以外の連絡もなかった。

307.　2019 年 7 月 16 日、145 特許が発行した。

308.　少なくとも 2019 年 7 月 19 日の時点で、Vudu は、145 特許についての知識と、Vudu が 145 特許を侵害し、侵害を誘発する方法についての知識を持っていたはずである。しかし、少なくとも 2018 年 8 月 23 日頃から、Vudu は、DASH 対応ストリーミング VOD を提供し、使用させることが、Vudu が 145 特許の請求を侵害し、侵害を誘発する可能性が高いと Vudu が主観的に信じていたにもかかわらず、継続で 145 特許として発行した出願の請求侵害の可能性と侵害の誘導についての知識を回避するために故意に、かつ一貫して行動した。

309.　情報と信念によると、被疑侵害手段は、全米および本地区で被告のパートナー、クライアント、顧客およびエンドユーザによって、または被告のパートナー、クライアント、顧客及びエンドユーザの各々のために継続して使用され、販売され、提供され、および/または使用されている。

310.　情報と信念によると、Vudu は、とりわけ特定の意図をもつか、あるいは故意に無視することにより、Vudu のパートナーおよび顧客を含むがこれに限定されない他者の侵害を積極的に幇助し、教唆することにより、合衆国法典第 35 編第 271 条(b)に基づく 145 特許の少

なくとも請求項 3、4、5、6、7、8、9、および 10 を侵害するよう他者を誘発し、その誘発を続けて
きたし、このような他者の被疑侵害手段の使用は、少なくとも 145 特許の請求項 3、4、5、6、7、
8、9、および 10 の直接侵害に当たる。少なくとも、145 特許の発行日の 2019 年 7 月 16 日以
来、あるいは、その時点でないならば Vudu の MPEG-DASH に関する広範な知識と経験、およ
び Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励して
いた方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 145
特許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴
訟前のコミュニケーションとともに、本件の初版訴状とそれに添付された Exhibit 6 を受け取っ
て以来、Vudu は、少なくとも 145 特許の請求項 3、4、5、6、7、8、9、および 10 を侵害するよう
に他者を誘導し、またその誘導を続けている。

311.　特に、パートナーや顧客のような他者の侵害を幇助・教唆する Vudu の行為に
は、パートナーや顧客に特許侵害を招く被疑侵害手段の使用を積極的に奨励するアイコン
や指示、または声明など故意に被疑侵害手段の使用を奨励する資料および/またはサービス
とともに被疑侵害手段を提供することが含まれる。

312.　例えば、Vudu は、ストリーミングが顧客による 145 特許の侵害になることを知り
ながら、Vudu の DASH 対応 VOD コンテンツのストリーミングを顧客に奨励するために故意
にかつ戦略的に Vudu の DASH 対応 VOD コンテンツにワンクリックの「視聴」または「無料で
視聴」ボタンを設置し、現在も設置し続けている。(Ex. 10 の 2、16、30、65 参照) 145 特許の請
求項 3、4、5、6、7、8、9、10 の主張する方法は、顧客が「視聴」または「無料で視聴」ボタンを
クリックすると、必然的に顧客の端末によって実行されるものであり (同文献の 2、16、30、65)、
Exhibit 10 に述べるように、これは直接侵害となる。

313.　さらに他の例として、Vudu は、上記の「視聴」および「無料で視聴」ボタンを提

供し続けることに加えて、Roku ストリーミングデバイス、スマートテレビ、PC および Mac デバイ
ス、Chromecast デバイス、Android デバイス、iOS デバイス、Blu-ray プレイヤー、Xbox デバイ
ス、および Windows 10 デバイスなどのユーザに対して、Vudu の DASH 対応 VOD をストリー
ミングで視聴を指示することにより、積極的かつ故意に 145 特許の侵害を奨励し続けている。



https://www.vudu.com/content/movies/aboutus（最終アクセスは 2020 年 7 月 15 日）。

　　314.　　情報と信念のもとに、Vudu は、少なくとも 145 特許が発行した 2019 年 7 月 16
日以来ずっと、あるいはそうでないなら、Vudu の MPEG-DASH に関する広範な知識と経験、
および Vudu のパートナー、顧客、およびユーザに DASH 対応 VOD のストリーミングを奨励す
る方法に関する Vudu の知識と、特許と Vudu のウェブサイトとアプリに関して Vudu が 145 特
許の主張された請求を直接侵害し、直接侵害を誘発した方法を詳細に説明した当事者の訴訟
前のコミュニケーションとともに、本件の初版訴状と添付の Exhibit 10 を受け取って以来、Vudu
が 145 特許を実際に認識しており、その行為が 145 特許の侵害を誘発していたことを知ってい
たため、侵害を引き起こすという具体的な意図を持って、またはその結果として生じる侵害を故
意に無視して、そのような行為に従事し、現在も従事している。

　　315.　　別の見方をすると、Vudu が、自らの行為が 145 特許の侵害を誘発していたと

いうことを実際に認識していなかったと主張する点では、Vudu は、自分の行為が 145 特許の侵害を誘発していたという事実からわざと目をそむけていたことになる。

316.　Vudu は、Vudu のウェブサイトやアプリを通じて提供される DASH 対応ストリーミング VOD が 145 特許を侵害している、または侵害を誘発している可能性が高いと主観的に考えていた。情報と信念によると、Vudu は少なくとも 2016 年から DASH 対応ストリーミング VOD を提供していたため、Vudu は Helios から連絡を受ける前に MPEG-DASH 規格とその VOD がどのように MPEG-DASH を利用しているかについて幅広い知識を持っていた。Helios は、少なくとも 2018 年 8 月 23 日頃から、継続出願で 145 特許となった出願を自社の「DASH 特許ポートフォリオ」の中の「米国 DASH 係属特許出願」と位置付けており、自社の MPEG-DASH 特許出願が規格としての MPEG-DASH に関連することを明確かつ一貫して識別していた。Helios は、自社の MPEG-DASH 特許が MPEG-DASH に必須であることを明言し、Vudu が同社のウェブサイトやアプリを介してストリーミング VOD を提供する際に MPEG-DASH 規格を利用していることを認識していたことを証明する証拠を提供した。そして、Vudu は、MPEG-DASH 規格に必須の特許であれば、その特許が MPEG-DASH を使うストリーミング VOD により必然的に侵害されることを知っていた。

317.　上記の段落 316 に記載された事実にもかかわらず、Vudu は、145 特許の侵害のおよび/または誘導された侵害の詳細を知ることを積極的かつ故意に回避していた。Vudu は、Vudu が Helios の MPEG-DASH 特許および出願を調査していると Helios に伝えたが、これは Helios を欺く意図的な試みであった。DASH 対応ストリーミング VOD が Helios の MPEG-DASH 特許を侵害しているという追加の情報と証拠を突きつけられ、Vudu の侵害に関するより詳細な機密情報を検討する機会を与えられたとき、Vudu は「Vudu は機密情報を受け取ることに全く興味がない」と述べ、侵害情報の入手を避けるために、それ以降、コミュニケーションを

すべて遮断した。

318. 情報と信念によると、上記第 263-317 項に記載された事実と推論に基づき、Vudu の侵害は故意に行われており、現在もそれが継続している。

319. 原告は、Vudu の侵害行為によって損害を受けている。

### 訴因 6-米国特許第 10,362,130 号の侵害

320. 前記第 1 項から第 319 項に述べる主張は、本第 3 救済請求に含まれる。

321. 2019 年 7 月 23 日、130 特許は、「Apparatus and Method for Providing Streaming Content （ストリーミングコンテンツ提供用の機器と方法)」というタイトルで米国特許商標庁により正式かつ合法的に交付された。130 特許の真正なコピーを Exhibit 11 として添付する。

322. Ideahub は、130 特許に関する権利、権原および利益の譲受人および所有者である。

323. Helios は、130 特許に基づいて発生するすべての訴訟原因を主張する独占的な権利と、特許侵害に関連する救済措置を受け取る権利を保有する。

324. 情報および確信に基づき情報および確信に基づき情報と信念によると、Vudu は、Exhibit 12 として添付された暫定的で例示的なクレーム表に詳述されるように https://www.vudu.com/content/movies/home で入手可能な 1 つまたは複数のビデオ・オン・デマンド(「VOD」)を含む作品などの MPEG-DASH 規格に準拠したメディアコンテンツのストリーミング(以下「被疑侵害手段」という)を販売する、販売提供する、作成する、使用する、および/または提供し、使用させることにより、130 特許の少なくとも請求項 1、2、4、および 5 を継続し

て直接侵害している。

325.　情報と信念によると、被疑侵害手段は、サーバでプロセッサにより実行されるメディアコンテンツを提供する方法を実行するもので、その方法は次のとおり。クライアントからそのメディアコンテンツを求めるリクエストを受信する、そのメディアコンテンツのメディアプレゼンテーション記述（MPD）に基づきクライアントにそのメディアを送信する、そこでその MPD は 1 つ以上のピリオドから構成され、そこでそのピリオドは 1 つ以上のグループから構成され、そこでそのグループは、1 つ以上のリプリゼンテーションから構成され、そこでそのリプリゼンテーションは 1 つ以上のセグメントから構成され、そこでそのリプリゼンテーションは、ビット/秒（bps）単位で仮想固定ビットレートチャネルの帯域幅に関連する帯域幅アトリビュートを含み、そのクライアントは、そのリプリゼンテーションがそのクライアントに配信される時に、minBufferTime の間バッファリング後、継続的にプレイアウトする十分なデータを確保し、そこでそのセグメントが、セグメントインデックスによってインデックス付けされたサブセグメントを含み、そのMPDが、(i)フレームレート、または(ii)1秒間の時間単位の数を記述するタイムスケールのうちの少なくとも1つを含む。

326.　情報と信念によると、被疑侵害手段は、130 特許の係属期間中、130 特許の少なくとも請求項 1、2、4、および 5 を侵害しており、現在も直接侵害している。

327.　少なくとも初版訴状を受け取った時点から、Vudu は、130 特許を直接侵害していること、および/または他者に侵害するように誘導しているという内容の実際の通知書を受け取っていた。

328.　情報と信念によると、被疑侵害手段は、全米および本地区で被告のパートナー、クライアント、顧客およびエンドユーザによって、または被告のパートナー、クライアント、顧客及びエンドユーザの各々のために継続して使用され、販売され、提供され、および/または

使用されている。

329. 2018 年 8 月 23 日頃、Helios は Vudu に対して、Walmart の総合弁護士である Jamie Elizabeth Chung 氏宛に通知書(以下「通知書」)を送付した。情報と信念によると、2018 年 8 月 23 日頃の時点で、Walmart は Vudu の親会社であり、Chung 氏は Vudu を代表して Helios の提案を協議する権限を持っていた。

330. 情報と信念によると、Vudu は、通知書を受け取る 2 年以上前から、MPEG-DASH を使用した VOD(ビデオオンデマンド)ストリーミングの提供を開始していた。(*例えば、* https://castlabs.com/news/vudu-android-app-castlabs-technology/ を参照、2016 年 3 月 11 日 (最後にアクセスしたのは 2020 年 7 月 15 日)*)* したがって、Vudu は、通知書を受け取る前 に、MPEG-DASH と Vudu のストリーミング VOD がどのように MPEG-DASH に準拠している かを熟知していたと推論するのが妥当である。情報と信念、さらに合理的な推論によると、 Vudu は、標準化を推進する団体やそのような努力に関して一般的にみられるようにように、 MPEG-DASH 規格に必須特許があることを認識していた。

331. 通知書の中では、Helios を「[ETRI]により研究開発された[MPEG-DASH]に関 連する特許および特許出願の世界的な独占的実施権者(ライセンシー)」と特定し、「ETRI は [MPEG-DASH] の開発に重要な貢献者であり、後にアダプティブストリーミング技術の最初の 国際標準として採用されることになった」と記載されていた。

332. 通知書は、特に主張特許の関連する MPEG-DASH 規格として、また、Vudu の ストリーミング VOD サービスで使用する MPEG-DASH 規格として ISO/IEC 23009-1 を特定し た。

333. 通知書では、Vudu のウェブサイト「https://www.vudu.com/」と「様々な種類の電 子機器用アプリ」という表現から Vudu が「DASH の特許ポートフォリオの下でライセンスの恩恵

を受けることができる」理由として記載されていた。Vudu が消費者に提供する主要なサービス
はストリーミングサービスであり、そのウェブサイトとアプリがストリーミングサービスを提供するプ
ラットフォームであることから、そのようなサービスを提供する行為は、Vudu が自ら特許を侵害
するのみならず、Vudu の顧客も侵害せざるを得ないことを Vudu が理解していたと推論するの
が妥当である。

334.　上記の事実に基づいて、Helios 側が Vudu に「DASH 特許ポートフォリオのラ
イセンス供与により利益を得るだろう」と示唆した理由が、Vudu のウェブサイトとアプリが
DASH 対応ストリーミング VOD を提供していることと、Vudu がこの技術を使用するのに
DASH 特許が必須であると Helios が主張していることを Vudu が知っていたからであると推
論するのが妥当である。

335.　Helios は通知書に、Helios の MPEG-DASH ポートフォリオを構成する特許およ
び特許出願リストを添付し、しかも「DASH 特許ポートフォリオ」という見出しの下「米国 DASH
係属中特許出願」というタイトルの表には、8 つの米国特許出願のうち、継続出願で 130 特許と
して認められた米国特許出願第 15/069,443 号が明記されていた。この表で特定された 8 つの
「U.S. DASH 係属中特許出願」のうち 5 つが直接または継続出願で特許として発行され、本訴
訟で主張されている。

336.　Helios は通知書の中で、Vudu に「公正かつ合理的な条件で DASH 特許ポ
ートフォリオの非独占ライセンスを提供する意思」を表明した。そして、「オープンで率直な議
論を奨励し、Walmart が DASH ポートフォリオのライセンスを取得することで恩恵を得る理由
についてのさらなる情報を[Helios が] 提供できるようにする」ために、Helios は通知書に秘密
保持契約書（NDA）を同封した。

337.　技術業界では一般的に理解されている、いわゆる FRAND コミットメントに関連

する「公正かつ合理的な約束」が、標準化団体に特許技術の貢献をする当事者が一般的に行うものであることを Vudu が知っていたと推論するのが妥当である。このことは、Vudu が MPEG-DASH 技術を使用することで、Vudu が Helios の特許を必然的に侵害すると主張していることを Vudu が理解していたと推論するもう一つの根拠となる。

338.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、130 特許として発行した特許出願について認識しており、Helios が 130 特許として発行した出願が、MPEG-DASH の標準に必須の技術を主張すると申し立てていたことを知っており、さらに Vudu は、Helios が 130 特許として発行した出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD のストリーミングを顧客に提供し、奨励することで 130 特許の請求が発行したら、その請求を侵害する可能性が高いことを主観的に知っていたと推論するのが妥当である。

339.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Vudu の侵害の恐れのあるさらなる詳細情報、および Helios の MPEG-DASH 特許と出願の標準必須性に関する情報を Helios が持っていることを認識しており、Vudu が NDA を締結したならば、Helios が Vudu と情報共有するであろうと推論することも妥当である。

340.    上記の事実に基づき、2018 年 8 月 23 日頃、Vudu は、Helios が標準的な必須特許のライセンスと矛盾しない「公正かつ合理的な条件」で Helios の MPEG-DASH 特許ポートフォリオのライセンスを Vudu に提供する意思があることを知っていたと推論することも合理的である。

341.    2018 年 9 月 11 日頃、Helios は Vudu に電子メールを送り、2018 年 8 月 23 日の Helios のレターの受領確認を求めた。Helios はさらに、通知書について話し合うことを申し出、Vudu の検討用に通知書と NDA を再度添付した。

342.　Helios の 2018 年 9 月 11 日のメールに返信はなかった。

343.　2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送り、2018 年 8 月 23 日の Helios の書簡の受領確認を求めた。Helios は、再度、通知書について話し合うことを申し出た。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu とのライセンス供与の可能性について話し合う適任者が Chung 氏の他にいるかどうかを問い合わせた。

344.　2018 年 10 月 2 日頃、Helios の Emil Kim 氏は Chung 氏に電話をかけ、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねる留守電メッセージを残した。

345.　2018 年 10 月 12 日頃、Vudu は、Walmart のシニア・アソシエート・ジェネラル・カウンセルである Diana Luo 氏からのレターを添付した 1 文の電子メールで回答し、Luo 氏のレターは、通知書の受領を確認し、Helios に対し、「今後この件に関するのすべての連絡を私宛に送信してください」と要請し、Vudu は「この件を調査し、いずれ対応する」と述べた。

346.　上記の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は、通知書に特定された米国の（130 特許として特許と認められた特許出願を含め）MPEG-DASH 特許出願の請求を含む通知書の主張と情報を調査していたこと、さらにウェブサイトおよびアプリにより DASH 対応ストリーミング VOD を Vudu が提供することが、出願が認められたら、これらの MPEG-DASH 特許出願の請求を侵害するかどうかを調査していたと推察するのが妥当である。

347.　Luo 氏の 2018 年 10 月 12 日の書簡に基づいて、Vudu が 130 特許となった特許出願を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを取得することに関して、2018 年 8 月 23 日頃から Helios が正しい事業体と連絡を取っていたと推論するのも妥当である。

348.    2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の書簡に対して電子メールで回答した。その回答の中で、Helios は NDA の状況について再度問い合わせ、NDA が締結された時点で「さらにライセンスに関する詳細情報を提供できる」と再度繰り返した。

349.    Helios の 2018 年 10 月 15 日のメールには返信がなかった。

350.    2018 年 10 月 31 日頃、Helios は、Vudu の調査について問い合わせるために、再度 Vudu に書簡を書いた。Helios は、Vudu が Helios と NDA を締結するよう繰り返し要求した。Helios は、「NDA が締結されたらすぐに [Helios] はクレーム表と Vudu 側の侵害の主張を含むさらなる詳細を提供することができる」と書簡に書いた。

351.    Helios の 2018 年 10 月 31 日のメールには返信がなかった。

352.    上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は、Vudu が NDA を締結した場合に Helios が Vudu と共有することになるクレームチャートを含む、130 特許として発行した特許出願のクレームに対する Vudu の侵害の可能性に関する更なる詳細情報を Helios が持っていることを知っていたと推論するのが妥当である。

353.    上記の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が Helios と NDA を締結した場合、Vudu が 130 特許として発行した特許出願の請求を直接侵害となるような方法を詳細に記載したクレーム表を受け取ることを知っていたと推論するのが妥当である。また、Vudu の 2018 年 10 月 31 日の連絡に応答せず、さらに Helios との NDA 締結を拒否することにより、Vudu は、同社の侵害となりそうな状況についてさらに情報を得ることを積極的に回避していたと推論するのも妥当である。

354.    2019 年 2 月 19 日頃、Helios は Vudu に電子メールを送り、Helios は Vudu の調査結果をまだ待っていると繰り返したが、この調査は、Vudu が約 4 ヶ月前に開始したと説明していた。Helios は、130 特許として特許と認められた特許出願を含む Helios の MPEG-

DASH 特許ポートフォリオが関連する MPEG-DASH 規格として ISO/IEC 23009-1 を再度特定した。また、Helios は、Helios 側で「Vudu が DASH 規格を利用していることを確認した」と Vudu に伝えた。この点を裏付けるために、Helios は 2019 年 2 月 19 日の電子メールに、Vudu が同社のストリーミング VOD で MPEG-DASH を使用していることを画像の証拠で実証したスクリーンショットを添付した。

355.  2019 年 2 月 19 日に Helios は、Vudu への電子メールの中で、「使用許諾条件を含むその他の極秘情報とともに Helios のポートフォリオの特許が DASH 規格に必須であることを証明する詳細にわたるクレーム表を提供するが、その前に（添付の）NDA を締結する必要がある」という申し出を繰り返した。

356.  上記の事実に基づき、Helios が MPEG-DASH の特許ポートフォリオに含まれる特許および出願が MPEG-DASH の標準必須特許であると主張していることを Vudu が既に知らなかったとしても、少なくとも 2019 年 2 月 19 日に Helios が電子メールを送信した時点で Vudu がそれを認識していたと推察するのが妥当である。

357.  Vudu のウェブサイト及びアプリでの DASH 対応ストリーミング VOD の提供を通じた MPEG-DASH に関する Vudu の豊富な経験を含む上記の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は、Helios が 130 特許となった出願が、MPEG-DASH の標準に必須の技術を主張するならば、Vudu のウェブサイトやアプリを通じて提供される VOD など Vudu の被疑侵害手段が、130 特許の請求を侵害し、その侵害を誘発する可能性が高いことを主観的に知っていたと推論するのが妥当である。

358.  2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対して電子メールで回答し、「Vudu はいかなる機密情報の受信にも興味がなく、Helios が送信を選択したものについては非機密情報とみなす」と明言した。

359. Helios は翌日の 2019 年 2 月 28 日に返信し、「クレーム表、使用許諾条件な

どを[Vudu]に提供する」ために、Vudu との実質的なライセンス供与の協議を始めるためには

NDA が必要であると改めて知らせた。「NDA がなければ、ライセンスが適切であるかどうかを

判断するために意味のある、あるいは実質的な議論を行うことができず、その結果この件を友

好的に解決する可能性を排除することになりかねない。」Helios は、Vudu とこのような問題を

電話で議論するために時間を取ると申し出た。

360. Helios は、2019 年 2 月 28 日の連絡に対して何の返信も受け取らなかった。

361. 上記事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu が、Vudu の

ウェブサイト及びアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを顧客

に提供し、奨励することが請求の受理後、130 特許となった出願の請求を侵害し、その侵害を

誘発する可能性が高いと主観的に考えていたと推論するのが妥当である。特に以下の事実と

推察は、この推論を裏付けるものである。(1) Vudu は、Helios が自社の特許出願が MPEG-

DASH 特許が MPEG-DASH の標準必須特許であると主張していることを知っていた、(2)

Helios は、Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認し、さらにス

クリーンショットにより Vudu にその確認の証拠を提供していた、そして(3)Helios は、Vudu が

Helios の（130 特許となった出願を含めて）MPEG-DASH 特許出願をどのように直接侵害する

か、Helios の特許と特許出願がいかに MPEG-DASH 規格に必須なものであったかを示す機

密のクレーム表を何度も提供することを申し出ていた。

362. 上記の事実に基づいて、少なくとも 2019 年 2 月 27 日の時点で、Vudu が

Helios の提供したクレームチャートの機密性を尊重することを拒否したことは、Vudu が Helios

の MPEG-DASH 特許および 130 特許として発行した出願を含む Helios の MPEG-DASH 特

許出願の間もなく発行されるクレームの侵害の詳細を知ることを避けるために計算された意図

的な行為であったと推論することも合理的である。

363.　2019 年 3 月 6 日、Helios は、2019 年 3 月 15 日までに Vudu が回答し、NDA
を締結するよう Vudu に電子メールで要請した。

364.　Helios は、2019 年 3 月 6 日の電子メールへの返信を受けておらず、2019 年 2
月 27 日から Helios が本訴訟の初版訴状を提出するまでの間、Vudu からのそれ以外の連絡
もなかった。

365.　2019 年 7 月 23 日、130 特許が発行した。

366.　少なくとも 2019 年 7 月 23 日の時点で、Vudu は、130 特許についての知識と、
Vudu が 130 特許を侵害していた方法についての知識を持っていたはずである。しかし、少な
くとも 2018 年 8 月 23 日頃から、Vudu は、DASH 対応ストリーミング VOD を提供し、使用させ
ることが、Vudu が 130 特許の請求を侵害する可能性が高いと Vudu が主観的に信じていたに
もかかわらず、130 特許として発行した出願の請求侵害の可能性についての知識を回避する
ために故意に、かつ一貫して行動した。

367.　情報と確信に基づき情報と信念によると、上記第 320-366 項項に記
載された事実と推論に基づき、Vudu の侵害は故意に行われており、現在もそれが継
続している。

368.　原告は、Vudu の侵害行為によって損害を受けている。

## 訴因7 – 米国特許第10,375,373号の侵害

369.　前記第1項から第368項に述べる主張は、本第7救済請求に含まれる。

370.　2019 年 8 月 6 日、'373 特許は、「Method and Apparatus for Encoding Three-dimensional (3D) Content (3D コンテンツをエンコードする方法と装置)」という表題で米国特許商標庁によって正式かつ合法的に発行された。'373 特許の真正かつ正確なコピーを証拠書類 13 として添付する。

371.　Ideahub は、'373 特許に関する権利、権原、および利益の譲受人および所有者である。

372.　　Helios は、'373 特許に基づいて発生するすべての訴因を主張する独占的権利、およびその侵害に対する救済策を収集する権利を保有する。

373.　　情報と信念によると、Vudu は、1 つ以上のビデオオンデマンド (以下「VOD」という) 例えば、証拠書類 14 として添付された予備的かつ例示的なクレームチャートで詳細に示されている https://www.vudu.com/content/movies/home で利用できるものなど を含め、MPEG-DASH 標準に準拠したストリーミングメディアコンテンツ (以下「被疑侵害手段」という) を販売、販売の申し出、製造、使用、および/または提供し、使用させることにより、少なくとも請求項 1、2、5、6、7、8、9、10、13、14、15、16 の直接侵害を行いかつ侵害し続け、少なくとも'373 特許の請求項 17、18、21、22、23、および 24 の直接侵害を誘発しかつ誘発続けている。

374.　情報と信念によると、被疑侵害手段は、サーバまたは複数のサーバによって実行される適応型ストリーミングサービスの方法を実行するもので、その方法は次のとおり。クライアントからメディアコンテンツのメタデータに基づいてメディアコンテンツのセグメントを求めるリクエストを受信する、そこでそのメタデータは、メディアプレゼンテーション記述（ＭＰＤ）であり、そこでそのＭＰＤはメディアコンテンツに関連するメディアプレゼンテーションの記述である、さらにリクエストに基づいてメディアコンテンツを提供し、ここで、ＭＰＤは、少なくとも 1 つのピリオドと含み、そこで各ピリオドは、1 つのメディアコンテンツコンポーネントから構成される少なくとも 1 つの適応セットを含む、そこで各適応セットは、少なくとも 1 つのリプリゼンテーションを含み、そこで各リプリゼンテーションは、少なくとも 1 つのセグメントを含み、さらにそこでそのＭＰＤは、ク

ライアントがネットワーク状態に適応するために1つのリプリゼンテーションから別のリプリゼンテーションに切り替えることができるような情報を提供する。

375. 情報と信念によると、被疑侵害手段は、クライアントによって実行される適応型ストリーミングサービスを提供する方法を実行するもので、その方法は、次のとおり。メディアコンテンツのメタデータに基づいてメディアコンテンツのセグメントを求めるリクエストをサーバまたは複数のサーバに送信する、そこでそのメタデータは、メディアプレゼンテーション記述（ＭＰＤ）であり、そのＭＰＤとはメディアコンテンツに関連するメディアプレゼンテーションの記述である、サーバまたは複数のサーバからのリクエストに基づいてメディアコンテンツを受信する、そこで、そのＭＰＤは、少なくとも1つのピリオドを含み、そこで各ピリオドは、メディアコンテンツコンポーネントから構成される少なくとも1つの適応セットを含み、各適応セットは、少なくとも1つのリプリゼンテーションを含み、各リプリゼンテーションは少なくとも1つのセグメントを含み、さらにそこでそのＭＰＤは、クライアントがネットワーク状態に適応するために1つのリプリゼンテーションから別のリプリゼンテーションに切り替えることができるような情報を提供する。

376. 情報と信念により、被疑侵害手段は、'373特許の係属期間中に、少なくとも'373特許の請求項1、2、5、6、7、8、9、10、13、14、15、16、17、18、21、22、23、および24を侵害し、また直接侵害し続けながら使用されてきた。

377. 少なくとも本件に関する初版訴状を受け取った時点で、Vudu の行為が'373特許を直接侵害および/または他の者に'373特許侵害を誘発していることに実際に気づいていた。

378. 2018年8月23日またはその前後、Helios は Vudu に、Walmart の法務顧問である Jamie Elizabeth Chung 氏宛てに通知書（「通知書」）を送付した。情報と信念によると、2018年8月23日前後時点において、Walmart は Vudu の親会社であり、Chung 氏は、Vudu に代わって Helios の提案を検討する権限を有していた。

379.　情報と信念によると、Vudu は、この通知書を受け取る 2 年以上前から、MPEG-DASH を使用したストリーミング VOD の提供を開始していた。(*例えば*、https://castlabs.com/news/vudu-android-app-castlabs-technology/ (2016 年 3 月 11 日) を参照 (最終アクセス 2020 年 7 月 15 日))。よって、この通知書を受け取る前から、Vudu が MPEG-DASH と、Vudu のストリーミング VOD がどのように MPEG-DASH に準拠していたかについて、詳細な知識を有していたと推測することが合理的である。情報と信念により、また合理的な推測により、Vudu は、標準設定機関および活動に関することと同様に、MPEG-DASH 標準に必須の特許が存在することを認識していた。

380.　この通知書では、Helios のことを、「[ETRI]により研究開発された[MPEG-DASH]に関係する特許および特許申請について世界的に唯一のライセンシーである」として記載しており、また「ETRI は[MPEG-DASH]の開発の主たる貢献者であり、同社は後にアダプティブストリーミング技術で初の国際標準としての採用を率いた」と述べている。

381.　この通知書では具体的に、主張特許に関連する MPEG-DASH 標準として ISO/IEC 23009-1 を特定しており、また Vudu によるストリーミング VOD 提供で MPEG-DASH 標準が利用されていることを記載している。

382.　この通知書では、Vudu のウェブサイト「https://www.vudu.com/」および「さまざまなタイプの電子デバイス上のアプリ」を、Vudu が「DASH 特許ポートフォリオに基づくライセンスから利益を得る可能性がある」理由として特定している。Vudu の消費者に対する主要な提供物はストリーミングサービスであり、Vudu のウェブサイトおよびアプリは、ストリーミングサービスを提供するプラットフォームであるため、そのようなサービスの提供行為は、Vudu 自体の侵害を余儀なくするばかりでなく、Vudu の顧客による侵害も余儀なくするものとなることを、Vudu が理解していたと推測することが合理的である。

383.　上記に示す事実に基づき、Vudu が「DASH 特許ポートフォリオに基づくライセンスから利益を得る可能性がある」と Helios が示唆する理由は、Vudu のウェブサイトおよびアプリが DASH

対応ストリーミング VOD を提供していることであることを Vudu は知っていたと推測することが合理的であり、Helios は、DASH 特許および特許出願が必要であったと主張していた。

384. Helios はこの通知書に、Helios の MPEG-DASH ポートフォリオからなる特許および特許出願のリストを添付しており、これには、「DASH Patent Portfolio」という見出し、「U.S. DASH Pending Patent Application」という表題で、その他 8 件の米国特許出願の中で、'373 特許として発行された米国特許出願番号 15 / 977,218 として明示的に特定されている。この表に特定されている 8 件の「U.S. DASH Pending Patent Application」のうち 5 件が、本訴訟で主張されている特許として、直接または継続出願を経て発行されている。

385. この通知書において、Helios はさらに、Vudu に対して「公正かつ合理的な条件のもとで DASH 特許ポートフォリオの非排他的ライセンス」を提供しようという意思も表明している。また、「オープンかつ率直な議論を促進し、Walmart が DASH ポートフォリオのライセンス下で利益を得る可能性がある理由について[Helios]が更なる情報を提供できるように」、Helios はこの通知書に秘密保持契約書（「NDA」）も同封している。

386. テクノロジー分野において広く知られるように、また Vudu が知っていると合理的に推測されるように、「公正かつ合理的な条件」とは、特許技術の貢献者が一般的に標準設定機関に対して行ういわゆる FRAND コミットメントに関係するものである。このことは、Vudu の MPEG-DASH 技術使用が必然的に Helios 特許の侵害になると Helios が主張していたことを Vudu が知っていたと推測するもう 1 つの根拠となる。

387. 上記に示す事実に基づき、2018 年 8 月 23 日前後時点で Vudu は、'373 特許として発行された特許出願についての知識を有していたこと、'373 特許として発行された特許出願が MPEG-DASH 標準に必須の技術を主張した場合、Vudu は Helios が '373 特許として発行された特許出願が

MPEG-DASH 標準に必須の技術を主張をしていたことを知っていたこと、ならびに、'373 特許として発行された特許出願が MPEG-DASH の標準必須であるならば、DASH 対応 VOD (Vudu のウェブサイトおよびアプリを介して提供される VOD を含む) のストリーミングを Vudu がその顧客に提供および促

進することは、'373 特許のクレームが発行された場合、それらのクレームを侵害および侵害誘発となる可能性が高いことを、Vudu は主観的に知っていたことが、合理的に推測される。

388.　上記に示す事実に基づき、2018 年 8 月 23 日前後時点で、Vudu は、侵害の可能性と、Vudu が NDA 契約を結べば Helios が Vudu と共有したであろう Helios の MPEG-DASH 特許および特許出願の必須標準とに関して、Helios がさらに詳しい説明をしたことを Vudu は知っていたことが、合理的に推測される。

389.　上記に示す事実に基づき、2018 年 8 月 23 日前後時点で、標準必須特許のライセンシングに合致する申し立てによる「公正かつ合理的な条件」により、Helios の MPEG-DASH 特許ポートフォリオのライセンスを Helios が Vudu に提供する意思があることを Vudu は知っていたことが、合理的に推測される。

390.　2018 年 9 月 11 日前後、Helios は Vudu に電子メールを送信し、Helios の 2018 年 8 月 23 日の通知書の受信確認を求めた。Helios はさらに、その通知書についての検討を提示し、Vudu が検討するためにその通知書および NDA を再添付した。

391. Helios はこの 2018 年 9 月 11 日付け電子メールへの返信を受け取っていない。　　392. 2018 年 9 月 20 日前後、Helios は再び Vudu に電子メールを送信し、Helios の 2018 年 8 月 23 日の通知書の受信確認を求めた。Helios は再び、この通知書についての検討を提示した。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu のライセンスの可能性について Helios が共に検討できる相手として、Chung 氏以外に良い連絡先はあるかどうかについて尋ねた。

393.　2018 年 10 月 2 日前後、Helios の Emil Kim 氏が Chung 氏に電話して、ボイスメールメッセージを残し、Vudu がこの通知書を受け取ったかどうか、および Vudu の調査状況について尋ねた。

394.　2018 年 10 月 12 日前後、Vudu は、Walmart の上級副法務顧問 Diana Luo 氏からの手紙を添付した、1 文からなる電子メールで返信した。Luo 氏の手紙では、通知書の受け取りが確認され、

Helios に対して「この件に関するすべての連絡を今後私宛てにお送りください」と依頼し、Vudu が「この件に関し調査し、適切に対応します」と述べていた。

395. 上記に示す事実に基づき、少なくとも 2018 年 10 月 12 日の時点において、Vudu がこの通知書にある申し立ておよび情報について調査していたことが、合理的に推測され、その内容には、通知書で特定されている MPEG-DASH 米国特許（'373 特許として発行された特許出願を含む）の特許請求範囲と、Vudu がウェブサイトおよびアプリを介して DASH 対応 ストリーミング VOD を提供していることがこれらの MPEG-DASH 特許出願が発行された後、それらの特許出願のクレームを侵害し、また侵害を誘発しているかどうかが挙げられる。

396. 2018 年 10 月 12 日の Luo 氏の手紙に基づけば、'373 特許として発行された特許出願を含む Helios の MPEG-DASH 特許ポートフォリオについて Vudu がライセンスを取得することに関して、2018 年 8 月 23 日前後以降、Helios は正しい相手に連絡をしていたことも合理的に推測される。

397. 2018 年 10 月 15 日前後、Helios は Vudu の 2018 年 10 月 12 日付けの手紙に対して電子メールで返信した。この返信において Helios は再び、NDA の状況に関して尋ね、NDA が締結されれば Helios は「ライセンスの詳細情報を提供することができる」と繰り返して伝えた。

398. Helios はこの 2018 年 10 月 15 日付け電子メールへの返信を受け取っていない。

399. 2018 年 10 月 31 日前後、Helios は再び Vudu に対し、Vudu の調査について尋ねる手紙を書いた。Helios は再び、Vudu に Helios との NDA を締結するよう求めた。Helios は、申し立てられている Vudu の侵害に関して、「NDA が締結されれば、[Helios] は、クレームチャートを含むより詳細な情報を提供することができる」と記した。

400. Helios はこの 2018 年 10 月 31 日付け電子メールへの返信を受け取っていない。

401. 上記の事実に基づき、少なくとも 2018 年 10 月 31 日時点で、Vudu が NDA 契約を結べば Helios が Vudu と共有したであろうクレームチャートを含め、'373 特許として発行された特許出

願のクレームに対する Vudu による侵害の可能性に関して、Helios がさらに詳しい説明をしたことを
Vudu は知っていたことが、合理的に推測される。

402.    上記に示す事実に基づき、少なくとも 2018 年 10 月 31 日時点で、Vudu はもし
Helios との NDA 契約を結べば、'373 特許として発行された特許出願のクレームの Vudu による直接侵
害および侵害誘発について詳細に説明するクレームチャートを受け取れるだろうことを知っていたこ
とが、合理的に推測される。また、2018 年 10 月 31 日の連絡に Vudu が返答しなかったことによっ
て、また Helios との NDA 締結を拒否したことによって、Vudu は、この侵害についての追加情報を知
ることを能動的に回避したことが、合理的に推測される。

403.    2019 年 2 月 19 日前後、Helios は Vudu に対して電子メールを送信し、再び Helios
は、その 4 か月近く前に始まったと Vudu が表明した Vudu の調査の結果を、依然として待っているこ
とを伝えた。Helios は再び、関係する'373 特許として発行された特許出願を含む Helios の MPEG-
DASH 特許ポートフォリオの MPEG-DASH 標準として ISO/IEC 23009-1 を特定した。Helios はまた
Vudu に対し、Helios は「Vudu が DASH 標準を利用していることを確認した」ことを通知した。この
点の根拠として、Helios は 2019 年 2 月 19 日付けの電子メールにスクリーンショットを添付した。これ
らは、Vudu の VOD ストリーミングに MPEG-DASH が利用されている証拠写真を提示するものであっ
た。

404.    2019 年 2 月 19 日付けの Vudu への電子メールにおいて、Helios は再び、「当社のポ
ートフォリオの特許が DASH 標準に必須であるという根拠を示す詳細なクレームチャート、ならび
に、ライセンシング条件を含む他の機密情報」を提供する用意があるが、このためには「まず添付の
NDA を結ぶ必要がある」ことを表明した。

405.    上記に示す事実に基づき、MPEG-DASH 特許ポートフォリオの特許が MPEG-DASH
の標準必須であると Helios が申し立てていることを Vudu が知らなかったとする範囲において、少な
くとも 2019 年 2 月 19 日の Helios の電子メール時点で、Vudu はこれを知っていたことが合理的に推測
される。

406. Vudu のウェブサイトおよびアプリでの DASH 対応ストリーミング VOD 提供を通じた MPEG-DASH に関する Vudu の広範な経験を含め、上記に示す事実に基づき、また 2019 年 2 月 19 日時点で、'373 特許請求技術として発行された特許出願が MPEG-DASH の標準必須であるならば、DASH 対応 VOD (Vudu のウェブサイトおよびアプリを介して提供される VOD を含む) のストリーミングを Vudu がその顧客に提供および促進することは、'373 特許のクレームが発行された後のそれらのクレームの侵害および侵害誘発となる可能性が高いことを、Vudu は主観的に知っていたことが、合理的に推測される。

407. 2019 年 2 月 27 日前後、Helios の複数の通信に対して Vudu は電子メールで返信し、また、「Vudu は機密情報を受け取ることに関心はなく、そちらから敢えて当方に送付するものはすべて非機密と見なされる」と明示的に声明した。

408. Helios は翌日 2019 年 2 月 28 日に返答し Vudu との実質的なライセンシングの検討に入るには NDA が必要であり、「 [Vudu] にクレームチャート、ライセンシング条件等を提供するためには NDA が必要である。NDA なしでは、ライセンスが適切かどうかを判断する有意義または

実質的な議論を行うことはできず、この件を友好的に解決する可能性がなくなってしまう」と再び述べた。Helios は、この件について Vudu と電話で話し合うための時間を提示した。

409. Helios はこの 2019 年 2 月 28 日付け電子メールへの返信を受け取っていない。

410. 上記に示す事実に基づき、少なくとも 2019 年 2 月 27 日時点において、Vudu は主観的に、Vudu の顧客に DASH 対応 VOD ストリーミングを提供および促進すること (Vudu のウェブサイトおよびアプリを介しての提供を含む) が、'373 特許のクレームが発行された時点で、それらの'373 特許出願のクレームが侵害または侵害誘発となる可能性が高いと考えていたことが、合理的に推測される。以下の事実および推論が特に、この推測の裏付けとなる: (1) Vudu は、Helios の MPEG-DASH 特許出願が MPEG-DASH の標準必須であると Helios が主張していることを知っていた、(2) Helios は、

Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認しており、その確認の証拠を
スクリーンショットで Vudu に提供した、(3) Helios は、Vudu がいかに Helios の MPEG-DASH 特許出願
（'373 特許として発行された出願を含む）の直接侵害および直接侵害の誘発を行っているか、および
Helios の特許がどのように MPEG-DASH の標準必須であるかを示す機密情報のクレームチャートの提
供を、繰り返し提示した。

411.    上記に示す事実に基づきさらに、少なくとも 2019 年 2 月 27 日時点で、Helios がク
レームチャートの機密情報の提供を Vudu が拒否したことは、Helios の MPEG-DASH 特許出願およ
び、まもなく発行されるクレーム（'373 特許として発行された出願を含む) の Vudu による侵害につい
ての詳細情報を Vudu が知ることを回避するために計算した、故意の行為であったと合理的に推測され
る。

412.    2019 年 3 月 6 日、Helios は Vudu に電子メールを送信し、2019 日 3 月 15 日までに返
答し NDA を結ぶよう求めた。

413.    Helios は 2019 年 3 月 6 日付け電子メールへの返信を受け取っていない。また、2019 年
2 月 27 日からこの訴訟の初版訴状 を Helios が提出するまでの間に、Vudu からの連絡はない。

414.    2019 年 8 月 6 日、'373 特許が発行された。

415.    少なくとも 2019 年 8 月 6 日の時点で、Vudu は '373 特許についての認識と、Vudu が
いかにして' 373 特許を侵害しかつ侵害を誘発していたかについての知識を持っていたはずである。し
かし、少なくとも 2018 年 8 月 23 日前後から、Vudu は、DASH 対応 VOD ストリーミングを Vudu がそ
の顧客に提供および促進することは、'373 特許が発行されたクレームの侵害および侵害誘発となる可
能性が高いことを主観的に知っていたにもかかわらず、一貫して意図的にそれらの'373 特許出願のク
レームが侵害または侵害誘発となる可能性が高いという考えを回避していた。

416.　　情報と信念によると、被疑侵害手段は、国内および本地域にわたる被告のパートナー、クライアント、顧客、エンドユーザによって、またはそのそれぞれによって、使用され、販売され、提供され、および/または使用され、かつ引き続き使用され、販売され、提供され、および/または使用されている。

417.　　情報と信念によると、Vudu は、35 U.S.C. § 271(b) に基づき、少なくとも特に'373 特許の請求項 17, 18, 21, 22, 23 および２４を侵害し、かつ他者にこの侵害を誘発し続けており、具体的な意図または故意の盲目をもって、他者による侵害を能動的に支援または教唆しており、この他者としては、被疑侵害手段を使用することが少なくとも'373 特許の請求項 17, 18, 21, 22, 23 および２４の直接侵害を構成するような、Vudu のパートナーおよび顧客が含まれるが、これらに限定されない。Vudu は、他者に対し、少なくとも'373 特許が発行された 2018 年 8 月 6 日以降、'373 特許の請求項 17, 18, 21, 22, 23 および２４を侵害し、かつ他者にこの侵害を誘発し続けており、またそうでなければ、少なくとも本件に関する初版訴状およびその証拠書類 14 を受け取った時点以降に、少なくとも'373 特許の請求項 17, 18, 21, 22, 23 および２４の侵害を誘発しかつ侵害を誘発し続けている。これらは、MPEG-DASH に関する Vudu の広範な知識と経験、Vudu の DASH 対応 VOD のストリーミ

ングをパートナー、顧客、ユーザにどのように促進するかについての Vudu の知識、ならびに、これらの特許に関する両当事者間の訴訟前の連絡、Vudu のウェブサイトおよびアプリを組み合わせることにより、Vudu がいかにして'562 特許の主張する特許請求の範囲を直接的に侵害し、また直接的な侵害を誘発したかが詳細に示される。

418.　　特に、パートナーおよび顧客などの他者に侵害を支援および教唆する Vudu の行為としては、被疑侵害手段の侵害的使用を促進するマテリアルおよび/またはサービスと共に、被疑侵害手段を故意に提供することが挙げられ、これには、被疑侵害手段の侵害的使用をパートナーや顧客に能動的に促すようなアイコン、使用説明、および声明が挙げられる。

419.　　例えば、Vudu はその DASH 対応 VOD コンテンツと共に、ワンクリックの「視聴する」および「無料で視聴する」ボタンを意図的かつ戦略的に配置し、それを継続して、そのストリー

ミングが、'373 特許を顧客が侵害することになることを知りながら、顧客に対して Vudu の DASH 対

応 VOD コンテンツのストリーミングを促進している。(証拠書類１４の２、１６　および　３０)。'373

特許の請求項 17, 18, 21, 22, 23, および　24 の主張する方法は、必然的に、顧客が「視聴する」および

「無料で視聴する」ボタン (2、１６、および　３０に定義される) をクリックすることによって顧客の

端末で実施され、このことは、証拠書類１４に示す直接侵害を構成する。

　　　　420.　　更なる例として、Vudu は、前述の「視聴する」および「無料で視聴する」ボタンを

提供し続けたことに加え、Roku ストリーミングデバイスやスマート TV、PC、Mac デバイス、

Chromecast デバイス、Android デバイス、iOS デバイス Blu-ray プレーヤー、Xbox デバイス、Windows

10 デバイスなどのユーザに対し、Vudu の DASH 対応 VOD のストリーミングを説明することによっ

て、'373 特許の侵害を能動的にかつ認識した上で継続している：



(https://www.vudu.com/content/movies/aboutus (最終アクセス2020年7月15日)。)

　　　　421.　　情報と信念によると、Vuduは、侵害を誘発する具体的な意図をもって、または結

果として生じる侵害に対する故意の盲目をもって、そのような行為にこれまで関与しかつ現在も関

与し続けている。なぜならば、Vuduは、少なくとも'373特許の発行日である2019年8月6日以降、あ

るいはもしその時点で知識を有していなかったとしても、少なくとも、本件に関する初版訴状およ

びその証拠書類14を受け取った時点で、'373特許自体と、Vuduの行為が'373特許の侵害を誘発してい

たことについて、実際の知識を有していたかまたはそのはずである。このことは、VuduのMPEG-

DASHに関する広範な知識および経験と、DASH対応VODのストリーミングをパートナー、顧客、ユ

ーザに使用を促すVuduのノウハウ、ならびに同特許に関する訴訟前の両当事者間の連絡、Vuduのウ

ェブサイトおよびアプリを組み合わせることにより、Vuduがいかにして'373特許の主張する特許請

求の範囲を直接的に侵害し、また直接的な侵害を誘発したかが詳細に示される。

422.    あるいは、Vuduの行為が'373特許の侵害を誘発していたということをVuduが実際に

知らなかったとVuduが主張する範囲において、Vuduはその行為が'373特許の侵害を誘発していたと

いう事実に対して故意の盲目であった。

423.    Vuduは主観的に、Vuduのウェブサイトおよびアプリを介して提供されている

DASH対応ストリーミングVODが、'373特許を侵害しているまたは侵害を誘発している可能性が高い

と考えていた。情報と信念によると、Vuduは少なくとも2016年以来DASH対応ストリーミングVOD

を提供しており、よってVuduは、Heliosからの連絡を受ける前に、MPEG-DASH標準と、そのVOD

がどのようにMPEG-DASHを利用しているかについての広範な知識を有していた。Heliosは、'373特

許として発行された特許出願を、Heliosの「DASH Patent Portfolio」内の「U.S. DASH Pending Patent

Applications」の1つとして特定しており、MPEG-DASHをその標準として明確かつ一貫して特定して

おり、この標準には、少なくとも2018年8月23日前後以降、MPEG-DASH特許出願が関係している。

Heliosは、そのMPEG-DASH特許および出願がMPEG-DASHに必須のものであると明示的に言明して

おり、さらに、Vuduがそのウェブサイトおよびアプリを介してストリーミングVODを提供する際に

MPEG-DASH標準を利用していたことを知っていた証拠を提供した。またVuduは、MPEG-DASHの

標準に必須な特許がある場合その特許は必然的に、MPEG-DASHを利用するストリーミングVODに

より侵害されることも知っていた。

424.    前記第423項に示す事実にもかかわらず、Vuduは'373特許の侵害および/または誘

発された侵害の詳細を知ることを能動的かつ故意に回避した。VuduはHeliosに対し、VuduがHeliosの MPEG-DASH特許および出願について調査していることを通知したが、これはHeliosを欺くために故意に行ったことであった。Vuduは、VuduのDASH対応ストリーミングVODがHeliosのMPEG-DASH特許を侵害していることの追加情報および証拠を突き付けられ、Vuduの侵害に関するより詳細な機密情報を確認する機会が提示されたとき、「Vuduは、機密情報を受け取ることに関心はない」と表明し、それ以上の連絡を断って、侵害に関して知ることを回避した。

425.　情報と信念によると、前記第369項から第424項に示す事実および推論に基づけば、Vuduの侵害は故意であり、現在も故意であり続けている。

426.　原告はVuduの侵害行為により被害を被っている。

## 訴因8 – 米国特許第8,645,562号の侵害

427.　前記第1項から第426項に述べる主張は、本第8救済請求に含まれる。

428.　2014年2月4日、'562特許は、「Apparatus and Method for Providing Streaming Content (ストリーミングコンテンツを提供する装置および方法)」」というタイトルで米国特許商標庁によって正式かつ合法的に発行された。'562特許の真正かつ正確なコピーを証拠書類13として添付する。

429.　Ideahubは、'562特許に関する権利、権原、および利益の譲受人および所有者である

430.　Heliosは、'562特許に基づいて発生するすべての訴因を主張する独占的権利およびその侵害に対する救済策を収集する権利を保有する。

431.　情報と信念によると、Vuduは、1つ以上のビデオオンデマンド (以下「VOD」という) (例えば、https://www.vudu.com/content/movies/homeで利用できるものなど) を含め、

MPEG-DASH標準に準拠したストリーミングメディアコンテンツ (以下「被疑侵害手段」という)
を販売、販売の申し出、製造、使用、および/または提供し、使用させることにより、少なくと
も'562特許の請求項1、2、4、5、7、8の直接侵害を行いかつ誘発し続けている。証拠書類16とし
て添付された予備的クレームチャートは、そのような直接侵害の典型的な例を示す。

432.　情報と信念によると、この被疑侵害手段は、メディアを提供するための方法を
実行するために使用されるものであり、この方法は、メディアのメタデータ (このメタデータは
1つ以上のBaseURL要素からなる) を受信する工程と、セグメントの統一資源位置指定子 (URL)
(このURLはBaseURL要素に関して解決される) を使用してそのメディアのセグメントのリクエス
トを送信する工程と、そのセグメントを受信する工程と、そのセグメントに含まれるメディアの
データをデコードおよびレンダリングする工程とを含み、ここにおいてこのリクエストは、
HTTP GET方法を使用して送信され、このBaseURL要素はセグメントの1つ以上の共通ロケーシ
ョンを特定し、このセグメントは複数のセグメントのうちの1つである。

433.　情報と信念によると、この被疑侵害手段は、'562特許の係属期間中に、少なく
とも'562特許の請求項1、2、4、5、7、8を侵害し、また直接侵害し続けながら使用されてきた。

434.　少なくとも2018年8月23日前後以降、Vuduは、他の者に'562特許侵害を誘発して
いることに実際に気づいていた。

435.　2018年8月23日またはその前後、HeliosはVuduに対し、Walmartの法務顧問であ
るJamie Elizabeth Chung氏宛てに通知書を送付した。情報と信念によると、2018年8月23日前後時
点において、WalmartはVuduの親会社であり、Chung氏はVuduのためにHeliosの提案を検討する
権限を有していた。

436.　情報と信念によると、Vuduは、この通知書を受け取る2年以上前から、MPEG-
DASHを使用したストリーミングVODの提供を開始していた。(例えば、
https://castlabs.com/news/vudu-android-app-castlabs-technology/ (2016年3月11日) を参照 (最終アクセ
ス2020年7月15日))。よって、この通知書を受け取る前から、VuduがMPEG-DASHと、Vuduのス
トリーミングVODがどのようにMPEG-DASHに準拠していたかについて、際しい知識を有してい

たと推測することが合理的である。情報と信念により、また合理的な推測により、Vuduは、標準設定機関および活動に関することと同様に、MPEG-DASH標準に必須の特許が存在することを認識していた。

437.　この通知書では、Heliosのことを、「[ETRI]により研究開発された[MPEG-DASH]に関係する特許および特許申請について世界的に唯一のライセンシーである」として

記載しており、また「ETRIは[MPEG-DASH]の開発の主たる貢献者であり、同社は後にアダプティブストリーミング技術で初の国際標準としての採用を率いた」と述べている。

438.　この通知書では具体的に、'562特許を含む主張特許に関連するMPEG-DASH標準としてISO/IEC 23009-1を特定しており、またVuduによるストリーミングVOD提供でMPEG-DASH標準が利用されていることを記載している。

439.　この通知書では、Vuduのウェブサイト「https://www.vudu.com/」および「さまざまなタイプの電子デバイス上のアプリ」を、Vuduが「DASH特許ポートフォリオに基づくライセンスから利益を得る可能性がある」理由として特定している。Vuduの消費者に対する主要な提供物はストリーミングサービスであり、Vuduのウェブサイトおよびアプリは、ストリーミングサービスを提供するプラットフォームであるため、そのようなサービスの提供行為は、Vudu自体の侵害を余儀なくするばかりでなく、Vuduの顧客による侵害も余儀なくするものとなることを、Vuduが理解していたと推測することが合理的である。

440.　上記に示す事実に基づき、Vuduが「DASH特許ポートフォリオに基づくライセンスから利益を得る可能性がある」とHeliosが示唆する理由は、VuduのウェブサイトおよびアプリがDASH対応ストリーミングVODを提供していることであることをVuduは知っていたと推測することが合理的であり、Heliosは、Vuduがこの技術を使用するのにDASH特許が必須であったと主張していた。

441.　Heliosはこの通知書に、HeliosのMPEG-DASHポートフォリオからなる特許および特許出願のリストを添付しており、これには、「DASH Patent Portfolio」という見出し、

「U.S. DASH Patents」という表題で、'562特許およびその他の11件の米国特許が特許番号により明示的に特定されている。この表に特定されている12件の「U.S. DASH Patents」のうち5件が、本訴訟で主張されている。

442.　この通知書において、Heliosはさらに、Vuduに対して「公正かつ合理的な条件のもとでDASH特許ポートフォリオの非排他的ライセンス」を提供しようという意思も表明している。また、「オープンかつ率直な議論を促進し、WalmartがDASHポートフォリオのライセンス下で利益を得る可能性がある理由について[Helios]が更なる情報を提供できるように」、Heliosはこの通知書に秘密保持契約書（「NDA」）も同封している。

443.　テクノロジー分野において広く知られるように、またVuduが知っていると合理的に推測されるように、「公正かつ合理的な条件」とは、特許技術の貢献者が一般的に標準設定機関に対して行ういわゆるFRANDコミットメントに関係するものである。このことは、VuduのMPEG-DASH技術使用が必然的にHelios特許の侵害になるとHeliosが主張していたことをVuduが知っていたと推測するもう1つの根拠となる。

444.　上記に示す事実に基づき、2018年8月23日前後時点でVuduは、'562特許の知識を有していたこと、'562特許がMPEG-DASHの標準必須であるとHeliosが主張していたことを知っていたこと、ならびに、'562特許がMPEG-DASHの標準必須であるならば、DASH対応VOD (Vuduのウェブサイトおよびアプリを介して提供されるVODを含む) のストリーミングをVuduがその顧客に提供および促進することは、'562特許の侵害および侵害誘発となる可能性が高いことを、Vuduは主観的に知っていたことが、合理的に推測される。

445.　上記に示す事実に基づき、2018年8月23日前後時点で、Vuduの侵害と、VuduがNDA契約を結べばHeliosがVuduと共有したであろうHeliosのMPEG-DASH特許の必須標準とに関して、Heliosがさらに詳しい説明をしたことをVuduは知っていたことが、合理的に推測される。

446.　上記に示す事実に基づき、2018年8月23日前後時点で、標準必須特許のライセンシングに合致する申し立てによる「公正かつ合理的な条件」により、HeliosのMPEG-DASH特許ポートフォリオ ('562特許を含む) のライセンスをHeliosがVuduに提供する意思があることを

Vuduは知っていたことが、合理的に推測される。

447.　2018年9月11日前後、HeliosはVuduに電子メールを送信し、Heliosの2018年8月23日の通知書の受信確認を求めた。Heliosはさらに、その通知書についての検討を提示し、Vuduが検討するためにその通知書およびNDAを再添付した。

448.　Heliosはこの2018年9月11日付け電子メールへの返信を受け取っていない。

449.　2018年9月20日前後、Heliosは再びVuduに電子メールを送信し、Heliosの2018年8月23日の通知書の受信確認を求めた。Heliosは再び、この通知書についての検討を提示した。Heliosはさらに、HeliosのMPEG-DASHポートフォリオに対するVuduのライセンスの可能性についてHeliosが共に検討できる相手として、Chung氏以外に良い連絡先はあるかどうかについて尋ねた。

450.　2018年10月2日前後、HeliosのEmil Kim氏がChung氏に電話して、ボイスメールメッセージを残し、Vuduがこの通知書を受け取ったかどうか、およびVuduの調査状況について尋ねた。

451.　2018年10月12日前後、Vuduは、Walmartの上級副法務顧問Diana Luo氏からの手紙を添付した、1文からなる電子メールで返信した。Luo氏の手紙では、通知書の受け取りが確認され、Heliosに対して「この件に関するすべての連絡を今後私宛てにお送りください」と依頼し、Vuduが「この件に関し調査し、適切に対応します」と述べていた。

452.　上記に示す事実に基づき、少なくとも2018年10月12日時点において、Vuduはこの通知書にある申し立ておよび情報について調査していたことが、合理的に推測され、この内容には、通知書に特定されているMPEG-DASH米国特許 ('562特許を含む) の特許請求範囲と、Vuduがウェブサイトおよびアプリを介してDASH対応 ストリーミングVODを提供していることがこれらのMPEG-DASH特許 ('562特許を含む) を侵害および侵害誘発しているかどうかについてが挙げられる。

453.　上記に示す事実に基づき、2018年8月23日前後時点で本第一修正訴状の前記第439項から第440項、および第443項から第446項に示す推論を行うことが合理的でない場合でも、少

なくとも2018年10月12日時点においては、本第一修正訴状の前記第439項から第440項、および第443項から第446項に示す推論を行うことは合理的である。

454.　2018年10月12日のLuo氏の手紙に基づけば、'562特許を含むHeliosのMPEG-DASH特許ポートフォリオについてVuduがライセンスを取得することに関して、2018年8月23日前後以降、Heliosは正しい相手に連絡をしていたことも合理的に推測される。

455.　2018年10月15日前後、HeliosはVuduの2018年10月12日付けの手紙に対して電子メールで返信した。この返信においてHeliosは再び、NDAの状況に関して尋ね、NDAが締結されればHeliosは「ライセンスの詳細情報を提供することができる」と繰り返して伝えた。

456.　Heliosはこの2018年10月15日付け電子メールへの返信を受け取っていない。

457.　2018年10月31日前後、Heliosは再びVuduに対し、Vuduの調査について尋ねる手紙を書いた。Heliosは再び、VuduにHeliosとのNDAを締結するよう求めた。Heliosは、申し立てられているVuduの侵害に関して、「NDAが締結されれば、[Helios]は、クレームチャートを含むより詳細な情報を提供することができる」と記した。

458.　Heliosはこの2018年10月31日付け電子メールへの返信を受け取っていない。

459.　上記の事実に基づき、少なくとも2018年10月31日時点で、VuduがNDA契約を結べばHeliosがVuduと共有したであろうHeliosの562特許のVuduによる侵害に関して、Heliosがさらに詳しい説明をしたことをVuduは知っていたことが、合理的に推測される。

460.　上記に示す事実に基づき、少なくとも2018年10月31日時点で、VuduはもしHeliosとのNDA契約を結べば、'562特許のVuduによる直接侵害および侵害誘発について詳細に説明するクレームチャートを受け取れることを知っていたことが、合理的に推測される。また、2018年10月31日の連絡にVuduが返答しなかったことによって、またHeliosとのNDA締結を拒否したことによって、Vuduは、この侵害についての追加情報を知ることを能動的に回避したことが、合理的に推測される。

461.　2019年2月19日前後、HeliosはVuduに対して電子メールを送信し、再びHeliosは、その4か月近く前に始まったとVuduが表明したVuduの調査の結果を、依然として待っているこ

とを伝えた。Heliosは再び、関係する'562特許を含むHeliosのMPEG-DASH特許ポートフォリオの

MPEG-DASH標準としてISO/IEC 23009-1を特定した。HeliosはまたVuduに対し、Heliosは「Vuduが

DASH標準を利用していることを確認した」ことを通知した。この点の根拠として、Heliosは2019

年2月19日付けの電子メールにスクリーンショットを添付した。これらは、VuduのVODストリーミ

ングにMPEG-DASHが利用されている証拠写真を提示するものであった。

462.    2019年2月19日付けのVuduへの電子メールにおいて、Heliosは再び、「当社のポ

ートフォリオの特許がDASH標準に必須であるという根拠を示す詳細なクレームチャート、ならび

に、ライセンシング条件を含む他の機密情報」を提供する用意があるが、このためには「まず添付

のNDAを結ぶ必要がある」ことを表明した。

463.    上記に示す事実に基づき、2019年2月19日時点で、VuduはHeliosのMPEG-DASH

特許について4か月以上調査してきたか、あるいは、'562特許を含むHeliosのMPEG-DASH特許を

VuduのDASH対応VODがどのように侵害しているかについての詳細を知ることを回避するため、

HeliosのMPEG-DASH特許の調査に関してHeliosを積極的に欺いた、と合理的に推測される。

464.    上記に示す事実に基づき、MPEG-DASH特許ポートフォリオ ('562特許を含む)

の特許がMPEG-DASHの標準必須であるとHeliosが申し立てていることをVuduが知らなかったと

する範囲において、少なくとも2019年2月19日のHeliosの電子メール時点で、Vuduはこれを知っ

ていたことが合理的に推測される。

465.    VuduのウェブサイトおよびアプリでのDASH対応ストリーミングVOD提供を通

じたMPEG-DASHに関するVuduの広範な経験を含め、上記に示す事実に基づき、また2019年2月19

日時点でVuduは、'562特許がMPEG-DASHの標準必須であるならば、DASH対応VOD (Vuduのウェ

ブサイトおよびアプリを介して提供されるVODを含む) のストリーミングをVuduがその顧客に提供

および促進することは、'562特許の侵害および侵害誘発となる可能性が高いことを、Vuduは主観的

に知っていたことが、合理的に推測される。

466.　　2019年2月27日前後、Heliosの複数の通信に対してVuduは電子メールで返信し、Vuduが通知書に記載されている特許を調査したことを確認した。Vuduはさらにこの中で、Heliosが特定した特許が「Helios以外の法人に割り当てられていると見られる」と主張し、さらに「Helios Streamingがこれらの議論に関与する原告適格を有しているかどうか、当社には明らかでない」と主張した。Vuduはまた、「Vuduは機密情報を受け取ることに関心はなく、そちらから敢えて当方に送付するものはすべて非機密と見なされる」と明示した。

467.　　Heliosは翌日2019年2月28日に返答し、「Helios Streamingは現在の権利者Ideahubから排他的ライセンスを与えられており、DASH特許のサブライセンスの権利を有する」と述べた。この声明の裏付けとして、Heliosは米国特許商標庁ウェブサイトで公開されている情報のスクリーンショットをこの電子メール返答に添付した。このスクリーンショットには、'562特許を含め、通知書に記載されている12件のMPEG-DASH特許すべてが、Ideahubに割り当てられており、これらがHelios Streamingに排他的にライセンス供与されていることが示されていた。

468.　　Heliosはまた2019年2月28日の電子メールの中で、Vuduとの実質的なライセンシングの検討に入るにはNDAが必要であり、「[Vudu]にクレームチャート、ライセンシング条件等を提供するためにはNDAが必要である。NDAなしでは、ライセンスが適切かどうかを判断する有意義または実質的な議論を行うことはできず、この件を友好的に解決する可能性がなくな

ってしまう」と再び述べた。Heliosは、この件についてVuduと電話で話し合うための時間を提示した。

469.　　Heliosはこの2019年2月28日付け電子メールへの返信を受け取っていない。

470.　　上記に示す事実に基づき、少なくとも2019年2月27日時点において、Vuduは主観的に、Vuduの顧客にDASH対応VODストリーミングを提供および促進すること (Vuduのウェブサイトおよびアプリを介しての提供を含む) が、'562特許の侵害または侵害誘発となる可能性が高いと考えていたことが、合理的に推測される。以下の事実および推論が特に、この推測の裏付けとなる：(1) Vuduは、HeliosのMPEG-DASH特許 ('562特許を含む) がMPEG-DASHの標準必須であるとHeliosが

主張していることを知っていた、(2) Heliosは、VuduのストリーミングVODがMPEG-DASHを利用していることを確認しており、その確認の証拠をスクリーンショットでVuduに提供した、(3) Heliosは、VuduがいかにHeliosのMPEG-DASH特許 ('562特許を含む) の直接侵害および直接侵害の誘発を行っているか、およびHeliosの特許がどのようにMPEG-DASHの標準必須であるかを示す機密情報のクレームチャートの提供を、繰り返し提示した。

471.    上記に示す事実に基づきさらに、少なくとも2019年2月27日時点で、Heliosがクレームチャートの機密情報の提供をVuduが拒否したことは、HeliosのMPEG-DASH特許 ('562特許を含む) のVuduによる侵害についての詳細情報をVuduが知ることを回避するために計算した、故意の行為であったと合理的に推測される。

472.    2019年3月6日、HeliosはVuduに電子メールを送信し、2019日3月15日までに返答しNDAを結ぶよう求めた。

473.    Heliosは2019年3月6日付け電子メールへの返信を受け取っていない。また、2019年2月27日からこの訴訟の当初の訴状 をHeliosが提出するまでの間に、Vuduからの連絡はない。


474.    情報と信念により、、被疑侵害手段は、国内および本地域にわたる被告のパートナー、クライアント、顧客、エンドユーザによって、またはそのそれぞれによって、使用され、販売され、提供され、および/または使用され、かつ引き続き使用され、販売され、提供され、および/または使用されている。

475.    情報と信念によると、Vuduは、35 U.S.C. § 271(b) に基づき、少なくとも特に'562特許の請求項1、2、4、5、7、8を侵害し、かつ他者にこの侵害を誘発し続けており、具体的な意図または故意の盲目をもって、他者による侵害を能動的に支援または教唆しており、この他者としては、被疑侵害手段を使用することが少なくとも'562特許の請求項1、2、4、5、7、8の直接侵害を構成するような、Vuduのパートナーおよび顧客が含まれるが、これらに限定されない。Vuduは、他者に対し、少なくとも2018年8月23日前後に通知書を受け取った時点以降、またそうでなければ、

2018年10月12日前後に通知書の受け取りを確認し、HeliosのMPEG-DASH特許について調査してい

ることを確認した時点以降、またそうでなければ、2019年2月19日前後に、Vuduのストリーミング

VODがMPEG-DASHを使用していることを示すスクリーンショットをHeliosが送信し、Heliosが、

MPEG-DASH特許はMPEG-DASHの標準必須であると繰り返し述べた時点以降、またそうでなけれ

ば、本件に関する当初の訴状およびその証拠書類16を受け取った時点以降に、少なくとも'562特許

の請求項1、2、4、5、7、8への侵害を誘発しかつ侵害を誘発し続けている。これらは、MPEG-

DASHに関するVuduの広範な知識と経験、VuduのDASH対応VODのストリーミングをパートナー、

顧客、ユーザにどのように促進するかについてのVuduの知識、ならびに、これらの特許に関する

両当事者間の訴訟前の連絡、Vuduのウェブサイトおよびアプリを組み合わせることにより、Vudu

がいかにして'562特許の主張する特許請求の範囲を直接的に侵害し、また直接的な侵害を誘発した

かが詳細に示される。

476.    特に、パートナーおよび顧客などの他者に侵害を支援および教唆するVudu

の行為としては、被疑侵害手段の侵害的使用を促進するマテリアルおよび/またはサービスと共に、

被疑侵害手段を故意に提供することが挙げられ、これには、被疑侵害手段の侵害的使用をパートナ

ーや顧客に能動的に促すような.アイコン、使用説明、および声明が挙げられる。

477.    例えば、VuduはそのDASH対応VODコンテンツと共に、ワンクリックの「視

聴する」および「無料で視聴する」ボタンを意図的かつ戦略的に配置し、それを継続して、そのス

トリーミングが、'562特許を顧客が侵害することになることを知りながら、顧客に対してVuduの

DASH対応VODコンテンツのストリーミングを促進している。(証拠書類16の2、8、15)。'562特許の

請求項1、2、4、5、7、8の主張する方法は、必然的に、顧客が「視聴する」および「無料で視聴す

る」ボタン (2、8、15に定義される) をクリックすることによって顧客の端末で実施され、このこと

は、証拠書類16に示す直接侵害を構成する。

478.    更なる例として、Vuduは、前述の「視聴する」および「無料で視聴する」

ボタンを提供し続けたことに加え、RokuストリーミングデバイスやスマートTV、PC、Macデバイ

ス、Chromecastデバイス、Androidデバイス、iOSデバイスBlu-rayプレーヤー、Xboxデバイス、

Windows 10デバイスなどのユーザに対し、VuduのDASH対応VODのストリーミングを説明すること

によって、'562特許の侵害を能動的にかつ認識した上で継続している：



(https://www.vudu.com/content/movies/aboutus (最終アクセス2020年7月15日) 。)

479.　情報および信念によると、Vuduは、少なくとも2018年8月23日頃に通知書を

受領した時点から、'562特許について実際に把握していたか、または把握していたはずであ

り、少なくとも2018年8月23日頃に通知書を受領した時点には、その行為によって'562特許の

侵害を誘発していたため、故意に侵害を誘発させようとしていたか、または結果的に侵害を

誘発させることに対して故意に目をつぶってかかる行為をし、またし続けている。または、

その時期でない場合は、通知書の受領を確認し、2018年10月12日頃に、HeliosのMPEG-DASH

特許を調査していたことを確認した時点からか、その時期でない場合は、2019年2月19日

頃、VuduのストリーミングVODにMPEG-DASHが使用されていることを示すスクリーンショ

ットをHeliosが電子メールで送信し、Heliosが自社のMPEG-DASH特許はMPEG-DASHの標準

必須特許であると再度言及した時点か、あるいは、その時期でない場合は、VuduのMPEG-

DASHに関する広範な知識と経験、およびVuduがどのようにしてパートナー、顧客、および

ユーザーにDASH対応VODのストリーミングを奨励していたかに関して把握していること

と、特許およびVuduのウェブサイトとアプリに関する当事者の訴訟前のコミュニケーション
とを組み合わせて、Vuduがどのようにして'562特許の請求項を直接侵害し、直接侵害を誘発
させたかを詳細に説明した本案件の初版訴状およびその証拠書類16を受領した時点から継続
している。

480.　あるいは、Vuduは自らの行為によって'562特許の侵害を誘発していたという
ことを実際に認識していたわけではないと主張しているが、Vuduは、自らの行為によって
'562特許の侵害を誘発していたという事実に故意に目をつぶっていたことになる。

481.　Vuduは、Vuduのウェブサイトやアプリを通じて提供されるDASH対応ストリ
ーミングVODで、'562特許を侵害している、または侵害を誘発している可能性が高いと主観
的に確信していた。情報と確信によると、Vuduは少なくとも2016年からDASH対応のストリ
ーミングVODを提供していたため、VuduはHeliosから連絡を受ける前からMPEG-DASH規格
について幅広い知識を有し、そのVODがどのようにMPEG-DASHを利用しているかについて
精通していた。Heliosは、'562特許を「DASH特許ポートフォリオ(DASH Patent Portfolio)」の
中の「米国DASH特許(U.S. DASH Patent)」として認識し、少なくとも2018年8月23日頃から
MPEG-DASH特許（'562特許を含む）はMPEG-DASHに属する規格であるとして明確かつ一貫
して認識していた。Heliosは、自社のMPEG-DASHの特許がMPEG-DASHに必須であることを
明言し、Vuduが自社のウェブサイトやアプリでVODをストリーミング配信する際にMPEG-
DASH標準を利用していることを承知していることを示す証拠を提示した。そして、Vudu
は、当該特許がMPEG-DASHにとって標準必須特許であれば、MPEG-DASHを利用したストリ
ーミングVODによって、必然的に侵害されていることを承知していた。

482.　上記第481段落に記載された事実にもかかわらず、Vuduは、'562特許の侵害を
生じさせた詳細を把握することを積極的かつ意図的に避けていた。VuduはHeliosに、Vuduが
HeliosのMPEG-DASH特許を調査していると通達したが、これはHeliosを意図的に誤解させよ
うとしたものだった。DASH対応ストリーミングVODがHeliosのMPEG-DASH特許を侵害して
いるという追加情報と証拠を突きつけられ、Vuduの侵害に関するより詳細な機密情報を確認

する機会が設けられた際、Vuduは「Vuduは機密情報を受け取ることに興味がない」と述べ、侵害についての事情を把握することを避け、それ以上のコミュニケーションをすべて遮断した。

483.　情報と確信によると、上記第427項から482項に記載された事実と推論に基づき、Vuduの侵害は故意に行われており、かつ継続している。

484.　原告は、Vuduの侵害行為によって損害を受けている。

### 訴因9 – 米国特許第8,909,805号の侵害

485.　上記第1段落から第484段落までに述べた申し立ては本第9救済請求に盛り込まれる。

486.　2014年12月9日に、'805特許は「Apparatus and Method for Providing Streaming Content (ストリーミングコンテンツを提供する装置および方法)」という表題で米国特許庁により正式および合法的に発行された。'805特許の真正なコピーが証拠書類17として添付してある。

487.　Ideahubは、'805特許に関する権利、権原および利益の譲受人ならびに所有者である。

488.　Heliosは、'805特許に起因するすべての訴因を主張する独占的な権利と、特許侵害に対する救済措置を回収する権利を有している。

489.　情報および確信によると、Vuduは、https://www.vudu.com/content/movies/homeで見られるような1つまたは複数のビデオ・オン・デマンド（「VOD」）を含む、MPEG-DASH規格に準拠したストリーミング・メディア・コンテンツ（「被疑侵害手段」）を販売、販売の申し出、作成、使用、および/または提供し、使用させることにより、少なくとも'805特許の請求項1、2、3、および4に対して直接侵害を生じさせ、現在も継続している。証拠書類18として添付された暫定請求項の表には、かかる直接侵害の典型的事例が記載されている。

490.　情報および信念により、被疑侵害手段は、メディアを提供するための方法を実行するために使用され、その方法は以下のとおり。メディアのメタデータを受信する、メタデータは1つ以上のピリオドから構成される、受信したそのメタデータを処理し、そのメタデータに含まれる情報を抽出する、そこでメタデータは範囲属性を含む、範囲属性によって指定されたURLが指示するリソースのバイトを求めるリクエストに基づいて、特定の間隔に適したセグメントを要求する、メタデータによって提供された情報に基づいてメディアのセグメントにアクセスする、セグメントに含まれるメディアのデータをデコードし、レンダリングする、そこで各ピリオドはメディアの1つ以上のリプリゼンテーションから構成され、そこで各リプリゼンテーションは、その各々のリプリゼンテーションも含めてピリオドの開始点からスタートし、そのピリオドの終点まで続け、1つ以上のセグメントから構成される、そしてそこで1つ以上のピリオドのうち、第1ピリオドの開始を決定するのは以下のとおり、開始属性が、第1ピリオドの第1ピリオド要素に存在する場合、第1ピリオドのスタートタイムは開始属性の値に等しい、開始属性が第1ピリオドの第1ピリオド要素に存在せず、第2ピリオドの第2ピリオド要素が継続時間属性を含む場合、第1ピリオドのスタートタイムは、第2ピリオド要素の継続時間属性の値を第2ピリオドのスタートタイムに加算して求められ、さらに開始属性が第1ピリオドの第1ピリオド要素に存在せず、第1ピリオドが1つ以上のピリオドの最初のものである場合、第1ピリオドのスタートタイムは0である。

491.　情報および信念により、被疑侵害手段は'805特許の係属期間中に、'805特許の少なくとも請求項1、2、3、および4を直接侵害して使用され、現在も侵害し続けている。

492.　少なくとも2018年8月23日頃から、Vuduは、他者に'805特許の侵害を生じさせているという旨の通知を受けていた。

493.　2018年8月23日頃、HeliosはVuduに対して、Walmartの顧問弁護士（General Counsel）であるJamie Elizabeth Chung氏宛の通知書を送付した。情報および信念に基づいて、2018年8月23日頃の時点で、Walmartは Vuduの親会社であり、Chung氏はVuduを代表してHeliosの提案を協議する権限を有していた。

494.　　　情報および信念により、Vuduは、通知書を受け取る2年以上前から、MPEG-DASHを使用したストリーミングVODの提供を開始した。(参照例: https://castlabs.com/news/vudu-android-app-castlabs-technology/, 2016年3月11日(最終アクセス日2020年7月15日))したがって、Vuduは、通知書を受け取る前に、MPEG-DASHについて、およびVuduのストリーミングVODがどのようにMPEG-DASHに準拠しているかを熟知していたと推定するのが妥当である。情報と確信に基づき、また合理的に推定した結果、Vuduは、標準化団体や取り組みの大半がそうであるように、MPEG-DASH標準に必須な特許があることを認識していた。

495.　　　通知書では、Heliosは「 [ETRI] が研究開発した [MPEG-DASH] に関連する特許および特許出願の世界的な独占ライセンシー」であるとされ、「ETRI は [MPEG-DASH]の開発にカギとなる貢献を果たし、、後にアダプティブ・ストリーミング技術の最初の国際標準として採用されることになった」と記載されている。

496.　　　通知書では、ISO/IEC 23009-1が '805特許を含む係争特許に関連したMPEG-DASH規格として、また、VuduがVODのストリーミング提供で利用するMPEG-DASH規格として特定されている。

497.　　　通知書には、Vuduのウェブサイト、https://www.vudu.com/ が特定されており、「様々な電子機器に搭載されたアプリ」によってVuduが「DASH特許ポートフォリオのライセンスを受けることで利益を得るだろう」と記載されている。Vuduが消費者に提供する主要なサービスはストリーミングサービスであり、そのウェブサイトやアプリがストリーミングサービスを提供するプラットフォームであることから、かかるサービスを提供する行為は、Vudu自身の侵害だけでなく、その顧客による侵害も必然的に伴うことをVuduが理解していたと推定するのが妥当である。

498.　　　上記の事実に基づいて、HeliosがVuduに「DASH特許ポートフォリオのライセンスを受けることで利益を得るだろう」示唆したのは、VuduのウェブサイトとアプリがDASH対応のストリーミングVODを提供していることをVuduが承知していたからであり、

HeliosはVuduがこの技術を使用する上でDASH特許が必須であると主張していたと推定するのが妥当である。

499.　Heliosは通知書に、HeliosのMPEG-DASHポートフォリオを構成する特許と特許出願のリストを添付し、「DASH特許ポートフォリオ（DASH Patent Portfolio）」という見出しの下にある「米国DASH特許 (U.S. DASH Patents)」と題された表には、他の11の米国特許と共に '805特許が特許番号で明示されている。この表に記載された12件の「米国DASH特許(U.S. DASH Patents)」のうち5件が本訴で主張されている。

500.　通知書の中で、HeliosはVuduに「公正かつ合理的な条件でDASH特許ポートフォリオの非独占的ライセンスを提供する意思」を表明した。また、「オープンかつ率直な議論を促進し、WalmartがDASHポートフォリオのライセンス下で利益を得る可能性がある理由について[Helios]が更なる情報を提供できるように」、Heliosはこの通知書に秘密保持契約書 (「NDA」) も同封している。

501.　技術業界では一般的に理解されている内容である、「公正かつ合理的な条件」についての言及が、特許技術の貢献者が標準設定機関に対して通常行う、いわゆるFRAND条項に関連するものであることをVuduが承知していたと推定するのが妥当である。このことは、VuduがMPEG-DASH技術を使用していることが必然的にHeliosの特許を侵害していると主張していることをVuduが理解していたと推定するもう一つの根拠となる。

502.　上記の事実に基づき、2018年8月23日頃には、Vuduが'805特許について把握しており、Heliosが'805特許がMPEG-DASHにとって標準必須特許であると主張していたことを承知していて、'805特許がMPEG-DASHの標準必須特許であるとすれば、Vuduのウェブサイトやアプリを通じて提供されるVODを含む、DASH対応VODのストリーミングを顧客に提供し、奨励することが、'805特許の侵害を侵害し、侵害を生じさせる可能性が高いことをVuduが主観的に知っていたと推定するのが妥当である。

503.　上記の事実に基づき、2018年8月23日頃、Vuduの侵害に関する更なる詳細情報、およびHeliosのMPEG-DASH特許の標準必須性をHeliosが掴んでいて、Vudu

がNDAを締結していれば、Heliosがその内容をVuduと共有していたであろうことをVuduが把握していたことも合理的に推定することができる。

504.　前述の事実に基づき、2018 年 8 月 23 日頃の時点で、Vudu は標準必須特許のライセンス提供に準拠した「公正かつ妥当」とされる条件で Helios が Vudu に 特許 805 を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを提供する用意があることを知っていたと推測することも妥当である。

505.　2018 年 9 月 11 日頃、Helios は Vudu にメールを送信し、Helios の 2018 年 8 月 23 日付けの文書の受領確認を要求した。Helios はさらに、通知書について話し合うことを提案し、Vudu の確認用に通知書と NDA を再添付した。

506.　Helios は 2018 年 9 月 11 日付けのメールに対する返信を受け取らなかった。

507.　2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送信し、Helios の 2018 年 8 月 23 日付けの文書の受領確認を要求した。ヘリオスは再び通知書について話し合うことを提案した。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu ライセンス提供の可能性についての話し合いの相手として Chung 氏よりも適切な連絡先があるかどうかについて質問した。

508.　2018 年 10 月 2 日頃 Helios の Emil Kim 氏が Chung 氏に電話をかけ、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねるボイスメールメッセージを残した。

509.　2018 年 10 月 12 日頃、Vudu は、Walmart の上級顧問弁護士である Diana Luo 氏からの文書を添付した 1 文のみのメールを返信として送った。Luo 氏の文書は通知書の受領を確認し、Helios に「この問題に関する今後のすべての連絡は私宛てに送るように」求め、Vudu は「問題を調査し、後日返答する」ことを述べていた。

510.　前述の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は米国
MPEG-DASH 特許（特許 805 を含む）の請求、および Vudu による Web サイトおよびアプリを介し
た DASH 対応ストリーミング VOD の提供が、特許 805 を含むこれらの MPEG-DASH 特許を侵
害し、侵害を誘発したことを含む通知書の申し立てと情報を調査していたと推測するのが妥当で
ある。

511.　前述の事実に基づき、2018 年 8 月 23 日頃の時点のこの第一修正訴状の第 497-
498 項および第 501-504 項に記載されている推論を引き出すことが妥当ではない範囲で、少なく
とも 2018 年 10 月 12 日の時点でこの第一修正訴状の第 497-498 項および第 501-504 項に記載
された推論を引き出すことは妥当である。

512.　Luo 氏の 2018 年 10 月 12 日の文書に基づき、Vudu が 特許 805 を含む Helios の
MPEG-DASH 特許ポートフォリオのライセンスを取得することに関して、Helios が 2018 年 8 月 23
日頃から正しい事業体に連絡していたと推測することも妥当である。

513.　2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の文書にメールで
返信した。その回答の中で、Helios は再び NDA の状況について質問し、NDA が締結され次第
Helios は「ライセンスの詳細を提供できるようになる」と繰り返し述べた。

514.　Helios は 2018 年 10 月 15 日のメールに対する返信を受け取らなかった。

515.　2018 年 10 月 31 日頃、Helios は Vudu に再度メールを送り、Vudu の調査につい
て問い合わせた。Helios は Vudu に Helios と NDA を締結して欲しいという要求を繰り返した。
Helios は Vudu の侵害の申し立てに関して、「NDA が実施され次第（Helios は）クレーム表を含む
詳細を Vudu に提供できる」と書いている。

516.　Helios は 2018 年 10 月 31 日のメールに対する返信を受け取らなかった。

517.　前述の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、特許 805 の Vudu

の侵害に関する詳細を Helios が把握していたことを Vudu が知っていたと推測するのが妥当である。この特許は Vudu が NDA を締結すれば Helios が Vudu と共有することになる特許である。

518.　前述の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は Helios と NDA を締結した場合、Vudu がどのように特許 805 を直接侵害し、侵害を誘発したかを詳述したクレーム表を受け取ることを知っていたと推測するのが妥当である。また、Vudu 宛ての 2018 年 10 月 31 日の連絡に返答せず、Helios との NDA の締結を拒否して、Vudu は侵害に関する追加情報を知ることを積極的に回避していたと推測することも妥当である。

519.　2019 年 2 月 19 日頃、Helios は Vudu にメールを送信し、Vudu の調査結果をまだ待っていることを繰り返し伝えた。Vudu はこの調査を 4 ヶ月近く前に開始したと以前に説明していた。Helios はふたたび ISO/IEC 23009-1 を特許 805 を含む Helios の MPEG-DASH 特許ポートフォリオが関係している MPEG-DASH 標準として特定した。また、Helios は「Vudu が DASH 標準を利用していることを確認した」と Vudu に伝えた。この点の裏付けとして、Helios は 2019 年 2 月 19 日のメールにスクリーンショットを添付し、Vudu がストリーミング VOD で MPEG-DASH を使用していることを写真で証明した。

520.　Vudu への 2019 年 2 月 19 日付けメールで、Helios はまた、「当社のポートフォリオの特許が DASH...標準に不可欠であることを証明する詳細なクレーム表、およびライセンス条項を含むその他の機密情報を提供する、ただし先に NDA（添付）を締結する必要がある」という提案を繰り返した。

521.　前述の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は Helios の MPEG-DASH 特許を 4 か月以上調査していたか、あるいは Helios の MPEG-DASH 特許の調査について Helios を積極的に誤解させて Vudu の DASH 対応 VOD が Helios の MPEG-DASH 特許（特許 805 を含む）をどのように侵害したかについて詳細を知ることを回避したと推測するのが妥当で

ある。

522.    前述の事実に基づき、Helios が自社の MPEG-DASH 特許ポートフォリオの特許
（特許 805 を含む）が MPEG-DASH の標準必須であると主張していることを Vudu がまだ知らな
かった範囲において、Vudu が少なくとも Helios の 2019 年 2 月 19 日の電子メールの時点でこれ
を知っていたと推測するのが妥当である。

523.    ウェブサイトやアプリでの DASH 対応ストリーミング VOD の提供による MPEG-
DASH に関する Vudu の豊富な経験を含む前述の事実に基づき、2019 年 2 月 19 日の時点で、
特許 805 が MPEG-DASH の標準必須であれば Vudu が顧客に Vudu の Web サイトやアプリを
通じて提供される VOD を含めた DASH 対応の VOD をストリーミングするように提供・奨励するこ
とが特許 805 の侵害および侵害の誘発となった可能性が高いことを Vudu は主観的に知ってい
たと推測するのが妥当である。

524.    2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対しメールで返信し、通知
書に記載された特許を調査したことを認めた。Vudu はまた、Helios が記載した特許は「Helios 以
外の事業体に譲渡されているように見える」、「Helios Streaming がこれらの議論に関与する立場
にあるかどうかは我々にとって明らかではない」と主張した。Vudu はまた、「Vudu は機密情報を
受け取ることには関心がなく、貴社が送信することを選択した内容はすべて機密情報ではないと
見なす」と明言した。

525.    Helios は翌 2019 年 2 月 28 日に返信し、「Helios Streaming は現在の譲受人であ
る Ideahub から独占的ライセンスを付与され、DASH 特許をサブライセンスする権利を持ってい
る」と述べた。これらの発言の裏付けとして、Helios は米国特許商標庁の Web サイトで一般公開
されているスクリーンショットを添付した。これらのスクリーンショットは、通知書に記載された特許
805 を含む 12 件の MPEG-DASH 特許すべてが Ideahub に譲渡されていること、HeliosStreaming

に独占的にライセンス供与されていることを示している。

526.　Helios はまた 2019 年 2 月 28 日付けのメールで、Vudu と実質的なライセンスについて話し合うには NDA が必要であり、そうすれば「（Vudu に）クレーム表、ライセンス条件、その他を提供する、.................................. NDA がなければ、ライセンスが適切かどうかを判断するための有意義または実質的な議論を行うことはできず、したがってこの問題を友好的に解決する可能性が排除される」と繰り返した。Helios は Vudu と電話でこれらの問題について議論できる時間を提案した。

527.　Helios は 2019 年 2 月 28 日の連絡に対して返答を受け取らなかった。

528.　前述の事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu は自社のウェブサイトおよびアプリを通じて提供される VOD を含め、顧客に DASH 対応の VOD を提供しストリーミングを奨励することが特許 805 の侵害および侵害を誘発している可能性が高いと主観的に信じていたと推測するのが妥当である。特に次の事実と推論がこの推論を裏付けている。（1）Vudu は Helios が MPEG-DASH 特許（特許 805 を含む）が MPEG-DASH の標準必須であると主張していることを知っていた。（2）Helios は Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認し、その確認の証拠をスクリーンショットを使って Vudu に提供した。（3）Helios は、Vudu が Helios の MPEG-DASH 特許（特許 805 を含む）を直接侵害および直接侵害していること、および Helios の特許が MPEG-DASH に標準必須であることを示す機密のクレーム表を提供すると繰り返し提案した。

529.　前述の事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Helios が提供すると申し出たクレーム表の機密性を尊重することを Vudu が拒否したのは、特許 805 を含む特許 Helios の MPEG-DASH 特許を Vudu が侵害したことの詳細を知ることを避けるために画策した意図的な行為であったと推論することも妥当である。

530.　2019 年 3 月 6 日、Helios は Vudu にメールを送信し、Vudu に返信を求め、2019 年 3 月 15 日までに NDA を締結するよう要求した。

531.　Helios は 2019 年 3 月 6 日付けのメールに対する返信を受け取らず、2019 年 2 月 27 日から Helios がこの訴訟で初版訴状を提出するまでの間に Vudu から一切の連絡がなかった。

532.　情報と信念によると、被疑侵害手段は全国および地域の被告のパートナー、クライアント、顧客、およびエンドユーザのそれぞれに対して使用、販売、提供され、および/または彼らによって、または彼らのために使用されており、今後も継続される。

533.　情報と信念によると、Vudu は 35USC§271（b）に基づく 特許 805 の少なくとも請求項 1、2、3、および 4 を他者が侵害するように誘導しており今後も誘導し続ける。とりわけ、特定の意図または故意の無視により、他者による侵害を積極的に支援および幇助する事によってこれを行っている。他者には Vudu のパートナーおよび顧客が含まれるがこれらに限定されない。彼らの被疑侵害手段の使用は、少なくとも 特許 805 の請求項 1、2、3、および 4 の直接侵害の構成要素となる。Vudu は、少なくとも 2018 年 8 月 23 日頃に通知書を受け取って以来、少なくとも特許 805 のクレーム 1、2、3、および 4 を他者が侵害するように誘導し続けている。または、そうでない場合は、通知書の受領を確認し、2018 年 10 月 12 日頃に Helios の MPEG-DASH 特許を調査していたことを確認した時点から。または、そうでない場合は、2019 年 2 月 19 日頃から、Vudu のストリーミング VOD が MPEG-DASH を利用していることを示すスクリーンショットを Helios がメールで送信し、Helios が MPEG-DASH の特許が MPEG-DASH の標準であると繰り返し述べた時点から。または、そうでない場合は、この件に関する初版訴状およびその証拠書類 18 を受け取って以来。この証拠書類は、Vudu の MPEG-DASH に関する広範な知識・経験と、彼らがいかにパートナー、顧客、ユーザに DASH 対応の VOD をストリーミングするよう奨励していかに関する知識、

および両社の特許と Vudu のウェブサイトとアプリに関する訴訟前のコミュニケーションをひとつに

まとめ、いかに Vudu が特許 805 の主張請求を直接侵害および直接侵害を誘発したかを詳細に

示した。

534.　特に、パートナーや顧客など他者による侵害を支援および幇助する Vudu の行動

には、被疑侵害手段を、その使用を侵害することを奨励する資料および/またはサービスとともに

故意に提供したことが含まれている。これには、アイコン、操作説明、または積極的にパートナー

または顧客による被疑侵害手段の侵害的な使用を奨励する記述が含まれる。

535.　たとえば、Vudu は、DASH 対応の VOD コンテンツにワンクリックの「視聴する」また

は「無料で視聴する」ボタンを故意かつ戦略的に配置して、このようなストリーミングは顧客による

特許 805 の侵害であるとわかっていながら、Vudu の DASH 対応の VOD コンテンツをストリーミ

ングするよう顧客に促しており、今後も継続して促す。(証拠：2 の 18) 特許 805 の請求項目 1、2、

3、および 4 で請求された手段は、顧客が「視聴する」または「無料で視聴する」ボタン（2 に定義さ

れる）をクリックすれば必ず顧客の端末上で実行される。これは別紙 18 に記載されている直接的

な侵害の構成要素となる。

536.　さらなる例として、Vudu は、前述の「視聴する」ボタンと「無料で視聴する」ボタンを

提供し続けることに加えて、Roku ストリーミングデバイス、スマート TV、PC および Mac デバイス、

Chromecast デバイス、Android デバイス、iOS デバイス、Blu-ray プレーヤー、Xbox デバイス、

Windows 10 デバイス、その他のユーザに Vudu の DASH 対応 VOD をストリーミングするよう指

示することにより、積極的かつ意図的に特許 805 の侵害を奨励しており、今後も継続する。



https://www.vudu.com/content/movies/aboutus（最終アクセス日　2020年7月15日）

537.　情報と信念によると、Vudu は、侵害を引き起こす特定の意図を持って、または結果として生じる侵害を意図的に無視し、そのような行動を続けている。なぜなら、少なくとも 2018 年 8 月 23 日頃に通知書を受け取って以来、Vudu は特許 805 について、また自社の行動が特許 805 の侵害を誘発していたことについて知識があった、またはあったはずだったからである。または、そうでない場合は、通知書の受領を確認し、2018 年 10 月 12 日頃に Helios の MPEG-DASH 特許について調査していたと認めた時点から。または、そうでない場合は、2019 年 2 月 19 日頃、Helios が Vudu のストリーミング VOD が MPEG-DASH を利用していることを示すスクリーンショットをメールで送信し、Helios が MPEG-DASH の特許が MPEG-DASH の標準必須であると繰り返し述べた時点から。または、そうでない場合は、この件に関する初版訴状とそれに関する証拠書類 18 を受け取った時点から。この証拠書類は、Vudu の MPEG-DASH に関する広範な知識・経験と、彼らがパートナー、顧客、ユーザに DASH 対応の VOD をストリーミングするよう奨励していたと知っていたこと、および両社の特許と Vudu のウェブサイトとアプリに関する訴訟前のコミュニケーションをひとつにまとめ、Vudu が特許 805 の主張請求を直接侵害および直接侵害を誘発したことを詳細に示した。

538.　あるいは、その行為が特許 805 の侵害を誘発しているという実際の知識を Vudu が持っていなかったと主張する範囲で、Vudu はその行為が特許 805 の侵害を誘発しているという事実を意図的に無視した。

539.　Vudu は、Vudu のウェブサイトやアプリを通じて提供される DASH 対応のストリーミング VOD が特許 805 を侵害または侵害を誘発している可能性が高いと主観的に信じていた。情報と信念によると、Vudu は少なくとも 2016 年から DASH 対応のストリーミング VOD を提供しており、したがって Helios から連絡を受ける前に、MPEG-DASH 標準について、また Vudu の VOD が MPEG-DASH を利用していたことについて、幅広い知識を持っていた。Helios は、少なくとも 2018 年 8 月 23 日頃以来、特許 805 を「米国 DASH 特許ポートフォリオ」内の「DASH 特許」と特定し、MPEG-DASH を MPEG-DASH 特許（特許 805 を含む）が関係する標準として明確にかつ一貫して特定してきた。Helios は、MPEG-DASH の特許が MPEG-DASH に不可欠であると明確に述べ、Vudu が Web サイトやアプリを介してストリーミング VOD を提供する際に MPEG-DASH 標準を利用していることの証明を提供した。そして Vudu は、特許が MPEG-DASH に標準必須である場合、その特許は MPEG-DASH を利用して VOD をストリーミングする事によって必然的に侵害されると知っていた。

540.　前述の第 539 項に記載されている事実にもかかわらず、Vudu は、特許 805 の侵害および/または誘発された侵害の詳細について知ることを積極的かつ意図的に回避した。Vudu は Helios に対し、Helios の MPEG-DASH 特許を調査していると通知したが、これは Helios を誤解させる意図的な試みだった。DASH 対応のストリーミング VOD が Helios の MPEG-DASH 特許を侵害しているという追加情報と証拠に直面し、また Vudu の侵害に関するより詳細な機密情報を確認する機会が与えられると、Vudu は「Vudu は機密情報を受け取る事に関心はない」と述べ、Vudu による侵害について知ることを避けるために、それ以降のすべての通信を絶った。

541.　情報と信念によると、前述の第 485 項から第 540 項に記載されている事実と推論に基づき、Vudu の侵害は今までも意図的であり今後も意図的であり続ける。

542.　原告は Vudu の侵害行為によって被害を受けている。

### 訴因 10-米国特許第 9,325,558 号の侵害

543.　前述の第 1 項から第 542 項に記載されている申し立ては、この第 10 救済請求に組み込まれている。

544.　2016 年 4 月 26 日、特許 558 は、「ストリーミングコンテンツを提供するための装置と手法」というタイトルで、米国特許商標庁によって正式かつ合法的に発行された。特許 558 の真正なコピーが証拠書類 19 として添付されている。

545.　Ideahub は特許 558 の権利、権原、および利益の譲受人および所有者である。

546.　Helios は、特許 558 に基づき発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を有する。

547.　情報と信念により、Vudu は、販売、販売の申し出、製造、使用、および/または MPEG-DASH 標準（「被疑侵害手段」）に準拠したストリーミングメディアコンテンツを提供する事および使用の原因となる事により、特許 558 の少なくとも請求項 1、2、3、4、および 5 の直接侵害を誘発し続けている。同コンテンツには https://www.vudu.com/content/movies/home で入手可能なものなどオンデマンドの 1 つあるいは複数の動画（「VOD」）が含まれる。証拠書類 20 として添付されている予備クレーム表はそのような直接侵害の実例を示す。

548.　情報と信念によると、被疑侵害手段は、1 つ以上のピリオドを含むメディアコンテンツを提供する方法を実行するために使用される。この方法の構成要素は次の通り。サーバからのメディアコンテンツのメタデータ受信。メディアコンテンツの再生を保証するために必要な最初にバッファリングされた最小量を示す minBufferTime 属性を含むメタデータ。セグメント単位で定義

される minBufferTime 属性。ここでメタデータとはクライアントが 1 つ以上のリプリゼンテーションを選択できるようにするための説明情報を提供するメディアプレゼンテーション記述（MPD）である。サーバからのメディアコンテンツ受信。受信したメディアコンテンツの少なくとも最小量のバッファリング。メディアコンテンツの再生。ここで、minBufferTime 属性は 1 つ以上のピリオドに関連し、またメディアプレゼンテーションの開始時、1 つ以上のピリオドの開始時、あるいは任意のアクセスポイントにて、最初にバッファリングされたメディアの最小量を提供することに関連する。

549.　情報と信念によると、被疑侵害手段は、特許 558 の係属中、特許 558 の少なくとも請求項目 1、2、3、4、および 5 を侵害し、直接侵害し続けるために使用されてきた。

550.　少なくとも 2018 年 8 月 23 日頃以来、Vudu は他者に特許 558 を侵害するように誘導していることを実際に気づいている。

551.　2018 年 8 月 23 日頃、Helios は Vudu に、Walmart 法務顧問である Jamie Elizabeth Chung 氏宛に通知書を送付した。情報と信念によると、2018 年 8 月 23 日頃、Walmart は Vudu の親会社であり、Chung 氏は Vudu の代理として Helios の提案について話し合う権限を持っていた。

552.　情報と信念によると、Vudu は通知書を受け取る 2 年以上前に MPEG-DASH を使用したストリーミング VOD の提供を開始した。（例 https://castlabs.com/news/vudu-android-app-castlabs-technology/、2016 年 3 月 11 日（最終アクセス日 2020 年 7 月 15 日）を参照）したがって Vudu は通知書を受け取る前から、MPEG-DASH について、また Vudu のストリーミング VOD が MPEG-DASH が準拠していたことについて、深い知識を持っていたと推測するのが妥当である。情報と信念によると、また妥当な推測によると、Vudu は、MPEG-DASH 標準に必須の特許があることを認識していた。これは標準化団体とその取り組みにおいて一般的なことである。

553.　通知書では、Helios を「（ETRI）によって研究開発された（MPEG-DASH）に関連す

る特許および特許出願の世界的な独占的ライセンシー」として特定し、「ETRI は（MPEG-DASH）

の開発に大きく貢献し、それは後にアダプティブストリーミングテクノロジーの最初の国際標準とし

て採用された」と述べている。

554.　通知書は ISO/IEC 23009-1 を、特許 558 を含む主張特許に関連する MPEG-

DASH 標準として、および Vudu がストリーミング VOD 製品で利用する MPEG-DASH 標準として

具体的に特定した。

555.　通知書では、Vudu が「DASH 特許ポートフォリオに基づくライセンスの恩恵を受け

る」理由として、Vudu のウェブサイト「https://www.vudu.com/」と「さまざまな種類の電子デバイス上

のアプリ」を特定した。Vudu の消費者への主な提供はストリーミングサービスであり、その Web サ

イトとアプリはストリーミングサービスが提供されるプラットフォームであるため、Vudu は、そのような

サービスを提供する行為は Vudu 自身の侵害となるだけでなく必然的にその顧客による侵害とな

ることを理解していたと推測するのが妥当である。

556.　前述の事実に基づき、Helios が Vudu は「DASH 特許ポートフォリオに基づくライセ

ンスの恩恵を受ける」と示唆した理由が、Vudu のウェブサイトとアプリが DASH 対応のストリーミン

グ VOD を提供していたためであること、また Helios がその DASH 特許は Vudu がこのテクノロジ

ーを使用するために不可欠であると主張していたことを Vudu が知っていたと推測するのは妥当

である。

557.　Helios は通知書に Helios の MPEG-DASH ポートフォリオを構成する特許および

特許出願のリストを添付した。これには「DASH 特許ポートフォリオ」という見出しの下に「米国

DASH 特許」というタイトルの表が含まれ、ここに他の 11 の米国特許とともに特許番号によって特

許 558 が明記されている。この表に記載された 12 件の「米国 DASH 特許」のうち 5 件がこの訴訟

で主張されている。

558.　通知書の中で Helios はまた、Vudu に「公正かつ妥当な条件の下での DASH 特許ポートフォリオの非独占的ライセンス」を提供する意思を表明した。そして「オープンで率直な議論を奨励し、Walmart が DASH ポートフォリオのライセンスの下で利益を得る理由について（Helios が）さらなる情報を提供できるようにするため」、Helios は通知書に秘密保持契約（「NDA」）を同封した。

559.　「公正で妥当な用語」という言及が特許技術の貢献者が標準化団体に対して一般的に行ういわゆる FRAND コミットメントに関連していることは、テクノロジー業界では一般的に理解されており、Vudu も知っていたと推測するのが妥当である。これは、MPEG-DASH テクノロジーの使用が Helios の特許を必然的に侵害すると Helios が主張していることを Vudu が理解していたと推測するためのさらなる根拠となる。

560.　前述の事実に基づき、2018 年 8 月 23 日頃、Vudu は 特許 558 のこと、また Helios が特許 558 は MPEG-DASH の標準必須であると主張していることを知っていたと推測するのが妥当である。また、Vudu は特許 558 が MPEG-DASH の標準必須であれば、Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応の VOD を提供し、ストリーミングするよう顧客に奨励することが特許 558 の侵害する可能性が高いこと、また侵害を誘発する可能性が高いことを主観的に知っていたと推測するのが妥当である。

561.　前述の事実に基づき、2018 年 8 月 23 日頃の時点で、Vudu は、Helios が Vudu の侵害についての詳細を把握していたこと、また Helios の MPEG-DASH 特許の標準的な重要性について詳細を把握していたことを知っていたと推測することもまた妥当である。この特許は Vudu が NDA を締結すれば Helios が Vudu と共有することになる特許である。

562.　前述の事実に基づき、2018 年 8 月 23 日頃、Helios が Vudu に特許 558 を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを、主張によれば「公正かつ妥当な条件

で」、標準必須特許のライセンス授与に準拠して提供する用意があることを Vudu が知っていたと推測することも妥当である。

563.    2018 年 9 月 11 日頃、Helios は Vudu にメールを送信し、Helios の 2018 年 8 月 23 日付けの文書の受領確認を要求した。Helios はさらに、通知書について話し合うことを提案し、Vudu の確認用に通知書と NDA を再添付した。

564.    Helios は 2018 年 9 月 11 日付けのメールに対する返信を受け取らなかった。

565.    2018 年 9 月 20 日頃、Helios は再び Vudu にメールを送信し、Helios の 2018 年 8 月 23 日付けの文書の受領確認を要求した。ヘリオスは再び通知書について話し合うことを提案した。Helios はさらに、Helios の MPEG-DASH ポートフォリオに対する Vudu ライセンス提供の可能性についての話し合いの相手として Chung 氏よりも適切な連絡先があるかどうかについて質問した。

566.    2018 年 10 月 2 日頃、Helios の Emil Kim 氏が Chung 氏に電話をし、Vudu が通知書を受け取ったかどうかと Vudu の調査状況を尋ねるボイスメールメッセージを残した。

567.    2018 年 10 月 12 日頃、Vudu は、Walmart の上級顧問弁護士である Diana Luo 氏からの文書を添付した 1 文のみのメールを返信として送った。Luo 氏の文書は通知書の受領を確認し、Helios に「この問題に関する今後のすべての連絡は私宛てに送るように」求め、Vudu は「問題を調査し、後日返答する」ことを述べた。

568.    前述の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu は米国 MPEG-DASH 特許（特許 805 を含む）の請求、および Vudu による Web サイトおよびアプリを介した DASH 対応ストリーミング VOD の提供が、前述の事実に基づき、2018 年 8 月 23 日頃の時点でこの第一修正訴状の第 555-556 項および第 559-562 項に記載されている推論を引き出すことが妥当でない範囲において、少なくとも 2018 年 10 月 12 日時点で、第一修正訴状の第 555-556

項および第 559-562 項に記載されている推論を引き出すことは妥当である。

569.    前述の事実に基づき、2018 年 8 月 23 日頃の時点でこの第一修正訴状の第 555-556 項および第 559-562 項に記載されている推論を引き出すことが妥当でない範囲において、少なくとも 2018 年 10 月 12 日の時点で、第一修正訴状の第 555-556 項および第 559-562 項に記載されている推論を引き出すことは妥当である。

570.    Luo 氏の 2018 年 10 月 12 日付けの文書に基づき、特許 558 を含む Helios の MPEG-DASH 特許ポートフォリオのライセンスを取得することに関して Helios が 2018 年 8 月 23 日頃から正しい事業体に連絡していたと推測するのも妥当である。

571.    2018 年 10 月 15 日頃、Helios は Vudu の 2018 年 10 月 12 日の文書にメールで返信した。その回答の中で、Helios は再び NDA の状況について質問し、NDA が締結され次第 Helios は「ライセンスの詳細を提供できるようになる」と繰り返し述べた。

572.    Helios は 2018 年 10 月 15 日のメールに対する返信を受け取らなかった。

573.    2018 年 10 月 31 日頃、Helios は Vudu に再度メールを送り、Vudu の調査について問い合わせた。Helios は Vudu に Helios と NDA を締結して欲しいという要求を繰り返した。Helios は Vudu の侵害の申し立てに関して、「NDA が実施され次第(Helios は)クレーム表を含む詳細を Vudu に提供できる」と書いている。

574.    Helios は 2018 年 10 月 31 日のメールに対する返信を受け取らなかった。

575.    前述の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu が NDA を締結すれば Helios が Vudu と共有することになる特許 558 の Vudu の侵害に関する詳細を Helios が持っていることを Vudu が知っていたと推測するのが妥当である。

576.    前述の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Helios と NDA を締結すれば Vudu が特許 558 を直接侵害し、侵害を誘発したことを詳述したクレーム表を受け取

ることになると Vudu が知っていたと推測するのが妥当である。また、Vudu の 2018 年 10 月 31 日
の連絡に返答せず、Helios との NDA の締結を拒否することにより、Vudu は侵害に関する追加情
報を知ることを積極的に回避していたと推測することも妥当である。

577.　2019 年 2 月 19 日頃、Helios は Vudu にメールを送信し、Vudu の調査結果をまだ
待っていることを繰り返し伝えた。Vudu はこの調査を4ヶ月近く前に開始したと以前に説明してい
た。Helios は再度特許 558 を含む Helios の MPEG-DASH 特許ポートフォリオが関係する
MPEG-DASH 標準として ISO/IEC23009-1 を特定した。また、Helios は「Vudu が DASH 標準を利
用していることを確認した」と Vudu に伝えた。この点の裏付けとして、Helios は 2019 年 2 月 19
日のメールにスクリーンショットを添付し、Vudu がストリーミング VOD で MPEG-DASH を使用して
いることを写真で証明した。

578.　Vudu への 2019 年 2 月 19 日付けメールで、Helios はまた、「当社のポートフォリオ
の特許が DASH 標準に不可欠であることを証明する詳細なクレーム表、およびライセンス条項を
含むその他の機密情報を提供する、ただし先に NDA（添付）を締結する必要がある」という提案
を繰り返した。

579.　前述の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は Helios の MPEG-
DASH 特許を 4 か月以上調査していたか、あるいは Helios の MPEG-DASH 特許の調査につい
て Helios を積極的に誤解させて Vudu の DASH 対応 VOD が Helios の MPEG-DASH 特許（特
許 558 を含む）をどのように侵害したかについての詳細を知ることを回避したと推測するのが妥当
である。

580.　前述の事実に基づき、Vudu が Helios が MPEG-DASH 特許ポートフォリオの特許
（特許 558 を含む）が MPEG-DASH 標準必須であると主張していることをまだ知らなかった範囲
において、少なくとも Helios の 2019 年 2 月 19 日付けのメールの時点では Vudu がこれを知って

いたと推測するのは妥当である。

581.    ウェブサイトやアプリでの DASH 対応ストリーミング VOD の提供を通した Vudu の MPEG-DASH に関する豊富な経験を含む前述の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は特許 558 が MPEG-DASH の標準必須であれば Vudu のウェブサイトやアプリを通じて提供される VOD を含む DASH 対応の VOD をストリーミングするように顧客に提供・奨励することで特許 558 の侵害が発生すると主観的に知っていたと推測するのが妥当である。

582.    2019 年 2 月 27 日頃、Vudu は Helios の複数の連絡に対しメールで返信し、通知書に記載された特許を調査したことを認めた。Vudu はまた、Helios が記載した特許は「Helios 以外の事業体に譲渡されているように見える」、「Helios Streaming がこれらの議論に関与する立場にあるかどうかは我々にとって明らかではない」と主張した。Vudu はまた「Vudu はいかなる機密情報にも興味はなく、また貴社が送信することを選択したものはすべて機密ではないとみなす」と明確に述べている。

583.    Helios は翌日の 2019 年 2 月 28 日に返信し、「Helios Streaming は現在の譲受人である Ideahub から独占的ライセンスを付与され、DASH 特許をサブライセンスする権利を持っている」と述べた。これらの発言の裏付けとして、Helios は米国特許商標庁の Web サイトで一般公開されているスクリーンショットを添付した。

584.    Helios はまた 2019 年 2 月 28 日付けのメールで、Vudu と実質的なライセンスについて話し合うには NDA が必要であり、そうすれば「（Vudu に）クレーム表、ライセンス条件、その他を提供する、NDA がなければ、ライセンスが適切かどうかを判断するための有意義または実質的な議論を行うことはできず、したがってこの問題を友好的に解決する可能性が排除される」と繰り返した。Helios は Vudu と電話でこれらの問題について議論できる時間を提案した。

585.    Helios は 2019 年 2 月 28 日の連絡に対して返答を受け取らなかった。

586.　前述の事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu のウェブサイトとアプリを通じて提供される VOD を含め、Vudu が顧客に DASH 対応の VOD を提供しストリーミングすることを奨励することで特許 558 を侵害し、また侵害を誘発する可能性が高いと Vudu が主観的に信じていたと推測するのが妥当である。特に次の事実と推論がこの推論を裏付けている：(1) Vudu は Helios が MPEG-DASH 特許（特許 558 を含む）が MPEG-DASH の標準必須であると主張していることを知っていた、(2) Helios は Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認し、この確認の証拠を Vudu にスクリーンショットを介して提供した、そして (3) Helios は Vudu が Helios の MPEG-DASH 特許（特許 558 を含む）を直接侵害しており、また直接侵害を誘発していること、および Helios の特許が MPEG-DASH に標準必須であることを実証する機密クレーム表を提供すると繰り返し提案した。

587.　前述の事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Helios が提供すると申し出たクレーム表の機密性を尊重することを Vudu が拒否したのは、特許 558 を含む特許 Helios の MPEG-DASH 特許を Vudu が侵害したことの詳細を知ることを避けるために画策した意図的な行為であったと推論することも妥当である。

588.　2019 年 3 月 6 日、Helios は Vudu にメールを送信し、Vudu に返信を求め、2019 年 3 月 15 日までに NDA を締結するよう要求した。

589.　Helios からの 2019 年 3 月 6 日付けのメールに対する返信はなく、2019 年 2 月 27 日から Helios がこの訴訟で初版訴状を提出するまでの間に、Vudu からは一切連絡はなかった。

590.　情報と信念によると、被疑侵害手段は国内および地域において、被告のパートナー、クライアント、顧客、エンドユーザらによって継続して使用、販売、提供、使用されている。

591.　情報と信念によると、Vudu は特定の意図をもちまたは故意に盲目的に、U.S.C.35 条§271(b) に基づく特許 558 請求項 1、2、3、4、および 5 を侵害するよう Vudu のパートナーおよ

び顧客等を含む他を誘起し、継続して侵害を促している。これらの被疑侵害手段の使用は、特許558の請求項の少なくとも1、2、3、4、および5を直接侵害している。Vuduは2018年8月23日の通知状を受領してから、特許558請求項のうち少なくとも1、2、3、4、5を侵害するよう継続して他を促している;そうでない場合、通知状受領を確認し、HeliosのMPEG-DASH特許調査を2018年10月12日またはその前後の時点から;そうでない場合、2019年2月19日またはそれ以降、HeliosがVuduのストリーミングVODがMPEG-DASHを利用していることを示すスクリーンショットを電子メールで送信し、HeliosはMPEG-DASH特許がMPEG-DASHに標準化されたことを改めて表明した時点から;そうでない場合、VuduのMPEG-DASHに関する豊富な知識および経験と、パートナー、顧客、およびユーザがDASH対応のVODストリーミングを奨励する方法に関するVuduの知識と協約者の事前訴訟通信と組み合わせ、特許およびVuduのウェブサイトとアプリには、Vuduが特許558の主張を直接侵害し、侵害を誘発した方法を詳述した本件最初の申し立ておよび展示物20の受領時点からである。

592.　特に、パートナーや顧客などの他による侵害を促すVuduの行為には、被疑侵害手段の侵害を促す資料および/またはサービスを、故意に被疑侵害手段と共に提供することが含まれる。これには、アイコンや指示、または声明が含まれ、パートナーや顧客が、被疑侵害手段の使用を侵害する行為を積極的に奨励する。

593.　たとえば、Vuduは故意かつ戦略的にワンクリック「視聴する」ボタンまたは「無料で視聴する」ボタンをDASH対応のVODコンテンツに配置し、顧客による特許558の侵害に該当することを認識しながら、顧客がVuduのDASH対応VODコンテンツをストリーミングするように促している。(証拠2の20) 特許558請求項1、2、3、4、5の請求方法は、顧客の「視聴する」または「無料で視聴する」ボタン（2のID）をクリックすると顧客の端末で必ず実行され、これは証拠20に定める直接侵害に該当する。

594.　さらに例として、Vudu は前述の「視聴する」ボタンと「無料で視聴する」ボタンを継続して提供することに加え、特許 558 の侵害を積極的かつ故意に奨励し、Roku ストリーミングデバイス、スマート TV、PC および Mac デバイス、Chromecast デバイス、Android デバイス、iOS デバイス、ブルーレイプレーヤー、Xbox デバイス、Windows10 デバイスなどで Vudu の DASH 対応 VOD をストリーミングするよう指示している。



https://www.vudu.com/content/movies/aboutus（最終アクセス日　2020年7月15日）

595.　情報と信念によると、2018 年 8 月 23 日またはその前後の時点で通知状を受領して以来、Vudu は特許 558 に関する実際の知識を持っている、あるいはその行為に関する実際の知識を持っていたはずであるため、侵害を起こす特定の意図をもって、または結果として生じる侵害に故意に盲目的に従事し、継続して行っている；そうでない場合は、通知状を受領したことを確認し、2018 年 10 月 12 日または Helios の MPEG-DASH 特許の調査を確認した時点から；そうでない場合は、2019 年 2 月 19 日またはその前後、Helios が Vudu のストリーミング VOD が MPEG-DASH を利用していることを示すスクリーンショットを電子メールで送信し、その MPEG-DASH 特許が MPEG-DASH に標準的で不可欠であることを明示した時点から；そうでない場合は、Vudu の MPEG-DASH に関する豊富な知識と経験、そしてパートナー、顧客、およびユーザ

による DASH 対応 VOD ストリーミングの奨励、特許に関する訴訟前交渉、Vudu のウェブサイトと
アプリに関する知識を元に、Vudu が主張されている特許 558 の直接侵害を誘発した方法を詳述
した本件最初の申し立てと証拠 20 を受け取った時点からである。

596.　そして、Vudu の行為が特許 558 の侵害を誘発したという実際の知識を持っていな
かったと主張するにあたり、Vudu はその行為が特許 558 の侵害を誘発しているという事実に故意
に盲目的であった。

597.　Vudu は主観的に Vudu のウェブサイトやアプリを通じて提供される DASH 対応スト
リーミング VOD が、特許 558 の侵害または侵害を誘発している可能性が高いと信じていた。情報
と信念によると、Vudu は遅くとも 2016 年以降 DASH 対応ストリーミング VOD を提供していたの
で、Helios から連絡を受ける以前から、MPEG-DASH 規格と VOD が MPEG-DASH の活用方法
について広範な知識を持っていた。Helios は特許 558 を「DASH 特許ポートフォリオ」内の「米国
DASH 特許」として特定し、少なくとも 2018 年 8 月 23 日頃以降、MPEG-DASH 特許（特許 558
を含む）が関連する規格として MPEG-DASH を一貫して明確にしている。Helios は MPEG-
DASH の特許が MPEG-DASH に不可欠であると明示し、Vudu が自社のウェブサイトやアプリを
介してストリーミング VOD を提供するため、MPEG-DASH 規格を利用していることを知っていると
証明した。Vudu は特許が MPEG-DASH に標準的で不可欠である場合、MPEG-DASH を利用し
たストリーミング VOD が特許侵害に該当することを知っていた。

598.　前述 597 項の事実にもかかわらず、Vudu は積極的かつ故意に特許 558 の侵害
および/または侵害誘発の詳細を知ろうとしなかった。Vudu は Helios に、Helios の MPEG-DASH
特許を調査していることを伝えたが、これは Helios を誤解させる意図的な試みだった。DASH 対
応ストリーミング VOD が Helios の MPEG-DASH 特許を侵害していた追加情報と証拠が出され、

Vudu の侵害に関する詳細な機密情報をレビューする機会が提示された際、Vudu は「機密情報を受け取りに関心がない」とし、侵害に関する情報収集を避けるため、それ以降すべての連絡を絶った。

599.　情報と信念によると、前述 543 項から 598 項に記載されている事実と推論に基づいて、Vudu の侵害は継続して故意である。

600.　　原告は Vudu の侵害活動によって損害を被っている。

### 訴因 11 - 米国特許第 9,467,493 号の侵害

601.　前述 1 項から 600 項に示された申し立ては第 11 救済請求に組み込まれている。

602.　2016 年 10 月 11 日に特許 493 は、米国特許商標庁から「ストリーミングコンテンツを提供する装置と方法」というタイトルで正式、合法的に発行された。特許 493 の真正コピーを証拠 21 として添付する。

603.　Ideahub が特許 493 に関する権利、権原、利益の譲渡先および所有者である。

604.　Helios は特許 493 に基づき生じるすべての訴訟原因を主張する排他的権利と、それを侵害する救済措置を収集する権利を有する。

605.　情報と信念によると、Vudu は MPEG-DASH 規格（「被疑侵害手段」）に従って、ストリーミングメディアコンテンツを販売、販売を提案、作成、使用、提供、および/または使用することにより、特許 493 の請求項の少なくとも 1、2、4 に対する直接侵害を誘導し、継続して行っている。https://www.vudu.com/content/movies/home で視聴可能な、1 以上の動画オンデマンド（「VOD」）を含む。証拠 22 に添付されている暫定クレーム表は、そのような直接侵害の典型例を示す。

606.　情報と信念によると、被疑侵害手段はメディアを提供するために使用される。その方法は：メディアのメタデータ受信、1 以上のベース URL エレメントからなるメタデータ；セグメント

のユニフォームリソースロケータ(URL)を使用してメディアのセグメントリクエストを送信し、ベース URL エレメントに関して解決される URL;セグメント受信;およびセグメントに含まれるメディアの解読とレンダリングデータ。メタデータは、セグメントのソース URL 属性を選択的に構成する。メタデータがソース URL を選択的に構成する場合に属性を使用すると、ベース URL エレメント中のベース URL エレメントがソース URL 属性にマップされ、URL が生成される。

607. 情報および信念によると、被疑侵害手段は特許 493 の権利期間中、特許 493 のうち少なくとも請求項 1、2、4 を侵害し、継続して直接侵害をしている。

608. 少なくとも 2018 年 8 月 23 日頃に、Vudu は特許 493 を侵害するよう他人を誘発しているという通知を受けている。

609. 2018 年 8 月 23 日またはその前後、Helios は Walmart 法務顧問 Jamie Elizabeth Chung 氏宛てに通知状を Vudu に送った。情報と信念によると、2018 年 8 月 23 日頃の時点で Walmart は Vudu の親会社であり、Chung 氏は Vudu に代わり Helios 側からの提案について議論する権限を持っていた。

610. 情報と信念によると、Vudu は通知状を受け取る 2 年以上前に MPEG-DASH を使用してストリーミング VOD の提供を開始した。(例:https://castlabs.com/news/vudu-android-app-castlabs-technology/ 2016 年 3 月 11 日(最終アクセス https://castlabs.com/news/vudu-android-app-castlabs-technology/ 2020 年 7 月 15 日)。)

したがって、Vudu が通知状を受け取る前に MPEG-DASH に関する詳細な知識を持っていたこと、Vudu のストリーミング VOD がどのように MPEG-DASH に準拠したかを推測することは妥当である。情報と信念、そして妥当推測によると、Vudu は MPEG-DASH 規格に必須の特許が存在することを認識しており、これは、標準設定組織や努力として一般的である。

611.　通知状は、Helios を「[ETRI] が研究開発した[MPEG-DASH]に関する特許および特許出願の世界的独占ライセンス保有者」と特定し、「ETRI は[MPEG-DASH]開発の主要貢献者で、後に最初の採用につながった[MPEG-DASH]対応ストリーミング技術の国際規格」としている。

612.　通知状では、ISO/IEC 23009-1 は特許 493 を含む主張されている特許の関連MPEG-DASH 規格として、および Vudu がストリーミング VOD 製品で使用している MPEG-DASH規格として具体的に特定された。

613.　通知状では、Vudu のウェブサイト https://www.vudu.com/  および「多様な電子機器上のアプリ」が、Vudu が「DASH 特許ポートフォリオに基づくライセンスの恩恵を受ける」理由であるとして特定された。Vudu が消費者に提供するのは主にストリーミングサービスであり、そのウェブサイトとアプリはストリーミングサービスを提供するプラットフォームであるため、そのようなサービスを提供する行為は Vudu 自身による特許侵害だけでなく、顧客による侵害でもある。

614.　前述の事実に基づき、それは Helios が Vudu に「DASH 特許ポートフォリオの下でライセンスの恩恵を受けるだろう」と提案した理由を知っていたことを推測することは妥当で、Vuduのウェブサイトとアプリが DASH 対応のストリーミング VOD を提供したことについて Helios は、DASH 特許が Vudu の使用に不可欠であると主張していた。

615.　Helios は、Helios の MPEG-DASH ポートフォリオを構成する特許および特許出願リストを添付し、「DASH 特許ポートフォリオ」という見出しの下に「米国 DASH 特許」は、米国内 11件の特許のうち、特許番号 493 の特許を明示した。この表で識別される「米国 DASH 特許」12 件中 5 件はこの行為で主張される。

616.　通知状で Helios はまた、Vudu に対し「公正かつ妥当な条件の下で DASH 特許ポートフォリオの非独占的なライセンス」を提供する意思も示した。そして、「オープンで率直な議論

を行い、[Helios] は Walmart が DASH ポートフォリオのライセンスで利益を得る理由についてさらなる情報を提供するため」秘密保持契約（「NDA」）を通知状に添付した。

617.　技術業界では「公正で妥当な条件」を参照することは、特許取得済みの技術貢献者が規格設定する組織に対し一般的に行われている、いわゆる FRAND コミットメントに関連していることは一般的知識であり、Vudu がこのことを知っていたと推測するのは妥当である。これは、Vudu による MPEG-DASH 技術の使用は Helios の特許侵害にあたるとする主張を Vudu が理解していたと推測する、もう一つの根拠である。

618.　前述の事実に基づき、2018 年 8 月 23 日頃の時点で Vudu は「特許 493 の知識を持っており、Helios が特許 493 が MPEG-DASH に標準的で不可欠であることを主張していたことを知っていた、そして主観的に特許 493 が標準であるかどうかを知っていたことを推測することは妥当である。MPEG-DASH に不可欠であるとして、Vudu が DASH 対応の VOD ストリーミングすることを顧客に提供し、奨励している可能性が高く、Vudu のウェブサイトやアプリを通じて提供される VOD を含め、特許 493 の侵害、そして侵害を誘発した。

619.　前述の事実に基づき、2018 年 8 月 23 日頃の時点で Vudu は、Helios が Vudu による侵害に関して詳細を知っていたこと、および Helios の MPEG-DASSH 特許の標準的で不可欠な詳細情報を知っていたことを推測することは妥当である。これは Vudu が NDA に合意していれば Helios 側が共有していただろう。

620.　前述の事実に基づき、2018 年 8 月 23 日頃の時点で Vudu は、Helios が標準的で不可欠な特許のライセンスと一貫した「公正かつ妥当な条件」に基づいた特許 493 を含む MPEG-DASH 特許ポートフォリオのライセンスを提供する意思があることを知っていた。

621.　2018 年 9 月 11 日またはその前後に Helios は Vudu に電子メールを送信し、Helios 側からの 2018 年 8 月 23 日付けの文書の受領確認を要求した。Helios はまた、通知状に

関する議論を提案し、Vudu のレビューのために通知状と NDA を再送した。

622.  Helios は 2018 年 9 月 11 日付け電子メールに対し、返信は受け取らなかった。

623.  2018 年 9 月 20 日またはその前後に Helios は再び Vudu に電子メールを送信し、Helios からの 2018 年 8 月 23 日付けの文書の受領確認を要求した。Helios は再び通知状について議論を申し出た。Helios はさらに、MPEG-DASH ポートフォリオへの潜在的なライセンス案件を話し合うことができる Chung 氏以外の人物がいるかどうかを尋ねた。

624.  2018 年 10 月 2 日またはその前後に、Helios の Emil Kim 氏が Chung 氏に電話をし、Vudu が通知状を受け取ったかどうか、そして Vudu の調査状況について尋ねるボイスメールを残した。

625.  2018 年 10 月 12 日またはその前後に、Vudu は Walmart 上級准顧問 Diana Luo 氏からの書面を添付した一文のメールを送ってきた。Luo 氏の文書は、通知状の受領を確認した旨、そして Helios に「今後、この件に関する連絡は私宛にし」、Vudu は「問題を調査し、必要な対応をとる」と伝えた。

626.  前述の事実に基づき、少なくとも 2018 年 10 月 12 日の時点で、Vudu が通知状に記載された MPEG-DASH 特許（特許 493 を含む）、および Vudu がウェブサイトおよびアプリを介した DASH 対応ストリーミング VOD を提供することが特許 493 を含むこれらの MPEG-DASH 特許の侵害および誘因であるかどうか、米国の特許請求の範囲を含む通知状に記載された疑惑と情報について調査していたことを推測することは妥当である。

627.  前述の事実に基づき、2018 年 8 月 23 日頃の時点で、この第 1 修正訴状 613 項から 614 項、および 617 項から 620 項に示されている推論を引き出すことが妥当でなければ、少なくとも 2018 年 10 月 12 日の時点で第一修正訴状 613 項から 614 項、617 項から 620 項に記載されている推論を引き出すことは妥当である。

628.　また、Luo 氏の 2018 年 10 月 12 日の文書に基づき、Helios が特許 493 を含む MPEG-DASH 特許ポートフォリオへのライセンスの取得に関して、2018 年 8 月 23 日頃以来、適当な担当者に連絡していたことを推測することも妥当である。

629.　2018 年 10 月 15 日またはその前後に、Helios は Vudu 側からの 2018 年 10 月 12 日付けの文書に電子メールで応答した。応答の内容として、Helios は NDA の状況について再び問い合わせ、NDA を締結すれば Helios は「ライセンスの詳細を提供できる」ことを繰り返し伝えた。

630.　Helios は 2018 年 10 月 15 日付けの電子メールの返信は受け取らなかった。

631.　2018 年 10 月 31 日またはその前後に、Helios は Vudu の調査について問い合わせるため再び連絡を取った。Helios は、Vudu が Helios と NDA を締結するという要求を繰り返した。Helios は、Vudu の侵害疑惑に関して、「NDA 締結直後に[Helios]はクレーム表を含む詳細を提供できる」と Vudu に伝えた。

632.　Helios は 2018 年 10 月 31 日付けの電子メールの返信は受け取らなかった。

633.　前述の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は Helios が Vudu の特許 493 の侵害について詳細を持っていることを知っていたことを推測することは妥当であり、これは Vudu が NDA に合意していれば Helios 側が共有していただろう。

634.　前述の事実に基づき、少なくとも 2018 年 10 月 31 日の時点で、Vudu は Helios との NDA を締結した場合、Vudu が特許 493 を直接侵害し、侵害を促したことを詳述したクレーム表を受け取ることを知っていたことを推測することは妥当である。また、Vudu の 2018 年 10 月 31 日付けの連絡に応答せず、Helios との NDA 合意を拒否することで、Vudu は侵害に関する追加情報を学ぶことを敢えて避けていたことを推論することも妥当である。

635.　2019 年 2 月 19 日またはその前後で、Helios は Vudu に電子メールを送り、Helios

はまだ Vudu の調査結果を待っていることを改めて伝えた。Vudu が表明していたのはすでに 4 か月前である。Helios は再度特許 493 を含む Helios の特許ポートフォリオである MPEG-DASH 規格として ISO/IEC 23009-1 を特定した。Helios はまた、Vudu が「DASH 規格を利用していることを確認した」と Vudu 側に通知した。これを裏付けるため、Helios は 2019 年 2 月 19 日付けの電子メールにスクリーンショットを添付し、Vudu によるストリーミング VOD の MPEG-DASH 使用を画像証拠で示した。

636. 2019 年 2 月 19 日付けの Vudu への電子メールで Helios はまた、自社ポートフォリオの特許が DASH 規格に不可欠であることを証明する詳細なクレーム表、そして自社のライセンス条件を含むその他の機密情報を提供できるが、まず NDA（添付）が必要である」ことを再度伝えた。

637. 前述の事実に基づき、2019 年 2 月 19 日の時点で、Vudu は Helios の MPEG-DASH 特許を 4 ヶ月以上調査していたか、Helios の MPEG-DASH 特許の調査について Helios を故意に誤解させていたか、Vudu の特許 493 を含む Helios の MPEG-DASH 特許を侵害している DASH 対応の詳細を知ることを避けるために Helios の MPEG-DASH 特許の調査について故意に誤解していたと推測することは妥当である。

638. 前述の事実に基づき、Helios が MPEG-DASH 特許ポートフォリオ（特許 493 を含む）を主張していることを知っていたことについて、少なくとも Helios の 2 月 19 日付けの電子メールから Vudu がこれを知っていたと推測することは妥当である。

639. 前述の事実に基づき、Vudu が MPEG-DASH での豊富な経験を含む、ウェブサイトやアプリでの DASH 対応ストリーミング VOD を提供し、2019 年 2 月 19 日の時点で Vudu は主観的に特許 493 が MPEG-DASH に標準的で不可欠であり、DASH 対応 VOD（Vudu のウェブサイトおよびアプリを通じて提供される VOD を含む）を Vudu が提供し、顧客に DASH 対応 VOD

をストリーミングすることを奨励すれば、特許 493 の侵害を引き起こす可能性があることを知ってい
たと推測することは妥当である。

640.　2019 年 2 月 27 日またはその前後に、Vudu は Helios の複数回にわたる連絡にメ
ールで回答し、Vudu が通知状で特定された特許について調査していたと認めた。Vudu は、
Helios が特定した特許は「Helios 以外の事業体に割り当てられているように見え」、「Helios ストリ
ーミングが議論に関わるべきかは明明白ではない」と主張した。Vudu はまた、「機密情報の受け
取りは関心がなく、そちらから一方的に送信されたものは機密ではないとみなす」と明示した。

641.　Helios は翌 2019 年 2 月 28 日、「Helios ストリーミングは現在の譲受人 Ideahub か
ら独占ライセンスを付与され、DASH 特許をサブライセンスする権利を持つ」旨を回答した。これ
を裏付けるため Helios は、米国特許商標局の公開ウェブサイトのスクリーンショットをその電子メ
ール添付した。スクリーンショットは、Ideahub に割り当てられ、Helios ストリーミングのみにライセン
スされた特許 493 を含む通告状の 12 の MPEG-DASH 特許を含んでいる。

642.　Helios はまた、2019 年 2 月 28 日付けのメールで、Vudu との実質的なライセンス
に関する議論のため NDA を締結し、「[Vudu] にクレーム表、ライセンス条項などを提供する必要
がある。NDA が交わされれば、ライセンスが適切かどうかを判断する有意義で実質的な議論を行
い、問題を友好的に解決できる可能性がある」とした。Helios は、Vudu とこれらの問題を議論す
るための電話会議の時間も提示した。

643.　Helios は、2019 年 2 月 28 日付けの連絡には応答を受け取らなかった。

644.　前述の事実に基づき、少なくとも 2019 年 2 月 27 日の時点で、Vudu は Vudu のウ
ェブサイトやアプリを通じて提供される VOD を含む DASH 対応 VOD ストリーミングを提供して顧
客の特許 493 の侵害を奨励している可能性が高いことを主観的に信じていたと推論することは妥
当である。特に、以下の事実と推論がこの推論を裏付る:(1) Vudu は Helios が MPEG-DASH 特

許 (特許 493 を含む) が MPEG-DASH にとって標準的で不可欠であると主張していることを知っていた　(2) Helios は Vudu のストリーミング VOD が MPEG-DASH を利用していることを確認し、スクリーンショットを介して Vudu にこの確認証拠を提示したそして、(3) Helios は Vudu が Helios の MPEG-DASH の特許（特許 493 を含む）を直接侵害し誘発した方法と、Helios の特許が MPEG-DASH に標準的で不可欠であったことを示す機密クレーム表の提出を繰り返し申し出ていた。

645.　前述の事実に基づき、少なくとも 2019 年 2 月 27 日の時点で Vudu は、Helios 側が提供したクレーム表の機密性を尊重することを拒否したこと、Helios の特許 493 を含む MPEG-DASH 特許、MPEG-DASH 特許の侵害の詳細を知ることを避けたことは、計算された意図的行為であったことを推測することが妥当である。

646.　2019 年 3 月 6 日に Helios は Vudu に電子メールを送り、2019 年 3 月 15 日までに応答し、NDA に合意するよう求めた。

647.　Helios 側には 2019 年 3 月 6 日付けの電子メールの返信はなく、2019 年 2 月 27 日から Helios が最初の申し立てを提出するまで、Vudu からの連絡はなかった。

648.　情報と信念によると、被疑侵害手段は国内および地域において、被告のパートナー、クライアント、顧客、エンドユーザらによって継続して使用、販売、提供、使用されている。

649.　情報と信念によると、Vudu は特定の意図または故意に盲目的に U.S.C.§271(b) 第 35 条に基づく特許 493 の少なくとも請求項 1、2、および 4 を侵害するよう他人を誘起し、パートナーおよび顧客が被疑侵害手段を使用することを継続して積極的に支援することは特許 493 の請求項少なくとも 1、2、および 4 の直接侵害である。Vudu は、少なくとも 2018 年 8 月 23 日またはその前後に通知状を受領してから、特許 493 の請求項少なくとも 1、2、4 を侵害するよう他人を誘導し続けている。そうでない場合は、通知状を受領したことを確認し、2018 年 10 月 12 日またはそ

の前後にHeliosのMPEG-DASH特許の調査を確認した時点から;そうでない場合は、2019年2月19日またはその前後に、HeliosがVuduのストリーミングVODがMPEG-DASHを利用していることを示すスクリーンショットを電子メールで送信し、MPEG-DASH特許がMPEG-DASHに標準的で不可欠であることを明示した時点から;そうでない場合は、VuduのMPEG-DASHに関する豊富な知識と経験、そしてパートナー、顧客、およびユーザのDASH対応VODストリーミングの奨励、特許に関する訴訟前交渉、Vuduのウェブサイトとアプリに関する知識を元に、Vuduが主張されている特許493の直接侵害を誘発した方法を詳述した本件最初の申し立てと証拠22を受け取った時点からである。

650.    特に、パートナーや顧客などの他による侵害を促すVuduの行為には、被疑侵害手段の侵害を促す資料および/またはサービスを、故意に被疑侵害手段と共に提供することが含まれる。これには、アイコンや指示、または声明が含まれ、パートナーや顧客が被疑侵害手段の使用を侵害する行為を積極的に奨励する。

651.    たとえば、Vuduは故意かつ戦略的にワンクリックで「視聴する」または「無料で視聴する」ボタンをDASH対応VODコンテンツとともに配置し、顧客がVuduのDASH対応VODコンテンツをストリーミングするように促している。このようなストリーミングは、顧客による特許493の侵害であることを認識している。(証拠22の2、11) 特許493の請求項1、2、4は、顧客が「視聴する」または「無料で視聴する」ボタン(2、11に定義される)をクリックした時点で、顧客の端末によって実行され、これは証拠22に定める直接侵害に該当する。

652.    さらに例として、Vuduは前述の「視聴する」ボタンと「無料で視聴する」ボタンを継続して提供することに加え、特許558の侵害を積極的かつ故意に奨励し、Rokuストリーミングデバイス、スマートTV、PCおよびMacデバイス、Chromecastデバイス、Androidデバイス、iOSデバイス、ブルーレイプレーヤー、Xboxデバイス、Windows10デバイスなどでVuduのDASH対応

VODをストリーミングするよう指示している。



https://www.vudu.com/content/movies/aboutus（最終アクセス日　2020年7月15日）

653.　情報と信念によると、Vuduは侵害を引き起こす特定の意図をもって、または結果として生じる侵害に故意な盲目性をもって行為を継続している。これはVuduが特許493に関する実際の知識を持っているか、その行為に関する実際の知識を持っているためである。2018年8月23日またその前後に通知状を受領して以来、特許493の侵害を誘導していた；そうでない場合は、通知状を受領したことを確認し、2018年10月12日またはその前後にHeliosのMPEG-DASH特許を調査していた時点から；そうでない場合は、2019年2月19日またはその前後にHeliosが、VuduのストリーミングVODがMPEG-DASHを利用していることを示すスクリーンショットを電子メールで送信し、そのMPEG-DASH特許がMPEG-DASHに標準的で不可欠であることを繰り返し示した時点から；そうでない場合は、VuduのMPEG-DASHに関する豊富な知識と経験、そしてパートナー、顧客、およびユーザのDASH対応VODストリーミングの奨励、特許に関する訴訟前交渉、Vuduのウェブサイトとアプリに関する知識を元に、Vuduが主張されている特許493の直接侵害を誘発した方法を詳述した本件最初の申し立てと証拠22を受け取った時点からである。

654.　あるいは、Vudu がその行為が特許 493 の侵害を誘発したという実際の知識がなかったと主張するなかで、Vudu はその行為が特許 493 の侵害を誘発しているという事実に故意に盲目的であった。

655.　Vudu は主観的に、自社のウェブサイトやアプリを通じて提供される DASH 対応ストリーミング VOD が、特許 493 の侵害または侵害を誘発している可能性が高いと信じていた。情報と信念によると、Vudu は遅くとも 2016 年以降 DASH 対応ストリーミング VOD を提供していたので、Helios から連絡を受ける以前から、MPEG-DASH 規格と VOD が MPEG-DASH の活用方法について広範な知識を持っていた。Helios は特許 493 を「DASH 特許ポートフォリオ」の「米国 DASH 特許」として特定し、少なくとも 2018 年 8 月 23 日頃以降、MPEG-DASH 特許（特許 493 を含む）が関連している標準として MPEG-DASH を一貫して明確に特定している。Helios は MPEG-DASH の特許が MPEG-DASH に不可欠であると明示し、Vudu が自社のウェブサイトやアプリを介してストリーミング VOD を提供するため、MPEG-DASH 規格を利用していることを知っていると証明した。Vudu は特許が MPEG-DASH に標準的で不可欠である場合、MPEG-DASH を利用したストリーミング VOD が特許侵害に該当することを知っていた。

656.　前述 655 項に示された事実にもかかわらず Vudu は積極的かつ故意に特許 493 の侵害および/または侵害誘発の詳細を知ることを避けた。Vudu は Helios に、Helios の MPEG-DASH 特許を調査していることを伝えたが、これは Helios を誤解させる意図的な試みだった。DASH 対応ストリーミング VOD が Helios の MPEG-DASH 特許を侵害していた追加情報と証拠が出され、Vudu の侵害に関する詳細な機密情報をレビューする機会が提示された際、Vudu は「機密情報を受け取りに関心がない」とし、侵害に関する情報収集を避けるため、それ以降すべての連絡を絶った。

657.　情報と信念によると、前述 601 項から 656 項に示された事実と推論に基づき、

Vudu の侵害は継続して故意である。

658.    原告は Vudu の侵害活動によって損害を被っている。

### **FRAND 義務に関する声明**

659.    原告は、関連する ISO および IEC ガイドライン、詳則、ポリシーに従い、主張された特許の請求項の多くは、公正、妥当、非差別的（以下「FRAND」）ライセンス義務の対象であると主張する。

660.    Vudu が FRAND 条件下で主張された特許のそのような請求項のライセンスを受け取ることを拒否する場合、原告は、Vudu を不本意なライセンシーとして扱う権利を保有する。原告はこの行為または Vudu へのライセンスに関して FRAND ライセンス義務には拘束されない。したがって、原告は Vudu による侵害行為を補償するため、利用可能で最大かつ妥当なロイヤリティ損害賠償を求めるものとする。

### 陪審請求

連邦民事訴訟規則の規則第38に従い、原告は裁判可能な全項目について陪審員による裁判を要求する。

### 救済嘆願

したがって、原告は、自身と Vudu に対する判断を以下の通り要求する:
A.    主張されている特許に対する Vudu による侵害の裁量;

B.    主張した各特許に対する Vudu によるこれまでの侵害、および継続中または将来的な Vudu による侵害について、原告を補償するのに十分な補償、裁判で提示されない行為を含むがこれらに限定されない、すべての侵害行為の利息、費用、経費、会計を含む、裁量決定日までの侵害に対する Vudu による支払い;

C.    この事案は U.S.C.§285 第 35 の下で例外的であることを宣言し、原告に対する妥当な弁護士費用;そして

D.    裁判所が公正かつ適切とみなす法律または衡平な原告への追加救済措置。

日付：2020年7月15日              デブリン法律事務所

                              */s/ Timothy Devlin*_____
                              ティモシー・デブリン（第4241号）
                              1526 Gilpin Avenue
                              Wilmington, Delaware 19806
                              電話：(302) 449-9010
                              ファックス：(302) 353-4251
                              tdevlin@devlinlawfirm.com

                              *Attorney for Plaintiffs Helios Streaming, LLC, and*
                              *Ideahub, Inc.*



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex B – Helios v Vudu First Amended Complaint"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **C**

<div align="center">

デラウェア地区
合衆国連邦地方裁判所

</div>

| | |
|---|---|
| HELIOS STREAMING, LLCおよび<br>IDEAHUB, INC.<br><br>　　　　　　　　原告<br><br>　　対<br><br>SHOWTIME DIGITAL INC.および<br>SHOWTIME NETWORKS INC.<br><br>　　　　　　　　被告 | 民事訴訟番号　**No. _____**<br><br><br>**陪審裁判/陪審による裁判を請求** |

<div align="center">

**特許権侵害に対する訴状**

</div>

　　　原告Helios Streaming, LLC（「Helios」）およびIdeahub, Inc.（「Ideahub」）（総称して「原告」）は、被告Showtime Digital Inc.（「Showtime Digital」）およびShowtime Networks Inc.（「Showtime Networks」）（本書では総称して「Showtime」または「被告」という）に対し、以下を主張し告訴する。

<div align="center">

**訴訟の性質**

</div>

　　　1.　　　本件は、合衆国法典第35編第1条以降の特許法に基づき発生した特許権侵害に対する訴訟である。

<div align="center">

**当事者**

</div>

　　　2.　　　原告Heliosは、デラウェア州法により組織された有限責任会社であり、その事業所は9880 Irvine Center Drive, Suite 200, Irvine, California 92618に所在する。

　　　3.　　　原告Ideahubは、大韓民国の法律により組織された法人であり、その事業所は7 Heolleungro, Seocho-gu, Seoul 06792 Republic of Koreaに所在する。

4.    情報および信ずるところによれば、Showtime Digitalはデラウェア州法により組織された企業であり、事業所は1633 Broadway, New York, NY 10019に所在する。情報およびその信ずるところによれば、Showtime Digitalは販売、販売の申し出、および/またはこの裁判管轄区を含む米国全土で製品およびサービスを使用し、本裁判管轄区および米国の他の場所で販売および/または使用されることを承知の上で、不正商品およびサービスを商取引の流れに導入している。

5.    情報および信ずるところによれば、Showtime Networksはデラウェア州法により組織された企業であり、事業所は1633 Broadway, New York, NY 10019に所在する。情報およびその信ずるところによれば、Showtime Networksは販売、販売の申し出、および/またはこの裁判管轄区を含む米国全土で製品およびサービスを使用し、本裁判管轄区および米国の他の場所で販売および/または使用されることを承知の上で、不正商品およびサービスを商取引の流れに導入している。

### 管轄および裁判地

6.    本訴訟は合衆国法典第35編の米国特許法により生じる特許権侵害に関する。

7.    合衆国法典第28編第1331条および1338条(a)に基づき、当裁判所が事物管轄を有する。

8.    合衆国法典第28編第1400条(b)に基づき、本裁判管轄区の裁判地が適する。

9.    Showtime Digitalの、デラウェア州およびこの裁判管轄区での直接または仲介業者を通した少なくとも以下を含む実質的な事業を理由とし、本裁判所はデラウェア州法によって、Showtime Digitalの対人管轄権を有する。 (i) 本訴状で申し立てられている侵害の少なくとも一部、 (ii) 定期的に事業を行うことまたは定期的な勧誘、その他永続的な行動方針への従事および/またはデラウェア州の個人に提供される商品やサービスからの多額の収益取得。さらに、Showtime Digitalはデラウェア州で法人化され、デラウェア州法の特権

と利益を意図をもって利用していることから、本裁判所はShowtime Digitalに対して裁判地を行使する対人管轄権および適切な権限を有する。

10.    Showtime Networksの、デラウェア州および本裁判管轄区での直接または仲介業者を通した少なくとも以下を含む実質的な事業を理由とし、本裁判所はデラウェア州法によって、Showtime Networksの対人管轄権を有する。（i）本訴状で申し立てられている侵害の少なくとも一部、および（ii）定期的に事業を行うことまたは定期的な勧誘、その他永続的な行動方針への従事および/またはデラウェア州の個人に提供される商品やサービスからの多額の収益取得。さらに、Showtime Digitalはデラウェア州で法人化され、デラウェア州法の特権と利益を意図をもって利用していることから、本裁判所はShowtime Digitalに対して裁判地を行使する対人管轄権および適切な権限を有する。

## 訴訟の背景

11.    本訴訟は、以下の訴因で詳細に説明される11の特許を含む（総称して「権利主張する特許」）。

12.    米国特許第10,027,736号（「特許736」）は、発明者Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、Jae Gon Kimによって2010年代初めに開発された、アダプティブストリーミング方式を使用してストリーミングハイパーテキスト転送プロトコル（「HTTP」）メディアコンテンツを提供する技術を主張している。

13.    米国特許第10,270,830号（「特許830」）は、発明者のTruong Cong ThangとJin Young Leeによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

14.    米国特許第10,277,660号（「特許660」）は、発明者のTruong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、Jae

Gon Kimによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

15.    米国特許第10,313,414号（「特許414」）は、発明者のTruong Cong ThangとJin Young Leeによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

16.    米国特許第10,356,145号（「特許145」）は、発明者であるTruong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryuによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

17.    米国特許第10,362,130号（「特許130」）は、発明者のTruong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kangによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

18.    米国特許第10,375,373号（「特許373」）は、発明者のJin Young LeeとNam Ho Hurによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

19.    米国特許第8,645,562号（「特許562」）は、発明者Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、Jae Gon Kimによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

20.    米国特許第8,909,805号（「特許805」）は、発明者Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、Jae Gon Kimによって2010年代初めに開発された、メディアコンテンツのメタデータを使用し

て適応HTTPストリーミングサービスを提供する技術を主張している。

21.　米国特許第9,325,558号（「特許558」）は、発明者のTruong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、Jae Gon Kimによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

22.　米国特許第9,467,493号（「特許493」）は、発明者Truong Cong Thang、Jin Young Lee、Seong Jun Bae、Jung Won Kang、Soon Heung Jung、Sang Taick Park、Won Ryu、Jae Gon Kimによって2010年代初めに開発された、メディアコンテンツのメタデータを使用して適応HTTPストリーミングサービスを提供する技術を主張している。

23.　権利主張する特許は主に、情報技術の研究開発において韓国の全国的リーダーである、電子通信研究所（「ETRI」）の研究者によって発明された。ETRIは、1976年の設立以来4M DRAMコンピュータメモリ、CDMAおよび4G LTE携帯電話通信、LCDディスプレイ、ビデオコーディング、および本件の問題であるメディアトランスポート＆デリバリーの新技術を開発してきた。ETRIは1,800名を超える研究・技術スタッフを雇用しており、そのうち94％が大学院の学位を取得し、50％が技術分野で博士号を取得している。過去5年間で、ETRIは1,524のSCI論文を発表し、467名の標準専門家を擁し、計16,062の特許を申請し、国際および国内の標準化団体（ISO、IEC、ITU、3GPP、JTC、IEEEなど）によって採用された7,309の提案に貢献した。発明者の中で、Truong Cong Thang博士とJae Gon Kim博士はETRIの従業員だったが、現在はそれぞれ会津大学と韓国航空大学校の教授である。

24.　　権利主張する特許では、メディアコンテンツを配信するためのメディアスト
リーミングモデルである**HTTP**を介したダイナミック・アダプティブ・ストリーミング
（「**DASH**」）の基礎となる技術を請求している。

25.　　**DASH**テクノロジーは、国際標準化機構（「**ISO**」）および国際電気標準会議
（「**IEC**」）によって開発および公開された**ISO/IEC23009**規格で標準化されている。

26.　　権利主張する特許で請求された発明は、**HTTP**を介した**MPEG**メディアのダイ
ナミック・アダプティブ・ストリーミング配信の規格、**ISO/IEC 23009-1:2014**、およびこの
規格の後続バージョンに組み込まれている（まとめて、これらの標準を「**MPEG-DASH**」
という）。

27.　　権利主張する特許の主張されている発明の技術を含む**MPEG-DASH**技術は、
メディアコンテンツ（映画など）をさまざまなビットレートで利用できる小さな部分に分割
することにより、メディアコンテンツの高品質なストリーミングを容易にする。ユーザーが
メディアコンテンツのダウンロードされた部分を再生すると、ユーザーのデバイスはアルゴ
リズムを使用し、ユーザーの視聴体験を遅らせることなく再生に間に合うようにダウンロー
ドできる最高のビットレートを持つ後続のメディア部分を選択する。

28.　　したがって、権利主張する特許で請求された発明を含む**MPEG-DASH**規格
は、従来技術および装置では大規模にこれまで不可能であった、従来の**HTTP Web**サーバか
ら配信されるインターネットを介したメディアコンテンツの高品質ストリーミングを可能に
する。

29.　　2018年の6月から8月頃の間に原告**Ideahub**は権利主張する特許を取得した。

30.　　2018年8月頃に原告**Helios**は権利主張する特許の独占的ライセンスを取得した。

## 訴因I – 米国特許番号10,027,736の侵害

31.    前述の第1項から第30項に記載されている主張を救済請求1に組み込む。

32.    2018年7月17日に特許736が「ストリーミングコンテンツを提供するための装置および方法」という題で米国特許商標庁により正式かつ合法的に発行された。特許736の真正な写しを別紙1として添付する。

33.    Ideahubは、特許736に対するすべての権利、権原、および利益の譲受人および所有者である。

34.    Heliosは、特許736により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

35.    情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、別紙2として添付されている予備的および例示的請求項の表に詳細に記載されている、特許736の少なくとも請求項9、12、13、14、15、および16の直接の侵害、また少なくと請求項1、4、5、6、7、および8の直接の侵害を誘導した、また誘導を続けている。

36.    情報および信ずるところによれば、告発されている手段は、プロセッサによって実行されるサーバーによってメディアコンテンツを提供するための方法を実行する方法であって、端末から、セグメントの、選択されたBaseURL要素に基づいて生成されるURLを使用してメディアコンテンツのセグメントに対する要求を受信することと、端末がメディアコンテンツのメタデータに基づいて複数のBaseURL要素からBaseURL要素を選択し、そのメタデータはMedia Presentation Description（MPD）であり、そのMPDは1つ以上の期間を記述し、その期間

は1つまたは複数のグループを含み、そのグループは1つまたは複数の表現を含み、その表現は
メディアコンテンツの1つまたは複数のセグメントを含み、受信機はそれぞれのBaseURL要素
に関して変換されたURLによって示される複数の場所でアクセス可能な同一のセグメントを受
信し、BaseURL要素の最初のBaseURL要素はベースのUniversal Resource Indicator（URI）とし
て使用される、セグメントを端末に提供することとを、含む方法である。

37.　　　情報および信ずるところによれば、告発されている手段は、プロセッサによっ
て実行される端末で、メディアコンテンツを受信するための方法を実行する方法であって、
メディアコンテンツの複数のBaseURL要素を持つ属性を含み、複数のBaseURL要素から
BaseURL要素を選択するメタデータを受信することと、セグメントの、選択されたBaseURL
要素に基づいて生成されるURLを使用して、メディアコンテンツのセグメントに対する要求
をサーバーに送信することと、メタデータはMedia Presentation Description（MPD）であり、
そのMPDは1つ以上の期間を記述し、その期間は1つまたは複数のグループを含み、そのグル
ープは1つまたは複数の表現を含み、その表現はメディアコンテンツの1つまたは複数のセグ
メントを含み、受信機はそれぞれのBaseURL要素に関して変換されたURLによって示される
複数の場所でアクセス可能な同一のセグメントを受信し、BaseURL要素の最初のBaseURL要
素はベースのUniversal Resource Indicator（URI）として使用される、サーバーからセグメン
トを受信することとを、含む方法である。

38.　　　情報および信ずるところによれば、告発されている手段は、特許736の係属中
に、特許736の少なくとも請求項1、4、5、6、7、8、9、12、13、14、15、および16の侵害に
使用された、また直接侵害し続けるように使用されている。

39.　　　少なくとも2018年8月23日頃から、Showtimeは、特許736を直接侵害していると
いうことを実際に通知されている。

40.　　　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

41.　　　情報および信ずるところによれば、少なくとも2018年8月23日前後以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ち、または故意に目をつぶり、積極的に支援およびほう助することにより、合衆国法典第35編第271条（ｂ）による特許736の少なくとも請求項1、4、5、6、7、および8を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発された手段の使用は、特許736の、少なくとも請求項1、4、5、6、7および8の直接侵害を構成する。

42.　　　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発された手段の配布、および告発された手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許736に関し、同社の行為が少なくとも2018年8月23日前後以降に特許736の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

43.　　　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

44.　　　原告は、Showtimeの侵害行為によって被害を受けている。

### 訴因II – 米国特許番号10,270,830の侵害

45.　　　前述の第1項から第44項に記載されている主張を救済請求2に組み込む。

46.　　　2019年4月23日に特許830が「表現を使用してストリーミングコンテンツを提供

するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行され

た。特許830の真正な写しを別紙3として添付する。

47.　　Ideahubは、特許830に対するすべての権利、権原、および利益の譲受人および

所有者である。

48.　　Heliosは、特許830により発生するすべての訴因を主張する独占的権利と、その

侵害に対する救済策を収集する権利を保持する。

49.　　情報および信ずるところによれば、Showtimeは、

https://www.showtime.com/#/movies/allmoviesで利用可能なものなどのような、1つまたは複数

のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）

によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または

提供し、使用させることにより、別紙4として添付されている予備的および例示的請求項の

表に詳細に記載されている、特許830の、少なくとも請求項8、11、12、および13の直接の侵

害、また少なくと請求項1、3、5、6、15、18、19および21の直接の侵害を誘導した、また誘

導を続けている。

50.　　情報および信ずるところによれば、告発されている手段は、1つのサーバーま

たは複数のサーバーによって実行されるメディアコンテンツを提供する方法を実行する方法

であって、メディアコンテンツのMedia Presentation Description（MPD）をクライアントに送

信することと、メディアコンテンツのセグメントに対するクライアントからの要求を受信す

ることと、MPDは1つまたは複数の期間を含み、各期間は1つまたは複数の適応セットを含

み、各適応セットは1つまたは複数の表現を含み、各表現は1つまたは複数のセグメントを含

み、ＭＰＤは、各期間、各適応セット、各表現、および各セグメントに共通する1つまたは

複数の属性または要素を含み、期間は、その期間の各適応セット、各表現、および各セグメ

ントに共通の１つまたは複数の属性または要素を含み、適応セットは、その適応セットの各表現および各セグメントに共通の１つまたは複数の属性または要素を含み、また表現は、その表現の各セグメントに共通する1つ以上の属性または要素を含む、メディアコンテンツをクライアントに送信することとを、含む方法である。

51.　情報および信ずるところによれば、告発されている手段は、DASH（Dynamic Adaptive Streaming over HTTP）クライアントによって実行されるメディアコンテンツを提供する方法を実行する方法であって、メディアコンテンツのMedia Presentation Description (MPD)を受信することと、ＭＰＤは１つまたは複数の期間を含み、各期間は１つまたは複数の適応セットを含み、各適応セットは１つまたは複数の表現を含み、各表現は１つまたは複数のセグメントを含み、ＭＰＤは、各期間、各適応セット、各表現、および各セグメントに共通の１つまたは複数の属性または要素を含み、期間は、その期間の各適応セット、各表現、および各セグメントに共通の１つまたは複数の属性または要素を含み、適応セットは、その適応セットの各表現および各セグメントに共通の１つまたは複数の属性または要素を含み、そして表現は、その表現の各セグメントに共通の１つまたは複数の属性または要素を含む、ＭＰＤによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることとを、含む方法である。

52.　情報および信ずるところによれば、告発されている手段は、特許830の係属中に、特許830の少なくとも請求項1、3、5、6、8、11、12、13、15、18、19、および21の侵害に使用された、また直接侵害し続けるように使用されている。

53.　少なくとも2019年4月4日以降、Showtimeは特許830を直接侵害しているということを実際に通知されている。

54.    情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

55.    情報および信ずるところによれば、少なくとも2019年4月4日以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することにより、合衆国法典第35編第271条（ｂ）による特許830の少なくとも請求項1、3、5、6、15、18、19および21を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発されている手段の使用は、特許830の、少なくとも請求項1、3、5、6、15、18、19および21の直接侵害を構成する。

56.    具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許830に関し、同社の行為が少なくとも2019年4月4日以降に特許830の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

57.    情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

58.    原告は、Showtimeの侵害行為によって被害を受けている。

## 訴因Ⅲ – 米国特許番号10,277,660の侵害

59.    前述の第1項から第58項に記載されている主張を救済請求3に組み込む。

60.    2019年4月30日に特許660が「ストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許660の真正な写しを別紙5として添付する。

61. Ideahubは、特許660に対するすべての権利、権原、および利益の譲受人および所有者である。

62. Heliosは、特許660により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

63. 情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、別紙6として添付されている予備的および例示的請求項の表に詳細に記載されている、特許660の少なくとも請求項1、2、3、4、8、10、20、および21の直接の侵害、また少なくと請求項11、12、13、14および18の直接の侵害を誘導した、また誘導を続けている。

64. 情報および信ずるところによれば、告発されている手段は、1つのサーバーまたは複数のサーバーによって実行される、メディアコンテンツを提供するための方法を実行する方法であって、メタデータが複数のBaseURL要素を含み、その複数のBaseURL要素に関して、変換されたURLによって示される場所で同一のセグメントにアクセスできる、メディアコンテンツのメタデータに基づくメディアコンテンツのセグメントに対する、クライアントからのUniform Resource Locator（URL）要求を受信することと、要求されたセグメントのURLが、複数のBaseURL要素の中から選択されたBaseURL要素に基づいて生成され、要求されたメディアコンテンツのセグメントをクライアントに送信することとを、含む方法である。

65. 情報および信ずるところによれば、告発されている手段は、クライアントによって実行されるメディアコンテンツを提供する方法を実行する方法であって、メタデータが複数のBaseURL要素を含み、同一のセグメントが複数のBaseURL要素に関して、変換されたURLによって示される場所でアクセスできる、メタデータに基づくメディアコンテンツのセ

グメントに対する要求を、サーバーに送信することと、要求されたセグメントのURLが、複数のBaseURL要素の中から選択されたBaseURL要素に基づいて生成され、サーバーからメディアコンテンツの要求されたセグメントを受信しすることとを、含む方法である。

66. 情報および信ずるところによれば、告発されている手段は、特許660の係属中に、少なくとも特許660の請求項1、2、3、4、8、10、11、12、13、14、18、20、および21の侵害に使用された、また直接侵害し続けるように使用されている。

67. 少なくとも2019年4月4日以降、Showtimeは特許660を直接侵害しているということを実際に通知されている。

68. 情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

69. 情報および信ずるところによれば、少なくとも2019年4月4日以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することにより、合衆国法典第35編第271条（ｂ）による特許660の少なくとも請求項11、12、13、14、および18を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発されている手段の使用は、特許660の、少なくとも請求項11、12、13、14および18の直接侵害を構成する。

70. 具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許660に関し、同社の行為が少なくとも2019年4月4日以降に特許660の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶってそのような行動をした。

71.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

72.　　原告は、Showtimeの侵害行為によって被害を受けている。

### 訴因IV – 米国特許番号10,313,414の侵害

73.　　前述の第1項から第72項に記載されている主張を救済請求4に組み込む。

74.　　2019年6月4日に特許414が「表現を使用してストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許414の真正な写しを別紙7として添付する。

75.　　Ideahubは、特許414に対するすべての権利、権原、および利益の譲受人および所有者である。

76.　　Heliosは、特許414により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

77.　　情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、別紙8として添付されている予備的および例示的請求項の表に詳細に記載されている、特許414の少なくとも請求項11、14、15、16および17の直接の侵害、また少なくと請求項1、4、5、6および7の直接の侵害を誘導した、また誘導を続けている。

78.　　情報および信ずるところによれば、告発されている手段は、１つのサーバーまたは複数のサーバーによって実行されるメディアコンテンツを提供する方法を実行する方法であって、メディアコンテンツのMedia Presentation Description (MPD)をクライアントに送

信することと、メディアコンテンツのセグメントに対するクライアントからの要求を受信することと、MPDが1つまたは複数の期間を含み、各期間は1つまたは複数の適応セットを含み、各適応セットは1つまたは複数の表現を含み、各表現は1つまたは複数のセグメントを含み、ＭＰＤ、期間、適応セット、表現またはセグメントが、１つまたは複数の属性または要素を含み、そして適応セットが、その適応セットの各表現に共通する１つまたは複数の属性または要素を含む、メディアコンテンツをクライアントに送信することとを、含む方法である。

79.　　情報および信ずるところによれば、告発されている手段は、DASH（Dynamic Adaptive Streaming over HTTP）クライアントによって実行されるメディアコンテンツを提供する方法を実行する方法であって、Media Presentation Description (MPD)を受信することと、ＭＰＤが、１つまたは複数の期間を含み、各期間は、１つまたは複数の適応セットを含み、各適応セットは、１つまたは複数の表現を含み、各表現は、１つまたは複数のセグメントを含み、ＭＰＤ、期間、適応セット、表現、またはセグメントは、１つまたは複数の属性または要素を含み、適応セットは、その適応セットの各表現に共通する１つまたは複数の属性または要素を含む、ＭＰＤによって提供される情報に基づいて、メディアコンテンツのセグメントにアクセスすることとを、含む方法である。

80.　　情報および信ずるところによれば、告発されている手段は、特許414の係属中に、特許414の少なくとも請求項1、4、5、6、7、11、14、15、16、および17の侵害に使用された、また直接侵害し続けるように使用されている。

81.　　少なくとも2019年4月4日以降、Showtimeは特許414を直接侵害しているということを実際に通知されている。

82.　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

83.　情報および信ずるところによれば、少なくとも2019年4月4日以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することにより、合衆国法典第35編第271条(b)による特許414の少なくとも請求項1、4、5、6および7を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発されている手段の使用は、特許414の、少なくとも請求項1、4、5、6および7の直接侵害を構成する。

84.　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許414に関し、同社の行為が少なくとも2019年4月4日以降に特許414の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

85.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

86.　原告は、Showtimeの侵害行為によって被害を受けている。

## 訴因V – 米国特許番号10,356,145の侵害

87.　前述の第1項から第86項に記載されている主張を救済請求5に組み込む。

88.　2019年7月16日に特許145が「ストリーミングコンテンツを提供するための方法と装置」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許145の真正な写しを別紙9として添付する。

89.     Ideahubは、特許145に対するすべての権利、権原、および利益の譲受人および所有者である。

90.     Heliosは、特許145により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

91.     情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、ストリーミングメディアコンテンツ（「告発されている手段」）を販売、販売の提供、作成、使用、および/または提供し、使用させることにより、別紙10として添付されている予備的および例示的請求項の表に詳細に記載されている、特許145の少なくとも請求項1、2、11、13、14、15、および16の直接の侵害、また少なくと請求項3、4、5、7、8、9、10および17の直接の侵害を誘導した、また誘導を続けている。

92.     情報および信ずるところによれば、告発されている手段は、1つのサーバーまたは複数のサーバーによって実行されるメディアコンテンツを提供する方法を実行する方法であって、メディアコンテンツに関するmedia presentation description (MPD)に基づき、クライアントからメディアコンテンツの要求を受信すること、MPDが1つまたは複数の期間を含み、その期間は1つまたは複数のグループを含み、そのグループは1つまたは複数の表現を含み、その表現は1つのセグメントを含み、グループは、グループのそれぞれについて1つまたは複数のグループ要素を含み、グループ要素は、グループを伴うすべての表現の値の集約を提供するときに、要求に応答してストリーミングを介してクライアントにメディアコンテンツのセグメントを提供することとを、含む方法である。

22

93.     情報および信ずるところによれば、告発されている手段は、クライアントによって実行されるメディアコンテンツを提供する方法を実行する方法であって、メディアコンテンツに関するmedia presentation description (MPD)に基づき、メディアコンテンツの要

求をサーバーに送信することと、MPDが1つまたは複数の期間を含み、その期間は1つまた

は複数のグループを含み、そのグループは1つまたは複数の表現を含み、その表現は1つの

セグメントを含み、グループは、グループのそれぞれについて1つまたは複数のグループ

要素を含み、グループ要素がグループ内のすべての表現の値の集約を提供するときに、要

求に応答してサーバーからストリーミングを介してメディアコンテンツのセグメントを受

信することとを、含む方法である。

94.　　情報および信ずるところによれば、告発されている手段は、特許145の係属中

に、特許145の少なくとも請求項1、2、3、4、5、7、8、9、10、11、13、14、15、16、および

17の侵害に使用された、また直接侵害し続けるように使用されている。

95.　　少なくとも2019年6月17日以降、Showtimeは特許145を直接侵害しているという

ことを実際に通知されている。

96.　　情報および信ずるところによれば、告発されている手段は、全国および本裁判

区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、

またはそれらのために使用、販売、提供、および/または使用されている。

97.　　情報および信ずるところによれば、少なくとも2019年6月17日以降、Showtime

は、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害

を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することに

より、合衆国法典第35編第271条(b)による特許145の少なくとも請求項3、4、5、7、8、9、

10、および17を侵害するように他者を誘導した、または引き続き誘導している。この他者に

よる告発されている手段の使用は、特許145の、少なくとも請求項3、4、5、7、8、9、10、お

よび17の直接侵害を構成する。

98.　　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助する

Showtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資

料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許145に関

し、同社の行為が少なくとも2019年6月17日以降に特許145の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

99.　　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

100.　　原告は、Showtimeの侵害行為によって被害を受けている。

### 訴因VI – 米国特許番号10,362,130の侵害

101.　　前述の第1項から第100項に記載されている主張を救済請求6に組み込む。

102.　　2019年7月23日に特許130が「ストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許130の真正な写しを別紙11として添付する。

103.　　Ideahubは、特許130に対するすべての権利、権原、および利益の譲受人および所有者である。

104.　　Heliosは、特許130により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

105.　　情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで閲覧可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、別紙12として添付されている予備的および例示的請求項の表に詳細に記載されている、特許130の少なくとも請求項1、2、4、および5の直接の侵害を続けている。

106.　情報および信ずるところによれば、告発されている手段は、サーバー内のプロセッサによって実行されるメディアコンテンツを提供する方法を実行する方法であって、クライアントからメディアコンテンツに対する要求を受信することと、MPDは1つ以上の期間を含み、この期間は1つ以上のグループを含み、このグループは1つ以上の表現を含み、この表現は1つ以上のセグメントを含み、表現は、仮想の一定ビットレートチャネルの帯域幅に関連する帯域幅属性をビット/秒（bps）で含み、表現がクライアントに配信されるときにクライアントはminbuffertimeのバッファリング後に十分なデータを継続的にプレイアウトすることが保証され、セグメントは、セグメントインデックスによってインデックス付けされたサブセグメントを含み、ＭＰＤは、（ｉ）フレームレート、または（ｉｉ）１秒間の時間単位の数を表すタイムスケールのうちの少なくとも１つを含む、メディアコンテンツのMedia Presentation Description (MPD)に基づいてメディアをクライアントに送信することとを、含む方法である。

107.　情報および信ずるところによれば、告発されている手段は、特許130の係属中に、特許130の少なくとも請求項1、2、4および5の侵害に使用された、また直接侵害し続けるように使用されている。

108.　少なくとも2019年4月4日以降、Showtimeは特許130を直接侵害しているということを実際に通知されている。

109.　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

110.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

111.　原告は、Showtimeの侵害行為によって被害を受けている。

## 訴因VII – 米国特許番号10,375,373の侵害

112.    前述の第1項から第111項に記載されている主張を救済請求7に組み込む。

113.    2019年8月6日に特許373が「ストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許373の真正な写しを別紙13として添付する。

114.    Ideahubは、特許373に対するすべての権利、権原、および利益の譲受人および所有者である。

115.    Heliosは、特許373により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

116.    情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、別紙14として添付されている予備的および例示的請求項の表に詳細に記載されている、特許373の少なくとも請求項1、2、3、4、5、6、7、8、および9の直接の侵害、また少なくと請求項17、18、19、21、22、23、および24の直接の侵害を誘導した、また誘導を続けている。

117.    情報および信ずるところによれば、告発されている手段は、1つのサーバーまたは複数のサーバーによって実行されるメディアコンテンツを提供するための方法を実行する方法であって、メタデータがMedia Presentation Description (MPD)であり、ＭＰＤがメディアコンテンツに関連するメディアプレゼンテーションの記述である、メディアコンテンツのメタデータに基づくメディアコンテンツのセグメントに対するクライアントからの要求を受信することと、MPDが少なくとも1つの期間を含み、各期間はメディアコンテンツコンポーネン

トを含む少なくとも1つの適応セットを含み、各適応セットは少なくとも1つの表現を含み、各表現は少なくとも１つのセグメントを含み、ＭＰＤは、クライアントがネットワーク状態に適応するためにある表現から別の表現に切り替えることを可能にする情報を提供する、要求に基づいてメディアコンテンツを提供することとを、含む方法である。

118.　情報および信ずるところによれば、告発されている手段は、クライアントによって実行されるアダプティブストリーミングサービスを提供する方法を実行する方法であって、メタデータがMedia Presentation Description (MPD)であり、ＭＰＤがメディアコンテンツに関連するメディアプレゼンテーションの記述である、メディアコンテンツのメタデータに基づいてメディアコンテンツのセグメントに対する要求を１つのサーバーまたは複数のサーバーに送信することと、ＭＰＤが少なくとも１つの期間を含み、各期間はメディアコンテンツコンポーネントを含む少なくとも１つの適応セットを含み、各適応セットは少なくとも１つの表現を含み、各表現は少なくとも１つのセグメントを含み、そしてＭＰＤはクライアントがネットワークの状態に適応するために、ある表現から別の表現に切り替えることができるようにする情報を提供する、１つのサーバーまたは複数のサーバーから、要求に基づいてメディアコンテンツを受信することとを、含む方法である。

119.　情報および信ずるところによれば、告発されている手段は、特許373の係属中に、特許373の少なくとも請求項1、2、3、4、5、6、7、8、9、17、18、19、21、22、23および24の侵害に使用された、また直接侵害し続けるように使用されている。

120.　少なくとも2019年4月4日以降、Showtimeは特許373を直接侵害しているということを実際に通知されている。

121.　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

122.　情報および信ずるところによれば、少なくとも2019年4月4日以降、Showtime
は、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害
を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することに
より、合衆国法典第35編第271条(b)による特許373の少なくとも請求項17、18、19、21、22、
23、および24を侵害するように他者を誘導した、または引き続き誘導している。この他者に
よる告発されている手段の使用は、特許373の、少なくとも請求項17、18、19、21、22、
23、および24の直接侵害を構成する。

123.　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助する
Showtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資
料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許373に関
し、同社の行為が少なくとも2019年4月4日以降に特許373の侵害を誘導しているという実際
の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または
結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

124.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、
また意図的であり続けている。

125.　原告は、Showtimeの侵害行為によって被害を受けている。

**訴因VIII – 米国特許番号8,645,562の侵害**

126.　前述の第1項から第125項に記載されている主張を救済請求8に組み込む。

127.　2014年2月4日に特許562が「ストリーミングコンテンツを提供するための装置
と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許562の真
正な写しを別紙15として添付する。

128.　Ideahubは、特許562に対するすべての権利、権原、および利益の譲受人および
所有者である。

129.　Heliosは、特許562により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

130.　情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで閲覧可能なものなどのような、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、特許562の少なくと請求項1、2、4、5、7、および8の直接の侵害を誘導した、また誘導を続けている。別紙16として添付されている予備の請求項の図表は、そのような直接侵害を例示している。

131.　情報および信ずるところによれば、告発されている手段は、メディアを提供する方法を実行するために使用される方法であって、メタデータが1つ以上のBaseURL要素で構成されている、メディアのメタデータを受信することと、Uniform Resource Locator (URL)がBaseURL要素に関して変換されるところで、そのセグメントのURLを使用してメディアのセグメントに対する要求を送信することと、セグメントを受け取ることと、要求がHTTP GETメソッドを使用して送信され、BaseURL要素はセグメントの1つ以上の共通の場所を指定し、そのセグメントはセグメントの1つである、そのセグメントに含まれるメディアのデータをデコードおよびレンダリングすることとを、含む方法である。

132.　情報および信ずるところによれば、告発されている手段は、特許562の係属中に、特許562の少なくとも請求項1、2、4、5、7、および8の侵害に使用された、また直接侵害し続けるように使用されている。

133.　少なくとも2018年8月23日頃以降、Showtimeは特許562の直接的な侵害を誘発していることを実際に通知されている。

134.　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

135.　情報および信ずるところによれば、少なくとも2018年8月23日頃以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することにより、合衆国法典第35編第271条(b)による特許562の少なくとも請求項1、2、4、5、7、および8を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発されている手段の使用は、特許562の、少なくとも請求項1、2、4、5、7、および8の直接侵害を構成する。

136.　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許562に関し、同社の行為が少なくとも2018年8月23日頃以降に特許562の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした

137.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

138.　原告は、Showtimeの侵害行為によって被害を受けている。

### 訴因IX – 米国特許番号8,909,805の侵害

139.　前述の第1項から第138項に記載されている主張を救済請求9に組み込む。

140.　2014年12月9日に特許805が「ストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許805の真正な写しを別紙17として添付する。

141.　Ideahubは、特許805に対するすべての権利、権原、および利益の譲受人および所有者である。

142.　Heliosは、特許805により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

143.　情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなど、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、特許805の少なくと請求項1、2、3、および4の直接の侵害を誘導した、また誘導を続けている。別紙18として添付されている予備の請求項の図表は、そのような直接侵害を例示している。

144.　情報および信ずるところによれば、告発されている手段は、メディアを提供する方法を実行するために使用される方法であって、メタデータが1つ以上の期間で構成されている、メディアのメタデータを受信することと、メタデータが範囲属性を含む、受信したメタデータを処理することおよびメタデータに含まれる情報を抽出することと、範囲属性で指定されたURLで示されたリソースのバイトに対する要求に基づいて、特定の間隔に適したセグメントを要求することと、メタデータによって提供される情報に基づいてメディアのセグメントにアクセスすることと、セグメントに含まれるメディアのデータをでコードすることおよびレンダリングすることと、と含み、各期間が、メディアの1つまたは複数の表現を

含み、各表現が、各表現を含む期間の開始点から始まって期間の終了点まで続き、1つまた
は複数のセグメントを含むことと、1つまたは複数の期間の中から第1の期間の開始を決定
することが、開始属性が第1の期間の第1の期間要素に存在する場合、第1の期間の開始時
間は開始属性の値と同等であることと、開始属性が第1期間の第1期間要素に存在せず、第2期
間の第2期間要素に期間属性が含まれている場合、第1期間の開始時刻は第2期間の期間属性の
値を加算することによって取得されることと、期間要素から第2期間の開始時刻まで、および
開始属性が第1期間の第1期間要素に存在しない場合、および第1期間が1つ以上の期間の最初
である場合、第1期間の開始時刻期間はゼロである、方法である。

145.　情報および信ずるところによれば、告発されている手段は、特許805の係
属中に、特許805の少なくとも請求項1、2、3および4の侵害に使用された、また直接侵害
し続けるように使用されている。

146.　少なくとも2018年8月23日頃以降、Showtimeは特許805の直接的な侵害を誘
発していることを実際に通知されている。

147.　情報および信ずるところによれば、告発されている手段は、全国および本裁判
区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、
またはそれらのために使用、販売、提供、および/または使用されている。

148.　情報および信ずるところによれば、少なくとも2018年8月23日頃以降、Showtime
は、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害
を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することに
より、合衆国法典第35編第271条(b)による特許805の少なくとも請求項1、2、3および4を侵害
するように他者を誘導した、または引き続き誘導している。この他者による告発されている
手段の使用は、特許805の、少なくとも請求項1、2、3および4の直接侵害を構成する。

149.　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助する Showtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許805に関し、同社の行為が少なくとも2018年8月23日頃以降に特許805の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

150.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

151.　原告は、Showtimeの侵害行為によって被害を受けている。

### 訴因X – 米国特許番号9,325,558の侵害

152.　前述の第1項から第151項に記載されている主張を救済請求10に組み込む。

153.　2016年4月26日に特許558が「ストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許558の真正な写しを別紙19として添付する。

154.　Ideahubは、特許558に対するすべての権利、権原、および利益の譲受人および所有者である。

155.　Heliosは、特許558により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

156.　情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなど、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、

使用させることにより、特許558の少なくと請求項1、2、3、4、および5の直接の侵害を誘導した、また誘導を続けている。別紙20として添付されている予備の請求項の図表は、そのような直接侵害を例示している。

157.　情報および信ずるところによれば、告発されている手段は、1つ以上の期間を含むメディアコンテンツを提供するための方法を実行するために使用される方法であって、メタデータが、メディアコンテンツの再生を保証するために必要な最初にバッファリングされたメディアコンテンツの最小量を示すminBufferTime属性を含み、そのminBufferTime属性がセグメント単位で定義され、メタデータが、クライアントが1つ以上の表現を選択できるようにする説明情報を提供するmedia presentation description (MPD)である、サーバーからメディアコンテンツのメタデータを受信することと、サーバーからメディアコンテンツを受信し、その受信したメディアコンテンツを少なくとも最小量だけバッファリングすることと、minBufferTime属性が、１つまたは複数の期間に関連し、minBufferTime属性が、メディアプレゼンテーションの開始時、またはメディアプレゼンテーションの1つ以上の期間の開始時、またはメディアプレゼンテーションの任意のランダムアクセスポイントに、最初にバッファリングされたメディアの最小量を提供することに関連する、メディアコンテンツを再生することとを、含む方法である。

158.　情報および信ずるところによれば、告発されている手段は、特許558の係属中に、特許558の少なくとも請求項1、2、3、4および5の侵害に使用された、また直接侵害し続けるように使用されている。

159.　少なくとも2018年8月23日頃以降、Showtimeは特許558の直接的な侵害を誘発していることを実際に通知されている。

160.　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

161.　情報および信ずるところによれば、少なくとも2018年8月23日頃以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することにより、合衆国法典第35編第271条(b)による特許558の少なくとも請求項1、2、3、4および5を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発されている手段の使用は、特許558の、少なくとも請求項1、2、3、4および5の直接侵害を構成する。

162.　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許558に関し、同社の行為が少なくとも2018年8月23日頃以降に特許558の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

163.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

164.　原告は、Showtimeの侵害行為によって被害を受けている。

**訴因XI – 米国特許番号9,467,493の侵害**

165.　前述の第1項から第164項に記載されている主張を救済請求11に組み込む。

166.    2016年10月11日に特許493が「ストリーミングコンテンツを提供するための装置と方法」という題で、米国特許商標庁によって正式かつ合法的に発行された。特許493の真正な写しを別紙21として添付する。

167.    Ideahubは、特許493に対するすべての権利、権原、および利益の譲受人および所有者である。

168.    Heliosは、特許493により発生するすべての訴因を主張する独占的権利と、その侵害に対する救済策を収集する権利を保持する。

169.    情報および信ずるところによれば、Showtimeは、https://www.showtime.com/#/movies/allmoviesで利用可能なものなど、1つまたは複数のオンデマンドビデオ（「VOD」）を含む、MPEG-DASH規格（「告発されている手段」）によるストリーミングメディアコンテンツを販売、販売の提供、作成、使用、および/または提供し、使用させることにより、特許493の少なくと請求項1、2、および4の直接の侵害を誘導した、また誘導を続けている。別紙Vとして添付されている予備の請求項の図表は、そのような直接侵害を例示している。

170.    情報および信ずるところによれば、告発されている手段は、メディアを提供するための方法を実行するために使用された方法であって、メタデータが1つ以上のBaseURL要素で構成された、メディアのメタデータを受信することと、URLがBaseURL要素に関して変換されている、セグメントのUniform Resource Locator（URL）を使用してメディアのセグメントに対する要求を送信することと、セグメントを受信することと、メタデータが、セグメントのsourceURL属性を選択的に含み、そのメタデータは、セグメントのsourceURL属性を選択的に含む場合、BaseURL要素のうちのBaseURL要素は、URLが生成されるように、sourceURL属性にマップされる、セグメントに含まれるメディアのデータをデコードすることおよびレンダリングすることとを、含む方法。

171.　情報および信ずるところによれば、告発されている手段は、特許493の係属中に、特許493の少なくとも請求項1、2および4の侵害に使用された、また直接侵害し続けるように使用されている。

172.　少なくとも2018年8月23日頃以降、Showtimeは特許493の直接的な侵害を誘発していることを実際に通知されている。

173.　情報および信ずるところによれば、告発されている手段は、全国および本裁判区の被告のパートナー、クライアント、顧客、およびエンドユーザーのそれぞれによって、またはそれらのために使用、販売、提供、および/または使用されている。

174.　情報および信ずるところによれば、少なくとも2018年8月23日頃以降、Showtimeは、とりわけShowtimeのパートナーおよび顧客を含むがこれらに限定されない他者の侵害を、特定の意図を持ってまたは故意に目をつぶって、積極的に支援およびほう助することにより、合衆国法典第35編第271条(b)による特許493の少なくとも請求項1、2、および4を侵害するように他者を誘導した、または引き続き誘導している。この他者による告発されている手段の使用は、特許493の、少なくとも請求項1、2、および4の直接侵害を構成する。

175.　具体的には、パートナーや顧客などの他者による侵害を支援およびほう助するShowtimeの行動には、告発されている手段の配布、および告発されている手段に関連する資料やサービスの提供が含まれる。情報および信ずるところにより、Showtimeは特許493に関し、同社の行為が少なくとも2018年8月23日頃以降に特許493の侵害を誘導しているという実際の知識を持っていたことから、Showtimeは、侵害を引き起こす特定の意図を持って、または結果として生じる侵害に対して故意に目をつぶって、そのような行動をした。

176.　情報および信ずるところによれば、Showtimeの侵害は意図的なものであった、また意図的であり続けている。

177.　原告は、Showtimeの侵害行為によって被害を受けている。

**FRAND義務に関する陳述**

178.　原告は、関連するISOおよびIECガイドライン、付属定款、およびポリシーに従って、権利主張する特許のクレームの多くが、自発的なライセンシーに対する公正、合理的かつ非差別的（「FRAND」）ライセンス義務の対象であることを主張する。

179.　ShowtimeがFRAND条件において権利主張する特許の上記クレームに係るライセンスを、自発的に取得することを拒否する場合、原告は、Showtimeをライセンスを受ける意思がないライセンシーとして扱う権利を留保し、その結果、原告はこの訴訟の目的におけるFRANDライセンス義務、またはShowtimeに対するいかなるライセンスにも拘束されない。したがって、原告は、Showtimeによる特許権侵害行為の補償として、最大限に合理的なロイヤルティの損害賠償を求める。

**陪審員による裁判の請求**

連邦民事訴訟規則38に従い、原告は、故に審理可能なすべての論点について陪審員による裁判を請求する。

**救済の請願**

原告はShowtimeに対し以下の通り判決が行われることを求める。

A.　権利主張する各特許権をShowtimeが侵害したという判決。

B.　権利主張する各特許権へのShowtimeによる過去の特許権侵害に対して、および判決日までの継続的または将来の侵害に対して、原告を補償するのに十分な、利息、費用、経費、および裁判で提示されなかった行為を含むがこれらに限定されないすべての侵害行為の会計を含む、Showtimeによって支払われる損害賠償。

C.　本訴訟が、合衆国法典第35編285条の下で例外的であるという宣言および合理的な原告弁護士費用の裁定。

D.        裁判所が正当かつ適切であるとみなす、法律または衡平法上の、原告へのさらなる救済の裁定。

日付：2019年10月17日                    DEVLIN LAW FIRM LLC

_/s/ Timothy Devlin_
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, Delaware 19806
電話：(302) 449-9010
ファクシミリ：(302) 353-4251
tdevlin@devlinlawfirm.com

_原告Helios Streaming, LLCおよびIdeahub, Inc.法廷代理人_



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex C – Helios v. Showtime Complaint"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **D**

合衆国地方裁判所
デラウェア地区

| | |
|---|---|
| ヘリオス・ストリーミング有限会社、及び<br>アイデアハブ株式会社、<br><br>　　　　　　　原告、<br>　対<br><br>ヴードゥー株式会社<br><br>　　　　　被告。 | C.A. No. 1:19-cv-01792-CFC/SRF<br><br>陪審員裁判請求 |
| ヘリオス・ストリーミング有限会社及び<br>アイデアハブ株式会社、<br><br>　　　　　原告、<br><br>　対<br><br>クラックル株式会社、<br>クラックルプラス有限会社、チキンスープ・フォー・ザ・ソウル・エンターテインメント株式会社、ソニー・ピクチャーズ・テレビジョン株式会社、及びソニー・ピクチャーズ・エンターテインメント株式会社、<br><br>　　　　被告。 | C.A. No. 1:19-cv-01818-CFC/SRF<br><br>陪審員裁判請求 |
| ヘリオス・ストリーミング有限会社、及び<br>アイデアハブ株式会社、<br>　　　　　　原告、<br>　対<br>ショウタイム・デジタル株式会社及び<br>ショウタイム・ネットワークス株式会社、<br><br>　　　　被告。 | C.A. No. 1:19-cv-01818-CFC/SRF<br><br>陪審員裁判請求 |

## 合意による保護命令

　　　連邦民事訴訟法規則 26（ｃ）に従い、法廷の承認を条件とし、当事者及び当事者間、及びそれぞれの下記に署名した弁護士により、書類、証人尋問記録、証人尋問記録の証拠、質問書回答、自認、及びその他それぞれの上記表題とする件の当事者及び非当事者及びそれらの間で、コピーされ、提供され、または交換されたあらゆる情報の取り扱いについて、この合意と法廷命令が適用されることについて**ここに合意し、同意するものとする**。上記表題の各件に関連して合同で提出されたが、上記のそれぞれの行為は当事者の秘密情報の保護の点では別箇で独立したものとして扱われ、本合意及び命令に特定されない限り、書類を提出する側の同意及び/または別途法廷命令がない限り、本合意及び命令のいかなる部分も、上記表題の件のうち一つの当事者が別の件の当時者により準備された秘密情報にアクセスすることを許可すると解釈されるものではない。

　　　従って、当事者間の同意に基づき、連邦民事訴訟法規則26(c)により、秘密及び独占情報保護のために次の手順が採用されることを**ここに命令する**。

## 秘密情報及び独占情報保護のための手順

1. <u>定義</u>

 1.1 <u>反対者</u>：本命令による情報または項目の指定に反対する当事者または非当事者。

 1.2 <u>「秘密」情報または項目</u>：（どのように作成、保管、または維持されたかにかかわらず）情報または有形で連邦民事訴訟法規則 26(c) による保護の条件を満たすもの。

 1.3 <u>弁護士（修飾語句なしで）</u>：社外の登録弁護士（及びそのサポートスタッフ）。

 1.4 <u>指定の社内弁護士</u>：本件で「秘密」情報にアクセスできる社内弁護士。

 1.5 <u>指定当事者</u>：情報開示または証拠開示に対応して準備する情報や項目を「秘密」または「極秘 -弁護士閲覧に限る」または「極秘‐ソースコード」などと指定する当事者または非当事者。

 1.6 <u>情報開示または開示資料</u>：媒体または作成、保管、または維持される方法にかかわらず（特に証言、証言記録、及び有形のものを含む）、上記表題の件において情報開示または開示申請対応で準備または作成されたすべての項目や情報。

 1.7 <u>専門家</u>：（１）上記表題の件の一つまたは複数において専門知識を持つ証人、またはコンサルタントとして当事者またはその弁護士に採用され、（２）現在当事者または当事

者の競合の従業員でなく、（３）採用の時点で当事者または当事者の競合の従業員になると予想されていない人で、関連する訴訟に関することで特別な知識または経験を持つ人。

1.8　「極秘 - 弁護士閲覧に限る」の情報または項目：極度に秘密な「秘密情報または項目」で、他の当事者または非当事者に開示すると、もっと限定的な方法では避けられないような重大な被害を及ぼす恐れを生じるもの。

1.9　「極秘‐ソースコード」の情報または項目：極度に秘密な「秘密情報または項目」でコンピューターのコード（つまり、アセンブラーや編集者、または他の翻訳者が入力するのに適している方式で表現されているコンピューターの指示やデータの定義）、関連するコメントや改定履歴を表し、他の当事者または非当事者に開示すると、もっと限定的な方法では避けられないような重大な被害を及ぼす恐れを生じるもの。

1.10　社内弁護士：上記表題の件のうち一つの当事者の社員である弁護士。社内弁護士には社外の登録弁護士や他のいかなる社外弁護士も含まれない。

1.11　非当事者：問題の上記表題の件の当事者として明記されていない、あらゆる個人、パートナーシップ、企業、組合、または他の法的組織。上記表題の件のうち 1 件の被告はその件の当事者であるが、他の件については非当事者とみなされるものとする。

1.12　社外の登録弁護士：上記表題の件のうち一つの当事者の社員ではないが、その件の当事者を弁護またはアドバイスするために雇われ、その当事者のためにその件で出頭したか、あるいはその当事者に代わって出頭した法律事務所と関係がある弁護士。

1.13　当事者：上記表題の件の当事者、または上記表題の件の被告団[1]で、その役員、取締役、従業員、コンサルタント、雇われた専門家、及び社外登録弁護士（及びそのサポートスタッフ）のすべてを含む。

1.14　提供当事者：上記表題の件で開示物または開示資料を提供する当事者または非当事者。

1.15　専門業者：訴訟サポートサービス（例えばコピー、録画、翻訳、証拠書類や実演物の作成、及びあらゆる形態や媒体でのデータ整理、保管、または検索）を提供する人または組織、及びその従業員や下請け。

1.16　保護資料：「秘密」、または「極秘‐弁護士閲覧に限る」、または「極秘‐ソースコード」と指定してある、あらゆる情報開示または開示資料。

1.17　受領当時者：情報開示または開示資料を提供当事者から受領する当事者。

1.18　関連技術：MPEG-DASH 基準に従ってメディアコンテンツを連続発信するために用いることができる製品、デバイス、及びサービス。

## ２．　範囲

本合意及び命令によって与えられる保護は、保護資料（上記の定義による）のみでなく、以下にも適用される：（１）保護資料からコピーまたは抽出されたあらゆる情報、（２）保護資料のコピー、抜粋、要約、または編集のすべて、及び（３）保護資料を明らかにする可能性がある、当事者またはその弁護士によるいかなる証言、会話、またはプレゼンテーション。しかし、本合意及び命令によって与えられる保護は、以下の情報には適用されない：(a)

---

[1]この用語はスケジュール命令（D.I. 36）で定義されたところによる。

受領当事者への開示の時点で公有に属する、または裁判を通じて、または他の方法で公記録の一部となった場合を含め、本命令の違反を伴わない公開の結果、受領当事者への開示の後に公有の一部になったと受領当事者が立証できるあらゆる情報、及び（ｂ）開示の前に受領当事者が知っていた、または受領当事者が、合法的に、指定当事者へ全く守秘義務を負わずに情報を取得した情報源から開示され取得した、と受領当事者が明らかに立証できるあらゆる情報。(a)または(b)となるいかなる保護資料をいかなる非当事者に受領当事者が開示する前に、受領当事者は下記のセクション５の手順に従うものとする。

　　　明確さのため記すが、ここに書かれている何も、指定当事者がそれ自身の情報をその役員、取締役、従業員、弁護士、コンサルタント、または専門家、またはいかなる他の人にも情報開示する権利に影響するものではない。そのような情報開示は、本保護命令による保護を放棄するものではなく、指定当事者のそのような情報開示で情報が公有にならない限り、他方の当事者やその弁護士が、本命令に違反してそのような情報を開示する権利をもつわけではない。同様に、保護命令は、当事者自身の情報を、それが他方の当事者によって非開示で提出された情報でも、役員、取締役、従業員、弁護士、コンサルタント、または専門家またはいかなる他の人にも明かすことを妨げるものではない。

　　　保護資料を裁判中に使用する場合は、別途の合意または法廷命令に基づくものとする。

**3.**　　　__期間__

　　　上記表題の各件が最終的に解決した後も、本命令により課される守秘義務は、指定当事者が書面にてそうでないことに同意する、または法廷命令がそうでないことを指示するまで効力を維持するものとする。最終的な解決とは、以下のうち後に起こるものとする：（１）決定

的であろうと否と、訴訟のすべての申し立てや弁護の取下げ、及び（2)該当する法律により、いかなる延長の申し立てや申し込みの提出の締め切りを含み、すべての控訴、再公聴、差戻、裁判、またはその再審理の完成及び終結後の最終的な判決。

**4.**　　**保護資料の指定**

　　4.1　　資料を保護指定する際の制限と注意。本命令下で情報または項目を保護指定するたすものに限るよう、注意しなければならない。現実的である限り、指定当事者は、資料、書類、項目、または口頭あるいは書面によるコミュニケーションのうち条件を満たすその部分のみを保護指定するのでなければならない。資料、書類、項目、またはコミュニケーションで保護の根拠のない他の部分も、不正に本命令の範囲内に取り込んでしまわないためである。

　　もし保護指定された情報または項目が全く保護の条件を満たさない、または当初主張したほどには条件を満たさないということを指定当事者が判明したら、指定当事者は過ちによる指定を取下げる旨、その件のすべての他の当事者にすみやかに通知しなければならない。

　　4.2　　指定の方法とタイミング。本命令に別途記載されていない限り（例えば下記セクション 4.2(a)の第2段落参照）、または別途合意または命令のない限り、本命令により保護の条件を満たす情報開示または開示資料は、資料が開示または提供される前に、明らかにそのように指定されていなければならない。

　　本命令に従って指定するには、以下が必要である。

　　　　　（a）　　書類の形をとる情報（例えば紙または電子の書類、ただし証人尋問またはその他裁判前または裁判の法廷記録を除く）では、提供当事者は保護されている資料を含む各ページに

「秘密」または「極秘 - 弁護士閲覧に限る」または「極秘 - ソースコード」などの表示を加えること。

オリジナルの書類や資料を点検用に提出する当事者または非当事者は、点検する当事者がいずれかの資料をコピーし提供するように示したあとまで保護の指定をする必要はない。点検中及び指定の前、点検用に準備されたすべての資料は「極秘 - 弁護士閲覧に限る」と考慮される。点検する当事者がコピーし提供を求める書類を示した後、提供当事者は、どの書類、またはその部分が本命令下で保護の条件を満たすか判断しなければならない。次に、特定の書類を提供する前に、提供当事者は保護資料を含む各ページに（「秘密」または「極秘 - 弁護士閲覧に限る」）の適切な表示を加えなければならない。本段落の手順はソースコードの点検には当てはまらない。それは別途本保護命令セクション8で扱っている。

(b)　証人尋問の証言または他の裁判前または裁判手続きについては、記録がとられている間に、証人尋問、法廷ヒアリング、またはその他手続きの終了前に保護される証言のすべてとどのレベルの保護を希望するかを識別しなければならない。保護の権利を持つ証言の各部分を別々に識別していくことが現実的ではなく、証言の大半が保護の条件を満たすように思われる場合、指定当事者は、記録がとられている間に（証人尋問、法廷ヒアリング、または他の手続きが終了する前）、証言全体を本命令の保護下とする権利を申し立てることができる。現実的な場合は、指定当事者は後日、保護の指定を申し立てた証言の一部の本命令下での保護を取りさげる、または保護のレベルを下げることができる。

当事者は、保護資料を含む証人尋問、法廷ヒアリング、またはその他の手続きが行われることを合理的に想定する場合は、他方の当事者が、必ず「法的に拘束される認識と同意」（証拠 A）に署名した、許可を得た人物のみがそれらの手続きに出席するようにできるよう、他の当事者に通知を与えるものとする。証人尋問で書類が証拠書類として使われても、それが「秘密」、「極秘 - 弁護士閲覧に限る」、または「極秘 - ソースコード」と指定されることに全く影響することはない。

保護資料を含む法廷記録は、題名のページに、記録が保護資料を含むという明確な記載を行い、題名のページに続いて、指定当事者が主張する、保護資料と指定されたすべてのページ（適切な場合行数を含む）と保護の程度のリストを含むものとする。指定当事者は法廷記録者にこれらの条件を伝えるものとする。

(c) 書類以外の何らかの形で提供された情報及びあらゆる他の有形の項目については、提供当事者は容器、または情報や項目が保管されている容器の外側の目につくところに「秘密」または「極秘 - 弁護士閲覧に限る」または「極秘 - ソースコード」というマークをつける。もし情報または項目の一部しか保護を必要としない場合、提供当事者は現実的な限り、主張されている保護箇所を指定し、保護のレベルを特定するものとする。

4.3　　不注意による指定し損ない。不注意による指定し損ないについて提供当事者による認識ですみやかに訂正された場合は、条件を満たす情報や項目を不注意により指定し損ねたこは、それだけでは提供当事者が本命令下でそのような資料の保護を確保する権利を放棄した

ことにはならない。提供当事者が自覚し、指定を速やかに訂正次第、受領当事者は資料が本命令下の条項に従って取り扱われるよう合理的な努力を行われなければならない。

    4.4    追加の保護を求める権利。本命令は、どの当事者も、特定の状況下で必要な場合は法廷からさらなる保護を求める権利を有したまま発行するものである。

## 5.    秘密指定への異議

    5.1    異議のタイミング。いかなる当事者も、非当事者も、いつでも秘密指定に異議を唱えることができる。指定当事者の秘密指定をすみやかに反対することが想定可能で、重大な不公平、不要な経済的負担、または訴訟の重大な中断や遅延を避けるために必要でない限り、頭書の指定が開示されてから速やかに異議を申し立てない
選択をしても、当事者は秘密指定への異議申し立ての権利を放棄したことにはならない。

    5.2    協議。反対当事者は、異議のある各指定と異議の根拠についての書面による通知を提供し、紛争解決手続きを開始するものとする。異議申し立てが行われたかどうかの不明瞭を避けるため、通知書は保護命令の特定の段落に従って秘密性への異議が申し立てられていることを述べなければならない。各当事者はそれぞれの異議を誠実に解決するよう努め、通知の送達日から 14 日以内に、直接話し合う（音声による会話にて；他の形態のコミュニケーションは十分ではない）ことによって手続きを始めなければならない。話し合いの際、反対当事者は秘密指定は適切ではないという信念の根拠を説明しなければならず、指定当事者が指定された資料を再検査し、状況を再度考慮し、指定への変更が提供されない場合はその指定の根拠を説

明する機会を与えなければならない。反対者は、初めにこの協議過程を行った、または指定当
事者が速やかに協議過程に参加しようとしないと立証した場合のみ、次の反対過程に進むこと
ができる。

   5.3 <u>司法介入</u>。もし法廷の介入なしに当事者らが問題を解決できない場合、反対者は
スケジュール命令のセクション４(f)に従って、当初の異議通知から21日以内、または当事者
同士が協議過程では紛争を解決できないと合意してから14日以内のどちらか早いうちに法廷に
連絡するものとする。この段落に従って提出される申立てのいずれも、申請者が前段落にて課
されている協議義務を遵守したことを確証する有効な宣誓書を伴わなければならない。反対者
がスケジュール命令のセクション４(f)に従って21日以内（または該当する場合は14日以内）
に法廷に連絡する、または必要な宣誓書を同封することを怠った場合は、それぞれ反対してい
る指定の秘密指定に反対する権利を自動的に放棄するものとする。

   そのようないかなる反対申請での立証負担は指定当事者側にあるものとする。

**6.**  <u>**保護資料へのアクセスと使用**</u>

   6.1 <u>基本原理</u>。この件でさらなる法廷命令がない場合、受領当事者は別の当事者また
は非当事者から上記表題の件に関連して情報開示または提供された保護資料を、該当する手続
きの法的追及、弁護、または和解の目的のみで用いてよいものとする。そのような保護資料
は、本命令に分類された人物に標記の条件のみで開示してよいものとする。訴訟が終結した場
合は、受領当事者は下記のセクション１４の条項（**最終処分**）を遵守しなければならない。

保護資料は、それへのアクセスが本命令により保護資料へのアクセスが許可されている者に必ず限られるような場所で安全な方法で受領当事者によって保管され維持されなければならない。

6.2　「秘密」情報または項目の開示。別途法廷に命令され、または指定当事者から書面にて合意を得ない限り、受領当事者は「秘密」と指定されたいかなる情報または項目を以下のみに開示してよいものとする：

(a)　提供された件の受領当事者の社外登録弁護士、及びその特定の訴訟で開示することが合理的に必要な当該社外登録弁護士の従業員；

(b)　当該情報が提供された訴訟で開示が合理的に必要な、受領当事者の現在の役員、取締役、または従業員（指定社内弁護士を含む）に開示し、その後そのような人物を他の各当事者に識別し、他の当事者に承認してもらうが、そのような承認は不合理に遅らせたり、保留したりしないものとし、「法的に拘束される認識と合意」（証拠A）にサインしている者；

（ｃ）受領当事者の(本命令に定義されたところによる)専門家で（１）当該情報が提供された訴訟に開示が合理的に必要で、（２）「法的に拘束される認識と同意」（証拠A）に署名しており、及び（３）下記6.5(a)段落に記載の手順に従っている者；

（ｄ）裁判官とそのスタッフ；

（ｅ）法定記録者とそのスタッフ、プロの陪審員または裁判コンサルタント、及び書類が提供された訴訟のために開示が合理的に必要な専門業者；

　　　　　（f）　　指定当事者に別途特定される、または法廷に命令されない限り、証人尋問の間、手続きの証人で開示が合理的に必要な者。証人尋問のテープから起こされた記録のページや証人尋問の証拠で保護資料を明らかにするものは法廷記録者が別の冊子にまとめ、本合意保護命令により許可されている者以外には開示されてはならない；及び

　　　　　（g）情報を含む書類の著者またはそれを受取った者、または管理者またはその他の者で情報をその他所持しているまたは知っている者、または指定当事者に雇用されている者。

　　　6.3　　「極秘‐弁護士閲覧に限る」の情報または項目の開示。別途法廷に許可されている、または指定当事者に書面で許可されていない限り、受領当事者は「極秘‐弁護士閲覧に限る」と指定されたいかなる情報または項目を、以下だけに開示してよいものとする：

　　　　　（a）提出された件の受領当事者の外部登録弁護士、及びその特定の訴訟で情報を開示することが合理的に必要な社外登録弁護士の従業員；

　　　　　（b）受領当事者の専門家で（1）そのような情報が提出された訴訟のために開示が合理的に必要な者、（2）「法的に拘束される認識と同意」（証拠A）に署名しており、及び（3）下記の6.5(a)段落に記載された手順に従っている者；

　　　　　（c）法廷とそのスタッフ；

　　　　　（d）法廷記録者、プロの陪審員や裁判コンサルタント、及び提出された訴訟のために開示が合理的に必要な専門業者；及び

（e）情報を含む書類の著者またはそれを受取った者、または管理者またはその他の者で情報をその他所持している、または知っている者、または指定当事者に雇用されている者。

6.4　「極秘－ソースコード」の情報または項目の開示。別途法廷に命令されている、または指定当事者に書面で許可されない限り、受領当事者は「極秘－ソースコード」と指定されたいかなる情報または項目は、以下の者だけに開示してよいものとする：

（a）　提出された上記表題の件の受領当事者の外部登録弁護士、及びその特定の訴訟で情報を開示することが合理的に必要な社外登録弁護士の従業員；

（b）受領当事者の専門家で（1）それが提出された訴訟のために開示が合理的に必要な者、（2）「法的に拘束される認識と同意」（証拠A）を署名しており、及び（3）下記の 6.5(a)段落に記載された手順に従っている者；

（c）法廷とそのスタッフ；

（d）法廷記録者、プロの陪審員や裁判コンサルタント、及び提出された訴訟のために開示が合理的に必要な専門業者；及び

（e）　情報を含む書類の著者またはそれを受取った者、または管理者またはその他の者で情報をその他所持しているまたは知っている者、または指定当事者に雇用されている者。

6.5　　「秘密」、「極秘‐弁護士閲覧に限る」または「極秘‐ソースコード」の情報または項目の専門家への開示を承認または反対する手続き

　　　(a)　その他法廷に命令されている、または指定当事者が書面で同意しない限り、専門家（本命令に定義されたところによる）に 6.2(c)、6.3(b)及び 6.4(b) 段落に従って「秘密」、「極秘‐弁護士閲覧に限る」または「極秘‐ソースコード」と指定されたいかなる情報または項目を開示しようとする受領当事者は、指定当事者の社外登録弁護士にまず電子メールによって書面による次のような請求を行わなければならない。（１）専門家のフルネーム及び彼または彼女の主要な居住地の市と州、（２）過去 10 年間の出版物の一覧を含む専門家の最新の履歴書のコピーの添付、及び（３）直近４年間に証人尋問または裁判で、宣誓書、報告書、または証言を通じての場合を含め、それに関連して専門家が専門家証言を提供したあらゆる訴訟を認証（件名とケース番号及び法廷所在地により）するもの。指定当事者はそのような通知がなされてから七（７）営業日以内に、専門家を開示する電子メールでの書面による請求を行った受領当事者の社外登録弁護士に電子メールによって書面で反対することができるものとする。

　　　(b)　請求を行い前記の該当する段落に特定される情報を提供する受領当事者は、７日間の通知期間が経過するまで、対象となる保護資料を識別された専門家に開示してはならない。そのようないかなる反対も、反対の基盤となる根拠を詳細に記載しなければならない。もし通知期間中に指定当事者が保護資料を専門家に開示を希望する受領当事者に反対書を

送達する場合、反対申請が解決されていない間は保護資料をそのような者に開示してはならない。

　　　（c）時間内に書面による反対を受取った受領当事者は、指定当事者と（直接声を交わす会話により）協議して書面による反対通知が送達されてから七（7）日以内に同意によって事態を解決しようとしなければならない。次に合意に至らない場合、指定当事者は、そのような反対通知が送達されてから十四（１４）営業日以内にスケジュール命令のセクション４（f）に従って法廷に連絡しなければならない。この段落に従っていかなる申立てが行われる場合も状況を具体的に説明しなければならず、なぜ専門家に開示が行われてはならないかの理由を詳細に述べなければならない。さらに、そのようないかなる申し立ても、事態を合意により解決しようとした当事者間の努力を説明（すなわち協議の程度と内容）した有効な宣誓書を伴い、指定当事者が開示の承認を拒否した理由を記載しなければならない。

　　　指定当事者が保護資料と指定したいかなる書類も、専門家が「法的に拘束される認識と同意」（証拠A）に署名してからでないと受領当事者はその専門家に開示してはならないものとする。そのような書面による合意は専門家を雇った当事者の社外登録弁護士が保持するが、他のいかなる当事者にも開示する必要はないものとする。

　　　そのようないかなる手続きにおいても、専門家への開示に反対する指定当事者は、開示がもたらすと思われる損害のリスク（提案される安全対策のもとで）は、受領当事者が保護資料を専門家に開示する必要性を上回ると立証する義務を負うものとする。

6.6　当事者の社外登録弁護士は、提供当事者の弁護士との事前の書面による同意による以外、そのようなアドバイスや意見を伝えることによってそのような情報の内容や本質が明らかにされることがない限り、該当する件で社外登録弁護士に対抗当事者から提供される「秘密」、「極秘－弁護士閲覧に限る」または「極秘－ソースコード」と指定された情報の評価に基づいてアドバイスや意見を伝えることがある。疑いを避けるために述べておくが、書類を提供する被告の同意及び/または別途法廷命令がない限り、本条項の何物も上記表題の件のひとつの当事者が、当初上記表題の別の件の被告が提供した保護資料の使用または開示を許可するものではない。

6.7　本合意と法廷命令の何物も、各社外登録弁護士が該当する件で原告の書類提供及び/または開示を通じて個々法的にアクセスできる「秘密」、「極秘－弁護士閲覧に限る」または「極秘－ソースコード」と指定されたいかなる原告の情報についても、上記表題の件のいかなる被告の社外登録弁護士がお互いに話し合うのを妨げると解釈されるものではない。

**7.　提訴禁止**

7.1　提訴禁止。後述の行政手続き（例えば特許出願）が本件（いかなる控訴も含む）の最終判決後２年未満に起こされた場合、参加することが草案へのコメント、関連技術に関連する特許請求項の変更または改定に関与する限り、いかなる技術的な「極秘－弁護士閲覧に限る」または「極秘－ソースコード」資料を個人的に閲覧する原告の一方または両者に関連する者も、特許または特許請願の審査及び再審査の行政手続きに参加することを禁じる。この提訴禁止は、個人が問題の特許またはそれに関連した特許を含む再審査、当事者間の精査、またはその他特許承諾後の精査手続き

に参加することを妨げるものではない。しかし、個人はいかなる請求項の作成またはいかなる請求項への修正に参加、またはその他コメントを提供することが禁じられていることは例外とする。

8.　ソースコード

　　(a) 本件でソースコードの提出が必要になる限り、もしそれが秘密、独占、または企業秘密のソースコードを構成する、またはそれを含むなら、提出当事者はソースコードを「極秘-ソースコード」と指定してもよい。ソースコードには C++、ジャバ、及びフラッシュなどのプログラミング言語のファイルを含むがそれに限らない。疑いを避けるために述べるが、提出当事者は、作成ファイル、リンクファイル、アルゴリズム、疑似コード、コメント、改定履歴、及びその他ソフトウェアやファームウェアの作成、構築、または編集に使用された人間が読めるファイルをソースコードと指定することがある。秘密ソースコードを提出または指定しても、それは当事者が本件で秘密ソースコードが適切に開示可能であると表明または自認したと解釈されるべきではなく、また秘密ソースコードを本契約の一部に含めてもいかなる当事者に秘密ソースコードを提出される義務を負わせると解釈されるべきではない。

　　(b) 「極秘-ソースコード」と指定された保護資料は 6.4 段落に記載された者にしか開示されてはならない。提出当事者または別途法廷に命令されない限り、「極秘-ソースコード」の検査及び提出には以下の追加制限が適用されるものとする：

　　(c) 開示過程で提出されるいかなるソースコードも電子（例えば生来の）フォーマットで検査が可能にされるものとする。提供当事者は、点検されるソースコードを電子（例えば生来の）フォーマットで弁護士の事務所があるデラウェア州、または当事者間で同意した別の場所で提供するものとする。いかなる一検査会（一営業日中、または連続営業日の閲覧期間）も三（３）暦日の書面（メールを含む）による通知により通常の営業時間中（現地時間の午前 9

時から 午後 6 時）に、または合理的な通知により相互に及び合理的に合意されたその他 の時間に行われるものとする。

（ｄ）「極秘-ソースコード」と指定されたソースコードは、その他提供当事者が合意しない限り、以下の条項を条件に、検査と閲覧用に提供されるものとする：

（ｉ）ソースコードはインターネット接続または他のコンピューターへのネットワーク接続がない隔離された部屋の管理下のコンピューター（「ソースコード コンピューター」）で検査が許されるものとし、受領当事者は提供当事者の事前の合意なしでは、ソースコードのいかなる部分もいかなる記録媒体または記録 可能機器にコピー、削除、またはその他転送しないものとする。

（ｉｉ）電子ソースコードは通常の仕事中に保管されているように、または通常の仕事中に集められるように提供されるものとする。受領当事者の社外弁護士 及び/または専門家はソースコードに関連して手書きのメモを取ることが許され る。そのようなメモは「極秘-ソースコード」とマークされるものとする。そのようなメモには、その後リクエストされるソースコードの紙のコピーを使うのを 助けるのに合理的に必要な時は、ソースコードの抜粋を含めてもよい。それ以外 は、その他本保護命令に記載されている以外は、ソースコードの全部またはいかなる部分のソースコードのコピーもソースコードが検査された部屋の外に持ち出す ことはできないものとする。

さらに、別途本保護命令に記載されている以外、いかなる他の書面または電子によるソースコードの記録も許されないものとする。

  （iii）ソースコードの提供者は現実的な限り閲覧が可能なソースコードファイルのリストを含み、コンピューターの内容の目録を提供するものとする。

  （iv）ソースコードコンピューターは弁護士と専門家がソースコードを閲覧し検索するためのソフトウェアを含むものとする。最低限、これらのユーティリティは(a)いかなるソースファイルも閲覧、検索、行数をつける、及び（ｂ）たくさんのファイルを通じて特定のパターンのテキストを検索する、機能を提供するものでなければならない。

  （ｖ）受領当事者は合理的な分量の識別したソースコードのコピーを合理的な方法でリクエストしてよい。受領当事者が連続 15 ページ、または合計 100 ページを超えるソースコードの印刷物を求める場合には、当事者らは誠実に協議するものとする。ソースコードコンピューターにテキストエディタを提供し、印刷されるべきファイルのリストがソースコードコンピューターに直接保存できるようにする。もし提供当事者が識別されたファイルは合理的に必要ではないと反対する場合、提供当事者は受領当事者がいかなるファイルも識別してから五（５）営業日以内に受領当事者にそのような反対を知らせるものとする。もし協議後に提供当事者と受領当事者が反対を解決できない場合、提供当事者は問題の識別されたソースコードがいかなる訴訟準備にも合理的に必要なものであるかどうか、法的な解決を求める権利を持つものとする。受領当事者の求めにより、いかなる反対もなければ、提供当事者は後述のそのような求めから七（７）営業日以内に、受領当事者が検査時に識別したソースコードの紙のコピーを提供するものとする。

提供当事者はそのようなファイルを印刷しファイルの完全なパス名のラベルをつけ、提出番号と「極秘 - ソースコード」の指定を添加する。印刷されたコピーは常に受領当事者の社外弁護士の事務所に保管されなければならない。受領当事者は、法廷提出物に添付されたものまたは裁判及び法廷公聴会の立証証拠物を含まず、いかなるソースコードファイルの追加ペーパーコピーを５部より多く作成してはならない。受領当事者は以下の場合のみ追加のペーパーコピーを作成してよいものとする：（１）法廷提出物、訴状、またはその他の書類（証言を行う専門家の専門家報告書を含む）を作成するのに必要、または（２）証人尋問に必要。受領当事者は、件の主張や弁護に関係性があり、そのような目的で合理的に必要な部分のみの印刷を求めるものとする。そのような印刷物は最低１０ポイント、固定幅のフォントで、１ページにつき六十五（６５）行を超えないものとする。提供当事者は、紛争解決において提供当事者が「反対当事者」で、受領当事者が「指定当事者」ある場合の、ここに記載された紛争解決手順と時間枠により、ハードコピーで請求されたソースコードの量に反対してよい。

　　　　　（ｖ i）本保護命令に記載されている以外、電子ソースコードのいかなる電子コピーも作られてはならないものとする。

　　　　　（vii）事前に当事者間で書面にて別途同意されない限り、受領当事者の社外弁護士及び/または専門家は、各日の終わりに、作業成果物及び/または弁護士と依頼人間の部外秘の情報を含む可能性のあるすべてのメモ、書類、及びすべての他の資料をソースコード閲覧室から撤去するものとする。ソースコード閲覧室に不注意に資料を残しても弁護士の作業成果物の理論または

いかなる他の該当する特権も放棄したことにはならず、持ち主にすみやかに返却されるものとする。提供当事者はソースコード閲覧室に残されたいかなるものについても責任を持たないものとする。

　　　　　　（ⅷ）証人尋問の証拠として区別されたソースコードのコピーは法廷記録者に提供されたり証人尋問記録に添付されたりしないものとする。そのかわり、証人尋問記録は提供番号により証拠を識別し、ソースコードを証人尋問に持参した当事者は、区別された証人尋問のソースコードの証拠を常に保持するものとする。もし尋問者が証人尋問の証拠書類に印をつけたりいかなる形でも手を加えることがあれば、受領当事者は証拠書類に書き込みがなされた状態で保存し、他方当事者の社外弁護士に一部を提供するものとする。

　　　　　　（ⅸ）本小段落に記載される以外、提供当事者からの明白な書面による許可がない限り、受領当事者及び受領当事者からソースコードを受取るいかなる者も、いかなる方法で使用するとしても、ソースコードのいかなるペーパーコピーからも、ソースコードの電子画像、またはいかなる他の画像、または電子コピー（例としてのみであるが、受領当事者及び受領当事者からソースコードを受取るいかなる人物も、ソースコードをスキャンしてＰＤＦまたはコードの写真を作成してはならない）を作成してはならない。当事者は、法廷提出物、専門家の報告書、開示要請での返答、及び他の同様の書類に必要な場合は、ソースコードの断片や画像を作成、使用してもよい。そのようなすべての書類は、「極秘 - ソースコード」と明白にマークされ、法廷に提出される場合は、封印されて提出されるものとする。当事者が合意しない限り、ソースコードの画像やコピーは当事者間の書簡（代わりに提供番号が使用されるものとする）に含まれないものとする。

**９．　他の訴訟で召喚、または提供の法廷命令を受けた保護資料**

　　　　もし当事者が他の訴訟で発行された召喚状または法廷命令を送達され、本件で「秘密」または「極秘 - 弁護士閲覧に限る」または「極秘 - ソースコード」と指定されたいかなる情報または項目も開示するよう強制された場合、

その当事者は以下を行わなければならない：

　　　　　(a) すみやかに指定当事者に書面で通知すること。そのような通知には、召喚状または法廷命令のコピーを含むものとする；

　　　　　(ｂ) 別の訴訟で召喚状または法廷命令を発行させた当事者に、召喚状または法廷命令が適用される資料の一部または全部は本保護命令の対象であることをすみやかに書面で通知するものとする。そのような通知は、本合意による保護命令のコピーを含むものとする；及び

　　　　　(ｃ) 保護資料が影響を受けている指定当事者が求めているすべての合理的な手続きについて協力すること。もし指定当事者が速やかに保護命令を求めた場合は、召喚状または法廷命令を送達された当事者は、当事者が指定当事者の許可を得ない限り、召喚状または法廷命令を発行した法廷が判断を行う前に、召喚状または法廷命令を送達された当事者は本件で「秘密」または「極秘 - 弁護士閲覧に限る」または「極秘 - ソースコード」と指定されたいかなる情報も開示しないものとする。指定当事者はその法廷で秘密資料について保護を求める立証負担と法的費用を追うものとするが、これら条項の何物も、本件の受領当事者が別の法廷での合法な指示に従わないことを許可するまたは奨励すると解釈されるべきではない。

　　　　<u>その他の手続き</u>。本命令を発行し該当する上記表題の件の各件で情報の開示を制限しても、本法廷は別の法廷が別の件でその情報に関連性があり開示の対象になると解釈するのを妨げることを意図するものではない。本命令対象のいかなる者または当事者で、別の当事者によ

る本命令に従う「秘密」または「極秘 - 弁護士閲覧に限る」または「極秘 - ソースコード」と
指定された情報の開示を求める申立ての対象となる場合は、その当事者が出廷して情報が開示
されるべきかどうか裁判官に聞いてもらう機会が持てるよう、その当事者に速やかに申立てに
ついて通知するものとする。

10.　　**本訴訟で開示が求められる非当事者の保護資料**

　　　　本法廷命令の条件は上記表題の件で非上司者が提供し「秘密」または「極秘 - 弁護士閲
覧に限る」または「極秘 - ソースコード」と指定された情報にも適用される。そのような特定
の訴訟に関連して非当事者が提供したそのような情報は、本法廷命令が提供する救済や救援に
よって保護されている。これら条項の何物も、非当事者が追加の保護を求めることを禁ずると
解釈されるべきではない。

　　　　有効な開示請求により当事者が所持している非当事者の秘密情報を提供するように求めら
れた場合、そしてその当事者が非当事者と、非当事者の秘密情報を提供しない契約の対象であ
る場合は、当事者は：（ⅰ）申請当事者に書面にて請求された情報の一部または全部は非当事
者との秘密契約の対象であることを速やかに通知し、及び（ⅱ）非当事者に本訴訟による本合
意による保護命令のコピー、関連する開示請求、及び要求されている情報の合理的に具体的な
描写をすみやかに提供し、請求当事者に情報を提供することを反対するには三十(30)以内に行
われなければならないことを教えるものとする。もし非当事者が通知と関連する情報を受取っ
てから三十（30）日以内に非当事者が本法廷から保護命令を求めなければ、当事者は開示請求
に対応して非当事者の秘密情報を提供してよいものとする。もし非当事者が期間内に保護命令
を求めるときは、法廷が判断を下すまで、当事者は非当事者との秘密契約の対象となっていて
所有または管理しているいかなる情報も提供してはならないものとする。

11.     **保護書類の無許可の開示**

　　　　もし受領当事者が、不注意またはその他により、保護資料をいかなる者または本合意による、保護命令で許可されていない状況で開示したことを知ったときには、受領当事者は直ちに以下のことを行わなければならない。（a）　書面にて指定当事者に無許可の開示について通知し、（ｂ）保護資料のすべての無許可のコピーを回収するのに最善の努力を行い、（ｃ）無許可の開示が行われた者または者たち に本法廷命令のすべての条件を知らせ、及び（ｄ）そのような者または者たちがここに証拠Ａとして添付された「法的に拘束される認識と同意」に署名するように求める。

12.     **特権下またはその他保護されている資料の不注意な提供**

　　　　連邦証拠法 502 により、弁護士－依頼人特権、作業成果物免除権、またはその他の特権または免除権で保護されている書類または物（情報及び保護資料を含む）の不注意な提供または開示は、そのような特権や免除権を放棄したことにはならない。もしいかなる提供当事者（または非当事者）がそのような保護情報を不注意に提供したかもしれないと受領当事者が認識した場合は、速やかに提供当事者に通知し、本法廷命令に記載されている手順に従うものとする。もし、特権下の情報が提供または開示されたと認識した（受領当事者による通知または他の方法により）場合は、不注意な提供または開示を行った提供当事者は、合理的にすみやかな期間内に不注意に提供または開示された書類または物の返却に関する書面の要求を各受領当事者に送る。そのような要求を受取ってから十（１０）日以内に、受領当事者は、以下を行うものとする。（a）提供当事者が弁護士－依頼人特権、作業成果物免除権、またはその他の特権または免除権により保護されているが不注意に提供されたと識別されたすべてのそのような書類や物を提供当事者に返却し、（ｂ）そのいかなる電子記録も削除する。

受領当事者は下記の小段落（a）に記載されているほかは、不注意に提供された書類または物に含まれた情報をいかなる目的でも利用してはならず、またはそのような情報を分散または伝達しないものとする。

（a）もし受領当事者がそのような書類や物が弁護士－依頼人特権または作業成果物免除権で保護されていると反論したければ、受領当事者は書類または物が提供当事者に返却されるとき、書面にて提供当事者にそのように通知する（「指定通知」）。受領当事者は指定に反論する申立を行う目的で、問題の書類または物のコピー一（１）部を保持してよい。受領当事者が保持したコピーは隔離され、特権の主張について判断するために法廷に情報を伝える以外にいかなる目的にも使ってはならない。

（ｂ）指定通知を受領後五（５）日以内に、提供当事者はそれぞれの書類または物について、特権または免除権の主張の根拠の説明を受領当事者に提供するものとする。

（ｃ）そのような説明を受領後五（５）日以内に、受領当事者は保護するかどうかが問題となっているそのような書類の提供を強制するように法廷から救済を求めることができる。この段落に従って提出される申立ては、保護資料を法廷に提出するためにここに記載されている手順に従って、封印して提出するものとする。もし受領当事者がスケジュール命令のセクション4(f)に従って指定に反論するために五（５）日以内に法廷に連絡しない場合は、本セクション12の小段落（a）に記載されているように受領当事者が保持している、該当する場合はコピー一（１）部は、直ちに提供当事者に返却されるものとする。同様に、もし法廷が不注意な提供物の特権ステータスへの受領当事者の反対を却下する場合は、

セクション 12 の小段落（a）に記載されているように受領当事者が保持している、該当する場合のコピー一（1）部は直ちに提供当事者に返却されるものとする。

（d）その後受領当事者が作成した書類や物で、そのような不注意に提供された書類や物に派生する情報を含む書類や物は、もし受領当事者が弁護士－依頼人特権または作業成果物免除権に反対すると提供当事者に通知しない場合、またはもし不注意な提供物の特権ステータスへの受領当事者の反対を法廷が却下する場合、受領当事者は派生した書類や物を破棄するか、派生情報がいかなる方法でも回収または再生できないような方法でそのようなすべての派生した特権または作業成果物情報を覆う合理的な努力を行うものとする。

（e）不注意な提供物の特権ステータスに反対するために本セクション 12 に記載された手順は、弁護士－依頼人特権、作業成果物免除権、またはいかなる他の特権または免除権を放棄する結果にならないものとする。もし提供当事者がそのような不注意な開示や提供に関して本セクション 12 に記載した手順を遵守する場合は、不注意な開示や提供によって弁護士－依頼人特権、作業成果物免除権、またはいかなる他の特権または免除権も放棄したことにならない。

13.    <u>雑項</u>

13.1    <u>さらなる救済の権利</u>。本法廷命令の何物もいかなる者が今後法廷によって変更を求める権利を剥奪するものではない。

13.2    <u>その他の異議主張の権利</u>。本保護命令の執行に合意することにより、いかなる当事者も本合意による保護命令で取り扱われていない理由でいかなる情報または項目を開示または提供することに反対したであろういかなる権利も放棄するものではない。同様に、いかなる当

事者もいかなる理由でも本保護命令が適用されるいかなるものも証拠に用いられることに反対する権利を放棄するものではない。

13.3　保護資料の提出。準備書面を含め、いかなる性格のものでもあらゆる書類で「秘密」または「極秘 - 弁護士閲覧に限る」または「極秘 - ソースコード」と指定されたもので法廷に提出されるものは、米国地方裁デラウェア地区の地方規則に従って封印して提出されるものとする。申請をすると、そうしないと本合意による保護命令の条項に従い封印されて提出されなければならない書類から情報が開示されてしまうためいかなる準備書面、摘要書、申立、書簡または他の書類（「申請」）でも本法廷に封印して申請する当事者は、上記に記載されたほうに資料を申請及び印付けをする手順を含め、本合意による保護命令に記載された条項に遵守するものとする。本合意による保護命令の条項に従って封印して申請されたいかなる書類も一般のアクセスが継続して制限されることに反対するいかなる当事者も、指定当事者に書面による反対の通知を与えるものとする。当初の指定が開示されたあとですぐに反対しない選択をしても、当事者は秘密指定に反対する権利を放棄したことにならない。

13.4　電子メールによる送達の許可。当事者は本件において送達されるべきすべての書類は対立する当事者の主任及び現地弁護士の代表者に宛てられた電子メールにより送達されてもよいことをここに同意する。

## 14.　最終決定

第3段落に定義されるように、上記表題の件の最終決定から60日以内に、各受領当事者はすべての保護資料を提供当事者に返却またはそのような資料を破棄しなければならない。保護資料が返却されようと破棄されようと、受領当事者は提供当事者に（また、もし同一人物

または組織でなければ指定当事者に）60 日の締め切りまでに、保護資料の返却または破棄を確認した書面による認定を提出しなければならない。本条項にかかわらず、弁護士は後述の資料が保護資料を含むとしても、すべての訴状、申立書類、裁判、証人尋問、及び法廷ヒアリングの記録書、法的意見書、書簡、証人尋問及び裁判の証拠、専門家報告書、弁護士の作業成果物、及びコンサルタントや専門家の作業成果物の保存用コピーを保持する権利を持つ。そのようないかなる保存用のコピーも、保護資料を含むまたはそうなるものはセクション３（期間）に記載されるように本保護命令の対象であり続ける。

その様に合意する。

デビリン法律事務所 LLC

*ティモシー・デブリン [署名]*
ティモシー・デブリン(#4241)
1526 Gilpin Avenue
Wilmington, DE 19801
(302)449-9010
tdevlin@devlinlawfirm.com

*原告団弁護士*

*ジョン W. ショー [署名]*
ジョン W. ショー(No. 3362)
カレン E. ケラー (No. 4489)
デービッド M. フライ(No. 5486)
ショー ケラー LLP
I.M. ペイビルディング
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

法律事務所顧問弁護士：
エドワード R. レインズ
ウェイル、ゴシャル＆マンゲス LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000
edward.reines@weil.com

W. サットンアシュリー
ウェイル、ゴシャル＆マンゲス LLP
2001 M Street NW, Suite 600

フィッシュ＆リチャードソン P.C.

*ウォーレン K. メイビー・ジュニア [署名]*
ウォーレン K. メイビー・ジュニア (#5775)
ロナルド P. ゴールデン III (#6254)
フィッシュ＆リチャードソン P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
302-652-5070
mabey@fr.com
golden@fr.com

*被告団弁護士クラックル・プラス有限会社、*
*チキンスープ・フォー・ザ・ソウル・*
*エンターテインメント株式会社、*
*ソニー・ピクチャーズ・テレビジョン株式*
*会社及びソニー・ピクチャーズ・エンター*
*テインメント株式会社（クラックル株式会*
*社は非現存在の組織）*

*ジャック B. ブルーメンフェルド [署名]*
ジャック B. ブルーメンフェルド(#1014)
アンドリュー M. モショース (#6685)
モーリス、ニコルス、アーシュト＆タネル LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
amoshos@mnat.com

法律事務所顧問弁護士:
スティーブン・リーバーマン
シャロン L. デービス
ブライアン S. ローゼンブルーム
ジェニファー B. マイセル
ニコール・ディアブランテス
ロスウェル、フィッグ、アーンスト＆マンベック P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
slieberman@rothwellfigg.com
sdavis@rothwellfig.com

Washington, DC 20036         brosenbloom@rothwellfigg.com

(202) 682-7018         jmaisel@rothwellfigg.com

sutton.ansley@weil.com         ndeabrantes@rothwellfigg.com

*被告ショウタイム・デジタル株式会社、及び*    *被告ヴードゥ株式会社弁護士*
*ショウタイム・ネットワークス株式会社*
*弁護士*

2020年_____月_____日、ここに命令する。

_____

合衆国連邦地方裁判所裁判官

証拠　A
法的に拘束される認識と同意

私、＿＿＿＿＿＿＿＿＿＿＿＿＿＿[フルネームをブロック体で記入またはタイプする]、住所＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ [完全なアドレスをブロック体で記入またはタイプする]は、偽証罪にかけて、米国連邦法廷デラウェア地区地方裁判所で[日付]にヘリオス・ストリーミング有限会社その他対クラックル株式会社、その他、民事ケース番号 1:19-cv-01818-CFC-SRF、ヘリオス・ストリーミング有限会社その他対ヴードゥ株式会社、民事ケース番号 1:19-cv-01792-CFC-SRF、及びヘリオス・ストリーミング有限会社その他対ショウタイムデジタル株式会社その他、民事ケース番号 1:19-cv-01978-CFC-SRF の件（「ケース」）で発行された合意による保護命令を完全に読み理解したことを宣誓します。私は本合意による保護命令のすべての条件を遵守しそれに拘束されることに同意し、そのような遵守を怠ることは自分を侮辱罪の性格を持つ制裁や罰則にさらすことになり得ると理解し認めます。本命令の条項の厳格な遵守による他は、本合意による保護命令の対象となるいかなる情報や項目も、いかなる方法でもいかなる者や組織にも開示しないことを私は厳かに約束します。

後述の執行手続きが本件の終結後に起こるとしても、本合意による保護命令の条項を執行するために、私は米国連邦法廷デラウェア地区地方裁判所の管轄下に服することにさらに合意します。

日付：＿＿＿＿＿＿＿＿＿＿＿＿＿＿

宣誓され署名された市及び州：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

氏名のブロック体表記：　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

署名：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿



**Certification of Accuracy of Translation**

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex D – Protective Order"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **E**

（１２）米国特許　タン他（Ｔｈａｎｇ　ｅｔ　ａｌ.）

（１０）特許番号：ＵＳ８,６４５,５６２Ｂ２

（４５）特許日：２０１４年２月４日

（５４）ストリーミングコンテンツを提供する装置および方法

（７５）発明者：タン　チュオン　コン（Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リー　ジン　ヤン（Ｊｉｎ　Ｙｏｕｎｇ　Ｌｅｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；ペ　ソン　ユン（Ｓｅｏｎｇ　Ｊｕｎ　Ｂａｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；カン　ジュン　ウォン（Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；チョン　スーン　フン（Ｓｏｏｎ　Ｈｅｕｎｇ　Ｊｕｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；パク　サン　タイク（Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リュ　ウォン（Ｗｏｎ　Ｒｙｕ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；キム　ジェ　ゴン（Ｊａｅ　Ｇｏｎ　Ｋｉｍ）高陽市（韓国）Ｇｏｙａｎｇ－ｓｉ（ＫＲ）

（７３）譲受人：電子通信研究院（Ｅｌｅｃｔｒｏｎｉｃｓ　ａｎｄ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｒｅｓｅａｒｃｈ　Ｉｎｓｔｉｔｕｔｅ）、大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；産学連携財団韓国航空大学（Ｉｎｄｕｓｔｒｙ-Ｕｎｉｖｅｒｓｉｔｙ　Ｃｏｏｐｅｒａｔｉｏｎ　Ｆｏｕｎｄａｔｉｏｎ　Ｋｏｒｅａ　Ａｅｒｏｓｐａｃｅ　Ｕｎｉｖｅｒｓｉｔｙ）高陽市　京畿道（韓国）Ｇｏｙａｎｇ-ｓｉ　Ｇｙｅｏｎｇｇｉ-ｄｏ（ＫＲ）

（＊）通知：何らかの権利放棄がなされていれば別であるが、本特許の特許期間は、３５Ｕ.Ｓ.Ｃ.１５４（ｂ）により０日間延長、即ち調整される。

（２１）出願番号：１３/８２０,９５５

（２２）ＰＣＴ出願日：２０１１年９月６日

（８６）ＰＣＴ番号：ＰＣＴ/ＫＲ２０１１/００６５７３

　　　　§３７１（ｃ）（１）、

　　　　（２）、（４）日：２０１３年３月５日

（８７）ＰＣＴ公開番号：ＷＯ２０１２/０３３３１９

　　　　ＰＣＴ公開日：２０１２年３月１５日

（６５）　　　　　　　　　　先行公開データ

　　　ＵＳ　２０１３／０１６６７７１Ａ１　　２０１３年６月２７日

　　　　　　　　　　　関連米国出願データ

（６０）２０１０年９月６日出願　仮出願第６１／３８０，２７７号、２０１０

年１０月６日出願　仮出願第６１／３９０，３２８号、２０１０年１０月２２日

出願　仮出願第６１／４０５，６７４号、２０１０年１１月１７日出願　仮出願

第６１／４１４，４６２号、２０１０年１１月３０日出願　仮出願第６１／４１７，

９３１号、２０１１年１月１９日出願　仮出願第６１／４３４，０３６号

（３０）外国出願優先権データ

　２０１１年９月６日　（ＫＲ）.................１０‐２０１１‐００８９９２３

（５１）国際分類

　　　　Ｇ０６Ｆ　１２／００　　　（２００６．０１）

（５２）米国分類

　　　　ＵＳＰＣ......................................７０９／２３１；７０９／２３６

（５８）分類調査の分野

ＵＳＰＣ...７０９／２０３、２１７‐２１８、２２３‐２２９、２３１、２３６

完全な調査履歴を参照のこと。

（５６）　　　　　　　　　引用された参考文献

　　　　　　　　　　　　米国特許文献

　　７，５１２，６６５Ｂ１*　３／２００９　クラグン（Ｃｒａｇｕｎ）.........

７０９／２１７

　　８，４６８，１４５Ｂ２*　６／２０１３　フェドリンスキー他（Ｆｅｄｏ

ｒｙｎｓｋｉ　ｅｔ　ａｌ.）......７０７／７０９

　　２００８／００３４４２４Ａ１*　　２／２００８　オーバーキャッシュ他（

Ｏｖｅｒｃａｓｈ　ｅｔ　ａｌ.）......７２６／２２

　　２００８／００５００９６Ａ１　　２／２００８　リュ（Ｒｙｕ）

　　２００８／０１２６９４３Ａ１*　　５／２００８　パラスニス他（Ｐａｒａ

ｓｎｉｓ　ｅｔ　ａｌ.............７１５／７３０

　　２００８／０２２２２４４Ａ１*　　９／２００８　ファン他（Ｈｕａｎｇ

ｅｔ　ａｌ.）......７０９／２０３

　　２００９／０２１７３５４＊　８／２００９　ブルム他（Ｂｌｕｍ　ｅｔ
　ａｌ.）...............７２６／３

＊審査官による引用

<div align="center">外国特許文献</div>

ＫＲ　　　　　　１０２００５０００００４９０Ａ　　　１／２００５

ＫＲ　　　　　　１０２００５００７５６３３Ａ　　　７／２００５

ＫＲ　　　　　　１０２００８０１０８５６８Ａ　　１２／２００８

ＷＯ　　　　　　　０３／０７３６８Ａ１　　　９／２００３

主任審査官　―　マウン　ザーニ（Ｚａｒｎｉ　Ｍａｕｎｇ）

（７４）弁護士、代理人、または会社......ウィリアム　パーク＆アソシエイツ
パテント　リミテッド（Ｗｉｌｌｉａｍ　Ｐａｒｋ＆Ａｓｓｏｃｉａｔｅｓ　Ｐ
ａｔｅｎｔ　Ｌｔｄ.）

（５７）　　　　　　　　　　要約
コンテンツのメタデータを用いた適応型ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａ
ｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）ストリーミングサービスを提供する。メタデー
タは、１つ以上のＢａｓｅＵＲＬ要素を含むことができる。媒体を形成するセグ
メントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）は、Ｂ
ａｓｅＵＲＬ要素に基づいて生成することができる。さらに、セグメントのＵＲ
Ｌは、ＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃ
ｅ　ＵＲＬ属性にマッピングすることによって生成することができる。生成され
たＵＲＬによって示されるセグメントは、互いに同一であってもよい。

図1





図2

図3





図4

ＴＳパケットのストリーム

オフセット＝１

新しいフラグメントの
最初のＴＳパケット

ＰＣＲフィールド
付きＴＳパケット



図5

100

~510
制御部

~520
送受信部

図 6



ストリーミングコンテンツを提供する装置および方法

技術分野

本発明は、ストリーミングコンテンツを提供する技術に関し、特に、適応ストリーミングを用いて媒体コンテンツを提供する装置および方法に関する。

背景技術

ストリーミングは、音声や動画像などのマルチ媒体コンテンツを伝送・再生する方式の一つである。クライアントは、ストリーミングを介してコンテンツを受信しながらコンテンツを再生することができる。

適応ストリーミングサービスとは、クライアントのリクエストと、そのリクエストに対するサーバの応答とを通信方式を用いてストリーミングサービスを提供するサービスである。

クライアントは、適応型ストリーミングサービスを用いて、クライアントの環境（例えば、クライアントの伝送チャネル）に適した媒体シーケンスをリクエストすることができる。サーバは、サーバに含まれる様々な品質の媒体シーケンスのうち、クライアントのリクエストに合致した媒体シーケンスを提供してもよい。

適応型ストリーミングサービスは、様々なプロトコルに基づいて提供されてもよい。

ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）適応型ストリーミングサービスとは、ＨＴＴＰプロトコルに基づいて提供される適応型ストリーミングサービスのことである。ＨＴＴＰ適応型ストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを使用してサーバからコンテンツを受信し、ストリーミングサービスに関連するリクエストをサーバに送信することができる。

発明の開示

技術的な目標

本発明の一態様は、コンテンツの再生中に、１つまたは複数のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を解釈することができる装置および方法を提供する。

本発明の別の態様は、１つまたは複数のＢａｓｅＵＲＬ要素間のＢａｓｅＵＲ

Ｌ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることによってセグメントのＵＲＬを生成することができる装置および方法を提供する。

技術的解決手段

本発明の一態様によれば、１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、ＢａｓｅＵＲＬ要素に対して解決されたセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して、媒体のセグメントに対するリクエストを送信するステップと、セグメントを受信するステップと、セグメントに含まれる媒体のデータをデコードおよびレンダリングするステップとを含む、媒体を提供する方法が提供される。

リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信することができる。

メタデータは範囲属性を含むことができる。

リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

ＵＲＬは絶対ＵＲＬでも相対ＵＲＬでもよい。

同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。

ＢａｓｅＵＲＬ要素の中の第１のＢａｓｅＵＲＬ要素は、基本的なユニバーサルリソースインジケータ（ＵＲＩ：Ｕｎｉｖｅｒｓａｌ　Ｒｅｓｏｕｒｃｅ　Ｉｎｄｉｃａｔｏｒ）として使用することができ、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素は、代替的なＢａｓｅＵＲＬ要素として使用することができる。

メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅ　ＵＲＬ属性にマッピングしてＵＲＬを生成するようにしてもよい。

メタデータは、媒体の媒体プレゼンテーション記述（ＭＰＤ）とすることができる。

媒体は、１つ以上のピリオドのシーケンスを含むことができる。

ＢａｓｅＵＲＬ要素は、ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲ

Ｌ要素、およびピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素を含むことができる。

各ピリオドに含まれるセグメントのＵＲＬは、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

ピリオドレベルＢａｓｅＵＲＬ要素は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

各ピリオドは、１つ以上のグループを含むことができる。

ＢａｓｅＵＲＬ要素は、グループの１つ以上のグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。

各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

グループレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

各グループは、１つ以上の表現を含むことができる。

各表現は、ピリオド内の媒体の１つ以上の構成要素の構造化された集合であってもよい。

ＢａｓｅＵＲＬ要素は、さらに、表現の１つ以上の表現レベルＢａｓｅＵＲＬ要素を含むことができる。

各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵＲＬ要素に関して解決されることができる。

表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

本発明の別の態様によれば、端末は、媒体のメタデータを受信し、セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を使用して媒体のセグメントに対するリクエストを送信し、セグメントを受信し、セグメントに含まれる媒体のデータを復号するアクセスエンジンであって、メタデータが１つ以上のＢａｓｅＵＲＬ要素を含み、ＵＲＬがＢａｓｅＵＲＬ要素に対して解決されるアクセスエンジンと、アクセスエンジンから媒体のデータを受信し、媒体を出力する媒体エンジンとを含む。

発明の効果

　本発明の実施形態によれば、コンテンツの再生中に、１つ以上のＢａｓｅＵＲ
Ｌ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔ
ｏｒ　（ＵＲＬ）を解釈することが可能である。

　さらに、本発明の実施形態によれば、１つ以上のＢａｓｅＵＲＬ要素の中のＢ
ａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすること
により、セグメントのＵＲＬを生成することができる。

図面の簡単な説明

　図１は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

　図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

　図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報の
レベルを示す図である。

　図４は本発明の一実施形態による動画像専門家グループ２トランスポートスト
リーム（ＭＰＥＧ－２　ＴＳ）における仮想境界の検出を示す図である。

　図５は本発明の一実施形態による端末１００の構成を示す図である。

　図６は本発明の一実施形態による端末１００の構成を示す図である。

発明を実施するための最良の形態

　以下に、本発明の実施形態を詳細に参照するが、その例は添付の図面に示され
ており、同様の参照番号は全体を通して同様の構成要素を示している。以下、図
面を参照して本発明を説明するために実施例を説明する。

　ダイナミックアダプティブストリーミングオーバー　ＨＴＴＰ（ＤＡＳＨ：Ｄ
ｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）
は、１）ＨＴＴＰサーバからＨＴＴＰクライアントへの媒体コンテンツの配信、
および２）標準のＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にす
るフォーマットを指定できる。

　媒体コンポーネントは、オーディオ、ビデオ、または特定の属性、例えば、帯
域幅、言語、または解像度を有する時限テキストなど、個々の媒体タイプの符号
化バージョンとすることができる。

　媒体コンテンツは、共通のタイムライン、例えば、オーディオ、ビデオ、また

は時限テキストを有する媒体コンポーネントのセットであってもよい。さらに、媒体コンポーネントは、媒体コンポーネントがプログラムまたは映画としてどのように提示され得るか（例えば、個々に、共同して、または相互に排他的に）に関する関係を有し得る。

　媒体コンテンツとコンテンツは、互換性のある用語として使用することができる。

　媒体プレゼンテーション（または複数の媒体）は、連続媒体の構成要素を含む媒体コンテンツの境界付きまたは境界なしのプレゼンテーションを確立するために使用されるデータの構造化された集合であり得る。

　言い換えると、媒体プレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡＳＨクライアントにアクセス可能なデータの構造化された集合であってもよい。

　媒体プレゼンテーション記述（ＭＰＤ）は、媒体プレゼンテーションのための形式化された記述であり得る。

　媒体プレゼンテーションは、ＭＰＤの可能な更新を含めて、ＭＰＤによって記述され得る。

　コンテンツには、オンデマンドコンテンツとライブコンテンツがある。

　コンテンツは、１つ以上のインターバルに分割することができる。言い換えれば、コンテンツは、１つ以上のインターバルを含むことができる。

　インターバルは、ピリオドと交換することができる。ピリオドという用語は、第３世代パートナーシッププロジェクト（３ＧＰＰ）適応型ＨＴＴＰストリーミングの用語として使用することができる。

　ピリオドは、媒体プレゼンテーションのインターバルとすることができる。すべてのピリオドの連続したシーケンスが媒体プレゼンテーションを構成することがある。

　言い換えると、媒体プレゼンテーションは、１つまたは複数のピリオドのシーケンスを含むことができる。

　１つ以上のインターバルを基本単位とすることができる。１つ以上のインターバルは、シグナリングメタデータによって記述することができる。言い換えると、

メタデータは、1つまたは複数のインターバルのそれぞれを記述することができる。

　メタデータはＭＰＤであってもよい。

　ＭＰＤは、セグメントのリソース識別子をアナウンスするためのフォーマットを定義することができる。ＭＰＤは、媒体プレゼンテーション内の識別されたリソースのコンテキストを提供してもよい。リソース識別子は、ＨＴＴＰ－Ｕｎｉ
ｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）とすることができる。
ＵＲＬは、バイト範囲属性によって制限することができる。

　各インターバルはフラグメントに分割することができる。

　フラグメントはセグメントと交換可能である。セグメントという用語は、３ＧＰＰ適応型ＨＴＴＰストリーミングの用語として使用できる。

　セグメントは、例えば、ＲＦＣ２６１６で定義されているように、ＨＴＴＰ－
ＵＲＬに対するＨＴＴＰ／１．１ＧＥＴリクエスト（またはバイト範囲で示される部分に対するＧＥＴリクエスト）に対するレスポンスのエンティティボディを参照することができる。

　端末は、受信したバイト（すなわちセグメント）を用いて媒体コンテンツを再生することができる。

　サブセグメントは、セグメントレベルでセグメントインデックスによってインデックス付けされ得るセグメント内の最小単位を指すことができる。

　単一のインターバルに対応するフラグメントの２つ以上のセットが存在してもよい。各セットは代替物と呼ぶことができる。

　代替物は、表現（又は式）と交換可能であり得る。

　各ピリオドには、１つ以上のグループを含めることができる。

　各グループは、同じ媒体コンテンツの１つ以上の表現を含むことができる。

　表現は、単一ピリオド内の１つ以上の媒体構成要素の構造化された集合を指す場合がある。表現は、媒体コンテンツの代替選択のうちの１つであってもよく、または、例えば、ビットレート、解像度、言語、コーデックなどの符号化選択によって典型的に異なる媒体コンテンツのサブセットであってもよい。

　ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つまたは複数の表現を選択

できるようにする記述情報を提供してもよい。

　ランダムアクセスポイント（ＲＡＰ：Ｒａｎｄｏｍ　Ａｃｃｅｓｓ　Ｐｏｉｎ
ｔ）は、媒体セグメント内の特定の場所である場合がある。ＲＡＰは、媒体セグ
メントに含まれる情報のみを用いて、ＲＡＰの場所から連続的に再生を開始でき
る場所として特定することができる。

　各表現は、１つ以上のセグメントから形成することができる。言い換えると、
表現は、１つ以上のセグメントを含むことができる。

　ＭＰＤは、１）セグメントにアクセスし、２）ユーザにストリーミングサービ
スを提供するために、適切なＨＴＴＰ－ＵＲＬを形成するためにＤＡＳＨクライ
アントに必要なメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは
絶対ＵＲＬでも相対ＵＲＬでもよい。

　ＭＰＤは、拡張マークアップ言語（ＸＭＬ）文書であり得る。

　ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは、単一のＭＰＤ要素のみを含むこ
とができる。

　図１は本発明の一実施形態に係るコンテンツ処理方法を示す信号フローチャー
トである。

　端末１００は、ＤＡＳＨクライアントであってもよい。

　ＤＡＳＨクライアントは、ＲＦＣ２６１６で規定されたクライアントと互換性
がある可能性がある。

　ＤＡＳＨクライアントは通常、セグメントまたはセグメントの一部にアクセス
するために、ＲＦＣ２６１６で規定されているように、ＨＴＴＰ　ＧＥＴメソッ
ドまたはＨＴＴＰパーシャルＧＥＴメソッドを使用することができる。

　サーバ１１０は、ＤＡＳＨセグメント上でホスティングを実行することができ
る。サーバ１１０は、ＲＦＣ２６１６で規定されたサーバと互換性がある可能性
がある。

　動作１２０において、端末１００は、サーバ１１０から媒体（またはコンテン
ツ）のメタデータを受信することができる。即ち、サーバ１１０は、媒体のメタ
データを端末１００に送信してもよい。

　メタデータは、ＢａｓｅＵＲＬ要素を含むことができる。１つまたは複数のＢ

ａｓｅＵＲＬ要素が提供されてもよい。

　動作１３０において、端末１００は受信したメタデータを処理することができる。動作１３０において、端末１００は、メタデータによって提供される情報、またはメタデータに含まれる情報を抽出することができる。

　動作１４０〜１５０において、端末１００は、メタデータによって提供される情報に基づいて媒体のセグメントにアクセスすることができる。

　各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

　メタデータは、グループの各々を記述するグループ要素を記述することができる。

　動作１４０において、端末１００は、セグメントのＵＲＬを使用してサーバ１１０に媒体のセグメントに対するリクエストを送信することができる。ＵＲＬは、上述のＢａｓｅＵＲＬ要素の１つに関して解決されてもよい。例えば、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素に基づいて生成することができる。

　端末１００は、処理されたメタデータに基づいて、特定のインターバルに適したセグメントの送信をサーバ１１０にリクエストすることができる。言い換えれば、リクエストされたセグメントは、メタデータに基づいて選択されることができる。リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信されることができる。

　メタデータは範囲属性を含むことができる。リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

　セグメントのＵＲＬは、絶対ＵＲＬでも相対ＵＲＬでもよい。

　同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。言い換えると、同一セグメントは、ＢａｓｅＵＲＬ要素によって提供されるＵＲＬによって選択的にアクセス可能であり得る。

　また、ＢａｓｅＵＲＬ要素のうち第１のＢａｓｅＵＲＬ要素を基本的なユニバ

ーサルリソースインジケータ（ＵＲＩ）として使用し、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素を代替ＢａｓｅＵＲＬ要素として使用してもよい。

メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅＵＲＬ属性にマッピングして、セグメントのＵＲＬを生成することができる。

動作１４５において、いくつかの場合において、サーバ１１０は、コンテンツ（例えば、スケーラブルビデオ符号化（ＳＶＣ）のための動画像専門家グループ（ＭＰＥＧ）レイヤ４（ＭＰ４）ファイル）を解析する必要があり、リクエストされたセグメントに適したデータ部分を抽出することができる。

動作１５０において、サーバ１１０は、端末１００からの各リクエストに適したセグメントを端末１００に送信することができる。端末１００は、サーバからセグメントを受信することができる。

動作１６０において、端末１００は、セグメントに含まれる媒体のデータに対してデコードおよびレンダリングを行い、媒体を再生することができる。

端末１００は、動作１２０〜１６０を繰り返すことにより、受信したセグメントを用いて媒体を再生することができる。

ここで、ＢａｓｅＵＲＬ要素は、ＭＰＤのＭＰＤレベルＢａｓｅＵＲＬ要素と、各ピリオドのピリオドレベルＢａｓｅＵＲＬ要素とを含むことができる。ピリオドレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素が属するピリオドに適用されるＢａｓｅＵＲＬ要素を参照することができる。即ち、各ピリオドに含まれるセグメントのＵＲＬはピリオドレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

１つ以上のＭＰＤレベルＢａｓｅＵＲＬ要素が提供されてもよく、１つ以上のピリオドレベルＢａｓｅＵＲＬ要素が提供されてもよい。

さらに、ＢａｓｅＵＲＬ要素は、グループのグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。１つ以上のグループレベルＢａｓｅＵＲＬ要素が提供されることがある。

　ＢａｓｅＵＲＬ要素は、さらに、表現の表現レベルＢａｓｅＵＲＬ要素を含む
ことができる。各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵ
ＲＬ要素に関して解決されることができる。

　特定のレベルのＢａｓｅＵＲＬ要素は、より高いレベルのＢａｓｅＵＲＬ要素
に関して解決されることができる。例えば、ピリオドレベルＢａｓｅＵＲＬ要素
は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。グルー
プレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解
決されることができる。表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａ
ｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されるこ
とができる。

　図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。
　シグナリング情報（すなわちメタデータ）は、以下の１）～４）に分類するこ
とができる。

　１）一般情報２１０：コンテンツの一般的な記述と、継続時間や開始時刻など
の各インターバルの一般的な記述とを含む。

　２）Ｑｕａｌｉｔｙ　ｏｆ　Ｓｅｒｖｉｃｅ（ＱｏＳ）情報２２０：ビットレ
ート、解像度、品質などの各代替物の特性を記述する。即ち、ＱｏＳ情報は、コ
ンテンツの代替物ごとの特徴を記述したものである。

　代替物は、物理的（即ち、事前に作成される）であってもよく、または仮想的
（即ち、オンザフライで作成される）であってもよい。クライアントは、代替物
の情報に基づいて、適切な代替物のフラグメントを選択することができる。した
がって、端末およびネットワークのコンテキストへの適応性をサポートすること
ができる。

　３）マッピング情報２３０：コンテンツを検索する場所を記述する。特定のケ
ースに応じて、異なるバリエーションが同じ場所または異なる場所を持つことが
ある。

　４）クライアントリクエスト２４０：このタイプのシグナリング情報は、ＨＴ
ＴＰ１．１リクエストメッセージのフォーマットに準拠する場合がある。図１に
示すように、クライアントがリクエストするパラメータは、カテゴリ１）から３

）の情報から導出することができる。

　図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報の
レベルを示す図である。

　本発明の実施形態によるメタデータのシグナリングは、コンテンツレベル情報
３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、およびマッピング
情報３４０に物理的に分離されることができる。なお、コンテンツレベル情報３
１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、マッピング情報３４
０の関連部分のリンクは、参照により行われてもよい。

　シグナリング情報のこれらの部分は、柔軟性をサポートするために異なる方法
で組み合わせることができる。

　例えば、コンテンツレベル情報３１０とインターバルレベル情報３２０のみが
クライアントに送信される場合には、代替物を決定したり、場所を解決したりす
るための全ての計算がサーバにより行われてもよい。従って、コンテンツレベル
情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場
合、処理モデルは「サーバベース」であってもよい。

　コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３
３０がクライアントに送信された場合、代替物を決定するための全ての計算およ
び場所を解決するための全ての計算は、クライアントおよびサーバによって分散
され実行されてもよい。従って、コンテンツレベル情報３１０、インターバルレ
ベル情報３２０およびＱｏＳ情報３３０がクライアントに送信される際に、モデ
ルが「配信」されてもよい。

　全てのシグナリング情報（即ち、コンテンツレベル情報３１０、インターバル
レベル情報３２０、ＱｏＳ情報３３０およびマッピング情報３４０）がクライア
ントに送信される場合、ほとんどの（または全ての）処理（即ち、代替物を決定
し、場所を解決するための計算）がクライアントによって実行されるため、モデ
ルはクライアントベースであってもよい。

　メタデータ部分を分離することにより、保存と配信の効率化が可能になる。例
えば、セッション中にコンテンツレベル情報３１０のメタデータを１回送信し、
インターバルレベル情報３２０のみを定期的に更新するようにしてもよい。同様

に、ＱｏＳＩｎｆｏ３３０を含む単一のファイルを、異なるインターバルおよび異なるコンテンツに対して使用することができる。

メタデータのセットを表現するには、ＸＭＬ、擬似コード、セッション記述プロトコル（ＳＤＰ）など、さまざまな方法がある。

本発明の実施形態では、ＸＭＬと擬似コードの両方を使用してシグナリング構文を表すことができる。ＸＭＬ構文は、ＭＰＥＧ－２１および類似のスキーマに基づくＸＬＭプロファイルをサポートするクライアントに対して使用することができる。一方、擬似コード構文は、ＩＳＯ（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ）ベースの媒体ファイルフォーマット等の「言語」に基づくものであってもよく、非ＸＭＬクライアントで使用されてもよい。特に、擬似コード構文のプロファイルは、ファイルフォーマット構文解析の構文解析モジュールに類似した構文解析モジュールを使用することができる。以下の実施形態の構文を設計するために、以下の実施形態では、共通要素の表を定義し、各フォーマットの要素を表現することができる。

提案された構文は、任意の他の言語によって表すことができる。

以下、一般的な構文要素の表について説明する。

次の表では、構文要素を階層的に説明する。つまり、子要素は、子要素の親要素の右側の列に表示される。「リーフ」レベルの要素はイタリック体で表示され、親要素は太字で表示される。親要素は、対応するＸＭＬタイプとファイルボックスで表すことができる。

オカレンスの列で、「０...　Ｎ」は、オカレンス要素のインスタンスの数が０から「無制限」であることを意味する。０の最小オカレンスは、要素が任意であり得る（即ち、存在しない）ことを意味し得る。最小オカレンス数が１以上の場合は、構文内で要素が必須であることを意味する。

オカレンスはカーディナリティと置き換えることができる。

タイプの行では、Ａは属性を示し、Ｅは要素を示す。選択性の行では、Ｍは必須を示し、Ｏはオプションを示す。属性の場合、Ｍは必須を示し、Ｏはオプションを示し、ＯＤはデフォルト値を持つオプションを示し、ＣＭは条件付きで必須

　を示す。要素の場合、要素は＜ｍｉｎＯｃｃｕｒｓ＞...＜ｍａｘＯｃｃｕｒｓ＞で表される。ここで、Ｎは無制限とすることができる。

　以上の意味は、本明細書の他の表にも等しく適用できる。

　また、ＱｏＳＩｎｆｏはＡｄａｐｔａｔｉｏｎＩｎｆｏとも呼ばれ、ＱｏＳＩｎｆｏをより具体的なものにする。さらに、構文の柔軟性を高めるために、いくつかの要素を修正することができる。

　次の表１に、一般的な情報を示す。

TABLE 1

| | | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | HTTP ストリーミングのためのシグナリングメタデータのトップレベル要素を記述する | HttpStreamingType | 'htps' ボックス |
| | GeneralInfo | | 0...N | 記述されたコンテンツの一般情報を含む | GeneralInfoType | 'geni' ボックス |
| | | TimeScale | 0...1 | 1 秒間の時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間関連要素と共に使用される。 | 整数 | 符号なし整数（32） |
| | | LiveStartTime | 0...1 | LiveStartTime 要素が存在しない場合、コンテンツは VoD タイプである。LiveStartTime 要素の存在は、LiveStartTime の時間値で表示されるライブコンテンツを示す。LiveStartTime が 0 の時間値を有する場合、表示時間は未知である。 | dateTime | 符号なし整数（64） |
| | | 持続時間 | 0...1 | 存在する場合、コンテンツの持続時間を示す。そうでなければ、持続時間は未知である。 | 整数 | 符号なし整数（32） |
| | | DefaultIntDuration | 0...1 | 存在する場合は、コンテンツの各インターバルのデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | | MinUpdateTime | 0...1 | 存在する場合は、主記述ファイルを再びリクエストする前の最小待ち時間を示す。 | 整数 | 符号なし整数（32） |
| | | ConsistentQoSInfo | 0...1 | 真の場合、QoS 情報がコンテンツ持続時間全体と同じであることを示す。 | ブール | 前記ボックスのフラグ |

TABLE 1-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | DefaultContentLoc | 0...1 | コンテンツのデフォルト場所を提供する。 | anyURI | URL の文字列 |
| IntervalsRef | | 0...N | インターバル要素の１つまたは複数のインスタンスを含む記述への参照を提供する。インターバル要素の１つまたは複数のインスタンスは、連続するインターバル（単数および複数）のシーケンスを表す。 | IntervalsRefType | 'iref' ボックス |
| インターバル | | 0...N | コンテンツのインターバルの情報を提供する。インターバルの情報は、インターバル要素のインスタンスとして含まれてもよく、または IntervalsRef 要素によって参照されてもよい。 | IntervalType | 'intv' ボックス |
| | IntervalInfo | 0...1 | インターバルの一般情報を提供する。 | IntervalInfoType | 'inti' ボックス |
| | QoSInfoRef | 0...1 | QoSInfo 要素によって表される記述への参照を提供する。QoSInfoRef 要素が存在する場合、QoSInfo 要素は同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'qref' ボックス |
| | QoSInfo | 0...1 | リソース特徴および品質／有用性など、コンテンツの代替物に関する情報を提供する。QoSInfo 要素が存在する場合、QoSInfoRef 要素は存在しなくてもよい。 | QoSInfoType | 'QoSi' ボックス |
| | MappingInfoRef | 0...1 | MappingInfo 要素によって表される記述への参照を提供する。MappingInfoRef 要素が存在する場合、MappingInfo 要素は、同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'mref' ボックス |
| | MappingInfo | 0...1 | コンテンツ代替物の場所に関する情報を提供する。情報が提供されない場合、DefaultContentIntLoc 要素（提供されない場合、DefaultContentLoc）を使用してコンテンツを取得することができる。MappingInfo 要素が存在する場合、MappingInfoRef 要素は存在しなくてもよい。 | MappingInfoType | 'mapi' ボックス |
| | NextIntervalsRef | 0...1 | 次のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の１つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。NextIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。現在の時間ウィンドウ内では、最終インターバルのみが NextIntervalsRef 要素を含むことができる。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |
| | PreviousIntervalsRef | 0...1 | 前のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の１つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。PreviousIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |

TABLE 1-continued

| オカレンス セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|
| 現在の時間ウィンドウ内で、最初の間隔のみが NextIntervals Ref 要素を含み得る。 | | |

以下の表2に、ＩｎｔｅｒｖａｌｓＲｅｆ、ＮｅｘｔＩｎｔｅｒｖａｓＲｅｆ、ＰｒｅｖｉｏｕｓＩｎｔｅｒｖａｌｓＲｅｆ、ＱｏＳＩｎｆｏＲｅｆ、ＭａｐｐｉｎｇＩｎｆｏＲｅｆ、およびＩｎｔｅｒｖａｌＩｎｆｏを記載する。

TABLE 2

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | | | | | |
| | インデックス | 1 | 次の場所要素によって参照される記述ファイル内の参照される記述またはボックス（インターバル、QoSInfo、MappingInfo）の順序（1から始まる）を示す。 | 該当せず | 符号な整数（8） |
| | 場所 | 1 | インターバル、QoSInfo、またはMappingInfoによって表される記述への参照を提供する。 | dia:参照タイプにおける uri 要素 | 文字列（url を表す） |
| IntervalInfo | | | | | |
| | TimeScale | 0...1 | 1秒間の時間単位数を記述する。この値は、時間単位が指定されていない場合に、時間間隔要素と共に使用される。TimeScale要素は、存在する場合、GeneralInfoによって提供される時間スケールをオーバーライドする。 | 整数 | 符号なし整数（32） |
| | StartTime 持続時間 | 0...1 | インターバルの開始時間を示す。インターバルの持続時間を示す。 | 整数 | 符号なし整数（32） |
| | DefaultFrag Duration | 0...1 | インターバルのフラグメント（最後のフラグメントを除く）のデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | DefaultContent Int Loc | 0...1 | コンテンツインターバルのデフォルト場所を提供する。 | anyURI タイプ | 文字列 |
| | 最後 | 0...1 | 真の場合、コンテンツの最終インターバルを示す。 | ブール | フラグによって |
| IntervalsRef, Previous IntervalsRef NextInterval Ref | | | | | |
| | startTime | | コンテンツの開始時間に対するインターバル／ピリオドの参照されたシーケンスの開始時間を示す（ライブコンテンツについては LiveStartTime、オンデマンドコンテンツについては 0）。 | xs:duration | |
| | Available Time | 0...1 | 次のインターバルの記述が利用可能である時間を示す。これは、コンテンツの開始時間からの相対時間である。 | 整数 | 符号なし整数（32） |
| | Index | 1 | 次の場所要素によって参照される記述ファイル内の参照されるインターバル記述（またはボックス）の順序（1から始まる）を示す。 | 該当せず | 符号な整数（8） |

TABLE 2-continued

| | | | | | |
|---|---|---|---|---|---|
| | 場所 | 1 | インターバル記述を含む記述ファイルへの参照を提供する。 | dia:参照タイプ内の sx:anyURI タイプまたは uri 要素 | 文字列（url を表す） |

次の表3に、ＱｏＳＩｎｆｏ要素を示す。

TABLE 3

| | | | オカレンス | セマンティクス | XML 構文（MPEG -21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| QoSInfo | | | 1 | リソース特徴および品質／有用性などのコンテンツ代替物のリストに関する情報を提供する。 | dia:AdaptiveQoSType の効用関数を含む QoS InfoType | 'QoSi' ボックス |
| | ClassSchemeRef | | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前の意味論を提供する。 | dia:DescriptionMetadataType | 'csmr' ボックス |
| | | スキーム | 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | url 文字列 |
| (1) | リソース | | 0...N | リソース要素の各インスタンスは、代替物のリストについて、特定のリソースタイプ（例えば、ビットレート）の特性値を記述する。 | DIA Utility-Fu nctionType における dia:UFData Type の要素制約 | 'resi' ボックス |
| (2) | AdaptationOperator | | 0...N | AdaptationOperator 要素の各インスタンスは、代替物のリストについて、特定の適応タイプの値を記述する（たとえば、時間幅を除去する）。 | | 'adpo' ボックス |
| (3) | 有用性 | | 0...N | 有用性要素の各インスタンスは、代替物のリストについて、特定の品質／有用性タイプ（例えば、MOS）の値を記述する。 | dia:UFDataType | 'util' ボックス |
| | UtilityRank | | 0...1 | 代替物のリストに対する品質ランキングを記述する。 | dia:UtilityRankType | 'utir' ボックス |
| | | 値 | 1...N | 代替物の品質／有用性ランクを示す。値要素のインスタンスの数は、代替物の数に等しい。 | 整数 | 符号なし整数（16） |

　以下の表４は、表３の（１）リソース、（２）ＡｄａｐｔａｔｉｏｎＯｐｅｒａｔｏｒ、および（３）有用性の共通セマンティクスを示す。

TABLE 4

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfo | | 1 | リソース特徴および品質／有用性などのコンテンツ代替物のリストに関する情報を提供する。 | dia:AdaptiveQoSType の効用関数を含む QoSInfo Type | 'QoSi' ボックス |
| | ClassSchemeRef | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前のセマンティクスを提供する。 | dia:DescriptionMetadataType | 'csmr' ボックス |

TABLE 4-continued

| | | | | | |
|---|---|---|---|---|---|
| | スキーム | 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | url 文字列 |
| (1) | リソース | 0...N | リソース要素の各インスタンスは、代替物のリストについて、特定のリソースタイプ（例えば、ビットレート）の特性値を記述する。 | DIA Utility-Function Type における dia:UFD ataType の要素制約 | 'resi' ボックス |
| (2) | AdaptationOperator | 0...N | AdaptationOperator 要素の各インスタンスは、代替物のリストについて、特定の適応タイプの値を記述する（たとえ、時間層を除去する）。 | | 'adpo' ボックス |
| (3) | 有用性 | 0...N | 有用性要素の各インスタンスは、代替物のリストについて、特定の品質／有用性タイプ（例えば、MOS）の値を記述する。 | dia:UFDataType | 'util' ボックス |
| | UtilityRank | 0...1 | 代替物のリストに対する品質ランキングを記述する。 | dia:UtilityRankType | 'utir' ボックス |
| | 値 | 1...N | 代替物の品質／有用性ランクを示す。値要素のインスタンスの数は、代替物の数に等しい。 | 整数 | 符号なし 整数（16） |

| 要素（1）、（2）、（3） | | | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | Name | 1 | 要素の特定のタイプの識別子を記述する。識別子が上記の実装形態によって意味的に定義されていない場合、次の3つの要素を使用して、分類方式で識別子の意味を見つける。 | Attr. 'iOPinRef', ref. a CS term | 符号なし 整数（32） |
| | CSref_ind | 0...1 | ClassSchemeRef 要素によって提供されるリスト内の分類スキームの参照インデックスを示す。 | 該当せず | 符号なし 整数（16） |
| | LevelNum | 0...1 | レベルの数を示す。 | 該当せず | 符号なし 整数（16） |
| | LevelIndex | 1...N | LevelIndex 要素の各インスタンスは、分類スキームのレベルにおけるインデックス値を表す。 | 該当せず | 符号なし 整数（16） |
| | 値 | 1...N | 代替物のリソースタイプ（適応演算子、または有用性）の値を示す。値要素のインスタンスの数は、代替物の数に等しい。 | dia:VectorDataType 内の構成要素 | 符号なし 整数（32） |

次の表5に、マッピング情報を示す。

TABLE 5

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| MappingInfo | | 0...1 | QoSInfo に記載された各代替物の場所 ID を提供する。AlterLocID 要素が存在しない場合、ロケーションリスト内の最初のロケーションがすべての代替物に使用され得る。 | MappingInfoType dia:IntegerVectorType | 'mapi'ボックス 'aloc'ボックス |
| | AlterLocID | 0...1 | | | |

TABLE 5-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | Value | 1...N | 代替物の場所 ID を示す。この要素のインスタンスの数は、代替物の数に等しい。値要素の n 番目のインスタンスは、QoSInfo 記述の n 番目の代替物に対応する。 | 整数 | 符号なし整数 (16) |
| ReqQoSPara | | 0...N | クライアントによってサーバに送信されるリクエスト（代替として）に入れることができる QoSInfo のパラメータを示す。パラメータは、リソース、AdaptationOperator、有用性、または UtilityRank 要素のインスタンスであり得る。 | dia:BooleanVectorType を拡張する ReqQoSParaType | 'reqp'ボックス |
| | RefIndex | 1 | リソース、AdaptationOperator、有用性および UtilityRank 要素のインスタンスリストにおけるインスタンスインデックス／参照を示す。 | QoSInfo における IOPin を参照する属性 'iOPinRef'で表される。 | 符号なし整数 (16) |
| | すべて | 1 | 真の場合、パラメータは、すべての代替物について要求される必要があり、ReqFlag はスキップされ得る。 | ブール | フラグ |
| | ReqFlag | 0...N | ReqFlag 要素の各インスタンスは、代替物に対応する。ReqFlag が真である場合、対応する代替物のリクエストは、上記で識別されたパラメータを有する。 | BooleanVectorType の構成要素 | 符号なし整数 (8) |
| LocationList | | 1 | コンテンツ代替物を取得するための場所のリストを提供する。 | LocationListType | 'locl'ボックス |
| | 場所 | 1...N | 場所の情報を提供する | LocationType | 'loca'ボックス |

場所要素のセマンティクスは、表 6 に示されるように、さらに提供され得る。

TABLE 6

| | | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|---|
| 場所 | | | 0...N | | LocationType | 'loca' ボックス |
| | LocID | | 1 | 場所要素のインスタンスの ID を示す。場所要素は AlterLoc ID によって参照される。 | 整数 | 符号なし 整数（16） |
| | StrLocation | | 0...N | コンテンツインターバルのストリームの場所情報を提供する。各ストリームは、ストリーム URL または複数のフラグメント URL のいずれかによって提供される。 | StrLocationType | 'stlo' ボックス |
| | | FragNum | 0...1 | フラグメントの数を提供する | 整数 | 符号なし 整数（16） |
| | | StreamUrl | 0...1 | ストリームの URL を記述する | anyURItype | 文字列 |
| | | FragmentUrl | 0...N | フラグメントの URL を記述する。Fragmentrl 要素のインスタンス数は、フラグメント数である。 | anyURItype | 文字列 |
| | | FragTime | 0...1 | フラグメントの持続時間を提供する。 | dia:VectorDataType | 'frtm' ボックス |
| | | 値 | 1...N | フラグメントの持続時間を示す。値要素のインスタンス数は、フラグメント数である。 | 整数 | 符号なし 整数（32） |

TABLE 6-continued

| | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|
| RandAccess | | 0...1 | ランダムアクセスをサポートするフラグメントを記述する。 | dia:VectorDataType | 'rdac' ボックス |
| | 値 | 1...N | ランダムアクセスフラグメントの順序を示す。 | 整数 | 符号なし整数（16） |
| MP2TSPara | | 0...1 | MPEG-2 TS 内のコンテンツ／プログラムの場所を特定するための追加パラメータ（URL 以外）を記述する。 | MP2TSParaType | 'mp2p' ボックス |
| | PID | 0...N | コンテンツ／プログラムの PID の値を MPEG-2 TS に記述する。 | 整数 | 符号なし整数（16） |
| FragBoundaries | | 0...1 | ストリーム内の（仮想）フラグメントの境界を記述する。FragBoundaries 要素のインスタンスの数は、ストリームのフラグメントの数に等しい。以下の要素の 1 つのタイプのみが FragBoundaries インスタンスに存在する。 | FragBoundariesType | 'frbd' ボックス |
| | MP2TSBoundary | 0...N | （仮想）フラグメント境界を検出するためのパラメータを MPEG-2 TS に記述する。MP2TSBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。MP2TSBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | MP2TSBoundaryType | 'mp2b' ボックス |
| | ISOFileBoundary | 1...2 | ISO ベース媒体ファイルフォーマットに基づいてファイル内の（仮想）フラグメント境界を検出するためのパラメータを記述する。ISOFileBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。ISOFileBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | ISOFileBoundaryType | 'isfb' ボックス |
| | ByteRanges | 1 | ファイルの部分／フラグメントを識別するバイト範囲を記述する。ByteRanges 要素によって提供されるパラメータは、HTTP リクエストにおけるバイト範囲オプションのために使用され得る。 | ByteRangesType | 'brag' ボックス |

　ＭＰ２ＴＳＢｏｕｎｄａｒｙ、ＩＳＯＦｉｌｅＢｏｕｎｄａｒｙ、およびＢｙ
ｔｅＲａｎｇｅｓのセマンティクスは、表７に示されるようにさらに提供され得
る。

TABLE 7

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| MP2TS Boundary | | | MP2TS Boundary Type integer | 'mp2b' box |
| PCR_PID | 1 | Describes PID carrying PCR of the concerned content/program. | integer | unsigned int(16) |

TABLE 7-continued

| | Occurrence | Semantics | XML syntax (based on DIA) | Pseudo-code (MP4) |
|---|---|---|---|---|
| PCR_base | 1 | PCR ベースフィールドの値を記述する | 長い | 符号なし整数 (40) |
| PCR_ext | 1 | PCR 拡張フィールドの値を記述する。 | 整数 | 符号なし整数 (16) |
| 出現 | 1 | 上記 2 つの要素で識別される PCR 値を含む TS パケットの出現順序（例えば、1 番目、2 番目）を記述する。PCR のリセット／不連続がある場合、PCR 値は、インターバル中に 2 回以上出現し得る。 | 整数 | 符号なし整数 (16) |
| Media_PID | 1 . . . N | プログラムの媒体（例えばビデオ）の PID を記述する。Media_PID 要素のインスタンスの数は、プログラム／コンテンツの媒体の数に等しい。 | 整数 | 符号なし整数 (16) |
| Media_Offset | 1 . . . N | 上記識別された PCR パケットからフラグメントの最初の媒体パケットへのオフセット（同じ media PID の TS パケットにおける）を記述する。媒体オフセットの n 番目のインスタンスは、Media_PID の n 番目のインスタンスに関連付けられる。 | 整数 | 符号なし整数 (16) |
| ISOFile Boundary | | | ISOFile BoundaryType integer | 'isfb' ボックス |
| SequenceNo | 1 | mfhd ボックス内に提供されるシーケンス番号を記述する。mfhd ボックスは、MP4 ファイルのフラグメントを定義する。0 の値を有する SequenceNo は、ファイルの開始を示す。 | | 符号なし整数 (16) |
| ByteRanges | | | ByteRanges タイプ | 'brag' ボックス |
| 開始 | 1 . . . N | バイト範囲の開始値を記述する。'−1' の値は、HTTP リクエスト内のこの値が欠落していることを意味する。 | 整数 | 符号なし整数 (32) |
| 終了 | 1 . . . N | バイト範囲の終了値を記述する。'−1' の値は、HTTP リクエスト内のこの値が欠落していることを意味する。開始−終了インスタンスは対で存在する。終了の n 番目のインスタンスは、開始の n 番目のインスタンスに関連付けられる。 | 整数 | 符号なし整数 (32) |
| Media_PID | 0 . . . N | 上記開始−終了の対のバイト範囲から抽出する必要がある媒体（例えば、ビデオ）の PID を記述する。Media_PID 要素は、バイト範囲が MPEG-2 TS のセグメントであり、全ての PID を配信する必要がない場合に使用される。 | 整数 | 符号なし整数 (16) |

以下、クライアントリクエストについて説明する。

クライアントによって取得されたメタデータのシグナリングは、シグナリング情報の異なる部分またはレベルを含むことができる。したがって、クライアント

からサーバへのリクエストは、詳細の異なるレベルのパラメータを含むことができる。

クライアントの主要なパラメータはＵＲＩであり、クエリ部分に関連付けられる。

次の３つの主要なシナリオを検討する。

１）サーバベースのシナリオ

サーバベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般コンテンツ情報３１０および一般インターバル情報３２０を含むことができる。

リクエストされたコンテンツのＵＲＩには、ＤｅｆａｕｌｔＣｏｎｔｅｎｔＩｎｔＬｏｃ（そうでない場合はＤｅｆａｕｌｔＣｏｎｔｅｎｔＬｏｃ）を使用することができる。クライアントがコンテンツの特定のフラグメントをリクエストできるようにするために、以下のパラメータａ）およびｂ）が（動作１４０におけるリクエストの）照会部分において定義される。

ａ）「ｆｒａｎｇｏ」とは：インターバル内のフラグメントのオーダー値。

ｂ）「Ｆｒａｇｔｉ」とは：インターバル内のフラグメントの開始時間。

例えば、リクエストＵＲＩは「ＨＴＴＰ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａｇｎｏ＝５」のようになる。

２）分散シナリオ

分散シナリオでは、サーバからクライアントに提供されるメタデータは、一般コンテンツ情報３１０、一般インターバル情報３２０、およびＱｏＳ情報３３０を含むことができる。

上記のパラメータに加えて、クライアントが適切な代替物をリクエストできるようにするために、以下のＱｏＳ関連パラメータａ）～ｃ）が（動作１４０におけるリクエストの）照会部分に定義される。

ａ）「変更」：代替物のオーダー値。代替物の順序値に基づいて、代替物がＱｏＳ情報に表示される場合がある。

ｂ）「ｏｐｅｒ１」、「ｏｐｅｒ２」，...、および「ｏｐｅｒＮ」:「ｏｐｅｒｉ」は、ＱｏＳ情報に現れるｉ番目の適合動作の値を運ぶ。

　ｃ）「ｒｅｓ１」、「ｒｅｓ２」、...、「ＲｅｓＮ」：「ｒｅｓｉ」は、ＱｏＳ情報に現れるｉ番目のリソースの値を運ぶ。

　上記の３つのオプションのうち、１つのリクエストで使用できるのは１つだけである。

　一般的な適合演算子とリソースタイプでは、理解性と相互運用性を向上させるための特定のパラメータ名を定義することができる。

　適合演算子は次のａ）からｅ）までである。

　ａ）ａｕｄｉｏｌａｙｅｒｓ：破棄するスケーラブルオーディオレイヤの数を示す。

　ｂ）ｔｅｍｐｏｒａｌｌａｙｅｒｓ：破棄されるスケーラブルビデオの時間レイヤ数を示す。

　ｃ）ｓｐａｔｉａｌｌａｙｅｒｓ：破棄されるスケーラブルビデオの空間レイヤ数を示す。

　ｄ）ｑｕａｌｉｔｙｌａｙｅｒｓ：廃棄されるスケーラブルビデオの品質レイヤ数を示す。

　ｅ）ｐｒｉｏｒｉｔｙｌａｙｅｒｓ：破棄されるスケーラブルビデオの優先レイヤ数を示す。

　リソースタイプは、次のａ）からｄ）のとおりである。

　ａ）ｂｉｔｒａｔｅ：リクエストされた代替物の平均ビットレート（単位：Ｋｂｐｓ）を示す。

　ｂ）ｖｅｒｔｒｅｓｏｌｕｔｉｏｎ：リクエストされた代替物の垂直解像度を示す。

　ｃ）ｈｏｒｉｒｅｓｏｌｕｔｉｏｎ：リクエストされた代替物の水平解像度を示す。

　ｄ）ｆｒａｍｅｒａｔｅ：リクエストされた代替物のフレームレートを示す。

　事前定義されたパラメータを使用すると、ビットレートに基づくリクエストＵＲＩの例は「ｈｔｔｐ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａｇｎｏ＝５＆ｂｉｔｒａｔｅ＝５５０」となる。

　３）クライアントベースのシナリオ

クライアントベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般的なコンテンツ、一般的なインターバル情報、ＱｏＳ情報、およびマッピング情報を含むことができる。

リクエストで使用されるＱｏＳ関連パラメータは、ＱｏＳＩｎｆｏメタデータのＲｅｑＱｏＳＰａｒａ部分で示すことができる。例えば、ＲｅｑＱｏＳＰａｒａのＲｅｆＩｎｄｅｘが０またはｎｕｌｌの場合、「変更」パラメータを他のオプションの代わりに使用できる。

ＲｅｑＱｏＳＰａｒａがＱｏＳＩｎｆｏメタデータに存在しない場合、ＱｏＳ関連パラメータを使用しなくてもよい。この場合の代替物は、ＭａｐｐｉｎｇＩｎｆｏの場所によって暗示される場合がある。

コンテンツのＵＲＩは、ＭａｐｐｉｎｇＩｎｆｏの豊富な記述から導出することができる。コンテンツ／プログラムがＭＰＥＧ－２ＴＳで搬送される場合、１つまたは複数のＰＩＤを使用して、ストリーム内のコンテンツの場所を特定することができる。

フラグメント境界を検出するための追加情報が提供される場合、（動作１４０におけるリクエストの）問い合わせ部分に対して以下のパラメータ１）から３）を使用することができる。

　１）ＭＰＥＧ－２ＴＳ境界の場合、Ａｐｐｅａｒａｎｃｅ、ＰＣＲ＿ＰＩＤ、ＰＣＲ＿ｂａｓｅＰＣＲ＿ｅｘｔ、Ｍｅｄｉａ＿ＰＩＤ、およびＭｅｄｉａ＿Ｏｆｆｓｅｔ

　２）ＩＳＯ媒体ファイル境界の場合、ＳｅｑｕｅｎｃｅＮｏ

　３）生のバイトシーケンスと考えられるファイルの場合開始と終了

上のパラメータのセマンティクスは、Ｆｒａｇｂｏｕｎｄａｒｉｅｓ要素のセマンティクスで提供されることがある。

開始終了ペアは、ＨＴＴＰリクエストメッセージの範囲ヘッダーで使用できる。例えば、｛（＿Ｓｔａｒｔ＝０，Ｅｎｄ＝９９）；（Ｓｔａｒｔ＝２００，Ｅｎｄ＝２９９）｝の場合、ヘッダーは「範囲：バイト＝０－９９、２００－２９９」になる。

以下、ＸＭＬ形式の構文表現について説明する。上記の構文要素の表現は、Ｘ

ＭＬ形式で提供してもよい。各要素のセマンティクスは、上記の表１から表７に
遡ることができる。

　いくつかの要素は、ＭＰＥＧ－２１ＤＩＡで定義されたいくつかのタイプの拡
張であってもよい。いくつかの少数の要素は、ＭＰＥＧ－２１ＤＩＡで定義され
たいくつかのタイプを取り得る。

　次の表８は、ＸＭＬ形式でのＨＴＴＰＳｔｒｅａｍｉｎｇＴｙｐｅの構文表現
を示す。

<div align="center">TABLE 8</div>

```
<complexType name="HTTPStreamingType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="GeneralInfo" type="GeneralInfoType" minOccurs="0"/>
        <choice minOccurs="0" maxOccurs="unbounded">
          <element name="IntervalsRef" type="IntervalsRefType"/>
          <element name="Interval" type="IntervalType"/>
        </choice>
      </sequence>  </complexContent>
</complexType>
```

　次の表９は、ＸＭＬ形式でのＧｅｎｅｒａｌＩｎｆｏＴｙｐｅの構文表現を示
す。

<div align="center">TABLE 9</div>

```
<complexType name="GeneralInfoType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="LiveStartTime" type="dateTime" minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultIntDuration" type="integer" minOccurs="0"/>
        <element name="MinUpdateTime" type="integer" minOccurs="0"/>
        <element name="ConsistentQoSInfo" type="boolean" minOccurs="0"/>
        <element name="DefaultContentLoc" type="anyURI" minOccurs="0"/>
      </sequence>
    </extension>
```

<div align="center">TABLE 9-continued</div>

```
  </complexContent>
</complexType>
```

　以下の表１０は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＲｅｆＴｙｐｅの構文
表現を示す。

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOc-
curs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

以下の表１１は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＴｙｐｅの構文表現を示す。

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType" minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:ReferenceType"/>
        </choice>
        <element    name="PreviousIntervalsRef"    type="IntervalsRefType"
minOccurs="0"/>
          <element    name="NextIntervalsRef"    type="IntervalsRefType"
minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

次の表１２は、ＸＭＬ形式でのＩｎｔｅｒｖａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer" minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI" minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

以下の表１３は、ＸＭＬ形式におけるＩＳＯＦｉｌｅＢｏｕｎｄａｒｙＴｙｐｅおよびＢｙｔｅＲａｎｇｅｓＴｙｐｅの構文表現を示す。

TABLE 13

```
<complexType name="ISOFileBoundaryType" >
    <sequence>
        <element name="SequenceNo" type="integer" maxOccurs="unbounded"/>
    </sequence>
</complexType>
<complexType name="ByteRangesType" >
    <sequence maxOccurs="unbounded">
        <element name="Start" type="integer"/>
        <element name="End" type="integer"/>
        <element name="Media_PID" type="integer" minOccurs="0"/>
    </sequence>
</complexType>
```

　以下、ＭＰ４擬似コード形式の構文表現について説明する。上記構文要素の表現は、ＭＰ４擬似コード形式で提供されてもよい。

　以下の表１４は、ＭＰ４擬似コード形式におけるＨＴＴＰＳｔｒｅａｍｉｎｇＢｏｘの構文表現を示す。

TABLE 14

```
HTTPStreamingBox
    Box Type: 'htps'
    Container: Signaling file
    Mandatory: Yes
    Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

　図４は本発明の一実施形態によるＭＰＥＧ－２ＴＳにおける仮想境界の検出を説明する図である。

　ＴＳでは、所定のプログラムのＰＣＲパケットを固定のＰＩＤ（すなわちＰＣＲ＿ＰＩＤ）で搬送し、少なくとも１００ｍｓごとに挿入すればよい。

　ＰＣＴパケット（値が増加する）は、プログラムのアンカーポイントと考えることができる。一方、プログラムの各媒体は、所定のＰＩＤ（Ｍｅｄｉａ＿ＰＩＤ）のパケットで搬送されてもよい。

　したがって、媒体ストリームのフラグメント境界は、１）特定のアンカーポイント、および２）境界におけるアンカーからパケットへのオフセットによって定義または識別することができる。

　オフセットは、同じＭｅｄｉａ＿ＰＩＤのパケットによってカウントすることができる。

　ＰＣＲ値がリセットされることがある（不連続）。例えば、あるインターバルで１つ以上のＰＣＲパケットが同一のＰＣＲ値を有する場合には、アンカーとして用いるＰＣＲパケットの出現順を示してもよい。

ｓｏｕｒｃｅＵＲＬ属性は、必須からオプションに変更できる。これは、ｂａｓｅＵＲＬがすでに完全なＵＲＬを提供しているからである。ｓｏｕｒｃｅＵＲＬは不要な場合がある。

複数バイト範囲を使用することで、「仮想セグメント」のダウンロードに柔軟性を持たせることができる。例えば、（トリックモードで使用可能な）低フレームレートのセグメントを、ストリームまたはオリジナルセグメントからオンザフライで抽出することができる。

さらに、表現のための複数のＵＲＬの使用をサポートするために、以下の変更が３ＧＰＰ適応ＨＰＰＰストリーミングのスキーマに適用されることがある。

以下、同一のリソース／コンテンツに対する複数の場所について説明する。

記述の各レベル（トップレベル、ピリオドレベル、および表現レベル）は、記述から絶対ＵＲＬを構築するための単一のＢａｓｅＵＲＬのみを提供することができる。

各記述レベルで複数のＢａｓｅＵＲＬを提供してもよい。複数のＢａｓｅＵＲＬは、複数の場所におけるリソースの利用可能性を示すことができる。

クライアントの実際の場所に応じて、クライアントは、リソースを検索するプロセスにおいて１つまたは複数のＢａｓｅＵＲＬｓを選択することができる。

このような変更は、異なる方法で実施することができる。１つの方法は、「ｍｏｒｅｂａｓｅＵＲＬｓ」と呼ばれる追加の属性、または「ＢａｓｅＵＲＬｓ」と呼ばれる要素を使用することである。

属性または要素は、複数の（ベース）ＵＲＬで構成される文字列である。文字列は、「；」（セミコロンとスペース）などの複数の特殊文字で区切ることができる。

例えば、セミコロンまたはスペースがＵＲＬ内に現れる場合、セミコロンまたはスペースは、ＲＦＣ２６１６の規則によってエンコードされてもよい。

より低い説明レベルのｍｏｒｅｂａｓｅＵＲＬｓ属性（またはＢａｓｅＵＲＬｓ要素）は、より高い説明レベルの同じ属性（または要素）を上書きすることができる。

明確にするために、ｍｏｒｅｂａｓｅＵＲＬｓ属性とＢａｓｅＵＲＬｓ要素は

相互に排他的であるように制限することができる。つまり、１つのタイプのみが記述全体に存在する可能性がある。

別の方法として、複数のインスタンスを持つ任意のＵＲＩ型のＭｏｒｅｂａｓｅＵＲＬ要素を使用し、各インスタンスがＢａｓｅＵＲＬを提供するという方法がある。

様々な方法は、複数のＢａｓｅＵＲＬｓを提供するためのアイデアの単なる例であり得る。アイデアは、他の多くの方法で、または他の言語でさえ実装することができる。

以下、リソース／コンテンツコンポーネントの複数の場所について説明する。

リソース／コンテンツは、１つまたは複数のコンポーネント／ストリームに分割できる。１つ以上のコンポーネント／ストリームのそれぞれは、ある場所から配信されてもよい。配信は、ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットの複数のインスタンスを許可することによってサポートすることができる。ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでの修正「＜ｘｓ：ｃｈｏｉｃｅ　ｍａｘＯｃｃｕｒｓ＝″ｕｎｂｏｕｎｄｅｄ″＞」は、上記の目的のために使用することができる。

ＵｒｌＴｅｍｐｌａｔｅインスタンスまたはＵｒｌセットインスタンスの出現順序は、「場所／ストリーム」の重要性を示す場合がある。より重要な場所が、より重要でない場所の前に現れることがある。例えば、ビデオ表現は、２つのストリーム（例えば、空間基本層と空間強調層）を含むことがある。２つのストリームのそれぞれは、ＵｒｌＴｅｍｐｌａｔｅによって記述される場所から配信されてもよい。その後、ＵｒｌＴｅｍｐｌａｔｅの最初のインスタンスが空間ベースレイヤの場所になる場合がある。

さらに、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬの複数のインスタンスが許可される場合がある。ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのｎ番目のインスタンスは、場所のｎ番目のインスタンスに対応する（ＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットのいずれかによる）。

例えば、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのインスタンスが１つしか存在しない場合、そのインスタンスをすべての場所で使用できる。

　以下の表１５から１９は、３ＧＰＰＡｄａｐｔｉｖｅＨＴＴＰＳｔｒｅａｍｉ

ｎｇのスキーマを示す。

TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
   attributeFormDefault="unqualified"
   elementFormDefault="qualified"
   xmlns:xs="http://www.w3.org/2001/XMLSchema"
   xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
   <xs:annotation>
      <xs:appinfo>Media Presentation Description</xs:appinfo>
      <xs:documentation xml:lang="en">
         This Schema defines 3GPP Media Presentation Description!
      </xs:documentation>
   </xs:annotation>   <!-- MPD: main element -->
   <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
   <xs:sequence>
      <xs:element      minOccurs="0"      name="ProgramInformation"
type="ProgramInformationType"/>
      <xs:choice maxOccurs="unbounded">
         <xs:element name="Period" type="PeriodType"/>
         <xs:element name="PeriodsRef" type="PeriodsRefType"/>
      </xs:choice>
      <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
      <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
   <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
   <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
   <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
   <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
   <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
   <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
   <xs:attribute name="baseUrl" type="xs:anyURI"/>
   <xs:attribute name="morebaseUrls" type="xs:string"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
   <xs:sequence>
      <xs:element name="Location" type="xs:anyURI"/>
   </xs:sequence>
   <xs:attribute name="startTime" type="xs:duration"/>
   <xs:attribute name="duration" type="xs:duration"/>
   <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
   <xs:restriction base="xs:string">
      <xs:enumeration value="OnDemand"/>
      <xs:enumeration value="Live"/>
   </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
   <xs:sequence>
      <xs:element     minOccurs="0"     name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
      <xs:element     maxOccurs="unbounded"     name="Representation"
type="RepresentationType"/>
      <xs:element     minOccurs="0"     name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
      <xs:element minOccurs="0" name="NextPeriodsRef" type="xs:PeriodsRef"/>
      <xs:any     namespace="##other"     processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="start" type="xs:duration"/>
   <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
   <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
   <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
```

TABLE 16-continued

```
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
   <xs:sequence>
      <xs:element     minOccurs="0" name="Title" type="xs:string"/>
      <xs:element     minOccurs="0" name="Source" type="xs:string"/>
      <xs:element     minOccurs="0" name="Copyright" type="xs:string"/>
      <xs:any     namespace="##other"     processContents="lax"     minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
    <xs:sequence>
        <xs:element name="SegmentInfo" type="SegmentInfoType"/>
        <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>
        <xs:element minOccurs="0" name="TrickMode" type="TrickModeType"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="Quality"
type="QualityType"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
    <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
    <xs:attribute name="width" type="xs:unsignedInt"/>
    <xs:attribute name="height" type="xs:unsignedInt"/>
    <xs:attribute name="lang" type="xs:string"/>
    <xs:attribute name="mimeType" type="xs:string" use="required"/>
    <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>
    <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
    <xs:attribute name="requestPara" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="name" type="xs:QualityNameType"/>
    <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="PSNR"/>
        <xs:enumeration value="MOS"/>
        <xs:enumeration value="ODG"/>
        <xs:enumeration value="DI"/>
```

TABLE 18-continued

```
      </xs:restriction>
  </xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:element        minOccurs="0"       maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
            <xs:sequence>
                <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
                <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
            </xs:sequence>
            <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
        </xs:choice>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="randAccess" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Segment URL -->
<xs:complexType name="UrlType">
    <xs:sequence>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
    <xs:attribute name="range" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 19

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
    <xs:sequence>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs : attribute name="sourceURL" type="xs:anyURI"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
    <xs:attribute name="endIndex" type="xs:unsignedInt">
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
    <xs:sequence>
        <xs:element minOccurs="0" name="SchemeInformation" type="xs:string"/>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
    <xs:sequence>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

図５は本発明の一実施形態に係る端末１００の構成を示す図である。

制御部５１０は、動作１３０および１４０を実行することができる。具体的には、制御部５１０は、インターバルのメタデータを処理してもよい。

処理に基づいてインターバルに適したフラグメントを選択する送受信部５２０は、動作１２０、１４０、および１５０を実行することができる。具体的には、送受信部５２０は、サーバ１１０からコンテンツのインターバルのメタデータを受信し、そのインターバルに適したフラグメントのリクエストをサーバに送信し、サーバからフラグメントを受信することができる。

図６は本発明の一実施形態に係る端末１００の構成を示す図である。

端末１００は、アクセスエンジン６１０および媒体エンジン６２０を含むことができる。

アクセスエンジン６１０は、ＤＡＳＨアクセスエンジンであってもよい。

アクセスエンジン６１０は、サーバ１１０からメタデータ（例えば、ＭＰＤ）を受信することができる。

アクセスエンジン６１０は、リクエストを形成することができ、形成されたリクエストをサーバ１１０に発行することができる。アクセスエンジン６１０は、サーバ１１０から媒体（例えば、セグメントまたはセグメントの一部）を受信することができる。アクセスエンジンは、セグメントのＵＲＬを使用して媒体のセグメントをリクエストすることができる。

アクセスエンジン６１０は、メタデータによって提供される情報に基づいて媒体のセグメントを受信することができる。ここで、各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

アクセスエンジン６１０は、媒体エンジン６２０に媒体を提供してもよい。アクセスエンジン６１０は、セグメントに含まれる媒体のデータをデコードしてもよい。

アクセスエンジン６１０の出力は、ＭＰＥＧコンテナの媒体（または媒体の一部）を含むことができる（例えば、ＩＳＯ／ＩＥＣ１４４９２－１２　ＩＳＯベース媒体ファイルフォーマット、またはＩＳＯ／ＩＥＣ１３８１８－２ＭＰＥＧ

－２ＴＳ）。さらに、アクセスエンジン６１０の出力は、媒体の内部タイミング
を媒体プレゼンテーションのタイムラインにマップするために使用されるタイミ
ング情報を含むことができる。

　媒体エンジン６２０は、提供された媒体を再生することができる。具体的には、
媒体エンジン６２０は、アクセスエンジンから媒体のデータを受信し、媒体を出
力することができる。媒体エンジン６２０は、アクセスエンジン６１０から出力
された媒体のデータとタイミング情報を用いて媒体を出力してもよい。

　図１から５を参照して説明した本発明の実施形態に係る技術情報は、本実施形
態に等しく適用できる。したがって、これ以上の説明は省略する。

　本発明の実施形態に係る方法は、プログラム命令を含むコンピュータ可読媒体
に記録され、コンピュータによって実現される種々の動作を実現することができ
る。媒体は、単独で又はプログラム命令と組み合わせて、データファイル、デー
タ構造等を含むこともできる。媒体に記録されたプログラム命令は、実施形態の
目的のために特別に設計され構築されたものであってもよく、またはそれらはコ
ンピュータソフトウェア・アーツの技術を有する者に周知であり利用可能な種類
のものであってもよい。コンピュータ可読媒体の例としては、ハードディスク、
フロッピーディスクおよび磁気テープのような磁気媒体、ＣＤ　ＲＯＭディスク
およびＤＶＤのような光媒体、光磁気ディスクのような光磁気媒体、および読み
出し専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモ
リ等のようなプログラム命令を記憶し実行するように特別に構成されたハードウ
ェア装置が挙げられる。プログラム命令の例には、コンパイラによって生成され
るようなマシンコードと、インタープリタを使用してコンピュータによって実行
され得る高レベルコードを含むファイルとの両方が含まれる。上述のハードウェ
ア装置は、本発明の上述の実施形態の動作を実行するために、１つまたは複数の
ソフトウェアモジュールとして動作するように、またはその逆に構成され得る。

　本発明のいくつかの実施形態を示し説明したが、本発明は、これらの実施形態
に限定されるものではない。代わりに、本発明の原理および精神から逸脱するこ
となく、これらの実施形態に変更を加えることができ、その範囲は特許請求の範
囲およびそれらの等価物によって定義されることが当業者には理解されよう。

特許請求の範囲

１．媒体を提供する方法であって、前記方法は、

１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、

セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を使用して前記媒体の前記セグメントに対するリクエストを送信し、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決される、ステップと、

前記セグメントを受信するステップと、

前記セグメントに含まれる前記媒体のデータをデコードおよびレンダリングするステップとを含み、

前記リクエストはＨＴＴＰ　ＧＥＴメソッドを使用して送信され、前記ＢａｓｅＵＲＬ要素はセグメントの１つ以上の共通場所を指定し、前記セグメントはセグメントの１つである、方法。

２．前記メタデータは、前記媒体の媒体プレゼンテーション記述（ＭＰＤ）である、請求項１に記載の方法。

３．前記媒体が、１つまたは複数のピリオドのシーケンスを含み、

ＢａｓｅＵＲＬ要素は、前記ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲＬ要素と、前記ピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素とを含み、

前記各ピリオドに含まれるセグメントのＵＲＬがピリオドレベルＢａｓｅＵＲＬ要素に対して解決される、請求項２に記載の方法、

４．媒体を提供する方法であって、前記方法は、

１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、

セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を使用して前記媒体のセグメントに対するリクエストを送信し、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決される、ステップと、

前記セグメントを受信するステップと、

前記セグメントに含まれる前記媒体のデータをデコードおよびレンダリングするステップと、を含み、

前記メタデータは範囲属性を含み、

前記リクエストは、範囲属性によって指定される前記ＵＲＬによって示される
リソースのバイトに対するリクエストを含み、前記ＢａｓｅＵＲＬ要素はセグメン
トの１つ以上の共通場所を指定し、前記セグメントはセグメントの１つである、
方法。

５．前記メタデータは、前記媒体の媒体プレゼンテーション記述（ＭＰＤ）で
ある、請求項４に記載の方法。

６．前記媒体が、１つまたは複数のピリオドのシーケンスを含み、

ＢａｓｅＵＲＬ要素は、前記ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅ
ＵＲＬ要素と、前記ピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ
要素とを含み、

前記各ピリオドに含まれるセグメントのＵＲＬがピリオドレベルＢａｓｅＵＲ
Ｌ要素に対して解決される、請求項５に記載の方法、

７．媒体を提供する方法であって、前記方法は、

１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、

セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）
を使用して前記媒体の前記セグメントに対するリクエストを送信し、前記ＵＲＬ
がＢａｓｅＵＲＬ要素に関して解決される、ステップと、

前記セグメントを受信するステップと、

前記セグメントに含まれる前記媒体のデータをデコードおよびレンダリングす
るステップと、を含み、

前記ＵＲＬは絶対ＵＲＬまたは相対ＵＲＬであり、前記ＢａｓｅＵＲＬ要素は
セグメントの１つ以上の共通場所を指定し、前記セグメントはセグメントの１つ
である、方法。

８．前記メタデータは、前記媒体の媒体プレゼンテーション記述（ＭＰＤ）で
ある、請求項７に記載の方法。

９．前記媒体が、１つまたは複数のピリオドのシーケンスを含み、

ＢａｓｅＵＲＬ要素は、前記ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅ
ＵＲＬ要素と、ピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素
とを含み、

前記各ピリオドに含まれるセグメントのＵＲＬがピリオドレベルＢａｓｅＵＲ
Ｌ要素に対して解決される、請求項８に記載の方法。

１０．端末であって、

媒体のメタデータを受信し、セグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏ
ｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して前記媒体の前記セグメントに対するリク
エストを送信し、前記セグメントを受信し、前記セグメントに含まれる前記媒体
のデータをデコードするアクセスエンジンであって、前記メタデータが１つ以上
のＢａｓｅＵＲＬ要素を含み、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決さ
れるアクセスエンジンと、

前記アクセスエンジンから前記媒体の前記データを受信して前記媒体を出力す
る媒体エンジンとを含み、

前記リクエストはＨＴＴＰ　ＧＥＴメソッドを使用して送信され、前記Ｂａｓ
ｅＵＲＬ要素はセグメントの１つ以上の共通場所を指定し、前記セグメントはセ
グメントの１つである、端末。

１１．端末であって、

媒体のメタデータを受信し、セグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏ
ｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して前記媒体の前記セグメントに対するリク
エストを送信し、前記セグメントを受信し、前記セグメントに含まれる前記媒体
のデータをデコードするアクセスエンジンであって、前記メタデータが１つ以上
のＢａｓｅＵＲＬ要素を含み、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決さ
れるアクセスエンジンと、

前記アクセスエンジンから前記媒体の前記データを受信して前記媒体を出力す
る媒体エンジンとを含み、

メタデータは範囲属性を含み、

前記リクエストは、範囲属性によって指定される前記ＵＲＬによって示される
リソースのバイトに対するリクエストを含み、前記ＢａｓｅＵＲＬ要素はセグメ
ントの１つ以上の共通場所を指定し、前記セグメントは前記セグメントの１つで
ある、端末。

１２．端末であって、

　媒体のメタデータを受信し、セグメントのＵＲＬ（Ｕ ｎ ｉ ｆ ｏ ｒ ｍ　Ｒ ｅ ｓ ｏ ｕ ｒ ｃ ｅ　Ｌ ｏ ｃ ａ ｔ ｏ ｒ）を使用して前記媒体の前記セグメントに対するリクエストを送信し、前記セグメントを受信し、前記セグメントに含まれる前記媒体のデータをデコードするアクセスエンジンであって、前記メタデータが１つ以上のＢ ａ ｓ ｅ ＵＲＬ要素を含み、前記ＵＲＬがＢ ａ ｓ ｅ ＵＲＬ要素に関して解決されるアクセスエンジンと、

　前記アクセスエンジンから前記媒体の前記データを受信して前記媒体を出力する媒体エンジンとを含み、

　前記ＵＲＬは絶対ＵＲＬまたは相対ＵＲＬであり、前記Ｂ ａ ｓ ｅ ＵＲＬ要素はセグメントの１つ以上の共通場所を指定し、前記セグメントは前記セグメントの１つである、端末。



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex E – U.S. Patent No. 8,645,562"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **F**

US008909805B2

## (12) 米国特許
サン 他

(10) 特許番号: **US8,909,805 B2**
(45) 特許取得日: *2014年12月9日

(54) ストリーミングコンテンツを提供するための装置および方法

(75) 発明者 トロン・コン・サン、テジョン（KR）；ジン・ヨン・リー、テジョン（KR）；セオン・ジュン・バエ、テジョン（KR）；ジュン・ウォン・カン、テジョン（KR）；スーン・ヘウン・ジュン、テジョン（KR）；サン・ティック・パーク、テジョン（KR）；ウォン・リュー、テジョン（KR）；ジェイ・ゴン・キム、コヤン市（KR）

(73) 譲受人 韓国電子通信研究院、テジョン（KR）；産業大学交流基金韓国航空大学校、京畿道（KR）

( * ) 通知: いかなる特許権放棄に対しても、本特許権の期間は、35 U.S.C.第154条b項のもと、0日間延長又は調整される。この特許は、期間放棄の対象となる。

(21) 出願番号: **13/824,995**
(22) PCT出願日: **2011年10月6日**
(86) PCT番号: **PCT/KR2011/007387**

§ 371 (c)(1).
(2), (4) 日付: **2013年3月18**
(87) PCT公開番号: **WO2012/047028**

PCT公開日: **2012年4月12日**

(65) 先行公開情報

US 2013/0185398 A1    2013年6月18日

米国出願情報に関して

(60) 仮出願番号；61/434,036、2011年1月19日に出願、仮出願番号；61/417,931、2010年11月30日に出願、仮出願番号；61/414,462、2010年11月17日に出願、仮出願番号；61/405,674、2010年10月22日に出願、仮出願番号；61/390,328、2010年10月6日に出願。

(30) 米外国出願優先情報

2011年10月4日 (KR) ....................... 10-2011-0100706

(51) Int. Cl.
| | | |
|---|---|---|
| G06F 15/16 | (2006.01) |
| H04N 21/61 | (2011.01) |
| H04N 21/43 | (2011.01) |
| H04L 29/06 | (2006.01) |
| H04N 21/235 | (2011.01) |
| H04N 21/2343 | (2011.01) |
| H04N 21/84 | (2011.01) |
| G06Q 90/00 | (2006.01) |
| H04L 29/08 | (2006.01) |
| H04N 21/845 | (2011.01) |
| H04N 21/8541 | (2011.01) |

(52) U.S. Cl.
CPC ............ *H04L 65/60* (2013.01); *H04N 21/6125* (2013.01); *H04N 21/43* (2013.01); *H04L 65/4069* (2013.01); *H04N 21/2358* (2013.01); *H04N 21/23439* (2013.01); *H04L 65/80* (2013.01); *H04N 21/84* (2013.01); *H04L 65/4092* (2013.01); *G06Q 90/00* (2013.01); *H04L 67/02* (2013.01); *H04L 65/4084* (2013.01); *H04N 21/845* (2013.01); *H04N 21/8541* (2013.01)
USPC ...................................... **709/230**; 709/231

(58) 分類検索の分野
USPC ......... 709/203, 217, 218, 223–229, 219, 231, 709/236. 21. 230; 725/716. 723
検索履歴に記入するには出願申請書を参照。

(56) 参考文献

米国特許書類

| | | | | |
|---|---|---|---|---|
| 7,512,665 B1 * | 3/2009 | クラガン | .......... | 709/217 |
| 7,552,228 B2 * | 6/2009 | パラスニス他 | .......... | 709/231 |

（続き ）

外国特許書類

| | | | |
|---|---|---|---|
| JP | 2005-020588 A | 1/2005 |
| JP | 2008-259001 A | 10/2008 |
| KR | 1020050055820 A | 6/2005 |

その他公開書類

ユニバーサルモバイル通信システム、ETSI TS 126 234, V9.3.0, 2010年6月.

*主任審査官* ― ジミー・H・トラン
(74) 弁理士、代理人、及び事業者 ― ウィリアム・パーク＆アソシエイツ特許会社

(57) 概要

メディアコンテンツのメタデータを利用した、適合可能なハイパーテキスト転送プロトコル（HTTP）ストリーミングサービスのための方法と装置を提供する。メディアコンテンツには、1つ以上の周期のシーケンスを含み得る。メタデータは、各周期の開始時間属性および/または継続期間属性を含み得る。メタデータは、各周期の開始時間、および各周期に含まれる各セグメントの開始時間を決定し得る。　端末は、各周期に含まれるセグメントにアクセスし、セグメントに含まれるメディアコンテンツのデータをデコードおよびレンダリングし、メディアコンテンツを再生することができる。

4請求項、5図面



**US 8,909,805 B2**

ページ 2

(56)　　　　　**参考文献**

米国特許書類

| | | | | |
|---|---|---|---|---|
| 7,624,337 | B2* | 2009/11 | スル 他 | 715/201 |
| 7,725,829 | B1* | 2010/5 | ウォン 他 | 715/726 |
| 7,823,055 | B2* | 2010/10 | スル 他 | 715/201 |
| 8,201,204 | B2* | 2012/6 | コナリー 他 | 725/87 |
| 8,209,609 | B2* | 2012/6 | ダントン 他 | 715/716 |
| 8,230,343 | B2* | 2012/7 | ローガン 他 | 715/723 |
| 8,365,271 | B2* | 2013/1 | ブラム 他 | 726/12 |
| 8,468,145 | B2* | 2013/6 | フェドリンスキ 他 | 707/709 |
| 8,533,310 | B2* | 2013/9 | ファング 他 | 709/223 |
| 8,635,360 | B2* | 2014/1 | ブレース 他 | 709/232 |
| 2003/0093790 | A1* | 2003/5 | ローガン 他 | 725/38 |
| 2004/0064577 | A1* | 2004/4 | ダーリン 他 | 709/235 |
| 2005/0005308 | A1* | 2005/1 | ローガン 他 | 725/135 |
| 2005/0076136 | A1* | 2005/4 | チョー 他 | 709/231 |
| 2005/0102371 | A1* | 2005/5 | アクス | 709/217 |
| 2005/0193408 | A1* | 2005/9 | スル 他 | 725/32 |
| 2005/0193425 | A1* | 2005/9 | スル 他 | 725/135 |
| 2005/0203927 | A1* | 2005/9 | スル 他 | 707/100 |
| 2005/0204385 | A1* | 2005/9 | スル 他 | 725/45 |
| 2005/0273514 | A1* | 2005/12 | ミルキー 他 | 709/232 |
| 2006/0235883 | A1* | 2006/10 | クレブ 他 | 707/104.1 |
| 2007/0003251 | A1* | 2007/1 | チュング他 | 386/96 |
| 2007/0033170 | A1* | 2007/2 | スル 他 | 707/3 |
| 2007/0033292 | A1* | 2007/2 | スル 他 | 709/238 |
| 2007/0033515 | A1* | 2007/2 | スル 他 | 715/500.1 |
| 2007/0033521 | A1* | 2007/2 | スル 他 | 715/523 |
| 2007/0033533 | A1* | 2007/2 | スル | 715/752 |
| 2007/0038612 | A1* | 2007/2 | スル 他 | 707/3 |
| 2007/0044010 | A1* | 2007/2 | スル 他 | 715/500.1 |
| 2008/0034424 | A1* | 2008/2 | オーバーキャッシュ他 | 726/22 |
| 2008/0050096 | A1* | 2008/2 | リュー | 386/99 |
| 2008/0126943 | A1* | 2008/5 | パラスニス 他 | 715/730 |
| 2008/0155602 | A1* | 2008/6 | コレット 他 | 725/46 |
| 2008/0222244 | A1* | 2008/9 | フアング 他 | 709/203 |
| 2008/0313227 | A1* | 2008/12 | シャットン 他 | 707/104.1 |
| 2009/0217354 | A1* | 2009/8 | ブラム 他 | 726/3 |
| 2010/0169303 | A1* | 2010/7 | バイダーマン 他 | 707/723 |
| 2010/0174823 | A1* | 2010/7 | フアング | 709/230 |
| 2010/0235472 | A1* | 2010/9 | スード 他 | 709/219 |
| 2010/0235528 | A1* | 2010/9 | ボチャロブ 他 | 709/231 |
| 2010/0262618 | A1 | 2010/10 | ヘディンソン | |
| 2011/0093492 | A1* | 2011/4 | スル 他 | 707/769 |
| 2011/0307545 | A1* | 2011/12 | ボウアジジ | 709/203 |
| 2012/0016965 | A1* | 2012/1 | チェン 他 | 709/219 |
| 2012/0042050 | A1* | 2012/2 | チェン 他 | 709/219 |
| 2012/0042091 | A1* | 2012/2 | マックキャシー 他 | 709/231 |
| 2012/0124179 | A1* | 2012/5 | カッピーオ 他 | 709/219 |
| 2012/0284371 | A1* | 2012/11 | ベーゲン 他 | 709/219 |

* 審査官により引用

米国特許                    2014年12月9日              図面1/5                    US 8,909,805 B2

図1



米国特許　　　　　2014年12月9日　　　　図面2/5　　　　**US 8,909,805 B2**

図2



米国特許          2014年12月9日          図面3/5          US 8,909,805 B2

図3



図4



TSパケットのストリーム

オフセット=1

新しいフラグメント
の第1TSパケット

PCR領域を含むTS
パケット

図5



US 8,909,805 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## ストリーミングコンテンツを提供するための装置および方法

### 技術分野

本発明は、ストリーミングコンテンツを提供するための技術、より具体的には、アダプティブストリーミングを使用してメディアコンテンツを提供するための装置および方法に関する。

### 背景技術

ストリーミングは、音声や動画などのマルチメディアコンテンツを伝送および再生するための方式の1つである。クライアントは、ストリーミングを介してコンテンツを受信しているときにコンテンツを再生できる。

アダプティブストリーミングサービスとは、クライアントの要求とその要求に応じたサーバの応答を伴う通信方式を採用したストリーミングサービスを提供することを指す。

クライアントは、アダプティブストリーミングサービスを使用して、クライアントの環境（例えば、クライアントの伝送チャネル）に適したメディアシーケンスを要求することができる。サーバは、サーバに含まれる様々な品質のメディアシーケンスの中から、クライアントの要求に一致するメディアシーケンスを提供することができる。

アダプティブストリーミングサービスは、様々なプロトコルに基づいて提供される場合がある。

ハイパーテキスト転送プロトコル（HTTP）アダプティブストリーミングサービスとは、HTTPプロトコルに基づいて提供されるアダプティブストリーミングサービスを指す。HTTPアダプティブストリーミングサービスのクライアントは、HTTPプロトコルを使用するサーバからコンテンツを受信し、ストリーミングサービスに関連付けられた要求をサーバに伝送することができる。

### 発明の開示

#### 技術目標

本発明の一態様は、各周期について分類されたセグメントを使用して、1つ以上の周期のシーケンスを含むメディアを再生することができる装置および方法を提供することである。

本発明の別の態様は、1つ以上の周期のシーケンスを含むメディアを再生するために、1つ以上の周期のそれぞれの開始時間属性および／または継続期間属性を表すメタデータを使用し得る装置および方法を提供することである。

#### 技術的解決策

本発明の一態様によれば、メディアを提供するための方法が提供され、この方法は、以下を含む。メディアのメタデータを受信し、メタデータは、1つ以上の周期を含む。メタデータによって提供される情報に基づいてメディアのセグメントにアクセスする。セグメントに含まれるメディアのデータをデコードおよびレンダリングする。ここで、各周期は、メディアの1つ以上のプレゼンテーションを含み、各プレゼンテーションは、周期の開始点から始まり、その周期の終了点まで続き、1つ以上のセグメントが含まれる。

メタデータは、メディアのメディアプレゼンテーション記述（MPD）であり得る。

各周期は、周期要素によって定義できる。

周期要素は、周期の開始時間を示す開始属性を含み得る。

周期要素は、周期の継続期間を示す継続期間属性を含み得る。

継続期間属性は、周期に続く周期の開始時間を指定できる。

周期の開始時間は、周期に含まれる各セグメントの開始時間を決定できる。

周期要素は、外部周期要素への参照を示す参照属性を含み得、各周期は、外部周期要素によって定義され得る。

本発明の別の態様によれば、メディアのメタデータを受信し、メタデータによって提供される情報に基づいてメディアのセグメントを受信し、セグメントに含まれるメディアのデータをデコードするためのアクセスエンジン、1つ以上の周期を含むメタデータ、アクセスエンジンからメディアのデータを受信し、メディアを出力するためのメディアエンジン、を含む端末が提供され、各周期は、メディアの1つ以上のプレゼンテーションを含み、各プレゼンテーションは、周期の開始点から始まって周期の終了点まで続き、1つ以上のセグメントを含む。

### 発明の効果

本発明の実施形態によれば、1つ以上の周期のそれぞれに含まれるセグメントを使用して、1つ以上の周期のシーケンスを含むメディアを再生することが可能である。

さらに、本発明の実施形態によれば、1つ以上の周期のシーケンスを含むメディアを再生するために、1つ以上の周期のそれぞれの開始時間属性および／または継続期間属性を表すメタデータを使用することが可能である。

### 図面の簡単な説明

［図1］本発明の一実施形態によるコンテンツ処理方法を示す信号フローチャートである。

［図2］本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

［図3］本発明の一実施形態によるコンテンツ分割の階層およびシグナリング情報のレベルを示す図である。

［図4］本発明の一実施形態による動画エキスパートグループ-2転送ストリーム（MPEG-2 TS）における仮想境界の検出を示す図である。

［図5］本発明の一実施形態によるクライアントの構成を示す図である。

### 発明を実施するための最良の形態

ここで、本発明の実施形態を詳細に参照し、その例を添付の図面に示し、同様の符号は、全体を通して同様の要素を指す。図を参照して本発明を説明するために、以下に実施形態を記載する。

HTTPによる動的アダプティブストリーミング（DASH）は、1）HTTPサーバからHTTPクライアントへのメディアコンテンツの配信、および2）標準のHTTPキャッシュによるコンテンツのキャッシュを可能にする形式を指定できる。

メディアコンポーネントは、オーディオ、ビデオ、または帯域幅、言語、解像度などの特定の属性を持つ時間指定テキストなど、個々のメディアタイプのエンコードされたバージョンであり得る。

US 8,909,805 B2

3

メディアコンテンツは、オーディオ、ビデオ、または時限テキストなど、共通のタイムラインを持つメディアコンポーネントのセットであり得る。さらに、メディアコンポーネントは、メディアコンポーネントがプログラムまたは動画としてどのように提示されるか（例えば、個別に、共同で、または相互排他的に）に関係し得る。

以下、メディアコンテンツ、メディア、およびコンテンツは、交換可能な用語として使用される。

メディアプレゼンテーション（またはメディア）は、連続メディアのコンポーネントを含むメディアコンポーネントの制限付きまたは制限なしのプレゼンテーションを確立するために使用されるデータの構造化集合体であり得る。

言い換えると、メディアプレゼンテーションは、ストリーミングサービスをユーザーに提供するために、DASHクライアントがアクセスできるデータの構造化集合体であり得る。

メディアプレゼンテーション記述（MPD）は、メディアプレゼンテーションの正式な記述であSのT得る。

メディアプレゼンテーションは、MPDの可能な更新を含むMPDによって記述され得る。

コンテンツは、オンデマンドコンテンツ、またはライブコンテンツであり得る。

コンテンツは、1つ以上の間隔に分割できる。言い換えれば、コンテンツは1つ以上の間隔を含み得る。

以下、間隔は周期と交換可能である。周期という用語は、第3世代パートナーシッププロジェクト（3GPP）アダプティブHTTPストリーミングの用語として使用できる。言い換えれば、周期はメディアプレゼンテーションの間隔であり得る。すべての周期の連続シーケンスは、メディアプレゼンテーションを構成し得る。

言い換えれば、メディアプレゼンテーションは、1つ以上の周期を含み得る。あるいはメディアプレゼンテーションは、1つ以上の周期のシーケンスを含み得る。

1つ以上の間隔が基本単位であり得る。1つ以上の間隔は、シグナリングメタデータによって記述できる。言い換えれば、メタデータは、1つ以上の間隔のそれぞれを記述し得る。

メタデータはMPDであり得る。

MPDは、セグメントのリソース識別子を通知するための形式を定義し得る。MPDは、メディアプレゼンテーション内で識別されたリソースのコンテキストを提供し得る。リソース識別子は、HTTP-統一資源位置指定子（URL）であり得る。URLは、バイト範囲属性によって制限され得る。

各間隔はセグメントに分割できる。以下、セグメントはフラグメントと交換可能である。セグメントという用語は、3GPPアダプティブHTTPストリーミングの用語として使用できる。

セグメントは、例えば、RFC 2616で定義されているHTTP-URLのHTTP/1.1 GET要求（またはバイト範囲で示される部分のGET要求）への応答のエンティティ本体のことを指し得る。

端末は、受信したバイト（つまり、セグメント）を使用してメディアコンテンツを再生できる。

サブセグメントは、セグメントレベルでセグメントインデックスによってインデックス付けされ得るセグメント内の最小単位を指し得る。

単一の間隔に対応するフラグメントの2つ以上のセットが存在し得る。各セットは、代替と呼ばれ得る。

代替は、表示（または表現）と交換可能である。

各周期には、1つ以上のグループを含めることができる。

各グループには、同じメディアコンテンツの1つ以上の表示を含めることができる。したがって、各周期は、メディアコンテンツの1つ以上の表示を含み得る。

以下、グループはアダプテーションセットと交換可能である。

4

表示は、単一周期内における1つ以上のメディアコンポーネントの構造化集合体を指し得る。言い換えれば、表示は、定義された周期中にメディアコンテンツを形成するメディアコンポーネントの完全なセットまたはサブセットの代替選択肢の1つであり得る。表示は、1つ以上のメディアストリームを含み得る。各メディアストリームは、単一のメディアコンポーネントの符号化されたバージョンであり得る。

表示は、周期の開始点（つまり、表示を含む周期）から開始し、周期の終了点まで継続し得る。

表示は、メディアコンテンツまたはメディアコンテンツのサブセットの代替選択肢の1つであり得、典型的には、例えば、ビットレート、解像度、言語、コーデックなどによって、符号化の選択肢によって異なる。

MPD（またはMPD要素）は、クライアントが1つ以上の表示を選択できるようにする記述情報を提供することができる。

ランダムアクセスポイント（RAP）は、メディアセグメント内の特定の位置であり得る。RAPは、メディアセグメントに含まれる情報のみを使用して、RAPの位置から連続的に再生を開始することができる位置として識別され得る。

各表示は、1つ以上のセグメントで形成され得る。言い換えれば、表示は1つ以上のセグメントを含み得る。

MPDは、1）セグメントにアクセスし、2）ユーザーにストリーミングサービスを提供するための、適切なHTTP-URLを形成するためにDASHクライアントに必要なメタデータを含むドキュメントであり得る。HTTP-URLは、絶対URLであっても相対URLであってもよい。

MPDは、拡張マークアップ言語（XML）ドキュメントであってもよい。

MPDは、MPD要素を含み得る。MPDには、単一のMPD要素のみを含めることができる。

図1は、本発明の一実施形態によるコンテンツ処理方法を示す信号フローチャートである。

端末100は、DASHクライアントであってもよい。

DASHクライアントは、RFC 2616で指定されているクライアントと互換性があってもよい。

DASHクライアントは通常、RFC 2616で指定されているように、HTTP GETメソッドまたはHTTP部分的GETメソッドを使用してセグメントまたはセグメントの一部にアクセスすることができる。

サーバ110は、DASHセグメント上でホスティングを実行することができる。サーバ110は、RFC2616で指定されたサーバと互換性があってもよい。

操作120において、端末100は、サーバ110からメディア（またはコンテンツ）のメタデータを受信することができる。言い換えれば、サーバ110は、メディアのメタデータを端末100に送信することができる。メディアは、1つ以上の周期を含み得る。

メタデータにはBaseURL要素が含まれ得る。1つ以上のBaseURL要素が提供され得る。

操作130において、端末100は、受信されたメタデータを処理することができる。操作130において、端末100は、メタデータによって提供される情報、またはメタデータに含まれる情報を抽出することができる。

操作140から150において、端末100は、メタデータによって提供される情報に基づいて、メディアのセグメントにアクセスすることができる。

各周期は、1つ以上のグループを含み得、各グループは、メディアの1つ以上の表示を含み得る。言い換えれば、各周期は、メディアの1つ以上の表示を含み得る。したがって、各表示は、表示される周期の開始点から開始することができ、周期の終了点まで継続することができる。各表示は、1つ以上のセグメントを含み得る。

US 8,909,805 B2

5

各周期は、周期要素によって定義することができる。

周期要素は、周期の開始時間を示す開始属性を含み得る。さらに、周期要素は、周期の継続期間を示す継続期間属性を含み得る。

1つ以上の周期のうちの第1周期の開始時間を指定するために、以下の方法1）から3）を適用することができる。以下、第2周期は、第1周期の後に続くものとすることができる。

方法1）：開始属性が第1周期の第1周期要素に存在する場合、第1周期の開始時間は開始属性の値と同等である可能性があってもよい。

方法2）：開始属性が第1周期の第1周期要素に存在せず、第2周期の第2周期要素に継続期間属性が含まれる場合、第1周期の開始時間は第2周期要素の継続期間属性の値を第2周期の開始時間に加算することで取得し得る。第2周期の継続期間属性は、その周期に続く周期の開始時間を指定し得る。

方法3）：開始属性が第1周期の第1周期要素に存在せず、該第1周期が1つ以上の周期の第1のものである場合、第1周期の開始時間は0であり得る。

周期要素には、外部周期要素への参照を示す参照属性を含み得る。周期は、外部周期要素によって定義され得る。

操作140において、端末100は、セグメントのURLを使用して、メディアのセグメントに対する要求をサーバ110に送信することができる。URLは、上記のBaseURL要素の1つに関して解決され得る。例えば、セグメントのURLは、BaseURL要素に基づいて生成され得る。

端末100は、処理されたメタデータに基づいて特定の間隔に適したセグメントを送信するようにサーバ110に要求することができる。言い換えれば、要求されたセグメントは、メタデータに基づいて選択され得る。端末100は、HTTP GETメソッドを実行して、サーバ110にセグメントを送信するように要求することができる。

メタデータには、範囲属性が含まれ得る。要求には、範囲属性で指定されたURLで示されるリソースのバイトの要求が含まれ得る。

セグメントのURLは、絶対URLであっても相対URLであってもよい。

同一のセグメントは、それぞれのBaseURL要素に関して解決されたURLによって示される複数の位置でアクセスできる。言い換えると、BaseURL要素によって提供されるURLによって、同一のセグメントに選択的にアクセスできる。

さらに、BaseURL要素のうちの第1のBaseURL要素を基本的な統一資源識別子（URI）として使用でき、第1のBaseURL要素以外のBaseURL要素を代替BaseURL要素として使用できる。

メタデータには、セグメントのsourceURL属性を選択的に含み得る。メタデータがセグメントのsourceURL属性を選択的に含む場合、BaseURL要素の中の一つのBaseURL要素をsourceURL属性にマッピングして、セグメントのURLを生成することができる。

操作145では、いくつかの場合において、サーバ110は、コンテンツ（例えば、スケーラブル映像符号化（SVC）用の動画エキスパートグループ（MPEG）レイヤー4（MP4）ファイル）を解析する必要があり、要求されたセグメントに対して適切なデータ部分を抽出することができる。

6

操作150において、サーバ110は、端末100からの各要求に適したセグメントを端末100に送信することができる。端末100は、サーバからセグメントを受信することができる。

操作160において、端末100は、メディアを再生するために、セグメントに含まれるメディアのデータに対してデコードおよびレンダリングを実行することができる。

周期の開始時間は、周期に含まれる各セグメントの開始時間を決定することができる。したがって、セグメントを使用してメディアを再生するために、端末100は、セグメントを含む周期の開始時間に基づいて再生時間を決定することができる。

端末100は、操作120から160を繰り返すことによって、受信されたセグメントを使用してメディアを再生することができる。

ここで、BaseURL要素は、あるMPDの、MPDレベルBaseURL要素と、各周期の、周期レベルBaseURL要素を含むことができる。周期レベルBaseURL要素は、周期レベルBaseURL要素が属する周期に適用されるBaseURL要素を指し得る。言い換えれば、各周期に含まれるセグメントのURLは、周期レベルBaseURL要素に関して解決され得る。

1つ以上のMPDレベルBaseURL要素を提供でき、1つ以上の周期レベルBaseURL要素を提供できる。

さらに、BaseURL要素は、あるグループの、グループレベルBaseURL要素をさらに含み得る。各グループに含まれるセグメントのURLは、グループレベルBaseURL要素に関して解決され得る。1つ以上のグループレベルBaseURL要素を提供できる。

BaseURL要素は、ある表示の、表示レベルBaseURL要素をさらに含むことができる。各表示に含まれるセグメントのURLは、表示レベルBaseURL要素に関して解決され得る。

特定のレベルのBaseURL要素は、より高いレベルのBaseURL要素に関して解決され得る。例えば、ある周期レベルBaseURL要素は、MPDレベルBaseURL要素に関して解決され得る。あるグループレベルBaseURL要素は、周期レベルBaseURL要素に関して解決され得る。ある表示レベルBaseURL要素は、グループレベルBaseURL要素または周期レベルBaseURL要素に関して解決され得る。

図2は、本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

シグナリング情報（すなわち、メタデータ）は、以下のカテゴリ1）から4）に分類され得る。

1）一般情報210：コンテンツの一般的な記述、および継続期間、開始時間などの各間隔の一般的な記述を含む。

2）サービス品質（QoS）情報220：ビットレート、解像度、品質など、各代替の特性を記述する。言い換えれば、QoS情報は、コンテンツの各代替の特性を記述する。

代替は、物理的（つまり、事前に作成）または仮想的（つまり、即時に作成）であり得る。代替の情報に基づいて、クライアントは適切な代替のフラグメントを選択することができる。したがって、コンテンツおよびネットワークのコンテキストへの適応性がサポートされ得る。

3）マッピング情報230：コンテンツを検索する位置を記述する。特定のケースに応じて、異なる代替が同じ位置または異なる位置に存在し得る。

4）クライアント要求240：この種のシグナリング情報は、HTTP 1.1要求メッセージの形式に準拠し得る。図1に示されるように、クライアントによって要求されるパラメータは、カテゴリ1）から3）の情報から導き出され得る。

US 8,909,805 B2

7

図3は、本発明の一実施形態による、コンテンツ分割の階層およびシグナリング情報のレベルを示す図である。

本発明の一実施形態によるメタデータのシグナリングは、コンテンツレベル情報310、間隔レベル情報320、QoS情報330、およびマッピング情報340に物理的に分けることができる。コンテンツレベル情報310、間隔レベル情報320、およびマッピング情報340の関連部分の連結は、参照により実行することができる。

シグナリング情報のこれらの部分は、柔軟性をサポートするために様々な方法で組み合わせることができる。

例えば、コンテンツレベル情報310および間隔レベル情報320のみがクライアントに送信される場合、代替を決定し、位置を解決するためのすべての計算は、サーバによって実行され得る。したがって、コンテンツレベル情報310および間隔レベル情報320のみがクライアントに送信される場合、処理モデルは「サーバベース」であり得る。

コンテンツレベル情報310、間隔レベル情報320、およびQoS情報330がクライアントに送信される場合、代替を決定し、位置を解決するためのすべての計算は、クライアントおよびサーバによって分散および実行され得る。したがって、コンテンツレベル情報310、間隔レベル情報320、およびQoS情報330がクライアントに送信される場合、モデルは「分散」であり得る。

すべてのシグナリング情報（すなわち、コンテンツレベル情報310、間隔レベル情報320、QoS情報330、およびマッピング情報340）がクライアントに送信される場合、モデルは、クライアントベースであり得る。それはほとんど（またはすべて）の処理（つまり、代替の決定と位置の解決のための計算）は、クライアントによって実行されるからである。

メタデータ部分を分離することで、ストレージと配信の効率を高めることができる。例えば、セッション中に、コンテンツレベル情報310のメタデータが一度送信され得、間隔レベル情報320のみが定期的に更新され得る。同様に、QoSInfo330を含む単一のファイルを、異なる間隔及び異なるコンテンツに使用することができる。

メタデータのセットを表すには、XML、擬似コード、セッション記述プロトコル（SDP）などの様々な方法がある。

8

本発明の実施形態では、XMLおよび擬似コードの両方を使用して、シグナリング構文を表すことができる。XML構文は、MPEG-21または同様のスキーマに基づくXLMプロファイルをサポートするクライアントに使用できる。他方、擬似コード構文は、国際標準化機構（ISO）のベースメディアファイル形式などの「言語」に基づくことができ、非XMLクライアントで使用することができる。特に、擬似コード構文のプロファイルは、ファイル形式構文解析の構文解析モジュールと同様の構文解析モジュールを使用することができる。上記の目的のための構文を設計するために、以下の実施形態において、共通要素の各々を、各形式の要素を表す。

提案された構文は、他の任意の言語で表すことができる。

以下、一般的な構文要素の表について記述する。

次の表では、構文要素を階層的に記述できる。言い換えると、子要素は、子要素の親要素の右側の列に示すことができる。「リーフ」レベルの要素はイタリック体で示され、親要素は太字で示すことができる。親要素は、対応するXMLタイプとディフォルトボックスで表すことができる。

事象列において、「0...N」は、事象要素のインスタンスの数が0から「無制限」であることを意味し得る。0の最小事象は、要素がオプションである（つまり、存在しない）可能性があることを意味する場合がある。1もしくはそれ以上の最小事象回数は、構文で要素が必須であることを意味し得る。

事象は濃度と交換可能である。

タイプの行で、Aは属性を示し、Eは要素を示す。オプションの行で、Mは必須であることを、Oはオプションであることを示す。属性に関して、Mは必須であることを、Oはオプションであることを、ODはデフォルト値のオプションであることを、CMは条件付き必須であることを示す。要素に関して、要素は<minOccurs>...<maxOccurs>として表される。ここで、Nは無制限である。

上記の意味は、本明細書の他の表にも同様に適用することができる。

さらに、QoSInfoの具体性のために、QoSInfoはAdaptationInfoと呼ぶことができる。さらに、構文の柔軟性を高めるために、いくつかの要素が改訂されることがある。

次の表1に、一般的な情報を示す。

表1

| | 事象 | セマンティクス | XML構文（MPEG-21に基づく） | 疑似コード（ファイル形式ボックス） |
|---|---|---|---|---|
| HttpStr | 1 | HTTPストリーミングのシグナリングメタデータのトップレベル要素 | HttpStreaming-Type | 'htps' box |
| General-Info | 0...N | これについて説明するために記述されているコンテンツの一般情報を含む | GeneralInfo-Type | 'geni' box |
| | TimeScale | 0...1 | 1秒の時間単位の数を記述する。 | integer | unsigned int(32) |
| | | | この値は時間単位が指定されていない場合に時間関連の要素と使用される。 | | |
| | LiveStart-Time | 0...1 | LiveStartTime要素が存在しない場合、コンテンツはVoDタイプである。 LiveStartTime要素が存在することは、LiveStartTimeの時間値で表示されるライブコンテンツを示す。 LiveStartTimeの時間値が0の場合、表示時間は不明である。 | dateTime | unsigned int(64) |

US 8,909,805 B2

| | | 9 | | | | 10 |

表1　続き

| 事象 | | | セマンティクス | XML構文（MPEG-21に基づく） | 疑似コード（ファイル形式ボックス） |
|---|---|---|---|---|---|
| | Duration | 0 . . . 1 | 存在する場合、コンテンツの継続期間を示す。それ以外の場合、継続期間は不明である。 | integer | unsigned int(32) |
| | DefaultInt-Duration | 0 . . . 1 | 存在する場合、コンテンツの各間隔のデフォルトの継続期間を示す。 | integer | unsigned int(32) |
| | MinUpdate-Time | 0 . . . 1 | 存在する場合、主要記述ファイルを再度要求するまでの最小待機時間を示す。 | integer | unsigned int(32) |
| | Consistent-QoSInfo | 0 . . . 1 | 真の場合、QoS情報がコンテンツ継続期間全体と同じであることを示す。 | boolean | flag of the box |
| | Default-Content-Loc | 0 . . . 1 | コンテンツのデフォルトの位置を提供する。 | anyURI | string of URL |
| Intervals-Ref | | 0 . . . N | Interval要素の1つ以上のインスタンスを含む記述への参照を提供する。Interval要素の1つ以上のインスタンスは、連続する間隔のシーケンスを表す。 | Intervals-RefType | 'iref' box |
| Interval | | 0 . . . N | コンテンツの間隔に関する情報を提供する。間隔の情報は、Interval要素のインスタンスとして含まれるか、IntervalsRef要素によって参照される。 | IntervalType | 'intv' box |
| | IntervalInfo | 0 . . . 1 | 間隔の一般的な情報を提供する。 | IntervalInfo-Type | 'inti' box |
| | QoSInfo-Ref | 0 . . . 1 | QoSInfo要素によって表される記述への参照を提供する。QoSInfoRef要素が存在する場合、QoSInfo要素は同じレベルに存在しない可能性がある。 | dia:Reference-Type | 'qref' box |
| | QoSInfo | 0 . . . 1 | リソースの特性や品質/ユーティリティなど、コンテンツの代替に関する情報を提供する。QoSInfo要素が存在する場合、QoSInfoRef要素が存在しない可能性がある。 | QoSInfoType | 'QoSi' box |
| | Mapping-InfoRef | 0 . . . 1 | MappingInfo要素で表される記述への参照を提供する。MappingInfoRef要素が存在する場合、MappingInfo要素は同じレベルに存在しない可能性がある。 | dia:Reference-Type | 'mref' box |
| | Mapping-Info | 0 . . . 1 | 代替コンテンツの位置に関する情報を提供する。情報が提供されていない場合は、DefaultContentIntLoc要素（そうでない場合はDefaultContentLoc）を使用してコンテンツを取得できる。MappingInfo要素が存在する場合、MappingInfoRef要素が存在しない可能性がある。 | MappingInfo-Type | 'mapi' box |
| | NextIntervalsRef | 0 . . . 1 | 次の間隔の情報の参照を提供する。次の間隔の情報は、Interval要素の1つ以上のインスタンスを含む記述である。次の間隔の情報は、Interval要素で表される記述である。NextIntervalsRef要素を使用すると、クライアントはHttpStr要素で表される主要な記述を再読み込みする必要がない。現在の時間枠内では、最後の間隔のみにNextIntervalsRef要素を含めることができる。 | Intervals-RefType, may be extended from dia:Reference-Type | 'nref' box |

US 8,909,805 B2

**11**　　　　　　　　　　　　　　　　　　　　　　　　**12**

表1　続き

| | 事象 | | セマンティクス | XML構文（MPEG-21に基づく） | 疑似コード（ファイル形式ボックス） |
|---|---|---|---|---|---|
| Previous-Intervals-Ref | 0...1 | | 前の間隔の情報の参照を提供する。次の間隔の情報は、Interval要素の1つ以上のインスタンスを含む記述である。次の間隔の情報は、Interval要素で表される記述である。**PreviousIntervalsRef**要素を使用すると、クライアントは**HttpStr**要素で表される主要な記述を再読み込みする必要がない。現在の時間枠内では、最後の間隔のみに**NextIntervalsRef**要素を含めることができる。 | Intervals-RefType, may be extended from dia:Reference-Type | 'nref' box |

次の表2は、IntervalsRef、NextintervalsRef、PreviousintervalsRef、QoSInfoRef、MappingInfoRef a、およびIntervalInfoについて記述する。

表2

| | 事象 | | セマンティクス | XML構文（MPEG-21に基づく） | 疑似コード（ファイル形式ボックス） |
|---|---|---|---|---|---|
| **QoSInfoRef, MappingInfoRef** | | | | | |
| | Index | 1 | 次のLocation要素によって参照される記述ファイル内の参照される記述またはボックス（Interval、QoSInfo、MappingInfo）の順序（1から始まる）を示す。 | not applicable | unsigned int(8) |
| | Location | 1 | Interval、QoSInfo、またはMappingInfoで表される記述への参照を提供する。 | uri element in dia:ReferenceType | string (representing url) |
| **IntervalInfo** | | | | | |
| | TimeScale | 0...1 | 1秒間の時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間関連の要素に使用される。**Timescale**要素が存在する場合、**GeneralInfo**によって提供されるタイムスケールをオーバーライドする。 | integer | unsigned int(32) |
| | StartTime | 0...1 | 間隔の開始時間を示す。 | | |
| | Duration | 0...1 | 間隔の継続期間を示す。 | integer | unsigned int(32) |
| | DefaultFragDuration | 0...1 | 間隔のフラグメントのデフォルトの継続期間を示す（最後のフラグメントを除く）。 | integer | unsigned int(32) |
| | DefaultContentIntLoc | 0...1 | コンテンツ間隔のデフォルトの位置を提供する。 | anyURItype | string |
| | Last | 0...1 | 真の場合、コンテンツの最終間隔を示す。 | boolean | by flag |
| **IntervalsRef, PreviousIntervalsRef NextIntervalRef** | | | | | |
| | startTime | | コンテンツの開始時間（ライブコンテンツの場合は**LiveStartTime**、オンデマンドコンテンツの場合は0）を基準にして、参照される間隔/周期のシーケンスの開始時間を示す。 | xs:duration | |
| | AvailableTime | 0...1 | 次の間隔の記述が利用可能になる時間を示す。Theは、コンテンツの開始時間からの相対時間である。 | integer | unsigned int(32) |

US 8,909,805 B2

13                                                                    14

表2　続き

| | 事象 | セマンティクス | XML構文<br>（MPEG-21に基づく） | 疑似コード<br>（ファイル形式ボックス） |
|---|---|---|---|---|
| Index | 1 | 次のLocation要素によって参照される記述ファイル内の参照される間隔記述（またはボックス）の順序（1から始まる）を示す。 | not applicable | unsigned int(8) |
| Location | 1 | Interval記述を含む記述ファイルへの参照を提供する。 | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

次の表3は、QoSInfo要素について記述する。

表3

| | | 事象 | セマンティクス | XML構文<br>（MPEG-21に基づく） | 疑似コード<br>（ファイル形式ボックス） |
|---|---|---|---|---|---|
| QoSInfo | | 1 | リソースの特性や品質/ユーティリティなど、代替コンテンツのリストに関する情報を提供する。 | QoSInfoType containing a UtilityFunction of dia:Adaptive-QoSType | 'QoSi' box |
| | ClassSchemeRef | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前のセマンティクスを提供する。 | dia:Description MetadataType | 'csmr' box |
| | scheme | 1...N | 分類スキームへの参照を提供する。 | Att. alias & href in dia:Description MetadataType Element constraint | a url string |
| (1) | Resource | 0...N | Resource要素の各インスタンスは、代替のリストとして、特定のリソースタイプ（ビットレートなど）の特性値を記述する。 | dia:UF DataType in DIA Utility-FunctionType | 'resi' box |
| (2) | AdaptionOpera-tor | 0...N | AdaptationOperator要素の各インスタンスは、代替のリストとして、特定の適応タイプ（例えば、時間レイヤーを削除）の値を記述する。 | dia:UF DataType | 'adpo' box |
| (3) | Utility | 0...N | Utility要素の各インスタンスは、代替のリストとして、特定の品質/ユーティリティタイプ（MOSなど）の値を記述する。 | dia:UF DataType | 'util' box |
| | UtilityRank | 0...1 | 代替のリストの品質ランキングについて記述する。 | dia:UtilityRankType | 'utir' box |
| | Value | 1...N | 代替の品質/ユーティリティランクを示す。Value要素のインスタンスの数は、代替の数と同じである。 | integer | unsigned int(16) |

次の表4は、表3の（1）リソース、（2）適応演算子、および（3）ユーティリティの一般的なセマンティクスを示す。

50

TABLE 4

| 要素<br>(1), (2),<br>(3) | | | セマンティクス | XML構文<br>（MPEG-21に基づく） | 疑似コード<br>（ファイル形式ボックス） |
|---|---|---|---|---|---|
| | Name | 1 | 特定のタイプの要素の識別子を記述する。<br>識別子が上記の実施形態によって意味的に定義されていない場合、次の3つの要素を使用して、分類スキームにおける識別子のセマンティクスを見つける。 | Att. 'iOPinRef', ref. a CS term | unsigned int(32) |

US 8,909,805 B2

| 15 | 16 |

## 表4　続き

| 要素<br>(1), (2),<br>(3) | | | セマンティクス | XML構文<br>（MPEG-21に<br>基づく） | 疑似コード<br>（ファイル形式ボ<br>ックス） |
|---|---|---|---|---|---|
| | CSref_ind | 0 . . . 1 | ClassSchemeRef要素によって提供されるリスト内の分類スキームの参照インデックスを示す。 | Not applicable | unsigned int(16) |
| | LevelNum | 0 . . . 1 | レベル数を示す。 | Not applicable | unsigned int(16) |
| | LevelIndex | 0 . . . 1 | LevelIndex要素の各インスタンスは、分類スキームのレベルでのインデックス値を表す。 | Not applicable | unsigned int(16) |
| | Value | 1 . . . N | 代替のリソースタイプ（適応演算子、またはユーティリティ）の値を示す。<br>Value要素のインスタンスの数は、代替の数と同じである。 | a component in dia:Vector DataType | unsigned int(32) |

次の表5は、マッピング情報を示す。

## 表5

| | | 事象 | セマンティクス | XML構文<br>（MPEG-21に基づく） | 疑似コード<br>（ファイル形式<br>ボックス） |
|---|---|---|---|---|---|
| MappingInfo | | 0 . . . 1 | | MappingInfo Type | 'mapi' box |
| | AlterLocID | 0 . . . 1 | QoSInfoで説明されている各代替の位置IDを提供する。<br>AlterLocID要素が存在しない場合、位置リストの最初の位置をすべての代替に使用できる。 | dia:IntegerVectorType | 'aloc' box |
| | Value | 1 . . . N | 代替の位置IDを示す。この要素のインスタンスの数は、代替の数と同じである。<br>Value要素のn番目のインスタンスは、QoSInfo記述のn番目の代替に対応する。 | integer | unsigned int(16) |
| | ReqQoS Para | 0 . . . N | クライアントからサーバに送信される（代替の）要求に入れられるQoSInfoのパラメータを示す。パラメータは、Resource、AdaptationOperator、Utility、またはUtilityRank要素のインスタンスであり得る。 | ReqQoS ParaType that extends dia:BooleanVectorType | 'reqp' box |
| | RefIndex | 1 | Resource、AdaptationOperator、Utility、UtilityRank要素のインスタンスリスト内のインスタンスインデックス/参照を示す。 | represented by attribute 'iOPinRef' that references an IOPin in QoSInfo | unsigned int(16) |
| | All | 1 | 真の場合、すべての代替に対してパラメータを要求する必要があり、ReqFlagはスキップされる可能性がある。 | boolean | flag |
| | ReqFlag | 0 . . . N | ReqFlag要素の各インスタンスは代替に対応する。<br>ReqFlagが真の場合、対応する代替の要求には、上記で識別されたパラメータがある。 | component of Boolean VectorType | unsigned int(8) |
| | LocationList | 1 | 代替コンテンツを取得する位置のリストを提供する | LocationListType | 'locl' box |
| | Location | 1 . . . N | 位置の情報を提供する | LocationType | 'loca' box |

US 8,909,805 B2

| 17 | 18 |

表6に示すように、位置要素のセマンティクスをさらに提供で
きる。

## 表6

| | | 事象 | セマンティクス | XML構文<br>(DIAに基づく) | 疑似コード<br>(MP4) |
|---|---|---|---|---|---|
| Location | | | 0 . . . N | | LocationType | 'loca'<br>ボックス |
| | LocID | | 1 | Location要素のインスタンスのIDを示す。Location要素はAlterLocIDによって参照される。 | integer | unsigned int(16) |
| | StrLocation | | 0 . . . N | コンテンツ間隔のストリームの位置情報を提供する。各ストリームは、ストリームURLまたはいくつかのフラグメントURLのいずれかによって提供される。 | StrLocationType | 'stlo' box |
| | | FragNum | 0 . . . 1 | フラグメントの数を提供するストリームのURLを記述する | integer | unsigned int(16) |
| | | Stream Url | 0 . . . 1 | フラグメントのURLを記述する。 | anyURI type | string |
| | | FragmentUrl | 0 . . . N | FragmentUrl要素のインスタンスの数は、フラグメントの数である。 | anyURI type | string |
| | | FragTime | 0 . . . 1 | フラグメントの継続期間を提供する。 | dia:VectorDataType | 'frtm' box |
| | | Value | 1 . . . N | フラグメントの継続期間を示す。Value要素のインスタンスの数はフラグメントの数である。 | integer | unsigned int(32) |
| | | RandAccess | 0 . . . 1 | ランダムアクセスをサポートするフラグメントについて記述する。 | dia:VectorDataType | 'rdac' box |
| | | Value | 1 . . . N | ランダムアクセスフラグメントの順序を示す。 | integer | unsigned int(16) |
| | MP2TS Para | | 0 . . . 1 | MPEG-2 TSでコンテンツ/プログラムを見つけるための追加のパラメータ（URL以外）について記述する。 | MP2TS ParaType | 'mp2p' box |
| | | PID | 0 . . . N | MPEG-2 TSのコンテンツ/プログラムのPIDの値を記述する。 | integer | unsigned int(16) |
| | FragBoundaries | | 0 . . . 1 | ストリーム内の（仮想）フラグメントの境界を記述する。FragBoundaries要素のインスタンスの数は、ストリームのフラグメントの数と同じである。FragBoundariesインスタンスには、次の要素の1つのタイプのみが存在する。 | FragBoundaries Type | 'frbd' box |
| | | MP2TSBoundary | 0 . . . N | MPEG-2 TSで（仮想）フラグメント境界を検出するためのパラメータについて記述する。MP2TSBoundary要素のインスタンスが2つある場合、2つのインスタンスはフラグメントの開始境界と終了境界である。MP2TSBoundary要素のインスタンスが1つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前である。 | MP2TS BoundaryType | 'mp2b' box |
| | | ISOFileBoundary | 1 . . . 2 | ISOベースメディアファイル形式に基づいてファイル内の（仮想）フラグメント境界を検出するためのパラメータについて記述する。ISOFileBoundary要素のインスタンスが2つある場合、2つのインスタンスはフラグメントの開始境界と終了境界である。ISOFileBoundary要素のインスタンスが1つしかない場合、そのインスタンスは開始境界である。 | ISOFile BoundaryType | 'isfb' box |

US 8,909,805 B2

| 19 | | | | 20 |

表6　続き

| | 事象 | | セマンティクス | XML構文<br>（DIAに基づく） | 疑似コード<br>（MP4） |
|---|---|---|---|---|---|
| Byte Ranges | 1 | | 終了境界は、次のフラグメントの開始境界の直前である。<br>ファイルの一部/フラグメントを識別するバイト範囲について記述する。<br>ByteRanges要素によって提供されるパラメータは、HTTP要求のバイト範囲オプションに使用できる。 | ByteRangesType | 'brag' box |

表7に示すように、MP2TSBoundary、ISOFileBoundary、および ByteRangesのセマンティクスをさらに提供できる。

表7

| | 事象 | | セマンティクス | XML構文<br>（DIAに基づく） | 疑似コード<br>（MP4） |
|---|---|---|---|---|---|
| MP2TSBoundary | | | | MP2TSBoundaryType | 'mp2b' box |
| | PCR_PID | 1 | 関連するコンテンツ/プログラムのPCRを持つPIDについて記述する。 | integer | unsigned int(16) |
| | PCR_base | 1 | PCRベースフィールドの値を記述する | long | unsigned int(40) |
| | PCR_ext | 1 | PCR拡張フィールドの値を記述する。 | integer | unsigned int(16) |
| | Appearance | 1 | 上記の2つの要素によって識別されるPCR値を含むTSパケットの表示順序（例えば、1番目、2番目）を記述する。<br>PCRのリセット/中断がある場合、PCR値が間隔中に複数回表示されることがある。 | integer | unsigned int(16) |
| | Media_PID | 1...N | プログラムのメディア（ビデオなど）のPIDについて記述する。<br>Media_PID要素のインスタンスの数は、プログラム/コンテンツのメディアの数と同じである。 | integer | unsigned int(16) |
| | Media_Offset | 1...N | 上記で識別されたPCRパケットからフラグメントの最初のメディアパケットまでのオフセット（同じメディアPIDのTSパケット）を記述する。<br>Media_Offsetのn番目のインスタンスは、Media_PIDのn番目のインスタンスに関連付けられている。 | integer | unsigned int(16) |
| ISOFileBoundary | | | | ISOFileBoundaryType | 'isfb' box |
| | SequenceNo | 1 | mfhdボックスで提供されるシーケンス番号について記述する。<br>mfhdボックスは、MP4ファイルのフラグメントを定義する。<br>値が0のSequenceNoは、ファイルの先頭を示す。 | integer | unsigned int(16) |
| ByteRanges | | | | ByteRangesType | 'brag' box |
| | Start | 1...N | バイト範囲の開始値を記述する。<br>'-1'の値は、HTTP要求のこの値が欠落していることを意味する。 | integer | unsigned int(32) |
| | End | 1...N | バイト範囲の終了値を記述する。<br>'-1'の値は、HTTP要求のこの値が欠落していることを意味する。<br>Start-Endインスタンスはペアで存在する。<br>Endのn番目のインスタンスは、Startのn番目のインスタンスに関連付けられている。 | integer | unsigned int(32) |

US 8,909,805 B2

| 21 | | | | 22 |

表7　続き

| 事象 | セマンティクス | XML構文<br>（DIAに基づく） | 疑似コード<br>（MP4） |
|---|---|---|---|
| Media_PID | 0 . . . N 上記のStart-Endペアのバイト範囲から抽出する必要があるメディア（ビデオなど）のPIDについて記述する。Media_PID要素は、バイト範囲がMPEG-2 TSのセグメントであり、すべてのPIDを配信する必要がない場合に使用される。 | integer | unsigned int(16) |

クライアントによって取得されたメタデータのシグナリングには、シグナリング情報の様々な部分またはレベルが含まれ得る。したがって、クライアントからサーバへの要求には、様々な詳細レベルのパラメータが含まれ得る。クライアントの主なパラメータはURIであり、クエリ部分に関連付けることができる。

3つの主要なシナリオを次のように検討する。

1）サーバベースシナリオ

サーバベースシナリオでは、サーバからクライアントに提供されるメタデータは、一般的なコンテンツ情報310および一般的な間隔情報320を含み得る。

要求されたコンテンツのURIの場合、DefaultContentIntLoc（そうでない場合はDefaultContentIntLoc）が使用される。クライアントがコンテンツの特定のフラグメントを要求するために、次のパラメータa）およびb）が（操作140の要求の）クエリ部分で定義される。

　a）　「fragno」：間隔内のフラグメントの順序値
　b）　「fragti」：間隔内のフラグメントの開始時間
例えば、要求URIは「HTTP://server.file.mp4?fragno=5」となる。

2）分散シナリオ

分散シナリオでは、サーバからクライアントに提供されるメタデータは、一般的なコンテンツ情報310、一般的な間隔情報320、およびQoS情報330を含み得る。

上記のパラメータに加えて、以下のQoS関連パラメータa）からc）が（操作140の要求の）クエリ部分で定義され、クライアントが適切な代替を要求できるようにする。

　a）　「alter」：代替の順序値。代替の順序値に基づいて、代替がQoS情報に表示され得る。
　b）　「oper1」、「oper2」、…、および「operN」の値：「operi」は、QoS情報に表示されるi番目の適応演算の値を持つ。
　c）　「res1」、「res2」、…、"resN" "resi"は、QoS情報に表示されるi番目のリソースの値を持つ。

1回の要求で使用できるのは、上記の3つのオプションのうち1つだけである。

典型的な適応演算子とリソースタイプでは、了解度と相互運用性を向上させるための特定のパラメータ名を定義できる。

適応演算子は次のa）からc）である。
a）audiolayers：破棄される拡張可能な音声レイヤーの数を示す。
b）temporallayers：破棄される拡張可能ビデオの時間レイヤーの数を示す。
c）spatiallayers：破棄される拡張可能ビデオの空間レイヤーの数を示す。
d）qualitylayers：破棄される拡張可能ビデオの品質レイヤーの数を示す。
e）prioritylayers：破棄される拡張可能ビデオの優先レイヤーの数を示す。

リソースタイプは、次のa）からd）のとおりである。
　a）bitrate：要求された代替の平均ビットレート（Kbps）を示す。
　b）vertresolution：要求された代替の垂直解像度を示す。
　c）horiresolution：要求された代替の水平解像度を示す。
　d）framerate：要求された代替のフレームレートを示す。

事前定義されたパラメータを使用すると、ビットレートに基づく要求URIの例は、「http://server.file.mp4?fragno=5&bitrate=550」となる。

3）クライアントベースシナリオ

クライアントベースシナリオでは、サーバからクライアントに提供されるメタデータには、一般的なコンテンツ、一般的な間隔情報、QoS情報、およびマッピング情報が含まれ得る。

要求で使用されるQoS関連のパラメータは、QoSInfoメタデータのReqQoSPara部分によって示され得る。例えば、ReqQoSParaのRefIndexが0または1はnullの場合、他のオプションの代わりに「alter」パラメータを使用できる。

ReqQoSParaがQoSInfoメタデータに存在しない場合、QoS関連のパラメータは使用することができない。この場合の代替は、MappingInfoの位置によって暗示され得る。

コンテンツのURIは、MappingInfoの豊富な記述から派生し得る。コンテンツ/プログラムがMPEG-2 TSで伝達される場合、1つ以上のPIDを使用してストリーム内のコンテンツを見つけることができる。

フラグメント境界を検出するための追加情報を提供する場合、（操作140の要求の）クエリ部分について、以下のパラメータ1）から3）を使用することができる。

1）MPEG-2 TS境界の場合、Appearance、PCR_PID、PCR_base、PCR_ext、Media_PID、およびMedia_Offset
2）ISOメディアファイル境界の場合、SequenceNo
3）生のバイトシーケンスと見なされるファイルの場合、StartとEnd

上記のパラメータのセマンティクスは、FragBoundaries要素のセマンティクスで提供され得る。

Start-Endのペアは、HTTP要求メッセージの範囲ヘッダーで使用できる。例えば、if {(Start=0, End=99);(Start=200, End=299)}の場合、ヘッダーは「Range: bytes=0-99,200-299」となる。

以下、XML形式の構文表現について記述する。上記の構文要素の表現は、XML形式で提供され得る。各要素のセマンティクスは、上記の表1から7に遡ることができる。

いくつかの要素は、MPEG-21 DIAで定義されているいくつかのタイプの拡張であり得る。いくつかの要素は、MPEG-21 DIAで定義されたいくつかのタイプを取り得る。

次の表8は、XML形式でのHTTPStreamingTypeの構文表現を示す。

US 8,909,805 B2

**23**

表8

```
<complexType name="HTTPStreamingType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="GeneralInfo" type="GeneralInfoType"
                minOccurs="0"/>
                <choice minOccurs="0" maxOccurs="unbounded">
                    <element name="IntervalsRef" type="IntervalsRefType"/>
                    <element name="Interval" type="IntervalType"/>
                </choice>
            </sequence>    </complexContent>
</complexType>
```

次の表9は、XML形式でのGeneralInfoTypeの構文表現を示す。

表9

```
<complexType name="GeneralInfoType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="TimeScale" type="integer" minOccurs="0"/>
                <element name="LiveStartTime" type="dateTime"
                minOccurs="0"/>
                <element name="Duration" type="integer" minOccurs="0"/>
                <element name="DefaultIntDuration" type="integer"
                minOccurs="0"/>
                <element name="MinUpdateTime" type="integer"
                minOccurs="0"/>
                <element name="ConsistentQoSInfo" type="boolean"
                minOccurs="0"/>
                <element name="DefaultContentLoc" type="anyURI"
                minOccurs="0"/>
            </sequence>
        </extension>
    </complexContent>
</complexType>
```

次の表10は、XML形式でのIntervalRefTypeの構文表現を示す。

表10

```
<complexType name="IntervalsRefType">
    <complexContent>
        <extension base="dia:ReferenceType">
            <sequence>
                <element name="AvaliableTime" type="integer" minOccurs="0"/>
            </sequence>
            <attribute name="startTime" type="xs:duration" use="optional"/>
        </extension>
    </complexContent>
</complexType>
```

次の表11は、XML形式でのIntervalTypeの構文表現を示す。

表11

```
<complexType name="IntervalType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="IntervalInfo" type="IntervalInfoType"
                minOccurs="0"/>
                <choice minOccurs="0">
                    <element name="QoSInfo" type="QoSInfoType"/>
                    <element name="QoSInfoRef" type="dia:ReferenceType"/>
                </choice>
```

**24**

表11　続き

```
                <choice minOccurs="0">
                    <element name="MappingInfo" type="MappingInfoType"/>
                    <element name="MappingInfoRef" type="dia:Reference-
                    Type"/>
                </choice>
                <element    name="PreviousIntervalsRef"    type="IntervalsRefType"
                minOccurs="0"/>
                <element    name="NextIntervalsRef"    type="IntervalsRefType"
                minOccurs="0"/>
            </sequence>
        </extension>
    </complexContent>
</complexType>
```

次の表12は、XML形式でのIntervalInfoTypeの構文表現を示す。

表12

```
<complexType name="IntervalInfoType">
    <sequence>
        <element name="TimeScale" type="integer" minOccurs="0"/>
        <element name="StartTime" type="dateTime" minOccurs="0"/>
        <element name="Duration" type="integer" minOccurs="0"/>
        <element name="DefaultFragDuration" type="integer"
        minOccurs="0"/>
        <element name="DefaultContentIntLoc" type="anyURI"
        minOccurs="0"/>
        <element name="Last"    type="boolean" minOccurs="0"/>
    </sequence>
</complexType>
```

次の表13は、XML形式でのISOFileBoundaryTypeとByteRangesTypeの構文表現を示す。

表13

```
<complexType name="ISOFileBoundaryType">
    <sequence>
        <element name="SequenceNo" type="integer"
        maxOccurs="unbounded"/>
    </sequence>
</complexType>
<complexType name="ByteRangesType">
    <sequence maxOccurs="unbounded">
        <element name="Start" type="integer"/>
        <element name="End" type="integer"/>
        <element name="Media_PID" type="integer" minOccurs="0"/>
    </sequence>
</complexType>
```

以下、MP4擬似コード形式での構文表現について記述する。上記の構文要素の表現は、MP4擬似コード形式で提供される場合がある。
次の表14は、MP4疑似コード形式でのHTTPStreamingBoxの構文表現を示す。

表14

```
HTTPStreamingBox
    Box Type: 'htps'
    Container: Signaling file
    Mandatory: Yes
    Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

以下、PeriodsRefElementの他のいくつかのオプションについて記述する。
XInludeは、XMLドキュメントの統合に使用される包含メカニズムを提供するワールド・ワイド・ウェブ・コンソーシアム（W3C）技術である可能性がある。

US 8,909,805 B2

**25**

上記のPeriodsRefとXIncludeは、リソース/記述を意味するために任意のURIタイプ（Location要素とhref属性を含む）を使用する点で類似し得る。ただし、上記の2つのアプローチには大きな違いがある。

XIncludeは、XMLドキュメントを統合するために使用できる。言い換えると、オプションでさらに処理する前に、統合されたドキュメントを取得する必要がある。逆に、PeriodsRefは、過去または将来の周期を指すために使用できる。過去または将来の周期はいつでも統合されている必要はない。PeriodsRefの目的は、ユーザーが必要な場合にのみ適切な周期情報を取得できるようにすることである。

特定の属性/要素に関連して、startTimeとPeriodsRefのavailableTimeは、周期情報の取得に対して一意であり得る。XIncludeの属性/要素の中で、「fallback」と「xpointer」はPeriodsRefの機能を改善するために使用できるが、「parse」、「encoding」、「accept」、および「accept-language」はPeriodsRefでは不要な場合がある。

上記の記述に基づいて、周期を指す2つの追加オプション1）改良PeriodsRef、および2）XInclude拡張PeriodsRefが提案される。

1）改良PeriodsRef：XIncludeのフォールバック要素とxpointer属性によって既存のPeriodsRefの改良を有効にする。このオプションには、構文と処理が単純であるという利点がある。変更されたPeriodsRefの構文を以下の表15に示す。

2）XInclude拡張PeriodsRef：startTime属性とavailableTime属性を使用して単にXIncludeを拡張することでPeriodsRefの構築を有効にする。この操作には、標準のXIncludeを使用できるという利点がある。最初にドキュメントを常に統合することを回避するために、PeriodsRefのセマンティクスは、「クライアントが統合を完了する必要があるかどうかを決定できるようにする」ことを義務付ける必要がある場合がある。PeriodsRefの構文を以下の表16に示す。

上記の構文では、ids属性を追加して、現在のメディアプレゼンテーションで使用されている参照Periodsのidを示すことができる。さらに、XIncludeのhref属性との一貫性を保つために、Location要素をオプションの位置属性に変更することができる。

表15

```
<xs:complexType name="PeriodsRefType">
    <xs:choice minOccurs="0" maxOccurs="unbounded">
        <xs:element    minOccurs="0"    maxOccurs="unbounded"
            name="fallback"
```

**26**

表15　続き

```
type="fallbackType"/>
            <xs:any    namespace="##other"    processContents="lax"
                minOccurs="0"
maxOccurs="unbounded"/>
    </xs:choice>
    <xs:attribute name="ids" type="xs:string"/>
    <xs:attribute name="location" type="xs:anyURI"/>
    <xs:attribute name="xpointer" type="xs:string"/>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="fallbackType">
    <xs:choice minOccurs="0" maxOccurs="unbounded">
        <xs:element name="PeriodsRef" type="PeriodsRefType"/>
        <xs:any namespace="##other" processContents="lax"/>
    </xs:choice>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

表16

```
<xs:schema
    ...
    xmlns:xi="http://www.w3.org/2001/XInclude"
    ...
<xs:complexType name="PeriodsRefType">
    <xs:complexContent>
        <xs:extension base="xi:includeType">
            <xs:attribute name="ids" type="xs:string"/>
            <xs:attribute name="startTime" type="xs:duration"/>
            <xs:attribute name="availableTime" type="xs:duration"/>
            <xs:anyAttribute namespace="##other" processContents="lax"/>
        </xs:extension>
    </xs:complexContent>
</xs:complexType>
```

上記の要素/属性のセマンティクスは、表17に示すように提供できる。

表17

| 要素あるいは属性の名前 | タイプ（要素あるいは属性） | 濃度 | オプション性 | 記述 |
|---|---|---|---|---|
| MPD | E | 1 | M | メディアプレゼンテーションのメディアプレゼンテーション記述（MPD）を持つルート要素を記述する |
| ... | | | | |
| Period | E | 1...N | O | Periodの情報を提供する。 |
| PeriodsRef | E | 1...N | O | Period要素の1つ以上のインスタンスを含む記述への参照を提供する。Period要素の1つ以上のインスタンスは、連続するPeriodのシーケンスを表す。Periodの情報は、Period要素のインスタンスとして含まれるか、PeriodsRef要素によって参照される。 |

US 8,909,805 B2

| 27 | | | | 28 |

表17　続き

| 要素あるいは属性の名前 | タイプ（要素あるいは属性） | 濃度 | オプション性 | 記述 |
|---|---|---|---|---|
| ids | A | | O. | 参照された周期のidを提供する。複数の連続するPeriodが参照される場合、この文字列によって伝達されるidはセミコロンで区切られる。 |
| locatoin | A | | O. | Periodの記述への参照を提供する。 |
| xpointer | A | | O. | 参照された記述の一部を識別するためのXPointerを提供する。xpointer属性が存在しない場合は、位置属性が存在する必要がある。 |
| startTime | A | 0...1 | O. | コンテンツの開始時間を基準にした、Periodの参照されたシーケンスの開始時間を示す。StartTime要素は、参照された情報を取得する必要があるかどうかをクライアントが判断するのに役立つ。 |
| availableTime | A | 0...1 | O. | 参照されたPeriodの記述が利用可能な時間を示す。時間は、コンテンツの開始時間からの相対時間である。availableTime属性がない場合、記述はすでに利用可能である。 |

以下、周期のタイムラインについて記述する。

周期には、周期の開始時間を示す開始属性がある。ただし、上記のアプローチは、周期のタイムラインを変更する際に柔軟ではない場合がある。

例えば、VODのMPDに広告周期を挿入するには、挿入された周期の後のすべての周期の開始時間を変更する必要がある。さらに、同じ広告周期を繰り返し（例えば、1時間ごとに）再生する場合、その周期を続けて挿入することになり得る。同様に、1つ以上の周期がMPDから削除されると、時空間で周期が削除された後の残りの周期の開始時間が変更されることになり得る。

一実施形態では、周期管理の柔軟性のために、以下の変更を提案することができる。

1)　「継続期間」という新しい属性をPeriodに追加する

2)　Periodの現在の開始属性をオプションに変更する

3)　PeriodTimelineという新しい要素をMPDタイプに追加する

PeriodTimeline要素は、タイムラインに基づいた周期のプレゼンテーションに関する情報を提供することができる。PeriodTimeline要素のセマンティクスと構文を以下の表18から20に示す。

PeriodTimelineを使用すると、Periodの記述はプレゼンテーション時間とは無関係になる。したがって、Periodは、同じメディアプレゼンテーションまたは別のメディアプレゼンテーションで（すべてまたは部分的に）再利用され得る。プレゼンテーション時間を変更するには、PeriodTimelineのみを変更する必要がある。

さらに、PartialPlayは、Periodの1つ以上の部分の（再）再生を許可し得る。例えば、広告Periodがプレゼンテーションされた後、広告Periodの一部（開始と終了で示される）がセッション全体中に繰り返されることがある。

PeriodTimeline要素は、Periodの明示的なタイムラインを与える場合がある。PeriodTimeline要素がないと、Periodの暗示的なタイムラインは、順序付けられたPeriodのシーケンスから推測され得る。暗示的なタイムラインの場合にPeriodの再生をサポートするために、PartialPlay要素をPeriod要素の子要素として提供することもできる。

表18

| 要素あるいは属性の名前 | タイプ（要素あるいは属性） | 濃度 | オプション性 | 記述 |
|---|---|---|---|---|
| MPD | E | 1 | M | メディアプレゼンテーションのメディアプレゼンテーション記述（MPD）を持つルート要素を記述する。 |
| ... | | | | |
| PeriodTimeline | E | 0...1 | O | メディアプレゼンテーションのPeriodのプレゼンテーションタイムラインを提供する。 |
| PeriodsTime | E | 1...N | O | Periodを提示するための時間情報を提供する。 |
| id | A | | O. | メディアプレゼンテーションのPeriodのidを示す。この値は、Periodのid属性が存在する場合、Periodのid属性の値と同じである。id属性が存在しない場合、この値はMPDでのPeriodの表示順序と同じである。 |
| start | A | | O. | メディアプレゼンテーションの属性availabilityStart時間の値に関連するPeriodの正確な開始時間を提供する。開始属性は、対応するPeriodの開始属性（つまり、Period要素のインスタンス）をオーバーライドする。開始属性は、タイムラインの第1Periodに存在する場合がある。他のPeriodについては、前のPeriodの表示継続期間に関する情報が利用可能な場合、この値が推定され、属性が存在しない可能性がある。 |

US 8,909,805 B2

29                                                                                          30

## 表18　続き

| 要素あるいは属性の名前 | タイプ（要素あるいは属性） | 濃度 | オプション性 | 記述 |
|---|---|---|---|---|
| PartialPlay | E | 0 . . . N | O. | Periodの（一時的な）部分を表示するための情報を提供する。 |
| beginning | A | | O. | Periodの一部の開始点を示す。この時間値は、Periodの始まりを基準にしている。 |
| ending | A | | O. | Periodの一部の終了点を示す。この時間値は、期間の始まりを基準にしている。 |
| Period | E | 1 . . . N | M | Periodの情報を提供する。 |
| start | A | | O | Periodの開始時間を示す。 |
| id | A | | O | PeriodのIDを示す。Periodが別のPeriodの（部分的な）繰り返しである場合、id属性の値は、参照されたPeriodのIDまたは表示順序と等しくなる。 |
| duration | A | | O. | Periodの継続期間を示す。開始属性が存在しない場合は、継続期間属性が存在する可能性がある。また、メディアプレゼンテーションの最後のPeriodで、availabilityEndTimeとSegmentTimelineが使用できない場合、Periodの継続期間属性が存在する可能性がある。 |
| PartialPlay | E | 0 . . . N | O. | Periodの（一時的な）部分を表示するための情報を提供する。 |
| beginning | A | | O. | Periodの一部の開始点を示す。この時間値は、Periodの始まりを基準にしている。 |
| ending | A | | O. | Periodの一部の終了点を示す。この時間値は、Periodの始まりを基準にしている。表示要素には、表示の記述が含まれている。 |
| Representation | E | 0 . . . N | | |

## 表19

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
...
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element  minOccurs="0"  name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:element  name="PeriodTimeline"
type="PeriodTimelineType">
        <xs:element maxOccurs="unbounded" name="Period"
    type="PeriodType"/>
        <xs:any  namespace="##other"  processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndType" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
```

## 表19　続き

```
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration"
use="required">
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period Timeline -->
<xs:complexType name="PeriodTimelineType">
    <xs:sequence>
        <xs:element  maxOccurs="unbounded"  name="PeriodTime"
type="PeriodTimeType"/>
        <xs:any  namespace="##other"  processContents="lax"
minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

## 表20

```
<xs:complexType name="PeriodTimeType">
    <xs:sequence>
        <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="PartialPlay"
type="PartialPlayType"/>
        <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="id" type="xs:string" use="required"/>
    <xs:attribute name="start" type="xs:duration"/>
```

US 8,909,805 B2

**31**
表20　続き

```
        <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PartialPlayType">
    <xs:sequence>
        <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="beginning" type="xs:duration"/>
    <xs:attribute name="ending" type="xs:duration"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element  minOccurs="0"  name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="PartialPlay"
type="PartialPlayType"/>
        <xs:element  minOccurs="0"  maxOccurs="unbounded"  name="Representation"
type="RepresentationType"/>
        <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="id" type="xs:string"/>
    <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
    <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
...
...
</xs:schema>
```

**32**

　繰り返されるPeriodに表示の記述を再度含める必要がないため、Representationインスタンスの最小数を0に変更してもよい。

　id属性を直接使用するのではなく、繰り返される前のPeriodのid値を示す特別な属性を使用してもよい。

　図5は、本発明の一実施形態によるクライアントの構成を示す図である。

　クライアント100は、アクセスエンジン510、およびメディアエンジン520を含む。

　アクセスエンジン510は、DASHアクセスエンジンであり得る。

　アクセスエンジン510は、サーバ110からメタデータ（例えば、MPD）を受信することができる。

　アクセスエンジン510は、要求を形成することができ、形成された要求をサーバ110に送ることができる。

　アクセスエンジン510は、サーバ110からコンテンツ（例えば、セグメントまたはセグメントの一部）を受信することができる。アクセスエンジン510は、コンテンツをメディアエンジン520に提供することができる。

　アクセスエンジン510の出力は、MPEGコンテナ（例えば、ISO/IEC 14492-12 ISOベースメディアファイル形式、またはISO/IEC 13818-2 MPEG-2 TS）のメディア（またはメディアの一部）を含み得る。さらに、アクセスエンジン510の出力は、メディアの内部タイミングをメディアプレゼンテーションのタイムラインにマッピングするために使用されるタイミング情報を含み得る。

　メディアエンジン520は、提供されたコンテンツを再生することができる。具体的には、メディアエンジン520は、アクセスエンジン510から出力されるメディアおよびタイミング情報を使用してメディアを出力することができる。

　以上のように図1から4を参照し説明した本発明の実施形態による技術情報は、本実施形態にも同様に適用することができる。したがって、これ以上の説明は省略される。

　本発明の上記の実施形態による方法は、コンピュータによって具体化される様々な操作を実施するためのプログラム命令を含むコンピュータ可読メディアに記録され得る。メディアはまた、単独で、またはプログラム命令、データファイル、データ構造などと組み合わせて含まれ得る。メディアに記録されたプログラム命令は、実施形態の目的のために特別に設計および構成されたものであるか、またはそれらは、コンピュータソフトウェア技術の当業者にとって周知で利用可能な種類のものであり得る。コンピュータ可読メディアの例には、ハードディスク、フロッピーディスク、磁気テープなどの磁気メディア、CD ROMディスクやDVDなどの光メディア、フロプティカルディスクなどの光磁気メディア、読み取り専用メモリ（ROM）、ランダムアクセスメモリ（RAM）、フラッシュメモリなどのプログラム命令を格納および実行するように特別に構成されたハードウェアデバイスが含まれる。プログラム命令の例には、コンパイラーによって生成されるようなマシンコードと、コンピュータが解読機を使用して実行できる高レベルのコードを含むファイルの両方が含まれる。記載したハードウェアデバイスは、本発明の上記の実施形態の操作を実行するために、1つ以上のソフトウェアモジュールとして機能するように、またはその逆であるように構成され得る。

　本発明のいくつかの実施形態が示され、記述されてきたが、本発明は記述された実施形態に限定されない。代わりに、本発明の原理および精神から逸脱することなくこれらの実施形態に変更を加えることができ、その範囲は特許請求の範囲およびそれと同等の物により定義されることが当業者によって理解されるであろう。

　　特許請求の範囲

［請求項1］
　メディアを提供するための方法であって、以下を含む方法：
　メディアのメタデータを受信する。ここでメタデータは1つ以上の周期を含む。

US 8,909,805 B2

33

34

受信したメタデータを処理し、メタデータに含まれる情報を抽出する。ここで、メタデータは範囲属性を含む。

範囲属性で指定されたURLで示されるリソースのバイトの要求に基づいて、特定の間隔に適したセグメントを要求する。

メタデータによって提供される情報に基づいてメディアのセグメントにアクセスする。

セグメントに含まれるメディアのデータをデコードし、レンダリングする。

ここで、各周期はメディアの1つまたは複数の表示を含み、

ここで、各表示は、各表示を含む周期の開始点から始まり、周期の終了点まで続き、1つ以上のセグメントを含み、また

ここで、1つ以上の周期のうちの第1周期の開始を決定することは、以下を含む。

開始属性が第1周期の第1周期要素に存在する場合、第1周期の開始時間は、開始属性の値と同等であり、

開始属性が第1周期の第1周期要素に存在せず、第2周期の第2周期要素が継続期間属性を含む場合、第1周期の開始時間は、第2周期要素の継続期間属性の値を第2周期の開始時間に加算す

ることによって得られ、また

開始属性が第1周期の第1周期要素に存在せず、第1周期が1つ以上の周期の最初のものである場合、第1周期の開始時間はゼロである。

［請求項2］
前記メタデータは、前記メディアのメディアプレゼンテーション記述（MPD）である、請求項1に記載の方法。

［請求項3］
前記周期は、それぞれ周期要素によって定義される、請求項1に記載の方法。

［請求項4］
前記周期要素は、周期の開始時間を示す開始属性を含む、請求項3に記載の方法。

\* \* \* \* \*



**Certification of Accuracy of Translation**

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex F – U.S. Patent No. 8,909,805"**

**Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.**

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **G**

（１２）米国特許公報

Ｔｈａｎｇ他

（１０）特許番号：ＵＳ　９，３２５，５５８　Ｂ２

（４５）発行日：２０１６年４月２６日

（５４）ストリームコンテンツを提供するための装置および方法

（７５）発明者：Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ（大田広域市（韓国））、Ｊｉｎ　Ｙｏｕｎｇ　Ｌｅｅ（大田広域市（韓国））、Ｓｅｏｎｇ　Ｊｕｎ　Ｂａｅ（大田広域市（韓国））、Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ（大田広域市（韓国））、Ｓｏｏｎ　Ｈｅｕｎｇ　Ｊｕｎｇ（大田広域市（韓国））、Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ（大田広域市（韓国））、Ｗｏｎ　Ｒｙｕ（大田広域市（韓国））、Ｊａｅ　Ｇｏｎ　Ｋｉｍ（高陽市（韓国））

（７３）譲受人：　　　　韓国航空大学校産学連携基金（高陽市、京畿道（韓国））　韓国電子通信研究院（大田広域市（韓国））

（＊）注：　本特許の有効期限は、米国特許法第１５４条（ｂ）の規定により、２８８日間にわたり延長即ち調整されるが、権利を放棄することも認められる。

（２１）特許出願番号：１３／８１１，３７６

（２２）ＰＣＴ国際出願日：２０１１年７月２０日

（８６）ＰＣＴ国際出願番号：ＰＣＴ／ＫＲ２０１１／００５３５７

米国国内段階移行日：２０１３年１月２１日

（８７）ＰＣＴ国際公開番号：ＷＯ２０１２／０１１７４３

ＰＣＴ国際公開日：２０１２年１月２６日

（６５）先行公開文献データ

ＵＳ２０１３／０１２４７４９Ａ１（２０１３年５月１６日公開）

関連米国特許出願データ

（６６）　　　　　差し替えられた出願番号：第６１／４１７９３１号（２０１０年１１月３０日出願）

（６０）　　　　　仮出願第６１／３６５８６０号（２０１０年７月２０日出願）、仮出願第６１／３６６２０３号

（続く）

（３０）外国出願優先権データ

２０１１年７月１９日［韓国］　　出願番号第１０－２０１１－００７１６７１号

（５１）国際特許分類
　　　　Ｇ０６Ｆ　１５／１６　（２００６年１月）
　　　　Ｈ０４Ｌ　２９／０６　（２００６年１月）

（続く）

（５２）米国特許分類

ＣＰＣ　Ｈ０４Ｌ　２９／０６０２７（２０１３年１月）、Ｈ０４Ｌ　６５／４０９２（２０１３年１月）、Ｈ０４Ｌ　６５／６０４（２０１３年１月）
（続く）

（５８）サーチ分野：
ＵＳＰＣ　　　７０９／２０３、２１７〜２１８、２２３〜２２９、２５０
完全なサーチ履歴については、出願書類を参照。

（５６）引用文献
米国特許文献

２００２／０１０５９５１Ａ１　２００２年８月　　　　　　Ｈａｎｎｕｋｓｅｌａ他
２００５／００７６１３６Ａ１　２００５年４月　　　　　　Ｃｈｏ他
（続く）


その他の文献
Ｕｎｉｖｅｒｓａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ；　ＬＴＥ；　Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ−ｔｏ−ｅｎｄ　Ｐａｃｋｅｔ−ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ；　Ｐｒｏｔｏｃｏｌｓ　ａｎｄ　ｃｏｄｅｃｓ，　ＥＴＳＩ　ＴＳ　１２６　２３４　ｖｅｒｓｉｏｎ　９．３．０　Ｒｅｌｅａｓｅ　９，　Ｓｏｐｈｉａ　Ａｎｔｉｐｏｌｉｓ　Ｃｅｄｅｘ，　Ｆｒａｎｃｅ．

主任審査官：Ｍａｕｎｇ；　Ｚａｒｎｉ
（７４）弁護士、代理人、又は法人：Ｗｉｌｌｉａｍ　Ｐａｒｋ　＆　Ａｓｓｏｃｉａｔｅｓ　Ｌｔｄ．

（５７）要約書
コンテンツのメタデータを用いる、アダプティブハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングサービスのための方法および装置が提供される。メタデータは、初期バッファリングされるメディアコンテンツの最小量を示す、Ｍｉｎｂｕｆｆｅｒｔｉｍｅ属性を含み得る。コンテンツを再生するのに先立って、端末はサーバからそのコンテンツを受信し、そのコンテンツを、少なくとも上記の最小量だけバッファリングし得る。メタデータは、ユニフォームリソースロケーター（ＵＲＬ）によって示されるターゲットの範囲を指定する範囲属性を含み得る。端末は、ＵＲＬから、範囲属性によって指定されるバイト数の情報を受信し、その受信したバイト数情報を用いてコンテンツを再生し得る。

請求項の数：１８、図面の枚数：６

```
      100                    110
   ┌──────────┐          ┌──────────┐
   │ クライアント │          │  サーバ   │
   └──────────┘          └──────────┘
        │      メタデータ 120      │
        │◄───────────────────────│
   ┌──────────────────┐
   │ メタデータを処理する │ ～130
   └──────────────────┘
        │   フラグメントをリクエストする 140   │
        │───────────────────────►│
                        ┌──────────────────┐
                  145 ～│ コンテンツを構文解析する │
                        └──────────────────┘
        │   フラグメントを送信する 150   │
        │◄───────────────────────│
        │                        │
                     ⋮
```

関連米国特許出願データ
（２０１０年７月２１日出願）、仮出願第６１／３７５２６２号（２０１０年８月２０日出願）、仮出願第　６１／３８０２７７号（２０１０年９月６日出願）、仮出願第６１／３９０３２８号（２０１０年１０月６日出願）、仮出願第６１／４０５６７４号（２０１０年１０月２２日出願）、仮出願第６１／４１４４６２号（２０１０年１１月１７日）、仮出願第６１／４３４０３６号（２０１１年１月１９日）
（５１）国際特許分類
　　　　Ｈ０４Ｎ　２１／４４　　　（２０１１年１月）
　　　　Ｈ０４Ｎ　２１／２４　　　（２０１１年１月）
　　　　Ｈ０４Ｎ　２１／６５４３　　　（２０１１年１月）
　　　　Ｈ０４Ｎ　２１／６５４７　　　（２０１１年１月）
　　　　Ｇ０６Ｆ　１２／００　　　（２００６年１月）
　　　　Ｈ０４Ｎ　２１／２３５　（２０１１．０１０１）
　　　　Ｈ０４Ｎ　２１／２３８　（２０１１年１月）

（５２）米国特許分類
ＣＰＣ　Ｈ０４Ｌ　６５／６０８（２０１３年１月）、Ｈ０４Ｌ　６５／８０（２０１３年１月）、Ｈ０４Ｎ　２１／２４０１（２０１３年１月）、Ｈ０４Ｎ　２１／２４０２（２０１３年１月）、Ｈ０４Ｎ　２１／４４００４（２０１３年１月）、Ｈ０４Ｎ　２１／６５４３（２０１３年１月）、Ｈ０４Ｎ　２１／６５４７（２０１３年１月）、Ｈ０４Ｎ　２１／２３５３（２０１３年１月）、Ｈ０４Ｎ　２１／２３８０５（２０１３年１月）

（５６）引用文献
米国特許文献

| ２００５／０１０２３７１Ａ１ | ２００５年５月 | Ａｋｓｕ | |
| ２００６／０１０９８５６Ａ１ | ２００６年５月 | Ｄｅｓｈｐａｎｄｅ | |
| ２００７／０００３２５１Ａ１ | ２００７年１月 | Ｃｈｕｎｇ他 | |
| ２０１０／００１１２７４Ａ１＊ | ２０１０年１月 | Ｓｔｏｃｋｈａｍｍｅｒ他 | ７１４／７５２ |
| ２０１３／０００７２２３Ａ１＊ | ２０１３年１月 | Ｌｕｂｙ他 | ７０９／２１９ |

＊審査官による引用



図1

図2



図 3









図４



図5



米国特許          2016/4/26          シート 6 中の 6          US9,325,58B2

図 6



ストリームコンテンツを提供するための装置および方法

【技術分野】

本発明は、ストリーミングコンテンツを提供するための技術に関し、より具体的には、アダプティブ（適応型）ストリーミングを用いてメディアコンテンツを提供するための装置及び方法に関する。

【背景技術】

ストリーミングは、サウンド、動画像、静止画像などのマルチメディアコンテンツを送信し、再生するスキームの１つである。クライアント側ではストリーミングを介してコンテンツを受信しながら、そのコンテンツを再生することができる。

アダプティブストリーミングとは、クライアントがリクエストを出し、サーバがそのリクエストに応じるという通信スキームを用いてストリーミングサービスを提供することをいう。

アダプティブストリーミングサービスを用いれば、クライアントは、クライアントの環境（例えば、クライアントの伝送チャンネル）に適したメディアシーケンスをリクエストし得る。サーバでは、サーバに含まれている、様々なクオリティのメディアシーケンスの中から、クライアントのリクエストにマッチするメディアシーケンスを提供し得る。

アダプティブストリーミングサービスは、様々なプロトコルによって提供され得る。

ハイパーテキスト転送プロトコル（ＨＴＴＰ）アダプティブストリーミングサービスとは、ＨＴＴＰプロトコルによって提供されるアダプティブストリーミングサービスを指す。ＨＴＴＰアダプティブストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを用いて、コンテンツをサーバから受信し、ストリーミングサービスに関連するリクエストをサーバに送信し得る。

【発明の開示】

【技術的目標】

本発明の一態様は、コンテンツの再生中、初期にバッファリングされるメディアの最小量を指定し得る装置及び方法を提供する。

本発明の別の一態様は、ユニフォームリソースロケーター（ＵＲＬ）によって示されるターゲットから、ある指定の範囲内のバイト数の情報を受信し、コンテンツを再生し得る装置及び方法を提供する。

【技術的解決手段】

本発明の一態様によれば、クライアントが、１つ以上のピリオドを含むメディアコンテンツを提供するための方法が提供される。その方法は、メディアコンテンツの、minBufferTime 属性を含み、メディアコンテンツの再生を確実に行うのに必要となる、最初にバッファリングされるメディアコンテンツの最小量を示すメタデータをサーバから受信することと、メディアコンテンツをサーバから受信することと、受信したメディアコンテンツを少なくとも最小量だけバッファリングすることと、メディアコンテンツを再生することを含む。

メタデータは、メディアコンテンツの、メディアプレゼンテーション記述（MPD）であり得る。

minBufferTime 属性は、メディアコンテンツが、メタデータの帯域幅属性の値で又はその値を上回る値で連続的に配信される際に、メディアコンテンツの再生を確実に行うのに必要となる、最初にバッファリングされたメディアコンテンツの最小量を示し得る。

ピリオドの各々は、メディアコンテンツの１つ以上のレプレゼンテーションを含み得る。レプレゼンテーションの各々は、１つのピリオド内の１つ以上のメディアコンポーネントの構造化されたコレクションであり得る。

帯域幅属性は、レプレゼンテーションの各々の属性であり得る。

帯域幅属性は、クライアントがレプレゼンテーションの各々を少なくとも minBufferTime にわたってバッファリングした後で、前記レプレゼンテーションのそれぞれが、それを通じて連続的に配信され得る、仮定上一定であるビットレートチャネルの最小帯域幅を記述し得る。

レプレゼンテーションの各々は、１つ以上のセグメントを含み得る。

本発明の別の一態様によれば、１つ以上のピリオドを含むメディアコンテンツを提供するための端末が提供される。その端末は、メディアコンテンツのメタデータを受信し、メディアコンテンツをサーバから受信し、受信したメディアコンテンツを、少なくとも、minBufferTime 属性で示される最小量だけバッファリングするためのアクセスエンジンを含む。メタデータは、メディアコンテンツの再生を確実にするために必要な、最初にバッファリングされるメディアコンテンツの最小量を示す minBufferTime 属性を含む。端末は、アクセスエンジンからメディアコンテンツを受信し、メディアコンテンツを再生するためのメディアエンジンを含む。

本発明の更に別の一態様によれば、クライアントが１つ以上のピリオドを含むメディアコンテンツを提供するための方法が提供される。その方法は、サーバから、メディアコンテンツのメタデータを受信することを含み、メタデータは、ユニフォームリソースロケーター（ＵＲＬ）属性と、範囲属性とを含む。また上記の方法は、範囲属性によって指定されるバイト数の情報を、ＵＲＬ属性によって示されるＵＲＬから受信することと、受信したバイト数の情報を用いてメディアコンテンツを再生することとを含む。

範囲属性によって指定されるバイト数の情報は、メディアコンテンツのセグメントを指定してもよい。

範囲属性は、複数のバイト範囲を示し得る。

上記のバイト数の情報が、バイト範囲により指示されるＵＲＬに対する部分的ＨＴＴＰ　ＧＥＴコマンドによって受信され得る。

本発明のまた更に別の一態様によれば、１つ以上のピリオドを含むメディアコンテンツを提供するための端末が提供される。その端末は、メディアコンテンツのメタデータを受信し、範囲属性によって指定されるバイト数の情報をＵＲＬ属性によって示されるＵＲＬから受信するアクセスエンジンを含む。メタデータは、ＵＲＬ属性と範囲属性とを含む。端末はまた、受信したバイト数の情報を用いて、メディアコンテンツを再生するメディアエンジンを含む。

範囲属性によって指定されるバイト数の情報は、メディアコンテンツのセグメントを指定してもよい。

範囲属性は、複数のバイト範囲を示し得る。

上記のバイト数の情報が、バイト範囲により指示されるＵＲＬに対する部分的ＨＴＴＰ　ＧＥＴコマンドによって受信され得る。

本発明の更なる一態様によれば、クライアントが、１つ以上のインターバルを含むコンテンツを処理するための方法が提供される。その方法は、コンテンツのインターバルのメタデータをサーバから受信することと、メタデータを処理することと、処理されたメタデータに基づいて、インターバルに好適なフラグメントを求めるリクエストをサーバに送信することと、サーバからフラグメントを受信することと、を含む。

コンテンツは、オンデマンドのコンテンツ又はライブコンテンツであり得る。

メタデータは、一般的情報を含み得るが、その一般的情報は、コンテンツの一般的な記述と、インターバルの一般的記述とを含み得る。

コンテンツの一般的記述は、１つの継続時間及び１つの開始時間のうちの少なくとも一方を含み得る。

メタデータは、サービスのクオリティ（ＱｏＳ）情報を含み得るが、そのＱｏＳ情報は、コンテンツのオルタナティブの各々の特性を記述し得る。

その特性は、ビットレート、解像度、及びクオリティのうちの少なくとも１つを含み得る。

オルタナティブの各々は、実体のあるものであるか、又は仮想的なものであり得る。

フラグメントは、オルタナティブの情報に基づいて、選択され得る。

メタデータは、マッピング情報を含み得るが、そのマッピング情報は、コンテンツを読み出すためのロケーションを記述し得る。

メタデータは、コンテンツレベルの情報と、インターバルレベルの情報とを含み得る。また、オルタナティブの決定及びロケーションの解決のための全ての計算操作は、サーバによって実行され得る。

リクエストは、インターバル内におけるフラグメントの順序を表す値を定義し得る。また、リクエストは、インターバル内でのフラグメントの開始時刻を定義し得る。

メタデータは、コンテンツレベルの情報と、インターバルレベルの情報と、ＱｏＳ情報とを含み得る。オルタナティブを決定し、ロケーションを解決するための全ての計算操作は、クライアントとサーバに対して分配されて実行され得る。

リクエストは、オルタナティブがそれに基づいてＱｏＳ情報内で出現する、その順序を表す値と、ＱｏＳ情報に出現するアダプテーションオペレータの値と、ＱｏＳ情報に出現するリソースの値のうちの、１つを含み得る。

アダプテーションオペレータは、廃棄されるべきある数のスケーラブルオーディオレイヤーと、廃棄されるべきスケーラブルビデオのある数の時間的レイヤーと、廃棄されるべきスケーラブルビデオのある数の空間的レイヤーと、廃棄されるべきスケーラブルビデオのある数のクオリティレイヤーと、廃棄されるべきスケーラブルビデオのある数のプライオリティレイヤーとのうちの、少なくとも１つを含み得る。

あるタイプのリソースは、オルタナティブの平均的ビットレート、オルタナティブの垂直方向解像度、オルタナティブの水平方向解像度、及びオルタナティブのフレームレートのうちの少なくとも１つを含み得る。

メタデータは、コンテンツレベルの情報と、インターバルレベルの情報と、ＱｏＳ情報と、マッピング情報とを含み得る。オルタナティブを決定し、ロケーションを解決するための全ての計算操作は、クライアントによって実行され得る。

リクエストは、エムペグ（ＭＰＥＧ）－２のトランスポートストリーム（ＭＰＥＧ－２ ＴＳ）バウンダリー用のパラメータ、国際標準化機構（ＩＳＯ）メディアファイルバウンダリー用のパラメータ、及び、生のバイトシーケンスと見做されるファイル用のパラメータのうち、少なくとも１つを含み得る。

メタデータは、コンテンツレベルの情報、インターバルレベルの情報、ＱｏＳ情報、及びマッピング情報に物理的に分離され得る。そして、コンテンツレベルの情報、インターバルレベルの情報、ＱｏＳ情報、及びマッピング情報の関連する部分どうしをリンクすることは、参照によって実行され得る。

本発明の更なる一態様によれば、１つ以上のインターバルを含むコンテンツを、サーバが提供するための方法が提供される。その方法は、コンテンツのインターバルのメタデータをクライアントに送信することと、メタデータに基づいて選択されかつインターバルに対して好適なフラグメントを求めるリクエストをクライアントから受信することと、コンテンツを構文解析す

ることと、フラグメントに対して好適なデータ部分を抽出することと、フラグメントをクライアントに送信することと、を含む。

本発明の更なる一態様によれば、１つ以上のインターバルを含むコンテンツを処理するためのクライアントが提供される。そのクライアントは、コンテンツのインターバルのメタデータを、サーバから受信し、インターバルに好適なフラグメントを求めるリクエストを、サーバに送信し、フラグメントをサーバから受信するための送受信機と、メタデータを処理し、処理したメタデータに基づいて、インターバルに対して好適なフラグメントを選択するためのコントローラを含む。

【発明の効果】

本発明の実施形態によれば、コンテンツの再生中、初期にバッファリングされるメディアの最小量を指定することができる。

また、本発明の実施形態によればユニフォームリソースロケーター（ＵＲＬ）によって示されるターゲットから、ある指定の範囲内のバイト数の情報を受信し、コンテンツを再生することができる。

【図面の簡潔な説明】

【図１】本発明の一態様による、信号情報のカテゴリを示す図である。

【図２】本発明の一態様による、信号情報のカテゴリを示す図である。

【図３】本発明の一態様による、コンテンツ分割のヒエラルキーと、信号情報のレベルとを示す図である。

【図４】本発明の一態様による、ＭＰＥＧ（Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅ　Ｅｘｐｅｒｔｓ　Ｇｒｏｕｐ）－２のトランスポートストリーム（ＭＰＥＧ－２　ＴＳ）における仮想的バウンダリーを検知することを示す図である。

【図５】本発明の一態様による、クライアント１００の構成を示す図である。

【図６】本発明の一態様による、クライアント１００の構成を示す図である。

【発明を実施するための最良の方法】

ここで本発明の実施形態を詳細に説明するが、その実施例については、付属の図面に描かれ、図面においては、同様の要素には同様の符号が付されている。本発明を説明するために、図面を参照しながら以下に実施形態を詳細に説明する。

ＨＴＴＰ上での動的アダプティブストリーミング（Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ＝ＤＡＳＨ）は、１）ＨＴＴＰサーバからＨＴＴＰクラ

イアントへ、メディアコンテンツの送信することと、2）標準的なＨＴＴＰキャッシュに、コンテンツをキャッシュすることと、を可能にするフォーマットを指定し得る。

図１は、本発明の一態様による、コンテンツ処理方法を示すフローチャートである。

メディアコンポーネントは、個別のメディアタイプのエンコード化されたバージョンであり得るが、そのメディアタイプの例としては、例えば帯域幅、言語、又は解像度のような具体的な属性を有する、オーディオ、ビデオ、又は時限テキストなどが挙げられる。

メディアコンテンツは、共通のタイムラインを有する、例えばオーディオ、ビデオ、又は時限テキストのようなメディアコンポーネントのセットであり得る。また、メディアコンポーネントは、そのメディアコンポーネントどうしを、プログラム又はムービーとしてどのように提供するか（例えば、個別に、一緒に、又は相互に排他的に提供するか）を示す関係を有し得る。

メディアコンテンツという用語と、コンテンツという用語は相互交換可能に用いられ得る。

メディアプレゼンテーションとは、連続するメディアコンポーネントを含む、メディアコンテンツの有限又は無限のプレゼンテーションを樹立するために用いられるデータの、構造化されたコレクションであり得る。

換言すれば、メディアプレゼンテーションとは、ユーザーにストリーミングサービスを提供するために、ＤＡＳＨクライアントへのアクセスを可能にするデータの、構造化されたコレクションであり得る。

メディアプレゼンテーション記述（Ｍｅｄｉａ　Ｐｒｅｓｅｎｔａｔｉｏｎ　Ｄｅｓｃｒｉｐｔｉｏｎ　＝　ＭＰＤ）は、メディアプレゼンテーションの形式化された記述であり得る。

メディアプレゼンテーションは、ＭＰＤの起こり得るアップデートを含んでいてもよいが、そのＭＰＤによって記述されていてもよい。

コンテンツは、オンデマンドのコンテンツ又はライブコンテンツであり得る。

コンテンツは１つ以上のインターバルに分割され得る。換言すれば、コンテンツは１つ以上のインターバルを含み得る。

インターバルという用語は、ピリオドという用語と相互交換可能に用いられ得る。ピリオドという用語は、第三世代パートナーシッププロジェクト（３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ＝３ＧＰＰ）のアダプティブＨＴＴＰストリーミングの用語として使用され得る。

ピリオドは、メディアプレゼンテーションのインターバルであり得る。全てのピリオドの連続するシーケンスは、メディアプレゼンテーションを形成し得る。

換言すれば、メディアプレゼンテーションは、１つ以上のピリオドを含み得る。

１つ以上のインターバルが、基本的な単位であり得る。１つ以上のインターバルは、信号メタデータによって記述され得る。換言すれば、メタデータは、１つ以上のインターバルの各々を記述し得る。

メタデータは、ＭＰＤであり得る。

ＭＰＤは、セグメント用のリソース識別子を通知するためのフォーマットを定義し得る。ＭＰＤは、メディアプレゼンテーションにおいて識別されるリソースに関するコンテクストを提供し得る。リソース識別子は、ＨＴＴＰのユニフォームリソースロケータ（ＵＲＬ）であり得る。ＵＲＬは、バイト範囲属性によって制約され得る。

各インターバルは、フラグメントに分割され得る。

フラグメントという用語は、セグメントという用語と相互交換可能に用いられ得る。セグメントという用語は、３ＧＰＰのアダプティブＨＴＴＰストリーミングの用語として使用され得る。

セグメントとは、例えば、ＲＦＣ　２６１６において定義される、　ＨＴＴＰ−ＵＲＬに対する、ＨＴＴＰ／１．１　ＧＥＴリクエスト（又は、バイト範囲によって示される部分へのＧＥＴリクエスト）に対する応答の実体的本体部を指す。メタデータは、ＵＲＬ属性と、範囲属性とを含み得る。クライアントは、ＵＲＬ属性によって示されるＵＲＬから、範囲属性によって指定されるバイト数の情報を受信し得る。換言すれば、バイト範囲により指示される上記のバイト数の情報が、ＵＲＬに対する部分的ＨＴＴＰ　ＧＥＴコマンドによって受信され得る。範囲属性により指定されるバイト数の情報は、上述のセグメントを表し得る。

範囲属性は、複数のバイト範囲を示し得る。

クライアントは、受信したバイト数の情報（すなわちセグメント）を用いてメディアコンテンツを再生し得る。

サブセグメントとは、セグメントレベルにおいてセグメントインデックスによってインデックス化され得る、セグメント内の最も小さい単位を指し得る。

１つのインターバルに対応する、フラグメントの２つ以上のセットが存在してもよい。それらのセットの各々を、オルタナティブと呼んでもよい。

オルタナティブは、レプレゼンテーション（又はエクスプレッション）と相互交換可能に用いられ得る。

各ピリオドは、１つ以上のグループを含み得る。

各グループは、同じメディアコンテンツの１つ以上のレプレゼンターョンを含み得る。

レプレゼンテーションとは、１つのピリオド内の１つ以上のメディアコンポーネントの、構造化されたコレクションを指し得る。

ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つ以上のレプレゼンテーションを選択することを可能にする記述情報を提供し得る。

ランダムアクセスポイント（Ｒａｎｄｏｍ　Ａｃｃｅｓｓ　Ｐｏｉｎｔ＝ＲＡＰ）とは、メディアセグメント内の具体的なロケーションであり得る。ＲＡＰは、あるメディアセグメント内に含まれる情報のみを用いて、再生がＲＡＰのロケーションから連続的に開始され得るロケーションとして識別され得る。

各レプレゼンテーションは、１つ以上のセグメントにより形成され得る。換言すれば、１つのレプレゼンテーションは、１つ以上のセグメントを含み得る。

ＭＰＤは、ＤＡＳＨクライアントに適切なＨＴＴＰ－ＵＲＬを形成させて、１）セグメントにアクセスし、かつ２）ユーザーにストリーミングサービスを提供する、ために必要となるメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは、絶対的なものであっても、又は相対的なものでものでもあり得る。

ＭＰＤは、拡張マークアップ言語（ＸＭＬ）のドキュメントであってもよい。

ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは単一のＭＰＤ要素のみを含んでいてもよい。

クライアント１００は、ＤＡＳＨクライアントであってよい。

ＤＡＳＨクライアントは、ＲＦＣ　２６１６によって指定されるクライアントと互換であり得る。

ＤＡＳＨクライアントは、セグメント又はセグメントの部分にアクセスするために、典型的には、ＲＦＣ　２６１６において指定されるＨＴＴＰ　ＧＥＴ法又はＨＴＴＰパーシャルＧＥＴ法を使用し得る。

サーバ１１０は、ＤＡＳＨセグメントに対するホスティングを実行し得る。サーバ１１０は、ＲＦＣ　２６１６によって指定されるサーバと互換であり得る。

オペレーション１２０において、クライアント１００はサーバ１１０から、１）コンテンツのメタデータ、又は２）コンテンツの具体的インターバルのメタデータ、を受信し得る。換言すれば、サーバ１１０は、クライアント１００に対して、１）コンテンツのメタデータ、又は２）コンテンツの具体的インターバルのメタデータ、を送信し得る。具体的インターバルは、コンテンツを形成している１つ以上のインターバルのうちの、現在処理されているインターバルを示し得る。

オペレーション１３０においては、クライアント１００は、具体的インターバルのメタデータを処理し得る。

オペレーション１４０においては、クライアント１００は、フラグメントへのリクエストを、サーバ１１０に対して送信し得る。クライアント１００は、サーバ１１０に対して、処理されたメタデータに基づいて、具体的なインターバルに対して好適なフラグメントを送信するようにリクエストし得る。換言すれば、リクエストされるフラグメントは、メタデータに基づいて選択され得る。

オペレーション１４５においては、一部の場合において、サーバがコンテンツ（例えば、スケーラブルビデオコーディング（ＳＶＣ）用のエムペグ（ＭＰＥＧ）レイヤー４（ＭＰ４）ファイル）を構文解析して、リクエストされたフラグメントに対して好適なデータパートを抽出する必要があり得る。

オペレーション１５０においては、サーバ１１０は、クライアント１００からの各リクエストに好適なフラグメントを、クライアント１００に対して送信し得る。クライアント１００は、サーバからフラグメントを受信し得る。

続いて、処理全体が最初から実行され得る。換言すれば、オペレーション１２０が、先ほどの具体的なインターバルの次のインターバルに対して繰り返され得る。

クライアント１００は、オペレーション１２０から１５０が繰り返されている間に、受信したフラグメントを用いてコンテンツを再生し得る。

図２は、本発明の一態様による、信号情報のカテゴリを示す図である。

信号情報（すなわち、メタデータ）は、以下のカテゴリ１）～４）に分けられ得る。

１）一般的情報２１０：コンテンツの一般的な記述と、各インターバルの一般的記述、例えば継続時間及び開始時刻など、を含む。

２）サービスのクオリティ（ＱｏＳ）情報２２０：各オルタナティブの、例えば、ビットレート、解像度、クオリティなどのような特徴を記述している。換言すれば、ＱｏＳ情報は、コンテンツのオルタナティブの各々の特徴を記述している。

オルタナティブとは、現実に存在するもの（即ち、予め作製されたもの）であってもよく、あるいは、仮想的なもの（即ち、オンザフライで作製されるもの）であってもよい。オルタナティブの情報に基づいて、クライアントは、適切なオルタナティブのフラグメントを選択し得る。これによって、端末およびネットワークへのアダプティビティ（適応性）がサポートされ得る。

３）マッピング情報２３０：コンテンツを読み出すためのロケーションを記述する。具体的なケースによって、異なるオルタナティブが同じロケーションを有していても、異なるロケーションを有していてもよい。

４）クライアントリクエスト２４０：このタイプの信号情報は、ＨＴＴＰ　１．１のリクエストメッセージのフォーマットに準拠し得る。図１に示すように、クライアントによってリクエストされるパラメータは、カテゴリ１）から３）の情報に由来するものであり得る。

信号の目的は以下の１）から４）である：

１）異なるメディアストーレッジ／配信方法のサポート：信号情報は、ストーレッジ及び配信に関する典型的なケース（及び様々なケース）をサポートするのに十分な程度に一般的なものであり得るが、そのようなケースには、ＭＰＥＧ－２トランスポートストリーム（ＴＳ）、アドバンストビデオコーディング（Ａｄｖａｎｃｅｄ　Ｖｉｄｅｏ　Ｃｏｄｉｎｇ＝ＡＶＣ）／ＳＶＣオルタナティブを含むＭＰ４ファイルなどが挙げられる。また、技術的に高度なシナリオにおいては、多チャンネル配信が必要とされ得る（例えば、単一のＨＴＴＰ接続におけるＳＶＣレイヤー）。

２）アダプティビティに関する意思決定の異なるケースのサポート：信号情報は、意思決定の異なるロケーション（クライアントベースのケース、分配型のケース、サーバベースのケース）をサポートするようにフレキシブルであり得る。

３）効率性：信号情報のフォーマットは、小さいデータサイズ及び容易な取扱（例えば、構文解析又は修正）を実現可能とするものであり得る。

４）標準的なＨＴＴＰリクエストとの互換性：信号情報は、リクエストパラメータがエクステンション（例えば、新たなヘッダフィールド）を必要とせずにＨＴＴＰ　１．１リクエストメッセージに記述され得るように、適切な記述アイテムを提供し得る。

図３は、本発明の一態様による、コンテンツ分割のヒエラルキーと、信号情報のレベルとを示す図である。

本発明の一実施形態によるメタデータの信号化は、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、及びマッピング情報３４０に、物理的に分離するものであってもよい。コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、及びマッピング情報３４０の関連する部分へのリンクは、参照によって実行され得る。

信号情報のこれらの部分は、フレキシビリティをサポートするために、異なるやり方で組み合わされ得る。

例えば、コンテンツレベル情報３１０及びインターバルレベル情報３２０だけがクライアントに送信されるという場合には、オルタナティブを決定し、ロケーションを解決するための全ての計算操作がサーバによって実行され得る。したがって、コンテンツレベル情報３１０及びインターバルレベル情報３２０だけがクライアントに送信されるという場合には、処理モデルは「サーバベース」となり得る。

コンテンツレベル情報３１０、インターバルレベル情報３２０、及びＱoＳ情報３３０がクライアントに送信されるという場合には、オルタナティブを決定し、ロケーションを解決するための全ての計算操作は、クライアントとサーバに対して分配されて実行され得る。したがって、コンテンツレベル情報３１０、インターバルレベル情報３２０、及びＱoＳ情報３３０がクライアントに送信されるという場合には、モデルは「分配型」となり得る。

全ての信号情報（すなわち、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱoＳ情報３３０、及びマッピング情報３４０）がクライアントに送信されるという場合には、大部分（又は全ての）処理（すなわち、オルタナティブを決定し、ロケーションを解決するための全ての計算操作）がクライアントによって実行されるので、モデルはクライアントベースとなり得る。

メタデータ部分の分離によって、保存と配信との効率化が可能となり得る。例えば、あるセッションにおいては、コンテンツレベル情報３１０のメタデータは１回だけ送信され、インターバルレベル情報３２０のみが定期的に更新され得る。同様に、ＱoＳ情報３３０を含む単一のファイルが、異なるインターバル及び異なるコンテンツ用に使用され得る。

メタデータの１つのセットを表現するためには、例えば、ＸＭＬ、擬似コード、セッション記述プロトコル（Ｓｅｓｓｉｏｎ　Ｄｅｓｃｒｉｐｔｉｏｎ　Ｐｒｏｔｏｃｏｌ＝ＳＤＰ）などの、様々な方法が存在する。

ＸＭＬは、記述用の一般的言語であり得る。ＸＭＬは、ほぼすべてのことを記述するためのリッチなツールを提供し得る。またＸＭＬは、非常に良好に構造化され得るものであり、データベースの構築に好適なものとなり得る。しかしながら、ＸＭＬには、その複雑さやデータサイズの肥大化という不利な面もあり得る。特に、ＸＭＬでの記述には、メタデータの構文解析及び処理を行うための特別なソフトウェア（例えば、ドキュメントオブジェクトモデル（Ｄｏｃｕｍｅｎｔ　Ｏｂｊｅｃｔ　Ｍｏｄｅｌ＝ＤＯＭ）又は、ＸＭＬ用シンプルアプリケーションプログラミングインターフェイス（Ｓｉｍｐｌｅ　Ａｐｐｌｉｃａｔｉｏｎ　Ｐｒｏｇｒａｍｍｉｎｇ　Ｉｎｔｅｒｆａｃｅ　ｆｏｒ　ＸＬＭ＝ＳＡＸ）が必要となり得る。ＸＭＬはしばしば、ビットストリーム（ＭＰＥＧ－１、ＭＰＥＧ－２のビデオビットストリーム、及びファイルフォーマット）のシンタックス用に用いられ得る。上記のアプローチのメリットの１つに、記述がコンパクトであることがあるが、様々なタイプのシンタックス要素を記述するのには十分にフレキシブルであるとは言えない場合がある。

本発明の実施形態においては、ＸＭＬと擬似コードとの両方が、信号シンタックスを表現するために使用され得る。ＸＭＬシンタックスは、ＭＰＥＧ－２１及び類似のスキーマに基づくＸＭＬプロファイルをサポートするクライアント用に用いられ得る。他方、擬似コードシンタックスは、国際標準化機構（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ＝ＩＳＯ）のベースメディアファイルフォーマット等の「言語」に基づいたものであり得るが、非ＸＭＬクライアントによって使用され得る。特に、擬似コードシンタックスのプロファイルは、ファイルフォーマットの構文解析モジュールに類似した構文解析モジュールを用い得る。上記の目的でのシンタックスを設計するために、以下の実施形態において、共通の要素の表を定義して、各フォーマットでの要素を表現する場合がある。

提案されるシンタックスは、任意の他の言語によって表現されてもよい。

以下に一般的なシンタックス要素の表を説明する。

以下の表においては、シンタックス要素は階層的に説明され得る。換言すれば、子要素は当該子要素の親要素の右側の列に示され得る。「リーフ」要素は、斜字体で、親要素は太字で示される場合もあり得る。親要素は、対応するXMLタイプ及びファイルボックスによって表現され得る。

オカレンス（発生数）の列において、「0...N」は、オカレンス要素のインスタンスの数が、ゼロから「無限」までであることを意味し得る。オカレンスの最小値であるゼロ(0)は、ある要素が任意選択的要素である（すなわち存在しない場合もあり得る）ということを意味し得る。1以上の最小オカレンスは、ある要素がシンタックスにおいては必須であることを意味し得る。

オカレンスという用語は、カーディナリティ（濃度）という用語と相互交換可能に用いられ得る。

タイプの行において「A」は、属性を示し、「E」は要素を示す。任意性の列においては、「M」は必須であることを示し、「O」は任意選択的であることを示す。属性の場合に、「M」は必須であることを、「O」は任意選択的であることを、「OD」はデフォルトでは任意選択的であることを、「CM」は条件付きで必須であることを示す。要素の場合、要素は、⟨minOccurs（最小オカレンス）⟩ ... ⟨maxOccurs（最大オカレンス）⟩として表現され得る。ここで「N」は無限を表し得る。

上記の意味は、本明細書における他の表においても同様に適用され得る。

また、QoSInfo は、QoSInfo をより具体的にするために AdaptationInfo とも称され得る。更に、少数の要素が見直されて、シンタックスをよりフレキシブルにする場合もあり得る。

以下の表1では、一般的な情報を説明する。

表1

| | | | 発生数 | セマンティックス | XMLシンタックス（MPEG−21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| Http Str | | | 1 | ＨＴＴＰストリーミング用信号メタデータのトップレベル要素を記述する。 | HttpStreaming Type | `htps` box |

| | GeneralInfo | | 0...N | 記述されたコンテンツの一般的情報を含む。 | GeneralInfoType | `geni` box |
|---|---|---|---|---|---|---|
| | | TimeScale | 0...1 | 1秒間に含まれる時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間に関連する要素と共に用いる。 | integer | unsigned int(32) |
| | | LiveStartTime | 0...1 | LiveStartTime要素が存在しない場合に、コンテンツはVoDタイプとなる。LiveStartTime要素が存在すると言うことは、LiveStartTimeの時刻値で表示されるライブコンテンツを示す。LiveStartTimeが時刻値ゼロ(0)を有する場合、表示時刻は不明である。 | dateTime | unsigned int(64) |
| | | Duration | 0...1 | 存在する場合には、この値はコンテンツの継続時間を示す。存在しない場合には、継続時間は不明である。 | integer | unsigned int(32) |
| | | DefaultIntDuration | 0...1 | 存在する場合には、この値は、コンテンツの各インターバルのデフォルトの継続時間を示す。 | integer | unsigned int(32) MinUpdateTime 0...1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MinUpdateTime | 0...1 | 存在する場合には、この値は、メインの記述ファイルを再びリクエストするまでの最小の待機時間を示す。 | integer | unsigned int(32) |
| | | ConsistentQoSInfo | 0...1 | この値が真である場合には、QoS情報が、コンテンツ全体の継続時間と同じであることを示す。 | boolean | flag of the box |
| | | DefaultContentLoc | 0...1 | コンテンツのデフォルトのロケーションを提供する。 | anyURI | string of URL |
| | IntervalsRef | | 0...N | Interval 要素の1つ以上のインスタンスを含む記述への参照を提供する。Interval 要素の1つ以上のインスタンスは、連続するインターバル（複数可）のシーケンスを表す。 | IntervalsRefType | `iref` box |
| | Interval | | 0...N | コンテンツのインターバルの情報を提供する。インターバルの情報は、要素のインスタンスとして含まれ得るか、又は、IntervalsRef 要素によって参照され得る。 | IntervalType | `intv` box |
| | | IntervalInfo | 0...1 | インターバルの一般的情報を提供する。 | IntervalInfoType | `inti` box |

| | | QoSInfoRef | 0...1 | 要素によって表される記述への参照を提供する。QoSInfoRef 要素が存在する場合には、QoSInfo 要素は同じレベルには存在しない場合があり得る。 | dia:Reference Type | `qref` box |
| | | QoSInfo | 0...1 | コンテンツのオルタナティブに関する情報、例えばリソースの特性、及びクオリティ／ユーティリティに関する情報を提供する。QoSInfo 要素が存在する場合には、QoSInfoRef 要素は存在しない場合があり得る。 | QoSInfoType | `QoSi` box |
| | | MappingInfoRef | 0...1 | MappingInfo 要素によって表される記述への参照を提供する。MappingInfoRef 要素が存在する場合には、MappingInfo 要素は同じレベルには存在しない場合があり得る。 | dia:Reference Type | `mref` box |
| | | MappingInfo | 0...1 | コンテンツのオルタナティブのロケーションに関する情報を提供する。この情報が提供されない場合には、 | MappingInfoType | `mapi` box |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | DefaultContentIntLoc 要素（もしそうでない場合には、DefaultContentLoc 要素）がコンテンツの読み出しに使用される。MappingInfo 要素が存在する場合には、MappingInfoRef 要素は存在しない場合があり得る。 | | |
| | | NextIntervalsRef | 0...1 | 次のインターバル（複数可）への参照を提供する。次のインターバル（複数可）の情報は、Interval 要素の1つ以上のインスタンスを含む記述である。次のインターバル（複数可）の情報は、Interval 要素によって表される記述である。NextIntervalsRef 要素を用いれば、クライアントは、HttpStr 要素によって表されるメインの記述をリロードする必要がない。現在の時間窓内では、最後のインターバルのみが、NextIntervalsRe | IntervalsRefType であり、dia:ReferenceType から拡張され得る。 | `nref` box |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | f 要素を含み得る。 | | |
| | | PreviousIntervalsRef | 0...1 | 先行するインターバル（複数可）への参照を提供する。次のインターバル（複数可）の情報は、Interval 要素の１つ以上のインスタンスを含む記述である。次のインターバル（複数可）の情報は、Interval 要素によって表される記述である。PreviousIntervalsRef 要素を用いれば、クライアントは、HttpStr 要素によって表されるメインの記述をリロードする必要がない。現在の時間窓内では、最初のインターバルのみが、NextIntervalsRef 要素を含み得る。 | IntervalsRefType であり、dia:ReferenceType から拡張され得る。 | `nref` box |

以下の表2は、IntervalsRef、NextIntervalsRef、PreviousIntervalsRef、QoSInfoRef、MappingInfoRef、及び IntervalInfo を説明する。

表2

| | | | 発生数 | セマンティクス | XMLシンタックス（MPEG－２１による） | 擬似コード（ファイルフォーマット |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | | ボックス) |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | Index | 1 | 参照された記述又はボックス（Interval、QoSInfo、MappingInfo）の、次のLocation要素によって参照された記述ファイル内での（1から始まる）順序を示す。 | 該当せず。 | unsigned int(8) |
| | Location | 1 | Interval、QoSInfo、又はMappingInfoによって表される記述への参照を提供する。 | uri element in dia:ReferenceType | string (representing url) |
| IntervalInfo | TimeScale | 0...1 | 1秒間に含まれる時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間に関連する要素と共に用いる。TimeScale要素であって、存在する場合には、GeneralInfoによって提供される時間スケールよりも優先される。 | integer | unsigned int(32) |

| | StartTime | 0...1 | インターバルの開始時刻を示す。 | | |
| | Duration | 0...1 | インターバルの継続時間を示す。 | integer | unsigned int(32) |
| | DefaultFragDuration | 0...1 | インターバルのデフォルトの継続時間を示す（ただし、最後のフラグメントを除く）。 | integer | unsigned int(32) |
| | DefaultContentIntLoc | 0...1 | コンテンツインターバルのデフォルトのロケーションを提供する。 | anyURItype | string |
| | Last | 0...1 | この値が真である場合には、コンテンツの最後のインターバルを示す。 | boolean | by flag |
| IntervalsRef, PreviousIntervalsRef, NextIntervalRef | startTime | | コンテンツの開始時刻（ライブコンテンツの場合にはLiveStartTime、オンデマンドコンテンツの場合にはゼロ(0)）に対するインターバル／ピリオドの参照されたシーケンスの開始時刻を示す。 | xs:duration | |
| | AvailableTime | 0...1 | 次のインターバルの記述が入手可能になる時刻を示す。この値 | integer | unsigned int(32) |

| | | | | は、コンテンツの開始時刻からの相対的時刻である。 | | |
|---|---|---|---|---|---|---|
| | Index | 1 | 参照されたインターバルの記述（又はボックス）の、次の Location 要素によって参照された記述ファイル内での（1から始まる）順序を示す。 | 該当せず。 | unsigned int(8) |
| | Location | 1 | Interval の記述を含む記述ファイルへの参照を提供する。 | sx:anyURI type or uri element in dia:ReferenceType | string (representing url) |

以下の表3は、QoSInfo 要素を説明する。

表3

| | | | 発生数 | セマンティックス | XMLシンタックス（MPEG−21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| QoSInfo | | | 1 | コンテンツのオルタナティブのリストに関する情報、例えばリソースの特性、及びクオリティ／ユーティリティに関する情報を提供する。 | QoSInfoType であって、dia:AdaptiveQoSType の UtilityFunction を含む。 | `QoSi`box |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ClassScheme Ref | | 0...1 | 分類スキームのリストを提供する。分類スキームは、一部の用語および名称に対するセマンティックスを提供する。 | dia:DescriptionMetadataType | `csmr` box |
| | | Scheme | 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | a url string |
| (1) | Resource | | 0...N | Resource 要素の各インスタンスは、オルタナティブのリストに対して、あるリソースタイプの特性値（例えば、ビットレート）を記述する。 | DIA Utility-FunctionType 内における dia:UFDataType の要素制約 | `resi` box |
| (2) | AdaptationOperator | | 0...N | AdaptationOperator 要素の各インスタンスは、オルタナティブのリストに対して、あるアダプテーションタイプの値（例えば、一時的レイヤーを取り除く）を記述する。 | dia:UFDataType | `adpo` box |
| (3) | Utility | | 0...N | Utility 要素の各インスタンスは、オルタナティブのリストに対して、あるクオリティ／ユーティリティタイプ | dia:UFDataType | `util` box |

|  |  |  |  | （例えば MOS）における値を記述する。 |  |  |
|---|---|---|---|---|---|---|
|  | UtilityRank |  | 0...1 | オルタナティブのリストに対して、クオリティのランキングを記述する。 | dia:UtilityRankType | `utir` box |
|  |  | Value | 1...N | ある１つのオルタナティブのクオリティ／ユーティリティランクを示す。Value 要素のインスタンスの数は、オルタナティブの数と等しい。 | integer | unsigned int(16) |

以下の表４は、表３の、（１）Resource、（２）AdaptationOperator、及び（３）Utility の、共通のセマンティックスを示す。

表４

| 要素(1)、(2)、(3) |  |  |  | セマンティックス | ＸＭＬシンタックス（ＭＰＥＧ－２１による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
|  | Name |  | 1 | あるタイプの要素に対する識別子を記述する。その識別子がその意味に関して上記の実施形態によって定義されていない場合には、次の３つの要素が使われて、ある分類スキームにおけるその識別子のセ | Att.`iOPinRef`, ref. a CS term | unsigned int(32) |

| | | | | | |
|---|---|---|---|---|---|
| | | | マンティックスを見出す。 | | |
| | CSref_ind | 0...1 | ClassSchemeRef要素によって提供されるリスト内の分類スキームの参照インデックスを示す。 | 該当せず。 | unsigned int(16) |
| | LevelNum | 0...1 | レベルの数を示す。 | 該当せず。 | unsigned int(16) |
| | LevelIndex | 1...N | LevelIndex要素の各インスタンスは、その分類スキームのあるレベルでのインデックス値を表す。 | 該当せず。 | unsigned int(16) |
| | Value | 1...N | オルタナティブのリソースタイプ（アダプテーションオペレータ、又はユーティリティ）の値を示す。Value要素のインスタンスの数は、オルタナティブの数と等しい。 | Component in dia:VectorDataType | unsigned int(32) |

以下の表5は、マッピング情報を示す。

表5

| | | | 発生数 | セマンティックス | XMLシンタックス（MPEG－21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| MappingInfo | | | 0...1 | | MappingInfoType | `mapi`box |

| | AlterLocID | | 0...1 | QoSInfo に記述される各オルタナティブのロケーションＩＤを提供する。AlterLocID 要素が存在しない場合、全てのオルタナティブに対して、ロケーションリスト内の最初のロケーションが用いられ得る。 | dia:IntegerVectorType | `aloc` box |
| | | Value | 1...N | あるオルタナティブに対するロケーションＩＤのロケーションを示す。この要素のインスタンスの数は、オルタナティブの数と等しい。Value 要素のn番目のインスタンスは、オルタナティブ of QoSInfo 記述のn番目のオルタナティブに対応する。 | integer | unsigned int(16) |
| | ReqQoSPara | | 0...N | クライアントからサーバに送信されるリクエスト（オルタナティブのリクエスト）に記載され得る QoSInfo のパラメータを示す。パラメータは、Resource 要素、AdaptationOperator 要素、Utility | ReqQoSParaType that extends dia:BooleanVectorType | `reqp` box |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 要素、又は UtilityRank 要素のインスタンスであり得る。 | | |
| | | RefIndex | 1 | AdaptationOperator 要素、Utility 要素、及び UtilityRank 要素のインスタンスリスト内のインスタンスインデックス／参照を示す。 | QoSInfo 内の IOPin を参照する `iOPinRef` 属性によって表される。 | unsigned int(16) |
| | | All | 1 | この値が真である場合には、パラメータは全てのオルタナティブに対してリクエストされる必要があり、ReqFlag はスキップされ得る。 | boolean | flag |
| | | ReqFlag | 0...N | ReqFlag 要素の各インスタンスは１つのオルタナティブに対応する。ReqFlag が真である場合には、対応するオルタナティブへのリクエストが、上で識別されたパラメータを有する。 | component of BooleanVectorType | unsigned int(8) |
| | LocationList | | 1 | コンテンツオルタナティブを読み出すためのロケーションのリストを提供する。 | LocationListType | `locl` box |
| | | Location | 1...N | ロケーションの情報を提供する。 | LocationType | `loca` box |

Location 要素のセマンティックスが、表6に示すように更に提供され得る。

表6

| | | | | | 発生数 | セマンティックス | XMLシンタックス（MPEG－21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|---|---|
| Location | | | | | 1...N | | Location Type | `loca` box |
| | LocID | | | | 1 | Location 要素のインスタンスのIDを示す。Location 要素は、AlterLocID によって参照される。 | integer | unsigned int(16) |
| | StrLocation | | | | 0...N | コンテンツインターバルのロケーション情報を提供する。各ストリームは、1つのストリームURL又は複数のフラグメントURLによって提供される。 | StrLocationType | `stlo` box |
| | | FragNum | | | 0...1 | フラグメントの数を提供する。 | integer | unsigned int(16) |
| | | StreamUrl | | | 0...1 | 1つのストリームのURLを提供する。 | anyURI type | string |
| | | FragmentUrl | | | 0...N | 1つのフラグメントのURLを記述する。FragmentUrl 要素 | anyURI type | string |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | のインスタンスの数は、フラグメントの数である。 | | |
| | | FragTime | | 0...1 | フラグメントの継続時間を提供する。 | dia:VectorDataType | \`frtm\` box |
| | | | Value | 1...N | 1つのフラグメントの継続時間を示す。Value 要素のインスタンスの数は、フラグメントの数である。 | integer | unsigned int(32) |
| | | RandAccess | | 0...1 | ランダムアクセスをサポートするフラグメントを記述する。 | dia:VectorDataType | \`rdac\` box |
| | | | Value | 1...N | ランダムアクセスフラグメントの順序を示す | integer | unsigned int(16) |
| | | MP2TSPara | | 0...1 | ＭＰＥＧ－２ＴＳ形式のコンテンツ／プログラムのロケーションを特定するための追加的パラメータ（ＵＲＬ以外のパラメータ）を記述する。 | MP2TSParaType | \`mp2p\` box |
| | | | PID | 1...N | ＭＰＥＧ－２ＴＳ形式のコンテンツ／プログラムのＰＩＤの値を記述する。 | integer | unsigned int(16) |
| | | FragBoundaries | | 0...1 | ストリーム内の（仮想的）フラグメントどうしのバウンダリーを記述する。FragBoundaries | FragBoundariesType | \`frbd\` box |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 要素のインスタンスの数は、ストリームのフラグメントの数と等しい。１つのFragBoundariesインスタンスには、以下の要素のうちの１つのタイプしか存在しない。 | | |
| | | | MP2TSBoundary | 0...N | ＭＰＥＧ－２ＴＳにおける（仮想的）フラグメントのバウンダリーを検出するためのパラメータを記述する。MP2TSBoundary要素の２つのインスタンスが存在する場合には、その２つのインスタンスは１つのフラグメントの開始バウンダリーと終了バウンダリーである。MP2TSBoundary要素のインスタンスが１つしか存在しない場合には、そのインスタンスは開始バウンダリーである。終了バウンダリーは、次のフラグメントの開始バウンダリーの直前にあ | MP2TSBoundaryType | `mp2b`box |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | るということになる。 | | | |
| | | | ISOFileBoundary | 1...2 | ＩＳＯベースメディアファイルフォーマットによるファイル内の（仮想的）フラグメントバウンダリーを検出するためのパラメータを記述する。<br><br>ISOFileBoundary要素の２つのインスタンスが存在する場合には、その２つのインスタンスは１つのフラグメントの開始バウンダリーと終了バウンダリーである。<br><br>ISOFileBoundary要素のインスタンスが１つしか存在しない場合には、そのインスタンスは開始バウンダリーである。終了バウンダリーは、次のフラグメントの開始バウンダリーの直前にあるということになる。 | ISOFileBoundaryType | `isfb` box |
| | | | ByteRanges | 1 | ファイルの部分／フラグメントを識別するバイト範囲を記述する。ByteRanges要素によって提供されるパラメ | ByteRangesType | `brag` box |

| | | | | ータは、ＨＴＴ<br>Ｐリクエストに<br>おいてバイト範<br>囲オプション用<br>に使用され得<br>る。 | | |
|---|---|---|---|---|---|---|

MP2TSBoundary、ISOFileBoundary、及び ByteRanges のセマンティックスが、表 7 に示すよう
に更に提供され得る。

表 7

| | | 発生<br>数 | セマンティ<br>ックス | ＸＭＬシンタックス<br>（ＤＩＡによる） | 擬似コー<br>ド（ＭＰ<br>４） |
|---|---|---|---|---|---|
| MP2TSBoundary | | | | MP2TSBoundaryType | `mp2b`<br>box |
| | PCR_PID | 1 | 問題のコン<br>テンツ／プ<br>ログラムの<br>ＰＣＲを搬<br>送するＰＩ<br>Ｄを記述す<br>る。 | integer | unsigned<br>int(16) |
| | PCR_base | 1 | ＰＣＲベー<br>スフィール<br>ドの値を記<br>述する。 | long | unsigned<br>int(40) |
| | PCR_ext | 1 | ＰＣＲエク<br>ステンショ<br>ンフィール<br>ドの値を記<br>述する。 | integer | unsigned<br>int(16) |
| | Appearance | 1 | 上記の２つ<br>の要素によ<br>って識別さ<br>れるＰＣＲ<br>値を含むＴ<br>Ｓパケット<br>の出現順序<br>（例えば１<br>番目、２番<br>目）を記述<br>する。ＰＣ | integer | unsigned<br>int(16) |

| | | | | | |
|---|---|---|---|---|---|
| | | | Rのリセット／不連続が存在する場合には、ＰＣＲ値は、１つのインターバル中に２回以上現れ得る。 | | |
| | Media_PID | 1...N | プログラムのメディア（例えばビデオ）のＰＩＤを記述する。Media_PID要素のインスタンスの数は、プログラム／コンテンツのフラグメントの数と等しい。 | integer | unsigned int(16) |
| | Media_Offset | 1...N | 上記の識別されたＰＣＲパケットからあるフラグメントの最初のメディアパケットまでのオフセット（同じメディアＰＩＤのＴＳパケットにおけるオフセット）を記述する。Media_Offsetのｎ番目のインスタン | integer | unsigned int(16) |

| | | | | | |
|---|---|---|---|---|---|
| | | | スは、Media_PIDのn番目のインスタンスと関連付けられている。 | | |
| ISOFileBoundary | | | | ISOFileBoundaryType | \`isfb\` box |
| | SequenceNo | 1 | mfhd box 内に提供されるシーケンス数を記述する。mfhd box は、ＭＰ４ファイルのフラグメントを定義する。値がゼロ(0)である SequenceNo は、ファイルの先頭であることを示す。 | integer | unsigned int(16) |
| ByteRanges | | | | ByteRangesType | \`brag\` box |
| | Start | 1...N | バイト範囲の開始値を記述する。値\`-1\`は、ＨＴＴＰリクエストにおけるこの値が失われていることを意味する。 | integer | unsigned int(32) |
| | End | 1...N | バイト範囲の終了値を記述する。値\`-1\`は、ＨＴＴＰリクエストにおけるこの値 | integer | unsigned int(32) |

| | | | | | |
|---|---|---|---|---|---|
| | | | が失われていることを意味する。開始(Start)インスタンスと終了(End)インスタンスとは、対で存在する。End の n 番目のインスタンスは、Start の n 番目のインスタンスに関連付けられている。 | | |
| | Media_PID | 0...N | 上記の Start-End 対のバイト範囲から抽出される必要があるメディア（例えばビデオ）の PID を記述する。Media_PID 要素は、バイト範囲が MPEG-2 TS の 1 セグメントであり、全ての PID を配信する必要が必ずしもないという場合に用いられる。 | integer | unsigned int(16) |

以下にクライアントのリクエストを説明する。

クライアントによって入手されるメタデータの信号は、信号情報の異なる部分又はレベルを含み得る。したがって、クライアントからサーバへのリクエストは、異なる詳細レベルのパラメータを含み得る。

クライアントのメインのパラメータは、ユニフォームリソースロケータ（ＵＲＬ）であり得るが、クエリ部分と関連付けられ得る。

３通りの主なシナリオが以下のように検討される。

１）サーバベースのシナリオ

サーバベースのシナリオにおいては、サーバからクライアントへ提供されるメタデータは、一般的コンテンツ情報３１０と、一般的インターバル情報３２０とを含み得る。

リクエストされたコンテンツのＵＲＩに対して、DefaultContentIntLoc（それがない場合には、DefaultContentIntLoc）が用いられ得る。クライアントがコンテンツの具体的なフラグメントをリクエストするのを可能にするために、以下のパラメータａ）及びｂ）が、（オペレーション１４０におけるリクエストの）クエリ部分において定義される。

ａ）「fragno」：インターバル内におけるフラグメントの順序を表す値。

ｂ）「fragti」：インターバル内でのフラグメントの開始時刻。

例えば、リクエストされるＵＲＩは、「HTTP://server.com/file.mp4?fragno=5」であってよい。

２）分配型シナリオ

分配型のシナリオにおいては、サーバからクライアントへ提供されるメタデータは、一般的コンテンツ情報３１０と、一般的インターバル情報３２０と、ＱｏＳ情報３３０とを含み得る。

上記のパラメータに加えて、以下のＱｏＳ関連パラメータａ）からｃ）が、（オペレーション１４０内のリクエストの）クエリ部分において定義されることによって、クライアントが、適切なオルタナティブをリクエストするのが可能になっている。

ａ）”alter”：１つのオルタナティブの順序を表す値。オルタナティブの順序を表すこの値に基づいて、オルタナティブは、ＱｏＳ情報内に出現し得る。

ｂ）”oper1”，”oper2”，．．．，and ”operN”：”operi”は、QoS information 内に現れる、ｉ番目のアダプテーションオペレーションの値を有する。

ｃ）”res1”，”res2”，．．．，”resN”：”resi”は、QoS information に現れるｉ番目のリソースの値を有する。

１つのリクエスト内では、上記の３つのオプションのうちの１つだけしか使用され得ない。

典型的なアダプテーションオペレータとリソースタイプを想定すると、具体的なパラメータ名が、より良好に理解できることと、相互運用がより良好にできることのために定義され得る。

アダプテーションオペレータは以下のａ）からｅ）のようになっている。

ａ）audiolayers：廃棄されるべきスケーラブルオーディオレイヤーの数を示す。

ｂ）temporallayers：廃棄されるべきスケーラブルビデオの一時的レイヤーの数を示す。

ｃ）Spatiallayers：廃棄されるべきスケーラブルビデオの空間的レイヤーの数を示す。

ｄ）qualitylayers：廃棄されるべきスケーラブルビデオのクオリティレイヤーの数を示す。

ｅ）prioritylayers：廃棄されるべきスケーラブルビデオのプライオリティレイヤーの数を示す。

リソースタイプは、以下のａ）からｄ）のようになっている。

ａ）bitrate：リクエストされたオルタナティブの平均ビットレート（ｋｂｐｓ）を示す。

ｂ）vertresolution：リクエストされたオルタナティブの垂直方向の解像度を示す。

ｃ）horiresolution：リクエストされたオルタナティブの水平方向の解像度を示す。

ｄ）framerate：リクエストされたオルタナティブのフレームレートを示す。

予め定義されたパラメータを用いると想定した場合のビットレートに基づいたリクエストされたＵＲＩの例は、”http://server.com/file.mp4?fragno=5&bitrate=550”のようなものであり得る。

３）クライアントベースのシナリオ

クライアントベースのシナリオにおいては、サーバからクライアントへ提供されるメタデータは、一般的コンテンツ情報と、一般的インターバル情報と、ＱｏＳ情報と、マッピング情報とを含み得る。

リクエストにおいて用いられるＱｏＳ関連パラメータは、QoSInfo メタデータの ReqQoSPara 部分に示され得る。例えば、ReqQoSPara の RefIndex がゼロ(0)又は空である場合には、”alter”パラメータが、他のオプションの代わりに用いられ得る。

QoSInfo メタデータ内に、ReqQoSPara が存在しない場合には、QoS 関連パラメータは使用されない場合があり得る。この場合のオルタナティブは、MappingInfo のロケーションによって暗に示され得る。

コンテンツのＵＲＩは、MappingInfo の豊かな記述から導かれ得る。コンテンツ／プログラムが、ＭＰＥＧ－２　ＴＳ形式で伝達される場合には、１つ以上のＰＩＤが用いられて、ストリーム形式のコンテンツのロケーションを特定し得る。

フラグメントのバウンダリーを検出するための追加的な情報が提供される場合には、オペレーション１４０内のリクエストのクエリ部分への以下のパラメータ１）から３）が用いられ得る。

１）ＭＰＥＧ－２　ＴＳバウンダリーの場合には、Appearance、PCR_PID、PCR_base、PCR_ext、Media_PID、及び Media_Offset が用いられ得る。

２）ＩＳＯメディアファイルのバウンダリーの場合には、SequenceNo が用いられ得る。

３）生のバイトシーケンスと見做されるファイルの場合には、Start 及び End が用いられ得る。

上記のパラメータのセマンティックスは、FragBoundaries 要素のセマンティックス内において提供され得る。

Start-End 対は、ＨＴＴＰリクエストメッセージの範囲ヘッダによって用いられ得る。例えば、もし、{Start=0, End=99)；(Start=200, End=299)} であれば、ヘッダは、「Range: bytes=0-99,200-299」となり得る。

以下に、ＸＭＬフォーマットで、シンタックスのレプレゼンテーションを記述する。上記のシンタックス要素のレプレゼンテーションは、ＸＭＬフォーマットで提供され得る。各要素のセマンティックスは、上記の表１～表７内に遡ってたどることができる。

一部の要素は、ＭＰＥＧ－２１　ＤＩＡにおいて定義されている一部のタイプのエクステンションであり得る。一部の少数の要素は、ＭＰＥＧ－２１　ＤＩＡにおいて定義されている幾つかのタイプをとり得る。

以下の表８は、ＸＭＬフォーマットでの、HTTPStreamingType のシンタックスレプレゼンテーションを示す。

表8

```
<complexType name="HTTPStreamingType">

        <complexContent>

                <extension base="dia:DIADescriptionType">
```

```
                            <sequence>

                                 <element name="GeneralInfo"
type="GeneralInfoType" minOccurs="0"/>

                                      <choice minOccurs="0" maxOccurs="unbounded">

                                            <element name="IntervalsRef"
type="IntervalsRefType"/>

                                            <element name="Interval"
type="IntervalType"/>

                                      </choice>

                            </sequence>        </complexContent>

</complexType>
```

以下の表9は、ＸＭＬフォーマットでの、GeneralInfoType のシンタックスレプレゼンテーションを示す。

表9

```
<complexType name="GeneralInfoType">

        <complexContent>

                 <extension base="dia:DIADescriptionType">

                       <sequence>

                                 <element name="TimeScale" type="integer"
minOccurs="0"/>

                                 <element name="LiveStartTime" type="dateTime"
minOccurs="0"/>

                                 <element name="Duration" type="integer"
minOccurs="0"/>

                                 <element name="DefaultIntDuration" type="integer"
minOccurs="0"/>

                                 <element name="MinUpdateTime" type="integer"
minOccurs="0"/>
```

```
                                        <element name="ConsistentQoSInfo"
type="boolean" minOccurs="0"/>

                                        <element name="DefaultContentLoc" type="anyURI"
minOccurs="0"/>

                        </sequence>

                </extension>

        </complexContent>

</complexType>
```

以下の表１０は、ＸＭＬフォーマットでの、IntervalRefType のシンタックスレプレゼンテーションを示す。

表１０

```
<complexType name="IntervalsRefType">

        <complexContent>

                <extension base="dia:ReferenceType">

                        <sequence>

                                <element name="AvaliableTime" type="integer"
minOccurs="0"/>

                        </sequence>

                        <attribute name="startTime" type="xs:duration"
use="optional"/>

                </extension>

        </complexContent>

</complexType>
```

以下の表１１は、ＸＭＬフォーマットでの、IntervalType のシンタックスレプレゼンテーションを示す。

表１１

```
<complexType name="IntervalType">
```

```
<complexContent>

        <extension base="dia:DIADescriptionType">

                <sequence>

                                <element name="IntervalInfo"
type="IntervalInfoType" minOccurs="0"/>

                                <choice minOccurs="0">

                                                <element name="QoSInfo"
type="QoSInfoType"/>

                                                <element name="QoSInfoRef"
type="dia:ReferenceType"/>

                                </choice>

                                <choice minOccurs="0">

                                                <element name="MappingInfo"
type="MappingInfoType"/>

                                                <element name="MappingInfoRef"
type="dia:ReferenceType"/>

                                </choice>

                                <element name="PreviousIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>

                                <element name="NextIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>

                </sequence>

        </extension>

    </complexContent>

</complexType>
```

以下の表１２は、ＸＭＬフォーマットでの、IntervalInfoType のシンタックスレプレゼンテーションを示す。

表１２

```
<complexType name="IntervalInfoType">

        <sequence>

                <element name="TimeScale" type="integer" minOccurs="0"/>

                <element name="StartTime" type="dateTime" minOccurs="0"/>

                <element name="Duration" type="integer" minOccurs="0"/>

                <element name="DefaultFragDuration" type="integer"
minOccurs="0"/>

                <element name="DefaultContentIntLoc" type="anyURI"
minOccurs="0"/>

                <element name="Last" type="boolean" minOccurs="0"/>

        </sequence>

</complexType>
```

以下の表１３は、ＸＭＬフォーマットでの、QoSInfoType のシンタックスレプレゼンテーションを示す。

表１３

```
<complexType name="QoSInfoType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>

                                <element name="DescriptionMetadata"
type="dia:DescriptionMetadataType" minOccurs="0"/>

                                <element name="Description"
type="dia:AdaptationQoSType"/>

                        </sequence>

                </extension>
```

```
        </complexContent>

    </complexType>
```

以下の表１４は、ＸＭＬフォーマットでの、MappingInfoType のシンタックスレプレゼンテーションを示す。

表１４

```
<complexType name="MappingInfoType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>

                                <element name="AlterLocIDs"
type="IntegerVectorType" minOccurs="0"/>

                                <element name="ReqQoSPara"
type="ReqQoSParaType" minOccurs="0" maxOccurs="unbounded"/>

                                <element name="LocationList"
type="LocationListType"/>

                        </sequence>

                </extension>

        </complexContent>

    </complexType>
```

以下の表１５は、ＸＭＬフォーマットでの、ReqQoSParaType のシンタックスレプレゼンテーションを示す。

表１５

```
<complexType name="ReqQoSParaType">

        <complexContent>

                <extension base="dia:BooleanVectorType">

                        <attribute name="all" type="boolean" use="optional"/>
```

```
                          <attribute name="iOPinRef" type="anyURI" use="required"/>

              </extension>

        </complexContent>

 </complexType>
```

以下の表１６は、ＸＭＬフォーマットでの、LocationListType のシンタックスレプレゼンテーションを示す。

表１６

```
 <complexType name="LocationListType">

        <sequence>

                    <element name="Location" type="LocationType"
 maxOccurs="unbounded"/>

        </sequence>

 </complexType>
```

以下の表１７は、ＸＭＬフォーマットでの、LocationType のシンタックスレプレゼンテーションを示す。

表１７

```
 <complexType name="LocationType">

        <sequence>

                    <element name="StrLocation" type="StrLocationType"
 maxOccurs="unbounded"/>

        </sequence>

        <attribute name="locID" type="integer" use="required"/>

 </complexType>
```

以下の表１８は、ＸＭＬフォーマットでの、StrLocationType のシンタックスレプレゼンテーションを示す。

表１８

```
<complexType name="StrLocationType">

        <sequence>

                <element name="FragNum" type="integer" minOccurs="0" />

                <choice>

                        <element name="StreamUrl" type="anyURI"/>

                        <element name="FragmentUrl" type="anyURI"
maxOccurs="unbounded"/>

                </choice>

                <element name="FragTime" type="dia:IntegerVectorType"
minOccurs="0" />

                <element name="RandAccess" type="dia:IntegerVectorType"
minOccurs="0" />

                <element name="MP2TSPara" type="MP2TSParaType"
minOccurs="0"/>

                <element name="FragBoundaries" type="FragBoundariesType"
maxOccurs="unbounded"/>

        </sequence>

</complexType>
```

以下の表１９は、ＸＭＬフォーマットでの、MP2TSParaType のシンタックスレプレゼンテーションを示す。

表１９

```
<complexType name="MP2TSParaType">

        <sequence>

                <element name="PID" type="integer" maxOccurs="unbounded"/>

        </sequence>

</complexType>
```

以下の表２０は、ＸＭＬフォーマットでの、FragBoundariesType のシンタックスレプレゼンテーションを示す。

表２０

```
<complexType name="FragBoundariesType">

        <sequence>

                <choice>

                        <element name="MP2TSBoundary"
type="MP2TSBoundaryType" maxOccurs="2"/>

                        <element name="ISOFileBoundary"
type="ISOFileBoundaryType" maxOccurs="2"/>

                        <element name="ByteRanges" type="ByteRangesType"/>

                </choice>

        </sequence>

</complexType>
```

以下の表２１は、ＸＭＬフォーマットでの、MP2TSBoundaryType のシンタックスレプレゼンテーションを示す。

表２１

```
<complexType name="MP2TSBoundaryType">

        <sequence>

                <element name="PCR_PID" type="integer"/>

                <element name="PCR_base" type="long"/>

                <element name="PCR_ext" type="integer"/>

                <element name="Appearance" type="integer"/>

                <element name="Media_PID" type="integer"
maxOccurs="unbounded"/>

                <element name="Media_Offset" type="integer"
maxOccurs="unbounded"/>

        </sequence>

</complexType>
```

以下の表２２は、ＸＭＬフォーマットでの、ByteRangesType のシンタックスレプレゼンテーションを示す。

表２２

```
<complexType name="ISOFileBoundaryType">

        <sequence>

                <element name="SequenceNo" type="integer"
maxOccurs="unbounded"/>

        </sequence>

</complexType>

<complexType name="ByteRangesType">

        <sequence maxOccurs="unbounded">

                <element name="Start" type="integer"/>

                <element name="End" type="integer"/>

                <element name="Media_PID" type="integer" minOccurs="0"/>

        </sequence>

</complexType>
```

以下に、ＭＰ４擬似コードフォーマットでの、シンタックスのレプレゼンテーションを記述する。上記のシンタックス要素のレプレゼンテーションは、ＭＰ４擬似コードフォーマットで提供され得る。

以下の表２３は、ＭＰ４擬似コードフォーマットでの、HTTPStreamingType のシンタックスレプレゼンテーションを示す。

表２３

| HTTPStreamingBox |
|---|
| Box Type: `htps` |
| Container: Signaling file |
| Mandatory: Yes |

Quantity: One

Aligned(8) class HTTPStreamingBox extends Box(`htps`) {

}

以下の表２４は、ＭＰ４擬似コードフォーマットでの、`GeneralInfoBox` のシンタックスレプ
レゼンテーションを示す。

表２４

| GeneralInfoBox |
|---|
| Box Type: `geni` |
| Container: `htps` |
| Mandatory: No |
| Quantity: One |
| Aligned(8) class GeneralInfoBox extends Box(`geni`) { |
| bit(1) consistentQoSInfo_flag; |
| bit(1) timescale_flag; |
| bit(1) live_start_time_flag; |
| bit(1) duration_flag; |
| bit(1) default_interval_duration_flag; |
| bit(1) min_update_time_flag; |
| bit(1) default_content_loc_flag; |
| bit(1) reserved; |
| if (timescale_flag==1) { unsigned int(32) timescale;} |
| if (live_start_time_flag==1) { unsigned int(64) live_start_time;} |
| if (duration_flag==1) {unsigned int(32) duration;} |
| if (default_interval_duration_flag==1) {unsigned int(32) default_interval_duration;} |

```
                              if (min_update_time==1) {unsigned int(32)
min_update_time;}

                              if (default_content_loc_ref ==1) {string
default_content_loc_ref;}

              }
```

以下に、インターバルレベル情報を記述する。

以下の表２５は、ＭＰ４擬似コードフォーマットでの、IntervalBox のシンタックスレプレゼンテーションを示す。

表２５

| IntervalBox |
| --- |
| Box Type: `intv` |
| Container: `htps` |
| Mandatory: No |
| Quantity: One or more |
| Aligned(8) class IntervalBox extends Box(`intv`) { |
| } |

以下の表２６は、ＭＰ４擬似コードフォーマットでの、IntervalRefBox のシンタックスレプレゼンテーションを示す。

表２６

| IntervalRefBox |
| --- |
| Box Type: `iref` |
| Container: `htps` |
| Mandatory: No |
| Quantity: One or more |
| Aligned(8) class IntervalRefBox extends Box(`iref`) { |
| unsigned int(8) index; string location; |

```
                    }
```

以下の表２７は、ＭＰ４擬似コードフォーマットでの、QoSInfoRefBox のシンタックスレプレ
ゼンテーションを示す。

表２７

| QoSInfoRefBox |
|---|
| Box Type: `qref` |
| Container: `intv` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class QoSInfoRef extends Box(`qref`) { |
| unsigned int(8) index; string location; |
| } |

以下の表２８は、ＭＰ４擬似コードフォーマットでの、MappingInfoRefBox のシンタックスレ
プレゼンテーションを示す。

表２８

| MappingInfoRefBox |
|---|
| Box Type: `mref` |
| Container: `intv` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class MappingInfoRef extends Box(`mref`) { |
| unsigned int(8) index; |
| string location; |
| } |

以下の表２９は、ＭＰ４擬似コードフォーマットでの、`IntervalInfoBox` のシンタックスレプレゼンテーションを示す。

表２９

| IntervalInfoBox |
| --- |
| Box Type: `inti` |
| Container: `intv` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class IntervalInfoBox extends Box(`geni`) { |
| bit(1) last_flag; |
| bit(1) timescale_flag; |
| bit(1) start_time_flag; |
| bit(1) duration_flag; |
| bit(1) default_frag_duration_flag; |
| bit(1) default_content_interval_loc_flag; |
| bit(2) reserved; |
| if (timescale_flag==1) {unsigned int(32) timcscale;} |
| if (start_time_flag==1) {unsigned int(32) start_time;} |
| if (duration_flag==1) {unsigned int(32) duration;} |
| if (default_frag_duration==1) {unsigned int(32) default_frag_duration;} |
| if (default_content_interval_loc_flag==1) {string default_content_interval_loc;} |
| } |

以下の表３０は、ＭＰ４擬似コードフォーマットでの、`NextIntervalRefBox` のシンタックスレプレゼンテーションを示す。

表３０

| IntervalInfoBox |
|---|
| Box Type: `nref`<br><br>Container: `intv`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>    Aligned(8) class NextIntervalRef extends Box(`nref`) {<br><br>        unsigned int(32) available_time;<br><br>        unsigned int(8) index;<br><br>        string location;<br><br>    } |

以下に、ＱｏＳ情報を記述する。

以下の表３１は、ＭＰ４擬似コードフォーマットでの、QoSInfoBox のシンタックスレプレゼンテーションを示す。

表３１

| QoSInfoBox |
|---|
| Box Type: `QoSi`<br><br>Container: `intv` or `htps`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>注：`QoSi`ボックスが他の信号メタデータとは別に格納されている場合には、参照を容易にするために、直接的に`htps`ボックス内に留められる。<br><br>    Aligned(8) class QoSInfoBox extends Box(`QoSi`) {<br><br>} |

以下の表３２は、ＭＰ４擬似コードフォーマットでの、ClassSchemeRefBox のシンタックスレプレゼンテーションを示す。

表３２

| ClassSchemeRefBox |
|---|
| Box Type: `csmr` |
| Container: `QoSi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class ClassSchemeRef extends Box(`csmr`) { |

```
Aligned(8) class ClassSchemeRef extends Box(`csmr`) {
        unsigned int(32) entry_count;
        for (i=1; i <= entry_count ; i++) {
                string scheme; //URL
        }
}
```

以下の表３３は、ＭＰ４擬似コードフォーマットでの、ResourceBox のシンタックスレプレゼンテーションを示す。

表３３

| ResourceBox |
|---|
| Box Type: `resi` |
| Container: `QoSi` |
| Mandatory: No |
| Quantity: Zero or more |

```
Aligned(8) class ResouceBox extends Box(`resi`) {
        unsigned int(32) name;
        if
(name=="r000"||name=="r001"||name=="r002"||name=="r003"||
```

```
name=="r004"||name=="r005"||name=="r006"||name=="r007"||
name=="r008"||(name=="r009")

                        {

                                unsigned int(16) csref_ind;

                                unsigned int(16) level_num;

                                for (i=1; i <= level_num ; i++) {

                                        unsigned int(32) level_index;

                                }

                        }

                        for (i=1; ; i++) {

                                unsigned int(32) value;

                        }

                }
```

リソースタイプのいくつかの典型的な名称を以下のように定義する。

　　　　`bitr`は、コンテンツの平均ビットレートを意味する。

　　　　"frar"は、ビデオコンテンツの平均フレームレートを意味する。

　　　　"verr"は、ビデオフレームの垂直方向解像度を意味する。

　　　　"horr"は、ビデオフレームの水平方向解像度を意味する。

　　　何らかのＣｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ（分類スキーム）にお
いて定義されるリソースタイプを使用する必要があるという場合には、そのリソース
は、{`r000`、`r001`、....、`r009`}の中から、”ダミー名”をとり、かついくつかの特別な
パラメータ（csref_ind、level_num、level_index）を用いて、その”ダミー名”を、Ｃｌ
ａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ内でのセマンティックスの用語と関連付け
る。

以下の表３４は、ＭＰ４擬似コードフォーマットでの、AdaptationOperatorBox のシンタック
スレプレゼンテーションを示す。

表３４

| AdaptationOperatorBox |
|---|
| Box Type: `adpo`<br><br>Container: `QoSi`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>    Aligned(8) class AdaptationOperatorBox extends Box(`adpo`) {<br><br>        unsigned int(32) name;<br><br>        if<br><br>(name=="a000"\|\|name=="a001"\|\|name=="a002"\|\|name=="a003"\|\| name=="a004"\|\|name=="a005"\|\|name=="a006"\|\|name=="a007"\|\| name=="a008"\|\|name=="a009")<br><br>        {<br><br>            unsigned int(16) csref_ind;<br><br>            unsigned int(16) level_num;<br><br>            for (i=1; i <= level_num ; i++) {<br><br>                unsigned int(32) level_index;<br><br>            }<br><br>        }<br><br>        for (i=1; ; i++) {<br><br>            unsigned int(32) value;<br><br>        }<br><br>    }<br><br>　アダプテーションオペレータタイプのいくつかの典型的な名称を以下のように定義する。<br><br>　　　　`spals`は、廃棄されるべき空間的レイヤーの数を、高い方から意味する。 |

`quls`は、廃棄されるべきクオリティレイヤーの数を、高い方から意味する。

`tmls`は、廃棄されるべき一時的レイヤーの数を、高い方から意味する。

何らかの（本標準外の）Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅにおいて定義されるアダプテーションオペレータタイプを使用する必要があるという場合には、そのオペレータは、{`a000`、`a001`、....、`a009`}の中から、”ダミー名”をとり、かついくつかの特別なパラメータ（csref_ind、level_num、level_index）を用いて、その”ダミー名”を、Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ内でのセマンティックスの用語と関連付ける。

以下の表３５は、ＭＰ４擬似コードフォーマットでの、UtilityBox のシンタックスレプレゼンテーションを示す。

表３５

| UtilityBox |
|---|
| Box Type: `util` |
| Container: `QoSi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class UtilityBox extends Box(`util') { |
| unsigned int(32) name; |
| if (name=="u000"\|\|name=="u001"\|\|name=="u002"\|\|name=="u003"\|\| name=="u004"\|\|name=="u005"\|\|name=="u006"\|\|name=="u007"\|\| name=="u008"\|\|name=="u009" ) |
| { |
| unsigned int(16) csref_ind; |
| unsigned int(16) level_num; |
| for (i=1; i <= level_num ; i++) { |

```
                        unsigned int(32) level_index;

                }

        }

        for (i=1; ; i++) {

                unsigned int(32) value;

        }

    }
```

ユーティリティのいくつかの典型的な名称を以下のように定義する。

`psnr`

`mos`

　　　何らかの（本標準外の）Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅにおいて定義されるユーティリティタイプを使用する必要があるという場合には、そのオペレータは、{`u000`、`u001`、....、`u009`}の中から、"ダミー名"をとり、かついくつかの特別なパラメータ（csref_ind、level_num、level_index）を用いて、その"ダミー名"を、Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ内でのセマンティックスの用語と関連付ける。

以下の表３６は、ＭＰ４擬似コードフォーマットでの、UtilityRankBox のシンタックスレプレゼンテーションを示す。

表３６

| UtilityRankBox |
| --- |
| Box Type: `utir` |
| Container: `QoSi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class UtilityRankBox extends Box(`utir`) { |

```
        for (i=1; ; i++) {

                unsigned int(32) value;
```

```
            }

        }
```

以下に、マッピング情報を記述する。

以下の表３７は、ＭＰ４擬似コードフォーマットでの、`MappingInfoBox` のシンタックスレプレゼンテーションを示す。

表３７

| MappingInfoBox |
|---|
| Box Type: `mapi` |
| Container: `intv` or `htps` |
| Mandatory: No |
| Quantity: Zero or more |
| 注：`mapi`ボックスが他の信号メタデータとは別に格納されている場合には、参照を容易にするために、直接的に`htps`ボックス内に留められる。<br>Aligned(8) class MappingInfoBox extends Box(`mapi`) {<br><br>} |

以下の表３８は、ＭＰ４擬似コードフォーマットでの、`AlterLocIDBox` のシンタックスレプレゼンテーションを示す。

表３８

| AlterLocIDBox |
|---|
| Box Type: `aloc` |
| Container: `mapi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class AlterLocIDBox extends Box(`aloc`) {<br><br>    for (i=1; ; i++) {<br><br>        unsigned int(32) value; |

```
                    }

            }
```

以下の表３９は、ＭＰ４擬似コードフォーマットでの、ReqQoSParaBox のシンタックスレプレゼンテーションを示す。

表３９

| ReqQoSParaBox |
|---|
| Box Type: `reqp` |
| Container:`mapi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class ReqQoSParaBox extends Box(`reqp`) {<br>　　　bit(1) all_flag;<br>　　　bit(7) reserved;<br>　　　unsigned int(32) refindex;<br>　　　if ( all_flag == 0) {<br>　　　　　for (i=1; ; i++) {<br>　　　　　　　unsigned int(8) req_flag;<br>　　　　　}<br>　　　}<br>} |

以下の表４０は、ＭＰ４擬似コードフォーマットでの、ReqQoSParaBox のシンタックスレプレゼンテーションを示す。

表４０

| ReqQoSParaBox |
|---|
| Box Type: `locl` |

```
Container: `mapi`

Mandatory: No

Quantity: Zero or more

        Aligned(8) class LocationListBox extends Box(`locl`) {

        }
```

以下の表４１は、ＭＰ４擬似コードフォーマットでの、LocationBox のシンタックスレプレゼンテーションを示す。

表４１

| LocationBox |
|---|
| Box Type: `loca` |
| Container: `locl` |
| Mandatory: YES |
| Quantity: One or more |
|   Aligned(8) class LocationBox extends Box(`loca`) { <br>     unsigned int(16) frag_num; <br>     unsigned int(16) locID; <br>   } |

以下の表４２は、ＭＰ４擬似コードフォーマットでの、FragTimeBox のシンタックスレプレゼンテーションを示す。

表４２

| FragTimeBox |
|---|
| Box Type: `frtm` |
| Container: `loca` |
| Mandatory: No |
| Quantity: Zero or more |

```
Aligned(8) class FragTimeBox extends Box(`frtm`) {

        for (i=1; ; i++) {

                unsigned int(32) value;

        }

    }
```

以下の表４３は、ＭＰ４擬似コードフォーマットでの、RandAccessBox のシンタックスレプレゼンテーションを示す。

表４３

| RandAccessBox |
| --- |
| Box Type: `rdac` |
| Container: `loca` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class RandAccessBox extends Box(`rdac`) {<br><br>        for (i=1; ; i++) {<br><br>                unsigned int(16) value;<br><br>        }<br><br>    } |

以下の表４４は、ＭＰ４擬似コードフォーマットでの、StrLocationBox のシンタックスレプレゼンテーションを示す。

表４４

| StrLocationBox |
| --- |
| Box Type: `stlo` |
| Container: `loca` |
| Mandatory: YES |

```
Quantity: One or more

    Aligned(8) class StrLocationBox extends Box(`stlo`) {

            bit(1) stream_url_flag;

            bit(7) reserved;

            if (stream_url_flag == 1) {

                    string stream_url;

            } else {

                    for (i=1; ; i++) {

                            string fragment_url;

                    }

            }

    }
```

以下の表４５は、ＭＰ４擬似コードフォーマットでの、MP2TSParaBox のシンタックスレプレゼンテーションを示す。

表４５

```
                        MP2TSParaBox

    Box Type: `mp2p`

    Container: `loca`

    Mandatory: No

    Quantity: Zero or more

        Aligned(8) class MP2TSParaBox extends Box(`mp2p`) {

                for (i=1; ; i++) {

                        unsigned int(16) PID;

                }

        }
```

以下の表４６は、ＭＰ４擬似コードフォーマットでの、FragBoundariesBox のシンタックスレプレゼンテーションを示す。

表４６

| FragBoundariesBox |
|---|
| Box Type: `frbd`<br><br>Container: `loca`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>　　Aligned(8) class FragBoundariesBox extends Box(`frbd`) {<br><br>　　} |

以下の表４７は、ＭＰ４擬似コードフォーマットでの、MP2TSBoundaryBox のシンタックスレプレゼンテーションを示す。

表４７

| MP2TSBoundaryBox |
|---|
| Box Type: `mp2b`<br><br>Container: `frbd`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>　　Aligned(8) class MP2TSBoundaryBox extends Box(`mp2b`) {<br><br>　　　　unsigned int(16) appearance;<br><br>　　　　unsigned int(16) PCR_ID;<br><br>　　　　unsigned int(40) PCR_base;<br><br>　　　　unsigned int(16) PCR_ext;<br><br>　　　　for (i=1; ; i++) {<br><br>　　　　　　unsigned int(16) media_PID; |

```
            }

            for (i=1; ; i++) {

                        unsigned int(16) media_offset;

            }

    }
```

以下の表４８は、ＭＰ４擬似コードフォーマットでの、ISOFileBoundaryBox のシンタックス
レプレゼンテーションを示す。

表４８

| ISOFileBoundaryBox |
|---|
| Box Type: `isfb` |
| Container: `frbd` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class ISOFileBoundaryBox extends Box(`isfb`) {<br><br>            unsigned int(16) sequence_no;<br><br>    } |

以下の表４９は、ＭＰ４擬似コードフォーマットでの、ISOFileBoundaryBox のシンタックス
レプレゼンテーションを示す。

表４９

| ByteRangesBox |
|---|
| Box Type: `isfb` |
| Container: `frbd` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class ByteRangesBox extends Box(`brag`) { |

```
for (i=1; ; i++) {

        unsigned int(32) start;

        unsigned int(32) end;

    }

  }
```

図４は、本発明の一態様による、ＭＰＥＧ−２　ＴＳにおける仮想的バウンダリーを検知することを示す図である。

ＴＳにおいては、所与のプログラムのＰＣＲパケットは、固定的なＰＩＤ（すなわち、PCR_PID）とともに伝搬され得るが、そのようなＰＣＲパケットは、少なくとも１００ミリ秒ごとに挿入され得る。

ＰＣＲパケット（漸増する値を有する）は、プログラムのアンカーポイントとして見做され得る。他方で、プログラムの各メディアは、所与のＰＩＤ（すなわち、Media_PID）のパケットによって伝搬され得る。

したがって、メディアストリームのフラグメントバウンダリーは、１）具体的なアンカーポイント、及び２）バウンダリーにおけるパケットへのアンカーからのオフセット、によって定義又は識別され得る。

オフセットは同じ Media_PID のパケットによってカウントされ得る。

ＰＣＲ値は、時折リセットされ得る（不連続性を有する）。例えば、１つのインターバル内で、１つ以上のＰＣＲパケットが同じＰＣＲ値を有している場合には、アンカーとして用いられるＰＣＲパケットの出現順序が示され得る。

したがって、ＭＰＥＧ−２　ＴＳ形式でのメディアストリームのフラグメントのバウンダリーは、表５０に示される以下のパラメータによって識別され得る。

表５０

| PCR_PID | 問題のコンテンツ／プログラムのＰＣＲを搬送するＰＩＤを記述する。 |
|---|---|
| PCR_base | ＰＣＲベースフィールドの値を記述する。 |
| PCR_ext | ＰＣＲエクステンションフィールドの値を記述する。 |
| Appearance | 上記の２つの要素によって識別されるＰＣＲ値を含むＴＳパケットの出現順序（例えば１番目及び２番目）を記述する。ＰＣＲのリセット／不連続が存在する場合には、 |

| | |
|---|---|
| | ＰＣＲ値は、１つのインターバル中に２回以上現れ得る。 |
| Media_PID | プログラムのメディア（例えばビデオ）のＰＩＤを記述する。 |
| Media_Offset | 上記の識別されたＰＣＲパケットからあるフラグメントの最初のメディアパケットまでのオフセット（同じ Media_PID のＴＳパケットにおけるオフセット）を記述する。 |

以下に、３ＧＰＰのアダプティブＨＴＴＰストリーミングスキーマのいつかのシンタックス要素のマッピング及び拡張を説明する。

３ＧＰＰは、アダプティブＨＴＴＰストリーミングマッピングのための標準の標準化を可能にしている。上記の３ＧＰＰアダプティブＨＴＴＰストリーミングのスキーマへ、幾つかの上述のシンタックス要素をマッピングすることが示される。

以下の実施形態においては、幾つかの他の異なるシンタックスを、アイディアを表すために使用し得る。

上記のスキーマにおいては、「ピリオド」という用語は、上で論じた「インターバル」という用語と等しいものであり得る。追加的要素／属性のセマンティックスが表５１に示されている。

表５１

| | |
|---|---|
| PeriodsRef | 上記のシンタックスにおける、IntervalsRef 要素と等価である。子要素（Location、startTime、及び availableTime）は、既に表において定義されている。Period のｓｔａｒｔ/duration 属性の変更と首尾一貫させるため、PeriodsRef においても、Period の duration 属性と同じ duration 属性を用い得る。 |
| NextPeriodRef | 上記のシンタックスにおける、PreviousIntervalsRef と等価である。 |
| PreviousPeriodsRef | 上記のシンタックスにおける、PreviousIntervalsRef と等価である。 |
| lastPeriodFlag | 上記のシンタックスにおける、Last 要素と等価である。 |
| Quality | 上記のシンタックスにおける、AdaptationInfo（又は QoSInfo）の Utility 要素と等価である。 |

| | |
|---|---|
| | Quality 要素は以下の２つの属性を有する。<br><br>１）name：あるクオリティタイプ（例えば、MOS 及び PSNR）を記述する。name 属性は、QualityNameType のタイプを有する。QualityNameType のリストに含まれるクオリティ name のセマンティックスは、ＭＰＥＧ－２１　ＤＩＡの、分類スキーム AdaptationQoSCS によって定義される。<br><br>２）value：クオリティ値を記述する。 |
| requestPara | 上記のシンタックスにおける、ReqQoSPara 要素と等価である。requestPara 属性は、以下のように定義されるフォーマットを有する文字列である。<br><br>文字列が「?」で始まっていない場合には、その文字列は、スペースで区切られた値のシーケンスによって形成され得る。<br><br>各値は、クエリにおいてパラメータとして用いられる、レプレゼンテーションの属性の順序を示す。<br><br>あるクエリパラメータの name と value は、対応する属性の name と value である。<br><br>例えば、文字列が「2 3」であり、レプレゼンテーションの２番目と３番目の属性が、[ . . . with="320" height="240" . . .]である場合には、クエリ部分は、「with=320&height=240」となり得る。<br><br>文字列が「?」で始まる場合には、所与のレプレゼンテーションに対する、正確なクエリ文字列、例えば「bandwidth=1000&with=320&height=240」が提供され得る。<br><br>URL エンコーディング（RFC　２６１６において定義されるもの）が、特殊文字をサポートするために、ここで適用され得る。以下に定義されるいくつかの特殊文字もまた、文字列において使用され得る。 |

| randAccess | 上記のシンタックスにおける、RandAccess 要素と等価である。<br><br>randAccess 属性は、スペースで区切られた値のシーケンスによって形成される文字列の属性である。<br><br>各値は、レプレゼンテーションにおけるセグメントの順序を示す。randAccess 属性によって定義されるセグメントは、ランダムアクセスをサポートし得る。 |
|---|---|

更に、UrlType の範囲属性のセマンティックスを拡張して、複数のバイト範囲、例えば、「0-500, 1000-1500」を、サポートしてもよい。このような修正によって、範囲属性が上記のシンタックスの ByteRanges 要素と等価となることが可能になる。

また、sourceURL 属性は、必須から任意選択的に変更してもよい。これは、baseURL が既に、完全なＵＲＬを提供しているからである。sourceURL は不要な場合があり得る。

複数のバイト範囲を使用することにより、「仮想的セグメント」をダウンロードする際にフレキシビリティをもたらし得る。例えば、低いフレームレートのセグメント（トリックモードにおいて使用され得る）を、ストリーム又は元のセグメントからオンザフライで抽出し得る。

また、レプレゼンテーション用に複数のＵＲＬを使用することをサポートするために、以下の修正を、３ＧＰＰアダプティブＨＴＴＰストリーミングのスキーマに適用し得る。

以下に、同じリソース／コンテンツに対する複数のロケーションを説明する。

各レベル（トップレベル、ピリオドレベル、レプレゼンテーションレベル）の記述は、その記述から絶対的ＵＲＬを構築するために、単一のベースＵＲＬのみを提供してもよい。

各記述レベルで、複数のベースＵＲＬを提供してもよい。複数のベースＵＲＬは、複数のロケーションにおいてリソースが利用可能であることを示し得る。

クライアントの実際のロケーションによって、クライアントは、リソースを読み出す過程において、１つ以上のベースＵＲＬを選択してよい。

このような修正は、様々なやり方で実現され得る。１つの方法は、「morebaseURLs」と称する追加的な属性を使用すること、又は、「BaseURLs」と称する要素を使用することであり得る。

その属性又は要素は、複数の（ベース）ＵＲＬから形成される文字列であり得る。その文字列は、例えば「；」のような、いくつかの特殊文字（すなわち、セミコロン１個とスペース１個）によって区切られていてよい。

例えば、セミコロン又はスペースが１つのＵＲＬ内に出現した場合には、そのセミコロン又はスペースは、ＲＦＣ　２６１６のルールによってエンコーディングされ得る。

より低い記述レベルの morebaseURLs 属性（又は BaseURLs 要素）は、より高い記述レベルの同じ属性（又は要素）に優先し得る。

明確さのために、morebaseURLs 属性と BaseURLs 要素とは、相互に排他的であるものとして制約され得る。換言すれば、ある１つの記述の全体において、単一のタイプのみが存在し得る。別の方法は、任意のＵＲＩタイプの MoreBaseURL 要素を、各々が１つのベースＵＲＬを提供する複数のインスタンスとともに使用することである。

上記の異なる方法はあくまでも、複数のベースＵＲＬを提供するための考え方の例に過ぎないものであり得る。多くの他の方法により、又は他の言語によってさえ、上の考え方を実現し得る。

以下に、リソース／コンテンツに対する複数のロケーションについて説明する。

リソース／コンテンツは、１つ以上のコンポーネント／ストリームに分割され得る。その１つ以上のコンポーネント／ストリームの各々は、１つのロケーションから配信され得る。このような配信は、SegmentInfoType の１つの UrlTemplate 要素又は１つの Url 要素セットの複数のインスタンスを可能にすることによってサポートされ得る。SegmentInfoType において、「〈xs:choice maxOccurs="unbounded"〉」という修正が、上記の目的で使用され得る。

１つの UrlTemplate のインスタンス又は１つの Url セットのインスタンスの出現順序は、「ロケーション／ストリーム」の重要性を示すものであり得る。より重要度の高いロケーションは、より重要度の低いロケーションよりも先に出現し得る。例えば、１つのビデオプレゼンテーションは、２つのストリーム（例えば、１つの空間的ベースレイヤーと、１つの空間エンハンスメントレイヤー）を含み得る。UrlTemplate によって記述される１つのロケーションから、上記の２つのストリームのそれぞれが配信され得る。次に、UrlTemplate の最初のインスタンスは、空間的ベースレイヤー用のロケーションであり得る。

更に、InitialisationSegmentURL の複数のインスタンスが容認され得る。InitialisationSegmentURL のｎ番目のインスタンスは、ロケーションのｎ番目のインスタンスに、（UrlTemplate 要素又は Url 要素セットのいずれかによって）対応し得る。例えば、InitialisationSegmentURL の単一のインスタンスのみが存在する場合には、そのインスタンスは、全てのロケーションに対して用いられ得る。

以下の表５２から５５は、３ＧＰＰのアダプティブＨＴＴＰストリーミングのスキーマを示す。

表５２

```
<?xml version="1.0" encoding="UTF-8"?>
```

```
<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

        <xs:annotation>

                <xs:appinfo>Media Presentation Description</xs:appinfo>

                <xs:documentation xml:lang="en">

                        This Schema defines 3GPP Media Presentation Description!
                        </xs:documentation>

        </xs:annotation>  <!-- MPD: main element -->

        <xs:element name="MPD" type="MPDtype"/>

<!-- MPD Type -->

<xs:complexType name="MPDtype">

        <xs:sequence>

                <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>

                <xs:choice maxOccurs="unbounded">

                        <xs:element name="Period" type="PeriodType"/>

                        <xs:element name="PeriodsRef" type="PeriodsRefType"/>

                </xs:choice>

                <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
```

```
        </xs:sequence>

        <xs:attribute default="OnDemand" name="type" type="PresentationType"/>

        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>

        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

        <xs:attribute name="baseUrl" type="xs:anyURI"/>

        <xs:attribute name="morebaseUrls" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="PeriodsRefType">

        <xs:sequence>

                <xs:element name="Location" type="xs:anyURI"/>

        </xs:sequence>

        <xs:attribute name="startTime" type="xs:duration"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="availableTime" type="xs:duration"/>

</xs:complexType>
```

表５３

```
<!-- Type of presentation - live or on-demand -->

<xs:simpleType name="PresentationType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="OnDemand"/>
```

```xml
                    <xs:enumeration value="Live"/>

            </xs:restriction>

</xs:simpleType>

<!-- Period of a presentation -->

<xs:complexType name="PeriodType">

        <xs:sequence>

                    <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>

                    <xs:element maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>

                    <xs:element minOccurs="0" name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>

                    <xs:element minOccurs="0" name="NextPeriodsRef"
type="xs:PeriodsRef"/>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Program information for a presentation -->

<xs:complexType name="ProgramInformationType">

        <xs:sequence>
```

```
            <xs:element minOccurs="0" name="Title" type="xs:string"/>

            <xs:element minOccurs="0" name="Source" type="xs:string"/>

            <xs:element minOccurs="0" name="Copyright" type="xs:string"/>

            <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="moreInformationURL" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表 5 4

```
<!-- Default Segment access information -->

<xs:complexType name="SegmentInfoDefaultType">

        <xs:sequence>

                <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:attribute name="morebaseUrls" type="xs:string"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- A Representation of the presentation content for a specific Period -->
```

```xml
<xs:complexType name="RepresentationType">

        <xs:sequence>

                <xs:element name="SegmentInfo" type="SegmentInfoType"/>

                <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>

                <xs:element minOccurs="0" name="TrickMode"
type="TrickModeType"/>

                <xs:element minOccurs="0" maxOccurs="unbounded" name="Quality"
type="QualityType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>

        <xs:attribute default="0" name="group" type="xs:unsignedInt"/>

        <xs:attribute name="width" type="xs:unsignedInt"/>

        <xs:attribute name="height" type="xs:unsignedInt"/>

        <xs:attribute name="lang" type="xs:string"/>

        <xs:attribute name="mimeType" type="xs:string" use="required"/>

        <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>

        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>

        <xs:attribute name="requestPara" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="QualityType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
```

```
        </xs:sequence>

        <xs:attribute name="name" type="xs:QualityNameType"/>

        <xs:attribute name="value" type="xs:float"/>

</xs:complexType>
```

表５５

```
<xs:simpleType name="QualityNameType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="PSNR"/>

                <xs:enumeration value="MOS"/>

                <xs:enumeration value="ODG"/>

                <xs:enumeration value="DI"/>

        </xs:restriction>

</xs:simpleType>

<!-- Segment access information -->

<xs:complexType name="SegmentInfoType">

        <xs:sequence>

                <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>

                <xs:choice maxOccurs="unbounded">

                        <xs:element minOccurs="0" name="UrlTemplate"
type="UrlTemplateType"/>

                        <xs:sequence>

                                <xs:element maxOccurs="unbounded" name="Url"
type="UrlType"/>
```

```
                                    <xs:any namespace="##other"
processContents="lax" minOccurs="0" maxOccurs="unbounded"/>

                        </xs:sequence>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:choice>

        </xs:sequence>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:attribute name="morebaseUrls" type="xs:string"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="randAccess" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- A Segment URL -->

<xs:complexType name="UrlType">

        <xs:sequence>

        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>

        <xs:attribute name="range" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表５６

```
<!-- A URL template -->

<xs:complexType name="UrlTemplateType">

        <xs:sequence>
```

```
                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="sourceURL" type="xs:anyURI"/>

        <xs:attribute name="id" type="xs:string"/>

        <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>

        <xs:attribute name="endIndex" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Gives information about the content protection -->

<xs:complexType name="ContentProtectionType">

        <xs:sequence>

                <xs:element minOccurs="0" name="SchemeInformation"
type="xs:string"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

<        /xs:sequence>

        <xs:attribute name="schemeIdUri" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Gives information about trick mode -->

<xs:complexType name="TrickModeType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
```

```
<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

以下に、PeriodsRef 要素の幾つかの他のオプションを説明する。

ＸＩｎｃｌｕｄｅは、ワールドワイドウェブコンソーシアム（Ｗ３Ｃ）の、XML 文書をマージするために使用される、取り込みメカニズムを提供する技術であり得る。

上記の PeriodsRef と、ＸＩｎｃｌｕｄｅとは、リソース／記述を参照するために、任意のＵＲＩタイプ（Location 要素及び href 属性とともに）を使用するという点において、互いに類似している。しかしながら、上記の２つのアプローチには、大きな違いがある。

ＸＩｎｃｌｕｄｅは、XML 文書どうしをマージするために使用され得る。換言すれば、マージされる文書は、任意選択的に更に処理される前に、入手される必要があり得る。逆に、PeriodsRef は、過去の又は将来のピリオドを参照するために用いられ得る。過去又は将来のピリオドは、必ずしもマージされる必要はない。PeriodsRef の意図するものは、ユーザーが必要とする時にのみ、ユーザーが適切なピリオドを読み出すことを可能にすることであり得る。

具体的な属性／要素に関連して言えば、PeriodsRef の startTime 及び availableTime は、ピリオド情報の読み出しに独特なものであり得る。XInclude の属性／要素の中で、「fallback」及び「xpointer」は、PeriodsRef の機能性を向上させるために使用され得るものであり、他方、「parse」、「encoding」、「accept」、及び「accept-language」は、PeriodsRef にとっては不要なものであり得る。

上の説明に基づいて、ピリオドを参照するための２つの追加的なオプション（１）エンハンスト PeriodsRef、及び２）ＸＩｎｃｌｕｄｅ－拡張 PeriodsRef）が提案され得る。

エンハンスト PeriodsRef：fallback 要素と、ＸＩｎｃｌｕｄｅの xpointer 属性とによって、既存の PeriodsRef のエンハンスメントを可能にする。このオプションは、シンタックスと処理とにおけるシンプルさという利点を有する。修正された PeriodsRef のシンタックスが、以下の表５７に提供され得る。

ＸＩｎｃｌｕｄｅ拡張 PeriodsRef：startTime 属性及び availableTime 属性で、単純にＸＩｎｃｌｕｄｅを拡張することによって、PeriodsRef を構築することを可能にする。このオプションは、スタンダードなＸＩｎｃｌｕｄｅを使用することの利点を有し得る。常に最初に文書どうしをマージするのを回避するために、PeriodsRef のセマンティクスは、「マージングを完了することが必要であるかどうかをクライアントが決定することができる」ように命じる必要がある。PeriodsRef のシンタックスは、以下の表５８に提供され得る。

上記のシンタックスにおいては、現在のメディアプレゼンテーションにおいて使用される、複数の参照されたピリオドの ids を示すために、ids 属性が追加され得る。また、ＸＩｎｃｌｕｄｅ の href 属性と一貫性を持たせるため、Location 要素は、任意選択的な Location 属性に変更され得る。

表５７

```
<xs:complexType name="PeriodsRefType">

        <xs:choice minOccurs="0" maxOccurs="unbounded">

        <xs:element minOccurs="0" maxOccurs="unbounded" name="fallback"
type="fallbackType"/>

        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:choice>

        <xs:attribute name="ids" type="xs:string"/>

        <xs:attribute name="location" type="xs:anyURI"/>

        <xs:attribute name="xpointer" type="xs:string"/>

        <xs:attribute name="startTime" type="xs:duration"/>

        <xs:attribute name="availableTime" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="fallbackType">

        <xs:choice minOccurs="0" maxOccurs="unbounded">

                <xs:element name="PeriodsRef" type="PeriodsRefType"/>

                <xs:any namespace="##other" processContents="lax"/>

        </xs:choice>

        <xs:anyAttribute namespace="##other" processContents="lax" />

</xs:complexType>
```

表５８

```
<xs:schema

...

        xmlns:xi=http://www.w3.org/2001/XInclude

...

<xs:complexType name="PeriodsRefType">

        <xs:complexContent>

                <xs:extension base="xi:includeType">

                <xs:attribute name="ids" type="xs:string"/>

                <xs:attribute name="startTime" type="xs:duration"/>

                <xs:attribute name="availableTime" type="xs:duration"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:extension>

</xs:complexContent>

</xs:complexType>
```

上記の要素／属性のセマンティックスが、表５９に示されるように提供され得る。

表５９

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Ｍｅｄｉａ　Ｐｒｅｓｅｎｔａｔｉｏｎ　Ｄｅｓｃｒｉｐｔｉｏｎ　＝ＭＰＤ）を有するル |

| | | | | |
|---|---|---|---|---|
| | | | | ート要素を記述する。 |
| ． ． ． | | | | |
| Period | E | 1...N | O | Period に関する情報を提供する。 |
| PeriodsRef | E | 1...N | O | Period 要素の1つ以上のインスタンスを含む記述への参照を提供する。Period 要素の1つ以上のインスタンスは、連続する Period（複数可）のシーケンスを表す。Period の情報は、Period 要素のインスタンスとして含まれ得るか、又は、PeriodsRef 要素によって参照され得る。 |
| Ids | A | | O | 参照される Period（複数可）の id（複数可）を提供する。複数の連続する Period が参照される場合には、この文字列によって伝達される複数の id は、セミコロンによって区切られる。 |

| location | A | | O | Period（複数可）の記述への参照を提供する。 |
|---|---|---|---|---|
| Xpointer | A | | O | 参照される記述の一部分を識別するためのXPointer を提供する。xpointer 属性が存在しない場合には、location 属性が存在する必要がある。 |
| startTime | A | 0...1 | O | 参照される複数のPeriod のシーケンスの開始時刻を、コンテンツの開始時刻に対する相対的な時刻で示す。StartTime 要素は、参照された情報を読み出す必要があるかどうかを、クライアントが決定するのを助け得る。 |
| availableTime | A | 0...1 | O | 参照されたPeriod（複数可）の記述が入手可能になる時刻を示す。この時刻は、コンテンツの開始時刻からの相対的時刻である。もしavailableTime 属性が存在しない場合には、そ |

| | | | | の記述は既に入手可能である。 |
|---|---|---|---|---|
| | | | | |

以下に、PeriodTimeline について説明する。

各ピリオドは、そのピリオドの開始時刻を示す start 属性を有し得る。しかし、上記のアプローチはピリオドのタイムラインを修正する際に、フレキシブルではない場合があり得る。

例えば、ＶoＤの MPD に、広告のピリオドを挿入するには、挿入されたピリオド後の全てのピリオドの開始時刻を修正する必要がある。更に、同じ広告ピリオドが（例えば１時間ごとに）繰り返して再生される場合には、ピリオドは連続的に挿入され得る。同様に、１つ以上のピリオドが MPD から取り除かれる場合には、ピリオドが時間空間から取り除かれた後の残りのピリオドの開始時刻は修正され得る。

実施形態においては、ピリオド管理のフレキシビリティを確保するために、以下の修正が提案され得る。
  　１）「duration（継続時間）」と呼ばれる新たな属性を、ピリオドに追加する。
  　２）ピリオドの現在の start 属性を任意選択的なものに変更する。
  　３）PeriodTimeline と称する新たな要素を MPD タイプに追加する。

PeriodTimeline 要素は、タイムラインに基づくピリオドのプレゼンテーションについての情報を提供し得る。PeriodTimeline 要素のセマンティックス及びシンタックスが、以下の表６０から６２に提供され得る。

PeriodTimeline を用いると、ピリオドの記述は、プレゼンテーション時間から独立したものとなり得る。したがって、同じメディアプレゼンテーション内又は別のメディアプレゼンテーション内で、１つのピリオドが（全体的又は部分的に）再利用され得る。プレゼンテーション時間を修正するためには、PeriodTimeline のみを変更すればよい。

加えて、PartialPlay 要素は、あるピリオドの１つ以上の部分の（繰り返し）再生を可能にし得る。例えば、ある広告ピリオドが提示された後、その広告ピリオドの一部分（開始と終了とで表される）が、セッション全体の間に、時折繰り返されてよい。

PeriodTimeline 要素は、複数のピリオドの明示的なタイムラインを課するものであり得る。PeriodTimeline 要素がなければ、複数のピリオドの順序づけられたシーケンスから、その複数のピリオドの暗黙のタイムラインが推測され得る。暗黙のタイムラインの場合におけるあるピリオドの再生をサポートするに、PartialPlay 要素はまた、ピリオド要素の子要素として提供されてもよい。

表６０

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Ｍｅｄｉａ　Ｐｒｅｓｅｎｔａｔｉｏｎ　Ｄｅｓｃｒｉｐｔｉｏｎ＝MPD）を有するルート要素を記述する。 |
| ． ． ． | | | | |
| PeriodTimeline | E | 0...1 | O | メディアプレゼンテーションの複数の Period のプレゼンテーションタイムラインを提供する。 |
| PeriodsTime | E | 1...N | O | Period を提示するための時間情報を提供する。 |
| id | A | | O | メディアプレゼンテーションの Period の id を示す。この値は、Period の id 属性が存在する場合には、Period の id 属性の値と等しい。id 属性が存在しない場合には、この値は、MPD 内の Period の出現順序と等しい。 |

| start | A | | O | メディアプレゼンテーションの availabilityStarttime 属性の値に対する、Period の正確な開始時刻を提供するこの start 属性は、対応する Period の start 属性（すなわち、Period 要素のインスタンス）より優先される。この start 属性は、タイムラインの最初の Period に対して存在し得る。他の複数の Period に対しては、先行する複数の Period のプレゼンテーション継続時間の情報が入手可能である場合には、この値は推測されて、この属性は存在しない場合があり得る。 |
|---|---|---|---|---|
| PartialPlay | E | 0...N | O | Period の（時間的な）一部分を提示するための情報を提供する。 |
| beginning | A | | O | Period の一部分の開始時点を示す。この時刻値は、Period の開始時刻に対する相対値である。 |
| ending | A | | O | Period の一部分の終了時点を示す。この時刻値は、Period の開始時刻 |

| | | | | |
|---|---|---|---|---|
| | | | | に対する相対値である。 |
| Period | E | 1...N | M | Period に関する情報を提供する。 |
| start | A | | O | |
| id | A | | O | Period の I D を示す。当該 Period が、別の Period の (部分的な) 繰り返しである場合には、id 属性の値は、言及されている Period の ID 又は出現順序に等しい。 |
| duration | A | | O | Period の継続時間を示す。start 属性が存在しない場合には、duration 属性が存在し得る。また、1つの Media Presentation の最後の Period に対しては、もし、availabilityEndTime と SegmentTimeline とが入手可能でない場合には、その Period の duration 属性が存在し得る。 |
| PartialPlay | E | 0...N | O | Period の（時間的な）一部分を提示するための情報を提供する。 |
| beginning | A | | O | Period の一部分の開始時点を示す。この時刻値は、 |

| | | | | |
|---|---|---|---|---|
| | | | | Period の開始時刻に対する相対値である。 |
| ending | A | | O | Period の一部分の終了時点を示す。この時刻値は、Period の開始時刻に対する相対値である。 |
| Representation | E | 0...N | | Representation 要素は、Representation の記述を含む。 |

表 6 1

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

...

<!-- MPD Type -->

<xs:complexType name="MPDtype">

        <xs:sequence>

                <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>

                <xs:element minOccurs="0" name="PeriodTimeline"
type="PeriodTimelineType"/>
```

```xml
			<xs:element maxOccurs="unbounded" name="Period"
type="PeriodType"/>

				<xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

		</xs:sequence>

		<xs:attribute default="OnDemand" name="type" type="PresentationType"/>

		<xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

		<xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

		<xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

		<xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

		<xs:attribute name="minBufferTime" type="xs:duration" use="required"/>

		<xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

		<xs:attribute name="baseUrl" type="xs:anyURI"/>

		<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Type of presentation - live or on-demand -->

<xs:simpleType name="PresentationType">

		<xs:restriction base="xs:string">

				<xs:enumeration value="OnDemand"/>

				<xs:enumeration value="Live"/>

		</xs:restriction>

</xs:simpleType>

<!-- Period Timeline -->

<xs:complexType name="PeriodTimelineType">

		<xs:sequence>
```

```
            <xs:element maxOccurs="unbounded" name="PeriodTime"
type="PeriodTimeType"/>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表６２

```
<xs:complexType name="PeriodTimeType">

        <xs:sequence>

                    <xs:element minOccurs="0" maxOccurs="unbounded"
name="PartialPlay" type="PartialPlayType"/>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="id" type="xs:string" use="required"/>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="PartialPlayType">

        <xs:sequence>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="beginning" type="xs:duration"/>

        <xs:attribute name="ending" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
</xs:complexType>

<!-- Period of a presentation -->

<xs:complexType name="PeriodType">

        <xs:sequence>

        <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>

        <xs:element minOccurs="0" maxOccurs="unbounded" name="PartialPlay"
type="PartialPlayType"/>

        <xs:element minOccurs="0" maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>

        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="id" type="xs:string"/>

        <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

...

...

</xs:schema>
```

あるピリオドが繰り返される場合には、その繰り返されるピリオドには、レプレゼンテーション記述を再び含む必要がないので、Representation インスタンスの最小数もまた、ゼロ(0)に変更され得る。

id 属性を直接用いるよりも、繰り返されるべき以前のピリオドの id 値を示す特別な属性を使用してよい。

以下に、SupplementaryInfo について説明する。

専門的なサービスを提供するためには、プロバイダーはクライアントが、プロバイダーのロゴや広告バナーといった補助的情報を（メインコンテンツとともに）提示することを必要とする場合があり得る。補助的情報は、ピリオドのタイムラインとは独立したものであり得る。

各補助アイテムは、コンテンツの最高解像度で提供され得る。例えば、コンテンツが一部の小さい端末向けにダウンスケールされている場合には、それに比例して、補助アイテム及びその補助アイテムのロケーションパラメータ（xOffset 及び yOffset）の両方ともダウンスケールされ得る。

SupplementaryInfo のセマンティックス及びシンタックスが、表６３から６５に提供され得る。

表６３

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Media Presentation Description=MPD)を有するルート要素を記述する。 |
| ・・・ | | | | |
| SupplementaryInfo | E | 0...1 | O | 補助情報と、補助情報のプレゼンテーションとを、メディアプレゼンテーション |

| | | | | に対して提供する。 |
|---|---|---|---|---|
| SupplementaryItem | E | 1...N | M | 補助アイテムと、補助アイテムのプレゼンテーションとを、メディアプレゼンテーションに対して提供する。 |
| itemURL | A | | O | 補助アイテムのＵＲＬを提供する。mime　A　　　　O　　　アイテムの MIME タイプを提供する。 |
| Presentation | E | 0...N | O | アイテムを提示するための情報を提供する。On 要素及び Off 要素の両方が存在しない場合には、アイテムは常に提示される。On 要素と Off 要素とは、代替的に出現し得る。 |
| On | E | 0...N | O | 補助アイテムが提示される継続時間を示す。 |
| Off | E | 0...N | O | 補助アイテムが提示されな |

| | | | | |
|---|---|---|---|---|
| | | | | い継続時間を示す。 |
| xOffset | A | | O | クライアントの画面上の、アイテムの水平方向のロケーションを示す。水平方向のロケーションは、画素数でカウントされ、左上隅に対する相対値で示される。 |
| yOffset | A | | O | クライアントの画面上の、アイテムの垂直方向のロケーションを示す。垂直方向のロケーションは、画素数でカウントされ、左上隅に対する相対値で示される。 |
| transparency | A | | O | 補助アイテムの透明度（％）を示す。 |

表６４

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"
```

```
        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

...

<!-- MPD Type -->

<xs:complexType name="MPDtype">

        <xs:sequence>

                <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>

                <xs:element minOccurs="0" name="SupplementaryInfo"
type="SupplementaryInfoType"/>

                <xs:element maxOccurs="unbounded" name="Period"
type="PeriodType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

                <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>

        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>

        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

        <xs:attribute name="baseUrl" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Type of presentation - live or on-demand -->
```

```
<xs:simpleType name="PresentationType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="OnDemand"/>

                <xs:enumeration value="Live"/>

        </xs:restriction>

</xs:simpleType>

<!-- Supplementary Info -->

<xs:complexType name="SupplementaryInfoType">

        <xs:sequence>

                <xs:element maxOccurs="unbounded" name="SupplementaryItem"
type="SupplementaryItemType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表６５

```
<xs:complexType name="SupplementaryItemType">

        <xs:sequence>

                <xs:element minOccurs="0" name="Presentation"
type="PresentationType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="itemURL" type="xs:anyURL"/>

        <xs:attribute name="mime" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
</xs:complexType>

<xs:complexType name="PresentationType">

        <xs:sequence>

                <xs:choice minOccurs="0" maxOccurs="unbounded">

                        <xs:element name="On" type="xs:duration"/>

                        <xs:element name="Off" type="xs:duration"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:choice>

        <xs:sequence>

        <xs:attribute name="xOffset" type="xs:unsignedInt"/>

        <xs:attribute name="yOffset" type="xs:unsignedInt"/>

        <xs:attribute name="transparency" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Period of a presentation -->

<xs:complexType name="PeriodType">

        <xs:sequence>

                <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>

                <xs:element maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute name="duration" type="xs:duration"/>
```

```
        <xs:attribute name="id" type="xs:string"/>

        <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

...

...

</xs:schema>
```

以下に、バッファリング量の定義について説明する。

クライアントの最初にバッファリングされるメディアの最小量が、時間単位で定義され得る。幾つかのケースでは、バッファリングされたメディアの継続時間が十分であることを確認するのは、クライアントにとって困難である。別のオプションは、データサイズ単位で、最初にバッファリングされるメディアを指定するのを可能にするように提供され得る。

例えば、２つのオプション（すなわち、時間単位及びデータサイズ単位）が同時に提供される場合には、プロバイダーはその２つのオプションのうちの各々の優先度を指定してもよい。クライアントは、その２つのオプションから１つを選択し得る。

上記の考え方は、以下の表６６及び６７に示すように、minBufferSize と称する別の１つの任意選択的な属性を、MPD に追加することによって実現され得る。その２つの属性（minBufferTime 及び minBufferSize）のうちの少なくとも１つが、存在している必要があり得る。

表６６は、minBufferSize のセマンティックスを示す。

表６６

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（M e d i a   P r e s e n t a t i o n   D e s c r i p t i o n   ＝ＭＰＤ）を |

| | | |
|---|---|---|
| | | 有するルート要素を記述する。 |
| ． ． ． | | |
| minBufferTime | 任意選択的 | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅で、又はその帯域幅より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。レプレゼンテーションの帯域幅の値は、バッファリングされるメディアのこの値に対応する。この属性の値は、継続時間で表される。 |
| minBufferSize | 任意選択的 | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅で、又はその帯域幅より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。レプレゼンテーションの帯域幅の値は、バッファリングされるメディアのこの値に対応する。この属性の値は、データサイズ（キロバイト）で表される。 |

表６７

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
```

```
        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

...

...

        <xs:complexType name="MPDtype">

                <xs:sequence>

                        <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>

                        <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>

                        <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>

                        <!-- NEW: Alternate base URL specifications -->

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="type" type="PresentationType"
default="OnDemand"/>

                <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

                <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

                <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

                <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

                <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

                <xs:attribute name="minBufferSize" type="xs:unsignedInt"
use="optional"/>
```

```
            <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

            <xs:attribute name="baseURL" type="xs:anyURI"/>

            <xs:any Attribute namespace="##other" processContents="lax"/>

        </xs:complexType>

 ...

 </xs:schema>
```

以後、異なる量のメディアが最初にバッファリングされる場合の帯域幅情報について説明する。

各レプレゼンテーションの帯域幅情報が、最初にバッファリングされるメディアの、所与の最小量に対して提供され得る。しかしながら、異なるクライアントは、最初にバッファリングされるメディアのプリセット量が異なっていてよく、したがって、異なるクライアントに対して、異なる帯域幅情報が必要となり得る。

以下に、各レプレゼンテーションに対して異なる最小量のメディアが最初にバッファリングされるのに対応する、異なる帯域幅の値について説明する。

このようなソリューションの利点の１つは、最初にバッファリングされるメディアの最小量が複数あっても、それに対応する複数の MPD が必要とされないということである。

したがって、ＭＰＥＧ　ＤＡＳＨのスキーマは、以下のように変更され得る。
　　１）最初にバッファリングされるメディアの最小量に対して、より多くの値が追加され得る。上に説明したように、バッファリングの量は、時間単位又はデータサイズ単位であり得る。
　　２）各レプレゼンテーションに対して、最初にバッファリングされるメディアの最小量に対応する帯域幅の値が提供され得る。

上の変更は、MPD タイプの MinBuffer 要素又は、レプレゼンテーションタイプの BandwidthInfo@repBandwidth 要素によって実現され得る。

表６８は、MinBuffer のセマンティックスを示す。

表６８

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（M |

| | | |
|---|---|---|
| | | ｅｄｉａ　Ｐｒｅｓｅｎｔ ａｔｉｏｎ　Ｄｅｓｃｒｉ ｐｔｉｏｎ　＝MPD）を有 するルート要素を記述す る。 |
| ． ． ． | | |
| BaseURL | 0...N | baseURL 属性の代わり又は それに追加して、MPD レベ ルで用いられ得るＵＲＬを 記述する。 |
| MinBuffer | 0...N | スムーズな再生を保証する ために必要な、最初にバッ ファリングされるメディア の最小量を提供する。 |
| id | M | MinBuffer 要素のＩＤを提 供する。この属性の値は、 ゼロ（０）より大きいもの であり得る。 |
| minBufferTime | 任意選択的 | 各レプレゼンテーション が、そのレプレゼンテーシ ョンの帯域幅で、又はその 帯域幅より上の幅で配信さ れるという条件で、スムー ズな再生を保証するために 必要な、最初にバッファリ ングされるメディアの最小 量を提供する。レプレゼン テーションの帯域幅の値 は、バッファリングされる メディアのこの値に対応す る。この属性の値は、継続 時間で表される。 |
| minBufferSize | 任意選択的 | 各レプレゼンテーション が、そのレプレゼンテーシ ョンの帯域幅で、又はその 帯域幅より上の幅で配信さ れるという条件で、スムー ズな再生を保証するために 必要な、最初にバッファリ |

| | | ングされるメディアの最小量を提供する。レプレゼンテーションの帯域幅の値は、バッファリングされるメディアのこの値に対応する。この属性の値は、データサイズ（キロバイト）で表される。minBufferTime 及び minBufferSize の中から少なくとも１つの属性が、MinBuffer 要素に存在し得る。 |

表６９は、BandwidthInfo のセマンティックスを示す。

表６９

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ・・・ | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。 |
| BandwidthInfo | 0...N | 最初にバッファリングされるメディアのある具体的量に対応する帯域幅の情報を提供する。 |
| id | M | MPD の MinBuffer 要素の ID を示す。この属性の値がゼロ（０）である場合には、その値は、MPD の minBufferTime 又は minBufferSize によって提供される、最初にバッファリングされるメディアの最小量に対応する。 |
| repBandwidth | O | 関連する MinBuffer 要素内に規定される、最初にバッ |

| | | ファリングされるメディア の最小量に対応するレプレ ゼンテーションに対する帯 域幅の値を提供する。id 属 性の値がゼロ（０）である 場合には、repBandwidth 属 性は存在しない場合があり 得る。 |
|---|---|---|

表７０及び７１は、BandwidthInfo のＸＭＬシンタックスを示す。

表７０

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

        <xs:complexType name="MPDtype">

                <xs:sequence>

                        <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>

                        <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>

                        <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>

                        <xs:element name="MinBuffer" type="MinBufferType"
minOccurs="0" maxOccurs="unbounded"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
```

```
                </xs:sequence>

                <xs:attribute name="type" type="PresentationType"
default="OnDemand"/>

                <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

                <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

                <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

                <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

                <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

                <xs:attribute name="minBufferSize" type="xs:unsignedInt"
use="optional"/>

                <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

                <xs:attribute name="baseUrl" type="xs:anyURI"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

        <xs:complexType name="MinBufferType">

                <xs:sequence>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="id" type="xs:string" use="required"/>

                <xs:attribute name="minBufferTime" type="xs:duration"/>

                <xs:attribute name="minBufferSize" type="xs:unsignedInt"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

...
```

表 7 1

```xml
<xs:complexType name="RepresentationType">

        <xs:complexContent>

                <xs:extension base="RepresentationBaseType">

                        <xs:sequence>

                                <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                <xs:element minOccurs="0"
maxOccurs="unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                        </xs:sequence>

                        <xs:attribute name="id" type="xs:string" use="required"/>

                        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>

                        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>

                        <xs:attribute name="depid" type="StringVectorType"/>

                        <xs:attribute name="default" type="xs:boolean"/>

                </xs:extension>

        </xs:complexContent>

</xs:complexType>

<!-- Bandwidth Info -->

<xs:complexType name="BandwidthInfoType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="id" type="xs:string"/>
```

```
<xs:attribute name="repBandwidth" type="xs:unsignedInt"/>

<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

以下に SegmentBandwidth について説明する。

帯域幅属性は、１つのピリオドの継続時間全体にわたり、各レプレゼンテーションに対して提供され得る。しかしながら、クオリティの一貫性のため、エンコーディングされたビデオのビットレートは通常、レートが大きくなる特性を有する場合があり得る。１つのセグメントのビットレートは、別のセグメントのビットレートの数倍大きくなる場合があり得る。クライアントがより効率的にネットワークの違いに適応し得るように、各セグメントの帯域幅情報が追加的に提供され得る。

表７２は、SegmentBandwidth のセマンティックスを記述する。

表７２

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Ｍｅｄｉａ Ｐｒｅｓｅｎｔａｔｉｏｎ Ｄｅｓｃｒｉｐｔｉｏｎ＝ MPD）を有するルート要素を記述する。 |
| ．．． | | | | |
| Representation | | | | |
| SegmentInfo | | | | |

| SegmentBandwidth | E | 0...1 | O | 1つのレプレゼンテーションの複数のセグメントに対する帯域幅情報を提供する。 |
|---|---|---|---|---|
| Range | E | 1...N | M | 1つのレプレゼンテーションの、連続する複数のセグメントの範囲に対する帯域幅情報を提供する。最初の範囲は、そのレプレゼンテーションの最初のセグメントから開始され得る。 |
| offset | | | | レプレゼンテーションの帯域幅とセグメントの帯域幅の差を示す。負の（非負の）値は、セグメントの帯域幅が、レプレゼンテーションの帯域幅よりも狭い（広い）ことを意味する。セグメントの帯域幅は、オフセット値とレプレゼンテーションの帯域幅との和である。 |
| repeat | | | | 同じ帯域幅を有する連続するセグメントの数を示す。 |

表７３及び７４は、SegmentBandwidth のシンタックスを示す。

表７３

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

<!-- Segment access information -->

<xs:complexType name="SegmentInfoType">

        <xs:sequence>

                <xs:element minOccurs="0" name="InitialisationSegmentURL"
type="UrlType"/>

                <xs:choice minOccurs="0">

                        <xs:element minOccurs="0" name="UrlTemplate"
type="UrlTemplateType"/>

                        <xs:sequence>

                                <xs:element maxOccurs="unbounded" name="Url"
type="UrlType"/>

                                <xs:any namespace="##other"
processContents="lax" minOccurs="0" maxOccurs="unbounded"/>

                        </xs:sequence>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:choice>
```

```
                    <xs:element minOccurs="0" name="SegmentBandwidths"
type="SegmentBandwidthsType"/>

        </xs:sequence>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表 7 4

```
<!-- Segment Bandwidths -->

<xs:complexType name="SegmentBandwidthsType">

        <xs:sequence>

                    <xs:element maxOccurs="unbounded" name="Range"
type="RangeType"/>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="RangeType">

        <xs:sequence>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="offset" type="xs:integer"/>

        <xs:attribute name="repeat" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
</xs:complexType>

...

</xs:schema>
```

長いセグメントが、そのセグメントの継続時間内での帯域幅の大きな変動の原因となる場合には、サブセグメントの帯域幅を記述する必要がある。上の記述は、セグメントの代わりにサブセグメントのインターバルを示すため、repeat 属性を、duration 属性（type="xs:duration」）に変更することによって実現され得る。

上記の考え方は、以下に述べるように、IntervalBandwidth 要素を用いるより一般的な方法によって表され得る。この方法の利点は、インターバルが不必要に、セグメントのバウンダリーに位置揃えされることであり得る。以下のシンタックスにおいては、最初にバッファリングされるメディアの最小量の複数の値が考慮され得る。

表７５は、IntervalBandwidth のセマンティックスを示す。

表７５

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ・・・ | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。 |
| BandwidthInfo | 0...N | 最初にバッファリングされるメディアのある具体的量に対応する帯域幅の情報を提供する。 |
| id | M | MPD の MinBuffer 要素のＩＤを示す。この属性の値がゼロ（０）である場合には、その値は、MPD の minBufferTime 属性又は minBufferSize 属性によって提供される、最初にバッフ |

| | | ァリングされるメディアの最小量に対応する。 |
|---|---|---|
| repBandwidth | O | MinBuffer 要素内に規定される、最初にバッファリングされるメディアの最小量に対応するレプレゼンテーションに対する帯域幅の値を提供する。id 属性の値がゼロ（０）である場合には、repBandwidth 属性は存在しない場合があり得る。 |
| IntervalBandwidth | 0...N | レプレゼンテーションの複数のインターバルに対する帯域幅情報を提供する。帯域幅の情報は、id 属性によって識別される、最初にバッファリングされるメディアの最小量に対応する。最初のインターバルは、レプレゼンテーションの最初から開始され得る。 |
| offset | M | レプレゼンテーションの帯域幅とセグメントの帯域幅の差を示す。負の（非負の）値は、セグメントの帯域幅が、レプレゼンテーションの帯域幅よりも狭い（広い）ことを意味する。セグメントの帯域幅は、オフセット値とレプレゼンテーションの帯域幅との和である。 |
| duration | M | インターバルの継続時間を示す。 |

表７６は、IntervalBandwidth のセマンティックスを示す。

表７６

| <?xml version="1.0" encoding="UTF-8"?> |
|---|

```
<xs:schema

targetNamespace="urn:MPEG:ns:DASH"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns:xlink="http://www.w3.org/1999/xlink"

        xmlns="urn:MPEG:ns:DASH">

......

        <xs:complexType name="RepresentationType">

                <xs:complexContent>

                        <xs:extension base="RepresentationBaseType">

                                <xs:sequence>

                                        <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                        <xs:element minOccurs="0"
maxOccurs="unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                        <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                </xs:sequence>

                                <xs:attribute name="id" type="xs:string"
use="required"/>

                                <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                                <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                                <xs:attribute name="depid"
type="StringVectorType"/>

                                <xs:attribute name="default" type="xs:boolean"/>
```

```
            </xs:extension>

          </xs:complexContent>

       </xs:complexType>

<!-- Bandwidth Info, taken from the above Section -->

<xs:complexType name="BandwidthInfoType">

       <xs:sequence>

              <xs:element minOccurs="0" maxOccurs="unbounded"
name="IntervalBandwidth" type="IntervalBandwidthType"/>

              <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

       </xs:sequence>

       <xs:attribute name="id" type="xs:string"/>

       <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>

       <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="IntervalBandwidthType">

       <xs:sequence>

              <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

       </xs:sequence>

       <xs:attribute name="offset" type="xs:integer"/>

       <xs:attribute name="duration" type="xs:unsignedInt"/>

       <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

...

</xs:schema>
```

以下に、仮想的セグメントをサポートするための拡張について説明する。

メディは配信前に準備され得る。特に、元のメディアファイルが、セグメントに分割され、幾つかの帯域内メタデータがメディアデータ内に挿入され得る。

異なるレプレゼンテーションを記述する、「仮想的セグメント」について、メディア操作の必要性が最小になるように記述をし得る。仮想的セグメントは、1つのストリーム（又はセグメント）内の、データ部分（複数可）のセットとして定義され得る。

仮想的セグメントの目的は、以下の目的1）及び2）を含み得る。
　　　　1）メディアファイルの作製と管理とを用意にすること：明らかであることには、仮想的セグメントを使用すれば、物理的ファイルの数を低減し得る。また、元のメディアファイルは変更せずにそのままであり得るうえに、しかも、帯域外の信号メタデータによって、強化され得る。
　　　　2）セグメントの提供におけるフレキシビリティ：異なるタイプのセグメントを、1つのストリームから入手し得る。

ＭＰＥＧ　ＤＡＳＨにおいては、クライアントがリクエストするメディアセグメントは、ＵＲＬとバイト範囲によってアドレス指定され得る。アドレス指定はかなり限定的なものであり得る。というのは、1つのストリームの異なる部分から1つのメディアセグメントが形成され得るからである。とりわけ、1つのメディアストリームが、異なるレプレゼンテーションをその中に含む場合にはそうである。複数の仮想的セグメントを識別するために、複数のバイト範囲を有するＵＲＬを用い得る。また、複数のバイト範囲を用いることで増大するメタデータのサイズは、異なる技術を用いて低減され得る。

したがって、MPD の UrlType のセマンティックスは、以下のように変更され得る。

　　　　range 属性：［．．．］この文字列のフォーマットは、複数のバイト範囲をサポートし得る。（例えば、「0-500，1000-1500」）。

複数のバイト範囲によって入手された1つのレプレゼンテーションをデコーディングする場合には、複数のメディアヘッダボックス（例えば、moov 又は moof ボックス）の幾つかの部分が、レプレゼンテーションの記述とは異なる情報を含み得る。ここでは、その情報は無視してよい。

複数のバイト範囲をコンパクトに表すため、MoreAddressingInfo と称する新たな要素を追加し得る。メタデータのフラグメント化を、MoreAddressingInfo 要素に適用して、初期 MPD のサイズを低減し得る。

元のメディアファイル（複数可）を変更する必要がないという機能をサポートするために、セグメントインデックスボックス（及び他の関連するボックス、例えば、Ranges 要素に対応するボックス）が、帯域外で伝達され得る。したがって、MoreAddressingInfo 要素も、各メディアセグメントの複数のセグメントインデックスボックスのアドレス指定するため、1つのＵＲＬと複数のバイト範囲とを含む情報を含み得る。

MoreAddressingInfo 要素によって改善された SegmentInfo 要素が、表７７に示されるように記述される。

表７７

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| SegmentInfo | M | セグメントアクセス情報を提供する。 |
| ・・・ | | |
| UrlList | 0...N | セグメントに対する明示的ＵＲＬ(複数可) のリストを提供する。 |
| MoreAddressingInfo | 0...1 | 上述の UrlTemplate、Urls、又は UrlList によって識別されるセグメントから抽出され得る異なるレプレゼンテーションに対して、より多くのアドレス指定情報を提供する。 |
| baseURL | O | より多くのアドレス指定情報に対してベースＵＲＬを提供する。 |
| xlink:href | O | 外部の MoreAddressingInfo 要素への参照を提供する。 |
| ByteRanges | 0...1 | 異なるレプレゼンテーションのバイト範囲を提供する。 |
| xlink:href | | 外部の ByteRanges 要素への参照を提供する。 |
| sameRep | O | もし sameRep が真である場合には、各 Ranges 要素が１つのレプレゼンテーションの異なるセグメントの複数のバイト範囲を含む。もし sameRep が偽である場合には、各 Ranges 要素が、異なるレプレゼンテー |

| | | | |
|---|---|---|---|
| | | | ションの同じセグメント順序を有するセグメントのバイト範囲を含むことを示す。複数のセグメント／レプレゼンテーションの順序は、対応するレプレゼンテーションの記述における順序と同じである。若し **sameRep** 属性が存在しない場合には、そのことは、各 **Ranges** 要素が、1つのレプレゼンテーションの1つのセグメントに対する複数のバイト範囲を含むことを示す。複数のセグメント／レプレゼンテーションの順序は、対応するレプレゼンテーションの記述における順序と同じである。最初のレプレゼンテーションが、バイト範囲を必要としない場合には、そのレプレゼンテーションに対する対応する **Ranges** 要素が存在しなくてもよい。 |
| Ranges | 0...N | | 複数のレプレゼンテーション（複数のセグメントからなる可能性がある）の複数のバイト範囲を提供する。**Ranges** 要素は、複数のバイト範囲のシーケンスを表す文字列のタイプに基づく。1つのバイト範囲は、「x-y」として表され、**x** 及び **y** はそれぞれ、開始値及び終了値である。異なるセグメントの複数のバイト範囲が存在する場合には、それらは、セミコロン文字（「;」）によって区切られるが、1つのセグメント内の異なる複数のバイト範囲は、コンマ文字（「,」）に |

| | | | |
|---|---|---|---|
| | | | よって区切られる。同じセグメント順序に対応する2つ以上のバイト範囲が同じ **x/y** 値を有する場合には、x/y 値の1つ以上が存在せず、存在する対応する値から参照され得る。 |
| xlink:href | | | 外部の **ByteRanges** 要素への参照を提供する。 |
| IdxBoxes | 0...1 | | 複数のセグメントのセグメントインデックスボックスのアドレスを提供する。**IdxBoxes** 要素は、複数のバイト範囲のシーケンスを表す文字列タイプに基づく。1つのバイト範囲は、「x-y」として表され、**x** 及び **y** はそれぞれ、開始値及び終了値である。異なるセグメントに対する複数のバイト範囲が存在する場合には、それらは、セミコロン文字（「;」）によって区切られるが、1つのセグメントに対する異なる複数のバイト範囲は、コンマ文字（「,」）によって区切られる。1つのセグメントインデックスボックスが、帯域外で（すなわち、メディアセグメントの中以外で）使用される場合、インデックスボックスの **reference_offset** 値は、セグメントの最初のバイトから参照され得る。 |
| idxFileUrl | O | | 複数のセグメントのインデックスボックスを含む1つのファイルのＵＲＬを提供する。 |

ここで、xlink:href が用いられない場合にのみ、条件が成り立ち得る。リンキングが使用される場合には、全ての要素は「任意選択的」となり得るので、⟨minOccurs=0⟩となる。
要素は太字、属性は非太字である。

表７８及び７９は、MoreAddressingInfo の X M L シンタックスを示す。

表７８

```
<!-- Segment access information -->

<xs:complexType name="SegmentInfoType">

        <xs:sequence>

                <xs:element name="InitialisationSegmentURL" type="UrlType"
minOccurs="0"/>

                <xs:element name="BaseURL" type="BaseURLType" minOccurs="0"
maxOccurs="unbounded"/>

                <xs:element name="SegmentTimeline" type="SegmentTimelineType"
minOccurs="0"/>

                <xs:choice minOccurs="0">

                        <xs:element name="UrlTemplate" type="UrlTemplateType"
minOccurs="0"/>

                        <xs:sequence>

                                <xs:element name="Url" type="UrlType"
maxOccurs="unbounded"/>

                                <xs:any namespace="##other"
processContents="lax" minOccurs="0" maxOccurs="unbounded"/>

                        </xs:sequence>

                        <xs:element name="UrlList" type="UrlListType"
minOccurs="0"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:choice>

                <xs:element name="MoreAddressingInfo"
type="MoreAddressingInfoType" minOccurs="0"/>
```

```
            </xs:sequence>

            <xs:attributeGroup ref="SegmentInfoAttrGroup"/>

            <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>

    <xs:complexType name="MoreAddressingInfoType">

            <xs:sequence>

                    <xs:element name="ByteRanges" type="ByteRangesType"
    minOccurs="0"/>

                    <xs:element name="IdxBoxes" type="IdxBoxesType" minOccurs="0"/>

            </xs:sequence>

            <xs:attribute ref="xlink:href"/>

            <xs:attribute ref="xlink:actuate" default="onRequest"/>

            <xs:attribute name="baseURL" type="xs:anyURI"/>

            <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>

    <xs:complexType name="ByteRangesType">

            <xs:sequence>

                    <xs:element name="Ranges" type="RangesType" minOccurs="0"
    maxOccurs="unbounded"/>

            </xs:sequence>

            <xs:attribute ref="xlink:href"/>

            <xs:attribute ref="xlink:actuate" default="onRequest"/>

            <xs:attribute name="sameRep" type="xs:boolean"/>

            <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>
```

表 7 9

```
<xs:complexType name="RangesType">

        <xs:simpleContent>

                <xs:extension base="xs:string">

                        <xs:attribute ref="xlink:href"/>

                        <xs:attribute ref="xlink:actuate" default="onRequest"/>

                        <xs:anyAttribute namespace="##other"
processContents="lax"/>

                </xs:extension>

        </xs:simpleContent>

</xs:complexType>

<xs:complexType name="IdxBoxesType">

        <xs:simpleContent>

                <xs:extension base="xs:string">

                        <xs:attribute name="idxFileUrl" type="xs:anyURI"/>

                        <xs:anyAttribute namespace="##other"
processContents="lax"/>

                </xs:extension>

        </xs:simpleContent>

</xs:complexType>
```

MoreAddressingInfo 要素のサイズを更に低減するため、MoreAddressingInfo 要素は、擬似コードフォーマットで表され得る。

擬似コードフォーマットで ByteRanges 要素を表す一例が、以下の表８０に示されている。

表８０

```
aligned(8) class ByteRangesBox extends FullBox(`brgb`, 0, 0) {

        bit(1) same_rep;

        unsigned int(31) segment_count;
```

```
            unsigned int(8) rep_count;
if (same_rep){
        for( i=0; i < rep_count; i++)
                for ( j=0; j < segment_count; j++){
                        unsigned int(8) range_count;
                        for ( k=0; k < range_count; k++){
                                unsigned int(32) start;
                                unsigned int(32) end;
                        }
                }
        }
}
        if (!same_rep){
                for( i=0; i < segment_count; i++)
                        unsigned int(32) segment_offset;
                        for ( j=0; VVVj < rep_count; j++){
                                unsigned int(7) range_count;
                                bit(1) same_start;
                                if (!same_start){
                                        for ( k=0; k < range_count; k++){
                                                unsigned int(32) start;
                                                unsigned int(32) end;
                                        }
                                }
                                if (same_start){
```

```
                          for ( k=0; k < range_count; k++)

                              unsigned int(32) end;

                  }
              }
          }
      }
}
```

ここで、same_rep は、以下のバイト範囲の各シーケンスが、同じレプレゼンテーションの複数のセグメントに対するものであるか、又は、異なるレプレゼンテーション内の、同じ順序を有する複数のセグメントに対するものであるかを示す。

segment_count は、各レプレゼンテーション内のセグメントの数を示す。

rep_count は、レプレゼンテーションの数を示す。

range_count は、バイト範囲の数を示す。

start 及び end は、バイト範囲の各々の、開始値と終了値を示す。

same_start は、バイト範囲の後続のセットが、バイト範囲の先行するセットと、同じ開始値を有しているかどうかを示す。

MoreAddressingInfo 要素によって提供されるレプレゼンテーションの特性を記述するために、異なる方法が用いられ得る。以後、2つの典型的な方法を説明する。1）1つのレプレゼンテーショングループの複数のレプレゼンテーションを使用する方法、及び2）1つのレプレゼンテーションの複数のサブレプレゼンテーションを使用する方法。

レプレゼンテーショングループの複数のレプレゼンテーションを用いる方法。

RepresentationGroup 要素の SegmentInfoDefaultType を、以下の表81に示すように、SegmentInfoType から直接的に拡張する。RepresentationGroup 要素の SegmentInfoDefault 要素が、セグメントのアドレス指定情報を伝達するために用いられる場合には、Representation 要素内に SegmentInfo 要素が存在しなくてよい。レプレゼンテーショングループの各レプレゼンテーションは、MoreAddressingInfo の Ranges 要素によって示される、（対応する）識別子値と同じ識別子値をとり得る。

表81

```
<xs:complexType name="SegmentInfoDefaultType">

        <xs:complexContent>

                <xs:extension base="SegmentInfoType">

                        <xs:attribute name="sourceURLTemplatePeriod"
type="xs:string"/>

                </xs:extension>

        </xs:complexContent>

</xs:complexType>
```

レプレゼンテーション内のサブレプレゼンテーションを用いる方法

SubReps と称する新たな要素を、１つの(親) レプレゼンテーションの異なる（サブ）レプレゼンテーションを記述するために使用し得る。親レプレゼンテーション（上に説明したようなもの）の SegmentInfo 要素は、アドレス指定情報を伝達するために用いられ得る。

表８２は、SubReps のセマンティックスを記述する。
表８２

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | 1 | セグメントアクセス情報を提供する。 |
| ・・・ | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。(上述のように見直された)。 |
| SubReps | 0...1 | １つのレプレゼンテーションの複数のサブレプレゼンテーションに関する情報を提供する。 |
| SubRep | 0...N | １つのレプレゼンテーションの１つのサブレプレゼンテーションに関する情報を提供する。SubRep 要素は |

| | | |
|---|---|---|
| | | Representation タイプである。サブレプレゼンテーションの１つの識別子は、SegmentInfo 要素内の対応する RepRanges の識別子と等しいものであり得る。サブレプレゼンテーションが存在する場合には、その属性は、親レプレゼンテーションの属性に対して優越する。 |

表８３は、SubReps 要素のＸＭＬシンタックスを示す。

表８３

```
<xs:complexType name="RepresentationType">

        <xs:complexContent>

                <xs:extension base="RepresentationBaseType">

                        <xs:sequence>

                                <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                <xs:element name="SubReps" type="SubRepsType"
minOccurs="0"/>

                        </xs:sequence>

                        <xs:attribute name="id" type="xs:string" use="required"/>

                        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>

                        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>

                        <xs:attribute name="depid" type="StringVectorType"/>

                        <xs:attribute name="default" type="xs:boolean"/>

                </xs:extension>
```

```
            </xs:complexContent>

</xs:complexType>

<xs:complexType name="SubRepsType">

        <xs:sequence>

                    <xs:element name="SubRep" type="RepresentationType"
minOccurs="0" maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

以下にアダプテーションのヒントについて説明する。

幾つかのケースにおいては、クオリティの値を測定することは費用が高価になり得る。したがって、クオリティの情報を明示的に提供するのではなく、その代わりに、プロバイダーは異なるレプレゼンテーションを選択する際に役立つ少数のヒントを提供してもよい。

以下に、所与のコンテクスト（例えば、１Ｍｂｐｓの帯域幅に関する制約の下）において選択されるレプレゼンテーションを示唆する、アダプテーションのヒントを記述する。アダプテーションのヒントの要素及びセマンティックスを、以下に示す。AdaptationHint は、ピリオド又は Subset の子要素であり得る。.AdaptationHint が SubSet において使用される場合、AdaptationHint は、SubSet に属するレプレゼンテーションのみを考慮すればよい。

実際には、クライアントは AdaptationHint を、記述されたコンテクストの下でレプレゼンテーションを選択するためだけでなく、他の可能なコンテクスト中においてレプレゼンテーションを暗示させる（例えば挿入する）ためにも使用してよい。

表８４は、AdaptationHint のセマンティックスを示す。

表８４

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Period | M | Period に関する情報を提供する。 |
| ．．． | | |
| AdaptationHint | 0...1 | アダプティビティをサポートするためのレプレゼンテ |

| | | |
|---|---|---|
| | | ーションを選択するための ヒントを提供する。ヒント は、複数のノードのリスト を含み、各々のノードは、 制約事項（例えば、帯域幅 及び表示サイズ）の所与の セットと、対応する選択さ れたレプレゼンテーション を記述している。 |
| xlink:href | | 外部の AdaptationHint 要素 への参照を提供する。 |
| Node | 1...N | 制約事項（例えば、帯域幅 及び表示サイズ）の所与の セットと、対応する選択さ れたレプレゼンテーション を記述する。 |
| bandwidth | O | 帯域幅の制約事項を記述す る。 |
| width | O | 幅の制約事項を記述する。 |
| height | O | 高さの制約事項を記述す る。 |
| frameRate | O | フレームレートの制約事項 を記述する。 |
| SelectedRep | 1...N | 選択されたレプレゼンテー ションを記述する。 |
| id | M | 選択されたレプレゼンテー ションの識別子を記述す る。 |
| Subset | 0...N | Subset 要素は Subset の記 述を含む。 |
| AdaptationHint | O | アダプティビティ用にレプ レゼンテーションを選択す るためのヒントを提供す る。ヒントは、複数のノー ドのリストを含み、各々の |

| | | ノードは、１）制約事項（例えば、帯域幅及び表示サイズ）の所与のセットと、２）SubSet 内の、対応する選択されたレプレゼンテーションと、を記述している。 |
|---|---|---|

表８５及び８６は、AdaptationHint のシンタックスを示す。

表８５

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

        <!-- Period of a presentation -->

        <xs:complexType name="PeriodType">

                <xs:sequence>

                        <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>

                        <xs:element name="Representation" type=
"RepresentationType" minOccurs="1" maxOc-curs="unbounded"/>

                        <xs:element name="RepresentationGroup" type=
"RepresentationGroupType" minOccurs="0" maxOc-curs="unbounded"/>

                        <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>
```

```
                    <xs:element name="AdaptationHint"
type="AdaptationHintType" minOccurs="0"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute ref="xlink:href"/>

                <xs:attribute ref="xlink:actuate" default="onRequest"/>

                <xs:attribute name="start" type="xs:duration"/>

                <xs:attribute name="id" type="xs:string" />

                <xs:attribute name="duration" type="xs:duration"/>

                <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"
default="false"/>

                <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"
default="false"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

        <xs:complexType name="SubsetType">

                <xs:sequence>

                        <xs:element name="Contains" type="ContainsType"
minOccurs="1" maxOccurs="unbounded"/>

                        <xs:element name="AdaptationHint"
type="AdaptationHintType" minOccurs="0"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

<!-- Adaptation Hint -->
```

```
<xs:complexType name="AdaptationHintType">

        <xs:sequence>

                <xs:element name="Node" type="NodeType"
maxOccurs="unbounded"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表8 6

```
<!-- Node -->

<xs:complexType name="NodeType">

        <xs:sequence>

                <xs:element name="SelectedRep" type="SelectedRepType"
maxOccurs="unbounded"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="bandwidth" type="xs:unsignedInt"/>

        <xs:attribute name="width" type="xs:unsignedInt"/>

        <xs:attribute name="height" type="xs:unsignedInt"/>

        <xs:attribute name="frameRate" type="xs:double"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Selected Rep -->

<xs:complexType name="SelectedRepType">

        <xs:sequence>
```

```
                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="id" type="xs:string" use="required"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

以下に、サブレプレゼンテーションのグループの帯域幅の範囲について説明する。

ユーザーのデバイスの受ける様々な制約事項を満たすようにサブストリームを抽出する際に求められるフレキシビリティのため、スケーラブルなコンテンツが益々人気となり得る。ファイルフォーマットはまた、フル（スケーラブル）ストリームからサブストリームを抽出するための多様なツールを提供し得る。ＤＡＳＨ形式のスケーラブルコンテンツをサポートするために、１つのレプレゼンテーションに対する bandwidthRange と称する新たな属性が提案され得る。bandwidthRange 属性は、フルストリーム／レプレゼンテーションから抽出可能な、サブストリーム（又はサブレプレゼンテーション）の帯域幅の値を提供し得る。

フルレプレゼンテーションのセグメントをダウンロードするために、クライアントは、レプレゼンテーションの記述と共に提供されたＵＲＬのみを使用し得る。しかしながら、サブレプレゼンテーションのセグメントをダウンロードするためには、クライアントは、「bandwidth（帯域幅）」と称する各ＵＲＬに対するクエリパラメータ（例えば、「?bandwidth=1000」）を含み得る。

表８７は、bandwidthRange のセマンティックスを記述する。

表８７

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| Id | M | Period 内の Representation の固有の識別子を記述する。この文字列には、ＲＦＣ１７３８によって、有効なｈｔｔｐ－ＵＲＬを形成するのに認められた文字のみを含み得る。スケーラブ |

| | | |
|---|---|---|
| | | ルコンテンツの場合には、文字列は、帯域幅がbandwidthRange 属性によって提供されているサブレプレゼンテーションに対応する複数の id のリスト（セミコロン「；」文字で区切られている）を含み得る。そのリストの最初の id は、その（フル）レプレゼンテーションの id であり得る。 |
| bandwidth | O | minBufferTime に正確に従ってバッファリングを行った後で、連続的に再生するのに十分なデータがあると確証し得るように、Representation（すなわち、１つのレプレゼンテーションの全セグメントのコレクション）が配信され得る、仮定上一定のビットレートチャネルの最小帯域幅を、毎秒のビット数（bps）単位で記述する。 |
| bandwidthRange | O | レプレゼンテーションから抽出可能なサブレプレゼンテーションの帯域幅の値（セミコロン「；」で区切られた値）のリストを含む、文字列を記述する。サブレプレゼンテーションをリクエストするためには、クライアントは、「bandwidth（帯域幅）」と称する各ＵＲＬに対するクエリパラメータ（例えば、「?bandwidth=1000」）をリクエスト内に含ませ得る。「bandwidth」の値は、必要とされるサブレプ |

| | | レゼンテーションの帯域幅の値である。 |
|---|---|---|

bandwidthRange が、RepresentationGroup に対しても使用され得る。ここで、サブレプレゼンテーションは、RepresentationGroup のレプレゼンテーションになり得る。

bandwidth と同様に、他の属性、例えば、resolution 又は frame rate などが、対応する resolutionRange 及び framerateRange によって増加され得る。

以下に、帯域幅の情報を更に説明する。

帯域幅と最初のバッファリングの遅れに関連する記述が改善されて、アダプティビティをサポートすることにおけるフレキシビリティと正確性とを実現し得る。

MPD レベルでの minBufferTime

各レプレゼンテーションの帯域幅は、最初の最小バッファリングのある特定の時間値（minBufferTime）に対して定義され得る。最初のバッファリング時間は、MPD レベルで提供され得る。しかしながら、minBufferTime がメディアプレゼンテーションの開始にのみ適用されるのか、任意のＲＡＰに適用されるのかは不明確であり得る。

MPD レベルでの minBufferTime のセマンティックスは、以下のオプションのいずれかに改められ得る。
　　１）各 Representation が、 Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの冒頭の）最小の量のメディアを最初にバッファリングする。
　　２）各 Representation が、 Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意のピリオドの冒頭の）最小の量のメディアを最初にバッファリングする。
　　３）各 Representation が、 Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意のＲＡＰで）最小の量のメディアを最初にバッファリングする。

ピリオドレベルでの minBufferTime

例えば、MPD レベルでの minBufferTime 属性が、プレゼンテーションの開始時点に特有のものである場合には、minBufferTime が各ピリオドに追加され得る。各ピリオドへの minBufferTime の追加により、MPD レベルでの minBufferTime の値は無効化され得る。この無効化によって、ピリオドがスタートする前に適切な、最初のバッファリングが行われるのを可能にし得る。

まず、MPD レベルでの minBufferTime を、表８８に示されるようにして「任意選択の属性」に変更し得る。.

表８８は、`minBufferTime` を記述する。

表８８

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述 (Media Presentation Description =MPD)を有するルート要素を記述する。 |
| ． ． ． | | |
| minBufferTime | O | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅属性の値で、又はその帯域幅属性の値より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小値を提供する。 |

ピリオドレベルでの `minBufferTime` 属性のセマンティックス及びシンタックスが 表８９及び９０に示されている。

表８９

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Period | 1 | Period に関する情報を提供する。 |
| ． ． ． | | |
| minBufferTime | O | セマンティックスのオプション：１）現在の Period の各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（現在の |

| | | |
|---|---|---|
| | | Period の冒頭の）最小の量のメディアを最初にバッファリングする。minBufferTime 属性が存在する場合には、MPD レベルでの minBufferTime 属性を無効化する。1）現在の Period の各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（現在の Period 内の任意の RAP での）最小の量のメディアを最初にバッファリングする。minBufferTime 属性が存在する場合には、MPD レベルでの minBufferTime 属性を無効化する。 |

表９０

```
<!-- Period of a presentation -->

        <xs:complexType name="PeriodType">

                <xs:sequence>

                        <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>

                        <xs:element name="Representation" type=
"RepresentationType" minOccurs="1" maxOccurs="unbounded"/>

                        <xs:element name="RepresentationGroup" type=
"RepresentationGroupType" minOccurs="0" maxOccurs="unbounded"/>

                        <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>
```



```
                    <xs:attribute ref="xlink:href"/>

                    <xs:attribute ref="xlink:actuate" default="onRequest"/>

                    <xs:attribute name="start" type="xs:duration"/>

                    <xs:attribute name="id" type="xs:string" />

                    <xs:attribute name="duration" type="xs:duration"/>

                    <xs:attribute name="minBufferTime" type="xs:duration"
 use="optional"/>

                    <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"
 default="false"/>

                    <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"
 default="false"/>

                    <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>
```

以下に、帯域幅の定義の見直しについて説明する。

帯域幅の定義は、ピリオド内のレプレゼンテーションの連続的な再生を保証し得るものである。しかしながら、次のピリオドがある場合に、次のピリオド内のレプレゼンテーションが、そのレプレゼンテーションがスタートする前に、十分にバッファリングされているかどうかということについては保証がない。複数のピリオドを跨いで連続的に再生が行われるのをサポートするため、bandwidth 属性のセマンティックスを、表９１に示すように変更し得る。

表９１

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| id | M | Period 内の Representation の固有の識別子を記述する。この文字列には、ＲＦＣ１７３８によって、有効なｈｔｔｐ－ＵＲＬを形成するのに認められた文字のみを含み得る。 |

| bandwidth | M | minBufferTime に正確に従ってバッファリングを行った後で、連続的に再生するのに十分なデータがあると確証し得るように、Representation（すなわち、１つのレプレゼンテーションの全セグメントのコレクション）が配信され得る、仮定上一定のビットレートチャネルの最小帯域幅を、毎秒のビット数（bps）単位で記述する。また、bandwidth の値は、１）現在の Period と次の Period との間の透明なスプライシング、及び２）次の Period における連続的な再生、を可能にし得る。 |
|---|---|---|

次のピリオドが開始されるかなり前に、現在のピリオドの全てのメディアデータが受信されていればよい。したがって、次のピリオドの開始前に、次のピリオドの全てのメディアデータが、（連続的な再生に対して）十分にバッファリングされ得る。

以下に、Bandwidth と minBufferTime との複数の対について説明する。

それぞれ異なるデバイスが同じ MPD を受信した場合、MPD 内の minBufferTime が尊重され得る。しかしながら、異なるデバイスは、異なる量のメディアが最初にバッファリングされていること（又は最初のバッファリングの異なる最小遅延）を必要とし得る。

例えば、あるデバイスは遅延が小さいこと（ただしより広い帯域幅というコストを要する）を好み得るが、別のデバイスは、狭い帯域幅での接続を行っており、より大きな遅延を許容し得る。

bandwidth と minBufferTime との対を複数有することによって、ＱｏＳレベルの選択においてより大きな柔軟性を提供し得る。

以下に、１）minBufferTime の異なる値／インスタンス、及び２）minBufferTime の異なる値に対応する（各レプレゼンテーションに対する）異なる帯域幅の値について説明する。このようなソリューションの利点の１つは、複数の minBufferTime の値に対応する複数の MPD が必要とされないということである。

したがって、ＭＰＥＧ　ＤＡＳＨのスキーマは、以下のように変更され得る。

　　１）最初のバッファリングの最小遅延が MPD に対して追加され得る。
　　２）最初のバッファリングの最小遅延の値に対応する帯域幅の値が、各レプレゼンテーションに対して実行され得る。

上記の変更は、１）MPD レベル及びピリオドレベルの MinBufferTime 要素、及び２）Representation 内の BandwidthInfo 要素、によって実現され得る。

提供された bandwidth と minBufferTime との対以外の bandwidth と minBufferTime との対が、挿入され得る。

表９２は、MPD レベルでの MinBufferTime のセマンティックスを示す。

表９２

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述 (Media Presentation Description =MPD)を有するルート要素を記述する。 |
| ・・・ | | |
| BaseURL | 0...N | baseURL 属性の代わり又はそれに追加して、MPD レベルで用いられ得るＵＲＬを記述する。 |
| minBufferTime | 0...N | スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。 |
| id | M | MinBuffer 要素のＩＤを提供する。この id 属性の値は、ゼロ（０）より大きいものであり得る。 |
| vaule | O | １）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディ |

| | | アプレゼンテーションの冒頭の）最小の量のメディアを最初にバッファリングする。<br><br>２）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意の Period の冒頭の）最小の量のメディアを最初にバッファリングする。<br><br>３）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意のＲＡＰで）最小の量のメディアを最初にバッファリングする。 |
|---|---|---|

表９３は、ピリオドレベルでの `MinBufferTime` のセマンティックスを示す。

表９３

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Period | 1 | Period に関する情報を提供する。 |
| ．．． | | |
| minBufferTime | 0...N | スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。MinBufferTime が存在する場合には、MPD レベルでの |

| | | MinBufferTime 要素は無視される。 |
|---|---|---|
| id | M | minBufferTime 要素のＩＤを提供する。この **id** 属性の値は、ゼロ（０）より大きいものであり得る。 |
| vaule | O | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅属性の値で、又はその帯域幅属性の値より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小値を提供する。 |

表９４は、`BandwidthInfo` のセマンティックスを示す。

表９４

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ．．． | | |
| SegmentInfo | 01 | セグメントアクセス情報を提供する。 |
| BandwidthInfo | 0...N | （minBufferTime 属性又は MinBufferTime 要素によって提供される）最初にバッファリングされるメディアのある具体的量に対応する帯域幅の情報を提供する。 |
| id | 01 | MPD の MinBufferTime 要素のＩＤを示す。この **id** 属性の値がゼロ（０）である場合には、**id** 属性は |

| | | minBufferTime 属性によって提供される、最初にバッファリングされるメディアの最小量に対応する。 |
|---|---|---|
| repBandwidth | 0...N | 関連する minBufferTime 要素内に規定される、最初にバッファリングされるメディアの最小量に対応するレプレゼンテーションに対する帯域幅の値を提供する。id 属性の値がゼロ（0）である場合には、Representation の帯域属性が、属性の代わりに使用され得る。 |

表９５から９７に、MinBufferTime と BandwidthInfo とのシンタックスを示す。

表９５

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

        <xs:complexType name="MPDtype">

                <xs:sequence>

                        <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>

                        <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>
```

```
<xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>

<xs:element name="MinBufferTime"
type="MinBufferTimeType" minOccurs="0" maxOccurs="unbounded"/>

<xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

</xs:sequence>

<xs:attribute name="type" type="PresentationType"
default="OnDemand"/>

<xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

<xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

<xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

<xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

<xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

<xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

<xs:attribute name="baseUrl" type="xs:anyURI"/>

<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="MinBufferTimeType">

<xs:sequence>

<xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

</xs:sequence>

<xs:attribute name="id" type="xs:string" use="required"/>

<xs:attribute name="value" type="xs:duration"/>

<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表9 6

```
<!-- Period of a presentation -->

        <xs:complexType name="PeriodType">

                <xs:sequence>

                        <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>

                        <xs:element name="MinBufferTime"
type="MinBufferTimeType" minOccurs="0" maxOccurs="unbounded"/>

                        <xs:element name="Representation" type=
"RepresentationType" minOccurs="1" maxOccurs="unbounded"/>

                        <xs:element name="RepresentationGroup" type=
"RepresentationGroupType" minOccurs="0" maxOccurs="unbounded"/>

                        <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute ref="xlink:href"/>

                <xs:attribute ref="xlink:actuate" default="onRequest"/>

                <xs:attribute name="start" type="xs:duration"/>

                <xs:attribute name="id" type="xs:string" />

                <xs:attribute name="duration" type="xs:duration"/>

                <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

                <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"
default="false"/>

                <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"
default="false"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
        </xs:complexType>

...

        <xs:complexType name="RepresentationType">

                <xs:complexContent>

                        <xs:extension base="RepresentationBaseType">

                                <xs:sequence>

                                        <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                        <xs:element minOccurs="0" maxOccurs=
"unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                        <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                </xs:sequence>

                                <xs:attribute name="id" type="xs:string"
use="required"/>

                                <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                                <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                                <xs:attribute name="depid"
type="StringVectorType"/>

                                <xs:attribute name="default" type="xs:boolean"/>

                        </xs:extension>

                </xs:complexContent>

        </xs:complexType>
```

表 9 7

```
<!-- Bandwidth Info -->

        <xs:complexType name="BandwidthInfoType">
```

```
        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

                <xs:attribute name="id" type="xs:string"/>

                <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

</xs:schema>
```

以下に、各 RAP に対する Bandwidth と minBufferTime との複数の対について説明する。
一般的に、レプレゼンテーションの各 RAP には、bandwidth と minBufferTime との複数の対が
提供され得る。そのような情報は、（例えばランダムアクセスのケースのように、）ＲＡＰか
らの最初のデータを再生する前に、十分なデータを、クライアントがバッファリングしておく
のを可能にし得る。
表９８は、RAPInfo のセマンティックスを記述する。

表９８

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ． ． ． | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。 |
| RAPInfo | 0...1 | 帯域幅と、レプレゼンテーションのＲＡＰでの最初の遅延徒に関する情報を提供する。 |
| xlink:href | O | 外部の RAPInfo 要素への参照を提供する。 |

| RAPPoint | 1...N | 帯域幅とＲＡＰでの最初の遅延との複数の対を提供する。 |
| timePoint | M | ＲＡＰの時刻を提供する。時刻は、レプレゼンテーションの開始時刻に対する相対的値である。 |
| BandwidthDelayPair | 1...N | 帯域幅とＲＡＰでの最初の遅延との１つの対を提供する。 |
| id | M | 対の id を提供する。 |
| delay | M | 再生前のＲＡＰからの、起こり得る最初の遅延を提供する。 |
| bandwidth | M | 上記の delay 値に対応する帯域幅を提供する。 |

表９９及び１００は、RAPinfo のシンタックスを記述する。

表９９

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

        <xs:complexType name="RepresentationType">

                <xs:complexContent>

                        <xs:extension base="RepresentationBaseType">
```

```
                    <xs:sequence>

                                    <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                    <xs:element minOccurs="0" maxOccurs=
"unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                    <xs:element name="TrickMode" type=
"TrickModeType" minOccurs="0"/>

                                    <xs:element name="RAPInfo"
type="RAPInfoType" minOccurs="0"/>

                    </xs:sequence>

                    <xs:attribute name="id" type="xs:string"
use="required"/>

                    <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                    <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                    <xs:attribute name="depid"
type="StringVectorType"/>

                    <xs:attribute name="default" type="xs:boolean"/>

                </xs:extension>

            </xs:complexContent>

        </xs:complexType>
```

表１００

```
<xs:complexType name="RAPInfoType">

        <xs:sequence>

                <xs:element name="RAPPoint" type="RAPPointType" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute ref="xlink:href"/>
```

```
</xs:complexType>

<xs:complexType name="RAPPointType">

        <xs:sequence>

                <xs:element name="BandwidthDelayPair"
type="BandwidthDelayPairType" maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="timePoint" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Bandwidth-Delay Pair -->

        <xs:complexType name="BandwidthDelayPairType">

                <xs:sequence>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="id" type="xs:string"/>

                <xs:attribute name="bandwidth" type="xs:unsignedInt"/>

                <xs:attribute name="delay" type="xs:duration"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

</xs:schema>
```

RAPInfo 要素及び RAPInfo 要素の子要素は、擬似コードフォーマット／ボックスに変換されて、コンパクトにされ得る。更に、RAPInfo 要素と、RAPInfo 要素の子要素の擬似コードボックスは、別々に保存されてもよく、あるいはメディアのビットストリームに、（例えば、各 RAP の前に）挿入されてもよい。

以下に再生カーブについて説明する。

各 RAP について、帯域幅と遅延に関する情報を提供することは、多額の費用がかかる場合があり得る。別の解決法としては、レプレゼンテーションの再生カーブの近似をとることである。再生カーブ（又は再生カーブの近似）及び選択された帯域幅（具体的な最初の遅延に対応）が既知である場合には、各ＲＡＰにおける最初の遅延は、再生カーブと選択された帯域幅を代表するカーブとの間の時間のオフセットとして簡単に計算され得る。

表１０１は、AppPlayoutCurve のセマンティックスを記述している。

表１０１

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ． ． ． | | |
| SegmentInfo | 0...N | セグメントアクセス情報を提供する。 |
| AppPlayoutCurve | 0...1 | レプレゼンテーションの再生カーブ（累積的データサイズ対時間のカーブ）の、区分ごとの近似カーブを提供する。 |
| xlink:href | O | 外部の AppPlayoutCurve 要素への参照を提供する。 |
| shift | O | 近似カーブの開始時刻を提供する。開始時刻は、実際の再生カーブの開始時刻からの相対的時刻である。 |
| Interval | 1...N | 近似カーブのインターバルを記述する。 |
| datasize | M | インターバルの増加するデータサイズを記述する。 |
| duration | M | インターバルの継続時間を示す。 |

表１０２は、IntervalBandwidth のセマンティックスを示す。

表 1 0 2

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema targetNamespace="urn:MPEG:ns:DASH"
          attributeFormDefault="unqualified"

          elementFormDefault="qualified"

          xmlns:xs="http://www.w3.org/2001/XMLSchema"

          xmlns:xlink="http://www.w3.org/1999/xlink"

          xmlns="urn:MPEG:ns:DASH">

......

          <xs:complexType name="RepresentationType">

                  <xs:complexContent>

                          <xs:extension base="RepresentationBaseType">

                                  <xs:sequence>

                                          <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                          <xs:element name="AppPlayoutCurve"
type="AppPlayoutCurveType" minOccurs="0"/>

                                          <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                  </xs:sequence>

                                  <xs:attribute name="id" type="xs:string"
use="required"/>

                                  <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                                  <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                                  <xs:attribute name="depid"
type="StringVectorType"/>

                                  <xs:attribute name="default" type="xs:boolean"/>
```

```
                    </xs:extension>

                </xs:complexContent>

        </xs:complexType>

<xs:complexType name="AppPlayoutCurveType">

        <xs:sequence>

                    <xs:element name="Interval" type="IntervalType"
maxOccurs="unbounded"/>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute ref="xlink:href"/>

        <xs:attribute name="shift" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="IntervalType">

        <xs:sequence>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="datasize" type="xs:unsignedInt"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

図5は、本発明の一態様による、クライアント100の構成を示す図である。

コントローラ５１０はオペレーション１３０及び１４０を実行し得る。具体的には、コントローラ５１０は、インターバルのメタデータを処理し得る。

送受信機５２０は、上記の処理に基づいて、インターバルに好適なフラグメントを選択するものであるが、オペレーション１２０、１４０、及び１５０を実行し得る。具体的には、送受信機５２０は、コンテンツのインターバルのメタデータをサーバ１１０から受信して、インターバルに好適なフラグメントのリクエストを、サーバに送信し、サーバからそのフラグメントを受信し得る。

図６は、本発明の一態様による、クライアント１００の構成を示す図である。

クライアント１００は、アクセスエンジン６１０と、メディアエンジン６２０とを含み得る。

アクセスエンジン６１０は、ＤＡＳＨアクセスエンジンであり得る。

アクセスエンジン６１０は、サーバ１１０からメタデータ（例えば MPD）を受信し得る。

アクセスエンジン６１０は、リクエストを作製し、作製したリクエストをサーバ１１０に対して発行し得る。

アクセスエンジン６１０は、サーバ１１０からコンテンツ（例えば、セグメント又はセグメントの部分）を受信し得る。

アクセスエンジン６１０は、コンテンツをメディアエンジン６２０に提供し得る。

アクセスエンジン６１０の出力には、ＭＰＥＧコンテナ（例えば、ＩＳＯ／ＩＥＣ　１４４９２－１２　ＩＳＯベースメディアファイルフォーマット又はＩＳＯ／ＩＥＣ　１３８１８－２　ＭＰＥＧ－２　ＴＳ）のメディア（又はメディアの部分）が含まれ得る。また、アクセスエンジン６１０の出力には、メディアの内部のタイミングを、メディアのプレゼンテーションのタイムラインにマッピングするために用いられるタイミング情報が含まれ得る。

メディアエンジン６１０は、提供されたコンテンツを再生し得る。具体的には、メディアエンジン６１０は、アクセスエンジン６１０から出力されたメディアとタイミング情報とを用いてメディアを出力する。

図１～４を参照しながら既に述べた本発明の実施形態にかかる技術的情報は、同様に本実施形態にも適用し得る。したがって、その更なる説明は省略する。

既に述べた本発明の実施形態にかかる方法は、コンピュータ読取り可能媒体に記録され得るが、その媒体には、コンピュータによって実現される様々なオペレーションを実行させるプログラムの命令が含まれ得る。媒体はまた、単独であるいは組み合わせて、プログラムの命令、データファイル、データ構造などをも含み得る。媒体に記録されているプログラムの命令は、実施形態の目的のために特に設計され、構築されたものであり得る。あるいは、それらは、コンピュータソフトウェアの技術分野の当業者には既知の種類のものであり、かつ入手可能なも

のであり得る。コンピュータ読取り可能媒体の例としては、磁気媒体（ハードディスク、フロッピーディスク、磁気テープなど）、光学媒体（ＣＤ　ＲＯＭディスク、ＤＶＤなど）、光磁気媒体（光学ディスクなど）及びプログラムの命令を格納し実行するように特に構成されているハードウェアデバイス（リードオンリメモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモリーなど）が挙げられる。プログラムの命令の例としては、マシン語（コンパイラーによって生成されるもの）と、インタープリタを使ってコンピュータによって実行され得るハイレベルのコードを含むファイルと、その両方が挙げられる。上述のハードウェアデバイスは、本発明の既に述べた実施形態のオペレーションを実行するために、１つ以上のソフトウェアモジュールとして動作するように構成され得るが、逆にソフトウェアがハードウェアデバイスとして動作するように構成されてもよい。

本発明の幾つかの実施形態を既に示し、説明してきたが、本発明はそれらの説明された実施形態に限定されるものではない。むしろ、当業者ならば、本発明の原理と精神から離れることがないように、それらの実施形態に対して変更を加えることができると理解するであろう。本発明の範囲は、請求項とその等価物によって定義されるものである。

特許請求の範囲

【請求項1】クライアントが、1つ以上のピリオドを含むメディアコンテンツを提供するための方法であって、前記方法は、

前記メディアコンテンツの再生を確実に行うために必要となる、最初にバッファリングされるメディアコンテンツの最小量を示す、セグメント単位で定義される minBufferTime 属性を含む前記メディアコンテンツのメタデータであって、クライアントが1つ以上のレプレゼンテーションを選択することを可能にする記述的情報を提供するメディアプレゼンテーション記述（MPD）であるメタデータを、サーバから受信することと、

前記メディアコンテンツをサーバから受信し、かつ前記受信したメディアコンテンツを少なくとも前記の最小量だけバッファリングすることと、

前記メディアコンテンツを再生することを含み、

前記 minBufferTime 属性が、前記1つ以上のピリオドに関するものであり、かつ

前記 minBufferTime 属性が、メディアプレゼンテーションの冒頭において、前記メディアプレゼンテーションの1つ以上のピリオドの冒頭において、又は、前記メディアプレゼンテーションの任意のランダムアクセスポイントにおいて、最初にバッファリングされるメディアの最小量を提供することに関するものであることを特徴とする方法。

【請求項2】前記メタデータが前記メディアコンテンツのメディアプレゼンテーション記述である、請求項1に記載の方法。

【請求項3】前記 minBufferTime 属性は、前記メディアコンテンツが、前記メタデータの帯域幅属性の値で又はその値を上回る値で連続的に配信される際に、前記メディアコンテンツの再生を確実に行うのに必要となる、前記最初にバッファリングされたメディアコンテンツの前記最小量を示す、請求項1に記載の方法。

【請求項4】前記ピリオドのそれぞれが、前記メディアコンテンツの1つ以上のレプレゼンテーションを含み、前記レプレゼンテーションのそれぞれが、1つのピリオド内の1つ以上のメディアコンポーネントの構造化されたコレクションであり、かつ
前記帯域幅属性が、前記レプレゼンテーションのそれぞれの属性であり、かつ前記帯域幅属性は、前記クライアントが前記レプレゼンテーションの各々を少なくとも minBufferTime にわたってバッファリングした後で、前記レプレゼンテーションのそれぞれが、それを通じて連続的に配信され得る仮定上一定であるビットレートチャネルの最小帯域幅を記述する、
請求項1に記載の方法。

【請求項5】前記レプレゼンテーションのそれぞれが、1つ以上のセグメントを含む、請求項4に記載の方法。

【請求項6】1つ以上のピリオドを含むメディアコンテンツを提供するための端末であって、前記端末は、
前記メディアコンテンツの再生を確実にするために必要な最初にバッファリングされるメディアコンテンツの最小量を示す、セグメント単位で定義される minBufferTime 属性を含む前記メディアコンテンツのメタデータであって、クライアントが1つ以上のレプレゼンテーションを選択することを可能にする記述的情報を提供するメディアプレゼンテーション記述（MPD）であるメタデータを受信し、前記メディアコンテンツを前記サーバから受信し、前記受信したメ

ディアコンテンツを、少なくとも前記 minBufferTime 属性で示される前記最小量だけバッファリングするためのアクセスエンジンと、

前記メディアコンテンツを前記アクセスエンジンから受信し、前記メディアコンテンツを再生するためのメディアエンジンを備え、

前記 minBufferTime 属性が、前記1つ以上のピリオドに関するものであり、かつ

前記 minBufferTime 属性が、メディアプレゼンテーションの冒頭において、前記メディアプレゼンテーションの1つ以上のピリオドの冒頭において、又は、前記メディアプレゼンテーションの任意のランダムアクセスポイントにおいて、最初にバッファリングされるメディアの最小量を提供することに関するものであることを特徴とする端末。

【請求項7】前記メタデータが前記メディアコンテンツのメディアプレゼンテーション記述である、請求項6に記載の端末。

【請求項8】前記 minBufferTime 属性は、前記メディアコンテンツが、前記メタデータの帯域幅属性の値で又はその値を上回る値で連続的に配信される際に、前記メディアコンテンツの再生を確実に行うのに必要となる、前記最初にバッファリングされたメディアコンテンツの前記最小量を示す、請求項6に記載の端末。

【請求項9】前記ピリオドのそれぞれが、前記メディアコンテンツの1つ以上のレプレゼンテーションを含み、前記レプレゼンテーションのそれぞれが、1つのピリオド内の1つ以上のメディアコンポーネントの構造化されたコレクションであり、かつ
前記帯域幅属性が、前記レプレゼンテーションのそれぞれの属性であり、かつ前記帯域幅属性は、前記クライアントが前記レプレゼンテーションの各々を少なくとも minBufferTime にわたってバッファリングした後で、前記レプレゼンテーションのそれぞれが、それを通じて連続的に配信され得る仮定上一定であるビットレートチャネルの最小帯域幅を記述する、請求項6に記載の端末。

【請求項10】前記レプレゼンテーションのそれぞれが、1つ以上のセグメントを含む、請求項9に記載の端末。

【請求項11】クライアントが、1つ以上のピリオドを含むメディアコンテンツを提供するための方法であって、前記方法は、

前記メディアコンテンツの、ユニフォームリソースロケーター（ＵＲＬ）属性と範囲属性とを含み、クライアントが1つ以上のレプレゼンテーションを選択するのを可能にする記述的情報を提供するメディアプレゼンテーション記述（MPD）であるメタデータを、サーバから受信することと、

前記 URL 属性によって示されるＵＲＬから、前記範囲属性によって指定されるバイト数の情報を受信することと、

前記受信したバイト数の情報を用いて、前記メディアコンテンツを再生することを含み、

前記範囲属性が、複数のバイト範囲を示し、かつ

前記複数の範囲バイトは、仮想的セグメントがダウンロードされるのを可能にすることを特徴とする方法。

【請求項１２】前記メタデータが前記メディアコンテンツのメディアプレゼンテーション記述である、請求項１１に記載の方法。

【請求項１３】前記ピリオドのそれぞれが、前記メディアコンテンツの１つ以上のレプレゼンテーションを含み、
前記レプレゼンテーションのそれぞれが、１つのピリオド内の１つ以上のメディアコンポーネントの構造化されたコレクションであり、
前記レプレゼンテーションの各々が、１つ以上のセグメントを含み、
前記範囲属性によって指定される前記バイト数の情報は、前記メディアコンテンツのセグメントを指定する、請求項１１に記載の方法。

【請求項１４】前記のバイト数の情報が、前記バイト範囲により指示されるＵＲＬに対する部分的ＨＴＴＰ　ＧＥＴコマンドによって受信される、請求項１１に記載の方法。

【請求項１５】１つ以上のピリオドを含むメディアコンテンツを提供するための端末であって、前記端末は、
　　　　前記メディアコンテンツの、ユニフォームリソースロケーター（ＵＲＬ）属性と範囲属性とを含み、クライアントが１つ以上のレプレゼンテーションを選択するのを可能にする記述的情報を提供するメディアプレゼンテーション記述（ＭＰＤ）であるメタデータを、サーバから受信し、前記ＵＲＬ属性によって示されるＵＲＬから、前記範囲属性によって指定されるバイト数の情報を受信するためのアクセスエンジンと、
　　　　前記受信したバイト数の情報を用いて、前記メディアコンテンツを再生するためのメディアエンジンを備え、
　　　　前記範囲属性が、複数のバイト範囲を示し、かつ
　　　　前記複数の範囲バイトは、仮想的セグメントがダウンロードされるのを可能にすることを特徴とする端末。

【請求項１６】前記メタデータが前記メディアコンテンツのメディアプレゼンテーション記述である、請求項１５に記載の端末。

【請求項１７】前記ピリオドのそれぞれが、前記メディアコンテンツの１つ以上のレプレゼンテーションを含み、前記レプレゼンテーションのそれぞれが、１つのピリオド内の１つ以上のメディアコンポーネントの構造化されたコレクションであり、
前記レプレゼンテーションの各々が、１つ以上のセグメントを含み、
前記範囲属性によって指定されるバイト数の情報は、前記メディアコンテンツのセグメントを指定する、請求項１５に記載の端末。

【請求項１８】前記のバイト数の情報が、前記バイト範囲により指示されるＵＲＬに対する部分的ＨＴＴＰ　ＧＥＴコマンドによって受信される、請求項１５に記載の端末。



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex G – U.S. Patent No. 9,325,558"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **H**

（１２）米国特許　タン他（Ｔｈａｎｇ　ｅｔ　ａｌ.）

（１０）特許番号：ＵＳ９，４６７，４９３Ｂ２

（４５）特許日：２０１６年１０月１１日

（５４）ストリーミングコンテンツを提供する装置および方法

（７１）出願人：電子通信研究院（Ｅｌｅｃｔｒｏｎｉｃｓ　ａｎｄ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｒｅｓｅａｒｃｈ　Ｉｎｓｔｉｔｕｔｅ）、大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；産学連携財団韓国航空大学（Ｉｎｄｕｓｔｒｙ-Ｕｎｉｖｅｒｓｉｔｙ　Ｃｏｏｐｅｒａｔｉｏｎ　Ｆｏｕｎｄａｔｉｏｎ　Ｋｏｒｅａ　Ａｅｒｏｓｐａｃｅ　Ｕｎｉｖｅｒｓｉｔｙ）高陽市　京畿道（韓国）Ｇｏｙａｎｇ-ｓｉ　Ｇｙｅｏｎｇｇｉ-ｄｏ（ＫＲ）

（７２）発明者：タン　チュオン　コン（Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リー　ジン　ヤン（Ｊｉｎ　Ｙｏｕｎｇ　Ｌｅｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；ペ　ソン　ユン（Ｓｅｏｎｇ　Ｊｕｎ　Ｂａｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；カン　ジュン　ウォン（Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；チョン　スーン　フン（Ｓｏｏｎ　Ｈｅｕｎｇ　Ｊｕｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；パク　サン　タイク（Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リュ　ウォン（Ｗｏｎ　Ｒｙｕ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；キム　ジェ　ゴン（Ｊａｅ　Ｇｏｎ　Ｋｉｍ）高陽市（韓国）Ｇｏｙａｎｇ-ｓｉ（ＫＲ）

（７３）譲受人：電子通信研究院（Ｅｌｅｃｔｒｏｎｉｃｓ　ａｎｄ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｒｅｓｅａｒｃｈ　Ｉｎｓｔｉｔｕｔｅ）、大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；産学連携財団韓国航空大学（Ｉｎｄｕｓｔｒｙ-Ｕｎｉｖｅｒｓｉｔｙ　Ｃｏｏｐｅｒａｔｉｏｎ　Ｆｏｕｎｄａｔｉｏｎ　Ｋｏｒｅａ　Ａｅｒｏｓｐａｃｅ　Ｕｎｉｖｅｒｓｉｔｙ）高陽市　京畿道（韓国）Ｇｏｙａｎｇ-ｓｉ　Ｇｙｅｏｎｇｇｉ-ｄｏ（ＫＲ）

（＊）通知：何らかの権利放棄がなされていれば別であるが、本特許の特許期間は、３５Ｕ.Ｓ.Ｃ.１５４（ｂ）により２７０日間延長、即ち調整される。本特許はターミナルディスクレイマーの対象となっている。

（２１）出願番号：１４／１４６，５００

（２２）出願日：２０１４年１月２日

（６５）　　　　　　　　　　　先行公開データ

　　　　ＵＳ　２０１４／０１２２７３９Ａ１　　２０１４年５月１日

関連米国出願データ

（６３）２０１１年９月６日に出願第ＰＣＴ／ＫＲ２０１１／００６５７３号として出願され、今は特許第８，６４５，５６２号の出願第１３／８２０，９５５号の継続

（６０）２０１０年９月６日出願　仮出願第６１／３８０，２７７号、２０１０年１０月６日出願　仮出願第６１／３９０，３２８号、２０１０年１０月２２日出願　仮出願第６１／４０５，６７４号、２０１０年１１月１７日出願　仮出願第６１／４１４，４６２号、２０１０年１１月３０日出願　仮出願第６１／４１７，９３１号、２０１１年１月１９日出願　仮出願第６１／４３４，０３６号

（３０）外国出願優先権データ

　２０１１年９月６日　（ＫＲ）.................１０－２０１１－００８９９２３

（５１）国際分類

　　　　Ｇ０６Ｆ　１５／１６　　　　（２００６．０１）

　　　　Ｈ０４Ｌ　２９／０６　　　　（２００６．０１）

　　　　Ｈ０４Ｌ　２９／０８　　　　（２００６．０１）

　　　　Ｈ０４Ｎ　２１／２３４３　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／２６２　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／４７２　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／６１　　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／６５８　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／８４　　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／８５４３　　（２０１１．０１）

　　　　Ｇ０６Ｆ　１２／００　　　　（２００６．０１）

　　　　Ｈ０４Ｎ　２１／４３　　　　（２０１１．０１）

（５２）米国分類

ＣＰＣ............ＨＯ４Ｌ　６５／６０８（２０１３．０１）；ＨＯ４Ｌ２９／０６０２７（２０１３．０１）；ＨＯ４Ｌ　６５／４０８４（２０１３．０１）；ＨＯ４Ｌ　６５／６０７（２０１３．０１）；ＨＯ４Ｌ　６７／０２（２０１３．０１）；ＨＯ４Ｎ　２１／２３４３９（２０１３．０１）；ＨＯ４Ｎ　２１／２６２５８（２０１３．０１）；ＨＯ４Ｎ　２１／４７２０２（２０１３．０１）；ＨＯ４Ｎ　２１／６１２５（２０１３．０１）；ＨＯ４Ｎ　２１／６１７５（２０１３．０１）；ＨＯ４Ｎ　２１／６５８１（２０１３．０１）；ＨＯ４Ｎ　２１／８４（２０１３．０１）；ＨＯ４Ｎ　２１／８５４３（２０１３．０１）；ＨＯ４Ｎ　２１／４３０５（２０１３．０１）

（５８）分類調査の分野

ＵＳＰＣ...７０９／２０３、２１７‐２１８、２２３‐２２９、２３１、２３６

完全な調査履歴を参照のこと。

（５６）　　　　　　　　　引用された参考文献

米国特許文献

　７，５１２，６６５Ｂ１＊　３／２００９　クラグン（Ｃｒａｇｕｎ）......ＧＯ６Ｆ　１７／３０８９　　７０９／２０３

　８，４６８，１４５Ｂ２＊　６／２０１３　フェドリンスキー（Ｆｅｄｏｒｙｎｓｋｉ）......ＧＯ６Ｆ　１７／３０８６４　　７０７／７０９

　８，６４５，５６２Ｂ２＊　２／２０１４　タン（Ｔｈａｎｇ）......ＨＯ４Ｎ　２１／６１２５　　７０９／２３１

　８，９０９，８０５Ｂ２＊　１２／２０１４　タン（Ｔｈａｎｇ）...ＨＯ４Ｎ　２１／６１２５　　７０９／２３０

　２００６／０２１８１４３Ａ１　　９／２００６　ナジョルク（Ｎａｊｏｒｋ）

　　２０１０／０２３５４７２Ａ１　　９／２０１０　スード他（Ｓｏｏｄ　ｅｔ　ａｌ．）

　　２０１２／００２３２５１Ａ１＊　　１／２０１２　パイル（Ｐｙｌｅ）　ＨＯ４Ｎ　２１／２３４３２７　　７０９／２３１

＊審査官による引用

外国特許文献

ＥＰ　　　　　　　　１３０２８６９Ａ１　　　４／２００３

ＪＰ　　　　　　２００５０７１３１８Ａ　　　３／２００５

他の出版物

イン　チェン他（Ｙｉｎ　Ｃｈｅｎｇ　ｅｔ　ａｌ．）「ＡＶＣに基づくＨＴＴＰストリーミング適応型ビデオストリーミングでのＣｆＰへの応答（“Ｒｅｓｐｏｎｓｅ　ｔｏ　ｔｈｅ　ＣｆＰ　ｏｎ　ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ　Ａｄａｐｔｉｖｅ　Ｖｉｄｅｏ　Ｓｔｒｅａｍｉｎｇ　ｂａｓｅｄ　ｏｎ　ＡＶＣ”）」国際標準化機構（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｓａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｓａｔｉｏｎ）２０１０年７月、第１－２０頁、ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ２９／ＷＧ１１，ＭＰＥＧ２０１０／Ｍｌ７９０９、クァルコム　インコーポレーテッド（Ｑｕａｌｃｏｍｍ　Ｉｎｃｏｒｐｏｒａｔｅｄ）、ジュネーブ（Ｇｅｎｅｖａ）、スイス（Ｓｗｉｔｚｅｒｌａｎｄ）

「ユニバーサル　モバイル　テレコミュニケーション　システム（“Ｕｎｉｖｅｒａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ”」ＥＴＳＩ　ＴＳ１２６２３４、２０１０年６月第１－１８４頁、Ｖ９．３．０，ソフィア　アンティポリス（Ｓｏｐｈｉａ　Ａｎｔｉｐｏｌｉｓ）、セデックス（Ｃｅｄｅｘ）、フランス（Ｆｒａｎｃｅ）

主任審査官 ― マウン　ザーニ（Ｚａｒｎｉ　Ｍａｕｎｇ）

（７４）弁護士、代理人、または会社……ウィリアム　パーク＆アソシエイツ　リミテッド（Ｗｉｌｌｉａｍ　Ｐａｒｋ＆　Ａｓｓｏｃｉａｔｅｓ　Ｌｔｄ．）

（５７）　　　　　　　　　　　　要約

コンテンツのメタデータを用いた適応型ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）ストリーミングサービスを提供する。メタデータは、１つ以上のＢａｓｅＵＲＬ要素を含むことができる。媒体を形成するセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）は、ＢａｓｅＵＲＬ要素に基づいて生成することができる。さらに、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅ　ＵＲＬ属性にマッピングすることによって生成することができる。生成されたＵＲＬによって示されるセグメントは、互いに同一であってもよい。





図 2





図 4



図 5



図6

ストリーミングコンテンツを提供する装置および方法

技術分野

　本発明は、ストリーミングコンテンツを提供する技術に関し、特に、適応ストリーミングを用いて媒体コンテンツを提供する装置および方法に関する。

背景技術

　ストリーミングは、音声や動画像などのマルチ媒体コンテンツを伝送・再生する方式の一つである。クライアントは、ストリーミングを介してコンテンツを受信しながらコンテンツを再生することができる。

　適応ストリーミングサービスとは、クライアントのリクエストと、そのリクエストに対するサーバの応答とを通信方式を用いてストリーミングサービスを提供するサービスである。

　クライアントは、適応型ストリーミングサービスを用いて、クライアントの環境（例えば、クライアントの伝送チャネル）に適した媒体シーケンスをリクエストすることができる。サーバは、サーバに含まれる様々な品質の媒体シーケンスのうち、クライアントのリクエストに合致した媒体シーケンスを提供してもよい。

　適応型ストリーミングサービスは、様々なプロトコルに基づいて提供されてもよい。

　ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）適応型ストリーミングサービスとは、ＨＴＴＰプロトコルに基づいて提供される適応型ストリーミングサービスのことである。ＨＴＴＰ適応型ストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを使用してサーバからコンテンツを受信し、ストリーミングサービスに関連するリクエストをサーバに送信することができる。

発明の開示

技術的な目標

　本発明の一態様は、コンテンツの再生中に、１つまたは複数のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を解釈することができる装置および方法を提供する。

　本発明の別の態様は、１つまたは複数のＢａｓｅＵＲＬ要素間のＢａｓｅＵＲ

Ｌ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることによってセグメントのＵＲＬを生成することができる装置および方法を提供する。

<div align="center">技術的解決手段</div>

　本発明の一態様によれば、１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、ＢａｓｅＵＲＬ要素に対して解決されたセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して、媒体のセグメントに対するリクエストを送信するステップと、セグメントを受信するステップと、セグメントに含まれる媒体のデータをデコードおよびレンダリングするステップとを含む、媒体を提供する方法が提供される。

　リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信することができる。

　メタデータは範囲属性を含むことができる。

　リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

　ＵＲＬは絶対ＵＲＬでも相対ＵＲＬでもよい。

　同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。

　ＢａｓｅＵＲＬ要素の中の第１のＢａｓｅＵＲＬ要素は、基本的なユニバーサルリソースインジケータ（ＵＲＩ：Ｕｎｉｖｅｒｓａｌ　Ｒｅｓｏｕｒｃｅ　Ｉｎｄｉｃａｔｏｒ）として使用することができ、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素は、代替的なＢａｓｅＵＲＬ要素として使用することができる。

　メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅ　ＵＲＬ属性にマッピングしてＵＲＬを生成するようにしてもよい。

　メタデータは、媒体の媒体プレゼンテーション記述（ＭＰＤ）とすることができる。

　媒体は、１つ以上のピリオドのシーケンスを含むことができる。

　ＢａｓｅＵＲＬ要素は、ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲ

Ｌ要素、およびピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素を含むことができる。

各ピリオドに含まれるセグメントのＵＲＬは、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

ピリオドレベルＢａｓｅＵＲＬ要素は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

各ピリオドは、１つ以上のグループを含むことができる。

ＢａｓｅＵＲＬ要素は、グループの１つ以上のグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。

各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

グループレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

各グループは、１つ以上の表現を含むことができる。

各表現は、ピリオド内の媒体の１つ以上の構成要素の構造化された集合であってもよい。

ＢａｓｅＵＲＬ要素は、さらに、表現の１つ以上の表現レベルＢａｓｅＵＲＬ要素を含むことができる。

各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵＲＬ要素に関して解決されることができる。

表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

本発明の別の態様によれば、端末は、媒体のメタデータを受信し、セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を使用して媒体のセグメントに対するリクエストを送信し、セグメントを受信し、セグメントに含まれる媒体のデータを復号するアクセスエンジンであって、メタデータが１つ以上のＢａｓｅＵＲＬ要素を含み、ＵＲＬがＢａｓｅＵＲＬ要素に対して解決されるアクセスエンジンと、アクセスエンジンから媒体のデータを受信し、媒体を出力する媒体エンジンとを含む。

発明の効果

本発明の実施形態によれば、コンテンツの再生中に、１つ以上のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を解釈することが可能である。

さらに、本発明の実施形態によれば、１つ以上のＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることにより、セグメントのＵＲＬを生成することができる。

図面の簡単な説明

図１は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報のレベルを示す図である。

図４は本発明の一実施形態による動画像専門家グループ２トランスポートストリーム（ＭＰＥＧ－２　ＴＳ）における仮想境界の検出を示す図である。

図５は本発明の一実施形態による端末１００の構成を示す図である。

図６は本発明の一実施形態による端末１００の構成を示す図である。

発明を実施するための最良の形態

以下に、本発明の実施形態を詳細に参照するが、その例は添付の図面に示されており、同様の参照番号は全体を通して同様の構成要素を示している。以下、図面を参照して本発明を説明するために実施例を説明する。

ダイナミックアダプティブストリーミングオーバー　ＨＴＴＰ（ＤＡＳＨ：Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）は、１）ＨＴＴＰサーバからＨＴＴＰクライアントへの媒体コンテンツの配信、および２）標準のＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にするフォーマットを指定できる。

媒体コンポーネントは、オーディオ、ビデオ、または特定の属性、例えば、帯域幅、言語、または解像度を有する時限テキストなど、個々の媒体タイプの符号化バージョンとすることができる。

媒体コンテンツは、共通のタイムライン、例えば、オーディオ、ビデオ、また

は時限テキストを有する媒体コンポーネントのセットであってもよい。さらに、媒体コンポーネントは、媒体コンポーネントがプログラムまたは映画としてどのように提示され得るか（例えば、個々に、共同して、または相互に排他的に）に関する関係を有し得る。

媒体コンテンツとコンテンツは、互換性のある用語として使用することができる。

媒体プレゼンテーション（または複数の媒体）は、連続媒体の構成要素を含む媒体コンテンツの境界付きまたは境界なしのプレゼンテーションを確立するために使用されるデータの構造化された集合であり得る。

言い換えると、媒体プレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡＳＨクライアントにアクセス可能なデータの構造化された集合であってもよい。

媒体プレゼンテーション記述（ＭＰＤ）は、媒体プレゼンテーションのための形式化された記述であり得る。

媒体プレゼンテーションは、ＭＰＤの可能な更新を含めて、ＭＰＤによって記述され得る。

コンテンツには、オンデマンドコンテンツとライブコンテンツがある。

コンテンツは、１つ以上のインターバルに分割することができる。言い換えれば、コンテンツは、１つ以上のインターバルを含むことができる。

インターバルは、ピリオドと交換することができる。ピリオドという用語は、第３世代パートナーシッププロジェクト（３ＧＰＰ）適応型ＨＴＴＰストリーミングの用語として使用することができる。

ピリオドは、媒体プレゼンテーションのインターバルとすることができる。すべてのピリオドの連続したシーケンスが媒体プレゼンテーションを構成することがある。

言い換えると、媒体プレゼンテーションは、１つまたは複数のピリオドのシーケンスを含むことができる。

１つ以上のインターバルを基本単位とすることができる。１つ以上のインターバルは、シグナリングメタデータによって記述することができる。言い換えると、

メタデータは、１つまたは複数のインターバルのそれぞれを記述することができる。

メタデータはＭＰＤであってもよい。

ＭＰＤは、セグメントのリソース識別子をアナウンスするためのフォーマットを定義することができる。ＭＰＤは、媒体プレゼンテーション内の識別されたリソースのコンテキストを提供してもよい。リソース識別子は、ＨＴＴＰ－Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）とすることができる。ＵＲＬは、バイト範囲属性によって制限することができる。

各インターバルはフラグメントに分割することができる。

フラグメントはセグメントと交換可能である。セグメントという用語は、３ＧＰＰ適応型ＨＴＴＰストリーミングの用語として使用できる。

セグメントは、例えば、ＲＦＣ２６１６で定義されているように、ＨＴＴＰ－ＵＲＬに対するＨＴＴＰ／１．１ＧＥＴリクエスト（またはバイト範囲で示される部分に対するＧＥＴリクエスト）に対するレスポンスのエンティティボディを参照することができる。

端末は、受信したバイト（すなわちセグメント）を用いて媒体コンテンツを再生することができる。

サブセグメントは、セグメントレベルでセグメントインデックスによってインデックス付けされ得るセグメント内の最小単位を指すことができる。

単一のインターバルに対応するフラグメントの２つ以上のセットが存在してもよい。各セットは代替物と呼ぶことができる。

代替物は、表現（又は式）と交換可能であり得る。

各ピリオドには、１つ以上のグループを含めることができる。

各グループは、同じ媒体コンテンツの１つ以上の表現を含むことができる。

表現は、単一ピリオド内の１つ以上の媒体構成要素の構造化された集合を指す場合がある。表現は、媒体コンテンツの代替選択のうちの１つであってもよく、または、例えば、ビットレート、解像度、言語、コーデックなどの符号化選択によって典型的に異なる媒体コンテンツのサブセットであってもよい。

ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つまたは複数の表現を選択

できるようにする記述情報を提供してもよい。

ランダムアクセスポイント（ＲＡＰ：Ｒａｎｄｏｍ　Ａｃｃｅｓｓ　Ｐｏｉｎ
ｔ）は、媒体セグメント内の特定の場所である場合がある。ＲＡＰは、媒体セグ
メントに含まれる情報のみを用いて、ＲＡＰの場所から連続的に再生を開始でき
る場所として特定することができる。

各表現は、１つ以上のセグメントから形成することができる。言い換えると、
表現は、１つ以上のセグメントを含むことができる。

ＭＰＤは、１）セグメントにアクセスし、２）ユーザにストリーミングサービ
スを提供するために、適切なＨＴＴＰ－ＵＲＬを形成するためにＤＡＳＨクライ
アントに必要なメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは
絶対ＵＲＬでも相対ＵＲＬでもよい。

ＭＰＤは、拡張マークアップ言語（ＸＭＬ）文書であり得る。

ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは、単一のＭＰＤ要素のみを含むこ
とができる。

図１は本発明の一実施形態に係るコンテンツ処理方法を示す信号フローチャー
トである。

端末１００は、ＤＡＳＨクライアントであってもよい。

ＤＡＳＨクライアントは、ＲＦＣ２６１６で規定されたクライアントと互換性
がある可能性がある。

ＤＡＳＨクライアントは通常、セグメントまたはセグメントの一部にアクセス
するために、ＲＦＣ２６１６で規定されているように、ＨＴＴＰ　ＧＥＴメソッ
ドまたはＨＴＴＰパーシャルＧＥＴメソッドを使用することができる。

サーバ１１０は、ＤＡＳＨセグメント上でホスティングを実行することができ
る。サーバ１１０は、ＲＦＣ２６１６で規定されたサーバと互換性がある可能性
がある。

動作１２０において、端末１００は、サーバ１１０から媒体（またはコンテン
ツ）のメタデータを受信することができる。即ち、サーバ１１０は、媒体のメタ
データを端末１００に送信してもよい。

メタデータは、ＢａｓｅＵＲＬ要素を含むことができる。１つまたは複数のＢ

ａｓｅＵＲＬ要素が提供されてもよい。

動作１３０において、端末１００は受信したメタデータを処理することができる。動作１３０において、端末１００は、メタデータによって提供される情報、またはメタデータに含まれる情報を抽出することができる。

動作１４０～１５０において、端末１００は、メタデータによって提供される情報に基づいて媒体のセグメントにアクセスすることができる。

各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

メタデータは、グループの各々を記述するグループ要素を記述することができる。

動作１４０において、端末１００は、セグメントのＵＲＬを使用してサーバ１１０に媒体のセグメントに対するリクエストを送信することができる。ＵＲＬは、上述のＢａｓｅＵＲＬ要素の１つに関して解決されてもよい。例えば、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素に基づいて生成することができる。

端末１００は、処理されたメタデータに基づいて、特定のインターバルに適したセグメントの送信をサーバ１１０にリクエストすることができる。言い換えれば、リクエストされたセグメントは、メタデータに基づいて選択されることができる。リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信されることができる。

メタデータは範囲属性を含むことができる。リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

セグメントのＵＲＬは、絶対ＵＲＬでも相対ＵＲＬでもよい。

同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。言い換えると、同一セグメントは、ＢａｓｅＵＲＬ要素によって提供されるＵＲＬによって選択的にアクセス可能であり得る。

また、ＢａｓｅＵＲＬ要素のうち第１のＢａｓｅＵＲＬ要素を基本的なユニバ

ーサルリソースインジケータ（ＵＲＩ）として使用し、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素を代替ＢａｓｅＵＲＬ要素として使用してもよい。

　メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅＵＲＬ属性にマッピングして、セグメントのＵＲＬを生成することができる。

　動作１４５において、いくつかの場合において、サーバ１１０は、コンテンツ（例えば、スケーラブルビデオ符号化（ＳＶＣ）のための動画像専門家グループ（ＭＰＥＧ）レイヤ４（ＭＰ４）ファイル）を解析する必要があり、リクエストされたセグメントに適したデータ部分を抽出することができる。

　動作１５０において、サーバ１１０は、端末１００からの各リクエストに適したセグメントを端末１００に送信することができる。端末１００は、サーバからセグメントを受信することができる。

　動作１６０において、端末１００は、セグメントに含まれる媒体のデータに対してデコードおよびレンダリングを行い、媒体を再生することができる。

　端末１００は、動作１２０～１６０を繰り返すことにより、受信したセグメントを用いて媒体を再生することができる。

　ここで、ＢａｓｅＵＲＬ要素は、ＭＰＤのＭＰＤレベルＢａｓｅＵＲＬ要素と、各ピリオドのピリオドレベルＢａｓｅＵＲＬ要素とを含むことができる。ピリオドレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素が属するピリオドに適用されるＢａｓｅＵＲＬ要素を参照することができる。即ち、各ピリオドに含まれるセグメントのＵＲＬはピリオドレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

　１つ以上のＭＰＤレベルＢａｓｅＵＲＬ要素が提供されてもよく、１つ以上のピリオドレベルＢａｓｅＵＲＬ要素が提供されてもよい。

　さらに、ＢａｓｅＵＲＬ要素は、グループのグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。１つ以上のグループレベルＢａｓｅＵＲＬ要素が提供されることがある。

　ＢａｓｅＵＲＬ要素は、さらに、表現の表現レベルＢａｓｅＵＲＬ要素を含む
ことができる。各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵ
ＲＬ要素に関して解決されることができる。

　特定のレベルのＢａｓｅＵＲＬ要素は、より高いレベルのＢａｓｅＵＲＬ要素
に関して解決されることができる。例えば、ピリオドレベルＢａｓｅＵＲＬ要素
は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。グルー
プレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解
決されることができる。表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａ
ｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されるこ
とができる。

　図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

　シグナリング情報（すなわちメタデータ）は、以下の１）～４）に分類するこ
とができる。

　１）一般情報２１０：コンテンツの一般的な記述と、継続時間や開始時刻など
の各インターバルの一般的な記述とを含む。

　２）Ｑｕａｌｉｔｙ　ｏｆ　Ｓｅｒｖｉｃｅ（ＱｏＳ）情報２２０：ビットレ
ート、解像度、品質などの各代替物の特性を記述する。即ち、ＱｏＳ情報は、コ
ンテンツの代替物ごとの特徴を記述したものである。

　代替物は、物理的（即ち、事前に作成される）であってもよく、または仮想的
（即ち、オンザフライで作成される）であってもよい。クライアントは、代替物
の情報に基づいて、適切な代替物のフラグメントを選択することができる。した
がって、端末およびネットワークのコンテキストへの適応性をサポートすること
ができる。

　３）マッピング情報２３０：コンテンツを検索する場所を記述する。特定のケ
ースに応じて、異なるバリエーションが同じ場所または異なる場所を持つことが
ある。

　４）クライアントリクエスト２４０：このタイプのシグナリング情報は、ＨＴ
ＴＰ１．１リクエストメッセージのフォーマットに準拠する場合がある。図１に
示すように、クライアントがリクエストするパラメータは、カテゴリ１）から３

）の情報から導出することができる。

　図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報のレベルを示す図である。

　本発明の実施形態によるメタデータのシグナリングは、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、およびマッピング情報３４０に物理的に分離されることができる。なお、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、マッピング情報３４０の関連部分のリンクは、参照により行われてもよい。

　シグナリング情報のこれらの部分は、柔軟性をサポートするために異なる方法で組み合わせることができる。

　例えば、コンテンツレベル情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場合には、代替物を決定したり、場所を解決したりするための全ての計算がサーバにより行われてもよい。従って、コンテンツレベル情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場合、処理モデルは「サーバベース」であってもよい。

　コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０がクライアントに送信された場合、代替物を決定するための全ての計算および場所を解決するための全ての計算は、クライアントおよびサーバによって分散され実行されてもよい。従って、コンテンツレベル情報３１０、インターバルレベル情報３２０およびＱｏＳ情報３３０がクライアントに送信される際に、モデルが「配信」されてもよい。

　全てのシグナリング情報（即ち、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０およびマッピング情報３４０）がクライアントに送信される場合、ほとんどの（または全ての）処理（即ち、代替物を決定し、場所を解決するための計算）がクライアントによって実行されるため、モデルはクライアントベースであってもよい。

　メタデータ部分を分離することにより、保存と配信の効率化が可能になる。例えば、セッション中にコンテンツレベル情報３１０のメタデータを１回送信し、インターバルレベル情報３２０のみを定期的に更新するようにしてもよい。同様

に、ＱｏＳＩｎｆｏ３３０を含む単一のファイルを、異なるインターバルおよび異なるコンテンツに対して使用することができる。

　メタデータのセットを表現するには、ＸＭＬ、擬似コード、セッション記述プロトコル（ＳＤＰ）など、さまざまな方法がある。

　本発明の実施形態では、ＸＭＬと擬似コードの両方を使用してシグナリング構文を表すことができる。ＸＭＬ構文は、ＭＰＥＧ－２１および類似のスキーマに基づくＸＬＭプロファイルをサポートするクライアントに対して使用することができる。一方、擬似コード構文は、ＩＳＯ（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ）ベースの媒体ファイルフォーマット等の「言語」に基づくものであってもよく、非ＸＭＬクライアントで使用されてもよい。特に、擬似コード構文のプロファイルは、ファイルフォーマット構文解析の構文解析モジュールに類似した構文解析モジュールを使用することができる。以下の実施形態の構文を設計するために、以下の実施形態では、共通要素の表を定義し、各フォーマットの要素を表現することができる。

　提案された構文は、任意の他の言語によって表すことができる。

　以下、一般的な構文要素の表について説明する。

　次の表では、構文要素を階層的に説明する。つまり、子要素は、子要素の親要素の右側の列に表示される。「リーフ」レベルの要素はイタリック体で表示され、親要素は太字で表示される。親要素は、対応するＸＭＬタイプとファイルボックスで表すことができる。

　オカレンスの列で、「０…Ｎ」は、オカレンス要素のインスタンスの数が０から「無制限」であることを意味する。０の最小オカレンスは、要素が任意であり得る（即ち、存在しない）ことを意味し得る。最小オカレンス数が１以上の場合は、構文内で要素が必須であることを意味する。

　オカレンスはカーディナリティと置き換えることができる。

　タイプの行では、Ａは属性を示し、Ｅは要素を示す。選択性の行では、Ｍは必須を示し、Ｏはオプションを示す。属性の場合、Ｍは必須を示し、Ｏはオプションを示し、ＯＤはデフォルト値を持つオプションを示し、ＣＭは条件付きで必須

を示す。要素の場合、要素は＜ｍｉｎＯｃｃｕｒｓ＞...＜ｍａｘＯｃｃｕｒｓ＞で表される。ここで、Ｎは無制限とすることができる。

　以上の意味は、本明細書の他の表にも等しく適用できる。

　また、ＱｏＳＩｎｆｏはＡｄａｐｔａｔｉｏｎＩｎｆｏとも呼ばれ、ＱｏＳＩｎｆｏをより具体的なものにする。さらに、構文の柔軟性を高めるために、いくつかの要素を修正することができる。

　次の表１に、一般的な情報を示す。

TABLE 1

| | | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | HTTP ストリーミングのためのシグナリングメタデータのトップレベル要素を記述する | HttpStreamingType | 'htps' ボックス |
| | GeneralInfo | | 0...N | 記述されたコンテンツの一般情報を含む | GeneralInfoType | 'geni' ボックス |
| | | TimeScale | 0...1 | 1 秒間の時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間関連要素と共に使用される。 | 整数 | 符号なし整数（32） |
| | | LiveStartTime | 0...1 | LiveStartTime 要素が存在しない場合、コンテンツは VoD タイプである。LiveStartTime 要素の存在は、LiveStartTime の時間値で表示されるライブコンテンツを示す。LiveStartTime が 0 の時間値を有する場合、表示時間は未知である。 | dateTime | 符号なし整数（64） |
| | | 持続時間 | 0...1 | 存在する場合、コンテンツの持続時間を示す。そうでなければ、持続時間は未知である。 | 整数 | 符号なし整数（32） |
| | | DefaultIntDuration | 0...1 | 存在する場合は、コンテンツの各インターバルのデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | | MinUpdateTime | 0...1 | 存在する場合は、主記述ファイルを再びリクエストする前の最小待ち時間を示す。 | 整数 | 符号なし整数（32） |
| | | ConsistentQoSInfo | 0...1 | 真の場合、QoS 情報がコンテンツ持続時間全体と同じであることを示す。 | ブール | 前記ボックスのフラグ |

TABLE 1-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | DefaultContentLoc | 0...1 | コンテンツのデフォルト場所を提供する。 | anyURI | URL の文字列 |
| IntervalsRef | | 0...N | インターバル要素の 1 つまたは複数のインスタンスを含む記述への参照を提供する。インターバル要素の 1 つまたは複数のインスタンスは、連続するインターバル（単数および複数）のシーケンスまたは。 | IntervalsRefType | 'iref' ボックス |
| インターバル | | 0...N | コンテンツのインターバルの情報を提供する。インターバルの情報は、インターバル要素のインスタンスとして含まれてもよく、または IntervalsRef 要素によって参照されてもよい。 | IntervalType | 'intv' ボックス |
| | IntervalInfo | 0...1 | インターバルの一般情報を提供する。 | IntervalInfoType | 'inti' ボックス |
| | QoSInfoRef | 0...1 | QoSInfo 要素によって表される記述への参照を提供する。QoSInfoRef 要素が存在する場合、QoSInfo 要素は同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'qref' ボックス |
| | QoSInfo | 0...1 | リソース特徴および品質／有用性など、コンテンツの代替物に関する情報を提供する。QoSInfo 要素が存在する場合、QoSInfoRef 要素は存在しなくてもよい。 | QoSInfoType | 'QoSi' ボックス |
| | MappingInfoRef | 0...1 | MappingInfo 要素によって表される記述への参照を提供する。MappingInfoRef 要素が存在する場合、MappingInfo 要素は、同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'mref' ボックス |
| | MappingInfo | 0...1 | コンテンツ代替物の場所に関する情報を提供する。情報が提供されない場合、DefaultContentIntLoc 要素（提供されない場合、DefaultContentLoc）を使用してコンテンツを取得することができる。MappingInfo 要素が存在する場合、MappingInfoRef 要素は存在しなくてもよい。 | MappingInfoType | 'mapi' ボックス |
| | NextIntervalsRef | 0...1 | 次のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。NextIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。現在の時間ウィンドウ内では、最終インターバルのみが NextIntervalsRef 要素を含むことができる。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |
| | PreviousIntervalsRef | 0...1 | 前のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。PreviousIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |

TABLE 1-continued

| オカレンス | セマンティクス | XML 構文<br>（MPEG-<br>21 に基<br>づく） | 擬似コード<br>（ファイル<br>フォーマッ<br>トボックス<br>） |
|---|---|---|---|
|  | 現在の時間ウィンドウ内で、最初の間隔のみが NextIntervals<br>Ref 要素を含み得る。 |  |  |

　以下の表2に、ＩｎｔｅｒｖａｌｓＲｅｆ、ＮｅｘｔＩｎｔｅｒｖａｓＲｅｆ、ＰｒｅｖｉｏｕｓＩｎｔｅｒｖａｌｓＲｅｆ、ＱｏＳＩｎｆｏＲｅｆ、ＭａｐｐｉｎｇＩｎｆｏＲｅｆ、およびＩｎｔｅｒｖａｌＩｎｆｏを記載する。

TABLE 2

| | オカレンス | | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | | | | | |
| | インデックス | 1 | 次の場所要素によって参照される記述ファイル内の参照される記述またはボックス（インターバル、QoSInfo、MappingInfo）の順序（1 から始まる）を示す。 | 該当せず | 符号な整数（8） |
| | 場所 | 1 | インターバル、QoSInfo、または MappingInfo によって表される記述への参照を提供する。 | dia:参照タイプにおける uri 要素 | 文字列（url を表す） |
| IntervalInfo | | | | | |
| | TimeScale | 0...1 | 1 秒間の時間単位数を記述する。この値は、時間単位が指定されていない場合に、時間間隔要素と共に使用される。TimeScale 要素は、存在する場合、GeneralInfo によって提供される時間スケールをオーバーライドする。 | 整数 | 符号なし整数（32） |
| | StartTime | 0...1 | インターバルの開始時間を示す。 | 整数 | 符号なし整数（32） |
| | 持続時間 | 0...1 | インターバルの持続時間を示す。 | | |
| | DefaultFragDuration | 0...1 | インターバルのフラグメント（最後のフラグメントを除く）のデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | DefaultContentIntLoc | 0...1 | コンテンツインターバルのデフォルト場所を提供する。 | anyURI タイプ | 文字列 |
| | 最後 | 0...1 | 真の場合、コンテンツの最終インターバルを示す。 | ブール | フラグによって |
| IntervalsRef, PreviousIntervalsRef NextIntervalRef | | | | | |
| | startTime | | コンテンツの開始時間に対するインターバル／ピリオドの参照されたシーケンスの開始時間を示す（ライブコンテンツについては LiveStartTime、オンデマンドコンテンツについては 0）。 | xs:duration | |
| | AvailableTime | 0...1 | 次のインターバルの記述が利用可能である時間を示す。これは、コンテンツの開始時間からの相対時間である。 | 整数 | 符号なし整数（32） |
| | Index | 1 | 次の場所要素によって参照される記述ファイル内の参照されるインターバル記述（またはボックス）の順序（1 から始まる）を示す。 | 該当せず | 符号な整数（8） |

TABLE 2-continued

| | | | | | |
|---|---|---|---|---|---|
| | 場所 | 1 | インターバル記述を含む記述ファイルへの参照を提供する。 | dia:参照タイプ内の sx:anyURI タイプまたは uri 要素 | 文字列（url を表す） |

次の表 3 に、ＱｏＳＩｎｆｏ要素を示す。

TABLE 3

| | | オカレンス | セマンティクス | XML 構文 （MPEG -21 に基づく） | 擬似コード （ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfo | | 1 | リソース特徴および品質／有用性などのコンテンツ代替物のリストに関する情報を提供する。 | dia:AdaptiveQoSType の効用関数を含む QoS InfoType | 'QoSi' ボックス |
| | ClassSchemeRef | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前の意味論を提供する。 | dia:DescriptionMetadataType | 'csmr' ボックス |
| | | スキーム 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | url 文字列 |
| (1) | リソース | 0...N | リソース要素の各インスタンスは、代替物のリストについて、特定のリソースタイプ（例えば、ビットレート）の特性値を記述する。 | DIA Utility-Fu nctionType における dia:UFData Type の要素制約 | 'resi' ボックス |
| (2) | AdaptationOperator | 0...N | AdaptationOperator 要素の各インスタンスは、代替物のリストについて、特定の適応タイプの値を記述する（たとえば、時間層を除去する）。 | | 'adpo' ボックス |
| (3) | 有用性 | 0...N | 有用性要素の各インスタンスは、代替物のリストについて、特定の品質／有用性タイプ（例えば、MOS）の値を記述する。 | dia:UFDataType | 'util' ボックス |
| | UtilityRank | 0...1 | 代替物のリストに対する品質ランキングを記述する。 | dia:UtilityRankType | 'utir' ボックス |
| | | 値 1...N | 代替物の品質／有用性ランクを示す。値要素のインスタンスの数は、代替物の数に等しい。 | 整数 | 符号なし 整数 (16) |

　以下の表４は、表３の（１）リソース、（２）ＡｄａｐｔａｔｉｏｎＯｐｅｒａｔｏｒ、および（３）有用性の共通セマンティクスを示す。

TABLE 4

| 要素 (1)、(2)、(3) | | オカレンス | セマンティクス | XML 構文 （MPEG-21 に基づく） | 擬似コード （ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | 名称 | 1 | 要素の特定のタイプの識別子を記述する。識別子が上記の実施形態によって意味的に定義されていない場合、次の３つの要素を使用して、分類スキームで識別子の意味を見つける。 | Att. 'iOPinRef', ref. a CS term | 符号なし 整数 (32) |
| | CSref_ind | 0...1 | ClassSchemeRef 要素によって提供されるリスト内の分類スキームの参照インデックスを示す。 | 該当せず | 符号なし 整数 (16) |
| | LevelNum | 0...1 | レベルの数を示す。 | 該当せず | 符号なし 整数 (16) |

TABLE 4-continued

| 要素（1）、<br>（2）、（3） | オカレンス | セマンティクス | XML構文（MPEG-2<br>1に基づく） | 擬似コード<br>（ファイル<br>フォーマッ<br>トボックス<br>） |
|---|---|---|---|---|
| LevelIndex | 1...N | LevelIndex要素の各インスタ<br>ンスは、分類スキームのレベル<br>におけるインデックス値を表す<br>。 | 該当せず | 符号なし<br>整数（16） |
| 値 | 1...N | 代替物のリソースタイプ（適応<br>演算子、または有用性）の値を<br>示す。<br>値要素のインスタンスの数は、<br>代替物の数に等しい。 | dia:VectorDataTy<br>pe内の構成要素 | 符号なし<br>整数（32） |

次の表 5 に、マッピング情報を示す。

TABLE 5

| | オカレンス | セマンティクス | XML構文（MPEG-<br>21に基づく） | 擬似コード<br>（ファイルフ<br>ォーマットボ<br>ックス） |
|---|---|---|---|---|
| MappingInfo | 0...1 | | MappingInfoType | 'mapi'ボックス |
| AlterLocID | 0...1 | QoSInfoに記載された各代替<br>物の場所IDを提供する。<br>AlterLocID要素が存在しない<br>場合、ロケーションリスト内<br>の最初のロケーションがすべ<br>ての代替物に使用され得る。 | dia:IntegerVectorType | 'aloc'ボックス<br>．．．． |

TABLE 5-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | Value | 1...N | 代替物の場所 ID を示す。この要素のインスタンスの数は、代替物の数に等しい。値要素の n 番目のインスタンスは、QoSInfo 記述の n 番目の代替物に対応する。 | 整数 | 符号なし整数（16） |
| ReqQoSPara | | 0...N | クライアントによってサーバに送信されるリクエスト（代替として）に入れることができる QoSInfo のパラメータを示す。パラメータは、リソース、AdaptationOperator、有用性、または UtilityRank 要素のインスタンスであり得る。 | dia:BooleanVectorType を拡張する ReqQoSParaType | 'reqp' ボックス |
| | RefIndex | 1 | リソース、AdaptationOperator、有用性および UtilityRank 要素のインスタンスリストにおけるインスタンスインデックス／参照を示す。 | QoSInfo における IOPin を参照する属性 'i0PinRef' で表される。 | 符号なし整数（16） |
| | すべて | 1 | 真の場合、パラメータは、すべての代替物について要求される必要があり、ReqFlag はスキップされ得る。 | ブール | フラグ |
| | ReqFlag | 0...N | ReqFlag 要素の各インスタンスは、代替物に対応する。ReqFlag が真である場合、対応する代替物のリクエストは、上記で識別されたパラメータを有する。 | BooleanVectorType の構成要素 | 符号なし整数（8） |
| LocationList | | 1 | コンテンツ代替物を取得するための場所のリストを提供する。 | LocationListType | 'locl' ボックス |
| | 場所 | 1...N | 場所の情報を提供する | LocationType | 'loca' ボックス |

場所要素のセマンティクスは、表 6 に示されるように、さらに提供され得る。

TABLE 6

| | | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|---|
| 場所 | | | 0...N | | LocationType | 'loca' ボックス |
| | LocID | | 1 | 場所要素のインスタンスの ID を示す。場所要素は AlterLoc ID によって参照される。 | 整数 | 符号なし 整数（16） |
| | StrLocation | | 0...N | コンテンツインターバルのストリームの場所情報を提供する。各ストリームは、ストリーム URL または複数のフラグメント URL のいずれかによって提供される。 | StrLocationType | 'stlo' ボックス |
| | | FragNum | 0...1 | フラグメントの数を提供する | 整数 | 符号なし 整数（16） |
| | | StreamUrl | 0...1 | ストリームの URL を記述する | anyURItype | 文字列 |
| | | FragmentUrl | 0...N | フラグメントの URL を記述する。FragmentUrl 要素のインスタンス数は、フラグメント数である。 | anyURItype | 文字列 |
| | | FragTime | 0...1 | フラグメントの持続時間を提供する。 | dia:VectorDataType | 'frtm' ボックス |
| | | 値 | 1...N | フラグメントの持続時間を示す。値要素のインスタンス数は、フラグメント数である。 | 整数 | 符号なし 整数（32） |

TABLE 6-continued

| | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|
| RandAccess | | 0...1 | ランダムアクセスをサポートするフラグメントを記述する。 | dia:VectorDataType | 'rdac' ボックス |
| | 値 | 1...N | ランダムアクセスフラグメントの順序を示す。 | 整数 | 符号なし整数（16） |
| MP2TSPara | | 0...1 | MPEG-2 TS 内のコンテンツ／プログラムの場所を特定するための追加パラメータ（URL 以外）を記述する。 | MP2TSParaType | 'mp2p' ボックス |
| | PID | 0...N | コンテンツ／プログラムの PID の値を MPEG-2 TS に記述する。 | 整数 | 符号なし整数（16） |
| FragBoundaries | | 0...1 | ストリーム内の（仮想）フラグメントの境界を記述する。FragBoundaries 要素のインスタンスの数は、ストリームのフラグメントの数に等しい。以下の要素の 1 つのタイプのみが FragBoundaries インスタンス に存在する。 | FragBoundariesType | 'frbd' ボックス |
| | MP2TSBoundary | 0...N | （仮想）フラグメント境界を検出するためのパラメータを MPEG-2 TS に記述する。MP2TSBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。MP2TSBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | MP2TSBoundaryType | 'mp2b' ボックス |
| | ISOFileBoundary | 1...2 | ISO ベース媒体ファイルフォーマットに基づいてファイル内の（仮想）フラグメント境界を検出するためのパラメータを記述する。ISOFileBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。ISOFileBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | ISOFileBoundaryType | 'isfb' ボックス |
| | ByteRanges | 1 | ファイルの部分／フラグメントを識別するバイト範囲を記述する。ByteRanges 要素によって提供されるパラメータは、HTTP リクエストにおけるバイト範囲オプションのために使用され得る。 | ByteRangesType | 'brag' ボックス |

　ＭＰ２ＴＳＢｏｕｎｄａｒｙ、ＩＳＯＦｉｌｅＢｏｕｎｄａｒｙ、およびＢｙ
ｔｅＲａｎｇｅｓのセマンティクスは、表７に示されるようにさらに提供され得
る。

TABLE 7

| | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|
| MP2TS Boundary | | | MP2TS 境界タイプ | 'mp2b' ボックス |
| | PCR_PID | 1 | 関連するコンテンツ／プログラムの PCR を搬送する PID を記述する。 | 整数 | 符号なし整数（16） |

TABLE 7-continued

| | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|
| | PCR_base | 1 | PCR ベースフィールドの値を記述する | 長い | 符号なし整数（40） |
| | PCR_ext | 1 | PCR 拡張フィールドの値を記述する。 | 整数 | 符号なし整数（16） |
| | 出現 | 1 | 上記 2 つの要素で識別される PCR 値を含む TS パケットの出現順序（例えば、1 番目、2 番目）を記述する。PCR のリセット／不連続がある場合、PCR 値は、インターバル中に 2 回以上出現し得る。 | 整数 | 符号なし整数（16） |
| | Media_PID | 1…N | プログラムの媒体（例えばビデオ）の PID を記述する。Media_PID 要素のインスタンスの数は、プログラム／コンテンツの媒体の数に等しい。 | 整数 | 符号なし整数（16） |
| | Media_Offset | 1…N | 上記識別された PCR パケットからフラグメントの最初の媒体パケットへのオフセット（同じ media PID の TS パケットにおける）を記述する。媒体オフセットの n 番目のインスタンスは、Media_PID の n 番目のインスタンスに関連付けられる。 | 整数 | 符号なし整数（16） |
| ISOFile Boundary | | | ISOFile BoundaryType integer | 'isfb' ボックス |
| | SequenceNo | 1 | mfhd ボックス内に提供されるシーケンス番号を記述する。mfhd ボックスは、MP4 ファイルのフラグメントを定義する。0 の値を有する SequenceNo は、ファイルの開始を示す。 | | 符号なし整数（16） |
| ByteRanges | | | ByteRanges タイプ | 'brag' ボックス |
| | 開始 | 1…N | バイト範囲の開始値を記述する。'-1' の値は、HTTP リクエスト内のこの値が欠落していることを意味する。 | 整数 | 符号なし整数（32） |
| | 終了 | 1…N | バイト範囲の終了値を記述する。'-1' の値は、HTTP リクエスト内のこの値が欠落していることを意味する。開始−終了インスタンスは対で存在する。終了の n 番目のインスタンスは、開始の n 番目のインスタンスに関連付けられる。 | 整数 | 符号なし整数（32） |
| | Media_PID | 0…N | 上記開始−終了の対のバイト範囲から抽出する必要がある媒体（例えば、ビデオ）の PID を記述する。Media_PID 要素は、バイト範囲が MPEG-2 TS のセグメントであり、全ての PID を配信する必要がない場合に使用される。 | 整数 | 符号なし整数（16） |

以下、クライアントリクエストについて説明する。

クライアントによって取得されたメタデータのシグナリングは、シグナリング情報の異なる部分またはレベルを含むことができる。したがって、クライアント

からサーバへのリクエストは、詳細の異なるレベルのパラメータを含むことができる。

クライアントの主要なパラメータはＵＲＩであり、クエリ部分に関連付けられる。

次の３つの主要なシナリオを検討する。

１）サーバベースのシナリオ

サーバベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般コンテンツ情報３１０および一般インターバル情報３２０を含むことができる。

リクエストされたコンテンツのＵＲＩには、ＤｅｆａｕｌｔＣｏｎｔｅｎｔＩｎｔＬｏｃ（そうでない場合はＤｅｆａｕｌｔＣｏｎｔｅｎｔＬｏｃ）を使用することができる。クライアントがコンテンツの特定のフラグメントをリクエストできるようにするために、以下のパラメータａ）およびｂ）が（動作１４０におけるリクエストの）照会部分において定義される。

ａ）「ｆｒａｎｇｏ」とは：インターバル内のフラグメントのオーダー値。

ｂ）「Ｆｒａｇｔｉ」とは：インターバル内のフラグメントの開始時間。

例えば、リクエストＵＲＩは「ＨＴＴＰ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａｇｎｏ＝５」のようになる。

２）分散シナリオ

分散シナリオでは、サーバからクライアントに提供されるメタデータは、一般コンテンツ情報３１０、一般インターバル情報３２０、およびＱｏＳ情報３３０を含むことができる。

上記のパラメータに加えて、クライアントが適切な代替物をリクエストできるようにするために、以下のＱｏＳ関連パラメータａ）〜ｃ）が（動作１４０におけるリクエストの）照会部分に定義される。

ａ）「変更」：代替物のオーダー値。代替物の順序値に基づいて、代替物がＱｏＳ情報に表示される場合がある。

ｂ）「ｏｐｅｒ１」、「ｏｐｅｒ２」、…、および「ｏｐｅｒＮ」：「ｏｐｅｒｉ」は、ＱｏＳ情報に現れるｉ番目の適合動作の値を運ぶ。

　ｃ）「ｒｅｓ１」、「ｒｅｓ２」、...、「ＲｅｓＮ」:「ｒｅｓｉ」は、ＱｏＳ情報
に現れるｉ番目のリソースの値を運ぶ。

　上記の３つのオプションのうち、１つのリクエストで使用できるのは１つだけ
である。

　一般的な適合演算子とリソースタイプでは、理解性と相互運用性を向上させる
ための特定のパラメータ名を定義することができる。

　適合演算子は次のａ）からｅ）までである。

　ａ）ａｕｄｉｏｌａｙｅｒｓ:破棄するスケーラブルオーディオレイヤの数を
示す。

　ｂ）ｔｅｍｐｏｒａｌｌａｙｅｒｓ:破棄されるスケーラブルビデオの時間レ
イヤ数を示す。

　ｃ）ｓｐａｔｉａｌｌａｙｅｒｓ:破棄されるスケーラブルビデオの空間レイ
ヤ数を示す。

　ｄ）ｑｕａｌｉｔｙｌａｙｅｒｓ:廃棄されるスケーラブルビデオの品質レイ
ヤ数を示す。

　ｅ）ｐｒｉｏｒｉｔｙｌａｙｅｒｓ:破棄されるスケーラブルビデオの優先レ
イヤ数を示す。

　リソースタイプは、次のａ）からｄ）のとおりである。

　ａ）ｂｉｔｒａｔｅ:リクエストされた代替物の平均ビットレート（単位:Ｋ
ｂｐｓ）を示す。

　ｂ）ｖｅｒｔｒｅｓｏｌｕｔｉｏｎ:リクエストされた代替物の垂直解像度を
示す。

　ｃ）ｈｏｒｉｒｅｓｏｌｕｔｉｏｎ:リクエストされた代替物の水平解像度を
示す。

　ｄ）ｆｒａｍｅｒａｔｅ:リクエストされた代替物のフレームレートを示す。

　事前定義されたパラメータを使用すると、ビットレートに基づくリクエストＵ
ＲＩの例は「ｈｔｔｐ:／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａ
ｇｎｏ＝５＆ｂｉｔｒａｔｅ＝５５０」となる。

　３）クライアントベースのシナリオ

クライアントベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般的なコンテンツ、一般的なインターバル情報、ＱｏＳ情報、およびマッピング情報を含むことができる。

リクエストで使用されるＱｏＳ関連パラメータは、ＱｏＳＩｎｆｏメタデータのＲｅｑＱｏＳＰａｒａ部分で示すことができる。例えば、ＲｅｑＱｏＳＰａｒａのＲｅｆＩｎｄｅｘが０またはｎｕｌｌの場合、「変更」パラメータを他のオプションの代わりに使用できる。

ＲｅｑＱｏＳＰａｒａがＱｏＳＩｎｆｏメタデータに存在しない場合、ＱｏＳ関連パラメータを使用しなくてもよい。この場合の代替物は、ＭａｐｐｉｎｇＩｎｆｏの場所によって暗示される場合がある。

コンテンツのＵＲＩは、ＭａｐｐｉｎｇＩｎｆｏの豊富な記述から導出することができる。コンテンツ／プログラムがＭＰＥＧ－２ＴＳで搬送される場合、１つまたは複数のＰＩＤを使用して、ストリーム内のコンテンツの場所を特定することができる。

フラグメント境界を検出するための追加情報が提供される場合、（動作１４０におけるリクエストの）問い合わせ部分に対して以下のパラメータ１）から３）を使用することができる。

１）ＭＰＥＧ－２ＴＳ境界の場合、Ａｐｐｅａｒａｎｃｅ、ＰＣＲ＿ＰＩＤ、ＰＣＲ＿ｂａｓｅＰＣＲ＿ｅｘｔ、Ｍｅｄｉａ＿ＰＩＤ、およびＭｅｄｉａ＿Ｏｆｆｓｅｔ

２）ＩＳＯ媒体ファイル境界の場合、ＳｅｑｕｅｎｃｅＮｏ

３）生のバイトシーケンスと考えられるファイルの場合開始と終了

上のパラメータのセマンティクスは、Ｆｒａｇｂｏｕｎｄａｒｉｅｓ要素のセマンティクスで提供されることがある。

開始終了ペアは、ＨＴＴＰリクエストメッセージの範囲ヘッダーで使用できる。例えば、｛（＿Ｓｔａｒｔ＝０、Ｅｎｄ＝９９）；（Ｓｔａｒｔ＝２００、Ｅｎｄ＝２９９）｝の場合、ヘッダーは「範囲：バイト＝０－９９、２００－２９９」になる。

以下、ＸＭＬ形式の構文表現について説明する。上記の構文要素の表現は、Ｘ

ＭＬ形式で提供してもよい。各要素のセマンティクスは、上記の表１から表７に遡ることができる。

いくつかの要素は、ＭＰＥＧ－２１ＤＩＡで定義されたいくつかのタイプの拡張であってもよい。いくつかの少数の要素は、ＭＰＥＧ－２１ＤＩＡで定義されたいくつかのタイプを取り得る。

次の表８は、ＸＭＬ形式でのＨＴＴＰＳｔｒｅａｍｉｎｇＴｙｐｅの構文表現を示す。

TABLE 8

```
<complexType name="HTTPStreamingType">
   <complexContent>
      <extension base="dia:DIADescriptionType">
         <sequence>
            <element name="GeneralInfo" type="GeneralInfoType" minOccurs="0"/>
            <choice minOccurs="0" maxOccurs="unbounded">
               <element name="IntervalsRef" type="IntervalsRefType"/>
               <element name="Interval" type="IntervalType"/>
            </choice>
         </sequence>   </complexContent>
</complexType>
```

次の表９は、ＸＭＬ形式でのＧｅｎｅｒａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 9

```
<complexType name="GeneralInfoType">
   <complexContent>
      <extension base="dia:DIADescriptionType">
         <sequence>
            <element name="TimeScale" type="integer" minOccurs="0"/>
            <element name="LiveStartTime" type="dateTime" minOccurs="0"/>
            <element name="Duration" type="integer" minOccurs="0"/>
            <element name="DefaultIntDuration" type="integer" minOccurs="0"/>
            <element name="MinUpdateTime" type="integer" minOccurs="0"/>
            <element name="ConsistentQoSInfo" type="boolean" minOccurs="0"/>
            <element name="DefaultContentLoc" type="anyURI" minOccurs="0"/>
         </sequence>
      </extension>
```

TABLE 9-continued

```
      </complexContent>
</complexType>
```

以下の表１０は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＲｅｆＴｙｐｅの構文表現を示す。

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOc-
curs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

　以下の表１１は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＴｙｐｅの構文表現を示す。

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType" minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:ReferenceType"/>
        </choice>
        <element      name="PreviousIntervalsRef"      type="IntervalsRefType"
minOccurs="0"/>
        <element      name="NextIntervalsRef"      type="IntervalsRefType"
minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

　次の表１２は、ＸＭＬ形式でのＩｎｔｅｒｖａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer" minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI" minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

　以下の表１３は、ＸＭＬ形式におけるＩＳＯＦｉｌｅＢｏｕｎｄａｒｙＴｙｐｅおよびＢｙｔｅＲａｎｇｅｓＴｙｐｅの構文表現を示す。

TABLE 13

```
<complexType name="ISOFileBoundaryType" >
  <sequence>
    <element name="SequenceNo" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

　以下、ＭＰ４擬似コード形式の構文表現について説明する。上記構文要素の表現は、ＭＰ４擬似コード形式で提供されてもよい。

　以下の表１４は、ＭＰ４擬似コード形式におけるＨＴＴＰＳｔｒｅａｍｉｎｇＢｏｘの構文表現を示す。

TABLE 14

```
HTTPStreamingBox
  Box Type: 'htps'
  Container: Signaling file
  Mandatory: Yes
  Quantity: One
  Aligned(8) class HTTPStreamingBox extends Box('htps') {
  }
```

　図４は本発明の一実施形態によるＭＰＥＧ－２ＴＳにおける仮想境界の検出を説明する図である。

　ＴＳでは、所定のプログラムのＰＣＲパケットを固定のＰＩＤ（すなわちＰＣＲ＿ＰＩＤ）で搬送し、少なくとも１００ｍｓごとに挿入すればよい。

　ＰＣＴパケット（値が増加する）は、プログラムのアンカーポイントと考えることができる。一方、プログラムの各媒体は、所定のＰＩＤ（Ｍｅｄｉａ＿ＰＩＤ）のパケットで搬送されてもよい。

　したがって、媒体ストリームのフラグメント境界は、１）特定のアンカーポイント、および２）境界におけるアンカーからパケットへのオフセットによって定義または識別することができる。

　オフセットは、同じＭｅｄｉａ＿ＰＩＤのパケットによってカウントすることができる。

　ＰＣＲ値がリセットされることがある（不連続）。例えば、あるインターバルで１つ以上のＰＣＲパケットが同一のＰＣＲ値を有する場合には、アンカーとして用いるＰＣＲパケットの出現順を示してもよい。

　ｓｏｕｒｃｅＵＲＬ属性は、必須からオプションに変更できる。これは、ｂａ
ｓｅＵＲＬがすでに完全なＵＲＬを提供しているからである。ｓｏｕｒｃｅＵＲ
Ｌは不要な場合がある。

　複数バイト範囲を使用することで、「仮想セグメント」のダウンロードに柔軟
性を持たせることができる。例えば、（トリックモードで使用可能な）低フレー
ムレートのセグメントを、ストリームまたはオリジナルセグメントからオンザフ
ライで抽出することができる。

　さらに、表現のための複数のＵＲＬの使用をサポートするために、以下の変更
が３ＧＰＰ適応ＨＰＰＰストリーミングのスキーマに適用されることがある。

　以下、同一のリソース／コンテンツに対する複数の場所について説明する。

　記述の各レベル（トップレベル、ピリオドレベル、および表現レベル）は、記
述から絶対ＵＲＬを構築するための単一のＢａｓｅＵＲＬのみを提供することが
できる。

　各記述レベルで複数のＢａｓｅＵＲＬを提供してもよい。複数のＢａｓｅＵＲ
Ｌは、複数の場所におけるリソースの利用可能性を示すことができる。

　クライアントの実際の場所に応じて、クライアントは、リソースを検索するプ
ロセスにおいて１つまたは複数のＢａｓｅＵＲＬｓを選択することができる。

　このような変更は、異なる方法で実施することができる。１つの方法は、「ｍ
ｏｒｅｂａｓｅＵＲＬｓ」と呼ばれる追加の属性、または「ＢａｓｅＵＲＬｓ」
と呼ばれる要素を使用することである。

　属性または要素は、複数の（ベース）ＵＲＬで構成される文字列である。文字
列は、「；」（セミコロンとスペース）などの複数の特殊文字で区切ることができ
る。

　例えば、セミコロンまたはスペースがＵＲＬ内に現れる場合、セミコロンまた
はスペースは、ＲＦＣ２６１６の規則によってエンコードされてもよい。

　より低い説明レベルのｍｏｒｅｂａｓｅＵＲＬｓ属性（またはＢａｓｅＵＲＬ
ｓ要素）は、より高い説明レベルの同じ属性（または要素）を上書きすることが
できる。

　明確にするために、ｍｏｒｅｂａｓｅＵＲＬｓ属性とＢａｓｅＵＲＬｓ要素は

相互に排他的であるように制限することができる。つまり、１つのタイプのみが記述全体に存在する可能性がある。

　別の方法として、複数のインスタンスを持つ任意のＵＲＩ型のＭｏｒｅｂａｓｅＵＲＬ要素を使用し、各インスタンスがＢａｓｅＵＲＬを提供するという方法がある。

　様々な方法は、複数のＢａｓｅＵＲＬｓを提供するためのアイデアの単なる例であり得る。アイデアは、他の多くの方法で、または他の言語でさえ実装することができる。

　以下、リソース／コンテンツコンポーネントの複数の場所について説明する。

　リソース／コンテンツは、１つまたは複数のコンポーネント／ストリームに分割できる。１つ以上のコンポーネント／ストリームのそれぞれは、ある場所から配信されてもよい。配信は、ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットの複数のインスタンスを許可することによってサポートすることができる。ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでの修正「＜ｘｓ：ｃｈｏｉｃｅ　ｍａｘＯｃｃｕｒｓ＝″ｕｎｂｏｕｎｄｅｄ″＞」は、上記の目的のために使用することができる。

　ＵｒｌＴｅｍｐｌａｔｅインスタンスまたはＵｒｌセットインスタンスの出現順序は、「場所／ストリーム」の重要性を示す場合がある。より重要な場所が、より重要でない場所の前に現れることがある。例えば、ビデオ表現は、２つのストリーム（例えば、空間基本層と空間強調層）を含むことがある。２つのストリームのそれぞれは、ＵｒｌＴｅｍｐｌａｔｅによって記述される場所から配信されてもよい。その後、ＵｒｌＴｅｍｐｌａｔｅの最初のインスタンスが空間ベースレイヤの場所になる場合がある。

　さらに、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬの複数のインスタンスが許可される場合がある。ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのｎ番目のインスタンスは、場所のｎ番目のインスタンスに対応する（ＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットのいずれかによる）。

　例えば、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのインスタンスが１つしか存在しない場合、そのインスタンスをすべての場所で使用できる。

以下の表１５から１９は、３ＧＰＰＡｄａｐｔｉｖｅＨＴＴＰＳｔｒｅａｍｉ
ｎｇのスキーマを示す。

TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation>   <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element    minOccurs="0"    name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element name="Period" type="PeriodType"/>
            <xs:element name="PeriodsRef" type="PeriodsRefType"/>
        </xs:choice>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
   <xs:restriction base="xs:string">
      <xs:enumeration value="OnDemand"/>
      <xs:enumeration value="Live"/>
   </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
   <xs:sequence>
      <xs:element    minOccurs="0"    name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
      <xs:element    maxOccurs="unbounded"    name="Representation"
type="RepresentationType"/>
      <xs:element    minOccurs="0"    name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
      <xs:element minOccurs="0" name="NextPeriodsRef" type="xs:PeriodsRef"/>
      <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="start" type="xs:duration"/>
   <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
   <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
   <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
```

TABLE 16-continued

```
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
   <xs:sequence>
      <xs:element    minOccurs="0" name="Title" type="xs:string"/>
      <xs:element    minOccurs="0" name="Source" type="xs:string"/>
      <xs:element    minOccurs="0" name="Copyright" type="xs:string"/>
      <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
   </xs:sequence>
   <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
   <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
    <xs:sequence>
        <xs:element name="SegmentInfo" type="SegmentInfoType"/>
        <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>
        <xs:element minOccurs="0" name="TrickMode" type="TrickModeType"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="Quality"
type="QualityType"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
    <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
    <xs:attribute name="width" type="xs:unsignedInt"/>
    <xs:attribute name="height" type="xs:unsignedInt"/>
    <xs:attribute name="lang" type="xs:string"/>
    <xs:attribute name="mimeType" type="xs:string" use="required"/>
    <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>
    <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
    <xs:attribute name="requestPara" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="name" type="xs:QualityNameType"/>
    <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="PSNR"/>
        <xs:enumeration value="MOS"/>
        <xs:enumeration value="ODG"/>
        <xs:enumeration value="DI"/>
```

TABLE 18-continued

```
    </xs:restriction>
  </xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
  <xs:sequence>
    <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
    <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
    <xs:element        minOccurs="0"        maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
    <xs:choice maxOccurs="unbounded">
      <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
      <xs:sequence>
        <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
        <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:choice>
  </xs:sequence>
  <xs:attribute name="baseURL" type="xs:anyURI"/>
  <xs:attribute name="morebaseUrls" type="xs:string"/>
  <xs:attribute name="duration" type="xs:duration"/>
  <xs:attribute name="randAccess" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Segment URL -->
<xs:complexType name="UrlType">
  <xs:sequence>
    <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
  <xs:attribute name="range" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 19

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
  <xs:sequence>
    <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs : attribute name="sourceURL" type="xs:anyURI"/>
  <xs:attribute name="id" type="xs:string"/>
  <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
  <xs:attribute name="endIndex" type="xs:unsignedInt"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
  <xs:sequence>
    <xs:element minOccurs="0" name="SchemeInformation" type="xs:string"/>
    <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
  <xs:sequence>
    <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
  <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

　図５は本発明の一実施形態に係る端末１００の構成を示す図である。

　制御部５１０は、動作１３０および１４０を実行することができる。具体的には、制御部５１０は、インターバルのメタデータを処理してもよい。

　処理に基づいてインターバルに適したフラグメントを選択する送受信部５２０は、動作１２０、１４０、および１５０を実行することができる。具体的には、送受信部５２０は、サーバ１１０からコンテンツのインターバルのメタデータを受信し、そのインターバルに適したフラグメントのリクエストをサーバに送信し、サーバからフラグメントを受信することができる。

　図６は本発明の一実施形態に係る端末１００の構成を示す図である。

　端末１００は、アクセスエンジン６１０および媒体エンジン６２０を含むことができる。

　アクセスエンジン６１０は、ＤＡＳＨアクセスエンジンであってもよい。

　アクセスエンジン６１０は、サーバ１１０からメタデータ（例えば、ＭＰＤ）を受信することができる。

　アクセスエンジン６１０は、リクエストを形成することができ、形成されたリクエストをサーバ１１０に発行することができる。アクセスエンジン６１０は、サーバ１１０から媒体（例えば、セグメントまたはセグメントの一部）を受信することができる。アクセスエンジンは、セグメントのＵＲＬを使用して媒体のセグメントをリクエストすることができる。

　アクセスエンジン６１０は、メタデータによって提供される情報に基づいて媒体のセグメントを受信することができる。ここで、各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

　アクセスエンジン６１０は、媒体エンジン６２０に媒体を提供してもよい。アクセスエンジン６１０は、セグメントに含まれる媒体のデータをデコードしてもよい。

　アクセスエンジン６１０の出力は、ＭＰＥＧコンテナの媒体（または媒体の一部）を含むことができる（例えば、ＩＳＯ／ＩＥＣ１４４９２－１２　ＩＳＯベース媒体ファイルフォーマット、またはＩＳＯ／ＩＥＣ１３８１８－２ＭＰＥＧ

－２ＴＳ）。さらに、アクセスエンジン６１０の出力は、媒体の内部タイミング
を媒体プレゼンテーションのタイムラインにマップするために使用されるタイミ
ング情報を含むことができる。

　媒体エンジン６２０は、提供された媒体を再生することができる。具体的には、
媒体エンジン６２０は、アクセスエンジンから媒体のデータを受信し、媒体を出
力することができる。媒体エンジン６２０は、アクセスエンジン６１０から出力
された媒体のデータとタイミング情報を用いて媒体を出力してもよい。

　図１から５を参照して説明した本発明の実施形態に係る技術情報は、本実施形
態に等しく適用できる。したがって、これ以上の説明は省略する。

　本発明の実施形態に係る方法は、プログラム命令を含むコンピュータ可読媒体
に記録され、コンピュータによって実現される種々の動作を実現することができ
る。媒体は、単独で又はプログラム命令と組み合わせて、データファイル、デー
タ構造等を含むこともできる。媒体に記録されたプログラム命令は、実施形態の
目的のために特別に設計され構築されたものであってもよく、またはそれらはコ
ンピュータソフトウェア・アーツの技術を有する者に周知であり利用可能な種類
のものであってもよい。コンピュータ可読媒体の例としては、ハードディスク、
フロッピーディスクおよび磁気テープのような磁気媒体、ＣＤ　ＲＯＭディスク
およびＤＶＤのような光媒体、光磁気ディスクのような光磁気媒体、および読み
出し専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモ
リ等のようなプログラム命令を記憶し実行するように特別に構成されたハードウ
ェア装置が挙げられる。プログラム命令の例には、コンパイラによって生成され
るようなマシンコードと、インタープリタを使用してコンピュータによって実行
され得る高レベルコードを含むファイルとの両方が含まれる。上述のハードウェ
ア装置は、本発明の上述の実施形態の動作を実行するために、１つまたは複数の
ソフトウェアモジュールとして動作するように、またはその逆に構成され得る。

　本発明のいくつかの実施形態を示し説明したが、本発明は、これらの実施形態
に限定されるものではない。代わりに、本発明の原理および精神から逸脱するこ
となく、これらの実施形態に変更を加えることができ、その範囲は特許請求の範
囲およびそれらの等価物によって定義されることが当業者には理解されよう。

特許請求の範囲

１．媒体を提供する方法であって、前記方法は、

１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、

セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を使用して前記媒体のセグメントに対するリクエストを送信し、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決される、ステップと、

前記セグメントを受信するステップと、

前記セグメントに含まれる前記媒体のデータをデコードおよびレンダリングするステップと、を含み、

前記メタデータは、前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含み、

前記メタデータが前記セグメントの前記ｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうち前記ＢａｓｅＵＲＬ要素を前記ｓｏｕｒｃｅＵＲＬ属性にマッピングして前記ＵＲＬを生成する、請求項１に記載の方法。

２．前記メタデータは、前記媒体の媒体プレゼンテーション記述（ＭＰＤ）である、請求項１に記載の方法。

３．前記媒体が、１つまたは複数のピリオドのシーケンスを含み、

ＢａｓｅＵＲＬ要素は、前記ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲＬ要素と、前記ピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素とを含み、

前記各ピリオドに含まれるセグメントのＵＲＬがピリオドレベルＢａｓｅＵＲＬ要素に対して解決される、請求項２に記載の方法、

４．媒体を提供する方法であって、前記方法は、

１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、

セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を使用して前記媒体のセグメントに対するリクエストを送信し、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決される、ステップと、

前記セグメントを受信するステップと、

前記セグメントに含まれる前記媒体のデータをデコードおよびレンダリングするステップとを含み、

前記メタデータは前記媒体の媒体プレゼンテーション記述（ＭＰＤ）であり、

前記メタデータは、前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含み、

前記メタデータが前記セグメントの前記ｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうち前記ＢａｓｅＵＲＬ要素を前記ｓｏｕｒｃｅＵＲＬ属性にマッピングして前記ＵＲＬを生成する、方法。

５．前記媒体が、１つまたは複数のピリオドのシーケンスを含み、

ＢａｓｅＵＲＬ要素は、前記ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲＬ要素と、前記ピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素とを含み、

前記各ピリオドに含まれるセグメントのＵＲＬがピリオドレベルＢａｓｅＵＲＬ要素に対して解決される、請求項４に記載の方法。

６．前記ピリオドレベルＢａｓｅＵＲＬ要素は、前記ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決される、請求項５に記載の方法。

７．前記ピリオドの各々が、１つ以上のグループを含み、

前記ＢａｓｅＵＲＬ要素は、前記グループの１つ以上のグループレベルＢａｓｅＵＲＬ要素をさらに含み、

前記各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決される、請求項５に記載の方法。

８．前記グループレベルＢａｓｅＵＲＬ要素は、前記ピリオドレベルＢａｓｅＵＲＬ要素に関して解決される、請求項７に記載の方法。

９．前記グループの各々は、１つまたは複数の表現を含み、

前記各表現は、ピリオド内の前記媒体の１つ以上の構成要素の構造化された集合であり、

前記ＢａｓｅＵＲＬ要素は、前記表現の１つ以上の表現レベルＢａｓｅＵＲＬ要素をさらに含み、

前記各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵＲＬ要素に関して解決することができる、請求項７に記載の方法。

１０．前記表現レベルＢａｓｅＵＲＬ要素は、前記グループレベルＢａｓｅＵＲＬ要素または前記ピリオドレベルＢａｓｅＵＲＬ要素に関して解決される、請

求項９に記載の方法。

　１１．端末であって、

　媒体のメタデータを受信し、セグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏ
ｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して前記媒体の前記セグメントに対するリク
エストを送信し、前記セグメントを受信し、前記セグメントに含まれる前記媒体
のデータをデコードするアクセスエンジンであって、前記メタデータが１つ以上
のＢａｓｅＵＲＬ要素を含み、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決さ
れるアクセスエンジンと、

　前記アクセスエンジンから前記媒体の前記データを受信して前記媒体を出力す
る媒体エンジンとを含み、

　前記メタデータは、前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含み、

　前記メタデータが前記セグメントの前記ｓｏｕｒｃｅＵＲＬ属性を選択的に含
む場合には、ＢａｓｅＵＲＬ要素のうち前記ＢａｓｅＵＲＬ要素を前記ｓｏｕｒ
ｃｅＵＲＬ属性にマッピングして前記ＵＲＬを生成する、端末。

　１２．端末であって、

　媒体のメタデータを受信し、セグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏ
ｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して前記媒体の前記セグメントに対するリク
エストを送信し、前記セグメントを受信し、前記セグメントに含まれる前記媒体
のデータをデコードするアクセスエンジンであって、前記メタデータが１つ以上
のＢａｓＵＲＬ要素を含み、前記ＵＲＬがＢａｓｅＵＲＬ要素に関して解決され
るアクセスエンジンと、

　前記アクセスエンジンから前記媒体の前記データを受信して前記媒体を出力す
る媒体エンジンとを含み、

　前記メタデータは前記媒体の媒体プレゼンテーション記述（ＭＰＤ）であり、

　前記メタデータは、前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含み、

　前記メタデータが前記セグメントの前記ｓｏｕｒｃｅＵＲＬ属性を選択的に含
む場合には、ＢａｓｅＵＲＬ要素のうち前記ＢａｓｅＵＲＬ要素を前記ｓｏｕｒ
ｃｅＵＲＬ属性にマッピングして前記ＵＲＬを生成する、端末。



**Certification of Accuracy of Translation**

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex H – U.S. Patent No. 9,467,493"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **I**

（１２）米国特許　タン他（Ｔｈａｎｇ　ｅｔ．　ａl．）

（１０）特許番号：ＵＳ１０，０２７，７３６Ｂ２

（４５）特許日：２０１８年７月１７日

（５４）ストリーミングコンテンツを提供する装置および方法

（７１）出願人：電子通信研究院（Ｅｌｅｃｔｒｏｎｉｃｓ　ａｎｄ　Ｔｅｌｅ
ｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｒｅｓｅｒｃｈ　Ｉｎｓｔｉｔｕｔｅ）、大田
（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；産学連携財団韓国航空大学（Ｉｎｄｕｓｔｒ
ｙ－Ｕｎｉｖｅｒｓｉｔｙ　Ｃｏｏｐｅｒａｔｉｏｎ　Ｆｏｕｎｄａｔｉｏｎ
Ｋｏｒｅａ　Ａｅｒｏｓｐａｃｅ　Ｕｎｉｖｅｒｓｉｔｙ）高陽市　京畿道（韓
国）Ｇｏｙａｎｇ－ｓｉ　Ｇｙｅｏｎｇｇｉ－ｄｏ（ＫＲ）

（７２）発明者：タン　チュオン　コン（Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ
）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リー　ジン　ヤン（Ｊｉｎ　Ｙｏｕｎ
ｇ　Ｌｅｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；ペ　ソン　ユン（Ｓｅｏｎ
ｇ　Ｊｕｎ　Ｂａｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；カン　ジュン　ウ
ォン（Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；チ
ョン　スーン　フン（Ｓｏｏｎ　Ｈｅｕｎｇ　Ｊｕｎｇ）大田（韓国）Ｄａｅｊ
ｅｏｎ（ＫＲ）；パク　サン　タイク（Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ）大田
（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リュ　ウォン（Ｗｏｎ　Ｒｙｕ）大田（韓国
）Ｄａｅｊｅｏｎ（ＫＲ）；キム　ジェ　ゴン（Ｊａｅ　Ｇｏｎ　Ｋｉｍ）高陽
市（韓国）Ｇｏｙａｎｇ－ｓｉ（ＫＲ）

（７３）譲受人：電子通信研究院（Ｅｌｅｃｔｒｏｎｉｃｓ　ａｎｄ　Ｔｅｌｅ
ｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｒｅｓｅａｒｃｈ　Ｉｎｓｔｉｔｕｔｅ）、大
田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；産学連携財団韓国航空大学（Ｉｎｄｕｓｔ
ｒｙ－Ｕｎｉｖｅｒｓｉｔｙ　Ｃｏｏｐｅｒａｔｉｏｎ　Ｆｏｕｎｄａｔｉｏｎ
　Ｋｏｒｅａ　Ａｅｒｏｓｐａｃｅ　Ｕｎｉｖｅｒｓｉｔｙ）高陽市　京畿道（
韓国）Ｇｏｙａｎｇ－ｓｉ　Ｇｙｅｏｎｇｇｉ－ｄｏ（ＫＲ）

（＊）通知：何らかの権利放棄がなされていれば別であるが、本特許の特許期間
は、３５Ｕ．Ｓ．Ｃ．１５４（ｂ）により０日間延長、即ち調整される。
本特許はターミナルディスクレイマーの対象となっている。

（２１）出願番号：１５／２８７，２６０

（２２）出願日：２０１６年１０月６日

（６５）　　　　　　　　　　先行公開データ

　　　　ＵＳ　２０１７／００２６４５１Ａ１　　２０１７年１月２６日

関連米国出願データ

（６３）２０１１年９月６日に出願第ＰＣＴ／ＫＲ２０１１／００６５７３号として出願され、今は特許第８，６４５，５６２号の出願第１３／８２０，９５５号の継続である２０１４年１月２日に出願され今は特許第９，４６７，４９３号の出願第１４／１４６，５００号の継続

（６０）２０１１年１月１９日出願　仮出願第６１／４３４，０３６号、２０１０年１１月３０日出願　仮出願第６１／４１７，９３１号、２０１０年１１月１７日出願　仮出願第６１／４１４，４６２号、２０１０年１０月２２日出願　仮出願第６１／４０５，６７４号、２０１０年１０月６日出願　仮出願第６１／３９０，３２８号、２０１０年９月６日出願　仮出願第６１／３８０，２７７号

（３０）外国出願優先権データ

　２０１１年９月６日　（ＫＲ）.................１０-２０１１-００８９９２３

（５１）国際分類

　　　　ＧＯ６Ｆ　１５／１６　　　　（２００６．０１）

　　　　ＨＯ４Ｌ　２９／０８　　　　（２００６．０１）

　　　　ＨＯ４Ｌ　２９／０６　　　　（２００６．０１）

　　　　ＨＯ４Ｎ　２１／２３４３　　（２０１１．０１）

　　　　ＨＯ４Ｎ　２１／２６２　　　（２０１１．０１）

　　　　ＨＯ４Ｎ　２１／４７２　　　（２０１１．０１）

　　　　ＨＯ４Ｎ　２１／６１　　　　（２０１１．０１）

　　　　ＨＯ４Ｎ　２９／６５８　　　（２０１１．０１）

　　　　ＨＯ４Ｎ　２１／８４　　　　（２０１１．０１）

　　　　ＨＯ４Ｎ　２１／８５４３　　（２０１１．０１）

　　　　ＧＯ６Ｆ　１２／００　　　　（２００６．０１）

　　　　ＨＯ４Ｎ　２１／４３　　　　（２０１１．０１）

（５２）米国分類

　　　ＣＰＣ............Ｈ０４Ｌ　６７／０２（２０１３．０１）；Ｈ０４Ｌ　２
９／０６０２７（２０１３．０１）；Ｈ０４Ｌ　６５／４０８４（２０１３．０１）
；Ｈ０４Ｌ　６５／６０７（２０１３．０１）Ｈ０４Ｌ　６５／６０８（２０１３．
０１）；Ｈ０４Ｎ　２１／２３４３９（２０１３．０１）；Ｈ０４Ｎ　２１／２６２
５８（２０１３．０１）；Ｈ０４Ｎ　２１／４７２０２（２０１３．０１）；Ｈ０
４Ｎ　２１／６１７５（２０１３．０１）；Ｈ０４Ｎ　２１／６５８１（２０１３．
０１）；Ｈ０４Ｎ　２１／８４（２０１３．０１）；Ｈ０４Ｎ　２１／８５４３（２
０１３．０１）；Ｈ０４Ｎ　２１／４３０５（２０１３．０１）

（５８）分類調査の分野

ＣＰＣ...Ｈ０４Ｌ　６５／６０８；Ｈ０４Ｌ　２９／０６０２７；Ｈ０４Ｌ　６５
／４０８４；Ｈ０４Ｌ　６５／６０；Ｈ０４Ｌ　６５／６０７；Ｈ０４Ｌ　６７／０
２；Ｈ０４Ｌ　４７／３０；Ｈ０４Ｌ　６５／４０６９；Ｈ０４Ｌ　６５／４０９
２；Ｈ０４Ｌ　６５／６０２；Ｈ０４Ｌ　６５／６０４；Ｈ０４Ｌ　６５／８０；
Ｈ０４Ｌ　６７／２８０４；、Ｈ０４Ｎ　２１／２４０１；Ｈ０４Ｎ　２１／２３
５３；Ｈ０４Ｎ　２１／２３８０５

完全な調査履歴を参照のこと。

（５６）　　　　　　　　　　　引用された参考文献

米国特許文献

　　８，６４５，５６２Ｂ２＊　２／２０１４　タン（Ｔｈａｎｇ）　Ｈ０４Ｎ
　２１／６１２５　　７０９／２３１

　　９，６４７，４９３Ｂ２＊　１０／２０１６　タン（Ｔｈａｎｇ）　Ｈ０４
Ｌ　６５／４０８４

　　２００６／０２１８１４３Ａ１　　９／２００６　ナジョルク（Ｎａｊｏｒｋ
）

＊審査官による引用

外国特許文献

ＥＰ　　　　　　　　　　１３０２８６９Ａ１　　　４／２００３

ＷＯ　　　　　　　２０１１０３８０３２Ａ２　　　３／２０１１

他の出版物

「ユニバーサル　モバイル　テレコミュニケーション　システム（"Ｕｎｉｖｅｒｓａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ"」ＥＴＳＩ　ＴＳ１２６２３４、２０１０年６月、第１－１８４頁、Ｖ９．３．０、ソフィア　アンティポリス（Ｓｏｐｈｉａ　Ａｎｔｉｐｏｌｉｓ）、セデックス（Ｃｅｄｅｘ）、フランス（Ｆｒａｎｃｅ）

トーマス　ストックハマー　他（Ｔｈｏｍａｓ　Ｓｔｏｃｋｈａｍｍｅｒ　ｅｔ．ａｌ．）「情報技術－ＭＰＥＧシステム技術　第６部：ＨＴＴＰ（ＤＡＳＨ）を介したダイナミック適応ストリーミング（"Ｉｎｆｏｒｍａｔｉｏｎ　ｔｅｃｈｎｏｌｏｇｙ－ＭＰＥＧ　ｓｙｓｔｅｍｓ　ｔｅｃｈｎｏｌｏｇｉｅｓ－Ｐａｒｔ　６：Ｄｙｎａｍｉｃ　ａｄａｐｔｉｖｅ　ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（ＤＡＳＨ）"）」、国際標準化機構（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ）２０１０年１０月１５日、ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ２９／ＷＧ１１、動画と音声のコーディング（Ｃｏｄｉｎｇ　ｏｆ　Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅｓ　ａｎｄ　Ａｕｄｉｏ）、ＩＳＯ／ＩＥＣ　ＣＤ　２３００１－６、広州（Ｇｕａｎｇｚｈｏｕ）、中国（Ｃｈｉｎａ）

主任審査官　―　マウン　ザーニ（Ｚａｒｎｉ　Ｍａｕｎｇ）

（７４）弁護士、代理人、または会社……ウィリアム　パーク＆アソシエイツ　リミテッド（Ｗｉｌｌｉａｍ　Ｐａｒｋ＆　Ａｓｓｏｃｉａｔｅｓ　Ｌｔｄ．）

（５７）　　　　　　　　　　　　要約

コンテンツのメタデータを用いた適応型ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）ストリーミングサービスを提供する。メタデータは、１つ以上のＢａｓｅＵＲＬ要素を含むことができる。媒体を形成するセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）は、ＢａｓｅＵＲＬ要素に基づいて生成することができる。さらに、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅ　ＵＲＬ属性にマッピングすることによって生成することができる。生成されたＵＲＬによって示されるセグメントは、互いに同一であってもよい。

図1



図 2





図3



図4



図5



図6

ストリーミングコンテンツを提供する装置および方法

関連出願への相互参照

本願は、２０１４年１月２日に出願され、その全体において参照により本明細書に組み込まれる米国出願第１４／１４６，５００号の継続出願であり、また、本願は２０１０年９月６日に出願された米国仮出願第６１／３８０，２７７号に対して３５Ｕ．Ｓ．Ｃ．§　１１９（ａ）に基づく優先権を主張する。

技術分野

本発明は、ストリーミングコンテンツを提供する技術に関し、特に、適応ストリーミングを用いて媒体コンテンツを提供する装置および方法に関する。

背景技術

ストリーミングは、音声や動画像などのマルチ媒体コンテンツを伝送・再生する方式の一つである。クライアントは、ストリーミングを介してコンテンツを受信しながらコンテンツを再生することができる。

適応ストリーミングサービスとは、クライアントのリクエストと、そのリクエストに対するサーバの応答とを通信方式を用いてストリーミングサービスを提供するサービスである。

クライアントは、適応型ストリーミングサービスを用いて、クライアントの環境（例えば、クライアントの伝送チャネル）に適した媒体シーケンスをリクエストすることができる。サーバは、サーバに含まれる様々な品質の媒体シーケンスのうち、クライアントのリクエストに合致した媒体シーケンスを提供してもよい。

適応型ストリーミングサービスは、様々なプロトコルに基づいて提供されてもよい。

ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）適応型ストリーミングサービスとは、ＨＴＴＰプロトコルに基づいて提供される適応型ストリーミングサービスのことである。ＨＴＴＰ適応型ストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを使用してサーバからコンテンツを受信し、ストリーミングサービスに関連するリクエストをサーバに送信することができる。

発明の開示

技術的な目標

　本発明の一態様は、コンテンツの再生中に、１つまたは複数のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を解釈することができる装置および方法を提供する。

　本発明の別の態様は、１つまたは複数のＢａｓｅＵＲＬ要素間のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることによってセグメントのＵＲＬを生成することができる装置および方法を提供する。

技術的解決手段

　本発明の一態様によれば、１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、ＢａｓｅＵＲＬ要素に対して解決されたセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して、媒体のセグメントに対するリクエストを送信するステップと、セグメントを受信するステップと、セグメントに含まれる媒体のデータをデコードおよびレンダリングするステップとを含む、媒体を提供する方法が提供される。

　リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信することができる。

　メタデータは範囲属性を含むことができる。

　リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

　ＵＲＬは絶対ＵＲＬでも相対ＵＲＬでもよい。

　同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。

　ＢａｓｅＵＲＬ要素の中の第１のＢａｓｅＵＲＬ要素は、基本的なユニバーサルリソースインジケータ（ＵＲＩ：Ｕｎｉｖｅｒｓａｌ　Ｒｅｓｏｕｒｃｅ　Ｉｎｄｉｃａｔｏｒ）として使用することができ、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素は、代替的なＢａｓｅＵＲＬ要素として使用することができる。

　メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅ　ＵＲ

Ｌ属性にマッピングしてＵＲＬを生成するようにしてもよい。

　メタデータは、媒体の媒体プレゼンテーション記述（ＭＰＤ）とすることができる。

　媒体は、１つ以上のピリオドのシーケンスを含むことができる。

　ＢａｓｅＵＲＬ要素は、ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲＬ要素、およびピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素を含むことができる。

　各ピリオドに含まれるセグメントのＵＲＬは、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

　ピリオドレベルＢａｓｅＵＲＬ要素は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

　各ピリオドは、１つ以上のグループを含むことができる。

　ＢａｓｅＵＲＬ要素は、グループの１つ以上のグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。

　各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

　グループレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

　各グループは、１つ以上の表現を含むことができる。

　各表現は、ピリオド内の媒体の１つ以上の構成要素の構造化された集合であってもよい。

　ＢａｓｅＵＲＬ要素は、さらに、表現の１つ以上の表現レベルＢａｓｅＵＲＬ要素を含むことができる。

　各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵＲＬ要素に関して解決されることができる。

　表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

　本発明の別の態様によれば、端末は、媒体のメタデータを受信し、セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を使用して

媒体のセグメントに対するリクエストを送信し、セグメントを受信し、セグメントに含まれる媒体のデータを復号するアクセスエンジンであって、メタデータが１つ以上のＢａｓｅＵＲＬ要素を含み、ＵＲＬがＢａｓｅＵＲＬ要素に対して解決されるアクセスエンジンと、アクセスエンジンから媒体のデータを受信し、媒体を出力する媒体エンジンとを含む。

<div align="center">発明の効果</div>

　本発明の実施形態によれば、コンテンツの再生中に、１つ以上のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を解釈することが可能である。

　さらに、本発明の実施形態によれば、１つ以上のＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることにより、セグメントのＵＲＬを生成することができる。

<div align="center">図面の簡単な説明</div>

　図１は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

　図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

　図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報のレベルを示す図である。

　図４は本発明の一実施形態による動画像専門家グループ２トランスポートストリーム（ＭＰＥＧ－２　ＴＳ）における仮想境界の検出を示す図である。

　図５は本発明の一実施形態による端末１００の構成を示す図である。

　図６は本発明の一実施形態による端末１００の構成を示す図である。

<div align="center">発明を実施するための最良の形態</div>

　以下に、本発明の実施形態を詳細に参照するが、その例は添付の図面に示されており、同様の参照番号は全体を通して同様の構成要素を示している。以下、図面を参照して本発明を説明するために実施例を説明する。

　ダイナミックアダプティブストリーミングオーバー　ＨＴＴＰ（ＤＡＳＨ：Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）は、１）ＨＴＴＰサーバからＨＴＴＰクライアントへの媒体コンテンツの配信、および２）標準のＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にす

るフォーマットを指定できる。

　媒体コンポーネントは、オーディオ、ビデオ、または特定の属性、例えば、帯域幅、言語、または解像度を有する時限テキストなど、個々の媒体タイプの符号化バージョンとすることができる。

　媒体コンテンツは、共通のタイムライン、例えば、オーディオ、ビデオ、または時限テキストを有する媒体コンポーネントのセットであってもよい。さらに、媒体コンポーネントは、媒体コンポーネントがプログラムまたは映画としてどのように提示され得るか（例えば、個々に、共同して、または相互に排他的に）に関する関係を有し得る。

　媒体コンテンツとコンテンツは、互換性のある用語として使用することができる。

　媒体プレゼンテーション（または複数の媒体）は、連続媒体の構成要素を含む媒体コンテンツの境界付きまたは境界なしのプレゼンテーションを確立するために使用されるデータの構造化された集合であり得る。

　言い換えると、媒体プレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡＳＨクライアントにアクセス可能なデータの構造化された集合であってもよい。

　媒体プレゼンテーション記述（ＭＰＤ）は、媒体プレゼンテーションのための形式化された記述であり得る。

　媒体プレゼンテーションは、ＭＰＤの可能な更新を含めて、ＭＰＤによって記述され得る。

　コンテンツには、オンデマンドコンテンツとライブコンテンツがある。

　コンテンツは、１つ以上のインターバルに分割することができる。言い換えれば、コンテンツは、１つ以上のインターバルを含むことができる。

　インターバルは、ピリオドと交換することができる。ピリオドという用語は、第３世代パートナーシッププロジェクト（３ＧＰＰ）適応型ＨＴＴＰストリーミングの用語として使用することができる。

　ピリオドは、媒体プレゼンテーションのインターバルとすることができる。すべてのピリオドの連続したシーケンスが媒体プレゼンテーションを構成すること

がある。

　言い換えると、媒体プレゼンテーションは、１つまたは複数のピリオドのシーケンスを含むことができる。

　１つ以上のインターバルを基本単位とすることができる。１つ以上のインターバルは、シグナリングメタデータによって記述することができる。言い換えると、メタデータは、１つまたは複数のインターバルのそれぞれを記述することができる。

　メタデータはＭＰＤであってもよい。

　ＭＰＤは、セグメントのリソース識別子をアナウンスするためのフォーマットを定義することができる。ＭＰＤは、媒体プレゼンテーション内の識別されたリソースのコンテキストを提供してもよい。リソース識別子は、ＨＴＴＰ－Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）とすることができる。ＵＲＬは、バイト範囲属性によって制限することができる。

　各インターバルはフラグメントに分割することができる。

　フラグメントはセグメントと交換可能である。セグメントという用語は、３ＧＰＰ適応型ＨＴＴＰストリーミングの用語として使用できる。

　セグメントは、例えば、ＲＦＣ２６１６で定義されているように、ＨＴＴＰ－ＵＲＬに対するＨＴＴＰ／１．１ＧＥＴリクエスト（またはバイト範囲で示される部分に対するＧＥＴリクエスト）に対するレスポンスのエンティティボディを参照することができる。

　端末は、受信したバイト（すなわちセグメント）を用いて媒体コンテンツを再生することができる。

　サブセグメントは、セグメントレベルでセグメントインデックスによってインデックス付けされ得るセグメント内の最小単位を指すことができる。

　単一のインターバルに対応するフラグメントの２つ以上のセットが存在してもよい。各セットは代替物と呼ぶことができる。

　代替物は、表現（又は式）と交換可能であり得る。

　各ピリオドには、１つ以上のグループを含めることができる。

　各グループは、同じ媒体コンテンツの１つ以上の表現を含むことができる。

　表現は、単一ピリオド内の１つ以上の媒体構成要素の構造化された集合を指す場合がある。表現は、媒体コンテンツの代替選択のうちの１つであってもよく、または、例えば、ビットレート、解像度、言語、コーデックなどの符号化選択によって典型的に異なる媒体コンテンツのサブセットであってもよい。

　ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つまたは複数の表現を選択できるようにする記述情報を提供してもよい。

　ランダムアクセスポイント（ＲＡＰ：Ｒａｎｄｏｍ　Ａｃｃｅｓｓ　Ｐｏｉｎｔ）は、媒体セグメント内の特定の場所である場合がある。ＲＡＰは、媒体セグメントに含まれる情報のみを用いて、ＲＡＰの場所から連続的に再生を開始できる場所として特定することができる。

　各表現は、１つ以上のセグメントから形成することができる。言い換えると、表現は、１つ以上のセグメントを含むことができる。

　ＭＰＤは、１）セグメントにアクセスし、２）ユーザにストリーミングサービスを提供するために、適切なＨＴＴＰ－ＵＲＬを形成するためにＤＡＳＨクライアントに必要なメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは絶対ＵＲＬでも相対ＵＲＬでもよい。

　ＭＰＤは、拡張マークアップ言語（ＸＭＬ）文書であり得る。

　ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは、単一のＭＰＤ要素のみを含むことができる。

　図１は本発明の一実施形態に係るコンテンツ処理方法を示す信号フローチャートである。

　端末１００は、ＤＡＳＨクライアントであってもよい。

　ＤＡＳＨクライアントは、ＲＦＣ２６１６で規定されたクライアントと互換性がある可能性がある。

　ＤＡＳＨクライアントは通常、セグメントまたはセグメントの一部にアクセスするために、ＲＦＣ２６１６で規定されているように、ＨＴＴＰ　ＧＥＴメソッドまたはＨＴＴＰパーシャルＧＥＴメソッドを使用することができる。

　サーバ１１０は、ＤＡＳＨセグメント上でホスティングを実行することができる。サーバ１１０は、ＲＦＣ２６１６で規定されたサーバと互換性がある可能性

がある。

　動作１２０において、端末１００は、サーバ１１０から媒体（またはコンテンツ）のメタデータを受信することができる。即ち、サーバ１１０は、媒体のメタデータを端末１００に送信してもよい。

　メタデータは、ＢａｓｅＵＲＬ要素を含むことができる。１つまたは複数のＢａｓｅＵＲＬ要素が提供されてもよい。

　動作１３０において、端末１００は受信したメタデータを処理することができる。動作１３０において、端末１００は、メタデータによって提供される情報、またはメタデータに含まれる情報を抽出することができる。

　動作１４０～１５０において、端末１００は、メタデータによって提供される情報に基づいて媒体のセグメントにアクセスすることができる。

　各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

　メタデータは、グループの各々を記述するグループ要素を記述することができる。

　動作１４０において、端末１００は、セグメントのＵＲＬを使用してサーバ１１０に媒体のセグメントに対するリクエストを送信することができる。ＵＲＬは、上述のＢａｓｅＵＲＬ要素の１つに関して解決されてもよい。例えば、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素に基づいて生成することができる。

　端末１００は、処理されたメタデータに基づいて、特定のインターバルに適したセグメントの送信をサーバ１１０にリクエストすることができる。言い換えれば、リクエストされたセグメントは、メタデータに基づいて選択されることができる。リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信されることができる。

　メタデータは範囲属性を含むことができる。リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

　セグメントのＵＲＬは、絶対ＵＲＬでも相対ＵＲＬでもよい。

同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。言い換えると、同一セグメントは、ＢａｓｅＵＲＬ要素によって提供されるＵＲＬによって選択的にアクセス可能であり得る。

また、ＢａｓｅＵＲＬ要素のうち第１のＢａｓｅＵＲＬ要素を基本的なユニバーサルリソースインジケータ（ＵＲＩ）として使用し、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素を代替ＢａｓｅＵＲＬ要素として使用してもよい。

メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅＵＲＬ属性にマッピングして、セグメントのＵＲＬを生成することができる。

動作１４５において、いくつかの場合において、サーバ１１０は、コンテンツ（例えば、スケーラブルビデオ符号化（ＳＶＣ）のための動画像専門家グループ（ＭＰＥＧ）レイヤ４（ＭＰ４）ファイル）を解析する必要があり、リクエストされたセグメントに適したデータ部分を抽出することができる。

動作１５０において、サーバ１１０は、端末１００からの各リクエストに適したセグメントを端末１００に送信することができる。端末１００は、サーバからセグメントを受信することができる。

動作１６０において、端末１００は、セグメントに含まれる媒体のデータに対してデコードおよびレンダリングを行い、媒体を再生することができる。

端末１００は、動作１２０～１６０を繰り返すことにより、受信したセグメントを用いて媒体を再生することができる。

ここで、ＢａｓｅＵＲＬ要素は、ＭＰＤのＭＰＤレベルＢａｓｅＵＲＬ要素と、各ピリオドのピリオドレベルＢａｓｅＵＲＬ要素とを含むことができる。ピリオドレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素が属するピリオドに適用されるＢａｓｅＵＲＬ要素を参照することができる。即ち、各ピリオドに含まれるセグメントのＵＲＬはピリオドレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

１つ以上のＭＰＤレベルＢａｓｅＵＲＬ要素が提供されてもよく、１つ以上の

ピリオドレベルＢａｓｅＵＲＬ要素が提供されてもよい。

さらに、ＢａｓｅＵＲＬ要素は、グループのグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。１つ以上のグループレベルＢａｓｅＵＲＬ要素が提供されることがある。

ＢａｓｅＵＲＬ要素は、さらに、表現の表現レベルＢａｓｅＵＲＬ要素を含むことができる。各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵＲＬ要素に関して解決されることができる。

特定のレベルのＢａｓｅＵＲＬ要素は、より高いレベルのＢａｓｅＵＲＬ要素に関して解決されることができる。例えば、ピリオドレベルＢａｓｅＵＲＬ要素は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。グループレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

シグナリング情報（すなわちメタデータ）は、以下の１）～４）に分類することができる。

１）一般情報２１０：コンテンツの一般的な記述と、継続時間や開始時刻などの各インターバルの一般的な記述とを含む。

２）Ｑｕａｌｉｔｙ　ｏｆ　Ｓｅｒｖｉｃｅ（ＱｏＳ）情報２２０：ビットレート、解像度、品質などの各代替物の特性を記述する。即ち、ＱｏＳ情報は、コンテンツの代替物ごとの特徴を記述したものである。

代替物は、物理的（即ち、事前に作成される）であってもよく、または仮想的（即ち、オンザフライで作成される）であってもよい。クライアントは、代替物の情報に基づいて、適切な代替物のフラグメントを選択することができる。したがって、端末およびネットワークのコンテキストへの適応性をサポートすることができる。

３）マッピング情報２３０：コンテンツを検索する場所を記述する。特定のケ

ースに応じて、異なるバリエーションが同じ場所または異なる場所を持つことがある。

　４）クライアントリクエスト２４０：このタイプのシグナリング情報は、ＨＴＴＰ１．１リクエストメッセージのフォーマットに準拠する場合がある。図１に示すように、クライアントがリクエストするパラメータは、カテゴリ１）から３）の情報から導出することができる。

　図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報のレベルを示す図である。

　本発明の実施形態によるメタデータのシグナリングは、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、およびマッピング情報３４０に物理的に分離されることができる。なお、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、マッピング情報３４０の関連部分のリンクは、参照により行われてもよい。

　シグナリング情報のこれらの部分は、柔軟性をサポートするために異なる方法で組み合わせることができる。

　例えば、コンテンツレベル情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場合には、代替物を決定したり、場所を解決したりするための全ての計算がサーバにより行われてもよい。従って、コンテンツレベル情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場合、処理モデルは「サーバベース」であってもよい。

　コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０がクライアントに送信された場合、代替物を決定するための全ての計算および場所を解決するための全ての計算は、クライアントおよびサーバによって分散され実行されてもよい。従って、コンテンツレベル情報３１０、インターバルレベル情報３２０およびＱｏＳ情報３３０がクライアントに送信される際に、モデルが「配信」されてもよい。

　全てのシグナリング情報（即ち、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０およびマッピング情報３４０）がクライアントに送信される場合、ほとんどの（または全ての）処理（即ち、代替物を決定

し、場所を解決するための計算）がクライアントによって実行されるため、モデルはクライアントベースであってもよい。

　メタデータ部分を分離することにより、保存と配信の効率化が可能になる。例えば、セッション中にコンテンツレベル情報３１０のメタデータを１回送信し、インターバルレベル情報３２０のみを定期的に更新するようにしてもよい。同様に、ＱｏＳＩｎｆｏ３３０を含む単一のファイルを、異なるインターバルおよび異なるコンテンツに対して使用することができる。

　メタデータのセットを表現するには、ＸＭＬ、擬似コード、セッション記述プロトコル（ＳＤＰ）など、さまざまな方法がある。

　本発明の実施形態では、ＸＭＬと擬似コードの両方を使用してシグナリング構文を表すことができる。ＸＭＬ構文は、ＭＰＥＧ－２１および類似のスキーマに基づくＸＬＭプロファイルをサポートするクライアントに対して使用することができる。一方、擬似コード構文は、ＩＳＯ（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ）ベースの媒体ファイルフォーマット等の「言語」に基づくものであってもよく、非ＸＭＬクライアントで使用されてもよい。特に、擬似コード構文のプロファイルは、ファイルフォーマット構文解析の構文解析モジュールに類似した構文解析モジュールを使用することができる。以下の実施形態の構文を設計するために、以下の実施形態では、共通要素の表を定義し、各フォーマットの要素を表現することができる。

　提案された構文は、任意の他の言語によって表すことができる。

　以下、一般的な構文要素の表について説明する。

　次の表では、構文要素を階層的に説明する。つまり、子要素は、子要素の親要素の右側の列に表示される。「リーフ」レベルの要素はイタリック体で表示され、親要素は太字で表示される。親要素は、対応するＸＭＬタイプとファイルボックスで表すことができる。

　オカレンスの列で、「０...　Ｎ」は、オカレンス要素のインスタンスの数が０から「無制限」であることを意味する。０の最小オカレンスは、要素が任意であり得る（即ち、存在しない）ことを意味し得る。最小オカレンス数が１以上の場

合は、構文内で要素が必須であることを意味する。

オカレンスはカーディナリティと置き換えることができる。

タイプの行では、Ａは属性を示し、Ｅは要素を示す。選択性の行では、Ｍは必須を示し、Ｏはオプションを示す。属性の場合、Ｍは必須を示し、Ｏはオプションを示し、ＯＤはデフォルト値を持つオプションを示し、ＣＭは条件付きで必須を示す。要素の場合、要素は＜ｍｉｎＯｃｃｕｒｓ＞...＜ｍａｘＯｃｃｕｒｓ＞で表される。ここで、Ｎは無制限とすることができる。

以上の意味は、本明細書の他の表にも等しく適用できる。

また、ＱｏＳＩｎｆｏはＡｄａｐｔａｔｉｏｎＩｎｆｏとも呼ばれ、ＱｏＳＩｎｆｏをより具体的なものにする。さらに、構文の柔軟性を高めるために、いくつかの要素を修正することができる。

次の表１に、一般的な情報を示す。

TABLE 1

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| HttpStr | | 1 | HTTP ストリーミングのためのシグナリングメタデータのトップレベル要素を記述する | HttpStreamingType | 'htps' ボックス |
| | GeneralInfo | 0...N | 記述されたコンテンツの一般情報を含む | GeneralInfoType | 'geni' ボックス |
| | TimeScale | 0...1 | 1 秒間の時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間関連要素と共に使用される。 | 整数 | 符号なし整数（32） |
| | LiveStartTime | 0...1 | LiveStartTime 要素が存在しない場合、コンテンツは VoD タイプである。コンテンツは VoD タイプである。LiveStartTime 要素の存在は、LiveStartTime の時間値で表示されるライブコンテンツを示す。LiveStartTime が 0 の時間値を有する場合、表示時間は未知である。 | dateTime | 符号なし整数（64） |
| | 持続時間 | 0...1 | 存在する場合、コンテンツの持続時間を示す。そうでなければ、持続時間は未知である。 | 整数 | 符号なし整数（32） |
| | DefaultIntDuration | 0...1 | 存在する場合は、コンテンツの各インターバルのデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | MinUpdateTime | 0...1 | 存在する場合は、主記述ファイルを再びリクエストする前の最小待ち時間を示す。 | 整数 | 符号なし整数（32） |
| | ConsistentQoSInfo | 0...1 | 真の場合、QoS 情報がコンテンツ持続時間全体と同じであることを示す。 | ブール | 前記ボックスのフラグ |

TABLE 1-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | DefaultContentLoc | 0...1 | コンテンツのデフォルト場所を提供する。 | anyURI | URL の文字列 |
| IntervalsRef | | 0...N | インターバル要素の 1 つまたは複数のインスタンスを含む記述への参照を提供する。インターバル要素の 1 つまたは複数のインスタンスは、連続するインターバル（単数および複数）のシーケンスである。 | IntervalsRefType | 'iref' ボックス |
| インターバル | | 0...N | コンテンツのインターバルの情報を提供する。インターバルの情報は、インターバル要素のインスタンスとして含まれてもよく、または IntervalsRef 要素によって参照されてもよい。 | IntervalType | 'intv' ボックス |
| | IntervalInfo | 0...1 | インターバルの一般情報を提供する。 | IntervalInfoType | 'inti' ボックス |
| | QoSInfoRef | 0...1 | QoSInfo 要素によって表される記述への参照を提供する。QoSInfoRef 要素が存在する場合、QoSInfo 要素は同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'qref' ボックス |
| | QoSInfo | 0...1 | リソース特徴および品質／有用性など、コンテンツの代替物に関する情報を提供する。QoSInfo 要素が存在する場合、QoSInfoRef 要素は存在しなくてもよい。 | QoSInfoType | 'QoSi' ボックス |
| | MappingInfoRef | 0...1 | MappingInfo 要素によって表される記述への参照を提供する。MappingInfoRef 要素が存在する場合、MappingInfo 要素は、同じレベルで存在しなくてもよい | dia:ReferenceType | 'mref' ボックス |
| | MappingInfo | 0...1 | コンテンツ代替物の場所に関する情報を提供する。情報が提供されない場合、DefaultContentIntLoc 要素（提供されない場合、DefaultContentLoc）を使用してコンテンツを取得することができる。MappingInfo 要素が存在する場合、MappingInfoRef 要素は存在しなくてもよい。 | MappingInfoType | 'mapi' ボックス |
| | NextIntervalsRef | 0...1 | 次のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。NextIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。現在の時間ウィンドウ内では、最終インターバルのみが NextIntervalsRef 要素を含むことができる。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |
| | PreviousIntervalsRef | 0...1 | 前のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。PreviousIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |

TABLE 1-continued

| オカレンス セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|
| | 現在の時間ウィンドウ内で、最初の間隔のみが NextIntervals Ref 要素を含み得る。 | |

以下の表 2 に、ＩｎｔｅｒｖａｌｓＲｅｆ、ＮｅｘｔＩｎｔｅｒｖａｓＲｅｆ、ＰｒｅｖｉｏｕｓＩｎｔｅｒｖａｌｓＲｅｆ、ＱｏＳＩｎｆｏＲｅｆ、ＭａｐｐｉｎｇＩｎｆｏＲｅｆ、およびＩｎｔｅｒｖａｌＩｎｆｏを記載する。

TABLE 2

| | オカレンス | | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | | | | | |
| | インデックス | 1 | 次の場所要素によって参照される記述ファイル内の参照される記述またはボックス（インターバル、QoSInfo、MappingInfo）の順序（1 から始まる）を示す。 | 該当せず | 符号な整数（8） |
| | 場所 | 1 | インターバル、QoSInfo、または MappingInfo によって表される記述への参照を提供する。 | dia:参照タイプにおける uri 要素 | 文字列（url を表す） |
| IntervalInfo | | | | | |
| | TimeScale | 0...1 | 1 秒間の時間単位数を記述する。この値は、時間単位が指定されていない場合に、時間間隔要素と共に使用される。TimeScale 要素は、存在する場合、GeneralInfo によって提供される時間スケールをオーバーライドする。 | 整数 | 符号なし整数（32） |
| | StartTime | 0...1 | インターバルの開始時間を示す。 | 整数 | 符号なし整数（32） |
| | 持続時間 | 0...1 | インターバルの持続時間を示す。 | | |
| | DefaultFragDuration | 0...1 | インターバルのフラグメント（最後のフラグメントを除く）のデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | DefaultContentIntLoc | 0...1 | コンテンツインターバルのデフォルト場所を提供する。 | anyURI タイプ | 文字列 |
| | 最後 | 0...1 | 真の場合、コンテンツの最終インターバルを示す。 | ブール | フラグによって |
| IntervalsRef, Previous IntervalsRef NextIntervalRef | | | | | |
| | startTime | | コンテンツの開始時間に対するインターバル／ピリオドの参照されたシーケンスの開始時間を示す（ライブコンテンツについては LiveStartTime、オンデマンドコンテンツについては 0）。 | xs:duration | |
| | AvailableTime | 0...1 | 次のインターバルの記述が利用可能である時間を示す。これは、コンテンツの開始時間からの相対時間である。 | 整数 | 符号なし整数（32） |
| | Index | 1 | 次の場所要素によって参照される記述ファイル内の参照されるインターバル記述（またはボックス）の順序（1 から始まる）を示す。 | 該当せず | 符号な整数（8） |

TABLE 2-continued

| | 場所 | 1 | インターバル記述を含む記述ファイルへの参照を提供する。 | dia:参照タイプ内の sx:anyURI タイプまたは uri 要素 | 文字列（url を表す） |
|---|---|---|---|---|---|

次の表３に、ＱｏＳＩｎｆｏ要素を示す。

TABLE 3

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfo | | 1 | リソース特徴および品質／有用性などのコンテンツ代替物のリストに関する情報を提供する。 | dia:AdaptiveQoSType の効用関数を含む QoS InfoType | 'QoSi' ボックス |
| | ClassSchemeRef | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前の意味論を提供する。 | dia:DescriptionMetadataType | 'csmr' ボックス |
| | | スキーム 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | url 文字列 |
| (1) | リソース | 0...N | リソース要素の各インスタンスは、代替物のリストについて、特定のリソースタイプ（例えば、ビットレート）の特性値を記述する。 | DIA Utility-FunctionType における dia:UFDataType の要素制約 | 'resi' ボックス |
| (2) | AdaptationOperator | 0...N | AdaptationOperator 要素の各インスタンスは、代替物のリストについて、特定の適応タイプの値を記述する（たとえば、時間層を除去する）。 | | 'adpo' ボックス |
| (3) | 有用性 | 0...N | 有用性要素の各インスタンスは、代替物のリストについて、特定の品質／有用性タイプ（例えば、MOS）の値を記述する。 | dia:UFDataType | 'util' ボックス |
| | UtilityRank | 0...1 | 代替物のリストに対する品質ランキングを記述する。 | dia:UtilityRankType | 'utir' ボックス |
| | | 値 1...N | 代替物の品質／有用性ランクを示す。値要素のインスタンスの数は、代替物の数に等しい。 | 整数 | 符号なし整数 (16) |

　以下の表４は、表３の（１）リソース、（２）ＡｄａｐｔａｔｉｏｎＯｐｅｒａｔｏｒ、および（３）有用性の共通セマンティクスを示す。

TABLE 4

| 要素（１）、（２）、（３） | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | 名称 | 1 | 要素の特定のタイプの識別子を記述する。識別子が上記の実施形態によって意味的に定義されていない場合、次の３つの要素を使用して、分類スキームで識別子の意味を見つける。 | Att. 'iOPinRef', ref. a CS term | 符号なし整数 (32) |
| | CSref_ind | 0...1 | ClassSchemeRef 要素によって提供されるリスト内の分類スキームの参照インデックスを示す。 | 該当せず | 符号なし整数 (16) |
| | LevelNum | 0...1 | レベルの数を示す。 | 該当せず | 符号なし整数 (16) |

TABLE 4-continued

| 要素（1）、(2)、(3) | | オカレンス | セマンティクス | XML 構文（MPEG-2 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | LevelIndex | 1...N | LevelIndex 要素の各インスタンスは、分類スキームのレベルにおけるインデックス値を表す | 該当せず | 符号なし整数（16） |
| | 値 | 1...N | 代替物のリソースタイプ（適応演算子、または有用性）の値を pe 内の構成要素示す。値要素のインスタンスの数は、代替物の数に等しい。 | dia:VectorDataType | 符号なし整数（32） |

次の表 5 に、マッピング情報を示す。

TABLE 5

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| MappingInfo | | 0...1 | | MappingInfoType | 'mapi'ボックス |
| | AlterLocID | 0...1 | QoSInfo に記載された各代替物の場所 ID を提供する。AlterLocID 要素が存在しない場合、ロケーションリスト内の最初のロケーションがすべての代替物に使用され得る。 | dia:IntegerVectorType | 'aloc'ボックス . . . . |

TABLE 5-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG－21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | 値 | 1...N | 代替物の場所 ID を示す。この要素のインスタンスの数は、代替物の数に等しい。値要素の n 番目のインスタンスは、QoSInfo 記述の n 番目の代替物に対応する。 | 整数 | 符号なし整数（16） |
| ReqQoSPara | | 0...N | クライアントによってサーバに送信されるリクエスト（代替として）に入れることができる QoSInfo のパラメータを示す。パラメータは、リソース、AdaptationOperator、有用性、または UtilityRank 要素のインスタンスであり得る。 | dia:BooleanVectorType を拡張する ReqQoSParaType | 'reqp' ボックス |
| | RefIndex | 1 | リソース、AdaptationOperator、有用性および UtilityRank 要素のインスタンスリストにおけるインスタンスインデックス／参照を示す。 | QoSInfo における IOPin を参照する属性 'ioPinRef' で表される。 | 符号なし整数（16） |
| | すべて | 1 | 真の場合、パラメータは、すべての代替物について要求される必要があり、ReqFlag はスキップされ得る。 | ブール | フラグ |
| | ReqFlag | 0...N | ReqFlag 要素の各インスタンスは、代替物に対応する。ReqFlag が真である場合、対応する代替物のリクエストは、上記で識別されたパラメータを有する。 | BooleanVectorType の構成要素 | 符号なし整数（8） |
| LocationList | | 1 | コンテンツ代替物を取得するための場所のリストを提供する。 | LocationListType | 'loc1' ボックス |
| | 場所 | 1...N | 場所の情報を提供する | LocationType | 'loca' ボックス |

場所要素のセマンティクスは、表 6 に示されるように、さらに提供され得る。

TABLE 6

| | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|
| 場所 | | 0...N | | LocationType | 'loca' ボックス |
| | LocID | 1 | 場所要素のインスタンスの ID を示す。場所要素は AlterLoc ID によって参照される。 | 整数 | 符号なし 整数（16） |
| | StrLocation | 0...N | コンテンツインターバルのストリームの場所情報を提供する。各ストリームは、ストリーム URL または複数のフラグメント URL のいずれかによって提供される。 | StrLocationType | 'stlo' ボックス |
| | | FragNum | 0...1 | フラグメントの数を提供する | 整数 | 符号なし 整数（16） |
| | | StreamUrl | 0...1 | ストリームの URL を記述する | anyURItype | 文字列 |
| | | FragmentUrl | 0...N | フラグメントの URL を記述する。FragmentUrl 要素のインスタンス数は、フラグメント数である。 | anyURItype | 文字列 |
| | | FragTime | 0...1 | フラグメントの持続時間を提供する。 | dia:VectorDataType | 'frtm' ボックス |
| | | 値 | 1...N | フラグメントの持続時間を示す。値要素のインスタンス数は、フラグメント数である。 | 整数 | 符号なし 整数（32） |

TABLE 6-continued

| | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|
| RandAccess | | 0...1 | ランダムアクセスをサポートするフラグメントを記述する。 | dia:VectorDataType | 'rdac' ボックス |
| | 値 | 1...N | ランダムアクセスフラグメントの順序を示す。 | 整数 | 符号なし整数（16） |
| MP2TSPara | | 0...1 | MPEG-2 TS 内のコンテンツ／プログラムの場所を特定するための追加パラメータ（URL 以外）を記述する。 | MP2TSParaType | 'mp2p' ボックス |
| | PID | 0...N | コンテンツ／プログラムの PID の値を MPEG-2 TS に記述する。 | 整数 | 符号なし整数（16） |
| FragBoundaries | | 0...1 | ストリーム内の（仮想）フラグメントの境界を記述する。FragBoundaries 要素のインスタンスの数は、ストリームのフラグメントの数に等しい。以下の要素の 1 つのタイプのみが FragBoundaries インスタンスに存在する。 | FragBoundariesType | 'frbd' ボックス |
| | MP2TSBoundary | 0...N | （仮想）フラグメント境界を検出するためのパラメータを MPEG-2 TS に記述する。MP2TSBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。MP2TSBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | MP2TSBoundaryType | 'mp2b' ボックス |
| | ISOFileBoundary | 1...2 | ISO ベース媒体ファイルフォーマットに基づいてファイル内の（仮想）フラグメント境界を検出するためのパラメータを記述する。ISOFileBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。ISOFileBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | ISOFileBoundaryType | 'isfb' ボックス |
| | ByteRanges | 1 | ファイルの部分／フラグメントを識別するバイト範囲を記述する。ByteRanges 要素によって提供されるパラメータは、HTTP リクエストにおけるバイト範囲オプションのために使用され得る。 | ByteRangesType | 'brag' ボックス |

　ＭＰ２ＴＳＢｏｕｎｄａｒｙ、ＩＳＯＦｉｌｅＢｏｕｎｄａｒｙ、およびＢｙｔｅＲａｎｇｅｓのセマンティクスは、表７に示されるようにさらに提供され得る。

TABLE 7

|  |  | オカレンス | セマンティクス | XML 構文<br>（DIA に<br>基づく） | 擬似<br>コード<br>（MP4） |
|---|---|---|---|---|---|
| MP2TS<br>Boundary |  |  |  | MP2TS<br>境界<br>タイプ | 'mp2b'<br>ボックス |
|  | PCR_PID | 1 | 関連するコンテンツ／プログラ<br>ムの PCR を搬送する PID を記述<br>する。 | 整数 | 符号なし<br>整数（16） |

TABLE 7-continued

| | | | | | |
|---|---|---|---|---|---|
|  | PCR_base | 1 | PCR ベースフィールドの値を<br>記述する | 長い | 符号なし<br>整数（40） |
|  | PCR_ext | 1 | PCR 拡張フィールドの値を記述<br>する。 | 整数 | 符号なし<br>整数（16） |
|  | 出現 | 1 | 上記 2 つの要素で識別される PCR<br>値を含む TS パケットの出現順序<br>（例えば、1 番目、2 番目）を記<br>述する。 | 整数 | 符号なし<br>整数（16） |
|  |  |  | PCR のリセット／不連続がある場<br>合、PCR 値は、インターバル中に<br>2 回以上出現し得る。 |  |  |
|  | Media_PID | 1 … N | プログラムの媒体（例えばビデオ<br>）の PID を記述する。<br>Media_PID 要素のインスタンスの<br>数は、プログラム／コンテンツの<br>媒体の数に等しい。 | 整数 | 符号なし<br>整数（16） |
|  | Media_Offset | 1 … N | 上記識別された PCR パケットから<br>フラグメントの最初の媒体パケッ<br>トへのオフセット（同じ media PI<br>D の TS パケットにおける）を記述<br>する。<br>媒体オフセットの n 番目のインス<br>タンスは、Media_PID の n 番目の<br>インスタンスに関連付けられる。 | 整数 | 符号なし<br>整数（16） |
| ISOFile<br>Boundary | SequenceNo | 1 | mfhd ボックス内に提供されるシ<br>ーケンス番号を記述する。<br>mfhd ボックスは、MP4 ファイル<br>のフラグメントを定義する。<br>0 の値を有する SequenceNo は、<br>ファイルの開始を示す。 | ISOFile<br>BoundaryType<br>整数 | 'isfb'<br>ボックス<br>符号なし<br>整数（16） |
| ByteRanges |  |  |  | ByteRanges<br>タイプ | 'brag'<br>ボックス |
|  | 開始 | 1 … N | バイト範囲の開始値を記述する。<br>'−1' の値は、HTTP リクエスト内<br>のこの値が欠落していることを意<br>味する。 | 整数 | 符号なし<br>整数（32） |
|  | 終了 | 1 … N | バイト範囲の終了値を記述する。<br>'−1' の値は、HTTP リクエスト内<br>のこの値が欠落していることを意味<br>する。<br>開始~終了インスタンスは対で存在<br>する。<br>終了の n 番目のインスタンスは、<br>開始の n 番目のインスタンスに関<br>連付けられる。 | 整数 | 符号なし<br>整数（32） |
|  | Media_PID | 0 … N | 上記開始~終了の対のバイト範囲か<br>ら抽出する必要がある媒体（例え<br>ば、ビデオ）の PID を記述する。<br>Media_PID 要素は、バイト範囲が M<br>PEG-2 TS のセグメントであり、全<br>ての PID を配信する必要がない場<br>合に使用される。 | 整数 | 符号なし<br>整数（16） |

以下、クライアントリクエストについて説明する。

クライアントによって取得されたメタデータのシグナリングは、シグナリング

情報の異なる部分またはレベルを含むことができる。したがって、クライアント
からサーバへのリクエストは、詳細の異なるレベルのパラメータを含むことがで
きる。

　クライアントの主要なパラメータはＵＲＩであり、クエリ部分に関連付けられ
る。

　次の３つの主要なシナリオを検討する。

　１）サーバベースのシナリオ

　サーバベースのシナリオでは、サーバからクライアントに提供されるメタデー
タは、一般コンテンツ情報３１０および一般インターバル情報３２０を含むこと
ができる。

　リクエストされたコンテンツのＵＲＩには、Ｄｅｆａｕｌｔ Ｃｏｎｔｅｎｔ Ｉ
ｎ ｔ Ｌｏｃ（そうでない場合はＤｅｆａｕｌｔ Ｃｏｎｔｅｎｔ Ｌｏｃ）を使用す
ることができる。クライアントがコンテンツの特定のフラグメントをリクエスト
できるようにするために、以下のパラメータａ）およびｂ）が（動作１４０にお
けるリクエストの）照会部分において定義される。

　ａ）「ｆｒａｎｇｏ」とは：インターバル内のフラグメントのオーダー値。

　ｂ）「Ｆｒａｇｔｉ」とは：インターバル内のフラグメントの開始時間。

　例えば、リクエストＵＲＩは「ＨＴＴＰ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌ
ｅ．ｍｐ４？ｆｒａｇｎｏ＝５」のようになる。

　２）分散シナリオ

　分散シナリオでは、サーバからクライアントに提供されるメタデータは、一般
コンテンツ情報３１０、一般インターバル情報３２０、およびＱｏＳ情報３３０
を含むことができる。

　上記のパラメータに加えて、クライアントが適切な代替物をリクエストできる
ようにするために、以下のＱｏＳ関連パラメータａ）〜ｃ）が（動作１４０にお
けるリクエストの）照会部分に定義される。

　ａ）「変更」：代替物のオーダー値。代替物の順序値に基づいて、代替物がＱｏ
Ｓ情報に表示される場合がある。

　ｂ）「ｏｐｅｒ１」、「ｏｐｅｒ２」、...、および「ｏｐｅｒＮ」：「ｏｐｅｒｉ」

は、ＱｏＳ情報に現れるｉ番目の適合動作の値を運ぶ。

　ｃ）「ｒｅｓ１」、「ｒｅｓ２」、...、「ＲｅｓＮ」：「ｒｅｓｉ」は、ＱｏＳ情報に現れるｉ番目のリソースの値を運ぶ。

　上記の３つのオプションのうち、１つのリクエストで使用できるのは１つだけである。

　一般的な適合演算子とリソースタイプでは、理解性と相互運用性を向上させるための特定のパラメータ名を定義することができる。

　適合演算子は次のａ）からｅ）までである。

　ａ）ａｕｄｉｏｌａｙｅｒｓ：破棄するスケーラブルオーディオレイヤの数を示す。

　ｂ）ｔｅｍｐｏｒａｌｌａｙｅｒｓ：破棄されるスケーラブルビデオの時間レイヤ数を示す。

　ｃ）ｓｐａｔｉａｌｌａｙｅｒｓ：破棄されるスケーラブルビデオの空間レイヤ数を示す。

　ｄ）ｑｕａｌｉｔｙｌａｙｅｒｓ：廃棄されるスケーラブルビデオの品質レイヤ数を示す。

　ｅ）ｐｒｉｏｒｉｔｙｌａｙｅｒｓ：破棄されるスケーラブルビデオの優先レイヤ数を示す。

　リソースタイプは、次のａ）からｄ）のとおりである。

　ａ）ｂｉｔｒａｔｅ：リクエストされた代替物の平均ビットレート（単位：Ｋｂｐｓ）を示す。

　ｂ）ｖｅｒｔｒｅｓｏｌｕｔｉｏｎ：リクエストされた代替物の垂直解像度を示す。

　ｃ）ｈｏｒｉｒｅｓｏｌｕｔｉｏｎ：リクエストされた代替物の水平解像度を示す。

　ｄ）ｆｒａｍｅｒａｔｅ：リクエストされた代替物のフレームレートを示す。

　事前定義されたパラメータを使用すると、ビットレートに基づくリクエストＵＲＩの例は「ｈｔｔｐ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａｇｎｏ＝５＆ｂｉｔｒａｔｅ＝５５０」となる。

３）クライアントベースのシナリオ

クライアントベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般的なコンテンツ、一般的なインターバル情報、ＱｏＳ情報、およびマッピング情報を含むことができる。

リクエストで使用されるＱｏＳ関連パラメータは、ＱｏＳＩｎｆｏメタデータのＲｅｑＱｏＳＰａｒａ部分で示すことができる。例えば、ＲｅｑＱｏＳＰａｒａのＲｅｆＩｎｄｅｘが０またはｎｕｌｌの場合、「変更」パラメータを他のオプションの代わりに使用できる。

ＲｅｑＱｏＳＰａｒａがＱｏＳＩｎｆｏメタデータに存在しない場合、ＱｏＳ関連パラメータを使用しなくてもよい。この場合の代替物は、ＭａｐｐｉｎｇＩｎｆｏの場所によって暗示される場合がある。

コンテンツのＵＲＩは、ＭａｐｐｉｎｇＩｎｆｏの豊富な記述から導出することができる。コンテンツ／プログラムがＭＰＥＧ－２ＴＳで搬送される場合、１つまたは複数のＰＩＤを使用して、ストリーム内のコンテンツの場所を特定することができる。

フラグメント境界を検出するための追加情報が提供される場合、（動作１４０におけるリクエストの）問い合わせ部分に対して以下のパラメータ１）から３）を使用することができる。

１）ＭＰＥＧ－２ＴＳ境界の場合、Ａｐｐｅａｒａｎｃｅ、ＰＣＲ＿ＰＩＤ、ＰＣＲ＿ｂａｓｅＰＣＲ＿ｅｘｔ、Ｍｅｄｉａ＿ＰＩＤ、およびＭｅｄｉａ＿Ｏｆｆｓｅｔ

２）ＩＳＯ媒体ファイル境界の場合、ＳｅｑｕｅｎｃｅＮｏ

３）生のバイトシーケンスと考えられるファイルの場合開始と終了

上のパラメータのセマンティクスは、Ｆｒａｇｂｏｕｎｄａｒｉｅｓ要素のセマンティクスで提供されることがある。

開始終了ペアは、ＨＴＴＰリクエストメッセージの範囲ヘッダーで使用できる。例えば、｛（＿Ｓｔａｒｔ＝０、Ｅｎｄ＝９９）；（Ｓｔａｒｔ＝２００、Ｅｎｄ＝２９９）｝の場合、ヘッダーは「範囲：バイト＝０－９９、２００－２９９」になる。

　以下、ＸＭＬ形式の構文表現について説明する。上記の構文要素の表現は、ＸＭＬ形式で提供してもよい。各要素のセマンティクスは、上記の表１から表７に遡ることができる。

　いくつかの要素は、ＭＰＥＧ－２１ＤＩＡで定義されたいくつかのタイプの拡張であってもよい。いくつかの少数の要素は、ＭＰＥＧ－２１ＤＩＡで定義されたいくつかのタイプを取り得る。

　次の表８は、ＸＭＬ形式でのＨＴＴＰＳｔｒｅａｍｉｎｇＴｙｐｅの構文表現を示す。

TABLE 8

```
<complexType name="HTTPStreamingType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="GeneralInfo" type="GeneralInfoType" minOccurs="0"/>
                <choice minOccurs="0" maxOccurs="unbounded">
                    <element name="IntervalsRef" type="IntervalsRefType"/>
                    <element name="Interval" type="IntervalType"/>
                </choice>
            </sequence>    </complexContent>
</complexType>
```

　次の表９は、ＸＭＬ形式でのＧｅｎｅｒａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 9

```
<complexType name="GeneralInfoType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="TimeScale" type="integer" minOccurs="0"/>
                <element name="LiveStartTime" type="dateTime" minOccurs="0"/>
                <element name="Duration" type="integer" minOccurs="0"/>
                <element name="DefaultIntDuration" type="integer" minOccurs="0"/>
                <element name="MinUpdateTime" type="integer" minOccurs="0"/>
                <element name="ConsistentQoSInfo" type="boolean" minOccurs="0"/>
                <element name="DefaultContentLoc" type="anyURI" minOccurs="0"/>
            </sequence>
        </extension>
```

TABLE 9-continued

```
        </complexContent>
</complexType>
```

　以下の表１０は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＲｅｆＴｙｐｅの構文表現を示す。

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOc-
curs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

以下の表１１は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＴｙｐｅの構文表現を示す。

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType" minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:ReferenceType"/>
        </choice>
        <element        name="PreviousIntervalsRef"      type="IntervalsRefType"
minOccurs="0"/>
          <element       name="NextIntervalsRef"     type="IntervalsRefType"
minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

次の表１２は、ＸＭＬ形式でのＩｎｔｅｒｖａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer" minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI" minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

以下の表１３は、ＸＭＬ形式におけるＩＳＯＦｉｌｅＢｏｕｎｄａｒｙＴｙｐｅおよびＢｙｔｅＲａｎｇｅｓＴｙｐｅの構文表現を示す。

TABLE 13

```
<complexType name="ISOFileBoundaryType" >
  <sequence>
    <element name="SequenceNo" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

　以下、ＭＰ４擬似コード形式の構文表現について説明する。上記構文要素の表現は、ＭＰ４擬似コード形式で提供されてもよい。

　以下の表１４は、ＭＰ４擬似コード形式におけるＨＴＴＰＳｔｒｅａｍｉｎｇＢｏｘの構文表現を示す。

TABLE 14

```
HTTPStreamingBox
  Box Type: 'htps'
  Container: Signaling file
  Mandatory: Yes
  Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

　図４は本発明の一実施形態によるＭＰＥＧ－２ＴＳにおける仮想境界の検出を説明する図である。

　ＴＳでは、所定のプログラムのＰＣＲパケットを固定のＰＩＤ（すなわちＰＣＲ＿ＰＩＤ）で搬送し、少なくとも１００ｍｓごとに挿入すればよい。

　ＰＣＴパケット（値が増加する）は、プログラムのアンカーポイントと考えることができる。一方、プログラムの各媒体は、所定のＰＩＤ（Ｍｅｄｉａ＿ＰＩＤ）のパケットで搬送されてもよい。

　したがって、媒体ストリームのフラグメント境界は、１）特定のアンカーポイント、および２）境界におけるアンカーからパケットへのオフセットによって定義または識別することができる。

　オフセットは、同じＭｅｄｉａ＿ＰＩＤのパケットによってカウントすることができる。

　ＰＣＲ値がリセットされることがある（不連続）。例えば、あるインターバルで１つ以上のＰＣＲパケットが同一のＰＣＲ値を有する場合には、アンカーとして用いるＰＣＲパケットの出現順を示してもよい。

　ｓｏｕｒｃｅＵＲＬ属性は、必須からオプションに変更できる。これは、ｂａ
ｓｅＵＲＬがすでに完全なＵＲＬを提供しているからである。ｓｏｕｒｃｅＵＲ
Ｌは不要な場合がある。

　複数バイト範囲を使用することで、「仮想セグメント」のダウンロードに柔軟
性を持たせることができる。例えば、（トリックモードで使用可能な）低フレー
ムレートのセグメントを、ストリームまたはオリジナルセグメントからオンザフ
ライで抽出することができる。

　さらに、表現のための複数のＵＲＬの使用をサポートするために、以下の変更
が３ＧＰＰ適応ＨＰＰＰストリーミングのスキーマに適用されることがある。

　以下、同一のリソース／コンテンツに対する複数の場所について説明する。

　記述の各レベル（トップレベル、ピリオドレベル、および表現レベル）は、記
述から絶対ＵＲＬを構築するための単一のＢａｓｅＵＲＬのみを提供することが
できる。

　各記述レベルで複数のＢａｓｅＵＲＬを提供してもよい。複数のＢａｓｅＵＲ
Ｌは、複数の場所におけるリソースの利用可能性を示すことができる。

　クライアントの実際の場所に応じて、クライアントは、リソースを検索するプ
ロセスにおいて１つまたは複数のＢａｓｅＵＲＬｓを選択することができる。

　このような変更は、異なる方法で実施することができる。１つの方法は、「ｍ
ｏｒｅｂａｓｅＵＲＬｓ」と呼ばれる追加の属性、または「ＢａｓｅＵＲＬｓ」
と呼ばれる要素を使用することである。

　属性または要素は、複数の（ベース）ＵＲＬで構成される文字列である。文字
列は、「；」（セミコロンとスペース）などの複数の特殊文字で区切ることができ
る。

　例えば、セミコロンまたはスペースがＵＲＬ内に現れる場合、セミコロンまた
はスペースは、ＲＦＣ２６１６の規則によってエンコードされてもよい。

　より低い説明レベルのｍｏｒｅｂａｓｅＵＲＬｓ属性（またはＢａｓｅＵＲＬ
ｓ要素）は、より高い説明レベルの同じ属性（または要素）を上書きすることが
できる。

　明確にするために、ｍｏｒｅｂａｓｅＵＲＬｓ属性とＢａｓｅＵＲＬｓ要素は

相互に排他的であるように制限することができる。つまり、１つのタイプのみが記述全体に存在する可能性がある。

別の方法として、複数のインスタンスを持つ任意のＵＲＩ型のＭｏｒｅｂａｓｅＵＲＬ要素を使用し、各インスタンスがＢａｓｅＵＲＬを提供するという方法がある。

様々な方法は、複数のＢａｓｅＵＲＬｓを提供するためのアイデアの単なる例であり得る。アイデアは、他の多くの方法で、または他の言語でさえ実装することができる。

以下、リソース／コンテンツコンポーネントの複数の場所について説明する。

リソース／コンテンツは、１つまたは複数のコンポーネント／ストリームに分割できる。１つ以上のコンポーネント／ストリームのそれぞれは、ある場所から配信されてもよい。配信は、ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットの複数のインスタンスを許可することによってサポートすることができる。ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでの修正「＜ｘｓ：ｃｈｏｉｃｅ　ｍａｘＯｃｃｕｒｓ＝＂ｕｎｂｏｕｎｄｅｄ＂＞」は、上記の目的のために使用することができる。

ＵｒｌＴｅｍｐｌａｔｅインスタンスまたはＵｒｌセットインスタンスの出現順序は、「場所／ストリーム」の重要性を示す場合がある。より重要な場所が、より重要でない場所の前に現れることがある。例えば、ビデオ表現は、２つのストリーム（例えば、空間基本層と空間強調層）を含むことがある。２つのストリームのそれぞれは、ＵｒｌＴｅｍｐｌａｔｅによって記述される場所から配信されてもよい。その後、ＵｒｌＴｅｍｐｌａｔｅの最初のインスタンスが空間ベースレイヤの場所になる場合がある。

さらに、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬの複数のインスタンスが許可される場合がある。ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのｎ番目のインスタンスは、場所のｎ番目のインスタンスに対応する（ＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットのいずれかによる）。

例えば、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのインスタンスが１つしか存在しない場合、そのインスタンスをすべての場所で使用できる。

　以下の表１５から１９は、３ＧＰＰＡｄａｐｔｉｖｅＨＴＴＰＳｔｒｅａｍｉ

ｎｇのスキーマを示す。

### TABLE 15

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation>   <!-- MPD: main element -->
    <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element    minOccurs="0"    name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element name="Period" type="PeriodType"/>
            <xs:element name="PeriodsRef" type="PeriodsRefType"/>
        </xs:choice>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element    minOccurs="0"    name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element    maxOccurs="unbounded"    name="Representation"
type="RepresentationType"/>
        <xs:element    minOccurs="0"    name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:element minOccurs="0" name="NextPeriodsRef" type="xs:PeriodsRef"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
    <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
    <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
```

TABLE 16-continued

```
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
    <xs:sequence>
        <xs:element    minOccurs="0" name="Title" type="xs:string"/>
        <xs:element    minOccurs="0" name="Source" type="xs:string"/>
        <xs:element    minOccurs="0" name="Copyright" type="xs:string"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
    <xs:sequence>
        <xs:element name="SegmentInfo" type="SegmentInfoType"/>
        <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>
        <xs:element minOccurs="0" name="TrickMode" type="TrickModeType"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="Quality"
type="QualityType"/>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
    <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
    <xs:attribute name="width" type="xs:unsignedInt"/>
    <xs:attribute name="height" type="xs:unsignedInt"/>
    <xs:attribute name="lang" type="xs:string"/>
    <xs:attribute name="mimeType" type="xs:string" use="required"/>
    <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>
    <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
    <xs:attribute name="requestPara" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
    <xs:sequence>
        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="name" type="xs:QualityNameType"/>
    <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="PSNR"/>
        <xs:enumeration value="MOS"/>
        <xs:enumeration value="ODG"/>
        <xs:enumeration value="DI"/>
```

TABLE 18-continued

```
      </xs:restriction>
   </xs:simpleType>
<!-- Segment access information -->
<xs:complexType name="SegmentInfoType">
      <xs:sequence>
         <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
         <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
         <xs:element      minOccurs="0"      maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
         <xs:choice maxOccurs="unbounded">
            <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
            <xs:sequence>
               <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
               <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
            </xs:sequence>
            <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
         </xs:choice>
      </xs:sequence>
      <xs:attribute name="baseURL" type="xs:anyURI"/>
      <xs:attribute name="morebaseUrls" type="xs:string"/>
      <xs:attribute name="duration" type="xs:duration"/>
      <xs:attribute name="randAccess" type="xs:string"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Segment URL -->
<xs:complexType name="UrlType">
      <xs:sequence>
         <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
      <xs:attribute name="range" type="xs:string"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 19

```
<!-- A URL template -->
<xs:complexType name="UrlTemplateType">
      <xs:sequence>
         <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs : attribute name="sourceURL" type="xs:anyURI"/>
      <xs:attribute name="id" type="xs:string"/>
      <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
      <xs:attribute name="endIndex" type="xs:unsignedInt">
      <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about the content protection -->
<xs:complexType name="ContentProtectionType">
      <xs:sequence>
         <xs:element minOccurs="0" name="SchemeInformation" type="xs:string"/>
         <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- Gives information about trick mode -->
<xs:complexType name="TrickModeType">
      <xs:sequence>
         <xs:any   namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
</xs:schema>
```

　図５は本発明の一実施形態に係る端末１００の構成を示す図である。

　制御部５１０は、動作１３０および１４０を実行することができる。具体的には、制御部５１０は、インターバルのメタデータを処理してもよい。

　処理に基づいてインターバルに適したフラグメントを選択する送受信部５２０は、動作１２０、１４０、および１５０を実行することができる。具体的には、送受信部５２０は、サーバ１１０からコンテンツのインターバルのメタデータを受信し、そのインターバルに適したフラグメントのリクエストをサーバに送信し、サーバからフラグメントを受信することができる。

　図６は本発明の一実施形態に係る端末１００の構成を示す図である。

　端末１００は、アクセスエンジン６１０および媒体エンジン６２０を含むことができる。

　アクセスエンジン６１０は、ＤＡＳＨアクセスエンジンであってもよい。

　アクセスエンジン６１０は、サーバ１１０からメタデータ（例えば、ＭＰＤ）を受信することができる。

　アクセスエンジン６１０は、リクエストを形成することができ、形成されたリクエストをサーバ１１０に発行することができる。アクセスエンジン６１０は、サーバ１１０から媒体（例えば、セグメントまたはセグメントの一部）を受信することができる。アクセスエンジンは、セグメントのＵＲＬを使用して媒体のセグメントをリクエストすることができる。

　アクセスエンジン６１０は、メタデータによって提供される情報に基づいて媒体のセグメントを受信することができる。ここで、各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

　アクセスエンジン６１０は、媒体エンジン６２０に媒体を提供してもよい。アクセスエンジン６１０は、セグメントに含まれる媒体のデータをデコードしてもよい。

　アクセスエンジン６１０の出力は、ＭＰＥＧコンテナの媒体（または媒体の一部）を含むことができる（例えば、ＩＳＯ／ＩＥＣ１４４９２－１２　ＩＳＯベース媒体ファイルフォーマット、またはＩＳＯ／ＩＥＣ１３８１８－２ＭＰＥＧ

－２ＴＳ）。さらに、アクセスエンジン６１０の出力は、媒体の内部タイミング
を媒体プレゼンテーションのタイムラインにマップするために使用されるタイミ
ング情報を含むことができる。

　媒体エンジン６２０は、提供された媒体を再生することができる。具体的には、
媒体エンジン６２０は、アクセスエンジンから媒体のデータを受信し、媒体を出
力することができる。媒体エンジン６２０は、アクセスエンジン６１０から出力
された媒体のデータとタイミング情報を用いて媒体を出力してもよい。

　図１から５を参照して説明した本発明の実施形態に係る技術情報は、本実施形
態に等しく適用できる。したがって、これ以上の説明は省略する。

　本発明の実施形態に係る方法は、プログラム命令を含むコンピュータ可読媒体
に記録され、コンピュータによって実現される種々の動作を実現することができ
る。媒体は、単独で又はプログラム命令と組み合わせて、データファイル、デー
タ構造等を含むこともできる。媒体に記録されたプログラム命令は、実施形態の
目的のために特別に設計され構築されたものであってもよく、またはそれらはコ
ンピュータソフトウェア・アーツの技術を有する者に周知であり利用可能な種類
のものであってもよい。コンピュータ可読媒体の例としては、ハードディスク、
フロッピーディスクおよび磁気テープのような磁気媒体、ＣＤ　ＲＯＭディスク
およびＤＶＤのような光媒体、光磁気ディスクのような光磁気媒体、および読み
出し専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモ
リ等のようなプログラム命令を記憶し実行するように特別に構成されたハードウェ
ア装置が挙げられる。プログラム命令の例には、コンパイラによって生成され
るようなマシンコードと、インタープリタを使用してコンピュータによって実行
され得る高レベルコードを含むファイルとの両方が含まれる。上述のハードウェ
ア装置は、本発明の上述の実施形態の動作を実行するために、１つまたは複数の
ソフトウェアモジュールとして動作するように、またはその逆に構成され得る。

　本発明のいくつかの実施形態を示し説明したが、本発明は、これらの実施形態
に限定されるものではない。代わりに、本発明の原理および精神から逸脱するこ
となく、これらの実施形態に変更を加えることができ、その範囲は特許請求の範
囲およびそれらの等価物によって定義されることが当業者には理解されよう。

特許請求の範囲

１．プロセッサによって実行される端末において媒体コンテンツを受信する方法であって、前記方法は、

複数のＢａｓｅＵＲＬ要素を有する属性を含む媒体コンテンツのメタデータを受信するステップと、

前記複数のＢａｓｅＵＲＬ要素からＢａｓｅＵＲＬ要素を選択するステップと、

前記選択されたＢａｓｅＵＲＬ要素に基づいて生成されたセグメントのＵＲＬを使用して、前記媒体コンテンツの前記セグメントのリクエストをサーバに送信するステップと、

前記サーバから前記セグメントを受信するステップとを含み、

前記メタデータは媒体プレゼンテーション記述（ＭＰＤ）であり、

前記ＭＰＤは１つまたは複数のピリオドを記述し、

前記ピリオドに１つ以上のグループが含まれ、

前記グループには１つまたは複数の表現が含まれ、

前記表現は、前記媒体コンテンツの１つ以上のセグメントを含み、

受信機は、前記それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能な同一のセグメントを受信し、前記ＢａｓｅＵＲＬ要素の中の第１のＢａｓｅＵＲＬ要素が、基本ユニバーサルリソースインジケータ（ＵＲＩ）として使用される。

２．前記ＢａｓｅＵＲＬ要素が、ＭＰＤのＭＰＤレベルＢａｓｅＵＲＬ要素、各ピリオドのピリオドレベルＢａｓｅＵＲＬ要素、各グループのグループレベルＢａｓｅＵＲＬ要素、および各表現の表現レベルＢａｓｅＵＲＬ要素を含む、請求項１に記載の方法。

３．特定のレベルの前記ＢａｓｅＵＲＬ要素が、より高いレベルのＢａｓｅＵＲＬ要素に関して解決され、

前記ピリオドレベルＢａｓｅＵＲＬ要素が、前記ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決され、

前記グループレベルＢａｓｅＵＲＬ要素が、前記ピリオドレベルＢａｓｅＵＲＬ要素に関して解決され、

　前記表現レベルＢａｓｅＵＲＬ要素がグループレベルＢａｓｅＵＲＬ要素に対して解決される、請求項２に記載の方法。

　４．前記媒体コンテンツは、ビットレート、垂直解像度、または水平解像度を含むリソースタイプに基づいて生成されたＵＲＩを使用してリクエストされる、請求項１に記載の方法。

　５．前記リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信される、請求項１に記載の方法。

　６．前記メタデータが範囲属性を含み、

　前記リクエストは、前記範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含む、請求項１に記載の方法。

　７．前記ＵＲＬが絶対ＵＲＬまたは相対ＵＲＬである、請求項１に記載の方法。

　８．前記メタデータは、前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含み、

　前記メタデータが前記セグメントの前記ｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうち前記ＢａｓｅＵＲＬ要素を前記ｓｏｕｒｃｅＵＲＬ属性にマッピングして前記ＵＲＬを生成する、請求項１に記載の方法。

　９．プロセッサによって実行されるサーバによって媒体コンテンツを提供する方法であって、前記方法は、

　選択されたＢａｓｅＵＲＬ要素に基づいて生成された、端末からのセグメントのＵＲＬを使用する媒体コンテンツの前記セグメントのリクエストを受信するステップと、

　前記セグメントを前記端末に提供するステップとを含み、

　前記端末は、前記媒体コンテンツのメタデータに基づいて、複数のＢａｓｅＵＲＬ要素からＢａｓｅＵＲＬ要素を選択し、

　前記メタデータは媒体プレゼンテーション記述（ＭＰＤ）であり、

　前記ＭＰＤは１つまたは複数のピリオドを記述し、

　前記ピリオドは１つ以上のグループを含み、

　前記グループは１つまたは複数の表現を含み、

　前記表現は、前記媒体コンテンツの１つ以上のセグメントを含み、

受信機は、前記それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能な同一のセグメントを受信し、前記Ｂａｓｅ ＵＲＬ要素の中の第１のＢａｓｅＵＲＬ要素が、基本ユニバーサルリソースインジケータ（ＵＲＩ）として使用される、方法。

１０．前記ＢａｓｅＵＲＬ要素は、ＭＰＤのＭＰＤレベルＢａｓｅＵＲＬ要素、各ピリオドのピリオドレベルＢａｓｅＵＲＬ要素、各グループのグループレベルＢａｓｅＵＲＬ要素、および各表現の表現レベルＢａｓｅＵＲＬ要素を含む、請求項９に記載の方法。

１１．特定のレベルの前記ＢａｓｅＵＲＬ要素が、より高いレベルのＢａｓｅ ＵＲＬ要素に関して解決され、

前記ピリオドレベルＢａｓｅＵＲＬ要素が、前記ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決され、

前記グループレベルＢａｓｅＵＲＬ要素が、前記ピリオドレベルＢａｓｅＵＲＬ要素に関して解決され、

前記表現レベルＢａｓｅＵＲＬ要素が、グループレベルＢａｓｅＵＲＬ要素に対して解決される、請求項１０に記載の方法。

１２．前記媒体コンテンツは、ビットレート、垂直解像度、または水平解像度を含むリソースタイプに基づいて生成されたＵＲＩを使用してリクエストされる、請求項９に記載の方法。

１３．前記リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信される、請求項９に記載の方法。

１４．前記メタデータが範囲属性を含み、

前記リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含む、請求項９に記載の方法。

１５．前記ＵＲＬが絶対ＵＲＬまたは相対ＵＲＬである、請求項９に記載の方法。

１６．前記メタデータは、前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含み、

前記メタデータが前記セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場

合には、ＢａｓｅＵＲＬ要素のうち前記ＢａｓｅＵＲＬ要素を前記ｓｏｕｒｃｅ

ＵＲＬ属性にマッピングして前記ＵＲＬを生成する、請求項９に記載の方法。



## Certification of Accuracy of Translation

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex I – U.S. Patent No. 10,027,736"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙　**J**

（１２）米国特許

Ｔｈａｎｇら

（１０）特許番号：ＵＳ１０，２７０，８３０Ｂ２

（４５）特許日：２０１９年４月２３日

（５４）表現を使用してストリーミングコンテンツを提供するための装置および方法

（７１）出願人：電子通信研究院（テジョン、Ｎ／Ａ、韓国）

（７２）発明者：Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ，テジョン（韓国）；Ｊｉｎ　Ｙｏｕｎｇ　Ｌｅｅ，テジョン（韓国）

（７３）譲受人

Ｉｄｅａｈｕｂ，ソウル（韓国）

（＊）注記：免責事項を条件として、この特許の期間は、米国特許法第１５４条（ｂ）に基づいて０日だけ延長または調整される。

（２１）出願番号：１６／１６８，９３３

（２２）出願日：２０１８年１０月２４日

（６５）先の公開データ

ＵＳ２０１９／００５８７４６Ａ１　２０１９年２月２１日

関連する米国特許出願データ

（６３）現在は特許第１０，１２２，７８０号である、２０１７年１２月７日に出願された特許出願第１５／８３４，７０２号の継続

（続く）

（３０）外国特許出願優先権データ

２０１１年３月１６日（韓国）　　１０－２０１１－００２３２７１

２０１２年３月１６日（韓国）　　１０－２０１２－００２６８６２

（５１）国際特許分類

Ｇ０６Ｆ　１５／１６（２００６年１月）

Ｈ０４Ｌ　２９／０６（２００６年１月）

Ｈ０４Ｎ　２１／８４（２０１１年１月）

Ｈ０４Ｎ　２１／２３４３（２０１１年１月）

Ｈ０４Ｎ　２１／２５８（２０１１年１月）

（続く）

（５２）米国クラス

ＣＰＣ　Ｈ０４Ｌ　６５／６０１（２０１３年１月）；Ｈ０４Ｌ　６５／４０８４（２０１３年１月）；Ｈ０４Ｌ　６５／６０２（２０１３年１月）；Ｈ０４Ｎ　２１／２３４３９（２０１３年１月）；Ｈ０４Ｎ　２１／２５８２５（２０１３年１月）；Ｈ０４Ｎ　２１／６１２５（２０１３年１月）；

（続く）

（５８）調査分類の分野

なし

完全な調査履歴については、特許出願ファイルを参照のこと。

（５６）引用文献

米国特許文献

８，８０６，６１５Ｂ２　２０１４年８月　Ａｈｕｊａら

８，９１４，８３５Ｂ２　２０１４年１２月　Ｃｈｅｎら

（続く）

外国特許文献

中国　１０１５８９６２５Ａ　２００９年１１月

欧州　２　２２４　７３２Ａ１　２０１０年９月

（続く）

他の刊行物

「ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ　：　Ｍｅｄｉａ　ｐｒｅｓｅｎｔａｔｉｏｎ　ｄａｔａ　ｍｏｄｅｌ」、３ＧＰＰ　ＴＳＧ　ＳＡ４　ｓｈａ－ｐｕ　５６、ソフィア・アンティポリス、フランス、２００９年１１月９日－１３日（英語で１３ページ）

（続く）

第一審査官－Ｍｅｌｖｉｎ　Ｈ　Ｐｏｌｌａｃｋ

（７４）代理人、エージェント、または事務所－ＮＳＩＰ　Ｌａｗ

（５７）要約

　メディアコンテンツのメタデータを使用する適応型ハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングサービスのための方法および装置が提供される。メディアコンテンツは、１つ以上の期間のシーケンスを含むことができる。各期間は、１つ以上の表現を含むことができる。メタデータは、表現間の関係を記述するために使用される情報を含むことができ、異なる表示ビット深度を有する端末のための情報を含むことができる。

３５クレーム、５図面用紙



ＵＳ１０，２７０，８３０Ｂ２
ページ２

関連する米国特許出願データ

現在は特許第９，８６０，２９３号である２０１２年３月１６日に特許出願ＰＣＴ／ＫＲ２
０１２／００１９２２として出願された特許出願第１４／００４，６４４号の継続である。

（５１）国際特許分類

Ｈ０４Ｎ　２１／８４５（２０１１年１月）

Ｈ０４Ｎ　２１／６１（２０１１年１月）

Ｈ０４Ｎ　２１／８５４３（２０１１年１月）

（５２）米国クラス

Ｈ０４Ｎ　２１／８４（２０１３年１月）；Ｈ０４Ｎ　２１／８４５６（２０１３年１月）；

Ｈ０４Ｎ　２１／８５４３（２０１３年１月）

（５６）引用文献

米国特許文献

８，９３５，２４９Ｂ２　２０１５年１月　Ｔｒａｕｂら

８，９６６，１０６Ｂ２　２０１５年２月　Ｗａｎｇら

９，０３７，５０２Ｂ２　２０１５年５月　Ｍｉｋｋｅｌｓｅｎら

９，１７６，９８４Ｂ２　２０１５年１１月　Ｈｕｌｌら

９，３１９，４４８Ｂ２　２０１６年４月　Ｃｈｅｎら

９，４７３，４７６Ｂ２　２０１６年１０月　Ｒａｊｕら

９，４９７，２９０Ｂ２　２０１６年１１月　Ｆｕｒｂｅｃｋら

９，５３１，７７９Ｂ２　２０１６年１２月　Ｐａｎｔｏｓら

９，５５８，２８２Ｂ２　２０１７年１月　Ｂｉｄｅｒｍａｎら

９，６０７，６５５Ｂ２　２０１７年３月　Ｂｌｏｃｈら

９，６４６，３５２Ｂ２　２０１７年５月　ＭｃＣｌｅｍｅｎｔｓ，ＩＶ

９，６５２，５５９Ｂ２　２０１７年５月　Ｂｙｒｎｅら

９，７１６，７３６Ｂ２　２０１７年７月　Ｈａｒｒｉｓｏｎ

９，７２９，８３０Ｂ２　２０１７年８月　Ｍａｙ，　Ｊｒら

９，７６２，６３５Ｂ２　２０１７年９月　Ｓｅｂａｓｔｉａｎら

９，８３８，４５０Ｂ２　２０１７年１２月　ＭｃＧｏｗａｎ

９，８７２，３２９Ｂ２　２０１８年１月　Ｋｉｍｍｉｃｈら

９，９１７，８７４Ｂ２　２０１８年３月　Ｌｕｂｙら

９，９６１，３８８Ｂ２　２０１８年５月　Ｈａｒｒｉｓｏｎら

９，９７８，０２３Ｂ２　２０１８年５月　Ｌｅｖｉｎら

２００５／００７１７５５Ａ１　２００５年３月　Ｈａｒｒｉｎｇｔｏｎら

２００６／００４７７７９Ａ１　２００６年３月　Ｄｅｓｈｐａｎｄｅ

２００６／０１７４３１５Ａ１　２００６年８月　Ｋｉｍら
２００８／０００２７７６Ａ１　２００８年１月　Ｂｏｒｅｒら
２００９／０１４１８９５Ａ１　２００９年６月　Ａｎｄｅｒｓｏｎら
２０１０／０２６６０４２Ａｌ　２０１０年１０月　Ｋｏｏら
２０１１／００５０７２７Ａｌ　２０１１年３月　Ｍｕｋａｗａ
２０１１／００８１０８３Ａｌ　２０１１年４月　Ｌｅｅら
２０１１／０１２３１１５Ａ１　２０１１年５月　Ｌｅｅら
２０１１／０３０７５４５Ａ１　２０１１年１２月　Ｂｏｕａｚｉｚｉ
２０１３／０１８５３９８Ａ１　２０１３年７月　Ｔｈａｎｇら
２０１６／０２３９７４９Ａ１　２０１６年８月　Ｐｅｒｅｄｒｉｙら
２０１６／０２６９４６１Ａ９　２０１６年９月　Ｔｈａｎｇら
２０１７／０１４２１８０Ａ１　２０１７年５月　ＭｃＧｏｗａｎら

外国特許文献
日本　２００２−３３５５１９Ａ　２００２年１１月
韓国　１０−２００４−００２５９９４Ａ　２００４年３月
韓国　１０−２００６−００８７７９３Ａ　２００６年８月
韓国　１０−０６８７７３０Ｂ１　２００７年２月
ＷＯ　ＷＯ２００８／０４９４４６Ａ１　２００８年５月
ＷＯ　ＷＯ２０１０／０８２７８６Ａ２　２０１０年７月

他の刊行物
３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ、「Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ−ＤＡＳＨ）」、３ＧＰＰ　ＴＳ　２６．２４７　Ｖ１．０．０、リリース１０、４ＤＶＡＮＣＥＤ　ＬＴＥ、２０１０年、ｐｐ．１−３５。Ｃｈｒｉｓｔｉａｎ　Ｔｉｍｍｅｒｅｒら、「ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ　ｏｆ　ＭＰＥＧ　Ｍｅｄｉａ」、Ｐｒｏｃｅｅｄｉｎｇｓ　ｏｆ　Ｓｔｒｅａｍｉｎｇ　Ｄａｙ、２０１年９月　（４ページ、英語）。
Ｈｕａｗｅｉ　Ｔｅｃｈｎｏｌｏｇｉｅｓ　Ｃｏ.,Ｌｔｄ、「Ｐａｒｔｉａｌ　Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ　Ｍａｎａｇｅｍｅｎｔ」、３ＧＰＰ　ＤＲＡＦＴ；３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ（３ＧＰＰ）。
３ＧＰＰ　ＴＳＧ−ＳＡ４　Ｍｅｅｔｉｎｇ　＃６０　Ｓ４−１００６４２．ＸＰ０５０６３８７９０、２０１０年８月１６日−２０日、（３ページ、英語）。
「３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ；Ｔｅｃｈｎｉｃａｌ　Ｓｐｅｃｉｆｉｃａｔｉｏｎ　Ｇｒｏｕｐ　Ｓｅｒｖｉｃｅｓ　ａｎｄ　Ｓ

ｙｓｔｅｍ　Ａｓｐｅｃｔｓ　Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃ
ｋｅｔ　ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ（ＰＳＳ）；Ｐｒｏｇｒ
ｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒ
ｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ－ＤＡＳＨ）（リリース１０）」、３ｒｄ　Ｇｅ
ｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ（３ＧＰＰ）、３ＧＰＰ　Ｔ
Ｓ　２６．ｃｄｅ．Ｖ１．０．０（２０１０年８月）、ＸＰ０５０４４２０２９、２０１年
８月２５日、（３４ページ、英語）。
「Ｉｎｆｏｒｍａｔｉｏｎ　Ｔｅｃｈｎｏｌｏｇｙ－Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ
Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（ＤＡＳＨ）－Ｐａｒｔ　１：Ｍｅｄｉａ　ｐｒ
ｅｓｅｎｔａｔｉｏｎ　ｄｅｓｃｒｉｐｔｉｏｎ　ａｎｄ　ｓｅｇｍｅｎｔ　ｆｏｒｍａ
ｔ」、ＩＳＯ／ＩＥＣ　ＤＩＳ　２３００９－１、２０１１年８月３０日（１３４ページ、
英語）。
相手方の国際出願ＰＣＴ／ＫＲ２０１２／００１９２２号の２０１２年１０月４日付けの
国際調査報告書（５ページ、韓国語、完全な英訳付き）。
相手方の中国特許出願第２０１２８０００１３５２７．７号の２０１６年１月２５日付けの
中国特許庁拒絶理由通知（１０ページ、中国語）。
ＥＴＳＩ　「Ｕｎｉｖｅｒｓａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎ
ｓ　Ｓｙｓｔｅｍ　（ＵＭＴＳ）；ＬＴＥ；Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎ
ｄ　Ｐａｃｋｅｔ－ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ（ＰＳＳ）；
Ｐｒｏｔｏｃｏｌｓ　ａｎｄ　ｃｏｄｅｃｓ」、Ｅｕｒｏｐｅａｎ　Ｔｅｌｅｃｏｍｍｕｎ
ｉｃａｔｉｏｎｓ　Ｓｔａｎｄａｒｄｓ　Ｉｎｓｔｉｔｕｔｅ、（３ＧＰＰ　ＴＳ　２６．
２３４バージョン９．３．０　リリース９）、２０１０年６月、フランス、ｐｐ．１－１８
６（英語）。
３ＧＰＰ　「３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃ
ｔ　；Ｔｅｃｈｎｉｃａｌ　Ｓｐｅｃｉｆｉｃａｔｉｏｎ　Ｇｒｏｕｐ　Ｓｅｒｖｉｃｅ
ｓ　ａｎｄ　Ｓｙｓｔｅｍ　Ａｓｐｅｃｔｓ　Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－
ｅｎｄ　Ｐａｃｋｅｔ　ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ　（Ｐ
ＳＳ）；Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐ
ｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ－ＤＡＳＨ）」、３ＧＰＰ　Ｏ
ｒｇａｎｉｚａｔｉｏｎａｌ　Ｐａｒｔｎｅｒｓ、（リリース１０）　２０１０年８月、フ
ランス、ｐｐ．１－３４（英語）。

# 図1



MPD

期間

適応セット

表現

セグメント

⋮

セグメント

⋮

表現

⋮

適応セット

⋮

期間

# 図2



# 図3





図4

コンテンツ―レベル情報 〜410

区間―レベル情報 〜420

QoS情報 430

マッピング情報 〜440

コンテンツ

第2の区間

第1の区間

選択肢1

選択肢2

フラグメント



図5

表現を使用してストリーミングコンテンツを提供するための装置および方法

関連出願の相互参照

本特許出願は、２０１２年３月１６日に出願された韓国特許出願第１０－２０１２－００
２６８６２号および２０１１年３月１６日に出願された韓国特許出願第１０－２０１１－
００２３２７１号の米国特許法第１１９条（ａ）および第３６５条（ｂ）に基づく利益を主
張する、２０１２年９月２０日にＷＯ２０１２／１２５００６として公開された２０１２
年３月１６日に出願された国際出願第ＰＣＴ／ＫＲ２０１２／００１９２２号の国内段階
である、現在は２０１８年１月２日に発行された米国特許第９，８６０，２９３号である２
０１３年９月１１日に出願された米国特許出願第１４／００４，６４４号の継続である、２
０１７年１２月７日に出願された米国特許出願第１５／８３４，７０２号の継続であり、上
記の全てのそれぞれの全体の開示は、全ての目的のために参照によって本明細書に組み込
まれる。

技術分野

　本発明は、ストリーミングコンテンツを提供するための技術に関し、より具体的には、メ
ディアコンテンツの表現を使用してメディアコンテンツを提供するための装置および方法
に関する。

背景技術

　ストリーミングは、音声や動画などのマルチメディアコンテンツを送信および再生する
ためのスキームの１つである。クライアントは、ストリーミングを介してコンテンツを受信
しているときにコンテンツを再生することができる。

　適応型ストリーミングサービスとは、クライアントの要求とその要求に応じたサーバの
応答とを伴う通信方式を使用してストリーミングサービスを提供することを指す。

　クライアントは、適応型ストリーミングサービスを使用して、クライアントの環境（例え
ば、クライアントの伝送チャネル）に適したメディアシーケンスを要求することができる。
サーバは、サーバに含まれる様々な品質のメディアシーケンスの中から、クライアントの要
求に一致するメディアシーケンスを提供することができる。

　適応型ストリーミングサービスは、様々なプロトコルに基づいて提供されることができ
る。ハイパーテキスト転送プロトコル（ＨＴＴＰ）適応型ストリーミングサービスとは、Ｈ
ＴＴＰに基づいて提供される適応型ストリーミングサービスを指す。ＨＴＴＰ適応型スト
リーミングサービスのクライアントは、ＨＴＴＰを使用してサーバからコンテンツを受信
し、ストリーミングサービスに関連付けられた要求をサーバに送信することができる。

発明の開示

技術的目的

　本発明の態様は、アクセシビリティ情報を含む表現を使用してメディアコンテンツを再生することができる装置および方法を提供する。

　本発明の別の態様は、メディアコンテンツの表現間の関係を記述するために使用される情報を使用してメディアコンテンツを再生することができる装置および方法を提供する。

　本発明のさらに別の態様は、異なる表示ビット深度を有する端末の異なる表現の情報を使用してメディアコンテンツを再生することができる装置および方法を提供する。

技術的解決策

　本発明の態様によれば、メディアコンテンツを提供するための方法であって、メディアコンテンツのメタデータを受信することであって、メタデータが、1つ以上の期間を含むことと、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることと、セグメントに含まれるメディアコンテンツのデータを復号およびレンダリングすることと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、メディアコンテンツを知覚するのが困難な障害のあるユーザをサポートするために使用される情報を含む、方法が提供される。

　各表現のメディアコンポーネントは、障害のあるユーザの問題に対処するために強化されることができ、メディアコンポーネントの強化は、コントラストの調整および色の調整のうちの少なくとも1つを含むことができる。

　各表現に含まれる情報は、各表現の使用目的を示すことができ、使用目的は、手話、サブタイトル、キャプション、および記述のうちの少なくとも1つを含むことができる。

　各表現に含まれる情報は、外部のＭｏｖｉｎｇ　Ｐｉｃｔｕｒｅ　Ｅｘｐｅｒｔｓ　Ｇｒｏｕｐ(ＭＰＥＧ)－２１　Ｄｉｇｉｔａｌ　Ｉｔｅｍ　Ａｄａｐｔａｔｉｏｎ(ＤＩＡ)への参照を提供する属性を示すことができる。

　本発明の別の態様によれば、メディアコンテンツを提供するための方法であって、メディアコンテンツのメタデータを受信することであって、メタデータが、1つ以上の期間を含むことと、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることと、セグメントに含まれるメディアコンテンツのデータを復号およびレンダリングすることと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、メタデータが、表現間の関係を記述する属性を含む、方法が提供される。

　表現のうちの第1の表現は、表現の一部のリストを示す属性を含むことができ、表現の一部のうちの表現とともに使用されることができる。

　第1の表現は、音声記述に使用される表現とすることができる。

　表現の各部分は、ビデオコンポーネントに使用される表現とすることができる。

　表現のうちの第1の表現は、表現の一部のリストを示す属性を含むことができる。

　表現の一部のうちの表現は、第1の表現によって置き換えられることができる。

　本発明のさらに別の態様によれば、メディアコンテンツを提供するための方法であって、メディアコンテンツのメタデータを受信することであって、メタデータが、1つ以上の期間を含むことと、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることと、セグメントに含まれるメディアコンテンツのデータを復号およびレンダリングすることと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、異なる表示ビット深度を有する端末の異なる表現を選択するために使用されるビット深度属性を含む、方法が提供される。

　ビット深度属性は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を示すことができる。

　本発明のさらに別の態様によれば、メディアコンテンツのメタデータを受信し、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントを受信し、セグメントに含まれるメディアコンテンツのデータを復号するためのアクセスエンジンであって、メタデータが1つ以上の期間を含む、アクセスエンジンと、アクセスエンジンからメディアコンテンツのデータを受信し、メディアコンテンツを出力するためのメディアエンジンと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、メディアコンテンツを知覚するのが困難な障害のあるユーザをサポートするために使用される情報を含む、端末が提供される。

　本発明のさらに別の態様によれば、メディアコンテンツのメタデータを受信し、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントを受信し、セグメントに含まれるメディアコンテンツのデータを復号するためのアクセスエンジンであって、メタデータが1つ以上の期間を含む、アクセスエンジンと、アクセスエンジンからメディアコンテンツのデータを受信し、メディアコンテンツを出力するためのメディアエンジンと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、メタデータが、表現間の関係を記述する属性を含む、端末が提供される。

　本発明のさらに別の態様によれば、メディアコンテンツのメタデータを受信し、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントを受信し、セグメントに含まれるメディアコンテンツのデータを復号するためのアクセスエンジンであって、メタデータが1つ以上の期間を含む、アクセスエンジンと、アクセスエンジンからメディアコンテンツのデータを受信し、メディアコンテンツを出力するためのメディアエンジンと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、表示ビット深度が異なる端末の異なる表現を選択するために使用されるビット深度属性を含む、端末が提供される。

発明の効果

　本発明の実施形態によれば、アクセシビリティ情報を含む表現を使用してメディアコンテンツを再生することが可能である。

　さらに、本発明の実施形態によれば、メディアコンテンツの表現間の関係を記述するために使用される情報を使用して、メディアコンテンツを再生することが可能である。

　さらにまた、本発明の実施形態によれば、異なる表示ビット深度を有する端末について、異なる表現の情報を使用してメディアコンテンツを再生することが可能である。

図面の簡単な説明

　図1は、ＨＴＴＰ（ＤＡＳＨ）高レベルデータモデルを介した動的適応型ストリーミングを示す図である。

　図2は、本発明の実施形態にかかるコンテンツ処理方法を示す信号フローチャートである。

　図3は、本発明の実施形態にかかるシグナリング情報のカテゴリを示す図である。

　図4は、本発明の実施形態にかかる、コンテンツ分割の階層およびシグナリング情報のレベルを示す図である。

　図5は、本発明の実施形態にかかる端末の構成を示す図である。

発明を実施するための最良の形態

　ここで、本発明の実施形態を詳細に参照し、その例を添付の図面に示し、同様の参照符号は、全体を通して同様の要素を指す。図を参照して本発明を説明するために、以下に実施形態を説明する。

２０１１年８月３０日に発行されたＩＳＯ／ＩＥＣ　ＤＩＳ　２３００９－１のドキュメント「Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ　（ＤＡＳＨ）－Ｐａｒｔ　１:Ｍｅｄｉａ　ｐｒｅｓｅｎｔａｔｉｏｎ　ｄｅｓｃｒｉｐｔｉｏｎ　ａｎｄ　ｓｅｇｍｅｎｔ　ｆｏｒｍａｔ」の全体が本特許出願の参照として引用され、以下の実施形態を説明するために使用される。

　以下、本発明の実施形態について、添付の図面を参照してさらに説明するが、本発明の実施形態に限定されるものではない。同様の参照符号は、全体を通して同様の要素を指す。

　本明細書で使用される「指定する（specify）」、「示す（indicate）」、および「意味する（mean）」という用語は、同じ意味を有することができる。さらに、本明細書で使用される「ユニフォームリソースロケータ（ＵＲＬ）」および「ユニフォームリソース識別子（ＵＲＩ）」という用語は、同じ意味を有することができ、交換可能とすることができる。

　特定の要素のインデックスが１からＮ、または０からＮの場合、特定の要素の数は、１つ以上とすることができる。Ｎは、０以上の整数である。

　以下、実施形態で使用される用語の例を説明する。

　ＤＡＳＨは、１）ＨＴＴＰサーバからＨＴＴＰクライアントへのメディアコンテンツの配信を可能にし、２）標準のＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にするフォーマットを指定することができる。フォーマットは、例えば、拡張マークアップ言語（Ｘ

ＭＬ）フォーマット、またはバイナリフォーマットを含むことができる。

　メディアコンテンツは、単一のメディアコンテンツ期間、または連続した一連のメディア
コンテンツ期間とすることができる。以下、メディアコンテンツ、メディア、およびコンテ
ンツは、交換可能な用語として使用されることができる。メディアコンテンツは、例えば、
オーディオ、ビデオ、または時限テキストなど、共通のタイムラインを有するメディアコン
テンツコンポーネントのセットとすることができる。さらに、メディアコンポーネントは、
メディアコンポーネントがプログラムまたは映画としてどのように提示されることができ
るか（例えば、個別に、共同で、または相互に排他的に）についての関係を有することがで
きる。メディアコンテンツは、オンデマンドコンテンツ、またはライブコンテンツとするこ
とができる。

　コンテンツは、１つ以上の区間に分割されることができる。換言すれば、コンテンツは、
１つ以上の区間を含むことができる。以下、区間および期間は、交換可能な用語として使用
されることができる。期間という用語は、第３世代パートナーシッププロジェクト（３ＧＰ
Ｐ）の適応型ＨＴＴＰストリーミングにおける用語として使用されることができる。換言す
れば、期間は、メディアプレゼンテーションの区間とすることができる。全ての期間の連続
シーケンスは、メディアプレゼンテーションを構成することができる。

　１つ以上の区間は、基本単位とすることができる。１つ以上の区間は、シグナリングメタ
データによって記述されることができる。換言すれば、メタデータは、１つ以上の区間のそ
れぞれを記述することができる。メタデータは、後に説明するメディアプレゼンテーション
記述（ＭＰＤ）とすることができる。

　メディアコンテンツコンポーネントは、メディアコンポーネントタイプが割り当てられ
たメディアコンテンツの連続コンポーネントとすることができる。メディアコンテンツコ
ンポーネントは、メディアストリームに個別に符号化されることができる。メディアコンポ
ーネントは、例えば、帯域幅、言語、または解像度などの特定の属性を有するオーディオ、
ビデオ、または時限テキストなど、個々のメディアタイプの符号化されたバージョンとする
ことができる。

　メディアストリームは、メディアコンテンツコンポーネントの符号化されたバージョン
とすることができる。

　メディアコンポーネントタイプは、オーディオ、ビデオ、またはテキストなどの単一タイ
プのメディアコンテンツとすることができる。

　メディアプレゼンテーションは、メディアコンテンツの制限付きまたは制限なしのプレ
ゼンテーションを確立するために使用されるデータのコレクションとすることができる。
メディアプレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡ
ＳＨクライアントがアクセスすることができるデータのコレクションとすることができる。
ＭＰＤは、ＭＰＤによって記述されることができる。メディアプレゼンテーションは、ユー
ザにストリーミングサービスを提供するためにＤＡＳＨクライアントがアクセスすること

ができるデータのコレクションとすることができる。

　ＭＰＤは、ストリーミングサービスを提供するためのメディアプレゼンテーションの正式な記述とすることができる。ＭＰＤは、ユーザにストリーミングサービスを提供し、セグメントにアクセスするための適切なＨＴＴＰ－ＵＲＬを構築するために、ＤＡＳＨクライアントに必要とされるメタデータを含むドキュメントとすることができる。メディアプレゼンテーションは、ＭＰＤの可能な更新を含むＭＰＤによって記述されることができる。

　ＭＰＤは、１）セグメントにアクセスし、２）ユーザにストリーミングサービスを提供するために、適切なＨＴＴＰ－ＵＲＬを構築するためにＤＡＳＨクライアントに必要とされるメタデータを含むドキュメントとすることができる。ＨＴＴＰ－ＵＲＬは、絶対的または相対的とすることができる。ＭＰＤは、ＸＭＬドキュメントとすることができる。

　ＭＰＤは、セグメントのリソース識別子をアナウンスするためのフォーマットを定義することができる。ＭＰＤは、メディアプレゼンテーション内で識別されたリソースのコンテキストを提供することができる。リソース識別子は、ＨＴＴＰ－ＵＲＬとすることができる。ＵＲＬは、バイト範囲属性によって制限されることができる。

　期間は、メディアプレゼンテーションの区間とすることができる。全ての期間の連続シーケンスは、メディアプレゼンテーションを構成することができる。換言すれば、メディアプレゼンテーションは、１つ以上の期間を含むことができる。あるいは、メディアプレゼンテーションは、１つ以上の期間のシーケンスを含むことができる。

　表現は、配信フォーマットにおける１つ以上のメディアストリームのコレクションおよびカプセル化とすることができ、記述的メタデータに関連付けられることができる。表現は、単一期間内の１つ以上のメディアコンポーネントの構造化されたコレクションとすることができる。換言すれば、表現は、定義された期間中にメディアコンテンツを形成するメディアコンテンツコンポーネントの完全なセットまたはサブセットの代替選択肢の１つとすることができる。表現は、１つ以上のメディアストリームを含むことができる。

　表現は、期間（すなわち、表現を含む期間）の開始点から開始し、期間の終了点まで継続することができる。

　表現は、典型的には、例えば、ビットレート、解像度、言語、コーデックなどによって、符号化の選択によって異なる、メディアコンテンツまたはメディアコンテンツのサブセットの代替選択肢の１つとすることができる。

　ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つ以上の表現を選択することを可能にする記述情報を提供することができる。

　以下、表現およびメディア表現は、交換可能な用語として使用されることができる。

　単一の区間に対応するセグメントの２つ以上のセットが存在することができる。各セットは、表現または代替と呼ばれることができる。

　セグメントは、定義されたフォーマットを有するＭＰＤにおけるアドレス可能な最小単位とすることができる。以下、セグメントおよびメディアセグメントは、交換可能な用語と

して使用されることができる。

　各区間は、セグメントに分割されることができる。以下、セグメントおよびフラグメントは、交換可能な用語として使用されることができる。セグメントという用語は、３ＧＰＰ適応型ＨＴＴＰストリーミングの用語として使用されることができる。

　セグメントは、例えばＲＦＣ　２６１６において定義されているように、ＨＴＴＰ－ＵＲＬに対するＨＴＴＰ／１．１　ＧＥＴ要求（またはバイト範囲で示される部分に対するＧＥＴ要求）に対する応答のエンティティ本体を意味することができる。

　端末は、受信したバイト（すなわち、セグメント）を使用してメディアコンテンツを再生することができる。

　サブセグメントとは、セグメントレベルでセグメントインデックスによってインデックス付けされることができるセグメント内の最小単位を意味することができる。

　サブ表現は、全期間に存在するＭＰＤに記述された表現の一部とすることができる。

　ランダムアクセスポイント（ＲＡＰ）は、メディアセグメント内の特定の場所とすることができる。ＲＡＰは、メディアセグメントに含まれる情報のみを使用して、ＲＡＰの場所から連続的に再生を開始することができる場所として識別されることができる。

　ＤＡＳＨは、メディアコンテンツを配信するためのメディアストリーミングモデルを提供することができる。クライアントは、配信のセッションを排他的に制御することができる。クライアントは、ＤＡＳＨ固有の機能を有しない標準のウェブサーバからＨＴＴＰプロトコルを使用してデータを要求することができる。したがって、ＤＡＳＨ規格は、ＤＡＳＨメディアプレゼンテーションを提供するために使用されるデータフォーマットに焦点を当てることができる。

　メディアコンテンツの符号化された配信可能なバージョンのコレクション、およびバージョンの適切な記述は、メディアプレゼンテーションを形成することができる。メディアコンテンツは、１つ以上の連続したメディアコンテンツ期間を含むことができる。各メディアコンテンツ期間は、１つ以上のメディアコンテンツコンポーネント、例えば、様々な言語のオーディオコンポーネントおよびビデオコンポーネントを含むことができる。メディアコンテンツコンポーネントタイプは、各メディアコンテンツコンポーネントに割り当てられることができ、例えば、オーディオまたはビデオを含むことができる。

　各メディアコンテンツコンポーネントは、１つ以上の符号化されたバージョンを有することができる。メディアコンテンツコンポーネントの符号化されたバージョンは、「メディアストリーム」と呼ばれることができる。各メディアストリームは、メディアコンテンツ、メディアコンテンツ期間、またはメディアストリームの符号化に使用されるメディアコンテンツの属性を継承することができる。さらに、各メディアストリームに、サブサンプリング、コーデックパラメータ、符号化ビットレートなどの符号化プロセスのプロパティを割り当てることができる。したがって、メタデータは、メディアコンテンツコンポーネントおよびメディアストリームの静的および動的な選択に関連することができる。

図1は、ＤＡＳＨ高レベルデータモデルを示す図である。

ＤＡＳＨは、図1に示されるように、階層データモデルに基づくことができる。

ＤＡＳＨメディアのプレゼンテーションは、ＭＰＤドキュメントによって記述されることができる。ＭＰＤは、期間のシーケンスを記述することができる。期間のシーケンスは、メディアプレゼンテーションを形成することができる。期間は、通常、メディアコンテンツの符号化されたバージョンの一貫したセットが利用可能であるメディアコンテンツ期間を表すことができる。換言すれば、単一の期間中、ビットレート、言語、キャプション、サブタイトルなどは変更されない場合がある。

期間は、1つ以上の適応セットを含むことができる。適応セットは、1つ以上のメディアコンテンツコンポーネントの交換可能な符号化されたバージョンのセットを表すことができる。例えば、メインビデオコンポーネント用の適応セットと、メインオーディオコンポーネント用の個別の適応セットが存在することができる。例えば、キャプションや音声記述など、他の利用可能な素材がある場合、他の利用可能な素材は、それぞれ、個別の適応セットを有することができる。

適応セットは、1つ以上の表現を含むことができる。表現は、1つ以上のメディアコンテンツコンポーネントの配信可能な符号化されたバージョンを記述することができる。表現は、1つ以上のメディアストリームを含むことができる。適応セット内の単一の表現は、単一の表現に含まれるメディアコンテンツコンポーネントをレンダリングするのに十分とすることができる。通常、クライアントは、ネットワークの状態やその他の要因に適応するために、ある期間中に1つの表現から別の表現に切り替えることができる。クライアントはまた、クライアントによってサポートされていない、またはその他の点で不適切なコーデックまたはその他のレンダリング技術に依存する表現を無視することもできる。

表現内では、コンテンツは、時間的にセグメントに分割されることができる。換言すれば、表現は、1つ以上のセグメントを含むことができる。セグメントは、ＭＰＤにおいてアドバタイズされるデータの基本単位とすることができる。セグメントごとにＵＲＬを提供することができる。ＵＲＬの提供は、セグメントが単一のＨＴＴＰリクエストによって取得されることができるデータの最大単位であることを示すことができる。ＭＰＤは、ＵＲＬとともに、ＵＲＬのバイト範囲を含むことができる。したがって、セグメントは、他のより大きなリソースのバイト範囲に含まれることができる。

以下、上述したデータモデルのコンポーネント間の関係について説明する。

ＭＰＤは、1つ以上の期間のシーケンスを含むことができる。

各期間は、1つ以上の適応セットを含むことができる。適応セットが1つ以上のメディアコンテンツコンポーネントを含む場合、各メディアコンテンツコンポーネントは、個別に定義されることができる。

各適応セットは、1つ以上の表現を含むことができる。

各表現は、1つ以上のサブ表現を含むことができる。

　各表現は、１つ以上のセグメントを含むことができる。

　セグメントは、メディアデータ、および／またはセグメントを含むメディアコンテンツにアクセス、復号、および提示するためのメタデータを含むことができる。

　適応セット、表現、およびサブ表現は、共通の属性および要素を共有することができる。

　各セグメントは、１つ以上のサブセグメントを含むことができる。

　ＭＰＤを示すＭＰＤドキュメントは、要素「ＭＰＤ」を含むことができる。

　以下の表１は、ＭＰＤのＸＭＬスキーマを示している。

表１

――――――――――――――――――――――――――――――――――――

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:mpeg:DASH:schema:MPD:2011"
attributeFormDefault="unqualified"
elementFormDefault="qualified"
xmlns:xs="http://www.w3.org/2001/XMLSchema"
xmlns:xlink="http://www.w3.org/1999/xlink"
xmlns="urn:mpeg:DASH:schema:MPD:2011">
<xs:import namespace="http://www.w3.org/1999/xlink"
schemaLocation="http://www.w3.org/1999/xlink.xsd"/>
<xs:annotation>
<xs:appinfo>Media Presentation Description</xs:appinfo>
<xs:documentation xml:lang="en">
This Schema defines the Media Presentation
Description for MPEG-DASH.
</xs:documentation>
</xs:annotation>
<!-- MPD: main element -->
<xs:element name="MPD" type="MPDtype"/>
...
</xs:schema>
```

――――――――――――――――――――――――――――――――――――

　表１は、ＭＰＤのＸＭＬスキーマの最初の部分を示している。最初の部分は、名称空間やその他の定義を含むことができる。

　ローカルＭＰＤからリモート要素を参照するためのメカニズムを定義することができる。ワールド・ワイド・ウェブ・コンソーシアム（Ｗ３Ｃ）ＸＬＩＮＫの単純なリンクのサブセットを定義することができ、これは、１）制限された構文およびセマンティクス、および２）処理モデルから構成される。

　ＩＳＯ／ＩＥＣ　２３００９の一部で使用されているＸＬＩＮＫ属性は、以下のとおりである：

　「ｘｌｉｎｋ：ｔｙｐｅ」は、使用されているＷ３Ｃ　ＸＬＩＮＫのタイプを定義することができる。

　「ｘｌｉｎｋ：ｈｒｅｆ」は、ＩＥＴＦ　ＲＦＣ　３９８６において定義されているように、ＵＲＩを使用してリモート要素を識別することができる。

　「ｘｌｉｎｋ：ｓｈｏｗ」は、Ｗ３Ｃ　ＸＬＩＮＫにおいて定義されているように、ＭＰＤ内から逆参照されたリモート要素の望ましい動作を定義することができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、Ｗ３Ｃ　ＸＬＩＮＫにおいて定義されているように、ＭＰＤ内からリモート要素を逆参照する望ましいタイミングを定義することができる。

　以下の表２は、ＸＬＩＮＫのＸＭＬスキーマを示している。

表２

```
<?xml version= '1.0' encoding= 'UTF-8' ?>
<xs:schema xmlns:xs= "http://www.w3.org/2001/XMLSchema"
targetNamespace= "http://www.w3.org/1999/xlink"
xmlns:xlink= "http://www.w3.org/1999/xlink" >
<xs:attribute name= "type" type= "xs:token" fixed= "simple" />
<xs:attribute name= "href" type= "xlink:hrefType" />
<xs:simpleType name= "hrefType" >
<xs:restriction base= "xs:anyURI" />
</xs:simpleType>
<xs:attribute name= "show" type= "xs:token" fixed= "embed" />
<xs:attribute    name= "actuate"
type= "xlink:actuateType
" default= "onRequest" />
<xs:simpleType name= "actuateType" >
<xs:restriction base= "xs:token" >
<xs:enumeration value= "onLoad" />
<xs:enumeration value= "onRequest" />
</xs:restriction>
</xs:simpleType>
</xs:schema>
```

　スキーマでは、各要素または各属性の名称空間、名称、タイプ、およびデフォルト値を記述することができる。さらに、要素と属性との間の階層関係を記述することができる。

属性「ｘｌｉｎｋ：ｈｒｅｆ」内のＵＲＩ参照を処理するために適用されるルールは、以下のとおりである：

解決できないリモート要素へのＵＲＩ参照は、無効な参照として扱われることができ、ＭＰＤを無効にすることができる。

特定の参照に対して不適切なターゲットであるリモート要素へのＵＲＩ参照は、無効な参照として扱われることができ、ＭＰＤを無効にすることができる。

直接的または間接的に自身を参照するＵＲＩ参照は、無効な循環参照として扱われることができ、ＭＰＤを無効にすることができる。

リモート要素への参照は、ＨＴＴＰ－ＵＲＬとすることができる。

ＵＲＩ参照が相対的である場合、参照解決が適用されることができる。

要素「ＭＰＤ」のセマンティクスは、以下のように記述される：

１）要素「ＭＰＤ」は、以下の属性を有することができる：

「ｉｄ」は、メディアプレゼンテーションの識別子を指定することができる。「ｉｄ」は、メディアプレゼンテーションが公開されている範囲内で固有の識別子とすることができる。

「ｔｙｐｅ」は、ＭＰＤが更新されることができるかどうかを指定することができる。

「ｍｅｄｉａＰｒｅｓｅｎｔａｔｉｏｎＤｕｒａｔｉｏｎ」は、メディアプレゼンテーション全体の期間を指定することができる。「ｍｅｄｉａＰｒｅｓｅｎｔａｔｉｏｎＤｕｒａｔｉｏｎ」がない場合、メディアプレゼンテーションの期間は、不明とすることができる。

「ｍａｘＳｅｇｍｅｎｔＤｕｒａｔｉｏｎ」は、メディアプレゼンテーションの表現におけるセグメントの最大期間を指定することができる。

２）要素「ＭＰＤ」は、以下の要素を有することができる：

「ＰｒｏｇｒａｍＩｎｆｏｒｍａｔｉｏｎ」は、０からＮのインデックスを有することができ、プログラムに関する記述情報を指定することができる。インデックスがＮの場合、要素のインスタンスの数に制限がない可能性があることを示すことができる。インデックスが０の場合、要素がオプションである可能性があることを示すことができる。インデックスが１の場合、要素が必須であることを示すことができる。換言すれば、インデックスの範囲は、発生またはカーディナリティを表すことができる。

「ＢａｓｅＵＲＬ」は、０からＮのインデックスを有することができ、参照解決と代替ＵＲＬの選択に使用されることができるベースＵＲＬを指定することができる。

「Ｌｏｃａｔｉｏｎ」は、０からＮのインデックスを有することができ、ＭＰＤが利用可能な場所を指定することができる。

「Ｐｅｒｉｏｄ」は、１からＮのインデックスを有することができ、期間の情報を指定することができる。

「Ｍｅｔｒｉｃｓ」は、０からＮのインデックスを有することができ、ＤＡＳＨメトリクスを指定することができる。

以下の表３は、要素「ＭＰＤ」のＸＭＬ構文を示している。

表 3
_____

```
<!-- MPD Type -->
<xs:complexType name= "MPDtype" >
<xs:sequence>
<xs:element name= "ProgramInformation"
type= "ProgramInformationType
" minOccurs= "0 "
maxOccurs= "unbounded" />
<xs:element name= "BaseURL"  type= "BaseURLType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element name= "Location"  type= "xs:anyURI"  minOccurs= "0"
maxOccurs= "unbounded" />
<xs:element name= "Period"  type= "PeriodType"
maxOccurs= "unbounded" />
<xs:element name= "Metrics"  type= "MetricsType"  minOccurs= "0"
maxOccurs= "unbounded" />
<xs:any namespace= "##other"  processContents= "lax"
minOccurs= "0
" maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "id"  type= "xs:string" />
<xs:attribute name= "profiles"  type= "xs:string" />
<xs:attribute name= "type"  type= "PresentationType"  default= "static" />
<xs:attribute name= "availabilityStartTime"  type= "xs:dateTime" />
<xs:attribute name= "availabilityEndTime"  type= "xs:dateTime" />
<xs:attribute name= "mediaPresentationDuration"  type= "xs:duration" />
<xs:attribute name= "minimumUpdatePeriod"  type= "xs:duration" />
<xs:attribute name= "minBufferTime"  type= "xs:duration "
use= "required" />
<xs:attribute name= "timeShiftBufferDepth"  type= "xs:duration" />
<xs:attribute name= "suggestedPresentationDelay"  type= "xs:duration" />
<xs:attribute name= "maxSegmentDuration"  type= "xs:duration" />
<xs:attribute name= "maxSubsegmentDuration"  type= "xs:duration" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
```

```
</xs:complexType>
<!-- Presentation Type enumeration -->
<xs:simpleType name="PresentationType">
<xs:restriction base="xs:string">
<xs:enumeration value="static" />
<xs:enumeration value="dynamic" />
</xs:restriction>
</xs:simpleType>
```

─────────────────────────────────────────────

　メディアプレゼンテーションは、1つ以上の期間を含むことができる。各期間は、要素「MPD」の要素「Ｐｅｒｉｏｄ」によって定義されることができる。

　期間は、通常期間と早期利用可能期間とに分類されることができる。さらに、通常期間のＰｅｒｉｏｄＳｔａｒｔ時間は、以下のように定義されることができる：

　属性「ｓｔａｒｔ」が要素「Ｐｅｒｉｏｄ」に含まれている場合、期間は、通常期間であり、ＰｅｒｉｏｄＳｔａｒｔ時間は、属性「ｓｔａｒｔ」の値と等しくすることができる。

　属性「ｓｔａｒｔ」が存在しないが、前の要素「Ｐｅｒｉｏｄ」に属性「ｄｕｒａｔｉｏｎ」が含まれている場合、期間は、通常期間とすることができる。期間「ＰｅｒｉｏｄＳｔａｒｔ」の開始時間は、前の期間の開始時間と前の期間の属性「ｄｕｒａｔｉｏｎ」の値の合計とすることができる。

　１）属性「ｓｔａｒｔ」がない場合、２）要素「Ｐｅｒｉｏｄ」がMPDの最初の場合、３）MPDの属性「ｔｙｐｅ」が「ｓｔａｔｉｃ」の場合、ＰｅｒｉｏｄＳｔａｒｔ時間は、「０」に設定されることができる。

　１）属性「ｓｔａｒｔ」がない場合、２）前の要素「Ｐｅｒｉｏｄ」に属性「ｄｕｒａｔｉｏｎ」が含まれていない場合、または要素「Ｐｅｒｉｏｄ」がMPDの最初の場合、３）MPDの属性「ｔｙｐｅ」が「ｄｙｎａｍｉｃ」の場合、期間は、早期利用可能期間とすることができる。

　要素「Ｐｅｒｉｏｄ」のセマンティクスは、以下のように記述される：

　１）要素「Ｐｅｒｉｏｄ」は、以下の属性を有することができる：

　「ｘｌｉｎｋ：ｈｒｅｆ」は、外部要素「Ｐｅｒｉｏｄ」への参照を指定することができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を指定することができる。「ｌｉｎｋ：ａｃｔｕａｔｅ」は、「ｏｎｌｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかの値を有することができる。

　「ｉｄ」は、ピリオドの識別子を指定することができる。「ｉｄ」は、メディアプレゼンテーションの範囲内の固有の識別子とすることができる。

　「ｓｔａｒｔ」は、期間のＰｅｒｉｏｄＳｔａｒｔ時間を指定することができる。Ｐｅｒ

　ｉｏｄＳｔａｒｔ時間は、各メディアセグメントのＭＰＤ開始時間を判定するため、および
メディアプレゼンテーションタイムラインでの各アクセスユニットのプレゼンテーション
時間を判定するためのアンカーとして使用されることができる。

　「ｄｕｒａｔｉｏｎ」は、次の期間のＰｅｒｉｏｄＳｔａｒｔ時間を判定するために期間
を指定することができる。

　２）要素「Ｐｅｒｉｏｄ」は、以下の要素を含むことができる：

　「ＢａｓｅＵＲＬ」は、０からＮのインデックスを有することができ、参照の解決と代替
ＵＲＬの選択に使用されることができる。

　「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、１からＮのインデックスを有することができ、適応
セットの情報を指定することができる。

　「Ｓｕｂｓｅｔ」は、０からＮのインデックスを有することができ、サブセットを指定す
ることができる。

　以下の表４は、要素「Ｐｅｒｉｏｄ」のＸＭＬ構文を示している。

表４
_____

```
<!-- Period -->
<xs:complexType name= "PeriodType" >
<xs:sequence>
<xs:element name= "BaseURL"  type= "BaseURLType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "SegmentBase"  type=
 "SegmentBaseType "
minOccurs= "0" />
<xs:element name= "SegmentList"  type= "SegmentListType"
minOccurs= "0" />
<xs:element name= "SegmentTemplate "
type=
 "SegmentTemplateType"  minOccurs= "0" />
<xs:element name= "AdaptationSet"  type= "AdaptationSetType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Subset"  type= "SubsetType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:any namespace= "##other"  processContents= "lax"  minOccurs= "0"
maxOccurs= "unbounded" />
</xs:sequence>
```

```
<xs:attribute ref="xlink:href" />
<xs:attribute ref="xlink:actuate" default="onRequest" />
<xs:attribute name="id" type="xs:string" />
<xs:attribute name="start" type="xs:duration" />
<xs:attribute name="duration" type="xs:duration" />
<xs:attribute name="bitstreamSwitching" type="xs:boolean"
default="false" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

---

　各期間は、１つ以上の適応セットを含むことができる。各適応セットは、要素「Ｐｅｒｉｏｄ」に含まれる要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」によって記述されることができる。

　適応セットは、１つ以上のメディアコンテンツコンポーネントの代替符号化を含むことができる。代替符号化のそれぞれは、表現に含まれることができる。単一の適応セットに含まれる全ての表現は、同じメディアコンテンツコンポーネントを表すことができ、知覚的に同等であると判定される１つ以上のメディアストリームを含むことができる。

　１つ以上の表現は、表現に存在するメディアコンテンツコンポーネントのプロパティに基づいて、適応セットに配置されることができる。メディアコンテンツコンポーネントのプロパティは、１）属性「ｌａｎｇ」によって記述された言語、２）属性「ｃｏｎｔｅｎｔＴｙｐｅ」によって記述されたメディアコンポーネントタイプ、３）属性「ｐａｒ」によって記述された画像のアスペクト比、４）要素「Ｒｏｌｅ」によって記述されるロールプロパティ、５）要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」によって記述されるアクセシビリティプロパティ、６）要素「ＶｉｅｗＰｏｉｎｔ」によって記述される視点プロパティ、７）要素「Ｒａｔｉｎｇ」によって記述される評価プロパティなどを含むことができる。

　要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、適応セットに含まれる１つ以上の表現に関連付けられた要素および属性のデフォルト値を含むことができる。以下、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」および「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」に共通することができる現在の要素および属性のリストについて説明する。

　要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、適応セットに含まれる１つ以上の表現に関連付けられている属性「ｂａｎｄｗｉｄｔｈ」、「ｗｉｄｔｈ」、「ｈｅｉｇｈｔ」、および「ｆｒａｍｅｒａｔｅ」の範囲の記述をサポートすることができる。記述は、適応セットに含まれる全ての表現の全ての値の要約を提供することができる。適応セットに含まれる表現は、適応セットにおいて定義された範囲外の値を有することはできない。

　適応セットは、属性「ｇｒｏｕｐ」を使用してグループに分類されることができる。

　要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」のセマンティクスは、以下のように記述される：

　１）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、以下の属性を有することができ：

　「ｘｌｉｎｋ：ｈｒｅｆ」は、外部要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」への参照を指定することができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を指定することができる。「ｌｉｎｋ：ａｃｔｕａｔｅ」は、「ｏｎｌｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかの値を有することができる。

　「ｉｄ」は、期間の範囲内に設定された適応の識別子を指定することができる。「ｉｄ」は、含まれる期間を含む範囲内の固有の識別子とすることができる。「ｉｄ」は、リモート要素に存在しなくてもよい。

　「ｇｒｏｕｐ」は、期間の範囲内で固有であるグループの識別子を指定することができる。

　「ｌａｎｇ」は、適応セットの言語コードを宣言することができる。ＩＥＴＦ　ＲＦＣ５６４６に基づく構文およびセマンティクスを使用することができる。

　「ｃｏｎｔｅｎｔＴｙｐｅ」は、適応セットのメディアコンテンツコンポーネントタイプを指定することができる。「ｔｙｐｅ」は、上位レベルのコンテンツタイプとすることができる。「ｔｙｐｅ」は、ＲＦＣ１５２１において定義されることができる。

　「ｐａｒ」は、画像のアスペクト比を指定することができる。「ｐａｒ」は、２つの整数を含むことができる。「ｐａｒ」が存在する場合、表現の属性「ｗｉｄｔｈ」および「ｈｅｉｇｈｔ」も存在することができる。

　「ｍｉｎＢａｎｄＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｂａｎｄｗｉｄｔｈ」の最小値を指定することができる。

　「ｍａｘＢａｎｄＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｂａｎｄｗｉｄｔｈ」の最大値を指定することができる。

　「ｍｉｎＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｗｉｄｔｈ」の最小値を指定することができる。

　「ｍａｘＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｗｉｄｔｈ」の最大値を指定することができる。

　「ｍｉｎＨｅｉｇｈｔ」は、適応セット内の全ての表現における属性「ｈｅｉｇｈｔ」の最小値を指定することができる。

　「ｍａｘＨｅｉｇｈｔ」は、適応セット内の全ての表現における属性「ｈｅｉｇｈｔ」の最大値を指定することができる。

　「ｍｉｎＦｒａｍｅＲａｔｅ」は、適応セット内の全ての表現における属性「ｆｒａｍｅＲａｔｅ」の最小値を指定することができる。

　「ｍａｘＦｒａｍｅＲａｔｅ」は、適応セット内の全ての表現における属性「ｆｒａｍｅＲａｔｅ」の最大値を指定することができる。

　２）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、以下の要素を有することができる：

　「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、０からＮのインデックスを有することができ、アクセシビリティスキームに関する情報を指定することができる。

　「Ｒｏｌｅ」は、０からＮのインデックスを有することができ、ロール注釈スキームに関する情報を指定することができる。

　「Ｒａｔｉｎｇ」は、０からＮのインデックスを有することができ、格付けスキームに関する情報を指定することができる。

　「Ｖｉｅｗｐｏｉｎｔ」は、０からＮまでのインデックスを有することができ、視点注釈スキームに関する情報を指定することができる。

　「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」は、０からＮまでのインデックスを有することができ、適応セットに含まれるメディアコンテンツコンポーネントのプロパティを指定することができる。

　「ＢａｓｅＵＲＬ」は、０からＮまでのインデックスを有することができ、参照の解決と代替ＵＲＬの選択に使用されることができる。

　「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、０からＮまでのインデックスを有することができ、表現を指定することができる。各適応セットには、少なくとも１つの表現要素を含めることができる。「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、リモート要素の一部とすることができる。

　以下の表５は、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」のＸＭＬ構文を示している。

表５

――――――――――――――――――――――――――――――――――――

```
<!-- Adaptation Set -->
<xs:complexType name="AdaptationSetType">
<xs:complexContent>
<xs:extension base="RepresentationBaseType">
<xs:sequence>
<xs:element name="Accessibility" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded" />
<xs:element name="Role" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded" />
<xs:element name="Rating" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded" />
<xs:element name="Viewpoint" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded" />
<xs:element name="ContentComponent"
type=
"ContentComponentType" minOccurs="0"
maxOccurs="unbounded" />
<xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded" />
```

```
<xs:element name= "SegmentBase"  type= "SegmentBaseType"
minOccurs= "0" />
<xs:element name= "SegmentList"  type= "SegmentListType"
minOccurs= "0" />
<xs:element name= "SegmentTemplate "
type=
 "SegmentTemplateType"  minOccurs= "0" />
<xs:element name= "Representation"  type=
 "RepresentationType "
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute ref= "xlink:href" />
<xs:attribute ref= "xlink:actuate"  default= "onRequest" />
<xs:attribute name= "id"  type= "xs:unsignedInt" />
<xs:attribute name= "group"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "xs:language" />
<xs:attribute name= "contentType"  type= "xs:string" />
<xs:attribute name= "par"  type= "xs:string" />
<xs:attribute name= "minBandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxBandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "minWidth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxWidth"  type= "xs:unsignedInt" />
<xs:attribute name= "minHeight"  type= "xs:unsignedInt" />
<xs:attribute name= "maxHeight"  type= "xs:unsignedInt" />
<xs:attribute name= "minFrameRate"  type= "xs:string" />
<xs:attribute name= "maxFrameRate"  type= "xs:string" />
<xs:attribute name= "segmentAlignment "
type=
 "ConditionalUintType"  default= "false" />
<xs:attribute name= "subsegmentAlignment "
type=
 "ConditionalUintType"  default= "false" />
<xs:attribute name= "subsegmentStartsWithSAP"  type=
 "SAPType "
default= "0" />
<xs:attribute name= "bitstreamSwitching"  type= "xs:boolean" />
```

```
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Conditional Unsigned Integer (unsignedInt or boolean) -->
<xs:simpleType name= "ConditionalUintType" >
<xs:union memberTypes= "xs:unsignedInt xs:boolean" />
</xs:simpleType>
```

_____

　適応セットは、１つ以上のメディアコンテンツコンポーネントを含むことができる。各メディアコンテンツコンポーネントのプロパティは、要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｔ」によって記述されることができる。単一のメディアコンテンツコンポーネントが適応セットに含まれている場合、メディアコンテンツコンポーネントのプロパティは、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」によって直接記述されることができる。

　要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」のセマンティクスは、以下のように記述される：

　１）要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」は、以下の属性を有することができる：

　「ｉｄ」は、メディアコンポーネントの識別子を指定することができる。「ｉｄ」は、適応セットの範囲内で固有とすることができる。

　「ｌａｎｇ」は、メディアコンテンツコンポーネントの言語コードを宣言することができる。ＩＥＴＦ　ＲＦＣ５６４６に基づく構文およびセマンティクスを使用することができる。

　「ｃｏｎｔｅｎｔＴｙｐｅ」は、メディアコンテンツコンポーネントのタイプを指定することができる。上位レベルのコンテンツタイプの値、すなわち「ｔｙｐｅ」は、ＲＦＣ１５２１において定義されることができる。

　「ｐａｒ」は、画像のアスペクト比を指定することができる。「ｐａｒ」は、２つの整数を含むことができる。「ｐａｒ」が存在する場合、表現の属性「ｗｉｄｔｈ」および「ｈｅｉｇｈｔ」も存在することができる。

　２）要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」は、以下の要素を有することができる：

　「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、０からＮのインデックスを有することができ、アクセシビリティスキームに関する情報を指定することができる。

　「Ｒｏｌｅ」は、０からＮのインデックスを有することができ、ロール注釈スキームに関する情報を指定することができる。

　「Ｒａｔｉｎｇ」は、０からＮのインデックスを有することができ、格付けスキームに関する情報を指定することができる。

　「Ｖｉｅｗｐｏｉｎｔ」は、０からＮまでのインデックスを有することができ、視点注釈スキームに関する情報を指定することができる。

　　以下の表６は、要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」のXML構文を示している。

表６

───────────────────────────────────────────

```
<!-- Content Component -->
<xs:complexType name="ContentComponentType">
<xs:sequence>
<xs:element name="Accessibility" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded" />
<xs:element name="Role" type="DescriptorType"
minOccurs="0
" maxOccurs="unbounded" />
<xs:element name="Rating" type="DescriptorType"
minOccurs="0
" maxOccurs="unbounded" />
<xs:element name="Viewpoint" type="DescriptorType"
minOccurs="0" maxOccurs="unbounded" />
<xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute name="id" type="xs:unsignedInt" />
<xs:attribute name="lang" type="xs:language" />
<xs:attribute name="contentType" type="xs:string" />
<xs:attribute name="par" type="xs:string" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

───────────────────────────────────────────

　　表現は、要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」によって記述されることができる。要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、１つ以上の要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」を含むことができる。

　　表現は、定義された期間中にメディアコンテンツを形成するメディアコンテンツコンポーネントの完全なセットまたはサブセットの代替選択肢の１つとすることができる。

　　表現は、期間のＰｅｒｉｏｄＳｔａｒｔの開始時に開始し、期間の終了まで継続することができる。換言すれば、期間の終わりは、次の期間の始まり、またはメディアプレゼンテーションの終わりとすることができる。

　　各表現は、１つ以上のメディアストリームを含むことができる。各メディアストリームは、メディアコンテンツコンポーネントの符号化されたバージョンとすることができる。

表現は、１つ以上のセグメントを含むことができる。

要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」のセマンティクスは、以下のように記述される：

１）要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の属性を有することができる：

「ｉｄ」は、表現の識別子を指定することができる。表現が同じ期間内の別の表現と機能的に異なる場合、「ｉｄ」は、期間の範囲内で固有とすることができる。「ｉｄ」は、空白文字を含むことができない。

「ｂａｎｄｗｉｄｔｈ」は、表現のデータレートおよびデータレート変動の限界を指定することができる。

「ｑｕａｌｉｔｙＲａｎｋｉｎｇ」は、同じ適応セット内の他の表現と比較した、表現の品質ランキングを指定することができる。

「ｄｅｐｅｎｄｅｎｃｙID」は、復号および／または表示プロセスに依存する全ての補完的な表現を指定することができる。「ｄｅｐｅｎｄｅｎｃｙID」は、「ｉｄ」の値の空白で区切られたリストとすることができる。

２）要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の要素を有することができる：

「ＢａｓｅＵＲＬ」は、０からNのインデックスを有することができ、参照の解決と代替ＵＲＬの選択に使用されることができる。

「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、０からNのインデックスを有することができ、表現に埋め込まれているサブ表現に関する情報を指定することができる。「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、参照の解決と代替ＵＲＬの選択に使用されることができる。

以下の表７は、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」のXML構文を示している。

表７
_____

```
<!-- Representation -->
<xs:complexType name= "RepresentationType" >
<xs:complexContent>
<xs:extension base= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "BaseURL"  type= "BaseURLType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "SubRepresentation "
type=
 "SubRepresentationType"  minOccurs= "0 "
maxOccurs= "unbounded" />
<xs:element name= "SegmentBase"  type= "SegmentBaseType"
minOccurs= "0" />
<xs:element name= "SegmentList"  type= "SegmentListType"
```

```
minOccurs="0" />
<xs:element name="SegmentTemplate "
type=
 "SegmentTemplateType" minOccurs="0" />
</xs:sequence>
<xs:attribute name="id" type="xs:string" use="required" />
<xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required" />
<xs:attribute name="qualityRanking" type="xs:unsignedInt" />
<xs:attribute name="dependencyId" type="StringVectorType" />
<xs:attribute name="mediaStreamStructureId "
type=
 "StringVectorType" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of strings -->
<xs:simpleType name="StringVectorType" >
<xs:list itemType="xs:string" />
</xs:simpleType>
```

---

　サブ表現は、通常の表現に埋め込まれることができ、要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」によって記述されることができる。要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」を含むことができる。要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、表現に埋め込まれている１つ以上のメディアコンテンツコンポーネントのプロパティを記述することができる。表現およびサブ表現は、共通の属性および要素を共有することができる。

　要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のセマンティクスは、以下のように記述される：

　要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の属性を有することができる：

　「ｌｅｖｅｌ」は、サブ表現のレベルを指定することができる。

　「ｄｅｐｅｎｄｅｎｃｙ」は、「ｌｅｖｅｌ」の値の空白で区切られたリストとして、サブ表現が復号および／またはプレゼンテーションプロセスにおいて依存する表現内のサブ表現のセットを指定することができる。

　「ｂａｎｄｗｉｄｔｈ」は、要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」の属性「ｂａｎｄｗｉｄｔｈ」と同じとすることができるが、サブ表現に適用されることができる。

　「ｃｏｎｔｅｎｔＣｏｍｐｏｎｅｔ」は、サブ表現に含まれる全てのメディアコンテンツコンポーネントのセットを、要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」の「ｉｄ」の値の空白で区切られたリストとして指定することができる。

　以下の表8は、要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のXML構文を示している。

表8

---

```
<!-- SubRepresentation -->
<xs:complexType name= "SubRepresentationType" >
<xs:complexContent>
<xs:extension base= "RepresentationBaseType" >
<xs:attribute name= "level"  type= "xs:unsignedInt" />
<xs:attribute name= "dependencyLevel"  type=
 "UIntVectorType" />
<xs:attribute name= "bandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "contentComponent "
type=
 "StringVectorType" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of unsigned integers -->
<xs:simpleType name= "UIntVectorType" >
<xs:list itemType= "xs:unsignedInt" />
</xs:simpleType>
```

---

　以下、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」の共通属性および要素について説明する。

　1）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の共通属性を有することができる：

　「ｐｒｏｆｉｌｅ」は、メディアプレゼンテーションプロファイルに準拠する関連する表現間のプロファイルを指定することができる。「ｐｒｏｆｉｌｅ」の値は、ドキュメント階層の所定の上位レベル（表現、適応セット、ＭＰＤ）の値のサブセットとすることができる。「ｐｒｏｆｉｌｅ」がない場合、「ｐｒｏｆｉｌｅ」の値は、ドキュメント階層の１つ上のレベルと同じであると推測されることができる。例えば、表現に「ｐｒｏｆｉｌｅ」がない場合、適応セットレベルの「ｐｒｏｆｉｌｅ」が表現に有効とすることができる。

　「ｗｉｄｔｈ」は、属性「ｓａｔ」によって決定されるグリッド上のビデオメディアタイ

プの水平方向の視覚的表示サイズを指定することができる。「ｓａｒ」がない場合、「ｓａｒ」の値が「１：１」であるかのように幅および高さを指定することができる。

「ｈｅｉｇｈｔ」は、属性「ｓａｒ」によって決定されるグリッド上のビデオメディアタイプの垂直方向の視覚的提示サイズを指定することができる。

「ｓａｒ」は、ビデオメディアコンポーネントタイプのサンプルアスペクト比を指定することができる。「ｓａｒ」は、「：」で区切られた２つの整数を含む文字列の形式とすることができる。第１の整数は、符号化されたビデオピクセルの水平サイズを任意の単位で指定することができる。第２の整数は、符号化されたビデオピクセルの垂直方向のサイズを任意の単位で指定することができる。

「ｆｒａｍｅＲａｔｅ」は、表現内のビデオメディアタイプの出力フレームレートを指定することができる。例えば、フレームまたはフィールドレートが変更された場合、「ｆｒａｍｅＲａｔｅ」の値は、表現の全期間にわたる平均フレームまたは平均フィールドレートの半分とすることができる。

「ａｕｄｉｏＳａｍｐｌｅＲａｔｅ」は、オーディオメディアコンポーネントタイプのサンプリングレートを指定する１０進整数値、またはオーディオメディアコンポーネントタイプの最小サンプリングレートと最大サンプリングレートとを指定する空白で区切られた１０進整数値のペアのいずれかとすることができる。「ａｕｄｉｏＳａｍｐｌｅＲａｔｅ」の値は、１秒あたりのサンプル数とすることができる。

「ｍｉｍｅＴｙｐｅ」は、初期化セグメントの連結のＭＩＭＥタイプを指定することができる。

「ｃｏｄｅｃｓ」は、表現内に存在するコーデックを指定することができる。

２）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の共通要素を有することができる：

「ＦｒａｍｅＰａｃｋｉｎｇ」は、０からＮのインデックスを有することができ、ビデオメディアコンポーネントタイプのフレームパッキング配置情報を指定することができる。

「ＡｕｄｉｏＣｈａｎｎｅｌＣｏｎｆｉｇｕｒａｔｉｏｎ」は、０からＮのインデックスを有することができ、オーディオメディアコンポーネントタイプのオーディオチャネル構成を指定することができる。

「ＣｏｎｔｅｎｔＰｒｏｔｅｃｔｉｏｎ」要素は、０からＮのインデックスを有することができ、関連する表現に使用されるコンテンツ保護スキームに関する情報を指定することができる。

以下の表９は、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」の一般的なＸＭＬ構文を示している。
表９
_____

```
<!-- Representation base (common attributes and elements) -->
```

```
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "FramePacking"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "AudioChannelConfiguration "
type=
 "DescriptorType"  minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "ContentProtection"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:any namespace= "##other"  processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "profiles"  type= "xs:string" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "sar"  type= "xs:string" />
<xs:attribute name= "frameRate"  type= "xs:string" />
<xs:attribute name= "audioSamplingRate"  type= "xs:string" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "segmentProfiles"  type= "xs:string" />
<xs:attribute name= "codecs"  type= "xs:string" />
<xs:attribute name= "maximumSAPPeriod"  type= "xs:double" />
<xs:attribute name= "startWithSAP"  type= "SAPType" />
<xs:attribute name= "maxPlayoutRate"  type= "xs:double" />
<xs:attribute name= "codingDependency"  type= "xs:boolean" />
<xs:attribute name= "scanType"  type= "VideoScanType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<!-- Stream Access Point type enumeration -->
<xs:simpleType name= "SAPType" >
<xs:restriction base= "xs:unsignedInt" >
<xs:minInclusive value= "0" />
<xs:maxInclusive value= "6" />
</xs:restriction>
</xs:simpleType>
<!-- Video Scan type enumeration -->
```

```
<xs:simpleType name= "VideoScanType" >
<xs:restriction base= "xs:string" >
<xs:enumeration value= "progressive" />
<xs:enumeration value= "interlaced" />
<xs:enumeration value= "unknown" />
</xs:restriction>
</xs:simpleType>
```

---

　セグメントは、定義されたフォーマットを有することができ、MPDによって記述されるアドレス可能な最小単位とすることができる。

　セグメントは、MPDに含まれているHTTP−URLによって参照されることができる。HTTP−URLは、RFC　3986にしたがって＜ａｂｓｏｌｕｔｅ−ＵＲＩ＞として定義されることができる。HTTP−URLは、「ｈｔｔｐ：／／」または「ｈｔｔｐｓ：／／」の固定スキームを有することができ、属性「ｒａｎｇｅ」がURLとともに提供される場合、バイト範囲によって制限されることができる。バイト範囲は、RFC　2616において定義されているように、「ｂｙｔｅ−ｒａｎｇｅ−ｓｐｅｃ」として表されることができる。バイト範囲は、連続するバイト範囲を識別する単一の表現に制限されることができる。

　セグメント情報は、要素「ＢａｓｅＵＲＬ」、「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および／または「ＳｅｇｍｅｎｔＬｉｓｔ」の存在を介して、表現に割り当てられることができる。セグメント情報は、表現に含まれる1つ以上のセグメントの全ての場所、利用可能性、およびプロパティに関する情報を提供することができる。特に、初期化、メディア、インデックス、およびビットストリームスイッチングセグメントの存在および場所に関する情報が提供されることができる。

　要素「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および「ＳｅｇｍｅｎｔＬｉｓｔ」は、要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」に含めることができる。さらに、デフォルト値を表すために、要素「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および「ＳｅｇｍｅｎｔＬｉｓｔ」は、要素「Ｐｅｒｉｏｄ」または「ＡｄａｐｔａｔｉｏｎＳｅｔ」に含めることができる。「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」または「ＳｅｇｍｅｎｔＬｉｓｔ」のいずれかが階層のレベルに存在する場合、他の要素は、下位の階層レベルに存在しなくてもよい。要素「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および「ＳｅｇｍｅｎｔＬｉｓｔ」は、上位レベルの同じ要素から属性および要素を継承することができる。同じ属性または要素が双方のレベルに存在する場合、下位レベルの属性または要素は、上位レベルの属性または要素よりも優先されることができる。

　要素「ＳｅｇｍｅｎｔＢａｓｅ」は、表現ごとに1つのメディアセグメントのみが提供さ

れ且つメディアセグメントＵＲＬが要素「ＢａｓｅＵＲＬ」に含まれている場合、十分な情報を含むことができる。複数のメディアセグメントが存在する場合、要素「Ｓｅｇｍｅｎｔ
Ｌｉｓｔ」または「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」のいずれかを使用して、複数のセグメントの基本情報を共有することができる。

　表現が１つ以上のメディアセグメントを含む場合、属性「ｄｕｒａｔｉｏｎ」または要素「ＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ」のいずれかが存在することができる。

　セグメントリストは、１つ以上の要素「ＳｅｇｍｅｎｔＬｉｓｔ」によって定義されることができる。各要素「ＳｅｇｍｅｎｔＬｉｓｔ」は、セグメントＵＲＬの連続リストの要素「ＳｅｇｍｅｎｔＵＲＬ」のリストを含むことができる。各セグメントＵＲＬは、メディアセグメントＵＲＬとバイト範囲とを含むことができる。要素「ＳｅｇｍｅｎｔＵＲＬ」はまた、インデックスセグメントを含むこともできる。

　セグメントテンプレートは、要素「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」によって定義されることができる。セグメントのリストを作成するために、動的な値によって置き換えられる特定の識別子をセグメントに割り当てることができる。

　セグメント情報は、以下の情報を提供することができる：

　初期化、インデックス、およびビットストリームスイッチングセグメント情報の有無。

　ＨＴＴＰ－ＵＲＬと、場合によっては各表現のアクセス可能な各セグメントのバイト範囲。

　ＭＰＤによって宣言された全ての有効なセグメントＵＲＬ。

　「ｄｙｎａｍｉｃ」を示すＭＰＤの属性「ｔｙｐｅ」を有するサービスの場合、各セグメントのセグメント利用可能性の開始時刻とセグメント利用可能性の終了時刻。

　ある期間内のメディアプレゼンテーションタイムラインにおける各メディアセグメントのおおよそのメディアプレゼンテーション開始時間。

　セグメント要素またはセグメント要素のサブ要素は、以下の属性を含むことができる：

　「ｄｕｒａｔｉｏｎ」は、一定のおおよそのセグメント期間を指定することができる。要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」内の全てのセグメントは、同じ期間を有することができる。しかしながら、期間内の最後のセグメントの期間は、他のセグメントとは異なることができる。

　「ｓｏｕｒｃｅＵＲＬ」は、ソースＵＲＬ部分を指定することができる。「ｓｏｕｒｃｅＵＲＬ」は、ＲＦＣ　３９８６にしたがって＜ａｂｓｏｌｕｔｅ－ＵＲＩ＞としてフォーマットされることができる。「ｓｏｕｒｃｅＵＲＬ」は、「ｈｔｔｐ：／／」または「ｈｔｔｐｓ：／／」の固定スキームを有するか、またはＲＦＣ　３９８６にしたがって＜ｒｅｌａｔｉｖｅ－ｒｅｆ＞として有することができる。例えば、「ｓｏｕｒｃｅＵＲＬ」がない場合、要素「ＢａｓｅＵＲＬ」は、属性「ｓｏｕｒｃｅＵＲＬ」にマッピングされることができる。さらに、「ｓｏｕｒｃｅＵＲＬ」がない場合、属性「ｒａｎｇｅ」が提供されることができる。

　「ｒａｎｇｅ」は、ＨＴＴＰ－ＵＲＬを制限するバイト範囲を指定することができる。バイト範囲は、ＲＦＣ　２６１６において定義されているように、ｂｙｔｅ－ｒａｎｇｅ－ｓｐｅｃとして表現およびフォーマットされることができる。例えば、「ｒａｎｇｅ」がない場合、要素は、属性「ｓｏｕｒｃｅＵＲＬ」において参照されるリソース全体を参照することができる。

　以下の表１０は、セグメントに関連付けられた情報のＸＭＬ構文を示している。

表１０

―――――――――――――――――――――――――――――――――――――――

```
<!-- Segment information base -->
<xs:complexType name= "SegmentBaseType" >
<xs:sequence>
<xs:element name= "Initialisation"   type= "URLType"
minOccurs= "0" />
<xs:element name= "RepresentationIndex"   type= "URLType"
minOccurs= "0" />
<xs:any namespace= "##other"   processContents= "lax"
minOccurs= "0"   maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "timescale"   type= "xs:unsignedInt" />
<xs:attribute name= "presentationTimeOffset "
type=
  "xs:unsignedInt" />
<xs:attribute name= "indexRange"   type= "xs:string" />
<xs:attribute name= "indexRangeExact"   type= "xs:boolean" />
<xs:anyAttribute namespace= "##other"   processContents= "lax" />
</xs:complexType>
<!-- Multiple Segment information base -->
<xs:complexType name= "MultipleSegmentBaseType" >
<xs:complexContent>
<xs:extension base= "SegmentBaseType" >
<xs:sequence>
<xs:element name= "SegmentTimeline "
type=
  "SegmentTimelineType"   minOccurs= "0" />
<xs:element name= "BitstreamSwitching"   type= "URLType"
minOccurs= "0" />
```

```
</xs:sequence>
<xs:attribute name="duration"  type="xs:unsignedInt" />
<xs:attribute name="startNumber"  type="xs:unsignedInt" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Segment Info item URL/range -->
<xs:complexType name="URLType" >
<xs:sequence>
<xs:any namespace="##other"  processContents="lax"
minOccurs="0"  maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute name="sourceURL"  type="xs:anyURI" />
<xs:attribute name="range"  type="xs:string" />
<xs:anyAttribute namespace="##other"  processContents="lax" />
</xs:complexType> xsenumerationvalue "progressive"
<xs:enumeration value="interlaced" />
<xs:enumeration value="unknown" />
</xs:restriction>
</xs:simpleType>
```

---

　以下、ユーザ特性および端末特性に基づいて表現を選択するための追加の構成について説明する。

　上述したDASHの解決策に基づいて、表現は、様々なメタデータを使用して記述されることができる。表現の特性は、主に、端末の特性、例えば、解像度、接続帯域幅などに基づいて表現を選択するために使用されることができる。

　表現のアクセシビリティ機能は、マルチメディアコンテンツの知覚が困難な障害のあるユーザをサポートするために使用されることができる。アクセシビリティをサポートするための以下の実施形態は、1）Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅ　Ｅｘｐｅｒｔｓ　Ｇｒｏｕｐ　（ＭＰＥＧ）－２１　Ｄｉｇｉｔａｌ　Ｉｔｅｍ　Ａｄａｐｔａｔｉｏｎ（ＤＩＡ）アクセシビリティの記述、および２）コンテンツコンポーネントの強化／置換を容易にするために使用されるいくつかのヒントを含むことができる。本質的に、ＩＳＯ／ＩＥＣ　２１０００－７の要素「ＶｉｓｕａｌＩｍｐａｉｒｍｅｎｔＴｙｐｅ」および／または「ＡｕｄｉｔｏｒｙＩｍｐａｉｒｍｅｎｔＴｙｐｅ」を含むＭＰＥＧ－２１　ＤＩＡアクセシビリティ記述は、ユーザの視覚的障害および聴覚的障害の様々な症状の記述を可能にすることができる。視覚的および聴覚的障害は、例えば、色欠乏または視力低下を含むことができる。

　以下のルールをＵＲＩに適用して、特定のアクセシビリティスキームを識別することができる。例えば、スキームは、上述した要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」に含まれることができる。

　オーディオおよび／またはビジュアルコンテンツを含む表現の場合、ＵＲＩは、以下の表１１に示すように定義されることができる。

表１１

―――――――――――――――――――――――――――――――――――――――

urn:mpeg:mpegB;dash:dash:mp21accessibility:＜value＞

―――――――――――――――――――――――――――――――――――――――

　ＵＲＩは、ＩＳＯ／ＩＥＣ　２１０００－７のアクセシビリティの記述に基づいてアクセシビリティスキームを示すように定義されることができる。

　例えば、＜ｖａｌｕｅ＞が「ｓ０」の場合、適切な表現を事前に準備し、関連するアクセシビリティの記述を要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」によって記述することができる。記述を伝えるために様々な方法を使用することができる。例えば、アクセシビリティの記述は、要素「ＭＰ２１Ａｃｃｅｓｓ」によって伝達されることができるか、または以下に定義される属性「ｘｌｉｎｋ：ｈｒｅｆ」によって参照されることができる。

　＜ｖａｌｕｅ＞が「ｓ１」の場合、プロバイダは、何らかの方法で障害のあるユーザのアクセシビリティの記述を取得し、障害のあるユーザに適切なコンテンツを提供することができる。

　ＤＡＳＨのコンテキストでは、表現がアクセシビリティの記述に関連付けられている場合、その表現は、特定の症状がアクセシビリティの記述によって記述されている障害のあるユーザに使用されることができる。通常、表現のメディアは、障害のあるユーザの問題に対処するために強化されることができる（例えば、コントラストまたは色の調整）。この場合、メディアの強化は、例えば、コントラストの調整または色の調整を含むことができる。

　上述した要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、以下のように拡張されることができる。「ＭＰ２１Ａｃｃｅｓｓ」と呼ばれる新たな子要素は、ＭＰＥＧ－２１　ＤＩＡアクセシビリティ記述のコンテナとして使用されることができる。さらに、オプションの属性「ｘｌｉｎｋ：ｈｒｅｆ」を要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」に追加して、ＭＰＥＧ－２１　ＤＩＡアクセシビリティ要素を含む外部記述を参照することができる。

　さらにまた、「ｕｓｅ」と呼ばれる新たな属性をヒントとして使用して、アクセシビリティを目的として、表現の使用目的をクライアントに知らせることができる。上記の新たな要素および属性は、表現グループ（または適応セット）、表現、およびサブ表現に適用されることができる。

　アクセシビリティをサポートするための要素および属性のセマンティクスは、以下のように記述される：

　１）アクセシビリティをサポートするために、要素「Ｇｒｏｕｐ」、「Ａｄａｐｔａｔｉｏ

ｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の属性を含むことができる：

「ｕｓｅ」は、表現の使用目的を示すことができる。属性「ｕｓｅ」は、「ｓｉｇｎＬａｎｇ」、「ｓｕｂｔｉｔｌｅ」、「ｃａｐｔｉｏｎ」、「ｄｅｓｃｒｉｐｔｉｏｎ」、「ｐｌｕｓＤｅｓｃ」などの値を有することができる。値「ｓｉｇｎＬａｎｇ」は、手話としての使用を示すことができる。値「ｓｕｂｔｉｔｌｅ」は、サブタイトルとしての使用を示すことができる。値「ｃａｐｔｉｏｎ」は、キャプション、すなわち、追加の記述付きのサブタイトルとしての使用を示すことができる。値「ｄｅｓｃｒｉｐｔｉｏｎ」は、例えば、映画の音声記述など、記述としての使用を示すことができる。値「ｐｌｕｓＤｅｓｃ」は、対応する表現のコンテンツが記述によって強化されていることを示すことができ、例えば、音声記述によって強化されたサウンドトラックを示すことができる。

「ｘｌｉｎｋ：ｈｒｅｆ」は、ＩＳＯ／ＩＥＣ　ＩＳ２１０００－７の要素「ＡｕｄｉｔｏｒｙＩｍｐａｉｒｍｅｎｔＴｙｐｅ」および／または「ＶｉｓｕａｌＩｍｐａｉｒｍｅｎｔＴｙｐｅ」を含む外部ＭＰＥＧ－２１　ＤＩＡ記述への参照を提供することができる。記述に関連付けられた表現または表現グループは、問題が記述によって記述されている障害のあるユーザに適することができる。

「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を提供することができる。処理命令は、「ｏｎＬｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかとすることができる。「ｘｌｉｎｋ：ｈｒｅｆ」がない場合、「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、存在しなくてもよい。

２）アクセシビリティをサポートするために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の要素を含むことができる：

「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、０からＮまでのインデックスを有することができ、アクセシビリティ情報スキームに関する情報を提供することができる。

「ＭＰ２１Ａｃｃｅｓｓ」は、０から１までのインデックスを有することができ、ＩＳＯ／ＩＥＣ　２１０００－７の要素「ＡｕｄｉｔｏｒｙＩｍｐａｉｒｍｅｎｔＴｙｐｅ」および／または「ＶｉｓｕａｌＩｍｐａｉｒｍｅｎｔＴｙｐｅ」を含むＭＰＥＧ－２１　ＤＩＡ記述を含むことができる。記述に関連付けられた表現または表現グループは、問題が記述によって記述されている障害のあるユーザに適することができる。

以下の表１２は、アクセシビリティをサポートするための要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のＸＭＬ構文を示している。

表１２

_____

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
```

```
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "ContentProtection "
type=
 "ContentDescriptorType"  minOccurs= "0"
maxOccurs= "unbounded" />
<xs:element name= "Accessibility"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "MultipleViews "
type= "MultipleViewsType
" minOccurs= "0" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name=  "group"  type= "xs:unsignedInt" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "parx"  type= "xs:unsignedInt" />
<xs:attribute name= "pary"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "LangVectorType" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "startWithRAP"  type= "xs:boolean" />
<xs:attribute name= "frameRate"  type= "xs:double" />
<xs:attribute name= "maximumRAPPeriod"  type= "xs:double" />
<xs:attribute name= "numberOfChannels"  type=
 "StringVectorType" />
<xs:attribute name= "samplingRate"  type= "StringVectorType" />
<xs:attribute name= "use"  type= "UseType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<xs:simpleType name= "UseType" >
<xs:restriction base= "xs:string" >
```

```
<xs:enumeration value="signLang" />
<xs:enumeration value="subtitle" />
<xs:enumeration value="caption" />
<xs:enumeration value="description" />
<xs:enumeration value="plusDesc" />
</xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name="ContentDescriptorType">
<xs:sequence>
<xs:element minOccurs="0" name="SchemeInformation"
type="xs:string" />
<xs:element minOccurs="0" name="MP21Access"
type="xs:string" />
<xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute name="schemeIdUri" type="xs:anyURI
" use="required" />
<xs:attribute ref="xlink:href" />
<xs:attribute ref="xlink:actuate" default="onRequest" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

_____

　以下、表現間の関係を記述するメタデータについて説明する。

　表現グループ間の関係を記述するためのメタデータはほとんどない。例えば、どのビデオストリームが特定の音声記述に関連付けられているかをクライアントが知ることは困難である。場合によっては、２つの表現グループが意味的に同等であることがあり、コンテキストに基づいて１つの表現グループのみを選択する必要があることがある。以下、上述した目的のために２つの単純な属性を提案する。以下に説明するメタデータは、一般的な適応性だけでなく、アクセシビリティにも役立つことができる。

　表現間の関係を記述するために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の属性を含むことができる：

　「ｕｓｅｄＷｉｔｈ」は、１つ以上の表現または表現グループのリストを示すことができる。現在の表現または現在の表現グループが使用される場合、「ｕｓｅｄＷｉｔｈ」は、リ

ストの所定の項目とともに使用されることができる。例えば、音声記述のための表現グループは、ビデオコンポーネントの特定の表現グループとともに使用されることができる。「ｕｓｅｄＷｉｔｈ」の値は、空白で区切られたリストとすることができる。空白で区切られたリストの各項目は、単一の表現グループまたは単一の表現の識別とすることができる。表現グループの識別は、属性「ｇｒｏｕｐ」または「ａｄａｐｔａｔｉｏｎＳｅｔ」の値とすることができる。表現の識別は、属性「ｒｅｐｉｄ」のフォーマットを有することができる。属性「ｒｅｐｉｄ」は、表現の属性「ｉｄ」の値とすることができる。

　「ｅｑｕｉｖａｌｅｎｔＴｏ」は、1つ以上の表現または表現グループのリストを示すことができる。リストの所定の項目の代わりに、現在の表現を使用することができる。例えば、オーディオコンポーネントの特定の表現グループの代わりに、サブタイトルの表現グループを使用することができる。属性「ｅｑｕｉｖａｌｅｎｔＴｏ」は、属性「ｕｓｅｄＷｉｔｈ」と同じフォーマットを有することができる。

　以下の表13は、表現間の関係を記述するための要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のXML構文を示している。
表１３
_____

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "ContentProtection "
type=
 "ContentDescriptorType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element name= "Accessibility"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "MultipleViews "
type= "MultipleViewsType
" minOccurs= "0" />
<xs:any namespace= "##other " processContents= "lax"
```

```
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "group"  type= "xs:unsignedInt" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "parx"  type= "xs:unsignedInt" />
<xs:attribute name= "pary"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "LangVectorType" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "startWithRAP"  type= "xs:boolean" />
<xs:attribute name= "frameRate"  type= "xs:double" />
<xs:attribute name= "maximumRAPPeriod"  type= "xs:double" />
<xs:attribute name= "numberOfChannels"  type= "StringVectorType" />
<xs:attribute name= "samplingRate"  type= "StringVectorType" />
<xs:attribute name= "usedWith"  type= "StringVectorType" />
<xs:attribute name= "equivalentTo"  type= "StringVectorType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<!-- Type for space delimited list of strings -->
<xs:simpleType name= "StringVectorType" >
<xs:list itemType= "xs:string" />
</xs:simpleType>
```

---

　以下、ビット深度のメタデータについて説明する。

　異なる表示ビット深度を有する端末に対して異なる表現を選択するために、表現および表現グループに対して以下の属性を使用することができる。ビット深度は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を指すことができる。

　ビット深度の属性のセマンティクスは、以下のように記述される：

　ビット深度を提供するために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の属性を含むことができる：

　「ｂｉｔＤｅｐｔｈ」は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を示すことができる。例えば、ビデオ画像ごとにビット深度が異なる場合、「ｂｉｔＤｅｐｔｈ」の値は、ビット深度の最大値とすることができる。

　次の表１４は、ビット深度をサポートするための要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔ

ｉｏｎ」のＸＭＬ構文を示している。

表１４

---

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "ContentProtection"
type=
 "ContentDescriptorType"
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element name= "Accessibility"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "MultipleViews "
type= "MultipleViewsType
" minOccurs= "0" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "group"  type= "xs:unsignedInt" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "parx"  type= "xs:unsignedInt" />
<xs:attribute name= "pary"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "LangVectorType" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "startWithRAP"  type= "xs:boolean" />
<xs:attribute name= "frameRate"  type= "xs:double" />
<xs:attribute name= "maximumRAPPeriod"  type= "xs:double" />
<xs:attribute name= "numberOfChannels"  type= "StringVectorType" />
<xs:attribute name= "samplingRate"  type= "StringVectorType" />
```

```
<xs:attribute name="use" type="UseType" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
<xs:simpleType name="UseType" >
<xs:restriction base="xs:string" >
<xs:enumeration value="signLang" />
<xs:enumeration value="subtitle" />
<xs:enumeration value="caption" />
<xs:enumeration value="description" />
<xs:enumeration value="plusDesc" />
</xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name="ContentDescriptorType" >
<xs:sequence>
<xs:element minOccurs="0" name="SchemeInformation"
type="xs:string" />
<xs:element minOccurs="0" name="MP21Access"
type="xs:string" />
<xs:any namespace="##other " processContents="lax"
minOccurs="0" maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute name="schemeIdUri" type="xs:anyURI
" use="required" />
<xs:attribute ref="xlink:href" />
<xs:attribute ref="xlink:actuate" default="onRequest" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

---

　これに対応して、２つの属性「ｍｉｎＢｉｔＤｅｐｔ
ｈ」および「ｍａｘＢｉｔＤｅｐｔ
ｈ」を要素「ＲｅｐｒｅｓｅｎｔａｔｉｏｎＧｒｏｕｐ」または「ＡｄａｐｔａｔｉｏｎＳ
ｅｔ」に追加することができる。

　最大ビット深度および最小ビット深度を記述する属性のセマンティクスは、以下のよう
に記述される：

　最大ビット深度および最小ビット深度を記述するために、要素「Ｒｅｐｒｅｓｅｎｔａｔ
ｉｏｎ　Ｇｒｏｕｐ」、「Ｇｒｏｕｐ」、または「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、さらに

以下の属性を含むことができる：

　「ｘｌｉｎｋ：ｈｒｅｆ」は、外部要素「Ｇｒｏｕｐ」または要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」への参照を示すことができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を提供することができる。処理命令は、「ｏｎＬｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかとすることができる。

　「ｍｉｎＢｉｔＤｅｐｔｈ」は、グループまたは適応セット内の全ての表現において、最小ビット深度値を示すことができる。

　「ｍａｘＢｉｔＤｅｐｔｈ」は、グループまたは適応セット内の全ての表現において、最大ビット深度値を示すことができる。

　以下の表１５は、最大ビット深度値および最小ビット深度値をサポートするための要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ　Ｇｒｏｕｐ」、「Ｇｒｏｕｐ」、または「ＡｄａｐｔａｔｉｏｎＳｅｔ」のXML構文を示している。

表１５

_____

```
<!-- Group to contain information common to a group;
extends RepresentationBaseType -->
<xs:complexType name= "GroupType" >
<xs:complexContent>
<xs:extension base= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "Representation"  type= "RepresentationType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "SegmentInfoDefault"
type=
 "SegmentInfoDefaultType"  minOccurs= "0" />
</xs:sequence>
<xs:attribute ref= "xlink:href" />
<xs:attribute ref= "xlink:actuate"  default= "onRequest" />
<xs:attribute name= "minBandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxBandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "minWidth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxWidth"  type= "xs:unsignedInt" />
<xs:attribute name= "minHeight"  type= "xs:unsignedInt" />
<xs:attribute name= "maxHeight"  type= "xs:unsignedInt" />
<xs:attribute name= "minFrameRate"  type= "xs:double" />
<xs:attribute name= "maxFrameRate"  type= "xs:double" />
```

```
<xs:attribute name= "minBitDepth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxBitDepth"  type= "xs:unsignedInt" />
<xs:attribute  name= "subsegmentAlignment "
type= "xs:boolean
" default= "false" />
<xs:attribute name= "segmentAlignmentFlag
" type= "xs:boolean" />
<xs:attribute name= "bitStreamSwitchingFlag
" type= "xs:boolean" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
```

─────────────────────────────────────────────

　図2は、本発明の実施形態にかかるコンテンツ処理方法を示す信号フローチャートである。

　端末２００は、上述したＤＡＳＨクライアントとすることができる。

　ＤＡＳＨクライアントは、ＲＦＣ　２６１６によって指定されているクライアントと互換性を有することができる。

　ＤＡＳＨクライアントは、通常、ＲＦＣ　２６１６において指定されているように、ＨＴＴＰ　ＧＥＴメソッドまたはＨＴＴＰパーシャルＧＥＴメソッドを使用してセグメントまたはセグメントの一部にアクセスすることができる。

　サーバ２１０は、ＤＡＳＨセグメント上でホスティングを実行することができる。サーバ２１０は、ＲＦＣ　２６１６において指定されたサーバと互換性を有することができる。

　動作２２０において、端末２００は、サーバ２１０からメディアコンテンツのメタデータを受信することができる。換言すれば、サーバ２１０は、メディアコンテンツのメタデータを端末２００に送信することができる。メディアコンテンツは、１つ以上の期間を含むことができる。

　メタデータは、ＭＰＤとすることができる。

　ＭＰＤは、定義されたリソースのスキームにおいて指定されたプロトコルを介してセグメントにアクセスすることによって、ユーザにストリーミングサービスを提供するのに十分な情報を端末に提供することができる。指定されたプロトコルは、ＨＴＴＰ／１．１とすることができる。サーバ２１０は、ＭＰＤ配信機能を提供することができる。ＭＰＤは、ＤＡＳＨメディアプレゼンテーションの準備に基づいて生成されることができる。

　動作２３０において、端末２００は、受信されたメタデータを処理することができる。動作２３０において、端末２００は、メタデータによって提供される情報、またはメタデータ

に含まれる情報を抽出することができる。

　動作２４０から２５０において、端末２００は、メタデータによって提供される情報に基づいて、メディアコンテンツのセグメントにアクセスすることができる。サーバ２１０は、ＤＡＳＨセグメント転送機能を提供するために使用されるＨＴＴＰサーバとすることができる。

　各期間は、１つ以上のグループを含むことができ、各グループは、メディアコンテンツの１つ以上の表現を含むことができる。換言すれば、各期間は、メディアコンテンツの１つ以上の表現を含むことができる。したがって、各表現は、各表現を含む期間の開始点から開始することができ、期間の終了点まで継続することができる。各表現は、１つ以上のセグメントを含むことができる。

　動作２４０において、端末２００は、セグメントのＵＲＬを使用して、メディアコンテンツのセグメントに対する要求をサーバ２１０に送信することができる。ＵＲＬは、上述した要素「ＢａｓｅＵＲＬ」に関して解決されることができる。例えば、セグメントのＵＲＬは、要素「ＢａｓｅＵＲＬ」に基づいて生成されることができる。

　ＭＰＤは、１）サーバ２１０にセグメントを送信するように要求することによって、および２）セグメントに含まれるメディアストリームを逆多重化、復号、およびレンダリングすることによって、ユーザにストリーミングサービスを提供するのに十分な情報を端末２００に提供することができる。

　端末２００は、処理されたメタデータに基づいて特定の期間に適したセグメントを送信するようにサーバ２１０に要求することができる。換言すれば、要求されたセグメントは、メタデータに基づいて選択されることができる。端末２００は、ＨＴＴＰ　ＧＥＴメソッドを実行して、サーバ２１０にセグメントを送信するように要求することができる。

　メタデータは、属性「ｒａｎｇｅ」を含むことができる。要求は、属性「ｒａｎｇｅ」によって指定されたＵＲＬによって示されるリソースのバイトの要求を含むことができる。

　セグメントのＵＲＬは、絶対ＵＲＬまたは相対ＵＲＬとすることができる。

　端末２００は、メタデータに含まれる要素または属性を使用して、期間、適応セット、表現などを選択することができ、選択された期間の要素または属性、選択された適応セット、または選択された表現に基づいて、要求されるセグメントを選択することができる。

　例えば、期間に含まれる１つ以上の表現のそれぞれは、メディアコンテンツを知覚するのが困難な障害のあるユーザをサポートするために使用される情報を含むことができる。各表現のメディアコンポーネントは、障害のあるユーザの問題に対処するために拡張されることができる。メディアコンポーネントの強化は、コントラストの調整および色の調整のうちの少なくとも１つを含むことができる。さらに、各表現に含まれる情報は、各表現の使用目的を示すことができる。使用目的は、手話、サブタイトル、キャプション、および説明のうちの少なくとも１つを含むことができる。各表現に含まれる情報は、外部ＭＰＥＧ－２１ＤＩＡへの参照を提供する属性を含むことができる。

　例えば、メタデータは、1つ以上の表現間の関係を記述する属性を含むことができる。表現のうちの第1の表現は、表現の一部のリストを示す属性を含むことができる。第1の表現は、表現の一部のうちの表現とともに使用されることができる。第1の表現は、音声記述に使用される表現とすることができ、表現の各部分は、ビデオコンポーネントに使用される表現とすることができる。さらに、表現のうちの第2の表現は、表現の一部のリストを示す属性を含むことができ、表現の一部のうちの表現は、第2の表現によって置き換えられることができる。

　例えば、期間に含まれる1つ以上の表現のそれぞれは、異なる表示ビット深度を有する端末に対して異なる表現を選択するために使用されるビット深度属性を含むことができる。

　ビット深度属性は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を示すことができる。

　動作245において、場合によっては、サーバ210は、メディアコンテンツ（例えば、スケーラブルビデオコーディング（SVC）のためのMPEG層4（MP4）ファイル）を解析する必要があることがあり、要求されたセグメントに適したデータ部分を抽出することができる。

　動作250において、サーバ210は、端末200からの各要求に適したセグメントを端末200に送信することができる。端末200は、サーバ210からセグメントを受信することができる。

　動作260において、端末200は、セグメントに含まれるメディアコンテンツのデータに対して復号およびレンダリングを実行して、メディアコンテンツを再生することができる。

　端末200は、動作220から260を繰り返すことにより、受信されたセグメントを使用してメディアコンテンツを再生することができる。

　図1を参照して上述した本発明の実施形態にかかる技術的情報は、本実施形態にも同様に適用されることができる。したがって、そのさらなる説明は省略される。

　図3は、本発明の実施形態にかかるシグナリング情報のカテゴリを示す図である。

　シグナリング情報（すなわち、メタデータ）は、以下のカテゴリ1）から4）に分割されることができる。

　1）一般情報310：コンテンツの一般的な記述、および期間や開始時間などの各区間の一般的な記述を含むことができる。

　2）サービス品質（QoS）情報320：ビットレート、解像度、および品質などの各代替案の特性を記述することができる。換言すれば、QoS情報は、コンテンツの各代替案の特性を記述する。

　代替案は、物理的とすることができる（すなわち、事前に作成された）か、または仮想的とすることができる（すなわち、オンザフライで作成された）。代替案の情報に基づいて、クライアントは、適切な代替案のフラグメントを選択することができる。したがって、端末

およびネットワークのコンテキストへの適応性がサポートされることができる。

　３）マッピング情報３３０：コンテンツを検索する場所を記述することができる。特定の
ケースに応じて、異なる代替案は、同じ場所または異なる場所を有することができる。

　４）クライアント要求３４０：この種のシグナリング情報は、ＨＴＴＰ１．１要求メッセ
ージのフォーマットに準拠することができる。クライアントが要求するパラメータは、カテ
ゴリ１）から３）の情報から導出されることができる。

　図４は、本発明の実施形態にかかる、コンテンツ分割の階層およびシグナリング情報のレ
ベルを示す図である。

　本発明の実施形態にかかるメタデータのシグナリングは、コンテンツレベル情報４１０、
区間レベル情報４２０、ＱｏＳ情報４３０、およびマッピング情報４４０に物理的に分離さ
れることができる。コンテンツレベル情報４１０、区間レベル情報４２０、ＱｏＳ情報４３
０、およびマッピング情報４４０の関連部分のリンクは、参照によって実行されることがで
きる。

　シグナリング情報のこれらの部分は、柔軟性をサポートするために異なる方法で組み合
わせることができる。

　例えば、コンテンツレベル情報４１０および区間レベル情報４２０のみがクライアント
に送信される場合、代替案を決定して場所を解決するための全ての計算は、サーバによって
実行されることができる。したがって、コンテンツレベル情報４１０および区間レベル情報
４２０のみがクライアントに送信される場合、処理モデルは、「サーバベース」とすること
ができる。

　コンテンツレベル情報４１０、区間レベル情報４２０、およびＱｏＳ情報４３０がクライ
アントに送信される場合、代替案を決定して場所を解決するための全ての計算は、クライア
ントおよびサーバによって分散および実行されることができる。したがって、コンテンツレ
ベル情報４１０、区間レベル情報４２０、およびＱｏＳ情報４３０がクライアントに送信さ
れる場合、モデルは、「分散」されることができる。

　全てのシグナリング情報（すなわち、コンテンツレベル情報４１０、区間レベル情報４２
０、ＱｏＳ情報４３０、およびマッピング情報４４０）がクライアントに送信される場合、
ほとんどの（または全ての）処理（すなわち、代替案を決定して場所を解決するための計算）
がクライアントによって実行されることから、モデルは、クライアントベースとすることが
できる。

　メタデータ部分を分離することは、記憶および配信の効率を高めることができる。例えば、
セッション中に、コンテンツレベル情報４１０のメタデータが一度送信されることができ、
区間レベル情報４２０のみが定期的に更新されることができる。同様に、ＱｏＳ情報４３０
を含む単一のファイルは、異なる区間および異なるコンテンツに使用されることができる。

　図５は、本発明の実施形態にかかる端末の構成を示す図である。

　端末１００の構造は、概念的なＤＡＳＨクライアントモデルの論理コンポーネントを表

すことができる。

端末１００は、アクセスエンジン５１０、およびメディアエンジン５２０を含むことができる。

アクセスエンジン５１０は、ＤＡＳＨアクセスエンジンとすることができる。

アクセスエンジン５１０は、サーバ１１０からメタデータ（例えば、ＭＰＤ）を受信することができる。

アクセスエンジン５１０は、要求を形成することができ、形成された要求をサーバ１１０に発行することができる。

アクセスエンジン５１０は、サーバ１１０からコンテンツ（例えば、セグメントまたはセグメントの一部）を受信することができる。

アクセスエンジン５１０は、コンテンツをメディアエンジン５２０に提供することができる。

アクセスエンジン５１０の出力は、ＭＰＥＧコンテナ（例えば、ＩＳＯ／ＩＥＣ　１４４９２－１２　ＩＳＯベースメディアファイルフォーマット、またはＩＳＯ／ＩＥＣ　１３８１８－２　ＭＰＥＧ－２トランスポートストリーム）のメディア（またはメディアの一部）を含むことができる。さらに、アクセスエンジン５１０の出力は、メディアの内部タイミングをメディアプレゼンテーションのタイムラインにマッピングするために使用されるタイミング情報を含むことができる。

さらに、アクセスエンジン５１０は、図２の動作２２０から２６０に記載されている端末２００の機能を実行することができる。

メディアエンジン５２０は、提供されたコンテンツを再生することができる。具体的には、メディアエンジン５２０は、アクセスエンジン５１０から出力されるメディアおよびタイミング情報を使用してメディアを出力することができる。

図１から図４を参照して上述した本発明の実施形態にかかる技術的情報は、本実施形態にも同様に適用されることができる。したがって、そのさらなる説明は省略される。

本発明の上述した実施形態にかかる方法は、コンピュータによって具体化される様々な動作を実施するためのプログラム命令を含むコンピュータ可読媒体に記録されることができる。メディアはまた、プログラム命令、データファイル、データ構造などを単独で、または組み合わせて含むことができる。メディアに記録されたプログラム命令は、実施形態の目的のために特別に設計および構築されたものとすることができるか、またはそれらは、コンピュータソフトウェア技術の当業者にとって周知で利用可能な種類のものとすることができる。コンピュータ可読媒体の例は、ハードディスク、フロッピーディスク、および磁気テープなどの磁気媒体、ＣＤ　ＲＯＭディスクやＤＶＤなどの光媒体、フロプティカルディスクなどの光磁気媒体、および読み取り専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモリなどのプログラム命令を記憶および実行するように特別に構成されたハードウェアデバイスを含む。プログラム命令の例は、コンパイラによって生成される

ような機械コードと、インタープリタを使用してコンピュータによって実行されることができるより高レベルのコードを含むファイルの双方を含む。記載されたハードウェアデバイスは、本発明の上述した実施形態の動作を実行するために、1つ以上のソフトウェアモジュールとして機能するように構成されることができ、またはその逆に構成されることができる。

　本発明のいくつかの実施形態が示されて記載されてきたが、本発明は、記載された実施形態に限定されるものではない。代わりに、本発明の原理および精神から逸脱することなく、これらの実施形態に変更を加えることができ、その範囲は、特許請求の範囲およびそれらの均等物によって定義されることが当業者には理解されるであろう。

特許請求の範囲

１．　ＤＡＳＨ（Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）クライアントによって実行されるメディアコンテンツを提供する方法であって、

　　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）を受信することと、

　　前記ＭＰＤによって提供された情報に基づいて前記メディアコンテンツのセグメントにアクセスすることと、を備え、

　　前記ＭＰＤが１つ以上の期間を含み、

　　各期間が、１つ以上の適応セットを含み、

　　各適応セットが、１つ以上の表現を含み、

　　各表現が、１つ以上のセグメントを含み、

　　前記ＭＰＤが、各期間、各適応セット、各表現、および各セグメントに共通する１つ以上の属性または要素を含み、

　　前記期間が、その期間の各適応セット、各表現、および各セグメントに共通する１つ以上の属性または要素を含み、

　　前記適応セットが、その適応セットの各表現および各セグメントに共通する１つ以上の属性または要素を含み、

　　前記表現が、その表現の各セグメントに共通する１つ以上の属性または要素を含む、方法。

２．　ＭＰＤレベルに含まれる前記属性が、ｓｕｇｇｅｓｔｅｄＰｒｅｓｅｎｔａｔｉｏｎＤｅｌａｙである、請求項１に記載の方法。

３．　期間レベルに含まれる前記要素が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅである、請求項１に記載の方法。

４．　適応セットレベルに含まれる前記要素が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅである、請求項１に記載の方法。

５．　適応セットレベルに含まれる前記属性が、ｓｕｂｓｅｇｍｅｎｔＳｔａｒｔｓＷｉｔｈＳＡＰである、請求項１に記載の方法。

６．　表現レベルに含まれる前記要素が、ＳｅｇｍｅｎｔＢａｓｅである、請求項１に記載の方法。

７．　表現レベルに含まれる前記要素が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅである、請求項１に記載の方法。

８．　サーバまたは複数のサーバによって実行されるメディアコンテンツを提供する方法であって、

　　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）をクライアントに送信することと、

　　前記クライアントから、前記メディアコンテンツのセグメントに対する要求を受信することと、

　　前記メディアコンテンツを前記クライアントに送信することと、を備え、

　前記ＭＰＤが、１つ以上の期間を含み、

　各期間が、１つ以上の適応セットを含み、

　各適応セットが、１つ以上の表現を含み、

　各表現が、１つ以上のセグメントを含み、

　前記ＭＰＤが、各期間、各適応セット、各表現、および各セグメントに共通する１つ以上の属性または要素を含み、

　前記期間が、その期間の各適応セット、各表現、および各セグメントに共通する１つ以上の属性または要素を含み、

　前記適応セットが、その適応セットの各表現および各セグメントに共通する１つ以上の属性または要素を含み、

　前記表現が、その表現の各セグメントに共通する１つ以上の属性または要素を含む、方法。

９．　ＭＰＤレベルに含まれる前記属性が、ｓｕｇｇｅｓｔｅｄＰｒｅｓｅｎｔａｔｉｏｎＤｅｌａｙである、請求項８に記載の方法。

１０．　ＭＰＤレベルに含まれる前記要素が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅである、請求項８に記載の方法。

１１．　適応セットレベルに含まれる前記要素が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅである、請求項８に記載の方法。

１２．　適応セットレベルに含まれる前記属性が、ｓｕｂｓｅｇｍｅｎｔＳｔａｒｔｓＷｉｔｈＳＡＰである、請求項８に記載の方法。

１３．　表現レベルに含まれる前記要素が、ＳｅｇｍｅｎｔＢａｓｅである、請求項８に記載の方法。

１４．　表現レベルに含まれる前記要素が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅである、請求項８に記載の方法。

１５．　ＤＡＳＨ（Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒＨＴＴＰ）クライアントによって実行されるメディアコンテンツを提供する方法であって、

　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）を受信することと、

　前記ＭＰＤによって提供された情報に基づいて前記メディアコンテンツのセグメントにアクセスすることと、を備え、

　前記ＭＰＤが１つ以上の期間を含み、

　各期間が、１つ以上の適応セットを含み、

　各適応セットが、１つ以上の表現を含み、

　各表現が、１つ以上のセグメントを含み、

　表現内の前記１つ以上のセグメントの場所、利用可能性、またはプロパティに関する情報が、ＳｅｇｍｅｎｔＢａｓｅ要素に含まれる、方法。

１６．　前記ＳｅｇｍｅｎｔＢａｓｅ要素が、期間レベルで含まれる、請求項８に記載の方法。

１７．　前記ＳｅｇｍｅｎｔＢａｓｅ要素が、適応セットレベルで含まれる、請求項８に記載の方法。

１８．　前記ＳｅｇｍｅｎｔＢａｓｅ要素が、表現レベルで含まれる、請求項８に記載の方法。

１９．　ＤＡＳＨ（Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）クライアントによって実行されるメディアコンテンツを提供する方法であって、
　　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）を受信することと、
　　前記ＭＰＤによって提供された情報に基づいて前記メディアコンテンツのセグメントにアクセスすることと、を備え、
　　前記ＭＰＤが１つ以上の期間を含み、
　　各期間が、１つ以上の適応セットを含み、
　　各適応セットが、１つ以上の表現を含み、
　　各表現が、１つ以上のセグメントを含み、
　　表現内の前記１つ以上のセグメントの場所、利用可能性、またはプロパティに関する情報が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素に含まれる、方法。

２０．　前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素が、期間レベルで含まれる、請求項１９に記載の方法。

２１．　前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素が、適応セットレベルで含まれる、請求項１９に記載の方法。

２２．　前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素が、表現レベルで含まれる、請求項１９に記載の方法。

２３．　期間属性およびＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ要素が、期間レベル、適応セットレベル、または表現レベルで含まれる、請求項１９に記載の方法。

２４．　ＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ要素がない場合、期間属性が、前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素に含まれる、請求項１９に記載の方法。

２５．　ＤＡＳＨ（Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）クライアントによって実行されるメディアコンテンツを提供する方法であって、
　　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）を受信することと、
　　前記ＭＰＤによって提供された情報に基づいて前記メディアコンテンツのセグメントにアクセスすることと、を備え、
　　前記ＭＰＤが１つ以上の期間を含み、
　　各期間が、１つ以上の適応セットを含み、
　　各適応セットが、１つ以上の表現を含み、
　　各表現が、１つ以上のセグメントを含み、
　　表現内の前記１つ以上のセグメントの場所、利用可能性、またはプロパティに関する情報が、ＳｅｇｍｅｎｔＬｉｓｔ要素に含まれる、方法。

２６．　前記ＳｅｇｍｅｎｔＬｉｓｔ要素が、期間レベルで含まれる、請求項２５に記載の方法。

２７．　前記ＳｅｇｍｅｎｔＬｉｓｔ要素が、適応セットレベルで含まれる、請求項２５に記載の方法。

２８．　前記ＳｅｇｍｅｎｔＬｉｓｔ要素が、表現レベルで含まれる、請求項２５に記載の方法。

２９．　期間属性およびＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ要素が提供される、請求項２５に記載の方法。

３０．　ＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ要素がない場合、期間属性が、前記ＳｅｇｍｅｎｔＬｉｓｔ要素に含まれる、請求項２５に記載の方法。

３１．　サーバまたは複数のサーバによって実行されるメディアコンテンツを提供する方法であって、

　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）をクライアントに送信することと、

　前記クライアントから、前記メディアコンテンツのセグメントに対する要求を受信することと、

　前記メディアコンテンツを前記クライアントに送信することと、を備え、

　前記ＭＰＤが、１つ以上の期間を含み、

　各期間が、１つ以上の適応セットを含み、

　各適応セットが、１つ以上の表現を含み、

　各表現が、１つ以上のセグメントを含み、

　表現内の前記１つ以上のセグメントの場所、利用可能性、またはプロパティに関する情報が、ＳｅｇｍｅｎｔＬｉｓｔ要素に含まれる、方法。

３２．　前記ＳｅｇｍｅｎｔＬｉｓｔ要素が、期間レベルで含まれる、請求項３１に記載の方法。

３３．　前記ＳｅｇｍｅｎｔＬｉｓｔ要素が、適応セットレベルで含まれる、請求項３１に記載の方法。

３４．　前記ＳｅｇｍｅｎｔＬｉｓｔ要素が、表現レベルで含まれる、請求項３１に記載の方法。

３５．　期間属性およびＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ要素が提供される、請求項３１に記載の方法。



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex J – U.S. Patent No. 10,270,830"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **K**

（１２）米国特許　タン他（Ｔｈａｎｇ　ｅｔ．　ａｌ．）

（１０）特許番号：ＵＳ１０，２７７，６６０Ｂ１

（４５）特許日：２０１９年４月３０日

（５４）ストリーミングコンテンツを提供する装置および方法

（７１）出願人：アイデアハブ　インコーポレーテッド（ＩＤＥＡＨＵＢ　ＩＮ
Ｃ．）ソウル（韓国）（Ｓｅｏｕｌ（ＫＲ）

（７２）発明者：タン　チュオン　コン（Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ
）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リー　ジン　ヤン（Ｊｉｎ　Ｙｏｕｎ
ｇ　Ｌｅｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；ペ　ソン　ユン（Ｓｅｏｎ
ｇ　Ｊｕｎ　Ｂａｅ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；カン　ジュン　ウ
ォン（Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ）大田（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；チ
ョン　スーン　フン（Ｓｏｏｎ　Ｈｅｕｎｇ　Ｊｕｎｇ）大田（韓国）Ｄａｅｊ
ｅｏｎ（ＫＲ）；パク　サン　タイク（Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ）大田
（韓国）Ｄａｅｊｅｏｎ（ＫＲ）；リュ　ウォン（Ｗｏｎ　Ｒｙｕ）大田（韓国
）Ｄａｅｊｅｏｎ（ＫＲ）；キム　ジェ　ゴン（Ｊａｅ　Ｇｏｎ　Ｋｉｍ）高陽
市（韓国）Ｇｏｙａｎｇ－ｓｉ（ＫＲ）

（７３）譲受人：　アイデアハブ　インコーポレーテッド　ソウル（韓国）（Ｓ
ｅｏｕｌ（ＫＲ）

（＊）通知：何らかの権利放棄がなされていれば別であるが、本特許の特許期間
は、３５Ｕ．Ｓ．Ｃ．１５４（ｂ）により０日間延長、即ち調整される。
本特許はターミナルディスクレイマーの対象となっている。

（２１）出願番号：１６／２２８，０９７

（２２）出願日：２０１８年１２月２０日

関連米国出願データ

（６３）２０１８年７月１６日出願の出願第１６／０３６，７０３号の継続であ
り、この出願は２０１６年１０月６日出願の出願第１５／２８７，２６０号で、
今は特許第１０，０２７，７３６号の継続であり、この特許は２０１４年１月２
日出願の出願第１４／１４６，５００号、今は特許第９，６４７，４９３号の継
続であり、この特許は出願第１３／８２０，９５５号の継続であり、２０１１年

９月６日に出願第ＰＣＴ／ＫＲ２０１１／００６５７３号として出願され、今は特許第８，６４５，５６２号である。

（６０）２０１１年１月１９日出願　仮出願第６１／４３４，０３６号、２０１０年１１月３０日出願　仮出願第６１／４１７，９３１号、２０１０年１１月１７日出願　仮出願第６１／４１４，４６２号、２０１０年１０月２２日出願　仮出願第６１／４０５，６７４号、２０１０年１０月６日出願　仮出願第６１／３９０，３２８号、２０１０年９月６日出願　仮出願第６１／３８０，２７７号

（３０）外国出願優先権データ

　２０１１年９月６日　（ＫＲ）..................１０－２０１１－００８９９２３

（５１）国際分類

　　　　Ｇ０６Ｆ　１５／１６　　　（２００６．０１）

　　　　Ｈ０４Ｌ　２９／０８　　　（２００６．０１）

　　　　Ｈ０４Ｌ　２９／０６　　　（２００６．０１）

　　　　Ｈ０４Ｎ　２１／８５４３　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／８４　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／６５８　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／６１　　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／４７２　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／２６２　　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／２３４３　（２０１１．０１）

　　　　Ｈ０４Ｎ　２１／４３　　　（２０１１．０１）

（５２）米国分類

　　　　ＣＰＣ............Ｈ０４Ｌ　６７／０２（２０１３．０１）；Ｈ０４Ｌ　２９／０６０２７（２０１３．０１）；Ｈ０４Ｌ　６５／４０８４（２０１３．０１）；Ｈ０４Ｌ　６５／６０７（２０１３．０１）；Ｈ０４Ｌ　６５／６０８（２０１３．０１）；Ｈ０４Ｎ　２１／２３４３９（２０１３．０１）；Ｈ０４Ｎ　２１／２６２５８（２０１３．０１）；Ｈ０４Ｎ　２１／４７２０２（２０１３．０１）；Ｈ０４Ｎ　２１／６１２５（２０１３．０１）；Ｈ０４Ｎ　２１／６１７５（２０１３．０１）；Ｈ０４Ｎ　２１／６５８１（２０１３．０１）；Ｈ０４Ｎ　２１／８

４（２０１３．０１）；Ｈ０４Ｎ　２１／８５４３（２０１３．０１）；Ｈ０４Ｎ
　２１／４３０５（２０１３．０１）

（５８）分類調査の分野

ＣＰＣ…Ｈ０４Ｌ　６７／０２；Ｈ０４Ｌ　２９／０６０２７；Ｈ０４Ｌ　６５／
４０８４；Ｈ０４Ｌ　６５／６０７；Ｈ０４Ｌ　６５／６０８；Ｈ０４Ｎ　２１
／８４；Ｈ０４Ｎ　２１／４７２０２；Ｈ０４Ｎ　２１／６１２５；Ｈ０４Ｎ　２
１／６１７５；Ｈ０４Ｎ　２１／８５４３；Ｈ０４Ｎ　２１／２３５；Ｈ０４Ｎ
２１／２３５３

完全な調査履歴を参照のこと。

（５６）　　　　　　　　　　引用された参考文献

米国特許文献

　　７，５１２，６６５Ｂ１　　３／２００９　クラグン（Ｃｒａｇｕｎ）

　　７，５５２，２２８Ｂ２　　６／２００９　パラスニス他（Ｐａｒａｓｎｉ
ｓ　ｅｔ　ａｌ．）

　　７，６２４，３３７Ｂ２　　１１／２００９　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

　　７，７２５，８２９Ｂ１　　　５／２０１０　ウォン他（Ｗｏｎｇ　ｅｔ
ａｌ．）

　　７，８２３，０５５Ｂ２　　１０／２０１０　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

　　８，２０１，２０４Ｂ２　　６／２０１２　コネリ他（Ｃｏｎｎｅｒｙ　ｅ
ｔ　ａｌ．）

　　８，２０９，６０９Ｂ２　　　６／２０１２　ダントン他（Ｄｕｎｔｏｎ
ｅｔ　ａｌ．）

　　８，２３０，３４３Ｂ２　　　７／２０１２　ローガン他（Ｌｏｇａｎ　ｅ
ｔ　ａｌ．）

　　８，３６５，２７１Ｂ２　　　１／２０１３　ブラム他（Ｂｌｕｍ　ｅｔ
ａｌ．）

　　８，４６８，１４５Ｂ２　　　６／２０１３　フェドリンスキー他（Ｆｅｄ

ｏｒｙｎｓｋｉ　ｅｔ　ａｌ．）

　　８，５３３，３１０Ｂ２　　９／２０１０　ファン他（Ｈｕａｎｇ　ｅｔ
　ａｌ．）

　　８，６３５，３６０Ｂ２　　１／２０１４　ブレース他（Ｂｒａｓｅ　ｅ
ｔ　ａｌ．）

　　８，６４５，５６２Ｂ２　　２／２０１４　タン他（Ｔｈａｎｇ　ｅｔ
ａｌ．）

　　８，９０９，８０５Ｂ２　　１２／２０１４　タン他（Ｔｈａｎｇ　ｅｔ
ａｌ．）

　　９，２６４，０６９Ｂ２　　２／２０１６　ワトソン他（Ｗａｔｓｏｎ
ｅｔ　ａｌ．）

　　９，２８１，８４７Ｂ２　　３／２０１６　ストックハマー他（Ｓｔｏｃ
ｋｈａｍｍｅｒ　ｅｔ　ａｌ．）

　　９，３１９，４４８Ｂ２　　４／２０１６　チェン他（Ｃｈｅｎ　ｅｔ
ａｌ．）

　　９，３２５，５５８Ｂ２　　４／２０１６　タン他（Ｔｈａｎｇ　ｅｔ
ａｌ．）

　　９，４６７，４９３Ｂ２　　１０／２０１６　タン他（Ｔｈａｎｇ　ｅｔ．
　ａｌ）

２００２／０１０５９５１Ａ１　　８／２００２　ハンヌセクラ他（Ｈａｎｎｕｋ
ｓｅｌａ　ｅｔ　ａｌ．）

２００３／００９３７９０Ａ１　　５／２００３　ローガン他（Ｌｏｇａｎ　ｅｔ．
　ａｌ）

２００３／０２３６９１２Ａ１＊１２／２００３　クレメッツ（Ｋｌｅｍｅｔｓ）
……Ｈ０４Ｌ　２９／０６　　７０９／２３６

２００４／００６４５７７Ａ１　　４／２００４　ダーリン他（Ｄａｈｌｉｎ
ｅｔ　ａｌ．）

２００４／０２０８１２０Ａ１　１０／２００４　シェノイ（Ｓｈｅｎｏｉ）

２００５／０００５３０８Ａ１　　１／２００５　ローガン他（Ｌｏｇａｎ　ｅ

ｔ　ａｌ．）

２００５／００７６１３６Ａ１　４／２００５　チョ他（Ｃｈｏ　ｅｔ　ａｌ．
）

２００５／０１０２３７１Ａ１　５／２００５　アクス（Ａｋｓｕ）

２００５／０１９３４０８Ａ１　９／２００５　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００５／０１９３４２５Ａ１　９／２００５　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００５／０２０３９２７Ａ１　９／２００５　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００５／０２０４３８５Ａ１　９／２００５　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００５／０２７３５１４Ａ１　１２／２００５　ミルキー他（Ｍｉｌｋｅｙ
ｅｔ　ａｌ．）

２００６／０１０９８５６Ａ１　５／２００６　デッシュパンデ（Ｄｅｓｈｐ
ａｎｄｅ）

２００６／０２１８１４３Ａ１　９／２００６　ナジョルク（Ｎａｊｏｒｋ）

２００６／０２３５８８３Ａ１　１０／２００６　クレブス（Ｋｒｅｂｓ）

２００６／０２５１０９３Ａ１　１１／２００６　カーシオ他（Ｃｕｒｃｉｏ
ｅｔ　ａｌ．）

２００７／０００３２５１Ａ１　１／２００７　チュン他（Ｃｈｕｎｇ　ｅｔ
　ａｌ．）

２００７／００３３１７０Ａ１　２／２００７　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００７／００３３２９２Ａ１　２／２００７　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００７／００３３５１５Ａ１　２／２００７　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２００７／００３３５２１Ａ１　２／２００７　サル他（Ｓｕｌｌ　ｅｔ　ａ

ｌ．）

２００７／００３３５３３Ａ１　　２／２００７　サル（Ｓｕｌｌ）

２００７／００３８６１２Ａ１　　２／２００７　サル他（Ｓｕｌｌ　ｅｔ　ａｌ．）

２００７／００４４０１０Ａ１　　２／２００７　サル他（Ｓｕｌｌ　ｅｔ　ａｌ．）

２００８／００３４４２４Ａ１　　２／２００８　オーバーキャッシュ他（Ｏｖｅｒｃａｓｈ　ｅｔ　ａｌ．）

２００８／００５００９６Ａ１　　２／２００８　リュ（Ｒｙｕ）

２００８／０１２６９４３Ａ１　　５／２００８パラスニス他（Ｐａｒａｓｎｉｓ　ｅｔ　ａｌ．）

２００８／０１５５６０２Ａ１　　６／２００８　コレット他（Ｃｏｌｌｅｔ　ｅｔ　ａｌ．）

２００８／０１７２４４１Ａ１　　７／２００８　スパイカー他（Ｓｐｅｉｃｈｅｒ　ｅｔ　ａｌ．）

２００８／０２２２２４４Ａ１　　９／２００８　ファン他（Ｈｕａｎｇ　ｅｔ　ａｌ．）

２００８／０３１３２２７Ａ１　１２／２００８　シャフトン他（Ｓｈａｆｔｏｎ　ｅｔ　ａｌ．）

２００９／０１５７８５９Ａ１＊　　６／２００９　モリス（Ｍｏｒｒｉｓ）
．．．．．．．．．．．Ｈ０４Ｎ　２９／１２５９４　　７０９／２２３

２００９／０１８５０４０Ａ１＊　　７／２００９　ヤン（Ｙａｎｇ）
．．．．．．．．．．．Ｈ０４Ｌ　６５／４０９２　　３４８／２０７．１１

２００９／０２１７３５４Ａ１　　８／２００９　ブラム他（Ｂｌｕｍ　ｅｔ　ａｌ．）

２００９／０３００２０４Ａ１　１２／２００９　チャン他（Ｚｈａｎｇ　ｅｔ　ａｌ．）

２０１０／００１１２７４Ａ１　　１／２０１０　ストックハマー他（Ｓｔｏｃｋｈａｍｍｅｒ　ｅｔ　ａｌ．）

２０１０／０１０７０９０Ａ１＊　　４／２０１０　ハースト（Ｈｅａｒｓｔ）
............Ｈ０４Ｎ　７／１７３１８　　７１５／７６０

２０１０／０１６９３０３Ａ１　　７／２０１０　バイダーマン他（Ｂｉｄｅｒ
ｍａｎ　ｅｔ　ａｌ．）

２０１０／０１７４８２３Ａ１　　７／２０１０　ファン（Ｈｕａｎｇ）

２０１０／０２１７８８７Ａ１　　８／２０１０　ブアジジ他（Ｂｏｕａｚｉｚ
ｉ　ｅｔ　ａｌ．）

２０１０／０２３５４７２Ａ１　　９／２０１０　スード他（Ｓｏｏｄ　ｅｔ
ａｌ．）

２０１０／０２３５５２８Ａ１　　９／２０１０　ボシャロフ他（Ｂｏｃｈａｒ
ｏｖ　ｅｔ　ａｌ．）

２０１０／０２６２６１８Ａ１　１０／２０１０　ヘディンソン他（Ｈｅｄｉｎ
ｓｓｏｎ　ｅｔ　ａｌ．）

２０１１／００８０９４０Ａ１　　４／２０１１　ボシャロフ他（Ｂｏｃｈａｒ
ｏｖ　ｅｔ　ａｌ．）

２０１１／００９３４９２Ａ１　　４／２０１１　サル他（Ｓｕｌｌ　ｅｔ　ａ
ｌ．）

２０１１／００９６８２８Ａ１　　４／２０１１　チェン他（Ｃｈｅｎ　ｅｔ
ａｌ．）

２０１１／０１１９３９４Ａ１　　５／２０１１　ウォン他（Ｗａｎｇ　ｅｔ
ａｌ．）

２０１１／０１８５０５８Ａ１　　７／２０１１　プリドル他（Ｐｒｉｄｄｌｅ
　ｅｔ　ａｌ．）

２０１１／０２３１５１９Ａ１　　９／２０１１　ルビー他（Ｌｕｂｙ　ｅｔ
ａｌ．）

２０１１／０２３１５６９Ａ１　　９／２０１１　ルビー他（Ｌｕｂｙ　ｅｔ
ａｌ．）

２０１１／０２３８７８９Ａ１　　９／２０１１　ルビー他（Ｌｕｂｙ　ｅｔ
ａｌ．）

２０１１／０２３９０７８Ａ１　　９／２０１１　ルビー他（Ｌｕｂｙ　ｅｔ　ａｌ．）

２０１１／０３０２６１８Ａ１＊　１２／２０１１　オドランド（Ｏｄｌｕｎｄ）……………Ｈ０４Ｎ　２１／２１８３　　７２５／１０９

２０１１／０３０７５４５Ａ１　１２／２０１１　ブアジジ（Ｂｏｕａｚｉｚｉ）

２０１２／００１３７４６Ａ１　　１／２０１２　チェン他（Ｃｈｅｎ　ｅｔ　ａｌ．）

２０１２／００１６９６５Ａ１　　１／２０１２　チェン他（Ｃｈｅｎ　ｅｔ　ａｌ．）

２０１２／００２３１５５Ａ１＊　　１／２０１２　マイヤーズ（Ｍｙｅｒｓ）……………Ｈ０４Ｎ　２１／２３４３２７　　７０９／２０３

２０１２／００２３２４９Ａ１　　１／２０１２　チェン他（Ｃｈｅｎ　ｅｔ　ａｌ．）

２０１２／００２３２５１Ａ１　　１／２０１２　パイル他（Ｐｙｌｅ　ｅｔ　ａｌ．）

２０１２／００４２０５０Ａ１　　２／２０１２　チェン他（Ｃｈｅｎ　ｅｔ　ａｌ．）

２０１２／００４２０９１Ａ１　　２／２０１２　マッカーシー他（ＭｃＣａｒｔｈｙ　ｅｔ　ａｌ．）

２０１２／０１２４１７９Ａ１　　５／２０１２　カッピオ他（Ｃａｐｐｉｏ　ｅｔ　ａｌ．）

２０１２／０１８５５７０Ａ１　　７／２０１２　ブアジジ他（Ｂｏｕａｚｉｚｉ　ｅｔ　ａｌ．）

２０１２／０２３３３４５Ａ１　　９／２０１２　ハンヌクセラ（Ｈａｎｎｕｋｓｅｌａ）

２０１２／０２８４３７１Ａ１　１１／２０１２　ベゲン他（Ｂｅｇｅｎ　ｅｔ　ａｌ．）

２０１２／０３１７３０５Ａ１　１２／２０１２　エイナルソン他（Ｅｉｎａｒ

ｓｓｏｎ　ｅｔ　ａｌ．）

２０１３／０００７２２３Ａ１　１／２０１３　ルビー他（Ｌｕｂｙ　ｅｔ　ａｌ．）

２０１３／００４２１００Ａ１　２／２０１３　ブアジジ他（Ｂｏｕａｚｉｚｉ　ｅｔ　ａｌ．）

２０１３／０１１７４１３Ａ１　５／２０１３　カネコ（Ｋａｎｅｋｏ）

２０１３／０１８２６４３Ａ１　７／２０１３　パソス他（Ｐａｚｏｓ　ｅｔ　ａｌ）

２０１３／０１９１５５０Ａ１　７／２０１３　ハンヌクセラ（Ｈａｎｎｕｋｓｅｌａ）

２０１３／０２５４６３１Ａ１　９／２０１３ルビー他（Ｌｕｂｙ　ｅｔ　ａｌ．）

２０１３／０２６２５６７Ａ１　１０／２０１３　ウォーカー他（Ｗａｌｋｅｒ　ｅｔ　ａｌ．）

２０１３／０２８６８７９Ａ１　１０／２０１３　エルアラバウィ他（ＥｌＡｒａｂａｗｙ　ｅｔ　ａｌ．）

２０１３／０２９０４９２Ａ１　１０／２０１３　エルアラバウィ他（ＥｌＡｒａｂａｗｙ　ｅｔ　ａｌ．）

２０１３／０２９８１７０Ａ１　１１／２０１３　エルアラバウィ他（ＥｌＡｒａｂａｗｙ　ｅｔ　ａｌ．）

２０１４／０１３７１６８Ａ１　５／２０１４　タカハシ他（Ｔａｋａｈａｓｈｉ　ｅｔ　ａｌ．）

２０１４／０２５８８６１Ａ１　９／２０１４　ボルドウィン（Ｂａｌｄｗｉｎ）

２０１５／０１７２３４８Ａ１　６／２０１５　ローマー他（Ｌｏｈｍａｒ　ｅｔ　ａｌ．）

２０１５／０２８０９６５Ａ１＊　１０／２０１５　カーヴァデック（Ｋｅｒｖａｄｅｃ）．．．．．．．．．．．．Ｈ０４Ｌ　６５／４０８４　　７０９／２０３

２０１６／０１６５２１０Ａ１　６／２０１６　リー（Ｌｅｅ）．．．．．．Ｈ０４Ｎ

２１／８１６　　３４８／４３

２０１８／０１５９９０９Ａ１＊　　６／２０１８　ファン（Ｈｕａｎ）......Ｈ０４Ｎ　２１／８４５

＊審査官による引用

外国特許文献

| ＥＰ | | １３０２８６９Ａ１ | ４／２００３ |
|---|---|---|---|
| ＪＰ | | ２００５０２０５８８Ａ | １／２００５ |
| ＪＰ | | ２００５０７１３１８Ａ | ３／２００５ |
| ＪＰ | | ２００５０７１３１８Ａ | ３／２００５ |
| ＪＰ | | ２００８２５９００１Ａ | １０／２００８ |
| ＫＲ | １０２００５０００００４９０Ａ | | １／２００５ |
| ＫＲ | １０２００５００５５８２０Ａ | | ６／２００５ |
| ＫＲ | １０２００５００７５６３３Ａ | | ７／２００５ |
| ＫＲ | １０２００８０１０８５６８Ａ | | １２／２００８ |
| ＷＯ | | ０３０７３７６８Ａ１ | ９／２００３ |
| ＷＯ | | ２０１１０３８０３２Ａ２ | ３／２０１１ |

他の出版物

「３ＧＰＰ　ＴＳ　２６．ｃｄｅ　Ｖ１．０．０第３世代の移動体通信システムの標準化プロジェクト（３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ）；技術仕様書グループサービスとシステムアスペクト透過型エンドツーエンドパケット交換ストリーミングサービス（Ｔｅｃｈｎｉｃａｌ　Ｓｐｅｃｉｆｉｃａｔｉｏｎ　Ｇｒｏｕｐ　Ｓｅｒｖｉｃｅｓ　ａｎｄ　Ｓｙｓｔｅｍ　Ａｓｐｅｃｔｓ　Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ−ｔｏ−ｅｎｄ　Ｐａｃｋｅｔ−ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ）（ＰＳＳ）；プログレッシブ　ダウンロード　およびＨＴＴＰ（３ＧＰ−ＤＡＳＨ）を介したダイナミック適応型ストリーミング（Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ−ＤＡＳＨ））（リリース１０）、２０１０年８月、

ヴァルボンヌ（Ｖａｌｂｏｎｎｅ）、フランス（Ｆｒａｎｃｅ）

「ユニバーサル　モバイル　テレコミュニケーション　システム；ＬＴＥ；透過型エンドツーエンドパケット交換ストリーミングサービス（ＰＳＳ）（"Ｕｎｉｖｅｒａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ；ＬＴＥ；Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃｋｅｔ－ｓｗｉｔｃｈｅｄ　Ｓｔｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ　（ＰＳＳ）」；プロトコルおよびコーデック（３ＧＰＰＴＳ２６－２３４ バージョン９３．０　Ｒｅｌｅａｓｅ９）、ＥＴＳＩ　ＴＳ１２６２３４、２０１０年６月　第１－１８４頁、Ｖ９３．０、フランス（Ｆｒａｎｃｅ）

「Ｒｅｌ－１０　適応型ＨＴＴＰ　ストリーミングの使用ケース」（Ｕｓｅ　ｃａｓｅ　ｆｏｒ　Ｒｅｌ－１０　Ａｄａｐｔｉｖｅ　ＨＴＴＰ）３ＧＰＰ　ＴＳＧ－ＳＡ４♯６０、２０１０年８月１６－２０日、クァルコム　インコーポレーテッド（Ｑｕａｌｃｏｍｍ　Ｉｎｃｏｒｐｏｒａｔｅｄ）エアランゲン（Ｅｒｌａｎｇｅｎ）、ドイツ（Ｇｅｒｍａｎｙ）

トーマス　ストックハマー　他（Ｔｈｏｍａｓ　Ｓｔｏｃｋｈａｍｍｅｒ　ｅｔ　ａｌ．）「情報技術－ＭＰＥＧシステム技術　第６部：ＨＴＴＰ（ＤＡＳＨ）を介したダイナミック適応ストリーミング（"Ｉｎｆｏｒｍａｔｉｏｎ　ｔｅｃｈｎｏｌｏｇｙ－ＭＰＥＧ　ｓｙｓｔｅｍｓ　ｔｅｃｈｎｏｌｏｇｉｅｓ－Ｐａｒｔ　６：Ｄｙｎａｍｉｃ　ａｄａｐｔｉｖｅ　ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（ＤＡＳＨ）"）」、国際標準化機構（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ）２０１０年１０月１５日、ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ２９／ＷＧ１１、動画と音声のコーディング（Ｃｏｄｉｎｇ　ｏｆ　Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅｓ　ａｎｄ　Ａｕｄｉｏ）、ＩＳＯ／ＩＥＣ　ＣＤ　２３００１－６、広州（Ｇｕａｎｇｚｈｏｕ）、中国（Ｃｈｉｎａ）

イン　チェン他（Ｙｉｎｇ　Ｃｈｅｎ　ｅｔ　ａｌ．）「ＡＶＣに基づくＨＴＴＰストリーミング適応型ビデオストリーミングでのＣｆＰへの応答（"Ｒｅｓｐｏｎｓｅ　ｔｏ　ｔｈｅ　ＣｆＰ　ｏｎ　ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ：　Ａｄａｐｔｉｖｅ　Ｖｉｄｅｏ　Ｓｔｒｅａｍｉｎｇ　ｂａｓｅｄ　ｏｎ　ＡＶＣ"）

」国際標準化機構（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｓａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｓａｔｉｏｎ）２０１０年７月、第１－２０頁、ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ２９／ＷＧ１１、ＭＰＥＧ２０１０／ＭＩ７９０９、クァルコム　インコーポレーテッド（Ｑｕａｌｃｏｍｍ　Ｉｎｃｏｒｐｏｒａｔｅｄ）、ジュネーブ（Ｇｅｎｅｖａ）、スイス（Ｓｗｉｔｚｅｒｌａｎｄ）

主任審査官　―　ジョナサン　Ａ　ブイ（Ｊｏｎａｔｈａｎ　Ａ　Ｂｕｉ）

（７４）弁護士、代理人、または会社……ウィリアム　パーク＆アソシエイツ　リミテッド（Ｗｉｌｌｉａｍ　Ｐａｒｋ＆　Ａｓｓｏｃｉａｔｅｓ　Ｌｔｄ．）

（５７）　　　　　　　　　　　　要約

コンテンツのメタデータを用いた適応型ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）ストリーミングサービスを提供する。メタデータは、１つ以上のＢａｓｅＵＲＬ要素を含むことができる。媒体を形成するセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）は、ＢａｓｅＵＲＬ要素に基づいて生成することができる。さらに、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅ　ＵＲＬ属性にマッピングすることによって生成することができる。生成されたＵＲＬによって示されるセグメントは、互いに同一であってもよい。

図1



図 2





図3







図6

ストリーミングコンテンツを提供する装置および方法

技術分野

本発明は、ストリーミングコンテンツを提供する技術に関し、特に、適応ストリーミングを用いて媒体コンテンツを提供する装置および方法に関する。

背景技術

ストリーミングは、音声や動画像などのマルチ媒体コンテンツを伝送・再生する方式の一つである。クライアントは、ストリーミングを介してコンテンツを受信しながらコンテンツを再生することができる。

適応ストリーミングサービスとは、クライアントのリクエストと、そのリクエストに対するサーバの応答とを通信方式を用いてストリーミングサービスを提供するサービスである。

クライアントは、適応型ストリーミングサービスを用いて、クライアントの環境（例えば、クライアントの伝送チャネル）に適した媒体シーケンスをリクエストすることができる。サーバは、サーバに含まれる様々な品質の媒体シーケンスのうち、クライアントのリクエストに合致した媒体シーケンスを提供してもよい。

適応型ストリーミングサービスは、様々なプロトコルに基づいて提供されてもよい。

ＨＴＴＰ（Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ　Ｐｒｏｔｏｃｏｌ）適応型ストリーミングサービスとは、ＨＴＴＰプロトコルに基づいて提供される適応型ストリーミングサービスのことである。ＨＴＴＰ適応型ストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを使用してサーバからコンテンツを受信し、ストリーミングサービスに関連するリクエストをサーバに送信することができる。

発明の開示

技術的な目標

本発明の一態様は、コンテンツの再生中に、１つまたは複数のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）を解釈することができる装置および方法を提供する。

本発明の別の態様は、１つまたは複数のＢａｓｅＵＲＬ要素間のＢａｓｅＵＲ

Ｌ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることによってセグメントのＵＲＬを生成することができる装置および方法を提供する。

<div align="center">技術的解決手段</div>

本発明の一態様によれば、１つ以上のＢａｓｅＵＲＬ要素を含む媒体のメタデータを受信するステップと、ＢａｓｅＵＲＬ要素に対して解決されたセグメントのＵＲＬ（Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ）を使用して、媒体のセグメントに対するリクエストを送信するステップと、セグメントを受信するステップと、セグメントに含まれる媒体のデータをデコードおよびレンダリングするステップとを含む、媒体を提供する方法が提供される。

リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信することができる。

メタデータは範囲属性を含むことができる。

リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

ＵＲＬは絶対ＵＲＬでも相対ＵＲＬでもよい。

同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。

ＢａｓｅＵＲＬ要素の中の第１のＢａｓｅＵＲＬ要素は、基本的なユニバーサルリソースインジケータ（ＵＲＩ：Ｕｎｉｖｅｒｓａｌ　Ｒｅｓｏｕｒｃｅ　Ｉｎｄｉｃａｔｏｒ）として使用することができ、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素は、代替的なＢａｓｅＵＲＬ要素として使用することができる。

メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅ　ＵＲＬ属性にマッピングしてＵＲＬを生成するようにしてもよい。

メタデータは、媒体の媒体プレゼンテーション記述（ＭＰＤ）とすることができる。

媒体は、１つ以上のピリオドのシーケンスを含むことができる。

ＢａｓｅＵＲＬ要素は、ＭＰＤの１つまたは複数のＭＰＤレベルＢａｓｅＵＲ

Ｌ要素、およびピリオドの１つまたは複数のピリオドレベルＢａｓｅＵＲＬ要素を含むことができる。

各ピリオドに含まれるセグメントのＵＲＬは、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

ピリオドレベルＢａｓｅＵＲＬ要素は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

各ピリオドは、１つ以上のグループを含むことができる。

ＢａｓｅＵＲＬ要素は、グループの１つ以上のグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。

各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

グループレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

各グループは、１つ以上の表現を含むことができる。

各表現は、ピリオド内の媒体の１つ以上の構成要素の構造化された集合であってもよい。

ＢａｓｅＵＲＬ要素は、さらに、表現の１つ以上の表現レベルＢａｓｅＵＲＬ要素を含むことができる。

各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵＲＬ要素に関して解決されることができる。

表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されることができる。

本発明の別の態様によれば、端末は、媒体のメタデータを受信し、セグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を使用して媒体のセグメントに対するリクエストを送信し、セグメントを受信し、セグメントに含まれる媒体のデータを復号するアクセスエンジンであって、メタデータが１つ以上のＢａｓｅＵＲＬ要素を含み、ＵＲＬがＢａｓｅＵＲＬ要素に対して解決されるアクセスエンジンと、アクセスエンジンから媒体のデータを受信し、媒体を出力する媒体エンジンとを含む。

発明の効果

本発明の実施形態によれば、コンテンツの再生中に、１つ以上のＢａｓｅＵＲＬ要素を使用してセグメントのＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）を解釈することが可能である。

さらに、本発明の実施形態によれば、１つ以上のＢａｓｅＵＲＬ要素の中のＢａｓｅＵＲＬ要素をセグメントのｓｏｕｒｃｅＵＲＬ属性にマッピングすることにより、セグメントのＵＲＬを生成することができる。

図面の簡単な説明

図１は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。

図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報のレベルを示す図である。

図４は本発明の一実施形態による動画像専門家グループ２トランスポートストリーム（ＭＰＥＧ－２　ＴＳ）における仮想境界の検出を示す図である。

図５は本発明の一実施形態による端末１００の構成を示す図である。

図６は本発明の一実施形態による端末１００の構成を示す図である。

発明を実施するための最良の形態

以下に、本発明の実施形態を詳細に参照するが、その例は添付の図面に示されており、同様の参照番号は全体を通して同様の構成要素を示している。以下、図面を参照して本発明を説明するために実施例を説明する。

ダイナミックアダプティブストリーミングオーバー　ＨＴＴＰ（ＤＡＳＨ：Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ）は、１）ＨＴＴＰサーバからＨＴＴＰクライアントへの媒体コンテンツの配信、および２）標準のＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にするフォーマットを指定できる。

媒体コンポーネントは、オーディオ、ビデオ、または特定の属性、例えば、帯域幅、言語、または解像度を有する時限テキストなど、個々の媒体タイプの符号化バージョンとすることができる。

媒体コンテンツは、共通のタイムライン、例えば、オーディオ、ビデオ、また

は時限テキストを有する媒体コンポーネントのセットであってもよい。さらに、媒体コンポーネントは、媒体コンポーネントがプログラムまたは映画としてどのように提示され得るか（例えば、個々に、共同して、または相互に排他的に）に関する関係を有し得る。

　媒体コンテンツとコンテンツは、互換性のある用語として使用することができる。

　媒体プレゼンテーション（または複数の媒体）は、連続媒体の構成要素を含む媒体コンテンツの境界付きまたは境界なしのプレゼンテーションを確立するために使用されるデータの構造化された集合であり得る。

　言い換えると、媒体プレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡＳＨクライアントにアクセス可能なデータの構造化された集合であってもよい。

　媒体プレゼンテーション記述（ＭＰＤ）は、媒体プレゼンテーションのための形式化された記述であり得る。

　媒体プレゼンテーションは、ＭＰＤの可能な更新を含めて、ＭＰＤによって記述され得る。

　コンテンツには、オンデマンドコンテンツとライブコンテンツがある。

　コンテンツは、１つ以上のインターバルに分割することができる。言い換えれば、コンテンツは、１つ以上のインターバルを含むことができる。

　インターバルは、ピリオドと交換することができる。ピリオドという用語は、第３世代パートナーシッププロジェクト（３ＧＰＰ）適応型ＨＴＴＰストリーミングの用語として使用することができる。

　ピリオドは、媒体プレゼンテーションのインターバルとすることができる。すべてのピリオドの連続したシーケンスが媒体プレゼンテーションを構成することがある。

　言い換えると、媒体プレゼンテーションは、１つまたは複数のピリオドのシーケンスを含むことができる。

　１つ以上のインターバルを基本単位とすることができる。１つ以上のインターバルは、シグナリングメタデータによって記述することができる。言い換えると、

メタデータは、１つまたは複数のインターバルのそれぞれを記述することができる。

　メタデータはＭＰＤであってもよい。

　ＭＰＤは、セグメントのリソース識別子をアナウンスするためのフォーマットを定義することができる。ＭＰＤは、媒体プレゼンテーション内の識別されたリソースのコンテキストを提供してもよい。リソース識別子は、ＨＴＴＰ−Ｕｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）とすることができる。ＵＲＬは、バイト範囲属性によって制限することができる。

　各インターバルはフラグメントに分割することができる。

　フラグメントはセグメントと交換可能である。セグメントという用語は、３ＧＰＰ適応型ＨＴＴＰストリーミングの用語として使用できる。

　セグメントは、例えば、ＲＦＣ２６１６で定義されているように、ＨＴＴＰ−ＵＲＬに対するＨＴＴＰ／１．１ＧＥＴリクエスト（またはバイト範囲で示される部分に対するＧＥＴリクエスト）に対するレスポンスのエンティティボディを参照することができる。

　端末は、受信したバイト（すなわちセグメント）を用いて媒体コンテンツを再生することができる。

　サブセグメントは、セグメントレベルでセグメントインデックスによってインデックス付けされ得るセグメント内の最小単位を指すことができる。

　単一のインターバルに対応するフラグメントの２つ以上のセットが存在してもよい。各セットは代替物と呼ぶことができる。

　代替物は、表現（又は式）と交換可能であり得る。

　各ピリオドには、１つ以上のグループを含めることができる。

　各グループは、同じ媒体コンテンツの１つ以上の表現を含むことができる。

　表現は、単一ピリオド内の１つ以上の媒体構成要素の構造化された集合を指す場合がある。表現は、媒体コンテンツの代替選択のうちの１つであってもよく、または、例えば、ビットレート、解像度、言語、コーデックなどの符号化選択によって典型的に異なる媒体コンテンツのサブセットであってもよい。

　ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つまたは複数の表現を選択

できるようにする記述情報を提供してもよい。

　ランダムアクセスポイント（ＲＡＰ：Ｒａｎｄｏｍ　Ａｃｃｅｓｓ　Ｐｏｉｎｔ）は、媒体セグメント内の特定の場所である場合がある。ＲＡＰは、媒体セグメントに含まれる情報のみを用いて、ＲＡＰの場所から連続的に再生を開始できる場所として特定することができる。

　各表現は、１つ以上のセグメントから形成することができる。言い換えると、表現は、１つ以上のセグメントを含むことができる。

　ＭＰＤは、１）セグメントにアクセスし、２）ユーザにストリーミングサービスを提供するために、適切なＨＴＴＰ－ＵＲＬを形成するためにＤＡＳＨクライアントに必要なメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは絶対ＵＲＬでも相対ＵＲＬでもよい。

　ＭＰＤは、拡張マークアップ言語（ＸＭＬ）文書であり得る。

　ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは、単一のＭＰＤ要素のみを含むことができる。

　図１は本発明の一実施形態に係るコンテンツ処理方法を示す信号フローチャートである。

　端末１００は、ＤＡＳＨクライアントであってもよい。

　ＤＡＳＨクライアントは、ＲＦＣ２６１６で規定されたクライアントと互換性がある可能性がある。

　ＤＡＳＨクライアントは通常、セグメントまたはセグメントの一部にアクセスするために、ＲＦＣ２６１６で規定されているように、ＨＴＴＰ　ＧＥＴメソッドまたはＨＴＴＰパーシャルＧＥＴメソッドを使用することができる。

　サーバ１１０は、ＤＡＳＨセグメント上でホスティングを実行することができる。サーバ１１０は、ＲＦＣ２６１６で規定されたサーバと互換性がある可能性がある。

　動作１２０において、端末１００は、サーバ１１０から媒体（またはコンテンツ）のメタデータを受信することができる。即ち、サーバ１１０は、媒体のメタデータを端末１００に送信してもよい。

　メタデータは、ＢａｓｅＵＲＬ要素を含むことができる。１つまたは複数のＢ

ａｓｅＵＲＬ要素が提供されてもよい。

動作１３０において、端末１００は受信したメタデータを処理することができる。動作１３０において、端末１００は、メタデータによって提供される情報、またはメタデータに含まれる情報を抽出することができる。

動作１４０〜１５０において、端末１００は、メタデータによって提供される情報に基づいて媒体のセグメントにアクセスすることができる。

各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

メタデータは、グループの各々を記述するグループ要素を記述することができる。

動作１４０において、端末１００は、セグメントのＵＲＬを使用してサーバ１１０に媒体のセグメントに対するリクエストを送信することができる。ＵＲＬは、上述のＢａｓｅＵＲＬ要素の１つに関して解決されてもよい。例えば、セグメントのＵＲＬは、ＢａｓｅＵＲＬ要素に基づいて生成することができる。

端末１００は、処理されたメタデータに基づいて、特定のインターバルに適したセグメントの送信をサーバ１１０にリクエストすることができる。言い換えれば、リクエストされたセグメントは、メタデータに基づいて選択されることができる。リクエストは、ＨＴＴＰ　ＧＥＴメソッドを使用して送信されることができる。

メタデータは範囲属性を含むことができる。リクエストは、範囲属性によって指定されるＵＲＬによって示されるリソースのバイトに対するリクエストを含むことができる。

セグメントのＵＲＬは、絶対ＵＲＬでも相対ＵＲＬでもよい。

同一セグメントは、それぞれのＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される複数の場所でアクセス可能であり得る。言い換えると、同一セグメントは、ＢａｓｅＵＲＬ要素によって提供されるＵＲＬによって選択的にアクセス可能であり得る。

また、ＢａｓｅＵＲＬ要素のうち第１のＢａｓｅＵＲＬ要素を基本的なユニバ

ーサルリソースインジケータ（ＵＲＩ）として使用し、第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素を代替ＢａｓｅＵＲＬ要素として使用してもよい。

メタデータは、セグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含むことができる。また、メタデータがセグメントのｓｏｕｒｃｅＵＲＬ属性を選択的に含む場合には、ＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素をｓｏｕｒｃｅＵＲＬ属性にマッピングして、セグメントのＵＲＬを生成することができる。

動作１４５において、いくつかの場合において、サーバ１１０は、コンテンツ（例えば、スケーラブルビデオ符号化（ＳＶＣ）のための動画像専門家グループ（ＭＰＥＧ）レイヤ４（ＭＰ４）ファイル）を解析する必要があり、リクエストされたセグメントに適したデータ部分を抽出することができる。

動作１５０において、サーバ１１０は、端末１００からの各リクエストに適したセグメントを端末１００に送信することができる。端末１００は、サーバからセグメントを受信することができる。

動作１６０において、端末１００は、セグメントに含まれる媒体のデータに対してデコードおよびレンダリングを行い、媒体を再生することができる。

端末１００は、動作１２０～１６０を繰り返すことにより、受信したセグメントを用いて媒体を再生することができる。

ここで、ＢａｓｅＵＲＬ要素は、ＭＰＤのＭＰＤレベルＢａｓｅＵＲＬ要素と、各ピリオドのピリオドレベルＢａｓｅＵＲＬ要素とを含むことができる。ピリオドレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素が属するピリオドに適用されるＢａｓｅＵＲＬ要素を参照することができる。即ち、各ピリオドに含まれるセグメントのＵＲＬはピリオドレベルＢａｓｅＵＲＬ要素に対して解決されることができる。

１つ以上のＭＰＤレベルＢａｓｅＵＲＬ要素が提供されてもよく、１つ以上のピリオドレベルＢａｓｅＵＲＬ要素が提供されてもよい。

さらに、ＢａｓｅＵＲＬ要素は、グループのグループレベルＢａｓｅＵＲＬ要素をさらに含むことができる。各グループに含まれるセグメントのＵＲＬは、グループレベルＢａｓｅＵＲＬ要素に対して解決されることができる。１つ以上のグループレベルＢａｓｅＵＲＬ要素が提供されることがある。

　ＢａｓｅＵＲＬ要素は、さらに、表現の表現レベルＢａｓｅＵＲＬ要素を含む
ことができる。各表現に含まれるセグメントのＵＲＬは、表現レベルＢａｓｅＵ
ＲＬ要素に関して解決されることができる。

　特定のレベルのＢａｓｅＵＲＬ要素は、より高いレベルのＢａｓｅＵＲＬ要素
に関して解決されることができる。例えば、ピリオドレベルＢａｓｅＵＲＬ要素
は、ＭＰＤレベルＢａｓｅＵＲＬ要素に関して解決されることができる。グルー
プレベルＢａｓｅＵＲＬ要素は、ピリオドレベルＢａｓｅＵＲＬ要素に関して解
決されることができる。表現レベルＢａｓｅＵＲＬ要素は、グループレベルＢａ
ｓｅＵＲＬ要素またはピリオドレベルＢａｓｅＵＲＬ要素に関して解決されるこ
とができる。

　図２は本発明の一実施形態によるシグナリング情報のカテゴリを示す図である。
　シグナリング情報（すなわちメタデータ）は、以下の１）〜４）に分類するこ
とができる。

　１）一般情報２１０：コンテンツの一般的な記述と、継続時間や開始時刻など
の各インターバルの一般的な記述とを含む。

　２）Ｑｕａｌｉｔｙ　ｏｆ　Ｓｅｒｖｉｃｅ（ＱｏＳ）情報２２０：ビットレ
ート、解像度、品質などの各代替物の特性を記述する。即ち、ＱｏＳ情報は、コ
ンテンツの代替物ごとの特徴を記述したものである。

　代替物は、物理的（即ち、事前に作成される）であってもよく、または仮想的
（即ち、オンザフライで作成される）であってもよい。クライアントは、代替物
の情報に基づいて、適切な代替物のフラグメントを選択することができる。した
がって、端末およびネットワークのコンテキストへの適応性をサポートすること
ができる。

　３）マッピング情報２３０：コンテンツを検索する場所を記述する。特定のケ
ースに応じて、異なるバリエーションが同じ場所または異なる場所を持つことが
ある。

　４）クライアントリクエスト２４０：このタイプのシグナリング情報は、ＨＴ
ＴＰ１．１リクエストメッセージのフォーマットに準拠する場合がある。図１に
示すように、クライアントがリクエストするパラメータは、カテゴリ１）から３

）の情報から導出することができる。

　図３は本発明の一実施形態によるコンテンツ分割の階層とシグナリング情報のレベルを示す図である。

　本発明の実施形態によるメタデータのシグナリングは、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、およびマッピング情報３４０に物理的に分離されることができる。なお、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、マッピング情報３４０の関連部分のリンクは、参照により行われてもよい。

　シグナリング情報のこれらの部分は、柔軟性をサポートするために異なる方法で組み合わせることができる。

　例えば、コンテンツレベル情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場合には、代替物を決定したり、場所を解決したりするための全ての計算がサーバにより行われてもよい。従って、コンテンツレベル情報３１０とインターバルレベル情報３２０のみがクライアントに送信される場合、処理モデルは「サーバベース」であってもよい。

　コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０がクライアントに送信された場合、代替物を決定するための全ての計算および場所を解決するための全ての計算は、クライアントおよびサーバによって分散され実行されてもよい。従って、コンテンツレベル情報３１０、インターバルレベル情報３２０およびＱｏＳ情報３３０がクライアントに送信される際に、モデルが「配信」されてもよい。

　全てのシグナリング情報（即ち、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０およびマッピング情報３４０）がクライアントに送信される場合、ほとんどの（または全ての）処理（即ち、代替物を決定し、場所を解決するための計算）がクライアントによって実行されるため、モデルはクライアントベースであってもよい。

　メタデータ部分を分離することにより、保存と配信の効率化が可能になる。例えば、セッション中にコンテンツレベル情報３１０のメタデータを１回送信し、インターバルレベル情報３２０のみを定期的に更新するようにしてもよい。同様

に、ＱｏＳＩｎｆｏ３３０を含む単一のファイルを、異なるインターバルおよび異なるコンテンツに対して使用することができる。

　メタデータのセットを表現するには、ＸＭＬ、擬似コード、セッション記述プロトコル（ＳＤＰ）など、さまざまな方法がある。

　本発明の実施形態では、ＸＭＬと擬似コードの両方を使用してシグナリング構文を表すことができる。ＸＭＬ構文は、ＭＰＥＧ－２１および類似のスキーマに基づくＸＬＭプロファイルをサポートするクライアントに対して使用することができる。一方、擬似コード構文は、ＩＳＯ（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ）ベースの媒体ファイルフォーマット等の「言語」に基づくものであってもよく、非ＸＭＬクライアントで使用されてもよい。特に、擬似コード構文のプロファイルは、ファイルフォーマット構文解析の構文解析モジュールに類似した構文解析モジュールを使用することができる。以下の実施形態の構文を設計するために、以下の実施形態では、共通要素の表を定義し、各フォーマットの要素を表現することができる。

　提案された構文は、任意の他の言語によって表すことができる。

　以下、一般的な構文要素の表について説明する。

　次の表では、構文要素を階層的に説明する。つまり、子要素は、子要素の親要素の右側の列に表示される。「リーフ」レベルの要素はイタリック体で表示され、親要素は太字で表示される。親要素は、対応するＸＭＬタイプとファイルボックスで表すことができる。

　オカレンスの列で、「０...　Ｎ」は、オカレンス要素のインスタンスの数が０から「無制限」であることを意味する。０の最小オカレンスは、要素が任意であり得る（即ち、存在しない）ことを意味し得る。最小オカレンス数が１以上の場合は、構文内で要素が必須であることを意味する。

　オカレンスはカーディナリティと置き換えることができる。

　タイプの行では、Ａは属性を示し、Ｅは要素を示す。選択性の行では、Ｍは必須を示し、Ｏはオプションを示す。属性の場合、Ｍは必須を示し、Ｏはオプションを示し、ＯＤはデフォルト値を持つオプションを示し、ＣＭは条件付きで必須

を示す。要素の場合、要素は＜ｍｉｎＯｃｃｕｒｓ＞...＜ｍａｘＯｃｃｕｒｓ＞で表される。ここで、Ｎは無制限とすることができる。

　以上の意味は、本明細書の他の表にも等しく適用できる。

　また、ＱｏＳＩｎｆｏはＡｄａｐｔａｔｉｏｎＩｎｆｏとも呼ばれ、ＱｏＳＩｎｆｏをより具体的なものにする。さらに、構文の柔軟性を高めるために、いくつかの要素を修正することができる。

　次の表１に、一般的な情報を示す。

TABLE 1

| | | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | HTTP ストリーミングのためのシグナリングメタデータのトップレベル要素を記述する | HttpStreamingType | 'htps'ボックス |
| | GeneralInfo | | 0...N | 記述されたコンテンツの一般情報を含む | GeneralInfoType | 'geni'ボックス |
| | | TimeScale | 0...1 | 1 秒間の時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間関連要素と共に使用される。 | 整数 | 符号なし整数（32） |
| | | LiveStartTime | 0...1 | LiveStartTime 要素が存在しない場合、コンテンツは VoD タイプである。LiveStartTime 要素の存在は、LiveStartTime の時間値で表示されるライブコンテンツを示す。LiveStartTime が 0 の時間値を有する場合、表示時間は未知である。 | dateTime | 符号なし整数（64） |
| | | 持続時間 | 0...1 | 存在する場合、コンテンツの持続時間を示す。そうでなければ、持続時間は未知である。 | 整数 | 符号なし整数（32） |
| | | DefaultIntDuration | 0...1 | 存在する場合は、コンテンツの各インターバルのデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | | MinUpdateTime | 0...1 | 存在する場合は、主記述ファイルを再びリクエストする前の最小待ち時間を示す。 | 整数 | 符号なし整数（32） |
| | | ConsistentQoSInfo | 0...1 | 真の場合、QoS 情報がコンテンツ持続時間全体と同じであることを示す。 | ブール | 前記ボックスのフラグ |

TABLE 1-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | DefaultContentLoc | 0...1 | コンテンツのデフォルト場所を提供する。 | anyURI | URL の文字列 |
| IntervalsRef | | 0...N | インターバル要素の 1 つまたは複数のインスタンスを含む記述への参照を提供する。インターバル要素の 1 つまたは複数のインスタンスは、連続するインターバル（単数および複数）のシーケンスを表す。 | IntervalsRefType | 'iref' ボックス |
| インターバル | | 0...N | コンテンツのインターバルの情報を提供する。インターバルの情報は、インターバル要素のインスタンスとして含まれてもよく、または IntervalsRef 要素によって参照されてもよい。 | IntervalType | 'intv' ボックス |
| | IntervalInfo | 0...1 | インターバルの一般情報を提供する。 | IntervalInfoType | 'inti' ボックス |
| | QoSInfoRef | 0...1 | QoSInfo 要素によって表される記述への参照を提供する。QoSInfoRef 要素が存在する場合、QoSInfo 要素は同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'qref' ボックス |
| | QoSInfo | 0...1 | リソース特徴および品質／有用性など、コンテンツの代替物に関する情報を提供する。QoSInfo 要素が存在する場合、QoSInfoRef 要素は存在しなくてもよい。 | QoSInfoType | 'QoSi' ボックス |
| | MappingInfoRef | 0...1 | MappingInfo 要素によって表される記述への参照を提供する。MappingInfoRef 要素が存在する場合、MappingInfo 要素は、同じレベルで存在しなくてもよい。 | dia:ReferenceType | 'mref' ボックス |
| | MappingInfo | 0...1 | コンテンツ代替物の場所に関する情報を提供する。情報が提供されない場合、DefaultContentIntLoc 要素（提供されない場合、DefaultContentLoc）を使用してコンテンツを取得することができる。MappingInfo 要素が存在する場合、MappingInfoRef 要素は存在しなくてもよい。 | MappingInfoType | 'mapi' ボックス |
| | NextIntervalsRef | 0...1 | 次のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。NextIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。現在の時間ウィンドウ内では、最終インターバルのみが NextIntervalsRef 要素を含むことができる。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |
| | PreviousIntervalsRef | 0...1 | 前のインターバル（単数または複数）の情報への参照を提供する。次のインターバル（単数または複数）の情報は、インターバル要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（単数または複数）の情報は、インターバル要素で表される記述である。PreviousIntervalsRef 要素を使用すると、クライアントは、HttpStr 要素によって表される主記述を再ロードする必要がない。 | IntervalsRefType は、dia:ReferenceType から拡張され得る | 'nref' ボックス |

TABLE 1-continued

| オカレンス セマンティクス | XML 構文<br>（MPEG-21 に基づく） | 擬似コード<br>（ファイルフォーマットボックス） |
|---|---|---|
| 現在の時間ウィンドウ内で、最初の間隔のみが NextIntervals Ref 要素を含み得る。 | | |

　以下の表2に、ＩｎｔｅｒｖａｌｓＲｅｆ、ＮｅｘｔＩｎｔｅｒｖａｓＲｅｆ、ＰｒｅｖｉｏｕｓＩｎｔｅｒｖａｌｓＲｅｆ、ＱｏＳＩｎｆｏＲｅｆ、ＭａｐｐｉｎｇＩｎｆｏＲｅｆ、およびＩｎｔｅｒｖａｌＩｎｆｏを記載する。

TABLE 2

| | オカレンス | | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfoRef, MappingInfoRef | | | | | |
| | インデックス | 1 | 次の場所要素によって参照される記述ファイル内の参照される記述またはボックス（インターバル、QoSInfo、MappingInfo）の順序（1から始まる）を示す。 | 該当せず | 符号な整数（8） |
| | 場所 | 1 | インターバル、QoSInfo、または MappingInfo によって表される記述への参照を提供する。 | dia:参照タイプにおける uri 要素 | 文字列（urlを表す） |
| IntervalInfo | | | | | |
| | TimeScale | 0...1 | 1秒間の時間単位数を記述する。この値は、時間単位が指定されていない場合に、時間間隔要素と共に使用される。TimeScale 要素は、存在する場合、GeneralInfo によって提供される時間スケールをオーバーライドする。 | 整数 | 符号なし整数（32） |
| | StartTime 持続時間 | 0...1 0...1 | インターバルの開始時間を示す。インターバルの持続時間を示す。 | 整数 | 符号なし整数（32） |
| | DefaultFrag Duration | 0...1 | インターバルのフラグメント（最後のフラグメントを除く）のデフォルト持続時間を示す。 | 整数 | 符号なし整数（32） |
| | DefaultContent Int Loc | 0...1 | コンテンツインターバルのデフォルト場所を提供する。 | anyURI タイプ | 文字列 |
| | 最後 | 0...1 | 真の場合、コンテンツの最終インターバルを示す。 | ブール | フラグによって |
| IntervalsRef, Previous IntervalsRef NextInterval Ref | | | | | |
| | startTime | | コンテンツの開始時間に対するインターバル／ピリオドの参照されたシーケンスの開始時間を示す（ライブコンテンツについては LiveStartTime、オンデマンドコンテンツについては0）。 | xs:duration | |
| | Available Time | 0...1 | 次のインターバルの記述が利用可能である時間を示す。これは、コンテンツの開始時間からの相対時間である。 | 整数 | 符号なし整数（32） |
| | Index | 1 | 次の場所要素によって参照される記述ファイル内の参照されるインターバル記述（またはボックス）の順序（1から始まる）を示す。 | 該当せず | 符号な整数（8） |

TABLE 2-continued

| | 場所 | 1 | インターバル記述を含む記述ファイルへの参照を提供する。 | dia:参照タイプ内の sx:anyURI タイプまたは uri 要素 | 文字列（urlを表す） |
|---|---|---|---|---|---|

次の表3に、ＱｏＳＩｎｆｏ要素を示す。

TABLE 3

| | | オカレンス | セマンティクス | XML 構文 （MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfo | | 1 | リソース特徴および品質／有用性などのコンテンツ代替物のリストに関する情報を提供する。 | dia:AdaptiveQoSType の効用関数を含む QoS InfoType | 'QoSi' ボックス |
| | ClassSchemeRef | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前の意味論を提供する。 | dia:DescriptionMetadataType | 'csmr' ボックス |
| | スキーム | 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | url 文字列 |
| (1) | リソース | 0...N | リソース要素の各インスタンスは、代替物のリストについて、特定のリソースタイプ（例えば、ビットレート）の特性値を記述する。 | DIA Utility-FunctionType における dia:UFData Type の要素制約 | 'resi' ボックス |
| (2) | AdaptationOperator | 0...N | AdaptationOperator 要素の各インスタンスは、代替物のリストについて、特定の適応タイプの値を記述する（たとえば、時間軸を除去する）。 | | 'adpo' ボックス |
| (3) | 有用性 | 0...N | 有用性要素の各インスタンスは、代替物のリストについて、特定の品質／有用性タイプ（例えば、MOS）の値を記述する。 | dia:UFDataType | 'util' ボックス |
| | UtilityRank | 0...1 | 代替物のリストに対する品質ランキングを記述する。 | dia:UtilityRankType | 'utir' ボックス |
| | 値 | 1...N | 代替物の品質／有用性ランクを示す。値要素のインスタンスの数は、代替物の数に等しい。 | 整数 | 符号なし 整数（16） |

　以下の表４は、表３の（１）リソース、（２）ＡｄａｐｔａｔｉｏｎＯｐｅｒａｔｏｒ、および（３）有用性の共通セマンティクスを示す。

TABLE 4

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfo | | 1 | リソース特徴および品質／有用性などのコンテンツ代替物のリストに関する情報を提供する。 | dia:AdaptiveQoSType の効用関数を含む QoSInfo Type | 'QoSi' ボックス |
| | ClassSchemeRef | 0...1 | 分類スキームのリストを提供する。分類スキームは、いくつかの用語または名前のセマンティクスを提供する。 | dia:DescriptionMetadataType | 'csmr' ボックス |

TABLE 4-continued

|  |  | スキーム | 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | url 文字列 |
|---|---|---|---|---|---|---|
| (1) | リソース |  | 0...N | リソース要素の各インスタンスは、代替物のリストについて、特定のリソースタイプ（例えば、ビットレート）の特性値を記述する。 | DIA Utility-Function Type における dia:UFD ataType の要素制約 | 'resi' ボックス |
| (2) | AdaptationOperator |  | 0...N | AdaptationOperator 要素の各インスタンスは、代替物のリストについて、特定の適応タイプの値を記述する（たとえば、時間層を除去する）。 |  | 'adpo' ボックス |
| (3) | 有用性 |  | 0...N | 有用性要素の各インスタンスは、代替物のリストについて、特定の品質／有用性タイプ（例えば、MOS）の値を記述する。 | dia:UFDataType | 'util' ボックス |
|  | UtilityRank |  | 0...1 | 代替物のリストに対する品質ランキングを記述する。 | dia:UtilityRankType | 'utir' ボックス |
|  |  | 値 | 1...N | 代替物の品質／有用性ランクを示す。値要素のインスタンスの数は、代替物の数に等しい。 | 整数 | 符号なし 整数 (16) |

| 要素 (1)、(2)、(3) |  |  | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
|  | 名称 | 1 | 要素の特定のタイプの識別子を記述する。識別子が上記の実装形態によって意味的に定義されていない場合、次の3つの要素を使用して、分類方式で識別子の意味を見つける。 | Att. 'iOPinRef', ref. a CS term | 符号なし 整数 (32) |
|  | CSref_ind | 0...1 | ClassSchemeRef 要素によって提供されるリスト内の分類スキームの参照インデックスを示す。 | 該当せず | 符号なし 整数 (16) |
|  | LevelNum | 0...1 | レベルの数を示す。 | 該当せず | 符号なし 整数 (16) |
|  | LevelIndex | 1...N | LevelIndex 要素の各インスタンスは、分類スキームのレベルにおけるインデックス値を表す。 | 該当せず | 符号なし 整数 (16) |
|  | 値 | 1...N | 代替物のリソースタイプ（適応演算子、または有用性）の値を示す。値要素のインスタンスの数は、代替物の数に等しい。 | dia:VectorDataType 内の構成要素 | 符号なし 整数 (32) |

次の表5に、マッピング情報を示す。

TABLE 5

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| MappingInfo | | 0...1 | | MappingInfoType | 'mapi'ボックス |
| | AlterLocID | 0...1 | QoSInfo に記載された各代替物の場所の ID を提供する。AlterLocID 要素が存在しない場合、ロケーションリスト内の最初のロケーションがすべての代替物に使用され得る。 | dia:IntegerVectorType | 'aloc'ボックス |

TABLE 5-continued

| | | オカレンス | セマンティクス | XML 構文（MPEG-21 に基づく） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| | Value | 1...N | 代替物の場所 ID を示す。この要素のインスタンスの数は、代替物の数に等しい。値要素の n 番目のインスタンスは、QoSInfo 記述の n 番目の代替物に対応する。 | 整数 | 符号なし整数（16） |
| | ReqQoSPara | 0...N | クライアントによってサーバに送信されるリクエスト（代替として）に入れることができる QoSInfo のパラメータを示す。パラメータは、リソース、AdaptationOperator、有用性、または UtilityRank 要素のインスタンスであり得る。 | dia:BooleanVectorType を拡張する ReqQoSParaType | 'reqp'ボックス |
| | RefIndex | 1 | リソース、AdaptationOperator、有用性および UtilityRank 要素のインスタンスリストにおけるインスタンスインデックス／参照を示す。 | QoSInfo における IOPin を参照する属性'iOPinRef'で表される。 | 符号なし整数（16） |
| | すべて | 1 | 真の場合、パラメータは、すべての代替物について要求される必要があり、ReqFlag はスキップされ得る。 | ブール | フラグ |
| | ReqFlag | 0...N | ReqFlag 要素の各インスタンスは、代替物に対応する。ReqFlag が真である場合、対応する代替物のリクエストは、上記で識別されたパラメータを有する。 | BooleanVectorType の構成要素 | 符号なし整数（8） |
| LocationList | | 1 | コンテンツ代替物を取得するための場所のリストを提供する。 | LocationListType | 'locl'ボックス |
| | 場所 | 1...N | 場所の情報を提供する | LocationType | 'loca'ボックス |

場所要素のセマンティクスは、表 6 に示されるように、さらに提供され得る。

TABLE 6

| | | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|---|
| 場所 | | | 0...N | | LocationType | 'loca' ボックス |
| | LocID | | 1 | 場所要素のインスタンスの ID を示す。場所要素は AlterLoc ID によって参照される。 | 整数 | 符号なし 整数（16） |
| | StrLocation | | 0...N | コンテンツインターバルのストリームの場所情報を提供する。各ストリームは、ストリーム URL または複数のフラグメント URL のいずれかによって提供される。 | StrLocationType | 'stlo' ボックス |
| | | FragNum | 0...1 | フラグメントの数を提供する | 整数 | 符号なし 整数（16） |
| | | StreamUrl | 0...1 | ストリームの URL を記述する | anyURItype | 文字列 |
| | | FragmentUrl | 0...N | フラグメントの URL を記述する。FragmentUrl 要素のインスタンス数は、フラグメント数である。 | anyURItype | 文字列 |
| | | FragTime | 0...1 | フラグメントの持続時間を提供する。 | dia:VectorDataType | 'frtm' ボックス |
| | | 値 | 1...N | フラグメントの持続時間を示す。値要素のインスタンス数は、フラグメント数である。 | 整数 | 符号なし 整数（32） |

TABLE 6-continued

| | | オカレンス | セマンティクス | XML 構文（DIA に基づく） | 擬似コード（MP4） |
|---|---|---|---|---|---|
| RandAccess | | 0...1 | ランダムアクセスをサポートするフラグメントを記述する。 | dia:VectorDataType | 'rdac' ボックス |
| | 値 | 1...N | ランダムアクセスフラグメントの順序を示す。 | 整数 | 符号なし整数（16） |
| MP2TSPara | | 0...1 | MPEG-2 TS 内のコンテンツ／プログラムの場所を特定するための追加パラメータ（URL 以外）を記述する。 | MP2TSParaType | 'mp2p' ボックス |
| | PID | 0...N | コンテンツ／プログラムの PID の値を MPEG-2 TS に記述する。 | 整数 | 符号なし整数（16） |
| FragBoundaries | | 0...1 | ストリーム内の（仮想）フラグメントの境界を記述する。FragBoundaries 要素のインスタンスの数は、ストリームのフラグメントの数に等しい。以下の要素の 1 つのタイプのみが FragBoundaries インスタンスに存在する。 | FragBoundariesType | 'frbd' ボックス |
| | MP2TSBoundary | 0...N | （仮想）フラグメント境界を検出するためのパラメータを MPEG-2 TS に記述する。MP2TSBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。MP2TSBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | MP2TSBoundaryType | 'mp2b' ボックス |
| | ISOFileBoundary | 1...2 | ISO ベース媒体ファイルフォーマットに基づいてファイル内の（仮想）フラグメント境界を検出するためのパラメータを記述する。ISOFileBoundary 要素の 2 つのインスタンスがある場合、2 つのインスタンスは、フラグメントの開始境界および終了境界である。ISOFileBoundary 要素のインスタンスが 1 つしかない場合、そのインスタンスは開始境界である。終了境界は、次のフラグメントの開始境界の直前にある。 | ISOFileBoundaryType | 'isfb' ボックス |
| | ByteRanges | 1 | ファイルの部分／フラグメントを識別するバイト範囲を記述する。ByteRanges 要素によって提供されるパラメータは、HTTP リクエストにおけるバイト範囲オプションのために使用され得る。 | ByteRangesType | 'brag' ボックス |

　ＭＰ２ＴＳＢｏｕｎｄａｒｙ、ＩＳＯＦｉｌｅＢｏｕｎｄａｒｙ、およびＢｙｔｅＲａｎｇｅｓのセマンティクスは、表７に示されるようにさらに提供され得る。

TABLE 7

| | オカレンス | セマンティクス | XML 構文<br>（DIA に<br>基づく） | 擬似<br>コード<br>（MP4） |
|---|---|---|---|---|
| MP2TS<br>Boundary | | | MP2TS<br>境界<br>タイプ | 'mp2b'<br>ボックス |
| | PCR_PID | 1 | 関連するコンテンツ／プログラムの PCR を搬送する PID を記述する。 | 整数 | 符号なし<br>整数（16） |

TABLE 7-continued

| | オカレンス | セマンティクス | XML 構文 | 擬似コード |
|---|---|---|---|---|
| | PCR_base | 1 | PCR ベースフィールドの値を記述する | 長い | 符号なし<br>整数（40） |
| | PCR_ext | 1 | PCR 拡張フィールドの値を記述する。 | 整数 | 符号なし<br>整数（16） |
| | 出現 | 1 | 上記 2 つの要素で識別される PCR 値を含む TS パケットの出現順序（例えば、1 番目、2 番目）を記述する。<br>PCR のリセット／不連続がある場合、PCR 値は、インターバル中に 2 回以上出現し得る。 | 整数 | 符号なし<br>整数（16） |
| | Media_PID | 1...N | プログラムの媒体（例えばビデオ）の PID を記述する。Media_PID 要素のインスタンスの数は、プログラム／コンテンツの媒体の数に等しい。 | 整数 | 符号なし<br>整数（16） |
| | Media_Offset | 1...N | 上記識別された PCR パケットからフラグメントの最初の媒体パケットへのオフセット（同じ media PID の TS パケットにおける）を記述する。<br>媒体オフセットの n 番目のインスタンスは、Media_PID の n 番目のインスタンスに関連付けられる。 | 整数 | 符号なし<br>整数（16） |
| ISOFile<br>Boundary | SequenceNo | 1 | mfhd ボックス内に提供されるシーケンス番号を記述する。<br>mfhd ボックスは、MP4 ファイルのフラグメントを定義する。<br>0 の値を有する SequenceNo は、ファイルの開始を示す。 | ISOFile<br>BoundaryType<br>integer | 'isfb'<br>ボックス<br>符号なし<br>整数（16） |
| ByteRanges | | | ByteRanges<br>タイプ | 'brag'<br>ボックス |
| | 開始 | 1...N | バイト範囲の開始値を記述する。<br>'-1' の値は、HTTP リクエスト内のこの値が欠落していることを意味する。 | 整数 | 符号なし<br>整数（32） |
| | 終了 | 1...N | バイト範囲の終了値を記述する。<br>'-1' の値は、HTTP リクエスト内のこの値が欠落していることを意味する。<br>開始−終了インスタンスは対で存在する。<br>終了の n 番目のインスタンスは、開始の n 番目のインスタンスに関連付けられる。 | 整数 | 符号なし<br>整数（32） |
| | Media_PID | 0...N | 上記開始−終了の対のバイト範囲から抽出する必要がある媒体（例えば、ビデオ）の PID を記述する。Media_PID 要素は、バイト範囲が MPEG-2 TS のセグメントであり、全ての PID を配信する必要がない場合に使用される。 | 整数 | 符号なし<br>整数（16） |

以下、クライアントリクエストについて説明する。

クライアントによって取得されたメタデータのシグナリングは、シグナリング情報の異なる部分またはレベルを含むことができる。したがって、クライアント

からサーバへのリクエストは、詳細の異なるレベルのパラメータを含むことができる。

クライアントの主要なパラメータはＵＲＩであり、クエリ部分に関連付けられる。

次の３つの主要なシナリオを検討する。

１）サーバベースのシナリオ

サーバベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般コンテンツ情報３１０および一般インターバル情報３２０を含むことができる。

リクエストされたコンテンツのＵＲＩには、ＤｅｆａｕｌｔＣｏｎｔｅｎｔＩｎｔＬｏｃ（そうでない場合はＤｅｆａｕｌｔＣｏｎｔｅｎｔＬｏｃ）を使用することができる。クライアントがコンテンツの特定のフラグメントをリクエストできるようにするために、以下のパラメータａ）およびｂ）が（動作１４０におけるリクエストの）照会部分において定義される。

ａ）「ｆｒａｎｇｏ」とは：インターバル内のフラグメントのオーダー値。

ｂ）「Ｆｒａｇｔｉ」とは：インターバル内のフラグメントの開始時間。

例えば、リクエストＵＲＩは「ＨＴＴＰ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａｇｎｏ＝５」のようになる。

２）分散シナリオ

分散シナリオでは、サーバからクライアントに提供されるメタデータは、一般コンテンツ情報３１０、一般インターバル情報３２０、およびＱｏＳ情報３３０を含むことができる。

上記のパラメータに加えて、クライアントが適切な代替物をリクエストできるようにするために、以下のＱｏＳ関連パラメータａ）〜ｃ）が（動作１４０におけるリクエストの）照会部分に定義される。

ａ）「変更」：代替物のオーダー値。代替物の順序値に基づいて、代替物がＱｏＳ情報に表示される場合がある。

ｂ）「ｏｐｅｒ１」、「ｏｐｅｒ２」、...、および「ｏｐｅｒＮ」：「ｏｐｅｒｉ」は、ＱｏＳ情報に現れるｉ番目の適合動作の値を運ぶ。

　ｃ）「ｒｅｓ１」、「ｒｅｓ２」、．．．、「ＲｅｓＮ」：「ｒｅｓｉ」は、ＱｏＳ情報に現れるｉ番目のリソースの値を運ぶ。

　上記の３つのオプションのうち、１つのリクエストで使用できるのは１つだけである。

　一般的な適合演算子とリソースタイプでは、理解性と相互運用性を向上させるための特定のパラメータ名を定義することができる。

　適合演算子は次のａ）からｅ）までである。

　ａ）ａｕｄｉｏｌａｙｅｒｓ：破棄するスケーラブルオーディオレイヤの数を示す。

　ｂ）ｔｅｍｐｏｒａｌｌａｙｅｒｓ：破棄されるスケーラブルビデオの時間レイヤ数を示す。

　ｃ）ｓｐａｔｉａｌｌａｙｅｒｓ：破棄されるスケーラブルビデオの空間レイヤ数を示す。

　ｄ）ｑｕａｌｉｔｙｌａｙｅｒｓ：廃棄されるスケーラブルビデオの品質レイヤ数を示す。

　ｅ）ｐｒｉｏｒｉｔｙｌａｙｅｒｓ：破棄されるスケーラブルビデオの優先レイヤ数を示す。

　リソースタイプは、次のａ）からｄ）のとおりである。

　ａ）ｂｉｔｒａｔｅ：リクエストされた代替物の平均ビットレート（単位：Ｋｂｐｓ）を示す。

　ｂ）ｖｅｒｔｒｅｓｏｌｕｔｉｏｎ：リクエストされた代替物の垂直解像度を示す。

　ｃ）ｈｏｒｉｒｅｓｏｌｕｔｉｏｎ：リクエストされた代替物の水平解像度を示す。

　ｄ）ｆｒａｍｅｒａｔｅ：リクエストされた代替物のフレームレートを示す。

　事前定義されたパラメータを使用すると、ビットレートに基づくリクエストＵＲＩの例は「ｈｔｔｐ：／／ｓｅｒｖｅｒ．ｃｏｍ／ｆｉｌｅ．ｍｐ４？ｆｒａｇｎｏ＝５＆ｂｉｔｒａｔｅ＝５５０」となる。

　３）クライアントベースのシナリオ

クライアントベースのシナリオでは、サーバからクライアントに提供されるメタデータは、一般的なコンテンツ、一般的なインターバル情報、ＱｏＳ情報、およびマッピング情報を含むことができる。

リクエストで使用されるＱｏＳ関連パラメータは、ＱｏＳＩｎｆｏメタデータのＲｅｑＱｏＳＰａｒａ部分で示すことができる。例えば、ＲｅｑＱｏＳＰａｒａのＲｅｆＩｎｄｅｘが０またはｎｕｌｌの場合、「変更」パラメータを他のオプションの代わりに使用できる。

ＲｅｑＱｏＳＰａｒａがＱｏＳＩｎｆｏメタデータに存在しない場合、ＱｏＳ関連パラメータを使用しなくてもよい。この場合の代替物は、ＭａｐｐｉｎｇＩｎｆｏの場所によって暗示される場合がある。

コンテンツのＵＲＩは、ＭａｐｐｉｎｇＩｎｆｏの豊富な記述から導出することができる。コンテンツ／プログラムがＭＰＥＧ−２ＴＳで搬送される場合、１つまたは複数のＰＩＤを使用して、ストリーム内のコンテンツの場所を特定することができる。

フラグメント境界を検出するための追加情報が提供される場合、（動作１４０におけるリクエストの）問い合わせ部分に対して以下のパラメータ１）から３）を使用することができる。

１）ＭＰＥＧ−２ＴＳ境界の場合、Ａｐｐｅａｒａｎｃｅ、ＰＣＲ＿ＰＩＤ、ＰＣＲ＿ｂａｓｅＰＣＲ＿ｅｘｔ、Ｍｅｄｉａ＿ＰＩＤ、およびＭｅｄｉａ＿Ｏｆｆｓｅｔ

２）ＩＳＯ媒体ファイル境界の場合、ＳｅｑｕｅｎｃｅＮｏ

３）生のバイトシーケンスと考えられるファイルの場合開始と終了

上のパラメータのセマンティクスは、Ｆｒａｇｂｏｕｎｄａｒｉｅｓ要素のセマンティクスで提供されることがある。

開始終了ペアは、ＨＴＴＰリクエストメッセージの範囲ヘッダーで使用できる。例えば、{（＿Ｓｔａｒｔ＝０、Ｅｎｄ＝９９）；（Ｓｔａｒｔ＝２００、Ｅｎｄ＝２９９）}の場合、ヘッダーは「範囲：バイト＝０−９９、２００−２９９」になる。

以下、ＸＭＬ形式の構文表現について説明する。上記の構文要素の表現は、Ｘ

ＭＬ形式で提供してもよい。各要素のセマンティクスは、上記の表１から表７に遡ることができる。

いくつかの要素は、ＭＰＥＧ−２１ＤＩＡで定義されたいくつかのタイプの拡張であってもよい。いくつかの少数の要素は、ＭＰＥＧ−２１ＤＩＡで定義されたいくつかのタイプを取り得る。

次の表８は、ＸＭＬ形式でのＨＴＴＰＳｔｒｅａｍｉｎｇＴｙｐｅの構文表現を示す。

TABLE 8

```
<complexType name="HTTPStreamingType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="GeneralInfo" type="GeneralInfoType" minOccurs="0"/>
                <choice minOccurs="0" maxOccurs="unbounded">
                    <element name="IntervalsRef" type="IntervalsRefType"/>
                    <element name="Interval" type="IntervalType"/>
                </choice>
            </sequence>   </complexContent>
</complexType>
```

次の表９は、ＸＭＬ形式でのＧｅｎｅｒａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 9

```
<complexType name="GeneralInfoType">
    <complexContent>
        <extension base="dia:DIADescriptionType">
            <sequence>
                <element name="TimeScale" type="integer" minOccurs="0"/>
                <element name="LiveStartTime" type="dateTime" minOccurs="0"/>
                <element name="Duration" type="integer" minOccurs="0"/>
                <element name="DefaultIntDuration" type="integer" minOccurs="0"/>
                <element name="MinUpdateTime" type="integer" minOccurs="0"/>
                <element name="ConsistentQoSInfo" type="boolean" minOccurs="0"/>
                <element name="DefaultContentLoc" type="anyURI" minOccurs="0"/>
            </sequence>
        </extension>
```

TABLE 9-continued

```
    </complexContent>
</complexType>
```

以下の表１０は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＲｅｆＴｙｐｅの構文表現を示す。

TABLE 10

```
<complexType name="IntervalsRefType">
  <complexContent>
    <extension base="dia:ReferenceType">
      <sequence>
        <element name="AvaliableTime" type="integer" minOc-
curs="0"/>
      </sequence>
      <attribute name="startTime" type="xs:duration" use="optional"/>
    </extension>
  </complexContent>
</complexType>
```

以下の表１１は、ＸＭＬ形式におけるＩｎｔｅｒｖａｌＴｙｐｅの構文表現を示す。

TABLE 11

```
<complexType name="IntervalType">
  <complexContent>
    <extension base="dia:DIADescriptionType">
      <sequence>
        <element name="IntervalInfo" type="IntervalInfoType" minOccurs="0"/>
        <choice minOccurs="0">
          <element name="QoSInfo" type="QoSInfoType"/>
          <element name="QoSInfoRef" type="dia:ReferenceType"/>
        </choice>
        <choice minOccurs="0">
          <element name="MappingInfo" type="MappingInfoType"/>
          <element name="MappingInfoRef" type="dia:ReferenceType"/>
        </choice>
        <element        name="PreviousIntervalsRef"        type="IntervalsRefType"
minOccurs="0"/>
          <element       name="NextIntervalsRef"       type="IntervalsRefType"
minOccurs="0"/>
      </sequence>
    </extension>
  </complexContent>
</complexType>
```

次の表１２は、ＸＭＬ形式でのＩｎｔｅｒｖａｌＩｎｆｏＴｙｐｅの構文表現を示す。

TABLE 12

```
<complexType name="IntervalInfoType">
  <sequence>
    <element name="TimeScale" type="integer" minOccurs="0"/>
    <element name="StartTime" type="dateTime" minOccurs="0"/>
    <element name="Duration" type="integer" minOccurs="0"/>
    <element name="DefaultFragDuration" type="integer" minOccurs="0"/>
    <element name="DefaultContentIntLoc" type="anyURI" minOccurs="0"/>
    <element name="Last" type="boolean" minOccurs="0"/>
  </sequence>
</complexType>
```

以下の表１３は、ＸＭＬ形式におけるＩＳＯＦｉｌｅＢｏｕｎｄａｒｙＴｙｐｅおよびＢｙｔｅＲａｎｇｅｓＴｙｐｅの構文表現を示す。

TABLE 13

```
<complexType name="ISOFileBoundaryType" >
  <sequence>
    <element name="SequenceNo" type="integer" maxOccurs="unbounded"/>
  </sequence>
</complexType>
<complexType name="ByteRangesType">
  <sequence maxOccurs="unbounded">
    <element name="Start" type="integer"/>
    <element name="End" type="integer"/>
    <element name="Media_PID" type="integer" minOccurs="0"/>
  </sequence>
</complexType>
```

　以下、ＭＰ４擬似コード形式の構文表現について説明する。上記構文要素の表現は、ＭＰ４擬似コード形式で提供されてもよい。

　以下の表１４は、ＭＰ４擬似コード形式におけるＨＴＴＰＳｔｒｅａｍｉｎｇＢｏｘの構文表現を示す。

TABLE 14

```
HTTPStreamingBox
  Box Type: 'htps'
  Container: Signaling file
  Mandatory: Yes
  Quantity: One
    Aligned(8) class HTTPStreamingBox extends Box('htps') {
    }
```

　図４は本発明の一実施形態によるＭＰＥＧ－２ＴＳにおける仮想境界の検出を説明する図である。

　ＴＳでは、所定のプログラムのＰＣＲパケットを固定のＰＩＤ（すなわちＰＣＲ＿ＰＩＤ）で搬送し、少なくとも１００ｍｓごとに挿入すればよい。

　ＰＣＴパケット（値が増加する）は、プログラムのアンカーポイントと考えることができる。一方、プログラムの各媒体は、所定のＰＩＤ（Ｍｅｄｉａ＿ＰＩＤ）のパケットで搬送されてもよい。

　したがって、媒体ストリームのフラグメント境界は、１）特定のアンカーポイント、および２）境界におけるアンカーからパケットへのオフセットによって定義または識別することができる。

　オフセットは、同じＭｅｄｉａ＿ＰＩＤのパケットによってカウントすることができる。

　ＰＣＲ値がリセットされることがある（不連続）。例えば、あるインターバルで１つ以上のＰＣＲパケットが同一のＰＣＲ値を有する場合には、アンカーとして用いるＰＣＲパケットの出現順を示してもよい。

　ｓｏｕｒｃｅＵＲＬ属性は、必須からオプションに変更できる。これは、ｂａ
ｓｅＵＲＬがすでに完全なＵＲＬを提供しているからである。ｓｏｕｒｃｅＵＲ
Ｌは不要な場合がある。

　複数バイト範囲を使用することで、「仮想セグメント」のダウンロードに柔軟
性を持たせることができる。例えば、（トリックモードで使用可能な）低フレー
ムレートのセグメントを、ストリームまたはオリジナルセグメントからオンザフ
ライで抽出することができる。

　さらに、表現のための複数のＵＲＬの使用をサポートするために、以下の変更
が３ＧＰＰ適応ＨＰＰＰストリーミングのスキーマに適用されることがある。

　以下、同一のリソース／コンテンツに対する複数の場所について説明する。

　記述の各レベル（トップレベル、ピリオドレベル、および表現レベル）は、記
述から絶対ＵＲＬを構築するための単一のＢａｓｅＵＲＬのみを提供することが
できる。

　各記述レベルで複数のＢａｓｅＵＲＬを提供してもよい。複数のＢａｓｅＵＲ
Ｌは、複数の場所におけるリソースの利用可能性を示すことができる。

　クライアントの実際の場所に応じて、クライアントは、リソースを検索するプ
ロセスにおいて１つまたは複数のＢａｓｅＵＲＬｓを選択することができる。

　このような変更は、異なる方法で実施することができる。１つの方法は、「ｍ
ｏｒｅｂａｓｅＵＲＬｓ」と呼ばれる追加の属性、または「ＢａｓｅＵＲＬｓ」
と呼ばれる要素を使用することである。

　属性または要素は、複数の（ベース）ＵＲＬで構成される文字列である。文字
列は、「；」（セミコロンとスペース）などの複数の特殊文字で区切ることができ
る。

　例えば、セミコロンまたはスペースがＵＲＬ内に現れる場合、セミコロンまた
はスペースは、ＲＦＣ２６１６の規則によってエンコードされてもよい。

　より低い説明レベルのｍｏｒｅｂａｓｅＵＲＬｓ属性（またはＢａｓｅＵＲＬ
ｓ要素）は、より高い説明レベルの同じ属性（または要素）を上書きすることが
できる。

　明確にするために、ｍｏｒｅｂａｓｅＵＲＬｓ属性とＢａｓｅＵＲＬｓ要素は

相互に排他的であるように制限することができる。つまり、１つのタイプのみが記述全体に存在する可能性がある。

別の方法として、複数のインスタンスを持つ任意のＵＲＩ型のＭｏｒｅｂａｓｅＵＲＬ要素を使用し、各インスタンスがＢａｓｅＵＲＬを提供するという方法がある。

様々な方法は、複数のＢａｓｅＵＲＬｓを提供するためのアイデアの単なる例であり得る。アイデアは、他の多くの方法で、または他の言語でさえ実装することができる。

以下、リソース／コンテンツコンポーネントの複数の場所について説明する。

リソース／コンテンツは、１つまたは複数のコンポーネント／ストリームに分割できる。１つ以上のコンポーネント／ストリームのそれぞれは、ある場所から配信されてもよい。配信は、ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットの複数のインスタンスを許可することによってサポートすることができる。ＳｅｇｍｅｎｔＩｎｆｏＴｙｐｅでの修正「＜ｘｓ：ｃｈｏｉｃｅ　ｍａｘＯｃｃｕｒｓ＝″ｕｎｂｏｕｎｄｅｄ″＞」は、上記の目的のために使用することができる。

ＵｒｌＴｅｍｐｌａｔｅインスタンスまたはＵｒｌセットインスタンスの出現順序は、「場所／ストリーム」の重要性を示す場合がある。より重要な場所が、より重要でない場所の前に現れることがある。例えば、ビデオ表現は、２つのストリーム（例えば、空間基本層と空間強調層）を含むことがある。２つのストリームのそれぞれは、ＵｒｌＴｅｍｐｌａｔｅによって記述される場所から配信されてもよい。その後、ＵｒｌＴｅｍｐｌａｔｅの最初のインスタンスが空間ベースレイヤの場所になる場合がある。

さらに、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬの複数のインスタンスが許可される場合がある。ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのｎ番目のインスタンスは、場所のｎ番目のインスタンスに対応する（ＵｒｌＴｅｍｐｌａｔｅ要素またはＵｒｌ要素セットのいずれかによる）。

例えば、ＩｎｉｔｉａｌｉｓａｔｉｏｎＳｅｇｍｅｎｔＵＲＬのインスタンスが１つしか存在しない場合、そのインスタンスをすべての場所で使用できる。

以下の表１５から１９は、３ＧＰＰＡｄａｐｔｉｖｅＨＴＴＰＳｔｒｅａｍｉ

ｎｇのスキーマを示す。

TABLE 15

```xml
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema
targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
    attributeFormDefault="unqualified"
    elementFormDefault="qualified"
    xmlns:xs="http://www.w3.org/2001/XMLSchema"
    xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
    <xs:annotation>
        <xs:appinfo>Media Presentation Description</xs:appinfo>
        <xs:documentation xml:lang="en">
            This Schema defines 3GPP Media Presentation Description!
        </xs:documentation>
    </xs:annotation>   <!-- MPD: main element -->
        <xs:element name="MPD" type="MPDtype"/>
<!-- MPD Type -->
<xs:complexType name="MPDtype">
    <xs:sequence>
        <xs:element     minOccurs="0"     name="ProgramInformation"
type="ProgramInformationType"/>
        <xs:choice maxOccurs="unbounded">
            <xs:element name="Period" type="PeriodType"/>
            <xs:element name="PeriodsRef" type="PeriodsRefType"/>
        </xs:choice>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute default="OnDemand" name="type" type="PresentationType"/>
    <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>
    <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>
    <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>
    <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>
    <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>
    <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>
    <xs:attribute name="baseUrl" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="PeriodsRefType">
    <xs:sequence>
        <xs:element name="Location" type="xs:anyURI"/>
    </xs:sequence>
    <xs:attribute name="startTime" type="xs:duration"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="availableTime" type="xs:duration"/>
</xs:complexType>
```

TABLE 16

```
<!-- Type of presentation - live or on-demand -->
<xs:simpleType name="PresentationType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="OnDemand"/>
        <xs:enumeration value="Live"/>
    </xs:restriction>
</xs:simpleType>
<!-- Period of a presentation -->
<xs:complexType name="PeriodType">
    <xs:sequence>
        <xs:element    minOccurs="0"    name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>
        <xs:element    maxOccurs="unbounded"    name="Representation"
type="RepresentationType"/>
        <xs:element    minOccurs="0"    name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>
        <xs:element minOccurs="0" name="NextPeriodsRef" type="xs:PeriodsRef"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="start" type="xs:duration"/>
    <xs:attribute default="false" name="segmentAlignmentFlag" type="xs:boolean"/>
    <xs:attribute default="false" name="bitStreamSwitchingFlag" type="xs:boolean"/>
    <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
```

TABLE 16-continued

```
</xs:complexType>
<!-- Program information for a presentation -->
<xs:complexType name="ProgramInformationType">
    <xs:sequence>
        <xs:element    minOccurs="0" name="Title" type="xs:string"/>
        <xs:element    minOccurs="0" name="Source" type="xs:string"/>
        <xs:element    minOccurs="0" name="Copyright" type="xs:string"/>
        <xs:any    namespace="##other"    processContents="lax"    minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="moreInformationURL" type="xs:anyURI"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
```

TABLE 17

```
<!-- Default Segment access information -->
<xs:complexType name="SegmentInfoDefaultType">
    <xs:sequence>
        <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
        <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
        <xs:any    namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="baseURL" type="xs:anyURI"/>
    <xs:attribute name="morebaseUrls" type="xs:string"/>
    <xs:attribute name="duration" type="xs:duration"/>
    <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<!-- A Representation of the presentation content for a specific Period -->
<xs:complexType name="RepresentationType">
    <xs:sequence>
        <xs:element name="SegmentInfo" type="SegmentInfoType"/>
        <xs:element    minOccurs="0"    name="ContentProtection"
type="ContentProtectionType"/>
        <xs:element minOccurs="0" name="TrickMode" type="TrickModeType"/>
        <xs:element   minOccurs="0"   maxOccurs="unbounded"   name="Quality"
type="QualityType"/>
        <xs:any    namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>
    <xs:attribute default="0" name="group" type="xs:unsignedInt"/>
    <xs:attribute name="width" type="xs:unsignedInt"/>
    <xs:attribute name="height" type="xs:unsignedInt"/>
    <xs:attribute name="lang" type="xs:string"/>
    <xs:attribute name="mimeType" type="xs:string" use="required"/>
    <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>
    <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
    <xs:attribute name="requestPara" type="xs:string"/>
    <xs:anyAttribute namespace="##other" processContents="lax"/>
</xs:complexType>
<xs:complexType name="QualityType">
    <xs:sequence>
        <xs:any    namespace="##other"   processContents="lax"   minOccurs="0"
maxOccurs="unbounded"/>
    </xs:sequence>
    <xs:attribute name="name" type="xs:QualityNameType"/>
    <xs:attribute name="value" type="xs:float"/>
</xs:complexType>
```

TABLE 18

```
<xs:simpleType name="QualityNameType">
    <xs:restriction base="xs:string">
        <xs:enumeration value="PSNR"/>
        <xs:enumeration value="MOS"/>
        <xs:enumeration value="ODG"/>
        <xs:enumeration value="DI"/>
```

TABLE 18-continued

```
      </xs:restriction>
  </xs:simpleType>
  <!-- Segment access information -->
  <xs:complexType name="SegmentInfoType">
      <xs:sequence>
          <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>
          <xs:element minOccurs="0" maxOccurs="unbounded" name="MoreBaseUrl"
type="xs:anyURI"/>
          <xs:element     minOccurs="0"    maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>
          <xs:choice maxOccurs="unbounded">
              <xs:element minOccurs="0" name="UrlTemplate" type="UrlTemplateType"/>
              <xs:sequence>
                  <xs:element maxOccurs="unbounded" name="Url" type="UrlType"/>
                  <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
              </xs:sequence>
              <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
          </xs:choice>
      </xs:sequence>
      <xs:attribute name="baseURL" type="xs:anyURI"/>
      <xs:attribute name="morebaseUrls" type="xs:string"/>
      <xs:attribute name="duration" type="xs:duration"/>
      <xs:attribute name="randAccess" type="xs:string"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  <!-- A Segment URL -->
  <xs:complexType name="UrlType">
      <xs:sequence>
          <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>
      <xs:attribute name="range" type="xs:string"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
```

TABLE 19

```
  <!-- A URL template -->
  <xs:complexType name="UrlTemplateType">
      <xs:sequence>
          <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs : attribute name="sourceURL" type="xs:anyURI"/>
      <xs:attribute name="id" type="xs:string"/>
      <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>
      <xs:attribute name="endIndex" type="xs:unsignedInt"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  <!-- Gives information about the content protection -->
  <xs:complexType name="ContentProtectionType">
      <xs:sequence>
          <xs:element minOccurs="0" name="SchemeInformation" type="xs:string"/>
          <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="schemeIdUri" type="xs:anyURI"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  <!-- Gives information about trick mode -->
  <xs:complexType name="TrickModeType">
      <xs:sequence>
          <xs:any  namespace="##other"  processContents="lax"  minOccurs="0"
maxOccurs="unbounded"/>
      </xs:sequence>
      <xs:attribute name="alternatePlayoutRate" type="xs:string"/>
      <xs:anyAttribute namespace="##other" processContents="lax"/>
  </xs:complexType>
  </xs:schema>
```

　図５は本発明の一実施形態に係る端末１００の構成を示す図である。

　制御部５１０は、動作１３０および１４０を実行することができる。具体的には、制御部５１０は、インターバルのメタデータを処理してもよい。

　処理に基づいてインターバルに適したフラグメントを選択する送受信部５２０は、動作１２０、１４０、および１５０を実行することができる。具体的には、送受信部５２０は、サーバ１１０からコンテンツのインターバルのメタデータを受信し、そのインターバルに適したフラグメントのリクエストをサーバに送信し、サーバからフラグメントを受信することができる。

　図６は本発明の一実施形態に係る端末１００の構成を示す図である。

　端末１００は、アクセスエンジン６１０および媒体エンジン６２０を含むことができる。

　アクセスエンジン６１０は、ＤＡＳＨアクセスエンジンであってもよい。

　アクセスエンジン６１０は、サーバ１１０からメタデータ（例えば、ＭＰＤ）を受信することができる。

　アクセスエンジン６１０は、リクエストを形成することができ、形成されたリクエストをサーバ１１０に発行することができる。アクセスエンジン６１０は、サーバ１１０から媒体（例えば、セグメントまたはセグメントの一部）を受信することができる。アクセスエンジンは、セグメントのＵＲＬを使用して媒体のセグメントをリクエストすることができる。

　アクセスエンジン６１０は、メタデータによって提供される情報に基づいて媒体のセグメントを受信することができる。ここで、各ピリオドは、１つ以上のグループを含むことができ、各グループは、媒体の１つ以上の表現を含むことができる。各表現は、１つ以上のセグメントを含むことができる。

　アクセスエンジン６１０は、媒体エンジン６２０に媒体を提供してもよい。アクセスエンジン６１０は、セグメントに含まれる媒体のデータをデコードしてもよい。

　アクセスエンジン６１０の出力は、ＭＰＥＧコンテナの媒体（または媒体の一部）を含むことができる（例えば、ＩＳＯ／ＩＥＣ１４４９２－１２　ＩＳＯベース媒体ファイルフォーマット、またはＩＳＯ／ＩＥＣ１３８１８－２ＭＰＥＧ

－２ＴＳ）。さらに、アクセスエンジン６１０の出力は、媒体の内部タイミング
を媒体プレゼンテーションのタイムラインにマップするために使用されるタイミ
ング情報を含むことができる。

　媒体エンジン６２０は、提供された媒体を再生することができる。具体的には、
媒体エンジン６２０は、アクセスエンジンから媒体のデータを受信し、媒体を出
力することができる。媒体エンジン６２０は、アクセスエンジン６１０から出力
された媒体のデータとタイミング情報を用いて媒体を出力してもよい。

　図１から５を参照して説明した本発明の実施形態に係る技術情報は、本実施形
態に等しく適用できる。したがって、これ以上の説明は省略する。

　本発明の実施形態に係る方法は、プログラム命令を含むコンピュータ可読媒体
に記録され、コンピュータによって実現される種々の動作を実現することができ
る。媒体は、単独で又はプログラム命令と組み合わせて、データファイル、デー
タ構造等を含むこともできる。媒体に記録されたプログラム命令は、実施形態の
目的のために特別に設計され構築されたものであってもよく、またはそれらはコ
ンピュータソフトウェア・アーツの技術を有する者に周知であり利用可能な種類
のものであってもよい。コンピュータ可読媒体の例としては、ハードディスク、
フロッピーディスクおよび磁気テープのような磁気媒体、ＣＤ　ＲＯＭディスク
およびＤＶＤのような光媒体、光磁気ディスクのような光磁気媒体、および読み
出し専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモ
リ等のようなプログラム命令を記憶し実行するように特別に構成されたハードウェ
ア装置が挙げられる。プログラム命令の例には、コンパイラによって生成され
るようなマシンコードと、インタープリタを使用してコンピュータによって実行
され得る高レベルコードを含むファイルとの両方が含まれる。上述のハードウェ
ア装置は、本発明の上述の実施形態の動作を実行するために、１つまたは複数の
ソフトウェアモジュールとして動作するように、またはその逆に構成され得る。

　本発明のいくつかの実施形態を示し説明したが、本発明は、これらの実施形態
に限定されるものではない。代わりに、本発明の原理および精神から逸脱するこ
となく、これらの実施形態に変更を加えることができ、その範囲は特許請求の範
囲およびそれらの等価物によって定義されることが当業者には理解されよう。

特許請求の範囲

　１．１つまたは複数のサーバによって実行される媒体コンテンツを提供する方法であって、

　前記媒体コンテンツのメタデータに基づいて、前記媒体コンテンツのセグメントに対するＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ（ＵＲＬ）リクエストをクライアントから受信するステップであって、前記メタデータが複数のＢａｓｅＵＲＬ要素を含み、前記複数のＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される場所で同一のセグメントがアクセス可能である、ステップと、

　前記媒体コンテンツの前記リクエストされたセグメントをクライアントに送信する、ステップとを含み、

　前記リクエストされたセグメントの前記 URL は、複数のＢａｓｅＵＲＬ要素の中から選択された前記ＢａｓｅＵＲＬ要素に基づいて生成される、方法。

　２．前記複数のＢａｓｅＵＲＬ要素のうちの前記第１のＢａｓｅＵＲＬ要素は、基本的なユニバーサルリソースインジケータ（ＵＲＩ）として使用され、前記第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素は、代替ＢａｓｅＵＲＬ要素として使用される、請求項１に記載の方法。

　３．前記ＵＲＬが絶対ＵＲＬまたは相対ＵＲＬである、請求項１に記載の方法。

　４．前記媒体コンテンツの前記メタデータは、媒体プレゼンテーション記述（ＭＰＤ）であり、前記ＭＰＤは、前記媒体コンテンツに関連する媒体プレゼンテーションの形式化された記述であり、前記媒体プレゼンテーションは、１つまたは複数のピリオドを含み、前記ピリオドは、１つまたは複数のグループを含み、前記グループは、１つまたは複数の表現を含み、前記表現は、前記媒体コンテンツの１つまたは複数のセグメントを含む、請求項１に記載の方法。

　５．前記複数のＢａｓｅＵＲＬ要素は、前記ＭＰＤレベルのみに含まれる、請求項４に記載の方法。

　６．前記複数のＢａｓｅＵＲＬ要素は、前記ピリオドレベルのみに含まれる、請求項４に記載の方法。

　７．前記複数のＢａｓｅＵＲＬ要素は、前記グループレベルのみに含まれる、

請求項４に記載の方法。

８．前記複数のＢａｓｅＵＲＬ要素は、前記表現レベルのみに含まれる、請求項４に記載の方法。

９．前記ＭＰＤが、前記ＭＰＤレベルにおける複数のＢａｓｅＵＲＬ要素と、前記ピリオドレベルにおける複数のＢａｓｅＵＲＬ要素とを含む、請求項４に記載の方法。

１０．請求項１に記載の方法であって、

前記媒体コンテンツのメタデータを前記クライアントに送信するステップをさらに含む、方法。

１１．クライアントによって実行される媒体コンテンツを提供する方法であって、

メタデータは、複数のＢａｓｅＵＲＬ要素を含み、前記複数のＢａｓｅＵＲＬ要素に関して解決されたＵＲＬによって示される場所において同一のセグメントがアクセス可能である前記メタデータに基づいて、前記媒体コンテンツのセグメントに対するリクエストをサーバに送信するステップと、

前記サーバから前記媒体コンテンツの前記リクエストされたセグメントを受信するステップとを含み、

前記リクエストされたセグメントの前記ＵＲＬは、前記複数のＢａｓｅＵＲＬ要素の中から選択されたＢａｓｅＵＲＬ要素に基づいて生成される、方法。

１２．前記複数のＢａｓｅＵＲＬ要素のうちの前記第１のＢａｓｅＵＲＬ要素は、基本的なユニバーサルリソースインジケータ（ＵＲＩ）として使用され、前記第１のＢａｓｅＵＲＬ要素以外のＢａｓｅＵＲＬ要素は、代替ＢａｓｅＵＲＬ要素として使用される、請求項１１に記載の方法。

１３．前記ＵＲＬが絶対ＵＲＬまたは相対ＵＲＬである、請求項１１に記載の方法。

１４．前記媒体コンテンツの前記メタデータは、媒体プレゼンテーション記述（ＭＰＤ）であり、前記ＭＰＤは、前記媒体コンテンツに関連する媒体プレゼンテーションの形式化された記述であり、前記媒体プレゼンテーションは、１つまたは複数のピリオドを含み、前記ピリオドは、１つまたは複数のグループを含み、

前記グループは、１つまたは複数の表現を含み、前記表現は、前記媒体コンテンツの１つまたは複数のセグメントを含む、請求項１１に記載の方法。

　１５．前記複数のＢａｓｅＵＲＬ要素は、前記ＭＰＤレベルのみに含まれる、請求項１４に記載の方法。

　１６．前記複数のＢａｓｅＵＲＬ要素は、前記ピリオドレベルのみに含まれる、請求項１４に記載の方法。

　１７．前記複数のＢａｓｅＵＲＬ要素は、前記グループレベルのみに含まれる、請求項１４に記載の方法。

　１８．前記複数のＢａｓｅＵＲＬ要素は、前記表現レベルのみに含まれる、請求項１４に記載の方法。

　１９．前記ＭＰＤが、前記ＭＰＤレベルにおける複数のＢａｓｅＵＲＬ要素と、前記ピリオドレベルにおける複数のＢａｓｅＵＲＬ要素とを含む、請求項１４に記載の方法。

　２０．１つまたは複数のサーバによって実行される媒体コンテンツを提供する方法であって、

　クライアントから、前記媒体コンテンツのメタデータに基づいて、前記媒体コンテンツのセグメントに対するＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）リクエストを受信するステップであって、前記メタデータがＢａｓｅＵＲＬ要素を含むステップと、

　前記リクエストされたセグメントを前記クライアントに送信するステップとを含み、

　前記メタデータが前記リクエストされたセグメントのｓｏｕｒｃｅＵＲＬ属性を含まない場合は、前記ｓｏｕｒｃｅＵＲＬ属性を置き換えるために前記ＢａｓｅＵＲＬ要素が使用され、前記ＵＲＬが生成される、方法。

　２１．１つまたは複数のサーバによって実行される媒体コンテンツを提供する方法であって、

　クライアントから、メタデータに基づく前記媒体コンテンツのセグメントに対するＵｎｉｆｏｒｍ　Ｒｅｓｏｕｒｃｅ　Ｌｏｃａｔｏｒ　（ＵＲＬ）リクエストを受信するステップであって、前記メタデータが複数のＢａｓｅＵＲＬ要素を含

むステップと、

　前記リクエストされたセグメントを前記クライアントに送信するステップとを含み、

　前記メタデータが前記リクエストされたセグメントのｓｏｕｒｃｅＵＲＬ属性を含まない場合は、前記複数のＢａｓｅＵＲＬ要素のうちＢａｓｅＵＲＬ要素を使用して前記ｓｏｕｒｃｅＵＲＬ属性を置き換え、前記ＵＲＬを生成する、方法。



Certification of Accuracy of Translation

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex K – U.S. Patent No. 10,277,660"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **L**

（１２）米国特許

Ｔｈａｎｇら

（１０）特許番号：ＵＳ１０，３１３，４１４Ｂ２

（４５）特許日：２０１９年６月４日

（５４）表現を使用してストリーミングコンテンツを提供するための装置および方法

（７１）出願人：電子通信研究院（テジョン、Ｎ／Ａ、韓国）

（７２）発明者：Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ，テジョン（韓国）；Ｊｉｎ　Ｙｏｕｎｇ　Ｌｅｅ，テジョン（韓国）

（７３）譲受人

Ｉｄｅａｈｕｂ，ソウル（韓国）

（＊）注記：免責事項を条件として、この特許の期間は、米国特許法第１５４条（ｂ）に基づいて０日だけ延長または調整される。

（２１）出願番号：１６／２２９，０９２

（２２）出願日：２０１８年１２月２１日

（６５）先の公開データ

ＵＳ２０１９／０１３２３７４Ａ１　２０１９年５月２日

関連する米国特許出願データ

（６３）２０１８年１０月２４日に出願された特許出願第１６／１６８，９３３号の継続、これは、以下の特許出願の継続である

（続く）

（３０）外国特許出願優先権データ

２０１１年３月１６日（韓国）　１０－２０１１－００２３２７１

２０１２年３月１６日（韓国）　１０－２０１２－００２６８６２

（５１）国際特許分類

Ｇ０６Ｆ　１５／１６（２００６年１月）

Ｈ０４Ｌ　２９／０６（２００６年１月）

（続く）

（５２）米国クラス

ＣＰＣ　Ｈ０４Ｌ　６５／６０１（２０１３年１月）；Ｈ０４Ｌ　６５／４０８４（２０１３年１月）；Ｈ０４Ｌ　６５／６０２（２０１３年１月）；

（続く）

（５８）調査分類の分野

ＣＰＣ　Ｈ０４Ｌ　６５／６０１；Ｈ０４Ｌ　６５／４０８４；Ｈ０４Ｌ　６５／６０２；Ｈ０４Ｎ　２１／２３４３９；Ｈ０４Ｎ　２１／２５８２５；

（続く）

（５６）引用文献

米国特許文献

８，７８２，２６８Ｂ２＊　２０１４年７月　Ｐｙｌｅ　Ｈ０４Ｎ　２１／２３４３２７

８，８０６，６１５Ｂ２　２０１４年８月　Ａｈｕｊａら　７０９／２１９

（続く）

外国特許文献

中国　１０１５８９６２５Ａ　２００９年１１月

欧州　２　２２４　７３２Ａ１　２０１０年９月

（続く）

他の刊行物

「ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ　：　Ｍｅｄｉａ　ｐｒｅｓｅｎｔａｔｉｏｎ　ｄａｔａ　ｍｏｄｅｌ」、３ＧＰＰ　ＴＳＧ　ＳＡ４　ｓｈａ－ｐｕ　５６、ソフィア・アンティポリス、フランス、２００９年１１月９日－１３日（英語で１３ページ）

（続く）

第一審査官－Ｍｅｌｖｉｎ　Ｈ　Ｐｏｌｌａｃｋ

（７４）代理人、エージェント、または事務所－ＮＳＩＰ　Ｌａｗ

（５７）要約

　メディアコンテンツのメタデータを使用する適応型ハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングサービスのための方法および装置が提供される。メディアコンテンツは、１つ以上の期間のシーケンスを含むことができる。各期間は、１つ以上の表現を含むことができる。メタデータは、表現間の関係を記述するために使用される情報を含むことができ、異なる表示ビット深度を有する端末のための情報を含むことができる。

３０クレーム、５図面用紙



ＵＳ１０，３１３，４１４Ｂ２
ページ２

関連する米国特許出願データ

現在は特許第１０，１２２，７８０号である２０１７年１２月７日に出願された第１５／８
３４，７０２号、これは、現在は特許第９，８６０，２９３号である２０１２年３月１６日
に特許出願ＰＣＴ／ＫＲ２０１２／００１９２２として出願された特許出願第１４／００
４，６４４号の継続である。

（５１）国際特許分類

ＨＯ４Ｎ　２１／８５４３（２０１１年１月）

ＨＯ４Ｎ　２１／６１（２０１１年１月）

ＨＯ４Ｎ　２１／８４５（２０１１年１月）

ＨＯ４Ｎ　２１／２５８（２０１１年１月）

ＨＯ４Ｎ　２１／２３４３（２０１１年１月）

ＨＯ４Ｎ　２１／８４（２０１１年１月）

（５２）米国クラス

ＣＰＣ　ＨＯ４Ｎ　２１／２３４３９（２０１３年１月）；ＨＯ４Ｎ　２１／２５８２５（２
０１３年１月）；ＨＯ４Ｎ　２１／６１２５（２０１３年１月）；ＨＯ４Ｎ　２１／８４（２
０１３年１月）；ＨＯ４Ｎ　２１／８４５６（２０１３年１月）；ＨＯ４Ｎ　２１／８５４３
（２０１３年１月）

（５８）調査分類の分野

ＣＰＣ　ＨＯ４Ｎ　２１／６１２５；ＨＯ４Ｎ　２１／８４；ＨＯ４Ｎ　２１／８４５６；
ＨＯ４Ｎ　２１／８５４３

ＵＳＰＣ　７０９／２１９

完全な調査履歴については、特許出願ファイルを参照のこと。

（５６）引用文献

米国特許文献

８，９１４，８３５Ｂ２　２０１４年１２月　Ｃｈｅｎら

８，９３５，２４９Ｂ２　２０１５年１月　Ｔｒａｕｂら

８，９６６，１０６Ｂ２　２０１５年２月　Ｗａｎｇら

９，０３７，５０２Ｂ２　２０１５年５月　Ｍｉｋｋｅｌｓｅｎら

９，１６０，７７９Ｂ２＊　２０１５年１０月　Ｃｈｅｒｉａｎ　ＨＯ４Ｌ　６５／６０５

９，１７６，９８４Ｂ２　２０１５年１１月　Ｈｕｌｌら

９，２７７，２５２Ｂ２＊　２０１６年３月　Ｈａ　ＨＯ４Ｎ　２１／２３４３９

９，３１９，４４８Ｂ２　２０１６年４月　Ｃｈｅｎら

９，３６９，６８７Ｂ２＊　２０１６年６月　Ｂｒａｎｅｓｓ　Ｇ１１Ｂ　２０／０００８
６

９，４６７，４９３Ｂ２＊　２０１６年１０月　Ｔｈａｎｇ　Ｈ０４Ｌ　６５／４０８４

９，４７３，４７６Ｂ２　２０１６年１０月　Ｒａｊｕら

９，４９７，２９０Ｂ２＊　２０１６年１１月　Ｆｕｒｂｅｃｋ　Ｈ０４Ｌ　６５／１０８３

９，５３１，５７９Ｂ２＊　２０１６年１２月　Ｗｉｌｌｉｇ　Ｈ０４Ｌ　６５／１０１６

９，５３１，７７９Ｂ２　２０１６年１２月　Ｐａｎｔｏｓら

９，５５８，２８２Ｂ２　２０１７年１月　Ｂｉｄｅｒｍａｎら

９，６０７，６５５Ｂ２　２０１７年３月　Ｂｌｏｃｈら

９，６２１，６１０Ｂ２＊　２０１７年４月　Ｇａｂｉｎ　Ｈ０４Ｌ　６５／４０８４

９，６４６，３５２Ｂ２　２０１７年５月　ＭｃＣｌｅｍｅｎｔｓ，ＩＶ

９，６５２，５５９Ｂ２　２０１７年５月　Ｂｙｒｎｅら

９，６６１，１０４Ｂ２＊　２０１７年５月　Ｆｕｒｂｅｃｋ　Ｈ０４Ｌ　６５／４０８４

９，６９９，４８６Ｂ２＊　２０１７年７月　Ｋｗｏｎ　Ｈ０４Ｎ　２１／２３４３２７

９，７１６，７３６Ｂ２　２０１７年７月　Ｈａｒｒｉｓｏｎ

９，７２９，８３０Ｂ２＊　２０１７年８月　Ｍａｙ，Ｊｒ　Ｈ０４Ｎ　７／１７３１８

９，７５６，３６４Ｂ２＊　２０１７年９月　Ｈａ　Ｈ０４Ｎ　２１／２３４３９

９，７６２，６３５Ｂ２　２０１７年９月　Ｓｅｂａｓｔｉａｎら

９，７８１，１８８Ｂ２＊　１０１７年１０月　Ｌｅｅ　Ｈ０４Ｎ　２１／２３４３９

９，８１３，４７２Ｂ２＊　２０１７年１１月　Ｈｕｒｓｔ　Ｈ０４Ｎ　７／１７３３６

９，８３８，４５０Ｂ２　２０１７年１２月　ＭｃＧｏｗａｎ

９，８６０，５７３Ｂ２＊　２０１８年１月　Ｋｗｏｎ　Ｈ０４Ｎ　２１／２３４３９

９，８７２，３２９Ｂ２　２０１８年１月　Ｋｉｍｍｉｃｈら

９，９１７，８７４Ｂ２＊　２０１８年３月　Ｌｕｂｙ　Ｈ０４Ｎ　２１／２３１０６

９，９６１，３８８Ｂ２　２０１８年５月　Ｈａｒｒｉｓｏｎら

９．９６７，５９８Ｂ２＊　２０１８年５月　Ｈａ　Ｈ０４Ｎ　２１／２４０２

９，９７８，０２３Ｂ２　２０１８年５月　Ｌｅｖｉｎら

１０，０３２，４８５Ｂ２＊　２０１８年７月　Ａｈｓａｎ　Ｇ１１Ｂ　２０／１０

２００５／００７１７５５Ａ１　２００５年３月　Ｈａｒｒｉｎｇｔｏｎら

２００６／００４７７７９Ａｌ　２００６年３月　Ｄｅｓｈｐａｎｄｅ

２００６／０１７４３１５Ａ１　２００６年８月　Ｋｉｍら

２００８／０００２７７６Ａ１　２００８年１月　Ｂｏｒｅｒら

２００９／０１４１８９５Ａ１　２００９年６月　Ａｎｄｅｒｓｏｎら

２０１０／０２６６０４２Ａｌ　２０１０年１０月　Ｋｏｏら

２０１１／００５０７２７Ａｌ　２０１１年３月　Ｍｕｋａｗａ

２０１１／００８１０８３Ａｌ　２０１１年４月　Ｌｅｅら

２０１１／０１２３１１５Ａ１　２０１１年５月　Ｌｅｅら

２０１１／０１７９１８５Ａ１＊　２０１１年７月　Ｗａｎｇ　Ｈ０４Ｌ　６５／４０８４

７０９／２３１

２０１１／０３０７５４５Ａ１　２０１１年１２月　Ｂｏｕａｚｉｚｉ

２０１３／０１８２６４３Ａ１＊　２０１３年７月　Ｐａｚｏｓ　Ｈ０４Ｌ　６５／４０７６

３７０／３２８

２０１３／０１８５３９８Ａ１　２０１３年７月　Ｔｈａｎｇら

２０１６／０２３９７４９Ａ１　２０１６年８月　Ｐｅｒｅｄｒｉｙら

２０１６／０２６９４６１Ａ９　２０１６年９月　Ｔｈａｎｇら

２０１７／０１４２１８０Ａ１　２０１７年５月　ＭｃＧｏｗａｎら

２０１９／００７５１７９Ａ１＊　２０１９年３月　Ｔｈａｎｇ　ＨＯ４Ｌ　６７／２８０４

外国特許文献

日本　２００２－３３５５１９Ａ　２００２年１１月

韓国　１０－２００４－００２５９９４Ａ　２００４年３月

韓国　１０－２００６－００８７７９３Ａ　２００６年８月

韓国　１０－０６８７７３０Ｂ１　２００７年２月

ＷＯ　ＷＯ２００８／０４９４４６Ａ１　２００８年５月

ＷＯ　ＷＯ２０１０／０８２７８６Ａ２　２０１０年７月

他の刊行物

ＥＴＳＩ　「Ｕｎｉｖｅｒｓａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ　（ＵＭＴＳ）；ＬＴＥ；Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃｋｅｔ－ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ（ＰＳＳ）；Ｐｒｏｔｏｃｏｌｓ　ａｎｄ　ｃｏｄｅｃｓ」、Ｅｕｒｏｐｅａｎ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｔａｎｄａｒｄｓ　Ｉｎｓｔｉｔｕｔｅ、（３ＧＰＰ　ＴＳ　２６．２３４バージョン９．３．０　リリース９）、２０１０年６月、フランス、ｐｐ．１－１８６（英語）。

３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ、「Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ－ＤＡＳＨ）」、３ＧＰＰ　ＴＳ　２６．２４７　Ｖ１．０．０、リリース１０、４ＤＶＡＮＣＥＤ　ＬＴＥ、２０１０年、ｐｐ．１－３５。

３ＧＰＰ　「３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ　；Ｔｅｃｈｎｉｃａｌ　Ｓｐｅｃｉｆｉｃａｔｉｏｎ　Ｇｒｏｕｐ　Ｓｅｒｖｉｃｅ

ｓ　ａｎｄ　Ｓｙｓｔｅｍ　Ａｓｐｅｃｔｓ　Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃｋｅｔ　ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ　（ＰＳＳ）；Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ－ＤＡＳＨ）」、３ＧＰＰ　Ｏｒｇａｎｉｚａｔｉｏｎａｌ　Ｐａｒｔｎｅｒｓ、（リリース１０）　２０１０年８月、フランス、ｐｐ．１－３４（英語）。

Ｃｈｒｉｓｔｉａｎ　Ｔｉｍｍｅｒｅｒら、「ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ　ｏｆ　ＭＰＥＧ　Ｍｅｄｉａ」、Ｐｒｏｃｅｅｄｉｎｇｓ　ｏｆ　Ｓｔｒｅａｍｉｎｇ　Ｄａｙ、２０１年９月　（４ページ、英語）。

Ｈｕａｗｅｉ　Ｔｅｃｈｎｏｌｏｇｉｅｓ　Ｃｏ．，Ｌｔｄ、「Ｐａｒｔｉａｌ　Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ　Ｍａｎａｇｅｍｅｎｔ」、３ＧＰＰ　ＤＲＡＦＴ；３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ（３ＧＰＰ）。

３ＧＰＰ　ＴＳＧ－ＳＡ４　Ｍｅｅｔｉｎｇ　＃６０　Ｓ４－１００６４２．ＸＰ０５０６３８７９０、２０１０年８月１６日－２０日、（３ページ、英語）。

「３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ；Ｔｅｃｈｎｉｃａｌ　Ｓｐｅｃｉｆｉｃａｔｉｏｎ　Ｇｒｏｕｐ　Ｓｅｒｖｉｃｅｓ　ａｎｄ　Ｓｙｓｔｅｍ　Ａｓｐｅｃｔｓ　Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃｋｅｔ　ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ（ＰＳＳ）；Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（３ＧＰ－ＤＡＳＨ）（リリース１０）」、３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ（３ＧＰＰ）、３ＧＰＰ　ＴＳ　２６．ｃｄｅ．Ｖ１．０．０（２０１０年８月）、ＸＰ０５０４４２０２９、２０１年８月２５日、（３４ページ、英語）。

「Ｉｎｆｏｒｍａｔｉｏｎ　Ｔｅｃｈｎｏｌｏｇｙ－Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（ＤＡＳＨ）－Ｐａｒｔ　１：Ｍｅｄｉａ　ｐｒｅｓｅｎｔａｔｉｏｎ　ｄｅｓｃｒｉｐｔｉｏｎ　ａｎｄ　ｓｅｇｍｅｎｔ　ｆｏｒｍａｔ」、ＩＳＯ／ＩＥＣ　ＤＩＳ　２３００９－１、２０１１年８月３０日（１３４ページ、英語）。

相手方の国際出願ＰＣＴ／ＫＲ２０１２／００１９２２号の２０１２年１０月４日付けの国際調査報告書（５ページ、韓国語、完全な英訳付き）。

相手方の中国特許出願第２０１２８００１３５２７．７号の２０１６年１月２５日付けの中国特許庁拒絶理由通知（１０ページ、中国語）。

＊審査官による引用

図1



# 図2



# 図3





図4

図 5



520
メディア
エンジン

→ メディア出力

MPEGフォーマット
メディア＋タイミング

510
(DASH)
アクセス
エンジン

メタデータ
(MPD)

メディア
(セグメント)

表現を使用してストリーミングコンテンツを提供するための装置および方法

関連出願の相互参照

本特許出願は、２０１２年３月１６日に出願された韓国特許出願第１０－２０１２－００
２６８６２号および２０１１年３月１６日に出願された韓国特許出願第１０－２０１１－
００２３２７１号の米国特許法第１１９条（ａ）および第３６５条（ｂ）に基づく利益を主
張する、２０１２年９月２０日にＷＯ２０１２／１２５００６として公開された２０１２
年３月１６日に出願された国際出願第ＰＣＴ／ＫＲ２０１２／００１９２２号の国内段階
である、現在は２０１８年１月２日に発行された米国特許第９，８６０，２９３号である２
０１３年９月１１日に出願された米国特許出願第１４／００４，６４４号の継続である、現
在は２０１８年１１月６日に発行された米国特許第１０，１２２，７８０号である２０１７
年１２月７日に出願された米国特許出願第１５／８３４，７０２号の継続である、２０１８
年１０月２４日に出願された米国特許出願第１６／１６８，９３３号の継続であり、上記の
全てのそれぞれの全体の開示は、全ての目的のために参照によって本明細書に組み込まれ
る。

技術分野

　本発明は、ストリーミングコンテンツを提供するための技術に関し、より具体的には、メ
ディアコンテンツの表現を使用してメディアコンテンツを提供するための装置および方法
に関する。

背景技術

　ストリーミングは、音声や動画などのマルチメディアコンテンツを送信および再生する
ためのスキームの１つである。クライアントは、ストリーミングを介してコンテンツを受信
しているときにコンテンツを再生することができる。

　適応型ストリーミングサービスとは、クライアントの要求とその要求に応じたサーバの
応答とを伴う通信方式を使用してストリーミングサービスを提供することを指す。

　クライアントは、適応型ストリーミングサービスを使用して、クライアントの環境（例え
ば、クライアントの伝送チャネル）に適したメディアシーケンスを要求することができる。
サーバは、サーバに含まれる様々な品質のメディアシーケンスの中から、クライアントの要
求に一致するメディアシーケンスを提供することができる。

　適応型ストリーミングサービスは、様々なプロトコルに基づいて提供されることができ
る。ハイパーテキスト転送プロトコル（ＨＴＴＰ）適応型ストリーミングサービスとは、Ｈ
ＴＴＰに基づいて提供される適応型ストリーミングサービスを指す。ＨＴＴＰ適応型スト
リーミングサービスのクライアントは、ＨＴＴＰを使用してサーバからコンテンツを受信
し、ストリーミングサービスに関連付けられた要求をサーバに送信することができる。

発明の開示

技術的目的

　本発明の態様は、アクセシビリティ情報を含む表現を使用してメディアコンテンツを再生することができる装置および方法を提供する。

　本発明の別の態様は、メディアコンテンツの表現間の関係を記述するために使用される情報を使用してメディアコンテンツを再生することができる装置および方法を提供する。

　本発明のさらに別の態様は、異なる表示ビット深度を有する端末の異なる表現の情報を使用してメディアコンテンツを再生することができる装置および方法を提供する。

技術的解決策

　本発明の態様によれば、メディアコンテンツを提供するための方法であって、メディアコンテンツのメタデータを受信することであって、メタデータが、1つ以上の期間を含むことと、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることと、セグメントに含まれるメディアコンテンツのデータを復号およびレンダリングすることと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、メディアコンテンツを知覚するのが困難な障害のあるユーザをサポートするために使用される情報を含む、方法が提供される。

　各表現のメディアコンポーネントは、障害のあるユーザの問題に対処するために強化されることができ、メディアコンポーネントの強化は、コントラストの調整および色の調整のうちの少なくとも1つを含むことができる。

　各表現に含まれる情報は、各表現の使用目的を示すことができ、使用目的は、手話、サブタイトル、キャプション、および記述のうちの少なくとも1つを含むことができる。

　各表現に含まれる情報は、外部のＭｏｖｉｎｇ　Ｐｉｃｔｕｒｅ　Ｅｘｐｅｒｔｓ　Ｇｒｏｕｐ(ＭＰＥＧ)－２１　Ｄｉｇｉｔａｌ　Ｉｔｅｍ　Ａｄａｐｔａｔｉｏｎ(ＤＩＡ)への参照を提供する属性を示すことができる。

　本発明の別の態様によれば、メディアコンテンツを提供するための方法であって、メディアコンテンツのメタデータを受信することであって、メタデータが、1つ以上の期間を含むことと、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることと、セグメントに含まれるメディアコンテンツのデータを復号およびレンダリングすることと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、メタデータが、表現間の関係を記述する属性を含む、方法が提供される。

　表現のうちの第1の表現は、表現の一部のリストを示す属性を含むことができ、表現の一部のうちの表現とともに使用されることができる。

　第1の表現は、音声記述に使用される表現とすることができる。

　表現の各部分は、ビデオコンポーネントに使用される表現とすることができる。

　表現のうちの第1の表現は、表現の一部のリストを示す属性を含むことができる。

　表現の一部のうちの表現は、第1の表現によって置き換えられることができる。

　本発明のさらに別の態様によれば、メディアコンテンツを提供するための方法であって、メディアコンテンツのメタデータを受信することであって、メタデータが、1つ以上の期間を含むことと、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントにアクセスすることと、セグメントに含まれるメディアコンテンツのデータを復号およびレンダリングすることと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、異なる表示ビット深度を有する端末の異なる表現を選択するために使用されるビット深度属性を含む、方法が提供される。

　ビット深度属性は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を示すことができる。

　本発明のさらに別の態様によれば、メディアコンテンツのメタデータを受信し、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントを受信し、セグメントに含まれるメディアコンテンツのデータを復号するためのアクセスエンジンであって、メタデータが1つ以上の期間を含む、アクセスエンジンと、アクセスエンジンからメディアコンテンツのデータを受信し、メディアコンテンツを出力するためのメディアエンジンと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、メディアコンテンツを知覚するのが困難な障害のあるユーザをサポートするために使用される情報を含む、端末が提供される。

　本発明のさらに別の態様によれば、メディアコンテンツのメタデータを受信し、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントを受信し、セグメントに含まれるメディアコンテンツのデータを復号するためのアクセスエンジンであって、メタデータが1つ以上の期間を含む、アクセスエンジンと、アクセスエンジンからメディアコンテンツのデータを受信し、メディアコンテンツを出力するためのメディアエンジンと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、メタデータが、表現間の関係を記述する属性を含む、端末が提供される。

　本発明のさらに別の態様によれば、メディアコンテンツのメタデータを受信し、メタデータによって提供される情報に基づいてメディアコンテンツのセグメントを受信し、セグメントに含まれるメディアコンテンツのデータを復号するためのアクセスエンジンであって、メタデータが1つ以上の期間を含む、アクセスエンジンと、アクセスエンジンからメディアコンテンツのデータを受信し、メディアコンテンツを出力するためのメディアエンジンと、を含み、各期間が、メディアコンテンツの1つ以上の表現を含み、各表現が、表示ビット深度が異なる端末の異なる表現を選択するために使用されるビット深度属性を含む、端末が提供される。


発明の効果

　本発明の実施形態によれば、アクセシビリティ情報を含む表現を使用してメディアコンテンツを再生することが可能である。

　さらに、本発明の実施形態によれば、メディアコンテンツの表現間の関係を記述するために使用される情報を使用して、メディアコンテンツを再生することが可能である。

　さらにまた、本発明の実施形態によれば、異なる表示ビット深度を有する端末について、異なる表現の情報を使用してメディアコンテンツを再生することが可能である。


図面の簡単な説明

　図1は、ＨＴＴＰ（ＤＡＳＨ）高レベルデータモデルを介した動的適応型ストリーミングを示す図である。

　図2は、本発明の実施形態にかかるコンテンツ処理方法を示す信号フローチャートである。

　図3は、本発明の実施形態にかかるシグナリング情報のカテゴリを示す図である。

　図4は、本発明の実施形態にかかる、コンテンツ分割の階層およびシグナリング情報のレベルを示す図である。

　図5は、本発明の実施形態にかかる端末の構成を示す図である。


発明を実施するための最良の形態

　ここで、本発明の実施形態を詳細に参照し、その例を添付の図面に示し、同様の参照符号は、全体を通して同様の要素を指す。図を参照して本発明を説明するために、以下に実施形態を説明する。

２０１１年８月３０日に発行されたＩＳＯ／ＩＥＣ　ＤＩＳ　２３００９−１のドキュメント「Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ（ＤＡＳＨ）−Ｐａｒｔ　１:Ｍｅｄｉａ　ｐｒｅｓｅｎｔａｔｉｏｎ　ｄｅｓｃｒｉｐｔｉｏｎ　ａｎｄ　ｓｅｇｍｅｎｔ　ｆｏｒｍａｔ」の全体が本特許出願の参照として引用され、以下の実施形態を説明するために使用される。

　以下、本発明の実施形態について、添付の図面を参照してさらに説明するが、本発明の実施形態に限定されるものではない。同様の参照符号は、全体を通して同様の要素を指す。

　本明細書で使用される「指定する（specify）」、「示す（indicate)」、および「意味する（mean)」という用語は、同じ意味を有することができる。さらに、本明細書で使用される「ユニフォームリソースロケータ（ＵＲＬ）」および「ユニフォームリソース識別子（ＵＲＩ）」という用語は、同じ意味を有することができ、交換可能とすることができる。

　特定の要素のインデックスが１からＮ、または０からＮの場合、特定の要素の数は、１つ以上とすることができる。Ｎは、０以上の整数である。

　以下、実施形態で使用される用語の例を説明する。

　ＤＡＳＨは、１）ＨＴＴＰサーバからＨＴＴＰクライアントへのメディアコンテンツの配

信を可能にし、２）標準のＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にする
フォーマットを指定することができる。フォーマットは、例えば、拡張マークアップ言語（Ｘ
ＭＬ）フォーマット、またはバイナリフォーマットを含むことができる。

　メディアコンテンツは、単一のメディアコンテンツ期間、または連続した一連のメディア
コンテンツ期間とすることができる。以下、メディアコンテンツ、メディア、およびコンテ
ンツは、交換可能な用語として使用されることができる。メディアコンテンツは、例えば、
オーディオ、ビデオ、または時限テキストなど、共通のタイムラインを有するメディアコン
テンツコンポーネントのセットとすることができる。さらに、メディアコンポーネントは、
メディアコンポーネントがプログラムまたは映画としてどのように提示されることができ
るか（例えば、個別に、共同で、または相互に排他的に）についての関係を有することがで
きる。メディアコンテンツは、オンデマンドコンテンツ、またはライブコンテンツとするこ
とができる。

　コンテンツは、１つ以上の区間に分割されることができる。換言すれば、コンテンツは、
１つ以上の区間を含むことができる。以下、区間および期間は、交換可能な用語として使用
されることができる。期間という用語は、第３世代パートナーシッププロジェクト（３ＧＰ
Ｐ）の適応型ＨＴＴＰストリーミングにおける用語として使用されることができる。換言す
れば、期間は、メディアプレゼンテーションの区間とすることができる。全ての期間の連続
シーケンスは、メディアプレゼンテーションを構成することができる。

　１つ以上の区間は、基本単位とすることができる。１つ以上の区間は、シグナリングメタ
データによって記述されることができる。換言すれば、メタデータは、１つ以上の区間のそ
れぞれを記述することができる。メタデータは、後に説明するメディアプレゼンテーション
記述（ＭＰＤ）とすることができる。

　メディアコンテンツコンポーネントは、メディアコンポーネントタイプが割り当てられ
たメディアコンテンツの連続コンポーネントとすることができる。メディアコンテンツコ
ンポーネントは、メディアストリームに個別に符号化されることができる。メディアコンポ
ーネントは、例えば、帯域幅、言語、または解像度などの特定の属性を有するオーディオ、
ビデオ、または時限テキストなど、個々のメディアタイプの符号化されたバージョンとする
ことができる。

　メディアストリームは、メディアコンテンツコンポーネントの符号化されたバージョン
とすることができる。

　メディアコンポーネントタイプは、オーディオ、ビデオ、またはテキストなどの単一タイ
プのメディアコンテンツとすることができる。

　メディアプレゼンテーションは、メディアコンテンツの制限付きまたは制限なしのプレ
ゼンテーションを確立するために使用されるデータのコレクションとすることができる。
メディアプレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡ
ＳＨクライアントがアクセスすることができるデータのコレクションとすることができる。

ＭＰＤは、ＭＰＤによって記述されることができる。メディアプレゼンテーションは、ユーザにストリーミングサービスを提供するためにＤＡＳＨクライアントがアクセスすることができるデータのコレクションとすることができる。

ＭＰＤは、ストリーミングサービスを提供するためのメディアプレゼンテーションの正式な記述とすることができる。ＭＰＤは、ユーザにストリーミングサービスを提供し、セグメントにアクセスするための適切なＨＴＴＰ－ＵＲＬを構築するために、ＤＡＳＨクライアントに必要とされるメタデータを含むドキュメントとすることができる。メディアプレゼンテーションは、ＭＰＤの可能更新を含むＭＰＤによって記述されることができる。

ＭＰＤは、1）セグメントにアクセスし、2）ユーザにストリーミングサービスを提供するために、適切なＨＴＴＰ－ＵＲＬを構築するためにＤＡＳＨクライアントに必要とされるメタデータを含むドキュメントとすることができる。ＨＴＴＰ－ＵＲＬは、絶対的または相対的とすることができる。ＭＰＤは、ＸＭＬドキュメントとすることができる。

ＭＰＤは、セグメントのリソース識別子をアナウンスするためのフォーマットを定義することができる。ＭＰＤは、メディアプレゼンテーション内で識別されたリソースのコンテキストを提供することができる。リソース識別子は、ＨＴＴＰ－ＵＲＬとすることができる。ＵＲＬは、バイト範囲属性によって制限されることができる。

期間は、メディアプレゼンテーションの区間とすることができる。全ての期間の連続シーケンスは、メディアプレゼンテーションを構成することができる。換言すれば、メディアプレゼンテーションは、1つ以上の期間を含むことができる。あるいは、メディアプレゼンテーションは、1つ以上の期間のシーケンスを含むことができる。

表現は、配信フォーマットにおける1つ以上のメディアストリームのコレクションおよびカプセル化とすることができ、記述的メタデータに関連付けられることができる。表現は、単一期間内の1つ以上のメディアコンポーネントの構造化されたコレクションとすることができる。換言すれば、表現は、定義された期間中にメディアコンテンツを形成するメディアコンテンツコンポーネントの完全なセットまたはサブセットの代替選択肢の1つとすることができる。表現は、1つ以上のメディアストリームを含むことができる。

表現は、期間（すなわち、表現を含む期間）の開始点から開始し、期間の終了点まで継続することができる。

表現は、典型的には、例えば、ビットレート、解像度、言語、コーデックなどによって、符号化の選択によって異なる、メディアコンテンツまたはメディアコンテンツのサブセットの代替選択肢の1つとすることができる。

ＭＰＤ（またはＭＰＤ要素）は、クライアントが1つ以上の表現を選択することを可能にする記述情報を提供することができる。

以下、表現およびメディア表現は、交換可能な用語として使用されることができる。

単一の区間に対応するセグメントの2つ以上のセットが存在することができる。各セットは、表現または代替と呼ばれることができる。

　セグメントは、定義されたフォーマットを有するＭＰＤにおけるアドレス可能な最小単位とすることができる。以下、セグメントおよびメディアセグメントは、交換可能な用語として使用されることができる。

　各区間は、セグメントに分割されることができる。以下、セグメントおよびフラグメントは、交換可能な用語として使用されることができる。セグメントという用語は、３ＧＰＰ適応型ＨＴＴＰストリーミングの用語として使用されることができる。

　セグメントは、例えばＲＦＣ　２６１６において定義されているように、ＨＴＴＰ−ＵＲＬに対するＨＴＴＰ／１．１　ＧＥＴ要求（またはバイト範囲で示される部分に対するＧＥＴ要求）に対する応答のエンティティ本体を意味することができる。

　端末は、受信したバイト（すなわち、セグメント）を使用してメディアコンテンツを再生することができる。

　サブセグメントとは、セグメントレベルでセグメントインデックスによってインデックス付けされることができるセグメント内の最小単位を意味することができる。

　サブ表現は、全期間に存在するＭＰＤに記述された表現の一部とすることができる。

　ランダムアクセスポイント（ＲＡＰ）は、メディアセグメント内の特定の場所とすることができる。ＲＡＰは、メディアセグメントに含まれる情報のみを使用して、ＲＡＰの場所から連続的に再生を開始することができる場所として識別されることができる。

　ＤＡＳＨは、メディアコンテンツを配信するためのメディアストリーミングモデルを提供することができる。クライアントは、配信のセッションを排他的に制御することができる。クライアントは、ＤＡＳＨ固有の機能を有しない標準のウェブサーバからＨＴＴＰプロトコルを使用してデータを要求することができる。したがって、ＤＡＳＨ規格は、ＤＡＳＨメディアプレゼンテーションを提供するために使用されるデータフォーマットに焦点を当てることができる。

　メディアコンテンツの符号化された配信可能なバージョンのコレクション、およびバージョンの適切な記述は、メディアプレゼンテーションを形成することができる。メディアコンテンツは、１つ以上の連続したメディアコンテンツ期間を含むことができる。各メディアコンテンツ期間は、１つ以上のメディアコンテンツコンポーネント、例えば、様々な言語のオーディオコンポーネントおよびビデオコンポーネントを含むことができる。メディアコンテンツコンポーネントタイプは、各メディアコンテンツコンポーネントに割り当てられることができ、例えば、オーディオまたはビデオを含むことができる。

　各メディアコンテンツコンポーネントは、１つ以上の符号化されたバージョンを有することができる。メディアコンテンツコンポーネントの符号化されたバージョンは、「メディアストリーム」と呼ばれることができる。各メディアストリームは、メディアコンテンツ、メディアコンテンツ期間、またはメディアストリームの符号化に使用されるメディアコンテンツの属性を継承することができる。さらに、各メディアストリームに、サブサンプリング、コーデックパラメータ、符号化ビットレートなどの符号化プロセスのプロパティを割り

当てることができる。したがって、メタデータは、メディアコンテンツコンポーネントおよびメディアストリームの静的および動的な選択に関連することができる。

図1は、ＤＡＳＨ高レベルデータモデルを示す図である。

ＤＡＳＨは、図1に示されるように、階層データモデルに基づくことができる。

ＤＡＳＨメディアのプレゼンテーションは、ＭＰＤドキュメントによって記述されることができる。ＭＰＤは、期間のシーケンスを記述することができる。期間のシーケンスは、メディアプレゼンテーションを形成することができる。期間は、通常、メディアコンテンツの符号化されたバージョンの一貫したセットが利用可能であるメディアコンテンツ期間を表すことができる。換言すれば、単一の期間中、ビットレート、言語、キャプション、サブタイトルなどは変更されない場合がある。

期間は、1つ以上の適応セットを含むことができる。適応セットは、1つ以上のメディアコンテンツコンポーネントの交換可能な符号化されたバージョンのセットを表すことができる。例えば、メインビデオコンポーネント用の適応セットと、メインオーディオコンポーネント用の個別の適応セットが存在することができる。例えば、キャプションや音声記述など、他の利用可能な素材がある場合、他の利用可能な素材は、それぞれ、個別の適応セットを有することができる。

適応セットは、1つ以上の表現を含むことができる。表現は、1つ以上のメディアコンテンツコンポーネントの配信可能な符号化されたバージョンを記述することができる。表現は、1つ以上のメディアストリームを含むことができる。適応セット内の単一の表現は、単一の表現に含まれるメディアコンテンツコンポーネントをレンダリングするのに十分とすることができる。通常、クライアントは、ネットワークの状態やその他の要因に適応するために、ある期間中に1つの表現から別の表現に切り替えることができる。クライアントはまた、クライアントによってサポートされていない、またはその他の点で不適切なコーデックまたはその他のレンダリング技術に依存する表現を無視することもできる。

表現内では、コンテンツは、時間的にセグメントに分割されることができる。換言すれば、表現は、1つ以上のセグメントを含むことができる。セグメントは、ＭＰＤにおいてアドバタイズされるデータの基本単位とすることができる。セグメントごとにＵＲＬを提供することができる。ＵＲＬの提供は、セグメントが単一のＨＴＴＰリクエストによって取得されることができるデータの最大単位であることを示すことができる。ＭＰＤは、ＵＲＬとともに、ＵＲＬのバイト範囲を含むことができる。したがって、セグメントは、他のより大きなリソースのバイト範囲に含まれることができる。

以下、上述したデータモデルのコンポーネント間の関係について説明する。

ＭＰＤは、1つ以上の期間のシーケンスを含むことができる。

各期間は、1つ以上の適応セットを含むことができる。適応セットが1つ以上のメディアコンテンツコンポーネントを含む場合、各メディアコンテンツコンポーネントは、個別に定義されることができる。

　各適応セットは、１つ以上の表現を含むことができる。

　各表現は、１つ以上のサブ表現を含むことができる。

　各表現は、１つ以上のセグメントを含むことができる。

　セグメントは、メディアデータ、および／またはセグメントを含むメディアコンテンツにアクセス、復号、および提示するためのメタデータを含むことができる。

　適応セット、表現、およびサブ表現は、共通の属性および要素を共有することができる。

　各セグメントは、１つ以上のサブセグメントを含むことができる。

　ＭＰＤを示すＭＰＤドキュメントは、要素「ＭＰＤ」を含むことができる。

　以下の表１は、ＭＰＤのＸＭＬスキーマを示している。

表１

─────────────────────────────────────────────

```
<?xml version="1.0" encoding="UTF-8"?>
<xs:schema targetNamespace="urn:mpeg:DASH:schema:MPD:2011"
attributeFormDefault="unqualified"
elementFormDefault="qualified"
xmlns:xs="http://www.w3.org/2001/XMLSchema"
xmlns:xlink="http://www.w3.org/1999/xlink"
xmlns="urn:mpeg:DASH:schema:MPD:2011">
<xs:import namespace="http://www.w3.org/1999/xlink"
schemaLocation="http://www.w3.org/1999/xlink.xsd"/>
<xs:annotation>
<xs:appinfo>Media Presentation Description</xs:appinfo>
<xs:documentation xml:lang="en">
This Schema defines the Media Presentation
Description for MPEG-DASH.
</xs:documentation>
</xs:annotation>
<!-- MPD: main element -->
<xs:element name="MPD" type="MPDtype"/>
...
</xs:schema>
```

─────────────────────────────────────────────

　表１は、ＭＰＤのＸＭＬスキーマの最初の部分を示している。最初の部分は、名称空間やその他の定義を含むことができる。

　ローカルＭＰＤからリモート要素を参照するためのメカニズムを定義することができる。ワールド・ワイド・ウェブ・コンソーシアム（Ｗ３Ｃ）ＸＬＩＮＫの単純なリンクのサブセ

ットを定義することができ、これは、1）制限された構文およびセマンティクス、および2）
処理モデルから構成される。

　ＩＳＯ／ＩＥＣ　２３００９の一部で使用されているＸＬＩＮＫ属性は、以下のとおり
である：

　「ｘｌｉｎｋ：ｔｙｐｅ」は、使用されているＷ３Ｃ　ＸＬＩＮＫのタイプを定義するこ
とができる。

　「ｘｌｉｎｋ：ｈｒｅｆ」は、ＩＥＴＦ　ＲＦＣ　３９８６において定義されているよう
に、ＵＲＩを使用してリモート要素を識別することができる。

　「ｘｌｉｎｋ：ｓｈｏｗ」は、Ｗ３Ｃ　ＸＬＩＮＫにおいて定義されているように、ＭＰ
Ｄ内から逆参照されたリモート要素の望ましい動作を定義することができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、Ｗ３Ｃ　ＸＬＩＮＫにおいて定義されているように、
ＭＰＤ内からリモート要素を逆参照する望ましいタイミングを定義することができる。

　以下の表２は、ＸＬＩＮＫのＸＭＬスキーマを示している。

表２

---

```
<?xml version='1.0' encoding='UTF-8'?>
<xs:schema xmlns:xs="http://www.w3.org/2001/XMLSchema"
targetNamespace="http://www.w3.org/1999/xlink"
xmlns:xlink="http://www.w3.org/1999/xlink">
<xs:attribute name="type" type="xs:token" fixed="simple" />
<xs:attribute name="href" type="xlink:hrefType" />
<xs:simpleType name="hrefType">
<xs:restriction base="xs:anyURI" />
</xs:simpleType>
<xs:attribute name="show" type="xs:token" fixed="embed" />
<xs:attribute    name="actuate"
type="xlink:actuateType
" default="onRequest" />
<xs:simpleType name="actuateType">
<xs:restriction base="xs:token">
<xs:enumeration value="onLoad" />
<xs:enumeration value="onRequest" />
</xs:restriction>
</xs:simpleType>
</xs:schema>
```

---

　スキーマでは、各要素または各属性の名称空間、名称、タイプ、およびデフォルト値を記述することができる。さらに、要素と属性との間の階層関係を記述することができる。

　属性「ｘｌｉｎｋ：ｈｒｅｆ」内のＵＲＩ参照を処理するために適用されるルールは、以下のとおりである：

　解決できないリモート要素へのＵＲＩ参照は、無効な参照として扱われることができ、ＭＰＤを無効にすることができる。

　特定の参照に対して不適切なターゲットであるリモート要素へのＵＲＩ参照は、無効な参照として扱われることができ、ＭＰＤを無効にすることができる。

　直接的または間接的に自身を参照するＵＲＩ参照は、無効な循環参照として扱われることができ、ＭＰＤを無効にすることができる。

　リモート要素への参照は、ＨＴＴＰ－ＵＲＬとすることができる。

　ＵＲＩ参照が相対的である場合、参照解決が適用されることができる。

　要素「ＭＰＤ」のセマンティクスは、以下のように記述される：

　１）要素「ＭＰＤ」は、以下の属性を有することができる：

　「ｉｄ」は、メディアプレゼンテーションの識別子を指定することができる。「ｉｄ」は、メディアプレゼンテーションが公開されている範囲内で固有の識別子とすることができる。

　「ｔｙｐｅ」は、ＭＰＤが更新されることができるかどうかを指定することができる。

　「ｍｅｄｉａＰｒｅｓｅｎｔａｔｉｏｎＤｕｒａｔｉｏｎ」は、メディアプレゼンテーション全体の期間を指定することができる。「ｍｅｄｉａＰｒｅｓｅｎｔａｔｉｏｎＤｕｒａｔｉｏｎ」がない場合、メディアプレゼンテーションの期間は、不明とすることができる。

　「ｍａｘＳｅｇｍｅｎｔＤｕｒａｔｉｏｎ」は、メディアプレゼンテーションの表現におけるセグメントの最大期間を指定することができる。

　２）要素「ＭＰＤ」は、以下の要素を有することができる：

　「ＰｒｏｇｒａｍＩｎｆｏｒｍａｔｉｏｎ」は、０からＮのインデックスを有することができ、プログラムに関する記述情報を指定することができる。インデックスがＮの場合、要素のインスタンスの数に制限がない可能性があることを示すことができる。インデックスが０の場合、要素がオプションである可能性があることを示すことができる。インデックスが１の場合、要素が必須であることを示すことができる。換言すれば、インデックスの範囲は、発生またはカーディナリティを表すことができる。

　「ＢａｓｅＵＲＬ」は、０からＮのインデックスを有することができ、参照解決と代替ＵＲＬの選択に使用されることができるベースＵＲＬを指定することができる。

　「Ｌｏｃａｔｉｏｎ」は、０からＮのインデックスを有することができ、ＭＰＤが利用可能な場所を指定することができる。

　「Ｐｅｒｉｏｄ」は、１からＮのインデックスを有することができ、期間の情報を指定することができる。

　「Ｍｅｔｒｉｃｓ」は、０からＮのインデックスを有することができ、ＤＡＳＨメトリク

ス を 指定 す る こ と が で き る 。

　以下の表3は、要素「ＭＰＤ」のＸＭＬ構文を示している。

表3

---

```
<!-- MPD Type -->
<xs:complexType name="MPDtype" >
<xs:sequence>
<xs:element name="ProgramInformation"
type="ProgramInformationType
" minOccurs="0 "
maxOccurs="unbounded" />
<xs:element name="BaseURL"  type="BaseURLType "
minOccurs="0
" maxOccurs="unbounded" />
<xs:element name="Location"  type="xs:anyURI"  minOccurs="0"
maxOccurs="unbounded" />
<xs:element name="Period"  type="PeriodType"
maxOccurs="unbounded" />
<xs:element name="Metrics"  type="MetricsType"  minOccurs="0"
maxOccurs="unbounded" />
<xs:any namespace="##other"  processContents="lax"
minOccurs="0
" maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute name="id"  type="xs:string" />
<xs:attribute name="profiles"  type="xs:string" />
<xs:attribute name="type"  type="PresentationType"  default="static" />
<xs:attribute name="availabilityStartTime"  type="xs:dateTime" />
<xs:attribute name="availabilityEndTime"  type="xs:dateTime" />
<xs:attribute name="mediaPresentationDuration"  type="xs:duration" />
<xs:attribute name="minimumUpdatePeriod"  type="xs:duration" />
<xs:attribute name="minBufferTime"  type="xs:duration "
use="required" />
<xs:attribute name="timeShiftBufferDepth"  type="xs:duration" />
<xs:attribute name="suggestedPresentationDelay"  type="xs:duration" />
<xs:attribute name="maxSegmentDuration"  type="xs:duration" />
```

```
<xs:attribute name="maxSubsegmentDuration"  type="xs:duration" />
<xs:anyAttribute namespace="##other"  processContents="lax" />
</xs:complexType>
<!-- Presentation Type enumeration -->
<xs:simpleType name="PresentationType" >
<xs:restriction base="xs:string" >
<xs:enumeration value="static" />
<xs:enumeration value="dynamic" />
</xs:restriction>
</xs:simpleType>
```

_____

　メディアプレゼンテーションは、1つ以上の期間を含むことができる。各期間は、要素「MPD」の要素「Ｐｅｒｉｏｄ」によって定義されることができる。

　期間は、通常期間と早期利用可能期間とに分類されることができる。さらに、通常期間のＰｅｒｉｏｄＳｔａｒｔ時間は、以下のように定義されることができる：

　属性「ｓｔａｒｔ」が要素「Ｐｅｒｉｏｄ」に含まれている場合、期間は、通常期間であり、ＰｅｒｉｏｄＳｔａｒｔ時間は、属性「ｓｔａｒｔ」の値と等しくすることができる。

　属性「ｓｔａｒｔ」が存在しないが、前の要素「Ｐｅｒｉｏｄ」に属性「ｄｕｒａｔｉｏｎ」が含まれている場合、期間は、通常期間とすることができる。期間「ＰｅｒｉｏｄＳｔａｒｔ」の開始時間は、前の期間の開始時間と前の期間の属性「ｄｕｒａｔｉｏｎ」の値の合計とすることができる。

　１）属性「ｓｔａｒｔ」がない場合、２）要素「Ｐｅｒｉｏｄ」がMPDの最初の場合、３）MPDの属性「ｔｙｐｅ」が「ｓｔａｔｉｃ」の場合、ＰｅｒｉｏｄＳｔａｒｔ時間は、「０」に設定されることができる。

　１）属性「ｓｔａｒｔ」がない場合、２）前の要素「Ｐｅｒｉｏｄ」に属性「ｄｕｒａｔｉｏｎ」が含まれていない場合、または要素「Ｐｅｒｉｏｄ」がMPDの最初の場合、３）MPDの属性「ｔｙｐｅ」が「ｄｙｎａｍｉｃ」の場合、期間は、早期利用可能期間とすることができる。

　要素「Ｐｅｒｉｏｄ」のセマンティクスは、以下のように記述される：

　１）要素「Ｐｅｒｉｏｄ」は、以下の属性を有することができる：

　「ｘｌｉｎｋ：ｈｒｅｆ」は、外部要素「Ｐｅｒｉｏｄ」への参照を指定することができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を指定することができる。「ｌｉｎｋ：ａｃｔｕａｔｅ」は、「ｏｎｌｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかの値を有することができる。

　「ｉｄ」は、ピリオドの識別子を指定することができる。「ｉｄ」は、メディアプレゼン

テーションの範囲内の固有の識別子とすることができる。

「ｓｔａｒｔ」は、期間のＰｅｒｉｏｄＳｔａｒｔ時間を指定することができる。Ｐｅｒ
ｉｏｄＳｔａｒｔ時間は、各メディアセグメントのＭＰＤ開始時間を判定するため、および
メディアプレゼンテーションタイムラインでの各アクセスユニットのプレゼンテーション
時間を判定するためのアンカーとして使用されることができる。

「ｄｕｒａｔｉｏｎ」は、次の期間のＰｅｒｉｏｄＳｔａｒｔ時間を判定するために期間
を指定することができる。

２）要素「Ｐｅｒｉｏｄ」は、以下の要素を含むことができる：

「ＢａｓｅＵＲＬ」は、０からＮのインデックスを有することができ、参照の解決と代替
ＵＲＬの選択に使用されることができる。

「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、１からＮのインデックスを有することができ、適応
セットの情報を指定することができる。

「Ｓｕｂｓｅｔ」は、０からＮのインデックスを有することができ、サブセットを指定す
ることができる。

以下の表４は、要素「Ｐｅｒｉｏｄ」のＸＭＬ構文を示している。

表４

_____

```
<!-- Period -->
<xs:complexType name= "PeriodType" >
<xs:sequence>
<xs:element name= "BaseURL"  type= "BaseURLType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "SegmentBase"  type=
 "SegmentBaseType "
minOccurs= "0" />
<xs:element name= "SegmentList"  type= "SegmentListType"
minOccurs= "0" />
<xs:element name= "SegmentTemplate "
type=
 "SegmentTemplateType"  minOccurs= "0" />
<xs:element name= "AdaptationSet"  type= "AdaptationSetType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Subset"  type= "SubsetType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:any namespace= "##other"  processContents= "lax"  minOccurs= "0"
```

```
maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute ref="xlink:href" />
<xs:attribute ref="xlink:actuate" default="onRequest" />
<xs:attribute name="id" type="xs:string" />
<xs:attribute name="start" type="xs:duration" />
<xs:attribute name="duration" type="xs:duration" />
<xs:attribute name="bitstreamSwitching" type="xs:boolean"
default="false" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:complexType>
```

---

　各期間は、１つ以上の適応セットを含むことができる。各適応セットは、要素「Ｐｅｒｉ
ｏｄ」に含まれる要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」によって記述されることができる。

　適応セットは、１つ以上のメディアコンテンツコンポーネントの代替符号化を含むこと
ができる。代替符号化のそれぞれは、表現に含まれることができる。単一の適応セットに含
まれる全ての表現は、同じメディアコンテンツコンポーネントを表すことができ、知覚的に
同等であると判定される１つ以上のメディアストリームを含むことができる。

　１つ以上の表現は、表現に存在するメディアコンテンツコンポーネントのプロパティに
基づいて、適応セットに配置されることができる。メディアコンテンツコンポーネントのプ
ロパティは、１）属性「ｌａｎｇ」によって記述された言語、２）属性「ｃｏｎｔｅｎｔＴ
ｙｐｅ」によって記述されたメディアコンポーネントタイプ、３）属性「ｐａｒ」によって
記述された画像のアスペクト比、４）要素「Ｒｏｌｅ」によって記述されるロールプロパ
ティ、５）要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」によって記述されるアクセシビリティプロ
パティ、６）要素「ＶｉｅｗＰｏｉｎｔ」によって記述される視点プロパティ、７）要素「Ｒ
ａｔｉｎｇ」によって記述される評価プロパティなどを含むことができる。

　要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、適応セットに含まれる１つ以上の表現に関連付
けられた要素および属性のデフォルト値を含むことができる。以下、要素「Ａｄａｐｔａｔ
ｉｏｎＳｅｔ」および「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」に共通することができる現在の要
素および属性のリストについて説明する。

　要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、適応セットに含まれる１つ以上の表現に関連付
けられている属性「ｂａｎｄｗｉｄｔｈ」、「ｗｉｄｔｈ」、「ｈｅｉｇｈｔ」、および「ｆｒ
ａｍｅｒａｔｅ」の範囲の記述をサポートすることができる。記述は、適応セットに含まれ
る全ての表現の全ての値の要約を提供することができる。適応セットに含まれる表現は、適
応セットにおいて定義された範囲外の値を有することはできない。

　適応セットは、属性「ｇｒｏｕｐ」を使用してグループに分類されることができる。

要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」のセマンティクスは、以下のように記述される：

１）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、以下の属性を有することができ：

「ｘｌｉｎｋ：ｈｒｅｆ」は、外部要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」への参照を指定することができる。

「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を指定することができる。「ｌｉｎｋ：ａｃｔｕａｔｅ」は、「ｏｎｌｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかの値を有することができる。

「ｉｄ」は、期間の範囲内に設定された適応の識別子を指定することができる。「ｉｄ」は、含まれる期間を含む範囲内の固有の識別子とすることができる。「ｉｄ」は、リモート要素に存在しなくてもよい。

「ｇｒｏｕｐ」は、期間の範囲内で固有であるグループの識別子を指定することができる。

「ｌａｎｇ」は、適応セットの言語コードを宣言することができる。ＩＥＴＦ　ＲＦＣ５６４６に基づく構文およびセマンティクスを使用することができる。

「ｃｏｎｔｅｎｔＴｙｐｅ」は、適応セットのメディアコンテンツコンポーネントタイプを指定することができる。「ｔｙｐｅ」は、上位レベルのコンテンツタイプとすることができる。「ｔｙｐｅ」は、ＲＦＣ１５２１において定義されることができる。

「ｐａｒ」は、画像のアスペクト比を指定することができる。「ｐａｒ」は、２つの整数を含むことができる。「ｐａｒ」が存在する場合、表現の属性「ｗｉｄｔｈ」および「ｈｅｉｇｈｔ」も存在することができる。

「ｍｉｎＢａｎｄＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｂａｎｄｗｉｄｔｈ」の最小値を指定することができる。

「ｍａｘＢａｎｄＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｂａｎｄｗｉｄｔｈ」の最大値を指定することができる。

「ｍｉｎＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｗｉｄｔｈ」の最小値を指定することができる。

「ｍａｘＷｉｄｔｈ」は、適応セット内の全ての表現における属性「ｗｉｄｔｈ」の最大値を指定することができる。

「ｍｉｎＨｅｉｇｈｔ」は、適応セット内の全ての表現における属性「ｈｅｉｇｈｔ」の最小値を指定することができる。

「ｍａｘＨｅｉｇｈｔ」は、適応セット内の全ての表現における属性「ｈｅｉｇｈｔ」の最大値を指定することができる。

「ｍｉｎＦｒａｍｅＲａｔｅ」は、適応セット内の全ての表現における属性「ｆｒａｍｅＲａｔｅ」の最小値を指定することができる。

「ｍａｘＦｒａｍｅＲａｔｅ」は、適応セット内の全ての表現における属性「ｆｒａｍｅＲａｔｅ」の最大値を指定することができる。

２）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、以下の要素を有することができる：

　「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、０からNのインデックスを有することができ、アクセシビリティスキームに関する情報を指定することができる。

　「Ｒｏｌｅ」は、０からNのインデックスを有することができ、ロール注釈スキームに関する情報を指定することができる。

　「Ｒａｔｉｎｇ」は、０からNのインデックスを有することができ、格付けスキームに関する情報を指定することができる。

　「Ｖｉｅｗｐｏｉｎｔ」は、０からNまでのインデックスを有することができ、視点注釈スキームに関する情報を指定することができる。

　「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」は、０からNまでのインデックスを有することができ、適応セットに含まれるメディアコンテンツコンポーネントのプロパティを指定することができる。

　「ＢａｓｅＵＲＬ」は、０からNまでのインデックスを有することができ、参照の解決と代替ＵＲＬの選択に使用されることができる。

　「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、０からNまでのインデックスを有することができ、表現を指定することができる。各適応セットには、少なくとも１つの表現要素を含めることができる。「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、リモート要素の一部とすることができる。

　以下の表５は、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」のXML構文を示している。

表５
_____

```
<!-- Adaptation Set -->
<xs:complexType name= "AdaptationSetType" >
<xs:complexContent>
<xs:extension base= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "Accessibility"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Role"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "ContentComponent "
type=
 "ContentComponentType"  minOccurs= "0 "
maxOccurs= "unbounded" />
```

```
<xs:element name= "BaseURL"  type= "BaseURLType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "SegmentBase"  type= "SegmentBaseType"
minOccurs= "0" />
<xs:element name= "SegmentList"  type= "SegmentListType"
minOccurs= "0" />
<xs:element name= "SegmentTemplate "
type=
 "SegmentTemplateType"  minOccurs= "0" />
<xs:element name= "Representation"  type=
 "RepresentationType "
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute ref= "xlink:href" />
<xs:attribute ref= "xlink:actuate"  default= "onRequest" />
<xs:attribute name= "id"  type= "xs:unsignedInt" />
<xs:attribute name= "group"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "xs:language" />
<xs:attribute name= "contentType"  type= "xs:string" />
<xs:attribute name= "par"  type= "xs:string" />
<xs:attribute name= "minBandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxBandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "minWidth"  type= "xs:unsignedInt" />
<xs:attribute name= "maxWidth"  type= "xs:unsignedInt" />
<xs:attribute name= "minHeight"  type= "xs:unsignedInt" />
<xs:attribute name= "maxHeight"  type= "xs:unsignedInt" />
<xs:attribute name= "minFrameRate"  type= "xs:string" />
<xs:attribute name= "maxFrameRate"  type= "xs:string" />
<xs:attribute name= "segmentAlignment "
type=
 "ConditionalUintType"  default= "false" />
<xs:attribute name= "subsegmentAlignment "
type=
 "ConditionalUintType"  default= "false" />
<xs:attribute name= "subsegmentStartsWithSAP"  type=
 "SAPType "
```

```
default= "0" />
<xs:attribute name= "bitstreamSwitching"  type= "xs:boolean" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Conditional Unsigned Integer (unsignedInt or boolean) -->
<xs:simpleType name= "ConditionalUintType">
<xs:union memberTypes= "xs:unsignedInt xs:boolean" />
</xs:simpleType>
```

---

　適応セットは、1つ以上のメディアコンテンツコンポーネントを含むことができる。各メディアコンテンツコンポーネントのプロパティは、要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｔ」によって記述されることができる。単一のメディアコンテンツコンポーネントが適応セットに含まれている場合、メディアコンテンツコンポーネントのプロパティは、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」によって直接記述されることができる。

　要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」のセマンティクスは、以下のように記述される：

　１）要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」は、以下の属性を有することができる：

　「ｉｄ」は、メディアコンポーネントの識別子を指定することができる。「ｉｄ」は、適応セットの範囲内で固有とすることができる。

　「ｌａｎｇ」は、メディアコンテンツコンポーネントの言語コードを宣言することができる。ＩＥＴＦ　ＲＦＣ５６４６に基づく構文およびセマンティクスを使用することができる。

　「ｃｏｎｔｅｎｔＴｙｐｅ」は、メディアコンテンツコンポーネントのタイプを指定することができる。上位レベルのコンテンツタイプの値、すなわち「ｔｙｐｅ」は、ＲＦＣ１５２１において定義されることができる。

　「ｐａｒ」は、画像のアスペクト比を指定することができる。「ｐａｒ」は、２つの整数を含むことができる。「ｐａｒ」が存在する場合、表現の属性「ｗｉｄｔｈ」および「ｈｅｉｇｈｔ」も存在することができる。

　２）要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」は、以下の要素を有することができる：

　「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、０からＮのインデックスを有することができ、アクセシビリティスキームに関する情報を指定することができる。

　「Ｒｏｌｅ」は、０からＮのインデックスを有することができ、ロール注釈スキームに関する情報を指定することができる。

　「Ｒａｔｉｎｇ」は、０からＮのインデックスを有することができ、格付けスキームに関する情報を指定することができる。

　「Ｖｉｅｗｐｏｉｎｔ」は、０からＮまでのインデックスを有することができ、視点注釈スキームに関する情報を指定することができる。

　以下の表６は、要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」のXML構文を示している。

表６

──────────────────────────────────────────

```
<!-- Content Component -->
<xs:complexType name= "ContentComponentType" >
<xs:sequence>
<xs:element name= "Accessibility "  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "Role "  type= "DescriptorType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element  name= "Rating "  type= "DescriptorType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element name= "Viewpoint " type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:any  namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "id"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "xs:language" />
<xs:attribute name= "contentType"  type= "xs:string" />
<xs:attribute name= "par"  type= "xs:string" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
```

──────────────────────────────────────────

　表現は、要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」によって記述されることができる。要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、１つ以上の要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」を含むことができる。

　表現は、定義された期間中にメディアコンテンツを形成するメディアコンテンツコンポーネントの完全なセットまたはサブセットの代替選択肢の１つとすることができる。

　表現は、期間のＰｅｒｉｏｄＳｔａｒｔの開始時に開始し、期間の終了まで継続することができる。換言すれば、期間の終わりは、次の期間の始まり、またはメディアプレゼンテーションの終わりとすることができる。

　各表現は、１つ以上のメディアストリームを含むことができる。各メディアストリームは、メディアコンテンツコンポーネントの符号化されたバージョンとすることができる。

　表現は、１つ以上のセグメントを含むことができる。

　要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」のセマンティクスは、以下のように記述される：

　１）要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の属性を有することができる：

　「ｉｄ」は、表現の識別子を指定することができる。表現が同じ期間内の別の表現と機能的に異なる場合、「ｉｄ」は、期間の範囲内で固有とすることができる。「ｉｄ」は、空白文字を含むことができない。

　「ｂａｎｄｗｉｄｔｈ」は、表現のデータレートおよびデータレート変動の限界を指定することができる。

　「ｑｕａｌｉｔｙＲａｎｋｉｎｇ」は、同じ適応セット内の他の表現と比較した、表現の品質ランキングを指定することができる。

　「ｄｅｐｅｎｄｅｎｃｙＩＤ」は、復号および／または表示プロセスに依存する全ての補完的な表現を指定することができる。「ｄｅｐｅｎｄｅｎｃｙＩＤ」は、「ｉｄ」の値の空白で区切られたリストとすることができる。

　２）要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の要素を有することができる：

　「ＢａｓｅＵＲＬ」は、０からＮのインデックスを有することができ、参照の解決と代替ＵＲＬの選択に使用されることができる。

　「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、０からＮのインデックスを有することができ、表現に埋め込まれているサブ表現に関する情報を指定することができる。「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、参照の解決と代替ＵＲＬの選択に使用されることができる。

　以下の表７は、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」のＸＭＬ構文を示している。

表７
_____

```
<!-- Representation -->
<xs:complexType name= "RepresentationType" >
<xs:complexContent>
<xs:extension base= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "BaseURL"  type= "BaseURLType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "SubRepresentation "
type=
 "SubRepresentationType"  minOccurs= "0 "
maxOccurs= "unbounded" />
<xs:element name= "SegmentBase"  type= "SegmentBaseType"
```

```
minOccurs= "0" />
<xs:element name= "SegmentList"  type= "SegmentListType"
minOccurs= "0" />
<xs:element name= "SegmentTemplate "
type=
 "SegmentTemplateType"  minOccurs= "0" />
</xs:sequence>
<xs:attribute name= "id"  type= "xs:string"  use= "required" />
<xs:attribute name= "bandwidth"  type= "xs:unsignedInt"
use= "required" />
<xs:attribute name= "qualityRanking"  type= "xs:unsignedInt" />
<xs:attribute name= "dependencyId"  type= "StringVectorType" />
<xs:attribute name= "mediaStreamStructureId "
type=
 "StringVectorType" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of strings -->
<xs:simpleType name= "StringVectorType" >
<xs:list itemType= "xs:string" />
</xs:simpleType>
```

---

　サブ表現は、通常の表現に埋め込まれることができ、要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」によって記述されることができる。要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」は、要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」を含むことができる。要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、表現に埋め込まれている１つ以上のメディアコンテンツコンポーネントのプロパティを記述することができる。表現およびサブ表現は、共通の属性および要素を共有することができる。

　要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のセマンティクスは、以下のように記述される：

　　要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の属性を有することができる：

　　「ｌｅｖｅｌ」は、サブ表現のレベルを指定することができる。

　　「ｄｅｐｅｎｄｅｎｃｙ」は、「ｌｅｖｅｌ」の値の空白で区切られたリストとして、サブ表現が復号および／またはプレゼンテーションプロセスにおいて依存する表現内のサブ表現のセットを指定することができる。

　「ｂａｎｄｗｉｄｔｈ」は、要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」の属性「ｂａｎｄｗｉｄｔｈ」と同じとすることができるが、サブ表現に適用されることができる。

　「ｃｏｎｔｅｎｔＣｏｍｐｏｎｅｔ」は、サブ表現に含まれる全てのメディアコンテンツコンポーネントのセットを、要素「ＣｏｎｔｅｎｔＣｏｍｐｏｎｅｎｔ」の「ｉｄ」の値の空白で区切られたリストとして指定することができる。

　以下の表8は、要素「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のXML構文を示している。

表8

---

```
<!-- SubRepresentation -->
<xs:complexType name= "SubRepresentationType">
<xs:complexContent>
<xs:extension base= "RepresentationBaseType">
<xs:attribute name= "level"  type= "xs:unsignedInt" />
<xs:attribute name= "dependencyLevel"  type=
  "UIntVectorType" />
<xs:attribute name= "bandwidth"  type= "xs:unsignedInt" />
<xs:attribute name= "contentComponent "
type=
  "StringVectorType" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Whitespace-separated list of unsigned integers -->
<xs:simpleType name= "UIntVectorType">
<xs:list itemType= "xs:unsignedInt" />
</xs:simpleType>
```

---

　以下、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」の共通属性および要素について説明する。

　１）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の共通属性を有することができる：

　「ｐｒｏｆｉｌｅ」は、メディアプレゼンテーションプロファイルに準拠する関連する表現間のプロファイルを指定することができる。「ｐｒｏｆｉｌｅ」の値は、ドキュメント階層の所定の上位レベル（表現、適応セット、ＭＰＤ）の値のサブセットとすることができる。「ｐｒｏｆｉｌｅ」がない場合、「ｐｒｏｆｉｌｅ」の値は、ドキュメント階層の１つ上のレベルと同じであると推測されることができる。例えば、表現に「ｐｒｏｆｉｌｅ」がない

場合、適応セットレベルの「ｐｒｏｆｉｌｅ」が表現に有効とすることができる。

　「ｗｉｄｔｈ」は、属性「ｓａｔ」によって決定されるグリッド上のビデオメディアタイプの水平方向の視覚的表示サイズを指定することができる。「ｓａｒ」がない場合、「ｓａｒ」の値が「１：１」であるかのように幅および高さを指定することができる。

　「ｈｅｉｇｈｔ」は、属性「ｓａｒ」によって決定されるグリッド上のビデオメディアタイプの垂直方向の視覚的提示サイズを指定することができる。

　「ｓａｒ」は、ビデオメディアコンポーネントタイプのサンプルアスペクト比を指定することができる。「ｓａｒ」は、「：」で区切られた２つの整数を含む文字列の形式とすることができる。第１の整数は、符号化されたビデオピクセルの水平サイズを任意の単位で指定することができる。第２の整数は、符号化されたビデオピクセルの垂直方向のサイズを任意の単位で指定することができる。

　「ｆｒａｍｅＲａｔｅ」は、表現内のビデオメディアタイプの出力フレームレートを指定することができる。例えば、フレームまたはフィールドレートが変更された場合、「ｆｒａｍｅＲａｔｅ」の値は、表現の全期間にわたる平均フレームまたは平均フィールドレートの半分とすることができる。

　「ａｕｄｉｏＳａｍｐｌｅＲａｔｅ」は、オーディオメディアコンポーネントタイプのサンプリングレートを指定する１０進整数値、またはオーディオメディアコンポーネントタイプの最小サンプリングレートと最大サンプリングレートとを指定する空白で区切られた１０進整数値のペアのいずれかとすることができる。「ａｕｄｉｏＳａｍｐｌｅＲａｔｅ」の値は、１秒あたりのサンプル数とすることができる。

　「ｍｉｍｅＴｙｐｅ」は、初期化セグメントの連結のＭＩＭＥタイプを指定することができる。

　「ｃｏｄｅｃｓ」は、表現内に存在するコーデックを指定することができる。

　２）要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、以下の共通要素を有することができる：

　「ＦｒａｍｅＰａｃｋｉｎｇ」は、０からＮのインデックスを有することができ、ビデオメディアコンポーネントタイプのフレームパッキング配置情報を指定することができる。

　「ＡｕｄｉｏＣｈａｎｎｅｌＣｏｎｆｉｇｕｒａｔｉｏｎ」は、０からＮのインデックスを有することができ、オーディオメディアコンポーネントタイプのオーディオチャネル構成を指定することができる。

　「ＣｏｎｔｅｎｔＰｒｏｔｅｃｔｉｏｎ」要素は、０からＮのインデックスを有することができ、関連する表現に使用されるコンテンツ保護スキームに関する情報を指定することができる。

　以下の表９は、要素「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、および「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」の一般的なＸＭＬ構文を示している。
表９

```
<!-- Representation base (common attributes and elements) -->
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "FramePacking"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "AudioChannelConfiguration "
type=
 "DescriptorType"  minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "ContentProtection"  type= "DescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:any namespace= "##other"  processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "profiles"  type= "xs:string" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "sar"  type= "xs:string" />
<xs:attribute name= "frameRate"  type= "xs:string" />
<xs:attribute name= "audioSamplingRate"  type= "xs:string" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "segmentProfiles"  type= "xs:string" />
<xs:attribute name= "codecs"  type= "xs:string" />
<xs:attribute name= "maximumSAPPeriod"  type= "xs:double" />
<xs:attribute name= "startWithSAP"  type= "SAPType" />
<xs:attribute name= "maxPlayoutRate"  type= "xs:double" />
<xs:attribute name= "codingDependency"  type= "xs:boolean" />
<xs:attribute name= "scanType"  type= "VideoScanType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<!-- Stream Access Point type enumeration -->
<xs:simpleType name= "SAPType" >
<xs:restriction base= "xs:unsignedInt" >
<xs:minInclusive value= "0" />
<xs:maxInclusive value= "6" />
</xs:restriction>
```

```
</xs:simpleType>
<!-- Video Scan type enumeration -->
<xs:simpleType name= "VideoScanType" >
<xs:restriction base= "xs:string" >
<xs:enumeration value= "progressive" />
<xs:enumeration value= "interlaced" />
<xs:enumeration value= "unknown" />
</xs:restriction>
</xs:simpleType>
```

---

　セグメントは、定義されたフォーマットを有することができ、ＭＰＤによって記述されるアドレス可能な最小単位とすることができる。

　セグメントは、ＭＰＤに含まれているＨＴＴＰ−ＵＲＬによって参照されることができる。ＨＴＴＰ−ＵＲＬは、ＲＦＣ　３９８６にしたがって＜ａｂｓｏｌｕｔｅ−ＵＲＩ＞として定義されることができる。ＨＴＴＰ−ＵＲＬは、「ｈｔｔｐ：／／」または「ｈｔｔｐｓ：／／」の固定スキームを有することができ、属性「ｒａｎｇｅ」がＵＲＬとともに提供される場合、バイト範囲によって制限されることができる。バイト範囲は、ＲＦＣ　２６１６において定義されているように、「ｂｙｔｅ−ｒａｎｇｅ−ｓｐｅｃ」として表されることができる。バイト範囲は、連続するバイト範囲を識別する単一の表現に制限されることができる。

　セグメント情報は、要素「ＢａｓｅＵＲＬ」、「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および／または「ＳｅｇｍｅｎｔＬｉｓｔ」の存在を介して、表現に割り当てられることができる。セグメント情報は、表現に含まれる１つ以上のセグメントの全ての場所、利用可能性、およびプロパティに関する情報を提供することができる。特に、初期化、メディア、インデックス、およびビットストリームスイッチングセグメントの存在および場所に関する情報が提供されることができる。

　要素「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および「ＳｅｇｍｅｎｔＬｉｓｔ」は、要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」に含めることができる。さらに、デフォルト値を表すために、要素「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および「ＳｅｇｍｅｎｔＬｉｓｔ」は、要素「Ｐｅｒｉｏｄ」または「ＡｄａｐｔａｔｉｏｎＳｅｔ」に含めることができる。「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」または「ＳｅｇｍｅｎｔＬｉｓｔ」のいずれかが階層のレベルに存在する場合、他の要素は、下位の階層レベルに存在しなくてもよい。要素「ＳｅｇｍｅｎｔＢａｓｅ」、「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」、および「ＳｅｇｍｅｎｔＬｉｓｔ」は、上位レベルの同じ要素から属性および要素を継承することができる。同じ属性または要素が双方のレベルに存在する場合、下位レベルの属性または要素は、上位レベルの属性または要素よりも優先されること

ができる。

　要素「ＳｅｇｍｅｎｔＢａｓｅ」は、表現ごとに１つのメディアセグメントのみが提供され且つメディアセグメントＵＲＬが要素「ＢａｓｅＵＲＬ」に含まれている場合、十分な情報を含むことができる。複数のメディアセグメントが存在する場合、要素「ＳｅｇｍｅｎｔＬｉｓｔ」または「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」のいずれかを使用して、複数のセグメントの基本情報を共有することができる。

　表現が１つ以上のメディアセグメントを含む場合、属性「ｄｕｒａｔｉｏｎ」または要素「ＳｅｇｍｅｎｔＴｉｍｅＬｉｎｅ」のいずれかが存在することができる。

　セグメントリストは、１つ以上の要素「ＳｅｇｍｅｎｔＬｉｓｔ」によって定義されることができる。各要素「ＳｅｇｍｅｎｔＬｉｓｔ」は、セグメントＵＲＬの連続リストの要素「ＳｅｇｍｅｎｔＵＲＬ」のリストを含むことができる。各セグメントＵＲＬは、メディアセグメントＵＲＬとバイト範囲とを含むことができる。要素「ＳｅｇｍｅｎｔＵＲＬ」はまた、インデックスセグメントを含むこともできる。

　セグメントテンプレートは、要素「ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ」によって定義されることができる。セグメントのリストを作成するために、動的な値によって置き換えられる特定の識別子をセグメントに割り当てることができる。

　セグメント情報は、以下の情報を提供することができる：

　初期化、インデックス、およびビットストリームスイッチングセグメント情報の有無。

　ＨＴＴＰ－ＵＲＬと、場合によっては各表現のアクセス可能な各セグメントのバイト範囲。

　ＭＰＤによって宣言された全ての有効なセグメントＵＲＬ。

　「ｄｙｎａｍｉｃ」を示すＭＰＤの属性「ｔｙｐｅ」を有するサービスの場合、各セグメントのセグメント利用可能性の開始時刻とセグメント利用可能性の終了時刻。

　ある期間内のメディアプレゼンテーションタイムラインにおける各メディアセグメントのおおよそのメディアプレゼンテーション開始時間。

　セグメント要素またはセグメント要素のサブ要素は、以下の属性を含むことができる：

　「ｄｕｒａｔｉｏｎ」は、一定のおおよそのセグメント期間を指定することができる。要素「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」内の全てのセグメントは、同じ期間を有することができる。しかしながら、期間内の最後のセグメントの期間は、他のセグメントとは異なることができる。

　「ｓｏｕｒｃｅＵＲＬ」は、ソースＵＲＬ部分を指定することができる。「ｓｏｕｒｃｅＵＲＬ」は、ＲＦＣ　３９８６にしたがって＜ａｂｓｏｌｕｔｅ－ＵＲＩ＞としてフォーマットされることができる。「ｓｏｕｒｃｅＵＲＬ」は、「ｈｔｔｐ：／／」または「ｈｔｔｐｓ：／／」の固定スキームを有するか、またはＲＦＣ　３９８６にしたがって＜ｒｅｌａｔｉｖｅ－ｒｅｆ＞として有することができる。例えば、「ｓｏｕｒｃｅＵＲＬ」がない場合、要素「ＢａｓｅＵＲＬ」は、属性「ｓｏｕｒｃｅＵＲＬ」にマッピングされることができる。

さらに、「ｓｏｕｒｃｅＵＲＬ」がない場合、属性「ｒａｎｇｅ」が提供されることができる。

　「ｒａｎｇｅ」は、ＨＴＴＰ−ＵＲＬを制限するバイト範囲を指定することができる。バイト範囲は、ＲＦＣ　２６１６において定義されているように、ｂｙｔｅ−ｒａｎｇｅ−ｓｐｅｃとして表現およびフォーマットされることができる。例えば、「ｒａｎｇｅ」がない場合、要素は、属性「ｓｏｕｒｃｅＵＲＬ」において参照されるリソース全体を参照することができる。

　以下の表１０は、セグメントに関連付けられた情報のＸＭＬ構文を示している。

表１０

---

```
<!-- Segment information base -->
<xs:complexType name= "SegmentBaseType" >
<xs:sequence>
<xs:element name= "Initialisation"  type= "URLType"
minOccurs= "0" />
<xs:element name= "RepresentationIndex"  type= "URLType"
minOccurs= "0" />
<xs:any namespace= "##other"  processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "timescale"  type= "xs:unsignedInt" />
<xs:attribute name= "presentationTimeOffset "
type=
 "xs:unsignedInt" />
<xs:attribute name= "indexRange"  type= "xs:string" />
<xs:attribute name= "indexRangeExact"  type= "xs:boolean" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<!-- Multiple Segment information base -->
<xs:complexType name= "MultipleSegmentBaseType" >
<xs:complexContent>
<xs:extension base= "SegmentBaseType" >
<xs:sequence>
<xs:element name= "SegmentTimeline "
type=
 "SegmentTimelineType"  minOccurs= "0" />
```

```
<xs:element name="BitstreamSwitching"  type="URLType"
minOccurs="0" />
</xs:sequence>
<xs:attribute name="duration"  type="xs:unsignedInt" />
<xs:attribute name="startNumber"  type="xs:unsignedInt" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
<!-- Segment Info item URL/range -->
<xs:complexType name="URLType" >
<xs:sequence>
<xs:any namespace="##other"  processContents="lax"
minOccurs="0"  maxOccurs="unbounded" />
</xs:sequence>
<xs:attribute name="sourceURL"  type="xs:anyURI" />
<xs:attribute name="range"  type="xs:string" />
<xs:anyAttribute namespace="##other"  processContents="lax" />
</xs:complexType> xsenumerationvalue "progressive"
<xs:enumeration value="interlaced" />
<xs:enumeration value="unknown" />
</xs:restriction>
</xs:simpleType>
```

---

　以下、ユーザ特性および端末特性に基づいて表現を選択するための追加の構成について説明する。

　上述したDASHの解決策に基づいて、表現は、様々なメタデータを使用して記述されることができる。表現の特性は、主に、端末の特性、例えば、解像度、接続帯域幅などに基づいて表現を選択するために使用されることができる。

　表現のアクセシビリティ機能は、マルチメディアコンテンツの知覚が困難な障害のあるユーザをサポートするために使用されることができる。アクセシビリティをサポートするための以下の実施形態は、1）Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅ　Ｅｘｐｅｒｔｓ　Ｇｒｏｕｐ　（ＭＰＥＧ）－２１　Ｄｉｇｉｔａｌ　Ｉｔｅｍ　Ａｄａｐｔａｔｉｏｎ（ＤＩＡ）アクセシビリティの記述、および２）コンテンツコンポーネントの強化／置換を容易にするために使用されるいくつかのヒントを含むことができる。本質的に、ＩＳＯ／ＩＥＣ　２１０００－７の要素「ＶｉｓｕａｌＩｍｐａｉｒｍｅｎｔＴｙｐｅ」および／または「ＡｕｄｉｔｏｒｙＩｍｐａｉｒｍｅｎｔＴｙｐｅ」を含むＭＰＥＧ－２１　ＤＩＡアクセシビリテ

ィ記述は、ユーザの視覚的障害および聴覚的障害の様々な症状の記述を可能にすることができる。視覚的および聴覚的障害は、例えば、色欠乏または視力低下を含むことができる。

　以下のルールをＵＲＩに適用して、特定のアクセシビリティスキームを識別することができる。例えば、スキームは、上述した要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」に含まれることができる。

　オーディオおよび／またはビジュアルコンテンツを含む表現の場合、ＵＲＩは、以下の表１１に示すように定義されることができる。

表１１

―――――――――――――――――――――――――――――――――――――

urn:mpeg:mpegB;dash:dash:mp21accessibility:<value>

―――――――――――――――――――――――――――――――――――――

　ＵＲＩは、ＩＳＯ／ＩＥＣ　２１０００－７のアクセシビリティの記述に基づいてアクセシビリティスキームを示すように定義されることができる。

　例えば、＜ｖａｌｕｅ＞が「ｓ０」の場合、適切な表現を事前に準備し、関連するアクセシビリティの記述を要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」によって記述することができる。記述を伝えるために様々な方法を使用することができる。例えば、アクセシビリティの記述は、要素「ＭＰ２１Ａｃｃｅｓｓ」によって伝達されることができるか、または以下に定義される属性「ｘｌｉｎｋ：ｈｒｅｆ」によって参照されることができる。

　＜ｖａｌｕｅ＞が「ｓ１」の場合、プロバイダは、何らかの方法で障害のあるユーザのアクセシビリティの記述を取得し、障害のあるユーザに適切なコンテンツを提供することができる。

　ＤＡＳＨのコンテキストでは、表現がアクセシビリティの記述に関連付けられている場合、その表現は、特定の症状がアクセシビリティの記述によって記述されている障害のあるユーザに使用されることができる。通常、表現のメディアは、障害のあるユーザの問題に対処するために強化されることができる（例えば、コントラストまたは色の調整）。この場合、メディアの強化は、例えば、コントラストの調整または色の調整を含むことができる。

　上述した要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、以下のように拡張されることができる。「ＭＰ２１Ａｃｃｅｓｓ」と呼ばれる新たな子要素は、ＭＰＥＧ－２１　ＤＩＡアクセシビリティ記述のコンテナとして使用されることができる。さらに、オプションの属性「ｘｌｉｎｋ：ｈｒｅｆ」を要素「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」に追加して、ＭＰＥＧ－２１　ＤＩＡアクセシビリティ要素を含む外部記述を参照することができる。

　さらにまた、「ｕｓｅ」と呼ばれる新たな属性をヒントとして使用して、アクセシビリティを目的として、表現の使用目的をクライアントに知らせることができる。上記の新たな要素および属性は、表現グループ（または適応セット）、表現、およびサブ表現に適用されることができる。

　アクセシビリティをサポートするための要素および属性のセマンティクスは、以下のよ

うに記述される：

　１）アクセシビリティをサポートするために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の属性を含むことができる：

　「ｕｓｅ」は、表現の使用目的を示すことができる。属性「ｕｓｅ」は、「ｓｉｇｎＬａｎｇ」、「ｓｕｂｔｉｔｌｅ」、「ｃａｐｔｉｏｎ」、「ｄｅｓｃｒｉｐｔｉｏｎ」、「ｐｌｕｓＤｅｓｃ」などの値を有することができる。値「ｓｉｇｎＬａｎｇ」は、手話としての使用を示すことができる。値「ｓｕｂｔｉｔｌｅ」は、サブタイトルとしての使用を示すことができる。値「ｃａｐｔｉｏｎ」は、キャプション、すなわち、追加の記述付きのサブタイトルとしての使用を示すことができる。値「ｄｅｓｃｒｉｐｔｉｏｎ」は、例えば、映画の音声記述など、記述としての使用を示すことができる。値「ｐｌｕｓＤｅｓｃ」は、対応する表現のコンテンツが記述によって強化されていることを示すことができ、例えば、音声記述によって強化されたサウンドトラックを示すことができる。

　「ｘｌｉｎｋ：ｈｒｅｆ」は、ＩＳＯ／ＩＥＣ　ＩＳ２１０００－７の要素「ＡｕｄｉｔｏｒｙＩｍｐａｉｒｍｅｎｔＴｙｐｅ」および／または「ＶｉｓｕａｌＩｍｐａｉｒｍｅｎｔＴｙｐｅ」を含む外部ＭＰＥＧ－２１　ＤＩＡ記述への参照を提供することができる。記述に関連付けられた表現または表現グループは、問題が記述によって記述されている障害のあるユーザに適することができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を提供することができる。処理命令は、「ｏｎＬｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかとすることができる。「ｘｌｉｎｋ：ｈｒｅｆ」がない場合、「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、存在しなくてもよい。

　２）アクセシビリティをサポートするために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の要素を含むことができる：

　「Ａｃｃｅｓｓｉｂｉｌｉｔｙ」は、０からＮまでのインデックスを有することができ、アクセシビリティ情報スキームに関する情報を提供することができる。

　「ＭＰ２１Ａｃｃｅｓｓ」は、０から１までのインデックスを有することができ、ＩＳＯ／ＩＥＣ　２１０００－７の要素「ＡｕｄｉｔｏｒｙＩｍｐａｉｒｍｅｎｔＴｙｐｅ」および／または「ＶｉｓｕａｌＩｍｐａｉｒｍｅｎｔＴｙｐｅ」を含むＭＰＥＧ－２１　ＤＩＡ記述を含むことができる。記述に関連付けられた表現または表現グループは、問題が記述によって記述されている障害のあるユーザに適することができる。

　以下の表１２は、アクセシビリティをサポートするための要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のＸＭＬ構文を示している。
表１２
_____

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "ContentProtection "
type=
 "ContentDescriptorType"  minOccurs= "0"
maxOccurs= "unbounded" />
<xs:element name= "Accessibility"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "MultipleViews "
type= "MultipleViewsType
" minOccurs= "0" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name=  "group"  type= "xs:unsignedInt" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "parx"  type= "xs:unsignedInt" />
<xs:attribute name= "pary"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "LangVectorType" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "startWithRAP"  type= "xs:boolean" />
<xs:attribute name= "frameRate"  type= "xs:double" />
<xs:attribute name= "maximumRAPPeriod"  type= "xs:double" />
<xs:attribute name= "numberOfChannels"  type=
 "StringVectorType" />
<xs:attribute name= "samplingRate"  type= "StringVectorType" />
<xs:attribute name= "use"  type= "UseType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
```

```
<xs:simpleType name= "UseType" >
<xs:restriction base= "xs:string" >
<xs:enumeration value= "signLang" />
<xs:enumeration value= "subtitle" />
<xs:enumeration value= "caption" />
<xs:enumeration value= "description" />
<xs:enumeration value= "plusDesc" />
</xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name= "ContentDescriptorType" >
<xs:sequence>
<xs:element minOccurs= "0"  name= "SchemeInformation"
type= "xs:string" />
<xs:element minOccurs= "0"  name= "MP21Access"
type= "xs:string" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "schemeIdUri"  type= "xs:anyURI
" use= "required" />
<xs:attribute ref= "xlink:href" />
<xs:attribute ref= "xlink:actuate"  default= "onRequest" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
```

---

　以下、表現間の関係を記述するメタデータについて説明する。

　表現グループ間の関係を記述するためのメタデータはほとんどない。例えば、どのビデオストリームが特定の音声記述に関連付けられているかをクライアントが知ることは困難である。場合によっては、２つの表現グループが意味的に同等であることがあり、コンテキストに基づいて１つの表現グループのみを選択する必要があることがある。以下、上述した目的のために２つの単純な属性を提案する。以下に説明するメタデータは、一般的な適応性だけでなく、アクセシビリティにも役立つことができる。

　表現間の関係を記述するために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の属性を含むことができる：

　「ｕｓｅｄＷｉｔｈ」は、１つ以上の表現または表現グループのリストを示すことができる。現在の表現または現在の表現グループが使用される場合、「ｕｓｅｄＷｉｔｈ」は、リストの所定の項目とともに使用されることができる。例えば、音声記述のための表現グループは、ビデオコンポーネントの特定の表現グループとともに使用されることができる。「ｕｓｅｄＷｉｔｈ」の値は、空白で区切られたリストとすることができる。空白で区切られたリストの各項目は、単一の表現グループまたは単一の表現の識別とすることができる。表現グループの識別は、属性「ｇｒｏｕｐ」または「ａｄａｐｔａｔｉｏｎＳｅｔ」の値とすることができる。表現の識別は、属性「ｒｅｐｉｄ」のフォーマットを有することができる。属性「ｒｅｐｉｄ」は、表現の属性「ｉｄ」の値とすることができる。

　「ｅｑｕｉｖａｌｅｎｔＴｏ」は、１つ以上の表現または表現グループのリストを示すことができる。リストの所定の項目の代わりに、現在の表現を使用することができる。例えば、オーディオコンポーネントの特定の表現グループの代わりに、サブタイトルの表現グループを使用することができる。属性「ｅｑｕｉｖａｌｅｎｔＴｏ」は、属性「ｕｓｅｄＷｉｔｈ」と同じフォーマットを有することができる。

　以下の表１３は、表現間の関係を記述するための要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」のＸＭＬ構文を示している。

表１３
_____

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "ContentProtection "
type=
 "ContentDescriptorType "
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element name= "Accessibility"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "MultipleViews "
type= "MultipleViewsType
```

```
" minOccurs= "0" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "group"  type= "xs:unsignedInt" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "parx"  type= "xs:unsignedInt" />
<xs:attribute name= "pary"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "LangVectorType" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "startWithRAP"  type= "xs:boolean" />
<xs:attribute name= "frameRate"  type= "xs:double" />
<xs:attribute name= "maximumRAPPeriod"  type= "xs:double" />
<xs:attribute name= "numberOfChannels"  type= "StringVectorType" />
<xs:attribute name= "samplingRate"  type= "StringVectorType" />
<xs:attribute name= "usedWith"  type= "StringVectorType" />
<xs:attribute name= "equivalentTo"  type= "StringVectorType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<!-- Type for space delimited list of strings -->
<xs:simpleType name= "StringVectorType" >
<xs:list itemType= "xs:string" />
</xs:simpleType>
```

---

　以下、ビット深度のメタデータについて説明する。

　異なる表示ビット深度を有する端末に対して異なる表現を選択するために、表現および表現グループに対して以下の属性を使用することができる。ビット深度は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を指すことができる。

　ビット深度の属性のセマンティクスは、以下のように記述される：

　ビット深度を提供するために、要素「Ｇｒｏｕｐ」、「ＡｄａｐｔａｔｉｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔｉｏｎ」は、さらに以下の属性を含むことができる：

　「ｂｉｔＤｅｐｔｈ」は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビット数を示すことができる。例えば、ビデオ画像ごとにビット深度が異なる場合、「ｂｉｔＤｅｐｔｈ」の値は、ビット深度の最大値とすることができる。

　次の表１４は、ビット深度をサポートするための要素「Ｇｒｏｕｐ」、「Ａｄａｐｔａｔｉ
ｏｎＳｅｔ」、「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ」、または「ＳｕｂＲｅｐｒｅｓｅｎｔａｔ
ｉｏｎ」のＸＭＬ構文を示している。

表１４
_____

```
<!-- RepresentationBase type; extended by other
Representation-related types -->
<xs:complexType name= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "ContentProtection"
type=
 "ContentDescriptorType"
minOccurs= "0
" maxOccurs= "unbounded" />
<xs:element name= "Accessibility"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Rating"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element name= "Viewpoint"  type= "ContentDescriptorType"
minOccurs= "0"  maxOccurs= "unbounded" />
<xs:element  name= "MultipleViews "
type= "MultipleViewsType
" minOccurs= "0" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "group"  type= "xs:unsignedInt" />
<xs:attribute name= "width"  type= "xs:unsignedInt" />
<xs:attribute name= "height"  type= "xs:unsignedInt" />
<xs:attribute name= "parx"  type= "xs:unsignedInt" />
<xs:attribute name= "pary"  type= "xs:unsignedInt" />
<xs:attribute name= "lang"  type= "LangVectorType" />
<xs:attribute name= "mimeType"  type= "xs:string" />
<xs:attribute name= "startWithRAP"  type= "xs:boolean" />
<xs:attribute name= "frameRate"  type= "xs:double" />
<xs:attribute name= "maximumRAPPeriod"  type= "xs:double" />
```

```
<xs:attribute name= "numberOfChannels"  type= "StringVectorType" />
<xs:attribute name= "samplingRate"  type= "StringVectorType" />
<xs:attribute name= "use"  type= "UseType" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
<xs:simpleType name= "UseType" >
<xs:restriction base= "xs:string" >
<xs:enumeration value= "signLang" />
<xs:enumeration value= "subtitle" />
<xs:enumeration value= "caption" />
<xs:enumeration value= "description" />
<xs:enumeration value= "plusDesc" />
</xs:restriction>
</xs:simpleType>
<!-- Generic named descriptive information about the content -->
<xs:complexType name= "ContentDescriptorType" >
<xs:sequence>
<xs:element minOccurs= "0"  name= "SchemeInformation"
type= "xs:string" />
<xs:element minOccurs= "0"  name= "MP21Access"
type= "xs:string" />
<xs:any namespace= "##other " processContents= "lax"
minOccurs= "0"  maxOccurs= "unbounded" />
</xs:sequence>
<xs:attribute name= "schemeIdUri"  type= "xs:anyURI
" use= "required" />
<xs:attribute ref= "xlink:href" />
<xs:attribute ref= "xlink:actuate"  default= "onRequest" />
<xs:anyAttribute namespace= "##other"  processContents= "lax" />
</xs:complexType>
```

---

　これに対応して、２つの属性「ｍｉｎＢｉｔＤｅｐｔ
ｈ」および「ｍａｘＢｉｔＤｅｐｔ
ｈ」を要素「ＲｅｐｒｅｓｅｎｔａｔｉｏｎＧｒｏｕｐ」または「ＡｄａｐｔａｔｉｏｎＳ
ｅｔ」に追加することができる。

　最大ビット深度および最小ビット深度を記述する属性のセマンティクスは、以下のよう
に記述される：

　最大ビット深度および最小ビット深度を記述するために、要素「Ｒｅｐｒｅｓｅｎｔａｔ
ｉｏｎ　Ｇｒｏｕｐ」、「Ｇｒｏｕｐ」、または「ＡｄａｐｔａｔｉｏｎＳｅｔ」は、さらに
以下の属性を含むことができる：

　「ｘｌｉｎｋ：ｈｒｅｆ」は、外部要素「Ｇｒｏｕｐ」または要素「Ａｄａｐｔａｔｉｏ
ｎＳｅｔ」への参照を示すことができる。

　「ｘｌｉｎｋ：ａｃｔｕａｔｅ」は、処理命令を提供することができる。処理命令は、「ｏ
ｎＬｏａｄ」または「ｏｎＲｅｑｕｅｓｔ」のいずれかとすることができる。

　「ｍｉｎＢｉｔＤｅｐｔｈ」は、グループまたは適応セット内の全ての表現において、最
小ビット深度値を示すことができる。

　「ｍａｘＢｉｔＤｅｐｔｈ」は、グループまたは適応セット内の全ての表現において、最
大ビット深度値を示すことができる。

　以下の表１５は、最大ビット深度値および最小ビット深度値をサポートするための要素
「Ｒｅｐｒｅｓｅｎｔａｔｉｏｎ　Ｇｒｏｕｐ」、「Ｇｒｏｕｐ」、または「Ａｄａｐｔａｔ
ｉｏｎＳｅｔ」のXML構文を示している。

表１５
_____

```
<!-- Group to contain information common to a group;
extends RepresentationBaseType -->
<xs:complexType name= "GroupType" >
<xs:complexContent>
<xs:extension base= "RepresentationBaseType" >
<xs:sequence>
<xs:element name= "Representation" type= "RepresentationType"
minOccurs= "0" maxOccurs= "unbounded" />
<xs:element name= "SegmentInfoDefault"
type=
"SegmentInfoDefaultType" minOccurs= "0" />
</xs:sequence>
<xs:attribute ref= "xlink:href" />
<xs:attribute ref= "xlink:actuate" default= "onRequest" />
<xs:attribute name= "minBandwidth" type= "xs:unsignedInt" />
<xs:attribute name= "maxBandwidth" type= "xs:unsignedInt" />
<xs:attribute name= "minWidth" type= "xs:unsignedInt" />
<xs:attribute name= "maxWidth" type= "xs:unsignedInt" />
<xs:attribute name= "minHeight" type= "xs:unsignedInt" />
<xs:attribute name= "maxHeight" type= "xs:unsignedInt" />
```

```
<xs:attribute name="minFrameRate" type="xs:double" />
<xs:attribute name="maxFrameRate" type="xs:double" />
<xs:attribute name="minBitDepth" type="xs:unsignedInt" />
<xs:attribute name="maxBitDepth" type="xs:unsignedInt" />
<xs:attribute name="subsegmentAlignment "
type="xs:boolean
" default="false" />
<xs:attribute name="segmentAlignmentFlag
" type="xs:boolean" />
<xs:attribute name="bitStreamSwitchingFlag
" type="xs:boolean" />
<xs:anyAttribute namespace="##other" processContents="lax" />
</xs:extension>
</xs:complexContent>
</xs:complexType>
```

---

　図2は、本発明の実施形態にかかるコンテンツ処理方法を示す信号フローチャートである。

　端末200は、上述したDASHクライアントとすることができる。

　DASHクライアントは、RFC　2616によって指定されているクライアントと互換性を有することができる。

　DASHクライアントは、通常、RFC　2616において指定されているように、HTTP　GETメソッドまたはHTTPパーシャルGETメソッドを使用してセグメントまたはセグメントの一部にアクセスすることができる。

　サーバ210は、DASHセグメント上でホスティングを実行することができる。サーバ210は、RFC　2616において指定されたサーバと互換性を有することができる。

　動作220において、端末200は、サーバ210からメディアコンテンツのメタデータを受信することができる。換言すれば、サーバ210は、メディアコンテンツのメタデータを端末200に送信することができる。メディアコンテンツは、1つ以上の期間を含むことができる。

　メタデータは、MPDとすることができる。

　MPDは、定義されたリソースのスキームにおいて指定されたプロトコルを介してセグメントにアクセスすることによって、ユーザにストリーミングサービスを提供するのに十分な情報を端末に提供することができる。指定されたプロトコルは、HTTP／1．1とすることができる。サーバ210は、MPD配信機能を提供することができる。MPDは、DASHメディアプレゼンテーションの準備に基づいて生成されることができる。

　動作２３０において、端末２００は、受信されたメタデータを処理することができる。動作２３０において、端末２００は、メタデータによって提供される情報、またはメタデータに含まれる情報を抽出することができる。

　動作２４０から２５０において、端末２００は、メタデータによって提供される情報に基づいて、メディアコンテンツのセグメントにアクセスすることができる。サーバ２１０は、ＤＡＳＨセグメント転送機能を提供するために使用されるＨＴＴＰサーバとすることができる。

　各期間は、１つ以上のグループを含むことができ、各グループは、メディアコンテンツの１つ以上の表現を含むことができる。換言すれば、各期間は、メディアコンテンツの１つ以上の表現を含むことができる。したがって、各表現は、各表現を含む期間の開始点から開始することができ、期間の終了点まで継続することができる。各表現は、１つ以上のセグメントを含むことができる。

　動作２４０において、端末２００は、セグメントのＵＲＬを使用して、メディアコンテンツのセグメントに対する要求をサーバ２１０に送信することができる。ＵＲＬは、上述した要素「ＢａｓｅＵＲＬ」に関して解決されることができる。例えば、セグメントのＵＲＬは、要素「ＢａｓｅＵＲＬ」に基づいて生成されることができる。

　ＭＰＤは、１）サーバ２１０にセグメントを送信するように要求することによって、および２）セグメントに含まれるメディアストリームを逆多重化、復号、およびレンダリングすることによって、ユーザにストリーミングサービスを提供するのに十分な情報を端末２００に提供することができる。

　端末２００は、処理されたメタデータに基づいて特定の期間に適したセグメントを送信するようにサーバ２１０に要求することができる。換言すれば、要求されたセグメントは、メタデータに基づいて選択されることができる。端末２００は、ＨＴＴＰ　ＧＥＴメソッドを実行して、サーバ２１０にセグメントを送信するように要求することができる。

　メタデータは、属性「ｒａｎｇｅ」を含むことができる。要求は、属性「ｒａｎｇｅ」によって指定されたＵＲＬによって示されるリソースのバイトの要求を含むことができる。

　セグメントのＵＲＬは、絶対ＵＲＬまたは相対ＵＲＬとすることができる。

　端末２００は、メタデータに含まれる要素または属性を使用して、期間、適応セット、表現などを選択することができ、選択された期間の要素または属性、選択された適応セット、または選択された表現に基づいて、要求されるセグメントを選択することができる。

　例えば、期間に含まれる１つ以上の表現のそれぞれは、メディアコンテンツを知覚するのが困難な障害のあるユーザをサポートするために使用される情報を含むことができる。各表現のメディアコンポーネントは、障害のあるユーザの問題に対処するために拡張されることができる。メディアコンポーネントの強化は、コントラストの調整および色の調整のうちの少なくとも１つを含むことができる。さらに、各表現に含まれる情報は、各表現の使用目的を示すことができる。使用目的は、手話、サブタイトル、キャプション、および説明の

うちの少なくとも１つを含むことができる。各表現に含まれる情報は、外部ＭＰＥＧ－２１
ＤＩＡへの参照を提供する属性を含むことができる。

　例えば、メタデータは、１つ以上の表現間の関係を記述する属性を含むことができる。表
現のうちの第１の表現は、表現の一部のリストを示す属性を含むことができる。第１の表現
は、表現の一部のうちの表現とともに使用されることができる。第１の表現は、音声記述に
使用される表現とすることができ、表現の各部分は、ビデオコンポーネントに使用される表
現とすることができる。さらに、表現のうちの第２の表現は、表現の一部のリストを示す属
性を含むことができ、表現の一部のうちの表現は、第２の表現によって置き換えられること
ができる。

　例えば、期間に含まれる１つ以上の表現のそれぞれは、異なる表示ビット深度を有する端
末に対して異なる表現を選択するために使用されるビット深度属性を含むことができる。

　ビット深度属性は、視覚的コンテンツの輝度／彩度サンプルを表すために使用されるビ
ット数を示すことができる。

　動作２４５において、場合によっては、サーバ２１０は、メディアコンテンツ（例えば、
スケーラブルビデオコーディング（ＳＶＣ）のためのＭＰＥＧ層４（ＭＰ４）ファイル）を
解析する必要があることがあり、要求されたセグメントに適したデータ部分を抽出するこ
とができる。

　動作２５０において、サーバ２１０は、端末２００からの各要求に適したセグメントを端
末２００に送信することができる。端末２００は、サーバ２１０からセグメントを受信する
ことができる。

　動作２６０において、端末２００は、セグメントに含まれるメディアコンテンツのデータ
に対して復号およびレンダリングを実行して、メディアコンテンツを再生することができ
る。

　端末２００は、動作２２０から２６０を繰り返すことにより、受信されたセグメントを使
用してメディアコンテンツを再生することができる。

　図１を参照して上述した本発明の実施形態にかかる技術的情報は、本実施形態にも同様
に適用されることができる。したがって、そのさらなる説明は省略される。

　図３は、本発明の実施形態にかかるシグナリング情報のカテゴリを示す図である。

　シグナリング情報（すなわち、メタデータ）は、以下のカテゴリ１）から４）に分割され
ることができる。

　１）一般情報３１０：コンテンツの一般的な記述、および期間や開始時間などの各区間の
一般的な記述を含むことができる。

　２）サービス品質（ＱｏＳ）情報３２０：ビットレート、解像度、および品質などの各代
替案の特性を記述することができる。換言すれば、ＱｏＳ情報は、コンテンツの各代替案の
特性を記述する。

　代替案は、物理的とすることができる（すなわち、事前に作成された）か、または仮想的

とすることができる（すなわち、オンザフライで作成された）。代替案の情報に基づいて、クライアントは、適切な代替案のフラグメントを選択することができる。したがって、端末およびネットワークのコンテキストへの適応性がサポートされることができる。

　３）マッピング情報３３０：コンテンツを検索する場所を記述することができる。特定のケースに応じて、異なる代替案は、同じ場所または異なる場所を有することができる。

　４）クライアント要求３４０：この種のシグナリング情報は、ＨＴＴＰ１．１要求メッセージのフォーマットに準拠することができる。クライアントが要求するパラメータは、カテゴリ１）から３）の情報から導出されることができる。

　図４は、本発明の実施形態にかかる、コンテンツ分割の階層およびシグナリング情報のレベルを示す図である。

　本発明の実施形態にかかるメタデータのシグナリングは、コンテンツレベル情報４１０、区間レベル情報４２０、ＱｏＳ情報４３０、およびマッピング情報４４０に物理的に分離されることができる。コンテンツレベル情報４１０、区間レベル情報４２０、ＱｏＳ情報４３０、およびマッピング情報４４０の関連部分のリンクは、参照によって実行されることができる。

　シグナリング情報のこれらの部分は、柔軟性をサポートするために異なる方法で組み合わせることができる。

　例えば、コンテンツレベル情報４１０および区間レベル情報４２０のみがクライアントに送信される場合、代替案を決定して場所を解決するための全ての計算は、サーバによって実行されることができる。したがって、コンテンツレベル情報４１０および区間レベル情報４２０のみがクライアントに送信される場合、処理モデルは、「サーバベース」とすることができる。

　コンテンツレベル情報４１０、区間レベル情報４２０、およびＱｏＳ情報４３０がクライアントに送信される場合、代替案を決定して場所を解決するための全ての計算は、クライアントおよびサーバによって分散および実行されることができる。したがって、コンテンツレベル情報４１０、区間レベル情報４２０、およびＱｏＳ情報４３０がクライアントに送信される場合、モデルは、「分散」されることができる。

　全てのシグナリング情報（すなわち、コンテンツレベル情報４１０、区間レベル情報４２０、ＱｏＳ情報４３０、およびマッピング情報４４０）がクライアントに送信される場合、ほとんどの（または全ての）処理（すなわち、代替案を決定して場所を解決するための計算）がクライアントによって実行されることから、モデルは、クライアントベースとすることができる。

　メタデータ部分を分離することは、記憶および配信の効率を高めることができる。例えば、セッション中に、コンテンツレベル情報４１０のメタデータが一度送信されることができ、区間レベル情報４２０のみが定期的に更新されることができる。同様に、ＱｏＳ情報４３０を含む単一のファイルは、異なる区間および異なるコンテンツに使用されることができる。

　図5は、本発明の実施形態にかかる端末の構成を示す図である。

　端末１００の構造は、概念的なＤＡＳＨクライアントモデルの論理コンポーネントを表すことができる。

　端末１００は、アクセスエンジン５１０、およびメディアエンジン５２０を含むことができる。

　アクセスエンジン５１０は、ＤＡＳＨアクセスエンジンとすることができる。

　アクセスエンジン５１０は、サーバ１１０からメタデータ（例えば、ＭＰＤ）を受信することができる。

　アクセスエンジン５１０は、要求を形成することができ、形成された要求をサーバ１１０に発行することができる。

　アクセスエンジン５１０は、サーバ１１０からコンテンツ（例えば、セグメントまたはセグメントの一部）を受信することができる。

　アクセスエンジン５１０は、コンテンツをメディアエンジン５２０に提供することができる。

　アクセスエンジン５１０の出力は、ＭＰＥＧコンテナ（例えば、ＩＳＯ／ＩＥＣ　１４４９２－１２　ＩＳＯベースメディアファイルフォーマット、またはＩＳＯ／ＩＥＣ　１３８１８－２　ＭＰＥＧ－２トランスポートストリーム）のメディア（またはメディアの一部）を含むことができる。さらに、アクセスエンジン５１０の出力は、メディアの内部タイミングをメディアプレゼンテーションのタイムラインにマッピングするために使用されるタイミング情報を含むことができる。

　さらに、アクセスエンジン５１０は、図２の動作２２０から２６０に記載されている端末２００の機能を実行することができる。

　メディアエンジン５２０は、提供されたコンテンツを再生することができる。具体的には、メディアエンジン５２０は、アクセスエンジン５１０から出力されるメディアおよびタイミング情報を使用してメディアを出力することができる。

　図１から図４を参照して上述した本発明の実施形態にかかる技術的情報は、本実施形態にも同様に適用されることができる。したがって、そのさらなる説明は省略される。

　本発明の上述した実施形態にかかる方法は、コンピュータによって具体化される様々な動作を実施するためのプログラム命令を含むコンピュータ可読媒体に記録されることができる。メディアはまた、プログラム命令、データファイル、データ構造などを単独で、または組み合わせて含むことができる。メディアに記録されたプログラム命令は、実施形態の目的のために特別に設計および構築されたものとすることができるか、またはそれらは、コンピュータソフトウェア技術の当業者にとって周知で利用可能な種類のものとすることができる。コンピュータ可読媒体の例は、ハードディスク、フロッピーディスク、および磁気テープなどの磁気媒体、ＣＤ　ＲＯＭディスクやＤＶＤなどの光媒体、フロプティカルディスクなどの光磁気媒体、および読み取り専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（Ｒ

AM）、フラッシュメモリなどのプログラム命令を記憶および実行するように特別に構成された
れたハードウェアデバイスを含む。プログラム命令の例は、コンパイラによって生成される
ような機械コードと、インタープリタを使用してコンピュータによって実行されることが
できるより高レベルのコードを含むファイルの双方を含む。記載されたハードウェアデバ
イスは、本発明の上述した実施形態の動作を実行するために、1つ以上のソフトウェアモジ
ュールとして機能するように構成されることができ、またはその逆に構成されることがで
きる。

　本発明のいくつかの実施形態が示されて記載されてきたが、本発明は、記載された実施形
態に限定されるものではない。代わりに、本発明の原理および精神から逸脱することなく、
これらの実施形態に変更を加えることができ、その範囲は、特許請求の範囲およびそれらの
均等物によって定義されることが当業者には理解されるであろう。

特許請求の範囲

1．DASH（Dynamic Adaptive Streaming over HTTP）クライアントによって実行されるメディアコンテンツを提供する方法であって、

　メディアコンテンツのメディアプレゼンテーション記述（MPD）を受信することと、

　前記MPDによって提供された情報に基づいて前記メディアコンテンツのセグメントにアクセスすることと、を備え、

　前記MPDが1つ以上の期間を含み、

　各期間が、1つ以上の適応セットを含み、

　各適応セットが、1つ以上の表現を含み、

　各表現が、1つ以上のセグメントを含み、

　前記MPD、前記期間、前記適応セット、前記表現、または前記セグメントが、1つ以上の属性または要素を含み、

　前記適応セットが、その適応セットの各表現に共通する1つ以上の属性または要素を含む、方法。

2．MPDレベルに含まれる前記属性が、maxSegmentDurationであり、前記maxSegmentDurationが、表現内のセグメントの最大期間である、請求項1に記載の方法。

3．適応セットレベルに含まれる前記要素が、Accessibilityであり、前記Accessibilityが、アクセシビリティスキームに関する情報を指定する、請求項1に記載の方法。

4．適応セットレベルに含まれる前記属性が、audioSampleRateであり、前記audioSampleRateが、オーディオメディアコンポーネントタイプのサンプリングレートを指定する、請求項1に記載の方法。

5．適応セットレベルに含まれる前記要素が、AudioChannelConfigurationであり、前記 AudioChannelConfiguration が、オーディオメディアコンポーネントタイプのオーディオチャネル構成を指定する、請求項1に記載の方法。

6．適応セットレベルに含まれる前記属性が、contentTypeであり、前記contentTypeが、メディアコンテンツコンポーネントのタイプを指定する、請求項1に記載の方法。

7．適応セットレベルに含まれる前記属性が、ビデオメディアコンポーネントタイプのサンプルアスペクト比である、請求項1に記載の方法。

8．表現レベルに含まれる前記属性が、audioSampleRateであり、前記audioSampleRateが、オーディオメディアコンポーネントタイプのサンプリングレートを指定する、請求項1に記載の方法。

9．表現レベルに含まれる前記要素が、AudioChannelConfigurationであり、前記AudioChannelConfigurationが、オーディオ

メディアコンポーネントタイプのオーディオチャネル構成を指定する、請求項1に記載の方法。

１０．　表現レベルに含まれる前記属性が、ビデオメディアコンポーネントタイプのサンプルアスペクト比である、請求項1に記載の方法。

１１．　サーバまたは複数のサーバによって実行されるメディアコンテンツを提供する方法であって、

　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）をクライアントに送信することと、

　クライアントから、前記メディアコンテンツのセグメントに対する要求を受信することと、

　前記メディアコンテンツを前記クライアントに送信することと、を備え、

　前記ＭＰＤが、１つ以上の期間を含み、

　各期間が、１つ以上の適応セットを含み、

　各適応セットが、１つ以上の表現を含み、

　各表現が、１つ以上のセグメントを含み、

　前記ＭＰＤ、前記期間、前記適応セット、前記表現、または前記セグメントが、１つ以上の属性または要素を含み、

　前記適応セットが、その適応セットの各表現に共通する１つ以上の属性または要素を含む、方法。

１２．　ＭＰＤレベルに含まれる前記属性が、ｍａｘＳｅｇｍｅｎｔＤｕｒａｔｉｏｎであり、前記ｍａｘＳｅｇｍｅｎｔＤｕｒａｔｉｏｎが、表現内のセグメントの最大期間である、請求項１１に記載の方法。

１３．　適応セットレベルに含まれる前記要素が、Ａｃｃｅｓｓｉｂｉｌｉｔｙであり、前記Ａｃｃｅｓｓｉｂｉｌｉｔｙが、アクセシビリティスキームに関する情報を指定する、請求項１１に記載の方法。

１４．　適応セットレベルに含まれる前記属性が、ａｕｄｉｏＳａｍｐｌｅＲａｔｅであり、前記ａｕｄｉｏＳａｍｐｌｅＲａｔｅが、オーディオメディアコンポーネントタイプのサンプリングレートを指定する、請求項１１に記載の方法。

１５．　適応セットレベルに含まれる前記要素が、ＡｕｄｉｏＣｈａｎｎｅｌＣｏｎｆｉｇｕｒａｔｉｏｎであり、前記 AudioChannelConfiguration が、オーディオメディアコンポーネントタイプのオーディオチャネル構成を指定する、請求項１１に記載の方法。

１６．　適応セットレベルに含まれる前記属性が、ｃｏｎｔｅｎｔＴｙｐｅであり、前記ｃｏｎｔｅｎｔＴｙｐｅが、メディアコンテンツコンポーネントのタイプを指定する、請求項１１に記載の方法。

１７．　適応セットレベルに含まれる前記属性が、ビデオメディアコンポーネントタイプのサンプルアスペクト比である、請求項１１に記載の方法。

１８．　表現レベルに含まれる前記属性が、ａｕｄｉｏＳａｍｐｌｅＲａｔｅであり、前記ａｕｄｉｏＳａｍｐｌｅＲａｔｅが、オーディオメディアコンポーネントタイプのサンプリングレートを指定する、請求項１１に記載の方法。

１９．　表現レベルに含まれる前記要素が、ＡｕｄｉｏＣｈａｎｎｅｌＣｏｎｆｉｇｕｒａｔｉｏｎであり、前記ＡｕｄｉｏＣｈａｎｎｅｌＣｏｎｆｉｇｕｒａｔｉｏｎが、オーディオメディアコンポーネントタイプのオーディオチャネル構成を指定する、請求項１１に記載の方法。

２０．　表現レベルに含まれる前記属性が、ビデオメディアコンポーネントタイプのサンプルアスペクト比を含む、請求項１１に記載の方法。

２１．　サーバまたは複数のサーバによって実行されるメディアコンテンツを提供する方法であって、

　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）をクライアントに送信することと、

　前記クライアントから、前記メディアコンテンツのセグメントに対する要求を受信することと、

　前記メディアコンテンツを前記クライアントに送信することと、を備え、

　前記ＭＰＤが、１つ以上の期間を含み、

　各期間が、１つ以上の適応セットを含み、

　各適応セットが、１つ以上の表現を含み、

　各表現が、１つ以上のセグメントを含み、

　表現内の前記１つ以上のセグメントの場所、利用可能性、またはプロパティに関する情報が、ＳｅｇｍｅｎｔＢａｓｅ要素に含まれる、方法。

２２．　前記ＳｅｇｍｅｎｔＢａｓｅ要素が、期間レベルで含まれる、請求項２１に記載の方法。

２３．　前記ＳｅｇｍｅｎｔＢａｓｅ要素が、適応セットレベルで含まれる、請求項２１に記載の方法。

２４．　前記ＳｅｇｍｅｎｔＢａｓｅ要素が、表現レベルで含まれる、請求項２１に記載の方法。

２５．　サーバまたは複数のサーバによって実行されるメディアコンテンツを提供する方法であって、

　メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）をクライアントに送信することと、

　前記クライアントから、前記メディアコンテンツのセグメントに対する要求を受信することと、

　前記メディアコンテンツを前記クライアントに送信することと、を備え、

　前記ＭＰＤが、１つ以上の期間を含み、

　各期間が、１つ以上の適応セットを含み、

　各適応セットが、１つ以上の表現を含み、

　各表現が、１つ以上のセグメントを含み、

　表現内の前記１つ以上のセグメントの場所、利用可能性、またはプロパティに関する情報が、ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素に含まれる、方法。

２６．　前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素が、期間レベルで含まれる、請求項２５に記載の方法。

２７．　前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素が、適応セットレベルで含まれる、請求項２５に記載の方法。

２８．　前記ＳｅｇｍｅｎｔＴｅｍｐｌａｔｅ要素が、表現レベルで含まれる、請求項２５に記載の方法。

２９．　期間属性およびＳｅｇｍｅｎｔＴｉｍｅｌｉｎｅ要素が提供される、請求項２５に記載の方法。

３０．　ＳｅｇｍｅｎｔＴｉｍｅｌｉｎｅセグメントタイムライン要素がない場合、期間属性が、ＳｅｇｍｅｎｔＬｉｓｔ要素に含まれる、請求項２５に記載の方法。



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex L – U.S. Patent No. 10,313,414"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙　**M**

（１２）米国特許
Ｔｈａｎｇら

（５４）ストリーミングコンテンツを提供するための方法およびデバイス

（７１）出願人：ＩＤＥＡＨＵＢ　ＩＮＣ．，Ｓｅｏｕｌ（ＫＲ）

（７２）発明者：Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ、Ｄａｅｊｅｏｎ（ＫＲ）、Ｊｉｎ　Ｙｏｕｎｇ　Ｌｅｅ、Ｄａｅｊｅｏｎ（ＫＲ）；Ｓｅｏｎｇ　Ｊｕｎ　Ｂａｅ、Ｄａｅｊｅｏｎ（ＫＲ）、Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ、Ｄａｅｊｅｏｎ（ＫＲ）、Ｓｏｏｎ　Ｈｅｕｎｇ　Ｊｕｎｇ、Ｄａｅｊｅｏｎ（ＫＲ）、Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ、Ｄａｅｊｅｏｎ（ＫＲ）、Ｗｏｎ　Ｒｙｕ、Ｄａｅｊｅｏｎ（ＫＲ）

（７３）譲受人：ＩＤＥＡＨＵＢ　ＩＮＣ．，Ｓｅｏｕｌ（ＫＲ）

（＊）注記：ディスクレーマに従い、本特許の期間は米国特許法第１５４条（ｂ）に基づいて０日だけ延長または調整される。本特許は、端末ディスクレーマに従う。

（２１）出願番号：１６／２２４，５５５

（２２）出願日：２０１８年１２月１８日

（６５）先行公開データ

ＵＳ２０１９／０１２４１３０（Ａ１）２０１９年４月２５日

関連米国出願データ

（６３）２０１７年１０月１６日に出願され、現特許第１０，１７８，１４２号である出願第１５／７８５，２７５号の継続出願であり、当該出願は、
（続葉有）

（３０）外国出願優先権データ

（１０）特許番号：ＵＳ１０，３５６，１４５（Ｂ２）

（４５）特許日：＊２０１９年７月１６日

（５２）米国特許分類
ＣＰＣ．．．．．．．．．．．．．Ｈ０４Ｌ　６５／６０（２０１３．０１）、Ｈ０４Ｌ　６５／４０８４（２０１３．０１）、Ｈ０４Ｌ　６７／２８０４（２０１３．０１）、
（続葉有）

（５８）分類調査範囲
ＣＰＣコンビネーションセット（複数可）のみ
調査履歴一式については出願ファイル参照

（５６）引用文献
米国特許文献
２００５／００７６１３６（Ａ１）２００５年４月　Ｃｈｏら
２００８／０１６８１３２（Ａ１）２００８年７月　Ｃｈｕｎ
（続葉有）
外国特許文献
ＫＲ　１０２００５００７５６３３（Ａ）２００５年７月
ＫＲ　１０２００８０１０８５６８（Ａ）２００８年１２月
他の刊行物
"Ｕｎｉｖｅｒｓａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ；ＬＴＥ；Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ−ｔｏ−ｅｎｄ　Ｐａｃｋｅｔ−ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ　（ＰＳＳ）；Ｐｒｏｔｏｃｏｌｓ　ａｎｄ　ｃｏｄｅｃｓ　（３ＧＰＰ　ＴＳ　２６．２３４　ｖｅｒｓｉｏｎ　９．３．０　Ｒｅｌｅａｓｅ

２０１０年9月1日（KR）．．．．．．．．．．．．．10－２０１０－００８５５２７
２０１１年9月1日（KR）．．．．．．．．．．．．．10－２０１１－００８８３２５

（51）国際特許分類
ＨＯ４Ｌ　２９／０６（２００６．０１）
ＨＯ４Ｌ　２９／０８（２００６．０１）
（続葉有）

９），”ＥＴＳＩ　ＴＳ　１２６　２３４，Ｖ９．３．０，Ｊｕｎ．２０１０，ｐｐ．１－１８４，ＥＴＳＩ，Ｓｏｐｈｉａ　Ａｎｔｉｐｏｌｉｓ　Ｖａｌｂｏｎｎｅ，Ｆｒａｎｃｅ．
（続葉有）
主任審査官－Ｅｌ　Ｈａｄｊｉ　Ｍ　Ｓａｌｌ
（74）弁護士、代理人または事務所－Ｏｎｅ　ＬＬＰ

（57）要約
コンテンツのメタデータを使用する適応ハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングサービスのための方法および装置が提供される。コンテンツのメタデータは、一般メディア情報または固有メディア情報に基づいて、端末の使用の目的のために効率的に分割され得、端末に送信され得る。グループは、コンテンツの1つ以上の表現を含み得る。メタデータは、グループ要素を含み得、グループ要素は、グループ内に含まれた1つ以上の表現の属性の要約を提供し得る。
２０の請求項、7枚の図面



ＵＳ１０，３５６，１４５（Ｂ２）

ページ２

| 関連米国出願データ | 他の刊行物 |
|---|---|

関連米国出願データ

２０１１年９月１日に出願第ＰＣＴ／ＫＲ２０１１／００６４９６号として出願され、現特許第９，７９４，３１２である出願第１３／８２０，４０８号の継続出願である。

（５１）国際特許分類

ＨＯ４Ｎ ２１／２３９（２０１１．０１）

ＨＯ４Ｎ ２１／８４５（２０１１．０１）

ＨＯ４Ｎ ２１／２３４３（２０１１．０１）

ＨＯ４Ｎ ２１／２５８（２０１１．０１）

ＨＯ４Ｎ ２１／２６２（２０１１．０１）

ＨＯ４Ｎ ２１／６５８（２０１１．０１）

ＨＯ４Ｎ ２１／６４３（２０１１．０１）

ＨＯ４Ｎ ２１／６４３７（２０１１．０１）

（５２）米国特許分類

ＣＰＣ．．．ＨＯ４Ｎ ２１／２３９３（２０１３．０１）、ＨＯ４Ｎ ２１／２３４３９（２０１３．０１）、ＨＯ４Ｎ ２１／２５８２５（２０１３．０１）、ＨＯ４Ｎ ２１／２６２５８（２０１３．０１）、ＨＯ４Ｎ ２１／８４５６（２０１３．０１）、ＨＯ４Ｎ ２１／６４３７（２０１３．０１）、ＨＯ４Ｎ ２１／６４３２２（２０１３．０１）、ＨＯ４Ｎ ２１／６５８２（２０１３．０１）

他の刊行物

"Ｕｓｅ ｃａｓｅｓ ｆｏｒ Ｒｄ－１０ ａｄａｐｔｉｖｅ ＨＴＴＰ Ｓｔｒｅａｍｉｎｇ，"３ＧＰＰ ＴＳＧ－ＳＡ４＃６０，Ａｕｇ．１６－２０，２０１０，ｐｐ．１－５．

３Ｇｅｎｅｒａｔｉｏｎ Ｐａｒｔｎｅｒｓｈｉｐ Ｐｒｏｊｅｃｔ Ｏｒｇａｎｉｚａｔｉｏｎ Ｐａｒｔｎｅｒ，"Ｔｒａｎｓｐａｒｅｎｔ ｅｎｄ－ｔｏ－ｅｎｄ Ｐａｃｋｅｔ－ｓｗｉｔｃｈｅｄ Ｓｔｒｅａｍｉｎｇ Ｓｅｒｖｉｃｅ （ＰＳＳ）；Ｐｒｏｇｒｅｓｓｉｖｅ Ｄｏｗｎｌｏａｄ ａｎｄ Ｄｙｎａｍｉｃ Ａｄａｐｔｉｖｅ Ｓｔｒｅａｍｉｎｇ ｏｖｅｒ ＨＴＴＰ （３ＧＰ－ＤＡＳＨ）"，３ＧＰＰ ＴＳ ２６．ｃｄｅ Ｖ１．０．０，Ａｕｇ．２０１０，ｐｐ．３－３４，Ｖａｌｂｏｎｎｅ，Ｆｒａｎｃｅ．

Ａｌｅｘ Ｚａｍｂｅｌｌｉ，ＩＩＳ Ｓｍｏｏｔｈ Ｓｔｒｅａｍｉｎｇ Ｔｅｃｈｎｉｃａｌ Ｏｖｅｒｖｉｅｗ，Ｍａｒ．２００９，Ｍｉｃｒｏｓｏｆｔ Ｃｏｒｐｏｒａｔｉｏｎ．

Ｄｅｓｃｒｉｐｔｉｏｎ ｏｆ Ｅｖａｌｕａｔｉｏｎ Ｅｘｐｅｒｉｍｅｎｔｓ ｏｎ ＩＳＯ／ＩＥＣ ２３００１－６，Ｄｙｎａｍｉｃ Ａｄａｐｔｉｖｅ Ｓｔｒｅａｍｉｎｇ ｏｖｅｒ ＨＴＴＰ，ＩＳＯ／ＩＥＣ ＪＴＣ１／ＳＣ２９／ＷＧ１１，Ｊｕｌ．２０１０，ＭＰＥＧ２０１０／Ｎ１１４５０，Ｇｅｎｅｖａ，Ｓｗｉｔｚｅｒｌａｎｄ．

（５６）引用文献

米国特許文献

２００９／０２０７８６６（Ａ１）２００
９年８月　Ｃｈｏｌａｓら

２００９／０２５９７６６（Ａ１）２００
９年１０月　Ｋａｒｌｓｓｏｎら

２０１０／０１０６７７０（Ａ１）２０１
０年４月　Ｔａｙｌｏｒら

２０１０／０１６９３０３（Ａ１）２０１
０年７月　Ｂｉｄｅｒｍａｎら

２０１１／００９９５９４（Ａ１）２０１
１年４月　Ｃｈｅｎら

２０１２／００１３７４６（Ａ１）＊２０
１２年１月　Ｃｈｅ
ｎ．．．．．．．．．．．．．．．．．．

Ｇ１１Ｂ　２７／０３４　３４８／１８０

２０１２／００４２０５０（Ａ１）２０１
２年２月　Ｃｈｅｎら

２０１２／０２９０６４４（Ａ１）２０１
２年１１月　Ｇａｂｉｎら

Ｈａｒｒｙ　Ｐｙｌｅ　ｅｔ　ａｌ．，
"Ｍｉｃｒｏｓｏｆｔ　ＨＴＴＰ　Ｓｍｏ
ｏｔｈ　Ｓｔｒｅａｍｉｎｇ：Ｍｉｃｒｏ
ｓｏｆｔ　ｒｅｓｐｏｎｓｅ　ｔｏ　ｔｈ
ｅ　ＩＳＯ／ＩＥＣ／ＪＴＣ１／ＳＣ２９
／ＷＧ１１／Ｎ１３３８　Ｃａｌｌ　ｆｏ
ｒ　Ｐｒｏｐｏｓａｌ　ｏｎ　ＨＴＴＰ
Ｓｔｒｅａｍｉｎｇ，"ＭＰＥＧ２０１０
／Ｍ１７９０２，Ｊｕｌ．２０１０，ｐ
ｐ．１－３１，Ｍｉｃｒｏｓｏｆｔ　Ｃｏ
ｒｐｏｒａｔｉｏｎ，Ｇｅｎｅｖａ，Ｓｗ
ｉｔｚｅｒｌａｎｄ．

Ｐａｒｔｉａｌ　Ｒｅｐｒｅｓｅｎｔａｔ
ｉｏｎ　Ｍａｎａｇｅｍｅｎｔ，３ＧＰＰ
ＴＳＧ－ＳＡ４　Ｍｅｅｔｉｎｇ＃６０，
Ａｕｇ．１６－２０，２０１０，ｐｐ．１
－３，Ｈｕａｗｅｉ　Ｔｅｃｈｎｏｌｏｇ
ｉｅｓ　Ｃｏ．Ｌｔｄ．Ｅｒｌａｎｇｅ
ｎ，Ｇｅｒｍａｎｙ．

Ｒ．Ｆｉｅｌｄｉｎｇ　ｅｔ　ａｌ．，
"Ｈｙｐｅｒｔｅｘｔ　Ｔｒａｎｓｆｅｒ
Ｐｒｏｔｏｃｏｌ－ＨＴＴＰ１．１，"Ｒ
ＦＣ　２６１６，Ｊｕｎ．１９９９，ｐ
ｐ．１－１７６，Ｔｈｅ　Ｉｎｔｅｒｎｅ
ｔ　Ｓｏｃｉｅｔｙ．

Ｔｈｏｍａｓ　Ｓｔｏｃｋｈａｍｍｅｒ
ｅｔ　ａｌ．，"ＷＤ　０．１　ｏｆ　２
３００１－６　Ｄｙｎａｍｉｃ　Ａｄａｐ
ｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ
ＨＴＴＰ（ＤＡＳＨ），"ＭＰＥＧ２０１
０　Ｇｅｎｅｖａ／ｍ１１３９８，Ｊｕ
ｌ．３０，２０１０，ｐｐ．１－１６，Ｉ
ＳＯ／ＩＥＣ　２００３．

Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈｏｎｇ　ｅ
ｔ　ａｌ："Ｓｉｇｎａｌｉｎｇ　Ｍｅｔ
ａｄａｔａ　ｆｏｒ　Ａｄａｐｔｉｖｅ

ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ”，９３．
ＭＰＥＧ　Ｍｅｅｔｉｎｇ；Ｊｕｌ．２
６，２０１０−Ｊｕｌ．３０，２０１０；
Ｇｅｎｅｖａ；（Ｍｏｔｉｏｎ　Ｐｉｃｔ
ｕｒｅ　Ｅｘｐｅｒｔ　Ｇｒｏｕｐ　ｏｒ
ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ２９／Ｗ
Ｇ１１），Ｎｏ．Ｍ１７７７１，Ｊｕｌ．
２１，２０１０，ＸＰ０３００４６３６
１，ｐ．１２，ｌｉｎｅ　１−ｐ．１３，
ｌａｓｔ　ｌｉｎｅ；ｐ．１，ｌｉｎｅ
１−ｐ．３，ｌａｓｔ　ｌｉｎｅ．
＊審査官によって引用された

ＵＳ１０，３５６，１４５（Ｂ２）

【図１】



ＵＳ１０，３５６，１４５（Ｂ２）

【図２】



ＵＳ１０，３５６，１４５（Ｂ２）

【図３】



ＵＳ１０，３５６，１４５（Ｂ２）

【図４】



ＵＳ１０，３５６，１４５（Ｂ２）

【図５】



ＵＳ１０，３５６，１４５（Ｂ２）

【図６】



ＵＳ１０，３５６，１４５（Ｂ２）

【図７】



ＵＳ１０，３５６，１４５（Ｂ２）

【書類名】明細書

【発明の名称】ストリーミングコンテンツを提供するための方法およびデバイス

【技術分野】

関連出願の相互参照

　本出願は、韓国特許庁における２０１０年９月１日出願の韓国特許出願第１０－２０１０－００８５５２７号および２０１１年９月１日出願の韓国特許出願第１０－２０１１－００８８３２５号の優先権を主張する、２０１１年９月１日出願のＰＣＴ／ＫＲ２０１１／００６４９６の国内段階である２０１７年１０月１６日出願の米国特許出願第１５／７８５，２７５号の継続出願であり、その全体に対する参照によって本明細書に組み込まれる。

　本発明は、ストリーミングコンテンツを提供するための技術、より具体的には、適応ストリーミングを使用してメディアコンテンツを提供するための装置および方法に関する。

【背景技術】

　ストリーミングは、音、動画などのマルチメディアコンテンツを送信および再生するためのスキームの１つである。クライアントは、ストリーミングを通じてコンテンツを受信しながらコンテンツを再生することができる。

　適応ストリーミングサービスとは、クライアントの要求および要求に応答するサーバの応答による通信スキームを採用するストリーミングサービスを提供することを指す。

　クライアントは、適応ストリーミングサービスを使用して、クライアントの環境（例えば、クライアントの送信チャネル）に好適なメディアシーケンスを要求し得る。サーバは、サーバ内に含まれる様々な品質を有するメディアシーケンスの中からクライアントの要求に合致するメディアシーケンスを提供し得る。

　適応ストリーミングサービスは、様々なプロトコルに基づいて提供され得る。

　ハイパーテキスト転送プロトコル（ＨＴＴＰ）適応ストリーミングサービスとは、ＨＴＴＰプロトコルに基づいて提供される適応ストリーミングサービスを指す。ＨＴＴＰ適応ストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを使用してサーバからコンテンツを受信し得、ストリーミングサービスと関連付けられた要求をサーバに送信し得る。

発明の開示

技術的課題

　本発明の態様は、一般メディア情報および固有メディア情報を使用することによって、アクティブハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングにおける端末の使用の目的のためにメディア情報を効率的に分割および送信し得る装置および方法を提供する。

ＵＳ１０，３５６，１４５（Ｂ２）

　本発明の別の態様は、アクティブＨＴＴＰストリーミングにおいてグループ内に含まれる１つ以上の表現の属性の要約を提供するグループ要素を使用し得る装置および方法を提供する。

技術的解決策

　本発明の態様によると、メディアを提供するための方法が提供され、方法は、１つ以上の区間を含むメディアのメタデータを受信することと、メタデータによって提供された情報に基づいて、メディアのセグメントにアクセスすることと、セグメント内に含まれるメディアのデータを復号化およびレンダリングすることと、を含み、区間の各々が、１つ以上のグループを含み、グループの各々が、メディアの１つ以上の表現を含み、表現の各々が、区間内の１つ以上のメディア構成要素の構造化された集合であり、１つ以上のセグメントを含む。

　メタデータは、メディアのメディアプレゼンテーション記述（ＭＰＤ）であり得る。

　メタデータは、グループの各々を記述するグループ要素を含み得る。

　グループ要素は、グループ要素によって記述されたグループ内の全ての表現の属性の値の要約を提供し得る。

　メタデータは、グループ内の全ての表現の帯域幅属性のうちの最小値を示す属性、および帯域幅属性のうちの最大値を示す属性を含み得る。

　メタデータは、グループ内の全ての表現の水平解像度属性のうちの最小値を示す属性、および水平解像度属性のうちの最大値を示す属性を含み得る。

　メタデータは、グループ内の全ての表現のフレームレート属性のうちの最小値を示す属性、およびフレームレート属性のうちの最大値を示す属性を含み得る。

　本発明の別の態様によると、端末が提供され、端末は、１つ以上の区間を含むメディアのメタデータを受信すること、メタデータによって提供された情報に基づいて、メディアのセグメントを受信すること、およびセグメント内に含まれるメディアのデータを復号化することによってメディアを出力することを行う、アクセスエンジンと、アクセスエンジンからメディアのデータを受信すること、およびメディアを出力することを行う、メディアエンジンと、を含み、区間の各々が、１つ以上のグループを含み、グループの各々が、メディアの１つ以上の表現を含み、表現の各々が、区間内の１つ以上のメディア構成要素の構造化された集合であり、１つ以上のセグメントを含む。

　本発明のさらに別の態様によると、端末がハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングを通じてコンテンツを要求して、ＨＴＴＰストリーミングを通じてコンテンツを受信するための方法が提供され、方法は、サーバに、端末の属性を含む送信要求メッセージを送信することと、サーバから、端末に好適な固有メディアプレゼンテーション記述（ＭＰＤ）を受信することであって、固有ＭＰＤが、コンテンツの表現の記述を含む、受信することと、表現の記述に基づいて、固有ＭＰＤ内の表現の中から適切な表現

ＵＳ１０，３５６，１４５（Ｂ２）

を選択することと、選択された表現に対応するコンテンツを送信することをサーバに要求することと、を含む。

　送信要求メッセージは、ＨＴＴＰ要求メッセージであり得、属性は、ＨＴＴＰ要求メッセージのパラメータとして転送され得、ＨＴＴＰ要求メッセージは、ＨＴＴＰのクエリを使用して、属性を表現するパラメータをサーバに転送し得る。

　属性は、ＨＴＴＰ要求メッセージのパラメータとして転送され得、ＨＴＴＰ要求メッセージは、ＨＴＴＰヘッダ内にパラメータを含み得、属性を表現するパラメータをサーバに転送し得る。

　属性は、端末の能力および端末の選好を含み得る。

　属性は、端末によって許容可能であるネットワーク資源の最小帯域幅、最大帯域幅、および平均帯域幅を含み得、端末の垂直解像度および水平解像度を含み得、端末のフレームレートを含み得る。

　固有ＭＰＤは、記述の統一資源識別子（ＵＲＩ）を含み得る。

　要求することは、選択された表現に対応するコンテンツを、選択された表現のＵＲＩを使用して送信することをサーバに要求することを含み得る。

　本発明のさらに別の態様によると、ＨＴＴＰストリーミングを通じてコンテンツを提供するための方法が提供され、方法は、端末から、端末の属性を含む送信要求メッセージを受信することと、端末に、属性に基づいて、端末に好適な固有メディアプレゼンテーション記述（ＭＰＤ）を送信することであって、固有ＭＰＤが、端末の所定のカテゴリに固有の表現の記述、および固有表現のＵＲＩを含む、送信することと、端末から、端末によって選択された表現に対応するコンテンツに対する要求を受信することであって、選択された表現に対応するコンテンツが、固有ＭＰＤ内の選択された表現のＵＲＩを介して要求される、受信することと、ＨＴＴＰストリーミングを通じて、選択された表現に対応するコンテンツを端末に送信することと、を含む。

　方法は、属性を分析することと、端末に好適な固有ＭＰＤを生成することと、をさらに含み得る。

　固有ＭＰＤは、一般ＭＰＤに基づいて生成され得、一般ＭＰＤは、コンテンツの全ての表現の記述、および表現の全てのＵＲＩを含み得る。

　方法は、属性を分析することと、予め生成される固有ＭＰＤの中から端末に好適な固有ＭＰＤを選択することと、をさらに含み得る。

　本発明のさらなる態様によると、端末がＨＴＴＰストリーミングを通じてコンテンツを要求して、ＨＴＴＰストリーミングを通じてコンテンツを受信するための方法が提供され、方法は、サーバに送信要求メッセージを送信することと、サーバから一般ＭＰＤを受信することであって、一般ＭＰＤが、１つ以上の固有ＭＰＤの各々を記述するパラメータを含む、受信することと、パラメータに基づいて、１つ以上の固有ＭＰＤの中から固有ＭＰＤを選択することであって、固有ＭＰＤが、コンテンツの表現を含む、選択すること

ＵＳ１０，３５６，１４５（Ｂ２）

と、選択された固有ＭＰＤを送信することをサーバに要求することと、選択された固有Ｍ
ＰＤをサーバから受信することと、選択された固有ＭＰＤを使用して、端末の使用に適応
されたコンテンツの１つ以上のコンテンツ表現を送信することをサーバに要求すること
と、サーバから、１つ以上のコンテンツ表現を受信することと、を含む。

　方法は、１つ以上のコンテンツ表現の中から適切な表現を選択することと、選択された
表現を使用して選択された表現に対応するコンテンツを送信することをサーバに要求する
ことと、サーバから、ＨＴＴＰストリーミングを通じて、選択された表現に対応するコン
テンツを受信することと、をさらに含み得る。

　方法は、サーバから固有ＭＰＤの更新を受信することをさらに含み得る。

　パラメータは、固有ＭＰＤの場所を示す統一資源位置指定子（ＵＲＬ）を含み得る。

　選択された固有ＭＰＤを要求することは、選択された固有ＭＰＤのＵＲＬを使用して、
選択された固有ＭＰＤを送信することをサーバに要求することを含み得る。

　固有ＭＰＤの選択は、パラメータに基づいて、１つ以上の固有ＭＰＤが好適であるか否
かを決定することを含み得る。

　パラメータは、コンテンツのマルチビュービデオのビュー識別子（ＩＤ）を含み得、コ
ンテンツのオーディオ／ビデオの複雑さおよび品質を含み得る。

　１つ以上のコンテンツ表現に対して要求することは、所定期間経過後、選択された固有
ＭＰＤを使用して、端末の使用に適応されたコンテンツの１つ以上のコンテンツ表現を送
信することをサーバに要求することを含み得る。

　本発明のさらなる態様によると、ＨＴＴＰストリーミングを通じてコンテンツを提供す
るための方法が提供され、方法は、端末から送信要求メッセージを受信することと、端末
に一般ＭＰＤを送信することであって、一般ＭＰＤが、１つ以上の固有ＭＰＤの各々を説
明するパラメータを含む、送信することと、端末から、１つ以上の固有ＭＰＤの中から選
択された固有ＭＰＤに対する要求を受信することであって、選択された固有ＭＰＤが、端
末の所定のカテゴリに固有の表現の記述および固有表現のＵＲＩを含む、受信すること
と、選択された固有ＭＰＤを端末に送信することと、端末から、固有表現の中から端末の
使用に適応された１つ以上のコンテンツ表現に対する要求を受信することと、端末に１つ
以上のコンテンツ表現を送信することと、を含む。

　方法は、端末から、１つ以上のコンテンツ表現の中から選択された表現に対応するコン
テンツに対する要求を受信することと、端末に、ＨＴＴＰストリーミングを通じて、選択
された表現に対応するコンテンツを送信することと、を含み得る。

発明の効果

　本発明の実施形態によると、一般メディア情報および固有メディア情報を使用すること
によって、アクティブハイパーテキスト転送プロトコル（ＨＴＴＰ）ストリーミングにお
ける端末の使用の目的のためにメディア情報を効率的に分割および送信することが可能で
ある。

ＵＳ１０，３５６，１４５（Ｂ２）

　加えて、本発明の実施形態によると、アクティブＨＴＴＰストリーミングにおいてグループ内に含まれる１つ以上の表現の属性の要約を提供するグループ要素を使用することが可能である。

【図面の簡単な説明】

　　【図１】本発明の実施形態によるメディアプレゼンテーション記述（ＭＰＤ）の異なるタイプを例示する図である。

　　【図２】本発明の実施形態によるサーバ駆動コンテンツ送信ネゴシエーション方法を例示するフローチャートである。

　　【図３】本発明の実施形態による端末駆動コンテンツ送信ネゴシエーション方法を例示するフローチャートである。

　　【図４】本発明の実施形態によるサーバ１００の構成を例示する図である。

　　【図５】本発明の実施形態による端末１１０の構成を例示する図である。

　　【図６】本発明の実施形態によるメディアを提供するための方法を例示する信号フローチャートである。

　　【図７】本発明の実施形態による端末１１０の構成を例示する図である。

発明を実施するための最良の形態

　ここで、本発明の実施形態に対する詳細が参照されることになり、それらの例が、添付図面に例示され、同様の番号は、全体を通して同様の要素を参照する。実施形態が、図を参照することによって本発明を説明するために以下に説明される。

　動的適応ストリーミングオーバーＨＴＴＰ（ＤＡＳＨ）は、１）ＨＴＴＰサーバからＨＴＴＰクライアントへのメディアコンテンツの配信を可能にし、２）標準ＨＴＴＰキャッシュによるコンテンツのキャッシュを可能にするフォーマットを指定し得る。

　メディアコンテンツは、固有属性、例えば、帯域幅、言語、または解像度を有する、オーディオ、ビデオ、または字幕などの、個々のメディアタイプの符号化されたバージョンであり得る。

　メディアコンテンツは、共通タイムラインを有するメディア構成要素のセット、例えば、オーディオ、ビデオ、または字幕であり得る。加えて、メディア構成要素は、メディア構成要素がプログラムまたは映画としてどのように提示され得るか（例えば、個々に、一緒に、または相互に排他的に）に対する関係を有し得る。

　メディアコンテンツおよびコンテンツは、互換的な用語として使用され得る。

　メディアプレゼンテーションは、連続メディアの構成要素を含むメディアコンテンツの制限ありまたは制限なしのプレゼンテーションを確立するために使用されるデータの構造化された集合であり得る。

　言い換えると、メディアプレゼンテーションは、ストリーミングサービスをユーザに提供するためにＤＡＳＨクライアントがアクセス可能であるデータの構造化された集合であり得る。

ＵＳ１０，３５６，１４５（Ｂ２）

　メディアプレゼンテーション記述（ＭＰＤ）は、メディアプレゼンテーションのための形式化された記述であり得る。ＭＰＤは、「ＭＰＥＧの動的適応ＨＴＴＰストリーミング（ＤＡＳＨ）」のＭＰＤであり得る。

　メディアプレゼンテーションは、ＭＰＤの可能な更新を含むＭＰＤによって記述され得る。

　コンテンツは、要求に応じたコンテンツ、またはライブコンテンツであり得る。

　コンテンツは、１つ以上の間隔に分割され得る。言い換えると、コンテンツは、１つ以上の間隔を含み得る。間隔は、区間と互換的であり得る。区間の用語は、第３世代パートナーシッププロジェクト（３ＧＰＰ）適応ＨＴＴＰストリーミングの用語として使用され得る。

　区間は、メディアプレゼンテーションの間隔であり得る。全ての区間のシーケンスが、メディアプレゼンテーションを較正する。

　言い換えると、メディアプレゼンテーションは、１つ以上の区間を含み得る。

　１つ以上の間隔は、基本単位であり得る。１つ以上の間隔は、メタデータを信号通信することによって記述され得る。言い換えると、メタデータは、１つ以上の間隔の各々を記述し得る。

　メタデータは、ＭＰＤであり得る。

　ＭＰＤは、クライアントの全てのタイプに送信されることになる全ての可能なメディアの表現（または表現式）の記述を含み得る。言い換えると、ＭＰＤは、クライアントの全てのタイプによって使用され得る、ビデオ、オーディオ、言語などの組み合わせの記述を含み得る。ＨＴＴＰを採用する適応ストリーミングサービスを提供するために、サーバは、メディアプレゼンテーションのＭＰＤを端末１１０に送信することを必要とする。ＭＰＤを送信するために、サーバ１００は、メディアプレゼンテーションのＭＰＤを書き込むことを必要とし、サーバおよび端末は、ＭＰＤの送信のためのネゴシエーションを実施することを必要とする。

　ＭＰＤは、セグメントに対する資源識別子を知らせるフォーマットを定義し得る。ＭＰＤは、メディアプレゼンテーション内の識別された資源のコンテキストを提供し得る。資源識別子は、ＨＴＴＰ－統一資源位置指定子（ＵＲＬ）であり得る。ＵＲＬは、バイト範囲属性によって制約され得る。

　各間隔は、断片に分割され得る。

　断片は、セグメントと互換的であり得る。セグメントの用語は、３ＧＰＰ適応ＨＴＴＰストリーミングの用語として使用され得る。

　セグメントは、例えば、ＲＦＣ２６１６によって定義される、ＨＴＴＰ－ＵＲＬに対するＨＴＴＰ／１．１ＧＥＴ要求（またはバイト範囲によって示される部分に対する部分的ＧＥＴ要求）に対する応答のエンティティボディを指し得る。

ＵＳ１０，３５６，１４５（Ｂ２）

サブセグメントは、セグメントレベルでセグメントインデックスによってインデックス化され得るセグメント内の最小単位を指し得る。

単一間隔に対応する２つ以上の断片セットが存在し得る。セットの各々は、代替と呼ばれ得る。

代替は、表現と互換的であり得る。

各区間は、１つ以上のグループを含み得る。

各グループは、同一メディアコンテンツの１つ以上の表現を含み得る。

表現は、単一区間内の１つ以上のメディア構成要素の構造化された集合を指す。表現は、メディアコンテンツの代替的選択、または符号化選択、例えば、ビットレート、解像度、言語、コーデックなどによって典型的に異なるメディアコンテンツのサブセットのうちの１つであり得る。言い換えると、表現は、メディアを構成し得るビデオ、オーディオ、言語などの組み合わせを表現し得る。

ＭＰＤ（またはＭＰＤ要素）は、クライアントが１つ以上の表現を選択することを可能にする記述情報を提供し得る。

各表現は、１つ以上のセグメントで形成され得る。言い換えると、表現は、１つ以上のセグメントを含み得る。

ＭＰＤは、１）セグメントにアクセスし、２）ユーザにストリーミングサービスを提供するために、適切なＨＴＴＰ－ＵＲＬを形成するようにＤＡＳＨクライアントに必要とされるメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは、絶対的または相対的であり得る。

ＭＰＤは、拡張マークアップ言語（ＸＭＬ）－ドキュメントであり得る。

ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは、単一ＭＰＤ要素のみを含み得る。

図１は、本発明の実施形態によるＭＰＤの異なるタイプを例示する。

サーバ１００は、ＭＰＤを単一の大きいファイルとして端末１１０に転送し得る。

概して、サーバ１００によって提供されるＭＰＤのうちの数個の表現のみが、端末１１０に好適であり得る。

したがって、全セッションのファイルの送信のために、ネットワーク資源（例えば、帯域幅など）が浪費され得る。加えて、端末１１０は、利用可能なメディア表現を検索するために処理電力を浪費し得る（例えば、クライアントは、全記述ファイルを少なくとも構文解析することを必要とする）。それゆえに、資源の浪費を最小化するために、リストファイルを効率的に送信し得る方法に対する必要性が存在する。

サーバ１００（すなわち、プロバイダ）は、端末１１０（すなわち、クライアント）の異なるカテゴリに異なるＭＰＤを生成し得る（予め、または実行中）。

ＭＰＤの第１のタイプは、「一般ＭＰＤ１２０」であり得る。一般ＭＰＤ１２０は、第１のＭＰＤと呼ばれ得る。

ＵＳ１０，３５６，１４５（Ｂ２）

　一般ＭＰＤ１２０は、コンテンツの全ての表現の記述、および表現の全ての統一資源識別子（ＵＲＩ）を含み得る。

　加えて、プロバイダ１００は、第２のタイプとして「固有ＭＰＤ（複数可）１３０」を含み得る。固有ＭＰＤ１３０は、端末１１０の特定のカテゴリに固有の表現の記述、および固有表現のＵＲＩのみを含み得る。

　例えば、プロバイダ１００は、端末１１０の３つのカテゴリ（すなわち、高精細度テレビ（ＨＤＴＶ）、パーソナルコンピュータ（ＰＣ）、および携帯電話）に対する３つの固有ＭＰＤ１３２、１３４および１３６を有し得る。固有ＭＰＤ１３２、１３４または１３６は、第２のＭＰＤと呼ばれ得る。

　明らかに、携帯電話は、ＨＤＴＶに使用される表現を考慮しないことになり得る。

　実際、プロバイダ１００は、端末１１０がＭＰＤ（具体的には、一般ＭＰＤ１２０）から適切な表現を選択し得るように、ヒントを提供する固有記述を有し得る。

　具体的には、記述は、構成物のリストを提供し得る。構成物の各々は、所与の目的（例えば、携帯電話を使用するフランス語圏ユーザ）に使用され得る表現（または表現のグループ）を示し得る。

　図２は、本発明の実施形態によるサーバ駆動コンテンツ送信ネゴシエーション方法を例示するフローチャートである。

　サーバ駆動コンテンツ送信ネゴシエーション方法は、ＨＴＴＰ／１．１技術に従う一般サーバ駆動送信ネゴシエーションスキームに基づき得る。

　動作２１０では、端末１１０は、サーバ１００に、いくつかの固有属性（例えば、端末１１０の能力および選好）を含む送信要求メッセージを送信し得る。

　送信要求メッセージは、ＨＴＴＰ要求メッセージであり得る。加えて、固有属性は、ＨＴＴＰ要求メッセージのパラメータとして転送され得る。

　ＨＴＴＰ要求メッセージは、ＨＴＴＰのクエリを使用して、サーバ１００に固有属性を表現するパラメータを転送し得る。

　ＨＴＴＰ要求メッセージは、ＨＴＴＰヘッダ内にパラメータを含み得、サーバ１００に固有属性を表現するパラメータを転送し得る。

　送信要求メッセージ内に含まれる固有属性（すなわち、パラメータ）は、サーバ１００が、端末１１０の能力および選好を検証することを可能にし得る。

　表１は、固有属性（すなわち、パラメータ）の例を示す。

表１

| 名称 | 説明 |
|---|---|
| 能力 | 端末の能力と関連付けられた情報 |
| 選好 | 端末または端末のユーザと関連付けられた情報 |
| minBand | 端末によって許容可能なネットワーク資源の最小帯域幅(すなわち、端末のネットワーク接続の最小帯域幅)(Mbps) |

ＵＳ１０，３５６，１４５（Ｂ２）

| maxBand | 端末によって許容可能なネットワーク資源の最大帯域幅(Mbps) |
|---|---|
| 表１－続き | |
| 名称 | 説明 |
| averBand | 端末によって許容可能なネットワーク資源の平均帯域幅(Mbps) |
| 幅 | 端末画面の水平解像度(ピクセル) |
| 高さ | 端末画面の垂直解像度(ピクセル) |
| フレームレート | 端末によってサポートされる最大ビデオフレームレート |
| lang | 端末によってサポートされるメディアコンテンツの言語コード(言語コードは、RFC5646 に準拠し得る) |
| mime | 端末によってサポートされる多目的インターネットメール拡張(MIME)タイプ<br>MIME タイプは、全てのメディアタイプのコーデックパラメータを含み得る。<br>コーデックパラメータは、プロファイルおよびレベル情報を含み得る。 |

　表１のパラメータ以外のパラメータが、コンテンツの特徴（例えば、マルチビュービデオのビュー識別子（ＩＤ）、オーディオ／ビデオの複雑さおよび品質など）をサポートするために追加され得る。

　固有属性に基づいて、サーバ１００は、端末に、端末１１０に好適な固有ＭＰＤ１３０を送信し得る。

　動作２２０では、サーバ１００は、端末１１０の固有属性を分析することによって、端末１１０に好適な固有ＭＰＤ１３０を生成し得る。サーバ１００は、一般ＭＰＤ１２０に基づいて固有ＭＰＤ１３０を生成し得る。

　あるいは、サーバ１００は、端末１００の固有属性を分析し得、予め生成される固有ＭＰＤ１３０の中から端末１１０に好適な固有ＭＰＤ１３０を選択し得る。

　動作２３０では、サーバ１００は、端末１１０に、生成または選択される固有ＭＰＤ１３０を送信し得る。

　動作２４０では、端末１１０は、固有ＭＰＤ１３０内のコンテンツの表現の中から適切な表現を選択し得る。言い換えると、端末１１０は、表現の記述に基づいてコンテンツバージョンを選択し得る。

　動作２５０では、端末１１０は、サーバ１００に、選択された表現のＵＲＩ（すなわち、選択された表現と関連付けられたＵＲＩ）を使用して、選択された表現に対応するコンテンツに対する要求を送信し得る。

　動作２６０では、サーバ１００は、端末１１０に、ＨＴＴＰストリーミングを通じて、選択された表現に対応するコンテンツを送信し得る。

ＵＳ１０，３５６，１４５（Ｂ２）

　図３は、本発明の実施形態による端末駆動コンテンツ送信ネゴシエーション方法を例示するフローチャートである。

　端末駆動コンテンツ送信ネゴシエーション方法は、ＨＴＴＰ／１．１技術に従う一般端末駆動送信ネゴシエーションスキームに基づき得る。

　動作３１０では、端末１１０は、サーバ１００に、基本送信要求メッセージを送信し得る。

　動作３２０では、サーバ１００は、端末１１０に一般ＭＰＤ１２０を送信し得る。

　端末１１０は、一般ＭＰＤ１２０を取得し得、一般ＭＰＤ１２０を使用して、適切なコンテンツリストを即座に受信し得る。

　一般ＭＰＤ１２０は、固有ＭＰＤ１３０の各々を記述するパラメータであり得る。

　固有ＭＰＤ１３０を記述するために使用されるパラメータは、ＸＭＬフォーマットで表現され得る。パラメータは、「ＳｐｅｃｉｆｉｃＭＰＤ要素」によって表現され得る。ＳｐｅｃｉｆｉｃＭＰＤ要素は、「ＳｐｅｃｉｆｉｃＭＰＤＴｙｐｅ」タイプのものであり得る。

　表２は、ＳｐｅｃｉｆｉｃＭＰＤ要素の例を示す。

表２

| 名称 | 説明 |
| --- | --- |
| URL | 固有 MPD120 の場所を示す。 |
| | 各固有 MPD120 は、固有 MPD120 の場所を示す URL と関連付けられ得る。 |
| | 固有 MPD120 が予め生成されていない場合、URL パラメータが存在しなくてもよい。 |
| 構成要素表現に関するパラメータ | 構成要素表現に関するパラメータは、パラメータのグループに対応する。 |

表２－続き

| 名称 | 説明 |
| --- | --- |
| | パラメータのグループは、複数のインスタンスを有し得る。言い換えると、パラメータのグループは、一般 MPD120 内に数回現れ得る。 |
| | 複数のインスタンスの各々は、MPD のグループに対応する。 |
| | パラメータのグループは、以下の表 3 に示されるように、「ComponentRepresentations」要素によって XML で表現され得る。 |

　次の表３は、構成要素表現に関するパラメータの例としてグループ要素の属性を示す。

ＵＳ１０，３５６，１４５（Ｂ２）

　ＭＰＤは、グループを記述するグループ要素を含み得る。グループ要素は、グループ要素によって記述されたグループ内の全ての表現の属性の値の要約を提供し得る。上記のパラメータは、表3に説明されるグループ要素の属性を含み得る。

表3

| パラメータ名 (または属性) | オカレンス | 説明 | XML 表現 |
|---|---|---|---|
| グループ | 1 | グループの ID を示す。 | 符号なし整数 |
| repIDs | 0...1 | 表現 ID のリストを示す | 空白によって区切られる表現 ID のリストを含む文字列 |
| minBandwidth | 0...1 | グループ内の全ての表現の帯域幅属性のうちの最小値を示す。 | 符号なし整数 |
| maxBandwidth | 0...1 | グループ内の全ての表現の帯域幅属性のうちの最大値を示す。 | 符号なし整数 |
| minWidth | 0...1 | グループ内の全ての表現の水平解像度属性のうちの最小値を示す。水平解像度は、ピクセル単位で計数され得る。 | 符号なし整数 |
| maxWidth | 0...1 | グループ内の全ての表現の水平解像度属性のうちの最大値を示す。 | 符号なし整数 |
| minHeight | 0...1 | グループ内の全ての表現の最小高さ属性のうちの最小値を示す。垂直解像度は、ピクセル単位で計数され得る。 | 符号なし整数 |
| maxHeight | 0...1 | グループ内の全ての表現の最大高さ属性のうちの最大値を示す。 | 符号なし整数 |
| minFrameRate | 0...1 | グループ内の全ての表現のフレームレート属性のうちの最小値を示す。 | 符号なし整数 |
| maxFrameRate | 0...1 | グループ内の全ての表現のフレームレート属性のうちの最大値を示す。 | 符号なし整数 |
| lang | 0...1 | 対応する表現の言語コード(複数可)を宣言する。言語コードは、リクエストフォーコメンツ(RFC)5646 に準拠し得る。 | 文字列 |

ＵＳ１０，３５６，１４５（Ｂ２）

| mimeType | 0...1 | グループの MIME タイプを与える。MIME タイプは、全てのメディアタイプのコーデックパラメータを含み得る。コーデックパラメータは、プロファイルおよびレベル情報を含み得る。 | 文字列 |
|---|---|---|---|

　グループ（または表現グループ）は、固有ＭＰＤ１３０に対応し得る。言い換えると、「グループ内の表現（またはグループ内に含まれる１つ以上の表現）」は、「固有ＭＰＤ１３０内に含まれる表現」を指し得る。

　固有ＭＰＤ１３０が１つ以上の区間を含むとき、最小パラメータ（または最大パラメータ）は、区間にわたる最小値（または最大値）であり得る。

　表３のパラメータは、コンテンツの他の特徴（例えば、マルチビュービデオのビューＩＤ、オーディオ／ビデオの複雑さおよび品質など）をサポートするために拡張され得る。ＸＭＬフォーマットでは、構文要素「ｘｓ：ａｎｙＡｔｔｒｉｂｕｔｅ」および「ｘｓ：ａｎｙ」が、スケーラビリティをサポートするために使用され得る。

　ＳｐｅｃｉｆｉｃＭＰＤ要素は、異なる場所（または異なる部位）に使用され得る。

　例えば、ＳｐｅｃｉｆｉｃＭＰＤ要素は、一般ＭＰＤ１２０で使用され得る。この例では、ＳｐｅｃｉｆｉｃＭＰＤｓ要素は、ＳｐｅｃｉｆｉｃＭＰＤ要素の複数のインスタンスを含み得る。

　加えて、ＳｐｅｃｉｆｉｃＭＰＤｓ要素は、一般ＭＰＤ１２０の直接子要素として追加され得る。

　ＳｐｅｃｉｆｉｃＭＰＤ要素のインスタンスの各々は、固有ＭＰＤ１３０を参照するために使用され得る。

　加えて、ＳｐｅｃｉｆｉｃＭＰＤ要素のインスタンスの各々は、一般ＭＰＤ１２０から適切な表現を選択するために使用され得る。例えば、ｒｅｐＩＤがインスタンス内に存在するとき、端末１１０は、ＳｐｅｃｉｆｉｃＭＰＤ要素のインスタンスによって記述される表現に直接進行し得る。

　サーバ１００は、端末１１０に、ＳｐｅｃｉｆｉｃＭＰＤｓ要素のみを含む一般ＭＰＤ１２０を送信し得る。ここで、端末１１０は、固有表現に関する情報を取得するために固有ＭＰＤ１３０を最初に受信することを必要とし得る。

　ＳｐｅｃｉｆｉｃＭＰＤ要素は、他の場所（または部位）に使用され得る。ＳｐｅｃｉｆｉｃＭＰＤ要素は、表現の典型的な組み合わせの個別の記述（例えば、構成物記述）に使用され得る。ここで、各構成物は、固有ＭＰＤ１３０と関連付けられ得る（例えば、ＳｐｅｃｉｆｉｃＭＰＤ要素は、組み合わせ要素の子要素として使用される）。

　動作３３０では、端末１１０は、固有ＭＰＤ１３０を選択し得る。

ＵＳ１０，３５６，１４５（Ｂ２）

端末１１０は、構成要素表現に関するパラメータに基づいて、関連する固有ＭＰＤ１３０が端末１１０に好適であるか否かを決定し得、決定に基づいて固有ＭＰＤ１３０を選択し得る。

動作３４０では、端末１１０は、サーバ１００に、選択された固有ＭＰＤ１３０に対する要求を送信し得る。

端末１１０は、選択された固有ＭＰＤ１３０のＵＲＬを使用して、選択された固有ＭＰＤ１３０を通過させることをサーバ１００に要求し得る。

動作３５０では、サーバ１００は、端末１１０に選択された固有ＭＰＤ１３０を送信し得る。

端末１１０は、選択された固有ＭＰＤ１３０をサーバ１００から受信し得る。

動作３６０では、所定の期間（例えば、一般ＭＰＤ１２０の持続期間または第１の区間）経過後、端末１１０は、サーバ１００に、固有ＭＰＤ１３０を使用することによって、端末の使用に適応されたコンテンツ表現（複数可）に対する要求を送信し得る。

動作３７０では、サーバ１００は、端末１１０に、要求されたコンテンツ表現（複数可）を送信し得る。

端末１１０は、サーバ１００からコンテンツ表現（複数可）を受信し得る。

その後、端末１１０は、サーバ１００から、一般ＭＰＤ１２０ではなく、固有ＭＰＤ１３０のみの更新を受信し得る。更新が実施される区間は、第２の区間またはバックエンド区間と呼ばれ得る。

動作３８０では、端末１１０は、要求されたコンテンツ表現（複数可）の中から適切な表現を選択し得る。

動作３９０では、端末１１０は、サーバ１００に、選択された表現のＵＲＬを使用して、選択された表現に対応するコンテンツに対する要求を送信し得る。

動作３９５では、サーバ１００は、端末１１０に、ＨＴＴＰストリーミングを通じて、選択された表現に対応するコンテンツを送信し得る。

次の表４は、一般ＭＰＤ１２０内の「ＳｐｅｃｉｆｉｃＭＰＤ」要素、「ＣｏｍｐｏｎｅｎｔＲｅｐｒｅｓｅｎｔａｔｉｏｎｓＴｙｐｅ」ｃｏｍｐｌｅｘＴｙｐｅ、「ＭＰＤｔｙｐｅ」ｃｏｍｐｌｅｘＴｙｐｅ、およびＳｐｅｃｉｆｉｃＭＰＤｓ要素の場所の例を示す。

表４

<?xml version="1.0"encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

 attributeFormDefault="unqualified

 elementFormDefault="qualified"

 xmlns:xs="http://www.w3.org/2001/XMLSchema"

ＵＳ１０，３５６，１４５（Ｂ２）

```
xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">
<xs:annotation>
 <xs:appinfo>Media Presentation Description</xs:appinfo>
 <xs:documentation xml:lang="en">
   This Schema defines 3GPP Media Presentation Description!
 </xs:documentation>
</xs:annotation>゜゜ <!--MPD:main element -->
<xs:element name="MPD"type="MPDtype"/>
<xs:element name="SpecificMPD"type="SpecificMPDType"/>
...
</xs:complexType>
<xs:complexType name="ComponentRepresentationsType">
...
</xs:complexType>
<!--MPD Type -->
<xs:complexType name="MPDtype">
...
</xs:complexType>
<xs:complexType name="SpecificMPDsType">
...
</xs:complexType>
...
...
</xs:schema>
```

表５は、ＳｐｅｃｉｆｉｃＭＰＤ要素の構文を示す。

表５

```
<xs:element name="SpecificMPD"type="SpecificMPDType"/>
<!--Information about specific MPD -->
<xs:complexType name="SpecificMPDType">
 <xs:sequence>
   <xs:element minOccurs="0"name="MPDURL"type="xs:anyURI"/>
   <xs:element゜゜゜゜ minOccurs="0"゜゜ maxOccurs="unbounded"
name="ComponentRepresentations"
type="xs:ComponentRepresentationsType"/>
 <xs:any゜ namespace="##other"
```

ＵＳ１０，３５６，１４５（Ｂ２）

```
processContents="lax"。 minOccurs="0"
maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:anyAttribute namespace="##other"processContents="lax"/>
</xs:complexType>
```

　表６は、ＣｏｍｐｏｎｅｎｔＲｅｐｒｅｓｅｎｔａｔｉｏｎｓＴｙｐｅ　ｃｏｍｐｌｅ
ｘＴｙｐｅの構文を示す。

表６

```
<xs:complexType name="ComponentRepresentationsType">
  <xs:sequence>
    <xs:any。 namespace="##other"。 processContents="lax"
minOccurs="0"maxOccurs="unbounded"/>
  </xs:sequence>
  <xs:attribute name="group"type="xs:unsignedInt"/>
  <xs:attribute name="repIDs"type="xs:string"/>
  <xs:attribute name="minBandwidth"type="xs:unsignedInt"
。 use="required"/>
  <xs:attribute name="maxBandwidth"type="xs:unsignedInt"
。 use="required"/>
  <xs:attribute name="minWidth"type="xs:unsignedInt"/>
  <xs:attribute name="maxWidth"type="xs:unsignedInt"/>
  <xs:attribute name="minHeight"type="xs:unsignedInt"/>
  <xs:attribute name="maxHeight"type="xs:unsignedInt"/>
  <xs:attribute name="minFramerate"type="xs:unsignedInt"/>
  <xs:attribute name="maxFramerate"type="xs:unsignedInt"/>
  <xs:attribute name="lang"type="xs:string"/>
  <xs:attribute name="mimeType"type="xs:string"use="required"/>
  <xs:anyAttribute namespace="##other"processContents="lax"/>
</xs:complexType>
```

　表７は、ＭＰＤｔｙｐｅ　ｃｏｍｐｌｅｘＴｙｐｅの構文を示す。

表７

```
<xs:complexType name="MPDtype">
  <xs:sequence>
    <xs:element。 。 minOccurs="0"。 。 name="ProgramInformation"
```

ＵＳ１０，３５６，１４５（Ｂ２）

---

type="ProgramInformationType"/>

   &lt;xs:element° ° ° minOccurs="0"° ° ° ° name="SpecificMPDs"

type="SpecificMPDsType"/>

   &lt;xs:element maxOccurs="unbounded"name="Period"

° ° type="PeriodType"/>

   &lt;xs:any° namespace="##other"° processContents="lax"

minOccurs="0"maxOccurs="unbounded"/>

 &lt;/xs:sequence>

 &lt;xs:attribute default="OnDemand"name="type"

 type="PresentationType"/>

 &lt;xs:attribute name="availabilityStartTime"type="xs:dateTime"/>

 &lt;xs:attribute name="availabilityEndTime"type="xs:dateTime"/>

 &lt;xs:attribute name="mediaPresentationDuration"type="xs:duration"/>

 &lt;xs:attribute name="minimumUpdatePeriodMPD"type="xs:duration"/>

 &lt;xs:attribute name="minBufferTime"type="xs:duration"

 use="required"/>

 &lt;xs:attribute name="timeShiftBufferDepth"type="xs:duration"/>

 &lt;xs:attribute name="baseUrl"type="xs:anyURI"/>

 &lt;xs:anyAttribute namespace="##other"processContents="lax"/>

&lt;/xs:complexType>

---

表８は、ＳｐｅｃｉｆｉｃＭＰＤｓ要素の構文を示す。

表８

---

&lt;xs:complexType name="SpecificMPDsType">

° &lt;xs:sequence>

° ° &lt;xs:element° ° ° maxOccurs="unbounded"

 name="SpecificMPD"type="xs:SpecificMPDType"/>

° ° &lt;xs:any° namespace="##other"° processContents="lax"

 minOccurs="0"maxOccurs="unbounded"/>

° &lt;/xs:sequence>

° &lt;xs:anyAttribute namespace="##other"processContents="lax"/>

&lt;/xs:complexType>

---

図４は、本発明の実施形態によるサーバ１００の構成を例示する図である。
サーバ１００は、コントローラ４１０および送受信機４２０を含み得る。

ＵＳ１０，３５６，１４５（Ｂ２）

コントローラ４１０は、端末１１０からの要求に応答して処理を実施し得、端末１１０に送信されることになる個体を生成し得る。

コントローラ４１０は、一般ＭＰＤ１２０、固有ＭＰＤ１３０、コンテンツの表現などを生成し得る。

送受信機４２０は、端末１１０から、要求メッセージ、固有ＭＰＤに対する要求、コンテンツ表現に対する要求、コンテンツに対する要求などを受信し得、端末１１０に、一般ＭＰＤ１２０、固有ＭＰＤ１３０、コンテンツの表現、および選択された表現に対応するコンテンツを送信し得る。

図１〜図３を参照して上記に説明された本発明の実施形態による技術的情報が、本実施形態に等しく適用され得る。したがって、それらのさらなる記述は、省略される。

図５は、本発明の実施形態による端末１１０の構成を例示する図である。

サーバ１００は、コントローラ５１０および送受信機５２０を含み得る。

コントローラ５１０は、サーバ１００からの要求に応答して処理を実施し得、サーバ１００に送信されることになる個体を生成し得る。

コントローラ５１０は、送信要求メッセージを生成し得、サーバ１００から受信される、一般ＭＰＤ１２０、固有ＭＰＤ１３０、コンテンツの表現などの処理、分析および選択を実施し得る。

送受信機５２０は、サーバ１００に、要求メッセージ、固有ＭＰＤに対する要求、コンテンツ表現に対する要求、コンテンツに対する要求などを送信し得、サーバ１００から、一般ＭＰＤ１２０、固有ＭＰＤ１３０、コンテンツの表現、および選択された表現に対応するコンテンツを受信し得る。

図１〜図４を参照して上記に説明された本発明の実施形態による技術的情報が、本実施形態に等しく適用され得る。したがって、それらのさらなる記述は、省略される。

図６は、本発明の実施形態によるメディアを提供するための方法を例示する信号フローチャートである。

動作６１０では、端末１１０は、サーバ１００から、１）メディア（もしくはコンテンツ）のメタデータ、または２）メディアの固有区間（もしくは固有間隔）のメタデータを受信し得る。言い換えると、サーバ１００は、端末１１０に、１）メディアのメタデータ、またはメディアの固有区間のメタデータを送信し得る。メディアは、１つ以上の区間を含み得、固有区間は、メディアの１つ以上の区間のうちの現在処理されている区間を含み得る。

メタデータは、メディア情報であり得る。

動作６２０では、端末１１０は、固有区間のメタデータを処理し得る。動作６２０では、端末１１０は、メタデータによって提供された情報を抽出し得る。

動作６３０〜６５０では、端末１１０は、メタデータによって提供された情報に基づいて、メディアのセグメントにアクセスし得る。ここで、区間の各々は、１つ以上のグルー

ＵＳ１０，３５６，１４５（Ｂ２）

プを含み得、グループの各々は、メディアの１つ以上の表現を含み得る。表現の各々は、１つ以上のセグメントを含み得る。

　メタデータは、グループを記述するグループ要素を記述し得る。

　動作６３０では、端末１１０は、サーバ１００に、セグメントに対する要求を送信し得る。端末１１０は、処理されたメタデータに基づいて、固有区間に好適なセグメントを送信することをサーバ１００に要求し得る。言い換えると、要求されたセグメントは、メタデータに基づいて選択され得る。

　動作６４０では、いくつかの場合、サーバは、メディア（例えば、スケーラブル映像符号化（ＳＶＣ）のＭＰＥＧレイヤ４（ＭＰ４）ファイル）を構文解析し、要求されたセグメントに好適なデータ部位を抽出することを必要とし得る。

　動作６５０では、サーバ１００は、端末１１０に、端末１１０からの各要求に好適なセグメントを送信し得る。端末１１０は、サーバからセグメントを受信し得る。

　動作６６０では、端末１１０は、セグメント内に含まれるメディアのデータに対する復号化およびレンダリングを実施して、メディアを再生し得る。

　端末１１０は、動作６１０～６６０を繰り返すことによって、受信されたセグメントを使用してメディアを再生し得る。

　図１～図５を参照して上記に説明された本発明の実施形態による技術的情報が、本実施形態に等しく適用され得る。したがって、それらのさらなる記述は、省略される。

　図７は、本発明の実施形態による端末１１０の構成を例示する図である。

　端末１１０は、アクセスエンジン７１０およびメディアエンジン７２０を含み得る。

　アクセスエンジン７１０は、ＤＡＳＨアクセスエンジンであり得る。

　アクセスエンジン７１０は、サーバ１００からメタデータ（例えば、ＭＰＤ）を受信し得る。

　アクセスエンジン７１０は、要求を形成し得、形成された要求をサーバ１００に発行し得る。アクセスエンジン７１０は、サーバ１００からメディア（例えば、セグメントまたはセグメントの一部）を受信し得る。

　アクセスエンジン７１０は、メタデータによって提供された情報に基づいて、メディアのセグメントを受信し得る。ここで、各区間は、１つ以上のグループを含み得、グループの各々は、メディアの１つ以上の表現を含み得る。表現の各々は、１つ以上のセグメントを含み得る。

　アクセスエンジン７１０は、メディアエンジン７２０にメディアを提供し得る。アクセスエンジン７１０は、セグメント内に含められるメディアのデータを復号化し得る。

　アクセスエンジン７１０の出力は、ＭＰＥＧコンテナ（例えば、ＩＳＯ／ＩＥＣ１４４９２－１２　ＩＳＯベースメディアファイルフォーマット、またはＩＳＯ／ＩＥＣ１３８１８－２　ＭＰＥＧ－２ＴＳ）のメディア（またはメディアの一部）を含み得る。加え

ＵＳ１０，３５６，１４５（Ｂ２）

て、アクセスエンジン７１０の出力は、メディアの内部タイミングをメディアプレゼンテーションのタイムラインにマッピングするために使用されるタイミング情報を含み得る。

　メディアエンジン７２０は、提供されたメディアを再生し得る。具体的には、メディアエンジン７２０は、アクセスエンジンからメディアのデータを受信し得、メディアを出力し得る。メディアエンジン７２０は、メディアのデータ、およびアクセスエンジン７１０から出力されるタイミング情報を使用してメディアを出力し得る。

　図１～図６を参照して上記に説明された本発明の実施形態による技術的情報が、本実施形態に等しく適用され得る。したがって、それらのさらなる記述は、省略される。

　本発明の上記の実施形態による方法は、コンピュータによって具現化される様々な動作を実装するプログラム命令を含むコンピュータ可読媒体に記録され得る。媒体はまた、プログラム命令、データファイル、データ構造などを単独または組み合わせで含み得る。媒体に記録されたプログラム命令は、実施形態の目的のために具体的に設計および構築されたものであり得るか、コンピュータソフトウェア技術分野の当業者に周知および利用可能な種類のものであり得る。コンピュータ可読媒体の例としては、ハードディスク、フロッピーディスクおよび磁気テープなどの磁気媒体、ＣＤＲＯＭディスクおよびＤＶＤなどの光学媒体、光学ディスクなどの光磁気媒体、ならびに読み出し専用メモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモリなどのプログラム命令を記憶および実施するように具体的に構成されるハードウェアデバイスが挙げられる。プログラム命令の例としては、コンパイラによって生成されるような機械コード、およびインタプリタを使用してコンピュータによって実行され得るより高レベルのコードを含有するファイルの両方が挙げられる。説明されたハードウェアデバイスは、本発明の上記の実施形態の動作を実施するために１つ以上のソフトウェアモジュールとして作用するように構成されてもよく、逆も同様である。

　本発明の数個の実施形態が示され、説明されてきたが、本発明は、説明された実施形態に限定されない。代わりに、本発明の原理および概念から逸脱せずにこれらの実施形態に変更が加えられ得、それらの範囲は、特許請求の範囲およびそれらの等価物によって定義されることが当業者によって理解されるであろう。

ＵＳ１０，３５６，１４５（Ｂ２）

【書類名】特許請求の範囲

【請求項１】

　サーバまたは複数のサーバによって実施されるメディアコンテンツを提供する方法であって、前記方法は、

　前記メディアコンテンツに対するメディアプレゼンテーション記述（ＭＰＤ）に基づいて、クライアントから前記メディアコンテンツに対する要求を受信することと、

　前記要求に応答して前記クライアントにストリーミングを通じてメディアコンテンツのセグメントを提供することと、を含み、

　前記ＭＰＤが、１つ以上の区間を含み、

　前記区間が、１つ以上のグループを含み、

　前記グループが、１つ以上の表現を含み、

　前記表現が、１つ以上のセグメントを含み、

　前記グループが、前記グループの各々に対して１つ以上のグループ要素を含み、

　グループ要素が、全ての表現の値の要約にグループを提供する、方法。

【請求項２】

　前記グループ要素が、（ⅰ）前記グループのＩＤ、（ⅱ）前記グループ内の全ての表現の帯域幅属性のうちの最小値を示すｍｉｎＢａｎｄＷｉｄｔｈ、（ⅲ）前記グループ内の全ての表現の帯域幅属性のうちの最大値を示すｍａｘＢａｎｄｗｉｄｔｈ、（ⅳ）前記グループ内の全ての表現の幅属性のうちの最小値を示すｍｉｎＷｉｄｔｈ、（ⅴ）前記グループ内の全ての表現の幅属性のうちの最大値を示すｍａｘＷｉｄｔｈ、（ⅵ）前記グループ内の全ての表現の高さ属性のうちの最小値を示すｍｉｎＨｅｉｇｈｔ、（ⅶ）前記グループ内の全ての表現の高さ属性のうちの最大値を示すｍａｘＨｅｉｇｈｔ、（ⅷ）前記グループ内の全ての表現のフレームレート属性のうちの最小値を示すｍｉｎＦｒａｍｅＲａｔｅ、（ⅸ）前記グループ内の全ての表現のフレームレート属性のうちの最大値を示すｍａｘＦｒａｍｅＲａｔｅ、（ｘ）前記グループ内の全ての表現のフレームレートの言語を示す言語属性、（ⅺ）前記グループ内の全ての表現のｍｉｍｅタイプを示すｍｉｍｅＴｙｐｅ属性、および（ⅻ）前記グループ内の全ての表現に使用されるコーデックを示すコーデックのうちの少なくとも１つを含む、請求項１に記載の方法。

【請求項３】

　クライアントによって実施されるメディアコンテンツを提供する方法であって、前記方法は、

　前記メディアコンテンツに対するメディアプレゼンテーション記述（ＭＰＤ）に基づいて、サーバに前記メディアコンテンツに対する要求を送信することと、

　前記要求に応答して前記サーバからストリーミングを通じてメディアコンテンツのセグメントを受信することと、を含み、

ＵＳ１０，３５６，１４５（Ｂ２）

　　前記ＭＰＤが、１つ以上の区間を含み、
　　前記区間が、１つ以上のグループを含み、
　　前記グループが、１つ以上の表現を含み、
　　前記表現が、１つ以上のセグメントを含み、
　　前記グループが、前記グループの各々に対して１つ以上のグループ要素を含み、
　　グループ要素が、グループ内の全ての表現の値の要約を提供する、方法。

【請求項４】
　　前記グループ要素が、（ｉ）前記グループのＩＤ、（ｉｉ）前記グループ内の全ての表現の帯域幅属性のうちの最小値を示すｍｉｎＢａｎｄＷｉｄｔｈ、（ｉｉｉ）前記グループ内の全ての表現の帯域幅属性のうちの最大値を示すｍａｘＢａｎｄｗｉｄｔｈ、（ｉｖ）前記グループ内の全ての表現の幅属性のうちの最小値を示すｍｉｎＷｉｄｔｈ、（ｖ）前記グループ内の全ての表現の幅属性のうちの最大値を示すｍａｘＷｉｄｔｈ、（ｖｉ）前記グループ内の全ての表現の高さ属性のうちの最小値を示すｍｉｎＨｅｉｇｈｔ、（ｖｉｉ）前記グループ内の全ての表現の高さ属性のうちの最大値を示すｍａｘＨｅｉｇｈｔ、（ｖｉｉｉ）前記グループ内の全ての表現のフレームレート属性のうちの最小値を示すｍｉｎＦｒａｍｅＲａｔｅ、（ｉｘ）前記グループ内の全ての表現のフレームレート属性のうちの最大値を示すｍａｘＦｒａｍｅＲａｔｅ、（ｘ）前記グループ内の全ての表現のフレームレートの言語を示す言語属性、（ｘｉ）前記グループ内の全ての表現のｍｉｍｅタイプを示すｍｉｍｅＴｙｐｅ属性、および（ｘｉｉ）前記グループ内の全ての表現に使用されるコーデックを示すコーデックのうちの少なくとも３つを含む、請求項１に記載の方法。

【請求項５】
　　クライアントによって実施されるコンテンツを提供する方法であって、前記方法は、
　　サーバに、前記クライアントからの送信要求メッセージを送信することと、
　　前記サーバから、前記クライアントに好適な固有メディアプレゼンテーション記述（ＭＰＤ）を受信することであって、前記固有ＭＰＤが、前記クライアントに好適な前記コンテンツの表現の記述を含む、受信することと、
　　前記表現の前記記述に基づいて、前記固有ＭＰＤ内の前記表現の中から適切な表現を選択することと、
　　前記選択された表現に対応するコンテンツを送信することを前記サーバに要求することと、を含み、
　　前記固有ＭＰＤが、１つ以上の区間を含み、
　　前記区間が、１つ以上のグループを含み、
　　前記グループが、１つ以上の表現を含み、
　　前記表現が、１つ以上のセグメントを含み、
　　前記固有ＭＰＤが、前記グループの各々に対して１つ以上のグループ要素を含み、

ＵＳ１０，３５６，１４５（Ｂ２）

　　前記グループ要素が、前記グループ内の全ての表現の属性の値の要約に関連する、方法。

【請求項６】
　　前記クライアントからの前記送信要求メッセージが、（ｉ）能力、（ｉｉ）選好、（ｉｉｉ）ｍｉｎＢａｎｄ、（ｉｖ）ｍａｘＢａｎｄ、（ｖ）ａｖｅｒＢａｎｄ、（ｖｉ）幅、（ｖｉｉ）高さ、（ｖｉｉｉ）フレームレート、（ｉｘ）ｌａｎｇ、（ｘ）ｍｉｍｅ、（ｘｉ）マルチビュービデオのビュー識別子（ＩＤ）、および（ｘｉｉ）オーディオまたはビデオの複雑さおよび品質のうちの少なくとも１つを含む、前記クライアントの固有属性を含む、請求項５に記載の方法。

【請求項７】
　　前記固有ＭＰＤが、予め生成される複数の固有ＭＰＤの中から選択される、請求項５に記載の方法。

【請求項８】
　　前記固有ＭＰＤ内の前記表現が、端末の所定のカテゴリに固有である、請求項５に記載の方法。

【請求項９】
　　前記端末が、高精細度テレビ（ＨＤＴＶ）、パーソナルコンピュータ、および携帯電話のうちの１つである、請求項８に記載の方法。

【請求項１０】
　　前記グループ要素が、前記グループ内の全ての表現の属性の値の要約に関連しており、前記グループの前記属性が、（ｉ）前記グループ内の全ての表現の帯域幅属性のうちの最小値を示すためのｍｉｎＢａｎｄＷｉｄｔｈ、（ｉｉ）グループ内の全ての表現の帯域幅属性のうちの最大値を示すためのｍａｘＢａｎｄＷｉｄｔｈ、（ｉｉｉ）グループ内の全ての表現の水平解像度属性のうちの最小値を示すためのｍｉｎＷｉｄｔｈ、（ｉｖ）グループ内の全ての表現の水平解像度属性のうちの最大値を示すためのｍａｘＷｉｄｔｈ、（ｖ）グループ内の全ての表現の最小高さ属性のうちの最小値を示すためのｍｉｎＨｅｉｇｈｔ、（ｖｉ）グループ内の全ての表現の最大高さ属性のうちの最大値を示すためのｍａｘＨｅｉｇｈｔ、（ｖｉｉ）グループ内の全ての表現のフレームレート属性のうちの最小値を示すためのｍｉｎＦｒａｍｅＲａｔｅ、および（ｖｉｉｉ）グループ内の全ての表現のフレームレート属性のうちの最大値を示すためのｍａｘＦｒａｍｅＲａｔｅのうちの少なくとも１つを含む、請求項５に記載の方法。

【請求項１１】
　　サーバまたは複数のサーバによって実施されるコンテンツを提供する方法であって、前記方法は、
　　クライアントから、前記クライアントからの送信要求メッセージを受信することと、

ＵＳ１０，３５６，１４５（Ｂ２）

前記クライアントに、前記クライアントに好適な固有メディアプレゼンテーション記述（ＭＰＤ）を送信することであって、前記固有ＭＰＤが、前記クライアントに好適な表現の記述を含む、送信することと、

前記クライアントから、前記クライアントによって選択された前記固有ＭＰＤ内の表現に対応するコンテンツに対する要求を受信することと、

前記クライアントに前記固有ＭＰＤ内の前記選択された表現に対応する前記コンテンツを送信することを含み、

前記固有ＭＰＤが、１つ以上の区間を含み、

前記区間が、１つ以上のグループを含み、

前記グループが、１つ以上の表現を含み、

前記表現が、１つ以上のセグメントを含み、

前記固有ＭＰＤが、前記グループの各々に対して１つ以上のグループ要素を含み、

前記グループ要素が、前記グループ内の全ての表現の属性の値の要約に関連する、方法。

【請求項１２】

前記クライアントからの前記送信要求メッセージが、（ｉ）能力、（ｉｉ）選好、（ｉｉｉ）ｍｉｎＢａｎｄ、（ｉｖ）ｍａｘＢａｎｄ、（ｖ）ａｖｅｒＢａｎｄ、（ｖｉ）幅、（ｖｉｉ）高さ、（ｖｉｉｉ）フレームレート、（ｉｘ）ｌａｎｇ、（ｘ）ｍｉｍｅ、（ｘｉ）マルチビュービデオのビュー識別子（ＩＤ）、および（ｘｉｉ）オーディオまたはビデオの複雑さおよび品質のうちの少なくとも１つを含む、前記クライアントの固有属性を含む、請求項１１に記載の方法。

【請求項１３】

前記固有ＭＰＤが、予め生成される複数の固有ＭＰＤの中から選択される、請求項１１に記載の方法。

【請求項１４】

前記固有ＭＰＤ内の前記表現が、端末の所定のカテゴリに固有である、請求項１１に記載の方法。

【請求項１５】

前記端末が、高精細度テレビ（ＨＤＴＶ）、パーソナルコンピュータ、および携帯電話のうちの１つである、請求項１４に記載の方法。

【請求項１６】

前記グループ要素が、前記グループ内の全ての表現の属性の値の要約に関連しており、前記グループの前記属性が、（ｉ）前記グループ内の全ての表現の帯域幅属性のうちの最小値を示すためのｍｉｎＢａｎｄｗｉｄｔｈ、（ｉｉ）グループ内の全ての表現の帯域幅属性のうちの最大値を示すためのｍａｘＢａｎｄｗｉｄｔｈ、（ｉｉｉ）グループ内の全ての表現の水平解像度属性のうちの最小値を示すためのｍｉｎＷｉｄｔｈ、（ｉｖ）グル

ＵＳ１０，３５６，１４５（Ｂ２）

ープ内の全ての表現の水平解像度属性のうちの最大値を示すためのｍａｘＷｉｄｔｈ、
（ｖ）グループ内の全ての表現の最小高さ属性のうちの最小値を示すためのｍｉｎＨｅｉ
ｇｈｔ、（ｖｉ）グループ内の全ての表現の最高高さ属性のうちの最大値を示すためのｍ
ａｘＨｅｉｇｈｔ、（ｖｉｉ）グループ内の全ての表現のフレームレート属性のうちの最
小値を示すためのｍｉｎＦｒａｍｅＲａｔｅ、および（ｖｉｉｉ）グループ内の全ての表
現のフレームレート属性のうちの最大値を示すためのｍａｘＦｒａｍｅＲａｔｅのうちの
少なくとも１つを含む、請求項１４に記載の方法。

【請求項１７】
　クライアントによって実施されるコンテンツを提供する方法であって、前記方法は、
　サーバに、前記クライアントからの送信要求メッセージを送信することと、
　前記サーバから、固有メディアプレゼンテーション記述（ＭＰＤ）を受信することであ
って、前記固有ＭＰＤが、前記クライアントに好適である一般ＭＰＤ内の全ての表現のサ
ブセットを含む、受信することと、
　前記表現の前記記述に基づいて、前記固有ＭＰＤ内の前記表現の中から適切な表現を選
択することと、
　前記選択された表現に対応するコンテンツを送信することを前記サーバに要求すること
と、を含み、
　前記固有ＭＰＤが、１つ以上の区間を含み、
　前記区間が、１つ以上のグループを含み、
　前記グループが、１つ以上の表現を含み、
　前記表現が、１つ以上のセグメントを含み、
　前記固有ＭＰＤが、前記グループの各々に対して１つ以上のグループ要素を含み、
　前記グループ要素が、前記グループ内の全ての表現の属性の値の要約に関連する、方
法。

【請求項１８】
　前記固有ＭＰＤ内の前記表現が、端末の所定のカテゴリに固有である、請求項１７に記
載の方法。

【請求項１９】
　サーバまたは複数のサーバによって実施されるコンテンツを提供する方法であって、前
記方法は、
　クライアントから、前記クライアントからの送信要求メッセージを受信することと、
　前記クライアントに、前記クライアントに好適な固有メディアプレゼンテーション記述
（ＭＰＤ）を送信することであって、前記固有ＭＰＤが、前記クライアントに好適な表現
の記述を含む、送信することと、
　前記クライアントから、前記クライアントによって選択された前記固有ＭＰＤ内の表現
に対応するコンテンツに対する要求を受信することと、

ＵＳ１０，３５６，１４５（Ｂ２）

　　前記クライアントに前記固有ＭＰＤ内の前記選択された表現に対応する前記コンテンツ
を送信することを含み、

　　前記固有ＭＰＤが、１つ以上の区間を含み、

　　前記区間が、１つ以上のグループを含み、

　　前記グループが、１つ以上の表現を含み、

　　前記表現が、１つ以上のセグメントを含み、

　　前記固有ＭＰＤが、前記グループの各々に対して１つ以上のグループ要素を含み、

　　前記グループ要素が、前記グループ内の全ての表現の属性の値の要約に関連する、方
法。

【請求項２０】

　　前記固有ＭＰＤ内の前記表現が、端末の所定のカテゴリに固有である、請求項１９に記
載の方法。

＊　＊　＊　＊　＊



<u>**Certification of Accuracy of Translation**</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex M – US Patent No. 10,356,145"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

別紙 **N**

（１２）米国特許公報

Ｔｈａｎｇ他

（１０）特許番号：ＵＳ１０，３６２，１３０Ｂ２

（４５）発行日：＊２０１９年７月２３日

（５４）ストリームコンテンツを提供するための装置および方法


（７１）出願人：　　　**韓国電子通信研究院**（大田広域市（韓国））、

　　　　　　　　　　　**韓国航空大学校産学連携基金**（高陽市、京畿道（韓国））

（７２）発明者：　　　Ｔｒｕｏｎｇ　Ｃｏｎｇ　Ｔｈａｎｇ（大田広域市（韓国））、Ｊ
ｉｎ　Ｙｏｕｎｇ　Ｌｅｅ（大田広域市（韓国））、Ｓｅｏｎｇ　Ｊｕｎ　Ｂａｅ（大田広域
市（韓国））、Ｊｕｎｇ　Ｗｏｎ　Ｋａｎｇ（大田広域市（韓国））、Ｓｏｏｎ　Ｈｅｕｎｇ
Ｊｕｎｇ（大田広域市（韓国））、Ｓａｎｇ　Ｔａｉｃｋ　Ｐａｒｋ（大田広域市（韓
国））、Ｗｏｎ　Ｒｙｕ（大田広域市（韓国））、Ｊａｅ　Ｇｏｎ　Ｋｉｍ（高陽市（韓
国））

（７３）譲受人：　　　**ＩＤＥＡＨＵＢ　ＩＮＣ．**（ソウル特別市（韓国））

（＊）注：　本特許の有効期限は、米国特許法第１５４条（ｂ）の規定により、０日間にわた
り延長即ち調整されるが、権利を放棄することも認められる。

　　　　　　　　　　本特許は、特許権存続期間の放棄の対象となっている。

（２１）特許出願番号：**１５／０６９，４４３**

（２２）出願日：**２０１６年３月１４日**

（６５）**先行公開文献データ**

　　　　　　ＵＳ２０１６０１９８０１３Ａ１（２０１６年７月７日公開）


**関連米国特許出願データ**
（６３）特許出願第１３／８１１３７６号（２０１１年７月２０日に、ＰＣＴ／ＫＲ２０１１
／００５３５７号として出願され、現在特許第９，３２５，５５８号となったもの）の継続出
願
（続く）

（３０）**外国出願優先権データ**

２０１１年７月１９日（韓国）　　　　　第１０－２０１１－００７１６７１号
（５１）国際特許分類
　　　Ｇ０６Ｆ　１５／１６　　（２００６年１月）
　　　Ｈ０４Ｌ　２９／０８　　（２００６年１月）
　　　（続く）
（５２）米国特許分類
　　　ＣＰＣ．．Ｈ０４Ｌ　６７／２８０４（２０１３年１月）、Ｈ０４Ｌ　２９／０６
０２７（２０１３年１月）、Ｈ０４Ｌ　４７／３０（２０１３年１月）、
　　　（続く）
（５８）サーチ分野：
　　　ＣＰＣ．．Ｈ０４Ｎ　２１／２４０１（２０１３年１月）、Ｈ０４Ｎ　２１／２３
５３（２０１３年１月）、Ｈ０４Ｎ　２１／２３８０５（２０１３年１月）、Ｈ０４Ｎ　２１
／４４００４（２０１３年１月）、
　　　（続く）
（５６）引用文献
米国特許文献
　　　７，５１２，６６５Ｂ１　２００９年３月　Ｃｒａｇｕｎ
　　　７，５５２，２２８Ｂ１　２００９年６月　Ｐａｒａｓｎｉｓ他
　　　（続く）
外国特許文献
　　　ＥＰ１３０２８６９Ａ１　２００３年４月
　　　ＪＰ２００５０２０５８８Ａ１　　２００５年１月
　　　（続く）
その他の文献
　“３ＧＰＰ　ＴＳ　２６．ｃｄｅ　Ｖ１．０．０，　３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒ
ｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ；　Ｔｅｃｈｎｉｃａｌ　Ｓｐｅｃｉｆｉｃａｔｉｏｎ
Ｇｒｏｕｐ　Ｓｅｒｖｉｃｅｓ　ａｎｄ　Ｓｙｓｔｅｍ　Ａｓｐｅｃｔｓ　Ｔｒａｎｓｐａｒ
ｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃｋｅｔ－ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ
Ｓｅｒｖｉｃｅ　（ＰＳＳ）；　Ｐｒｏｇｒｅｓｓｉｖｅ　Ｄｏｗｎｌｏａｄ　ａｎｄ　Ｄｙｎ
ａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ　（３ＧＰ－ＤＡＳ
Ｈ）　（Ｒｅｌｅａｓｅ　１０）”（フランス、Ｖａｌｂｏｎｎｅ（２０１０年８月））
　　　（続く）

*主任審査官：*Ｍａｕｎｇ；　Ｚａｒｎｉ
（７４）*弁護士、代理人、又は法人：*Ｗｉｌｌｉａｍ　Ｐａｒｋ　＆　Ａｓｓｏｃｉａｔｅｓ
Ｌｔｄ．

（５７）要約書

コンテンツのメタデータを用いる、アダプティブハイパーテキスト転送プロトコル（ＨＴＴ
Ｐ）ストリーミングサービスのための方法および装置が提供される。メタデータは、初期バッ
ファリングされるメディアコンテンツの最小量を示す、ｍｉｎＢｕｆｆｅｒＴｉｍｅ属性を含
み得る。コンテンツを再生するのに先立って、端末はサーバからそのコンテンツを受信し、そ
のコンテンツを、少なくとも上記の最小量だけバッファリングし得る。メタデータは、ユニフ

ォームリソースロケーター（ＵＲＬ）によって示されるターゲットの範囲を指定する範囲属性を含み得る。端末は、ＵＲＬから、範囲属性によって指定されるバイト数の情報を受信し、その受信したバイト数情報を用いてコンテンツを再生し得る。



**請求項の数：６、図面の枚数：６枚**

**関連米国特許出願データ**

（６０）仮出願第６１／４３４，０３６号（２０１１年１月１９日出願）、

仮出願第６１／４１７，９３１号（２０１０年１１月３０日出願）、

仮出願第６１／４１４，４６２号（２０１０年１１月１７日出願）、

仮出願第６１／４０５，６７４号（２０１０年１０月２２日出願）、

仮出願第６１／３９０，３２８号（２０１０年１０月６日出願）、

仮出願第６１／３８０，２７７号（２０１０年９月６日出願）、

仮出願第６１／３７５，２６２号（２０１０年８月２０日出願）、

仮出願第６１／３６６，２０３号（２０１０年７月２１日出願）、

仮出願第６１／３６５，８６０号（２０１０年７月２０日出願）。

（５１）**国際特許分類**

ＨＯ４Ｌ　２９／０６（２００６年1月）、

ＨＯ４Ｎ　２１／２４（２０１１年1月）、

ＨＯ４Ｎ　２１／４４（２０１１年1月）、

ＨＯ４Ｎ　２１／６５４３（２０１１年1月）、

ＨＯ４Ｎ　２１／６５４７（２０１１年1月）、

ＨＯ４Ｌ　１２／８３５（２０１３年1月）、

ＧＯ６Ｆ　１２／００（２００６年1月）、

ＨＯ４Ｎ　２１／２３５（２０１１年1月）、

ＨＯ４Ｎ　２１／２３８（２０１１年1月）

（５２）米国特許分類
　　　　ＣＰＣ．．．．．ＨＯ４Ｌ　６５／４０９２（２０１３年1月）、ＨＯ４Ｌ　６５
／６０２（２０１３年1月）、ＨＯ４Ｌ　６５／６０４（２０１３年1月）、ＨＯ４Ｌ　６５
／６０８（２０１３年1月）、ＨＯ４Ｌ　６５／８０（２０１３年1月）、ＨＯ４Ｎ　２１／
２４０１（２０１３年1月）、ＨＯ４Ｎ　２１／２４０２（２０１３年1月）、ＨＯ４Ｎ　２
１／４４００４（２０１３年1月）、ＨＯ４Ｎ　２１／６５４３（２０１３年1月）、ＨＯ４
Ｎ　２１／６５４７（２０１３年1月）、ＨＯ４Ｎ　２１／２３５３（２０１３年1月）、Ｈ
Ｏ４Ｎ　２１／２３８０５（２０１３年1月）
（５８）サーチ分野：
　　　　ＣＰＣ．．．．．ＨＯ４Ｎ　２１／６５４３、ＨＯ４Ｎ　２１／２４０２、ＨＯ４
Ｎ　２１／６５４７、ＨＯ４Ｎ　２１／２３４３９、ＨＯ４Ｎ　２１／２３５、ＨＯ４Ｎ　２
１／２３５８、ＨＯ４Ｎ　２１／２３６、ＨＯ４Ｎ　２１／２３８１、ＨＯ４Ｎ　２１／２６
２５８、ＨＯ４Ｎ　２１／２６６２、ＨＯ４Ｎ　２１／４３
　　　　完全なサーチ履歴については、出願書類を参照。
（５６）引用文献
　　　　米国特許文献
７，６２４，３３７Ｂ２　　　　　　２００９年１１月　　　Ｓｕｌｌ他
７，７２５，８２９Ｂ１　　　　　　２０１０年５月　Ｗｏｎｇ他
７，８２３，０５５Ｂ２　　　　　　２０１０年１０月　　　Ｓｕｌｌ他
８，２０１，２０４Ｂ２　　　　　　２０１２年６月　Ｃｏｎｎｅｒｙ他
８，２０９，６０９Ｂ２　　　　　　２０１２年６月　Ｄｕｎｔｏｎ他
８，２３０，３４３Ｂ２　　　　　　２０１２年７月　Ｌｏｇａｎ他
８，３６５，２７１Ｂ２　　　　　　２０１３年１月　Ｂｌｕｍ他
８，４６８，１４５Ｂ２　　　　　　２０１３年６月　Ｆｅｄｏｒｙｎｓｋｉ他
８，５３３，３１０Ｂ２　　　　　　２０１３年９月　Ｈｕａｎｇ他
８，６３５，３６０Ｂ２　　　　　　２０１４年１月　Ｂｒａｓｅ他

| | |
|---|---|
| ８，６４５，５６２Ｂ２ | ２０１４年２月　Ｔｈａｎｇ他 |
| ８，９０９，８０５Ｂ２ | ２０１４年１２月　　　Ｔｈａｎｇ他 |
| ９，２６４，０６９Ｂ２ | ２０１６年２月　Ｗａｔｓｏｎ他 |
| ９，２８１，８４７Ｂ２ | ２０１６年３月　Ｓｔｏｃｋｈａｍｍｅｒ他 |
| ９，３１９，４４８Ｂ２ | ２０１６年４月　Ｃｈｅｎ他 |
| ９，３２５，５５８Ｂ２＊ | ２０１６年４月　Ｔｈａｎｇ |
| 　　　Ｈ０４Ｌ　６５／４０９２ | |
| ９，４６７，４９３Ｂ２ | ２０１６年１０月　　　Ｔｈａｎｇ他 |
| ２００２／０１０５９５１Ａ１ | ２００２年８月　Ｈａｎｎｕｋｓｅｌａ他 |
| ２００３／００９３７９０Ａ１ | ２００３年５月　Ｌｏｇａｎ他 |
| ２００３／０２３６９１２Ａ１ | ２００３年１２月　　　Ｋｌｅｍｅｔｓ他 |
| ２００４／００６４５７７Ａ１ | ２００４年４月　Ｄａｈｌｉｎ他 |
| ２００４／０２０８１２０Ａ１ | ２００４年１０月　　　Ｓｈｅｎｏｉ |
| ２００５／０００５３０８Ａ１ | ２００５年１月　Ｌｏｇａｎ他 |
| ２００５／００７６１３６Ａ１ | ２００５年４月　Ｃｈｏ他 |
| ２００５／０１０２３７１Ａ１ | ２００５年５月　Ａｋｓｕ |
| ２００５／０１９３４０８Ａ１ | ２００５年９月　Ｓｕｌｌ他 |
| ２００５／０１９３４２５Ａ１ | ２００５年９月　Ｓｕｌｌ他 |
| ２００５／０２０３９２７Ａ１ | ２００５年９月　Ｓｕｌｌ他 |
| ２００５／０２０４３８５Ａ１ | ２００５年９月　Ｓｕｌｌ他 |
| ２００５／０２７３５１４Ａ１ | ２００５年１２月　　　Ｍｉｌｋｅｙ他 |
| ２００６／０１０９８５６Ａ１ | ２００６年５月　Ｄｅｓｈｐａｎｄｅ |
| ２００６／０２１８１４３Ａ１ | ２００６年９月　Ｎａｊｏｒｋ |
| ２００６／０２３５８８３Ａ１ | ２００６年１０月　　　Ｋｒｅｂｓ |
| ２００６／０２５１０９３Ａ１ | ２００６年１１月　　　Ｃｕｒｃｉｏ他 |
| ２００７／０００３２５１Ａ１ | ２００７年１月　Ｃｈｕｎｇ他 |
| ２００７／００３３１７０Ａ１ | ２００７年２月　Ｓｕｌｌ他 |
| ２００７／００３３２９２Ａ１ | ２００７年２月　Ｓｕｌｌ他 |
| ２００７／００３３５１５Ａ１ | ２００７年２月　Ｓｕｌｌ他 |
| ２００７／００３３５２１Ａ１ | ２００７年２月　Ｓｕｌｌ他 |
| ２００７／００３３５３３Ａ１ | ２００７年２月　Ｓｕｌｌ |
| ２００７／００３８６１２Ａ１ | ２００７年２月　Ｓｕｌｌ他 |
| ２００７／００４４０１０Ａ１ | ２００７年２月　Ｓｕｌｌ他 |
| ２００８／００３４４２４Ａ１ | ２００８年２月　Ｏｖｅｒｃａｓｈ他 |
| ２００８／００５００９６Ａ１ | ２００８年２月　Ｒｙｕ |
| ２００８／０１２６９４３Ａ１ | ２００８年５月　Ｐａｒａｓｎｉｓ他 |
| ２００８／０１５５６０２Ａ１ | ２００８年６月　Ｃｏｌｌｅｔ他 |
| ２００８／０１７２４４１Ａ１ | ２００８年７月　Ｓｐｅｉｃｈｅｒ他 |
| ２００８／０２２２２４４Ａ１ | ２００８年９月　Ｈｕａｎｇ他 |
| ２００８／０３１３２２７Ａ１ | ２００８年１２月　　　Ｓｈａｆｔｏｎ他 |
| ２００９／０１５７８５９Ａ１ | ２００９年６月　Ｍｏｒｒｉｓ |
| ２００９／０１８５０４０Ａ１ | ２００９年７月　Ｙａｎｇ他 |
| ２００９／０２１７３５４Ａ１ | ２００９年８月　Ｂｌｕｍ |
| ２００９／０３００２０４Ａ１ | ２００９年１２月　　　Ｚｈａｎｇ他 |

２０１０／００１１２７４Ａ１＊　２０１０年１月　Ｓｔｏｃｋｈａｍｍｅｒ
　　　　　Ｈ０３Ｍ　１３／２７８９　　　　　　　　　　７１４／７５２
２０１０／０１０７０９０Ａ１　　　　　２０１０年４月　Ｈｅａｒｓｔ他
２０１０／０１６９３０３Ａ１　　　　　２０１０年７月　Ｂｉｄｅｒｍａｎ他
２０１０／０１７４８２３Ａ１　　　　　２０１０年７月　Ｈｕａｎｇ
２０１０／０２１７８８７Ａ１＊　２０１０年８月　Ｂｏｕａｚｉｚｉ
　　　　　Ｈ０４Ｌ　１／００４１　　　　　　　　　　７０９／２３１
２０１０／０２３５４７２Ａ１　　　　　２０１０年９月　Ｓｏｏｄ他
２０１０／０２３５５２８Ａ１　　　　　２０１０年９月　Ｂｏｃｈａｒｏｖ他
２０１０／０２６２６１８Ａ１　　　　　２０１０年１０月　　　Ｈｅｄｉｎｓｓｏｎ他
２０１１／００８０９４０Ａ１　　　　　２０１１年４月　Ｂｏｃｈａｒｏｖ他
２０１１／００９３４９２Ａ１　　　　　２０１１年４月　Ｓｕｌｌ他
２０１１／００９６８２８Ａ１　　　　　２０１１年４月　Ｃｈｅｎ他
２０１１／０１１９３９４Ａ１　　　　　２０１１年５月　Ｗａｎｇ他
２０１１／０１８５０５８Ａ１　　　　　２０１１年７月　Ｐｒｉｄｄｌｅ他
２０１１／０２３１５１９Ａ１　　　　　２０１１年９月　Ｌｕｂｙ他
２０１１／０２３１５６９Ａ１　　　　　２０１１年９月　Ｌｕｂｙ他
２０１１／０２３８７８９Ａ１　　　　　２０１１年９月　Ｌｕｂｙ他
２０１１／０２３９０７８Ａ１　　　　　２０１１年９月　Ｌｕｂｙ他
２０１１／０３０２６１８Ａ１　　　　　２０１１年１２月　　　Ｏｄｌｕｎｄ他
２０１１／０３０７５４５Ａ１　　　　　２０１１年１２月　　　Ｂｏｕａｚｉｚｉ
２０１２／００１３７４６Ａ１　　　　　２０１２年１月　Ｃｈｅｎ他
２０１２／００１６９６５Ａ１＊　２０１２年１月　Ｃｈｅｎ
　　　　　Ｈ０４Ｎ　２１／２３４３９　　　　　　　　７０９／２１９
２０１２／００２３１５５Ａ１　　　　　２０１２年１月　Ｍｙｅｒｓ他
２０１２／００２３２４９Ａ１　　　　　２０１２年１月　Ｃｈｅｎ他
２０１２／００２３２５１Ａ１　　　　　２０１２年１月　Ｐｙｌｅ他
２０１２／００４２０５０Ａ１　　　　　２０１２年２月　Ｃｈｅｎ他
２０１２／００４２０９１Ａ１　　　　　２０１２年２月　ＭｃＣａｒｔｈｙ他
２０１２／０１２４１７９Ａ１　　　　　２０１２年５月　Ｃａｐｐｉｏ他
２０１２／０１８５５７０Ａ１　　　　　２０１２年７月　Ｂｏｕａｚｉｚｉ他
２０１２／０２３３３４５Ａ１　　　　　２０１２年９月　Ｈａｎｎｕｋｓｅｌａ
２０１２／０２８４３７１Ａ１　　　　　２０１２年１１月　　　Ｂｅｇｅｎ他
２０１２／０３１７３０５Ａ１　　　　　２０１２年１２月　　　Ｅｉｎａｒｓｓｏｎ他

２０１３／０００７２２３Ａ１＊　　　　２０１３年１月　Ｌｕｂｙ
　　　　　Ｈ０４Ｎ　２１／２３１０６　　　　　　　　７０９／２１９
２０１３／００４２１００Ａ１　　　　　２０１３年２月　Ｂｏｕａｚｉｚｉ他
２０１３／０１１７４１３Ａ１　　　　　２０１３年５月　Ｋａｎｅｋｏ
２０１３／０１８２６４３Ａ１　　　　　２０１３年７月　Ｐａｚｏｓ他
２０１３／０１９１５５０Ａ１　　　　　２０１３年７月　Ｈａｎｎｕｋｓｅｌａ
２０１３／０２５４６３１Ａ１　　　　　２０１３年９月　Ｌｕｂｙ他
２０１３／０２６２５６７Ａ１　　　　　２０１３年１０月　　　Ｗａｌｋｅｒ他
２０１３／０２８６８７９Ａ１　　　　　２０１３年１０月　　　Ｅｌａｒａｂａｗｙ他

２０１３／０２９０４９２Ａ１　　　　２０１３年１０月　　Ｅｌａｒａｂａｗｙ他
２０１３／０２９８１７０Ａ１　　　　２０１３年１１月　　Ｅｌａｒａｂａｗｙ他
２０１４／０１３７１６８Ａ１　　　　２０１４年５月　Ｔａｋａｈａｓｈｉ他
２０１４／０２５８８６１Ａ１　　　　２０１４年９月　Ｂａｌｄｗｉｎ
２０１５／０１７２３４８Ａ１　　　　２０１５年６月　Ｌｏｈｍａｒ他
２０１５／０２８０９６５Ａ１　　　　２０１５年１０月　　　Ｋｅｒｖａｄｅｃ
２０１６／０１６５２１０Ａ１　　　　２０１６年６月　Ｌｅｅ他
２０１８／０１５９９０９Ａ１　　　　２０１８年６月　Ｈｕａｎｇ


　　　　　外国特許文献
ＪＰ２００５０７１３１８Ａ　　　　２００５年３月
ＪＰ２００８２５９００１Ａ　　　　２００８年１０月
ＫＲ１０２００５０００００４９０Ａ　　　２００５年１月
ＫＲ１０２００５００５５８２０Ａ　　　２００５年６月
ＫＲ１０２００５００７５６３３Ａ　　　２００５年７月
ＫＲ１０２００８０１０８５６８Ａ　　　２００８年１２月
ＷＯ０３０７３７６８Ａ１　　　　　２００３年９月
ＷＯ２０１１０３８０３２Ａ２　　　　２０１１年３月


　　　その他の文献
　　　“Ｕｎｉｖｅｒｓａｌ　Ｍｏｂｉｌｅ　Ｔｅｌｅｃｏｍｍｕｎｉｃａｔｉｏｎｓ　Ｓｙｓｔｅｍ；ＬＴＥ；Ｔｒａｎｓｐａｒｅｎｔ　ｅｎｄ－ｔｏ－ｅｎｄ　Ｐａｃｋｅｔ－ｓｗｉｔｃｈｅｄ　Ｓｔｒｅａｍｉｎｇ　Ｓｅｒｖｉｃｅ　（ＰＳＳ）；Ｐｒｏｔｏｃｏｌｓ　ａｎｄ　ｃｏｄｅｃｓ　（３ＧＰＰ　ＴＳ　２６．２３４　ｖｅｒｓｉｏｎ　９．３．０　Ｒｅｌｅａｓｅ　９），”ＥＴＳＩ　ＴＳ　１２６　２３４，Ｖ９．３．０，Ｊｕｎ．２０１０，ｐｐ．１－１８４，ＥＴＳＩ，Ｆｒａｎｃｅ．
　　　“Ｕｓｅ　ｃａｓｅｓ　ｆｏｒ　Ｒｅｌ－１０　Ａｄａｐｔｉｖｅ　ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ”，３ＧＰＰ　ＴＳＧ－ＳＡ４＃６０，Ｑｕａｌｃｏｍｍ　Ｉｎｃｏｒｐｏｒａｔｅｄ，Ａｕｇ．１６－２０，２０１０，Ｅｒｌａｎｇｅｎ，Ｇｅｒｍａｎｙ．
　　　Ｔｈｏｍａｓ　Ｓｔｏｃｋｈａｍｍｅｒ他、“Ｉｎｆｏｒｍａｔｉｏｎ　ｔｅｃｈｎｏｌｏｇｙ－ＭＰＥＧ　ｓｙｓｔｅｍｓ　ｔｅｃｈｎｏｌｏｇｉｅｓ－Ｐａｒｔ　６：Ｄｙｎａｍｉｃ　ａｄａｐｔｉｖｅ　ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ　（ＤＡＳＨ）”，Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ，ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ２９／ＷＧ１１　Ｃｏｄｉｎｇ　ｏｆ　Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅｓ　ａｎｄ　Ａｕｄｉｏ，ＩＳＯ／ＩＥＣ　ＣＤ　２３００１－６，Ｏｃｔ．１５，２０１０，Ｇｕａｎｇｚｈｕｏｕ，Ｃｈｉｎａ．
Ｙｉｎｇ　Ｃｈｅｎ他，“Ｒｅｓｐｏｎｓｅ　ｔｏ　ｔｈｅ　ＣｆＰ　ｏｎ　ＨＴＴＰ　Ｓｔｒｅａｍｉｎｇ：Ａｄａｐｔｉｖｅ　Ｖｉｄｅｏ　Ｓｔｒｅａｍｉｎｇ　ｂａｓｅｄ　ｏｎ　ＡＶＣ，”Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｓａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｓａｔｉｏｎ，Ｊｕｌ．２０１０，ｐｐ１－２０，ＩＳＯ／ＩＥＣ　ＪＴＣ１／ＳＣ／２９／ＷＧ１１，ＭＰＥＧ２０１０／ＭＩ７９０９，Ｑｕａｌｃｏｍｍ　Ｉｎｃｏｒｐｏｒａｔｅｄ，Ｇｅｎｅｖａ，Ｓｗｉｔｚｅｒｌａｎｄ．

＊審査官による引用

図1



図２







図3

図４



図 5





図6

ストリームコンテンツを提供するための装置および方法

【技術分野】

本発明は、ストリーミングコンテンツを提供するための技術に関し、より具体的には、アダプティブ（適応型）ストリーミングを用いてメディアコンテンツを提供するための装置及び方法に関する。

【背景技術】

ストリーミングは、サウンド、動画像、静止画像などのマルチメディアコンテンツを送信し、再生するスキームの１つである。クライアント側ではストリーミングを介してコンテンツを受信しながら、そのコンテンツを再生することができる。

アダプティブストリーミングとは、クライアントがリクエストを出し、サーバがそのリクエストに応じるという通信スキームを用いてストリーミングサービスを提供することをいう。

アダプティブストリーミングサービスを用いれば、クライアントは、クライアントの環境（例えば、クライアントの伝送チャンネル）に適したメディアシーケンスをリクエストし得る。サーバでは、サーバに含まれている、様々なクオリティのメディアシーケンスの中から、クライアントのリクエストにマッチするメディアシーケンスを提供し得る。

アダプティブストリーミングサービスは、様々なプロトコルによって提供され得る。

ハイパーテキスト転送プロトコル（ＨＴＴＰ）アダプティブストリーミングサービスとは、ＨＴＴＰプロトコルによって提供されるアダプティブストリーミングサービスを指す。ＨＴＴＰアダプティブストリーミングサービスのクライアントは、ＨＴＴＰプロトコルを用いて、コンテンツをサーバから受信し、ストリーミングサービスに関連するリクエストをサーバに送信し得る。

【発明の開示】

【技術的目標】

本発明の一態様は、コンテンツの再生中、初期にバッファリングされるメディアの最小量を指定し得る装置及び方法を提供する。

本発明の別の一態様は、ユニフォームリソースロケーター（ＵＲＬ）によって示されるターゲットから、ある指定の範囲内のバイト数の情報を受信し、コンテンツを再生し得る装置及び方法を提供する。

【技術的解決手段】

本発明の一態様によれば、クライアントが、1つ以上のピリオドを含むメディアコンテンツを提供するための方法が提供される。その方法は、メディアコンテンツの、minBufferTime 属性を含み、メディアコンテンツの再生を確実に行うのに必要となる、最初にバッファリングされるメディアコンテンツの最小量を示すメタデータをサーバから受信することと、メディアコンテンツをサーバから受信することと、受信したメディアコンテンツを少なくとも最小量だけバッファリングすることと、メディアコンテンツを再生することを含む。

メタデータは、メディアコンテンツの、メディアプレゼンテーション記述（MPD）であり得る。

minBufferTime 属性は、メディアコンテンツが、メタデータの帯域幅属性の値で又はその値を上回る値で連続的に配信される際に、メディアコンテンツの再生を確実に行うのに必要となる、最初にバッファリングされたメディアコンテンツの最小量を示し得る。

ピリオドの各々は、メディアコンテンツの1つ以上のレプレゼンテーションを含み得る。レプレゼンテーションの各々は、1つのピリオド内の1つ以上のメディアコンポーネントの構造化されたコレクションであり得る。

帯域幅属性は、レプレゼンテーションの各々の属性であり得る。

帯域幅属性は、クライアントがレプレゼンテーションの各々を少なくとも minBufferTime にわたってバッファリングした後で、前記レプレゼンテーションのそれぞれが、それを通じて連続的に配信され得る、仮定上一定であるビットレートチャネルの最小帯域幅を記述し得る。

レプレゼンテーションの各々は、1つ以上のセグメントを含み得る。

本発明の別の一態様によれば、1つ以上のピリオドを含むメディアコンテンツを提供するための端末が提供される。その端末は、メディアコンテンツのメタデータを受信し、メディアコンテンツをサーバから受信し、受信したメディアコンテンツを、少なくとも、minBufferTime 属性で示される最小量だけバッファリングするためのアクセスエンジンを含む。メタデータは、メディアコンテンツの再生を確実にするために必要な、最初にバッファリングされるメディアコンテンツの最小量を示す minBufferTime 属性を含む。また端末は、アクセスエンジンからメディアコンテンツを受信し、メディアコンテンツを再生するためのメディアエンジンを含む。

本発明の更に別の一態様によれば、クライアントが1つ以上のピリオドを含むメディアコンテンツを提供するための方法が提供される。その方法は、サーバから、メディアコンテンツのメタデータを受信することを含み、メタデータは、ユニフォームリソースロケーター（URL）属性と、範囲属性とを含む。また上記の方法は、範囲属性によって指定されるバイト数の情報を、URL属性によって示されるURLから受信することと、受信したバイト数の情報を用いてメディアコンテンツを再生することとを含む。

範囲属性によって指定されるバイト数の情報は、メディアコンテンツのセグメントを指定してもよい。

範囲属性は、複数のバイト範囲を示し得る。

上記のバイト数の情報が、バイト範囲により指示されるＵＲＬに対する部分的ＨＴＴＰ　ＧＥ
Ｔコマンドによって受信され得る。

本発明のまた更に別の一態様によれば、１つ以上のピリオドを含むメディアコンテンツを提供
するための端末が提供される。その端末は、メディアコンテンツのメタデータを受信し、範囲
属性によって指定されるバイト数の情報をＵＲＬ属性によって示されるＵＲＬから受信するア
クセスエンジンを含む。メタデータは、ＵＲＬ属性と範囲属性とを含む。端末はまた、受信し
たバイト数の情報を用いて、メディアコンテンツを再生するメディアエンジンを含む。

範囲属性によって指定されるバイト数の情報は、メディアコンテンツのセグメントを指定して
もよい。

範囲属性は、複数のバイト範囲を示し得る。

上記のバイト数の情報が、バイト範囲により指示されるＵＲＬに対する部分的ＨＴＴＰ　ＧＥ
Ｔコマンドによって受信され得る。

本発明の更なる一態様によれば、クライアントが、１つ以上のインターバルを含むコンテンツ
を処理するための方法が提供される。その方法は、コンテンツのインターバルのメタデータを
サーバから受信することと、メタデータを処理することと、処理されたメタデータに基づい
て、インターバルに好適なフラグメントを求めるリクエストをサーバに送信することと、サー
バからフラグメントを受信することと、を含む。

コンテンツは、オンデマンドのコンテンツ又はライブコンテンツであり得る。

メタデータは、一般的情報を含み得るが、その一般的情報は、コンテンツの一般的な記述と、
インターバルの一般的記述とを含み得る。

コンテンツの一般的記述は、１つの継続時間及び１つの開始時間のうちの少なくとも一方を含
み得る。

メタデータは、サービスのクオリティ（ＱｏＳ）情報を含み得るが、そのＱｏＳ情報は、コン
テンツのオルタナティブの各々の特性を記述し得る。

その特性は、ビットレート、解像度、及びクオリティのうちの少なくとも１つを含み得る。

オルタナティブの各々は、実体のあるものであるか、又は仮想的なものであり得る。

フラグメントは、オルタナティブの情報に基づいて、選択され得る。

メタデータは、マッピング情報を含み得るが、そのマッピング情報は、コンテンツを読み出す
ためのロケーションを記述し得る。

メタデータは、コンテンツレベルの情報と、インターバルレベルの情報とを含み得る。また、オルタナティブの決定及びロケーションの解決のための全ての計算操作は、サーバによって実行され得る。

リクエストは、インターバル内におけるフラグメントの順序を表す値を定義し得る。また、リクエストは、インターバル内でのフラグメントの開始時刻を定義し得る。

メタデータは、コンテンツレベルの情報と、インターバルレベルの情報と、ＱｏＳ情報とを含み得る。オルタナティブを決定し、ロケーションを解決するための全ての計算操作は、クライアントとサーバに対して分配されて実行され得る。

リクエストは、オルタナティブがそれに基づいてＱｏＳ情報内で出現する、その順序を表す値と、ＱｏＳ情報に出現するアダプテーションオペレータの値と、ＱｏＳ情報に出現するリソースの値のうちの、１つを含み得る。

アダプテーションオペレータは、廃棄されるべきある数のスケーラブルオーディオレイヤーと、廃棄されるべきスケーラブルビデオのある数の時間的レイヤーと、廃棄されるべきスケーラブルビデオのある数の空間的レイヤーと、廃棄されるべきスケーラブルビデオのある数のクオリティレイヤーと、廃棄されるべきスケーラブルビデオのある数のプライオリティレイヤーとのうちの、少なくとも１つを含み得る。

あるタイプのリソースは、オルタナティブの平均的ビットレート、オルタナティブの垂直方向解像度、オルタナティブの水平方向解像度、及びオルタナティブのフレームレートのうちの少なくとも１つを含み得る。

メタデータは、コンテンツレベルの情報と、インターバルレベルの情報と、ＱｏＳ情報と、マッピング情報とを含み得る。オルタナティブを決定し、ロケーションを解決するための全ての計算操作は、クライアントによって実行され得る。

リクエストは、エムペグ（ＭＰＥＧ）−２のトランスポートストリーム（ＭＰＥＧ−２　ＴＳ）バウンダリー用のパラメータ、国際標準化機構（ＩＳＯ）メディアファイルバウンダリー用のパラメータ、及び、生のバイトシーケンスと見做されるファイル用のパラメータのうち、少なくとも１つを含み得る。

メタデータは、コンテンツレベルの情報、インターバルレベルの情報、ＱｏＳ情報、及びマッピング情報に物理的に分離され得る。そして、コンテンツレベルの情報、インターバルレベルの情報、ＱｏＳ情報、及びマッピング情報の関連する部分どうしをリンクすることは、参照によって実行され得る。

本発明の更なる一態様によれば、１つ以上のインターバルを含むコンテンツを、サーバが提供するための方法が提供される。その方法は、コンテンツのインターバルのメタデータをクライアントに送信することと、メタデータに基づいて選択されかつインターバルに対して好適なフラグメントを求めるリクエストをクライアントから受信することと、コンテンツを構文解析す

ることと、フラグメントに対して好適なデータ部分を抽出することと、フラグメントをクライアントに送信することと、を含む。

本発明の更なる一態様によれば、1つ以上のインターバルを含むコンテンツを処理するためのクライアントが提供される。そのクライアントは、コンテンツのインターバルのメタデータを、サーバから受信し、インターバルに好適なフラグメントを求めるリクエストを、サーバに送信し、フラグメントをサーバから受信するための送受信機と、メタデータを処理し、処理したメタデータに基づいて、インターバルに対して好適なフラグメントを選択するためのコントローラと、を含む。

【発明の効果】

本発明の実施形態によれば、コンテンツの再生中、初期にバッファリングされるメディアの最小量を指定することができる。

また、本発明の実施形態によればユニフォームリソースロケーター（ＵＲＬ）によって示されるターゲットから、ある指定の範囲内のバイト数の情報を受信し、コンテンツを再生することができる。

【図面の簡潔な説明】

【図１】本発明の一態様による、信号情報のカテゴリを示す図である。

【図２】本発明の一態様による、信号情報のカテゴリを示す図である。

【図３】本発明の一態様による、コンテンツ分割のヒエラルキーと、信号情報のレベルとを示す図である。

【図４】本発明の一態様による、ＭＰＥＧ（Ｍｏｖｉｎｇ　Ｐｉｃｔｕｒｅ　Ｅｘｐｅｒｔｓ　Ｇｒｏｕｐ）－２のトランスポートストリーム（ＭＰＥＧ－２　ＴＳ）における仮想的バウンダリーを検知することを示す図である。

【図５】本発明の一態様による、クライアント１００の構成を示す図である。

【図６】本発明の一態様による、クライアント１００の構成を示す図である。

【発明を実施するための最良の方法】

ここで本発明の実施形態を詳細に説明するが、その実施例については、付属の図面に描かれ、図面においては、同様の要素には同様の符号が付されている。本発明を説明するために、図面を参照しながら以下に実施形態を詳細に説明する。

ＨＴＴＰ上での動的アダプティブストリーミング（Ｄｙｎａｍｉｃ　Ａｄａｐｔｉｖｅ　Ｓｔｒｅａｍｉｎｇ　ｏｖｅｒ　ＨＴＴＰ＝ＤＡＳＨ）は、１）ＨＴＴＰサーバからＨＴＴＰクラ

イアントへ、メディアコンテンツの送信することと、2）標準的なＨＴＴＰキャッシュに、コンテンツをキャッシュすることと、を可能にするフォーマットを指定し得る。

図１は、本発明の一態様による、コンテンツ処理方法を示すフローチャートである。

メディアコンポーネントは、個別のメディアタイプのエンコード化されたバージョンであり得るが、そのメディアタイプの例としては、例えば帯域幅、言語、又は解像度のような具体的な属性を有する、オーディオ、ビデオ、又は時限テキストなどが挙げられる。

メディアコンテンツは、共通のタイムラインを有する、例えばオーディオ、ビデオ、又は時限テキストのようなメディアコンポーネントのセットであり得る。また、メディアコンポーネントは、そのメディアコンポーネントどうしを、プログラム又はムービーとしてどのように提供するか（例えば、個別に、一緒に、又は相互に排他的に提供するか）を示す関係を有し得る。

メディアコンテンツという用語と、コンテンツという用語は相互交換可能に用いられ得る。

メディアプレゼンテーションとは、連続するメディアコンポーネントを含む、メディアコンテンツの有限又は無限のプレゼンテーションを樹立するために用いられるデータの、構造化されたコレクションであり得る。

換言すれば、メディアプレゼンテーションとは、ユーザーにストリーミングサービスを提供するために、ＤＡＳＨクライアントへのアクセスを可能にするデータの、構造化されたコレクションであり得る。

メディアプレゼンテーション記述（Ｍｅｄｉａ　Ｐｒｅｓｅｎｔａｔｉｏｎ　Ｄｅｓｃｒｉｐｔｉｏｎ　＝　ＭＰＤ）は、メディアプレゼンテーションの形式化された記述であり得る。

メディアプレゼンテーションは、ＭＰＤの起こり得るアップデートを含んでいてもよいが、そのＭＰＤによって記述されていてもよい。

コンテンツは、オンデマンドのコンテンツ又はライブコンテンツであり得る。

コンテンツは１つ以上のインターバルに分割され得る。換言すれば、コンテンツは１つ以上のインターバルを含み得る。

インターバルという用語は、ピリオドという用語と相互交換可能に用いられ得る。ピリオドという用語は、第三世代パートナーシッププロジェクト（３ｒｄ　Ｇｅｎｅｒａｔｉｏｎ　Ｐａｒｔｎｅｒｓｈｉｐ　Ｐｒｏｊｅｃｔ＝３ＧＰＰ）のアダプティブＨＴＴＰストリーミングの用語として使用され得る。

ピリオドは、メディアプレゼンテーションのインターバルであり得る。全てのピリオドの連続するシーケンスは、メディアプレゼンテーションを形成し得る。

換言すれば、メディアプレゼンテーションは、１つ以上のピリオドを含み得る。

１つ以上のインターバルが、基本的な単位であり得る。１つ以上のインターバルは、信号メタデータによって記述され得る。換言すれば、メタデータは、１つ以上のインターバルの各々を記述し得る。

メタデータは、ＭＰＤであり得る。

ＭＰＤは、セグメント用のリソース識別子を通知するためのフォーマットを定義し得る。ＭＰＤは、メディアプレゼンテーションにおいて識別されるリソースに関するコンテクストを提供し得る。リソース識別子は、ＨＴＴＰのユニフォームリソースロケータ（ＵＲＬ）であり得る。ＵＲＬは、バイト範囲属性によって制約され得る。

各インターバルは、フラグメントに分割され得る。

フラグメントという用語は、セグメントという用語と相互交換可能に用いられ得る。セグメントという用語は、３ＧＰＰのアダプティブＨＴＴＰストリーミングの用語として使用され得る。

セグメントとは、例えば、ＲＦＣ　２６１６において定義される、ＨＴＴＰ－ＵＲＬに対する、ＨＴＴＰ／１．１　ＧＥＴリクエスト（又は、バイト範囲によって示される部分へのＧＥＴリクエスト）に対する応答の実体的本体部を指す。メタデータは、ＵＲＬ属性と、範囲属性とを含み得る。クライアントは、ＵＲＬ属性によって示されるＵＲＬから、範囲属性によって指定されるバイト数の情報を受信し得る。換言すれば、バイト範囲により指示される上記のバイト数の情報が、ＵＲＬに対する部分的ＨＴＴＰ　ＧＥＴコマンドによって受信され得る。範囲属性により指定されるバイト数の情報は、上述のセグメントを表し得る。

範囲属性は、複数のバイト範囲を示し得る。

クライアントは、受信したバイト数の情報（すなわちセグメント）を用いてメディアコンテンツを再生し得る。

サブセグメントとは、セグメントレベルにおいてセグメントインデックスによってインデックス化され得る、セグメント内の最も小さい単位を指し得る。

１つのインターバルに対応する、フラグメントの２つ以上のセットが存在してもよい。それらのセットの各々を、オルタナティブと呼んでもよい。

オルタナティブは、レプレゼンテーション（又はエクスプレッション）と相互交換可能に用いられ得る。

各ピリオドは、１つ以上のグループを含み得る。

各グループは、同じメディアコンテンツの１つ以上のレプレゼンターションを含み得る。

レプレゼンテーションとは、1つのピリオド内の1つ以上のメディアコンポーネントの、構造化されたコレクションを指し得る。

MPD（またはMPD要素）は、クライアントが1つ以上のレプレゼンテーションを選択することを可能にする記述情報を提供し得る。

ランダムアクセスポイント（Ｒａｎｄｏｍ　Ａｃｃｅｓｓ　Ｐｏｉｎｔ＝ＲＡＰ）とは、メディアセグメント内の具体的なロケーションであり得る。ＲＡＰは、あるメディアセグメント内に含まれる情報のみを用いて、再生がＲＡＰのロケーションから連続的に開始され得るロケーションとして識別され得る。

各レプレゼンテーションは、1つ以上のセグメントにより形成され得る。換言すれば、1つのレプレゼンテーションは、1つ以上のセグメントを含み得る。

ＭＰＤは、ＤＡＳＨクライアントに適切なＨＴＴＰ－ＵＲＬを形成させて、1）セグメントにアクセスし、かつ2）ユーザーにストリーミングサービスを提供するために必要となるメタデータを含むドキュメントであり得る。ＨＴＴＰ－ＵＲＬは、絶対的なものであっても、又は相対的なものでもものでもあり得る。

ＭＰＤは、拡張マークアップ言語（ＸＭＬ）のドキュメントであってもよい。

ＭＰＤは、ＭＰＤ要素を含み得る。ＭＰＤは単一のＭＰＤ要素のみを含んでいてもよい。

クライアント100は、ＤＡＳＨクライアントであってよい。

ＤＡＳＨクライアントは、ＲＦＣ　2616によって指定されるクライアントと互換であり得る。

ＤＡＳＨクライアントは、セグメント又はセグメントの部分にアクセスするために、典型的には、ＲＦＣ　2616において指定されるＨＴＴＰ　ＧＥＴ法又はＨＴＴＰパーシャルＧＥＴ法を使用し得る。

サーバ110は、ＤＡＳＨセグメントに対するホスティングを実行し得る。サーバ110は、ＲＦＣ　2616によって指定されるサーバと互換であり得る。

オペレーション120において、クライアント100はサーバ110から、1）コンテンツのメタデータ、又は2）コンテンツの具体的インターバルのメタデータ、を受信し得る。換言すれば、サーバ110は、クライアント100に対して、1）コンテンツのメタデータ、又は2）コンテンツの具体的インターバルのメタデータ、を送信し得る。具体的インターバルは、コンテンツを形成している1つ以上のインターバルのうちの、現在処理されているインターバルを示し得る。

オペレーション130においては、クライアント100は、具体的インターバルのメタデータを処理し得る。

オペレーション１４０においては、クライアント１００は、フラグメントへのリクエストを、サーバ１１０に対して送信し得る。クライアント１００は、サーバ１１０に対して、処理されたメタデータに基づいて、具体的なインターバルに対して好適なフラグメントを送信するようにリクエストし得る。換言すれば、リクエストされるフラグメントは、メタデータに基づいて選択され得る。

オペレーション１４５においては、一部の場合において、サーバがコンテンツ（例えば、スケーラブルビデオコーディング（ＳＶＣ）用のエムペグ（ＭＰＥＧ）レイヤー４（ＭＰ４）ファイル）を構文解析して、リクエストされたフラグメントに対して好適なデータパートを抽出する必要があり得る。

オペレーション１５０においては、サーバ１１０は、クライアント１００からの各リクエストに好適なフラグメントを、クライアント１００に対して送信し得る。クライアント１００は、サーバからフラグメントを受信し得る。

続いて、処理全体が最初から実行され得る。換言すれば、オペレーション１２０が、先ほどの具体的なインターバルの次のインターバルに対して繰り返され得る。

クライアント１００は、オペレーション１２０から１５０が繰り返されている間に、受信したフラグメントを用いてコンテンツを再生し得る。

図２は、本発明の一態様による、信号情報のカテゴリを示す図である。

信号情報（すなわち、メタデータ）は、以下のカテゴリ１）～４）に分けられ得る。

１）一般的情報２１０：コンテンツの一般的な記述と、各インターバルの一般的記述、例えば継続時間及び開始時刻などを含む。

２）サービスのクオリティ（ＱｏＳ）情報２２０：各オルタナティブの、例えば、ビットレート、解像度、クオリティなどのような特徴を記述している。換言すれば、ＱｏＳ情報は、コンテンツのオルタナティブの各々の特徴を記述している。

オルタナティブとは、現実に存在するもの（即ち、予め作製されたもの）であってもよく、あるいは、仮想的なもの（即ち、オンザフライで作製されるもの）であってもよい。オルタナティブの情報に基づいて、クライアントは、適切なオルタナティブのフラグメントを選択し得る。これによって、端末およびネットワークへのアダプティビティ（適応性）がサポートされ得る。

３）マッピング情報２３０：コンテンツを読み出すためのロケーションを記述する。具体的なケースによって、異なるオルタナティブが同じロケーションを有していても、異なるロケーションを有していてもよい。

４）クライアントリクエスト２４０：このタイプの信号情報は、ＨＴＴＰ　１．１のリクエストメッセージのフォーマットに準拠し得る。図１に示すように、クライアントによってリクエストされるパラメータは、カテゴリ１）から３）の情報に由来するものであり得る。

信号の目的は以下の１）から４）である：

１）異なるメディアストーレッジ／配信方法のサポート：信号情報は、ストーレージ及び配信に関する典型的なケース（及び様々なケース）をサポートするのに十分な程度に一般的なものであり得るが、そのようなケースには、ＭＰＥＧ－２トランスポートストリーム（ＴＳ）、アドバンストビデオコーディング（Ａｄｖａｎｃｅｄ　Ｖｉｄｅｏ　Ｃｏｄｉｎｇ＝ＡＶＣ）／ＳＶＣオルタナティブを含むＭＰ４ファイルなどが挙げられる。また、技術的に高度なシナリオにおいては、多チャンネル配信が必要とされ得る（例えば、単一のＨＴＴＰ接続におけるＳＶＣレイヤー）。

２）アダプティビティに関する意思決定の異なるケースのサポート：信号情報は、意思決定の異なるロケーション（クライアントベースのケース、分配型のケース、サーバベースのケース）をサポートするようにフレキシブルであり得る。

３）効率性：信号情報のフォーマットは、小さいデータサイズ及び容易な取扱（例えば、構文解析又は修正）を実現可能とするものであり得る。

４）標準的なＨＴＴＰリクエストとの互換性：信号情報は、リクエストパラメータがエクステンション（例えば、新たなヘッダフィールド）を必要とせずにＨＴＴＰ　１．１リクエストメッセージに記述され得るように、適切な記述アイテムを提供し得る。

図３は、本発明の一態様による、コンテンツ分割のヒエラルキーと、信号情報のレベルとを示す図である。

本発明の一実施形態によるメタデータの信号化は、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、及びマッピング情報３４０に、物理的に分離するものであってもよい。コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、及びマッピング情報３４０の関連する部分へのリンクは、参照によって実行され得る。

信号情報のこれらの部分は、フレキシビリティをサポートするために、異なるやり方で組み合わされ得る。

例えば、コンテンツレベル情報３１０及びインターバルレベル情報３２０だけがクライアントに送信されるという場合には、オルタナティブを決定し、ロケーションを解決するための全ての計算操作がサーバによって実行され得る。したがって、コンテンツレベル情報３１０及びインターバルレベル情報３２０だけがクライアントに送信されるという場合には、処理モデルは「サーバベース」となり得る。

コンテンツレベル情報３１０、インターバルレベル情報３２０、及びＱｏＳ情報３３０がクライアントに送信されるという場合には、オルタナティブを決定し、ロケーションを解決するための全ての計算操作は、クライアントとサーバに対して分配されて実行され得る。したがって、コンテンツレベル情報３１０、インターバルレベル情報３２０、及びＱｏＳ情報３３０がクライアントに送信されるという場合には、モデルは「分配型」となり得る。

全ての信号情報（すなわち、コンテンツレベル情報３１０、インターバルレベル情報３２０、ＱｏＳ情報３３０、及びマッピング情報３４０）がクライアントに送信されるという場合には、大部分（又は全ての）処理（すなわち、オルタナティブを決定し、ロケーションを解決するための全ての計算操作）がクライアントによって実行されるので、モデルはクライアントベースとなり得る。

メタデータ部分の分離によって、保存と配信との効率化が可能となり得る。例えば、あるセッションにおいては、コンテンツレベル情報３１０のメタデータは１回だけ送信され、インターバルレベル情報３２０のみが定期的に更新され得る。同様に、ＱｏＳ情報３３０を含む単一のファイルが、異なるインターバル及び異なるコンテンツ用に使用され得る。

メタデータの１つのセットを表現するためには、例えば、ＸＭＬ、擬似コード、セッション記述プロトコル（Ｓｅｓｓｉｏｎ　Ｄｅｓｃｒｉｐｔｉｏｎ　Ｐｒｏｔｏｃｏｌ＝ＳＤＰ）などの、様々な方法が存在する。

ＸＭＬは、記述用の一般的言語であり得る。ＸＭＬは、ほぼすべてのことを記述するためのリッチなツールを提供し得る。またＸＭＬは、非常に良好に構造化され得るものであり、データベースの構築に好適なものとなり得る。しかしながら、ＸＭＬには、その複雑さやデータサイズの肥大化という不利な面もあり得る。特に、ＸＭＬでの記述には、メタデータの構文解析及び処理を行うための特別なソフトウェア（例えば、ドキュメントオブジェクトモデル（Ｄｏｃｕｍｅｎｔ　Ｏｂｊｅｃｔ　Ｍｏｄｅｌ＝ＤＯＭ）又は、ＸＭＬ用シンプルアプリケーションプログラミングインターフェイス（Ｓｉｍｐｌｅ　Ａｐｐｌｉｃａｔｉｏｎ　Ｐｒｏｇｒａｍｍｉｎｇ　Ｉｎｔｅｒｆａｃｅ　ｆｏｒ　ＸＬＭ＝ＳＡＸ）が必要となり得る。ＸＭＬはしばしば、ビットストリーム（ＭＰＥＧ−１、ＭＰＥＧ−２のビデオビットストリーム、及びファイルフォーマット）のシンタックス用に用いられ得る。上記のアプローチのメリットの１つに、記述がコンパクトであることがあるが、様々なタイプのシンタックス要素を記述するのには十分にフレキシブルであるとは言えない場合がある。

本発明の実施形態においては、ＸＭＬと擬似コードとの両方が、信号シンタックスを表現するために使用され得る。ＸＭＬシンタックスは、ＭＰＥＧ−２１及び類似のスキーマに基づくＸＭＬプロファイルをサポートするクライアント用に用いられ得る。他方、擬似コードシンタックスは、国際標準化機構（Ｉｎｔｅｒｎａｔｉｏｎａｌ　Ｏｒｇａｎｉｚａｔｉｏｎ　ｆｏｒ　Ｓｔａｎｄａｒｄｉｚａｔｉｏｎ＝ＩＳＯ）のベースメディアファイルフォーマット等の「言語」に基づいたものであり得るが、非ＸＭＬクライアントによって使用され得る。特に、擬似コードシンタックスのプロファイルは、ファイルフォーマットの構文解析モジュールに類似した構文解析モジュールを用い得る。上記の目的でのシンタックスを設計するために、以下の実施形態において、共通の要素の表を定義して、各フォーマットでの要素を表現する場合がある。

提案されるシンタックスは、任意の他の言語によって表現されてもよい。

以下に一般的なシンタックス要素の表を説明する。

以下の表においては、シンタックス要素は階層的に説明され得る。換言すれば、子要素は当該子要素の親要素の右側の列に示され得る。「リーフ」要素は、斜字体で、親要素は太字で示される場合もあり得る。親要素は、対応するXMLタイプ及びファイルボックスによって表現され得る。

オカレンス（発生数）の列において、「0...N」は、オカレンス要素のインスタンスの数が、ゼロから「無限」までであることを意味し得る。オカレンスの最小値であるゼロ(0)は、ある要素が任意選択的要素である（すなわち存在しない場合もあり得る）ということを意味し得る。1以上の最小オカレンスは、ある要素がシンタックスにおいては必須であることを意味し得る。

オカレンスという用語は、カーディナリティ（濃度）という用語と相互交換可能に用いられ得る。

タイプの行において「A」は、属性を示し、「E」は要素を示す。任意性の列においては、「M」は必須であることを示し、「O」は任意選択的であることを示す。属性の場合に、「M」は必須であることを、「O」は任意選択的であることを、「OD」はデフォルトでは任意選択的であることを、「CM」は条件付きで必須であることを示す。要素の場合、要素は、〈minOccurs（最小オカレンス）〉...〈maxOccurs（最大オカレンス）〉として表現され得る。ここで「N」は無限を表し得る。

上記の意味は、本明細書における他の表においても同様に適用され得る。

また、QoSInfo は、QoSInfo をより具体的にするために AdaptationInfo とも称され得る。更に、少数の要素が見直されて、シンタックスをよりフレキシブルにする場合もあり得る。

以下の表１では、一般的な情報を説明する。

表１

| | | | 発生数 | セマンティックス | XMLシンタックス（MPEG－２１による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| HttpStr | | | 1 | ＨＴＴＰストリーミング用信号メタ | HttpStreamingType | `htps` box |

| | | | | データのトップレベル要素を記述する。 | | |
|---|---|---|---|---|---|---|
| | GeneralInfo | | 0...N | 記述されたコンテンツの一般的な情報を含む。 | GeneralInfoType | `geni`box |
| | | TimeScale | 0...1 | 1秒間に含まれる時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間に関連する要素と共に用いる。 | integer | unsigned int(32) |
| | | LiveStartTime | 0...1 | LiveStartTime 要素が存在しない場合に、コンテンツは VoD タイプとなる。LiveStartTime 要素が存在すると言うことは、LiveStartTime の時刻値で表示されるライブコンテンツを示す。LiveStartTime が時刻値ゼロ(0)を有する場合、表示時刻は不明である。 | dateTime | unsigned int(64) |
| | | Duration | 0...1 | 存在する場合には、この値はコンテンツの継続時間を示す。存在しない場合には、継続時間は不明である。 | integer | unsigned int(32) |
| | | DefaultIntDuration | 0...1 | 存在する場合には、この値は、コンテンツの各インターバルのデフォ | integer | unsigned int(32) |

| | | | | ルトの継続時間を示す。 | | |
|---|---|---|---|---|---|---|
| | | MinUpdateTime | 0...1 | 存在する場合には、この値は、メインの記述ファイルを再びリクエストするまでの最小の待機時間を示す。 | integer | unsigned int(32) |
| | | ConsistentQoSInfo | 0...1 | この値が真である場合には、ＱｏＳ情報が、コンテンツ全体の継続時間と同じであることを示す。 | Boolean | flag of the box |
| | | DefaultContentLoc | 0...1 | コンテンツのデフォルトのロケーションを提供する。 | anyURI | string of URL |
| | IntervalsRef | | 0...N | Interval 要素の1つ以上のインスタンスを含む記述への参照を提供する。Interval 要素の1つ以上のインスタンスは、連続するインターバル（複数可）のシーケンスを表す。 | IntervalsRefType | `iref` box |
| | Interval | | 0...N | コンテンツのインターバルの情報を提供する。インターバルの情報は、要素のインスタンスとして含まれ得るか、又は、IntervalsRef 要素によって参照され得る。 | IntervalType | `intv` box |
| | | IntervalInfo | 0...1 | インターバルの一般的情報を提供する。 | IntervalInfoType | `inti` box |
| | | QoSInfoRef | 0...1 | 要素によって表される記述への参照を提供する。 | dia:ReferenceType | `qref` box |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | QosInfoRef 要素が存在する場合には、QoSInfo 要素は同じレベルには存在しない場合があり得る。 | | |
| | | QoSInfo | 0...1 | コンテンツのオルタナティブに関する情報、例えばリソースの特性、及びクオリティ／ユーティリティに関する情報を提供する。QoSInfo 要素が存在する場合には、QoSInfoRef 要素は存在しない場合があり得る。 | QoSInfoType | `QoSi` box |
| | | MappingInfoRef | 0...1 | MappingInfo 要素によって表される記述への参照を提供する。MappingInfoRef 要素が存在する場合には、MappingInfo 要素は同じレベルには存在しない場合があり得る。 | dia:ReferenceType | `mref` box |
| | | MappingInfo | 0...1 | コンテンツのオルタナティブのロケーションに関する情報を提供する。この情報が提供されない場合には、DefaultContentIntLoc 要素（もしそうでない場合には、DefaultContentLoc 要素）をコンテンツの読み出しに使用することができる。 | MappingInfoType | `mapi` box |

| | | | | MappingInfo 要素が存在する場合には、MappingInfoRef 要素は存在しない場合があり得る。 | | |
|---|---|---|---|---|---|---|
| | | NextIntervalsRef | 0...1 | 次のインターバル（複数可）への参照を提供する。次のインターバル（複数可）の情報は、Interval 要素の 1 つ以上のインスタンスを含む記述である。次のインターバル（複数可）の情報は、Interval 要素によって表される記述である。NextIntervalsRef 要素を用いれば、クライアントは、HttpStr 要素によって表されるメインの記述をリロードする必要がない。現在の時間窓内では、最後のインターバルのみが、NextIntervalsRef 要素を含み得る。 | IntervalsRefType であり、dia:ReferenceType から拡張され得る。 | `nref` box |
| | | PreviousIntervalsRef | 0...1 | 先行するインターバル（複数可）への参照を提供する。次のインターバル（複数可）の情報は、Interval 要素の 1 つ以上のインスタンスを含む記述である。次のインターバル | IntervalsRefType であり、dia:ReferenceType から拡張され得る。 | `nref` box |

| | | | | （複数可）の情報は、Interval 要素によって表される記述である。PreviousIntervalsRef 要素を用いれば、クライアントは、HttpStr 要素によって表されるメインの記述をリロードする必要がない。現在の時間窓内では、最初のインターバルのみが、NextIntervalsRef 要素を含み得る。 | | |
|---|---|---|---|---|---|---|

以下の表 2 は、`IntervalsRef`、`NextIntervalsRef`、`PreviousIntervalsRef`、`QoSInfoRef`、`MappingInfoRef`、及び `IntervalInfo` を説明する。

表 2

| | | 発生数 | セマンティクス | XMLシンタックス（ＭＰＥＧ－２１による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|
| QoSInfoRef,<br><br>MappingInfoRef | Index | 1 | 参照された記述又はボックス（Interval、QoSInfo、MappingInfo）の、次のLocation 要素によって参照された記述ファイル内での（1から始まる）順序を示す。 | 該当せず。 | unsigned int(8) |
| | Location | 1 | Interval、QoSInfo、又 | uri element in dia:ReferenceType | string (representing url) |

| | | | は MappingInfo によって表される記述への参照を提供する。 | | |
|---|---|---|---|---|---|
| IntervalInfo | TimeScale | 0...1 | 1秒間に含まれる時間単位の数を記述する。この値は、時間単位が指定されていない場合に、時間に関連する要素と共に用いる。TimeScale 要素であって、存在する場合には、GeneralInfo によって提供される時間スケールよりも優先される。 | Integer | unsigned int(32) |
| | StartTime | 0...1 | インターバルの開始時刻を示す。 | | |
| | Duration | 0...1 | インターバルの継続時間を示す。 | Integer | unsigned int(32) |
| | DefaultFragDuration | 0...1 | インターバルのデフォルトの継続時間を示す（ただし、最後のフラグメントを除く）。 | Integer | unsigned int(32) |
| | DefaultContentIntLoc | 0...1 | コンテンツインターバルのデフォルトのロケーションを提供する。 | anyURItype | string |

| | Last | 0...1 | この値が真である場合には、コンテンツの最後のインターバルを示す。 | Boolean | by flag |
|---|---|---|---|---|---|
| IntervalsRef, PreviousIntervals Ref, NextIntervalRef | startTime | | コンテンツの開始時刻（ライブコンテンツの場合にはLiveStartTime、オンデマンドコンテンツの場合にはゼロ(0)）に対するインターバル／ピリオドの参照されたシーケンスの開始時刻を示す。 | xs:duration | |
| | AvailableTime | 0...1 | 次のインターバルの記述が入手可能になる時刻を示す。この値は、コンテンツの開始時刻からの相対的時刻である。 | integer | unsigned int(32) |
| | Index | 1 | 参照されたインターバルの記述（又はボックス）の、次のLocation要素によって参照された記述ファイル内での（1から始まる）順序を示す。 | 該当せず。 | unsigned int(8) |
| | Location | 1 | Intervalの記述を含む記述ファイルへの | sx:anyURI type or uri element in | string (representing url) |

| | | | 参照を提供する。 | dia:ReferenceType | |

以下の表3は、QoSInfo 要素を説明する。

表3

| | | | 発生数 | セマンティックス | XMLシンタックス（MPEG−21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| QoSInfo | | | 1 | コンテンツのオルタナティブのリストに関する情報、例えばリソースの特性、及びクオリティ／ユーティリティに関する情報を提供する。 | QoSInfoType であって、dia:AdaptiveQoSType の UtilityFunction を含む。 | `QoSi`box |
| | ClassSchemeRef | | 0...1 | 分類スキームのリストを提供する。分類スキームは、一部の用語および名称に対するセマンティックスを提供する。 | dia:DescriptionMetadataType | `csmr`box |
| | | Scheme | 1...N | 分類スキームへの参照を提供する。 | Attr. alias & href in dia:DescriptionMetadataType | a url string |
| (1) | Resource | | 0...N | Resource 要素の各インスタンスは、オルタナティブのリストに対して、あるリソースタイプの | DIA Utility-FunctionType 内における dia:UFDataType の要素制約 | `resi`box |

| | | | | 特性値（例え<br>ば、ビットレ<br>ート）を記述<br>する。 | | |
|---|---|---|---|---|---|---|
| (2) | AdaptationOpe<br>rator | | 0...<br>N | AdaptationOpe<br>rator 要素の各<br>インスタンス<br>は、オルタナ<br>ティブのリス<br>トに対して、<br>あるアダプテ<br>ーションタイ<br>プの値（例え<br>ば、一時的レ<br>イヤーを取り<br>除く）を記述<br>する。 | dia:UFDataType | `adpo`<br>box |
| (3) | Utility | | 0...<br>N | Utility 要素の各<br>インスタンス<br>は、オルタナ<br>ティブのリス<br>トに対して、<br>あるクオリテ<br>ィ／ユーティ<br>リティタイプ<br>（例えば<br>MOS）におけ<br>る値を記述す<br>る。 | dia:UFDataType | `util`<br>box |
| | UtilityRank | | 0...<br>1 | オルタナティ<br>ブのリストに<br>対して、クオ<br>リティのラン<br>キングを記述<br>する。 | dia:UtilityRankType | `utir`<br>box |
| | | Value | 1...<br>N | ある1つのオ<br>ルタナティブ<br>のクオリティ<br>／ユーティリ<br>ティランクを<br>示す。Value 要<br>素のインスタ<br>ンスの数は、<br>オルタナティ | integer | unsigne<br>d<br>int(16) |

| | | | ブの数と等し
い。 | | |
|---|---|---|---|---|---|

以下の表4は、表3の、（1）Resource、（2）AdaptationOperator、及び（3）Utility
の、共通のセマンティックスを示す。

表4

| | | 発生数 | セマンティック
ス | XMLシンタック
ス（MPEG－2
1による） | 擬似コード
（ファイル
フォーマッ
トボック
ス） |
|---|---|---|---|---|---|
| 要素(1)、
(2)、(3) | Name | 1 | あるタイプの要
素に対する識別
子を記述する。
その識別子がそ
の意味に関して
上記の実施形態
によって定義さ
れていない場合
には、次の3つ
の要素が使われ
て、ある分類ス
キームにおける
その識別子のセ
マンティックス
を見出す。 | Att.`iOPinRef`, ref.
a CS term | unsigned
int(32) |
| | CSref_ind | 0...1 | ClassSchemeRef
要素によって提
供されるリスト
内の分類スキー
ムの参照インデ
ックスを示す。 | 該当せず。 | unsigned
int(16) |
| | LevelNum | 0...1 | レベルの数を示
す。 | 該当せず。 | unsigned
int(16) |
| | LevelIndex | 1...N | LevelIndex 要素
の各インスタン
スは、その分類
スキームのある
レベルでのイン
デックス値を表
す。 | 該当せず。 | unsigned
int(16) |
| | Value | 1...N | オルタナティブ
のリソースタイ | Component in
dia:VectorDataType | unsigned
int(32) |

| | | | | プ（アダプテーションオペレータ、又はユーティリティ）の値を示す。Value要素のインスタンスの数は、オルタナティブの数と等しい。 | | |

以下の表5は、マッピング情報を示す。

表5

| | | | 発生数 | セマンティックス | XMLシンタックス（MPEG－21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|
| MappingInfo | | | 0...1 | | MappingInfoType | `mapi`box |
| | AlterLocID | | 0...1 | QoSInfoに記述される各オルタナティブのロケーションIDを提供する。AlterLocID要素が存在しない場合、全てのオルタナティブに対して、ロケーションリスト内の最初のロケーションが用いられ得る。 | dia:IntegerVectorType | `aloc`box |
| | | Value | 1...N | あるオルタナティブに対するロケーションIDのロケーションを示す。この要 | integer | unsigned int(16) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 素のインスタンスの数は、オルタナティブの数と等しい。Value 要素の n 番目のインスタンスは、オルタナティブ of QoSInfo 記述の n 番目のオルタナティブに対応する。 | | |
| | ReqQoSPara | | 0...N | クライアントからサーバに送信されるリクエスト（オルタナティブのリクエスト）に記載され得る QoSInfo のパラメータを示す。パラメータは、Resource 要素、AdaptationOperator 要素、Utility 要素、又は UtilityRank 要素のインスタンスであり得る。 | ReqQoSParaType that extends dia:BooleanVectorType | `reqp` box |
| | | RefIndex | 1 | AdaptationOperator 要素、Utility 要素、及び UtilityRank 要素のインスタンスリスト内のインスタンスインデックス／参照を示す。 | QoSInfo 内の IOPin を参照する `iOPinRef` 属性によって表される。 | unsigned int(16) |
| | | All | 1 | この値が真である場合には、パラメータは全てのオルタナティブに対してリクエストされる必 | boolean | Flag |

| | | | | 要があり、ReqFlag はスキップされ得る。 | | |
|---|---|---|---|---|---|---|
| | | ReqFlag | 0...N | ReqFlag 要素の各インスタンスは1つのオルタナティブに対応する。ReqFlag が真である場合には、対応するオルタナティブへのリクエストが、上で識別されたパラメータを有する。 | component of BooleanVectorType | unsigned int(8) |
| | LocationList | | 1 | コンテンツオルタナティブを読み出すためのロケーションのリストを提供する。 | LocationListType | `locl` box |
| | | Location | 1...N | ロケーションの情報を提供する。 | LocationType | `loca` box |

Location 要素のセマンティックスが、表6に示すように更に提供され得る。

表6

| | | | | 発生数 | セマンティックス | XMLシンタックス（MPEG－21による） | 擬似コード（ファイルフォーマットボックス） |
|---|---|---|---|---|---|---|---|
| Location | | | | 1...N | | Location Type | `loca` box |

| | LocID | | | 1 | Location 要素のインスタンスのＩＤを示す。Location 要素は、AlterLocID によって参照される。 | integer | unsigned int(16) |
|---|---|---|---|---|---|---|---|
| | StrLocation | | | 0...N | コンテンツインターバルのロケーション情報を提供する。各ストリームは、1つのストリームＵＲＬ又は複数のフラグメントＵＲＬによって提供される。 | StrLocationType | `stlo` box |
| | | FragNum | | 0...1 | フラグメントの数を提供する。 | integer | unsigned int(16) |
| | | StreamUrl | | 0...1 | 1つのストリームのＵＲＬを提供する。 | anyURI type | string |
| | | FragmentUrl | | 0...N | 1つのフラグメントのＵＲＬを記述する。FragmentUrl 要素のインスタンスの数は、フラグメントの数である。 | anyURI type | string |
| | | FragTime | | 0...1 | フラグメントの継続時間を提供する。 | dia:VectorDataType | `frtm` box |
| | | | Value | 1...N | 1つのフラグメントの継続時間を示す。Value 要素の | integer | unsigned int(32) |

| | | | | | インスタンスの数は、フラグメントの数である。 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | RandAccess | | 0...1 | ランダムアクセスをサポートするフラグメントを記述する。 | dia:VectorDataType | `rdac` box |
| | | | Value | 1...N | ランダムアクセスフラグメントの順序を示す | integer | unsigned int(16) |
| | | MP2TSPara | | 0...1 | ＭＰＥＧ−２ＴＳ形式のコンテンツ／プログラムのロケーションを特定するための追加的パラメータ（ＵＲＬ以外のパラメータ）を記述する。 | MP2TSParaType | `mp2p` box |
| | | | PID | 1...N | ＭＰＥＧ−２ＴＳ形式のコンテンツ／プログラムのＰＩＤの値を記述する。 | integer | unsigned int(16) |
| | | FragBoundaries | | 0...1 | ストリーム内の（仮想的）フラグメントどうしのバウンダリーを記述する。FragBoundaries 要素のインスタンスの数は、ストリームのフラグメントの数と等しい。1つの | FragBoundariesType | `frbd` box |

| | | | | | FragBoundari es インスタ ンスには、以 下の要素のう ちの１つのタ イプしか存在 しない。 | | |
|---|---|---|---|---|---|---|---|
| | | | MP2T SBoun dary | 0... N | ＭＰＥＧ－２ ＴＳにおける （仮想的）フ ラグメントの バウンダリー を検出するた めのパラメー タを記述す る。 MP2TSBound ary 要素の２ つのインスタ ンスが存在す る場合には、 その２つのイ ンスタンスは １つのフラグ メントの開始 バウンダリー と終了バウン ダリーであ る。 MP2TSBound ary 要素のイ ンスタンスが １つしか存在 しない場合に は、そのイン スタンスは開 始バウンダリ ーである。終 了バウンダリ ーは、次のフ ラグメントの 開始バウンダ リーの直前に | MP2TSBoundaryTy pe | `mp2 b` box |

| | | | | | あるというこ とになる。 | | |
|---|---|---|---|---|---|---|---|
| | | | ISOFil eBoun dary | 1... 2 | ＩＳＯベース メディアファ イルフォーマ ットによる フ ァイル内の （仮想的）フ ラグメントバ ウンダリーを 検出するため のパラメータ を記述する。 ISOFileBound ary 要素の２ つのインスタ ンスが存在す る場合には、 その２つのイ ンスタンスは １つのフラグ メントの開始 バウンダリー と終了バウン ダリーであ る。 ISOFileBound ary 要素のイ ンスタンスが １つしか存在 しない場合に は、そのイン スタンスは開 始バウンダリ ーである。終 了バウンダリ ーは、次のフ ラグメントの 開始バウンダ リーの直前に あるというこ とになる。 | ISOFileBoundaryTy pe | `isfb` box |
| | | | ByteR anges | 1 | ファイルの部 分／フラグメ | ByteRangesType | `brag ` box |

| | | | | ントを識別す<br>るバイト範囲<br>を記述する。<br>**ByteRanges**<br>要素によって<br>提供されるパ<br>ラメータは、<br>ＨＴＴＰリク<br>エストにおい<br>てバイト範囲<br>オプション用<br>に使用され得<br>る。 | | |
|---|---|---|---|---|---|---|

MP2TSBoundary、ISOFileBoundary、及び ByteRanges のセマンティックスが、表 7 に示すよう
に更に提供され得る。

表 7

| | | 発生<br>数 | セマンティ<br>ックス | ＸＭＬシンタックス<br>（ＤＩＡによる） | 擬似コー<br>ド（ＭＰ<br>４） |
|---|---|---|---|---|---|
| MP2TSBoundary | | | | MP2TSBoundaryType | `mp2b`<br>box |
| | PCR_PID | 1 | 問題のコン<br>テンツ／プ<br>ログラムの<br>ＰＣＲを搬<br>送するＰＩ<br>Ｄを記述す<br>る。 | integer | unsigned<br>int(16) |
| | PCR_base | 1 | ＰＣＲベー<br>スフィール<br>ドの値を記<br>述する。 | long | unsigned<br>int(40) |
| | PCR_ext | 1 | ＰＣＲエク<br>ステンショ<br>ンフィール<br>ドの値を記<br>述する。 | integer | unsigned<br>int(16) |
| | Appearance | 1 | 上記の２つ<br>の要素によ<br>って識別さ | integer | unsigned<br>int(16) |

| | | | | | |
|---|---|---|---|---|---|
| | | | れるＰＣＲ値を含むＴＳパケットの出現順序（例えば1番目、２番目）を記述する。ＰＣＲのリセット／不連続が存在する場合には、ＰＣＲ値は、１つのインターバル中に２回以上現れ得る。 | | |
| | Media_PID | 1...N | プログラムのメディア（例えばビデオ）のＰＩＤを記述する。Media_PID要素のインスタンスの数は、プログラム／コンテンツのフラグメントの数と等しい。 | integer | unsigned int(16) |
| | Media_Offset | 1...N | 上記の識別されたＰＣＲパケットからあるフラグメントの最初のメディアパケットまでのオフセット（同じメディアＰＩＤ | integer | unsigned int(16) |

| | | | | | |
|---|---|---|---|---|---|
| | | | のＴＳパケットにおけるオフセット）を記述する。Media_Offset のn番目のインスタンスは、Media_PID のn番目のインスタンスと関連付けられている。 | | |
| ISOFileBoundary | | | | ISOFileBoundaryType | `isfb` box |
| | SequenceNo | 1 | mfhd box 内に提供されるシーケンス数を記述する。mfhd box は、ＭＰ４ファイルのフラグメントを定義する。値がゼロ(0)である SequenceNo は、ファイルの先頭であることを示す。 | integer | unsigned int(16) |
| ByteRanges | | | | ByteRangesType | `brag` box |
| | Start | 1...N | バイト範囲の開始値を記述する。値`-1`は、ＨＴＴＰリクエストにおけるこの値が失われて | integer | unsigned int(32) |

| | | | いることを意味する。 | | |
|---|---|---|---|---|---|
| | End | 1...N | バイト範囲の終了値を記述する。値`-1`は、ＨＴＴＰリクエストにおけるこの値が失われていることを意味する。開始(Start)インスタンスと終了(End)インスタンスとは、対で存在する。End の n 番目のインスタンスは、Start の n 番目のインスタンスに関連付けられている。 | integer | unsigned int(32) |
| | Media_PID | 0...N | 上記の Start-End 対のバイト範囲から抽出される必要があるメディア（例えばビデオ）の PID を記述する。Media_PID 要素は、バイト範囲が MPEG-2 TS の 1 セグメントであり、全ての PID を配信す | integer | unsigned int(16) |

| | | る必要が必<br>ずしもない<br>という場合<br>に用いられ<br>る。 | | |
|---|---|---|---|---|

以下にクライアントのリクエストを説明する。

クライアントによって入手されるメタデータの信号は、信号情報の異なる部分又はレベルを含み得る。したがって、クライアントからサーバへのリクエストは、異なる詳細レベルのパラメータを含み得る。

クライアントのメインのパラメータは、ユニフォームリソースロケータ（ＵＲＬ）であり得るが、クエリ部分と関連付けられ得る。

３通りの主なシナリオが以下のように検討される。

１）サーバベースのシナリオ

サーバベースのシナリオにおいては、サーバからクライアントへ提供されるメタデータは、一般的コンテンツ情報３１０と、一般的インターバル情報３２０とを含み得る。

リクエストされたコンテンツのＵＲＩに対して、DefaultContentIntLoc（それがない場合には、DefaultContentIntLoc）が用いられ得る。クライアントがコンテンツの具体的なフラグメントをリクエストするのを可能にするために、以下のパラメータａ）及びｂ）が、（オペレーション１４０におけるリクエストの）クエリ部分において定義される。

ａ）「fragno」：インターバル内におけるフラグメントの順序を表す値。

ｂ）「fragti」：インターバル内でのフラグメントの開始時刻。

例えば、リクエストされるＵＲＩは、「HTTP://server.com/file.mp4?fragno=5」であってよい。）

２）分配型シナリオ

分配型のシナリオにおいては、サーバからクライアントへ提供されるメタデータは、一般的コンテンツ情報３１０と、一般的インターバル情報３２０と、ＱｏＳ情報３３０とを含み得る。

上記のパラメータに加えて、以下のＱｏＳ関連パラメータａ）からｃ）が、（オペレーション１４０内のリクエストの）クエリ部分において定義されることによって、クライアントが、適切なオルタナティブをリクエストするのが可能になっている。

ａ）"alter"：１つのオルタナティブの順序を表す値。オルタナティブの順序を表すこの値に基づいて、オルタナティブは、ＱｏＳ情報内に出現し得る。

ｂ）"oper1"，"oper2"，．．．，and "operN"："operi"は、QoS information 内に現れる、ｉ番目のアダプテーションオペレーションの値を有する。

ｃ）"res1"，"res2"，．．．，"resN"："resi"は、QoS information に現れる ｉ番目のリソースの値を有する。

１つのリクエスト内では、上記の３つのオプションのうちの１つだけしか使用され得ない。

典型的なアダプテーションオペレータとリソースタイプを想定すると、具体的なパラメータ名が、より良好に理解できることと、相互運用がより良好にできることのために定義され得る。

アダプテーションオペレータは以下のａ）からｅ）のようになっている。

ａ）audiolayers：廃棄されるべきスケーラブルオーディオレイヤーの数を示す。

ｂ）temporallayers：廃棄されるべきスケーラブルビデオの一時的レイヤーの数を示す。

ｃ）spatiallayers：廃棄されるべきスケーラブルビデオの空間的レイヤーの数を示す。

ｄ）qualitylayers：廃棄されるべきスケーラブルビデオのクオリティレイヤーの数を示す。

ｅ）prioritylayers：廃棄されるべきスケーラブルビデオのプライオリティレイヤーの数を示す。

リソースタイプは、以下のａ）からｄ）のようになっている。

ａ）bitrate：リクエストされたオルタナティブの平均ビットレート（ｋｂｐｓ）を示す。

ｂ）vertresolution：リクエストされたオルタナティブの垂直方向の解像度を示す。

ｃ）horiresolution：リクエストされたオルタナティブの水平方向の解像度を示す。

ｄ）framerate：リクエストされたオルタナティブのフレームレートを示す。

予め定義されたパラメータを用いると想定した場合のビットレートに基づいたリクエストされたＵＲＩの例は、"http://server.com/file.mp4?fragno=5&bitrate=550"のようなものであり得る。

３）クライアントベースのシナリオ

クライアントベースのシナリオにおいては、サーバからクライアントへ提供されるメタデータは、一般的コンテンツ情報と、一般的インターバル情報と、ＱｏＳ情報と、マッピング情報とを含み得る。

リクエストにおいて用いられるＱｏＳ関連パラメータは、QoSInfo メタデータの ReqQoSPara 部分に示され得る。例えば、ReqQoSPara の RefIndex がゼロ(0)又は空である場合には、"alter"パラメータが、他のオプションの代わりに用いられ得る。

QoSInfo メタデータ内に、ReqQoSPara が存在しない場合には、QoS 関連パラメータは使用されない場合があり得る。この場合のオルタナティブは、MappingInfo のロケーションによって暗に示され得る。

コンテンツのＵＲＩは、MappingInfo の豊かな記述から導かれ得る。コンテンツ／プログラムが、ＭＰＥＧ－２　ＴＳ形式で伝達される場合には、１つ以上のＰＩＤが用いられて、ストリーム形式のコンテンツのロケーションを特定し得る。

フラグメントのバウンダリーを検出するための追加的な情報が提供される場合には、オペレーション１４０内のリクエストのクエリ部分への以下のパラメータ１）から３）が用いられ得る。

１）ＭＰＥＧ－２　ＴＳバウンダリーの場合には、Appearance、PCR_PID、PCR_base、PCR_ext、Media_PID、及び Media_Offset が用いられ得る。

２）ＩＳＯメディアファイルのバウンダリーの場合には、SequenceNo が用いられ得る。

３）生のバイトシーケンスと見做されるファイルの場合には、Start 及び End が用いられ得る。

上記のパラメータのセマンティックスは、FragBoundaries 要素のセマンティックス内において提供され得る。

Start-End 対は、ＨＴＴＰリクエストメッセージの範囲ヘッダによって用いられ得る。例えば、もし、{Start=0, End=99)；(Start=200, End=299)}であれば、ヘッダは、「Range: bytes=0-99,200-299」となり得る。

以下に、ＸＭＬフォーマットで、シンタックスのレプレゼンテーションを記述する。上記のシンタックス要素のレプレゼンテーションは、ＸＭＬフォーマットで提供され得る。各要素のセマンティックスは、上記の表１～表７内に遡ってたどることができる。

一部の要素は、ＭＰＥＧ－２１　ＤＩＡにおいて定義されている一部のタイプのエクステンションであり得る。一部の少数の要素は、ＭＰＥＧ－２１　ＤＩＡにおいて定義されている幾つかのタイプをとり得る。

以下の表8は、ＸＭＬフォーマットでの、HTTPStreamingType のシンタックスレプレゼンテーションを示す。

表8

```
<complexType name="HTTPStreamingType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>

                                <element name="GeneralInfo"
type="GeneralInfoType" minOccurs="0"/>

                                        <choice minOccurs="0" maxOccurs="unbounded">

                                                <element name="IntervalsRef"
type="IntervalsRefType"/>

                                                <element name="Interval"
type="IntervalType"/>

                                        </choice>

                        </sequence>        </complexContent>

</complexType>
```

以下の表9は、ＸＭＬフォーマットでの、GeneralInfoType のシンタックスレプレゼンテーションを示す。

表9

```
<complexType name="GeneralInfoType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>

                                        <element name="TimeScale" type="integer"
minOccurs="0"/>

                                        <element name="LiveStartTime" type="dateTime"
minOccurs="0"/>
```

```
                                        <element name="Duration" type="integer"
minOccurs="0"/>

                                        <element name="DefaultIntDuration" type="integer"
minOccurs="0"/>

                                        <element name="MinUpdateTime" type="integer"
minOccurs="0"/>

                                        <element name="ConsistentQoSInfo"
type="boolean" minOccurs="0"/>

                                        <element name="DefaultContentLoc" type="anyURI"
minOccurs="0"/>

                        </sequence>

                    </extension>

                </complexContent>

            </complexType>
```

以下の表１０は、ＸＭＬフォーマットでの、`IntervalRefType` のシンタックスレプレゼンテーションを示す。

表１０

```
<complexType name="IntervalsRefType">

        <complexContent>

                    <extension base="dia:ReferenceType">

                            <sequence>

                                        <element name="AvaliableTime" type="integer"
minOccurs="0"/>

                            </sequence>

                            <attribute name="startTime" type="xs:duration"
use="optional"/>

                    </extension>

        </complexContent>
```

```
</complexType>
```

以下の表１１は、XMLフォーマットでの、IntervalType のシンタックスレプレゼンテーションを示す。

表１１

```
<complexType name="IntervalType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>

                                <element name="IntervalInfo"
type="IntervalInfoType" minOccurs="0"/>

                                <choice minOccurs="0">

                                        <element name="QoSInfo"
type="QoSInfoType"/>

                                        <element name="QoSInfoRef"
type="dia:ReferenceType"/>

                                </choice>

                                <choice minOccurs="0">

                                        <element name="MappingInfo"
type="MappingInfoType"/>

                                        <element name="MappingInfoRef"
type="dia:ReferenceType"/>

                                </choice>

                                <element name="PreviousIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>

                                <element name="NextIntervalsRef"
type="IntervalsRefType" minOccurs="0"/>

                        </sequence>

                </extension>
```

```
        </complexContent>

</complexType>
```

以下の表１２は、ＸＭＬフォーマットでの、`IntervalInfoType` のシンタックスレプレゼンテーションを示す。

表１２

```
<complexType name="IntervalInfoType">

        <sequence>

                <element name="TimeScale" type="integer" minOccurs="0"/>

                <element name="StartTime" type="dateTime" minOccurs="0"/>

                <element name="Duration" type="integer" minOccurs="0"/>

                <element name="DefaultFragDuration" type="integer"
minOccurs="0"/>

                <element name="DefaultContentIntLoc" type="anyURI"
minOccurs="0"/>

                <element name="Last" type="boolean" minOccurs="0"/>

        </sequence>

</complexType>
```

以下の表１３は、ＸＭＬフォーマットでの、`QoSInfoType` のシンタックスレプレゼンテーションを示す。

表１３

```
<complexType name="QoSInfoType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>
```

```
                                    <element name="DescriptionMetadata"
type="dia:DescriptionMetadataType" minOccurs="0"/>

                                    <element name="Description"
type="dia:AdaptationQoSType"/>

                        </sequence>

                    </extension>

            </complexContent>

</complexType>
```

以下の表１４は、XMLフォーマットでの、MappingInfoType のシンタックスレプレゼンテーションを示す。

表１４

```
<complexType name="MappingInfoType">

        <complexContent>

                <extension base="dia:DIADescriptionType">

                        <sequence>

                                <element name="AlterLocIDs"
type="IntegerVectorType" minOccurs="0"/>

                                <element name="ReqQoSPara"
type="ReqQoSParaType" minOccurs="0" maxOccurs="unbounded"/>

                                <element name="LocationList"
type="LocationListType"/>

                        </sequence>

                    </extension>

            </complexContent>

</complexType>
```

以下の表１５は、XMLフォーマットでの、ReqQoSParaType のシンタックスレプレゼンテーションを示す。

表１５

```
<complexType name="ReqQoSParaType">

        <complexContent>

                <extension base="dia:BooleanVectorType">

                        <attribute name="all" type="boolean" use="optional"/>

                        <attribute name="iOPinRef" type="anyURI" use="required"/>

                </extension>

        </complexContent>

</complexType>
```

以下の表１６は、ＸＭＬフォーマットでの、LocationListType のシンタックスレプレゼンテーションを示す。

表１６

```
<complexType name="LocationListType">

        <sequence>

                <element name="Location" type="LocationType"
maxOccurs="unbounded"/>

        </sequence>

</complexType>
```

以下の表１７は、ＸＭＬフォーマットでの、LocationType のシンタックスレプレゼンテーションを示す。

表１７

```
<complexType name="LocationType">

        <sequence>

                <element name="StrLocation" type="StrLocationType"
maxOccurs="unbounded"/>

        </sequence>
```

```
            <attribute name="locID" type="integer" use="required"/>

    </complexType>
```

以下の表１８は、ＸＭＬフォーマットでの、StrLocationType のシンタックスレプレゼンテーションを示す。

表１８

```
<complexType name="StrLocationType">

        <sequence>

                <element name="FragNum" type="integer" minOccurs="0" />

                <choice>

                        <element name="StreamUrl" type="anyURI"/>

                        <element name="FragmentUrl" type="anyURI"
maxOccurs="unbounded"/>

                </choice>

                <element name="FragTime" type="dia:IntegerVectorType"
minOccurs="0" />

                <element name="RandAccess" type="dia:IntegerVectorType"
minOccurs="0" />

                <element name="MP2TSPara" type="MP2TSParaType"
minOccurs="0"/>

                <element name="FragBoundaries" type="FragBoundariesType"
maxOccurs="unbounded"/>

        </sequence>

</complexType>
```

以下の表１９は、ＸＭＬフォーマットでの、MP2TSParaType のシンタックスレプレゼンテーションを示す。

表１９

```
<complexType name="MP2TSParaType">
```

```
        <sequence>

                <element name="PID" type="integer" maxOccurs="unbounded"/>

        </sequence>

</complexType>
```

以下の表２０は、ＸＭＬフォーマットでの、FragBoundariesType のシンタックスレプレゼンテーションを示す。

表２０

```
<complexType name="FragBoundariesType">

        <sequence>

                <choice>

                        <element name="MP2TSBoundary"
type="MP2TSBoundaryType" maxOccurs="2"/>

                        <element name="ISOFileBoundary"
type="ISOFileBoundaryType" maxOccurs="2"/>

                        <element name="ByteRanges" type="ByteRangesType"/>

                </choice>

        </sequence>

</complexType>
```

以下の表２１は、ＸＭＬフォーマットでの、MP2TSBoundaryType のシンタックスレプレゼンテーションを示す。

表２１

```
<complexType name="MP2TSBoundaryType">

        <sequence>

                <element name="PCR_PID" type="integer"/>

                <element name="PCR_base" type="long"/>

                <element name="PCR_ext" type="integer"/>
```

```
                    <element name="Appearance" type="integer"/>

                    <element name="Media_PID" type="integer"
maxOccurs="unbounded"/>

                    <element name="Media_Offset" type="integer"
maxOccurs="unbounded"/>

            </sequence>

</complexType>
```

以下の表２２は、ＸＭＬフォーマットでの、ByteRangesType のシンタックスレプレゼンテーションを示す。

表２２

```
<complexType name="ISOFileBoundaryType">

        <sequence>

                    <element name="SequenceNo" type="integer"
maxOccurs="unbounded"/>

            </sequence>

</complexType>

<complexType name="ByteRangesType">

        <sequence maxOccurs="unbounded">

                <element name="Start" type="integer"/>

                <element name="End" type="integer"/>

                <element name="Media_PID" type="integer" minOccurs="0"/>

        </sequence>

</complexType>
```

以下に、ＭＰ４擬似コードフォーマットでの、シンタックスのレプレゼンテーションを記述する。上記のシンタックス要素のレプレゼンテーションは、ＭＰ４擬似コードフォーマットで提供され得る。

以下の表２３は、ＭＰ４擬似コードフォーマットでの、HTTPStreamingType のシンタックスレプレゼンテーションを示す。

表２３

| HTTPStreamingBox |
|---|
| Box Type: `htps`<br><br>Container: Signaling file<br><br>Mandatory: Yes<br><br>Quantity: One<br><br>　　　Aligned(8) class HTTPStreamingBox extends Box(`htps`) {<br><br>　　　} |

以下の表２４は、ＭＰ４擬似コードフォーマットでの、GeneralInfoBox のシンタックスレプレゼンテーションを示す。

表２４

| GeneralInfoBox |
|---|
| Box Type: `geni`<br><br>Container: `htps`<br><br>Mandatory: No<br><br>Quantity: One<br><br>　　　Aligned(8) class GeneralInfoBox extends Box(`geni`) {<br><br>　　　　　bit(1) consistentQoSInfo_flag;<br><br>　　　　　bit(1) timescale_flag;<br><br>　　　　　bit(1) live_start_time_flag;<br><br>　　　　　bit(1) duration_flag;<br><br>　　　　　bit(1) default_interval_duration_flag;<br><br>　　　　　bit(1) min_update_time_flag;<br><br>　　　　　bit(1) default_content_loc_flag;<br><br>　　　　　bit(1) reserved; |

```
                          if (timescale_flag==1) { unsigned int(32) timescale;}

                          if (live_start_time_flag==1) { unsigned int(64) live_start_time;}

                          if (duration_flag==1) {unsigned int(32) duration;}

                                          if (default_interval_duration_flag==1) {unsigned
int(32) default_interval_duration;}

                                          if (min_update_time==1) {unsigned int(32)
min_update_time;}

                                          if (default_content_loc_ref ==1) {string
default_content_loc_ref;}

                  }
```

以下に、インターバルレベル情報を記述する。
以下の表２５は、ＭＰ４擬似コードフォーマットでの、IntervalBox のシンタックスレプレゼ
ンテーションを示す。

表２５

| IntervalBox |
|---|
| Box Type: `intv` |
| Container: `htps` |
| Mandatory: No |
| Quantity: One or more |
| Aligned(8) class IntervalBox extends Box(`intv`) {<br><br>} |

以下の表２６は、ＭＰ４擬似コードフォーマットでの、IntervalRefBox のシンタックスレプ
レゼンテーションを示す。

表２６

| IntervalRefBox |
|---|
| Box Type: `iref` |

Container: `htps`

Mandatory: No

Quantity: One or more

      Aligned(8) class IntervalRefBox extends Box(`iref`) {

            unsigned int(8) index; string location;

      }

以下の表２７は、ＭＰ４擬似コードフォーマットでの、QoSInfoRefBox のシンタックスレプレゼンテーションを示す。

表２７

| QoSInfoRefBox |
|---|
| Box Type: `qref` |
| Container: `intv` |
| Mandatory: No |
| Quantity: Zero or more |
|     Aligned(8) class QoSInfoRef extends Box(`qref`) {<br><br>        unsigned int(8) index; string location;<br><br>    } |

以下の表２８は、ＭＰ４擬似コードフォーマットでの、MappingInfoRefBox のシンタックスレプレゼンテーションを示す。

表２８

| MappingInfoRefBox |
|---|
| Box Type: `mref` |
| Container: `intv` |
| Mandatory: No |
| Quantity: Zero or more |

```
Aligned(8) class MappingInfoRef extends Box(`mref`) {

        unsigned int(8) index;

        string location;

}
```

以下の表２９は、ＭＰ４擬似コードフォーマットでの、IntervalInfoBox のシンタックスレプ
レゼンテーションを示す。

表２９

| IntervalInfoBox |
|---|
| Box Type: `inti` |
| Container: `intv` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class IntervalInfoBox extends Box(`geni`) {<br><br>        bit(1) last_flag;<br><br>        bit(1) timescale_flag;<br><br>        bit(1) start_time_flag;<br><br>        bit(1) duration_flag;<br><br>        bit(1) default_frag_duration_flag;<br><br>        bit(1) default_content_interval_loc_flag;<br><br>        bit(2) reserved;<br><br>        if (timescale_flag==1) {unsigned int(32) timcscale;}<br><br>        if (start_time_flag==1) {unsigned int(32) start_time;}<br><br>        if (duration_flag==1) {unsigned int(32) duration;}<br><br>        if (default_frag_duration==1) {unsigned int(32) default_frag_duration;} |

```
                      if (default_content_interval_loc_flag==1) {string
default_content_interval_loc;}

                    }
```

以下の表３０は、ＭＰ４擬似コードフォーマットでの、`NextIntervalRefBox` のシンタックス
レプレゼンテーションを示す。

表３０

| IntervalInfoBox |
|---|
| Box Type: \`nref\` |
| Container: \`intv\` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class IntervalInfoBox extends Box(\`nref\`) { |
|      unsigned int(32) available_time; |
|      unsigned int(8) index; |
|      string location; |
|      } |

以下に、ＱｏＳ情報を記述する。

以下の表３１は、ＭＰ４擬似コードフォーマットでの、`QoSInfoBox` のシンタックスレプレゼ
ンテーションを示す。

表３１

| QoSInfoBox |
|---|
| Box Type: \`QoSi\` |
| Container: \`intv\` or \`htps\` |
| Mandatory: No |

|  |
|---|
| Quantity: Zero or more |
| 注：`QoSi`ボックスが他の信号メタデータとは別に格納されている場合には、参照を容易にするために、直接的に`htps`ボックス内に留められる。<br><br>　　　Aligned(8) class QoSInfoBox extends Box(`QoSi`) {<br><br>　　　} |

以下の表３２は、ＭＰ４擬似コードフォーマットでの、ClassSchemeRefBox のシンタックスレプレゼンテーションを示す。

表３２

| ClassSchemeRefBox |
|---|
| Box Type: `csmr` |
| Container: `QoSi` |
| Mandatory: No |
| Quantity: Zero or more |
| 　　Aligned(8) class ClassSchemeRef extends Box(`csmr`) {<br><br>　　　　unsigned int(32) entry_count;<br><br>　　　　for (i=1; i <= entry_count ; i++) {<br><br>　　　　　　string scheme; //URL<br><br>　　　　}<br><br>　　} |

以下の表３３は、ＭＰ４擬似コードフォーマットでの、ResourceBox のシンタックスレプレゼンテーションを示す。

表３３

| ResourceBox |
|---|
| Box Type: `resi` |
| Container: `QoSi` |

Mandatory: No

Quantity: Zero or more

```
Aligned(8) class ResouceBox extends Box(`resi`) {

    unsigned int(32) name;

    if
(name=="r000"||name=="r001"||name=="r002"||name=="r003"||
name=="r004"||name=="r005"||name=="r006"||name=="r007"||
name=="r008"||(name=="r009")

    {

        unsigned int(16) csref_ind;

        unsigned int(16) level_num;

        for (i=1; i <= level_num ; i++) {

            unsigned int(32) level_index;

        }

    }

        for (i=1; ; i++) {

            unsigned int(32) value;

        }

    }
```

リソースタイプのいくつかの典型的な名称を以下のように定義する。

`bitr`は、コンテンツの平均ビットレートを意味する。

"frar"は、ビデオコンテンツの平均フレームレートを意味する。

"verr"は、ビデオフレームの垂直方向解像度を意味する。

"horr"は、ビデオフレームの水平方向解像度を意味する。

何らかのＣｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ（分類スキーム）において定義されるリソースタイプを使用する必要があるという場合には、そのリソースは、{`r000`, `r001`, ....,`r009`}の中から、"ダミー名"をとり、かついくつかの特別なパラメータ

> （csref_ind、level_num、level_index）を用いて、その"ダミー名"を、Ｃｌａｓｓｉｆ
> ｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ内でのセマンティックスの用語と関連付ける。

以下の表３４は、ＭＰ４擬似コードフォーマットでの、AdaptationOperatorBox のシンタック
スレプレゼンテーションを示す。

表３４

| AdaptationOperatorBox |
|---|
| Box Type: `adpo`<br><br>Container: `QoSi`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>Aligned(8) class AdaptationOperatorBox extends Box(`adpo`) {<br><br>　　unsigned int(32) name;<br><br>　　if<br><br>(name=="a000"\|\|name=="a001"\|\|name=="a002"\|\|name=="a003"\|\| name=="a004"\|\|name=="a005"\|\|name=="a006"\|\|name=="a007"\|\| name=="a008"\|\|name=="a009")<br><br>　　{<br><br>　　　　unsigned int(16) csref_ind;<br><br>　　　　unsigned int(16) level_num;<br><br>　　　　for (i=1; i <= level_num ; i++) {<br><br>　　　　　　unsigned int(32) level_index;<br><br>　　　　}<br><br>　　}<br><br>　　for (i=1; ; i++) {<br><br>　　　　unsigned int(32) value;<br><br>　　} |

> }
>
> アダプテーションオペレータタイプのいくつかの典型的な名称を以下のように定義する。
>
> `spals`は、廃棄されるべき空間的レイヤーの数を、高い方から意味する。
>
> `quls`は、廃棄されるべきクオリティレイヤーの数を、高い方から意味する。
>
> `tmls`は、廃棄されるべき一時的レイヤーの数を、高い方から意味する。
>
> 何らかの（本標準外の）Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅにおいて定義されるアダプテーションオペレータタイプを使用する必要があるという場合には、そのオペレータは、{`a000`、`a001`、....、`a009`}の中から、"ダミー名"をとり、かついくつかの特別なパラメータ（cref_ind、level_num、level_index）を用いて、その"ダミー名"を、Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ内でのセマンティックスの用語と関連付ける。

以下の表３５は、ＭＰ４擬似コードフォーマットでの、UtilityBox のシンタックスレプレゼンテーションを示す。

表３５

| UtilityBox |
|---|
| Box Type: `util` |
| Container: `QoSi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class UtilityBox extends Box(`util') { |
|     unsigned int(32) name; |
|     if (name=="u000"\|\|name=="u001"\|\|name=="u002"\|\|name=="u003"\|\| name=="u004"\|\|name=="u005"\|\|name=="u006"\|\|name=="u007"\|\| name=="u008"\|\|name=="u009" ) |

```
        {
                unsigned int(16) csref_ind;

                unsigned int(16) level_num;

                for (i=1; i <= level_num ; i++) {
                        unsigned int(32) level_index;

                }
        }
        for (i=1; ; i++) {
                unsigned int(32) value;

        }
    }
```

ユーティリティのいくつかの典型的な名称を以下のように定義する。

`psnr`

`mos`

何らかの（本標準外の）Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅにおいて定義されるユーティリティタイプを使用する必要があるという場合には、そのオペレータは、｛`ｕ０００`，`ｕ００１`，．．．．，`ｕ００９`｝の中から、"ダミー名"をとり、かついくつかの特別なパラメータ（ｃｓｒｅｆ＿ｉｎｄ，ｌｅｖｅｌ＿ｎｕｍ，ｌｅｖｅｌ＿ｉｎｄｅｘ）を用いて、その"ダミー名"を、Ｃｌａｓｓｉｆｉｃａｔｉｏｎ　Ｓｃｈｅｍｅ内でのセマンティックスの用語と関連付ける。

以下の表３６は、ＭＰ４擬似コードフォーマットでの、UtilityRankBox のシンタックスレプレゼンテーションを示す。

表３６

| UtilityRankBox |
| --- |
| Box Type: `utir` |
| Container: `QoSi` |
| Mandatory: No |

```
Quantity: Zero or more

        Aligned(8) class UtilityRankBox extends Box(`utir`) {

                for (i=1; ; i++) {

                        unsigned int(32) value;

                }

        }
```

以下に、マッピング情報を記述する。

以下の表３７は、ＭＰ４擬似コードフォーマットでの、MappingInfoBox のシンタックスレプ
レゼンテーションを示す。

表３７

| MappingInfoBox |
| --- |
| Box Type: `mapi` |
| Container: `intv` or `htps` |
| Mandatory: No |
| Quantity: Zero or more |
| 注：`mapi`ボックスが他の信号メタデータとは別に格納されている場合には、参照を容易にするために、直接的に`htps`ボックス内に留められる。<br>Aligned(8) class MappingInfoBox extends Box(`mapi`) {<br><br>        } |

以下の表３８は、ＭＰ４擬似コードフォーマットでの、AlterLocIDBox のシンタックスレプレ
ゼンテーションを示す。

表３８

| AlterLocIDBox |
| --- |
| Box Type: `aloc` |
| Container: `mapi` |
| Mandatory: No |

```
Quantity: Zero or more

Aligned(8) class AlterLocIDBox extends Box(`aloc`) {

        for (i=1; ; i++) {

                unsigned int(32) value;

        }

}
```

以下の表３９は、ＭＰ４擬似コードフォーマットでの、ReqQoSParaBox のシンタックスレプレ
ゼンテーションを示す。

表３９

| ReqQoSParaBox |
|---|
| Box Type: `reqp`<br><br>Container:`mapi`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br>　　　　Aligned(8) class ReqQoSParaBox extends Box(`reqp`) {<br><br>　　　　　　　　bit(1) all_flag;<br><br>　　　　　　　　bit(7) reserved;<br><br>　　　　　　　　unsigned int(32) refindex;<br><br>　　　　　　　　if ( all_flag == 0) {<br><br>　　　　　　　　　　　　for (i=1; ; i++) {<br><br>　　　　　　　　　　　　　　　　unsigned int(8) req_flag;<br><br>　　　　　　　　　　　　}<br><br>　　　　　　　　}<br><br>　　　　} |

以下の表４０は、ＭＰ４擬似コードフォーマットでの、RegQoSParaBox のシンタックスレプレ
ゼンテーションを示す。

表４０

| ReqQoSParaBox |
|---|
| Box Type: `locl` |
| Container: `mapi` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class LocationListBox extends Box(`locl`) { |
| } |

以下の表４１は、ＭＰ４擬似コードフォーマットでの、LocationBox のシンタックスレプレゼン
テーションを示す。

表４１

| LocationBox |
|---|
| Box Type: `loca` |
| Container: `locl` |
| Mandatory: YES |
| Quantity: One or more |
| Aligned(8) class LocationBox extends Box(`loca`) { |
| unsigned int(16) frag_num; |
| unsigned int(16) locID; |
| } |

以下の表４２は、ＭＰ４擬似コードフォーマットでの、FragTimeBox のシンタックスレプレゼ
ンテーションを示す。

表４２

| FragTimeBox |
|---|

Box Type: `frtm`

Container: `loca`

Mandatory: No

Quantity: Zero or more

 Aligned(8) class FragTimeBox extends Box(`frtm`) {

  for (i=1; ; i++) {

   unsigned int(32) value;

  }

 }

以下の表４３は、ＭＰ４擬似コードフォーマットでの、RandAccessBox のシンタックスレプレゼンテーションを示す。

表４３

| RandAccessBox |
| --- |
| Box Type: `rdac`<br><br>Container: `loca`<br><br>Mandatory: No<br><br>Quantity: Zero or more<br><br> Aligned(8) class RandAccessBox extends Box(`rdac`) {<br><br>  for (i=1; ; i++) {<br><br>   unsigned int(16) value;<br><br>  }<br><br> } |

以下の表４４は、ＭＰ４擬似コードフォーマットでの、StrLocationBox のシンタックスレプレゼンテーションを示す。

表４４

| StrLocationBox |
|---|
| Box Type: `stlo` |
| Container: `loca` |
| Mandatory: YES |
| Quantity: One or more |
| Aligned(8) class StrLocationBox extends Box(`stlo`) {<br><br>    bit(1) stream_url_flag;<br><br>    bit(7) reserved;<br><br>    if (stream_url_flag == 1) {<br><br>        string stream_url;<br><br>    } else {<br><br>        for (i=1; ; i++) {<br><br>            string fragment_url;<br><br>        }<br><br>    }<br><br>} |

以下の表４５は、ＭＰ４擬似コードフォーマットでの、MP2TSParaBox のシンタックスレプレゼンテーションを示す。

表４５

| MP2TSParaBox |
|---|
| Box Type: `mp2p` |
| Container: `loca` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class MP2TSParaBox extends Box(`mp2p`) { |

```
for (i=1; ; i++) {

        unsigned int(16) PID;

    }

}
```

以下の表４６は、ＭＰ４擬似コードフォーマットでの、FragBoundariesBox のシンタックスレ
プレゼンテーションを示す。

表４６

| FragBoundariesBox |
|---|
| Box Type: `frbd` |
| Container: `loca` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class FragBoundariesBox extends Box(`frbd`) { |
| } |

以下の表４７は、ＭＰ４擬似コードフォーマットでの、MP2TSBoundaryBox のシンタックスレ
プレゼンテーションを示す。

表４７

| MP2TSBoundaryBox |
|---|
| Box Type: `mp2b` |
| Container: `frbd` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class MP2TSBoundaryBox extends Box(`mp2b`) { |
| unsigned int(16) appearance; |
| unsigned int(16) PCR_ID; |

```
                    unsigned int(40) PCR_base;

                    unsigned int(16) PCR_ext;

                    for (i=1; ; i++) {

                                unsigned int(16) media_PID;

                    }

                    for (i=1; ; i++) {

                                unsigned int(16) media_offset;

                    }

            }
```

以下の表４８は、ＭＰ４擬似コードフォーマットでの、ISOFileBoundaryBox のシンタックス
レプレゼンテーションを示す。

表４８

| ISOFileBoundaryBox |
| --- |
| Box Type: `isfb` |
| Container: `frbd` |
| Mandatory: No |
| Quantity: Zero or more |
| Aligned(8) class ISOFileBoundaryBox extends Box(`isfb`) {<br><br>    unsigned int(16) sequence_no;<br><br>} |

以下の表４９は、ＭＰ４擬似コードフォーマットでの、ISOFileBoundaryBox のシンタックス
レプレゼンテーションを示す。

表４９

| ByteRangesBox |
| --- |
| Box Type: `isfb` |

```
Container: `frbd`

Mandatory: No

Quantity: Zero or more

        Aligned(8) class ByteRangesBox extends Box(`brag`) {

                for (i=1; ; i++) {

                                unsigned int(32) start;

                                unsigned int(32) end;

                }

        }
```

図4は、本発明の一態様による、ＭＰＥＧ－２　ＴＳにおける仮想的バウンダリーを検知することを示す図である。

ＴＳにおいては、所与のプログラムのＰＣＲパケットは、固定的なＰＩＤ（すなわち、PCR_PID）とともに伝搬され得るが、そのようなＰＣＲパケットは、少なくとも１００ミリ秒ごとに挿入され得る。

ＰＣＲパケット（漸増する値を有する）は、プログラムのアンカーポイントとして見做され得る。他方で、プログラムの各メディアは、所与のＰＩＤ（すなわち、Media_PID）のパケットによって伝搬され得る。

したがって、メディアストリームのフラグメントバウンダリーは、１）具体的なアンカーポイント、及び２）バウンダリーにおけるパケットへのアンカーからのオフセット、によって定義又は識別され得る。

オフセットは同じ Media_PID のパケットによってカウントされ得る。

ＰＣＲ値は、時折リセットされ得る（不連続性を有する）。例えば、１つのインターバル内で、１つ以上のＰＣＲパケットが同じＰＣＲ値を有している場合には、アンカーとして用いられるＰＣＲパケットの出現順序が示され得る。

したがって、ＭＰＥＧ－２　ＴＳ形式でのメディアストリームのフラグメントのバウンダリーは、表５０に示される以下のパラメータによって識別され得る。

表５０

| PCR_PID | 問題のコンテンツ／プログラムのＰＣＲを搬送するＰＩＤを記述する。 |
| --- | --- |

| PCR_base | ＰＣＲベースフィールドの値を記述する。 |
|---|---|
| PCR_ext | ＰＣＲエクステンションフィールドの値を記述する。 |
| Appearance | 上記の２つの要素によって識別されるＰＣＲ値を含むＴＳパケットの出現順序（例えば１番目及び２番目）を記述する。ＰＣＲのリセット／不連続が存在する場合には、ＰＣＲ値は、１つのインターバル中に２回以上現れ得る。 |
| Media_PID | プログラムのメディア（例えばビデオ）のＰＩＤを記述する。 |
| Media_Offset | 上記の識別されたＰＣＲパケットからあるフラグメントの最初のメディアパケットまでのオフセット（同じ Media_PID のＴＳパケットにおけるオフセット）を記述する。 |

以下に、３ＧＰＰのアダプティブＨＴＴＰストリーミングスキーマのいつかのシンタックス要素のマッピング及び拡張を説明する。

３ＧＰＰは、アダプティブＨＴＴＰストリーミングマッピングのための標準の標準化を可能にしている。上記の３ＧＰＰアダプティブＨＴＴＰストリーミングのスキーマへ、幾つかの上述のシンタックス要素をマッピングすることが示される。

以下の実施形態においては、幾つかの他の異なるシンタックスを、アイディアを表すために使用し得る。

上記のスキーマにおいては、「ピリオド」という用語は、上で論じた「インターバル」という用語と等しいものであり得る。追加的要素／属性のセマンティックスが表５１に示されている。

表５１

| PeriodsRef | 上記のシンタックスにおける、IntervalsRef 要素と等価である。子要素（Location、startTime、及び availableTime）は、既に表において定義されている。Period の start/duration 属性の変更と首尾一貫させるため、PeriodsRef においても、Period の duration 属性と同じ duration 属性を用い得る。 |
|---|---|
| NextPeriodRef | 上記のシンタックスにおける、PreviousIntervalsRef と等価である。 |

| | |
|---|---|
| PreviousPeriodsRef | 上記のシンタックスにおける、PreviousIntervalsRef と等価である。 |
| lastPeriodFlag | 上記のシンタックスにおける、Last 要素と等価である。 |
| Quality | 上記のシンタックスにおける、AdaptationInfo（又は QoSInfo）の Utility 要素と等価である。<br>Quality 要素は以下の２つの属性を有する。<br><br>１）name：あるクオリティタイプ（例えば、MOS 及び PSNR）を記述する。name 属性は、QualityNameType のタイプを有する。QualityNameType のリストに含まれるクオリティ name のセマンティックスは、ＭＰＥＧ－２１　ＤＩＡの、分類スキーム AdaptationQoSCS によって定義される。<br><br>２）value：クオリティ値を記述する。 |
| requestPara | 上記のシンタックスにおける、ReqQoSPara 要素と等価である。requestPara 属性は、以下のように定義されるフォーマットを有する文字列である。<br><br>文字列が「?」で始まっていない場合には、その文字列は、スペースで区切られた値のシーケンスによって形成され得る。<br><br>各値は、クエリにおいてパラメータとして用いられる、レプレゼンテーションの属性の順序を示す。<br><br>あるクエリパラメータの name と value は、対応する属性の name と value である。<br><br>例えば、文字列が「2 3」であり、レプレゼンテーションの２番目と３番目の属性が、[ . . . with="320" height="240" . . .]である場合には、クエリ部分は、「with=320&height=240」となり得る。<br><br>文字列が「?」で始まる場合には、所与のレプレゼンテーションに対する、正確なクエリ文字列、例えば |

| | 「bandwidth=1000&with=320&height=240」が提供され得る。<br><br>URL エンコーディング（RFC ２６１６において定義されるもの)が、特殊文字をサポートするために、ここで適用され得る。以下に定義されるいくつかの特殊文字もまた、文字列において使用され得る。 |
|---|---|
| randAccess | 上記のシンタックスにおける、RandAccess 要素と等価である。<br><br>randAccess 属性は、スペースで区切られた値のシーケンスによって形成される文字列の属性である。<br><br>各値は、レプレゼンテーションにおけるセグメントの順序を示す。randAccess 属性によって定義されるセグメントは、ランダムアクセスをサポートし得る。 |

更に、UrlType の範囲属性のセマンティックスを拡張して、複数のバイト範囲、例えば、「0-500,1000-1500」を、サポートしてもよい。このような修正によって、範囲属性が上記のシンタックスの ByteRanges 要素と等価となることが可能になる。

また、sourceURL 属性は、必須から任意選択的に変更してもよい。これは、baseURL が既に、完全なＵＲＬを提供しているからである。sourceURL は不要な場合があり得る。

複数のバイト範囲を使用することにより、「仮想的セグメント」をダウンロードする際にフレキシビリティをもたらし得る。例えば、低いフレームレートのセグメント（トリックモードにおいて使用され得る）を、ストリーム又は元のセグメントからオンザフライで抽出し得る。

また、レプレゼンテーション用に複数のＵＲＬを使用することをサポートするために、以下の修正を、３ＧＰＰアダプティブＨＴＴＰストリーミングのスキーマに適用し得る。

以下に、同じリソース／コンテンツに対する複数のロケーションを説明する。
各レベル（トップレベル、ピリオドレベル、レプレゼンテーションレベル）の記述は、その記述から絶対的ＵＲＬを構築するために、単一のベースＵＲＬのみを提供してもよい。

各記述レベルで、複数のベースＵＲＬを提供してもよい。複数のベースＵＲＬは、複数のロケーションにおいてリソースが利用可能であることを示し得る。

クライアントの実際のロケーションによって、クライアントは、リソースを読み出す過程において、１つ以上のベースＵＲＬを選択してよい。

このような修正は、様々なやり方で実現され得る。1つの方法は、「morebaseURLs」と称する追加的な属性を使用すること、又は,「BaseURLs」と称する要素を使用することであり得る。

その属性又は要素は、複数の（ベース）ＵＲＬから形成される文字列であり得る。その文字列は、例えば「;」のような、いくつかの特殊文字（すなわち、セミコロン1個とスペース1個）によって区切られていてよい。

例えば、セミコロン又はスペースが1つのＵＲＬ内に出現した場合には、そのセミコロン又はスペースは、ＲＦＣ　２６１６のルールによってエンコーディングされ得る。

より低い記述レベルの morebaseURLs 属性（又は BaseURLs 要素）は、より高い記述レベルの同じ属性（又は要素）に優先し得る。

明確さのために、morebaseURLs 属性と BaseURLs 要素とは、相互に排他的であるものとして制約され得る。換言すれば、ある1つの記述の全体において、単一のタイプのみが存在し得る。

別の方法は、任意のＵＲＩタイプの MoreBaseURL 要素を、各々が1つのベースＵＲＬを提供する複数のインスタンスとともに使用することである。

上記の異なる方法はあくまでも、複数のベースＵＲＬを提供するための考え方の例に過ぎないものであり得る。多くの他の方法により、又は他の言語によってさえ、上の考え方を実現し得る。

以下に、リソース／コンテンツに対する複数のロケーションについて説明する。

リソース／コンテンツは、1つ以上のコンポーネント／ストリームに分割され得る。その1つ以上のコンポーネント／ストリームの各々は、1つのロケーションから配信され得る。このような配信は、SegmentInfoType の1つの UrlTemplate 要素又は1つの Url 要素セットの複数のインスタンスを可能にすることによってサポートされ得る。SegmentInfoType において、「<xs:choice maxOccurs=″unbounded″>」という修正が、上記の目的で使用され得る。

1つの UrlTemplate のインスタンス又は1つの Url セットのインスタンスの出現順序は、「ロケーション／ストリーム」の重要性を示すものであり得る。より重要度の高いロケーションは、より重要度の低いロケーションよりも先に出現し得る。例えば、1つのビデオプレゼンテーションは、2つのストリーム（例えば、1つの空間的ベースレイヤーと、1つの空間エンハンスメントレイヤー）を含み得る。UrlTemplate によって記述される1つのロケーションから、上記の2つのストリームのそれぞれが配信され得る。次に、UrlTemplate の最初のインスタンスは、空間的ベースレイヤー用のロケーションであり得る。

更に、InitialisationSegmentURL の複数のインスタンスが容認され得る。InitialisationSegmentURL のn番目のインスタンスは、ロケーションのn番目のインスタンスに、（UrlTemplate 要素又は Url 要素セットのいずれかによって）対応し得る。

例えば、InitialisationSegmentURL の単一のインスタンスのみが存在する場合には、そのインスタンスは、全てのロケーションに対して用いられ得る。

以下の表５２から５５は、３ＧＰＰのアダプティブＨＴＴＰストリーミングのスキーマを示す。

表５２

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

        <xs:annotation>

                <xs:appinfo>Media Presentation Description</xs:appinfo>

                <xs:documentation xml:lang="en">

                        This Schema defines 3GPP Media Presentation Description!
                        </xs:documentation>

        </xs:annotation>  <!-- MPD: main element -->

        <xs:element name="MPD" type="MPDtype"/>

<!-- MPD Type -->

<xs:complexType name="MPDtype">

        <xs:sequence>

                <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>

                <xs:choice maxOccurs="unbounded">

                        <xs:element name="Period" type="PeriodType"/>
```

```
                          <xs:element name="PeriodsRef" type="PeriodsRefType"/>

                   </xs:choice>

                   <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>

                   <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>

                   <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute default="OnDemand" name="type" type="PresentationType"/>

        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>

        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

        <xs:attribute name="baseUrl" type="xs:anyURI"/>

        <xs:attribute name="morebaseUrls" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="PeriodsRefType">

        <xs:sequence>

                  <xs:element name="Location" type="xs:anyURI"/>

        </xs:sequence>

        <xs:attribute name="startTime" type="xs:duration"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="availableTime" type="xs:duration"/>
```

```
</xs:complexType>
```

表５３

```
<!-- Type of presentation - live or on-demand -->

<xs:simpleType name="PresentationType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="OnDemand"/>

                <xs:enumeration value="Live"/>

        </xs:restriction>

</xs:simpleType>

<!-- Period of a presentation -->

<xs:complexType name="PeriodType">

        <xs:sequence>

                <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>

                <xs:element maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>

                <xs:element minOccurs="0" name="PreviousPeriodsRef"
type="xs:PeriodsRef"/>

                <xs:element minOccurs="0" name="NextPeriodsRef"
type="xs:PeriodsRef"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="lastPeriodFlag" type="xs:boolean"/>
```

```xml
            <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Program information for a presentation -->

<xs:complexType name="ProgramInformationType">

        <xs:sequence>

                <xs:element minOccurs="0" name="Title" type="xs:string"/>

                <xs:element minOccurs="0" name="Source" type="xs:string"/>

                <xs:element minOccurs="0" name="Copyright" type="xs:string"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="moreInformationURL" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表5 4

```xml
<!-- Default Segment access information -->

<xs:complexType name="SegmentInfoDefaultType">

        <xs:sequence>

                <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:attribute name="morebaseUrls" type="xs:string"/>
```

```xml
        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="sourceUrlTemplatePeriod" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- A Representation of the presentation content for a specific Period -->

<xs:complexType name="RepresentationType">

        <xs:sequence>

                <xs:element name="SegmentInfo" type="SegmentInfoType"/>

                <xs:element minOccurs="0" name="ContentProtection"
type="ContentProtectionType"/>

                <xs:element minOccurs="0" name="TrickMode"
type="TrickModeType"/>

                <xs:element minOccurs="0" maxOccurs="unbounded" name="Quality"
type="QualityType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="bandwidth" type="xs:unsignedInt" use="required"/>

        <xs:attribute default="0" name="group" type="xs:unsignedInt"/>

        <xs:attribute name="width" type="xs:unsignedInt"/>

        <xs:attribute name="height" type="xs:unsignedInt"/>

        <xs:attribute name="lang" type="xs:string"/>

        <xs:attribute name="mimeType" type="xs:string" use="required"/>

        <xs:attribute default="false" name="startWithRAP" type="xs:boolean"/>

        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>

        <xs:attribute name="requestPara" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
</xs:complexType>

<xs:complexType name="QualityType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="name" type="xs:QualityNameType"/>

        <xs:attribute name="value" type="xs:float"/>

</xs:complexType>
```

表５５

```
<xs:simpleType name="QualityNameType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="PSNR"/>

                <xs:enumeration value="MOS"/>

                <xs:enumeration value="ODG"/>

                <xs:enumeration value="DI"/>

        </xs:restriction>

</xs:simpleType>

<!-- Segment access information -->

<xs:complexType name="SegmentInfoType">

        <xs:sequence>

                <xs:element minOccurs="0" name="BaseUrls" type="xs:string"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="MoreBaseUrl" type="xs:anyURI"/>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="InitialisationSegmentURL" type="UrlType"/>

                <xs:choice maxOccurs="unbounded">
```

```
                              <xs:element minOccurs="0" name="UrlTemplate"
type="UrlTemplateType"/>

                              <xs:sequence>

                                     <xs:element maxOccurs="unbounded" name="Url"
type="UrlType"/>

                                     <xs:any namespace="##other"
processContents="lax" minOccurs="0" maxOccurs="unbounded"/>

                              </xs:sequence>

                              <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                       </xs:choice>

        </xs:sequence>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:attribute name="morebaseUrls" type="xs:string"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="randAccess" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- A Segment URL -->

<xs:complexType name="UrlType">

        <xs:sequence>

        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="sourceURL" type="xs:anyURI" use="optional"/>

        <xs:attribute name="range" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表５６

```
<!-- A URL template -->

<xs:complexType name="UrlTemplateType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="sourceURL" type="xs:anyURI"/>

        <xs:attribute name="id" type="xs:string"/>

        <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>

        <xs:attribute name="endIndex" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Gives information about the content protection -->

<xs:complexType name="ContentProtectionType">

        <xs:sequence>

                <xs:element minOccurs="0" name="SchemeInformation"
type="xs:string"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="schemeIdUri" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Gives information about trick mode -->

<xs:complexType name="TrickModeType">
```

```
        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="alternatePlayoutRate" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

以下に、PeriodsRef 要素の幾つかの他のオプションを説明する。

ＸＩｎｃｌｕｄｅは、ワールドワイドウェブコンソーシアム（Ｗ３Ｃ）の、XML 文書をマージするために使用される、取り込みメカニズムを提供する技術であり得る。

上記の PeriodsRef と、ＸＩｎｃｌｕｄｅとは、リソース／記述を参照するために、任意のＵＲＩタイプ（Location 要素及び href 属性とともに）を使用するという点において、互いに類似している。しかしながら、上記の２つのアプローチには、大きな違いがある。

ＸＩｎｃｌｕｄｅは、XML 文書どうしをマージするために使用され得る。換言すれば、マージされる文書は、任意選択的に更に処理される前に、入手される必要があり得る。逆に、PeriodsRef は、過去の又は将来のピリオドを参照するために用いられ得る。過去又は将来のピリオドは、必ずしもマージされる必要はない。PeriodsRef の意図するものは、ユーザーが必要とする時にのみ、ユーザーが適切なピリオドを読み出すことを可能にすることであり得る。

具体的な属性／要素に関連して言えば、PeriodsRef の startTime 及び availableTime は、ピリオド情報の読み出しに独特なものであり得る。XInclude の属性／要素の中で、「fallback」及び「xpointer」は、PeriodsRef の機能性を向上させるために使用され得るものであり、他方、「parse」、「encoding」、「accept」、及び「accept-language」は、PeriodsRef にとっては不要なものであり得る。

上の説明に基づいて、ピリオドを参照するための２つの追加的なオプション（１）エンハンスト PeriodsRef、及び２）ＸＩｎｃｌｕｄｅ－拡張 PeriodsRef）が提案され得る。

エンハンスト PeriodsRef：fallback 要素と、ＸＩｎｃｌｕｄｅの xpointer 属性とによって、既存の PeriodsRef のエンハンスメントを可能にする。このオプションは、シンタックスと処理とにおけるシンプルさという利点を有する。修正された PeriodsRef のシンタックスが、以下の表５７に提供され得る。

ＸＩｎｃｌｕｄｅ拡張 `PeriodsRef` : `startTime` 属性及び `availableTime` 属性で、単純にＸＩｎｃｌｕｄｅを拡張することによって、`PeriodsRef` を構築することを可能にする。このオプションは、スタンダードなＸＩｎｃｌｕｄｅを使用することの利点を有し得る。常に最初に文書どうしをマージするのを回避するために、`PeriodsRef` のセマンティックスは、「マージングを完了することが必要であるかどうかをクライアントが決定することができる」ように命じる必要がある。`PeriodsRef` のシンタックスは、以下の表５８に提供され得る。

上記のシンタックスにおいては、現在のメディアプレゼンテーションにおいて使用される、複数の参照されたピリオドの `ids` を示すために、`ids` 属性が追加され得る。また、ＸＩｎｃｌｕｄｅの `href` 属性と一貫性を持たせるため、`Location` 要素は、任意選択的な `Location` 属性に変更され得る。

表５７

```
<xs:complexType name="PeriodsRefType">

        <xs:choice minOccurs="0" maxOccurs="unbounded">

        <xs:element minOccurs="0" maxOccurs="unbounded" name="fallback"
type="fallbackType"/>

        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:choice>

        <xs:attribute name="ids" type="xs:string"/>

        <xs:attribute name="location" type="xs:anyURI"/>

        <xs:attribute name="xpointer" type="xs:string"/>

        <xs:attribute name="startTime" type="xs:duration"/>

        <xs:attribute name="availableTime" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="fallbackType">

        <xs:choice minOccurs="0" maxOccurs="unbounded">

                <xs:element name="PeriodsRef" type="PeriodsRefType"/>

                <xs:any namespace="##other" processContents="lax"/>
```

```
        </xs:choice>

        <xs:anyAttribute namespace="##other" processContents="lax" />

</xs:complexType>
```

表５８

```
<xs:schema

...

        xmlns:xi=http://www.w3.org/2001/XInclude

...

<xs:complexType name="PeriodsRefType">

        <xs:complexContent>

                <xs:extension base="xi:includeType">

                <xs:attribute name="ids" type="xs:string"/>

                <xs:attribute name="startTime" type="xs:duration"/>

                <xs:attribute name="availableTime" type="xs:duration"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:extension>

</xs:complexContent>

</xs:complexType>
```

上記の要素／属性のセマンティックスが、表５９に示されるように提供され得る。

表５９

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテ |

| | | | | |
|---|---|---|---|---|
| | | | | ーション記述（Ｍｅｄｉａ Ｐｒｅｓｅｎｔａｔｉｏｎ Ｄｅｓｃｒｉｐｔｉｏｎ ＝MPD）を有するルート要素を記述する。 |
| ．．． | | | | |
| Period | E | 1...N | O | Period に関する情報を提供する。 |
| PeriodsRef | E | 1...N | O | Period 要素の1つ以上のインスタンスを含む記述への参照を提供する。Period 要素の1つ以上のインスタンスは、連続する Period（複数可）のシーケンスを表す。Period の情報は、Period 要素のインスタンスとして含まれ得るか、又は、PeriodsRef 要素によって参照され得る。 |
| Ids | A | | O | 参照される Period（複数可）の id（複数可）を提供する。複数の連続する Period が参照される場合には、この文字 |

| | | | | |
|---|---|---|---|---|
| | | | | 列によって伝達される複数の **id** は、セミコロンによって区切られる。 |
| location | A | | O | **Period**（複数可）の記述への参照を提供する。 |
| xpointer | A | | O | 参照される記述の一部分を識別するための **XPointer** を提供する。**xpointer** 属性が存在しない場合には、**location** 属性が存在する必要がある。 |
| startTime | A | 0...1 | O | 参照される複数の **Period** のシーケンスの開始時刻を、コンテンツの開始時刻に対する相対的な時刻で示す。**StartTime** 要素は、参照された情報を読み出す必要があるかどうかを、クライアントが決定するのを助け得る。 |
| availableTime | A | 0...1 | O | 参照された **Period**（複数可）の記述が入手可能になる時刻を示す。この時刻は、コンテ |

| | | | | ンツの開始時刻からの相対的時刻である。もし**availableTime**属性が存在しない場合には、その記述は既に入手可能である。 |
|---|---|---|---|---|
| | | | | |

以下に、PeriodTimeline について説明する。

各ピリオドは、そのピリオドの開始時刻を示す start 属性を有し得る。しかし、上記のアプローチはピリオドのタイムラインを修正する際に、フレキシブルではない場合があり得る。

例えば、ＶｏＤのＭＰＤに、広告のピリオドを挿入するには、挿入されたピリオド後の全てのピリオドの開始時刻を修正する必要がある。更に、同じ広告ピリオドが（例えば１時間ごとに）繰り返して再生される場合には、ピリオドは連続的に挿入され得る。同様に、１つ以上のピリオドがＭＰＤから取り除かれる場合には、ピリオドが時間空間から取り除かれた後の残りのピリオドの開始時刻は修正され得る。

実施形態においては、ピリオド管理のフレキシビリティを確保するために、以下の修正が提案され得る。
　　　　１）「duration（継続時間）」と呼ばれる新たな属性を、ピリオドに追加する。
　　　　２）ピリオドの現在の start 属性を任意選択的なものに変更する。
　　　　３）PeriodTimeline と称する新たな要素をＭＰＤタイプに追加する。

PeriodTimeline 要素は、タイムラインに基づくピリオドのプレゼンテーションについての情報を提供し得る。PeriodTimeline 要素のセマンティックス及びシンタックスが、以下の表６０から６２に提供され得る。

PeriodTimeline を用いると、ピリオドの記述は、プレゼンテーション時間から独立したものとなり得る。したがって、同じメディアプレゼンテーション内又は別のメディアプレゼンテーション内で、１つのピリオドが（全体的又は部分的に）再利用され得る。プレゼンテーション時間を修正するためには、PeriodTimeline のみを変更すればよい。

加えて、PartialPlay 要素は、あるピリオドの１つ以上の部分の（繰り返し）再生を可能にし得る。例えば、ある広告ピリオドが提示された後、その広告ピリオドの一部分（開始と終了とで表される）が、セッション全体の間に、時折繰り返されてよい。

PeriodTimeline 要素は、複数のピリオドの明示的なタイムラインを課するものであり得る。PeriodTimeline 要素がなければ、複数のピリオドの順序づけられたシーケンスから、その複数のピリオドの暗黙のタイムラインが推測され得る。暗黙のタイムラインの場合におけるある

ピリオドの再生をサポートするに、PartialPlay 要素はまた、ピリオド要素の子要素として提供されてもよい。

表６０

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Ｍｅｄｉａ Ｐｒｅｓｅｎｔｉｏｎ Ｄｅｓｃｒｉｐｔｉｏｎ＝ＭＰＤ）を有するルート要素を記述する。 |
| ・・・ | | | | |
| PeriodTimeline | E | 0...1 | O | メディアプレゼンテーションの複数の **Period** のプレゼンテーションタイムラインを提供する。 |
| PeriodsTime | E | 1...N | O | **Period** を提示するための時間情報を提供する。 |
| id | A | | O | メディアプレゼンテーションの **Period** の **id** を示す。この値は、**Period** の **id** 属性が存在する場合には、**Period** の **id** 属性の値と等しい。**id** 属性が存在しない場合には、この |

| | | | | 値は、ＭＰＤ内の **Period** の出現順序と等しい。 |
|---|---|---|---|---|
| start | A | | O | メディアプレゼンテーションの **availabilityStarttime** 属性の値に対する、**Period** の正確な開始時刻を提供するこの start 属性は、対応する **Period** の start 属性（すなわち、**Period** 要素のインスタンス）より優先される。この start 属性は、タイムラインの最初の **Period** に対して存在し得る。他の複数の **Period** に対しては、先行する複数の **Period** のプレゼンテーション継続時間の情報が入手可能である場合には、この値は推測されて、この属性は存在しない場合があり得る。 |
| PartialPlay | E | 0...N | O | **Period** の（時間的な）一部分を提示するための情報を提供する。 |
| beginning | A | | O | **Period** の一部分の開始時点を示す。この時刻値は、**Period** の開始時刻に対する相対値である。 |

| | | | | |
|---|---|---|---|---|
| ending | A | | O | Period の一部分の終了時点を示す。この時刻値は、Period の開始時刻に対する相対値である。 |
| Period | E | 1...N | M | Period に関する情報を提供する。 |
| start | A | | O | |
| id | A | | O | Period のＩＤを示す。当該 Period が、別の Period の(部分的な)繰り返しである場合には、id 属性の値は、言及されている Period の ID 又は出現順序に等しい。 |
| duration | A | | O | Period の継続時間を示す。start 属性が存在しない場合には、duration 属性が存在し得る。また、１つの Media Presentation の最後の Period に対しては、もし、availabilityEndTime と SegmentTimeline とが入手可能でない場合には、その Period の duration 属性が存在し得る。 |
| PartialPlay | E | 0...N | O | Period の(時間的な)一部分を提示 |

| | | | | するための情報を提供する。 |
|---|---|---|---|---|
| beginning | A | | O | Period の一部分の開始時点を示す。この時刻値は、Period の開始時刻に対する相対値である。 |
| ending | A | | O | Period の一部分の終了時点を示す。この時刻値は、Period の開始時刻に対する相対値である。 |
| Representation | E | 0...N | | Representation 要素は、Representation の記述を含む。 |

表６１

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

...

<!-- MPD Type -->

<xs:complexType name="MPDtype">

        <xs:sequence>
```

```xml
                    <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>

                    <xs:element minOccurs="0" name="PeriodTimeline"
type="PeriodTimelineType"/>

                    <xs:element maxOccurs="unbounded" name="Period"
type="PeriodType"/>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute default="OnDemand" name="type" type="PresentationType"/>

        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>

        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

        <xs:attribute name="baseUrl" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Type of presentation - live or on-demand -->

<xs:simpleType name="PresentationType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="OnDemand"/>

                <xs:enumeration value="Live"/>

        </xs:restriction>

</xs:simpleType>

<!-- Period Timeline -->
```

```
<xs:complexType name="PeriodTimelineType">

        <xs:sequence>

                <xs:element maxOccurs="unbounded" name="PeriodTime"
type="PeriodTimeType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表６２

```
<xs:complexType name="PeriodTimeType">

        <xs:sequence>

                <xs:element minOccurs="0" maxOccurs="unbounded"
name="PartialPlay" type="PartialPlayType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="id" type="xs:string" use="required"/>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="PartialPlayType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="beginning" type="xs:duration"/>
```

```xml
                    <xs:attribute name="ending" type="xs:duration"/>

                    <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Period of a presentation -->

<xs:complexType name="PeriodType">

            <xs:sequence>

            <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>

            <xs:element minOccurs="0" maxOccurs="unbounded" name="PartialPlay"
type="PartialPlayType"/>

            <xs:element minOccurs="0" maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>

            <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

            </xs:sequence>

            <xs:attribute name="start" type="xs:duration"/>

            <xs:attribute name="duration" type="xs:duration"/>

            <xs:attribute name="id" type="xs:string"/>

            <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>

            <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>

            <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

...

...

</xs:schema>
```

あるピリオドが繰り返される場合には、その繰り返されるピリオドには、レプレゼンテーション記述を再び含む必要がないので、Representation インスタンスの最小数もまた、ゼロ(0)に変更され得る。

id 属性を直接用いるよりも、繰り返されるべき以前のピリオドの id 値を示す特別な属性を使用してよい。

以下に、SupplementaryInfo について説明する。

専門的なサービスを提供するためには、プロバイダーはクライアントが、プロバイダーのロゴや広告バナーといった補助的情報を（メインコンテンツとともに）提示することを必要とする場合があり得る。補助的情報は、ピリオドのタイムラインとは独立したものであり得る。

各補助アイテムは、コンテンツの最高解像度で提供され得る。例えば、コンテンツが一部の小さい端末向けにダウンスケールされている場合には、それに比例して、補助アイテム及びその補助アイテムのロケーションパラメータ（xOffset 及び yOffset）の両方ともダウンスケールされ得る。

SupplementaryInfo のセマンティックス及びシンタックスが、表６３から６５に提供され得る。

表６３

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（media presentation description =mpd)を有するルート要素を記述する。 |
| ・・・ | | | | |
| SupplementaryInfo | E | 0...1 | O | 補助情報と、補助情報のプレゼンテーシ |

| | | | | |
|---|---|---|---|---|
| | | | | ョンとを、メディアプレゼンテーションに対して提供する。 |
| SupplementaryItem | E | 1...N | M | 補助アイテムと、補助アイテムのプレゼンテーションとを、メディアプレゼンテーションに対して提供する。 |
| itemURL | A | | O | 補助アイテムのＵＲＬを提供する。<br>mime　　A<br>　　　　　O<br>　　　　アイテムの MIME タイプを提供する。 |
| Presentation | E | 0...N | O | アイテムを提示するための情報を提供する。On 要素及び Off 要素の両方が存在しない場合には、アイテムは常に提示される。On 要素と Off 要素とは、代替的に出現し得る。 |
| On | E | 0...N | O | 補助アイテムが提示される継続時間を示す。 |

| Off | E | 0...N | O | 補助アイテムが提示されない継続時間を示す。 |
|---|---|---|---|---|
| xOffset | A | | O | クライアントの画面上の、アイテムの水平方向のロケーションを示す。水平方向のロケーションは、画素数でカウントされ、左上隅に対する相対値で示される。 |
| yOffset | A | | O | クライアントの画面上の、アイテムの垂直方向のロケーションを示す。垂直方向のロケーションは、画素数でカウントされ、左上隅に対する相対値で示される。 |
| transparency | A | | O | 補助アイテムの透明度（％）を示す。 |

表６４

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"
```

```
        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

...

<!-- MPD Type -->

<xs:complexType name="MPDtype">

        <xs:sequence>

                <xs:element minOccurs="0" name="ProgramInformation"
type="ProgramInformationType"/>

                <xs:element minOccurs="0" name="SupplementaryInfo"
type="SupplementaryInfoType"/>

                <xs:element maxOccurs="unbounded" name="Period"
type="PeriodType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

                <xs:attribute default="OnDemand" name="type"
type="PresentationType"/>

        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration" use="required"/>

        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

        <xs:attribute name="baseUrl" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
</xs:complexType>

<!-- Type of presentation - live or on-demand -->

<xs:simpleType name="PresentationType">

        <xs:restriction base="xs:string">

                <xs:enumeration value="OnDemand"/>

                <xs:enumeration value="Live"/>

        </xs:restriction>

</xs:simpleType>

<!-- Supplementary Info -->

<xs:complexType name="SupplementaryInfoType">

        <xs:sequence>

                <xs:element maxOccurs="unbounded" name="SupplementaryItem"
type="SupplementaryItemType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表６５

```
<xs:complexType name="SupplementaryItemType">

        <xs:sequence>

                <xs:element minOccurs="0" name="Presentation"
type="PresentationType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="itemURL" type="xs:anyURL"/>
```

```
        <xs:attribute name="mime" type="xs:string"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="PresentationType">

        <xs:sequence>

                <xs:choice minOccurs="0" maxOccurs="unbounded">

                        <xs:element name="On" type="xs:duration"/>

                        <xs:element name="Off" type="xs:duration"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:choice>

        <xs:sequence>

        <xs:attribute name="xOffset" type="xs:unsignedInt"/>

        <xs:attribute name="yOffset" type="xs:unsignedInt"/>

        <xs:attribute name="transparency" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Period of a presentation -->

<xs:complexType name="PeriodType">

        <xs:sequence>

                <xs:element minOccurs="0" name="SegmentInfoDefault"
type="SegmentInfoDefaultType"/>

                <xs:element maxOccurs="unbounded" name="Representation"
type="RepresentationType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>
```

```
        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="id" type="xs:string"/>

        <xs:attribute default="false" name="segmentAlignmentFlag"
type="xs:boolean"/>

        <xs:attribute default="false" name="bitStreamSwitchingFlag"
type="xs:boolean"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

...

...

</xs:schema>
```

以下に、バッファリング量の定義について説明する。

クライアントの最初にバッファリングされるメディアの最小量が、時間単位で定義され得る。幾つかのケースでは、バッファリングされたメディアの継続時間が十分であることを確認するのは、クライアントにとって困難である。別のオプションは、データサイズ単位で、最初にバッファリングされるメディアを指定するのを可能にするように提供され得る。

例えば、２つのオプション（すなわち、時間単位及びデータサイズ単位）が同時に提供される場合には、プロバイダーはその２つのオプションのうちの各々の優先度を指定してもよい。クライアントは、その２つのオプションから１つを選択し得る。

上記の考え方は、以下の表６６及び６７に示すように、minBufferSize と称する別の１つの任意選択的な属性を、ＭＰＤに追加することによって実現され得る。その２つの属性（minBufferTime 及び minBufferSize）のうちの少なくとも１つが、存在している必要があり得る。

表６６は、minBufferSize のセマンティックスを示す。

表６６

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（M |

| | | |
|---|---|---|
| | | ｅｄｉａ　Ｐｒｅｓｅｎｔ<br>ａｔｉｏｎ　Ｄｅｓｃｒｉ<br>ｐｔｉｏｎ　＝ＭＰＤ）を<br>有するルート要素を記述す<br>る。 |
| ・・・ | | |
| minBufferTime | 任意選択的 | 各レプレゼンテーション<br>が、そのレプレゼンテーシ<br>ョンの帯域幅で、又はその<br>帯域幅より上の幅で配信さ<br>れるという条件で、スムー<br>ズな再生を保証するために<br>必要な、最初にバッファリ<br>ングされるメディアの最小<br>量を提供する。レプレゼン<br>テーションの帯域幅の値<br>は、バッファリングされる<br>メディアのこの値に対応す<br>る。この属性の値は、継続<br>時間で表される。 |
| minBufferSize | 任意選択的 | 各レプレゼンテーション<br>が、そのレプレゼンテーシ<br>ョンの帯域幅で、又はその<br>帯域幅より上の幅で配信さ<br>れるという条件で、スムー<br>ズな再生を保証するために<br>必要な、最初にバッファリ<br>ングされるメディアの最小<br>量を提供する。レプレゼン<br>テーションの帯域幅の値<br>は、バッファリングされる<br>メディアのこの値に対応す<br>る。この属性の値は、デー<br>タサイズ（キロバイト）で<br>表される。 |

表６７

```
<?xml version="1.0" encoding="UTF-8"?>
```

```
<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

...

...

        <xs:complexType name="MPDtype">

                <xs:sequence>

                        <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>

                        <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>

                        <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>

                        <!-- NEW: Alternate base URL specifications -->

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="type" type="PresentationType"
default="OnDemand"/>

                <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

                <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

                <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

                <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

                <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>
```

```
                        <xs:attribute name="minBufferSize" type="xs:unsignedInt"
use="optional"/>

                        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

                        <xs:attribute name="baseURL" type="xs:anyURI"/>

                        <xs:any Attribute namespace="##other" processContents="lax"/>

            </xs:complexType>

...

</xs:schema>
```

以後、異なる量のメディアが最初にバッファリングされる場合の帯域幅情報について説明する。

各レプレゼンテーションの帯域幅情報が、最初にバッファリングされるメディアの、所与の最小量に対して提供され得る。しかしながら、異なるクライアントは、最初にバッファリングされるメディアのプリセット量が異なっていてよく、したがって、異なるクライアントに対して、異なる帯域幅情報が必要となり得る。

以下に、各レプレゼンテーションに対して異なる最小量のメディアが最初にバッファリングされるのに対応する、異なる帯域幅の値について説明する。

このようなソリューションの利点の１つは、最初にバッファリングされるメディアの最小量が複数あっても、それに対応する複数のＭＰＤが必要とされないということである。

したがって、ＭＰＥＧ　ＤＡＳＨのスキーマは、以下のように変更され得る。
　１）最初にバッファリングされるメディアの最小量に対して、より多くの値が追加され得る。上に説明したように、バッファリングの量は、時間単位又はデータサイズ単位であり得る。
　２）各レプレゼンテーションに対して、最初にバッファリングされるメディアの最小量に対応する帯域幅の値が提供され得る。

上の変更は、ＭＰＤタイプの MinBuffer 要素又は、レプレゼンテーションタイプの BandwidthInfo@repBandwidth 要素によって実現され得る。

表６８は、MinBuffer のセマンティックスを示す。

表６８

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|

| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Media Presentation Description =MPD)を有するルート要素を記述する。 |
|---|---|---|
| ． ． ． | | |
| BaseURL | 0...N | baseURL 属性の代わり又はそれに追加して、ＭＰＤレベルで用いられ得るＵＲＬを記述する。 |
| MinBuffer | 0...N | スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。 |
| id | M | MinBuffer 要素のＩＤを提供する。この属性の値は、ゼロ（０）より大きいものであり得る。 |
| minBufferTime | 任意選択的 | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅で、又はその帯域幅より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。レプレゼンテーションの帯域幅の値は、バッファリングされるメディアのこの値に対応する。この属性の値は、継続時間で表される。 |
| minBufferSize | 任意選択的 | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅で、又はその帯域幅より上の幅で配信されるという条件で、スムーズな再生を保証するために |

| | | 必要な、最初にバッファリングされるメディアの最小量を提供する。レプレゼンテーションの帯域幅の値は、バッファリングされるメディアのこの値に対応する。この属性の値は、データサイズ（キロバイト）で表される。minBufferTime 及び minBufferSize の中から少なくとも１つの属性が、MinBuffer 要素に存在し得る。 |

表６９は、BandwidthInfo のセマンティックスを示す。

表６９

| 要素又は属性の名称 | 使用 | 説明 |
| --- | --- | --- |
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ・・・ | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。 |
| BandwidthInfo | 0...N | 最初にバッファリングされるメディアのある具体的量に対応する帯域幅の情報を提供する。 |
| id | M | MPD の MinBuffer 要素のＩＤを示す。この属性の値がゼロ（０）である場合には、その値は、MPD の minBufferTime 又は minBufferSize によって提供される、最初にバッファリングされるメディアの最小量に対応する。 |

| repBandwidth | O | 関連する **MinBuffer** 要素内に規定される、最初にバッファリングされるメディアの最小量に対応するレプリゼンテーションに対する帯域幅の値を提供する。**id** 属性の値がゼロ（０）である場合には、**repBandwidth** 属性は存在しない場合があり得る。 |
|---|---|---|

表７０及び７１は、`BandwidthInfo` のＸＭＬシンタックスを示す。

表７０

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

        <xs:complexType name="MPDtype">

                <xs:sequence>

                        <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>

                        <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>

                        <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>

                        <xs:element name="MinBuffer" type="MinBufferType"
minOccurs="0" maxOccurs="unbounded"/>
```

```xml
                    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="type" type="PresentationType"
default="OnDemand"/>

                <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

                <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

                <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

                <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

                <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

                <xs:attribute name="minBufferSize" type="xs:unsignedInt"
use="optional"/>

                <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

                <xs:attribute name="baseUrl" type="xs:anyURI"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

        <xs:complexType name="MinBufferType">

                <xs:sequence>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="id" type="xs:string" use="required"/>

                <xs:attribute name="minBufferTime" type="xs:duration"/>

                <xs:attribute name="minBufferSize" type="xs:unsignedInt"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>
```

...

表 7 1

```
<xs:complexType name="RepresentationType">

        <xs:complexContent>

                <xs:extension base="RepresentationBaseType">

                        <xs:sequence>

                                <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                <xs:element minOccurs="0"
maxOccurs="unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                        </xs:sequence>

                        <xs:attribute name="id" type="xs:string" use="required"/>

                        <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>

                        <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>

                        <xs:attribute name="depid" type="StringVectorType"/>

                        <xs:attribute name="default" type="xs:boolean"/>

                </xs:extension>

        </xs:complexContent>

</xs:complexType>

<!-- Bandwidth Info -->

<xs:complexType name="BandwidthInfoType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>
```

```
        </xs:sequence>

        <xs:attribute name="id" type="xs:string"/>

        <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>

    </xs:schema>
```

以下に SegmentBandwidth について説明する。

帯域幅属性は、１つのピリオドの継続時間全体にわたり、各レプレゼンテーションに対して提供され得る。しかしながら、クオリティの一貫性のため、エンコーディングされたビデオのビットレートは通常、レートが大きくなる特性を有する場合があり得る。１つのセグメントのビットレートは、別のセグメントのビットレートの数倍大きくなる場合があり得る。クライアントがより効率的にネットワークの違いに適応し得るように、各セグメントの帯域幅情報が追加的に提供され得る。

表７２は、SegmentBandwidth のセマンティックスを記述する。

表７２

| 要素又は属性の名称 | タイプ（属性（A）又は要素（E）） | カーディナリティ | 任意選択性（必須（M）又は任意（O）） | 説明 |
|---|---|---|---|---|
| MPD | E | 1 | M | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述（Media Presentation Description =MPD)を有するルート要素を記述する。 |
| ．．． | | | | |
| Representation | | | | |

| SegmentInfo | | | | |
|---|---|---|---|---|
| SegmentBandwidth | E | 0...1 | O | 1つのレプレゼンテーションの複数のセグメントに対する帯域幅情報を提供する。 |
| Range | E | 1...N | M | 1つのレプレゼンテーションの、連続する複数のセグメントの範囲に対する帯域幅情報を提供する。最初の範囲は、そのレプレゼンテーションの最初のセグメントから開始され得る。 |
| offset | | | | レプレゼンテーションの帯域幅とセグメントの帯域幅の差を示す。負の（非負の）値は、セグメントの帯域幅が、レプレゼンテーションの帯域幅よりも狭い（広い）ことを意味する。セグメントの帯域幅は、オフセット値とレプレゼンテーションの帯域幅との和である。 |
| repeat | | | | 同じ帯域幅を有する連続するセ |

| | | | | グメントの数を示す。 |
|---|---|---|---|---|

表７３及び７４は、SegmentBandwidth のシンタックスを示す。

表７３

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

<!-- Segment access information -->

<xs:complexType name="SegmentInfoType">

        <xs:sequence>

                <xs:element minOccurs="0" name="InitialisationSegmentURL"
type="UrlType"/>

                <xs:choice minOccurs="0">

                        <xs:element minOccurs="0" name="UrlTemplate"
type="UrlTemplateType"/>

                        <xs:sequence>

                                <xs:element maxOccurs="unbounded" name="Url"
type="UrlType"/>

                                <xs:any namespace="##other"
processContents="lax" minOccurs="0" maxOccurs="unbounded"/>

                        </xs:sequence>
```

```
                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:choice>

                <xs:element minOccurs="0" name="SegmentBandwidths"
type="SegmentBandwidthsType"/>

        </xs:sequence>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute default="1" name="startIndex" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表7 4

```
<!-- Segment Bandwidths -->

<xs:complexType name="SegmentBandwidthsType">

        <xs:sequence>

                <xs:element maxOccurs="unbounded" name="Range"
type="RangeType"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

<xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="RangeType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>
```

```
        <xs:attribute name="offset" type="xs:integer"/>

        <xs:attribute name="repeat" type="xs:unsignedInt"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>

    ...

    </xs:schema>
```

長いセグメントが、そのセグメントの継続時間内での帯域幅の大きな変動の原因となる場合には、サブセグメントの帯域幅を記述する必要がある。上の記述は、セグメントの代わりにサブセグメントのインターバルを示すため、repeat 属性を、duration 属性（type="xs:duration」）に変更することによって実現され得る。

上の考え方は、以下に述べるように、IntervalBandwidth 要素を用いるより一般的な方法によって表され得る。この方法の利点は、インターバルが不必要に、セグメントのバウンダリーに位置揃えされることであり得る。以下のシンタックスにおいては、最初にバッファリングされるメディアの最小量の複数の値が考慮され得る。

表７５は、IntervalBandwidth のセマンティックスを示す。

表７５

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ・・・ | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。 |
| BandwidthInfo | 0...N | 最初にバッファリングされるメディアのある具体的な量に対応する帯域幅の情報を提供する。 |
| id | M | ＭＰＤの MinBuffer 要素のＩＤを示す。この属性の値がゼロ（０）である場合には、その値は、ＭＰＤの |

| | | |
|---|---|---|
| | | minBufferTime 属性又は minBufferSize 属性によって提供される、最初にバッファリングされるメディアの最小量に対応する。 |
| repBandwidth | O | MinBuffer 要素内に規定される、最初にバッファリングされるメディアの最小量に対応するレプレゼンテーションに対する帯域幅の値を提供する。id 属性の値がゼロ（０）である場合には、repBandwidth 属性は存在しない場合があり得る。 |
| IntervalBandwidth | 0...N | レプレゼンテーションの複数のインターバルに対する帯域幅情報を提供する。帯域幅の情報は、id 属性によって識別される、最初にバッファリングされるメディアの最小量に対応する。最初のインターバルは、レプレゼンテーションの最初から開始され得る。 |
| offset | M | レプレゼンテーションの帯域幅とセグメントの帯域幅の差を示す。負の（非負の）値は、セグメントの帯域幅が、レプレゼンテーションの帯域幅よりも狭い（広い）ことを意味する。セグメントの帯域幅は、オフセット値とレプレゼンテーションの帯域幅との和である。 |
| duration | M | インターバルの継続時間を示す。 |

表７６は、IntervalBandwidth のセマンティックスを示す。

表7 6

```xml
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:MPEG:ns:DASH"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns:xlink="http://www.w3.org/1999/xlink"

        xmlns="urn:MPEG:ns:DASH">

......

        <xs:complexType name="RepresentationType">

                <xs:complexContent>

                        <xs:extension base="RepresentationBaseType">

                                <xs:sequence>

                                        <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                        <xs:element minOccurs="0"
maxOccurs="unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                        <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                </xs:sequence>

                                <xs:attribute name="id" type="xs:string"
use="required"/>

                                <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                                <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                                <xs:attribute name="depid"
type="StringVectorType"/>
```

```xml
                    <xs:attribute name="default" type="xs:boolean"/>

              </xs:extension>

          </xs:complexContent>

    </xs:complexType>

<!-- Bandwidth Info, taken from the above Section -->

<xs:complexType name="BandwidthInfoType">

    <xs:sequence>

             <xs:element minOccurs="0" maxOccurs="unbounded"
name="IntervalBandwidth" type="IntervalBandwidthType"/>

             <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

    </xs:sequence>

    <xs:attribute name="id" type="xs:string"/>

    <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>

    <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="IntervalBandwidthType">

    <xs:sequence>

             <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

    </xs:sequence>

    <xs:attribute name="offset" type="xs:integer"/>

    <xs:attribute name="duration" type="xs:unsignedInt"/>

    <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

...
```

```
</xs:schema>
```

以下に、仮想的セグメントをサポートするための拡張について説明する。

メディは配信前に準備され得る。特に、元のメディアファイルが、セグメントに分割され、幾つかの帯域内メタデータがメディアデータ内に挿入され得る。

異なるレプレゼンテーションを記述する、「仮想的セグメント」について、メディア操作の必要性が最小になるように記述をし得る。仮想的セグメントは、1つのストリーム（又はセグメント）内の、データ部分（複数可）のセットとして定義され得る。

仮想的セグメントの目的は、以下の目的1）及び2）を含み得る。
　　　　1）メディアファイルの作製と管理とを用意にすること：明らかであることには、仮想的セグメントを使用すれば、物理的ファイルの数を低減し得る。また、元のメディアファイルは変更せずにそのままであり得るうえに、しかも、帯域外の信号メタデータによって、強化され得る。
　　　　2）セグメントの提供におけるフレキシビリティ：異なるタイプのセグメントを、1つのストリームから入手し得る。

ＭＰＥＧ　ＤＡＳＨにおいては、クライアントがリクエストするメディアセグメントは、ＵＲＬとバイト範囲によってアドレス指定され得る。アドレス指定はかなり限定的なものであり得る。というのは、1つのストリームの異なる部分から1つのメディアセグメントが形成され得るからである。とりわけ、1つのメディアストリームが、異なるレプレゼンテーションをその中に含む場合にはそうである。複数の仮想的セグメントを識別するために、複数のバイト範囲を有するＵＲＬを用い得る。また、複数のバイト範囲を用いることで増大するメタデータのサイズは、異なる技術を用いて低減され得る。

したがって、ＭＰＤの UrlType のセマンティックスは、以下のように変更され得る。
　　　　range 属性：［．．．］この文字列のフォーマットは、複数のバイト範囲をサポートし得る。（例えば、「0-500，1000-1500」）。

複数のバイト範囲によって入手された1つのレプレゼンテーションをデコーディングする場合には、複数のメディアヘッダボックス（例えば、moov 又は moof ボックス）の幾つかの部分が、レプレゼンテーションの記述とは異なる情報を含み得る。ここでは、その情報は無視してよい。

複数のバイト範囲をコンパクトに表すため、MoreAddressingInfo と称する新たな要素を追加し得る。メタデータのフラグメント化を、MoreAddressingInfo 要素に適用して、初期ＭＰＤのサイズを低減し得る。

元のメディアファイル（複数可）を変更する必要がないという機能をサポートするために、セグメントインデックスボックス（及び他の関連するボックス、例えば、Ranges 要素に対応するボックス）が、帯域外で伝達され得る。したがって、MoreAddressingInfo 要素も、各メデ

ィアセグメントの複数のセグメントインデックスボックスのアドレス指定するため、１つのＵ
ＲＬと複数のバイト範囲とを含む情報を含み得る。

MoreAddressingInfo 要素によって改善された SegmentInfo 要素が、表７７に示されるように
記述される。

表７７

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| SegmentInfo | M | セグメントアクセス情報を提供する。 |
| ・・・ | | |
| UrlList | 0...N | セグメントに対する明示的ＵＲＬ(複数可）のリストを提供する。 |
| MoreAddressingInfo | 0...1 | 上述の UrlTemplate、Urls、又は UrlList によって識別されるセグメントから抽出され得る異なるレプレゼンテーションに対して、より多くのアドレス指定情報を提供する。 |
| baseURL | O | より多くのアドレス指定情報に対してベースＵＲＬを提供する。 |
| xlink:href | O | 外部の MoreAddressingInfo 要素への参照を提供する。 |
| ByteRanges | 0...1 | 異なるレプレゼンテーションのバイト範囲を提供する。 |
| xlink:href | | 外部の ByteRanges 要素への参照を提供する。 |
| sameRep | O | もし sameRep が真である場合には、各 Ranges 要素が１つのレプレゼンテーションの異なるセグメントの複数のバイト範囲を含む。 |

| | | |
|---|---|---|
| | | もし sameRep が偽である場合には、各 Ranges 要素が、異なるレプレゼンテーションの同じセグメント順序を有するセグメントのバイト範囲を含むことを示す。複数のセグメント／レプレゼンテーションの順序は、対応するレプレゼンテーションの記述における順序と同じである。若し sameRep 属性が存在しない場合には、そのことは、各 Ranges 要素が、1 つのレプレゼンテーションの 1 つのセグメントに対する複数のバイト範囲を含むことを示す。複数のセグメント／レプレゼンテーションの順序は、対応するレプレゼンテーションの記述における順序と同じである。最初のレプレゼンテーションが、バイト範囲を必要としない場合には、そのレプレゼンテーションに対する対応する Ranges 要素が存在しなくてもよい。 |
| Ranges | 0...N | 複数のレプレゼンテーション（複数のセグメントからなる可能性がある）の複数のバイト範囲を提供する。Ranges 要素は、複数のバイト範囲のシーケンスを表す文字列のタイプに基づく。1 つのバイト範囲は、「x-y」として表され、x 及び y はそれぞれ、開始値及び終了値である。異なるセグメントの複数のバイト範囲が存在する場合には、それらは、セミコロン文字（「;」）によって区切られ |

| | | |
|---|---|---|
| | | るが、1つのセグメント内の異なる複数のバイト範囲は、コンマ文字（「,」）によって区切られる。同じセグメント順序に対応する2つ以上のバイト範囲が同じx/y値を有する場合には、x/y値の1以上が存在せず、存在する対応する値から参照され得る。 |
| xlink:href | | 外部の ByteRanges 要素への参照を提供する。 |
| IdxBoxes | 0...1 | 複数のセグメントのセグメントインデックスボックスのアドレスを提供する。IdxBoxes 要素は、複数のバイト範囲のシーケンスを表す文字列タイプに基づく。1つのバイト範囲は、「x-y」として表され、x 及び y はそれぞれ、開始値及び終了値である。異なるセグメントに対する複数のバイト範囲が存在する場合には、それらは、セミコロン文字（「;」）によって区切られるが、1つのセグメントに対する異なる複数のバイト範囲は、コンマ文字（「,」）によって区切られる。1つのセグメントインデックスボックスが、帯域外で（すなわち、メディアセグメントの中以外で）使用される場合、インデックスボックスの reference_offset 値は、セグメントの最初のバイトから参照され得る。 |
| idxFileUrl | O | 複数のセグメントのインデックスボックスを含む1つ |

| | | のファイルのＵＲＬを提供する。 |
|---|---|---|
| | | |

ここで、xlink:href が用いられない場合にのみ、条件が成り立ち得る。リンキングが使用される場合には、全ての要素は「任意選択的」となり得るので、〈minOccurs=0〉となる。

要素は太字、属性は非太字である。

表７８及び７９は、MoreAddressingInfo のＸＭＬシンタックスを示す。

表７８

```
<!-- Segment access information -->

<xs:complexType name="SegmentInfoType">

        <xs:sequence>

                <xs:element name="InitialisationSegmentURL" type="UrlType"
minOccurs="0"/>

                <xs:element name="BaseURL" type="BaseURLType" minOccurs="0"
maxOccurs="unbounded"/>

                <xs:element name="SegmentTimeline" type="SegmentTimelineType"
minOccurs="0"/>

                <xs:choice minOccurs="0">

                        <xs:element name="UrlTemplate" type="UrlTemplateType"
minOccurs="0"/>

                        <xs:sequence>

                                <xs:element name="Url" type="UrlType"
maxOccurs="unbounded"/>

                                <xs:any namespace="##other"
processContents="lax" minOccurs="0" maxOccurs="unbounded"/>

                        </xs:sequence>

                        <xs:element name="UrlList" type="UrlListType"
minOccurs="0"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
```

```
            </xs:choice>

                <xs:element name="MoreAddressingInfo"
type="MoreAddressingInfoType" minOccurs="0"/>

        </xs:sequence>

        <xs:attributeGroup ref="SegmentInfoAttrGroup"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="MoreAddressingInfoType">

        <xs:sequence>

                <xs:element name="ByteRanges" type="ByteRangesType"
minOccurs="0"/>

                <xs:element name="IdxBoxes" type="IdxBoxesType" minOccurs="0"/>

        </xs:sequence>

        <xs:attribute ref="xlink:href"/>

        <xs:attribute ref="xlink:actuate" default="onRequest"/>

        <xs:attribute name="baseURL" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="ByteRangesType">

        <xs:sequence>

                <xs:element name="Ranges" type="RangesType" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute ref="xlink:href"/>

        <xs:attribute ref="xlink:actuate" default="onRequest"/>

        <xs:attribute name="sameRep" type="xs:boolean"/>
```

```
        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表７９

```
<xs:complexType name="RangesType">

        <xs:simpleContent>

                <xs:extension base="xs:string">

                        <xs:attribute ref="xlink:href"/>

                        <xs:attribute ref="xlink:actuate" default="onRequest"/>

                        <xs:anyAttribute namespace="##other"
processContents="lax"/>

                </xs:extension>

        </xs:simpleContent>

</xs:complexType>

<xs:complexType name="IdxBoxesType">

        <xs:simpleContent>

                <xs:extension base="xs:string">

                        <xs:attribute name="idxFileUrl" type="xs:anyURI"/>

                        <xs:anyAttribute namespace="##other"
processContents="lax"/>

                </xs:extension>

        </xs:simpleContent>

</xs:complexType>
```

MoreAddressingInfo 要素のサイズを更に低減するため、MoreAddressingInfo 要素は、擬似コードフォーマットで表され得る。

擬似コードフォーマットで ByteRanges 要素を表す一例が、以下の表８０に示されている。

表８０

```
aligned(8) class ByteRangesBox extends FullBox(`brgb`, 0, 0) {

        bit(1) same_rep;

        unsigned int(31) segment_count;

        unsigned int(8) rep_count;

if (same_rep){

        for( i=0; i < rep_count; i++)

                for ( j=0; j < segment_count; j++){

                        unsigned int(8) range_count;

                        for ( k=0; k < range_count; k++){

                                unsigned int(32) start;

                                unsigned int(32) end;

                        }

                }

        }

}

        if (!same_rep){

                for( i=0; i < segment_count; i++)

                        unsigned int(32) segment_offset;

                        for ( j=0; VVVj < rep_count; j++){

                                unsigned int(7) range_count;

                                bit(1) same_start;

                                if (!same_start){

                                        for ( k=0; k < range_count; k++){

                                                unsigned int(32) start;

                                                unsigned int(32) end;
```

```
                                }

                        }

                        if (same_start){

                                for ( k=0; k < range_count; k++)

                                        unsigned int(32) end;

                        }

                    }

                }

            }

}
```

ここで、`same_rep` は、以下のバイト範囲の各シーケンスが、同じレプレゼンテーションの複数のセグメントに対するものであるか、又は、異なるレプレゼンテーション内の、同じ順序を有する複数のセグメントに対するものであるかを示す。
`segment_count` は、各レプレゼンテーション内のセグメントの数を示す。

`rep_count` は、レプレゼンテーションの数を示す。

`range_count` は、バイト範囲の数を示す。

`start` 及び `end` は、バイト範囲の各々の、開始値と終了値を示す。

`same_start` は、バイト範囲の後続のセットが、バイト範囲の先行するセットと、同じ開始値を有しているかどうかを示す。

`MoreAddressingInfo` 要素によって提供されるレプレゼンテーションの特性を記述するために、異なる方法が用いられ得る。以後、2つの典型的な方法を説明する。1）1つのレプレゼンテーショングループの複数のレプレゼンテーションを使用する方法、及び2）1つのレプレゼンテーションの複数のサブレプレゼンテーションを使用する方法。

レプレゼンテーショングループの複数のレプレゼンテーションを用いる方法。

`RepresentationGroup` 要素の `SegmentInfoDefaultType` を、以下の表81に示すように、`SegmentInfoType` から直接的に拡張する。`RepresentationGroup` 要素の `SegmentInfoDefault` 要素が、セグメントのアドレス指定情報を伝達するために用いられる場合には、`Representation` 要素内に `SegmentInfo` 要素が存在しなくてよい。レプレゼンテーショングループの各レプレゼ

ンテーションは、MoreAddressingInfo の Ranges 要素によって示される、（対応する）識別子
値と同じ識別子値をとり得る。

表８１

```
<xs:complexType name="SegmentInfoDefaultType">

        <xs:complexContent>

                <xs:extension base="SegmentInfoType">

                        <xs:attribute name="sourceURLTemplatePeriod"
type="xs:string"/>

                </xs:extension>

        </xs:complexContent>

</xs:complexType>
```

レプレゼンテーション内のサブプレゼンテーションを用いる方法。

SubReps と称する新たな要素を、１つの(親) レプレゼンテーションの異なる（サブ）レプレ
ゼンテーションを記述するために使用し得る。親レプレゼンテーション（上に説明したような
もの）の SegmentInfo 要素は、アドレス指定情報を伝達するために用いられ得る。

表８２は、SubReps のセマンティックスを記述する。
表８２

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | 1 | セグメントアクセス情報を提供する。 |
| ．．． | | |
| SegmentInfo | 1 | セグメントアクセス情報を提供する。(上述のように見直された)。 |
| SubReps | 0...1 | １つのレプレゼンテーションの複数のサブレプレゼンテーションに関する情報を提供する。 |

| SubRep | 0...N | １つのレプレゼンテーションの１つのサブレプレゼンテーションに関する情報を提供する。SubRep 要素は Representation タイプである。サブレプレゼンテーションの１つの識別子は、SegmentInfo 要素内の対応する RepRanges の識別子と等しいものであり得る。サブレプレゼンテーションが存在する場合には、その属性は、親レプレゼンテーションの属性に対して優越する。 |
|--------|-------|-------------------------------------------------------------------|

表８３は、SubReps 要素のＸＭＬシンタックスを示す。

表８３

```
<xs:complexType name="RepresentationType">

        <xs:complexContent>

                <xs:extension base="RepresentationBaseType">

                        <xs:sequence>

                                <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                <xs:element name="SubReps" type="SubRepsType"
minOccurs="0"/>

                        </xs:sequence>

                <xs:attribute name="id" type="xs:string" use="required"/>

                <xs:attribute name="bandwidth" type="xs:unsignedInt"
use="required"/>

                <xs:attribute name="qualityRanking" type="xs:unsignedInt"/>
```

```
                    <xs:attribute name="depid" type="StringVectorType"/>

                    <xs:attribute name="default" type="xs:boolean"/>

            </xs:extension>

        </xs:complexContent>

</xs:complexType>

<xs:complexType name="SubRepsType">

        <xs:sequence>

                <xs:element name="SubRep" type="RepresentationType"
minOccurs="0" maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

以下にアダプテーションのヒントについて説明する。

幾つかのケースにおいては、クオリティの値を測定することは費用が高価になり得る。したがって、クオリティの情報を明示的に提供するのではなく、その代わりに、プロバイダーは異なるレプレゼンテーションを選択する際に役立つ少数のヒントを提供してもよい。

以下に、所与のコンテクスト（例えば、１Ｍｂｐｓの帯域幅に関する制約の下）において選択されるレプレゼンテーションを示唆する、アダプテーションのヒントを記述する。アダプテーションのヒントの要素及びセマンティックスを、以下に示す。AdaptationHint は、ピリオド又は Subset の子要素であり得る。AdaptationHint が SubSet において使用される場合、AdaptationHint は、SubSet に属するレプレゼンテーションのみを考慮すればよい。

実際には、クライアントは AdaptationHint を、記述されたコンテクストの下でレプレゼンテーションを選択するためだけでなく、他の可能なコンテクスト中においてレプレゼンテーションを暗示させる（例えば挿入する）ためにも使用してよい。

表８４は、AdaptationHint のセマンティックスを示す。

表８４

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
|  |  |  |

| Period | M | Period に関する情報を提供する。 |
|---|---|---|
| ・・・ | | |
| AdaptationHint | 0...1 | アダプティビティをサポートするためのレプレゼンテーションを選択するためのヒントを提供する。ヒントは、複数のノードのリストを含み、各々のノードは、制約事項（例えば、帯域幅及び表示サイズ）の所与のセットと、対応する選択されたレプレゼンテーションを記述している。 |
| xlink:href | | 外部の AdaptationHint 要素への参照を提供する。 |
| Node | 1...N | 制約事項（例えば、帯域幅及び表示サイズ）の所与のセットと、対応する選択されたレプレゼンテーションを記述する。 |
| bandwidth | O | 帯域幅の制約事項を記述する。 |
| width | O | 幅の制約事項を記述する。 |
| height | O | 高さの制約事項を記述する。 |
| frameRate | O | フレームレートの制約事項を記述する。 |
| SelectedRep | 1...N | 選択されたレプレゼンテーションを記述する。 |
| id | M | 選択されたレプレゼンテーションの識別子を記述する。 |

| Subset | 0...N | Subset 要素は Subset の記述を含む。 |
|---|---|---|
| AdaptationHint | O | アダプティビティ用にレプレゼンテーションを選択するためのヒントを提供する。ヒントは、複数のノードのリストを含み、各々のノードは、1）制約事項（例えば、帯域幅及び表示サイズ）の所与のセットと、2）SubSet 内の、対応する選択されたレプレゼンテーションと、を記述している。 |

表８５及び８６は、AdaptationHint のシンタックスを示す。

表８５

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......

        <!-- Period of a presentation -->

        <xs:complexType name="PeriodType">

                <xs:sequence>

                                <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>
```

```
                    <xs:element name="Representation" type=
"RepresentationType" minOccurs="1" maxOc-curs="unbounded"/>

                    <xs:element name="RepresentationGroup" type=
"RepresentationGroupType" minOccurs="0" maxOc-curs="unbounded"/>

                    <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>

                    <xs:element name="AdaptationHint"
type="AdaptationHintType" minOccurs="0"/>

                    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

            </xs:sequence>

            <xs:attribute ref="xlink:href"/>

            <xs:attribute ref="xlink:actuate" default="onRequest"/>

            <xs:attribute name="start" type="xs:duration"/>

            <xs:attribute name="id" type="xs:string" />

            <xs:attribute name="duration" type="xs:duration"/>

            <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"
default="false"/>

            <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"
default="false"/>

            <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

        <xs:complexType name="SubsetType">

            <xs:sequence>

                    <xs:element name="Contains" type="ContainsType"
minOccurs="1" maxOccurs="unbounded"/>

                    <xs:element name="AdaptationHint"
type="AdaptationHintType" minOccurs="0"/>

                    <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
```

```
            </xs:sequence>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

<!-- Adaptation Hint -->

<xs:complexType name="AdaptationHintType">

        <xs:sequence>

                <xs:element name="Node" type="NodeType"
maxOccurs="unbounded"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>
```

表 8 6

```
<!-- Node -->

<xs:complexType name="NodeType">

        <xs:sequence>

                <xs:element name="SelectedRep" type="SelectedRepType"
maxOccurs="unbounded"/>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="bandwidth" type="xs:unsignedInt"/>

        <xs:attribute name="width" type="xs:unsignedInt"/>

        <xs:attribute name="height" type="xs:unsignedInt"/>

        <xs:attribute name="frameRate" type="xs:double"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>
```

```
</xs:complexType>

<!-- Selected Rep -->

<xs:complexType name="SelectedRepType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="id" type="xs:string" use="required"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

以下に、サブレプレゼンテーションのグループの帯域幅の範囲について説明する。

ユーザーのデバイスの受ける様々な制約事項を満たすようにサブストリームを抽出する際に求められるフレキシビリティのため、スケーラブルなコンテンツが益々人気となり得る。ファイルフォーマットはまた、フル（スケーラブル）ストリームからサブストリームを抽出するための多様なツールを提供し得る。ＤＡＳＨ形式のスケーラブルコンテンツをサポートするために、１つのレプレゼンテーションに対する bandwidthRange と称する新たな属性が提案され得る。bandwidthRange 属性は、フルストリーム／レプレゼンテーションから抽出可能な、サブストリーム（又はサブレプレゼンテーション）の帯域幅の値を提供し得る。

フルレプレゼンテーションのセグメントをダウンロードするために、クライアントは、レプレゼンテーションの記述と共に提供されたＵＲＬのみを使用し得る。しかしながら、サブレプレゼンテーションのセグメントをダウンロードするためには、クライアントは、「bandwidth（帯域幅）」と称する各ＵＲＬに対するクエリパラメータ（例えば、「?bandwidth=1000」）を含み得る。

表８７は、bandwidthRange のセマンティックスを記述する。

表８７

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |

| id | M | Period 内の Representation の固有の識別子を記述する。この文字列には、ＲＦＣ１７３８によって、有効なｈｔｔｐ−ＵＲＬを形成するのに認められた文字のみを含み得る。スケーラブルコンテンツの場合には、文字列は、帯域幅が bandwidthRange 属性によって提供されているサブプレゼンテーションに対応する複数の id のリスト（セミコロン「；」文字で区切られている）を含み得る。そのリストの最初の id は、その（フル）レプレゼンテーションの id であり得る。 |
|---|---|---|
| bandwidth | O | minBufferTime に正確に従ってバッファリングを行った後で、連続的に再生するのに十分なデータを有していることを保証し得るように、Representation（すなわち、１つのレプレゼンテーションの全セグメントのコレクション）が配信され得る、仮定上一定のビットレートチャネルの最小帯域幅を、毎秒のビット数（ｂｐｓ）単位で記述する。 |
| bandwidthRange | O | レプレゼンテーションから抽出可能なサブレプレゼンテーションの帯域幅の値（セミコロン「；」で区切られた値）のリストを含む、文字列を記述する。サブレプレゼンテーションをリクエストするためには、クライアントは、「bandwidth（帯域幅）」と称する各ＵＲＬに対する |

| | | クエリパラメータ（例え<br>ば、「?bandwidth=1000」）<br>をリクエスト内に含ませ得<br>る。「bandwidth」の値<br>は、必要とされるサブレプ<br>レゼンテーションの帯域幅<br>の値である。 |
|---|---|---|

bandwidthRange が、RepresentationGroup に対しても使用され得る。ここで、サブレプレゼンテーションは、RepresentationGroup のレプレゼンテーションになり得る。

bandwidth と同様に、他の属性、例えば、resolution 又は frame rate などが、対応する resolutionRange 及び framerateRange によって増加され得る。

以下に、帯域幅の情報を更に説明する。

帯域幅と最初のバッファリングの遅れに関連する記述が改善されて、アダプティビティをサポートすることにおけるフレキシビリティと正確性とを実現し得る。

ＭＰＤレベルでの minBufferTime

各レプレゼンテーションの帯域幅は、最初の最小バッファリングのある特定の時間値（minBufferTime）に対して定義され得る。最初のバッファリング時間は、ＭＰＤレベルで提供され得る。しかしながら、minBufferTime がメディアプレゼンテーションの開始にのみ適用されるのか、任意のＲＡＰに適用されるのかは不明確であり得る。

ＭＰＤレベルでの minBufferTime のセマンティクスは、以下のオプションのいずれかに改められ得る。
　　１）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの冒頭の）最小の量のメディアを最初にバッファリングする。
　　２）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意のピリオドの冒頭の）最小の量のメディアを最初にバッファリングする。
　　３）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意のＲＡＰで）最小の量のメディアを最初にバッファリングする。

ピリオドレベルでの minBufferTime

例えば、ＭＰＤレベルでの minBufferTime 属性が、プレゼンテーションの開始時点に特有のものである場合には、minBufferTime が各ピリオドに追加され得る。各ピリオドへの minBufferTime の追加により、ＭＰＤレベルでの minBufferTime の値は無効化され得る。この

無効化によって、ピリオドがスタートする前に適切な、最初のバッファリングが行われるのを可能にし得る。

まず、ＭＰＤレベルでの`minBufferTime`を、表８８に示されるようにして「任意選択の属性」に変更し得る。

表８８は、`minBufferTime`を記述する。

表８８

| 要素又は属性の名称 | 使用 | 説明 |
| --- | --- | --- |
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述 (Media Presentation Description =MPD)を有するルート要素を記述する。 |
| ・・・ | | |
| minBufferTime | O | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅属性の値で、又はその帯域幅属性の値より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小値を提供する。 |

ピリオドレベルでの`minBufferTime`属性のセマンティックス及びシンタックスが 表８９及び９０に示されている。

表８９

| 要素又は属性の名称 | 使用 | 説明 |
| --- | --- | --- |
| Period | 1 | Period に関する情報を提供する。 |
| ・・・ | | |
| minBufferTime | O | セマンティックスのオプション：１）現在の Period の |

| | | |
|---|---|---|
| | | 各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（現在の Period の冒頭の）最小の量のメディアを最初にバッファリングする。minBufferTime 属性が存在する場合には、MPD レベルでの minBufferTime 属性を無効化する。1）現在の Period の各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（現在の Period 内の任意の RAP での）最小の量のメディアを最初にバッファリングする。minBufferTime 属性が存在する場合には、MPD レベルでの minBufferTime 属性を無効化する。 |

表９０

```
<!-- Period of a presentation -->

        <xs:complexType name="PeriodType">

                <xs:sequence>

                        <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>

                        <xs:element name="Representation" type=
"RepresentationType" minOccurs="1" maxOccurs="unbounded"/>

                        <xs:element name="RepresentationGroup" type=
"RepresentationGroupType" minOccurs="0" maxOccurs="unbounded"/>
```

```
                        <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

            </xs:sequence>

        <xs:attribute ref="xlink:href"/>

        <xs:attribute ref="xlink:actuate" default="onRequest"/>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute name="id" type="xs:string" />

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

        <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"
default="false"/>

        <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"
default="false"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>
```

以下に、帯域幅の定義の見直しについて説明する。

帯域幅の定義は、ピリオド内のレプレゼンテーションの連続的な再生を保証し得るものである。しかしながら、次のピリオドがある場合に、次のピリオド内のレプレゼンテーションが、そのレプレゼンテーションがスタートする前に、十分にバッファリングされているかどうかということについては保証がない。複数のピリオドを跨いで連続的に再生が行われるのをサポートするため、bandwidth 属性のセマンティックスを、表９１に示すように変更し得る。

表９１

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |

| id | M | | Period 内の Representation の固有の識別子を記述する。この文字列には、ＲＦＣ１７３８によって、有効なｈｔｔｐ－ＵＲＬを形成するのに認められた文字のみを含み得る。 |
|---|---|---|---|
| bandwidth | M | | minBufferTime に正確に従ってバッファリングを行った後で、連続的に再生するのに十分なデータを有していることを保証し得るように、Representation（すなわち、１つのレプレゼンテーションの全セグメントのコレクション）が配信され得る、仮定上一定のビットレートチャネルの最小帯域幅を、毎秒のビット数（bps）単位で記述する。また、bandwidth の値は、１）現在の Period と次の Period との間の透明なスプライシング、及び２）次の Period における連続的な再生を可能にし得る。 |

次のピリオドが開始されるかなり前に、現在のピリオドの全てのメディアデータが受信されていればよい。したがって、次のピリオドの開始前に、次のピリオドの全てのメディアデータが、（連続的な再生に対して）十分にバッファリングされ得る。

以下に、Bandwidth と minBufferTime との複数の対について説明する。

それぞれ異なるデバイスが同じＭＰＤを受信した場合、ＭＰＤ内の minBufferTime が尊重され得る。しかしながら、異なるデバイスは、異なる量のメディアが最初にバッファリングされていること（又は最初のバッファリングの異なる最小遅延）を必要とし得る。

例えば、あるデバイスは遅延が小さいこと（ただしより広い帯域幅というコストを要する）を好み得るが、別のデバイスは、狭い帯域幅での接続を行っており、より大きな遅延を許容し得る。

bandwidth と minBufferTime との対を複数有することによって、ＱｏＳレベルの選択において
より大きな柔軟性を提供し得る。

以下に、１）minBufferTime の異なる値／インスタンス、及び２）minBufferTime の異なる値
に対応する（各レプレゼンテーションに対する）異なる帯域幅の値について説明する。このよ
うなソリューションの利点の１つは、複数の minBufferTime の値に対応する複数のＭＰＤが必
要とされないということである。

したがって、ＭＰＥＧ　ＤＡＳＨのスキーマは、以下のように変更され得る。
　　　１）最初のバッファリングの最小遅延がＭＰＤに対して追加され得る。
　　　２）最初のバッファリングの最小遅延の値に対応する帯域幅の値が、各レプレゼンテ
ーションに対して実行され得る。

上記の変更は、１）ＭＰＤレベル及びピリオドレベルの MinBufferTime 要素、及び２）
Representation 内の BandwidthInfo 要素、によって実現され得る。

提供された bandwidth と minBufferTime との対以外の bandwidth と minBufferTime との対が、
挿入され得る。

表９２は、ＭＰＤレベルでの MinBufferTime のセマンティックスを示す。

表９２

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| MPD | 1 | あるメディアプレゼンテーションに対するメディアプレゼンテーション記述 (Media Presentation Description =MPD)を有するルート要素を記述する。 |
| ． ． ． | | |
| BaseURL | 0...N | baseURL 属性の代わり又はそれに追加して、ＭＰＤレベルで用いられ得るＵＲＬを記述する。 |
| minBufferTime | 0...N | スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。 |
| id | M | MinBuffer 要素のＩＤを提供する。この id 属性の値 |

| | | は、ゼロ（0）より大きいものであり得る。 |
|---|---|---|
| vaule | O | 1）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの冒頭の）最小の量のメディアを最初にバッファリングする。<br><br>2）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意の Period の冒頭の）最小の量のメディアを最初にバッファリングする。<br><br>3）各 Representation が、Representation の bandwidth 属性の値以上で配信されるという条件の下で、スムーズな再生を保証するのに必要な、（メディアプレゼンテーションの任意のRAPで）最小の量のメディアを最初にバッファリングする。 |

表９３は、ピリオドレベルでの `MinBufferTime` のセマンティックスを示す。

表９３

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Period | 1 | Period に関する情報を提供する。 |

| . . . | | |
|---|---|---|
| minBufferTime | 0...N | スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小量を提供する。MinBufferTime が存在する場合には、ＭＰＤレベルでの MinBufferTime 要素は無視される。 |
| id | M | minBufferTime 要素のＩＤを提供する。この id 属性の値は、ゼロ（０）より大きいものであり得る。 |
| vaule | O | 各レプレゼンテーションが、そのレプレゼンテーションの帯域幅属性の値で、又はその帯域幅属性の値より上の幅で配信されるという条件で、スムーズな再生を保証するために必要な、最初にバッファリングされるメディアの最小値を提供する。 |

表９４は、BandwidthInfo のセマンティックスを示す。

表９４

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| . . . | | |
| SegmentInfo | 01 | セグメントアクセス情報を提供する。 |
| BandwidthInfo | 0...N | （minBufferTime 属性又は MinBufferTime 要素によって提供される）最初にバッ |

|  |  | ファリングされるメディア のある具体的量に対応する 帯域幅の情報を提供する。 |
|---|---|---|
| id | 01 | ＭＰＤの **MinBufferTime** 要 素のＩＤを示す。この **id** 属 性の値がゼロ（０）である 場合には、**id** 属性は **minBufferTime** 属性によっ て提供される、最初にバッ ファリングされるメディア の最小量に対応する。 |
| repBandwidth | 0...N | 関連する **minBufferTime** 要 素内に規定される、最初に バッファリングされるメデ ィアの最小量に対応するレ プレゼンテーションに対す る帯域幅の値を提供する。 **id** 属性の値がゼロ（０）で ある場合には、 **Representation** の帯域属性 が、属性の代わりに使用さ れ得る。 |

表９５から９７に、`MinBufferTime` と `BandwidthInfo` とのシンタックスを示す。

表９５

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"

        elementFormDefault="qualified"

        xmlns:xs="http://www.w3.org/2001/XMLSchema"

        xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

......
```

```xml
<xs:complexType name="MPDtype">

        <xs:sequence>

                <xs:element name="ProgramInformation"
type="ProgramInformationType" minOccurs="0"/>

                <xs:element name="Period" type="PeriodType"
maxOccurs="unbounded"/>

                <xs:element name="BaseURL" type="BaseURLType"
minOccurs="0" maxOccurs="unbounded"/>

                <xs:element name="MinBufferTime"
type="MinBufferTimeType" minOccurs="0" maxOccurs="unbounded"/>

                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="type" type="PresentationType"
default="OnDemand"/>

        <xs:attribute name="availabilityStartTime" type="xs:dateTime"/>

        <xs:attribute name="availabilityEndTime" type="xs:dateTime"/>

        <xs:attribute name="mediaPresentationDuration" type="xs:duration"/>

        <xs:attribute name="minimumUpdatePeriodMPD" type="xs:duration"/>

        <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

        <xs:attribute name="timeShiftBufferDepth" type="xs:duration"/>

        <xs:attribute name="baseUrl" type="xs:anyURI"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>

    <xs:complexType name="MinBufferTimeType">

        <xs:sequence>

                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>
```

```
        </xs:sequence>

        <xs:attribute name="id" type="xs:string" use="required"/>

        <xs:attribute name="value" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

    </xs:complexType>
```

表９６

```
<!-- Period of a presentation -->

        <xs:complexType name="PeriodType">

            <xs:sequence>

                <xs:element name="SegmentInfoDefault"
type="SegmentInfoDefaultType" minOccurs="0"/>

                <xs:element name="MinBufferTime"
type="MinBufferTimeType" minOccurs="0" maxOccurs="unbounded"/>

                <xs:element name="Representation" type=
"RepresentationType" minOccurs="1" maxOccurs="unbounded"/>

                <xs:element name="RepresentationGroup" type=
"RepresentationGroupType" minOccurs="0" maxOccurs="unbounded"/>

                <xs:element name="Subset" type="SubsetType"
minOccurs="0" maxOccurs="unbounded"/>

                <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

            </xs:sequence>

        <xs:attribute ref="xlink:href"/>

        <xs:attribute ref="xlink:actuate" default="onRequest"/>

        <xs:attribute name="start" type="xs:duration"/>

        <xs:attribute name="id" type="xs:string" />

        <xs:attribute name="duration" type="xs:duration"/>
```

```
                    <xs:attribute name="minBufferTime" type="xs:duration"
use="optional"/>

                    <xs:attribute name="segmentAlignmentFlag" type="xs:boolean"
default="false"/>

                    <xs:attribute name="bitStreamSwitchingFlag" type="xs:boolean"
default="false"/>

                    <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>

...

        <xs:complexType name="RepresentationType">

                <xs:complexContent>

                        <xs:extension base="RepresentationBaseType">

                                <xs:sequence>

                                        <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                        <xs:element minOccurs="0" maxOccurs=
"unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                        <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                </xs:sequence>

                                <xs:attribute name="id" type="xs:string"
use="required"/>

                                <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                                <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                                <xs:attribute name="depid"
type="StringVectorType"/>

                                <xs:attribute name="default" type="xs:boolean"/>

                        </xs:extension>
```

```
                    </xs:complexContent>

            </xs:complexType>
```

表９７

```
<!-- Bandwidth Info -->

            <xs:complexType name="BandwidthInfoType">

            <xs:sequence>

                    <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

            </xs:sequence>

                    <xs:attribute name="id" type="xs:string"/>

                    <xs:attribute name="repBandwidth" type="xs:unsignedInt"/>

                    <xs:anyAttribute namespace="##other" processContents="lax"/>

            </xs:complexType>

</xs:schema>
```

以下に、各 RAP に対する Bandwidth と minBufferTime との複数の対について説明する。

一般的に、レプレゼンテーションの各 RAP には、bandwidth と minBufferTime との複数の対が提供され得る。そのような情報は、（例えばランダムアクセスのケースのように、）RAP からの最初のデータを再生する前に、十分なデータを、クライアントがバッファリングしておくのを可能にし得る。

表９８は、RAPInfo のセマンティックスを記述する。

表９８

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | Representation 要素は、Representation の記述を含む。 |
| ・・・ | | |

| SegmentInfo | 1 | セグメントアクセス情報を提供する。 |
|---|---|---|
| RAPInfo | 0...1 | 帯域幅と、レプレゼンテーションのＲＡＰでの最初の遅延徒に関する情報を提供する。 |
| xlink:href | O | 外部の RAPInfo 要素への参照を提供する。 |
| RAPPoint | 1...N | 帯域幅とＲＡＰでの最初の遅延との複数の対を提供する。 |
| timePoint | M | ＲＡＰの時刻を提供する。時刻は、レプレゼンテーションの開始時刻に対する相対的値である。 |
| BandwidthDelayPair | 1...N | 帯域幅とＲＡＰでの最初の遅延との１つの対を提供する。 |
| id | M | 対の id を提供する。 |
| delay | M | 再生前のＲＡＰからの、起こり得る最初の遅延を提供する。 |
| bandwidth | M | 上記の delay 値に対応する帯域幅を提供する。 |

表９９及び１００は、RAPinfo のシンタックスを記述する。

表９９

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema

targetNamespace="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009"

        attributeFormDefault="unqualified"
```

```
elementFormDefault="qualified"

xmlns:xs="http://www.w3.org/2001/XMLSchema"

xmlns="urn:3GPP:ns:PSS:AdaptiveHTTPStreamingMPD:2009">

<xs:complexType name="RepresentationType">

        <xs:complexContent>

                <xs:extension base="RepresentationBaseType">

                        <xs:sequence>

                                <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                <xs:element minOccurs="0" maxOccurs=
"unbounded" name="BandwidthInfo" type="BandwidthInfoType"/>

                                <xs:element name="TrickMode" type=
"TrickModeType" minOccurs="0"/>

                                <xs:element name="RAPInfo"
type="RAPInfoType" minOccurs="0"/>

                        </xs:sequence>

                        <xs:attribute name="id" type="xs:string"
use="required"/>

                        <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                        <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                        <xs:attribute name="depid"
type="StringVectorType"/>

                        <xs:attribute name="default" type="xs:boolean"/>

                </xs:extension>

        </xs:complexContent>

</xs:complexType>
```

表１００

```
<xs:complexType name="RAPInfoType">

        <xs:sequence>

                <xs:element name="RAPPoint" type="RAPPointType" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute ref="xlink:href"/>

</xs:complexType>

<xs:complexType name="RAPPointType">

        <xs:sequence>

                <xs:element name="BandwidthDelayPair"
type="BandwidthDelayPairType" maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute name="timePoint" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<!-- Bandwidth-Delay Pair -->

        <xs:complexType name="BandwidthDelayPairType">

                <xs:sequence>

                        <xs:any namespace="##other" processContents="lax"
minOccurs="0" maxOccurs="unbounded"/>

                </xs:sequence>

                <xs:attribute name="id" type="xs:string"/>

                <xs:attribute name="bandwidth" type="xs:unsignedInt"/>

                <xs:attribute name="delay" type="xs:duration"/>

                <xs:anyAttribute namespace="##other" processContents="lax"/>

        </xs:complexType>
```

```
</xs:schema>
```

RAPInfo 要素及び RAPInfo 要素の子要素は、擬似コードフォーマット／ボックスに変換されて、コンパクトにされ得る。更に、RAPInfo 要素と、RAPInfo 要素の子要素の擬似コードボックスは、別々に保存されてもよく、あるいはメディアのビットストリームに、（例えば、各ＲＡＰの前に）挿入されてもよい。

以下に再生カーブについて説明する。

各 RAP について、帯域幅と遅延に関する情報を提供することは、多額の費用がかかる場合があり得る。別の解決法としては、レプレゼンテーションの再生カーブの近似をとることである。再生カーブ（又は再生カーブの近似）及び選択された帯域幅（具体的な最初の遅延に対応）が既知である場合には、各ＲＡＰにおける最初の遅延は、再生カーブと選択された帯域幅を代表するカーブとの間の時間のオフセットとして簡単に計算され得る。

表１０１は、AppPlayoutCurve のセマンティックスを記述している。

表１０１

| 要素又は属性の名称 | 使用 | 説明 |
|---|---|---|
| Representation | M | **Representation** 要素は、**Representation** の記述を含む。 |
| ・・・ | | |
| SegmentInfo | 0...N | セグメントアクセス情報を提供する。 |
| AppPlayoutCurve | 0...1 | レプレゼンテーションの再生カーブ（累積的データサイズ対時間のカーブ）の、区分ごとの近似カーブを提供する。 |
| xlink:href | O | 外部の **AppPlayoutCurve** 要素への参照を提供する。 |
| shift | O | 近似カーブの開始時刻を提供する。開始時刻は、実際の再生カーブの開始時刻からの相対的時刻である。 |

| Interval | 1...N | 近似カーブのインターバルを記述する。 |
| datasize | M | インターバルの増加するデータサイズを記述する。 |
| duration | M | インターバルの継続時間を示す。 |

表１０２は、`IntervalBandwidth` のセマンティックスを示す。

表１０２

```
<?xml version="1.0" encoding="UTF-8"?>

<xs:schema targetNamespace="urn:MPEG:ns:DASH"
          attributeFormDefault="unqualified"

          elementFormDefault="qualified"

          xmlns:xs="http://www.w3.org/2001/XMLSchema"

          xmlns:xlink="http://www.w3.org/1999/xlink"

          xmlns="urn:MPEG:ns:DASH">

......

          <xs:complexType name="RepresentationType">

                  <xs:complexContent>

                          <xs:extension base="RepresentationBaseType">

                                  <xs:sequence>

                                          <xs:element name="SegmentInfo"
type="SegmentInfoType"/>

                                          <xs:element name="AppPlayoutCurve"
type="AppPlayoutCurveType" minOccurs="0"/>

                                          <xs:element name="TrickMode"
type="TrickModeType" minOccurs="0"/>

                                  </xs:sequence>
```

```
                                        <xs:attribute name="id" type="xs:string"
use="required"/>

                                        <xs:attribute name="bandwidth"
type="xs:unsignedInt" use="required"/>

                                        <xs:attribute name="qualityRanking"
type="xs:unsignedInt"/>

                                        <xs:attribute name="depid"
type="StringVectorType"/>

                                        <xs:attribute name="default" type="xs:boolean"/>

                        </xs:extension>

                </xs:complexContent>

        </xs:complexType>

<xs:complexType name="AppPlayoutCurveType">

        <xs:sequence>

                        <xs:element name="Interval" type="IntervalType"
maxOccurs="unbounded"/>

                        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>

        <xs:attribute ref="xlink:href"/>

        <xs:attribute name="shift" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

<xs:complexType name="IntervalType">

        <xs:sequence>

                        <xs:any namespace="##other" processContents="lax" minOccurs="0"
maxOccurs="unbounded"/>

        </xs:sequence>
```

```
        <xs:attribute name="datasize" type="xs:unsignedInt"/>

        <xs:attribute name="duration" type="xs:duration"/>

        <xs:anyAttribute namespace="##other" processContents="lax"/>

</xs:complexType>

</xs:schema>
```

図５は、本発明の一態様による、クライアント１００の構成を示す図である。

コントローラ５１０はオペレーション１３０及び１４０を実行し得る。具体的には、コントローラ５１０は、インターバルのメタデータを処理し得る。

送受信機５２０は、上記の処理に基づいて、インターバルに好適なフラグメントを選択するものであるが、オペレーション１２０、１４０、及び１５０を実行し得る。具体的には、送受信機５２０は、コンテンツのインターバルのメタデータをサーバ１１０から受信して、インターバルに好適なフラグメントのリクエストを、サーバに送信し、サーバからそのフラグメントを受信し得る。

図６は、本発明の一態様による、クライアント１００の構成を示す図である。

クライアント１００は、アクセスエンジン６１０と、メディアエンジン６２０とを含み得る。

アクセスエンジン６１０は、ＤＡＳＨアクセスエンジンであり得る。

アクセスエンジン６１０は、サーバ１１０からメタデータ（例えばＭＰＤ）を受信し得る。

アクセスエンジン６１０は、リクエストを作製し、作製したリクエストをサーバ１１０に対して発行し得る。

アクセスエンジン６１０は、サーバ１１０からコンテンツ（例えば、セグメント又はセグメントの部分）を受信し得る。

アクセスエンジン６１０は、コンテンツをメディアエンジン６２０に提供し得る。
アクセスエンジン６１０の出力には、ＭＰＥＧコンテナ（例えば、ＩＳＯ／ＩＥＣ　１４４９２－１２　ＩＳＯベースメディアファイルフォーマット又はＩＳＯ／ＩＥＣ　１３８１８－２　ＭＰＥＧ－２　ＴＳ）のメディア（又はメディアの部分）が含まれ得る。また、アクセスエンジン６１０の出力には、メディアの内部のタイミングを、メディアのプレゼンテーションのタイムラインにマッピングするために用いられるタイミング情報が含まれ得る。

メディアエンジン６１０は、提供されたコンテンツを再生し得る。具体的には、メディアエンジン６１０は、アクセスエンジン６１０から出力されたメディアとタイミング情報とを用いてメディアを出力する。

図１〜４を参照しながら既に述べた本発明の実施形態にかかる技術的情報は、同様に本実施形態にも適用し得る。したがって、その更なる説明は省略する。

既に述べた本発明の実施形態にかかる方法は、コンピュータ読取り可能媒体に記録され得るが、その媒体には、コンピュータによって実現される様々なオペレーションを実行させるプログラムの命令が含まれ得る。媒体はまた、単独であるいは組み合わせて、プログラムの命令、データファイル、データ構造などをも含み得る。媒体に記録されているプログラムの命令は、実施形態の目的のために特に設計され、構築されたものであり得る。あるいは、それらは、コンピュータソフトウェアの技術分野の当業者には既知の種類のものであり、かつ入手可能なものであり得る。コンピュータ読取り可能媒体の例としては、磁気媒体（ハードディスク、フロッピーディスク、磁気テープなど）、光学媒体（ＣＤ　ＲＯＭディスク、ＤＶＤなど）、光磁気媒体（光学ディスクなど）及びプログラムの命令を格納し実行するように特に構成されているハードウェアデバイス（リードオンリメモリ（ＲＯＭ）、ランダムアクセスメモリ（ＲＡＭ）、フラッシュメモリーなど）が挙げられる。プログラムの命令の例としては、マシン語（コンパイラーによって生成されるもの）と、インタープリタを使ってコンピュータによって実行され得るハイレベルのコードを含むファイルと、その両方が挙げられる。上述のハードウェアデバイスは、本発明の既に述べた実施形態のオペレーションを実行するために、１つ以上のソフトウェアモジュールとして動作するように構成され得るが、逆にソフトウェアがハードウェアデバイスとして動作するように構成されてもよい。

本発明の幾つかの実施形態を既に示し、説明してきたが、本発明はそれらの説明された実施形態に限定されるものではない。むしろ、当業者ならば、本発明の原理と精神から離れることがないように、それらの実施形態に対して変更を加えることができると理解するであろう。本発明の範囲は、請求項とその等価物によって定義されるものである。

特許請求の範囲

【請求項1】サーバ内のプロセッサによって実行されるメディアコンテンツを提供するための方法であって、前記方法は、

前記メディアコンテンツに対するリクエストを、クライアントから受信することと、

前記メディアコンテンツのメディアプレゼンテーション記述（ＭＰＤ）に基づいて、前記クライアントに前記メディアを送信することを含み、

前記ＭＰＤが、１つ以上のピリオドを含み、

前記ピリオドが、１つ以上のグループを含み、

前記グループが、１つ以上のレプレゼンテーションを含み、

前記レプレゼンテーションが、１つ以上のセグメントを含み、

前記レプレゼンテーションが、１秒あたりのビット数（ｂｐｓ）を単位として仮定上一定であるビットレートチャネル用の帯域幅と関連する帯域幅属性を含み、

前記レプレゼンテーションが前記クライアントに配信される際に、**minbuffertime** 用にバッファリングを行った後において、前記クライアントが、連続的に再生するのに十分なデータを有していることが保証されており、

前記セグメントが、セグメントインデックスによってインデックスを付けられたサブセグメントを含み、

前記ＭＰＤが、

　　　　（ｉ）フレームレート、又は

　　　　（ｉｉ）１秒間に存在する時間単位の数を記述するタイムスケール、

のうちの少なくとも１つを含む方法。

【請求項2】前記レプレゼンテーションのそれぞれが、前記ピリオドの開始時刻に開始され、かつ前記ピリオドの終了時点まで継続する、請求項1に記載の方法。

【請求項3】前記ピリオドの前記開始時刻が、
　　　ｉ）開始属性が、前記第1のピリオドの第1のピリオド要素内に存在する場合には、前記第1のピリオドの開始時刻が、前記開始属性と等しくなり、
　　　ｉｉ）開始属性が、前記第1のピリオドの前記第1のピリオド要素内に存在せず、かつ前記第2のピリオドの第2のピリオド要素が、継続時間属性を含む場合には、前記第2のピリオド要素の継続時間属性を、前記第2のピリオドの開始時刻に加えることによって、前記第1のピリオドの前記開始時刻が決定され、

　　　　ⅲ）開始属性が前記第1のピリオドの前記第1のピリオド要素内に存在せず、か
つ前記第1のピリオドが、前記1つ以上のピリオドの最初のものである場合には、前記第1の
ピリオドの前記開始時刻が、ゼロ（０）に設定される、
という方法で決定され、
前記第2のピリオドが前記第1のピリオドに対して先行するピリオドである、請求項2に記載
の方法。

【請求項4】メディアコンテンツを提供するためのサーバであって、前記サーバは、
前記メディアコンテンツに対するリクエストを、クライアントから受信し、前記メディアコン
テンツのメディアプレゼンテーション記述（ＭＰＤ）に基づいて、前記クライアントに前記メ
ディアを送信するように構成されている1つ以上のプロセッサを備え、
前記ＭＰＤが、1つ以上のピリオドを含み、
前記ピリオドが、1つ以上のグループを含み、
前記グループが、1つ以上のレプレゼンテーションを含み、
前記レプレゼンテーションが、1つ以上のセグメントを含み、
前記レプレゼンテーションが、1秒あたりのビット数（ｂｐｓ）を単位として仮定上一定であ
るビットレートチャネル用の帯域幅と関連する帯域幅属性を含み、
前記クライアントが、前記レプレゼンテーションが前記クライアントに配信される際に、
minbuffertime 用にバッファリングを行った後において、前記クライアントが、連続的に再生
するのに十分なデータを有していることが保証されており、
前記セグメントが、セグメントインデックスによってインデックスを付けられたサブセグメン
トを含み、
前記ＭＰＤが、
　　　　（ⅰ）フレームレート、又は
　　　　（ⅱ）1秒間に存在する時間単位の数を記述するタイムスケールのうちの少なくと
も1つを含むことを特徴とするサーバ。

【請求項5】前記レプレゼンテーションのそれぞれが、前記ピリオドの開始時刻に開始され、
かつ前記ピリオドの終了時点まで継続する、請求項4に記載のサーバ。

【請求項6】前記ピリオドの前記開始時刻が、
　　　　ⅰ）開始属性が、前記第1のピリオドの第1のピリオド要素内に存在する場合には、
前記第1のピリオドの開始時刻が、前記開始属性と等しくなり、
　　　　ⅱ）開始属性が、前記第1のピリオドの前記第1のピリオド要素内に存在せず、か
つ前記第2のピリオドの第2のピリオド要素が、継続時間属性を含む場合には、前記第2のピ
リオド要素の継続時間属性を、前記第2のピリオド要素の開始時刻に加えることによって、前記第
1のピリオドの前記開始時刻が決定され、
　　　　ⅲ）開始属性が前記第1のピリオドの前記第1のピリオド要素内に存在せず、か
つ前記第1のピリオドが、前記1つ以上のピリオドの前記第1のものである場合には、前記第
1のピリオドの前記開始時刻が、ゼロ（０）に設定されるという方法で決定され、
前記第2のピリオドが前記第1のピリオドに対して先行するピリオドである、請求項5に記載
のサーバ。

米国特許商標庁
補正証明書

1 ページ中の 1

特許番号：10,362,130 B2
出願番号：15/069443
発行日：2019 年 7 月 23 日
発明者：Truong Cong Thang 他

上記の特許に誤りがあり、以下の通りに特許状の補正をここに行うことを証明します。

タイトルページ
アイテム（７１）出願人：

「INDUSTRY-UNIVERSITY COOPERATION FOUNDATION KOREA AEROPSACE UNIVERSITY, Goyang-si Gyeonggi-do （KR）」を、「INDUSTRY-UNIVERSITY COOPERATION FOUNDATION KOREA AEROSPACE UNIVERSITY, Goyang-si Gyeonggi-do （KR）」に置き換えます。

署名捺印
2019 年 9 月 10 日

Andrei Iancu
米国特許商標庁長官



<u>Certification of Accuracy of Translation</u>

**Sun IP Project # 21-740**

**English to Japanese translation of "Ex N – U.S. Patent No. 10,362,130"**

Sun IP hereby certifies that the attached translation has been translated by experienced and qualified translators and that, to the best of our knowledge, the translated text reflects the content, meaning and style of the original text and constitutes a true and accurate translation of the original document.

**March 10, 2021**

*Allison Donald*

**PROJECT MANAGER**

50 Monument Road, Suite 300A, Bala Cynwyd, PA 19004 | (215) 344-7800 | www.sunip.com